AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *Plaintiff* v. JOSHUA JAMES *Defendant* | Case No. 1:22-CR-15 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSHUA A JAMES

Date: 01/23/2022

/S/
*Attorney's signature*

CHRISTOPHER LEIBIG 40594
*Printed name and bar number*
114 NORTH ALFRED ST.
ALEXANDRIA VA 22314

*Address*

CHRIS@CHRISLEIBIGLAW.COM
*E-mail address*

(703) 683-4310
*Telephone number*

(571) 777-9933
*FAX number*