# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| V.         ) | **CRIMINAL NO. 1:22cr15-APM** |
| ) | |
| ) | |
| **BRIAN ULRICH,**        ) | |
| ) | |
| **Defendant.**         ) | |

## MOTION FOR PROTECTION DURING CRIMINAL TRIAL

COMES NOW, A. J. BALBO, lead counsel for Defendant Brian Ulrich, who requests the Court grant him protection while engaged in the criminal trial of *United States of America v. Travis McMichael, Gregory McMichael and William "Roddie" Bryan*, Case No: 2:21-CR-22 for the following dates:

a) January 26, 2022 through and including February 25, 2022.

Mr. Balbo, an attorney of record before this Court in the case listed above, requests that this Motion for Protection be applicable to all proceedings that might otherwise be scheduled in the case.

This 24th day of January, 2022.

Respectfully submitted,

/s A. J. Balbo
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
aj@balbogregg.com
Georgia Bar No. 142606

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 24th day of January, 2022.

Respectfully submitted,

/s A. J. Balbo
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
aj@balbogregg.com
Georgia Bar No. 142606