## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      *
                                                      *

    VS.                                              *         CASE NO. 22-cr-015-APM
                                                     *

ROBERTO MINUTA                     *
                                               * * * * * * * * *

## MOTION TO ENTER APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Alfred Guillaume, Esq. hereby moves this Honorable Court to enter his appearance on behalf of the Defendant in the above captioned case.

                                                        Respectfully submitted,

                                                        */s/ Alfred Guillaume*

                                                        Alfred Guillaume III, Esq.  #MD0085
                                                        Law Offices of Alfred Guillaume III, LLC
                                                        6305 Ivy Ln. Suite 700
                                                        Greenbelt, MD 20770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January 2022, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*/s/ Alfred Guillaume*
Alfred Guillaume III, Esq.