# BARRETT | BRIGHT | LASSITER | LINDER | PEREZ | GRANT

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| Peter Barrett | 3300 Oak Lawn Avenue | *Paralegals* |
| James Lee Bright | Suite 700 | Shannon Ritacco |
| Mark Lassiter | Dallas, Texas 75219 | Heather Hunter |
| Phillip Linder | Office: 214-720-7777 | William Hall |
| Mark Perez | Fax: 214-720-7778 | Alexis Toscano |
| Deandra Grant | JLBrightLaw@Gmail.com | Elizabeth Herrera |
| | | Elisa Garcia |
| Roger Haynes | www.DFWCriminalLaw.com | Gabriela Narvaez |
| Sanjay Minocha | www.DallasFederalCrimes.com | |
| David Olivas | | *Of Counsel* |
| Britt Redden | | Rick Howard |
| Dennis Saumier | | Gary Redmon |
| Alexandra Cazares-Perez | | |

January 24, 2022

United States District Court Clerk
Eastern District of Texas

      **RE:**    <u>The Unites States of America v. Elmer Stewart Rhodes III</u>
             *Cause No(s).: 1:22-CR-00015*

To the United States District Clerk:

      Please be advised that I have been retained to represent Mr. Rhodes in the above referenced matter. Please enter my name as Attorney of Record, and direct any future communication regarding this matter to my attention. Your assistance is greatly appreciated. Should you have any questions, or require any further information from me, please do not hesitate to contact my office.

                                         Sincerely,

                                         */s/ James Lee Bright*
                                         James Lee Bright
                                         Attorney-at-Law

## **CERTIFICATE OF SERVICE**

I, JAMES LEE BRIGHT, attorney for Defendant, certify that on the _____ day of _____, 20_____, a copy of the foregoing was delivered to the United States Attorney's office, *via electronic delivery*.

_____
JAMES LEE BRIGHT