1/26/22, 12:27 AM · Networksolutionssite_Scheduling Re_ Arraignment -- US v_ Rhodes, et al_ (22-cr-15), US v_ Crowl, et al_ (21-cr-18), US v_ Walden (22-cr-14) Printout

Case 1:22-cr-00015-APM Document 23-1 Filed 01/26/22 Page 1 of 9

**Jean Claude Douyon <jean-claude_douyon@dcd.uscourts.gov>**                    1/25/2022 8:19 AM

# Re: Scheduling Re: Arraignment -- US v. Rhodes, et al. (22-cr-15), US v. Crowl, et al. (21-cr-18), US v. Walden (22-cr-14)

To contact@jonmoseley.com <contact@jonmoseley.com> • jeffrey.nestler@usdoj.gov <jeffrey.nestler@usdoj.gov> •
kathryn.rakoczy@usdoj.gov <kathryn.rakoczy@usdoj.gov> • Legal2748@protonmail.com <legal2748@protonmail.com> •
Lori Knoernschild <lori.knoernschild@alexandriava.gov>

---

Thanks, I will notify the court. Here in the dial-in number:

Dial by your location
+1 669 254 5252  US (San Jose)
+1 646 828 7666  US (New York)
+1 669 216 1590  US (San Jose)
+1 551 285 1373  US
Meeting ID:  160 355 2551
Passcode: 589423


Get Outlook for iOS

---

**From:** contact@jonmoseley.com <contact@jonmoseley.com>
**Sent:** Tuesday, January 25, 2022 8:04:01 AM
**To:** Jean Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>; jeffrey.nestler@usdoj.gov <jeffrey.nestler@usdoj.gov>;
kathryn.rakoczy@usdoj.gov <kathryn.rakoczy@usdoj.gov>; Legal2748@protonmail.com <Legal2748@protonmail.com>; Lori
Knoernschild <Lori.Knoernschild@alexandriava.gov>
**Subject:** RE: Scheduling Re: Arraignment -- US v. Rhodes, et al. (22-cr-15), US v. Crowl, et al. (21-cr-18), US v. Walden (22-cr-14)

**CAUTION - EXTERNAL:**


The Alexandria Circuit Court has agreed to take a break so I can call in by telephone to the
arraignment today.

I think it would be most convenient for them if you could call Kelly Meggs last, say around 11:45, so that it will be closer to an early lunch break and after some progress in the Alexandria case for the morning to be least disruptive.

Of course I would wish to hear everything, but there is not much I can do about that and you say that getting everyone together took a lot of doing.

Therefore, can you please respond both with the call in number for me as an attorney

and also respond with the public (non-speaking) telephone line for my paralegal (I don't want any confusion as in the past between who is authorized as an attorney,s o the non-speaking line)

so that she can hear everything that happened during any time that I am unable to listen in.

I have spoken to Kelly Meggs from jail by phone last night about this.

Jon Moseley

> On January 21, 2022 1:26 PM Jean Claude Douyon <jean-claude_douyon@dcd.uscourts.gov> wrote:
>
>
> Thanks for letting me know. Could you please make every effort to attend the hearing on 1/25 at 11:00 AM? We had to pull a lot of strings to arrange for the defendants to be present.
>
> Best,
> Jean-Claude

1/26/22, 12:27 AM Networ... Scheduling Re: Arraignment -- US v. Rhodes, et al. (22-cr-15), US v. Crowl, et al. (21-cr-18), US v. Walden (22-cr-14) Printout

Case 1:22-cr-00015-APM Document 23-1 Filed 01/26/22 Page 3 of 9

Jean-Claude Douyon
Courtroom Deputy to the Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3164

---

**From:** contact@jonmoseley.com <contact@jonmoseley.com>
**Sent:** Friday, January 21, 2022 12:28 PM
**To:** Jean Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>; Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>; Nestler, Jeffrey (USADC) <Jeffrey.Nestler@usdoj.gov>; Edwards, Troy (USADC) <Troy.Edwards@usdoj.gov>; Baset, Ahmed (USADC) <Ahmed.Baset@usdoj.gov>; Manzo, Louis (CRM) <Louis.Manzo@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Sher, Justin (NSD) <Justin.Sher@usdoj.gov>; phillip_thelinderfirm.com <phillip@thelinderfirm.com>; attorneylinder@gmail.com; jlbrightlaw@gmail.com; Debbie Jang <Debbie_Jang@fd.org>; fischerandputzi@hotmail.com; chernan7_aol.com <chernan7@aol.com>; Shelli Peterson <Shelli_Peterson@fd.org>; johnlmachado_gmail.com <johnlmachado@gmail.com>; sfbrennwald_cs.com <SFBrennwald@cs.com>; pcooper_petercooperlaw.com <pcooper@petercooperlaw.com>; hallerjulia@outlook.com; stanley@brandwoodwardlaw.com; bradford.geyer@formerfedsgroup.com; ag3law@gmail.com; tommy@tommyspina.com; chris@chrisleibiglaw.com; joni_jonirobinlaw.com <joni@jonirobinlaw.com>; ebmjr@macmahon-law.com; angiehalim@gmail.com; grossi@carltonfields.com; nnapierala@carltonfields.com; cmg_cmgpa.com <cmg@cmgpa.com>; nabeel@ervinkibrialaw.com; scott@bsrlegal.com; aj@balbogregg.com; Jessica Ettinger <Jessica_Ettinger@fd.org>; Joshua Uller <Joshua_Uller@fd.org>
**Subject:** Scheduling Re: Arraignment -- US v. Rhodes, et al. (22-cr-15), US v. Crowl, et al. (21-cr-18), US v. Walden (22-cr-14)

Case 1:22-cr-00015-APM   Document 23-1   Filed 01/26/22   Page 4 of 9

**CAUTION - EXTERNAL:**

This may actually be a scheduling problem as I am supposed to be in a state level trial January 25-28.  I will look into it and advise if I can work around that.

Jon Moseley

On January 20, 2022 12:07 PM Jean Claude Douyon <jean-claude_douyon@dcd.uscourts.gov> wrote:


Good afternoon all –

Please find below the Zoom information for the arraignment hearing scheduled in US v. Rhodes, et al., US v. Crowl, et al., and US v. Walden on **Tuesday, January 25 at 11:00 AM ET**. Defendants Rhodes, Watkins, K. Meggs, and Harrelson are all scheduled to appear remotely for this hearing. Mr. Vallejo will not be present for this matter and will be arraigned on a different date.

Please connect to this hearing at least five minutes prior to the hearing start time.

Thanks,

Jean-Claude

Courtroom 10 is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1603552551?
pwd=Y05pUjVpRHBzb2NSRmUreIFwZ1Vjdz09

Meeting ID: 160 355 2551
Passcode: 589423

One tap mobile
+16692545252,,1603552551#,,,,,,0#,,589423# US (San Jose)
+16468287666,,1603552551#,,,,,,0#,,589423# US (New York)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US
Meeting ID: 160 355 2551
Passcode: 589423
Find your local number: https://uscourts-dcd.zoomgov.com/u/acuzcvYIUq

Join by SIP
1603552551@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 355 2551
Passcode: 589423


Jonathon Moseley, Esq.
Attorney at Law (Virginia)

Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone: (703) 656-1230    Eastern Standard Time
Facsimile:    (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:    (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it

and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



This document was created with the Win2PDF "print to PDF" printer available at
http://www.win2pdf.com

This version of Win2PDF 10 is for evaluation and non-commercial use only.

This page will not be added after purchasing Win2PDF.

http://www.win2pdf.com/purchase/