NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  1:22-cr-15

<u>Jessica Marie Watkins</u>
        (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA          [■] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jonathan W. Crisp 83505
(Attorney & Bar ID Number)

Crisp and Associates, LLC
(Firm Name)

4031 N. Front Street
(Street Address)

Harrisburg          PA          17110
(City)            (State)        (Zip)

717-412-4676
(Telephone Number)