**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**THE UNITED STATES OF AMERICA** §
§
**vs.** § **CAUSE NO.: 1:22-CR-15**
§
**ELMER STEWART RHODES, III** §

**ORDER: MOTION TO NOT TRANSFER DEFENDANT**

On the _____ day of _____, 2022 came for consideration an Motion to Not Transfer Defendant in the above entitled and numbered cause. The Court, after considering this motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]     GRANTED.

[ ]     DENIED.

[ ]     SET FOR HEARING on the _____day of _____, 2022.

ORDER                                                                                                                                   SOLO PAGE