UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 22-cr-15 (APM)-7 |
| | ) |
| JOSEPH HACKETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby respectfully moves the Court for a modification of conditions of pretrial release. The government does not oppose Mr. Hackett's instant request. In support of this motion, Mr. Hackett states as follows:

1. Following a bond hearing on August 23, 2021, the Court granted Mr. Hackett's Motion to Revoke Detention Order (8/9/21, Dkt. No. 21-cr-28, ECF No. 321) and entered an Order Setting Conditions of Release (8/23/21, Dkt. No. 21-cr-28, ECF No. 362). Among other conditions, the Court ordered Mr. Hackett to home incarceration and GPS electronic monitoring.

2. Since Mr. Hackett was released from BOP custody in late August, he has been restricted to his house. At all times since his release, Mr. Hackett has been in compliance with all conditions of Pretrial Release. Mr. Hackett is supervised by Pretrial Services in the Middle District of Florida, Tampa Division.

3. Mr. Hackett seeks to modify his conditions of Pretrial Release so that he can go outside of his house onto his property. Mr. Hackett's house sits on approximately 1/2 acre of land, and he respectfully requests the Court grant his request to allow him to move within the boundaries of his property line outside of his house so that he can help maintain his household through activities such as collecting the mail, taking out garbage, and performing yard work.

4. Counsel for Mr. Hackett consulted with Pretrial Services Officer, Kadi Murray, in the Tampa Division, and she advised that the monitoring equipment cannot be changed to allow greater geographic boundaries than those currently set. As such, Officer Murray explained that any time outside of his house - even just his front and back yards - will have to be scheduled time out. Officer Murray also advised that Mr. Hackett is and will remain on GPS monitoring and Pretrial Services reviews his movements daily. Officer Murray advised that she does not object to a request for scheduled time that would allow Mr. Hackett to move within the boundaries of his property; however, she defers to the Court's discretion regarding scheduling the time out each day.

5. Mr. Hackett respectfully requests the Court enter the attached Proposed Order that will permit Mr. Hackett to go outside of his house between the hours of 9 a.m. and 9 p.m. daily, with the understanding that he is restricted to his property line. All other conditions of Pretrial Release shall remain the same.

6. The government, through AUSA Jeffrey Nestler, advised that it does not oppose Mr. Hackett's instant request. DC Pretrial Services Officer Christine Schuck advised that they do not oppose the request and will defer to the Court.

WHEREFORE, Defendant Joseph Hackett respectfully requests that his Consent Motion to Modify Conditions of Pretrial Release be granted for the reasons set forth herein.

Respectfully submitted,

_____/s/ Angela Halim_____
Angela Halim, Esq., *application to district court pending*
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, a copy of the foregoing Consent Motion to Modify Conditions of Pretrial Release was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon the following:

AUSA Jeffrey Nestler
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

                                                                                          /s/ Angela Halim
                                                                                         Angela Halim, Esq.

Dated: February 9, 2022

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 22-cr-15 (APM)-7 |
| | ) |
| JOSEPH HACKETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**AND NOW**, this _____ day of February, 2022, upon consideration of Defendant's Consent Motion to Modify Conditions of Pretrial Release, it is hereby **ORDERED** that the motion is **GRANTED**. It is **ORDERED** that Defendant Joseph Hackett's Conditions of Pretrial Release are modified to allow Defendant to move outside of his house and on his property between the hours of 9 a.m. and 9 p.m. daily. Defendant is to remain on GPS electronic monitoring and may not leave the property line of the land on which his house is situated.

All other conditions of pretrial release shall remain in effect.

_____
**The Honorable Amit P. Mehta**
**United States District Court Judge**