# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 1:22-CR-00015-APM-01** |
| **ELMER STEWART RHODES III,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of DAVID R. OLIVAS, and good cause having been shown, it is this _____ day of _____, 2022,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that DAVID R. OLIVAS shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Mr. OLIVAS is permitted to execute all pleadings in this case without the necessity of Attorney Allen H. Orenberg being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
United States District Judge