**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:22-CR-00015-APM-01** |
| **ELMER STEWART RHODES III,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### *PRO HAC VICE* DECLARATION OF DAVID R. OLIVAS

I, David R. Olivas, make the following declaration in support of the Motion for *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1.  My full name is David Ray Olivas.

2.  My office address is 3300 Oak Lawn Ave. #700, Dallas, Texas 75219, with a telephone number of 214-845-7570.

3.  I have been admitted to the following State & Federal Bars: Texas, Northern District of Texas, SCOTUS.

4.  I have not been disciplined by any Bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.


    Date:     April 7, 2022

Respectfully submitted,

DAVID R. OLIVAS
3300 Oak Lawn Ave #700
Dallas, Texas 75219
(214) 960-5702
LAWYER@DAVEOLIVAS.COM