**Jonathan Moseley <contact@jonmoseley.com>**                          1/2/2022 3:22 PM

## RE: [EXTERNAL] Technical Failures with USAfx Re: U.S. v. Caldwell -

To Rakoczy, Kathryn (USADC) <kathryn.rakoczy@usdoj.gov>   Copy
Nestler, Jeffrey (USADC) <jeffrey.nestler@usdoj.gov> • Edwards, Troy (USADC) <troy.edwards@usdoj.gov> • Baset, Ahmed (USADC) <ahmed.baset@usdoj.gov> • Manzo, Louis (CRM) <louis.manzo@usdoj.gov> • Hughes, Alexandra (NSD) <alexandra.hughes@usdoj.gov> • Sher, Justin (NSD) <justin.sher@usdoj.gov>

---

Dear Ms. Rakoczy:

The folders I am finding empty were sent to me as "invitations" only about 5-6 weeks ago.

I am looking at the date on the "INVITATION" email I received from you.

And yet the data is empty.

As I indicated, often the low-tech solution is best.

I also believe that the question is not whether one can with robbing many weeks of time from preparation from trial eventually extract some of the data very inefficiently.

The question is providing the disclosure data in a reasonable and efficient way.

If the Government were actively trying to obstruct Defendants' counsel from preparing for trial, it would be difficult to imagine how that would look differently from what is actually happening now.


Jon Moseley


> On January 2, 2022 3:07 PM Rakoczy, Kathryn (USADC) <kathryn.rakoczy@usdoj.gov> wrote:
>
> Hi Mr. Mosey,

I'm sorry to hear you are having trouble with USAfx. We have used and will continue to use it, because it's the fastest way to get discovery into your hands and the hands of other defense counsel. Additionally, it is correct that some of the folders you have tried to access on USAfx are empty, because data was put into the folders months ago, and as we told you when you first entered your appearance, USAfx is a file sharing system and not file storage, and files are automatically deleted periodically by the system.

For that reason, we gave you a copy of all discovery, including the office-wide discovery materials, on the hard drives we sent you a couple of weeks ago. If you want us to send you the latest discovery production (with the scoped SW returns) on a thumb drive, we can do that next week. We can also send you all future discovery that's too large for hard drives on thumb drives/external hard drives, but please note that it's going to slow that process down. Let us know how you'd like to proceed.


Thanks,
Kate

**Kathryn L. Rakoczy**

Assistant United States Attorney

United States Attorney's Office

555 Fourth Street, N.W., Room 5239

Washington, D.C. 20530

(202) 252-6928 (office phone)

(202) 740-3245 (cell phone)

Kathryn.Rakoczy@usdoj.gov

---

**From:** Jonathan Moseley <contact@jonmoseley.com>
**Sent:** Sunday, January 2, 2022 2:58 PM
**To:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; A.J. Balbo <aj@balbogregg.com>; Alfred Guillame III <ag3law@gmail.com>; angiehalim@gmail.com; Brad Geyer <bradford.geyer@formerfedsgroup.com>; Carmen D. Hernandez <chernan7@aol.com>; Charles Greene <cmg@cmgpa.com>; Chris Leibig <chris@chrisleibiglaw.com>; David Fischer <fischerandputzi@hotmail.com>;

Edward MacMahon <ebmjr@macmahon-law.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; John Machado <johnlmachado@gmail.com>; Joni Robin <joni@jonirobinlaw.com>; Joshua Uller <joshua_uller@fd.org>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Scott Weinberg <Scott@bsrlegal.com>; Shelli Peterson <Shelli_Peterson@fd.org>; Stanley Woodward <stanley@brandwoodwardlaw.com>; Steve Brennwald <sfbrennwald@cs.com>; Tommy Spina <tommy@tommyspina.com>
**Cc:** Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Baset, Ahmed (USADC) <ABASET2@usa.doj.gov>; Manzo, Louis (CRM) <Louis.Manzo@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Sher, Justin (NSD) <Justin.Sher@usdoj.gov>
**Subject:** [EXTERNAL] Technical Failures with USAfx Re: U.S. v. Caldwell -


Dear AUSA Rakoczy:

First, let me set the right tone especially in written messages that as we all know can often come across wrong, as a reality that we all ought to have learned by now.

Modern technology, especially the latest offerings, are almost always a trap of wasted time and ineffective methods.  Nearly always bright promises that this device or that software is going to do what we need provide wonderful descriptions, which turn into hours of frustration and dead ends.

As someone who spent so much time in the computer lab in high school that my sister said the computer was my girlfriend, I must insist that sometimes the best tool is a pencil.  The allure of fancy technical solutions is often a siren song that leads nowhere.

I just had to dump WINZIP -- the clear industry leader -- as being incompetent and worthless, after spending about 4 hours going around and around in a circle of purchasing WINZIP, then being unable to enter the activation code to make the downloaded software live.

As the industry leader, they would offer hope and promise to solve the problem.

Yet none of that lives up to hopes and expectations.

I had to find a different, less-well-known compression unzipping software that actually works.

Some of these disappointments are driven by a misguided and failed attempt to depart from systems that have worked for years, sometimes a decade or two. When WINZIP was a simple software program to download, it worked just fine. Now, however, with the attempt to convert to ONLINE software that runs over the internet rather than running on the computer as a download, combined with the crack-addiction-like-temptation to load up software that works with all kinds of unwanted features that don't work, what has a reputation for working doesn't work any more now.

The US Government has adopted a secure FILE TRANSFER system based on Box.com which is similar to the well-known, industry leader DROPBOX (along with Google Docs, Google Drive), etc.

Like most other software, USAfx sounds great in the brochure.

But the actual experience is different.

With the small to medium-sized folders I have been able to download (the larger ones I cannot before they time-out and crash)

There are   3   other problems:

1)    You (the Government, not being personal) are sending large size folders, apparently to MANY end-users at the same time.

We are instructed that USAfx is a FILE TRANSFER system -- not a storage device.

That is we are instructed to copy the content OFF OF USAfx and download it on to our law office computers.

However, I find elaborate folder structures, with file names and sub-folder names very specific to THIS case and obviously relevant,

which are  \* **E M P T Y** \*  perhaps 50% to 60% of the time.

The folder / sub folder names are far too specific to the particular details and names and defendants and grand jury witnesses and social media companies in this case, linked together, for the **BLANK** folders to make any sense.

A few might make sense.

But the pattern is too striking.

Therefore it appears that the multi-user / multi-recipient application of USAfx

is allowing some users to

DELETE

the content after downloading the content

*which is generally what we were instructed to do* with regard at least to the external hard drives we were sent.

And I suspect that most users believe that the "inviatation" to share a folder would be specific only to them, and would not permit them to delete any content as it might affect anyone else.

I suspect these things because although I may be "an expert in none" with so many new systems coming out all the time, I have been on the development side of government and business software systems trying to help manage the process.

I do believe that like they say in the military world that anything that can be misunderstood probably has been misunderstood.  So I suspect that it might not be understood whether one user / recipient can inadvertently delete (or cut and paste off of) the USAfx system not realizing that it affects others.

There is a lot of folders and subfolders that probably should have content which are unfortunately empty instead.


2)	In spite of USAfx being a system for transferring very large files (like DROPBOX)

still many of the files and folders download as being COMPRESSED (such as WINZIP).

Therefore every time I try to read the folders and files -- even after being downloaded on to my computer -- the file is COMPRESSED and unreadable, and has to be (slowly) re-de-compressed every time.

Since USAfx is already a large file transfer system, having the folders and files ALSO in compressed format is just more obstacles, difficulties and problems.

it is almost as if the U.S. Attorney's Office INTENDS to make the techincal problems so difficult that the Defendants' attorneys won't have time to prepare their cases for trial and share the information with their clients.

it would help a great deal on all of these problems if distributions were made in much smaller batches at a time, for downloading and other reasons,

and not in compressed format.

Frankly, it would be easiest of all if distribution were merely made on external hard drives, which might require Defendants to buy them and maybe some standard labelling system and format and maybe a sign-out system.

I bought external hard drives with as much as 5 Terabytes of storage capacity from MICRO CENTER in Merrifield, Virginia, for around $109 to $129 each.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our

communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.

Jonathon Moseley, Esq.
Attorney at Law (Virginia)
Mailing Address Only:
5765-F Burke Centre Parkway, #337 Burke, Virginia 22015

Meetings by Appointment Only
Telephone:  (703) 656-1230    Eastern Standard Time
Facsimile:   (703) 997-0937

Please note that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent between you and this law office could be copied and held by various intermediate computers it passes through as it is transmitted; (3) persons not participating in our communication could possibly intercept our communications by improperly accessing your computer(s) or this office's computers or even some computer unconnected to either of us that this e-mail passes through.

We will replying to you via e-mail because your e-mailing us has invited us to

contact you in the same medium. If you change your mind and want future communications to be sent in a different fashion, please advise us at once.

This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mis-transmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, or copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify Jonathon Moseley by reply. The reliability of this method of communication cannot be guaranteed. It can be intercepted, corrupted, delayed, may arrive incomplete, contain viruses or be affected by other interference. We have taken reasonable steps to reduce risks against viruses but cannot accept liability for any damage sustained as a result of this transmission.