IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KELLY MEGGS**<br><br>**ACCUSED**<br><br>*Styled as <u>USA v. STEWART RHODES, et al.</u> incorporating cases against multiple Defendants* | **Criminal Case No.**<br><br>1:22-cr-00015-APM<br><br>*Previously included within*<br><br>1:21-cr-00028-APM<br><br>Assigned to the Honorable Amit Mehta, District Court Judge |

## DEFENDANT KELLY MEGGS'
## MOTION TO COMPEL PRODUCTIONG OF ORDERED INFORMATION
## BY U.S. CAPITOL POLICE

The Defendant Kelly Meggs came before the Court upon his Kelly Meggs's Motion for an Order to Compel or Issuance of a *Subpoena Duces* Tecum to the U.S. Capitol Police considered by the Court on April _____, 2022, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT the Defendant Kelly Meggs needs to be able to participate in his own defense including by reviewing and analyzing information that the Government is required to produce as potentially exculpatory information to which the Defendant is entitled to pursuant to *Brady v. Maryland, 373 U.S. 83 (1963),* and

IT APPEARING TO THE COURT THAT the Defendant Kelly Meggs has demonstrated admissions under oath before the U.S. Senate by the U.S. Capitol Police as one of the complainants suggesting that potentially Kelly Meggs might not have been responsible for the recess and evacuation of the Joint Session of Congress at around 2:18 PM on January 6, 2021, by Kelly Meggs allegedly entering the U.S. Capitol building

1

at 2:40 PM, and

IT APPEARING TO THE COURT THAT if there are any documents or evidence of the aforementioned, Kelly Meggs would be entitled to present those documents or evidence at trial to endeavor to show that he did not cause the Joint Session of Congress to be obstructed, hindered, stopped, or recessed nor attempted to do so, because (he might argue)

IT APPEARING TO THE COURT THAT there may have been an alternative cause arising at around 12:52 PM of the discovery of pipe bombs prior to his alleged entry into the Capitol building on January 6, 2021, at 2:40 PM, which could create reasonable doubt as to Defendant's guilt or innocence, and

IT APPEARING TO THE COURT THAT so far the Seventh Superseding Indictment has not alleged facts that any action taken by Kelly Meggs prior to allegedly approaching the Capitol building at around 2:32 PM or entering the building at 2:40 PM was a directly contributing factor to the recess and evacuation of the January 6, 2021, at 2:18 PM, and

IT APPEARING TO THE COURT THAT the jury could potentially consider documents, evidence, or facts from the U.S. Capitol Police as to the reasons for the recess and evacuation of the Joint Session of Congress rather than conjecture, implication, or insinuation of any unidentified influence by Kelly Meggs.

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT the U.S. Capitol Police shall produce the following documents to the extent that they exist within its custody, possession, or control, as specified below.

LET IT FURTHER BE ORDERED AND ADJUDGED THAT the Clerk shall prepare a properly formatted subpoena to the Custodian of Records of the United States Capitol Police 119 D **Street, NE Washington, DC 20510 (202) 224-1677** Email:  USCapitolPolice@uscp.gov, which

the Clerk may prepare with the assistance of Defendant's counsel pre-filling the relevant sections on the form desired by the Clerk, and

    LET IT BE FURTHER ORDERED AND ADJUDGED THAT the existing Protective Order is hereby amended to allow documents produced by the U.S. Capitol Police to be protected under its terms, and that the U.S. Capitol Police may redact documents with regard to security measures of the U.S. Capitol and with regard to the discovery of pipe bombs in the area redact information about any on-going criminal investigations of the pipe bombs or those responsible and/or law enforcement techniques revealed in the same, and

    LET IT BE FURTHER ORDERED AND ADJUDGED THAT the subpoena shall order the production of:

    a. Any and all documents, communications, reports, letters, text messages, emails, or other records relating to, discussing or reporting on the discovery of pipe bombs on January 6, 2021, near the U.S. Capitol building (within 10 blocks) (subject to appropriate exclusions or redactions).

    b. Any and all documents, communications, reports, letters, text messages, emails, or other records relating to, discussing or reporting on the U.S. Capitol Police officially advising the Joint Session of Congress and/or the House of Representatives or U.S. Senate separately, on January 6, 2021, to recess.

    c. Any and all documents, communications, reports, letters, text messages, emails, or other records relating to, discussing or reporting on whether or not the Joint Session of Congress and/or the House of Representatives or U.S. Senate separately, on January 6, 2021, should recess.

    d. Any and all documents, communications, reports, letters, text messages, emails, or

other records relating to, discussing or reporting on the U.S. Capitol Police officially advising Members of Congress to evacuate from the House Chamber and/or Senate Chamber in the U.S. Capitol building on January 6, 2021.

e. Any and all documents, communications, reports, letters, text messages, emails, or other records relating to, discussing or reporting the reasons why the Joint Session of Congress should (if written beforehand) or did (if written after the fact) recess on January 6, 2021.

LET IT BE FURTHER ORDERED AND ADJUDGED THAT documents or information exclusively within the possession of the U.S. Government must be disclosed if it is likely to contain or lead to the discovery of (including identifying witnesses):

i) Evidence of actual innocence of the charges

ii) Evidence of an alternative explanation or cause or otherwise raising reasonable doubt on the standard of a defendant is presumed innocent until proven guilty beyond a reasonable doubt.

iii) Evidence that a defendant might be guilty of a lesser offense only

iv) Evidence of an affirmative defense

v) Evidence of the credibility of prosecution witnesses on impeachment

vi) Mitigating factors arguing for imposition of a lesser sentence

Dated:   April _____, 2022

_____
Amit Mehta, U.S. District Court Judge