### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                      *

vs.                                                *    Case No.: 22-15 APM

THOMAS E. CALDWELL                                 *

    *   *   *   *   *   *   *   *   *   *   *

### <u>NOTICE</u>

The Defendant, Thomas E. Caldwell, by and through counsel, David W. Fischer, Esq.,

hereby notifies the Court that he joins Defendant Kelly Meggs's Motion to Dismiss Count 1 of

the indictment filed as ECF No. 82-1

```
                                    /s/
                        _____
                        David W. Fischer, Esq.
                        Federal Bar No. 023787
                        Law Offices of Fischer & Putzi, P.A.
                        Empire Towers, Suite 300
                        7310 Ritchie Highway
                        Glen Burnie, MD 21061
                        (410) 787-0826
                        Attorney for Defendant
```

### <u>CERTFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of April, 2022, a copy of the foregoing Notice
was electronically filed with the Clerk of the United States District Court using CM/ECF, with a
notice of said filing to the following:

Counsel for the Government:          Office of the United States Attorney
                                     555 4th Street, NW
                                     Washington, DC 20001

```
                            /s/
                _____
                David W. Fischer, Esq.
```