IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:22-CR-15-apm |
| | : | |
| v. | : | |
| | : | |
| JESSICA WATKINS, | : | |
| | : | |
| Defendant | : | |

## NOTICE

The Defendant, Jessica Watkins, by and through counsel, Jonathan W. Crisp, Esq., hereby notifies the Court that she joins Defendant Kelly Meggs's Motion to Dismiss Count 1 of the indictment filed as ECF No. 82-1.  The Defendant also hereby notifies the Court that she joins Defendant Thomas Caldwell's motion to dismiss Counts 1-4 of the indictment filed as ECF No. 84.

                                          Respectfully submitted,

Date: 15 April 2022                         */s/Jonathan W. Crisp*
                                          Jonathan W. Crisp, Esquire
                                          4031 North Front St.
                                          Harrisburg, PA  17110
                                          I.D. # 83505
                                          (717) 412-4676
                                          jcrisp@crisplegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

Date: 15 April 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant