# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 22-cr-15 (APM)-7** |
| | ) | |
| **JOSEPH HACKETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE TO JOIN MOTIONS OF CO-DEFENDANTS

Defendant, Joseph Hackett, by and through his undersigned counsel, hereby gives notice that he adopts and joins the following motions:

1)     Motion to Dismiss Count 1, 2, 3, and 4 of the Indictment
   Thomas Edward Caldwell, 4/12/22, Doc. 84

2)     Motion to Change Venue
   Thomas Edward Caldwell, 4/15/22, Doc. 93

3)     Motion to Dismiss Count One and Strike Surplusage
   Edward Vallejo, 4/16/22, Doc. 94 and Doc. 95

Respectfully submitted,


_____/s/ Angela Halim_____
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

Counsel for Joseph Hackett

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice to Join Co-Defendants' Motions was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon the following:

AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

_____/s/ Angela Halim_____
Angela Halim, Esq.

Dated: April 16, 2022