## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:22-CR-15-apm** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **JESSICA WATKINS,** | : | |
| | : | |
| **Defendant** | : | |

## <u>NOTICE</u>

The Defendant, Jessica Watkins, by and through counsel, Jonathan W. Crisp, Esq.,
hereby notifies the Court that she joins Defendant Thomas Caldwell's Motion to
Transfer Venue filed as ECF No. 93.  The Defendant also hereby notifies the Court
that she joins Defendant Edward Vallejo's Motion to Dismiss Count 1 of the
Indictment and to Strike Any Remaining Surplusage filed as ECF No. 94.

Respectfully submitted,

Date: 18 April 2022          /s/Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### **ELECTRONIC SERVICE**

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

Ahmed Baset, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Ahmed.baset@usdoj.gov

Date: 18 April 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant