UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CAUSE NO.: 1:22-CR-15 |
| § | |
| ELMER STEWART RHODES, III § | |

## AMENDED NOTICE TO JOIN MOTIONS OF CO-DEFENDANTS

**COME NOW** PHILLIP LINDER and JAMES LEE BRIGHT, Counsel for Elmer Stewart Rhodes, and inform the Court that they are adopting or joining in the motions to dismiss the indictment and motion to transfer venue that were previously filed before this Court.

1. Motion to Dismiss Count 1, 2, 3, and 4 of the Indictment Thomas Edward Caldwell, 4/12/22, Doc. 84
2. Motion to Change Venue
Thomas Edward Caldwell, 4/15/22, Doc. 93
3. Motion to Dismiss Count One and Strike Surplusage Edward Vallejo, 4/16/22, Doc. 94 and Doc. 95
4. Motion to Dismiss Count 1 of the Indictment Kelly Meggs's, 4/10/22, Doc. 82

RESPECTFULLY SUBMITTED,

      /S/ PHILLIP A. LINDER
PHILLIP A. LINDER

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
TEXAS BAR NO. 12363560

       /S/ JAMES LEE BRIGHT
JAMES LEE BRIGHT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO : 24001786

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, a copy of the foregoing Amended Notice to Join Co-Defendants' Motions was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon the following:

AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

                /S/ PHILLIP A. LINDER
               PHILLIP A. LINDER