## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>            *Defendant*. | No. 22-cr-15 (APM) |

## [PROPOSED] ORDER

Upon consideration of Defendant Edward Vallejo's motion for pretrial release, and for good cause shown, it is hereby ordered that Defendant Vallejo is released into the custody of Debra Vallejo, with GPS monitoring, and subject to standard conditions of supervision.

It is SO ORDERED.

_____    _____
Date                                                                Hon. Amit P. Mehta
                                                                          United States District Judge

1