**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>*Defendant*. | No. 22-cr-15 (APM) |

**NOTICE OF FILING OF CORRECTED EXHIBIT**

Defendant Edward Vallejo, through counsel, hereby provides notice of the filing of a corrected version of Exhibit 10 to his Motion for Pretrial Release (Dkt. 102). The prior version of Exhibit 10—a government-produced transcript of a November 9, 2021 virtual meeting—incorrectly identified statements by a female named Kelly as statements by (i) Defendant Kelly Meggs and (ii) a "Ms. Meggs." The government has produced a corrected version of the transcript without these errors, which is attached herein as Exhibit 10 [Corrected].

April 21, 2022

Respectfully submitted,

/s/ Matthew J. Peed          .
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*

1