EXHIBIT 15

| | Message | Date | Timestamp |
|---|---|---|---|
| ▓ | Former President Barack Obama was the most recent Democrat to win the presidential race in North Carolina, in 2008. https://apnews.com/article/election-2020-joe-biden-donald-trump-north-carolina-coronavirus-pandemic-bebdcff679f91449d90e1be67d539457 | | |
| ▓ | Try the read.. https://www.ups.com/us/en/services/knowledge-center/article.page?kid=art173718ac052&articlesource=longitudes | 11/13/2020 | 11/13/2020 4:01:45 PM(UTC-6) |
| ▓ | And btw anyone ever hear of the "office of the President Elect"?? https://youtu.be/f4Yq5jFX78o | 11/13/2020 | 11/13/2020 4:02:39 PM(UTC-6) |
| ▓ | From an NC OK group copied and pasted | 11/13/2020 | 11/13/2020 4:17:35 PM(UTC-6) |
| ▓ | From today's Forward Observer Daily Intel Brief (excerpt): Million MAGA March scheduled for this weekend<br><br>Oath Keepers organizers announced they will be providing personnel to provide security during the upcoming Million MAGA March on Saturday, 14 November. One organizer wrote, "Oath Keepers will also have some of our most skilled special warfare veterans standing by, armed, just outside D.C., as an emergency QRF in the event of a worst-case scenario…such as a "Benghazi style assault in the White House by communist terrorists, in conjunction with stand-down orders by traitor generals." Some Leftist groups are calling for counter-demonstrations, which could lead to violence. | 11/13/2020 | 11/13/2020 4:17:37 PM(UTC-6) |
| ▓ | Password Protected:<br><br>Oath Keepers DC Call<br>Tonight - Friday November 13, 2020 at 8:30 EST.<br><br>Please join my meeting from your computer, tablet or smartphone.<br><br>https://global.gotomeeting.com/join/232999 | 11/13/2020 | 11/13/2020 5:06:42 PM(UTC-6) |



| | Yes. I have five kinfolk in there. | 11/10/2020 | 11/10/2020 7:48:06 AM(UTC-6) |
|---|---|---|---|
| | Morning folks | 11/10/2020 | 11/10/2020 7:49:02 AM(UTC-6) |
| | One more, the Old Guard as the unit is nicknamed who guard the tomb of the unknown soldier live under the tomb during that tour, but even more amazing is they take a vow to never smoke, drink, do drugs, or ever cuss for LIFE! | 11/10/2020 | 11/10/2020 7:51:17 AM(UTC-6) |
| | No Sailors nor Marines on that squad, huh?😜 | 11/10/2020 | 11/10/2020 7:52:39 AM(UTC-6) |
| | Negative it's an army unit only. Marines had to let them have something special lol | 11/10/2020 | 11/10/2020 7:53:23 AM(UTC-6) |
| | | 11/10/2020 | 11/10/2020 7:55:54 AM(UTC-6) |
| | Last one<br>I never knew they was a Veterans Day until 10 yrs ago | 11/10/2020 | 11/10/2020 7:56:52 AM(UTC-6) |
| | Think about it ▮ you know Veterans Day had to be created by a Marine so he a day of recovery from the birthday ball lol | 11/10/2020 | 11/10/2020 7:58:19 AM(UTC-6) |
| | Ya know how to kill a Marine?? Throw some sand against a brick wall & yell "hit the beach!!" | 11/10/2020 | 11/10/2020 8:01:37 AM(UTC-6) |
| | No that's how you kill a brick wall | 11/10/2020 | 11/10/2020 8:02:10 AM(UTC-6) |
| | Ok Gentlemen<br><br>Back to business<br><br>Who can we count on for DC OP<br><br>IT IS TIME FOR AMERICAN VETERANS AND PATRIOTS TO STAND UP FOR OUR REPUBLIC.<br><br>WE NEED ALL TYPES OF SUPPLIES<br><br>THE OK 'S GOING INTO DC WILL BE DOING SO UNARMED. | 11/10/2020 | 11/10/2020 8:10:52 AM(UTC-6) |

| | Message | Date | Timestamp |
|---|---|---|---|
| | THE QRF WILL BE NEARBY IN SHTF !! <br><br> WHO'S STANDING WITH US!! <br><br> SOUND OFF | | |
| | I | 11/10/2020 | 11/10/2020 8:11:27 AM(UTC-6) |
| | I will contribute what I can, but having to use a wheelchair may be a liability. | 11/10/2020 | 11/10/2020 8:12:22 AM(UTC-6) |
| | Those that can't go , you can sponsor those that can . | 11/10/2020 | 11/10/2020 8:12:24 AM(UTC-6) |
| | I'm available Thursday evening, but back to work Monday @ 0730. Use me where need be. | 11/10/2020 | 11/10/2020 8:13:20 AM(UTC-6) |
| | Could I possibly catch a ride with someone to DC i'll help pay for gas and food and I can make it to your county my trucks not good on long distance and my wife needs to keep the jeep this weekend | 11/10/2020 | 11/10/2020 8:13:31 AM(UTC-6) |
| | As of right now I am a go the only thing holding me back possibly is the scheduling of an up coming job interview and weld test I'm supposed to be told today on a day and time for that. | 11/10/2020 | 11/10/2020 8:13:54 AM(UTC-6) |
| | I can offer $ to the cause | 11/10/2020 | 11/10/2020 8:15:52 AM(UTC-6) |
| | Just need to meet up with someone | 11/10/2020 | 11/10/2020 8:16:34 AM(UTC-6) |
| | I'll be at base camp Monday | 11/10/2020 | 11/10/2020 8:17:57 AM(UTC-6) |
| | I'm right off I 85 in Archdale anyone passing that way on the way let me know time | 11/10/2020 | 11/10/2020 8:18:03 AM(UTC-6) |
| | ▮ if you can leave your truck at the neighborhood walmart I can meet you there to give money to you and who ever you ride with | 11/10/2020 | 11/10/2020 8:22:04 AM(UTC-6) |
| | does ▮▮▮▮ group know about this? | 11/10/2020 | 11/10/2020 8:24:04 AM(UTC-6) |
| | Yes we are aware and waiting on who can attend. | 11/10/2020 | 11/10/2020 8:25:20 AM(UTC-6) |

| | | | |
|---|---|---|---|
| Stewart | But no hot-heads (you know exactly who I'm thinking of).<br><br>We would need to keep that man and his team on an extremely short leash, likely across the River, and under ▮▮▮▮ direct command as part of a last ditch "oh crap, they are killing people" QRF. AND he would have to accept ▮▮▮ as HMFIC. … I have my doubts. | 8/11/2020 | 8/11/2020 5:08:36 PM(UTC-5) |
| ▮▮▮▮ | Good copy and agreed | 8/11/2020 | 8/11/2020 5:09:14 PM(UTC-5) |
| ▮▮▮▮ | For those that didn't see earlier. A basic PT and meal program for those looking to stay in shape. Feel free to make changes wherever you need | 8/11/2020 | 8/11/2020 5:13:37 PM(UTC-5) |
| ▮▮▮▮ | In case you didn't notice that looks like body armor under ▮▮▮ ugly dress shirt. He sure is wearing it low 😉 | 8/11/2020 | 8/11/2020 5:15:54 PM(UTC-5) |
| Stewart | Duly noted. | 8/11/2020 | 8/11/2020 5:18:24 PM(UTC-5) |

| | | | |
|---|---|---|---|
| | can be applied via a minor bump. The group is then tracking/following people to their vehicles where they are taking photos of license plates and compiling an enemy target list. Anyone with access to DMV searches (like lawyers),can find addresses and names associated with a license plate number. | | |
| Stewart | Above came from lawyer contact in TX who has a friend who is former Antifa and still has connections deep inside Antifa.<br><br>Antifa will stick that little round "tile" sticker to you without you even knowing it. Like an electronic version of slapping a "kick me" sign on someone's back. | 8/11/2020 | 8/11/2020 5:27:49 PM(UTC-5) |
| Stewart | ▉▉▉▉ also said:<br><br>"Pease Park- Austin<br><br>The Marxist groups are meeting in the park for updates, planning and staging point for the receipt of "donations". The donations are from corporations and private individuals. Donations include tactical items, riot gear, surveillance tools, first aid, food/beverages and weaponry. The leadership will meet Donors at the park and follow the donors to locations to receive the items. The weaponry includes firearms (carbines) and ammunition. It is important to note that they are no longer communicating their plans in writing. The next meeting date and time is established at each park meeting. Think telephone. Only things communicated in writing are intended to be part of the public domain." | 8/11/2020 | 8/11/2020 5:29:48 PM(UTC-5) |
| Stewart | "Carbines" = AR15s and AKs | 8/11/2020 | 8/11/2020 5:30:24 PM(UTC-5) |
| ▉▉▉▉ | We need to ensure that buddies check each other before heading home, hotel, etc when gathering photos, videos, etc. | 8/11/2020 | 8/11/2020 5:33:04 PM(UTC-5) |
| Stewart | Yep. | 8/11/2020 | 8/11/2020 5:33:40 PM(UTC-5) |
| ▉▉▉▉ | Might be handy to get some of those little sticky trackers for our 'friends' in Louisville.... | 8/11/2020 | 8/11/2020 5:36:31 PM(UTC-5) |
| ▉▉▉▉ | Stewart R posted this a while back for Antifa. I believe it's worth a re-post. | 8/11/2020 | 8/11/2020 5:47:40 PM(UTC-5) |