**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>UNOPPOSED REQUEST TO AMEND CONDITIONS OF RELEASE</u>**

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court amend the conditions of release in this matter in two respects, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. The Defendant is scheduled to have total hip replacement surgery on May 17, 2022 at the Reston Hospital Center in Loudoun County, Virginia.

3. The hospital will not permit the Defendant to wear a location monitor during surgery.

4. The Defendant requests permission to remove the location monitor prior to his surgery and then reattach the location monitor upon his discharge from the hospital as approved by Pretrial Services.

5. Secondly, as the Defendant's surgery is scheduled for May 17, 2022, which is the same day that oral arguments are scheduled for 12(b) motions in this matter, the Defendant requests that his appearance at oral arguments be excused.   A waiver of appearance is attached as Exhibit A.

WHEREFORE, the Defendant respectfully requests that the Court authorize, with the approval of Pretrial Services, the temporary removal of the Defendant's location monitor prior to his surgery on May 17, 2022 until his discharge from the hospital.   It is further requested that the Defendant's appearance at oral arguments on May 17, 2022 be waived.

_____/s/_____<br>
David W. Fischer, Esq.<br>
Federal Bar No. 023787<br>
Law Offices of Fischer & Putzi, P.A.<br>
Empire Towers, Suite 300<br>
7310 Ritchie Highway<br>
Glen Burnie, MD 21061<br>
(410) 787-0826<br>
Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2022, a copy of the foregoing Unopposed Request to Amend Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:          Office of the United States Attorney
                                     555 4th Street, NW
                                     Washington, DC 20001


_____/s/_____
David W. Fischer, Esq.