**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Criminal No. 1:22-cr-00015-APM** |
| ) | |
| v. ) | |
| ) | |
| **THOMAS CALDWELL,** ) | |
| ) | |
| And ) | |
| ) | **Criminal No. 1:21-cr-00028-APM** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | |
| **CONNIE MEGGS,** ) | |
| ) | |
| **Defendant** | |

**ERRATA, DEFENDANTS' NOTICE OF CORRECTION**

COMES NOW Defendants Connie Meggs and Thomas Caldwell, jointly by undersigned counsel, hereby set forth that in its Reply it inadvertently made clerical errors, which it hereby corrects:

See pp. 1, 2, 5, 20 and inadvertently omitted attached Exhibit A for the Reply.

*See* attached copy of Reply, with Ex. A, as Exhibit One Hereto.

Respectfully submitted,

By Counsel:

      */s/* David W. Fischer
David W. Fischer, Esq.
Fischer & Putzi, P.A.
7310 Ritchie Hwy., #300
Glen Burnie, MD 21061
(410) 787-0826
Fischerandputzi@hotmail.com

And

                         /s/ Juli Z. Haller
Juli Z. Haller, DC 466921
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W.
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

Counsel for Connie Meggs

**Certificate of Electronic Service**

I hereby certify that on May 13, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                         /s/ David W. Fischer

And

                         /s/ Juli Z. Haller
Juli Z. Haller, DC 466921