# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *  Case No.: 22-15-APM |
| THOMAS E. CALDWELL (U.S. v. Elmer S. Rhodes) | * |

\* \* \* \* \* \* \* \* \* \* \*

## Notice

The Defendant, Thomas E. Caldwell, by and through counsel, David W. Fischer, Esq., hereby notifies the Court that he joins the following pretrial motions filed by his co-defendants:

1) ECF No. 82:  Motion to Dismiss (Kelly Meggs) (previously noted).

2) ECF No. 89: Motion to Dismiss (Joseph Hackett).

3) ECF No 90: Motion to Dismiss (Joseph Hackett) (as it applies to Count 17).

4) ECF No. 91: Motion to Sever County (Joseph Hackett) (as it applies to Count 17).

5) ECF No. 95 Motion to Dismiss (Edward Vallejo).

                          /s/  
                          David W. Fischer, Esq.  
                          Federal Bar No. 023787  
                          Law Offices of Fischer & Putzi, P.A.  
                          Empire Towers, Suite 300  
                          7310 Ritchie Highway  
                          Glen Burnie, MD 21061  
                          (410) 787-0826  
                          Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of May, 2022, a copy of this Notice was filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Kathryn Rakoczy, Asst. U.S. Atty.
                                             Office of the United States Attorney
                                             555 4th Street, NW
                                             Washington, DC 20001

                                             _____/s/_____
                                             David W. Fischer, Esq.