UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| V.                                           ) | **CRIMINAL NO. 1:22cr15-APM** |
| ) | |
| ) | |
| **BRIAN ULRICH,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR ATTORNEY LEAVE OF ABSENCE

COMES NOW A. J. BALBO, counsel of record for Defendant Brian Ulrich, who respectfully requests that this Honorable Court grant a leave of absence in the above-styled case, which is currently pending in the United States District Court for the District of Columbia. The requested periods of leave are as follows:

**May 27 – June 6, 2022 – Family Vacation**

**November 21-25, 2022 – Thanksgiving**

Respectfully submitted,

BALBO & GREGG
ATTORNEYS AT LAW, P.C.

*/s A. J. Balbo*
A. J. Balbo, Esq.
Georgia Bar No.142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 Telephone
(912) 459-1777 Facsimile
aj@balbogregg.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all the parties in this case in accordance with the directives of the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 27th day of May, 2022.

                                    Respectfully submitted,
                                    BALBO & GREGG
                                    ATTORNEYS AT LAW, P.C.

                                    */s A. J. Balbo*
                                    A. J. Balbo, Esq.
                                    Georgia Bar No.142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 Telephone
(912) 459-1777 Facsimile
aj@balbogregg.com