**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 1:21-cr-00028-APM** |
| v. ) | |
| ) | |
| **CONNIE MEGGS,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

Upon consideration of the Unopposed Joint Motion to Strike ECF 693 from the Record, and good cause having been shown, it is this _____ day of June, 2022 by the United States District Court for the District of Columbia ORDERED:   Strike the Notice by Mr. Moseley, ECF 693, filed by former counsel to Mr. Meggs, made without sufficient effort to confer, filed in this matter on behalf of Defendants, to include Connie Meggs, and on behalf of Kelly Meggs despite withdrawing from the representation of Mr. Kelly Meggs (ECF 143), and for using the ECF system in Mr. Kelly Meggs' name for a filing on behalf of himself.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

Dated: