# EXHIBIT E



87°

CAPITOL RIOT

# Who Is Jason Van Tatenhove?

The former spokesman for the Oath Keepers testified to the Jan. 6 Panel

Published July 12, 2022 • Updated on July 12, 2022 at 8:32 pm



Former spokesman for the Oath Keepers extremist group Jason Van Tatenhove testified Tuesday before the Jan. 6 committee that he believes that without intervention, domestic extremism groups could incite violence in future elections. "We've gotten exceedingly lucky that more bloodshed did not happen."



Jason Van Tatenhove was once the national media director of the Oath Keepers, a job he was hired for in 2014.



87°

Stewart Rhodes, the group's founder, used conspiracy theories to increase membership and funding.

Van Tatenhove even lived with the Rhodes for several months, but has not been actively involved with the group since about 2017.

He told the committee on Tuesday that he noticed the group getting more radical over time, drifting "further and further right — into the alt-right world, into White nationalists and even straight-up racists and it came to a point where I could no longer continue to work for them."

> **Stay informed about local news and weather in the D.C. area. Get the NBC4 Washington app for iOS or Android and pick your alerts.**

He said he finally decided to leave the group was when he heard members talking about how the Holocaust was not real.

"That was for me something I could not abide," he said.



**JUL 12**
Ex-Trump Supporter: I Would Have Left the Capitol Earlier If Trump Asked Us To



**JUL 12**
Trump 'Be Wild' Tweet Led to Mass Coordination by Far-Right Followers, Jan. 6 Panel Says

More recently he has spoken out about the danger posed by violent extremist groups like the Oath Keepers, his lawyer said.

In an interview with the Denver Post last year, Van Tatenhove described himself as a propagandist for the Oath Keepers. For a year and a half between 2015 and 2016, he posted blogs for the organization, ran the social media networks and appeared in videos.

from a loose network worried about government overreach to a hateful organization.

Van Tatenhove said he imagined himself as his journalism idol, Hunter S. Thompson, who embedded with motorcycle gangs for his first nonfiction book.

"I had these grand intentions that I was going to write my break-out novel, but what wound up happening is I just became a propagandist for them," he told the Denver Post. "I failed that internal mission pretty fantastically."

This article tagged under:

**CAPITOL RIOT** · **JAN. 6 HOUSE COMMITTEE**

SPONSORED · SMARTASSET

**The Best States to Retire in 2022**

SPONSORED · JOURNALISTATE

**24 Celebrities Who Married Their Mistresses**