IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Criminal No. 1:22-cr-00015-APM** |
| ) | |
| v.                              ) | |
| ) | |
| **KELLY MEGGS,**                ) | |
| ) | |
| **Defendants**                  ) | |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT MOTION REGARDING ANTICIPATED TRIAL EVIDENCE**

1. The Government filed a Motion Regarding Anticipated Trial Evidence And Notice Pursuant To Federal Rule Of Evidence 404(B), ECF 190 / ECF 187, on July 8, 2022.

2. The Defendants' Response to the government's filed Motion would be due July 22, 2022, pursuant to LCrR 47(b).

3. The Defendant seeks a one-week extension so that that this Response could be prepared with other evidence based motions due July 29, 2022, pursuant to the Court's Pre-Trial Order of May 12, 2022.

4. There would be no prejudice to the Government with the one week extension, and the extension would allow work on evidence motions to be considered and prepared at the same time.

5. Undersigned Counsel conferred with the government counsel, Mr. Nestler, who consents to the relief requested.

WHEREFORE, Defendant Kelly Meggs respectfully requests that the Court grant this Consent Motion to Extend Time for Defendants to Respond to the Motion, ECF 190/ ECF 187, on July 29, 2022.

Respectfully submitted,

      */s/ Juli Z. Haller*
Juli Z. Haller, (DC 466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

      */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC 20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*

**Certificate of Electronic Service**

I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

      */s/* Juli Z. Haller