# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Criminal No. 1:22-cr-00015-APM )  ) |
| v. | ) ) |
| **KELLY MEGGS,** | ) ) ) |
| **Defendants** | ) ) ) |

# **ORDER**

The Court grants Kelly Meggs' consent motion for a one-week extension for Defendants to Respond to the Government's Motion Regarding Anticipated Trial Evidence And Notice Pursuant To Federal Rule Of Evidence 404(B), ECF 190 / ECF 187, filed on July 8, 2022, to July 29, 2022.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*