UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CAUSE NO.: 1:22-CR-15 |
| § | |
| ELMER STEWART RHODES, III § | |

### ADDENDUM TO MOTION TO CONTINUE FILED UNDER DOCUMENT # 194 ON JULY 16, 2022 AND MOTION TO MOVE RHODES TO THE FEDERAL FACILITY IN D.C. THAT HOUSES THE OTHER DEFENDANTS THAT CONTINUE TO HAVE ELECTRONIC ACCESS TO THE DISCOVERY

**COME NOW** PHILLIP LINDER and JAMES LEE BRIGHT, attorneys for Elmer Stewart Rhodes in the above referenced case number, and file this addendum to the Motion for Change of Venue and Continuance that was filed on July 16, 2022 under the above listed document number, and additionally request that Rhodes be moved to the federal facility in Washington, D.C. that houses the other co-defendants that have continued and consistent access to their discovery and would show the Court the following:

I.

Counsel for Mr. Rhodes would like to add additional claims as a further basis for this Court to grant the requested Motion for Continuance and Motion to Transfer. Counsel for Rhodes attempted to set up another WebEx meeting with Stewart Rhodes on Wednesday July 20, 2022. Counsel received an email back from the Alexandria Detention Facility on July 21, 2022 stating that they were no longer providing the ability to meet with our client over a video monitoring system. *Please see the attached email.*

II.

In addition, Counsel recently learned from Rhodes that the hard drive provided to him to review evidence is no longer accessible using the code that had been provided and had worked

previously. The hard drive has only been in possession of the Alexandria Detention Facility. As stated in our earlier Motion, since his placement in the Alexandria Detention Facility in March of 2022, Rhodes has been virtually unable to view the evidence that all other defendants have had access to. Up until late June, Rhodes had no access to any of the digital discovery. Rhodes was only allowed paper copies of what his Counsel could send him in the mail or deliver to him personally.

### III.

As the Court is aware and largely through the Court's efforts, Rhodes was recently allowed to have a laptop with the discovery in the jail. However, the jail only allowed Rhodes to have access to this laptop two hours per week. Counsel mentioned in the earlier Motion that at the current pace, Rhodes would have approximately twenty hours of time between now and his trial date of September 26, 2022, to view the multiple terabytes of evidence that the government has provided. Meanwhile, Rhodes' co-defendants have had virtually unlimited access to the evidence and the ability to process it with their attorneys.

This new development changes that scenario completely. Rhodes' location and lack of access to the evidence continues to put him at a great disadvantage as compared to the other co-defendants.

### IV.

Largely because of the Alexandria Detention Facility's failure to realize the magnitude of this case, Rhodes will be unable to be ready for trial on September 26, 2022. This case is arguably the largest case ever prosecuted by the Department of Justice as stated by Attorney General Merrick Garland and his own Assistant United States Attorneys. *Please see Document #44 filed by the DOJ on February 10, 2022.* It is beyond belief that the lead defendant in this case is effectively being denied effective access to his discovery.

V.

Under the current working arrangement, if Rhodes were forced to go to trial on September 26, 2022, he would not be ready and any potential conviction that may happen would likely be reversed due to Mr. Rhodes inability to access the evidence and adequately prepare his defense with his Counsel. Being that the defendants in the September 26, 2022 trial agree to further toll time under the Speedy Trial Act and remain in custody, there would be no harm if the Court were to grant a continuance in this case.

VI.

Both Counsel for Rhodes have worked diligently since January 2022 to communicate with Rhodes, make paper copies of evidence for Rhodes and travel to Washington, D.C. to meet with Rhodes. No amount of effort at this point however could allow Rhodes to be prepared for trial on September 26, 2022, under the current working arrangements of the Alexandria Detention Facility.

VII.

Lastly, it was stated by Chairman Thompson at the January 6th Congressional Committee hearing on July 21, 2022, that the Committee will reconvene in September leading up to the midterms in November, providing "we still continue to receive new information every day. We continue to hear from witnesses. We will reconvene in September to continue laying out our findings to the American people." Without question, this rescheduling and extension of the Committee's hearings will invariably delay the release and publication of the claimed voluminous evidence in the possession of the Committee to the Department of Justice.

To date, The January 6th Congressional Committee still has not disclosed or turned over any of the witness statements they have allegedly received to either the Department of Justice or to any of the defense counsel representing any of the defendants charged in the January 6th events. As a specific example of what could be exculpatory evidence, Representative Jamie Raskin of Maryland, stated that Jason Van Totenhove, who was called as a prime witness against the Oath

Keepers and Stewart Rhodes, had provided a sworn written statement to the Committee. Defense counsel are entitled to that statement.

This is but one singular example of the evidentiary problems caused by the January 6th Congressional Committee's investigation and their lack of candor and cooperation with the Department of Justice and counsel for the defendants charge in the myriad of January 6th cases.

VIII.

WHEREFORE, Counsel for ELMER STEWART RHODES pray that this Court grant the Request for Continuance and continue this trial until After January 1, 2023, or in the alternative set this and the other Motions for Change of Venue and Continuance for a hearing to be had at the next status conference on August 2, 2022.

RESPECTFULLY SUBMITTED,

/S/ PHILLIP A. LINDER
PHILLIP A. LINDER

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
TEXAS BAR NO. 12363560

/S/ JAMES LEE BRIGHT
JAMES LEE BRIGHT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO : 24001786

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Kathryn Rakoczy, counsel for the government regarding this Motion and that she does not oppose the filing of the Motion but does oppose the requested relief.

/s/ PHILLIP A. LINDER
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached pleading was served on the Assistant United States Attorney Kathryn Rakoczy and Jeffrey Nestler via ECF on July 22, 2022.

/s/ PHILLIP A. LINDER
*ATTORNEY FOR DEFENDANT*

**Subject:** Fwd: [EXTERNAL]Elmer Stewart Rhodes Attorney Zoom
**Date:** Thursday, July 21, 2022 at 8:54:33 AM Central Daylight Time
**From:** Work <wvhalllaw@gmail.com>
**To:** Phillip Linder <phillip@thelinderfirm.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Valarie Wright <valarie.wright@alexandriava.gov>
> **Date:** July 21, 2022 at 5:37:35 AM CDT
> **To:** William Hall <wvhalllaw@gmail.com>
> **Subject: RE: [EXTERNAL]Elmer Stewart Rhodes Attorney Zoom**
>
> As of July 15th, all attorney-client visits are in person only.
>
> **From:** William Hall <wvhalllaw@gmail.com>
> **Sent:** Wednesday, July 20, 2022 5:54 PM
> **To:** Valarie Wright <valarie.wright@alexandriava.gov>
> **Subject:** [EXTERNAL]Elmer Stewart Rhodes Attorney Zoom
>
> Ms. Wright,
>
> Good afternoon. Attorneys Lee Bright and Phillip Linder would like to set a Zoom conference with their above-referenced client for Friday, July 22, 2022 at 2:00 p.m. EST & 1:00 p.m. CST. The email addresses the link may be sent to are:
>
> JLBrightLaw@gmail.com
> Phillip@theLinderFirm.com
> Lawyer@DaveOlivas.com
> marissawallacepi@gmail.com
>
> Please let me know if that time is not available or if there is anything else you require from us. Thank you very much!
>
> --
> Regards,
>
> William Hall
> Barrett, Bright, Lassiter, Linder, Perez & Grant
> 3300 Oak Lawn Avenue, Suite 700
> Dallas, Texas 75219
> 214.720.7777
> 214.720.7778, facsimile

DISCLAIMER: This message was sent from outside the City of Alexandria email system. DO NOT CLICK any links or download attachments unless the contents are from a trusted source.