UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO.: 1:22-CR-15 |
| | § | |
| ELMER STEWART RHODES, III | § | |

**ORDER: ADDENDUM TO MOTION TO CONTINUE FILED UNDER DOCUMENT # 194 ON JULY 16, 2022 AND MOTION TO MOVE RHODES TO THE FEDERAL FACILITY IN D.C. THAT HOUSES THE OTHER DEFENDANTS THAT CONTINUE TO HAVE ELECTRONIC ACCESS TO THE DISCOVERY**

On the _____ day of _____, 2022 came for consideration a Motion for Change of Venue, Continuance, and request to move Rhodes to the federal detention facility in Washington, D.C. that houses the other co-defendants in the above entitled and numbered cause. The Court, after considering this Motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]    GRANTED.

[ ]    DENIED.

[ ]    SET FOR HEARING on the _____day of _____, 2022.