## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>　　　　　　*Defendant*. | No. 22-cr-15 (APM) |

## ORDER

Upon consideration of Defendant Edward Vallejo's unopposed motion to modify his conditions of release to travel to his voting location to vote in the Arizona primary on August 2, 2022 and the general election on November 8, 2022, the Court hereby **GRANTS** the motion.

It is **SO ORDERED**.

_____   　　_____
Date 　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Judge