## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                    *

vs.                                              *    Case No.: 22-15 APM

THOMAS E. CALDWELL                               *

     *     *     *     *     *     *     *     *     *     *     *

## NOTICE

The Defendant, Thomas E. Caldwell, by and through undersigned counsel, hereby gives notice that he adopts and joins the following motions:

1. ECF No. 188:  Motion to Dismiss Counts 1-3 and 5 filed by Kelly Meggs.

2. ECF No. 189:  Motion to Dismiss On the Basis of Selective Prosecution filed by Kelly Meggs.

 

 

                                                     /s/
                                             David W. Fischer, Esq.
                                             Federal Bar No. 023787
                                             Law Offices of Fischer & Putzi, P.A.
                                             Empire Towers, Suite 300
                                             7310 Ritchie Highway
                                             Glen Burnie, MD 21061
                                             (410) 787-0826
                                             Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2022, a copy of the foregoing Notice to Join Motion of Co-Defendants was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:            Office of the United States Attorney
                                         555 4th Street, NW
                                         Washington, DC 20001

                                                 /s/
                                             David W. Fischer, Esq.