# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 22-cr-15 (APM) |
| **EDWARD VALLEJO,** *Defendant*. | |

## ORDER

Upon consideration of Defendant Edward Vallejo's unopposed motion to modify his conditions of release to travel to his voting location to vote in the Arizona primary on August 2, 2022 and the general election on November 8, 2022, the Court hereby **GRANTS** the motion.

It is **SO ORDERED**.

_____    _____
Date                                Hon. Amit P. Mehta
                                    United States District Judge