**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 22-cr-15 (APM)** |
| **EDWARD VALLEJO,** | |
| *Defendant*. | |

**ORDER**

Upon consideration of Defendant Edward Vallejo's motion to exclude expert testimony by

Dr. Sam Jackson, and the opposition thereto, the Court hereby **GRANTS** the motion.

It is **SO ORDERED**.


_____          _____
Date                                                                                 Hon. Amit P. Mehta
                                                                                       United States District Judge