# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| v. | )     No. 22-cr-15 (APM)-7<br>) |
| **JOSEPH HACKETT,** | )<br>) |
| **Defendant.** | )<br>) |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defendant's Consent Motion to Modify Conditions of Pretrial Release, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant Joseph Hackett's Additional Conditions of Pretrial Release, 7(t), shall be modified to reflect the following:

Defendant is not to have any access to computers, smartphones, tablets or any device that would allow him to communicate through either encrypted or non-encrypted applications; however, Defendant shall be permitted to personally access a desktop or laptop computer for video and/or audio conferences with counsel and to connect to remote Court proceedings. Further, Defendant shall be permitted access to a desktop or laptop computer under the following limited conditions: 1) to review discovery materials that are not subject to the Protective Order by himself, and 2) to review discovery materials subject to the Protective Order with counsel via video conference.

All other conditions of Pretrial Release shall remain the same.

_____
**The Honorable Amit P. Mehta**
**United States District Court Judge**