IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. Since March 12, 2021 the Defendant has fully complied with all conditions of release.

3. A previous modification of the Defendant's conditions of release granted the Defendant permission to travel freely within Clarke and Frederick Counties in Virginia.

4. The Defendant requests permission to travel outside of Clarke and Frederick Counties to attend church services and an annual church fellowship picnic at the Oakrum Baptist Church located at 16419 Thoroughfare Road, Broad Rum, VA 20137 from 9:30 a.m. to 4:30 p.m. this Sunday, August 14, 2022.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to attend services and a fellowship picnic at the Oakrum Baptist Church on August 1, 2022 from 9:30 a.m. to 4:30 p.m.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
7310 Ritchie Highway, Suite 300
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTFICATE OF SERVICE

      I HEREBY CERTIFY that on this 9th day of August, 2022, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                                555 4th Street, NW
                                                Washington, DC 20001

                                                          /s/
                                            David W. Fischer, Esq.