**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to attend church services and a fellowship picnic at the Oakrum Baptist Church on Sunday, August 14, 2022 from 9:30 a.m. to 4:30 p.m.

_____                    _____
Date                                                              Honorable Amit P. Mehta
                                                                          United States District Court