IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Criminal No. 1:22-cr-00015-APM </br> ) </br> ) |
| v. | ) </br> ) |
| **KELLY MEGGS,** | ) </br> ) |
| **Defendants** | ) </br> ) </br> ) |

**ORDER**

Based upon the Government's motions in limine, ECF 213 and ECF 214, Mr. Meggs' opposition thereto, any reply in support of the motion, oral argument, and the entire record before this court, this court finds that ECF 213 and 214 are too broad in seeking to overly limit the application of the entrapment by estoppel defense, which is potentially relevant to Defendant's state of mind and ability to rebut specific intent charges. And this court obviously maintains discretion to bar evidence at trial if too far afield. Further, the parties agree that defendant will not raise a defense of selective prosecution under Rule 12 to the jury, or of "diminished physical or mental capacity," or the Public Authority Defense raised in ECF 213. Therefore, to grant the motion in limine by the government in full would be more prejudicial to the defendants. It is hereby ordered, that ECF 213 and 214 are denied in part, specifically denied as to sections A and B of ECF 214, and section C of ECF 213, and the remainder is granted, in part.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*