## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:22-CR-15** |
| **Plaintiff** | : | |
| | : | **(JUDGE MEHTA)** |
| **v.** | : | |
| | : | |
| **JESSICA WATKINS,** | : | |
| **Defendant** | : | |

## CONSENT MOTION TO EXTEND TIME TO REPLY TO GOVERNMENT MEMORANDUM IN OPPOSITION TO ECF. NO 216, RESPONSE TO 404(b) NOTICE

1. On 8 July 2022, the Government filed Motion Regarding Anticipated Trial Evidence and Notice Pursuant to Federal Rule of Evidence 404(b) (ECF No.(s) 187 & 190).

2. On 29 July 2022, Defendant, Jessica Watkins, by and through her attorney, Jonathan Crisp, Esq., filed Response in Opposition to the Government's Motion and Notice regarding evidence under F.R.E. 404(b) in accordance with this Honorable Court's Minute Order granting an extension of time to file response/reply (ECF No. 197).

3. On 12 August 2022, the Government filed Memorandum in Opposition to Defendants' Motions in Limine to Exclude Anticipated Trial Evidence Noticed Pursuant to Federal Rule of Evidence 404(b) (ECF No. 251).

4. In accordance with the Pretrial Order, the Defendant's Reply to the Government's Opposition would be due 19 August 2022.

5. The Defendant seeks a one-day extension due to undersigned counsel being out of the office for longing than anticipated undergoing a medical procedure which precluded his ability to respond timely.

6. Undersigned Counsel conferred with the government counsel, AUSA Rokoczy, who consents to the relief requested.

WHEREFORE, Defendant Jessica Watkins respectfully requests that the Court grant this Consent Motion to Extend Time for Defendant's Reply to Government's Memorandum in Opposition.

Respectfully Submitted,

Dated: 19 August 2022

*/s/Jonathan W. Crisp*
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

Jeffrey S. Nestler, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Jeffrey.nestler@usdoj.gov

Date: 19 August 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant