# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:22-CR-15 |
| | : |
| | : **(JUDGE MEHTA)** |
| v. | : |
| | : |
| | : |
| **JESSICA WATKINS,** | : |
| | : |
| **Defendant** | : |

## ORDER OF COURT

AND NOW, this _____ day of August 2022, upon consideration of the within Consent Motion to Extend Time to File Response/Reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Accordingly, it is **ORDERED** that: the deadline is scheduled for the _____ day of _____, 2022.

BY THE COURT:

_____
JUDGE MEHTA