# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) **Criminal No. 1:22-cr-00015-APM** |
| v. | ) <br> ) |
| **ELMER STUART RHODES, KELLY MEGGS, JESSICA WATKINS** | ) <br> ) <br> ) |
| **Defendants** | ) <br> ) <br> ) |

## ORDER

Based upon the motion by the government, ECF 252, the Motion in Limine that seeks to bar the defendants from introducing any expert testimony at trial, the Defendants, Elmer Stuart Rhodes, Kelly Meggs, Jessica Watkins, Opposition thereto, any reply in support of the motion, oral argument, and the entire record before this court, is at this time, premature, and prejudicial.

It is therefore, hereby Ordered that, the motion in limine is therefore Denied.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*