IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:22-cr-00015-APM |
| v. ) | |
| ) | |
| **ELMER STUART RHODES, KELLY** ) | |
| **MEGGS, JESSICA WATKINS,** ) | |
| **KENNETH HARRELSON** ) | |
| ) | |
| **Defendants** ) | |

## **ORDER**

Based upon Defendants, Elmer Stuart Rhodes, Kelly Meggs, Jessica Watkins, Kenneth Harrelson's Motion in Limine that seeks to bar the government from introducing bar the government from introducing statements on a Zello Chat (identified as 6 zello from www.youtube.com watch v=nF1bud0Rqym.MP4), or the transcript of this chat, at trial, the Government's Opposition thereto, any reply in support of the motion, oral argument, and the entire record before this court, constitutes Hearsay within Hearsay, and unless the government provides some exception, at this time is barred.

It is therefore, hereby Ordered that, the Defendants' motion in limine is GRANTED.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*