Attachment One

**Capitol Experts Wish List**



Me <bradford.geyer@formerfedsgroup.com>
Thu, 25 Aug 2022 7:51:30 PM -0400

To "Nestler, Jeffrey (USADC)" <Jeffrey.Nestler@usdoj.gov>

Cc "rakoczy, kathryn" <kathryn.rakoczy@usdoj.gov>, "phillip linder 2" <attorneylinder@gmail.com>, "phillip linder 1" <phillip@thelinderfirm.com>, "james bright" <jlbrightlaw@gmail.com>, "stanley woodward" <stanley@brandwoodwardlaw.com>, "juli haller" <hallerjulia@outlook.com>, "jonathan crisp" <jcrisp@crisplegal.com>, "david fischer" <fischerandputzi@hotmail.com>, "edwards, troy" <troy.edwards@usdoj.gov>, "manzo, louis" <louis.manzo@usdoj.gov>, "hughes, alexandra" <alexandra.hughes@usdoj.gov>, "sher, justin" <justin.sher@usdoj.gov>

Bcc "Carmen Hernandez" <chernan7@aol.com>, "Sandianm777" <sandianm777@gmail.com>, "carolstewart_esq" <carolstewart_esq@protonmail.com>, "Scott" <scott@bsrlegal.com>, "Matt" <matt@clintonpeed.com>, "Angiehalim" <angiehalim@gmail.com>, "Connor" <connor@bsrlegal.com>

Jeff:

I asked for the experts list of things they would like to gain access to so I can share it with you (collapsing timelines). This is what we would like to see and, as you can see, some of these things are covered on the standard tour. I realize that this isn't DOJ's call on what we get to see, but we will likely speak with the tour person in advance and during to just get clear direction what is approved and what is denied so that we can have a clear record. Also, there may be things they let us access on the tour and we want to document that accurately so that if we get access to something the court (or your team) doesn't think we accessed you will hear it from me. Any access is better than no access and I earnestly appreciate your efforts to facilitate this tour. You can also reasonably expect that we will comply with whatever limits are imposed. These people are well versed in classified environments and will comply with any and all directives without judgment.

Items to See (*Indicates Room Numbers Found on Floor Maps)

Inside:

• Examine the West Senate Entrance from the inside that was breached at 2:12 p.m. (Location opposite S-109*). Purpose: to see exit door crash-out bar mechanism on that door to compare to one at the Columbus Doors. (Note: There is no need to touch or test it.)

• Tour the Hallway taken by those who went from that Entrance to just short of the Senate Coach Entrance (on the inside) from 2:13 to 2:14 p.m. Purpose: looking for camera locations and coverage.

• Examine the Coach Entrance area (on the inside). Purpose: A relevant incident happened on the Outside of this door and affected events inside, in this area. Part of this is to understand the layout of that area and also security camera locations and coverage.

• Go up the stairs taken by rioters behind Officer Goodman to the Atrium outside the Senate at 2:15 and thereafter. Purpose: looking for security camera locations and coverage. Saw but no photos

• Explore the hallway from there leading towards the Rotunda. Purpose: Examine layout and security camera coverage due to relevance to the case. Partial

xamine the East Entrance doorway, from the inside, to include examining door sensors, door eration mechanisms, locking mechanisms (such as strike locks and regular locks) and demonstrate or test) opening of emergency exit mechanism, as well as take pictures of the same. Purpose: To understand how the door fit into the entry of K.H. and to determine location and coverage of security cameras. This would include locating cameras facing the entrance from the inside but also facing the door from the East side of the anteroom to the Rotunda. If possible, discuss with security system expert the controls on the locking mechanisms of the door and the control center procedures for deciding when to lock/unlock doors, etc. Also the steps, the window that was broken by Hunter Ehmke and the door to the South.

- Examine the Rotunda, Statuary Hall, and Interconnection Hallway between Statuary Hall and the House Entrance Main Doors. Purpose: To examine the pathways taken by OKs and look for relevant security cameras and coverage.

- Examine the East-West Hallway that leads East from the House Entrance Main doors (between *Locations H-219 and H-208). Purpose: To examine pathways that some OKs could possibly have taken (it is not clear if they did or didn't) and look for security camera locations and coverage.

- View from the hallway the door leading into the House Chamber from the East (between *H-225 and H-224) – the "Dem" door(?). Purpose: To examine pathways that some OKs could possibly have taken (it is not clear if they did or didn't) and look for security camera locations and coverage. Outside:

- Steps leading up to the Columbus Doors and the area around the Columbus Doors. This would include looking for exterior security cameras and coverage. May include photography and laser measurements for study and court exhibits

*physical inspection/permitted video*

- Exterior of the Columbus doors.

- Areas where the Security barriers and boundaries were on January 6

- The area where the "protectees" were brought to await the official event that never materialized.

- Any routes allegedly taken by OKs on that East side (e.g., Caldwell, Wilson, Ulrich, James, etc.?). Ground level on the West side.

- There are 3 places, none of which operate as classified facilities: 1) the USCP command/control/ops center in the USCP building; 2) the same but for the deployed command center they had outside across the street on the west side; and 3) the MOD JOCC. If there was a Congress internal command post, we would like to tour that as well as anywhere the that commanders were supervising the operation. Radio communications/Communication and Alarm Station (CAS), Camera room/Anywhere they observe the public areas and direct police response. Anywhere that video, radio and communications are stored and archived.

- All the external loudspeakers.

- The door where Ashley Babbitt was shot

As always…

Very Kind Regards,
Brad

**Bradford L. Geyer**  FormerFedsGroup.Com

Mobile: (856) 607-5708
Email: Brad@FormerFedsGroup.com

USA:
141 I Route 130 South, Suite 303
Cinnaminson, NJ 08077 **888-486-FEDS**