AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cr-00015-APM |
| ELMER STEWART RHODES III | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT ELMER STEWART RHODES III.

Date: 09/06/2022

/s/ Edward L. Tarpley, Jr
*Attorney's signature*

Edward L. Tarpley, Jr. LA Bar # 12657
*Printed name and bar number*
Edward L. Tarpley, Jr.
A Professional Law Corporation
819 Johnston St, Alexandria, LA 71301

*Address*

edwardtarpley@att.net
*E-mail address*

(318) 487-1460
*Telephone number*

(318) 487-1462
*FAX number*