# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00015-APM |
| | ) |
| **ELMER STUART RHODES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Kelly Meggs's Motion, it is, this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**

.

**SO ORDERED.**

_____
The Honorable Amit Mehta
United States District Court Judge