# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 22-CR-15 (APM) |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

## DEFENDANT'S CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The Defendant, Joshua James, by undersigned counsel, respectfully moves this Honorable Court to modify the conditions of his release. Government counsel consent to this request. In support of this motion, Mr. James states as follows:

1. The Order setting Mr. James' conditions of release prohibits him from accessing the internet, with a limited set of exceptions. The relevant condition states:

   The defendant may use an electronic device with Internet access for the sole purposes of: (1) attending court hearings; (2) communicating with his counsel and defense team; and (3) reviewing discovery materials with counsel and defense team. The defendant may not use electronic devices connected to the Internet for any other purposes.[1]

2. Mr. James owns and operates his own small business, providing power washing and gutter cleaning services to commercial and residential clients. His current bond conditions have substantially hindered his ability to correspond with clients and schedule appointments with clients. Because his access to email is restricted, he can not send written quotes to customers electronically, nor can he schedule jobs or correspond with customers electronically.

---

[1] *See* Case 1:21cr00028, Dkt 165.

3. Government counsel and counsel for Mr. James have conferred and consent to a Modification of the Release Order to permit him to access the internet for the purpose of any business-related communications with customers and potential customers of his business.

4. Further, due to the length of the drive from Defendant's residence in Alabama to Washington, D.C., government counsel and counsel for Mr. James have conferred and consent to a Modification of the Release Order to allow Pretrial Services, in its discretion, to modify Defendant's curfew[2] without prior Court approval to accommodate travel for case-related meetings with his defense counsel and/or the Court.

Respectfully submitted,

_____/s/_____
Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLaccommodateLC
421 King Street, Suite 505
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com

_____/s/_____
Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314
(703) 683 4310
chris@chrisleibiglaw.com

---

[2] Mr. James's curfew hours are 7 a.m. to 7 p.m. Monday through Friday, except the hours are extended to 8:30 p.m. two weeknights for purposes of attending therapeutic meetings. His curfew on Saturday and Sunday is 7 a.m. to 8:30 p.m.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of September, 2022, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

                                                                                      _____/s/_____
                                                                                     Joan Robin