# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No: 22-CR-15 (APM) |
| : | |
| **JOSHUA JAMES,** : | |
| *Defendant* : | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the Defendant's Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of September, 2022,

**ORDERED**:

1. That the Order Setting Conditions of Release as to Defendant Joshua James is hereby MODIFIED as follows:

   The defendant may use an electronic device with Internet access for the sole purposes of: (1) attending court hearings; (2) communicating with his counsel and defense team; (3) reviewing discovery materials with counsel and defense team; and (4) any business-related communications with customers and potential customers of his business. The defendant may not use electronic devices connected to the Internet for any other purposes.

2. That Pretrial Services may, in its discretion, modify Defendant's curfew without prior Court approval to accommodate travel for case-related meetings with his defense counsel and/or the Court.

3. All other conditions of Release remain the same.

 

                                                        _____

**HONORABLE AMIT P. MEHTA**
**United States District Judge**