## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ELMER STEWART RHODES, et al,

Defendant.

Criminal No. 22-cr-00015-APM

## PROPOSED ORDER ON

## MOTION TO SEVER CASE FROM CODEFENDANTS OR, IN THE ALTERNATIVE, TO PLACE RHODES IN THE NOVEMBER 10 TRIAL GROUP

The Defendant Elmer Stewart Rhodes came before the Court upon his

**MOTION TO SEVER CASE FROM CODEFENDANTS OR, IN THE**

**ALTERNATIVE, TO PLACE RHODES IN THE NOVEMBER 10 TRIAL**

**GROUP** on September _____, 2022, and upon the Court's consideration of

the pleadings and representations of the parties, and oral argument, the Court

orders as follows:

IT APPEARING TO THE COURT THAT the Defendant was indicted on

January 12, 2022, and arrested on January 13, 2022, nearly 10 months after some

of the other Defendants in this case, and

1

IT FURTHER APPEARING TO THE COURT THAT the question of whether to include Defendant Rhodes in the trial of the other Codefendants was discussed following the arraignment of Rhodes after his arrest as whether it was advisable to join Rhodes to be tried in the then-existing group, and

IT FURTHER APPEARING TO THE COURT THAT for good cause shown the allegations against Rhodes are more similar to those against the *Crowl* group scheduled for trial on November 10, 2022.

NOW THEREFORE LET IT BE ORDERED that the motion of the Defendant is granted.


Dated:    September _____, 2022


_____.
Amit Mehta, District Court Judge

2