# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:22-CR-15-apm** |
| | : | |
| **v.** | : | |
| | : | |
| **JESSICA WATKINS,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF JOINDER OF ECF No. 308

    The Defendant, Jessica Watkins, by and through counsel, Jonathan W. Crisp, Esq., hereby notifies the Court that she joins Defendant Elmer Stewart Rhodes, III's Motion to Suppress Any Recording or Transcript of November 9, 2020, GoToMeeting Conversation or In the Alternative to Issue a Motion in Limine filed as ECF No. 308, and hereby moves the Court to consider Rhodes' motion as if the motion had been filed by Watkins directly.

                                                          Respectfully submitted,

Date: 13 September 2022                */s/Jonathan W. Crisp*
                                                          Jonathan W. Crisp, Esquire
                                                          4031 North Front St.
                                                          Harrisburg, PA 17110
                                                          I.D. # 83505
                                                          (717) 412-4676
                                                          jcrisp@crisplegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

## ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

Jeffrey S. Nestler, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Jeffrey.nestler@usdoj.gov

Date: 13 September 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant