IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:22-CR-15-apm |
| | : | |
| v. | : | |
| | : | |
| JESSICA WATKINS, | : | |
| | : | |
| Defendant | : | |

### NOTICE OF JOINDER OF ECF No. 299

The Defendant, Jessica Watkins, by and through counsel, Jonathan W. Crisp, Esq., hereby notifies the Court that she joins Defendant Thomas E. Caldwell's Motion in Limine to Allow into Evidence Certain Inconsistent Statements Made by the Government filed as ECF No. 299, and hereby moves the Court to consider Caldwell's motion as if the motion had been filed by Watkins directly.

Respectfully submitted,

Date: 13 September 2022

/s/Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

Jeffrey S. Nestler, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Jeffrey.nestler@usdoj.gov

| | |
|---|---|
| Date: 13 September 2022 | /s/ Jonathan W. Crisp<br>Jonathan W. Crisp, Esquire<br>4031 North Front St.<br>Harrisburg, PA  17110<br>I.D. # 83505<br>(717) 412-4676<br>jcrisp@crisplegal.com<br>Attorney for Defendant |