**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant is permitted to stay in a hotel in the Arlington, Va. or Alexandria, Va. area from Sunday through Friday each week during the trial in this matter.

_____   _____
Date                              Honorable Amit P. Mehta
                                  United States District Court