IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:22-CR-15** |
| Plaintiff | : | |
| | : | **(JUDGE MEHTA)** |
| v. | : | |
| | : | |
| **JESSICA WATKINS,** | : | |
| **THOMAS E. CALDWELL,** | : | |
| **KENNETH HARRELSON,** | : | |
| **KELLY MEGGS** | : | |
| | : | |
| Defendants | : | |

**ORDER OF COURT**

AND NOW, this _____ day of September 2022, upon consideration of the within Motion for a Bill of Particulars, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Accordingly, it is **ORDERED** that the Government shall provide a response to the within questions on or before the _____ day of _____, 2022.

BY THE COURT:

_____
JUDGE MEHTA