UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | Case No. 22-cr-15-APM |
| § | |
| **ELMER STEWART RHODES, III,** § | |
| **KELLY MEGGS,** § | |
| **KENNETH HARRELSON,** § | |
| **JESSICA WATKINS,** § | |
| **ROBERTO MINUTA,** § | |
| **JOSEPH HACKETT,** § | |
| **DAVID MOERSCHEL,** § | |
| **THOMAS CALDWELL, and** § | |
| **EDWARD VALLEJO,** § | |
| § | |
| **Defendants.** § | |

## ORDER: MOTION *IN LIMINE* TO PRECLUDE GOVERNMENT'S USAGE OF CERTAIN TERMS AT TRIAL

On the _____ day of _____, 2022 came for consideration a Motion in Limine to Preclude Government's Usage of Certain Terms at Trial in the above entitled and numbered cause. The Court, after considering this Motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]   GRANTED.

[ ]   DENIED.

[ ]   SET FOR HEARING on the _____ day of _____, 2022.