# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No: 22-CR-15 (APM)** |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the Defendant's Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is hereby **ORDERED** that the Order Setting Conditions of Release as to Defendant Joshua James is hereby MODIFIED as follows:

1. The defendant may access the internet for the sole purposes of: (1) attending court hearings; (2) communicating with his counsel and defense team; (3) reviewing discovery materials with counsel and defense team; and (4) any business-related jobs and communications with business customers and potential business customers. The defendant may not access the Internet for any other purposes.

2. That Mr. James may leave his residence for any reason, subject to a 60 mile radius, between 6:00 a.m. and 9:00 p.m.

3. All other conditions of Release remain the same.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**