UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) No.: Cr. 1:22-cr-00015-APM-8
)
DAVID MOERSCHEL )

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that CONNOR ROBERT MARTIN, ESQ., hereby enters this Notice of Appearance on behalf of the Defendant, DAVID MOERSCHEL, in the above-styled cause as trial counsel.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 25, 2022, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

Respectfully submitted,

Brown, Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
1532 Jackson Street
Fort Myers, FL 33901
Telephone:   (239) 337-9755
Facsimile:   (941) 575-8888
E-mail: Connor@bsrlegal.com

By /s/ *Connor R. Martin*
Connor R. Martin, Esq.
Fla. Bar No. 1031925