IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | Nos. | |
| **GRAYDON YOUNG,** | ) | | 1:21-cr-28-6 (APM) |
| **JASON DOLAN,** | ) | | 1:21-cr-28-15 (APM) |
| **MARK GRODS,** | ) | | 1:21-cr-437 (APM) |
| **CALEB BERRY,** | ) | | 1:21-cr-460 (APM) |
| **JOSHUA JAMES,** | ) | | 1:22-cr-15-5 (APM) |
| **BRIAN ULRICH, and** | ) | | 1:22-cr-15-9 (APM) |
| **WILLIAM TODD WILSON,** | ) | | 1:22-cr-152 (APM) |
| | ) | | |
| **Defendants.** | ) | | |

**JOINT STATUS REPORT**

The government reports that Defendants Graydon Young, Jason Dolan, Mark Grods, Caleb Berry, Joshua James, Brian Ulrich, and William Todd Wilson continue to cooperate with the government. We request the opportunity to file a further status report by March 17, 2023 (following what should be the conclusion of the trial in *United States v. Crowl*, 21-cr-28). We have consulted with counsel for the defendants, who concur in this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Jeffrey Nestler
_____
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20004