# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 22-cr-15 (APM)-7 |
| | ) |
| JOSEPH HACKETT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defendant's Motion to Modify Conditions of Pretrial Release, it is hereby **ORDERED** that the motion is **GRANTED**. The defendant's conditions of pretrial release shall be modified as follows:

1) Mr. Hackett is permitted to travel between the Middle District of Florida and the Eastern District of Virginia, beginning December 2, 2022;

2) Mr. Hackett is also permitted to travel between the Eastern District of Virginia and the District of Columbia during his trial; he is further permitted to stay in Chesapeake, Virginia when court is not in session.

All other conditions of Pretrial Release shall remain the same.

_____
**The Honorable Amit P. Mehta**
**United States District Court Judge**