Government
Plaintiff                          United States of America         Criminal No. 22-cr-00015
                                              vs.
Defendant          X                    Robert Minuta
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| RM-1 | Marriott records for Nov. 2020 | | | | |
| RM-2 | Marriott records for Dec. 2020 | | | | |
| RM-3 | Marriott records for Jan. 2021 | | | | |
| | | | | | |
| | | | | | |
| RM-100 – 199 | Various FBI 302's TBD for refreshing/impeaching witness testimony | | | | |
| | | | | | |
| RM-200 – 225 | Videos from YouTube | | | | |
| | | | | | |
| RM-300 – 325 | Videos from USCP CCTV or Law Enforcement Officer Body Worn Cameras. | | | | |
| | | | | | |
| RM-400 – 499 | Written Comments Posted by Defendant Minuta on YouTube | | | | |
| | | | | | |
| RM-500- 599 | Physical Evidence taken from search of Minuta residence [Items not offered into evidence by Government]. | | | | |
| | | | | | |

| RM-600-699 | Various Cellular Telephone Company records re Minuta family cellular telephones and telephone plan. | | | | |
|---|---|---|---|---|---|

Dated: November 23, 2022                         Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*