CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 22-cr-15 (APM)
)
ELMER STEWART RHODES, III, et al. )
)

## NOTE FROM JURY

Seditious conspiracy charge:

Clarify: " prevent, hinder, or delay the execution of any law of the U.S.

vs

" governing the transfer of presidential power, including the US Constitution

Date: 11/28/2022
Time: 10:57