IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-cr-15 (APM) |
| v. | : | |
| (1) ELMER STEWART RHODES III, | : | |
| (2) KELLY MEGGS, | : | |
| (3) KENNETH HARRELSON, | : | |
| (4) JESSICA WATKINS, and | : | |
| (5) THOMAS CALDWELL, | : | |
| Defendants. | : | |

## VERDICT FORM

**Count One: Seditious Conspiracy**

    A. **Verdict as to each defendant:**

        (1) *Elmer Stewart Rhodes III*

        Guilty __✓__   Not Guilty _____

        i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

            __✓__ To oppose by force the authority of the Government of the United States

            _____ To use force to prevent, hinder, or delay the execution of any law of the United States

1

**(2) Kelly Meggs**

Guilty ✓  Not Guilty ____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        ✓ To oppose by force the authority of the Government of the United States

        ____ To use force to prevent, hinder, or delay the execution of any law of the United States

**(3) Kenneth Harrelson**

Guilty ____  Not Guilty ✓

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        ____ To oppose by force the authority of the Government of the United States

        ____ To use force to prevent, hinder, or delay the execution of any law of the United States

**(4) Jessica Watkins**

Guilty ____  Not Guilty ✓

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        ____ To oppose by force the authority of the Government of the United States

        ____ To use force to prevent, hinder, or delay the execution of any law of the United States

**(5) *Thomas Caldwell***

Guilty \_\_\_\_\_ Not Guilty ✓

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To oppose by force the authority of the Government of the United States

        \_\_\_\_\_ To use force to prevent, hinder, or delay the execution of any law of the United States

---

**Count Two: Conspiracy to Obstruct an Official Proceeding**

A. **Verdict as to each defendant:**

    **(1) *Elmer Stewart Rhodes III***

    Guilty \_\_\_\_\_ Not Guilty ✓

    **(2) *Kelly Meggs***

    Guilty ✓ Not Guilty \_\_\_\_\_

    **(3) *Kenneth Harrelson***

    Guilty \_\_\_\_\_ Not Guilty ✓

    **(4) *Jessica Watkins***

    Guilty ✓ Not Guilty \_\_\_\_\_

    **(5) *Thomas Caldwell***

    Guilty \_\_\_\_\_ Not Guilty ✓

**Count Three: Obstruction of an Official Proceeding**

    **(1) *Elmer Stewart Rhodes III***

    Guilty ✓    Not Guilty _____

    **(2) *Kelly Meggs***

    Guilty ✓    Not Guilty _____

    **(3) *Kenneth Harrelson***

    Guilty ✓    Not Guilty _____

    **(4) *Jessica Watkins***

    Guilty ✓    Not Guilty _____

    **(5) *Thomas Caldwell***

    Guilty ✓    Not Guilty _____

---

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

  A. **Verdict as to each defendant:**

    **(1) *Elmer Stewart Rhodes III***

    Guilty _____    Not Guilty ✓

      i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(2) *Kelly Meggs***

Guilty __✓__  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        __✓__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed


**(3) *Kenneth Harrelson***

Guilty __✓__  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        __✓__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed


**(4) *Jessica Watkins***

Guilty __✓__  Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        __✓__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(5) *Thomas Caldwell*

Guilty _____ Not Guilty ✓

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**Count Five: Destruction of Government Property**

(2) *Kelly Meggs*

Guilty _____ Not Guilty ✓

(3) *Kenneth Harrelson*

Guilty _____ Not Guilty ✓

(4) *Jessica Watkins*

Guilty _____ Not Guilty ✓

**Count Six: Obstructing Officers During a Civil Disorder**

(4) *Jessica Watkins*

Guilty ✓ Not Guilty _____

**Count Seven: Tampering with Documents or Proceedings**

(1) *Elmer Stewart Rhodes III*

Guilty ✓ Not Guilty _____

6

**Count Eight: Tampering with Documents or Proceedings**

    **(2) *Kelly Meggs***

    Guilty __✓__   Not Guilty _____

---

**Count Nine: Tampering with Documents or Proceedings**

    **(3) *Kenneth Harrelson***

    Guilty __✓__   Not Guilty _____

---

**Count Ten: Tampering with Documents or Proceedings**

    **(5) *Thomas Caldwell***

    Guilty __✓__   Not Guilty _____

Date: November 29, 2022