NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  22-15

Minuta et al
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■]  CJA          [ ]  RETAINED          [ ]  FEDERAL PUBLIC DEFENDER

_____
                (Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Christa Y Nicols 1673761
_____
        *(Attorney & Bar ID Number)*

Clintion & Peed PLLC
_____
            *(Firm Name)*

1775 Eye Street NW Suite 1150
_____
            *(Street Address)*

Washington D.C. 20006
_____
    *(City)*          *(State)*          *(Zip)*

202-919-0032
_____
        *(Telephone Number)*