UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 22-cr-00015-APM |
| | ) |
| STEWART RHODES, et. al., | ) |
| | ) |
| Defendants | ) |

**DEFENDANT ROBERTO MINUTA'S MOTION *IN LIMINE* FOR DISCOVERY OF GOVERNMENT'S INFORMATION ON PROSPECTIVE JURORS**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Defendant Roberto Minuta, by and through his counsel of record, William L. Shipley, Esp., and respectfully request this Honorable Court issue an *in limine* Order compelling the Government to provide to the defense all data, records and investigations of any of the prospective jurors in the venire from which the jury in the Defendant. Minuta's trial will be selected.

Defendant Minuta is to conduct a jury trial in which the jury selected will determine whether he is guilty of the offenses charged and if necessary whether he is to live in prison for the rest of his life or whether he will be executed. Relevant information on prospective jurors is essential in order that the Defendant Minuta can intelligently exercise cause and peremptory challenges to ensure that the jury in his case is fair and impartial. Although defense counsel are not aware of the extent of such information, counsel posits that the government will acquire information on the venire from which the jurors in Defendant Minuta's trial will be selected. The defense does not have comparable information regarding the venire members.

Defendant Minuta is entitled to access to resources comparable to those available to the prosecutor in order to prepare for trial. If Defendant Minuta is not given access to the information the government has on prospective jurors, the prosecutor will have an unfair advantage in selecting the jury, thereby upsetting "the balance of forces between the accused and his accuser," which due process of law involves. Wardius v. Oregon, 412 U.S. 470, 474 (1973). It is imperative that this Court remedy any imbalance between the resources available to the government and those available to the defense. This can be accomplished either by making available to the defense all governmental

information on prospective jurors, or by affording the defense sufficient time and funds to acquire comparable information.

    Based on the foregoing, Defendant Minuta respectfully requests that this Court grant his motion to inspect any records or reports of investigations of prospective jurors conducted or maintained by the Government in this action.

Dated: December 8, 2022                              Respectfully submitted,

                                             /s/ William L. Shipley
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com

                                        *Attorney for Defendant*