# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:22-CR-15-apm** |
| | : | |
| **v.** | : | |
| | : | |
| **JESSICA WATKINS,** | : | **(JUDGE MEHTA)** |
| | : | |
| **Defendant** | : | |

## CONSOLIDATED POST-TRIAL MOTIONS OF DEFENDANT WATKINS PURSUANT TO F.R.Cr.P. 29 & 33

COMES NOW, the Defendant, Jessica M. Watkins, by and through her attorney, Jonathan W. Crisp, Esq., and hereby moves for judgment of acquittal pursuant to F.R.Cr.P. 29(c) and for a new trial pursuant to F.R.Cr.P. 33, and in support thereof sets forth the preliminary grounds as to these Motions as follows:

On November 29, 2022, the Defendant was found guilty by a jury of Conspiracy to Obstruct of an Official Proceeding (Count 2), Obstruction of an Official Proceeding (Count 3), Conspiracy to Prevent Members of Congress from Discharging Their Duties (Count 4) and Obstructing Officers During a Civil Disorder (Count 6). ECF No. 411. The Defendant challenges her convictions as to Counts 2, 3, 4, and 6 on the grounds set forth below and as will be set forth in a substantive memorandum, which the Court has advised is due on or before December 23, 2022.

1

## I. The Verdict Was Unsupported by Legally Sufficient Evidence to Sustain the Convictions Beyond a Reasonable Doubt.

The Defendant submits that at the close of the Government's case there was insufficient evidence to as to counts 2, 3, 4 and 6 to support the finding of guilt. The verdict as to counts 2, 3, 4, and 6 was unsupported by adequate evidence to sustain her convictions to the standard of beyond a reasonable doubt.

## II. The Verdict Was Against the Weight of the Evidence.

The Defendant submits that the verdict was against the weight of the evidence adduced during the Government's case in chief.

## III. The Defendant Reasserts Grounds Previously Placed on the Record.

The Defendant hereby reasserts each and every ground previously set forth in all defense motions during trial and trial objections including, but not limited to, Defendant's oral and written motions for judgment of acquittal.

## IV. Legal Standard

Under Federal Rule of Criminal Procedure 33, the Court "may vacate any judgment and grant a new trial if the interest of justice so requires." Pursuant to Rule 33(a): "[T]he evidence must preponderate heavily against the verdict, such that it would be a miscarriage of justice to let the verdict stand . . . [.] This power should be . . . invoked only in those exceptional cases in which the evidence weighs heavily against the verdict." United States v. Howard, 245 F. Supp. 2d 24,

30 (D.D.C. 2003) (*quoting* United States v. Edmonds, 765 F. Supp. 1112, 1118 [D.D.C. 1991]). Moreover, a new trial should be allowed "only if the defendant has shown that the error . . . affected the defendant's substantial rights." United States v. Williams, 825 F. Supp. 2d 128, 132 (D.D.C. 2011).

### V.     Watkins Will Supplement This Motion on or Before December 23, 2022.

In addition to arguments made in various motions to dismiss, an oral motion for judgment of acquittal, and a written motion for judgment of acquittal, Watkins, as instructed by the Court, will file a supplemental brief in support of the instant requests for a new trial and for the granting of judgment of acquittal.

WHEREFORE, the Defendant respectfully requests that she be granted a new trial or that her motion for judgment of acquittal be granted.

Respectfully submitted,

Date: 13 December 2022

*/s/Jonathan W. Crisp*
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

Jeffrey S. Nestler, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Jeffrey.nestler@usdoj.gov

Date: 13 December 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant