# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Case No. 22-cr-15-7 APM |
| **JOSEPH HACKETT** ) | |
| ) | |

## ORDER

**AND NOW**, this _____ day of _____, 2022, Defendant Joseph Hackett's conditions of pretrial release shall be modified as follows:

- Mr. Hackett is permitted to travel from the District of Columbia on or about December 22, 2022 to his residence in Sarasota, Florida. He is permitted to travel from his home in Sarasota, Florida to the District of Columbia between January 1, 2023 and January 3, 2023.

All other conditions of release shall remain as set forth in ECF 382 and as modified by Minute Order entered on December 6, 2022.

_____
**The Honorable Amit P. Mehta**
**United States District Court Judge**