UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 22-cr-15 (APM) |
| | : | |
| **KENNETH HARRELSON** | : | *Previously Included in* |
| | : | |
| Defendant | : | Case No. 21-cr-28 (APM) |
| | : | |

### KENNETH HARRELSON'S MOTIONS FOR NEW TRIAL, FOR RULE 29 JUDGEMENT OF ACQUITTAL AND TO DISMISS DUE TO GOVERNMENT REFUSAL TO COMPLY WITH *BRADY V. MARYLAND* REQUIRED DISCLOSURE OF EXCULPATORY INFORMATION

Defendant, Kenneth Harrelson, through the undersigned counsel, Bradford L. Geyer, presents his Motions For New Trial, For Rule 29 Judgement Of Acquittal And To Dismiss Due To Government Refusal To Comply With *Brady v. Maryland,* 373 U.S. 83 (1963) and progeny Required Disclosure Of Exculpatory Information. In support thereof, Defendant files his companion Memorandum of Law.

As a dispositive motion after trial, Harrelson believes that the Government's opposition is presumed.

Oral argument is requested.

Dated: December 23, 2022          RESPECTFULLY SUBMITTED
                                  KENNETH HARRELSON, *By Counsel*

                                  /s/ Brad Geyer
                                  Bradford L. Geyer, PHV
                                  PA 62998
                                  NJ 022751991
                                  Suite 141 "I" Route 130 S., Suite 303
                                  Cinnaminson, NJ 08077
                                  Brad@FormerFedsGroup.Com
                                  (856) 607-5708

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                    /s/ Brad Geyer
                    Bradford L. Geyer, PHV
                    PA 62998
                    NJ 022751991
                    Suite 141 "I" Route 130 S., Suite 303
                    Cinnaminson, NJ 08077
                    Brad@FormerFedsGroup.Com
                    (856) 607-5708