UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

**[PROPOSED] ORDER**

Government's Exhibits 9522, 1500.2, 1503.1, 1504, 1505, and 1508 shall be excluded as evidence in their current forms. It is **SO ORDERED**.

_____      _____
Date                                                                   Hon. Amit P. Mehta
                                                                             United States District Judge

1