## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| ELMER STEWART RHODES, III, | * |
| KELLY MEGGS, | |
| KENNETH HARRELSON, | * |
| JESSICA WATKINS, and | |
| THOMAS CALDWELL | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendant's Unopposed Request to Extend Deadline for Filing Defense Consolidated Replies as to Motion for Judgment of Acquittal and Motion for New Trial, it is hereby ORDERED by the United States District Court for the District of Columbia, that the Motion is GRANTED and thus the deadline to file the defense consolidated replies is **extended to January 24, 2023**.

_____         _____
Date                                    Honorable Amit P. Mehta
                                        United States District Court