UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>                *Defendant*. | No. 22-cr-15 (APM) |

**NOTICE REGARDING VALLEJO EXHIBITS**

Mr. Vallejo provides notice that the following exhibits were either moved into evidence but the record failed to capture their admission or were neglected to be moved but shown to the jury: EV 172 (misidentified in the record as EV 305.3); EV 700; EV 903.

WHEREFORE, Mr. Vallejo respectfully requests that the record reflect the admission of the above-listed items of evidence during the government's case at trial.

January 19, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*

1