FROM THE DESK O 

Tuesday, January 16, 2023

Law Offices of Joni C. Robin, PLLC
421 King Street, #505
Alexandria, VA 22314

Dear Joni,
I am reaching out in reference to one of my employees, Joshua James and his work schedule restrictions. Joshua's performance/ability has continued to improve in several areas including leadership. At times our service area exceeds his allowed radius of travel and he is unable to accompany his teammates creating issues with scheduling. Joshua is also being considered for promotion which would require travel outside of his currently allowed radius and this would also place restraints on his position.

Lastly, this coming weekend, January 18th-22nd our company will be participating in the 2023 Birmingham Boat Show. For proper coverage it is very important that all team members are available for their scheduled work times.  Any help from you with these restrictions would be greatly appreciated.

Best,



Owner/President
LLC