IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 22-CR-15 (APM) |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the Defendant's Consent Motion to Modify Conditions of Pretrial Release, the concurrence of Mr. James's Pretrial Officer, and good cause having been shown, it is hereby **ORDERED** that the Order Setting Conditions of Release as to Defendant Joshua James is hereby MODIFIED as follows:

1. The location monitoring and curfew conditions of Mr. James's release shall be removed.

2. The requirement that Mr. James's travel be limited to a 60 mile radius shall be removed and replaced with the following travel restrictions:

   Mr. James shall stay away from Washington, D.C., except for attendance at Court proceedings, meetings with counsel, and required PSA business; he shall notify Pretrial Services in advance of all travel outside of the Northern District of Alabama; he shall receive the Court's approval for any travel outside the continental U.S.

3. All other conditions of Release remain the same.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**