CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ROBERTO A. MINUTA, et al.

Civil/Criminal No.: 22-cr-15 (APM)

## NOTE FROM JURY

The jury has reached a verdict.

Date: 23 January 2023
Time: 1:49 PM, ET