# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE U5NITED STATES OF AMERICA §
§
vs. § CAUSE NO.: 1:22-CR-15
§
ELMER STEWART RHODES, III §

## NOTICE TO JOIN MOTIONS OF CO-DEFENDANTS

COMES NOW the defendant, Elmer Stewart Rhodes, by and through his attorneys, James Lee Bright and Phillip Linder and hereby notifies the Court of his intention to join a Motion for New Trial (ECF No. 434), which was previously filed by counsel on behalf of Kelly Meggs and all co-defendants and Motion for Judgment of Acquittal Pursuant to Rule 29 (ECF No. 384), which was previously filed by counsel on behalf of Thomas Caldwell. Although the referenced Motion ECF # 434 appears to include all of the defendants there was no signature included for Rhodes' Counsel. Accordingly, the purpose of this notice is to make clear that Rhodes joins the Motion for New Trial as filed under ECF No. 434 and Motion for Judgment of Acquittal Pursuant to Rule 29 as filed under ECF No 384.

RESPECTFULLY SUBMITTED,

/S/ PHILLIP A. LINDER
PHILLIP A. LINDER
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
TEXAS BAR NO. 12363560

/S/ JAMES LEE BRIGHT
JAMES LEE BRIGHT
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO : 24001786

***ATTORNEYS FOR DEFENDANT***

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, a copy of the foregoing Amended Notice to Join Co-Defendants' Motions was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon the following:

AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001

    /S/ PHILLIP A. LINDER
PHILLIP A. LINDER