UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| ) | |
| **v.**     ) | Case No. 22-cr-00015-APM |
| ) | |
| **STEWART RHODES, et. al.,**     ) | |
| ) | |
| ) | |
| **Defendants**     ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Defendant Roberto Minuta by and through his undersigned counsel of record, William L. Shipley, requesting this Honorable Court to grant this motion to extend time for filing combined Rule 29 and 33 Motions.

On January 23, 2023, Defendant Minuta was found guilty by a jury of Count (1) Seditious Conspiracy, Count (2) Conspiracy to Obstruct an Official Proceeding, Count (3) Obstruction of an Official Proceeding, and Count (4) Conspiracy to Prevent Members of Congress from Discharging Their Duties. *See* EFC No.450.

On February 1, 2023, this Court issued an *omnibus* order regarding post-trial filings. *See* EFC No. 467. In the order, this Court set the deadline for filing Rule 29 and Rule 33 motions for February 24, 2023. *See* Id. at 1.

On January 22, 2023, undersigned was retained and entered an appearance for Defendant Michael Greene in United States v. Crowl, et al. 21-cr-00028 APM (Oath Keepers group 3) that is currently before this Court.

Due to the ongoing trial and other matters on undersigns calendar, Defendant Minuta requests this Court to allow for three (3) day extension of time setting the deadline for Monday, February 27, 2023.

Dated: February 21, 2023         Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*