# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>      *Defendant*. | No. 22-cr-15 (APM) |

## ORDER

Upon consideration of Defendant Vallejo's Consent Motion for Extension of Time, the motion is GRANTED. Mr. Vallejo shall file any memorandum in support of his motion for judgment of acquittal by February 27, 2023.

_____  _____
Date                    Hon. Amit P. Mehta
                       United States District Judge