UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: Cr.  21-CR-00015-APM |
| | ) | |
| DAVID MOERSCHEL | ) | |

### NOTICE OF JOINDER

Defendant, DAVID MOERSCHEL, by and through his counsel of record, Scott Weinberg Esq., hereby submits this Notice of Joinder to indicate Mr. Moerschel's intent to adopt and join Co-Defendant Hackett's Motion for Judgment of Acquittal Pursuant to Rule 29, ECF 474.

Respectfully submitted,

Brown, Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone:     (941) 575-8000
Facsimile:      (941) 575-8888
E-mail: Scott@bsrlegal.com


By   /s/ Scott Weinberg
     Scott Weinberg
     Fla. Bar No. 71109

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on February 24, 2023, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

    Respectfully submitted,

    Brown, Suarez, Rios & Weinberg, P.A.
    Attorney for Defendant
    265 E Marion Ave., Ste 114
    Punta Gorda, FL 33950
    Telephone: (941) 575-8000
    Facsimile: (941) 575-8888
    E-mail: Scott@bsrlegal.com

    By __/s/ Scott Weinberg_____
      Scott Weinberg
      Fla. Bar No. 71109