UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00015-APM |
| ) | |
| **STEWART RHODES, et. al.,** ) | |
| ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL BRIEF**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Defendant Roberto Minuta by and through his undersigned counsel of record, William L. Shipley, and requests this a further extension of time to file his brief in support of post-trial motions pursuant to Rules 29 and 33.

On February 1, 2023, this Court issued an *omnibus* order regarding a post-trial briefing schedule. *See* EFC No. 467. In the order, this Court set the deadline for filing Rule 29 and Rule 33 motions for February 24, 2023. *See* Id. at 1.

Counsel for Mr. Minuta has conferred regarding a second extension of time to file his supporting brief, and the Government does not oppose the requested second extension.

As the Court is aware, Counsel for Mr. Minuta is again in trial, and combined with other obligations on his calendar he is unable to complete the briefing by February 27, 2023, the filing date established by the first extension. Based thereon, Defendant Minuta requests that this Court grant a further three (3) day extension of time, with his supporting brief to be due on or before Thursday, March 2, 2023.

Dated: February 27, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*