UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>*Defendant*. | No. 22-cr-15 (APM) |

### ORDER

Upon consideration of Defendant Vallejo's motion for leave to file his Memorandum in Support of Rule 29 Motion one day out of time, the motion is hereby GRANTED, and the clerk is directed to docket ECF 476-1.

_____  _____
Date                                                                     Hon. Amit P. Mehta
                                                                                   United States District Judge

1