**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED REQUEST TO AMEND CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court amend the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. The Defendant is scheduled to have an MRI on his neck on March 15, 2023 at 10:30 a.m. in Martinsburg, West Virginia.

3. The MRI procedure cannot be conducted while the Defendant is wearing an ankle monitor.

4. The Defendant requests permission to remove and reattach his ankle monitor as approved by Pretrial Services for his MRI appointment.

WHEREFORE, the Defendant respectfully requests that the Court authorize, with the approval of Pretrial Services, the temporary removal of the Defendant's location monitor for his MRI appointment on March 15, 20234 at 10:30 a.m. in Martinsburg, West Virginia.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## **CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2023, a copy of the foregoing Unopposed Request to Amend Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:         Office of the United States Attorney
                                    555 4th Street, NW
                                    Washington, DC 20001


                                    _____/s/_____
                                    David W. Fischer, Esq.