**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Amend Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be GRANTED and that the Defendant, with approval by Pretrial Services, be permitted to remove his ankle monitor for his MRI procedure scheduled on March 15, 2023 in Martinsburg, West Virginia.

_____   _____
Date                                        Honorable Amit P. Mehta
                                                  United States District Court