# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          *

vs.                                    *    Case No.: 21-15-APM

THOMAS EDWARD CALDWELL                  *

    *    *    *    *    *    *    *    *    *    *    *

<u>ORDER</u>

Upon consideration of the Defendant's Unopposed Motion to Amend Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be GRANTED and that the Defendant, with approval by Pretrial Services, be permitted to remove his ankle monitor for his MRI procedure scheduled on March 15, 2023 in Martinsburg, West Virginia.


_____        _____
Date                             Honorable Amit P. Mehta
                                 United States District Court