**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00015-APM |
| ) | |
| **STEWART RHODES, et. al.,** ) | |
| ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S MOTION TO CONTINUE SENTENCING**

> William L. Shipley
> PO Box 745
> Kailua, Hawaii 96734
> Tel: (808) 228-1341
> Email: 808Shipleylaw@gmail.com
> *Attorney for Defendant*

1

NOW COMES Defendant Roberto Minuta, by and through his counsel of record, William L. Shipley, Esp., and respectfully request this Honorable Court to continue the current sentencing date and extend all filing deadlines.

On January 23, 2023, Defendant Minuta was found guilty by a jury of Count (1) Seditious Conspiracy, Count (2) Conspiracy to Obstruct an Official Proceeding, Count (3) Obstruction of an Official Proceeding, and Count (4) Conspiracy to Prevent Members of Congress from Discharging Their Duties. *See* EFC No.450.

On February 1, 2023, this Court issued an *omnibus* order regarding post-trial filings. *See* EFC No. 467. In the order, this Court set Defendant Minuta's sentencing for June 1, 2023. *See* Id.

Attorney Shipley is set to begin trial in United States v. Brandon Fellows 21-cr-00083- TNM on May 22, 2023. The case is set for a jury trial where Defendant Fellows is acting as his own counsel and Attorney Shipley is serving as standby counsel. Due to the nature and status of counsel in the case, there is a high probability the case will extend up to the time Defendant Minuta's sentencing is scheduled before this Court.

Wherefore, to ensure adequate time is allotted to Defendant Minuta based on the complexity of the case, Defendant Minuta respectfully requests this Honorable Court to continue the current sentencing and reschedule for June 23, 2023. Further, Defendant Minuta respectfully requests this Honorable Court to extend the filing deadlines for probation and responses by three weeks.

Dated: March 7, 2023			Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

3