# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-15 (APM)** |
| | **:** | |
| **ROBERTO MINUTA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT ROBERTO MINUTA'S MOTION TO CONTINUE SENTENCING

The United States, by and through its undersigned counsel, respectfully opposes Defendant Roberto Minuta's motion to continue sentencing, ECF No. 482.  Defendant Minuta cites his counsel's status as standby counsel in the matter of *United States v. Brandon Fellows*, Case No. 21-cr-83-TNM, which is set for trial on May 22, 2023, as his reason for a continuance.  The trial date in the *Fellows* matter was scheduled on November 22, 2022, and thus was known to counsel at the time the parties discussed, and the Court established, the sentencing schedule in this case. The government therefore opposes the request for a continuance.

The government's position is that the Court should not postpone the omnibus sentencing hearing scheduled for May 24, 2023, because (a) it was coordinated around the schedules of all parties, including counsel for nine separate defendants, and (b) it is both important and efficient for issues that impact multiple defendants, including Guidelines calculations and victim impact statements, to be addressed at a single hearing.

The government's position is, further, that the Court should not postpone Defendant Minuta's specific sentencing hearing, scheduled for June 1, 2023, or the deadline for his sentencing memorandum.  For both efficiency and fairness, the sequencing of the filing of sentencing memoranda and the conducting of sentencing hearings ought to remain consistent.  *See* ECF No.

468 (Feb. 2, 2023 Amended Omnibus Order for Remaining Post-Trial Filings and Proceedings). And Defendant Minuta's motion does not identify why the start of the *Fellows* trial on May 22, 2023, ought to impact his counsel's availability to file a sentencing memorandum by May 5, 2023.

WHEREFORE, the United States respectfully opposes Defendant Minuta's motion to continue sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      /s/
      _____
      Troy A. Edwards, Jr.
      Assistant United States Attorney
      NY Bar No. 5453741
      Jeffrey S. Nestler
      Kathryn L. Rakoczy
      Assistant United States Attorneys
      Louis Manzo
      Alexandra Hughes
      Special Assistant United States Attorney
      U.S. Attorney's Office for the District of Columbia
      601 D Street, N.W.
      Washington, D.C. 20530