**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | **No. 22-cr-15 (APM)** |

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Edward Vallejo respectfully moves to modify his conditions of release to permit him to travel to and attend the following Alcoholics Anonymous meetings on March 22, 2023, in recognition of his 40th anniversary of sobriety:

(i)  7:00–8:00 a.m. at 2310 N. 56th Street, Suite A, Phoenix, AZ 85008;

(ii) 12:00–1:00 p.m. at Camelback 7th Day Adventist Church, 5902 E. Camelback Road, Phoenix, AZ 85018; and

(iii) 7:00–8:00 p.m. at Freedom Hall, 2720 E. Thomas Road, Suite C-160, Phoenix, AZ 85016.

The government consents to this request. A proposed order is attached.

March 20, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Edward Vallejo*