# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|                                      |                      |
|--------------------------------------|----------------------|
| **UNITED STATES OF AMERICA**         |                      |
| v.                                   | No. 22-cr-15 (APM)   |
| **EDWARD VALLEJO,**                  |                      |
| *Defendant.*                         |                      |

## [PROPOSED] ORDER

Upon consideration of Defendant Edward Vallejo's unopposed motion to modify his conditions of release to permit him to travel to and attend three Alcoholics Anonymous meetings on March 22, 2023 listed in his motion, the Court hereby **GRANTS** the motion.

It is **SO ORDERED**.

_____     _____
Date                                Hon. Amit P. Mehta
                                    United States District Judge

1