# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO.: 1:22-CR-15 |
| ELMER STEWART RHODES, III | § § | |

## UNOPPOSED MOTION FOR LEAVE TO SEAL MOTION TO CONTINUE SENTENCING AND ALL RELATED DEADLINES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW Phillip A. Linder, Counsel for ELMER STEWART RHODES, and enters this request to allow him to file his Motion to Continue Sentencing and all Related Deadlines under seal. Undersigned counsel shows the following:

**I**.

Due to the nature of material in the Motion, we respectfully ask that the Motion be allowed to be filed under Seal.

**II**.

No party will be harmed by the granting of this request.

**WHEREFORE, PREMISES CONSIDERED,** Counsel for Defendant respectfully requests that this Court grant this motion and allow him to file a Motion for Continuance Under Seal.

RESPECTFULLY SUBMITTED,

   /S/ PHILLIP A. LINDER
PHILLIP A. LINDER
3300 OAK LAWN AVE. SUITE 700
DALLAS, TEXAS 75219

---

Phone: (214) 252-9900  
Fax:    (214) 252-9902  
E-mail: phillip@thelinderfirm.com  
Bar No.: 12363560

*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF CONFERENCE

On the 28th day of March 2022, the undersigned attempted to confer with Kathryn Rakoczy, Assistant United States Attorney, by call and email but at the time of this filing, have not received a response.

    /s/ Phillip A. Linder  
Phillip A. Linder

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing motion was served upon all counsel of record by electronic filing on the 28th day of March 2023.

    /s/ Phillip A. Linder  
Phillip A. Linder