# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO.: 1:22-CR-15 |
| | § | |
| ELMER STEWART RHODES, III | § | |

## ORDER: UNOPPOSED MOTION FOR LEAVE TO SEAL MOTION TO CONTINUE SENTENCING AND ALL RELATED DEADLINES

Came for consideration a Motion for Leave to Seal Unopposed Motion to Continue Sentencing and all Related Deadlines in the above entitled and numbered cause number. The Court, after considering this motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]   GRANTED

[ ]   DENIED.