# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-cr-15 (APM) |
| v. | : | |
| ELMER STEWART RHODES III, | : | |
| Defendant. | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S
## MOTION TO CONTINUE SENTENCING

The government respectfully opposes Defendant Rhodes' motion to continue the sentencing hearing (ECF No. 493). As the government pointed out in its opposition to Defendant Minuta's motion to continue his own sentencing hearing (ECF No. 483), the Court's carefully considered sequencing of the deadlines and hearings (ECF No. 468) should not be disturbed.

The government does not oppose affording Rhodes one additional week to respond to the draft PSR (from April 7, 2023), so long as the deadlines for the final PSR, sentencing memoranda, and responses to the sentencing memoranda are commensurately continued. But the omnibus sentencing hearing and Rhodes' individual sentencing hearing should take place as scheduled on May 24 and 25, 2023, respectfully.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:      /s/
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Troy A. Edwards, Jr.
Alexandra Hughes

Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530