# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA §
§
vs. § CAUSE NO.: 1:22-CR-15
§
ELMER STEWART RHODES, III §

## ORDER: SEALED MOTION TO CONTINUE SENTENCING AND ALL RELATED DEADLINES

On the _____ day of _____, 2023 came for consideration a Sealed Motion to Continue Sentencing and All Related Deadlines in the above entitled and numbered cause. The Court, after considering this Motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]   GRANTED.

[ ]   DENIED.

[ ]   SET FOR HEARING on the _____ day of _____, 2023.