IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Criminal No. 1:22-cr-00015-APM** |
| v. | ) |
| | ) |
| **KELLY MEGGS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant Kelly Meggs, by and through undersigned counsel, and respectively formally moves this Court to continue the date set for sentencing for Mr. Meggs.

On October 3, 2022, a trial by jury was initiated against Mr. Meggs and his codefendants Rhodes, Watkins, Caldwell, and Harrelson. On November 29, 2022, the jury found Mr. Meggs guilty of Seditious Conspiracy (Count 1), Conspiracy to Obstruct an Official Proceeding (Count 2), Obstruction of an Official Proceeding (Count 3), Conspiracy to Prevent Members of Congress from Discharging their Duties (Count 4), and Tampering with Documents or Proceedings (Count 8).

On November 30, 2023, government counsel inquired of the Court regarding dates available for sentencing. After significant back and forth, on December 21, 2023, counsel for Mr. Meggs advised that the government's preferred approach to sentencing was potentially impractical:

> [W]ith respect to all our colleagues, I'm not sure our respective schedules will enable either approach. As Judge Mehta is aware I have jury trials beginning 1/30 and 2/3 (both before Judge Mehta) and again on 3/1 (Judge Cobb), on 4/10 (Judge McFadden), and 5/16 (Judge Xinis DMD). I have waited to respond as my hope is that these trial schedules, including my availability on Friday afternoons, will be clearer in the first few weeks of

> January as pretrial conferences are held. I would note, however that we anticipate there being testimony at sentencing precluding multiple defendants in an afternoon, and that presumes the government doesn't solicit testimony (as it has for many J6 defendants) that makes sentencing in an afternoon time prohibitive.
>
> While I appreciate the government's desire to schedule sentencing, I humbly suggest we get through the imminent briefing and reassess where things stand thereafter.
>
> At the very least, given our divergent views perhaps we could appear for a status hearing to discuss next steps.

Counsel for Mr. Meggs received no response to this correspondence from the government (or anyone else). On February 2, 2023, the Court set Mr. Meggs's sentencing for May 25, 2023. The next morning, February 3, 2023, counsel for Mr. Meggs again advised the Court and the government that counsel was set to begin a trial in the United States District Court for the District of Maryland on May 16, 2023, that is scheduled to last several weeks. *United States v. Schulman*, No. 20-cr-00434-PX (D.M.D.). Although counsel advised that the trial may be dismissed and/or continued, as of the date of this filing it remains docketed.

In addition, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thus even were the May 16 trial in Maryland to be continued and/or dismissed, Mr. Meggs's counsel expects to be unavailable on May 25 for Mr. Meggs's sentencing.

Finally, Mr. Meggs shares the concerns raised by Mr. Rhodes with respect to the draft presentence investigation report ("PSR") that has been circulated to counsel. Of particular note, the PSR advises the Court, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

███████████████████████████ PSR at 29 (March 24, 2023) (ECF No. 489). Much of the forty-seven (47) pages of the draft PSR will need to be addressed by defense counsel both in the informal submission of material inaccuracies by the parties, *see* Fed. R. Crim. P. 32(f)(1) and (2), as well as in Mr. Meggs's sentencing memorandum.

## CONCLUSION

For the foregoing reasons, Defendant Kelly Meggs respectfully requests the Court vacate Mr. Megg's sentencing date and set a status conference at which time issues regarding sentencing, including a new sentencing date, can be addressed.

**[SIGNATURE ON NEXT PAGE]**

Dated: March 29, 2023 Respectfully submitted,

<u>       */s/ Stanley E. Woodward, Jr.*       </u>
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*

**Certificate of Electronic Service**

I hereby certify that on March 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

> Respectfully submitted,
>
> _____/s/ Stanley E. Woodward, Jr._____
> Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
> BRAND WOODWARD LAW, LP
> 1808 Park Road NW
> Washington, DC  20010
> 202-996-7447 (telephone)
> 202-996-0113 (facsimile)
> Stanley@BrandWoodwardLaw.com
>
> *Counsel for Defendant Kelly Meggs*