# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) Criminal No. 1:22-cr-00015-APM |
| v. | ) |
| | ) |
| **KELLY MEGGS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pending before the Court is the Motion of Defendant's Court Appointed Standby Counsel to Withdraw from representation.

**ORDERED that the motion is GRANTED/DENIED.**

Signed this day of _____, 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE