IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                              *

vs.                                        *   Case No.: 22-15 APM

THOMAS E. CALDWELL                         *

\* \* \* \* \* \* \* \* \* \* \*

**CALDWELL'S NOTICE OF JOINDER AS TO ECF NO. 494**

.

COMES NOW the defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and hereby notifies the Court of his intention to join Defendant Elmer Stewart Rhodes's Motion to Continue Sentencing Deadlines and All Related Deadlines filed as ECF No. 494, and hereby moves the Court to consider Rhode's motion as if the motion had been filed by Caldwell directly.

Respectfully Submitted,

_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite #300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2023, a copy of the foregoing Notice of Joinder as to ECF No. 494 was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:	Office of the United States Attorney
Kathryn Rakoczy, AUSA
Jeffrey Nestler, AUSA
Louis Manzo, AUSA
Troy Edwards, AUSA
Ahmed Baset, AUSA
Alexandra Hughes, DOJ T.A. (NSD)
Justin Sher, DOJ T.A. (NSD)
555 4th Street, NW
Washington, DC 20001

_____/s/_____
David W. Fischer, Esq.