IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15-10 (APM) |
| v. | : |
| THOMAS CALDWELL, | : |
| Defendant. | : |

## ORDER

1. Upon a representation by the United States that the defendant has never been subject to "routine processing" (booking, fingerprinting, photographing) in this case, it is hereby ORDERED:

2. That if the defendant is released on bond, a condition of his bond is to report to the United States Marshal's Service and to the Federal Bureau of Investigation on a date and time convenient to him to undergo "routine processing."

3. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of FBI Special Agents Michael Palian and/or Joanna Abrams for the purpose of "routine processing," and that once processing is complete, the FBI shall return the defendant to the custody of the United States Marshal.

_3/31/23_
Date

Amit P. Mehta
United States District Court Judge