UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 22-cr-15 (APM) |
| | ) | |
| **JOSEPH HACKETT** | ) | |
| | ) | |

## NOTICE OF JOINDER

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby gives notice that he adopts and joins the following motions filed by counsel for co-defendants Roberto Minuta and Edward Vallejo:

1. ECF 477-1 – Memorandum in Support of Motion for Judgment of Acquittal by Edward Vallejo;

2. ECF 478 – Defendant Roberto Minuta's Motion for a New Trial Pursuant to Fed.R.Crim.Proc Rule 33; and

3. ECF 479 – Defendant Roberto Minuta's Motion for a Judgment of Acquittal Pursuant to Fed.R.Crim.Proc. Rule 29.

Respectfully submitted,

/s/ Angela Halim
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing Notice of Joinder was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading for government counsel and all parties of record.

                                                                         /s/ Angela Halim
                                                                    Angela Halim, Esq.

Dated: April 1, 2023