UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **STEWART RHODES, et. al.,** ) <br> ) <br> ) <br> **Defendants** ) <br> ) | Case No. 22-cr-00015-APM |

**DEFENDANT ROBERTO MINUTA'S NOTICE OF JOINDER AS TO ECF NO. 494**

> William L. Shipley
> PO Box 745
> Kailua, Hawaii 96734
> Tel: (808) 228-1341
> Email: 808Shipleylaw@gmail.com
> *Attorney for Defendant*

1

Now comes Defendant Roberto Minuta by and through his undersigned counsel of record William L. Shipley, Esq., and hereby notifies the Court of his intention to join Defendant Elmer Stewart Rhodes's Motion to Continue Sentencing Deadlines and All Related Deadlines filed as ECF No. 494, and hereby moves the Court to consider Rhode's motion as if the motion had been filed by Minuta directly.

Date: April 1, 2023                                              Respectfully Submitted,


                                                                 /s/ William L. Shipley
                                                                 William L. Shipley
                                                                 PO Box 745
                                                                 Kailua, Hawaii 96734
                                                                 Tel: (808) 228-1341
                                                                 Email: 808Shipleylaw@gmail.com

                                                                 *Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

    I, John M. Pierce, hereby certify that on this day, April 1, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley  
William L. Shipley