UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 22-cr-15 (APM) |
| | : | |
| **KENNETH HARRELSON** | : | *Previously Included in* |
| | : | |
| Defendant | : | Case No. 21-cr-28 (APM) |
| | : | |

## NOTICE OF JOINDER OF ECF No. 496

NOTICE OF JOINDER OF ECF No. 496 The Defendant, Kenneth Harrelson, by and through counsel, Bradford L. Geyer, Esq., hereby notifies the Court that she joins Defendant Elmer Stewart Rhodes's Motion it to Continue Sentencing Deadlines and All Related Deadlines filed as ECF No. 496, and hereby moves the Court to consider Rhodes's motion as if the motion had been filed by Harrelson directly. As a point of note, the same factors that impacted Rhodes detention and unavailability also impact Harrelson who was transferred from the DC Corrections system back into a Bureau of Prisons facility.

Dated:  April 3, 2023

RESPECTFULLY SUBMITTED
KENNETH HARRELSON, *By Counsel*

/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
**Brad@FormerFedsGroup.Com**
(856) 607-5708

## CERTIFICATE OF SERVICE

1

      I hereby certify that on April 3, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                /s/ Brad Geyer
                Bradford L. Geyer, PHV
                PA 62998
                NJ 022751991
                Suite 141 Route 130 S., Suite 303
                Cinnaminson, NJ 08077
                Brad@FormerFedsGroup.Com
                (856) 607-5708