**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES *

vs. * Case No.: 22-15 APM

THOMAS E. CALDWELL *

* * * * * * * * * * *

**UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE**

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy and Pretrial Services Officer Seth Flory do not oppose the instant request.
2. The Defendant requires the Court's permission to have his processing and booking done with the United States Marshal Service at the United States District Court for the District of Columbia on Thursday, April 6, 2023.
3. The Defendant further requests this his curfew be extended from 9:00 p.m. until 9:45 p.m. on Wednesdays to accommodate midweek church services.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to travel to the United States Marshal Service at the United States District Court for the District of Columbia on Thursday, April 6, 2023. The Defendant further requests that his curfew be extended from 9:00 p.m. to 9:45 p.m. on Wednesdays to accommodate midweek church services.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2023, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:

Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/
David W. Fischer, Esq.