# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is granted and that the Defendant be permitted to travel on April 6, 2023 to the United States Marshal Service at the United States District Court for the purpose of processing and booking. Further, the Defendant's curfew is extended from 9:00 p.m. to 9:45 p.m. on Wednesdays to accommodate midweek church services as approved by his Pretrial Officer.

_____     _____
Date                                                    Honorable Amit P. Mehta
                                                              United States District Court