## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>              *Defendant.* | No. 22-cr-15 (APM) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
### REPLIES IN SUPPORT OF RULE 29/33 MOTIONS

Defendant Edward Vallejo, through counsel, respectfully requests an extension of time until April 17, 2023 to file replies in support of Rule 29/33 motions. The government consents to this request, which is joined by Defendant Roberto Minuta. Replies are currently due on April 12, 2023. Due to continuances in the schedule necessitated by the government's trial obligations, the time for the reply was extended into a period of travel for undersigned counsel and into a period overlapping with the responses to the draft presentence investigation report (due April 14, 2023). To ensure that the issues raised in the Rule 29 motion are adequately addressed for the Court, counsel seeks this modest extension to finalize the reply in support of the motion. A proposed order is attached.

April 11, 2023                                                                  Respectfully submitted,

                                                                         /s/ Matthew J. Peed
                                                                         Matthew J. Peed (D.C. Bar No. 503328)
                                                                          Clinton & Peed
                                                                          1775 I St. NW, Suite 1150
                                                                          Washington, D.C. 20006
                                                                          (202) 919-9491 (tel)
                                                                          (202) 587-5610 (fax)

                                                                          *Counsel for Defendant Edward Vallejo*