# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDWARD VALLEJO,**<br>　　　　　　　　*Defendant.* | No. 22-cr-15 (APM) |

## ORDER

Upon consideration of Defendants Vallejo's and Minuta's unopposed motion to extend the time for filing replies in support of Rule 29/33 motions, the Court hereby **GRANTS** the motion. Defendants shall file replies in support of Rule 29/33 motions on or before April 17, 2023.

It is **SO ORDERED**.

_____  　　　　　_____
Date　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Judge