# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:22-CR-15-apm |
| | : |
| **v.** | : |
| | : |
| **JESSICA WATKINS,** | : |
| | : |
| **Defendant** | : |

## ORDER

The Court grants the Defendant's Motion to Extend Deadline to File a Response to the Draft Presentence Investigation Report. It is hereby ordered that the deadline of 14 April 2023 is extended to 15 April 2023.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*