UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 22-cr-15 (APM) |
| ) | |
| JOSEPH HACKETT ) | |
| ) | |

**NOTICE OF JOINDER**

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby gives notice that he adopts and joins ECF 521, Defendant Thomas Caldwell's Notice of New Authority and Supplemental Argument as to Caldwell's Motions for Judgment of Acquittal and New Trial.

Respectfully submitted,

\_\_\_\_\_/s/ Angela Halim\_\_\_\_\_
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, a copy of the foregoing Notice of Joinder was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF.  The same is available for viewing and downloading for government counsel and all parties of record.

                                          /s/ Angela Halim
                                         Angela Halim, Esq.

Dated:  April 14, 2023