UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22-cr-15 (APM) |
| | ) | |
| JOSEPH HACKETT | ) | |
| | ) | |

**DEFENDANT JOSEPH HACKETT'S MOTION TO EXTEND THE TIME
FOR FILING A SENTENCING MEMORANDUM**

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby respectfully moves the Court for a two-day extension of time, or until May 7, 2023, to file his sentencing memorandum and attachments. The government opposes Mr. Hackett's request.

Mr. Hackett, through counsel, is making every effort to finalize his sentencing memorandum and prepare attachments for filing (many of which require time-consuming redactions to protect confidential information) by the May 5, 2023 deadline for the submission of sentencing memoranda. Despite the exercise of due diligence, Mr. Hackett requires a very brief extension of time – an additional two days – to file his sentencing memorandum. He respectfully moves the Court for permission to submit his sentencing memorandum and attachments by May 7, 2023.

Respectfully submitted,

       /s/ Angela Halim
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, a copy of the foregoing was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading upon all parties of record.

                                                /s/ Angela Halim
                                              Angela Halim, Esq.

Dated:  May 5, 2023