## Letter to the Court Regarding Jessica Watkins
1 May 2023

1. My name is Melinda Watkins and I am Jessica's mother. I am currently retired, as is my husband Stanley. I worked primarily inside the home but also worked for the church and at an office later in life. My husband Stanley worked at various factories for approximately 30 years before retiring. Now my husband and I are enjoying retirement and taking care of my elderly father.

2. As Jessica's parents, we have been involved in her life and observed her in many different capacities. While there is a gap in our relationship due to our regrettable shortcomings when she came out, our relationship now is better than it ever has been. Since accepting her and reconnecting, our relationship has flourished because of honesty and acceptance.

3. I have always known my daughter Jessica to be a good person. My husband and I have always been immensely proud of her and continue to be. Jessica has always looked for ways to help people. Whether that was through her military service or working as a firefighter and EMT, we have always been proud of her desire to help others. Even while we weren't in contact with her, we still knew she was working as a firefighter in North Carolina and could not have been prouder. Even as a child, she was always a rule follower. My husband and I never had the problems that other parents did with their kids using drugs and alcohol. Sure, she acted out on occasion as young kid, but nothing ever serious. Jessica went to church with us weekly and was very active in the church. Outside of the current situation both of our daughters have always been on the right side of the law. Jessica has always been kind to people. My husband and I are thankful for her and for her kindness and forgiveness.

My husband and I are very strong Christians. We raised our children the same. While Jessica and her sister were growing up I was primarily a stay at home mom, but I was also very involved in the church. I was a part of the worship time and I participated in the choir and plays. Jessica and her sister were in the children's programs, attended a Christian school and went on a mission trip as well. Eventually, I graduated from just participating to working at the church in the women's ministry. Needless to say, my children spent a lot of time at the church. My husband and I raised our children in a strict household. Following the rules of the home was instilled in them early in life and as they grew. We followed the word of the Bible and expected our children to follow God's word and do the same. If they did go against God's word, my husband and I would hold them accountable so they could learn right from wrong.

When Jessica came out to us as transgender, it was very hard for us. We were very confused and it went against many of our beliefs. It took us a long time to come to terms with it. Even so, we never stopped loving her, but we had to work through our own feelings to be able to accept her. Our greatest regret is not accepting Jessica when she first came out to us. We are immensely proud to be her parents. We lost so many years with her because of our own faults in not accepting her. When Jessica moved back to Ohio and stayed with us for a period of time, we feel like we got to know her again. We had just started getting back to building our relationship with

her when this happened and she turned herself in. Now, we feel like our relationship is almost completely mended. The last thing we want is to lose more time with her than we already have.

By no means do my husband and I condone any illegal behavior. When we heard Jessica was arrested, we were so shocked and devastated. My husband and I didn't even know she went to Washington on January 6th. She had never done anything wrong her whole life, aside from going AWOL from the Army. However, that was not done with the desire and intent to break the law. Jessica went AWOL out of fear for her life because of harassment from other soldiers. That being said we believe our daughter when she tells us that she went there to peacefully protest and protect others. Jessica has never lied to us about anything like this before nor would she have a reason to. Jessica told us she went there to help people and we believe her because that is what she has always done. She even went to Columbus a few months prior to do the same.

4. If/when Jessica is released, we would absolutely allow her to come stay in our home. My husband and I have no firearms in our home and do not allow any. We would also like to see Jessica released soon so that she is able to spend time with her elderly grandfather. While I have been taking care of him, having Jessica home would absolutely help. My father is 88, almost 89 years old and has COPD so him getting better is unlikely. My dad was the first person to accept Jessica and he absolutely adores her. He prays for Jessica every day and always lights up when she calls. It would mean the world for him and Jessica for them to be able to spend time together before he passes. Above all I want to see my daughter get her life and her relationship with Montana back. A long prison sentence for Jessica is not necessary. She would also be a great candidate for probation/parole. As shown by the information above, Jessica is not at risk for re-offense or any further misconduct. Prior to this incident, Jessica had never been in trouble with the law, outside of the incident in the Army. She was and still is an upstanding citizen. She is honest, kind and driven to help others.

5. Thank you for your consideration.

Melinda and Stanley Watkins

*Melinda Watkins*
*Stanly Watkins*