To the Court,

My name is Montana Siniff. I am a 32 year-old factory worker, currently out of London, OH. Prior to Jessica's arrest, I co-owned a bar with her in Woodstock, OH; I also worked with her to create a militia known as the O.S.R.M. I have known her for over seven years. In that time, the person I have come to fall for demonstrated a history of law-abidingness rooted in a strong sense of justice, compassion for and desire to be of help to people, and a sense of duty to these common goods.

When I first met Jessica in a comic shop in Hilliard, Jessica worked in a retail clothing outlet (Old Navy). In getting to know her, I was astonished with the fervor she held in attempting to prevent loss at the store; where most people would let the combination of an uncaring theft division of police and the lack of urgency by management in dealing with the matter would lead most to apathy, she acted to reject that attitude. It would see her be promoted within the time we lived in Hilliard, prior to the adventure in the bar business.

While talking with her more about her past, two time periods stuck out; while she was ashamed of how her military career ended, she was proud of how she served with a Ranger unit and in the Army in general. In tandem and overtaking this pride was in how she mostly behaved as an EMT in North Carolina; she would tell stories (without names; with the exception of a baby delivery story, without gender as well) about different crises she responded to, going over the necessary effort needed for good CPR, the teamwork involved in dealing with a fire. As much pride as she showed regarding her military career, she demonstrated far more in her firefighting/EMT career.

While discussing this one day, a talk about history and her knowledge base resulted in us discussing militias; we both felt the model in existence today of essentially "doomer" groups stockpiling for an apocalypse were … different from the function militias served in civil society in the early Republic. While I expressed my own misgivings in being Police (enforcing laws I find constitutional, with protections if I incur harm on others serving that agenda but none for refusing to enforce a "bad law") or National Guard (since the Iraq War, being a guardsmen is no guarantee against serving in what I view as unjust adventurism abroad), I concurred that there are times when bodies, more than money, is needed to get from a state of crisis to a state of peace. This sense of duty by those with ability was why we started the O.S.R.M.

To say 2020 tested us would be an understatement; while we had an unfortunate abundance of time, we also felt strongly about the degree of lawless activity going on in many cities in America. It was easy to mistake the violence against law enforcement as law enforcement being overwhelmed by violent interests. While providing medical attention was always a priority, being able to provide security services (to those who asked) and reducing the scope of violence by prevention seemed appropriate.

Up until January 6th, interactions with police have remained lawful and cordial, and her ability to act neutrally and cordially with everyone was a reason to be proud of Jessica. She had clearly represented the best of our aims, maintaining civility in the face of people interested in calling us racists and threatening our lives under the assumption that because we acted as security for property that we must be "on the side" of all police departments in all situations.  We viewed the common guardrail of law as necessary, especially as protests in service to making the law applicable to police conduct was, in our estimation, hijacked by a relative minority of participants and taken to violent extremes.

The way Jess first revealed she entered the capitol…created confusion, to say the least. Before every protest, a desire to be available to help police with first aid attention was always emphatically expressed…to be replaced with "we got into it"? I would eventually clarify more what she did that day, and I remain perplexed; why did she tie what should have always been a neutral service with the royal "we" of any protest side, regardless of the actions of protestors? Why did she enter the capitol; we discussed how innocuous legal protesting by militias is always utilized as evidence of intimidation, regardless of intent. Why, once in there, did the group join in protest; they had a politically neutral job, and Jessica had, through multiple encounters with multiple persuasions, had demonstrated an ability to be an independent thinker and capable of remaining on mission. I can only imagine the pressure of crowd-think in existence that day; I am disappointed in her choices on the actual day, and grateful at least that the less-lethal employed by police that day snapped her back into doing what she was there for; to render aid to the injured and act lawfully to reduce the pandemonium.

That said, she is already on a path of not repeating those mistakes. I think content made to impart political vibes was inherit in much of the media Jess was consuming prior to January 6th. While her time in pre-trial detention in the "J6 pod" was not helpful to that, her insistence on being moved to a pod conforming to her gender of two decades, as much to comport to norms as it was to avoid "the toxic fish-tank" of an overtly politics-interested environment demonstrates a desire for her to avoid such content even more with freedom. Combined with the usual amount of free-thought she was able to express prior to her abrupt confinement, I think she will be very unlikely to be in throwing distance of another political protest from which to find herself impeding any proceeding.

Despite the constraints of her confinement, both related to the nature of jail compared to a prison and the prejudice of the guard staff in dealing with J6 inmates, Jess has managed to employ herself in writing fiction. She has never been one to let herself be unemployed, and it is heartening, despite the need to spend most of her incarcerated time defending herself from charges the jury agreed were superfluous, to see that the droll, de-humanizing nature of jail has not dampened this spirit.

I have remained devoted to Jessica, and her to me, throughout the entirety of these proceedings. She has been most disappointed that her decisions have affected me, the representatives that day, the responding officers, and fellow members of O.S.R.M that day; that it affects her does not impact her emotionally as much as it does to know Benjamin Parker is facing time without even entering the capitol in part from her acquiescence to other's decisions. While much time has been spent re-paying the debts incurred during the adventure in self-business, I hope to be capable of housing Jessica soon and spending time in her company again.

Sincerely,

Montana Siniff

P.S.: I sincerely hope, in this matter, that the Court's assumptions of my political beliefs will not again be applied to my better half as it was in her pre-trial detainment hearing.