28 April 2023

Adita Lynne Harless
3400 Colony Drive
New Bern, NC  28562
910-850-0797
aditaharless@yahoo.com

**Letter to the Court Regarding Jessica Watkins**

My name is Adita Lynne Harless.  I am a prior active duty US Army Counterintelligence Agent and most recently a government contractor with our military as a Senior Counterintelligence Support Specialist in support of Operation Iraqi Freedom.  My major mission was to determine the voracity of foreign nationals in order to minimize threats to US interests by recognizing and analyzing signs of deceit and subterfuge.  I have had training in kinesics (body language) and interrogation, and have successfully relied on my ability to detect security threats many times and in many situations.

I have known Jessica Watkins for 12 years.  We met in North Carolina after she and my oldest son became friends.  She would spend a good amount of time at my house, and when she needed a place to stay after her lease was up, I offered my spare room to her. She resided in my home for several months until she found her own place again.  Jess then relocated to Ohio and I began working overseas,  but we remained in contact via phone and mail.

The first thing I noticed about Jessica was her respectful and humble attitude.  This has remained a constant throughout our relationship.  I also observed that Jessica has a heart for serving others, and a desire to protect and help those in need.  I was a very cautious mother with young children in the home at the time, but I had no reservations allowing Jess in my home.  I felt that her attitude of service and respect was a good influence on my children.  Jess possesses several character traits that I value, such as integrity and reliability.  I do not remember a single occasion in which Jess failed to keep her word to me.  Once when I unknowingly dropped a large bill in the driveway, Jess found it and brought it to me.  Doing the right thing when no one is looking is my definition of integrity, and I know Jess to embody this virtue.

During the time of her stay with me, Jess was a firefighter with the local fire department.  I witnessed the impact this job had on her and how difficult it was for her to see people in crises, pain and worse, but Jess sincerely loved helping people, and told me that it gave her life meaning.  She often would forego her own wellbeing in favor of others; one small example is when I saw her volunteer to help a friend move, doing so after being up all night on shift.   She frequently expressed the honor she felt in being able to support the police and was a vocal proponent of law and order.  Later, when she made the decision to move to Ohio in 2017 to pursue a business opportunity, Jess was very excited and hopeful to become a positive member of her new community.   She was on a bright pathway to that goal when the pandemic sadly disrupted the growth of her business, and ultimately her future.

Since her incarceration, I have had conversations with Jessica Watkins via phone and mail. These, along with my knowledge of her character, give me confidence that I have a clear and accurate assessment of her intentions going forward. I would never advocate for the release from custody any person for whom I had any public safety concerns. I would welcome Jessica Watkins into my home again and trust her implicitly, with no stipulation. She has lost most everything important to her, and I do not believe extending her incarceration would serve any purpose. Jessica desires to adopt a simple, obscure life apart from any activism or controversy. I plead with the court to allow her to do so.

Thank you for your consideration.

*Adita Harless*

Adita Harless