Giovanna B. Moreno
120 Gray Lane
Prosper, TX 75078

May 5, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta

RE: Character Reference for Roberto Minuta

I am writing to provide a character reference for Roberto Minuta ("Rob"). Whom I have known for over 10 years. I met him through my sister Gissela Minuta and have the honor to call him my brother-in-law.

I relocated to Texas to be close to them and offer support and assistance through these challenging times. I am a Sr. Accountant for a global consulting firm here in Dallas.

Rob is a wonderful husband to my sister and an amazing father to my 9-year-old nephew Antonio and 7-year-old niece Lucia. Rob has always been an upstanding member both in our family and our community. He gives 150% dedication to my sister and his kids; his family always comes first and that is something to admire. Rob is very much appreciated and respected in the town of Prosper where it is a family-oriented tight knit community. He has always served as a volunteer in my nephew's various sports teams, such as baseball and football; and Rob has always rearranged his schedule to always make a point to be present and cheering for all of his children's sporting events and school activities. His kids absolutely adore him, and their little eyes brighten up the second they see their father, he's their go-to guy, an amazing father and their friend.

Rob and my sister Gissela are highly regarded in their community and their church. They always give back to their community and seek to help the less fortunate. Rob has taught me that family comes first and to demonstrate kindness. His relationship with Jesus, being a good Christian sets the standard for our family and is something I greatly admire.

I hope this letter provides you with insight to Rob's character. I ask you to consider the impact Rob's absence will have on his family, especially his children who need him by this side.

Respectfully submitted,

Giovanna B. Moreno