112 S. Arizona Drive
Celina, TX 75009
May 5, 2023

The Honorable Amit P. Mehta
United States District Court for
District of Columbia
333 Constitution Avenue
Washington, DC 20001

Dear Judge Mehta,

First of all, I respect the weight of the position you hold, with its frequent difficult decisions in a world built on shifting feelings as well as this specific dilemma of Roberto Minuta. I imagine it's an uneasy balance of what is just for Rob as well as correct for this nation and its history. I can see this angering his opposition to see him free while at the same time, incarcerating him can galvanize his supporters, neither of which are preferential for this country.

If it helps you to know what I can see, I'd like to share what I have observed since I met Rob and his family, sometime after the events of January 6th, 2021.

Looking for answers later that year, Rob joined a Bible study I attend. Since I knew nothing of the events accept what was popular in the news, all I could do for him was encourage him to do the right thing in light of it and follow the example of Jesus, which as it turns out Rob did so.

Jesus only described himself once in the Bible, calling himself humble and gentle-spirited. That is exactly what Rob has become. Since his house arrest, I have visited him many times. His attitude is contrite, and his love for people is so winsome, it draws his neighbors in from other races and creeds to encourage him and see what this call to joy through pain is all about. I have seen and heard them speaking this way about Rob as much as I have observed him loving others well.

My humble request is to ask you to see Rob in this light and let the peace that surpasses all understanding visit your heart to set him free.

Sincerely,

Tom Parsons

Jennifer Wallingford
6 Ellens Way
Wallkill, NY 12589

March 9, 2021

Dear Your Honor:

I am writing on behalf of the defendant Roberto "Robert" Minuta, who I have the pleasure of calling my nephew.  Robert is and always has been a very kind and caring soul. Robert was always that kid who would stop whatever he was doing to go help his mom bring in the groceries without even be asked to do so... He is always there to lend a helping hand to family and friends. No matter what the event, whether it be a game, a play, a graduation, you name it, Robert always makes the effort to be there to support his cousins and his family. To this day, he calls his widowed grandmother every day to check in on her and when he has the opportunity to visit, always leaves her a little money behind, unbeknownst to her. Robert is a loving father to his two children and a doting husband. He is a gifted artist with so many talents which ultimately led to establishing his own business. He is a very hard worker, always ready and willing to work and never afraid to try something new to provide for his family. But it doesn't stop at family; Robert enjoys giving back to his community and participating in charitable causes.

However, one character trait that stands out the most to me about Robert, to this day, is that of "protector".  Robert grew up being an instinctual protector as the eldest sibling of three… always there for his mom helping to raise his sister and brother while his father was hard at work. He followed suit as the long-time protector of his cousin/best friend who was the unfortunate brunt of bullying...he is always looking to do the right thing and make things right.  Robert is indeed passionate and outspoken about his beliefs but NEVER violent!  He fulfills the role of protector with only good intentions at heart.  He holds on to his strong Christian faith to guide him as he looks to continually protect the best interests of his family's future. He is a kind, caring, generous soul, and anyone who knows him will attest to that!!  Robert is the good amidst the evil out there in our world today!  Please have mercy on him.

With sincere gratitude,

Jennifer Wallingford MS, CCC-SLP
Speech Language Pathologist

This letter is addressed to whom it corresponds, I met Roberto Minuta in 2013, he is currently the husband of my daughter Gissela Moreno, for these long 10 years he has been an excellent father, an excellent husband, an excellent son-in-law, an excellent person, who has dedicated himself during all these long years to be the support of his home, of his family in main support, he has always been aware of every need of his family, especially his children. For me it is painful for what he is going through at the moment and I appeal through this letter so that they take into consideration the important and valuable that is for his family, this would do a lot of damage to all of us, mainly to the children, to my grandchildren and to my daughter who is his wife, During all these years that I have known him, he has always shown 100% for his family.



X _____

MANUEL MAURICIO MORENO
FATHER IN LAW

Telf. : + 34 623 04 45 79

manuelmauriciomoreno@outlook.com

Bianca Murray
6 Oak St.
Cold Spring NY, 10516
May 5th, 2023

RE: Character Reference for Roberto Minuta

Honorable Amit P. Metah,

My name is Bianca Murray, Roberto Minuta's sister. He and I have grown up side by side for our entire lives, and continue to maintain our relationship even from a distance. If you know Roberto, you know the importance family holds to him. I can remember being little,and my brother always made sure I was taken care of, and included in everything he did even when his friends didn't want me there. He has always taken care of me, and as we have grown I have watched him do the same for his own children, and even mine. Going out of his way for their games, birthdays, or just to be together. My brother is a man of his word, a man of God. He is the first to step up and help someone in need. He is a voice of reason, and understanding when you feel lost. He is a man of many things, a chef, a builder, an artist, a comedian, a philosopher. In all, my brother Roberto is brilliant, and kind, strong, but gentle. I have idolized him all of my life, and will forever continue to do so.

Thank you,
Bianca Murray

To: *Honorable Amit P. Mehta*

I would like to introduce myself. My name is Tim Morabito and I live in Texas with my wife Hillary and six children. I am originally from New York and have lived in many cities prior to landing in Texas. I attended and graduated from Boston College where I played football and eventually went on to have a decent career in the NFL. After my playing days I ended up getting into construction and that is what brought me here to Dallas. I currently work for a developer and I oversee all construction projects within the portfolio.

Before Robert and I met, our wives had been friends for quite some time. She would always tell me "you have to meet Rob and Gissella" because they reminded her of friends we have in NY.  We attended the same church and that is where we met for the first time. We hit it off like we grew up together. From there we developed a close friendship. We have fellowshipped together numerous times and our talks usually center on God, family, sports and food. Robert is a foodie and can definitely cook. In my time knowing Robert, he has always been positive, respectful and of a mild minor. He is a doting husband and father and takes his responsibilities seriously. He is a Christian man and has genuine values and that is why he is so respected within the community. He holds a men's bible study in his house every Wednesday. So I write this to you to vouch for Robert as a man and human being. He has a nice peaceful approach to life.  I consider him a close friend and would do anything for him and his family.

Respectfully,

Tim Morabito

5/4/23

Stasia L. Henderson
P.O. Box 186
9 Ridgeview Terrace
Cornwall, N.Y. 12518

May 4, 2023

Re: Roberto Minuta

To: The Honorable Amit P. Mehta

  I have known Roberto since he was born. He is the oldest child of my friends, and at times, neighbors. Roberto has been a friend of our children since they were old enough to play together. As an adult he has developed a business and provided a service as a reputable tattoo artist, including doing body art on our youngest son. Our relationship also included Roberto being a student in the public middle school where I taught for 25 years. It is my close connection to Roberto and his family that compels me to send you this letter.

  Roberto has always proven himself to be a loyal, trusted friend. He has always been quick to help in any social or community situation that presented itself. In school, I witnessed the caring, gentle way he would look out for the kids that needed a friend. A quietly popular kid himself, Roberto never overlooked the kids who were less popular and who were easy targets to be picked on. Roberto was a physically strong kid, but always used kindness and empathy to help others.

  Roberto comes from a very traditional, tight knit family, that we have known for many years, and they have instilled strong family values in all their children. Roberto demonstrates these values in his treatment of his family and others. He has a reputation in his home town as a hardworking, self-made, law-abiding citizen, who loves his country.

  I have been saddened to hear of Roberto's difficulties this past year and four months.  He is a wonderful husband, father, son, brother, and friend. Please consider the positive impact Roberto has shown in his community, towards his friends, and with his family.

Respectfully,


Stasia L. Henderson

May, 4th, 2023

Attila & Barbara Kaloz
14 Arbor Rd.
Campbell Hall, NY 10916
May 5, 2023

Dear Judge Amit P. Mehta,

We are writing on behalf of Robert Minuta. We would like to attest to his upstanding character. We have known his grandparents and his parents for many years. We have known Robert since he was born.

Having been a teacher for over 30 years, I am very cognizant of what is proper and appropriate behavior for a child or young man. Robert has always been a kind, well behaved, respectful and loving boy and young man. He has also always been a hard working, law abiding son, husband and father.

The strong family values that he was raised with manifested themselves in the loving care and raising of his own family.

We ask and pray that you take these facts into consideration when Robert comes before you.

Respectfully Yours,

Barbara Kaloz

Barbara Kaloz  &

Attila Kaloz

Attila Kaloz

Tray Haskins

507 E 8th St

Prosper, TX 75078


May 5, 2023


RE:  Robert Minuta


I met Rob at our weekly Bible Study approximately two years ago.  I was disheartened to hear about the charges brought against Rob w/respect to the J6th situation, and it is my honor to write this letter on his behalf, in the hope that it will move the court to show Rob leniency.

In my experience, Rob is the kind of guy who would show up to a hospital to sit w/an associate &/or friend for hours, if he thought it would bring the friend & the friend's family comfort and support, and if he thought it would cheer that friend up.  In fact, Rob would even stay overnight - if he was asked to do so.  I know Rob would take these steps, because that is exactly what Rob did for me last March 2022.  I was assaulted on March 19, 2022 in a parking garage is Plano, TX.  I woke up 9-days after the event and was told I'd been tackled, that the back of my head had hit a curb causing my skull to fracture in 2 places, and that I'd experienced a traumatic brain injury.  The hospital staff told me that I was lucky to be alive, and then I watched family and friends take turns visiting me, sitting w/me, feeding me, etc.  Rob was one of those friends.

According to my wife, there were instances where I was a bit unruly, and because of this my wife had asked the men from our Bible study to pray for me, and she also asked any that could to take shifts staying overnight with me to help the nursing staff maintain full control of me.  For reasons only Rob knows, Rob agreed to be one of those guys.  The thing that stands out about Rob's presence at the hospital is this – I really didn't know him that well up to that point.  But because of how servant hearted Rob is, he jumped at the chance to help, and his act of kindness has left an indelible impression on my heart.  People do not generally do things like that for people they don't know well – but Rob is the kind of person that does.


I sincerely hope that the court will take my thoughts on Rob into consideration at the time of sentencing.  Rob is a good man, and the world is a better place with him in it – on the outside of a jail cell.


Sincerely,

Tray Haskins

Tera Funicello

3504 Ironwood Drive

McKinney, Texas 75070


May 5, 2023


Re: Roberto Minuta


To: The Honorable Judge Amit P. Mehta

I have known Roberto Minuta since August of 2022. We were introduced at the beginning of the school year, as I currently teach his son, Antonio. During these past few months I have had the pleasure of speaking with Mr. Minuta each time he visits our campus to have lunch with both of his children or attend an after school event.

He is a very devoted father and husband as evidenced by his commitment to his children's success in school. He is also actively involved with both Antonio's sports and his daughter, Lucia's cheer events. They both adore their father immensely.

It is clear that Roberto and his wife both have high standards of academic excellence and behavior for their kiddos. Both children are leaders in our school, which is a direct reflection of Mr. Minuta's character and how he leads his family. Mr. Minuta's family also shares a strong faith in God and Roberto encourages his children to allow His word to guide their daily lives.

It is my sincere hope that the court takes this letter into consideration. Despite the current case, I believe Roberto Minuta is an upstanding citizen, family man and a valuable member of my community.

Sincerely,

Tera Funicello

Michael Quinn
2 Ellens Way
Wallkill, NY 12589
May 5, 2023

To:  Honorable Amit P. Mehta,

I have had the pleasure of knowing Roberto Minuta for over twenty years through my friendship
with both his immediate and his extended family.  During the years of our acquaintance, we
have had several interactions, mostly through social events.  He is a devoted family member
who is always present at family events.  He comes from a very tight knit family who are always
there to support each other.  I have watched him grow into a fine young man, husband and
father of two.  He is a very creative person who became a small business owner in the
community in which he grew up. He was very involved with his community and enjoyed being a
part of it.  Roberto is an intelligent, creative and personable young man who is very dedicated to
his family and his community.

Yours truly,

Michael Quinn
Retired NYPD Detective

# The Kessler Family

140 Gray Lane
Prosper, Texas 75078
469-576-2873

The Honorable Judge Amit P. Mehta
United States District Court for the District of
Columbia
Washington, DC 20001

May 5, 2023

Dear Judge Mehta,

We understand the impact that Roberto Minuta's case (number: 1:22-cr-15) has had on the United States as a whole. We would like to share the positive impact that Rob has had on our entire family for over 2 years. The Kesslers and Minutas met in the Spring of 2021 when they moved in next door, but our connection began once we realized they were believers and attended our church in Prosper. The Minutas have hosted us for dinner on more than one occasion.

Rob leads his wonderful spouse Gissela and children by living a purpose-driven life. He attends a men's Bible study group following the word of the Lord. Rob truly cares for his community and is open and honest just as he cares for his family. Our family has been through medical emergencies in the last year, and Rob has offered assistance every time. He consoles Tod and Christy during their medical challenges and the loss of loved ones, quickly calling to find out the status of medical procedures and being there to listen when times are uncertain.

Rob is the local craftsman expert and he can answer any question regarding a part or tool needed in a home update or remodel. He assists Austin and Brandon when they are in a bind during projects around the house. His wife and children are his life and it shows. Rob plays catch with his son and cheers on his daughter as she practices her dance routine in their backyard. He is totally devoted to his family.

Rob has been a great father, husband, friend, and neighbor showing our community grace and mercy during his uncertain time. Throughout all the proceedings over the last 2 years, Rob continues to put others first, considering their needs, and offering assistance when called.

Warm Regards,

**Brandon, Jessica, Austin, Tod, and Christy Kessler**

To Honorable Amit P. Mehta,

My name is Mark Etri Jr and I am writing you on behalf of Roberto Mintuta Jr. I have know Roberto or as I call him Rob or Robert my entire 39 years on this earth. He is my first cousin, best friend and honestly my brother. Robert is 7 months my younger but this is one of those circumstances where I can say I truly have always looked up to my younger cousin. Since we were young boys Robert has always been my protector and truly my second half in developing  our moral compass together. We grew up in a very close knit family and were raised by the most loving sets of parents two young men could ever ask for. We lived next door to each other till we were 13 years old or so, to say we learned the rights and wrongs of life together would be an understatement as we were inseparable. Whether it be playgrounds, backyards, bike rides, or Senior Graduation he helped mold me into the man I am today. Robert is one of the most charitable and thoughtful people I've ever known in or outside of my family. He's helped me in purchasing a car when I was down on my luck, he fills boxes with gifts for underprivileged children all over the world with the help of the local community every Christmas and I could go on listing but more then anything he is always smiling and lifting up the spirits of everyone around him, even in these trying times the last thing he always says to me when we speak is "don't worry about me Marky I don't want you having another heart attack it's all part of Gods plan" and he truly believes that with every ounce of his being and that positivity and belief in God is contagious. Robert has worked tirelessly for years in his local community to spread love, peace and togetherness working closely with community leaders and local police many of which were his customers. He is trying to only do what he believed was right for his family, his Beautiful wife Gisella and two gorgeous children Antonio and Lucia in hopes of leaving them a world that's maybe just a little better of a place than it was when he one day leaves it. In closing Robert is  and always will be a caring husband, loving father, brilliant son and my brother. I hope these words help bring some light to how much better the world is with Roberto out there in it. Thank you for you time.

Sincerely,

Mark Etri Jr.

Michael J. Granillo
1341 Jennings Ct.
Prosper, TX 75078
(480) 246-0079
MichaelJGranillo@gmail.com

May 5, 2023

Honorable Judge Amit P. Mehta
Judge of U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Sentencing of Roberto A. Minuta, Case No. 1:21-mj-00260

Dear Judge Mehta:

I am writing to provide a character reference for Roberto (Rob) A. Minuta, who I met approximately 18 months ago in the fall of 2021 through our wives who were attending a bible study together.

I learned of Rob's circumstances upon meeting him, and as a Staff Sergeant of Marines, I was curious to learn of his demeanor given that my wife and his had become friends.  I was pleased to meet a relatively mellow individual with very insightful views.  Our initial meetings were relatively brief but left me with the understanding that we shared mutual values of family and faith.

Since then, I have visited with Rob at his home as a guest for dinner, and I have attended a bible study for dads which he hosts before work at his home.  These occasions bring to mind Cicero's "Peace is liberty in tranquility," or Emerson's "Nobody can bring you peace but yourself."  Rob has been embedded in his circumstances as long as I have known him, but he has always presented a peacefulness that is contrary to said circumstances.  I have found him to be an exceptionally intelligent individual, who has demonstrated a profound love for family, friends, and faith, and who also has provided level-headed perspectives in day-to-day conversations.  Rob has demonstrated that an individual can face challenging circumstances while demonstrating peacefulness, humility, and the unique ability to find joy in the little things.  He has provided an example of the stoic father, husband, and man of faith.

Admittedly, I am at a loss for a closing to this letter given my unfamiliarity with these proceedings, but I wish upon you wisdom and a sense of mercy when considering your decision on the future of Roberto Minuta.

Please do not hesitate to contact me if you require any further information.

Regards,

Michael J. Granillo

Dear Judge Mehta, I hope this finds you well.

My name is Anthony Minuta, and Rob is my older brother. Let it be known that I consider myself lucky for having someone like him in my life. Rob has always been an incredible influence on me, as well as everyone around him. Through his own actions, he has taught me of patience, strength and perseverance, but what's more, he's proven to me that what time we have been given is best spent helping those around you. Since he was young, Rob has always had a kind, caring heart, and many times, he's shown that he is willing to put the needs of the many before the needs of the self.

-Sincerely,
Anthony Minuta

To the Honorable Amit P. Mehta

March 5, 2023

Dear Judge Mehta,

I am writing to share what I have witnessed firsthand over the last two years regarding the character of Roberto Minuta.  I met Roberto (Rob) a little over two years ago when he visited the men's small group I have led for the last 4 years.  Since his first visit, Rob has been a consistent participant and contributor to our weekly gathering.  I have often observed him show care and concern for those in our group by offering to help meet needs, run errands, or make repairs.  One specific act of service comes to mind which sums up the kind of person he is.  In March 2022, one of the men in our group suffered a massive head injury which left him near death and hospitalized for over 3 weeks.  When he regained consciousness, the brain trauma was causing significant agitation, which resulted in him attempting to pull out tubes and wires, getting out of bed during the night, attempting to leave his room and so on. His wife was his main caretaker during the night, and she soon became exhausted staying up most of the night to watch and calm him.  Eventually she asked if any of her husband's friends would be willing to give her a break. Rob was one of the first people to step up and take an overnight shift in the room to help his friend.

In addition to this, I personally have:

- Seen Rob love his wife by praying for her and helping her navigate family and career decisions.
- Observed Rob be kind and understanding with his children.
- Met multiple neighbors of Rob's who are thankful to have him and his family on their street.
- Heard of Rob's community involvement through advocating at school board meetings.
- Experienced Rob prepare and serve approximately a dozen meals to our men's group.
- Listened to Rob bless those who have cursed him and pray for those who have persecuted him.

It has been my privilege to submit this letter affirming Rob's character, and I thank you for your consideration. Please let me know if I can be of any further assistance.

Sincerely,

Kirk Bargenquest

kirkbargenquest@gmail.com

214-695-4599

Hon.Nicholas De Rosa
County Court Judge (Ret.)
5 Summer Drive
Newburgh N.Y. 12550

May 5th 2023

Honorable Amit P. Mehta,

Judge Mehta my name is Nicholas De Rosa and I write this letter in support of Roberto Minuta who is shortly to appear before you for sentencing. I have known both Rob and his mother, my cousin, Toni Marie since the day that they were born. Throughout Rob's life I have been in his presence countless times, at his home, at his parent's home, at my home and also on numerous vacations over the years. Watching Rob grow into an adult, I have had the opportunity to watch his character develop and have had the opportunity to observe his behavior in a myriad of situations.

 In all those years, I respectfully affirm, I have never, ever seen Rob express violence against anyone or anything ( including the United States) either in word or in deed. Instead, I have watched Robert mature into an adult with a strong sense of family and a person who possessed an ambition to succeed in whatever business or endeavor he chose, an ability to work hard to achieve his goals, an eagerness to help others and a reputation for honesty and integrity in our family.

 Judge Mehta, as a former member of the Judiciary, I fully understand how heavy the robes that we wear can become at times even though they are only made out of cloth. Having been an elected Newburgh City Court Judge for nine years and then an elected Orange County Court Judge for 20 years until my retirement, I have presided at countless sentencings including regional high profile cases for crimes as serious as multiple murders. During those high profile cases I understood that all eyes were on the presiding judge and the pressure exerted by The Press was for the judge to render a "popular" decision, i.e., a decision that The Press liked. Our duty, as you know, is not to do the popular thing but to do the "right thing". The "right thing" as I understand it, is to render a decision pursuant to the following factors: the Law, the facts of the case, the defendant's actual conduct, the defendant's priors (if any), the harm to the victim, the defendant's remorse and most importantly, our conscience.

I ask you in this case to please look closely at Rob's lack of priors, to look at what his actual conduct was rather than being distracted by the Press's partisan hype and to search your conscience as to the appropriate sentence for this young, productive, family man, who truthfully believed that he was acting pursuant to his Constitutional Rights. He engaged in no violence, no property damage and never interrupted any legislative proceedings, facts that the prosecutor admitted when questioned by Rob's arraignment judge. Judge Mehta, Rob, his family, his children and his friends are counting on you to do the right thing.

Respectfully,

Hon. Nicholas De Rosa
County Court Judge (Ret.)
(845) 913-5179

Joan Antonelli
708 Hewitt Lane
New Windsor, NY 12553


May 4, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta


Dear Honorable Judge Amit P. Mehta:

I am writing regarding my grandson Roberto Minuta, who I refer to as my Little Robbie. I am proud and blessed to say that I have known Roberto his entire life. He has always been genuinely kind and caring with a huge heart. My grandson has always made a point to be there for me throughout my life, especially when his grandfather passed away 21 years ago; whether it be to help upkeep my home, humbly offer me money, drop by unexpectedly for dinner, or just spend quality time with me while listening to my life's stories. Roberto was always there to lend a helping hand, not because he had to but because he truly wanted to.

Roberto is gifted with many natural talents and aspired to be many things throughout his life including an artist, a chef, a mechanic, and a builder to name a few. But a huge part of what makes him such a special person in my eyes is his instinctual ability to be kind and caring and his generous heart. Roberto was a big supporter of the "Operation Christmas Child Shoebox Outreach" program when he owned his own business and collected numerous donations to be distributed to children throughout other countries. He always seems to make it a priority to call me regularly, even at the age of 83, to check in on me and to see that I am being cared for; always including his two beautiful children in our phone calls so they remember their Great-Nanny. When I hear his voice on the phone, he always manages to brighten my day, gives me a blessing, and leaves me with inspiring words. Roberto lives by his strong Christian values and is all about his family. He is an amazing father to his children, always wanting to be involved in their school and extracurricular activities including coaching their teams. Roberto is also a loving husband, son, brother, grandson, nephew, cousin, and friend to all of those who are blessed to know him. Roberto grew up in a very large family, always spending time together for any event, no matter how big or small, and especially for Sunday dinners. Currently 27 people, including adults and children, we have all each been touched by Roberto in some positive way.

Roberto has always been such a likable and respectable young man with a positive outlook on life. He continues to be such an amazing role model and I am beyond proud of the man he has become.

Thank you so much for your time.


With Sincere Gratitude,

Joan Antonelli/Grandmother

The Honorable Judge Amit P. Mehta,

I am writing a letter of reference for my friend Roberto Minuta.  I met Rob in Celina, Texas in November, 2022 when I started going to a Bible study that he attends.  Rob and I became friends easily as we both are family men, share our faith and a love for this nation.

When I learned of the current action against him I was surprised and found it completely contrary to who I know him to be.  I have met Rob's wife, his children, three of his neighbors, his father and brother.  All of these individuals regard Rob highly.  Speaking to his neighbors about this, they can't believe Rob is going through this ordeal.

Recently, since being confined to his home, our Bible study has gone to his home weekly to meet there.  Every week, Rob has made breakfast for us and served us far beyond expected hospitality.  His heart for others and desire to serve his neighbors and community is evident.


Thank you,

Andrew Benton

May 5, 2023

May 5, 2023

Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Adrian Romo
3621 Preston Hills Circle
Prosper, TX 75078

Dear Judge Mehta,

I am writing this letter to provide a character reference for Roberto Minuta, a man I have
known for two years. I met him through our Bible study group and I have found him to be a
quiet, humble, and kind individual.

During this time, I have witnessed his compassion and selflessness towards others. He went out
of his way to sit overnight with our mutual friend Tray when he was hospitalized with severe
head trauma, demonstrating his kindness and care for others.

Furthermore, I have seen him as a dedicated husband and father to his two children. He is a
family man who strives to provide for his loved ones and create a warm and loving environment
at home.

He has accepted his house arrest with humility, and instead of letting this situation bring him
down, he has used the extra time to read and better himself. I have noticed how he enjoys
serving us whenever we gather in his home for Bible study, and he does so with enthusiasm and
joy.

Overall, I believe he is a good man who embodies the values of kindness, humility, and
compassion. I strongly recommend him as a trustworthy and reliable individual who has had a
positive impact on our community these past 2 years.

Sincerely,

May 5, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta

RE: Character Reference for Roberto Minuta

Dear Honorable Judge Mehta,

I am so very grateful that you are giving me the opportunity to write a character reference on my husband Roberto.

I'm happy to introduce myself. I am a 40 year old Peruvian immigrant that came to this wonderful country at the age of 5.  My parents so desperately desired a better life from the poverty that was stricken in Peru in 1987.  They decided to bring us to this country with $200 & a dream.  A dream that their daughters could live in a free country & be anything they want to be.  As my father worked construction in NY & then a dishwasher at a Friendly's, my mom was a full-time nanny on the Upper Eastside of Manhattan for a well know Kennedy family.  They worked incredibly hard to then both get into the hospitality industry & move us to a beautiful town in the suburbs of north west NJ.  Attending one of the best public schools in the state so we could have the life they did not.  Our parents taught us hard work, integrity, grit & honesty was always something to strive for to be proud of.  They taught us to be independent while still holding on to our strong family values.

I was very selective in choosing Roberto to date at the age of 30 & then marrying him soon after.  He has always been a hard working man with a tender heart of gold.  Traits that reminded me of my own father.  Watching Roberto's sincerity towards how he values family, his generosity to contributing to charities & how he treats everyone he meets with the same respect wether it'd be a CEO of a company or a janitor of that same company shows truly what a remarkable man Roberto is.  I am so blessed to be the mother of his 2 beautiful children Antonio (9) & Lucia (7).  Roberto has always been a present husband & father.  From working incredibly hard to give us a good life.  Not only did he coach our sons baseball & football teams, he has also volunteered with myself & sometimes alone on events for school & field trips.  Our children know that they can count on their Daddy for absolutely anything.  We have a biblical marriage of honesty, trustworthiness & faithfulness.

In our interaction of meeting each other in the courthouse during his trial I can tell you are a good man with incredible honor.  I can imagine your position comes with great responsibility to make careful & important decisions.  This is why I plead to you with every fiber of my being that you show mercy to my husband.  With tears in my eyes I don't wish this pain on anyone as I write to you of the thought of not having my husband by my side to live this beautiful life with.  To raise our beautiful children that so desperately need their male father figure by their side.  He is the head of this household & my soulmate.

Thank you for your time and consideration.

Respectfully,
Gissela Minuta

May 5th ,2023

From:
Gustavo Luis Mazza
1016 Forest Glen
New Windsor, NY 12253

To:
The Honorable Judge Amit P. Mehta
United State District Court
District of Columbia

Re: Mr. Robert Minuta

Dear Judge Mehta:

I am writing to share my life experience with Robert Minuta. Robert has been an extended part of my family since we moved to Orange County in 2004. I first met Robert through my son and his friendship with Robert's younger brother Anthony Minuta.  Our families began spending time together at birthdays, graduations, engagement parties and weddings. Our families became closer and closer as time passed.

Robert is a great young man and has a beautiful young family with his wife Gissela. He is a hard-working businessman as well. He is a great artist, and his tattoo shop was very successful. My son has a few beautiful tattoos.

Robert also worked with his father Bob when they remodeled my home. He was hard-working and very helpful to his father.  It was a pleasure seeing him work side by side with Bob. It's not often you see a son taking directions from a father without question. Robert is a wonderful young man.

I can be available to answer any additional questions or concerns that you might have.

Sincerely,

Gustavo Luis Mazza

Melissa Irwin

62 Manor Drive

Cornwall NY 12518

MAY 5, 2023

Re: Robert Minuta

To the Honorable Judge Amit P. Mehta,

I am writing on behalf of Robert Minuta. I have known Robert for many years. Robert is a dedicated husband, father and son. He is of outstanding character and is an upright member of his community.

Robert loves his family, and he loves this Country. I remember his business in Newburgh NY and he often helped the poor in this community. Robert is very civic minded and always thinks of those who are less fortunate than he is. Robert is part of a wonderful family who love and support him and who love the United States of America.

It is my sincere hope that the court takes into consideration the fine character of Robert Minuta and his dedication to God, Family and Country.

Sincerely,

Melissa Irwin

May 5, 2023

Dear Judge Mehta,

I am writing to you on behalf of Roberto Minuta. I have known Roberto and his family for over twenty five years. The Minuta family is warm, kind, and gracious – really wonderful people that I am proud to count as friends. Roberto's mother Toni owns a hair salon here in Cornwall. She gave my children their first haircuts, and we have been loyal customers ever since. Toni and her husband Rob are absolutely the best parents. They have given their family the best of everything, but most importantly great values and beleifs. The Minutas are considered pillars of the community here in Cornwall, and Roberto is certainly no exception.

Roberto has always been a kind and caring person. He was never in any trouble as a young person, and he has grown into a devoted husband and father – the kind of son that I am sure makes his family very proud. Like many of my students at NYU, Roberto has causes he is passionate about. He has always been deeply connected to core American values and freedoms, such as love of country, democracy, and free speech. Roberto has always wanted to protect the underprivileged and victims of injustice. I believe it was these ideals that brought Roberto to Washington on January 6th  - not with any thought of violence but to express his opinions in defense of the country he cares so deeply about. I am sure he thought he was doing his patriotic duty as a concerned American. As long as I have known him Roberto has been a law abiding model citizen. Unfortunately, I believe the media incorrectly portrayed him as a violent extremist. The truth is the exact opposite.

I hope you will take these thoughts into consideration during your very difficult deliberations. If I can answer any question please feel free to contact me at jr110@nyu.edu.

Sincerely,

John J. Ross  PhD

From: Robert A Cooney Jr.

To: The Honorable Amit P. Mehta

Subject: Letter of Recommendation for Roberto Minuta

Thursday, May 4, 2023

Dear Honorable Amit P. Mehta,

I am writing this letter of recommendation on behalf of my dear friend, Roberto Minuta, who I have known for 18 years. I first met Roberto through his mother, who has been cutting my hair for 18 years. Over the years, I have come to know Roberto well and I am proud to say that he has had a positive impact on my life.

I am writing this letter to attest to Roberto's character, his honesty, excellent reputation, peacefulness, and his dedication to living a law-abiding life. In all my interactions with Roberto, I have found him to be a person of the highest integrity. He is honest, straightforward, and trustworthy, and I have never known him to break any law or engage in any behavior that would compromise his reputation.

Furthermore, Roberto is a person of peace, and he has always sought to promote harmony in his interactions with others. He has never been involved in any violent or aggressive behavior and has always sought to resolve conflicts through peaceful means.

In addition to these qualities, Roberto has always been a law-abiding citizen who has demonstrated a deep love and respect for his country. He has always been a model citizen who has contributed positively to his community.

In conclusion, I am writing this letter to attest to Roberto's character, his excellent reputation, peacefulness, and his dedication to living a law-abiding life; and I believe that he is a person of the highest integrity.

Sincerely,

Robert A Cooney Jr

Jeffery Scott Miller
520 Logans Way Drive
Prosper, TX 75078

April 4, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta

RE: Character Reference for Robert Minuta

Dear Honorable Judge Mehta,

I appreciate the opportunity to write this character reference letter on behalf of
Robert Minuta as well as extremely grateful for your time and attention.

First, let me introduce myself and provide a little background. I have been
married to my wife, Wendy, for over 22 years and we have an amazing set of
twins, Colbi and Micah, who are 9 years old. I spent over 24 years in the United
States Marine Corps and retired in January 2014 as a Sergeant Major of Marines.
During my career, I traveled all over the world which included five combat tours
in Iraq and Afghanistan, drug interdiction deployments in Peru and Panama, and
joint nations training campaigns in Norway and the United States of America. I
also served for over two years in the Cheyenne Mountain Complex in Colorado
Springs, CO, which is also known today as NORAD. During my active duty
service in the Marine Corps, I held a Top Secret clearance for over twenty years,
led Regimental sized units (over 3500 Marines and Sailors,) and received
numerous awards and citations.

Being a Marine, I have always been very guarded towards my family and the
people I let into my inner circle of trust, especially in today's times and the things
happening not only in the United States but the around world in general. With that
being said, I trust Rob with not only my friendship, but much more importantly,
with the overall well being of my family and friends in any situation. He has not
only shown my family respect, and friendship, but a willingness to help anyone
when they are in need within our community in Prosper, Texas.

Our wives, Wendy and Gissela, met while our kids attended the same elementary
school and have known each other for nearly three years, while I have personally
known Rob for over two years. Our daughters, Colbi and Lucia, also cheer at the
same gym in Frisco, TX. Even better, our sons, Micah and Antonio, have played
baseball together for the last two seasons.

Rob and I first officially met when our sons began playing baseball on the same
8U team in the Prosper baseball league. He and I were both assistant coaches that

year and we formed a quick and lasting friendship from the beginning. We spent two to five nights a week together coaching our team during practices, games, and tournaments. All the players and their families loved having Rob as an assistant coach because he taught the boys respect, values, teamwork, discipline, and how to have fun during competition.

Our families have attended birthday parties, pool parties, family outings, school functions, and athletic events together over the years while becoming great friends. During all those activities and functions, Rob has always conducted himself as a loving father, husband, friend, and mentor to not only myself, but to everyone who interacted with him. Further, he has a tremendous reputation among the other parents who coach their children in the youth recreational leagues throughout Prosper.

As a Father, Rob's desire to support, respect, and love his family is unparalleled and one can see that during any type of interaction with them as a family unit. Rob and Gissela's children, Antonio and Lucia, are very respectful, polite, fun loving, outgoing, and are raised as children of God with down to earth American Christian values. During our one-on-one times, I can personally attest to his attentiveness to his family and his drive to help provide his children a better life. I have never witnessed Rob doing anything unethical and have always known him to be a law abiding citizen of the United States. We are proud to call the entire Minuta family our friends. It is my hope that you will see that Rob is a valuable asset to not only his family but the community as well.

Sincerely,

Jeffery Scott Miller

Roberto Minuta
276 Hudson st.,
Cornwall-on-Hudson, NY, 12520

May 5, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta

RE: Character Reference for Roberto Minuta

Dear Honorable Judge Amit P. Mehta,

My name is Roberto Minuta. I am the father of Roberto Minuta. I will try to be as sincere as possible and encapsulate his character in a few paragraphs.

As a very young boy we taught Roberto to be respectful of other peoples feelings and personal possessions. He has always  had an incredible amount of patience with people and is very giving and kind.

We discovered at a young age that Roberto had an incredible artistic talent.  We encouraged this in him through art classes where he excelled on canvas and paper.

Roberto expressed he would like to be signed up for football as an adolescent. He learned and grew as a team favorite. He set examples of what it meant to be a team player, work hard and be focused. Roberto's team mates loved and trusted him and he was elected captain of the football team. Roberto also loved baseball, where he eventually became the starting pitcher of his high school team and in his best game struck out 11 batters. He earned the reputation of a trusted, law abiding and well respected person in our community.

Roberto worked by my side at my restaurant business in Middletown, NY, where he showed great potential of being a business owner and entrepreneur himself.

After graduating high school Roberto attended college where he started premed classes.  Shortly after he worked at the Hudson Valley Hospital emergency room where he helped the drs. in life threatening and dire situations. Always respected and loved there  for his kindness and compassion of people.

As Roberto's love for art grew he turned his talents in that direction. Always drawing and creating. A friend told him to try tattooing and it turned into an amazing avenue for Roberto's artist talents.  He opened an upscale tattoo shop and flourished in the community.  Gaining the respect and trust of all who came to his shop, including many, many Fireman and Police officers.  Roberto was a fine business owner and exemplary boss.  He guided and took his staff under his wing.  One such employee was a struggling family man who couldn't make ends meet.  Roberto saw his potential and coaxed and guided him towards success.  Roberto even turned over the deed to a car to this man in his time of need.  This is the man that he is.

As a person Roberto has lived a law abiding life.  He has been an outstanding citizen and an example of what to do and who to be in the community. He has earned, as a coach and mentor,  the trust of parents with their greatest possessions, their children. He is looked up to by the community as a role model for dedication, kindness, fairness & peacefulness .

In closing, I could not be more proud of the person that my son Roberto has become. Through his dedication he has provided a loving and wonderful environment for his wife and children. He strives to bring them comfort, peace and faith everyday.

Your Honor, I thank you for this opportunity to shed some light on the person that Roberto Minuta really is.


Thank you, Roberto Minuta

Patrick D. Cochrane

741 Salt Lake Court

Prosper, TX 75078

May 4th, 2023


Honorable Amit P. Mehta

District Judge, District of Columbia

United States District Court

333 Constitution Avenue N.W.

Washington DC, 20001

To The Honorable Amit P. Mehta:

I am providing a character reference for one of the cases before you involving Mr. Roberto Minuta and the January 6th incident.

First, I would like to provide some background to establish my credibility before writing about the character of Mr. Minuta. I am currently a senior leader in a Fortune 50 CPG company and a leadership chair for a DE&I veteran resource group within the company. I have an MBA in International Business from the University of Texas school system. I served nine years as an active-duty military officer in the United States Army and two and a half years in the Texas Army National Guard.

During my time in the United States Army, much of my time was spent in airborne and special operations units. I was a ground force commander during the surge in Operation Iraqi Freedom from 2006-2008 and later was a staff planner that participated in Operation Neptune Spear in 2011 which was the joint interagency operation that killed Osama Bin Laden. Later in 2017, I again assumed a ground force commander role as part of the Texas Army National Guard, coordinating the rescue of hundreds of civilians trapped along the I-10 corridor during Hurricane Harvey.

I give this context to establish the fact that a portion of my life has been spent in the service of this great nation. I served with Soldiers, Sailors, Marines, and Airmen that were of the highest caliber who answered the nation's call to defend it after the attacks of September 11th, 2001. I am blessed to now live humbly serving my family, the veteran community within my company, and most importantly my Lord and Savior Jesus Christ.

I mention Jesus Christ not to dive into religion, but it was through Christ's intervention and His will that I was blessed to meet the Minuta family. I have known Rob since he moved here to Texas in 2021. We immediately formed a deep connection through our mutual admiration of our constitutional republic and our mutual developing faith in a holy God.

Honorable Amit P. Mehta
May 4th, 2023
Page 2

You see, I was an atheist for over half of my life until depression, PTSD, and combat stress brought me to both a physical and emotional breaking point. The knowledge of the gospel brought me out of some of the darkest nights of my soul. Rob, converting from Catholicism had also previously experienced an immense level of anxiety and stress after his family and his business was targeted by social activist groups in New Jersey. Rob's relationship with Christ has brought him a peace beyond all understanding, even in his current situation involving the January 6th incident.

Rob and I have bonded over countless conversations in bible studies and social situations regarding how our liberties enshrined in the constitution are endowed by our Creator and that's important to our system of government. As a young army officer, I truly didn't understand the awesome responsibility I had to support and defend the constitution of the United States. I realize now after multiple combat deployments and seeing different systems of government throughout the world, just how fragile but essential that founding document is to our country. Rob understands this as well and is passionate to see that those freedoms persist, not only for his children but for countless generations. The constitution is not just any centuries old document but is arguably the greatest document ever written outside of scripture and confers to us a litany of individual liberties and freedoms.

Judge Mehta, you also understand the solemn responsibility to uphold and defend our constitution through case law, jurisprudence, and your appointed position as a district judge. Our courts and our judges serve an important function as a check and balance ever since the Marbury v. Madison case in 1803. As our founders wrote in the Federalist Papers, "You must first enable government to control the governed; and in the next place oblige it to control itself". You provide a necessary restraint when injustice occurs.

I will admit that although Rob had good intentions on January 6th, 2021, he could have gone about those intentions in a better way. In my heart though, I don't believe that Rob committed any acts of treason or insurrection against the United States Government and his conduct was lawful and constitutionally protected. I have personally witnessed through various January 6th court cases, media stories, and other journalistic sources that many different factors occurred on January 6th and many civilians were caught in difficult positions due to inconsistent law enforcement policies and responses that day.

I know Rob and I know his passion and love for our country and government. Rob is cut from the same cloth as the men that I have fought alongside in service to this nation. I stand beside Rob with everything I have and consider his integrity and honor to be of the highest caliber. I respectfully request that you consider showing Roberto Minuta grace in your decisions. Even though you may not see it or believe it, but I consider Rob to be among the finest and most upstanding Americans that I have ever known.

Honorable Amit P. Mehta
May 4th, 2023
Page 3

I can guarantee that Roberto Minuta will always respect the law, adhering to peaceful means and established norms to effect positive change.  When I see Robert Minuta, I think back to what Abraham Lincoln said when he was asked if God was on his side.

**"My concern is not whether God is on our side; my greatest concern is to be on God's side, for God is always right." — Abraham Lincoln**

I have seen firsthand Rob's love for God and to his fellow man.  Rob deeply desires to increase his faithfulness and to concern himself with the works of the Lord like Abraham Lincoln.  I know that Rob will endure and find peace through any potential adversity he suffers.  I know he is prepared to suffer but Lord willing, you find something that I have said that offers insight into the man that Roberto Minuta is and will continue to be.  I never envy a leader who must make a hard decision because all decisions have different premises and consequences, and you are faced with an impossibly difficult situation.  The burden of leadership is heavy, especially when one decision can have life altering impacts for a person.  I pray that you receive all wisdom and discernment that is required to make this decision.

God Bless,

*Pat Cochrane*

Patrick D. Cochrane

Toni Marie Minuta
276 Hudson st
Cornwall-on-Hudson, NY, 12520

May 4, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta

RE: Character Reference for Roberto Minuta

Dear Honorable Judge Amit P. Mehta,

   My Name is Toni Marie Minuta,  I am the mother of Roberto Minuta. When I refer to Roberto or talk about him, I can't help but smile.  He has always been and still is one of the sweetest, kind and gentle souled people that I know.

   As a child Roberto always played well with others, never was aggressive or showed anger.  He was patient and was quick to give a helping hand when needed.  As the oldest of three children, Roberto was and is a wonderful and generous big brother.  He is always respectful, encouraging and a role model to his siblings. The loving and close relationship with his younger sister and brother are a direct result of that.

   As Roberto grew into a fine and well mannered young man he was very respected by his peers.  When chosen to be the captain of his high school football team as well as the pitcher of his high school baseball team, Roberto continued to encourage peaceful and honorable behavior among his teammates and earn himself a great reputation within our community.

   Roberto has impacted my life in many wonderful ways. He has always been a peaceful, law abiding citizen and makes me feel loved and well cared for. I love how he calls his grandmother often to check in on her.  He puts others first and gives back to his community in many ways. Roberto warms my heart when I see him hug his wife and give her a gentle smile, or be silly with my granddaughter and twirl her around while dancing together or when he is playing catch with my grandson and patiently teaching him how to throw the ball. I am so proud of the person, husband and father that Roberto is.   I am honored to call him my son.

Sincerely,  Toni Marie Minuta — *Toni Marie Minuta*

| From: | David J. Fusillo |
|---|---|
| To: | Honorable Amit P. Mehta |
| Date: | May 4th, 2023 |
| Subject | Character Reference |

Good day,

I am writing this letter of character reference on behalf of Robert Minuta.
I have known Robert for 20+ years; we went to high school together and my aunt and uncle were good friends with Robert's grandparents.
As long as I have known Robert he has been an upstanding, hard-working and family orientated person. Therefore, it is without hesitation that I attest to his good character, and I thank you for your time

Thank You,

*David Fusillo*
David Fusillo

To whom it may concern,

    I have known Robert Minuta and his family for 9 months. Lucia, their daughter, is in my first grade class. I have not had the opportunity to spend much time with Robert, but I have gotten to know his family well. A family who raises a daughter with respect and kindness in her heart has my respect. Lucia is the kid who loves her peers, she supports them when they struggle, she forgives them when they make mistakes, and she is a consistent joyful presence in our classroom. These characteristics don't just happen. Lucia has been blessed with a beautiful family who teaches strong morals and values. Our community thrives best when strong families like the Minutas are a part of it.

                        Sincerely,

                        Brittany O'Leary

May 4, 2023

To:  Honorable Amit P. Mehta

Dear Sir:

I am a very close friend of Roberto Minuta's aunt for over 28 years and I have known Mr. Minuta since he was a child.  I had the pleasure of watching him grow into a loving adult.  In the fall of 2010 I hired Mr. Minuta to complete various jobs in my home including painting almost every room in my home and adding crown molding. Mr. Minuta's work was impeccable.  He was prompt and professional.  Due to the fact that I was a single working mother, I gladly gave Mr. Minuta a garage door opener to my home so he could complete work without me being present.  I completely trusted him with my home and belongings.  In addition, their were several instances where I called upon Mr. Minuta to either pick up my children from school or drive them to their extra curricular activities because I was still at work.  I trusted Mr. Minuta not only with my home but with my children and their care. Mr. Minuta's helpful and honest nature was welcoming to me and my children.  We all enjoyed his company and often had him remain in our home to share a meal with us as we accepted him as part of the family.

Years after completing the work at my home, Mr. Minuta opened a tattoo shop. Numerous close friends chose Mr. Minuta as a tattoo artist. Not only were they thrilled with the quality of his work as I was, they were so impressed with his caring and professional demeanor that they were faithful returning customers.

Mr. Minuta is a loyal and warmhearted individual that I would eagerly like to have at home again.

Sincerely,
Christine Leporati
Newburgh, New York

Hello Honorable Amit P. Mehta,

    My name is Carlos Berrios, I am 25 years old and live in Newburgh, NY.  I met Roberto Minuta in October of 2020. That was the time I had decided to pursue my art career and search for an apprenticeship for tattooing.  So naturally I chose to learn from the best around and I walked straight to his shop (I was saving up for a car).  Rob had made it clear that day I first stepped in that he would most likely be too busy and wouldn't have time to really teach me much, but! He took a chance with me and asked me to bring in my portfolio.  Rob didn't have to take me in as his apprentice that day, but he gave me an opportunity that I say completely changed my life.  Rob's been nothing but good to me ever since I met him.  He trusted me enough to give me keys to the shop eventually and that to me meant so much to have somebody see the value I put into the work I do and acknowledge me as trustworthy.  At the time, I was also working a full-time job as manager in retail so that helped prove myself.  I've never witnessed any ill intent from Rob towards anybody.  He was always kind to his clients. He'd work all day long through back pains and headaches but would never complain and then head straight home after to then do the same the next day.  Pretty much no days off and I would tell him every now and then that's the way I would like to work as well.  I somewhat understand the position he has put himself, to go to the capital and although I may not know every single detail, I wish he hadn't gone through with that action, but I'm sure he didn't show up with malicious intent.  Rob has a loving wife that has also shown trust in me with the business, and two young kids whom I know for sure don't need to grow up without a father figure.  During workdays, Rob would always receive calls from his family, and he'd always ask to speak to the kids, and you could hear the excitement radiating from them wanting to speak to their dad.  I may not have known Rob for an extreme amount of time but for the past three years I could tell he's a hard-working guy as well as a family man and would do anything for them.  I really hope this letter makes a difference, Your Honor. I had seen him worry and repent over the mistake he had made and to me it seemed like punishment enough.  Thank you for taking the time to read this.

May 4th, 2023

To: Honorable,
Amit P Mehta

I'm writing a reference letter for my friend Robert Minuta. (Rob)

I met Rob over 11 years ago.   I was at a fundraiser for a children's charity.  I saw that there was a tattoo gift certificate donated by Rob for the charity.  I put all my tickets in that basket and won.

When I won the gift certificate.  I knew that he did a lot of tattoos for the local police department and the military.  So I knew his reputation proceeded him as a law abiding  citizen and I felt comfortable getting a tattoo from Rob.  In addition to knowing Rob as a tattoo artist my wife used to get her hair done from his mother and sister for years.

You get to know someone when you sit face to face with them for five or six hours.  One of the things that really impress me about Rob was how much he donated or how many tattoos he donated which equates to how many hours he donated to various charities.  Rob showed me  how being generous is good for the soul.

Sincerely
Michael DeRosa
2nd grade NYPD detective / USMS. Ret.

To: Honorable Amit P. Mehta
From: Tiffany Baker
Re: Roberto Minuta

Your Honor,

I am submitting this letter as reference for Roberto Minuta from the perspective of character in the community, his family and as a business owner. I met Roberto seventeen years ago, as his aunt is my neighbor and his character from that day has never wavered. He was at the time, and until recently, a serial entrepreneur with a dedication to seeing his hard work pave the way for others, as well as give back to his community. His commitment to solid family values was evident the moment I met him at many gatherings, and never faltered from what was best and right for his wife and children. I trusted Roberto in my home as well when I was seeking contractor quotes. Roberto never displayed violence, let alone anger, he was always softspoken and tended to be the mediator if there was a disagreement. He was never known to disobey the law and he always displayed a great amount of respect for both my husband, a corrections officer, as well as myself, a Marine Veteran. I still believe that to be the character of Roberto.

**Tiffany L. Baker**
**M.B.A., U.S. Marine Veteran**

Prosper Battle Youth Football
Brandon Owens
930 Fox Ridge Trail
Prosper, TX 75078

May 4, 2023

United States District Court
District of Columbia
Honorable Judge Amit P. Mehta

RE: Character Reference for Robert Minuta

Dear Honorable Judge Mehta,

A request was made of me to write letter of character reference by Mr. Minuta for himself.
I'm the kind of guy where you better be careful what you ask for as I tend to be highly direct
and highly frank. I will treat this as a personal request of myself by you regarding Mr. Minuta.
Everything written within this letter would be the same as if we were having coffee, on a phone
call, or if I was sworn in and on the stand before you. I coach youth football and our culture is
built upon accountability, honesty, integrity, and good, old fashioned hard work. That is how I
was raised and how I coach these young men. Our formal season runs late July - early
November but I hold voluntary off-season development for the young men year round 2-5x
weekly. I get to know these young men and their families very well. I have a beautiful wife, a 20
year old daughter that is a student-athlete (track) at the University of Arkansas, and two sons, 9
and 3.

I met Robert, his wife Gissela, son Antonio, and daughter Lucia in July of 2021.
I'm the Head Coach of our youth football program and I have 4 assistant coaches that help me
in my quest to help develop young men of character. I select these coaches carefully so I know
that my athletes are surrounded and led by men of high character and integrity. Robert became
part of my coaching staff in July of 2021. We have had a close personal relationship since
based on the nature of our social relationship in coaching youth football. I see Robert and his
entire family 2-5 per week and for multiple hours on each encounter. I have had plenty of time
and opportunity to see any character flaws regarding Robert in the world of coaching and I
simply haven't seen any negative characteristics. Conversely, he has always demonstrated
leadership, patience, consistency, accountability, trust, and integrity. Believe me when I tell
you, coaching 20 2nd, 3rd, or 4th graders will bring any flaws in these regards to the table
really quick.

Robert and Gissela are fine, upstanding citizens in our community. They're present at ALL of
their children's sporting and cheer endeavors. They're leaders in parent-school type activities,
and active members of a nice local church. Robert is a "poster child" leader and parent. We live
in a northern suburb of Dallas, the Town of Prosper. Prosper has a 2023 population of 41,752,
believe me when I tell you everyone sees and knows about everyone else's "hickey's,
skeletons, and dirty laundry." Robert has a reputation in the community as a peaceful, patient
and upstanding husband, father and citizen. I would be highly skeptical of anyone who said
otherwise.

Robert and Gissela's children Antonio and Lucia have been raised very well. They are both very respectful, courteous, polite, loving, and nurturing. That comes from one place…Robert and Gissela.

It really all comes down to the million dollar question…would I trust my children with Robert? I do. I have. I will continue to do so. Further, I trust him whole heartedly with the lives of twenty 9 year old young men whom are put into my trust. It takes a village, Robert is a highly valuable part of this village.

Very respectfully,

Brandon M. Owens

To Whom It May Concern:

**Re: Character Reference – Rob Minuta**

The purpose of this is to provide a character reference for Mr. Rob Minuta whom I have known as a friend for a period of 10 years.

I first met Rob through his business in Newburgh NY.. I became acquainted through a number of common greetings with Rob and during the next few years we have become friends.

Accordingly, having gotten to know Rob over the past few years, I believe this puts me in a position to provide you with a pretty accurate assessment of his character from my perspective.

In general, Rob is a hard-working and highly committed to his family. I believe that his excellent values and dedication to family will attest to that fact. In addition, he was quite involved in a number of extra-curricular activities including church; He is always willing to help someone out. Rob is very popular within his fellow community.

As a person, Rob has always demonstrated to me being a law abiding citizen and a dedicated hardworking Father.

As a friend, Rob is a stand up person. He is a loyal, honest, considerate, and supportive individual who has the ability to see and understand things from another person's perspective. He is a great Father and knows how to raise and discuss common living issues and problems in functional manner. He enjoys family time as well.

To tell the truth, I really can't think of anything of consequence on the negative side of the personality of Rob Minuta. All in all, I would have to say that Rob Minuta is a fine, well-balanced person with an abundance of positive qualities.

Sincerely,

Peter Kurpeawski
402 HUDSON STREET
Cornwall, NY, 12518

March 9, 2021

To whom it may concern,

This letter serves as a character witness to the Roberto Minuta that I knew from 2018-2020.

Rob was the head coach of my children's t-ball team for two years, volunteering his time, and helping with the kids of our small town community. Rob was patient, helpful and kind. Rob enjoyed helping not only the community he lived in, but also the community where he worked. Rob was very passionate about helping Newburgh, he was always participating in their local events, volunteering and giving back to the community.

I witnessed this many times first hand, but one event that really stands out in my mind was after his children's birthday party. After his kids birthday party, when he realized that his wife had ordered approximately 20 pizzas too many, he immediately packed them up, and drove to the city of Newburgh handing them out to anyone that may have needed it. Most other people wouldn't have taken the time and effort to do so, but the Minuta's were always about giving back to those who needed it. They always participated in Operation Christmas, by sending necessities to children in need, and would use their social media to encourage others to help them do the same.

The media portrayal of Roberto Minuta is very different from the Roberto Minuta that I personally knew. I hope that my letter can help you to understand that Rob is not what the media is portraying him to be, and see the husband, father, and contributor to the community that I had the opportunity to know.


Kayla Pillitteri, RN
Wallkill NY