**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

<table>
<tr><td>

**UNITED STATES OF AMERICA**

**v.**

**EDWARD VALLEJO,**

                *Defendant***.**

</td><td>

**No. 22-cr-15 (APM)**

</td></tr>
</table>

**ORDER**

      Upon consideration of Defendant Vallejo's motion for leave to file his Memorandum in Aid of Sentencing one day out of time, the motion is hereby GRANTED, and the clerk is directed to docket the Sentencing Memorandum and Supporting Exhibits.

_____
Date

_____
Hon. Amit P. Mehta
United States District Judge

1