To The Honorable Amit P. Mehta,

My name is Brett Bennett. I am a construction contractor in the state of Florida. I am currently working as a construction manager for Shamrock building systems of Atlanta GA. I have known Dr. Joe Hackett since he moved to Sarasota and bought his practice from Dr. Bob Hilton. Which has been 25 plus years that we have known each other. Joe and I hit it off from the start, because we have a lot of the same interests. Outdoor activities such as biking, Fishing and more. I started off as a patient of Joe's but through his diligence in working to try to rehabilitate my back, that I had injured over the years in construction accidents, we became friends. His hard work and persistence have made it so I can move around with my mobility being quite good now. I used to do framing and was a professional trim Carpenter. Thanks to his help I stayed mobile enough I could do all types of construction. I proceeded to get my state certification. As a state certified contractor, I was able to pursue working in the custom home industry. Through the time we became very good friends. We biked together, we did mountain biking, road biking, some climbing and eventually took biking trips up to the mountains. From this point on my family and I connected very well with Joe. He proceeded to work with my wife Felicia who also injured her back. My children grew up with Joe and consider him to be one of their very good friends. My children also used to go biking and climbing with Joe and I.  We have even taken hikes on the Appalachian Trail together and had many wonderful times with Joe. He has been close to our family and babysit my kids from the ages of around 10 and 5. When our youngest was a baby, he was constantly in a state of colic. Joe figured out that he could eliminate some of his discomfort through spinal manipulation. My son Cameron proceeded to get better. As he grew, he also had allergies and Joe continued to work on my little boy to help. Joe used to do minute adjustments on his small body to help his allergies. I often think of Joe as being part of our family as we would invite him to birthday parties and events with my children. When they were little, he played with them, hung out with them, made Rap rhymes with them. They have many great memories with Joe. From the time that Joe said that he was going to marry Deena, we considered her to be part of our family too. We actually went and bought them their first wedding cake. We came over to their house as a family and celebrated their marriage with them. My kids were with Joe and Deena to celebrate their marriage and we could not wait for them to have their own child, Isabella. My kids have been as close to Joe and Denna as family. We have had many birthday parties, dinners, movie nights, cookouts, etc. I consider Joe to be like a brother to me. I don't know what it's like to have a brother, but if I was to have one, Joe would be a great one. I have a personal heartfelt experience with Joe as he in recent years proceeded to save my wife's LIFE. Yes, that's right her LIFE!!! On one of our visits over to Joe and Deena's house shortly after the COVID lockdown ended. Felicia and I were visiting one weekend for dinner. We had gotten to their house and while we were there Felicia suffered a massive Cardiac Arrest. She proceeded to freeze up on Joe and Deena's couch. Joe was able to diagnose her. He was checking for vital signs and said to me she's having a heart attack. So, he said we need to get her on the floor. We laid her down and Joe quickly called 911. I could not think and didn't know what to do, except for scream at my wife to look at me and try to wake her up. Like I said, Joe dialed 911 got the ambulance enroute. From there he started doing chest compressions and keeping her alive for 15 minutes until the EMT's got there and setup.

A-1

At that particular time, the EMT's hooked up the heart monitor to my wife and she was flatlined. She had no heartbeat. She had no breath, she had no life. She was literally DEAD, from there the EMT's proceeded to give her the electric shock treatment which started a rhythm. The rhythm was not strong enough so they shocked her again. Joe was constantly looking on as they performed all kinds of life support to get her stable enough to transport her. While keeping me informed and trying to keep me calm as to what was happening to my wife. From the second electrical shock therapy, my wife's heart went into a rhythm. From there Joe and his wife Deena proceeded to try to keep me calm, while they actually drove me to the hospital where she was being delivered. This was, as I said, during the time of COVID so it was very, very stressful as we were not able to actually get in to talk with anybody due to the restrictions on seeing loved one's and their families not being able to be with them. I consider Joe to have saved her life that day. Without him my wife would have died that day, because I had no idea what needed to be done in order to save her life.

I am very heartsick and emotional over what he's going through at this time in this life. I feel for him. I care for him and I want to see him back to the Joe that I have always known. I think in life that no one and I mean no one is perfect. There was only one perfect person that ever touched this earth. People make mistakes. People learn from mistakes, that's the nature of the human beings. Joe is a kind considerate individual who I know wouldn't hurt anybody on purpose. I have trusted him with my children's life on several occasions biking and camping in the mountains, staying out for days in the wilderness. I have been friends with him for 25 plus years we have spent hours and hours and hours together. I feel that Joe is a very loving, trusting individual and I would trust him with anything that I have that he would need. I know Joe has helped many people in this community in the areas that he's been involved in. I feel very sad for the condition that he is in at this particular moment, being incapacitated in his home. Not being able to provide for his family is probably one of the toughest things that Joe is going through at this particular time. I know Joe has always worked hard to help others to have a better life through his field of chiropractic care. That's what Joe is, a person that cares for others. He is not someone who would harm people. Joe is willing to commit time to help other people. There are few like Joe that will help others even if it means sacrificing his own time. In my opinion, there is no more noble way to help others than giving of your time. After all we all have a very limited time on this earth. Life is short. Please do not take any more time from him.

Sincerely,

Brett Bennett

A-1

March 16, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Your Honor,

My name is Felicia Bennett. My career was as a Banking Center Manager/Lender and then Realtor. I retired after being diagnosed with Breast Cancer, and then Congestive Heart Failure, as a side effect of the Chemotherapy, in 2016. I am a personal friend of Dr. Joseph Hackett.

I met Dr. Joe Hackett in 1998/99. He purchased the practice of my existing Chiropractor. I began seeing Joe as my Chiropractor for chronic back issues. I remember one day my youngest son, who was born June 15th of 1998, was between 9 - 10 months old. I had just had him to the pediatrician for an ear infection. Dr. Joe told me that many babies have spinal subluxations resulting from the trauma of the birth process. He adjusted Cameron for the first time that day. I remember him laying my tiny baby gently across his shoulder and lightly touching him along his spine with two fingers. He also started adjusting Cameron's 5 year old brother Corey at around the same time. So with all of the Bennett's including my husband Brett under his care, Dr. Joe became a friend/a brother/an uncle.

Brett, my husband, became friendly with Dr. Joe. Joe invited him to go mountain biking. Brett loved it and they began riding together on weekends. When Cameron was around 5, and Corey about 10, Dr. Joe "babysat" for the first time. They ripped the lampshade on a brand new lamp playing football in my living room. The boys loved Dr. Joe and he gradually became a bigger part of our lives and our family. Visiting for dinner, double dates, etc.

When Brett lost his job a while later, Dr. Joe started treating the Bennett's at no charge, and Brett, a skilled carpenter and General Contractor began helping Joe with various projects and eventually; after he became a homeowner, home repairs, teaching and helping him to replace his roof, build a fence, lay wood flooring, etc.

Then Joe married Deena. We all loved Deena, and then their daughter Isabella, with his new family our relationship evolved to family vacations, camping trips,

A-2

me being the babysitter while Joe and Brett went biking, weekend cookouts and so forth.

During one of our weekend get togethers, shortly after Florida opened up after the COVID lockdown, Brett and I were visiting Joe and Deena's home for dinner. On the way over Brett and I had argued. This was 6/6/2020. At that time COVID, the political unrest due to the upcoming election, Black Lives Matter rioting, all were at the height of the media's attention and everyones' minds. It was all Brett wanted to talk about at the time. And it was all causing me tremendous anxiety. Another side effect of my 3 year Cancer journey from which I was still recovering mentally and emotionally. During our argument I had told him I didn't want to hear anything more about any of it during our visit. I had become very angry with him and felt my heart rate elevate. We arrived at Joe and Deena's home moments later and were sitting on the living room couch when I went into Cardiac Arrest. My heart stopped. I died! Right there on my dear friends' couch. Joe immediately began CPR on me and continued it while the EMT's were called then eventually arrived to take me to the hospital. Joe Hackett saved my life. Brett had no CPR training, Deena was in the shower. If Joe had not acted quickly my heart would have been stopped for 11 minutes while the EMT's were in transit.

Joe Hackett saved my life that day…that is the kind of man he is. He is a person who cares deeply. He is a healer. A doctor. Deena and Joe, before his arrest, shared an office. His chiropractic practice and her practice as a Doctor of Oriental Medicine. To help them out after losing their office manager, I covered the position for over a year. I have seen Joe treat people for free who couldn't afford to pay him. (He did that for us for years.) I've seen him reduce his rate for people. And, throw-in add-on treatments for people who could easily afford to pay because they have been patients for a long time or because he just liked them. He is not a doctor for the benefit to him. He cares. He cares about people. He wouldn't harm anyone intentionally. He cares passionately about the people he cares about. He loves his family, his wife and daughter. He cares about their safety. He never cared about the government or elections. Never even voted before 2020. He's a homebody. In his off hours he likes to be at home with his family and socialize with a small circle of friends. Or be in the middle of the woods camping, hiking in the mountains, mountain biking, kayaking or fly fishing.

Joe has had his issues through the years. He has addiction disorders. He has dealt with alcoholism for years. He has been recovered for a number of years. I have seen him over the years deal with issues it has created with commitment and determination. I have never seen him with more regret or self disappointment then over this situation, the grief and trauma his involvement has caused himself and his family. I have seen him mad, very mad. But not violent. He fired a patient

A-2

one time for being mean to a staff member. He does continue to have that addictive personality. He goes rock climbing once then goes out the next day and buys all the best gear. That kind of thing.

In the days before the Capital incident, he talked about the fact that he had joined a group that was teaching him to protect himself. A group of retired soldiers and police officers. He spoke of them with respect and appreciation. He said he was learning about guns and how to use them, just in case he needed to protect his family. That he was learning to shoot so that he could get his carry permit. He even mentioned that this group might be called on to go to some of the BLM riots, etc…things that were happening at the time, as support for the police just in case they were needed. You could tell he was becoming more and more concerned with, and focused on, the state of the country and the government as time went on; however, his concerns were always the protection of his family, his friends, his community and his country. As all passionate Americans were at that time. The difference was he was trying to actively do something about it by learning to protect them.

I know Joe Hackett probably better than I know my own brother. I know he did not go to Washington DC for the purpose of intentionally harming anyone or anything; including our Country's Capital Building, our Government or our Government Officials. I ask on his behalf for your leniency in sentencing. I pray to God on his behalf for his release with time served and for this nightmare to be over for him and his family so he can get back to serving our community as a Doctor.

Your Honor, I thank you for your time and your consideration.

Sincerely,

*[signature: Felicia Bennett]*

Felicia A. Bennett

A-2

Angie Halim <angiehalim@gmail.com>

---

## Letter of Character for Joe Hackett

1 me age

---

**Victoria Berden** <​█████████████​>　　　　　　　　　　　　　　　　Sat, Feb 18, 2023 at 12:10 AM
To: angiehalim@gmail.com

Hello,

My name is Victoria Berden. I'm a FT Mom who homeschools her 2 boys. Joe and I became friends through his wonderful wife, Deena. I had a job as the receptionist at her chiropractic/acupuncture office over 12 years ago. I knew instantly we'd be friend  for a very long time  Deena invited me and my family over her home and that'  when we met Joe  My fir t impression of him was that he was kind, funny, and wanted everyone around him to be happy. He was and still is a people pleaser. Joe always made you feel like you've known him for years even if it was the first time talking to him (and I like that because I too have that type of personality.) Mine and Joe's families have made many memories together while camping, fi hing,  inging karaoke, hiking, and more  Joe and Deena bought a karaoke machine and he wa  a bla t to watch belt it out (even if it was off tone lol). It's something he really enjoys. I have never seen so many downloaded songs and he knew the words to all of them! We would sing for hours all together.

A memory that really  tick  out to me that  how  Joe'  kindne   wa  a time I went to hang out at their home with my oldest son. He and their daughter became little buddies since they were so close in age. They played so great together. Some of the neighborhood kids said something to my son that upset him. He was crying a little and Joe stepped right in and let him know that it was ok to be upset and a little sensitive because growing up, he was a sensitive child. It made my  on (9 at the time) feel  o much better and in tantly calmed him down in a moment where not much I could have  aid would have helped. He really looked up to Joe and took everything he said to heart. I really appreciated that moment where a grown man showed kindness and vulnerability to a child to help them overcome a difficult moment.

Joe ha  alway  been  o incredibly kind to me and my family  My Dad ha  been a UPS driver for almo t 35 year  and ha  suffered from very painful knees. Joe started treating him without any expectations of payment. All he cared about was helping my Dad and eliminating his pain. He cares so much about other people and truly wants nothing more than to see them get better.

When I really needed a job but was struggling because of having 2 young kids and not wanting to be away from them for too long, they worked out a special schedule for me so that I could work for them but still go pick up my boys from the sitter at a reasonable time. Only good people do that.

If you know Joe, you also know he loves his country and our veterans as well. I'm a huge supporter of veterans and all active military personnel. Nothing better than being proud of your country and those who fought/fight for it. He always made that super clear from speaking to him.

The stories I've shared are just a teeny tiny peek into what type of positive person Joe is. He's an amazing friend and all around great human being. The world truly does need more people like him.

Thank you,

Victoria Berden

A-3

March 11, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

To The Honorable Amit P. Mehta,

My name is Jordan Cicora and I have been a resident of Sarasota County, Florida for the last twenty-three years. I am a thankful wife and a blessed mom of a wonderful teenage daughter. In addition, my husband and I own and operate a contracting business in Southwest Florida.

Over the last ten years I have known the Hackett family on both a personal and professional level. My daughter attended elementary school with Joe's daughter and the girls became great friends right away. They have shared birthday parties, Easter egg hunts, Christmas train rides, and even trips to Disney World together. They remain close friends today talking regularly, playing video games, walking at the park, attending fun horse related events and local activities in the community.

Joseph Hackett is a loving and attentive father, husband, and friend. He is selfless and kind, frequently showing compassion to those in physical pain even at times putting other's needs before his own. I believe this empathy is what compelled him to become a Doctor of Chiropractic. Together with his wife Deena, the Hackett's have served our community through their practice since 1998. With the desire to help those who may not otherwise be able to afford the care they needed, Joe and Deena started a community clinic that provides chiropractic care and acupuncture at a reduced rate. When I was diagnosed with Lyme disease many years ago, Joe helped me strengthen my immune system sharing nutritional guidance and various cleansing protocols. His vital advice helped my body recover, gain strength, and become symptom free.

He listens with care when people speak to him; it's a quality he exhibits effortlessly. He is a man of conviction and faith and seeks God daily for wisdom, guidance, and discernment. Joe lives by integrity and honesty, even when it's hard. He has encouraged many people through his practice and in his personal life and has been generous to our community with his time and talents. He has a zeal for life and works through adversity with grace.

Joe has consistently demonstrated sound character and shows mutual respect for the opinions of others. He is always striving to improve himself and motivate others to do likewise while remaining humble, sincere, and ready to examine his shortcomings. I have no doubt that he will continue to make a positive impact on society and I look forward to it.

Respectfully,

*Jordan A. C...*

Jordan A. Cicora

Sarasota, FL

A-4

# Nancy A. and Dennis A. Corona

March 19, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE: Joe Hackett

My name is Dennis Corona. I am a retired dentist who practiced in and managed dental practices in Florida and Michigan for over 40 years. I have been married to Nancy Corona for almost 35 years. We have two children, Vincent and Bianca, who are grown and have professions of their own which they now practice. They reside in Florida as do my wife and I.

I've gotten to know Joe Hackett over the past 20 years as I have been treated by he and his wife in a professional setting. During the course of treatment, Joe and I have discussed many issues. Health related issues, sports and, of course, politics are amongst the topics we've covered, at times we've agreed, at times we've disagreed. Enough discussions with the same person can give you insight into that person. Over the course of my working years, I have interacted with literally thousands of new and different people/patients, and one develops insight into who people really are. I have found Joe Hackett to be professionally competent, intelligent, and passionate about the things he believes in. I have also found him to be honest, forthright, and patriotic.

In writing this letter, I am asking for what leniency can be given to Joe. This is a person who, in my opinion, is willing to stand up for what he believes is right, but also is willing to pay for any misdeeds he has been justly found to have committed.

Your Honor, I trust that you will do what you believe is just, yet will take into consideration what actual price needs to be paid for what crime actually may have occurred.

Thank you for the opportunity to render my thoughts concerning this highly controversial issue.

Respectfully,

*[signature]*

Dennis A. Corona, DDS

, Sarasota, FL
(Dennis' cell)
(Nancy's cell)
e-mail:

A-5