# Nancy A. and Dennis A. Corona

March 19, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE: Joe Hackett

My name is Nancy Corona. I grew up in Detroit, Michigan, but moved to Sarasota, Florida, almost 30 years ago. I am a wife, was a stay at home mother of 2, only to have gone back to work part-time as a bookkeeper for the past 10 years. I enjoy pickleball, hiking, biking and spending time with my family.

I met Deena Hackett, Joe Hackett's wife, probably close to 20 years ago as my Acupuncturist. When Deanna and Joe shared office space, I was also treated by Joe. I not only felt Joe was clinically great, but I also enjoyed our conversations while being treated. We enjoyed some of the same outdoor activities and talked how our families are very important to us. We also talked about politics and shared many opinions.

I would ask, Your Honor, to consider the various positives Joe exhibits at your decision upon sentencing.

Respectfully,

*[signature]*

Nancy A. Corona

, Sarasota, FL
(Dennis' cell)
(Nancy's cell)
e-mail:

A-6

A-7

The Honorable Amit P. Mehta

United States District Judge District of Columbia

333 Constitution Avenue

N.W.Washington, D.C. 20001

Dear Judge Mehta,             3/31/2023

My name is Tim Cossey. I own a mortgage company in Sarasota, Florida. I am writing you a letter to give you an overview of my friendship with Joseph Hackett. Joe and I met through a mutual friend in approximately 2007.  Joe and I became fast friends. He is a considerate, smart and kind person. Our time spent together was limited, because his priority was God, his family at home and his practice. Soon after we became friends, I started using Joe as my chiropractor. My son was attending Sarasota Military Academy and was playing Lacrosse for the High School team. As this was stressful on his back, I was taking him to Joe for back adjustments on a regular basis. Joe, knowing my financial situation at the time during my son's junior year, offered to take care of my son's adjustments at no charge as a future graduation gift. Joe has always been empathetic to the needs of others and quick to lend a helping hand. Over the years, I have referred many of my friends and acquaintances to Joe for Chiropractic services and they have all indicated what a great person and practitioner he is. Joe has always been a great person to lean on when I needed someone to share my troubles with. He has always displayed himself as a great family man who considered his wife and child a priority when making plans, even just to go have dinner with his friends. You will find that I and a lot of the people who know Joe will describe him as a solid person to look up to and admire for his abilities and logic when asked for advice. Joe has a wonderful wife and daughter who loves him dearly and wants very much to have him at home as does he.  My overall description of Joe is that he is an incredible friend, a loyal husband, dedicated father, and someone you can count on when needed the most. He is a person who always thinks of how he will be a benefit to others and society.

Sincerely,

Tim Cossey

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Good Afternoon, my name is Colleen Davis and I am writing to you about Joe Hackett. I have known Joe for almost 13 years and know him to be a kind and decent man who cares about people. I met Joe thru his wife Deena, she recommended Joe to my husband because he was having shoulder issues. My husband went to see Joe and he started doing a laser treatment on his shoulder and told my husband it should alleviate the pain within a few visits. When it did not work right away he told my husband that he no longer would charge him for the visits but wanted to continue to try the laser treatment. My husband was grateful to be able to continue these laser treatments. Eventually it worked for him. During this time we became very good friends and throughout the years that followed we would go to each others homes to sing karaoke and play cards. We even have vacationed together.

I also have filled in for Joe and Deena's office receptionist from time to time during the winter months. Until recently I wintered in Florida and owned a seasonal business in Maine. I am now retired. Joe always wanted to help heal his patients and relieve their pain, people would text or call him personally and he would always make sure they were seen on the same day they would call.

Joe is a family man who loves his daughter and wife very much. I think of him as a brother. He is a very good man and I would trust him with my life. He is a good man and I feel he can definitely contribute to society. Thank you for your time.

                Sincerely,
                Colleen

A-8

Angie Halim <angiehalim@gmail.com>

**Character Letter for Dr. Joseph Hackett**
1 message

DL D <████████████████>  Tue, Mar 21, 2023 at 2:23 PM
To: angiehalim@gmail.com
Cc: ████████████████████████

Nick and Denise Drizos
████████████
████████████████      ████

The Honorable Amit P. Mehta
United States District Judge District of Columbia
333 Constitution Avenue
N.W. Washington, D.C. 20001


Dear Judge Mehta,

We are writing this character letter in support of Doctor Joseph Hackett. The words that we would use to describe Joe would be caring, kindhearted and gentle. He has shown us all these qualities as our doctor. One instance that stands out is, upon picking up our son from middle school, he asked to see Dr. Joe and of course it was a Friday, and the office was closed. So, we texted Joe and asked if our son could be included on his Monday schedule, and Dr. Joe responded, "meet me at the office in fifteen minutes, I am happy to see him now". That is Dr. Joe. In a nutshell.
We believe that this situation is completely out of character for our beloved kind and gentle doctor, and he is has most definitely paid his debt by being isolated away from the work that he loves and the people in which he has helped so much.

Sincerely,

Nick and Denise Drizos

A-9

Angie Halim <angiehalim@gmail.com>

## Joseph Hackett Character Letter
1 message

**Timothy Duncan** <​​​​​​​​​​​​​​​​​​​​​​​​​>     Thu, Apr 6, 2023 at 2:44 PM
To: angiehalim@gmail.com

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, DC 2001


Your Honor,

My name is Tim Duncan.  Currently I am retired after working 32 years for Sysco Food Services in multiple roles including General Manager of their Plant City International Division.

Around 10-12 years ago, I had the pleasure of meeting Joe Hackett through my wife, Toni.  My wife had met Joe's wife, Deanna, in search of Acupuncture help.  They became friends almost immediately.  Months later, our families had dinner and we became friends.  We played cards, boated and had them to our home so their daughter, Isabella, could swim in our pool.   It was a monthly get together and we greatly enjoyed their company.

Getting to know Joe, I learned about his Chiropractic business and found him accessible, helpful and flexible.  He actually opened his doors a couple of Sundays to treat me before boarding planes for my international travel.  This was above and beyond his role in treating my lower back pain.  As Joe faces sentencing, I find it important for all to know this about him.  Joe was concerned for my health and wanted my travels to be comfortable and pain free.

Joe has gone out of his way to help others as well!

About two years ago, he actually saved the life of a guest in his home.  She had a massive heart attack in his living room.  Joe used his medical training to perform CPR on her and restored her pulse 2 times.  EMT stated at the hospital that Joe had saved her life!  He is a good man.

Since Joe's arrest, I am confident he has come to the conclusion that associating with unknowns could create problems.  I am confident that Joe was led to believe he was only with Oath Keepers in order to help individuals owning their own business to protect their properties and businesses from being robbed, looted, burned or broken into.  In no way did he ever think that his trip to Washington DC was for anything else.  The charges against him for this trip to DC are so unlike his character.

He has no military background and I never can to this day see how his involvement went from supporting others to attacking others.  Again, this change does not fit his character at all.

Joe is a guy that has stood up against Human Trafficking.  Both he and his wife have been a part of fighting Human Trafficking in the Sarasota area for over 5 years now.  They even got our family involved in the fight.  This too is an example of the good Joe has in his heart for others.

He is an outdoorsman that rides mountain bikes and loves sleeping beside a stream to enjoy nature at its best.  This is evidenced by his multiple trips to Nanahalla, Georgia and Denver, CO. to relax with nature, as he called it.  Joe is a gentle spirit.

A-10

After almost 2 years of home confinement, there is no doubt in my mind that Joe was and will be again a benefit to society. He has spent endless hours reading books and studying those books to continue to grow as a Christian as well as a good person. Joe would give you the shirt off his back if you needed it.

Your Honor, thank you for taking the time to try and get to know Joe through his friends and acquaintances.

Sincerely,

Tim Duncan



A-10