The Honorable Amit P. Metha
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Metha,

Please allow me to introduce myself and my relationship with Joe Hackett , who is awaiting sentencing before you.

My wife and I have been spending a month or two in Florida with our daughter and her family for many years. Our daughter is friends with Joe's wife, Deena, and also has received treatments by her. I have accompanied my daughter-and her daughter- several times on visits to Joe for chiropractic adjustments.

Over the years-15 or so- I have been treated by Joe many times and have gotten to know him as a friend. In my 60+ years of chiropractic treatments-both before and after back surgery in 1992- I have seen many different chiropractors. Joe is/was one of the best-he has wonderful hands and can feel every misalignment. He is very thorough and will  not stop until everything is in proper alignment.

As I have gotten to know him better I realize this is how he feels about everything in life. If there is a problem, he tries to fix it.  I know he has been a great help to both my daughter and granddaughter, as well as to me on our annual winter visits. Even during times when his allergies made life difficult for him he persisted in doing the best job he could.

Throughout my working career as a Professional Engineer, registered and licensed by the State of Ohio, I have encountered hundreds of people, both in professional and civic activities. I have learned to trust my instincts and judgement and can only hope to share my insights with you about Joe. It is my fervent hope that you can see him as I do-a responsible, caring individual that would never intentionally do anything illegal, immoral or unethical. It's just not his nature.

In the few times I have talked with Joe since that fateful day I know he sincerely regrets the way that day unfolded-riotous and destructive more than anyone could have imagined. He and his family have suffered extreme hardships-personally and financially- as a result. As modest as my retirement income is I have tried to help his family financially in his absence.

I respect that your time is valuable, Your Honor, and apologize for the length of this letter. It's just that I hope it will help you see Joe as a caring family man, as an individual that hopefully will soon be able to return to his life and be a productive member of society that I know he can be-albeit a little wiser than before.

Sincerely Yours,

Jim Easley

March 29, 2023

Dear Judge Amit P. Mehta,

I first met Joe Hackett when he was treating my wife Becky Ostroff in 2003.

I started seeing him for regular physical tune ups soon after. I went once a month.

We became friends and occasionally would go to the driving range and hit golf balls.

We showed him how to use a stovetop espresso on one of his visits to the house.

We talked about the circus, music , cycling and children.

He took us boating with his wife and daughter and it was so wonderful.

My wife did some sewing for him , we would do anything, he is a friend and a good person .

I think the January 6 event was not in his character .

I will not go to another chiropractor because Dr. Joe is knowledgeable and I feel safe with him .
He is a good friend and an intuitive , knowledgeable practitioner .

His clients feel the same way as to discussions in his waiting room.

His patients need him and his expertise , it is very difficult to have a great chiropractor .After 20
years I couldn't see anyone.

Whatever I can do to help, please let me know.


Thank you,
Kind regards,

Marshall Eckelman

The Honorable Amit P. Mehta United States District Judge District of Columbia
333 Constitution Avenue N.W. Washington, D.C. 20001


Your Honor,
My name is Stephen Edwards. I am a speaker, author and real estate investor. I have known
Joseph Hackett both personally and professionally for over 20 years.

Joseph is a friend and my chiropractor as well as chiropractor to my family. Joe was the best
man at my Wedding. I have known him long before he met his wonderful wife, Deena. He went
through substance abuse issues; it was a tremendous challenge for Joe, but he got through it
and has been sober for many years. In fact, it wasn't until I began writing this character letter
and I was thinking about his character that I remembered. That was a huge character-building
experience for him.

Joe is an amazing loving, kind, considerate father, and person in general. I miss Joe being in my
life, and he will be missed if he must be incarcerated any longer. He is always such a positive
person, and he is an outstanding chiropractor.
Joe has told me if he could turn back time he would never have gone anywhere near the events
of January 6th. He has never even spoken to me of any political beliefs. He has never shown any
signs of violence towards anyone that I have ever seen or heard about.

In fact, I was absolutely flabbergasted when I heard that he had been arrested for being in the
Capital Building on January 6th. My first thought was the only way Joe would hurt anyone is by
licking them to death, he is like a Labrador that just loves everyone.

I believe this group of people he got involved with used his kind aligning nature and used him
for their own ends. Joe is a follower not a leader.

I know that does not abstain him from responsibility and he knows that also. I just hope that
the fact that Joe is remorseful, that he is not a violent radical who would be a threat in any way
to society and I ask you your honor to show this good man, who made a mistake by going to
this meeting which turned into something diabolical that we can only hope we never see again
in our country, I hope you can show this good man, a family man, leniency in the sentence you
deliver.

We have a political system here that is designed that that everyone can voice their opinion
through proper political parties or by running for office yourself. Violence should never be even
considered as means to force your opinions or views. I truly do not believe that was what Joe
was trying to do. He got carried by the radicals into circumstances he would never normally be
involved with.

I know Joe believes that also, and I know he will never be involved in anything remotely like this ever again. This experience has shaken him to the very core of his being. His life since this has happened has been very difficult and traumatic. The thought of losing his freedom is bad enough but losing time with his wife and being a Father to Isabella though her most formative years growing into a young woman, has torn a whole in his heart.

I hope this letter serves in helping you form a clearer picture of who Joe Hacket is really is and his character.

Thank you for giving this letter your attention and consideration.

Yours Sincerely,

Stephen Edwards

# SMC
## SARASOTA MEDICAL CENTER

February 22, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Mehta:

RE:     Joseph Hackett, D.C.

I have been asked and am eager to write a letter to attest to the character of Dr. Joseph Hackett. I myself am a chiropractor in Sarasota, FL for just over 33 years now. My background includes law enforcement as I have been a civilian volunteer patrolman for the City of Sarasota as well as a volunteer at our Sheriff's office. I only point out those affiliations as I have a great deal of respect for the rule of law and order.

With that being said, I feel confident that I can state that Joseph Hackett is a truly loyal and caring human being. He has served his community and his patients with a great passion and commitment. Throughout my friendship with Joseph, I have been aware of incidents of behavior that I considered a sign of immaturity, like his short-lived alcohol problem. I was really confident that these issues were remedied when he met his wife and had a daughter. In fact, we both share an only child of the same age. I believe his daughter Isabella has saved his life and matured this man. I myself could not bear the thought of my child growing up without my guidance or love. This is a truly sad consequence of his actions. One can only speculate the ripple effect his incarceration will have on his family's lives and dreams.

My earliest memory of Joseph is quite special. I needed to travel to Italy to help my parents and he volunteered to cover my practice during my absence. My mom had become hospitalized while vacationing and my dad was an emotional wreck. I trusted him with my patients and staff as I was quite impressed with his skill level as a physician. That September morning, he came to my office to get acquainted with our procedures and staff which just happened to be September 11, 2001. In fact, he was waiting in my private office and called my attention to the TV just after the first plane struck the World Trade Center. We were both in tears as we watched the second plane deliberately crash into the second tower. I know he and I will share that bond for the rest of our lives as a sad memory of the terrorist attacks.

I knew that both of our hearts were forever changed as we watched the devastation in Manhattan. In that moment and the days after, we all felt very American and protective of this country. I remember we both were trying to figure ways that we could help with the cleanup efforts happening in NYC. I was born and raised on Long Island, so I was feeling very sad for friends I lost on that day.

It was during this time that I felt my volunteer experience with the police department was a great way to feel part of the recovery effort. I know Joseph felt very similar and a personal need to do something useful. Like all of us, he demonstrated a great sense of Patriotism that mirrored my own.

**A-14**

● ● ● Fax

Obviously, I have given this a lot of thought and attention. These are difficult concepts for me to wrap my feelings and sense of righteousness around, since his actions of January 6 are so contrary to the man I have known for decades. Like many around him, I still don't fully understand what he was thinking or feeling in his heart, that sparked such an uncharacteristic action.

I can only suggest even good people do very stupid things, at least that is the motto I heard uttered time and time again during my time with the Sarasota Police Department. As I stand here today thinking about this issue, I am deeply saddened for all parties involved, including Isabella, his wife Deena, his friends and patients and the effects those actions had on this country as a whole.

At this point in time the only comfort I can render Joseph is to help treat his lumbar disc condition that has plagued him over the last several years. I am hoping I can stabilize his condition so his time in custody may be used as an opportunity to better himself mentally and spiritually.

Your Honor, I cannot imagine the weight of the responsibility that you hold over this man's life. I pray that your wisdom and compassion will guide you to a decision that is just and right.

I appreciate the time you have taken to read this letter and I hope you will consider my thoughts and prayers.

Respectfully Yours,

Steven Gaeta, D.C.
Sarasota Medical Center

SOG/ls

A-14

Deena R. Hackett, DOM.



March 23, 2023

The Honorable Amit P. Metha
United States District Judge
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: Dr. Joseph Hackett Sentencing Hearing

Dear Judge Mehta:

I am writing to ask for your compassion as you decide about sentencing my husband, Dr. Joseph Hackett.

Joe and I met in 2005 while we were working together at a wellness clinic. We immediately became close friends and over the years remained in contact with one another. In 2007, I reached out to have lunch with Joe. I needed someone to talk to about a problem I was having with my roommate. My roommate at the time was an alcoholic and I knew Joe helped people with substance abuse issues. Joe and I started meeting often after that and eventually our relationship grew into a deeper connection and marriage. In 2010 we welcomed our daughter, Isabella, into this world and our lives have been focused on her every day for the last thirteen years.

As you can imagine, I am completely lost in the situation I now find myself in. I have been staring at this computer for months wondering how to explain to you what kind of man Joe is to his family. All you have seen and heard of Joe is that he is a seditious conspirator. To me, Isabella, his other family and friends this is simply absurd! Joe is a mild-mannered man. A man that enjoys the outdoors! A man that loves spending time with his family and friends! A man that has helped hundreds of people with healing! Our wellness clinic was a community clinic. Patients only paid what they could afford to and we bartered with them a lot of the time. One of the best barters we had was for fresh fish! This may seem ridiculous to you, however, I just want you to know what kind of Chiropractor Joe was and how desperately our community will miss his kindness!

Because of our type of wellness clinic, Joe and I live very simple lives. We homeschool our daughter and teach her the value of integrity, honesty and love for everyone in this world. Because of Joe's values, as I know them, I am broken by what is happening to him. The thought of Isabella no longer having her father's guidance for school and basic life skills is just too much for me.

The day Joe was arrested was the worst day of my life. I felt like my world was taken away from me and I had no idea how serious the charges actually were at that time. During the time he was incarcerated I

was contacted by other wives of members of the Oathkeepers and moms of men who had been arrested for January 6.  Until this time, I had never spoken to or met any of these people.  During Joe's incarceration I would have done anything to get him home, I was completely blindsided by the whole situation.  I started speaking out, desperate to get anyone to hear my pleas.  Thankfully, you let him come home to us!  I feel like a failure as a wife.  I keep asking myself questions like, "How could I have not known what was happening?" and "How could Joe be this person unknown to me?"

My Joe is a loving husband and father. My Joe is a caring, honest and gifted doctor. My Joe is not an evil domestic terrorist.  I only wish you knew My Joe.

Over the past two years Joe has deeply regretted his decision to go to DC on January 6, 2021.  He has no history of violence or aggressive behavior. I can only hope you will take this under consideration when you are sentencing him.

In closing, I want you to know that this is the hardest thing I've ever had to do.  How do I describe my husband on paper to keep him from spending the rest of his life in prison?

Someday God's wisdom will make it clear and plain why problems were permitted and how he uses pain.  "Lord, we will trust and obey; Lord, help us walk in faith…"

May the Lord bless you and keep you,


Deena R. Hackett.