

DIANNE D. HAGAN, P.A.
ATTORNEY AT LAW



TELEPHONE
EMAIL:

March 14, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

                Re:  Dr. Joseph Hackett
                    Sentencing Hearing

Dear Judge Mehta:

     I am writing to ask for your compassion as you decide about sentencing Dr. Joseph Hackett.

     When Dr. Hackett came to Sarasota to open his chiropractic practice, I was one of his first patients. That was in 1999. I was on a wellness program with the doctor whose practice he took over, and Dr. Hackett honored the arrangement that was in place at the time. As a result, I saw Dr. Hackett almost every week, except when one of us was on vacation. I believe he was instrumental in keeping me feeling younger and able to function. My chronic neck and back pain and headaches ended long ago, largely in part to his care. I am 80 years old now, and wish he was still in practice. He helped so many people and his loss to our community is tremendous.

     When I fell and broke my shoulder, he took the initial x-ray and arranged for me to be seen immediately by an orthopedic surgeon. Although it was a bad break, fortunately surgery was not required. Following prescribed physical therapy I was told I had reached maximum recovery and some loss of range of motion was to be expected. Dr. Hackett and my massage therapist disagreed and told me if I would work on their prescribed exercise regimen they thought I could recover completely. I faithfully followed their directions, and to this day I have full range of motion. This is very important in allowing one to reach up to retrieve things from shelves or hang clothing in closets. When reaching is required, I always mentally thank both of them for their knowledge and encouragement during the lengthy time it took to get my muscles and tendons stretched out as they were before the break. All that help, and he never charged me more than the agreed on monthly wellness charge that was in place when we met back in 1999.

     Dr. Hackett has helped friends and members of my family, including my children and grandchildren, who bounced back after only a few treatments. When my father was 90 years old

A-16

The Honorable Amit P. Mehta
March 14, 2023
Page Two

he suffered greatly from back pain. His orthopedic physician treated him with medication and later with a spinal vertebroplasty. Nothing relieved his pain. Dr. Hackett agreed to try to help him, and he did. I will be forever grateful for his ability to provide relief for my father in the last few years of his life.

During the many years Dr. Hackett helped keep me mobile, I watched a young man mature into a fine husband and father. It was obvious how much his family meant to him, and the pride he showed when sharing photos and talking about family vacations was genuine. I watched his daughter grow from a tiny newborn to the young lady she is today. I only hope her father will be with her before she becomes an adult. Otherwise, it will be an immeasurable loss for both of them.

The offense for which Dr. Hackett was convicted seems to me to be truly out of character for the person I knew for over 20 years. He was always a caring person with a positive outlook and a willingness to help others. Those characteristics make me think that our community, Dr. Hackett himself, and especially his family, will be far better served by allowing him to return to society rather than being further incarcerated. I expect his experiences these past 2 years have taught him a very harsh lesson that he will not forget, and because of that any additional confinement seems unnecessary.

Sincerely,

Dianne D. Hagan

DDH/ss
cc: Angela Halim, Attorney

A-16

March 5, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

My name is John Marks, I am a 74 year old carpenter, who still enjoys working 5 days a week. I've lived in Palmetto, Florida for 26 years. At my age and with the type of work that I do, Chiropractic treatments done by the most qualified Chiropractor is who I patronize. I met Joe 25 years ago, when he was one of two Chiropractor's who had opened an office in Palmetto, Florida. A few years later, that office closed and Joe moved to the main office in Sarasota, Florida. I followed him, as his care and treatment is excellent and he is one of the best practitioners I have used. Shortly after that, he decided to open an office by himself. Even though it was a longer drive, he was worth the time it took to get to him.

For the next 20 years, I saw him about once a month. After this much time, I think that we both have a good professional relationship as well as a great friendship. I believe that after so much time knowing him, I can certainly assure you that he is an honest, hardworking caregiver. In the process of adjusting what I had misaligned, we always talked about what each of us is doing in our personal lives. What I always saw was that he is dedicated to whatever his current pursuit is. Earlier on, it was mountain biking, hiking and mountain climbing. What he determined after many years, was that it took a large physical toll on your person. I was always surprised that he also needed good Chiropractic care.

In that time period, we met socially with other patients of his that are mutual friends. Meeting him outside of the office, you had the opportunity of discussing life from the stand point of personal viewpoint. Aging was a big topic, being that we are all over 50 years old, we are concerned with the future and how we will adapt. Some of it was humorous and some was serious.

Over all, after all this time, my opinion of Joe is that he is a kind hearted. he is always invested in the welfare and health of his friends and patients. I trust him completely to take care of my physical health needs and look forward to continuing our friendship.

Respectfully,

John Marks   *[signature: John Marks]*

A-17

March 5, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor,

My name is Patrice (Pat) McClain and my current profession is a Senior's caregiver. I have been self employed in this capacity for the last 16 years, and I have lived in Palmetto, Florida for the last 26 years. I have known Joe Hackett for 23 of those years. First, as my Chiropractor and then over time as my friend.

In all of those years of knowing Joe, I have known him to be a compassionate, caring man and a tremendous healer. He is extremely concerned with the health and welfare of his patients and has never shown any behavior other than that of a doctor, a concerned citizen and a good man who is invested in his family, his work and community. He is a loving husband and devoted father. One need only be in his company a short time to know this to be the truth. His love and pride when talking about his daughter, Isabella, is very evident, even knowing him for a short while.

Joe, has always been an asset to those he served, usually putting aside his own health and physical care, in order to care for the needs of his patients. Many times when I was being seen for an adjustment, I noticed his wincing in pain as he carried out my treatment. When I questioned him about it, he would brush it off saying he would see his own Chiropractor, soon. He would never have said anything, unless I had asked. This is the man who I know and trust. To me, that is dedication to ones calling and a tribute to his professionalism.

Personally, I and my husband John, have socialized with Joe and his wife Deena at various parties and functions and have enjoyed his company and conversation at these events. To both of us, he is more like family, as we have gotten to know both him and Deena over the years, first, by us being seen by him at his office and then visiting at his house.

I know that when Joe has returned to his life after all of this is completed, he will resume his being a Chiropractor, pick up the pieces of his life and hopefully get back to normal. In my estimation and opinion, Joe Hackett is a huge asset to any community, business or endeavor. I am proud to call him my friend and my Chiropractor. I look forward to the day when he can be a free man.

Respectfully,

Patrice McClain

A-18

Angie Halim <angiehalim@gmail.com>

## Joe Hackett Character Letter
1 message

Reply-To: [redacted]
To: angiehalim@gmail.com

Sat, Mar 25, 2023 at 7:28 PM

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D C

Honorable Judge Mehta,                    Re  Joseph Hackett

My name is Lynne Norwood and I am writing on behalf of Joseph Hackett, who has become like a son to me over the past 24 years

We met when I chose him as my Chiropractor after a great deal of back and neck pain from injuries sustained from an auto accident .

I had previously tried a number of other practitioners, with little pain relief. I was very impressed with his skill, and so relieved from the pain I had suffered for many years. Not only that, but he was also not the type of doctor that would keep people coming back for many months of treatments in order to make more money.

I met many of his patients over the ensuing years who had also been hurt and helped by him  Everyone agreed not only about his expertise, but also his ethics   Occasionally someone would come out from the treatment room, and not stop to pay for their treatment. When I asked him about it, he said "I treat some people for free who can't afford to pay me " That is hard to find.

Early on Joe openly told me he was a "recovering" alcoholic, and he has not had anything to drink in 20 years   He became an AA sponsor and has helped other men to overcome their drinking problems.

With each passing year Joe and I became closer. I knew I could depend on him to help me (I was a widow) no matter what I needed. He is very talented, and can work with his hands as a carpenter, help with landscaping, fix problem plumbing and carry things too heavy for me to lift. Between my age 82, and a very active lifestyle and back injuries, that means anything over 20 pounds!

He has always been a kind, caring, considerate man, who would go out of his way to help anyone.

When he fell in love with Deena, and married over thirteen years ago, I gained a wonderful woman, whom I love like a daughter  When they had the unexpected surprise of pregnancy, we were all delighted.

A-19

When their daughter Isabella was born, my husband and I had the joy of keeping her three days a week while Joe and Deena were at work. She became our granddaughter of the heart As she has grown, Joe became an integral part of her education, as he is an excellent mathematician and has been able to help his daughter understand even higher math problems, which would normally be beyond her age

He deeply regrets the poor decision he made two days before he traveled to Washington, DC. His intention was only to keep others safe. He had no way of knowing what would occur that day. He was not a big Trump supporter, and actually had never been interested in politics to the point he didn't even vote.

He obeys the law, and has never been aggressive in any way. His whole life has been spent helping others.

Needless to say, he will be greatly missed by all of the people who love him and whose lives he has touched

When he is released, I am sure he will be able to become a productive member of our community.

Thank you for taking the time to read my letter.

Sincerely, Lynne Norwood

A-19

 Angie Halim <angiehalim@gmail.com>

## Hackett letter draft

1 me age

**David Seifer** <​>     Tue, Mar 7, 2023 at 12:57 PM
To: angiehalim@gmail.com

I AM 90 YEARS OLD AND HAD A 45 YEAR CAREER WORKING WITH THE INSURANCE INDUSTRY, RETIRING AS A PRINCIPAL WITH DONALDSON, LUFKIN AND JENRETTE. OUR DLJ TEAM CONTRIBUTED IMPORTANTLY TO THE INSURANCE INDUSTRY: (1) WE STRUCTURED THE INTERNATIONAL REINSURANCE BUSINESS FOR THE BRITISH OVERSEAS TERRITORY, BERMUDA; (2) WE UPDATED THE LLOYD'S OF LONDON SYNDICATE MEMBER'S INDIVIDUAL RISK PROGRAM WITH A CORPORATE OPTION AND (3) WE REWROTE THE UNITED STATES INSURANCE INDUSTRY NATIONAL AND STATE REGULATIONS TO ALLOW THE DEMUTUALIZATION OF LIFE INSURERS INTO NEWLY CREATED STOCKHOLDER OWNED ENTITIES WITH THE ABILITY TO RAISE NEW CAPITAL AND DIVERSIFY INTO BANKING AND FINANCE. PRUDENTIAL AND EQUITABLE LIFE WERE OUR FIRST TWO CONVERSIONS

I BEGAN WORKING WITH CHIROPRACTORS WHEN I WAS 14 YEARS OLD. MY BUSINESS CAREER CHOICE WAS LESS THAN HELPFUL FOR MY BODY AS AN ANNUAL OUT-OF-OFFICE TRAVEL SCHEDULE AVERAGING 135-140 BUSINESS DAYS A YEAR , LED TO NUMEROUS EMERGENCY VISITS TO LOCAL CHIROPRACTORS AROUND THE WORLD. MY ADDRESS BOOK WAS LOADED WITH NAMES, ADDRESSES, AND TELEPHONE NUMBERS. IN TOKYO AND HONG KONG, DIRECTIONS WERE IN MORE THAN ONE LANGUAGE. I BELIEVE THAT I HAVE OBSERVED AND EXPERIENCED THE CAPABILITIES OF A WIDE RANGE OF CHIROPRACTORS.

I WAS REFERRED TO JOE HACKETT WHEN I MOVED FROM CALIFORNIA TO SARASOTA, FLORIDA. HE HAS TREATED MY MUSCLE PULLS, BACK AND NECK PAINS, AND HAS KEPT ME FUNCTIONING.. I HAVE HAD KNEE, HIP, AMD SHOULDER REPLACEMENTS, ALL ACCOMPANIED BY CONSIDERABLE PRE-SURGERY PAIN AND STRESS JOE WAS THERE EVERY STEP OF THE WAY DEMONSTRATING CONTINUED USE OF HIS TRAINING, RESEARCH AND EDUCATION COMBINED WITH UNDERSTANDING AND COMPASSION THAT BENEFITED ME AND HIS MANY OTHER PATIENTS. HE HAS EARNED MY ADMIRATION AND RESPECT AND FOR ME, BECOME THE CONSUMMATE PROFESSIONAL,, MY FRIEND.

IT IS MY PRIVILEGE TO SUPPORT THE HIGH LEVEL CHARACTER AND INTEGRITY OF JOE HACKETT AND PROFESSIONAL AND INFICIUAL. HE IS THE BEST CHIROPRACTOR I HAVE EVER KNOWN. HIS PRESENCE IN AND CONTRIBUTIONS TO THE SARASOTA COMMUNITY HAVE BEEN MISSED.

DAVID SEIFER