Angie Halim &lt;angiehalim@gmail.com&gt;

## Character reference for Joe Hackett
1 message

**RuthAnn Stryhas** &lt;▮▮▮&gt;　　　　　　　　　　　　　　　　　　　Fri, Mar 17, 2023 at 4:41 PM
To: "angiehalim@gmail.com" &lt;angiehalim@gmail.com&gt;

To: The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

My name is RuthAnn Stryhas and I am a retired RN with over 30 years experience. The last 20 years of my career I was Supervisor of Outpatient Surgery.
I came to know Dr. Joe Hackett around 2017 after he was highly recommended to me when I was having neck and back pain. Over the years I have been to a few chiropractors and I was thrilled to finally have met one that was so knowledgeable and caring. He was thoughtful and of course extremely helpful. He took his time and I never felt rushed. During my visits I came to know Joe and his wife, Dr. Deena Hackett. Both showing love and caring for their patients. Anytime Joe spoke of his family, I could see the love and caring he has for his wife and daughter and how much he loves what he does as a Chiropractor, which is helping others in need.

I understand the severity of his case and the toll it has taken on Joe and his family as well as his livelihood.

I hope you consider my reference letter when determining the outcome of his case.

Respectfully,
RuthAnn Stryhas, RN

A-21

# Calvin Underwood



March 17, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Mehta,

My name is Cal Underwood and I am writing this letter on behalf of Joe Hackett to give you some insight into his character.  I have known Joe for 25 years.  I am a retired electrical engineer who was still working at the time we met.  My job required me to work with many different people while managing large projects for a Fortune 500 beverage company and therefore to be a good judge of character in order to protect company assets.

Twenty five years ago I was involved in an automobile accident in which my car was totaled.  Fortunately I was not seriously injured and Joe stopped to provide assistance and waited with me through the aftermath and police questioning about the event.  His car was also clipped by another vehicle during the stop, a stop he could have easily avoided by just driving by.

His presence eased the trauma of the event for me and as we parted ways he handed me his business card and said to give him a call if I experienced soreness the next morning and felt I might need his services as a chiropractor.  No pressure.  Well, I did call and became a loyal patient and close friend for the next 25 years.  He always did right by me and was extremely good at his profession as well as exhibiting true caring and compassion for my well-being.

I treasure his friendship and appreciate his love for his family and have always known that if I was ever in need Joe would be there for me in a heartbeat.  I often teasingly

A-22

refer to Joe as my ambulance chaser but bottom line is you couldn't ask for a better friend.  We are in the process of moving our home right now so it's not easy for me to find the time to write this.  But to help Joe I am making the time to let you know just how special of a person he truly is.

Sincerely yours,


Calvin Underwood



March 2, 2023

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue NW
Washington, DC 2001

Dear Honorable Mehta:

    I am writing to you in reference to Dr. Joseph Hackett. My name is Dr. Kimberly Walters and I am a Chiropractic Physician that has been practicing in Sarasota, Florida since 1991. I was acquainted with Dr. Hackett in the early 1990's as he provided coverage a few times for the clinic that my father and I shared a practice in. I then became re-acquainted with him around 2013 when I sought treatment from Deanna Hackett, a local acupuncturist, who turned out to be Dr. Hackett's wife. Deanna and I formed a lovely professional, as well as personal relationship. Therefore, I found myself spending more time with Joe as well. We would adjust each other and discuss cases, etc. Both Joe and Deanna would refer patients to my practice for the Decompression that I offered. So over time both a professional and personal relationship developed with Joe.

    In knowing Joe, and several of his patients, I find him to be a compassionate and genuinely caring provider, who is intelligent and takes a great interest in his patient's care and progress. He has a very calm and almost laid back nature about him. I find him to be the same with his family – loving, caring and nurturing and very proud of his wife and daughter.

    I must admit that I find his current situation extremely uncharacteristic of the person that I have known for all of these years. Quite frankly, I cannot even comprehend this mild mannered, caring professional taking part in this event. I do not foresee that he would ever risk his family, practice or his future if given the chance at a second opportunity.

    I am genuinely hoping that this communique provides you with a different insight into Dr. Hackett's character.

Respectfully,

*[signature]*

Kimberly Walters, DC

A-23

The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Mehta,

I was a patient of Dr. Joseph Hackett. I met Joe around 14 years ago through his wife, Dr Deena Hackett. They had a wellness center with reduced prices to help as many people as possible, regardless of income level. He was a chiropractor, & has amazing talent of finding where adjustments need to be done. He helped me so much by healing some issues I'd had from a car accident more than 25 years ago. I miss his expertise very much, as I'm sure all of his patients do.

Over the years, Joe & I became friends, & I got to know him very well. I've been to Joe & Deena's house & to their daughter's birthday parties. They are great people. He is 1 of the kindest, gentlest people I know. He loves the outdoors--hiking, biking, camping, boating, fishing, etc. He is a Christian & loves his country. He strives to have peace in his life. In fact, he stopped reading posts several years ago on Facebook because it disrupted his peace. I have never known Joe to break the rules or do anything illegal.

I remember Joe telling me that he became very concerned for his family's safety when there were riots not too far from his quiet neighborhood. He said he could hear guns being shot.

I know Joe will never do anything like this again. He only wants to spend time with his friends & family, to be able to enjoy the great outdoors again, & to restore peace in his life. I implore you to allow him to do that.

Sincerely,

*Jodi Webber*

Jodi Webber

A-24

Lois Winkler, R.N. C.H.C                                          February 25, 2023



To: The Honorable Amit P. Mehta
United States District Judge
District of Columbia
333 Constitution Avenue N.W.
Washington , D.C. 20001

My name is Lois Winkler, I am a registered nurse with over 40 years experience. While I am not a trained expert, I do consider myself to be a good judge of character from my many years of clinical patient care. I consider it an honor to write a character reference for Dr. Joe Hackett.

I met Dr. Deena Hackett in 2007 when I went to her for treatment. I first met her husband Dr. Joe Hackett about 8 years ago. In 2017, I started working part-time in their office and have had the opportunity to get to know them in both a professional and personal capacity.

Over the years, I have been a guest in their home for social situations. Joe has always been laid back and easy going. I believe Joe gave up alcohol many years ago. I have never seen him drink alcohol, get angry or upset with anyone. He is first and foremost a family man. When he speaks about his daughter, his face always lights up the room. He takes great pleasure and pride in helping with her home schooling. She is a very intelligent and well-rounded 13-year-old.

I have always found Joe trying to do the right thing whether with his family, friends or patients. He is a very gifted and talented Chiropractor and has helped many people get out of pain and live pain free. On more than one occasion I know of patients that could not pay him for his services and Joe treated them anyway. He wanted to make a difference and he has for so many, myself included.

This is an unfortunate situation Joe has found himself in and if he had it to do over I am certain he would think it through more carefully. To my knowledge Joe has always respected the law and had no idea where this could lead. He would never have put his family through this and risk losing his practice. Joe is certainly not a leader in my opinion but rather a follower. I do not believe he thought there would be any damage or anyone would be hurt by taking part in this protest.

I wholeheartedly believe that Joe will never find himself on the other side of the law once his incarceration is complete.

I request leniency in consideration of Dr. Joe Hackett's exemplary history.

Thank you for allowing me to speak on his behalf.

Sincerely,
Lois Winkler, R.N. C.H.C

A-25

**A-25**