

**Exhibit B**



**Exhibit B**