

**Exhibit E**



# Life College School of Chiropractic

Marietta, Georgia, USA

does hereby declare

## Joseph B. Hackett

Official member of the Life College Alumni Association in appreciation of dedication to Life, service to mankind, and in gratitude for efforts made and talents given on behalf of the College for its success.

Given this twentieth day of September, nineteen hundred and ninety-six.


President, Alumni Association



Director of Alumni (Acting)

**Exhibit E**



**Exhibit E**

# Life College School of Chiropractic

Marietta, Georgia, USA

Be it known that

## Joseph B. Hackett

having completed the course of study prescribed by this College is hereby awarded the Degree of

## Doctor of Chiropractic

with all the rights, privileges, and responsibilities pertaining to that degree. Conferred by the Board of Trustees upon recommendation of the Faculty. Given this twentieth day of September, nineteen hundred and ninety-six.



**Exhibit E**



**Exhibit E**




**Exhibit E**

# THE NATIONAL BOARD OF CHIROPRACTIC EXAMINER



PRESENTS THIS

## Certificate of Attainment

TO

## Joseph B. Hackett

AS EVIDENCE OF SATISFACTORY COMPLETION OF

THE PART I AND PART II EXAMINATIONS OF

THE NATIONAL BOARD OF CHIROPRACTIC EXAMINERS

1996

**Exhibit E**