# EXHIBIT B

Your Honor,

I am the nephew of Mr. Caldwell.

I was recently told of a sentencing document which stated that my uncle tried to encourage me to commit violence against others. This allegation is ridiculous.

First, I was 19 years old when my uncle and I were texting each other during the summer of 2020, not 17. I'm a college graduate and will be attending law school this fall at a prominent university.

During the summer of 2020, my college campus was locked down due to COVID. My campus and parts of my city were the targets of daily, violent protests by Antifa for months. These protests were very disruptive and made it difficult to travel to various places and feel safe. I didn't like seeing them every single day.

My uncle and I, for fun, were trying to "one up" each other as far as making crazy statements. I never took anything he said seriously, and he never took anything I said seriously.

Also, I was, at the time, an avid player of "Call of Duty" and I sometimes told my uncle about the cool things you can do in the game. We would joke about the various ways you could get rid of bad guys in the game and this influenced some of what we both said at the time. I know full well that this was just a game and I never took any of the violence in it seriously. But I did play it a lot, especially when bored due to being on lockdown all the time.

I do not want to put my name on this statement or the name of my law school for fear of retaliation. But I feel compelled to make this statement to set the record straight.

Finally, I've known him my whole life, he's a really cool guy, and I know that he is not a danger to anybody -- no matter what anybody says.

Submitted respectfully,

Mr. Caldwell's nephew
May 13, 2023