# EXHIBIT C



Defense/Caldwell Exhibit No. 1164
Case No. 22-15 APM
Identification
Admitted