# EXHIBIT D

Your Honor,

My name is Sharon Caldwell, and I am the wife of Thomas Caldwell (Tom). I'm writing this statement to make a few comments regarding his health and medical conditions, and also to briefly comment on his character.

I know that your Honor is well aware of my husband's many medical issues, at least at a high level, so I will not re-hash all of that. I'd like to briefly clarify a couple of points made in the PSR and provide a little more information regarding his health.

Before and after Tom's failed back surgery in 2010, he tried everything possible to obtain relief from his back pain: acupuncture, CBD tinctures, massage, physical therapy (including pool therapy), a technique called "cupping", TENS machine treatment, pain management injections, and opioid as well as non-opioid medications. NOTHING worked. After his lower back fusion surgery of L4, L5, and S1 (a grueling 2- day surgery), Tom thought he was going to die from the pain. The surgery that was supposed to help him only made things much worse. His pain management physician tried every single pain medication on the market at that time, and nothing worked until the physician tried Opana (oxymorphone). This particular medication was the ONLY one that brought Tom a minimal amount of relief. It is a very strong opioid that even many board-certified pain management physicians are reluctant to prescribe.

His pain management physician at the time kept increasing the dosage of this medication (Tom was prescribed Opana at a much higher dose and frequency than most patients are), but this very high dose did finally help Tom begin to get his pain under control a little bit. He took this high dosage for several months, but this created another problem: he was constantly in a "mental fog" and could not live a normal life due to this "fog." To Tom's credit, he told me that he "could not live this way" and he went cold-turkey to try to get these awful drugs out of his system. This was a bad decision mainly because you should NEVER go cold-turkey off of a medication like this. People have died doing this, and Tom almost did.

In a panic, I called his new pain management physician and told her what was going on. She told me how dangerous going cold-turkey was in Tom's situation and, with her help, we developed a strategy to gradually titrate Tom down from the super high dosage of this medication to something less. Working with her over time, Tom was gradually able to successfully move to lower dosages of Opana. He also learned to listen to his body more, and he found other positive ways to help manage his pain. Over many years, we have found furniture that works for Tom. We have a special bed, a special couch and special chairs. He cannot sit in "regular" chairs for any length of time. He has also learned to manage his pain by alternating lying down, standing, sitting, walking and stretching. He cannot stay in one position for any length of time without an increase in his pain – he needs to change his physical position fairly frequently.

His new pain management physician also struggled to understand why typical pain medications did not work for Tom. She suggested that he undergo genetic testing to see if that would tell us something. It did. Tom underwent genetic testing, and it was discovered that he has a genetic mutation, (CYP2D6), which affects how most opioids and some classes of anti-depressant medications are metabolized in the body. So, the pain medication mystery was finally solved. Most

PAGE 1 OF 2

of these classes of medications are not correctly metabolized in his body at all, and they are flushed out of his system without doing what they were designed to do (at least that's how I understand it).

I am writing all of this to let you know of my major concern if Tom is incarcerated: Opana is the ONLY pain medication which works for him at all due to this documented genetic mutation. If he is unable to take this medication in prison (I am extremely doubtful prison physicians would prescribe this for him and give it to him when he needs it – but I'll admit, I could be wrong about that), he will not have adequate pain control. Also, I fear that he will be unable to positively manage his pain the way he is able to at home. He will not have the furniture that works for him, and he likely will not be able to stand, sit, stretch, walk around, etc. as needed to control his pain.

I fully understand that a prison sentence is intended to punish someone for alleged crimes committed. I cannot imagine the mental and emotional anguish that prisoners endure, but that is part of the punishment, as I understand it. However, I do not believe that spending time in a prison was ever intended to be a PHYSICAL torture chamber for ANY prisoner. Please don't misunderstand me when I say this. I certainly do not mean to imply that any prison would intentionally torture anyone physically. I am only saying that, in Tom's case, physical torture would simply happen by default because of Tom's pre-existing health conditions and the inability of the prison system to provide what he needs to manage his pain. The jail staff at the Central Virginia Regional Jail where Tom was previously incarcerated (for a relatively short 53 days) resorted to wheeling Tom around in a wheelchair when he left his cell because he quickly deteriorated to the point where he could hardly walk due to his excruciating pain. I am pleading with you to take these issues into consideration when making your decisions with respect to Tom.

Finally, your Honor, I'd like to say that Tom and I have been happily married for over 23 years. The Tom Caldwell whom I know very well is not even close to the picture of Tom the prosecution has painted. Quite simply, if Tom was "that" person, I would not be with him. Tom is a very well-adjusted individual, he has a huge heart, he is a gentle soul, and if it was possible to find any fault in him, I'd have to say that sometimes Tom is almost too friendly and helpful, even to strangers. He is very trusting of people, outgoing and amiable – and that has come back to bite him on occasion – not just in this situation but in others as well. I would also like to say that, although Tom "vents" sometimes about particular situations or issues to his close friends and to me – which resulted in some of the offensive language of Tom's shown in the courtroom – my observation is that Tom will briefly "vent" about something, but he very quickly gets it out of his system and returns to the happy, goofy person he is 99.9% of the time. I believe his venting to close friends is HEALTHY; it is so much better than keeping negative feelings bottled up inside.

Thank you for listening. I hope you will consider all of this, and I humbly ask for your understanding and leniency when making your sentencing decisions.

Respectfully,

Sharon Caldwell
Sharon Caldwell

PAGE 2 OF 2

I am Dianne MacMillan, Thomas Caldwell's sister, and some things I can speak to regarding his character follow for your consideration.

I am his only sibling and of course have known him all his life. We are alike in being animal lovers and enjoying the outdoors from horseback. I currently live next door to him and his wife Sharon. I often need help on my farm, being a widow now and getting older and my brother Tom is always prepared to assist me in any way possible. I feel completely safe calling on him whenever I need him and regardless of time and place he always responds with understanding and a smile. He is generous with his time and advice. I am not the only one who feels secure calling on Tom in time of need. We have mutual friends and neighbors who agree that he is well-liked and never consider him a danger or detriment to our area but a reliable and steadfast member of our community.

I know I am his sister and will be expected to support him. But I have known him longer than anyone who can speak to his character over the years. I know him as a fun-loving and friendly person not mean or violent in any way. Please consider my statements as to Tom Caldwell's character to be honest and true.


Dianne MacMillan

May 9, 2023

From:

Mrs. Sheryl Crim



Hello,

My name is Sheryl Crim.  I have been a registered nurse for 30 years, 27 of those years at our local community hospital, and presently work as a unit hospice nurse.  I also serve in my community church as the pianist and treasurer.

I am writing to support Tom Caldwell, who I have known for more than 50 years.  Tom and I attended and graduated together from Clarke County High School in Berryville, Virginia.  Tom and his wife, Sharon, have been my neighbors for many years, living less than one mile away in Clarke County.  I was so happy when Tom returned from his life endeavors to live next to our family.  We both returned to the strong roots that molded our lives.

Tom has always been full of life and possesses a great sense of humor.  Even in our high school days he was well liked and participated in projects such as our school play.  Tom's childhood home was on the same road as mine and we saw each other often. His family was a solid, close family, working hard to provide the American dream.

Tom has been a wonderful neighbor and community participant.  I have seen him visiting in the hospital, and he became a friend to my mother and aunt who live nearby, visiting periodically to check on them as they were in their 80's.  He has been a quiet and peaceful neighbor, friendly and kind.  I want you to know in NO WAY is Tom a danger or menace to our community.  We love having him close by.  He put his life on the line for our freedom as he served in the military and I thank him very much for his service. I highly respect his commitment as my own father was in World War II.  He loves our community and country.

Please feel free to contact me at ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you for listening.

Sincerely,

Mrs. Sheryl Crim

Berryville, Va. 22611

 **Gmail**

Sharon Caldwell <redstart11@gmail.com>

## Letter for Tom

**Greg Hart** <████████████>
To: Sharon Caldwell <████████████>

Wed, May 10, 2023 at 10:34 AM

My name is Gregory Hart. I am retired after 42 years at the National Geospatial Intelligence Agency. My wife Sharon retired after 33 years with CIA. We currently own and operate a farm with cattle, horses, goats and poultry on Wadesville Road, one half mile from the Caldwell residence. I have known Tom and Sharon Caldwell for over 20 years, and rent their farm where I harvest hay and used to graze cattle. Tom cared for the calves born on his farm like they were his own. He loves seeing the deer and protects nature by not allowing hunting.

Tom Caldwell is a disabled retired Naval officer and he often offers to help me with farming activities, but due to his pain and spinal injuries, he is unable to do much work except for minor trimming of bushes along his driveway. He likes to keep his property "ship shape" and hires others to do things he can't, like mowing his lawn and plowing snow.

Tom is a religious, caring man who often talks about when he and his sister rode horses on the farm when they were children and going to the local high school. Tom and his wife are devoted to each other, and cared for both their sets of parents in their home, making them comfortable before they passed.

Tom is an asset to our community with his parents and family spending their entire lives here in rural Clarke County, except when he was deployed with the Navy. Tom is a peaceful, quiet man, living on the land he was brought up on, in a simple house that cannot be seen from the road. In the past they had a small garden, and enjoy picking berries and growing fruit trees in their yard. They don't bother the neighbors and are definitely not a threat to anyone.

Greg and Sharon Hart

Berryville, Virginia

 **Gmail**                                                                                      **Sharon Caldwell <redstart11@gmail.com>**

## Letter for Tom

**Stu McNamara** ◄━━━━━━━►                                                    Fri, May 12, 2023 at 8:04 PM
To: Sharon Caldwell ◄━━━━━━━►

Tom Caldwell,my friend for years.
Tom and his family moved to our little corner of Clarke Co mid sixtys. Tom and his sister just blended in with all the
neighbors. Just a great family . I've lived here and farmed here my whole life. Tom is only neighbor that heard we was
going to be short on hay for our cattle, he called me and offered us his fields of hay. That's what you call a good friend
and better neighbor. This guy is there to help out,anything he can do. This man loves God,family and our country. The
only danger for Tom is himself, with his bad back and weak legs he might fall down trying to help someone in need.

Stuart McNamara Farmer,Berryville Va
[Quoted text hidden]

9 May 2023
The Honorable Judge Mehta
US District Court
Washington, DC

Your Honor,

My name is CDR Roger W, Edwards. I am a retired Naval Officer and served 25 years on active duty. I met LCDR Thomas Caldwell in 1983 when we were both stationed at the Navy Operational Intelligence Center in Suitland, Maryland. We worked together on Navy issues for the remainder of our respective careers. We have been close personal friends since we met.

In 2019 my wife and I moved to Winchester, VA, about 10 miles from Tom's home in Berryville, VA, and we were able to resume our personal friendship with Tom and his wife Sharon.

I know Tom to be an honest and honorable man. He is a true patriot. He presented an outstanding example of a Naval officer through his dedicated and well-reasoned leadership. Professionally, Tom maintained excellent positive relationships with his Navy superiors as well as his peers and those he supervised.

Despite his documented physical disabilities due to his Naval service, Tom is always hospitable and friendly, exhibiting a positive attitude and demeanor. Tom is a concerned and law-abiding citizen who has strong ties to his community and to the multigenerational farm that he owns and maintains. Tom provides an excellent example of living a true Christian faith and gives testimony in his genuine concern for the welfare of others.

*Thomas Caldwell is not now, nor has he ever been a danger to the community or to the public. I plead for the court to do the right thing and find in his favor.*

Very Respectfully,

CDR Roger W. Edwards, USN (ret)
Winchester, Virginia

May 9, 2023

Honorable Judge:

My name is Dale L. Fritts, a retired banker, and I'm writing on behalf of Tom Caldwell. My wife, Joyce, and I have known Tom for many years. Joyce attended high school with Tom at Clarke County High School in the early 70s. I met Tom as an invited guess at Masonic Lodge Hiram #21. At this time, Tom was an officer in the US Navy.

Our friendship continued once Tom retired from the Navy and moved back to Clarke County to farm. His family's farm is located about 2 miles from our current address.

Tom spent many years unselfishly caring for his parents and his in-laws until their passing. This is just one of the many examples of Tom's kindness. He is gracious, humble, peaceful, and thoughtful. It has been a pleasure to have had Tom and Sharon as neighbors for over 20 years.

Tom is in no way a threat, but rather an outstanding contributing member, to my community.

Sincerely,

Dale L. Fritts

 Gmail

**Sharon Caldwell <redstart11@gmail.com>**

## Note of encouragement

**Charity Danjczek <**  **>**
To: <

Mon, May 8, 2023 at 8:45 PM

To whom it may concern,

Our names are Michael and Charity Danjczek. Mike is a local business owner (a financial planner,) Charity is a special needs preschool teacher, and together we're parents to 3 amazing children who we're thrilled to be raising in this community.

Although we've only known Tom Caldwell for 3 years, he is the first neighbor we met when we moved to Clarke County and instantly welcomed us as family. Despite the idiom that "good fences make good neighbors," our children have been encouraged by Tom to jump the fence between our properties to learn local history and pick mulberries. Tom is a kind, honest, generous, fun-loving neighbor and we could not have hand-picked a better member of the community for our children to look up to. We're in shock that anyone would even attempt to attack his character and imply that he is in any way a danger to the community when we know from many experiences that the exact opposite is true. Tom and Sharon are a huge blessing to our lives and our community and everyone who knows them.

Thank you for your time,
Michael & Charity
Berryville VA

 Gmail           **Sharon Caldwell <redstart11@gmail.com>**

## Thomas Caldwell

**Mary Ivie**                      Mon, May 8, 2023 at 3:55 PM
To: Sharon Caldwell

My name is Mary Carol Ivie. I am a full time MOM of an autistic young woman. I live in Berryville, about 5 miles from Tom and Sharon Caldwell. Living in the same community, I have known them for years. About 2 years ago we started getting together to share meals at their farm. My daughter has a fear of men. The first time we walked in their house, she immediately felt at home. She sat next to Tom during the meal. She was comfortable and at ease with him. When they were picking fruit, she exhibited uncertainty about touching the pawpaws, Tom was gentle and considerate of her feelings, giving her time and space to get used to the feel of the fruit. She is looking forward to picking pawpaw fruit again this year.

Thomas Caldwell is a kind and caring man. He is not a threat or danger to anyone. We are blessed to have him as our friend.

Sincerely,
Mary Carol Ivie
Berryville, Virginia

Kelly Johnson, LPN, CHTS-TR
Clarke County, VA

May 11, 2023

The Honorable Judge Amit P. Mehta
United States District Court for the District of Columbia

RE: Character Reference for Thomas Edward Caldwell

Your Honor,

My name is Kelly Johnson and I have been a licensed practical nurse working in pediatrics for over 25 years. I live in Clarke County VA, 17 miles from Thomas "Tom" Caldwell. I met Tom and his wife Sharon in 2019 while attending local community events. For the past 2+ years, we have been attending the same church. I have enjoyed many meals with Tom and Sharon in both home and public settings and look forward to more.

I am aware that Tom was found guilty of violating 18 U.S.C. 1512 (c)(1) and (c)(2). Even so, I am honored to continue to call this gentle man with a big smile my friend. When I think of Tom the first thing that comes to mind is how much he loves his wife. He would not purposefully do anything that would cause Sharon pain. I know Tom to be a kind man eager to share funny stories at his own expense. Both he and his wife continue to be generous with the limited amount of funds they have. They give to our church and contributed to all 3-donation charity drives I oversaw this past December (local food pantry, local nursing home and Toys for Tots).

Tom wants to live peacefully with his wife in Clarke County. I believe he would do nothing to jeopardize this. As a nurse, I work to protect the community. I have absolutely no concern that Tom is a threat to the public. I appreciate your time and attention to my comments.

Respectfully,
Kelly Johnson, LPN, CHTS-TR
Kelly Johnson, LPN, CHTS-TR

 Gmail

Sharon Caldwell <redstart11@gmail.com>

## Tom

**Matthew Combs <>**                                                                          Thu, May 11, 2023 at 9:11 PM
To:

My name is Matt Combs. I live in Frederick County Virginia. I am the owner of Combs and Son LLC in Stephens City Virginia where I operate a handyman service.

I have know Tom Caldwell for over 4 years now. He is an honest, kind, and caring individual. I started out working for Tom and Sharon on their farm helping to keep up with the mowing on their property. I quickly became close friends with Tom and Sharon.

To this day when I go there to work, the first thing Tom wants to know is, how is my family.  Tom is one of the most caring people I have ever known. There is without a doubt no reason to believe that Tom Caldwell is a danger to the community or the public.

Matt Combs
Stephens City Virginia

Sent from my iPhone

Honorable Sir,

My name is Sandra Lloyd and I'm writing this re: the character of Tom Caldwell whom I've known for 50+ years.

In our youth he was amiable, jovial, fun & funny without harmful words or actions — he enjoyed people.

I never left our small community and Tom returned some time s/p his military experience. I'm now retired but I enjoyed a nursing career in local medical practice office for 30 years. It was there I befriended Tom's parents who were very proud of him and his accomplishments. I also witnessed Tom's devotion to them in their elderly years of failing health.

The Tom Caldwell of today that I know is humane, sociable, pleasant & a devoted husband & friend who is no threat to society.

Respectfully — Sandra Lloyd, Clarke County, VA

My name is Cheryl Hudson, I am recently retired. I have known Tom Caldwell for more than thirty years and have lived near him in the Berryville, Virginia community for all of that time.

In all of the years that I have known Tom, I have been impressed with his generosity and his caring and compassion toward other people. I enjoy his clever and quirky sense of humor and his fun- loving nature. It is a joy to spend time in his company and he provides some of the most peaceful and happy social times that I experience. He is an asset to our community and is in no way a danger to anyone.

I cannot imagine my life without frequently seeing Tom socially.

*Cheryl Hudson*

Cheryl Hudson
Berryville, Virginia

I am Tim Hudson and I live in the Berryville, Virginia community with Tom Caldwell. I am currently retired. I have known Tom for more than fifty years since 1971 when we went to school together. I have always found Tom to be an honest and forthright man who is definitely an asset to our community. He is in no way any danger to our community. He is always helpful and generous to a fault towards his family and friends. The social gatherings that he hosts are calm and extremely enjoyable. I look forward to spending many more happy years with Tom here in our hometown.


Tim Hudson
Berryville, Virginia

May 10, 2023

To whom it may concern,

We have known Tom for over 20 years as a great friend. We can vouch for him and say that he is an honest, kind, generous, fun loving, goofy, and outgoing gentleman. He has been a person of morals and integrity over the time we have known him.

We can further state that we feel he is in NO WAY a danger to the community or public.

For your information, our professions are retired/disabled (Kirby) and Inspector Services/Security Specialist working under the FEMA HIS Contract (Holly).

We live down the road a bit from Tom and Sharon.

Respectfully,

Kirby DeHaven & Holly DeHaven
Summit Point, WV

 Gmail

**Sharon Caldwell <redstart11@gmail.com>**

## Tom Caldwell


To:

Fri, May 12, 2023 at 3:22 PM

Diann Tomblin
Retired

I have known Tom for three years. I met him at a mutual friends Fourth of July party.
I instantly realized we have a lot in common: age, interests, disabilities, etc. He, and my husband have similar
orthopedic problems.
We have been in touch since that time. He, and Sharon are very personable, and kind people.
Tom would never be a danger to anyone, and is an asset to our community. I look forward to spending time with them
soon.

Diann Tomblin
Berryville, Va.

5/9/23

My name is Brooke and I am 11 years old, I am friends with Mr. Tom. I Love helping Mr. Tom with his house. Mr. Tom is a really great guy, he will never hurt anyone, he will protect anyone when he needs to. Mr. Tom loves makeing people laugh and will always make the best out of anything. The first time I met Mr. Tom I know I could trust him with anything. I can't spend the night with my nana and pappp house, but I could spend the night at Mr. Tom house because I trust him, and I know I am safe there. Mr. Tom is like a second dad to me because he take care of me and everone. Mr. Tom is a really great guy and I think everone needs to trust him. I go over to his hase to have holiday dinnes with him, I pray with him and the family. I love going over there to hang out with him and help him with everthing because he makes me laugh and he is really goofly, I just love being there with him. Mr. Tom is a really helpful guy and will always help anyone out when he needs to if he can. I Love Mr. Tom because he is goofy and funny, he makes me laegh ever time I go over there. I just hope you understand how important Mr. Tom is to me and everyone around him, just pleace understand how important he is to us.

Brooke Godbold
Kearneysville
West · Virginia

Wednesday, May 10, 2023

To whom it may concern,

My name is Lisa Godbold and I am a Receptionist at a Physical Therapy office. I met Tom Caldwell in the winter of 2019. We live about 20 minutes from Tom's house, right over the WV/VA line. My husband did some restorations for Tom's fathers' house to get ready to sell and Tom had asked me to clean the house in the spring of 2020 once all the repairs were complete. My husband and I met Tom through my husband's parents who live right down the road from Tom. After cleaning Tom's house, he was so thankful for everything that my family had done for him to help get his father's house ready to sell. Tom wasn't able to do a lot of the work himself due to physical disabilities. When I first met Tom during that time he was so welcoming and so considerate. He really made me feel as if I had known him my whole life. He was so easy to talk to. I have never met anyone who was more appreciative of all the little things. I really like how Tom treats both my kids as his own whenever they are around each other. He is so patient with them and is so kind. They both really like Tom. Tom is a true American patriot and believer in God. We have been over at Tom & Sharon's house several times for dinner and every time we get ready to eat he would ask us all to pray with him. He is such a gentle guy there is no way he would hurt anyone in anyway. He is completely loved by everyone that has met him. My family and I are blessed to have him in our lives. It is refreshing to have such a great friend who has become more like family!

Sincerely,

*Lisa Godbold*

Lisa Godbold
Kearneysville, WV

`To the honorable judge Mehta,

My name is Joe Godbold, I am a operations supervisor of a large scale home owners association, in Loudoun county, VA. I was a character witness for Mr. Caldwell back on November 14th, 2022. I hope this letter gets to you. And that all is good with you and yours. I couldn't really speak much about Mr. Caldwell, as an individual.  My family and I have known Mr. Caldwell for about 4 years now. And in these wonderful 4 years he too has become family, not only to my wife and I, but also my two children. He is the goofy, fun loving, intelligent, and extremely smart "uncle" tom we've never had. His love for our country, and all of God's children and living things runs so strong.  From the first moments we met him and his wife, we knew that they would be great friends and a part of our lives, and family forever. They have visited our farm for dinner and other occasions, and we have visited theirs.  And Mr. Caldwell always makes it a point to say the prayer before dinner. He truly loves life and everyone in it. Mr. Caldwell and his lovely wife are truly family.  Mr. Caldwell has the kindest, most sincere heart of anyone I have ever met. I truly believe he wouldn't even harm an earthworm. He honestly would probably give it CPR or even mouth to mouth to protect it and save it from harm. He served our country for 20 years for a reason. And that was to protect and serve.   And he has always stood true to that and his oath. Mr. Caldwell would never cause anyone or anything any harm. Especially this wonderful country we live in and that he served with his life for all those years.  Mr. Caldwell is loved by everyone he has ever met. Especially here in his hometown.  He deserves to be here and help us all as he has always done. He is a true legend and leader to his friends, family and community.

JOE GODBOLD
Kearneysville, WV

Hello my name is Dennis Godbold. I am a disabled retired building engineer, and 26 year American Red Cross volunteer instructor. I have known Thomas Caldwell since Oct 2015. Tom has always been a community leader and friend to all he meets. My friend Tom has been caught up in a terrible situation brought on by his own friendliness to others. Even with his disabilities, he is always willing to help a friend or neighbor.

My family and I enjoy Tom and Sharon's company and respect the friendship we have built through the years. Tom is the kindest, most open-minded person I know. He is a true community leader, and in no way shape or form a criminal in any respect.

Tom has already served time in prison and has lost almost everything he and his wife owned and worked for their entire lives.

I am pleading with the courts to please have mercy on my very sick friend and brother, because all who know Tom know that any further jail time will ultimately result in his untimely death. And his wife Sharon will lose everything and the person she loves most in this world.

Respectfully: Dennis Godbold  Berryville, VA