To Honorable Amit P. Mehta:

Thank you for your consideration of Roberto Minuta.

My name is Sandi Brandon and I know Mr. Minuta from meeting him at church and as a potential construction manager for my home project in Prosper, Texas.

About my home project, he told me the truth about what would be in my best interest when he could have benefitted himself. He demonstrated integrity and kindness. He even offered to help my husband as a neighborly person.

As I serve as the director of prayer at Rock Creek Church in Prosper, Texas, I offered to pray for him and his family. As his greatest concern has repeatedly been for his wife and children, he has come to me for prayer at church and we have been very intentional about covering him, Gisela and the kids in prayer.

I have been repeatedly exposed to this man, and I find him to be of the highest integrity and character.

Thank you for your consideration.

Sincerely,

Sandi Brandon
Director of Prayer
Rock Creek Church