**ORAGOM LLC**
780-784 Broadway
Newburgh, NY 12550

05-08-2023

To: Honorable Amit P. Mehta

Re: Roberto Minuta

It has been my pleasure to know Mr. Roberto Minuta for several years.
Since May, 2017, when I bought the property 784 Broadway Newburgh New York
where he operated his business "Casa di Dolore" Tattoo Parlor.

Roberto, very hard worker man has always demonstrated great respect
and caring for myself and other tenants, I have never seen Mr. Minuta conduct himself
in any way other than in a quiet, honorable and dignified manner,
nor have I ever heard of him conducting himself in any other manner.

My wife Lucia and I exchanged conversations with Roberto's parents and his wife
Gissela on many occasions, and can testify as to the good quality input and the quality
regarding the character of Roberto Minuta.
Thank you for your time and thoughtful consideration.

As I respectfully sign,


Oscar Gomez