# Gamma Realty corp.

One Moonlight Drive
Wallkill NY12589
845-541-1065

To Honorable Amit P Mehta,

    My name is Mark Gamma. I have known Robert Minuta since he was born. His father and I grew up together. Robert has always been a very peaceful and respectful young man with a tremendous talent for art. Robert wanted to open a tattoo shop in one of my properties. I took a chance and rented him one of my buildings. Robert was a great tenant, paid his rent on time, never had any issues with him. He renewed my faith in giving a young person a chance. Robert and his family have had a great reputation in our community for over 60 years.

Mark Gamma

X_____

05/08/23

Gamma Realty Corp