To Honorable Amit P. Mehta,

    My name is Dr. Andrew Roy and I have been a close personal friend of Robert Minuta for 3 years. We first met through our wives being in the same bible study together. Since then our families have done life together, with our kids becoming good friends as well. Rob has impacted my life in a positive way by being a genuine friend that is full of encouragement.

    My intent in writing this letter is to ask for leniency for Rob as I believe him to be a person of good moral standing. I feel the need to write this letter because I don't believe what Rob is charged with is an accurate depiction of his character. He is first and foremost a man of God who is honest, hardworking, and the sole income earner of his family. In the last 3 years of knowing Rob, I have never seen him wrong another person and is always one of the first to offer help to those in need. Our community as a whole knows Rob as an upstanding and peaceful person. I hope you can find it in your heart to show leniency to Robert Minuta.

Sincerely,

_____                    5/15/23
Dr. Andrew Roy                                                      Date