### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. As the Court is aware, sentencing in this matter is scheduled for May 24, 2023.

3. The Defendant resides in Berryville, Virginia, which is approximately a two-hour drive to the courthouse.

4. The Defendant and his wife desire to stay at a hotel in Arlington, Va. on May 23, 2023, the night before sentencing.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to stay at a hotel in Arlington, Virginia on May 23, 2023.

                                                                                /s/
                                             David W. Fischer, Esq.
                                             Federal Bar No. 023787
                                             Law Offices of Fischer & Putzi, P.A.
                                             Empire Towers, Suite 300
                                             7310 Ritchie Highway
                                             Glen Burnie, MD 21061
                                             (410) 787-0826
                                             Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2023, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:     Office of the United States Attorney
                                555 4th Street, NW
                                Washington, DC 20001


                                            /s/
                                David W. Fischer, Esq.