#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant is permitted to travel on May 23, 2023, after 1:00 p.m., to Arlington, Virginia and spend the night at a hotel in Arlington, and further to travel to the United States District Court in Washington, D.C. on May 24, 2023.

_____    _____
Date                                            Honorable Amit P. Mehta
                                                    United States District Court