LAW OFFICES
## FISCHER & PUTZI, P.A.

SUITE 300, EMPIRE TOWERS
7310 RITCHIE HIGHWAY
GLEN BURNIE, MD 21061
410-787-0826
www.fischerputzilawfirm.com

DAVID W. FISCHER
DAVID P. PUTZI

FACSIMILE
410-787-1853

May 18, 2023

Honorable Amit P. Mehta
U.S. District Court Judge
333 Constitution Ave, NW
Washington, DC 20001

    Re:    United State vs. Thomas Caldwell
             Criminal No.: 22-15 APM

Your Honor:

    Please be advised that on behalf of Mr. Caldwell, the defense may call his wife, Sharon Caldwell, as a witness at sentencing. No other witnesses will be called.

Yours truly,

David W. Fischer, Esq.

DWF/amw