**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 22-cr-15 (APM)** |
| | ) | |
| **JOSEPH HACKETT** | ) | |
| | ) | |

## NOTICE REGARDING WAIVER OF APPEARANCE

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby gives notice that he waives his appearance for the in-person hearing regarding sentencing issues common to one or more defendants, which is scheduled for Wednesday, May 24, 2023, at 9:30 a.m.

Respectfully submitted,

/s/ Angela Halim
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date, a copy of the foregoing Notice was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF.  The same is available for viewing and downloading upon all parties of record.


                /s/ Angela Halim
              Angela Halim, Esq.

Dated:  May 18, 2023