UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: Cr. 1:22-cr-15 (APM) |
| | ) | |
| DAVID MOERSCHEL | ) | |

## NOTICE REGARDING WAIVER OF APPEARANCE

**David Moerschel,** by and through counsel, Scott Weinberg, Esq. hereby gives notice that he waives his appearance for the in-person hearing regarding sentencing issues common to one or more defendants, which is scheduled for Wednesday, May 24, 2023 at 9:30am.

Respectfully submitted,

/s/ Scott Weinberg
Suarez, Rios & Weinberg, P.A.
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone: (941) 575-8000
Facsimile: (941) 575-8888
E-mail: Scott@bsrlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 18, 2023 a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

By /s/ Scott Weinberg
Scott Weinberg