UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**STEWART RHODES, et. al.,** )<br>)<br>)<br>**Defendants** )<br>) | Case No. 22-cr-00015-APM |

**DEFENDANT ROBERTO MINUTA'S NOTICE OF WAIVER OF IN-PERSON APPEARANCE AND REQUEST TO APPEAR BY ZOOM**

> William L. Shipley
> PO Box 745
> Kailua, Hawaii 96734
> Tel: (808) 228-1341
> Email: 808Shipleylaw@gmail.com
> *Attorney for Defendant*

1

NOW comes Defendant Roberto Minuta by and through his undersigned counsel of record William L. Shipley, Esq., hereby gives notice that he waives his appearance for the in-person hearing scheduled for Wednesday, May 24, 2023, at 9:30 a.m.   Further, Defendant Minuta requests to appear for the hearing via Zoom.

Dated: May 18, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ William L. Shipley
　　　　　　　　　　　　　　　　　　William L. Shipley, Jr., Esq.
　　　　　　　　　　　　　　　　　　PO BOX 745
　　　　　　　　　　　　　　　　　　Kailua, Hawaii 96734
　　　　　　　　　　　　　　　　　　Tel: (808) 228-1341
　　　　　　　　　　　　　　　　　　Email: 808Shipleylaw@gmail.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant*