UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 22-cr-15 (APM) |
| ELMER STEWART RHODES, III, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

At the hearing to address Defendant Thomas Caldwell's Rule 29 Motion, scheduled for Monday, May 22 at 10:00 a.m., counsel shall be prepared to address the following two questions:

1.) With respect to Defendant Caldwell's conviction for Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2), which acts constitute independent unlawful conduct in order to satisfy the requirement that a defendant act "corruptly"?

2.) With respect to Defendant Caldwell's conviction for Tampering with Documents or Proceedings in violation of 18 U.S.C. § 1512(c)(1), has the government established the requisite nexus between the obstructive conduct and a foreseeable grand jury proceeding, as opposed to an FBI investigation? *See United States v. Aguilar*, 515 U.S. 593 (1995); *United States v. Young*, 916 F.3d 368 (4th Cir. 2019).

Date: May 18, 2023

Amit P. Mehta
United States District Court Judge