UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>                    *Defendant*. | No. 22-cr-15 (APM) |

## NOTICE REGARDING WAIVER OF APPEARANCE

Edward Vallejo, through counsel, hereby gives notice that he waives his appearance for the in-person hearing regarding sentencing issues common to one or more defendants, which is scheduled for Wednesday, May 24, 2023 at 9:30 a.m.

May 18, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*