IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE REGARDING WAIVER OF APPEARANCE**

The Defendant, Thomas E. Caldwell, by and through counsel, David W. Fischer, Esq., hereby gives notice that he waives his appearance for the in-person hearing regarding sentencing issues common to one or more defendants, which is scheduled for Wednesday, May 24, 2023 at 9:30 a.m.

                                                           /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May, 2023, a copy of the foregoing Notice was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:     Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

                                                           /s/
David W. Fischer, Esq.