## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 22-cr-15 (APM) |
| | ) | |
| **JOSEPH HACKETT** | ) | |
| | ) | |

## NOTICE OF JOINDER

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby gives notice that he adopts and joins ECF 541, Defendant Thomas Caldwell's Reply to Government's Response to Defendant's Notice of New Authority.

Respectfully submitted,

/s/ Angela Halim
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing Notice of Joinder was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading for government counsel and all parties of record.

                                            /s/ Angela Halim
                                            Angela Halim, Esq.

Dated: May 23, 2023