# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) **Criminal No. 1:22-cr-00015-APM** |
| v. | ) ) ) |
| **KELLY MEGGS,** | ) ) ) |
| Defendant. | ) ) |

## SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM

Mr. Meggs submits the attached additional correspondence in support of his Sentencing Memorandum, (May 5, 2023) (ECF No. 569), which will be addressed in Mr. Meggs's allocution at sentencing.

Dated: May 25, 2023

Respectfully submitted,

　　　*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*

**Certificate of Electronic Service**

I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

Respectfully submitted,

_/s/ Stanley E. Woodward, Jr._
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*
