# EXHIBIT B

 

Dear Kelly Meggs,

Thank you for your interest in the College Bridge Writing Program! We would like to formally welcome you to our Spring 2022 College Bridge Writing course.

The College Bridge Program is the result of a partnership between the University of Maryland and the Petey Greene Program, a nonprofit organization that operates the largest multi-state volunteer tutoring program in jails, prisons, and detention centers. The course is taught by Dr. Peter Mallios and Elizabeth Catchmark, both affiliated with the University of Maryland. Your writing this semester will also be supported by a tutor from the Petey Greene Program.

The course begins February 7th and runs for nine weeks. Over the next three months, we will work together to learn how to analyze complex texts, how to think critically and how to express our thoughts in writing in an effective and persuasive way.

We look forward to getting to know you!

Norma Dhanaraj, The Petey Greene Program Regional Manager in Washington DC *and* Tara Hottman, Leading Edge Fellow at the Petey Greene Program in Washington DC