# EXHIBIT C



5 May 2023

To Whom it May Concern:

███████████████████████████████████████████ and has been in operation for 11 years.  I was introduced to Mr. Kelly Meggs for over a year.  During this time I have had extensive conversations about his personal life and his extensive and successful background in operations management and personnel development.  I am currenting in the process of expanding my operation to a national level and have considered adding Mr. Meggs in a Management/Supervisor capacity in the Southeast Region.

The options for employment are to a certain degree contingent on how soon Mr. Meggs would be released, but we are hopeful that we will have the opportunity to add Kelly to our management team.

Sincerely,

