# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**KENNETH HARRELSON**<br><br>Defendant. | Case No.<br><br>22-cr-15<br><br>Assigned to the Honorable<br>Judge Amit Mehta |

## SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM

Mr. Harrelson submits the attached additional correspondence in support of Mr. Harrelson's allocution at sentencing.

Dated:  May 26, 2023          RESPECTFULLY SUBMITTED

KENNETH HARRELSON, *By Counsel*

/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## CERTIFICATE OF SERVICE

1

2

      I hereby certify that on May 26, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                /s/ Brad Geyer
                Bradford L. Geyer, PHV
                PA 62998
                NJ 022751991
                Suite 141 Route 130 S., Suite 303
                Cinnaminson, NJ 08077
                Brad@FormerFedsGroup.Com
                (856) 607-5708