To the honorable judge Amit Mehta.

   Your Honor first I would like to thank you for taking time out of your day and busy schedule to read this letter I am writing you.

My name is Kris Brown and I am writing this letter on Kenneth Harrelson's behalf asking you for leniency on your judgment if not requesting releasing him on time served.

Knowing Ken as I do, I honestly do not believe he went to D.C that day with any amount of malicious intent at all whatsoever.

   I have known Ken for the last 10 years and over that time I have gotten to know him extremely well and we became really close friends. Well enough to consider him my brother. Ken is a good man and that goes beyond him being a good provider for his family, a good husband and great father. He is a man willing to put himself before others. For their health, welfare, wellbeing and safety. He will give a complete stranger the shirt off his back, food off his plate, and money out of his pocket to help someone in need, as I have seen him do on several occasions. One of those occasions was for myself as I was in a bad place mentally and financially.

   Kenny is willing to help out and serve in his community when needed. As you know living down here in Florida with hurricane season is when neighbors need each other most. As the destruction and devastation can be catastrophic at times. We were both in the beginning stages of making a plan for a nonprofit voluntary group of people within the community, to be there for others in need after such a storm or other natural disaster. We were going to call the team of people CERT( Community Emergency Response Team) . We wanted to organize several teams in the major metropolitan areas within our county and take our plan for this to the sheriff and county board of commissioners once we had everything planned out and in writing. Granted it may have taken a few months to a year or so to complete this process but the kind of person Kenny is we both would have stuck through it to see all that come to fruition.

   Again I would like to thank you for your consideration on granting Kenny leniency in your judgment


Yours sincerely
Kristopher K. Brown