IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**KENNETH HARRELSON**<br><br>Defendant. | Case No.<br><br>22-cr-15<br><br>Assigned to the Honorable<br>Judge Amit Mehta |

## NOTICE OF APPEAL

Comes now Defendant Kenneth Harrelson, by counsel, and notes his appeal of his final judgment, conviction, and sentencing to the United States Court of Appeals for the District of Columbia Circuit. This notice is filed without prejudice and with all rights reserved regardless as to the identity of successor counsel.

Further, Defendant respectfully requests he be provided with court appointed counsel given his being *in forma pauperis* pursuant to the Criminal Justice Act for purposes of his appeal.

Dated:  June 6, 2023    RESPECTFULLY SUBMITTED
KENNETH HARRELSON, *By Counsel*
/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

2