IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:22-CR-15-apm |
| | : |
| **v.** | : |
| | : |
| **JESSICA WATKINS,** | : |
| | : |
| **Defendant** | : |

### DEFENDANT JESSICA WATKINS NOTICE OF APPEAL

Comes now Defendant Jessica Watkins, by and through counsel, and notes her appeal of her final judgment, conviction, and sentencing to the United States Court of Appeals for the District Court of Columbia Circuit. This notice is filed without prejudice and with all rights reserved regardless as to the identity of successor counsel.

Respectfully submitted,

Date: 7 June 2023

*/s/Jonathan W. Crisp*
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individuals listed below:

### ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov


Jeffrey S. Nestler, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Jeffrey.nestler@usdoj.gov


Date: 7 June 2023                    /s/ Jonathan W. Crisp
                                     Jonathan W. Crisp, Esquire
                                     4031 North Front St.
                                     Harrisburg, PA  17110
                                     I.D. # 83505
                                     (717) 412-4676
                                     jcrisp@crisplegal.com
                                     Attorney for Defendant