UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 22-CR-15 (APM) |
| | : |
| **ELMER STEWART RHODES, III,** | : |
| et al. | : |
| | : |
| **Defendants.** | : |

## NOTICE OF WITHDRAWAL

The government informs the Court that Assisant United States Attorney Ahmed M. Baset, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    DC Bar No. 481052


By:   /s/ *Ahmed M. Baset*
        AHMED M. BASET
        Assistant United States Attorney
        United States Attorney's Office
        for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530

## CERTIFICATE OF SERVICE

On this 9th day of June 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Ahmed M. Baset*
Ahmed M. Baset
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, DC 20530