UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **ROBERTO MINUTA** ) <br> ) <br> ) <br> **Defendant** ) <br> ) | **Case No. 22-cr-00015** |

### DEFENDANT ROBERTO MINUTA'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Roberto Minuta, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Sentencing of this Court entered on June 1, 2023.

Dated: June 14, 2023    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1