UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) No.: Cr. 1:22-cr-15 (APM)
)
DAVID MOERSCHEL )
_____/

# DEFENDANT DAVID MOERSCHEL'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant David Moerschel, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Sentencing of this Court entered on June 2, 2023.

Respectfully submitted,

/s/ *Scott Weinberg*
Suarez, Rios & Weinberg, P.A.
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone: (941) 575-8000
Facsimile: (941) 575-8888
E-mail: Scott@bsrlegal.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2023 a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

By /s/ *Scott Weinberg*
Scott Weinberg, Esq.