**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 1:22-cr-00015-APM** |
| **v.** ) | |
| ) | |
| ) | |
| **KELLY MEGGS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kelly Meggs hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence entered in this case on June 5, 2023 (ECF No. 626).

**[SIGNATURE ON NEXT PAGE]**

Dated: June 20, 2023                    Respectfully submitted,

                                        */s/ Stanley E. Woodward, Jr.*
                                        Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                        BRAND WOODWARD LAW, LP
                                        400 Fifth Street, Northwest
                                        Suite 300
                                        Washington, District of Columbia  20001
                                        202-996-7447 (telephone)
                                        202-996-0113 (facsimile)
                                        Stanley@BrandWoodwardLaw.com

                                        *Counsel for Defendant Kelly Meggs*

## Certificate of Electronic Service

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

Respectfully submitted,

_____/s/ Stanley E. Woodward, Jr._____

Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Suite 300
Washington, District of Columbia  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*