IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, <br><br> v. <br><br> Elmer Stewart Rhodes, *et al.*, <br><br> Defendant. | Criminal Action No. 22-00015 (APM) <br><br> Honorable Amit P. Mehta |

### ORDER ON APPLICATION FOR ACCESS TO TRIAL EXHIBITS

In consideration of the May 12, 2023 Application for Access to Trial Exhibits filed in this matter by applicants Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Applicants"), and finding good cause for the relief sought therein, this Court hereby **GRANTS** the Application and **ORDERS** that the Government allow Applicants, through their counsel, to access and download all admitted exhibits from both trials in the above-captioned matter, including downloadable documentary, photographic, and videographic exhibits, via the electronic "drop box" solution outlined in Standing Order No. 21-28, which governs public access to video exhibits in criminal cases arising from the January 6, 2021 attack on the Capitol.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE