**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 22-cr-15-7 (APM)** |
| | ) | |
| **JOSEPH HACKETT** | ) | |
| | ) | |

## NOTICE OF APPEAL

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby gives notice pursuant to Fed. R. App. P. 4(b) of his intent to appeal from this Court's Judgment in a Criminal Case, entered July 5, 2023, at ECF 648, in the above-captioned matter.

Respectfully submitted,

_____/s/ Angela Halim_____
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this date, a copy of the foregoing was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF.  The same is available for viewing and downloading upon all parties of record.


             /s/ Angela Halim
            Angela Halim, Esq.

Dated:  July 6, 2023