# EXHIBIT ONE
# (FILED UNDER SEAL)