# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>              *Defendant*. | No. 22-cr-15 (APM) |

## DEFENDANT EDWARD VALLEJO'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), Defendant Edward Vallejo hereby gives notice of his intent to appeal from this Court's Judgment in a Criminal Case, entered July 5, 2023, at ECF 650, in the above-captioned matter.

July 11, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*