United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 22-cr-15 (APM)
)
JESSICA WATKINS )

**NOTICE OF APPEAL**

Name and address of appellant: United States of America

Name and address of appellant's attorney:
Jeffrey Nestler, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.1501
Washington, DC 20253

Offense: 18 USC Sec. 1512(k); 18 USC Secs. 1512(c)(2) and 2; 18 USC Sec. 372; 18 USC Secs. 231(a)(3) and 2

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed on May 26, 2023 (judgment entered on the docket on June 12, 2023), sentencing defendant to a total of 102 months' imprisonment, followed by a total of 36 months' supervised release; assessment of $400.00

Name and institution where now confined, if not on bail: DC Jail/CTF

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| July 12, 2023 | United States of America |
|---|---|
| DATE | APPELLANT |
|  | Jeffrey Nestler |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ✔
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?           YES ☐   NO ✔
Has counsel ordered transcripts?                 YES ✔   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ✔