# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 22-cr-15 (APM) |
| ) | |
| JOSEPH HACKETT ) | |

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Jeffrey Nestler, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.1501
Washington, DC 20253

Offense: 18 USC Sec. 2384; 18 USC Sec. 1512(k); 18 USC Secs. 1512(c)(2) and 2; 18 U.S.C. Sec. 372

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed on June 2, 2023 (judgment entered on the docket on July 5, 2023), sentencing defendant to to a term of 42 months' imprisonment on each count, to run concurrently, followed by a term of 36 months' supervised release on each count, to run concurrently; assessment of $400.00

Name and institution where now confined, if not on bail: on bail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| July 12, 2023 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Jeffrey Nestler |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ✔
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal? YES ☐ NO ✔
Has counsel ordered transcripts? YES ✔ NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES ☐ NO ✔