APPEAL,CAP,CAT B,HSD

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:22-cr-00015-APM-11

Case title: USA v. RHODES, III et al                    Date Filed: 01/12/2022

Assigned to: Judge Amit P. Mehta

**Defendant (11)**
**EDWARD VALLEJO**                    represented by **Christa Nicols**
CLINTON & PEED
1775 Eye Street NW
Suite 1150
Washington, DC 20006
202-919-9491
Email: christa@clintonpeed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Matthew J. Peed**
CLINTON & PEED
1775 Eye Street, NW
Suite 1150
Washington, DC 20006
(202) 919-9491
Email: matt@clintonpeed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2384; SEDITIOUS CONSPIRACY; Seditious Conspiracy (1) | Dismissed on Oral Motion of the Government. |
| 18 U.S.C. 2384; SEDITIOUS CONSPIRACY; Seditious Conspiracy (1s) | Sentenced to 36 months of incarceration followed by 36 months of supervised release. The first 12 months of supervised release shall be served on home confinement. The terms of incarceration and supervised release shall run concurrently to those imposed as to Counts 2s, 3s, and 4s. Special assessment imposed on this count in the amount of $100. |
| 18:1512(k); TAMPERING WITH WITNESS, VICTIM, OR AN INFORMANT; Conspiracy to Obstruct an | Dismissed on Oral Motion of the Government. |

Official Proceeding
(2)

18 U.S.C. 1512(k); TAMPERING WITH
WITNESS, VICTIM, OR AN
INFORMANT; Conspiracy to Obstruct an
Official Proceeding
(2s)

Sentenced to 36 months of incarceration
followed by 36 months of supervised
release. The first 12 months of supervised
release shall be served on home
confinement. The terms of incarceration and
supervised release shall run concurrently to
those imposed as to Counts 1s, 3s, and 4s.
Special assessment imposed on this count in
the amount of $100.

18:1512(c)(2), 2; TAMPERING WITH A
WITNESS, VICTIM OR INFORMANT;
Obstruction of an Official Proceeding and
Aiding and Abetting
(3)

Dismissed on Oral Motion of the
Government.

18 U.S.C. 1512(c)(2), 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(3s)

Sentenced to 36 months of incarceration
followed by 36 months of supervised
release. The first 12 months of supervised
release shall be served on home
confinement. The terms of incarceration and
supervised release shall run concurrently to
those imposed as to Counts 1s, 2s, and 4s.
Special assessment imposed on this count in
the amount of $100.

18:372; CONSPIRE TO IMPEDE OR
INJURE OFFICER; Conspiracy to Prevent
an Officer from Discharging Any Duties
(4)

Dismissed on Oral Motion of the
Government.

18 U.S.C. 372; CONSPIRE TO IMPEDE
OR INJURE OFFICER; Conspiracy to
Prevent an Officer from Discharging Any
Duties
(4s)

Sentenced to 36 months of incarceration
followed by 36 months of supervised
release. The first 12 months of supervised
release shall be served on home
confinement. The terms of incarceration and
supervised release shall run concurrently to
those imposed as to Counts 1s, 2s, and 3s.
Special assessment imposed on this count in
the amount of $100.

**<u>Highest Offense Level (Opening)</u>**
Felony

**<u>Terminated Counts</u>**                                              **<u>Disposition</u>**
None

**<u>Highest Offense Level (Terminated)</u>**
None

**<u>Complaints</u>**                                                    **<u>Disposition</u>**

None

___

**Interested Party**

**PRESS COALITION**                          represented by   **Charles D. Tobin**
                                                              BALLARD SPAHR LLP
                                                              1909 K Street, NW
                                                              12th Floor
                                                              Washington, DC 20006
                                                              202-661-2218
                                                              Fax: 202-661-2299
                                                              Email: tobinc@ballardspahr.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **Lauren Russell**
                                                              BALLARD SPAHR LLP
                                                              1909 K Street, NW
                                                              12th Floor
                                                              Washington, DC 20006
                                                              202-661-2200
                                                              Fax: 202-661-2299
                                                              Email: russelll@ballardspahr.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

                                                              **Maxwell S. Mishkin**
                                                              BALLARD SPAHR LLP
                                                              1909 K Street, NW
                                                              12th Floor
                                                              Washington, DC 20006
                                                              (202) 508-1140
                                                              Fax: (202) 661-2299
                                                              Email: mishkinm@ballardspahr.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Retained*

___

**Interested Party**

**CONRAD SMITH**                             represented by   **Edward G. Caspar**
                                                              LAWYERS' COMMITTEE FOR CIVIL
                                                              RIGHTS UNDER LAW
                                                              1500 K Street, NW
                                                              Suite 900
                                                              Washington, DC 20005
                                                              202-662-8390
                                                              Email: ecaspar@lawyerscommittee.org
                                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

USA                                    represented by    **Ahmed Muktadir Baset**
                                                         U.S. ATTORNEY'S OFFICE
                                                         United States Attorney's Office for the
                                                         District of Col
                                                         555 Fourth Street, N.W.
                                                         Room 4209
                                                         Washington, DC 20530
                                                         202-252-7097
                                                         Email: ahmed.baset@usdoj.gov
                                                         *TERMINATED: 06/09/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant U.S. Attorney*

                                                         **Alexandra Stalimene Hughes**
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         NSD
                                                         950 Pennsylvania Ave NW
                                                         Washington DC, DC 20004
                                                         202-353-0023
                                                         Email: Alexandra.Hughes@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant U.S. Attorney*

                                                         **Jeffrey S. Nestler**
                                                         U.S. ATTORNEY'S OFFICE
                                                         555 Fourth Street NW
                                                         Washington, DC 20530
                                                         202-252-7277
                                                         Email: jeffrey.nestler@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant U.S. Attorney*

                                                         **Justin Todd Sher**
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         950 Pennsylvania Avenue NW
                                                         Washington, DC 20530
                                                         202-353-3909
                                                         Email: justin.sher@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Assistant U.S. Attorney*

                                                         **Kathryn Leigh Rakoczy**
                                                         U.S. ATTORNEY'S OFFICE FOR THE
                                                         DISTRICT OF COLUMBIA

555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
Fax: (202) 305-8537
Email: kathryn.rakoczy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
Email: louis.manzo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Troy A. Edwards , Jr.**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 258-1251
Email: troy.edwards@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2022 | 1 | SEALED INDICTMENT as to ELMER STEWART RHODES, III (1) count(s) 1, 2, 3, 4, 9, KELLY MEGGS (2) count(s) 1, 2, 3, 4, 5, 10, KENNETH HARRELSON (3) count(s) 1, 2, 3, 4, 5, 11, JESSICA WATKINS (4) count(s) 1, 2, 3, 4, 5, 6, JOSHUA JAMES (5) count(s) 1, 2, 3, 4, 7, 8, 12, ROBERTO A. MINUTA (6) count(s) 1, 2, 3, 4, 13, JOSEPH HACKETT (7) count(s) 1, 2, 3, 4, 5, 14, DAVID MOERSCHEL (8) count(s) 1, 2, 3, 4, 5, 15, BRIAN ULRICH (9) count(s) 1, 2, 3, 4, 16, THOMAS EDWARD CALDWELL (10) count(s) 1, 2, 3, 4, 17, EDWARD VALLEJO (11) count(s) 1, 2, 3, 4. (bb) (Entered: 01/14/2022) |
| 01/12/2022 | 3 | MOTION to Seal Case by USA as to ELMER STEWART RHODES, III(1), KELLY MEGGS(2), KENNETH HARRELSON(3), JESSICA WATKINS(4), JOSHUA JAMES(5), ROBERTO A. MINUTA(6), JOSEPH HACKETT(7), DAVID MOERSCHEL(8), BRIAN ULRICH(9), THOMAS EDWARD CALDWELL(10), EDWARD VALLEJO(11). (Attachments: # 1 Text of Proposed Order)(bb) (Entered: 01/14/2022) |
| 01/12/2022 | 4 | ORDER granting 3 Motion to Seal Case as to ELMER STEWART RHODES III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), JOSHUA JAMES (5), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), BRIAN ULRICH (9), THOMAS EDWARD CALDWELL (10), EDWARD VALLEJO (11). Signed by Judge Amit P. Mehta on 1/12/2022. (bb) (Entered: 01/14/2022) |

| 01/13/2022 | 6 | Arrest Warrant, dated 1/12/2022, Returned Executed on 1/13/2022 as to EDWARD VALLEJO (11). (bb) (Entered: 01/14/2022) |
|---|---|---|
| 01/13/2022 | | Arrest of EDWARD VALLEJO in Arizona. (bb) (Entered: 01/14/2022) |
| 01/13/2022 | | Case unsealed as to ELMER STEWART RHODES, III(1), KELLY MEGGS(2), KENNETH HARRELSON(3), JESSICA WATKINS(4), JOSHUA JAMES(5), ROBERTO A. MINUTA(6), JOSEPH HACKETT(7), DAVID MOERSCHEL(8), BRIAN ULRICH(9), THOMAS EDWARD CALDWELL(10), EDWARD VALLEJO(11). (bb) (Entered: 01/14/2022) |
| 01/18/2022 | 7 | MOTION for Order to Adopt the Record of Case No. 21-cr-28 by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Nestler, Jeffrey) (Entered: 01/18/2022) |
| 01/19/2022 | 8 | ORDER granting 7 Motion for Order as to ELMER STEWART RHODES III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), JOSHUA JAMES (5), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), BRIAN ULRICH (9), THOMAS EDWARD CALDWELL (10), EDWARD VALLEJO (11). The court hereby adopts the record in case 21-cr-28-APM through January 12, 2022, as the record in the instant case. See attached Order for additional details. Signed by Judge Amit P. Mehta on 1/19/2022. (lcapm1) (Entered: 01/19/2022) |
| 01/20/2022 | 9 | NOTICE *of Certification in Response to Court's December 23, 2021 Order* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO (Nestler, Jeffrey) (Entered: 01/20/2022) |
| 01/21/2022 | | MINUTE ORDER. The parties in this newly indicted matter shall appear for a consolidated status conference with case 21-cr-28, as previously scheduled, on Tuesday, January 25, 2022, at 11:00 a.m. Arrangements are being made for detained defendants to participate remotely. The courtroom deputy will circulate teleconference information to counsel and non-detained defendants. Members of the public may access the conference by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. The public access line will be muted and should only be used by non-participating parties. Signed by Judge Amit P. Mehta on 1/21/2022. (lcapm1) (Entered: 01/21/2022) |
| 01/24/2022 | 21 | NOTICE OF ATTORNEY APPEARANCE: Matthew J. Peed appearing for EDWARD VALLEJO (Peed, Matthew) (Entered: 01/24/2022) |
| 01/26/2022 | | NOTICE OF HEARING as to EDWARD VALLEJO (11): Arraignment set for 1/28/2022 at 3:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the conference by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) (Entered: 01/26/2022) |
| 01/28/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to EDWARD VALLEJO (11) held via videoconference on 1/28/2022. Plea of Not Guilty entered by EDWARD VALLEJO (11) as to Counts 1, 2, 3, and 4. In the interests of justice, and for the reasons stated on the record, the time from 1/29/2022 through and including 3/4/2022 shall be excluded in computing the date for speedy trial in this case. |

| | | |
|---|---|---|
| | | Bond Status of Defendant: remains in-custody; Court Reporter: William Zaremba; Defense Attorney: Matthew Peed; US Attorney: Louis Manzo. (zjd) (Entered: 01/28/2022) |
| 02/10/2022 | 44 | STATUS REPORT *REGARDING DISCOVERY* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO (Rakoczy, Kathryn) (Entered: 02/10/2022) |
| 02/16/2022 | 48 | TRANSCRIPT OF JOINT STATUS CONFERENCE VIA ZOOM PROCEEDINGS in case as to ELMER STEWART RHODES, III, EDWARD VALLEJO before Judge Amit P. Mehta held on January 25, 2022; Page Numbers: 1-127. Date of Issuance: February 16, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 3/9/2022. Redacted Transcript Deadline set for 3/19/2022. Release of Transcript Restriction set for 5/17/2022.(wz) (Entered: 02/16/2022) |
| 03/04/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), BRIAN ULRICH (9), THOMAS EDWARD CALDWELL (10), EDWARD VALLEJO (11) held via videoconference on 3/4/2022. Defendant Vallejo (11) was not present for these proceedings. In the interests of justice, and for the reasons stated on the record, the time from 3/5/2022 through and including 4/8/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 4/8/2022 at 10:00 AM via videoconference before Judge Amit P. Mehta. **Members of the public may access the hearings by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747.** Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) placed on PR/HISP, Hackett (7) placed on PR/HISP, Moerschel (8) placed on personal recognizance, Ulrich (9) placed on personal recognizance, Caldwell (10) placed on PR/HISP; Court Reporter: William Zaremba; Defense Attorneys: Philip Linder (1), James Bright (1), Jonathan Moseley (2), Bradford Geyer (3), Jonathan Crisp (4), Alfred Guillaume (6), Angie Halim (7), Scott Weinberg (8), A.J. Balbo (9), David Fischer (10); Matthew Peed (11) US Attorneys: Kathryn Rakoczy and Jeffrey Nestler; Pretrial Officer: Christine Schuck. (zjd) (Entered: 03/04/2022) |
| 03/11/2022 | | MINUTE ORDER. The 39 court order requiring Defendant ELMER STEWART RHODES, III (1), to remain at his present facility in Oklahoma is hereby lifted. The U.S. Marshals Service may move Defendant Rhodes to a facility that it determines to |

| | | |
|---|---|---|
| | | be appropriate. Signed by Judge Amit P. Mehta on 3/11/2022. (lcapm1) (Entered: 03/11/2022) |
| 03/15/2022 | 64 | ORDER as to Defendants ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, and EDWARD VALLEJO. Trial is set to commence in this matter on July 11, 2022, at 9:30 a.m. The following deadlines shall govern this matter: (1) parties shall file their pretrial motions (other than motions in limine) on or before April 15, 2022; (2) oppositions to pretrial motions shall be filed on or before April 29, 2022; (3) replies to pretrial motions shall be filed on or before May 6, 2022; (4) counsel shall reserve May 17, 2022, at 1:00 p.m. for a hearing on pretrial motions, if necessary; (5) the United States shall make any required expert disclosures by May 23, 2022; (6) Defendants shall make any required reciprocal expert disclosures by June 6, 2022; (7) the United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before June 13, 2022; (8) motions in limine shall be filed on or before June 3, 2022; (9) oppositions to motions in limine shall be filed on or before June 17, 2022; (10) replies in support of motions in limine shall be filed on or before June 24, 2022; (11) any motions in limine by the United States shall be filed by June 16, 2022; (12) oppositions to such motions shall be filed by June 24, 2022; (13) Defendants shall satisfy their reciprocal discovery obligations, if any, by June 23, 2022; (14) the United States shall file any motion in limine pursuant to such discovery by June 30, 2022; (15) oppositions to such motions shall be filed by July 6, 2022; (16) the United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief and disclose any Brady material not already disclosed on or before July 1, 2022; (17) the parties shall file a draft Joint Juror Questionnaire by June 6, 2022; (18) qualified prospective jurors will appear on June 27, 2022 to answer the finalized version of the Questionnaire; (19) the parties' Joint Pretrial Statement is due on or before June 24, 2022; (20) the parties shall submit a Word format copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form on or before June 24, 2022; and (21) the Pretrial Conference previously scheduled for July 6, 2022, is hereby vacated and rescheduled for July 1, 2022, at 10:00 a.m. in Courtroom 10. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 3/15/2022. (lcapm1) (Entered: 03/15/2022) |
| 03/19/2022 | 66 | MOTION to Continue *Trial* by ROBERTO A. MINUTA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Guillaume, Alfred) (Entered: 03/19/2022) |
| 03/21/2022 | 67 | RESPONSE by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 66 MOTION to Continue *Trial* (Rakoczy, Kathryn) (Entered: 03/21/2022) |
| 03/29/2022 | 68 | ORDER denying 65 Motion to Continue Deadline for Filing Rule 12(b) Motions and denying 66 Motion to Continue Trial. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 3/29/2022. (lcapm1) (Entered: 03/29/2022) |
| 04/07/2022 | 76 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before |

| | | |
|---|---|---|
| | | Judge Amit P. Mehta held on March 4, 2022; Page Numbers: 1-72. Date of Issuance: April 7, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 4/28/2022. Redacted Transcript Deadline set for 5/8/2022. Release of Transcript Restriction set for 7/6/2022.(wz) (Main Document 76 replaced on 4/22/2022) (zltp). (Entered: 04/07/2022) |
| 04/08/2022 | 79 | ORDER granting 73 Unopposed Motion to Modify Conditions of Release as to THOMAS EDWARD CALDWELL (10). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 4/7/2022. (lcapm1) (Entered: 04/08/2022) |
| 04/08/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), BRIAN ULRICH (9), THOMAS EDWARD CALDWELL (10), EDWARD VALLEJO (11) held via videoconference on 4/8/2022. In the interests of justice, and for the reasons stated on the record, the time from 4/9/2022 through and including 7/11/2022 shall be excluded in computing the date for speedy trial as to defendants HARRELSON (3), WATKINS (4), HACKETT (7), MOERSCHEL (8), and CALDWELL (10). In the interests of justice, and for the reasons stated on the record, the time from 4/9/2022 through and including 9/26/222 shall be excluded in computing the date for speedy trial as to RHODES (1), MEGGS (2), MINUTA (6), ULRICH (9), and VALLEJO (11). Status Conference as to MEGGS (2) set for 4/22/2022 at 9:00 AM via videoconference before Judge Amit P. Mehta. Status Conference as to HARRELSON (3), WATKINS (4), HACKETT (7), MOERSCHEL (8), and CALDWELL (10) set for 5/6/2022 at 1:00 PM via videoconference before Judge Amit P. Mehta. Status Conference as to RHODES (1), MEGGS (2), MINUTA (6), ULRICH (9), and VALLEJO (11) set for 5/6/2022 at 02:30 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearings by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) remains on PR/HISP, Hackett (7) remains on PR/HISP, Moerschel (8) remains on personal recognizance, Ulrich (9) remains on personal recognizance, Caldwell (10) remains on PR/HISP, Vallejo (11) remains in-custody; Court Reporter: William Zaremba; Defense Attorneys: Philip Linder (1), Jonathan Moseley (2), Bradford Geyer (3), Jonathan Crisp (4), Alfred Guillaume, III and William Shipley, Jr. (6), Angie Halim (7), Scott Weinberg (8), A.J. Balbo (9), David Fischer (10), Matthew Peed (11); US Attorney: Kathryn Rakoczy. (zjd) (Entered: 04/21/2022) |

| 04/13/2022 | | MINUTE ORDER. Counsel for Defendant KELLY MEGGS, Jonathon Moseley, shall refrain from filing any additional motions on behalf of Defendant Meggs while action on Mr. Moseley's bar status before this District Court remains pending. At this juncture, Mr. Moseley remains only caretaker counsel until successor counsel enters an appearance. The court will consider those motions already filed by Mr. Moseley, but no more, absent exigent circumstances and leave of court. The court will accommodate the need for additional time for Defendant Meggs to file Rule 12 motions upon entry of successor counsel. Signed by Judge Amit P. Mehta on 4/13/2022. (lcapm1) (Entered: 04/13/2022) |
| 04/16/2022 | 94 | MOTION to Dismiss Count *One*, MOTION to Strike *Surplussage* by EDWARD VALLEJO as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 04/16/2022) |
| 04/16/2022 | 95 | ERRATA by EDWARD VALLEJO re 94 MOTION to Dismiss Count *One* MOTION to Strike *Surplussage* filed by EDWARD VALLEJO (Peed, Matthew) (Entered: 04/16/2022) |
| 04/18/2022 | | MINUTE ORDER. At the hearing held on April 8, 2022, the court set a deadline of April 11, 2022, for Defendant EDWARD VALLEJO to file his motion for review of his detention order, but he has filed no such motion. Accordingly, the bond review hearing scheduled for April 21, 2022, is hereby vacated. Signed by Judge Amit P. Mehta on 4/17/2022. (lcapm1) (Entered: 04/18/2022) |
| 04/18/2022 | 102 | MOTION for Bond by EDWARD VALLEJO. (Attachments: # 1 Exhibits 1-14, # 2 Text of Proposed Order)(Peed, Matthew) (Entered: 04/18/2022) |
| 04/19/2022 | | MINUTE ORDER. The United States shall respond to Defendant EDWARD VALLEJO's 102 Motion for Pretrial Release by April 25, 2022. The parties shall appear remotely for a hearing on Defendant's Motion on April 29, 2022, at 3:00 p.m. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. The public access line will be muted and should be used only by non-participating parties. Signed by Judge Amit P. Mehta on 4/19/2022. (lcapm1) (Entered: 04/19/2022) |
| 04/19/2022 | 155 | LEAVE TO FILE DENIED- Second motion for Dual Appellate and quad writ en banc as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO This document is unavailable as the Court denied its filing. Signed by Judge Amit P. Mehta on 4/18/2022. (zltp) (Entered: 06/15/2022) |
| 04/19/2022 | 156 | LEAVE TO FILE DENIED- Third motion for Dual Appellate and quad writ en banc as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO This document is unavailable as the Court denied its filing. Signed by Judge Amit P. Mehta on 4/18/2022. (zltp) (Entered: 06/15/2022) |
| 04/19/2022 | 157 | LEAVE TO FILE DENIED- Fourth & Fifth motion for Dual Appellate and quad writ en banc as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS |

| | | |
|---|---|---|
| | | EDWARD CALDWELL, EDWARD VALLEJO This document is unavailable as the Court denied its filing. Signed by Judge Amit P. Mehta on 4/18/2022. (zltp) (Entered: 06/15/2022) |
| 04/19/2022 | 158 | LEAVE TO FILE DENIED- Nineteenth Notice as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO This document is unavailable as the Court denied its filing. Signed by Judge Amit P. Mehta on 4/18/2022. (zltp) (Entered: 06/15/2022) |
| 04/20/2022 | | NOTICE OF HEARING as to EDWARD VALLEJO (11): Mr. Vallejo's Bond Hearing will now proceed on 4/29/2022 at 4:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) (Entered: 04/20/2022) |
| 04/21/2022 | 104 | NOTICE *of Filing of Corrected Exhibit* by EDWARD VALLEJO re 102 MOTION for Bond (Attachments: # 1 [Corrected] Exhibit 10)(Peed, Matthew) (Entered: 04/21/2022) |
| 04/25/2022 | 105 | MEMORAMDUM IN OPPOSITION to Motion by USA as to EDWARD VALLEJO re 102 MOTION for Bond (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Manzo, Louis) Modified event title on 4/27/2022 (znmw). (Entered: 04/25/2022) |
| 04/26/2022 | 106 | MOTION to Continue *Deadline for Responding to Rule 12 Motions* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Rakoczy, Kathryn) (Entered: 04/26/2022) |
| 04/27/2022 | | MINUTE ORDER granting in part the United States' 106 Motion for Extension of Deadline to Respond to Defendants' Rule 12 Motions. Given the court's schedule, the requested seven-day extension of both the opposition and reply deadlines will not allow enough time for the court to adequately prepare for the hearing, if briefing were to close on May 13, 2022. The court will grant a five-day extension, such that the United States' response shall be due on May 4, 2022, and Defendants' replies shall be due on May 11, 2022. Signed by Judge Amit P. Mehta on 4/27/2022. (lcapm1) (Entered: 04/27/2022) |
| 04/28/2022 | 107 | RESPONSE by USA as to EDWARD VALLEJO re 102 MOTION for Bond *with Supplemental Argument* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Manzo, Louis) (Entered: 04/28/2022) |
| 04/29/2022 | 108 | REPLY in Support by EDWARD VALLEJO re 102 MOTION for Bond (Attachments: # 1 Exhibit 15)(Peed, Matthew) (Entered: 04/29/2022) |
| 04/29/2022 | | NOTICE OF HEARING as to EDWARD VALLEJO (11): The Bond Hearing scheduled for April 29, 2022 is hereby vacated. Judge Mehta's courtroom deputy will reach out to counsel at a later time to coordinate a new hearing date. (zjd) (Entered: 04/29/2022) |
| 04/29/2022 | 113 | ORDER granting 110 Unopposed Motion to Modify Conditions of Release as to THOMAS EDWARD CALDWELL (10). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 4/29/2022. (lcapm1) (Entered: 04/29/2022) |
| 05/01/2022 | | MINUTE ORDER granting 111 , 112 Sealed Motions for Leave to File Documents Under Seal as to Defendant ROBERTO A. MINUTA (6). (These documents are |

| | | |
|---|---|---|
| | | SEALED and only available to authorized persons.) The Clerk of Court shall maintain 111 , 112 under seal. Defendant shall file public versions of those motions by May 4, 2022, redacting only those portions that pertain to Defendant's personal financial circumstances. Signed by Judge Amit P. Mehta on 5/1/2022. (lcapm1) (Entered: 05/01/2022) |
| 05/03/2022 | | NOTICE OF HEARING as to EDWARD VALLEJO (11): Bond Hearing set for 5/4/2022 at 4:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearings by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) (Entered: 05/03/2022) |
| 05/04/2022 | 115 | NOTICE *of Joinder to Codefendant Motions* by EDWARD VALLEJO (Peed, Matthew) (Entered: 05/04/2022) |
| 05/04/2022 | 120 | RESPONSE by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 93 MOTION to Change Venue (Attachments: # 1 Exhibit Appendix of Transcript Citations)(Rakoczy, Kathryn) (Entered: 05/04/2022) |
| 05/04/2022 | 121 | RESPONSE by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 91 MOTION to Sever Count(s) *14*, 90 MOTION to Dismiss Count *14* (Rakoczy, Kathryn) (Entered: 05/04/2022) |
| 05/04/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bond Hearing as to EDWARD VALLEJO (11) held on 5/4/2022. For the reasons stated on the record, the Court grants Defendant's 102 Motion for Pretrial Release. Bond Status of Defendant: placed on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Matthew Peed; US Attorney: Louis Manzo; Pretrial Officer: Shay Holman. (zjd) (Entered: 05/04/2022) |
| 05/04/2022 | 122 | ORDER as to EDWARD VALLEJO (11) Setting Conditions of Release. Signed by Judge Amit P. Mehta on 5/4/2022. (Attachment: # 1 Appearance Bond) (zjd) (Entered: 05/04/2022) |
| 05/04/2022 | 123 | RESPONSE by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 89 MOTION to Dismiss Count *1, 2, 3, and 4*, 82 MOTION to Dismiss Count *I of the Seventh Superseding Indictment, adopting and supplementing Motion to Dismiss of Thomas Caldwell, incorporated by reference herein*, 84 MOTION to Dismiss Count *1, 2, 3 and 4 of the Indictment*, 94 MOTION to Dismiss Count *One* MOTION to Strike *Surplussage* (Rakoczy, Kathryn) (Entered: 05/04/2022) |
| 05/05/2022 | | MINUTE ORDER. The pending 124 Motion to Continue Trial potentially impacts both trial groups, so the court will hold a combined status hearing in this matter as to all Defendants on May 6, 2022. The combined hearing will begin at 2:00 p.m. Signed by Judge Amit P. Mehta on 5/5/2022. (lcapm1) (Entered: 05/05/2022) |
| 05/06/2022 | | ***Set/Reset Hearings. (zjd) (Entered: 05/06/2022) |
| 05/06/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH |

| | | |
|---|---|---|
| | | HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), and EDWARD VALLEJO (11) held via videoconference on 5/6/2022. For the reasons stated on the record, the Court grants 124 Defendant's Motion to Continue Trial. Jury Trial shall proceed on September 26, 2022 for defendants Rhodes (1), Meggs (2), Harrelson (3), Watkins (4), and Caldwell (10). A second Jury Trial shall take place on November 29, 2022 for defendants Minuta (6), Hackett (7), Moerschel (8), and Vallejo (11). In the interests of justice, the time from 5/7/2022 through and including 9/26/2022 shall be excluded in computing the date for speedy trial as to defendants Rhodes (1), Meggs (2), Harrelson (3), Watkins (4), and Caldwell (10). In the interests of justice, the time from 5/7/2022 through and including 11/29/2022 shall be excluded in computing the date for speedy trial as to defendants Minuta (6), Hackett (7), Moerschel (8), and Vallejo (11). Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) remains on PR/HISP, Hackett (7) remains on PR/HISP, Moerschel (8) remains on personal recognizance, Caldwell (10) remains on PR/HISP, Vallejo (11) remains on PR/HISP; Court Reporter: William Zaremba; Defense Attorneys: James Bright (1), Phillip Linder (1), Jonathan Moseley *as caretaker counsel* (2); Bradford Geyer (3), Jonathan Crisp (4), Alfred Guillaume (6), William Shipley (6), Angela Halim (7), Scott Weinberg (8), David Fischer (10), and Matthew Peed (11); US Attorney: Kathryn Rakoczy. (zjd) (Entered: 05/06/2022) |
| 05/10/2022 | | MINUTE ORDER granting 130 Consent Motion for Extension of Time to File Response/Reply as to THOMAS EDWARD CALDWELL (10). Defendant THOMAS EDWARD CALDWELL's (10) Reply is now due on May 12, 2022. Signed by Judge Amit P. Mehta on 5/10/2022. (lcapm1) (Entered: 05/10/2022) |
| 05/11/2022 | 132 | REPLY in Support by EDWARD VALLEJO re 94 MOTION to Dismiss Count *One* MOTION to Strike *Surplussage* (Peed, Matthew) (Entered: 05/11/2022) |
| 05/12/2022 | 133 | ORDER as to Defendants ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, and EDWARD VALLEJO. Trial is set to commence in this matter on September 26, 2022, at 9:30 a.m., for the September Trial Group and on November 29, 2022, at 9:30 a.m., for the November Trial Group. The following deadlines shall govern this matter: (1) parties shall file their pretrial motions (other than motions in limine) on or before April 15, 2022; (2) oppositions to pretrial motions shall be filed on or before May 4, 2022; (3) replies to pretrial motions shall be filed on or before May 11, 2022; (4) counsel shall reserve May 17, 2022, at 1:00 p.m. for a hearing on pretrial motions, if necessary; (5) the United States shall make any required expert disclosures by June 23, 2022; (6) Defendants shall make any required reciprocal expert disclosures by July 22, 2022; (7) the United States shall notify the September Trial Group of its intention to introduce any Rule 404(b) evidence not already disclosed on or before July 8, 2022; (8) the United States shall notify the November Trial Group of any additional Rule 404(b) evidence by October 10, 2022; (9) motions in limine for the September Trial Group shall be filed on or before July 29, 2022; (10) oppositions to those motions in limine shall be filed on or before August 12, 2022; (11) replies in support of motions in limine shall be filed on or before August 19, 2022; (12) any November Trial Group Defendant may file an individualized motion in limine by the July 29, 2022 deadline; otherwise, upon filing of a notice, the court will treat the November Trial Group as having joined in the motions in limine filed by the September Trial Group; (13) additional motions in limine can be filed by the November Trial Group by October 31, 2022; (14) oppositions to those motions in limine shall be filed by November 10, 2022; (15) replies shall be filed by November 15, 2022; (16) any motions in limine by the United |

| | | |
|---|---|---|
| | | States shall be filed by August 12, 2022; (17) oppositions to such motions shall be filed by August 26, 2022; (18) Defendants shall satisfy their reciprocal discovery obligations, if any, by July 22, 2022; (19) the United States shall file any motion in limine pursuant to such discovery by August 12, 2022; (20) oppositions to such motions shall be filed by August 26, 2022; replies to such motions shall be filed by September 2, 2022; (21) the United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief and disclose any Brady material not already disclosed on or before September 12, 2022; (22) the Jencks/Brady deadline for the November Trial Group is November 15, 2022; (23) the parties shall file a draft Joint Juror Questionnaire by August 23, 2022; (24) qualified prospective jurors will appear on September 13, 2022 to answer the finalized version of the Questionnaire; (25) qualified prospective jurors for the November trial shall appear on November 10, 2022 to answer the final version of the questionnaire; (26) the September Trial Group's Joint Pretrial Statement is due on or before September 7, 2022; (27) the November Trial Group's Joint Pretrial Statement is due on November 15, 2022; (28) the parties shall submit a Word format copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form; and (29) the Pretrial Conference is scheduled for September 14, 2022, at 9:30 a.m., in Courtroom 10 for the September Trial Group; (30) the Pretrial Conference is scheduled for November 22, 2022, at 9:30 a.m., for the November Trial Group. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 5/12/2022. (lcapm1) (Entered: 05/12/2022) |
| 05/17/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Hearing on Rule 12 Motions as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), and EDWARD VALLEJO (11) held on 5/17/2022. Arguments heard and taken under advisement. Defendant Harrelson's Oral Motion to Withdraw 127 Motion for Discovery was heard and granted. Status Conference set for 6/24/2022 at 1:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the conference by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. Bond Status of Defendant: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) remains on PR/HISP, Hackett (7) remains on PR/HISP, Moerschel (8) remains on PR/HISP; appearance waived, Caldwell (10) remains on PR/HISP; appearance waived, Vallejo (11) remains on PR/HISP. Court Reporter: William Zaremba; Defense Attorneys: Phillip Linder (1), Stanley Woodward (2), Juli Haller (2), Bradford Geyer (3), Jonathan Crisp (4), William Shipley (5), Angela Halim (7), Scott Weinberg (8), David Fischer (10), and Matthew Peed (11); US Attorneys: Jeffrey Nestler and Kathryn Rakoczy. (zjd) (Entered: 05/17/2022) |
| 05/20/2022 | | MINUTE ORDER. The United States shall file by October 28, 2022, an additional Status Report as to whether a sentencing hearing should be set for Defendants JOSHUA JAMES and BRIAN ULRICH; if so, the United States shall propose two dates and times for such hearings. Signed by Judge Amit P. Mehta on 5/20/2022. (lcapm1) (Entered: 05/20/2022) |
| 06/03/2022 | 150 | TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS in case as to EDWARD VALLEJO before Judge Amit P. Mehta held on May 4, 2022; Page Numbers: 1-74. Date of Issuance: June 3, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/4/2022. Release of Transcript Restriction set for 9/1/2022.(wz) (Entered: 06/03/2022) |
| 06/03/2022 | 151 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before Judge Amit P. Mehta held on May 6, 2022; Page Numbers: 1-66. Date of Issuance: June 3, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the T ranscript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/4/2022. Release of Transcript Restriction set for 9/1/2022.(wz) (Entered: 06/03/2022) |
| 06/14/2022 | 153 | Consent MOTION to Modify Conditions of Release by EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 06/14/2022) |
| 06/15/2022 | 154 | ORDER granting 153 Consent Motion to Modify Conditions of Release as to EDWARD VALLEJO (11). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 6/14/2022. (lcapm1) (Entered: 06/15/2022) |
| 06/17/2022 | 159 | TRANSCRIPT OF MOTION HEARING PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before Judge Amit P. Mehta held on May 17, 2022; Page Numbers: 1-165. Date of Issuance: June 17, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the T ranscript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. |

| | | |
|---|---|---|
| | | After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/8/2022. Redacted Transcript Deadline set for 7/18/2022. Release of Transcript Restriction set for 9/15/2022.(wz) (Entered: 06/17/2022) |
| 06/22/2022 | 166 | MOTION for Inquiry Pursuant to D.C. Rule of Professional Conduct 1.8(e) by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Exhibit Mother Jones article, # 2 Exhibit BuzzFeed article, # 3 Exhibit June 16, 2022 letter)(Nestler, Jeffrey) (Entered: 06/22/2022) |
| 06/22/2022 | 167 | SUPERSEDING INDICTMENT as to ELMER STEWART RHODES, III (1) count(s) 1s, 2s, 3s, 4s, 7s, KELLY MEGGS (2) count(s) 1s, 2s, 3s, 4s, 5s, 8s, KENNETH HARRELSON (3) count(s) 1s, 2s, 3s, 4s, 5s, 9s, JESSICA WATKINS (4) count(s) 1s, 2s, 3s, 4s, 5s, 6s, ROBERTO A. MINUTA (6) count(s) 1s, 2s, 3s, 4s, 10s, JOSEPH HACKETT (7) count(s) 1s, 2s, 3s, 4s, 5s, 11s, DAVID MOERSCHEL (8) count(s) 1s, 2s, 3s, 4s, 5s, 12s, THOMAS EDWARD CALDWELL (10) count(s) 1s, 2s, 3s, 4s, 13s, EDWARD VALLEJO (11) count(s) 1s, 2s, 3s, 4s. (zltp) (Entered: 06/23/2022) |
| 06/24/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ELMER STEWART RHODES III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), EDWARD VALLEJO (11) held via videoconference on 6/24/2022. Defendant Rhodes (1) was arraigned on Count 7 of the 167 Superseding Indictment and entered a plea of Not Guilty. With the consent of the parties, pleas of Not Guilty were entered by defendants Rhodes (1), Meggs (2), Harrelson (3), Watkins (4), Minuta (6), Hackett (7), Moerschel (8), Caldwell (10), and Vallejo (11) as to all counts of the 167 Superseding Indictment. Supplemental Rule 12 Motions due by 7/8/2022. Status Conference set for 8/2/2022 at 11:00 AM via videoconference before Judge Amit P. Mehta. Members of the public may access the conference by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody; appearance waived, Minuta (6) remains on PR/HISP, Hackett (7) remains on PR/HISP, Moerschel (8) remains on PR/HISP, Caldwell (10) remains on PR/HISP; appearance waived, Vallejo (11) remains on PR/HISP. Court Reporter: William Zaremba; Defense Attorneys: Phillip Linder (1), Lee Bright (1), Stanley Woodward (2), Juli Haller (2), Bradford Geyer (2), Jonathan Crisp (4), William Shipley (6), Angela Halim (7), Scott Weinberg (8), David Fischer (10), and Matthew Peed (11); US Attorneys: Jeffrey Nestler and Kathryn Rakoczy. (zjd) (Entered: 06/28/2022) |
| 06/28/2022 | 176 | MEMORANDUM OPINION AND ORDER denying 82 Motion to Dismiss Count 1; 84 Motion to Dismiss Counts 1, 2, 3, and 4; 89 Motion to Dismiss Counts 1, 2, 3, and 4; 90 Motion to Dismiss Count 14; 91 Motion to Sever Count 14; 93 Motion for Change of Venue; 94 Motion to Dismiss Count 1; 94 Motion to Strike Surplusage. See |

| | | |
|---|---|---|
| | | the attached MEMORANDUM OPINION AND ORDER for additional details. Signed by Judge Amit P. Mehta on 6/28/2022. (lcapm1) (Main Document 176 replaced on 6/30/2022) (zjd). (Entered: 06/28/2022) |
| 06/29/2022 | 178 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before Judge Amit P. Mehta held on April 8, 2022; Page Numbers: 1-107. Date of Issuance: June 29, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript m ay be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/20/2022. Redacted Transcript Deadline set for 7/30/2022. Release of Transcript Restriction set for 9/27/2022.(wz) (Entered: 06/29/2022) |
| 06/30/2022 | | MINUTE ORDER denying 177 Motion to Strike. The court is not aware of any basis under the Federal Rules of Criminal Procedure that would enable it to "strike" a filing made on the public record, even one that is not authorized by a defendant or his counsel. Cf. Fed. R. Civ. P. 12(f) (permitting the court to "strike from a pleading... any redundant, immaterial, impertinent, or scandalous matter"). That said, the court recognizes that Mr. Moseley's filing was not made with the consent of Mr. Meggs, his new counsel, or any other counsel in this case. The court therefore will not consider anything that Mr. Moseley has represented or argued in connection with the court's consideration of the D.C. Rule of Professional Conduct 1.8(e) issue. Additionally, the court warns Mr. Moseley that he is no longer counsel of record in this matter for any defendant. If he again makes a filing in this case without either the consent of a represented defendant or this court, the court will not hesitate to impose appropriate sanctions. Signed by Judge Amit P. Mehta on 6/30/2022. (lcapm1) (Entered: 06/30/2022) |
| 06/30/2022 | 179 | Consent MOTION to Modify Conditions of Release *to Permit Medical and Dental Treatment* by EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 06/30/2022) |
| 06/30/2022 | 180 | ORDER granting 179 Consent Motion to Modify Conditions of Release as to EDWARD VALLEJO (11). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 6/30/2022. (lcapm1) (Entered: 06/30/2022) |
| 07/07/2022 | | MINUTE ORDER granting 184 Unopposed Motion for Extension of Time to File Supplemental Rule 12 Motions. Defendants shall file their Supplemental Rule 12 Motions on or before July 11, 2022. Signed by Judge Amit P. Mehta on 7/6/2022. (lcapm1) (Entered: 07/07/2022) |
| 07/08/2022 | 187 | NOTICE *of Government's Motion Regarding Anticipated Trial Evidence and Notice Pursuant to Federal Rule of Evidence 404(b)* by USA as to ELMER STEWART |

| | | |
|---|---|---|
| | | RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO (Edwards, Troy) (Entered: 07/08/2022) |
| 07/08/2022 | 190 | MOTION for 404(b) Evidence by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (See docket entry 187 to view document.)(zltp) (Entered: 07/12/2022) |
| 07/14/2022 | 192 | ORDER granting 191 Motion to Modify Conditions of Release as to THOMAS EDWARD CALDWELL (10). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 7/13/2022. (lcapm1) (Entered: 07/14/2022) |
| 07/21/2022 | | MINUTE ORDER granting 197 Consent Motion for Extension of Time to File Response/Reply to the Government's 190 Rule 404(b) motion as to KELLY MEGGS (2). Defendants shall file their response on or before July 29, 2022. Signed by Judge Amit P. Mehta on 7/21/2022. (lcapm1) (Entered: 07/21/2022) |
| 07/22/2022 | 198 | MOTION to Continue *Trial - Redacted* by KELLY MEGGS as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 07/22/2022) |
| 07/25/2022 | 204 | Consent MOTION to Modify Conditions of Release *to Permit Defendant to Vote* by EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 07/25/2022) |
| 07/26/2022 | 209 | ORDER granting 204 Consent Motion to Modify Conditions of Release as to EDWARD VALLEJO (11). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 7/26/2022. (lcapm1) (Entered: 07/26/2022) |
| 07/29/2022 | 213 | MOTION in Limine *TO PRECLUDE CERTAIN DEFENSE ARGUMENTS AT TRIAL* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Rakoczy, Kathryn) (Entered: 07/29/2022) |
| 07/29/2022 | 214 | MOTION in Limine *TO PRECLUDE CERTAIN UNTIMELY AND IRRELEVANT TESTIMONY* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Rakoczy, Kathryn) (Entered: 07/29/2022) |
| 07/29/2022 | 215 | MOTION in Limine *REGARDING CROSS-EXAMINATION OF U.S. SECRET SERVICE WITNESS* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Rakoczy, Kathryn) (Entered: 07/29/2022) |
| 07/29/2022 | 218 | MOTION to Exclude *Expert Testimony Regarding "Antigovernment Extremism"* by EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) |

| | | |
|---|---|---|
| | | (Entered: 07/29/2022) |
| 07/29/2022 | 232 | Memorandum in Opposition by KELLY MEGGS re 187 and 190 Notice and Motion for 404(b) Evidence. (See docket entry 219 to view document.)(zltp) (Entered: 08/02/2022) |
| 08/01/2022 | 225 | MOTION for Joinder *and Attachments* by KENNETH HARRELSON re: 193 Joint MOTION to Change Venue Or Continue Trial Date, 194 MOTION to Change Venue, MOTION to Continue, MOTION for Joinder, 195 MOTION to Continue Trial Date and Exclude Time under Speedy Trial Act (Attachments: # 1 Supplement, # 2 Supplement, # 3 Supplement)(Geyer, Bradford) Modified text to include linkage and event type on 8/2/2022 (zltp). (Entered: 08/01/2022) |
| 08/01/2022 | 226 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before Judge Amit P. Mehta held on June 24, 2022; Page Numbers: 1-74. Date of Issuance: August 1, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 8/22/2022. Redacted Transcript Deadline set for 9/1/2022. Release of Transcript Restriction set for 10/30/2022.(wz) (Entered: 08/01/2022) |
| 08/02/2022 | 235 | MOTION for Order to Unseal for Limited Purpose of Creating a Transcript by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Nestler, Jeffrey) (Entered: 08/02/2022) |
| 08/02/2022 | 237 | ORDER granting 235 Motion for Order to Unseal for Limited Purpose of Creating a Transcript. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 8/2/2022. (lcapm1) (Entered: 08/02/2022) |
| 08/02/2022 | 238 | MEMORANDUM OPINION AND ORDER denying Defendants' 170 Motion to Dismiss the Superseding Indictment; Defendant KELLY MEGGS's (2) 188 Motion to Dismiss Counts 1-3 and 5; and Defendant KELLY MEGGS's (2) 189 Motion to Dismiss on the Basis of Selective Prosecution. See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 8/2/2022. (lcapm1) (Entered: 08/02/2022) |
| 08/02/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), |

| | | |
|---|---|---|
| | | and EDWARD VALLEJO (11) held on 8/2/2022. For the reasons stated on the record, the court denies Defendants' 193 , 195 Joint Motion to Change Venue or Continue Trial Date; Defendant ELMER STEWART RHODES, III's 194 , 201 Motion and Amended Motion to Change Venue; Defendant KELLY MEGGS's 198 , 200 Motion to Continue Trial; and Defendant KENNETH HARRELSON's 225 Motion to Change Venue or Continue Trial Dates. Government's In-Camera Submission due by 8/5/2022. Status Conferences tentatively set for either 8/22/2022 at 1:00 PM or 8/23/2022 at 02:00 PM before Judge Amit P. Mehta. The status conference date will be set via notice of hearing. Members of the public or media may also access the hearing via teleconference by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. Bond Status of Defendants: Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) remains on PR/HISP, Hackett (7) remains on PR/HISP; appearance waived, Moerschel (8) remains on PR/HISP, Caldwell (10) remains on PR/HISP, Vallejo (11) remains on PR/HISP. Court Reporter: William Zaremba; Defense Attorneys: Phillip Linder (1), Lee Bright (1), Stanley Woodward (2), Juli Haller (2), Bradford Geyer (3), David Fischer for Jonathan Crisp (4), William Shipley (6), Angela Halim (7), Scott Weinberg (8), David Fischer (10), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy and Jeffrey Nestler. (zjd) (Entered: 08/04/2022) |
| 08/04/2022 | 239 | MOTION for Extension of *Deadline for Responding to Rule 404(b) Oppositions* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Edwards, Troy) Modified text and event type on 8/5/2022 (zltp). (Entered: 08/04/2022) |
| 08/04/2022 | | MINUTE ORDER granting United States' 239 Motion for Extension of Time. The United States shall file its reply to Defendants' Opposition 217 , 218 , 219 to the United States' 187 Rule 404(b) Notice on or before August 12, 2022. Signed by Judge Amit P. Mehta on 8/5/2022. (lcapm1) (Entered: 08/05/2022) |
| 08/11/2022 | | ***HSD has been filed with the Court. (zjd) (Entered: 08/11/2022) |
| 08/12/2022 | 247 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before Judge Amit P. Mehta held on August 2, 2022; Page Numbers: 1-147. Date of Issuance: August 12, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the **Transcript Order Form**<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be acces sed via PACER. Other transcript formats, (multi-page, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 9/2/2022. Redacted Transcript Deadline set for 9/12/2022. Release of Transcript Restriction set for 11/10/2022.(wz) (Entered: 08/12/2022) |
| 08/12/2022 | 249 | REPLY in Support by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 214 MOTION in Limine *TO PRECLUDE CERTAIN UNTIMELY AND IRRELEVANT TESTIMONY* (Rakoczy, Kathryn) Modified text to remove unassociated defendants on 8/30/2022 (zltp). (Entered: 08/12/2022) |
| 08/12/2022 | 250 | Memorandum in Opposition by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 218 Motion to Exclude (Rakoczy, Kathryn) Modified text to remove unassociated defendants on 8/30/2022 (zltp). (Entered: 08/12/2022) |
| 08/12/2022 | 251 | Memorandum in Opposition by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 219 Motion in Limine *216 Response to 404(b) Notice, and 217 Response to 404(b) Notice* (Rakoczy, Kathryn) Modified text to remove unassociated defendants on 8/30/2022 (zltp). (Entered: 08/12/2022) |
| 08/12/2022 | 252 | MOTION to Exclude *Defense Expert Testimony* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Rakoczy, Kathryn) Modified text to remove unassociated defendants on 8/30/2022 (zltp). (Entered: 08/12/2022) |
| 08/12/2022 | 254 | Memorandum in Opposition by EDWARD VALLEJO re 214 Motion in Limine, (Peed, Matthew) (Entered: 08/12/2022) |
| 08/19/2022 | 260 | REPLY in Support by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 215 MOTION in Limine *REGARDING CROSS-EXAMINATION OF U.S. SECRET SERVICE WITNESS*, 214 MOTION in Limine *TO PRECLUDE CERTAIN UNTIMELY AND IRRELEVANT TESTIMONY*, 213 MOTION in Limine *TO PRECLUDE CERTAIN DEFENSE ARGUMENTS AT TRIAL* (Manzo, Louis) Modified text to remove unassociated defendants on 9/1/2022 (zltp). (Entered: 08/19/2022) |
| 08/19/2022 | 263 | REPLY in Support by EDWARD VALLEJO re 218 MOTION to Exclude *Expert Testimony Regarding "Antigovernment Extremism"* (Peed, Matthew) (Entered: 08/19/2022) |
| 08/22/2022 | 271 | Memorandum in Opposition by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 259 Motion to Sever Defendant, *Kenneth Harrelson* (Edwards, Troy) Modified text to remove unassociated defendants on 9/1/2022 (zltp). (Entered: 08/22/2022) |
| 08/23/2022 | 272 | Memorandum in Opposition by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 266 Motion for Release of Brady Materials, *By Kenneth* |

| | | |
|---|---|---|
| | | *Harrelson* (Edwards, Troy) Modified text to remove unassociated defendants on 9/1/2022 (zltp). (Entered: 08/23/2022) |
| 08/23/2022 | 273 | Memorandum in Opposition by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 269 Motion in Limine *By Kenneth Harrelson* (Edwards, Troy) Modified text to remove unassociated defendants on 9/1/2022 (zltp). (Entered: 08/23/2022) |
| 08/23/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), and EDWARD VALLEJO (11) held on 8/23/2022. Hearing on Motions in Limine set for 8/30/2022 at 1:30 PM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) remains on PR/HISP; appearance waived, Hackett (7) remains on PR/HISP, Moerschel (8) remains on PR/HISP, Caldwell (10) remains on PR/HISP, Vallejo (11) remains on PR/HISP; Court Reporter: William Zaremba; Defense Attorneys: Phillip Linder (1), James Bright (1), Stanley Woodward (2), Juli Haller (3), Bradford Geyer (3), Jonathan Crisp (4), William Shipley (6), Angela Halim (7), David Fischer and Connor Martin for Scott Weinberg (8), David Fischer (10) and Matthew Peed (11); US Attorneys: Kathryn Rakoczy and Jeffrey Nestler. (zjd) (Entered: 08/24/2022) |
| 08/30/2022 | 286 | AMENDED PRETRIAL ORDER. The court's previous 133 Pretrial Order will govern all dates in this matter except the following with respect to the September Trial Group: (1) the Pretrial Statement is now due on September 9, 2022; (2) a second day of Pretrial Conference will follow on September 15, 2022, at 9:30 a.m.; (3) trial is now set to commence on September 27, 2022, at 9:30 a.m.; and (4) the court will not sit on October 5 or 10, 2022. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 8/30/2022. (lcapm1) (Entered: 08/30/2022) |
| 08/30/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Hearing on Motions in Limine as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), EDWARD VALLEJO (11) held on 8/30/2022. Bond Status of Defendants: Rhodes (1) remains in-custody, Meggs (2) remains in-custody, Harrelson (3) remains in-custody, Watkins (4) remains in-custody, Minuta (6) remains on PR/HISP, Hackett (7) remains on PR/HISP; appearance waived, Moerschel (8) remains on personal recognizance; appearance waived, Caldwell (10) remains on PR/HISP; Vallejo (11) remains on PR/HISP. Court Reporter: William Zaremba; Defense Attorneys: James Lee Bright (1), Stanley Woodward (2), Juli Haller (2) Bradford Geyer (3), David Fischer for Jonathan Crisp (4), David Fischer for William Shipley (6), Angie Halim (7), Scott Weinberg (8), David Fischer (10), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Troy Edwards, Louis Manzo, Alexandra Hughes, and Justin Sher. (zjd) (Entered: 08/31/2022) |
| 09/06/2022 | 288 | OMNIBUS ORDER re: certain motions in limine. The court orders the following: (1) the United States' 190 Motion for 404(b) Evidence is granted in part and denied in part; (2) Defendant KELLY MEGGS's (2) 219 Motion to Bar the Introduction of Certain of that Evidence is denied; (3) the United States' 213 Motion in Limine to Preclude Certain Defense Arguments at Trial is granted; (4) the United States' 214 Motion in Limine to Preclude Certain Untimely and Irrelevant Testimony is granted in |

| | | |
|---|---|---|
| | | part and denied in part; (5) the United States' 215 Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness is granted; (6) the court defers ruling on Defendant EDWARD VALLEJO's (11) 218 Motion in Limine to Exclude Expert Testimony of Dr. Sam Jackson, Ph.D.; (7) Defendant KELLY MEGGS's (2) 221 Join Motion in Limine is denied; and (8) the court defers ruling on the government's 252 Motion to Exclude Defense Expert Testimony Due to Insufficient Notice. The court stated its reasons for these rulings on the record at the hearing held on August 30, 2022. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/6/2022. (lcapm1) (Entered: 09/06/2022) |
| 09/06/2022 | | MINUTE ORDER. The United States and Defendant ELMER STEWART RHODES, III's (1) counsel of record, separately, may file a response to the 290 Motion to Substitute Counsel and Continue Trial by September 7, 2022, at 2:00 p.m. Signed by Judge Amit P. Mehta on 9/6/2022. (lcapm1) (Entered: 09/06/2022) |
| 09/09/2022 | 298 | TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS in case as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO before Judge Amit P. Mehta held on August 30, 2022; Page Numbers: 1-170. Date of Issuance: September 9, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the **Transcript Order Form**<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be acce ssed via PACER. Other transcript formats, (multi-page, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/30/2022. Redacted Transcript Deadline set for 10/10/2022. Release of Transcript Restriction set for 12/8/2022.(wz) (Entered: 09/09/2022) |
| 09/11/2022 | | MINUTE ORDER granting 296 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to KELLY MEGGS (2). Signed by Judge Amit P. Mehta on 9/11/2022. (lcapm1) (Entered: 09/11/2022) |
| 09/15/2022 | 318 | ORDER. Any defendant who intends to assert an advice-of-counsel defense as to any count of the Indictment shall make such disclosure to the government by September 21, 2022. Failure to provide the notice required by this Order may lead the court to preclude a defendant from asserting such a defense. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/15/2022. (lcapm1) (Entered: 09/15/2022) |
| 09/15/2022 | 319 | ORDER. This Omnibus Order memorializes what transpired during the Pretrial Conference on September 14, 2022. The court denies Defendant KELLY MEGGS's (2) Omnibus Motion to Compel Discovery, ECF No. 287-2 (sealed); 290 (redacted). The court defers ruling on each of the following: (1) Defendant ELMER STEWART RHODES, III's (1) 308 Motion to Suppress Any Recording or Transcript of November 9, 2022, "GoToMeeting" Conversation; (2) Defendant THOMAS CALDWELL's (10) |

| | | |
|---|---|---|
| | | 299 Motion in Limine to Allow into Evidence Certain Inconsistent Statements Made by the Government; and (3) Defendants Meggs, Rhodes, KENNETH HARRELSON (3), and JESSICA WATKINS's (4) 280 Joint Motion in Limine to Bar Zello Communications. Additionally, the court orders the following with respect to further proceedings in this matter: (1) the parties shall submit to the court by September 21, 2022, at 5:00 p.m. a list of (a) the prospective jurors that they agree should be stricken for cause and (b) the jurors as to which there remains a dispute about striking for cause. The filing should identify the juror only by their juror number; (2) Defendants shall submit a legal memorandum addressing their reliance on the Insurrection Act as part of their defense by September 19, 2022; (4) the United States shall file its response by September 21, 2022; and (5) the parties shall appear for a continued pretrial conference on September 22, 2022, at 9:30 a.m. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/15/2022. (lcapm1) (Entered: 09/15/2022) |
| 09/20/2022 | 327 | ORDER. Trial is set to commence in this matter as to the September Trial Group on September 27, 2022. The attached Order sets forth various schedule, location, seating, access, media, masking, and other logistics. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/20/2022. (lcapm1) (Entered: 09/20/2022) |
| 09/21/2022 | 330 | FINAL JUROR QUESTIONNAIRE. The court included Question 30 over Defendants' objections. See the attached Juror Questionnaire for additional details. (lcapm1) (Entered: 09/21/2022) |
| 09/21/2022 | 332 | MOTION *FOR A PROTECTIVE ORDER PERTAINING TO THE TRIAL TESTIMONY OF CONFIDENTIAL HUMAN SOURCES* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Rakoczy, Kathryn) Modified event type and text to remove unassociated defendants on 9/28/2022 (zltp). (Entered: 09/21/2022) |
| 09/23/2022 | 338 | ORDER granting the government's ex parte Motion to Withhold from Discovery Certain Materials That are Not Otherwise Relevant or Discloseable. The government is authorized to withhold from discovery to the defense the information outlined in the government's filing. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/23/2022. (lcapm1) (Entered: 09/23/2022) |
| 09/30/2022 | | MINUTE ORDER denying Defendant ELMER STEWART RHODES III's (1) 325 Motion for Disclosure of Brady Exculpatory Information and Issuance of Subpoenas Duces Tecum Concerning Witnesses to be Called by the Prosecution and granting in part and denying in part Defendant KELLY MEGGS's (2) 353 Motion to Join and Adopt and Motion for Discovery. Defendants' motions for Rule 17(c) subpoenas are denied for the reasons stated on the record at yesterday's proceedings. Defendant KELLY MEGGS's (2) motion to join is granted. Signed by Judge Amit P. Mehta on 9/30/2022. (lcapm1) (Entered: 09/30/2022) |
| 09/30/2022 | 358 | ORDER denying Defendants' Joint 340 Motion for Reconsideration. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/30/2022. (lcapm1) (Entered: 09/30/2022) |
| 10/02/2022 | 363 | Second MOTION in Limine *Regarding Hand Grenades* by KENNETH HARRELSON as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS |

| | | |
|---|---|---|
| | | EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Exhibit DNA test) (Geyer, Bradford) (Entered: 10/02/2022) |
| 10/05/2022 | 366 | Unopposed MOTION for Extension of Time to *Provide Supplemental 404(b) Notice* by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (Edwards, Troy) (Entered: 10/05/2022) |
| 10/06/2022 | | MINUTE ORDER granting Government's Unopposed 366 Motion for Extension of Time to Provide Supplemental 404(b) Notice as to Defendants ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11). The government shall supplement its Rule 404(b) Notice for the November Trial Group by October 17, 2022. Signed by Judge Amit P. Mehta on 10/6/2022. (lcapm1) (Entered: 10/06/2022) |
| 10/13/2022 | 372 | ORDER granting 371 Consent Motion to Modify Conditions of Release as to JOSHUA JAMES (5). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/13/2022. (lcapm1) (Entered: 10/13/2022) |
| 10/17/2022 | 374 | NOTICE *of Government's Motion Regarding Supplemental Trial Evidence and Notice Pursuant to Federal Rule of Evidence 404(b)* by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO re 187 Notice (Other), (Edwards, Troy) (Entered: 10/17/2022) |
| 10/25/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11): Status Conference set for 10/26/2022 at 9:00 AM via videoconference before Judge Amit P. Mehta. Members of the public may access the conference by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) (Entered: 10/25/2022) |
| 10/26/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held via videoconference on 10/26/2022. Pretrial Conference reset to 11/23/2022 at 9:30 AM in Courtroom 23 before Judge Amit P. Mehta. Jury Trial reset to 12/5/2022 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: all remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), and Matthew Peed (11); US Attorney: Troy Edwards. (zjd) (Entered: 11/13/2022) |
| 10/28/2022 | 377 | ORDER as to defendants ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, and EDWARD VALLEJO. The court's 286 Amended Pretrial Order is hereby modified as follows: (1) Trial will now commence on December 5, 2022, at 9:30 a.m. The court will not sit on December 26--30, 2022; (2) Motions in limine shall be filed by November 7, 2022; (3) oppositions shall be filed November 16, 2022; and (4) replies shall be filed by November 21, 2022. (5) The government shall make any remaining Jencks/Brady disclosures by November 18, 2022; (6) Counsel shall appear for a status conference to finalize the jury questionnaire on November 7, 2022, at 5:15 p.m. (7) Prospective jurors for the December trial will appear on November 10, 2022, to answer the final questionnaire. (8) After prospective jurors answer the questionnaire, the parties shall file under seal their respective lists of jurors they believe should be stricken for cause by November 17, 2022. Jurors shall be identified only by juror number. (9) Counsel shall then appear on November 21, 2022, at 2:00 p.m. to discuss those lists and for the court to make final rulings. (10) The Joint Pretrial Statement as to the December Trial Group shall be due November 18, 2022. (11) The Pretrial Conference for the December Trial Group shall be held on November 23, 2022, at 9:30 |

| | | |
|---|---|---|
| | | a.m., in Courtroom 10. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/28/2022. (lcapm1) (Entered: 10/28/2022) |
| 11/07/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 11/7/2022. Bond Status of Defendants: remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Troy Edwards and Jeffrey Nestler. (zjd) (Entered: 12/11/2022) |
| 11/16/2022 | 392 | Memorandum in Opposition by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO re 387 Motion in Limine, 386 Motion in Limine, 388 Motion in Limine (Edwards, Troy) (Entered: 11/16/2022) |
| 11/18/2022 | 396 | FINAL JURY INSTRUCTIONS as to Defendants ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, and THOMAS EDWARD CALDWELL. (lcapm1) (Entered: 11/18/2022) |
| 11/22/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11): The Pretrial Conference set for 11/23/2022 at 9:30 AM before Judge Amit P. Mehta will proceed in Courtroom 10. (zjd) (Entered: 11/22/2022) |
| 12/01/2022 | | MINUTE ORDER as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11). Trial for the second group of defendants shall begin with jury selection no sooner than Tuesday, December 6, 2022. Signed by Judge Amit P. Mehta on 12/1/2022. (zjd) (Entered: 12/01/2022) |
| 12/02/2022 | 415 | Application for Access to Trial Exhibits by PRESS COALITION as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (zltp) (Entered: 12/05/2022) |
| 12/05/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11): Jury Selection shall proceed on 12/6/2022 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 12/05/2022) |
| 12/06/2022 | 417 | NOTICE OF ATTORNEY APPEARANCE: Christa Nicols appearing for EDWARD VALLEJO (Nicols, Christa) (Entered: 12/06/2022) |
| 12/06/2022 | | MINUTE ORDER as to JOSEPH HACKETT, EDWARD VALLEJO. Location monitoring is suspended for Defendants Hackett and Vallejo for the duration of trial. Signed by Judge Amit P. Mehta on 12/6/2022. (lcapm3) Modified on 12/7/2022 (zjd). (Entered: 12/06/2022) |
| 12/06/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Selection as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) began and held on 12/6/2022. Jury Selection shall resume on 12/7/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/06/2022) |

| 12/07/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Selection as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 12/7/2022. Jury Selection shall resume on 12/8/2022 at 9:15 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/07/2022) |
| 12/08/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Selection as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 12/8/2022. Jury Selection set for 12/9/2022, at 9:30 AM, in Courtroom 10, before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporters: William Zaremba (AM) and Melanie WIlkens (PM); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); U.S. Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/08/2022) |
| 12/09/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Selection as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO held on 12/9/2022. A panel of twelve (12) jurors and four (4) alternate jurors was selected but not sworn. Jury Trial/Opening Arguments set for 12/12/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/11/2022) |
| 12/11/2022 | | MINUTE ORDER. At the parties' request, the schedule for post-trial briefing shall be as follows: The defendants' combined Rule 33 and supplemental Rule 29 motion is due on or before December 23, 2022. The government's opposition shall be filed on or before January 13, 2023. Defendants' reply shall be due on or before January 20, 2023. Signed by Judge Amit P. Mehta on 12/11/2022. (lcapm3) (Entered: 12/11/2022) |
| 12/12/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), EDWARD VALLEJO (11): Jury Trial/Opening Statements shall now begin at 12/12/2022 at 1:15 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 12/12/2022) |
| 12/12/2022 | | MINUTE ORDER granting The Press Coalition's 415 Motion to Access Trial Exhibits. Per the court's prior instructions set forth in 327 , upon request, the admitting party shall make available to the media at the end of each trial day a copy of any admitted exhibit that has been published to the jury and not restricted by the court for dissemination. The government may make exhibits available using the drop box technical solution described in In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID-19 Pandemic, Standing Order No. 21-28 (BAH) (May 14, 2021). The admitting party shall so provide this same-day access to The Press Coalition. The Press Coalition is granted permission to record, copy, download, retransmit, and otherwise further publish the covered trial exhibits. Signed by Judge Amit P. Mehta on 12/06/2022. (lcapm3) (Entered: 12/12/2022) |
| 12/12/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial/Opening Statements on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), EDWARD VALLEJO (11) held on 12/12/2022. Panel of twelve (12) jurors and four (4) alternate jurors sworn. Jury Trial shall resume on |

| | | |
|---|---|---|
| | | 12/13/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: Greg Mizanin; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/12/2022) |
| 12/13/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), EDWARD VALLEJO (11) held on 12/13/2022. Same twelve (12) jurors and four (4) alternate jurors. Jury Trial shall resume on 12/14/2022 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba (A.M.) and Greg Mizanin (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/13/2022) |
| 12/14/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), EDWARD VALLEJO (11) held on 12/14/2022. Case called for jury trial, but not held. Panel of fifteen (15) jurors and alternates present. Jury Trial shall resume on 12/15/2022 at 9:30 AM in Courtroom 10. Bond Status of Defendant: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Jeffrey Nestler, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/14/2022) |
| 12/15/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), EDWARD VALLEJO (11): In light of the delayed court opening due to inclement weather, Jury Trial shall resume on 12/15/2022 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 12/15/2022) |
| 12/15/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 12/15/2022. Same twelve (12) jurors and four (4) alternate jurors. Jury Trial shall resume on 12/16/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba (A.M.) and Greg Mizanin (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. Government Witness: Special Agent Kelsey Harris. (zjd) (Entered: 12/15/2022) |
| 12/16/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 12/16/2022. The juror in seat 16 (juror no. 0001) was excused from the panel and replaced by an alternate juror. Twelve (12) jurors and three (3) alternate jurors now remain. Jury Trial shall resume on 12/19/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. Government Witnesses: M.A. and Special Agent Kelsey Harris. (zjd) Modified on 12/19/2022 (zjd). (Entered: 12/19/2022) |

| | | |
|---|---|---|
| 12/19/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 12/19/2022. Same twelve (12) jurors and three (3) alternate jurors. Jury Trial shall resume on 12/20/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Kelly Mortellite (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. Government Witnesses: Captain Ronald Ortega, Thomas Wickham, Special Agent Sylvia Hilgeman. (zjd) (Entered: 12/19/2022) |
| 12/20/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 12/20/2022. Same panel of twelve (12) jurors and three (3) alternate jurors. Jury Trial shall resume on 12/21/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba (A.M.) and Kelly Mortellite (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Special Agent Sylvia Hilgeman and Special Agent Jennifer Banks. (zjd) (Entered: 12/20/2022) |
| 12/21/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), EDWARD VALLEJO (11): Jury Trial proceedings will resume on 12/22/2022 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 12/21/2022) |
| 12/21/2022 | | NOTICE OF HEARING as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11): Status Conference set for 12/21/2022 at 4:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) (Entered: 12/21/2022) |
| 12/21/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held via videoconference on 12/21/2022. Jury Trial shall resume on 1/3/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance, Counsel waived appearances for Defendants Hackett (7), Moerschel (8), and Vallejo (11); Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 12/21/2022) |
| 12/23/2022 | 433 | First MOTION for New Trial , First MOTION for Judgment NOV by KENNETH HARRELSON as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Memorandum in Support)(Geyer, Bradford) (Entered: 12/23/2022) |
| 01/02/2023 | 436 | MOTION to Exclude *Exhibits 9522, 1500.2, 1503.1, 1504, 1505, and 1508* by EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 01/02/2023) |

| | | |
|---|---|---|
| 01/03/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/3/2023. Same panel of twelve (12) jurors and three (3) alternate jurors. Jury Trial shall resume on 1/4/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Kelly Mortellite (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Special Agent Sylvia Hilgeman and Caleb Berry. (zjd) (Entered: 01/03/2023) |
| 01/04/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/4/2023. Same panel of twelve (12) jurors and three (3) alternate jurors. Jury Trial shall resume on 1/5/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Kelly Mortellite (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Caleb Berry, Special Agent Lanelle Hawa, and Special Agent Joanna Abrams. (zjd) (Entered: 01/04/2023) |
| 01/05/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/5/2023. The alternate juror in seat 14 (Juror #1468) was dismissed. Twelve (12) jurors and two (2) alternates now remain. Jury Trial shall resume on 1/6/2023 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Special Agent Joanna Abrams and J.M. (zjd) (Entered: 01/05/2023) |
| 01/06/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial on All Counts as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/6/2023. Same panel of twelve (12) jurors and two (2) alternate jurors. Jury Trial shall resume on 1/9/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Jamie Fleet, Officer Anthony Jackson. (zjd) (Entered: 01/06/2023) |
| 01/09/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) on All Counts held on 1/9/2023. Same panel of twelve (12) jurors and two (2) alternate jurors. Jury Trial shall resume on 1/10/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: all defendants remain on personal recognizance; Court Reporter: William Zaremba (A.M.) and Christine Asif (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, |

|  |  |  |
|---|---|---|
|  |  | Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Officer Ryan Salke, J.H., Special Agent Jennifer Banks, Special Agent Stephen Lieberman, Examiner Jennifer Catherine Cain. (zjd) (Entered: 01/09/2023) |
| 01/10/2023 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) on All Counts held on 1/10/2023. Same panel of twelve (12) jurors and two (2) alternate jurors. The Government rests its case. The Court will defer ruling on Defendants' Rule 29 Motions until further briefing. Jury Trial shall resume on 1/11/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Nancy Meyer (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Government Witnesses: Brian Ulrich and Special Agent Byron Cody. (zjd) (Entered: 01/10/2023) |
| 01/11/2023 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO held on 1/11/2023. Jurors not present for proceedings. Jury Trial shall resume 1/12/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 01/11/2023) |
| 01/12/2023 |  | Minute Entry for Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/12/2023 before Judge Amit P. Mehta. Same jury and alternates. Trial shall resume 1/13/2023 @ 12:30 PM for a hybrid hearing without the jury. Jury Trial set for 1/13/2023 at 12:30 PM in Courtroom 10- In Person before Judge Amit P. Mehta. Bond Status of Defendant: All defendants on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Matthew Peed (11); US Attorney: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. Witnesses: Byron Codey (zjch, ) (Entered: 01/12/2023) |
| 01/13/2023 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) on All Counts held on 1/13/2023. Jurors not present for proceedings. Jury Trial shall resume on 1/17/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance, Defendants Hackett (7), Moerschel (8), and Vallejo (11) waived their appearances and were not present for these proceedings; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Connor Martin (8), Matthew Peed (11); US Attorneys: Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 01/13/2023) |
| 01/17/2023 | 443 | Unopposed MOTION for Extension of Time to File Response/Reply by ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, THOMAS EDWARD CALDWELL as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Fischer, David) (Entered: 01/17/2023) |

| 01/17/2023 | | MINUTE ORDER granting Defendants' 443 Unopposed Motion for Extension of Time to File Consolidated Reply as to Motion for Judgment of Acquittal and Motion for New Trial. Defendants' Reply shall now be filed on or before January 24, 2023. Signed by Judge Amit P. Mehta on 01/17/2023. (lcapm3) (Entered: 01/17/2023) |
|---|---|---|
| 01/17/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) on All Counts held on 1/17/2023. Same panel of twelve (12) jurors and two (2) alternate jurors. Defendant Vallejo rests his case. The Government rests and does not present a rebuttal case. Jury Trial/Closing Arguments set for 1/18/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 01/17/2023) |
| 01/18/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial/Closing Arguments as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) on All Counts held on 1/18/2023. Same panel of twelve (12) jurors and two (2) alternate jurors. Jury Trial/Closing Arguments shall resume on 1/19/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Nancy Meyer (P.M.); Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 01/18/2023) |
| 01/18/2023 | 444 | NOTICE *Regarding Exhibits Formally Moved Into Evidence at the Conclusion of the Government's Case at Trial* by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO (Edwards, Troy) (Entered: 01/18/2023) |
| 01/19/2023 | 445 | NOTICE *REGARDING VALLEJO EXHIBITS* by EDWARD VALLEJO (Peed, Matthew) (Entered: 01/19/2023) |
| 01/19/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial/Closing Arguments as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/19/2023. Same panel of twelve (12) jurors and two (2) alternate jurors. Jury Deliberation began and the alternate jurors were dismissed. Jury Deliberation shall resume on 1/20/2023 at 9:30 AM. Any proceedings shall take place in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), Connor Martin (8), Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 01/19/2023) |
| 01/20/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Deliberation as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11) held on 1/20/2023. Same panel of twelve (12) deliberating jurors. Jury Deliberation shall resume 1/23/2023 at 9:30 AM. Any proceedings shall take place in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: all defendants remain on personal recognizance. (zjd) (Entered: 01/20/2023) |
| 01/23/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Deliberation as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and |

|  |  | EDWARD VALLEJO (11) held and concluded on 1/23/2023. Same panel of twelve (12) deliberating jurors. As to Defendant Minuta (6): Jury Verdict of Guilty on Counts 1s, 2s, 3s, and 4s. Jury Verdict of Not Guilty on Count 10s. As to Defendant Hackett (7): Jury Verdict of Guilty on Counts 1s, 2s, 3s, 4s, and 11s. Jury Verdict of Not Guilty on Count 5s. As to Defendant Moerschel (8): Jury Verdict of Guilty on Counts 1s, 2s, 3s, and 4s. Jury Verdict of Not Guilty on Counts 5s and 12s. As to Defendant Vallejo (11): Jury Verdict of Guilty on Counts 1s, 2s, 3s, and 4s. Meet and Confer Statement due by 2/1/2023. Bond Status of Defendants: all defendants placed on home incarceration (PR/HISP); Court Reporter: William Zaremba; Defense Attorneys: William Shipley (6), Angela Halim (7), Scott Weinberg (8), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo. (zjd) (Entered: 01/23/2023) |
| 01/23/2023 | 448 | Jury Note as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11). (zjd) (Entered: 01/23/2023) |
| 01/23/2023 | 449 | **Signature Page of Foreperson**<br><br>as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO in Jury Note. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.) (zjd) (Entered: 01/23/2023) |
| 01/23/2023 | 450 | JURY VERDICT as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11). (zjd) (Entered: 01/23/2023) |
| 01/23/2023 | 451 | **Signature Page of Foreperson**<br><br>as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.) (zjd) (Entered: 01/23/2023) |
| 01/23/2023 | 455 | ORDER MODIFYING CONDITIONS OF RELEASE as to EDWARD VALLEJO (11). Signed by Judge Amit P. Mehta on 1/23/2023. (zjd) (Entered: 01/23/2023) |
| 01/24/2023 | 457 | FINAL JURY INSTRUCTIONS as to Defendants ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (lcapm3) (Entered: 01/24/2023) |
| 01/24/2023 | 458 | FINAL VERDICT FORM as to Defendants ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (lcapm3) (Entered: 01/24/2023) |
| 01/24/2023 | 459 | NOTICE *of Joinder Out of Abundance of Caution Regarding ECF 432* by KENNETH HARRELSON as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 432 Joint MOTION for Judgment NOV *judgment of acquittal* (Geyer, Bradford) (Entered: 01/24/2023) |
| 02/01/2023 |  | MINUTE ORDER as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11). The court hereby refers Defendants Minuta, Hackett, Moerschel, and Vallejo to the U.S. Probation Office for preparation of presentence investigation reports. The final report for each defendant shall be due on April 21, 2023. Signed by Judge Amit P. Mehta on 2/1/2023. (zjd) (Entered: 02/01/2023) |

| | | |
|---|---|---|
| 02/01/2023 | 467 | OMNIBUS ORDER FOR REMAINING POST-TRIAL FILINGS AND PROCEEDINGS as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, and EDWARD VALLEJO. Please see attached Order. Signed by Judge Amit P. Mehta on 02/01/2023. (lcapm3) (Entered: 02/01/2023) |
| 02/02/2023 | | Set/Reset Hearings as to EDWARD VALLEJO (11): Sentencing set for 6/1/2023 at 1:30 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 02/02/2023) |
| 02/02/2023 | | Set/Reset Hearings as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), and EDWARD VALLEJO (11): Hearing to Resolve Sentencing Issues set for 5/24/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 02/02/2023) |
| 02/02/2023 | 468 | AMENDED OMNIBUS ORDER FOR REMAINING POST-TRIAL FILINGS AND PROCEEDINGS as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, and EDWARD VALLEJO. Please see attached Order for amended schedule. Signed by Judge Amit P. Mehta on 02/02/2023. (lcapm3) (Entered: 02/02/2023) |
| 02/23/2023 | 473 | Consent MOTION for Extension of Time by EDWARD VALLEJO. (Attachment: # 1 Text of Proposed Order) (zjd) (Entered: 02/23/2023) |
| 02/24/2023 | | MINUTE ORDER granting 473 Motion for Extension of Time to File as to EDWARD VALLEJO. Mr. Vallejo shall file any memorandum in support of his motion for judgment of acquittal by February 27, 2023. Signed by Judge Amit P. Mehta on 02/24/2023. (lcapm3) (Entered: 02/24/2023) |
| 02/28/2023 | 477 | MOTION for Leave to File *Memorandum in Support of Rule 29 motion* by EDWARD VALLEJO. (Attachments: # 1 Attachment - Vallejo Memorandum in Support of Rule 29 Motion, # 2 Text of Proposed Order)(Peed, Matthew) (Entered: 02/28/2023) |
| 03/01/2023 | | MINUTE ORDER granting 477 Motion for Leave to File as to EDWARD VALLEJO (11). Upon consideration of Defendant Vallejo's motion for leave to file his Memorandum in Support of Rule 29 Motion one day out of time, the motion is hereby GRANTED, and the clerk is directed to docket ECF 477-1. Signed by Judge Amit P. Mehta on 03/01/2023. (lcapm3) (Entered: 03/01/2023) |
| 03/20/2023 | 485 | Consent MOTION to Modify Conditions of Release by EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 03/20/2023) |
| 03/21/2023 | 486 | ORDER granting 485 Motion to Modify Conditions of Release as to EDWARD VALLEJO (11). Please see attached Order. Signed by Judge Amit P. Mehta on 03/20/2023. (lcapm3) (Entered: 03/21/2023) |
| 03/24/2023 | 487 | Unopposed MOTION for Extension of Time to *File Opposition to Defendants' Rule 29 and Rule 33 Motions* by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (Edwards, Troy) (Entered: 03/24/2023) |
| 03/24/2023 | | MINUTE ORDER granting 487 United States' Unopposed Motion for Extension of Deadline to File Opposition to Defendants' Rule 29 and 33 Motions. The government's response to the November Trial Groups motions shall be filed by April 3, 2023, and any reply shall be filed by April 12, 2023. Signed by Judge Amit P. Mehta on 03/24/2023. (lcapm3) (Entered: 03/24/2023) |

| 04/02/2023 | 511 | NOTICE *of JOINDER* by EDWARD VALLEJO as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 478 MOTION pursuant to Rule 33 for new trial , 479 MOTION for Acquittal , 493 MOTION for Leave to File *Motion under Seal*, 482 MOTION to Continue *SENTENCING DATE* (Peed, Matthew) (Entered: 04/02/2023) |
|---|---|---|
| 04/03/2023 | 512 | Unopposed MOTION for Extension of Time to *File Opposition to Defendants' Rule 29 and Rule 33 Motions* by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (Edwards, Troy) (Entered: 04/03/2023) |
| 04/04/2023 | | MINUTE ORDER granting 512 Motion for Extension of Time as to ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), and EDWARD VALLEJO (11). The government's Opposition to the Rule 29 and Rule 33 motions from defendants in the November Trial Group shall be due on or before April 5, 2023. Signed by Judge Amit P. Mehta on 04/04/2023. (Entered: 04/04/2023) |
| 04/05/2023 | 517 | Memorandum in Opposition by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO re 474 Motion for Acquittal, 478 Motion pursuant to Rule 33 for new trial, 477 Motion for Leave to File, 479 Motion for Acquittal (Edwards, Troy) (Entered: 04/05/2023) |
| 04/10/2023 | 519 | ORDER denying 496 Motion to Continue Sentencing; denying 498 Motion to Continue as to KELLY MEGGS (2); denying 482 Motion to Continue as to ROBERTO A. MINUTA (6). Please see attached Order. The court will extend the partiea' response date to the draft PSR from April 7, 2023, to April 14, 2023, and the due date of the final PSR to April 28, 2023. All other deadlines shall remain the same. Signed by Judge Amit P. Mehta on 04/10/2023. (lcapm3) (Entered: 04/10/2023) |
| 04/11/2023 | 520 | Consent MOTION for Extension of Time to File Response/Reply *in Support of Rule 29/33 Motions until April 17, 2023* by EDWARD VALLEJO as to ROBERTO A. MINUTA, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(Peed, Matthew) (Entered: 04/11/2023) |
| 04/12/2023 | | MINUTE ORDER granting 520 Motion for Extension of Time to File Response/Reply as to ROBERTO A. MINUTA (6), EDWARD VALLEJO (11). Defendants Vallejo and Minuta shall file their replies in support of their Rule 29/33 motion on or before April 17, 2023. Signed by Judge Amit P. Mehta on 04/12/2023. (lcapm3) (Entered: 04/12/2023) |
| 04/14/2023 | 528 | NOTICE *of Joinder* as to EDWARD VALLEJO (Peed, Matthew) Modified text to remove unassociated defendants on 5/11/2023 (zltp). (Entered: 04/14/2023) |
| 04/18/2023 | 536 | REPLY TO OPPOSITION to Motion by EDWARD VALLEJO re 477 MOTION for Leave to File *Memorandum in Support of Rule 29 motion and Rule 33 motion* (Peed, Matthew) (Entered: 04/18/2023) |
| 04/18/2023 | 538 | RESPONSE by USA as to JOSEPH HACKETT, THOMAS EDWARD CALDWELL, EDWARD VALLEJO re 521 Notice (Other), 528 Notice (Other), 524 Notice (Other) (Rakoczy, Kathryn) (Entered: 04/18/2023) |
| 04/21/2023 | 540 | Unopposed MOTION for Leave to File *Surreply to Defendant Vallejo's Motions for Acquittal and New Trial* by USA as to ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (Attachments: # 1 Government's Surreply to Defendant Vallejo's Motions for Acquittal and New Trial)(Edwards, Troy) (Entered: 04/21/2023) |

| 04/21/2023 | | MINUTE ORDER granting [540] Motion for Leave to File as to EDWARD VALLEJO (11). The government's unopposed motion to file the surreply attached to its motion for leave to file is granted. Signed by Judge Amit P. Mehta on 04/21/2023. (lcapm3) (Entered: 04/21/2023) |
|---|---|---|
| 05/05/2023 | 565 | SENTENCING MEMORANDUM by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO (Edwards, Troy) (Entered: 05/05/2023) |
| 05/05/2023 | 604 | MOTION for Upward Departure by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (See docket entry 565 to view document.) (zltp) (Entered: 05/31/2023) |
| 05/08/2023 | 571 | MOTION for Leave to File *Sentencing Memorandum* by EDWARD VALLEJO. (Attachments: # 1 Sentencing Memorandum, # 2 Exhibits 1-12, # 3 Text of Proposed Order)(Peed, Matthew) (Entered: 05/08/2023) |
| 05/08/2023 | | MINUTE ORDER granting 571 Motion for Leave to File as to EDWARD VALLEJO (11). The court grants leave to file Defendant Vallejo's 571 Sentencing Memorandum and Supporting Exhibits one day out of time. Signed by Judge Amit P. Mehta on 05/08/2023. (lcapm3) (Entered: 05/08/2023) |
| 05/11/2023 | 574 | LARGE ADDITIONAL ATTACHMENT(S) *Bookmarked Non-Video Trial Exhibits Cited in Vallejo Sentencing Memorandum and Rule 29/33 Motion* re: 477 MOTION for Leave to File *Memorandum in Support of Rule 29 motion* filed by EDWARD VALLEJO, 571 MOTION for Leave to File *Sentencing Memorandum* filed by EDWARD VALLEJO (Peed, Matthew) (Entered: 05/11/2023) |
| 05/15/2023 | 576 | REPLY by EDWARD VALLEJO re 565 Sentencing Memorandum (Peed, Matthew) (Entered: 05/15/2023) |
| 05/15/2023 | 580 | REPLY by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, THOMAS EDWARD CALDWELL, EDWARD VALLEJO *Sentencing Memoranda* (Edwards, Troy) (Entered: 05/15/2023) |
| 05/18/2023 | 591 | NOTICE *of Waiver of Appearance* by EDWARD VALLEJO (Peed, Matthew) Modified text to remove unassociated defendants on 5/31/2023 (zltp). (Entered: 05/18/2023) |
| 05/22/2023 | 592 | ORDER. At the Omnibus Hearing scheduled for Wednesday, May 24 at 9:30 a.m. in Courtroom 20, counsel shall be prepared to proceed according to the following schedule: 1.First, the court will hear any victim impact statements or testimony applicable to all defendants. 2.Second, the court will deliver its opinion on outstanding post-trial motions. 3.Third, the court will hear legal arguments regarding the sentencing enhancements and restitution issues. If time permits, the court may hear argument about the factual bases for sentencing enhancements with respect to particular defendants. See attached Order. Signed by Judge Amit P. Mehta on 05/22/2023. (lcapm3) (Entered: 05/22/2023) |
| 05/23/2023 | | NOTICE OF HEARING as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), and EDWARD VALLEJO (11): The Omnibus Hearing |

| | | |
|---|---|---|
| | | set for May 24, 2023 at 9:30 AM shall proceed in Ceremonial Courtroom 20. All sentencings will proceed in Courtroom 10. (zjd) (Entered: 05/23/2023) |
| 05/23/2023 | | MINUTE ORDER. At the Omnibus hearing scheduled for tomorrow, May 24, 2023, the government and counsel for Mr. Hackett should be prepared to address what the evidence showed with respect to: (1) on or about which date Mr. Hackett deleted the media from his phone that formed the basis for the obstruction count, and (2) what evidence would establish that it was reasonably foreseeable to Mr. Hackett that, as of that date, there would be a grand jury proceeding investigating his conduct. Signed by Judge Amit P. Mehta on 05/23/2023. (lcapm3) (Entered: 05/23/2023) |
| 05/24/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Omnibus Hearing as to ELMER STEWART RHODES, III (1), KELLY MEGGS (2), KENNETH HARRELSON (3), JESSICA WATKINS (4), ROBERTO A. MINUTA (6), JOSEPH HACKETT (7), DAVID MOERSCHEL (8), THOMAS EDWARD CALDWELL (10), and EDWARD VALLEJO (11) held on 5/24/2023. Defendants Minuta, Hackett, Moerschel, Caldwell, and Vallejo appeared via videoconference. Bond Status of Defendant: Defendants Rhodes (1), Meggs (2), Harrelson (3), and Watkins (4) remain in-custody, Defendants Minuta (6), Hackett (7), Moerschel (8), Caldwell (10), and Vallejo (11) remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Phillip Linder (1), James Lee Bright (1), Edward Tarpley, Jr. (1), Stanley Woodward (2), Bradford Geyer (3), Jonathan Crisp (4), William Shipley (5), Angela Halim (7), Scott Weinberg (8), David Fischer (10), and Matthew Peed (11); US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, Louis Manzo; Probation Officer: Crystal Lustig; Witnesses: Officer Christopher Owens, Special Agent David Lazarus, Officer Harry Dunn, V.B., and Terri McCullough. (zjd) (Entered: 05/24/2023) |
| 05/25/2023 | | MINUTE ORDER. For the reasons stated on the record at Mr. Rhodes' sentencing hearing held today, the court concludes that (1) the 3-level enhancement for substantial interference with the administration of justice under 2J1.2(b)(2) is applicable, and (2) under Circuit precedent, control is a necessary element of a role-in-the-offense enhancement under 3B1.1. Signed by Judge Amit P. Mehta on 05/25/2023. (lcapm3) (Entered: 05/25/2023) |
| 05/31/2023 | | NOTICE OF HEARING as to EDWARD VALLEJO (11): Status Conference set for 5/31/2023 at 3:45 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access proceedings in Courtroom 10. (zjd) (Entered: 05/31/2023) |
| 05/31/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to EDWARD VALLEJO (11) held via videoconference on 5/31/2023. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Matthew Peed; US Attorneys: Troy Edwards, Louis Manzo, and Alexandra Hughes. (zjd) (Entered: 05/31/2023) |
| 05/31/2023 | 607 | SUPPLEMENT by EDWARD VALLEJO *to Memorandum in Aid of Sentencing* (Peed, Matthew) (Entered: 05/31/2023) |
| 06/01/2023 | 608 | Email Correspondence as to EDWARD VALLEJO (11) re Defendant's Request to Present Testimony at Sentencing. "Let this be filed." Signed by Judge Amit P. Mehta on 5/31/2023. (zjd) (Entered: 06/01/2023) |
| 06/01/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Sentencing held on 6/1/2023 as to EDWARD VALLEJO (11). As to Counts 1s, 2s, 3s, and 4s of the 167 Superseding Indictment, the Defendant is sentenced to concurrent terms of 36 months of incarceration followed by 36 months of supervised release. The first 12 months of |

| | | |
|---|---|---|
| | | supervised release shall be served on home confinement. Bond Status of Defendant: remains on personal recognizance, ordered to self-surrender; Court Reporter: William Zaremba; Defense Attorney: Matthew Peed; US Attorneys: Kathryn Rakoczy, Jeffrey Nestler, Alexandra Hughes, Troy Edwards, and Louis Manzo; Probation Officer: Crystal Lustig; Speakers: D.V., W.O. (zjd) (Entered: 06/01/2023) |
| 06/06/2023 | | MINUTE ORDER. The government shall submit its memorandum and any evidence in support of a restitution award by June 23, 2023; Defendants shall file a consolidated opposition by July 12, 2023; and the government shall file its reply by July 22, 2023. Signed by Judge Amit P. Mehta on 06/06/2023. (lcapm3) (Entered: 06/06/2023) |
| 06/08/2023 | 650 | JUDGMENT as to EDWARD VALLEJO. Statement of Reasons Not Included. Signed by Judge Amit P. Mehta on 6/8/2023. (zltp) (Entered: 07/05/2023) |
| 06/08/2023 | 651 | STATEMENT OF REASONS as to EDWARD VALLEJO. re 650 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Amit P. Mehta on 6/8/2023. (zltp) (Entered: 07/05/2023) |
| 06/09/2023 | 614 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO (Baset, Ahmed) (Entered: 06/09/2023) |
| 06/20/2023 | 636 | APPLICATION for Access to Trial Exhibits by CONRAD SMITH as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, JOSHUA JAMES, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, BRIAN ULRICH, THOMAS EDWARD CALDWELL, EDWARD VALLEJO. (Attachments: # 1 Text of Proposed Order)(zhsj) (Entered: 06/20/2023) |
| 06/20/2023 | 637 | ORDER granting 636 Motion to Access Trial Exhibits. See attached Order. Signed by Judge Amit P. Mehta on 06/20/2023. (lcapm3) (Entered: 06/20/2023) |
| 06/22/2023 | 639 | Unopposed MOTION for Extension of Time to File *Memorandum and Evidence Regarding Restitution* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO. (Edwards, Troy) (Entered: 06/22/2023) |
| 06/23/2023 | | MINUTE ORDER granting 639 Unopposed Motion for Extension of Time to File. The government's initial restitution memorandum and evidence is now due on or before July 7, 2023; the defendants' response in opposition is due on or before July 26, 2023; and the government's reply is due on or before August 5, 2023. Signed by Judge Amit P. Mehta on 06/23/2023. (lcapm3) (Entered: 06/23/2023) |
| 07/07/2023 | 654 | NOTICE *of Brief Regarding Restitution* by USA as to ELMER STEWART RHODES, III, KELLY MEGGS, KENNETH HARRELSON, JESSICA WATKINS, ROBERTO A. MINUTA, JOSEPH HACKETT, DAVID MOERSCHEL, EDWARD VALLEJO (Attachments: # 1 Exhibit)(Edwards, Troy) (Entered: 07/07/2023) |
| 07/11/2023 | 656 | NOTICE OF APPEAL - Final Judgment by EDWARD VALLEJO re 650 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Peed, Matthew) (Entered: 07/11/2023) |
| 07/12/2023 | 657 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee was not paid as the defendant is represented by a CJA appointed |

| | | attorney as to EDWARD VALLEJO re <u>656</u> Notice of Appeal - Final Judgment. (zltp) (Entered: 07/12/2023) |
|---|---|---|
| 07/12/2023 | <u>665</u> | NOTICE OF APPEAL - Final Judgment by USA as to EDWARD VALLEJO Fee Status: No Fee Paid. Parties have been notified. (Nestler, Jeffrey) (Main Document 665 flattened & replaced on 7/13/2023.) (ztnr) (Entered: 07/12/2023) |

Use the Tab key to move from field to field on this form.
Case 1:22-cr-00015-APM   Document 674   Filed 07/14/23   Page 40 of 49
Notice of Appeal Criminal                                                                    Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA      )
                              )
                  vs.         )        Criminal No. 22-cr-15 (APM)
                              )
EDWARD VALLEJO                )

## NOTICE OF APPEAL

Name and address of appellant:        United States of America

Name and address of appellant's attorney:    Jeffrey Nestler, Assistant US Attorney
                                              Office of the US Attorney for DC
                                              601 D Street, NW Room 5.1501
                                              Washington, DC 20253

Offense:   18 USC Sec. 2384; 18 USC Sec. 1512(k); 18 USC Secs. 1512(c)(2) and 2; 18 USC Sec. 372

Concise statement of judgment or order, giving date, and any sentence:

Sentenced imposed on June 1, 2023 (judgment entered on the docket on July 5, 2023), sentencing defendant to a term of 36 months on each count, to run concurrently; followed by a term of 36 months' supervised release on each count, to run concurrently; assessment of $400.00

Name and institution where now confined, if not on bail:   on bail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

July 12, 2023                                  United States of America
_____                              _____
DATE                                          APPELLANT   Jeffrey Nestler

                                              _____
                                              ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [✔]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]
Does counsel wish to appear on appeal?                   YES [ ]   NO [✔]
Has counsel ordered transcripts?                         YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]

1

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| EDWARD VALLEJO | ) Case Number:  22-cr-15-11 (APM) |
| | ) USM Number:  81707-509 |
| | ) Matthew Peed |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☑ was found guilty on count(s)    1s, 2s, 3s, and 4s of the Superseding Indictment at ECF No. 167
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2384 | Seditious Conspiracy | January 2021 | 1s |
| 18 U.S.C. § 1512(k) | Conspiracy to Obstruct and Official Proceeding | January 2021 | 2s |

The defendant is sentenced as provided in pages 2 through ____9____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ____Counts of original indictment____  ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/1/2023
Date of Imposition of Judgment

Signature of Judge

2023.06.08
10:27:13 -04'00'

Amit P. Mehta, U.S. District Judge
Name and Title of Judge

Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

Judgment—Page   2   of   9

DEFENDANT:  EDWARD VALLEJO
CASE NUMBER:   22-cr-15-11 (APM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | January 6, 2021 | 3s |
| 18. U.S.C. § 372 | Conspiracy to Prevent an Officer from Discharging any Duties | January 2021 | 4s |

AO 245B (Rev. 09/19)  Judgment in Criminal Case
        Sheet 2 — Imprisonment

Judgment — Page    3    of    9

DEFENDANT:   EDWARD VALLEJO
CASE NUMBER:   22-cr-15-11 (APM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

36 months as to each of Counts 1s, 2s, 3s, and 4s, with such terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
    placement at FCI Phoenix.  The court recommends a low-security or camp facility.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

4

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
                      Sheet 3 — Supervised Release

Judgment—Page    4    of    9

DEFENDANT:   EDWARD VALLEJO
CASE NUMBER:  22-cr-15-11 (APM)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

 36 months as to each of Counts 1s, 2s, 3s, and 4s, with such terms to run concurrently.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from
    imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you
          pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
      restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
      directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
      reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached
page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page    5    of    9

DEFENDANT:  EDWARD VALLEJO
CASE NUMBER:  22-cr-15-11 (APM)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3B — Supervised Release

Judgment—Page    6    of    9

DEFENDANT:   EDWARD VALLEJO
CASE NUMBER:   22-cr-15-11 (APM)

## ADDITIONAL SUPERVISED RELEASE TERMS

The Court approves transfer of supervision to the district of residence. The Court will retain jurisdiction in this case.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page    7    of    9

DEFENDANT:  EDWARD VALLEJO
CASE NUMBER:  22-cr-15-11 (APM)

## SPECIAL CONDITIONS OF SUPERVISION

Location Monitoring - For the first twelve (12) months of supervision, you will be placed on location monitoring and must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location monitoring technology at the discretion of the probation officer, including:   Radio Frequency (RF) Monitoring; GPS  Monitoring (including  hybrid  GPS); SmartLINK;  or  Voice  Recognition, will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court (Home Incarceration).

Substance Abuse Testing - If proposed and recommended by the probation office, you must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Contact Restriction - You must not associate, communicate, or otherwise interact, with any known or unknown member of a terrorist organization, or any other known or unknown criminal extremist group or individual. This includes persons who are, or claim to be, involved with violent acts, or advocating for acts of violence, and any persons who are located outside the United States without the approval of the probation officer. If you inadvertently associate, communicate, or otherwise interact with a known terrorist or extremist group or individual you must immediately report this to the probation officer.

Social Media Restriction - You must seek the approval of the probation officer if you wish to access, view or use any online social media. You must not download any social media apps to your phone or computer. You must not access social media on any other device not approved by the probation office. Social media includes social media sites, chat services, blogs, instant messages, SMS, MMS, digital photos, video sharing websites, emails or any other interactive, online, or electronic communication applications or sites.

Propaganda Restriction - You must not access, view, use or possess any extremist media. This includes material, such as literature, video, photos, social media, from groups or individuals who promote the use of violence to further an ideological or religious cause. If you inadvertently access, view, use or possess such material you must immediately report this to the probation officer.

Computer Monitoring/Search - To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. You must allow the probation officer to install computer monitoring software on any computer. This includes desktops, laptops, mobile devices, smartwatches, gaming systems, private servers, or any other high-speed data processing device performing logical, arithmetic, or storage functions. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.
- You must not use any services designed to encrypt disguise, mask, or anonymize your online activity, such as TOR, I2P, Freenet, Freepto, Tox,Virtual Private Networks or other anonymizing applications, services, or sites.
- You shall not use any online gaming services or systems, including mobile device applications.

Telecommunications – You shall not use any telecommunications application software product, such as Skype, Discord, TeamSpeak, Battle.net, Steam, Xbox Network, PlayStation Network, Nintendo Switch Online or any other software that specializes in providing chat and voice calls between computers, tablets, mobile devices, gaming consoles and smartwatches.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __8__ of __9__

DEFENDANT: EDWARD VALLEJO
CASE NUMBER: 22-cr-15-11 (APM)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 400.00 | $ | $ | $ | $ |

☑ The determination of restitution is deferred _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the    ☐ fine    ☑ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page  9  of  9

DEFENDANT:  EDWARD VALLEJO
CASE NUMBER:  22-cr-15-11 (APM)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 400.00 _____ due immediately, balance due

    ☐ not later than _____, or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

10