UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: Cr. 1:22-cr-15 (APM) |
| | ) | |
| DAVID MOERSCHEL | ) | |
| _____/ | | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, David Moerschel by and through undersigned counsel, pursuant to Local Rule 49(f)(6) of the Local Rules of Criminal Procedure for the United States District Court for the District of Columbia, and respectfully requests that this Court grant Mr. Moerschel leave to file his Motion for Wavier of Fees *and* his Motion for Leave to Proceed on Appeal in Forma Pauperis Under Seal.

The Court has inherent power to seal submitted materials. See Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Although there is a presumption of access to court proceedings, this presumption can be overridden if "(1) closure servers a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." Washington Post v. Robinson, 935 F.2d 282, 288, 290 (D.C. Cir. 1999) (internal citation and quotation omitted).

Here, defense counsel is required to ask that the Court find there is a compelling interest to permit Mr. Moerschel to file his Motion for Wavier of Fees and his Motion for Leave to Proceed on Appeal in Forma Pauperis under seal as both documents contain sensitive financial information of Mr. Moerschel and had family as well as the names and addresses of his wife and minor children.

## CONCLUSION

Accordingly, Mr. Moerschel respectfully request this Court grant him leave to file his Motion for Wavier of Fees and his Motion for Leave to Proceed on Appeal in Forma Pauperis Under Seal.

Respectfully submitted,

/s/ *Scott Weinberg*
Suarez, Rios & Weinberg, P.A.
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone: (941) 575-8000
Facsimile: (941) 575-8888
E-mail: Scott@bsrlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2023 a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

By /s/ *Scott Weinberg*
Scott Weinberg, Esq.