UNITED STATES DISTRICT COURT
FOR THE DISRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>ROBERTO MINUTA )<br>)<br>)<br>Defendant )<br>) | Case No. 22-cr-00015 |

**DEFENDANT ROBERTO MINUTA'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Roberto Minuta, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from Order denying Defendant Minuta's Motion for Release of Custody Pending Appeal.

Dated: July 28, 2023

Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1