# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 22-cr-15 (APM) |
| ) | |
| JOSEPH HACKETT ) | |

## NOTICE OF APPEAL

Name and address of appellant:  United States of America

Name and address of appellant's attorney:  Kathryn Rakoczy, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.5236
Washington, DC 20253

Offense:  18 USC Sec. 2384; 18 USC Sec. 1512(k); 18 USC Secs. 1512(c)(2) and 2; 18 U.S.C. Sec. 372

Concise statement of judgment or order, giving date, and any sentence:

June 2, 2023, oral order of the district court vacating defendant's conviction as to Count 11 of the Seventh Superseding Indictment (Count 7 at trial) (tampering with documents or proceedings in violation of 18 U.S.C. Sec. 1512(c)(1)). See docket 6/2/2023 minute entry, entered June 2, 2023.

Name and institution where now confined, if not on bail:  FCI Coleman - Low, located in Sumterville, FL

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| August 7, 2023 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Kathryn Rakoczy |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  ✓
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal?                        YES ☐   NO ✓
Has counsel ordered transcripts?  TRANSCRIPT HAS    YES ✓   NO ☐
BEEN RECEIVED                                                     YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?