# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 22-cr-15 (APM) |
| ) | |
| DAVID MOERSCHEL ) | |
| ) | |

## MOTION TO MODIFY CONDITONAL RELEASE/PEMISSION TO TRAVEL

Defendant, David Moerschel, by and through his undersigned counsel, Scott Weinberg, Esq., hereby gives notice moves to modify a condition of release and requests this Honorable Court grant a travel permit and states as grounds as follows:

1. Mr. Moerschel has been on Pre Trial-Release since his arrest associated with the above captioned cause with no violations.

2. Mr. Moerschel has been sentenced to thirty-six (36) months in federal prison followed by 3 years of supervision.

3. Mr. Moerschel is required to turn himself in to FCI Jesup on August 16, 2023, by 2:00pm EST.

4. FCI Jesup is 400 miles away from Mr. Moerschel's family home.

5. Mr. Moerschel would request permission to leave Port Charlotte, Florida on Monday night August 14, 2023, to drive to Atlanta and drop off his three (3) young children on Tuesday August 15, 2023 with his parents. Then on Wednesday, August 16, 2023, Mr. Moerschel's relative will drive him to FCI Jesup before 2:00pm EST.

Respectfully submitted,

/s/ *Scott Weinberg*
Scott Weinberg, Esq.,
265 E. Marion Ave
Suite 114
Punta Gorda, FL 33950
(941) 575-8000
Scott@bsrlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, a copy of the instant motion was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF. The same is available for viewing and downloading for government counsel and all parties of record.

/s/ *Scott Weinberg*
Scott Weinberg, Esq.

Dated: August 10, 2023