UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 22-cr-15 (APM) |
| | ) | |
| **JOSEPH HACKETT** | ) | |
| | ) | |

## NOTICE OF OBJECTION AND JOINDER

Defendant, Joseph Hackett, by and through his undersigned counsel, Angela Halim, Esq., hereby gives notice that he objects to the imposition of restitution as requested in ECF 654 (July 7, 2023), United States Brief Regarding Restitution, and he adopts and joins ECF 680 (August 2, 2023), Defendants Kelly Meggs and Elmer Stewart Rhodes III Joint Opposition to Government's Restitution Memorandum.

Respectfully submitted,

　　　/s/ Angela Halim
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing Notice of Joinder was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF.  The same is available for viewing and downloading for government counsel and all parties of record.

                                                                       /s/ Angela Halim  
                                                                     Angela Halim, Esq.

Dated:  August 11, 2023