**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is granted and that the Defendant shall be permitted to accompany his wife, Sharon Caldwell, to the 167th Airlift Wing (Air Force Reserve) in Martinsburg, WV on December 21, 2023, as approved by Pretrial Services, for the purpose of renewing Mrs. Caldwell's military ID card.

_____          _____
Date                                                   Honorable Amit P. Mehta
                                                             United States District Court