UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C/A: 1:22-cr-00015-APM-1 |
| vs. ) | |
| ) | |
| ELMER STEWART RHODES, III, ) | |
|     Defendant. ) | |
| _____) | |

## MOTION TO GRANT APPELLATE COUNSEL ACCESS TO TRANSCRIPT OF AUGUST 23, 2022 HEARING

Undersigned counsel respectfully asks this Court to enter an order granting her access to the transcript of a hearing dated August 23, 2022 that was transcribed by court reporter William Zaremba but which counsel is informed is currently under seal. Counsel has been appointed by the Court to represent Mr. Rhodes in his direct appeal and believes access to this transcript is necessary to perform a thorough job of searching for and developing potentially meritorious legal claims. Counsel will not release the transcript to any other parties and will, if necessary, file the transcript in the Sealed portion of the Joint Appendix if it is relevant to any of the claims raised in the brief.

[signature next page]

1

                                                         Respectfully submitted,

                                                         <u>/s/ Elizabeth Franklin-Best</u>
                                                         Elizabeth Franklin-Best, P.C.
                                                         3710 Landmark Drive, Suite 113
                                                         Columbia, South Carolina 29204
                                                         (803) 445-1333
                                                         [Elizabeth@franklinbestlaw.com](mailto:Elizabeth@franklinbestlaw.com)

November 29, 2023.