UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )   C/A: 1:22-cr-00015-APM-1
                            )
vs.                         )
                            )
                            )
ELMER STEWART RHODES, III,  )
    Defendant.              )
                            )
_____)

# ORDER GRANTING APPELLATE COUNSEL ACCESS TO AUGUST 23, 2022 TRANSCRIPT

This order comes by way of a motion by appointed appellate counsel requesting access to the above-captioned transcript. I find counsel requires access to this transcript to fulfill her obligations to her client and I grant the motion. The transcript is not to be provided to others and will be, if determined to be relevant to any of the issues raised on appeal, included in the sealed Joint Appendix. Elizabeth Franklin-Best is to be provided access to this transcript.

**IT IS ORDERED.**

_____
The Honorable Amit P. Mehta

Dated this ____ day of _____, 2023.