IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )    CR No. 22-15
                                    )    Washington, D.C.
        vs.                         )    September 14, 2022
                                    )    9:35 a.m.
ELMER STEWART RHODES III, ET AL.,   )
                                    )
            Defendants.             )    Day 1
_____ )


TRANSCRIPT OF PRETRIAL CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE




APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

                                Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1              P R O C E E D I N G S
 2         COURTROOM DEPUTY:  Good morning, Your Honor.
 3         This is Criminal case No. 22-15, the
 4  United States of America versus Defendant 1, Elmer Stewart
 5  Rhodes; Defendant 2, Kelly Meggs; Defendant 3, Kenneth
 6  Harrelson; Defendant 4, Jessica Watkins; and Defendant 10,
 7  Thomas Edward Caldwell.
 8         Kathryn Rakoczy, Jeffrey Nestler, Troy Edwards,
 9  Alexandra Hughes, and Louis Manzo for the government.
10         Phillip Linder and Edward Tarpley for Defendant
11  Rhodes.
12         Julia Haller, Stanley Woodward for Defendant
13  Meggs.
14         Bradford Geyer for Defendant Harrelson.
15         Jonathan Crisp for Defendant Watkins.
16         And David Fischer for Defendant Caldwell.
17         Defendants Rhodes, Meggs, Harrelson, and Watkins
18  are appearing in person for these proceedings.
19         Defendant Caldwell's appearance has been waived by
20  counsel.
21         THE COURT:  Okay.  Good morning to everyone.
22  Welcome back.
23         All right.  So we are here for a Pretrial
24  Conference today, at least one of two days that's scheduled
25  for it.
```

 1          Let me just begin with just kind of an overview of

 2   what I hope to accomplish and the order in which I hope to

 3   accomplish it.

 4          I want to just deal with a couple of the motions

 5   that were filed by Mr. Rhodes, I think it was yesterday or

 6   the day before.  I then want to just go through jury

 7   selection and just give everybody an update on that and then

 8   just talk through what the selection process will be since

 9   we're on the topic.

10          Then I want to talk about trial mechanics and just

11   go through some of the details of how trial will operate.

12          Then we'll turn to the Joint Pretrial Statement

13   and the issues that are raised in that Pretrial Statement

14   and then turn to the outstanding evidentiary motions.

15          And then deal with, at the very end, witnesses and

16   exhibits and do it in that order.

17          You know, we are in the new courtroom.  We've --

18   it's now set up in the way in which it will be set up for

19   trial.  Hopefully be made sure -- well, we certainly

20   attempted to make sure there was enough room between the

21   Marshals and the defendants, and hopefully there is.  If

22   there's not, let us know and we can try and make a little

23   bit of adjustment if need be.

24          And, you know, we've got a second table here,

25   obviously, for defense counsel and whatever paralegal

1    assistance you all will require, whether it's one or two

2    paralegals.  I don't know how many other people you intend

3    to have at the table, and then obviously government counsel

4    table.

5            One of the things I do want to talk about today,

6    and we'll get to it in a little bit, is we're going to need

7    to discuss sort of seating in the courtroom and to what

8    extent each side wishes to have certain rows, how much space

9    you all wish to have reserved for -- in the case of

10   defendants' family or others.  And then obviously in the

11   case of the government, whatever agents and other

12   prosecutors may be seated here during the trial.

13           But let me start with the two motions that I ruled

14   on yesterday by Minute Order.  That's Mr. Rhodes' motion to

15   continue trial and for appointment of counsel.  This is

16   ECF 309.  Most of the arguments raised here were dealt with

17   last week.  Let me just go through them a little bit here.

18           One, Mr. Rhodes' basis for requesting the

19   continuance is that he's only had meaningful access to

20   discovery for two months.

21           That is just flat-out a false statement.  His

22   lawyers immediately received access to case-specific

23   discovery shortly after they entered their appearance in

24   this matter in mid to late May.

25           With the assistance of the Marshals Service, the

1    arrangements were made for Mr. Rhodes, who is now in

2    Virginia at the time, to have his lawyers get him a

3    computer, as well as a hard drive containing discovery and

4    the Alexandria facility made that computer and that hard

5    drive available to him twice per week.

6         When we were alerted by Mr. Rhodes' counsel that

7    that was not a sufficient amount of time and that he was

8    only receiving access intermittently, starting on

9    August 4th, once again, with the assistance of the

10   Marshals Service, we began transporting Mr. Rhodes to this

11   courthouse twice per week, once on Tuesday, once on

12   Thursday, so he could sit alone and review discovery for six

13   hours at a time.  No one -- and I will underscore this:  No

14   one has received that kind of accommodation, period, full

15   stop.  And the notion that Mr. Rhodes -- A, nobody has

16   suggested that he has a direct entitlement to receive

17   discovery.  His lawyers have been receiving it all.

18        Two, as I said, he has been receiving electronic

19   discovery in a way that no other defendant has.

20        It is true that he is not at the same facility as

21   the other defendants who do have access to a special program

22   that the U.S. Attorney's Office, with the DOC, have set up

23   specifically to enable January 6th defendants to review

24   electronic discovery, but because Mr. Rhodes was not at that

25   facility, we took additional steps to ensure he would have

1    access to electronic discovery.

2            And so this idea that he's only had meaningful

3    access to discovery for two months is absolutely just false,

4    and I reject it out of hand completely.

5            The second request in this motion is for a Special

6    Master and the use of a "special discovery management firm."

7    I have no idea what the nature of this request is and what

8    the purpose of a special master would be.

9            Mr. Rhodes suggests that a Special Master could

10   engage in basic categorization of discovery and come up with

11   a categorization plan.  I don't know what he means by that.

12           And, secondly, that the Special Master could

13   preside over distribution, storage, and management of

14   discovery and make recommendations.

15           I also don't know what that means.  You know,

16   Mr. Tarpley, you know, discovery has been ongoing in this

17   case for some amount of time.  The United States Government

18   has been delivering discovery consistently to these

19   defendants and others.  It has set up two databases at a

20   cost of extraordinary sums to make all discovery available

21   to January 6th defendants.

22           The idea that you would want to inject a

23   Special Master for no apparent purpose or no apparent reason

24   a week before the trial is mystifying.

25           And, you know, you told me last week you were here

 1    in good faith.  I'm starting to question that.  I really am.

 2         I mean, I'm not sure what you think a

 3    Special Master would accomplish, why you think it's

 4    necessary to interject one at this phase of this case.  And

 5    I can't imagine where the idea came from.

 6         Also, in the motion is referenced on page 6 to

 7    information about Kellye SoRelle.  Mr. Rhodes says her

 8    testimony before the January 6th committee will be

 9    exculpatory and to withhold it -- that is, her testimony --

10    from the January 6th Committee would be an error of extreme

11    magnitude.

12         I will say once again, this prosecution team does

13    not have access to the January 6th Committee's collection of

14    evidence.  I, as a trial judge, cannot compel the

15    January 6th Committee to produce any evidence.  So the

16    notion that we would continue this trial so that you could

17    get evidence from the January 6th Committee is a

18    non-starter.

19         MR. TARPLEY:  Your Honor, may I respond?

20         THE COURT:  Not really.

21         MR. TARPLEY:  Not really?

22         THE COURT:  No.

23         MR. TARPLEY:  Okay.  Thank you.

24         THE COURT:  We've got a lot to accomplish today,

25    and you're already taking up time that I didn't expect to

 1   take up.

 2           MR. TARPLEY:  Okay.  Thank you, Judge.

 3           THE COURT:  Thank you.

 4           Then there is ECF 307, which is a motion to sever

 5   Mr. Rhodes' case from co-defendants or, in the alternative,

 6   to place Mr. Rhodes in the November 10th trial group.

 7           First, Mr. Rhodes asked for a standalone trial.

 8   Alternatively, he asked to be joined with the November trial

 9   group in case 21-CR-28.  Let me correct a couple basic

10   errors with that request.

11           One, there is no trial group starting on

12   December 10th.  That trial is scheduled for November 29th.

13           Secondly, it's not 21-CR-28 that is scheduled to

14   go trial.  That's scheduled to go to in February.  What's

15   scheduled to go to trial on November 29th is the remaining

16   defendants in this case, Mr. Tarpley.

17           The motion is denied, first and foremost, because

18   untimely.  This motion comes long after the Rule 12 deadline

19   that was set in this case back on April 15th.

20           I made accommodation, I think, to allow the

21   parties to late-file as things evolved, but this late filing

22   of a motion to sever the lead defendant in this case a week

23   before trial is so out of bounds and so out of time that it

24   is not, in my view, something that even I can accept as an

25   untimely filing at this point.

1          But even if I were to accept it, and I guess I

2    suppose I'm going to address the merits of it anyway, again,

3    some of the same reasons for seeking the severance are those

4    that have already I've already rejected.

5          Mr. Tarpley writes that Mr. Rhodes has only had

6    seven months to prepare.

7          But, again, you know, I was assured by trial

8    counsel twice before with two prior trial dates, including

9    this one -- the prior trial date and this one, that they

10   would be ready.

11         Ironically, Mr. Tarpley, you weren't here for

12   this, but the defense team wanted this case transferred to

13   the Eastern District of Virginia where you would have been

14   in trial back in the summer.  So the idea that you haven't

15   had enough time here in this District Court is just

16   absolutely wrong.

17         I will say yet again, to the extent that there has

18   not been enough time for preparation and purportedly nobody

19   has told me to this day specifically what you have been

20   unable to do, whether it is review specific discovery or

21   contact any particular witness or identify any particular

22   expert, it has been seven-plus months since Mr. Rhodes was

23   indicted in this case.  He has had access to discovery.  He

24   has had special accommodations made for him, for him

25   personally to get access to discovery.  And he has had

1  extremely competent counsel assist him throughout these

2  proceedings.

3        Mr. Tarpley suggests he needs additional time to

4  file motions.

5        I don't know why he does, there's been a motions

6  schedule in place in this case for months.  And his counsel,

7  Mr. Rhodes, has joined in the motions or filed motions

8  consistent with that schedule, and the Court has ruled on

9  those motions.

10       He says he needs additional time to acquire

11  necessary exhibits, transcripts, and evidence.  I have no

12  idea what he's talking about.  He doesn't specify himself

13  what he's talking about.  The exhibits have now been

14  exchanged by the parties.  The government has disclosed the

15  grand jury transcripts, as far as I'm aware.  And the

16  evidence in this case is now available to Mr. Rhodes and his

17  counsel.

18       Mr. Tarpley says he needs an additional time to

19  acquaint himself with the case.  While Mr. Tarpley should

20  have known that he was going to enter his experience in this

21  case a couple weeks before trial, the odds are the Judge was

22  not going to grant him the additional time to acquaint

23  himself with the case.

24       Says he "needs an additional 45 days or so" -- I'm

25  quoting here -- "will give Mr. Rhodes time to begin to

1    analyze and review such discovery."

2          Mr. Rhodes, as I've said, has had discovery and

3    access to discovery now for months.  If he hasn't begun to

4    analyze it, that's on him, not on anyone else.

5          There's also a group of miscellaneous statements

6    in here that he says additional time is needed; numerous,

7    necessary items of evidence in discovery need to be

8    disclosed.  Doesn't specify what that is.

9          Need for discovery of prior testimony of important

10   witnesses.

11          Again, the government has made disclosures

12   consistent with the schedule to provide grand jury

13   transcripts and witness -- prior witness interviews.

14          January 6th Committee transcripts, I've already

15   addressed that.

16          Says he needs additional time for expert

17   witnesses.  The expert witness deadline has come and gone.

18   It has been on the schedule for months.  Neither Mr. -- he

19   writes, "Neither counsel for Rhodes nor Rhodes himself has

20   been provided with up-to-date discovery."  Again, false.

21   The government has consistently been providing discovery to

22   all defendants in this case throughout the last seven months

23   and beyond.

24          Complains about Mr. Rhodes' placement at various

25   facilities.  I said this before.  Mr. Rhodes is the one who

1    selected having counsel in Texas.  They have been terrific

2    counsel.  But that was going to create certain problems of

3    access.

4         Mr. Rhodes had every opportunity to hire a local

5    counsel here in Washington, D.C., or in Alexandria,

6    Virginia, to assist him.  Instead, he decided to hire a

7    lawyer in Louisiana three weeks before the trial as if

8    somehow that was going to make it easier for him to access

9    discovery with the assistance of a lawyer.

10         Mr. Rhodes also suggests that a severance is

11    necessary because of a disparity of the evidence.  First, he

12    suggests that the cases are -- counts against him and he is

13    improperly joined under Rule 8.  The motion provides no

14    analysis of that whatsoever and is easily rejected out of

15    the hand for the same reason I rejected it with when

16    Mr. Harrelson suggested it in the first footnote in the

17    order regarding Mr. Harrelson's motion for severance.

18         Mr. Rhodes is indicted along with the rest of

19    these defendants in two different conspiracies.  A

20    conspiracy, by definition, joins people in the same kinds of

21    acts and conducts and, therefore, is clearly the kind of

22    charges -- are clearly the kind of charges that are joinable

23    under Rule 8.

24         He also writes, "There are two separate and

25    distinct set of defenses."  I have no idea what that means

1    as between Mr. Rhodes and his co-defendants.  Mr. Tarpley

2    doesn't really say what that separate and distinct set of

3    defenses are, except to suggest that Mr. Rhodes will have

4    explanations for various writings that will be introduced

5    against him and suggesting that there are sort of

6    First Amendment and valid reasons for those writings.

7    That's a trial defense that he can advance.  But there's

8    nothing separate and distinct about it, at least as far as

9    he identifies in his motion.

10           Suggests that there is somehow a disparity of

11    evidence in this case based upon that there are fewer direct

12    allegations against Mr. Rhodes and that Mr. Rhodes himself

13    didn't actually enter the Capitol Building.

14           I don't have a great sense of what the -- I mean,

15    you all know the evidence better in this case than I do.

16    But my sense is that there's probably as much evidence

17    against Mr. Rhodes as there is against anybody else.

18           So the idea that somehow there's a lesser degree

19    of evidence against Mr. Rhodes simply because he didn't

20    enter the Capitol Building, I think, is just wrong.

21           I think most of the text messages -- or not text

22    messages.  Excuse me -- Zello, a lot of the go-to online

23    communications, text messages, other social media, and other

24    types of electronic communications will be directly from the

25    mouth of Mr. Rhodes.

1          And even if there is some difference in the amount

2     of evidence that comes in against each of these defendants,

3     the jury will be instructed, as all juries are, to consider

4     the evidence that is introduced against those defendants and

5     to consider the evidence individually and not consider

6     whether the fact of guilt or innocence as to other

7     defendants affects the evaluation of evidence as to any

8     particular defendant.  Those jury instructions will be

9     sufficient to cure any concerns about any disparity of

10    evidence, even if it were to exist.

11          Mr. Rhodes suggests that a right to a fair trial

12    with a fair ability to present a defense will be

13    compromised, if not severed.  Again, I don't know what he's

14    talking about.  He will have every opportunity.  He has

15    had -- been denied no rights, no opportunities to present

16    his defense over the course of this case.

17          He also references the fact of recent arrests of

18    Mr. Greene and Ms. SoRelle and the need for a severance due

19    to their recent arrests.  The motion, however, does not

20    specify what the expected testimony of Mr. Greene or

21    Ms. SoRelle might be and simply declares that their

22    testimony would be exculpatory.

23          And even if it's assumed to be exculpatory, he

24    makes no representations about either person's present

25    willingness or unwillingness to testify.  And, in fact, his

1    motion in limine at ECF 308 says that Ms. SoRelle "could

2    still testifying while facing prosecution."

3            And, importantly, he hasn't made any

4    representations about whether the testimony that otherwise

5    might be admissible through live testimony of Mr. Greene or

6    Ms. SoRelle could not be available through some other means,

7    such as potential co-conspirator statements that otherwise

8    might be exculpatory if they exist in the written and

9    electronic discovery.

10            Also makes reference, once again, to

11    January 6th Committee transcripts, particularly of

12    Ms. SoRelle.  But, again, I've said repeatedly the

13    government doesn't have access to those, and I can't compel

14    the production of those.  And there's no basis for severance

15    for that reason.

16            He also, yet again, references access to

17    Mr. Greene and Ms. SoRelle's cell phone.  And I think the

18    government made clear at the last hearing that those cell

19    phones were seized and had been processed, and the contents

20    of those cell phones had been made available to the

21    defendants; and, therefore, he has whatever access he thinks

22    he needs to those cell phones in order to present his

23    defense.

24            Mr. Rhodes cites two cases from the Ninth Circuit

25    which aren't -- nowhere resemble the facts and circumstances

1    of this case, *United States versus Torres-Rodriguez*,

2    930 F.2d 1375 from 1991, cited for the proposition that the

3    failure to grant a continuance may deprive him of an

4    opportunity to respond to new developments.

5              But that was a case in which an attorney received

6    a superseding indictment only six days before the start of

7    trial, and that superseding indictment doubled the length of

8    the drug trafficking conspiracy that was charged and then

9    added a new substance to the drug trafficking conspiracy

10   that was charged.

11             And in that case, the Ninth Circuit held that that

12   was not adequate time to prepare for new charges against the

13   defendant, who was being brought to trial only six days

14   after a superseding indictment was filed.  That clearly is

15   not the situation we find ourselves in here.

16             *Armant versus Marquez*, A-r-m-a-n-t, versus

17   Marquez, M-a-r-q-u-e-z, 772 F.2d 552, from the Ninth

18   Circuit, 1985, is a case where the Court denied a

19   continuance.  This was actually a post-conviction case where

20   the state trial court denied the continuance on the day of

21   trial when the defendant asked to represent himself.

22             The Court held that the refusal to grant a

23   continuance effectively denied the defendant an opportunity

24   to exercise his right of self-representation.  Once again,

25   that is a factually distinct set of circumstances than that

```
 1   which we have here.
 2            So for all of those reasons, the two motions --
 3   that is, ECF 309 that is the motion to continue trial and
 4   for appointment of a Special Master and motion at ECF 307 to
 5   sever Mr. Rhodes from the remaining defendants or to move
 6   him to the next trial date -- are denied.
 7            Okay.
 8            MR. TARPLEY:  To which I respectfully object.
 9            THE COURT:  Your objections are noted.
10            All right.  Let's talk about all we need to talk
11   about.
12            First and foremost, I want to make sure this has
13   been put on the record or at least under seal.  I think it
14   was about six weeks ago when Mr. Bright raised the issue of
15   evidence concerning confidential human source material.
16            I asked for the government to present that
17   information to me in camera for my review.  I did review it.
18   I did order that the government disclose certain memos that
19   had been withheld, and I want to confirm that the defense
20   has now received those additional memos.
21            MR. TARPLEY:  Your Honor, I presume you're talking
22   about the CH material that's been produced to us today?
23            THE COURT:  I don't know when it was given to you,
24   but, yes.
25            MS. RAKOCZY:  If I may, Your Honor, some of those
```

1    materials are covered by the protective order addendum which

2    permits for in-camera review.  And since everyone is here

3    today, we've brought copies for counsel to review today.

4              And if that's inconvenient for any counsel not

5    here but also in the case that's scheduled to go to trial in

6    November or any counsel who just don't have time today,

7    we'll make them available whenever is convenient for

8    counsel.

9              MR. BRIGHT:  I will defer to the Court that

10   presuming that the materials that we have been given in hard

11   copy today to review in court instead of having to go

12   off-site are what were covered by the testimony elicited

13   from the government during our motion to compel for future

14   CHF that has, indeed, been given to us today, presumably in

15   full, Your Honor.

16             THE COURT:  All right.  Thank you, Mr. Bright.

17             All right.  Let's talk about jury selection.

18             So yesterday we had 150 jurors come in to complete

19   the questionnaires.  It went quite smoothly, thanks to the

20   Court staff and my Law Clerk, as I understand it, you all

21   should have received last night, through the USAfx, I think

22   it's called, cloud document transmittal system, all of those

23   juror questionnaires.

24             Did everybody get the jury questionnaires?

25             MR. LINDER:  I believe we have, Your Honor.  We

1    downloaded it this morning.

2              MS. HUGHES:  Yes, Your Honor.

3              THE COURT:  Okay.  All right.

4              So what we need to do is -- and I'm sorry.

5    I should have thought about this sooner -- is we need a date

6    next week where we can come back and talk about which of

7    those jurors you all would like to have stricken for cause.

8              I assume some number of the jurors -- I haven't

9    looked at any of these, but I assume there's some number of

10   jurors we likely will agree will be stricken for cause

11   either because they have provided a genuine reason for their

12   inability to serve for the length of the trial.  I do not

13   consider the demands of employment necessarily to exclude

14   somebody.  If, on the other hand, somebody says, Look, if

15   I'm here, I'm not getting paid and I get paid by the hour,

16   you know, I will exclude that person for hardship.

17             Obviously, for example, if somebody was on

18   Capitol Hill on January the 6th, we would exclude that

19   person for that reason.

20             So can we pick a date next week by which you all

21   think you will have had enough time to review those juror

22   questionnaires and come back and talk about for-cause

23   strikes?  I just need to notify the juror office, the jury

24   office by Friday as to which jurors we will exclude so they

25   know not to call those jurors back on Tuesday.

```
 1              MR. LINDER:  Your Honor, is your deadline next
 2   Friday?
 3              THE COURT:  It is.
 4              MR. LINDER:  May I suggest, just in a good-faith
 5   effort, that each side go through the list and submit what
 6   they believe would be our good-faith strikes, their
 7   good-faith strikes, let the Court compare, see where we have
 8   a double-up, and then maybe to do a Zoom on the ones that we
 9   don't agree on?
10              THE COURT:  Yeah, that's what I was going to
11   suggest.
12              MR. LINDER:  Okay.
13              THE COURT:  I think -- we can figure out how --
14   I think it would save time, obviously, if we didn't have to
15   go through all 150 and we could at least start with those
16   that you all agree on.
17              MR. LINDER:  Sure.
18              THE COURT:  If you're able to submit something to
19   me in advance so that I can look and see whether I agree, we
20   can quickly take out some number.
21              And then if there are disputes, if I have to flag
22   some folks, we can go through.  And we can do that via Zoom
23   I don't think there's any reason we can't do it via Zoom.
24   If you wish to have your clients present for that, then
25   we'll need to bring them up.
```

```
 1              MR. LINDER:  Sure.
 2              THE COURT:  But, otherwise, counsel can be by
 3    Zoom, I think, although you're going to need to confer with
 4    your clients to make sure that that's acceptable because if
 5    you're going to be remote and distanced from them on a
 6    discussion about jurors --
 7              MR. LINDER:  I understand.
 8              THE COURT:  -- I want make sure that they've
 9    consented to that.
10              MR. LINDER:  So if the Court will suggest a
11    deadline, whether it be Friday or Monday, to get strikes to
12    you, then we'll work together as a team while we are here,
13    start going through that.
14              THE COURT:  So can you all get strikes to me by
15    Wednesday of next week?
16              MR. LINDER:  Oh, sure.
17              THE COURT:  And we can sit down Thursday afternoon
18    if everybody is available --
19              MR. LINDER:  Okay.
20              THE COURT:  -- starting at, say, 2:00.
21              MR. LINDER:  Thursday, 2:00, Eastern Time.
22              THE COURT:  Correct.  So Thursday, September 22nd,
23    at 2:00.
24              MS. HUGHES:  That's good for the government,
25    Your Honor.  Thank you.
```

 1          THE COURT:  Does that work?  Okay.

 2          MR. LINDER:  We'll make it work.

 3          THE COURT:  All right.

 4          And after you've had a chance to talk to your

 5  clients, just let me know how you all would like to do that

 6  in terms of whether they will waive, if they're not prepared

 7  to waive, whether they will agree to have counsel be remote

 8  for those purposes.

 9          MR. LINDER:  Okay.

10          MR. WOODWARD:  Ms. Haller and I are local, so we

11  can come in and be here in person.  And if there needs to be

12  any discussion, we can facilitate that.  So I'm happy to do

13  that.

14          THE COURT:  Okay.  Mr. Crisp?

15          MR. CRISP:  I will be in a sentencing here at the

16  courthouse with Judge McFadden at 2:00, but I can join

17  afterwards.

18          THE COURT:  Okay.

19          MR. CRISP:  Depends on what Your Honor needs.

20          THE COURT:  Why don't we push -- how long do you

21  think your sentence will be, Mr. Crisp?

22          MR. CRISP:  Probably an hour.

23          THE COURT:  All right.  I don't think we'll need

24  more than a couple of hours.

25          MR. CRISP:  And I was going to suggest, I'm sure

1  I can speak with Dave –– or Mr. Linder –– and Mr. Fischer

2  and relay the concerns that I have, and they can argue that

3  during the time being that I'm not here, if that's

4  permissible for the Court.

5          THE COURT:  Well, look, I don't think it will take

6  more than a couple of hours.

7          MR. CRISP:  Neither do I.

8          THE COURT:  At least I'm hopeful it won't.

9          So why don't we say 3:00.  That will allow you to

10  get through your sentencing.  And if it spills over a little

11  bit, you'll miss the first few minutes, but not much of it.

12  I think you ought to be here for this, Mr. Crisp.  So let's

13  start at 3:00.

14          MR. CRISP:  Sure.

15          THE COURT:  And I think we should be able to

16  finish by 5:00.  I don't think it will take that long

17  hopefully.

18          MR. LINDER:  Thank you, Judge.

19          Has the Court given any consideration to how many

20  strikes it's going to allow each side to have?

21          THE COURT:  I'll get to that in a moment.  It's on

22  the list.  It's on the list.

23          All right.  So okay.  So that's –– all right.

24          Jury selection, how it's going to happen.  So

25  we're not going to have –– so once we have people struck for

1    cause, we'll be reduced from 150 to some lesser number,

2    whatever that may be.

3            The plan is not to bring everybody back at the

4    same time.  Obviously, it makes no sense to do that.

5            So what we have decided to do is we're going to

6    call the first 20 qualified jurors back on Tuesday morning,

7    and we will have another 20 on standby for the afternoon.

8            I have no sense of how quickly or slowly this is

9    going to go.  You know, a usual voir dire, we could get

10    through 20 in a morning without a whole lot of difficulty.

11            I suspect it's going to be a little bit more

12    challenging to get through that many in this case, given the

13    length of the questionnaire and the number of defendants we

14    have.

15            MR. LINDER:  Does the Court anticipate bringing

16    those in one by one?

17            THE COURT:  You may want to save all your

18    questions till the end.

19            MR. LINDER:  Thank you.

20            THE COURT:  So here's how we're going to do it.

21            MR. LINDER:  These are discussions we had this

22    morning.

23            THE COURT:  That's all right.  I'm going to tell

24    you all this; and then if you have questions, let me know.

25            So what we're going to do is we'll start here in

1  this courtroom.  We'll bring the first 20 in.  I will

2  provide my preliminary instructions to those 20 jurors.

3       We will then remove Jurors 2 through 19 from the

4  courtroom and move them next door and conduct the individual

5  voir dire in this courtroom with the jurors seated in the

6  jury box.  I think that's where they usually are set up.

7       I will begin the questioning from the bench,

8  following up on whatever questions the -- the answers,

9  I should say, from the questionnaire I think need following

10  up on.

11       Typically, if there are answers to hardship

12  questions or "inability to be fair" questions, I will go to

13  those first, to those answers, to suss out whether those are

14  real genuine answers.

15       Once I'm done with the questioning, I'll let both

16  sides ask some follow-up questions.  You know, it's a long

17  questionnaire.  I recognize this.  But I would ask that, to

18  the extent you are able, to be modest in terms of the amount

19  of follow-up questions you have, because, otherwise, we will

20  be here for a very long time.

21       If during the course of my questioning of a juror,

22  it becomes clear to me that the juror should be stricken for

23  cause, I will turn to each side and say, "Any objection?" to

24  each side.

25       And so, for example, you know, say the first

1    juror -- a juror says, "I can't serve for four weeks because
2    I've got an operation scheduled in two," I will ask -- you
3    know, I'll ask the witness whether -- I mean the juror
4    whether that's something that can be moved.  If the answer
5    is no, I'll just ask both sides if there's any objection.
6         If you tell me there's no objection, we'll excuse
7    that juror right away to keep things moving.  And there's no
8    reason to sort of go through a full questioning of a juror
9    who we know is going to be stricken for cause right away.
10        If we get through a juror after the questions are
11   asked by me and each side, the juror will then leave the
12   room.  And before the next juror enters the room, I would
13   like for you to make your for-cause strike if you have one
14   at that point so that we have the opportunity here in open
15   court, without any other juror in court, to hear argument on
16   any for-cause strike for the juror that's just been
17   questioned and left and before the next juror comes in,
18   okay?
19        Voir dire will be open to the public and to the
20   press.  So just be mindful of that in terms of, in
21   particular, you will have some, you know, personal
22   identifying information of the jurors.  Please do not use
23   any of that identifying information in your questions when
24   asking the jurors any follow-up that you may have, and just
25   be mindful of that.

1          If there's some reason that you think you need to

2    identify a personally identifying information, piece of

3    information to a question to a juror, pick up the phone and

4    let me know first before you ask the question, okay?

5          I mean, I can't imagine there's any reason you

6    need to ask a question involving a juror's address or

7    birthdate or anything like that.  But if there's some reason

8    that comes up, let me know.

9          Hang on.  I promise I'll give you a chance to ask

10   questions in a moment.

11         Why don't we pause there, and I'll talk about the

12   rest of it afterwards.

13         MR. LINDER:  You said it's going to be on the

14   record for the public to hear?

15         THE COURT:  Well, when I say "the public," I mean

16   those who are present here in the courtroom.  There will not

17   be a public line for these proceedings.

18         MR. LINDER:  So when the juror goes out, the

19   people will be in here; we can make our strikes for cause.

20   The public that's in here can hear that.  Okay.

21         THE COURT:  Correct.

22         Okay.  Any questions about any of that so far?

23         All right.  So I guess this will be a preview of

24   the first issue of -- not really a preview, a ruling on the

25   first issue that's raised in the Pretrial Statement, and

1    that is number of strikes.

2          Defense will get the 15 they've requested, and the

3    government will get the 6 that is allowed by rule.  Believe

4    it or not, there is a D.C. Circuit decision.  It's called

5    *United States versus Anderson*, 39 F.3d 331 from 1994 at

6    footnote 8.  And actually it is dicta.  But, nevertheless,

7    this is what footnote says.  It recites Rule 24(b).

8          And then it says as follows:  "The court

9    apparently lacks authority to grant the government

10   additional peremptory challenges in multi-defendant cases,

11   and at least one court has held that a District Court lacks

12   authority to add the government's six allotted peremptories

13   unless defendants consent."

14         And that cites *United States versus Bruno*,

15   873 F.2d 555 from the Second Circuit in 1989.  And in that

16   case, the defendants actually did not challenge the

17   District Court's grant of seven peremptory challenges, so

18   the Court didn't have the rule on the issue.  So that's why

19   it's dicta.

20         But, nevertheless, I think both the text of the

21   rule and what the D.C. Circuit said in Anderson makes pretty

22   clear that I can't grant any more than the six that's

23   provided by rule.

24         So what that means is as follows:  We will be

25   seating, obviously, 12 deliberating jurors, plus four

 1   alternates.  What that means is that with the 15 strikes for

 2   the defendants and the six for the government, and I'll

 3   grant each side an additional strike for the alternates, by

 4   my math, that means we need to qualify 41 jurors.  And I'd

 5   like to qualify four more for good measurement.

 6           So the goal is to try and qualify 45 jurors before

 7   we get to strikes, okay?

 8           Once we have the qualified number of jurors,

 9   we will bring everybody back into this courtroom who's been

10   qualified.  We will seat them in this jury box, at least the

11   first 16, just so we, hopefully, to avoid confusion, juror

12   in seat 1 will be in what is, I guess, the second row of the

13   traditional -- the first row of the jury box; that is, the

14   traditional jury box.  On my -- closest to my right,

15   1 through 7 will go across; 8 through 14 in the second row;

16   and 15 and 16 will be in the front, okay?

17           So, government counsel, give me two numbers

18   between 1 and 16, and I'll ask the defense for two numbers

19   between 1 and 16.

20           MS. HUGHES:  7 and 14, Your Honor.

21           THE COURT:  Okay.

22           MR. LINDER:  2 and 11.

23           THE COURT:  All right.  So 7, 14, 2, and 11 will

24   be our alternate seats.  Okay?

25           MS. RAKOCZY:  Is it in that order, Your Honor, in

1  terms of -- will it be in that order, Your Honor, in terms

2  of which will get stricken first?

3           THE COURT:  No.  Let's just do it in order.

4  I think that'll make it easier.  So our first alternate, the

5  first two alternates will be in seats -- well, Alternate 1

6  will be in 2; Alternate 3 will be in 11; Alternate 4 will

7  be -- I'm sorry.

8           Alternate 1 will be in 2; Alternate 2 will be in

9  7, 11, and then 14, just to make things easier.

10           So we'll seat the first 14.  You'll have a sense

11  of who's already in the box and who's already an alternate.

12  You will then be able to strike either into the box -- that

13  is, people who are already seated in the first, really, the

14  12 deliberating juror seats first -- and then you can strike

15  directly into the panel -- that is, anybody who might come

16  in if there's somebody in the box who's stricken, and I'm

17  sure there will be.  So you don't need to reserve your

18  strikes just for those who are already seated in the jury

19  box.  You can strike directly into the panel.

20           You will each be given strike sheets, your 15 and

21  your 6.  You will write down each of your peremptories on

22  the strike sheet and then simply just exchange them.  We're

23  not going to go by round here because if we did that, it's

24  only going to add to the length of time.  And this approach

25  is more efficient, and it's been approved.

1          So once you've exchanged strike sheets, you'll

2    record each side who the other side has stricken.  If you

3    happen to have stricken an overlapping juror, okay.  You're

4    not going to get an extra strike because of that.

5          Once the strike sheets have been exchanged, you'll

6    bring the strike sheets up to Mr. Douyon and myself.  And

7    then we'll do the round robin with the jurors and remove

8    who's been stricken and bring in who will replace them,

9    okay?

10          Oh, so, and then after that that's done with the

11    deliberating jurors, we'll give you the sheets back so you

12    can do your two additional strikes for the alternates,

13    because I think it may be hard to figure out who the

14    alternates are going to be that are coming into the box

15    until you see the 12 deliberating jurors that are actually

16    seated, okay?

17          So we'll seat first 12, and then you'll get your

18    alternate strikes.  Once the alternates are seated, that'll

19    be our jury, okay?

20          Any questions about that, how that'll proceed?

21    And, look, you may have questions as we get closer to trial.

22    Don't hesitate to ask.

23          Okay.  Let's talk about trial mechanics.  And I'm

24    just going to go down the list, and this is not a list

25    that's meant to be exclusive.  The defense, at least three,

```
 1    but I think it's two, but I think three defendants have
 2    asked for some CJA funds for trial assistance.
 3            I've been working on that, and I've been in
 4    communication with Mr. Kramer, our public defender.  And
 5    I know he's been in touch with counsel, and I hope to have
 6    something for you very, very soon.
 7            Mr. Crisp.
 8            MR. CRISP:  And I apologize, Judge.  I was looking
 9    at the discovery here, and so I didn't hear the first part.
10    But my understanding is I did -- just in case you said this
11    before, for the record, I did speak again with Mr. Kramer on
12    Monday, provided him with an amended document.  So thank you
13    for following up.
14            THE COURT:  Yeah.  And I'm sorry it's taken so
15    long, but you'll have an answer very soon.
16            MR. CRISP:  Thank you.
17            THE COURT:  Okay.
18            Space and reserved seating, let's start with the
19    government.  How much additional space do you think you will
20    need that we ought to reserve?  Because what I plan to do
21    is, as other judges have done in some of these more
22    high-profile trials is get out essentially an order that
23    addresses media and seating in the courtroom, among other
24    things.
25            MS. RAKOCZY:  And is it still the case that
```

1    Your Honor will reserve the first bench on the inside of the

2    well for each side?

3            THE COURT:  Yes.  Nobody in the well will be

4    anyone other than someone who's associated with the teams.

5    And by that I mean, you know, if they are family members for

6    the defendants, they will be outside the well, not inside

7    the well.

8            MS. RAKOCZY:  Then, Your Honor, I think with the

9    exception of perhaps opening and closing days, if we could

10   have the first bench in the gallery reserved for any extra

11   government personnel who don't need to sit inside, such as,

12   say, a witness advocate or counsel for witnesses who may be

13   present, if those folks could sit in -- if we could have the

14   first row of the gallery reserved for that.  We may not need

15   the full row every single day, but it would be nice to have

16   that space available.

17           THE COURT:  Okay.

18           MS. RAKOCZY:  There's a slight chance that we

19   would ask the Court for a little bit more space on opening

20   and closings days just because there may be extra

21   supervisors or government personnel who may wish to be here.

22           THE COURT:  Okay.  That's fine.

23           MR. LINDER:  Can we request the same?

24           THE COURT:  Sure.  Sure.

25           MR. LINDER:  So we can have the bench and the

1    first row?

2            THE COURT:  Correct.  Correct.

3            All right.  So the order will reflect that that

4    first row will be reserved for government -- for the

5    government and for defense.  We'll have a CSO here every day

6    to make sure that your folks get seated in that first row.

7    And if there's more room, then they will fill in the row if

8    there's a need for that.

9            We will have a media room that is sort of closed

10   circuit with what's going on here.  That media is room is

11   downstairs.  We will not have media in the courtroom

12   tweeting and clicking and all that.  If they want to do any

13   of that, they can do that in the media room.

14           There will be no electronic devices being used in

15   the gallery.  Obviously, you all can have your electronic

16   devices.  That's not meant for you all.

17           We'll also likely have an overflow courtroom at

18   least for a portion of it.  You know, I suspect there will

19   be a fair amount of interest in the first few days of trial,

20   but things tend to wane even after -- you know the most

21   high-profile trials after the first few days.

22           Masking.  Everyone will be required to wear a mask

23   except for lawyers who are doing questioning, witnesses, are

24   really the only two exceptions.

25           And the reason I'm doing this is -- apply to the

1    jurors too, is because we can't have a COVID oubreak during

2    this trial.  You know, if we have jurors go down, defense

3    lawyers go down, government counsel go down, it could throw

4    off what's already a very tight schedule.

5            So I know it's not something anybody wants to do.

6    And, frankly, I look forward to the day when we don't have

7    to wear them anymore, but I just think, given the concerns

8    about keeping us on track.

9            MS. RAKOCZY:  If I may ask two follow-up

10   questions, Your Honor.

11           So for witnesses, they should wear their masks

12   through the courtroom, but they'll take them off on the

13   stand?

14           THE COURT:  Right.

15           So witnesses -- correct.  I mean, they can wear a

16   mask as they walk through the courtroom.  That's fine.  Once

17   they're on the witness stand, they'll take their mask off.

18           If there is a witness that would rather wear a

19   mask even when testifying, we'll have clear masks available

20   for that witness to use.

21           MS. RAKOCZY:  Great.  Thank you, Your Honor.

22           And then you may touch upon this later, but we

23   were wondering if the court would articulate what the policy

24   will be if a counsel comes down with COVID.  I think -- you

25   know, the government, I think, is prepared to just adapt.

1    But I know the defense may not be able to make the same

2    accommodations.  Some defendants have two attorneys.  So

3    hopefully they can adapt as well.

4            But I think it would be useful to just have a

5    policy so there won't be any hard feelings or unfairness if

6    something happens mid trial.

7            And I think the same may go for -- I don't know

8    what we're being to do if any of the defendants get

9    quarantined at the jail.  I think that basically that's

10   just -- we're just going to have recess.  But I think

11   it would be prudent to have a plan in place.

12           THE COURT:  Look, I think the following,

13   Ms. Rakoczy.  I think it's hard to have a plan.  And by that

14   I mean, you know, say, hypothetically, we're in the defense

15   case and one of the defendants intends to testify and the

16   lawyer that was going to direct that defendant goes down

17   with COVID.  I don't think it's fair to even ask, you know,

18   if you've got multiple lawyers on a team, you know, to say

19   to that other defense counsel, Well, get up and do the

20   direct examination.  I mean, I think that's pretty

21   unrealistic.

22           Obviously, if any defense lawyer really has one

23   client that goes down, you know, that'll essentially stop

24   the trial.  I mean, there's nothing we can really do about

25   that.

1          And similarly, I think the same on the

2    government's side.  You know, if the government has

3    somebody, for example, who's prepared and ready to

4    designate -- I mean designated to cross-examine a particular

5    defendant and that person goes down, you know, we may need

6    to continue the trial for a day or two to let a different

7    lawyer get prepared.  I mean, we'll just have to see what

8    happens, okay?

9          MS. RAKOCZY:  Thank you.

10          That in and of itself is helpful to know,

11    Your Honor, so thank you.

12          MR. BRIGHT:  Your Honor, may I ask a question

13    about scheduling.  I don't know if this would be the

14    appropriate time.

15          I know that we are not going to be going to trial

16    trial on separate --

17          THE COURT:  Hang on.  I'm going to get to that in

18    a second.

19          MR. BRIGHT:  Thank you, Judge.

20          THE COURT:  That's okay.

21          Okay.  So that's masking.

22          Objections.  Everyone will have telephones on

23    their table for -- so essentially closed-circuit telephones,

24    if you will.  Each defendant will have one.  Each counsel at

25    that table will have one.

1          And I'm trying to at least get two or three phones

2    for this table over here.  I don't know how many we'll have

3    for government counsel, but we'll have a handful.

4          If there are objections to be made, please just

5    objection.  And then let's get on the phones if I don't

6    already rule.

7          If there's something that needs a discussion, I

8    don't want to have it in open court.  We'll get on the

9    phones.  And we're sort of long past the days where

10    everybody is going to line up here for bench conferences.

11    We'll just do it on the telephones, okay?

12          Policy with respect to jurors, and they will be

13    able to take notes, but I don't let them ask questions.

14          Rule on witnesses will apply to both sides with

15    the exception of perhaps a case agent that's been designated

16    by the government and any exceptions that may arise.  But,

17    you know, certainly for civilian witnesses and the ordinary

18    law enforcement witness, the rule on witnesses does apply.

19          Reminder that -- and this applies for both

20    sides -- 24-hour notice to the other side as to which

21    witnesses you will be calling the next day for trial or at

22    least you anticipate calling the next day for trial.

23          You know, I think it's only fair, given the number

24    of witnesses that are likely to be called in this case that

25    each side has some notice of who's going to be called.

1          All right.  Schedule.  It is my intention to start

2  with evidence at 9:30.  And what that means is two things.

3  Counsel must have clothing for the defendants that are held

4  here and ready before 9:00 a.m. so that they can be dressed

5  and ready to go.

6          The marshals can assist you in getting them the

7  clothing they need.  And I haven't thought about this, but I

8  suspect we can figure out something to do.  If there's

9  multiple -- if you've got more than one set of clothes,

10  which I suspect that you might, if you want a place to store

11  them, let us know and we can figure out if there's a place

12  to store clothing for the defendants for the course of the

13  trial, instead of having to bring something into the

14  courthouse every day.

15          What it also means is this.  I would really,

16  really like to avoid dealing with a lot of preliminary

17  issues at 9:30.

18          So what I'm going to ask you to do, and I'll

19  remind you of this regularly, is if you think there are

20  going to be preliminary matters, please text JC the night

21  before or early that morning so I know there are preliminary

22  matters.  And if there are preliminary matters, we'll come

23  in and start at 9:00 with the idea that we can get those

24  preliminary matters taken care of before the jury arrives

25  and before they're seated so we can try as best as we can to

1  keep to that schedule of 9:30 to 12:00 for actual evidence,

2  as opposed to dealing with, you know, evidentiary arguments

3  and the like that may come up, and they will.

4           So, again, I'll just remind everybody of that, to

5  send JC a text the night before or first thing in the

6  morning if there are issues to raise, in which case

7  everybody should be here by 9:00.

8           So bottom line is you all should plan to be here

9  by 9:00.  And if there are no issues, great; if there are,

10  we'll take them up at 9:00.

11          As I said, we'll go from 9:30 to 12.  We'll take a

12  break in the morning, pick up in the afternoon at 1:30, go

13  till as close to 5:00 as we can, with a second break -- with

14  a break in the afternoon.

15          Half days, presumptively, on Friday.  We'll try to

16  go from 9:30 to 12:30.  I've been trying to schedule all my

17  other matters in the afternoon on Fridays.

18          We will not sit on October the 5th, which is

19  Columbus Day, October the 10th, which is Yom Kippur.  And

20  we also will not sit on September 30th, which is a Friday.

21  I have to be somewhere Friday morning.  And so that half day

22  will turn into a full day of not sitting on September 30th,

23  okay?

24          MR. BRIGHT:  What day was that, Your Honor?

25          THE COURT:  September 30th.  It's a Friday.

```
 1              I'm almost to the end of this, and then I'll open
 2    up for questions.
 3              There was a question raised by Mr. Linder about
 4    access to get past security.  We can't give you a pass
 5    through security.  I've asked.  It's not something that can
 6    be accommodated.
 7              However, what we'll do is, you'll have phone
 8    numbers for JC, for my Law Clerk.  And my expectation is
 9    it's going to be a busy courthouse in October.  We've got a
10    number of other trials going on, so there are likely to be
11    lines.
12              There are three entrances to this courthouse.
13    There's the one on Third Street that you traditionally come
14    through.  It's my belief that the Constitution Avenue, which
15    used to be the original entrance to the courthouse, that
16    will be open.  And there's an entrance on the other side, on
17    the Jonathan Marshall Plaza side, which is directly opposite
18    where you come in on Third Street.  Constitution Avenue and
19    Third Street tend to be shorter line, so think about going
20    through there.
21              My understanding is that we may soon, I don't know
22    exactly when, the U.S. Attorney's will be able to actually
23    come through a different entrance, I'm told.  I don't know
24    exactly what the details of that are, but that may relieve
25    some congestion in the mornings.
```

1          If you are stuck in a line or having trouble

2     getting through, please text one of them, and they will come

3     down and ask the Marshals to bump you to the front so we can

4     get you through and get you upstairs on time, okay?

5          All right.  I have one more question about trial

6     logistics -- I have a question about trial logistics.  But

7     before we get there, let me open it up to any questions that

8     anybody may have about any of that and anything else about

9     trial mechanics.

10          MR. LINDER:  Just one small thing.  I don't want

11     to be Captain Obvious here.  But I would ask these guys -- I

12     trust them implicitly, but not to be reviewing evidence on

13     their laptops while the jury is in the box.  And so if

14     they're going to look at videos like for upcoming witnesses

15     or preparing, I would ask that that be done on this side.  I

16     trust them to do that.  I just wanted to put that on the

17     record.

18          THE COURT:  Yeah, okay.

19          MR. LINDER:  Thank you.

20          MS. RAKOCZY:  That's fine, Your Honor.  I think

21     we'll also have screen protectors that will hopefully help

22     prevent the jury from seeing anything.

23          THE COURT:  And I assume each side will have -- or

24     at least the government will have some kind of -- will have

25     a paralegal or an electronic evidence expert.  And I assume

```
 1    that person is going to sit where you are, Ms. Rakoczy.
 2              MS. RAKOCZY:  Yes, Your Honor.
 3              THE COURT:  So whoever is bringing up the
 4    government's evidence, Mr. Bright, their screen will be
 5    facing -- I'm sorry, the back of the computer will be facing
 6    the jury.
 7              Okay.
 8              MR. NESTLER:  Your Honor, I have a random question
 9    about a rule on witnesses asked to me by one of the
10    witness's counsel.
11              We have a couple witnesses who are journalists,
12    and that witness's counsel asked me if there was a specific
13    rule from the Court about what that witness was allowed to
14    do after testifying in terms of reporting on or publicly
15    disclosing that witness's testimony.
16              THE COURT:  I mean, it's an unusual request.  But,
17    I mean, once the testimony is public, it's public.  And I
18    don't know what -- I mean, look, I suppose, you know, if
19    there's reason to believe the witness is subject to recall,
20    there might be some restriction warranted.
21              But short of that, I don't know why I would --
22    what authority I would even have to restrict somebody's
23    ability to leave the witness stand and write about their
24    experience.
25              MR. NESTLER:  Understood, Your Honor.
```

1          Normally, the instruction is for the witness to

2     not discuss their testimony with any future witness.

3          THE COURT:  Right.

4          MR. NESTLER:  And so if a witness wants to discuss

5     their testimony with the world but not a specific future

6     witness, it's a little bit different.  But I'm just flagging

7     this.  It was a question posed to me by one of the witness's

8     counsel.

9          MR. LINDER:  Yeah, I would have a problem with

10    that, and I think most of us would.

11          I mean, if the people want to come in to see these

12    proceedings, great.  Having a journalist get off the stand

13    and go put it on Twitter for the whole world to see,

14    including the jurors when they get home at night, even

15    though they're being instructed not to look at it.  I think

16    I kind of think the journalist can write about it once the

17    trial is over.

18          THE COURT:  Okay.

19          MR. NESTLER:  We don't have to address it today,

20    but I wanted to flag it because it was asked of me to flag.

21          THE COURT:  I think the question is, I mean,

22    is there anything that prevents a juror from doing the same

23    thing -- a regular witness from doing the same thing?

24    I mean, a witness leaves the stand and goes home and tweets

25    about it.  Is there any -- I don't think I've ever

1    instructed a witness not to do that.

2                THE. LINDER:  Well --

3                THE COURT:  I mean, I can, I suppose.

4                MR. LINDER:  Well, I mean, in Texas, most of the

5    time you tell witnesses not to go out and talk about it

6    until the trial over, just because you never know what's

7    going to come up.

8                THE COURT:  Okay.

9                Well, I mean, I can certainly, if everybody agrees

10   and thinks that's a sound rule to impose, which is to tell

11   jurors not to discuss their testimony with anyone publicly

12   or otherwise until the trial is concluded, I'm okay with

13   that.

14               MR. NESTLER:  I'm not sure we're prepared to make

15   that request or to endorse that request, given the

16   First Amendment implications.

17               THE COURT:  Right.

18               MR. NESTLER:  And that's why I said normally the

19   Court's instruction to a witness is:  Don't talk about your

20   testimony with any other prospective witness --

21               THE COURT:  Right.

22               MR. NESTLER:  -- which is more limited than with

23   your family or the world.

24               THE COURT:  Right.

25               MR. NESTLER:  We can continue to think about it

```
 1   but I wanted to flag the issue for Your Honor.
 2              THE COURT:  Let's think about it.
 3              I mean, the reason I've been hesitant is for the
 4   reason Mr. Nestler identified, which is any First Amendment
 5   concerns.  And, you know, I've always got to balance that
 6   against the trial rights of the defendants, so --
 7              MR. LINDER:  I would expect -- I agree, but I
 8   would expect that people that know they're going to be
 9   witnesses in this trial and know it's going to be going on
10   for four or five weeks, they're going to be tuning in and
11   listening.  And some of these questions about, well, maybe
12   take us off the stand, it's what I said, I don't want that,
13   that creates a messy trial.
14              THE COURT:  Okay.  All right.  Well, let's think
15   about it.
16              I would think that a lay witness is unlikely to
17   object to that.  Counsel for a reporter witness may see
18   things differently.  So let's see where we are, and we can
19   figure that out beforehand, okay?
20              MR. FISCHER:  I'm not sure if the Court is getting
21   to this point, but as far as during the trial, the order
22   that the attorneys make opening and closing arguments, as
23   far as cross-examining, will defense -- we've been talking,
24   and our plan was to have certain defense attorneys take the
25   lead on certain witnesses, and I didn't know what the
```

1    Court's thoughts were on those issues.

2            THE COURT:  Yeah.  Sure.  I think Mr. Linder had

3    previewed that to me.

4            In terms of openings, we'll go right down the list

5    as it's reflected in the indictment.  So I think that will

6    be Rhodes, Meggs, then Mr. Harrelson, then Ms. Watkins, then

7    Mr. Caldwell.

8            Now, you know, if you want to change that up for

9    some reason, that's okay by me.

10           MR. LINDER:  The question we've discussed, I just

11   want to make sure it's okay with the Court.  I believe we

12   have the right to do it, but want to put it before you.  We

13   would each like to make an opening statement, but we may

14   choose to have two or three of us do an opening statement in

15   the beginning and the balance of the opening statement once

16   the government rests.

17           THE COURT:  Look, I mean, I think an individual

18   defendant has the right to defer an opening.

19           MR. LINDER:  Okay.

20           THE COURT:  And if an individual defendant chooses

21   to defer, I can't do anything about that.

22           MR. LINDER:  Okay.

23           THE COURT:  That said, if a defendant does choose

24   to defer, it's going to have to be an opening as to that

25   defendant as opposed to sort of a primary summation or

```
 1    pre-summation, if you will.
 2              MR. LINDER:  No, correct, we've talked about that.
 3    There's some -- we think two or three of us will go first,
 4    and two or three of us will go the second half and we'll
 5    sort that out.
 6              THE COURT:  Okay.
 7              It's the first time it's ever been requested, but
 8    does the government have any views on whether -- or any
 9    views on that at all?
10              MS. RAKOCZY:  No, Your Honor.  I think that the
11    Court is correct that the defense has to the right to defer
12    their opening.  We agreed that it should be an opening
13    statement, but I think that's clear from the rules that it
14    should be an opening and not an argument.
15              MR. LINDER:  Correct.
16              THE COURT:  All right.  So then while we're on the
17    subject, just in terms of planning things out, have you all
18    thought about length of your openings?
19              MR. NESTLER:  Briefly.
20              THE COURT:  Your opening is going to be brief?
21              MR. NESTLER:  We've briefly thought about it.
22              I think it will probably be about an hour and a
23    half.
24              THE COURT:  Okay.
25              MR. NESTLER:  But we're not asking the Court
```

1    impose a strict deadline, but that's a rough estimate.

2              THE COURT:  Okay.

3              MR. LINDER:  We have not discussed that yet.  Part

4    of it was putting this before you today if we may split it

5    in half.  So we'll talking about that in our lunch break

6    today.

7              THE COURT:  I don't know that I need an answer

8    today.

9              MR. LINDER:  Sure.

10             THE COURT:  But if you could get me an answer by

11   when we're together next week.

12             MR. LINDER:  Sure.

13             THE COURT:  It's just helpful to know for

14   scheduling purposes.

15             The other thing I want to make sure, and I know

16   you all have undoubtedly prepared for this.  But if either

17   side is going to use an exhibit in opening, please make sure

18   the other side has seen it so that if there's an objection,

19   we can handle it before the opening itself.  Okay?

20             MR. NESTLER:  Yes, Your Honor.

21             And we will be using several demonstrative

22   exhibits.

23             THE COURT:  I assumed you would be.

24             Okay.  I guess here's the last thing, which is in

25   terms of that first week of jury selection, I can't predict

1    how long it's going to take to select a jury.  But I've got

2    to think it's going to take at least a couple of days.

3              So we'll just have to see where we are in terms of

4    jury selection and when we open.  You know, say,

5    hypothetically, we finish jury selection late on Thursday.

6    I think the odds are we're not going to sit on Friday

7    because I don't want to split the openings up.  So we

8    probably will just open on that Monday.  If through --

9              MR. NESTLER:  Your Honor is not available that

10   Friday anyway.

11             THE COURT:  Oh, that's right.  I can't sit that

12   Friday.  Is that the 30th?

13             MR. LINDER:  Yes.

14             MR. NESTLER:  Yes.

15             THE COURT:  Okay.

16             Right.  Okay.  So we're not going to do that

17   anyway.

18             So I think the odds are we likely will open on

19   Monday, October the 3rd.  I think that's -- unless, by some

20   miracle, we can have a jury in place by the end of the day

21   on Wednesday.  So, you know, prepare to potentially open on

22   that Thursday, but I think realistically it's likely to be

23   on October the 3rd, okay?

24             All right.  That is all I have in terms of jury

25   selection, trial mechanics.

```
 1              Any other questions about any of those two topics?
 2              MR. LINDER:  Your Honor, the order of
 3    cross-examination?
 4              THE COURT:  Oh, right.
 5              Look, if the defendants want to designate a lawyer
 6    to be the lead on a particular witness, that's fine.  And
 7    then what I'll just do is I'll go down the list in the order
 8    that I just mentioned it for the remaining counsel, okay?
 9              MR. NESTLER:  A couple of issues related to that,
10    Your Honor.
11              First, for Mr. Rhodes' counsel, we just wanted to
12    confirm there's only one counsel speaking for
13    cross-examination --
14              THE COURT:  Yes.
15              MR. NESTLER:  -- or opening.
16              THE COURT:  Yes.
17              MR. TARPLEY:  We would agree to that.
18              MR. NESTLER:  And then related to Mr. Tarpley's
19    recent appearance, there's a couple of issues I just needed
20    to flag for the Court.  One is, we flagged this for
21    Mr. Tarpley, but we had filed a Rule 1.8(e) motion with
22    respect to other counsel.
23              We informed Mr. Tarpley of that and asked him to
24    provide the Court with his fee agreement in camera.
25    I'm not sure that has happened yet, but I wanted to make
```

1    sure Your Honor was aware of that fact.  We do understand

2    that he is receiving funds from a third party, not

3    Mr. Rhodes.  So that is an another issue to be addressed.

4            Related to that, Mr. Tarpley has some staff

5    apparently assisting him.  We have a little bit of concern

6    on two accounts.

7            One is we're not exactly sure who all that staff

8    is or who they're affiliated with.  But one of them, he

9    contacted the Court this morning, your Law Clerk, to get

10   access to the USAfx folder, which is fine.  We're happy to

11   provide any member of -- bona fide member of the defense

12   staff with any access to the materials with two caveats.

13           One is that individual had an email exchange at

14   Pierce Bainbridge, which suggests that that person is

15   somehow affiliated with John Pierce's law firm, and

16   Mr. Pierce formerly represented Mr. Harrelson.  So before we

17   provided access to any other individual, we wanted to make

18   sure that any conflict like that was addressed.

19           I don't know any of those individuals.

20           Related to that, we also told Mr. Tarpley

21   yesterday that he and any staff working for him or

22   affiliated with him needed to sign the protective order

23   before getting access to the discovery.

24           We haven't yet received that yet.  So I'm putting

25   that out there on the record to make sure the Court and

 1    defense counsel are aware of these outstanding issues.

 2                THE COURT:  Okay.

 3                Mr. Tarpley, why don't you go ahead and just, on

 4    the Pierce Bainbridge issue, if you can, if you've got a

 5    response; otherwise, it's something we can deal with

 6    separately.

 7                MR. TARPLEY:  Sure.

 8                Yes, Your Honor.  I have a litigation support

 9    company, Emily Lambert is the person I'm working with there.

10    And she does do some litigation support work for Mr. Pierce;

11    that is correct.  And so Emily Lambert would be someone that

12    would be providing some paralegal services for me in this

13    matter.

14                THE COURT:  Okay.

15                And she's a paralegal?  She's not a lawyer?

16                MR. TARPLEY:  She is not a lawyer.  That is

17    correct.

18                THE COURT:  All right.

19                Well, the government now knows who the person is.

20    I don't know that -- I don't recall the name Emily Lambert

21    appearing in any of these cases, but --

22                MR. NESTLER:  No, Your Honor.  But I believe she

23    works or at least her email exchange is at

24    Pierce Bainbridge, suggesting that she works for

25    John Pierce.

```
 1            MR. TARPLEY:  Well, she has an independent
 2   litigation support company.  She provides paralegal
 3   services, investigative services, and some other forms of
 4   work like that.  And I think that she has done work for
 5   Mr. Pierce, and I think she is currently doing work for
 6   Mr. Pierce.
 7            I did discuss that with her.  And I told her, I
 8   said, Look, I think this is going to be an issue.  The only
 9   client I have in this case is Mr. Rhodes.  I know that you
10   do some work for Mr. Pierce.  Is that going to be a problem?
11            And she said, No.
12            I said, Well, I'm going to disclose that to the
13   Court tomorrow, make sure Judge Mehta knows that.
14            THE COURT:  Well, do you know whether she did any
15   work with Mr. Pierce on behalf of Mr. Harrelson when
16   Mr. Pierce was representing him?
17            MR. TARPLEY:  I can't answer that.  I can find
18   that out and let the Court know.  I'm certainly glad to do
19   that.
20            THE COURT:  Yeah.  If you could let us know,
21   I think that would be an important fact to know.
22            MR. TARPLEY:  Certainly.
23            THE COURT:  If she didn't do anything on behalf of
24   Mr. Harrelson, I think that would address any concerns the
25   government may have.
```

```
 1              MR. TARPLEY:  Sure.  I'll be glad to let the Court
 2    know that.
 3              THE COURT:  Sure.
 4              MR. TARPLEY:  I'll meet with you in chambers to
 5    discuss the other matter.
 6              THE COURT:  Okay.  Thank you, Mr. Tarpley.
 7              MR. NESTLER:  I'm sorry.  Related to that,
 8    Your Honor, is the other members of Mr. Tarpley's staff or
 9    affiliated who are assisting him, there was an individual
10    identified to us when we were here last week, Mr. Quan,
11    I believe, as paralegal.
12              MR. TARPLEY:  Mr. Quan right, Mr. Hoang Ky Quan.
13    And he is a paralegal.  He does some work for me here in the
14    D.C. area.  That's correct, Mr. Quan.
15              THE COURT:  Okay.  And he's -- well, let me
16    just -- what's the concern with him?  Is there any
17    particular reason to think that he's been affiliated with
18    any other defendant or --
19              MR. NESTLER:  He is a featured speaker at a
20    Justice for January 6th rally coming up next weekend.  And
21    we're not aware of him being a paralegal or performing -- I
22    originally assumed that he worked for Mr. Tarpley.  I've
23    recently come under the impression that perhaps he does not
24    work for Mr. Tarpley but has his own independent
25    relationship or advocacy role.
```

1    MR. TARPLEY:  Let me just say -- thank you,

2 Mr. Nestler.

3    Mr. Quan has been involved with supporting J6

4 families for the last two years.  So he knows a number of

5 people that are involved in all these litigations.  And he

6 kind of operates, the best way I can describe it,

7 Your Honor, would be kind of a client advocate, helping

8 people, you know, with getting documents into the

9 facilities, helping people with communications, you know,

10 those kinds of things.

11    And he sees it as a ministry, Your Honor.  He's a

12 Christian, and this is kind of a Christian ministry to him

13 just to do what he can to help.  And so he's helped me.

14 He's been very valuable to me in helping me.

15    But I have no problem disclosing Mr. Quan's name.

16 And he was -- 0in fact, he was in court with us last week

17 when we had him here.

18    THE COURT:  Has he done any advocacy work on

19 behalf of any of the witnesses the government expects to

20 call?

21    MR. TARPLEY:  I don't think he's done any advocacy

22 work, Your Honor.  All his work has been in support just

23 helping me as a lawyer.  He's just kind of a helper is all

24 I can describe.

25    THE COURT:  Right.  Maybe I shouldn't have used

```
 1    the word "advocacy."  Has he provided assistance to, to your

 2    knowledge, any of the witnesses that are on the government's

 3    list?

 4              MR. TARPLEY:  I don't think he's provided any

 5    assistance.  I don't know what you mean -- monetarily or

 6    financially, I don't think he's done anything like that,

 7    Your Honor.

 8              THE COURT:  I guess the bottom line is, I don't

 9    know what I don't know.  And what I'll ask you to do is

10    have -- provide him with a copy of the government's witness

11    list so he can look at it.  And if he has a relationship or

12    had a relationship with any of those witnesses, please let

13    us know so that we can at least consider what, if any,

14    consequence there is of that.

15              MR. TARPLEY:  Sure.  Yes, Your Honor.  I'll answer

16    any questions you have about Mr. Quan, no question.

17              Thank you, Judge.

18              Thank you, Mr. Nestler.

19              MR. NESTLER:  Yes, I do believe that he has

20    affiliations with other defendants, maybe not in this

21    particular case, but other defendants related to January 6th

22    cases.

23              THE COURT:  Okay.

24              MR. NESTLER:  And so we just don't know the extent

25    of -- we don't know -- we also don't know what we don't
```

```
 1   know, I guess is my point.

 2             THE COURT:  Right.

 3             The bottom line, it seems to me, is he's been

 4   providing assistance to defendants in other cases.  Fine.

 5   No problem.

 6             I think the only concern would be if he's provided

 7   support to anybody the government intends to call who would

 8   be adverse to the defendants and in the course of that

 9   relationship has learned anything that theoretically could

10   be used for cross-examination.

11             MR. TARPLEY:  Sure.  Thank you, Your Honor.

12   I understand.

13             THE COURT:  Okay.  All right.

14             Okay.  So let's then turn to the Pretrial

15   Statement.  There are a couple of disputed issues, and that

16   I'll just take a look.  I think the first concerns the

17   summary of charges, that is, the Court's introductory

18   instructions to the jury.

19             So on page 3, the government has requested that as

20   part of my summary of charges, I advise the jury, then this

21   is -- these are the instructions the jurors will receive

22   once they're seated.  This is not the instructions that

23   every potential juror will receive, just those who are

24   seated and will serve.

25             And the request is that the indictment alleges
```

1  that the defendants agree to oppose by force the lawful

2  transfer of Presidential power following the 2020 U.S.

3  Presidential election, and in so doing, the defendants

4  violated three separate conspiracy laws.

5          The defense has objected to the phrase "agreed to

6  oppose by force the lawful transfer of Presidential power

7  following the 2020 U.S. Presidential election."  The defense

8  has objected to that, including that as part of the summary.

9  I'm going to overrule the objection and I'll sustain the

10  objection.

11          I think government rightly points out that the

12  indictment will not be provided to the jury, and so this is

13  simply a summary of the charges.  And these are -- that

14  this -- that these words are essentially word for word

15  what's already in the indictment.

16          The jury will also be told that the indictment is

17  just a formal way of charging a person with a crime and that

18  it is not evidence and the summary of the indictment is not

19  evidence.  So this will simply be a summary that they will

20  receive.  So I'll allow that to be included.

21          And then on page 6, there's a dispute, small

22  dispute about other individuals who have not been charged

23  with crimes.

24          The language would be:  You should not speculate

25  about whether other individuals have been charged with

1   crimes.  Others will have their day in court.

2          And it's that "others will have their day in

3   court" language that the defense has objected to.  And

4   I will sustain that objection.  I don't think the jury needs

5   to speculate, frankly, even about whether anybody's even

6   been charged with crimes.  Being told that they will have

7   their day in court, you know, suggests that there have been

8   other people charged with crimes.  And so I don't think they

9   need to be told that.  So that phrase, "others will have

10  their day in court," I will not deliver that to the jury.

11         All right.  Let's talk about the government's

12  exhibits or at least just really one issue with the

13  government's exhibits.  I'm going to defer till the end of

14  our conversation exhibits generally and witnesses generally,

15  because I don't know how much time it's going to take.  So

16  I'm trying to get everything else out of the way first.

17         The government has -- intends to admit a number of

18  records as business records.  It intends to use business

19  records certifications.

20         Is there going to be any objection to any of the

21  certifications and the admission of those records that the

22  certifications pertain to and their admissibility as

23  business records.

24         MS. HALLER:  Likely so, Your Honor.  Can you just

25  refer us to where you are?  Because I can't find it.

1          THE COURT:  So I'm just on page 6 and 7 in which

2     the government says that the government has provided to the

3     defense its draft exhibit list, which includes a designation

4     of certain exhibits which the government intends to

5     introduce through 902(11) certification.  To date, no

6     objection has been raised.

7          MS. HALLER:  Your Honor, to the extent it relates

8     only to the Rule 902(11) certification, defendants would not

9     object to that.

10          THE COURT:  Okay.  All right.

11          So the reason I ask is -- and let's make sure

12     everybody is clear about this.  If the government obtains a

13     902(11) certification, they will be relieved of the

14     obligation of bringing in any custodian of record to lay the

15     foundation.  So anything that has been designated as a

16     business record that's not been objected to will be

17     admissible, okay?

18          All right.  That was the only issue I wanted to

19     raise with you all about the government's exhibits.  Same

20     with defense exhibits.  We'll put all of that toward the

21     end.

22          Okay.  Then there are the stipulations, and there

23     are quite a few, the government's stipulations.  And I want

24     to have a discussion about one.  And then there was only an

25     objection, to my knowledge, that the defense had raised

1    about one stipulation.

2           And that's Government's Exhibit 3000, which is

3    titled "Stipulations Regarding Physical Evidence."  And it

4    is a variety of stipulations about, I think, the ownership

5    of various pieces of evidence that were seized from various

6    defendants or witnesses.  And I've just been told that

7    Mr. Meggs -- that all defendants except Mr. Meggs have

8    consented to these stipulations.

9           Mr. Woodward.

10          MR. WOODWARD:  Thank you, Your Honor.

11          I've had several productive conversations with the

12   government about this issue.  Of course, this gets to weight

13   of the evidence and the particular physical items that the

14   government intends to admit.

15          There are two issues that we have, Your Honor.

16   The first is simple, is the time that we have to review the

17   supporting documents.  I've been speaking with the

18   government about the underlying work paper, if you will,

19   that supports the seizure and chain of custody for those

20   documents.

21          Candidly, Your Honor, I have not had a chance to

22   review all of that.  And I don't want to have to explain to

23   an appellate attorney why a certain piece of evidence came

24   in without objection if there's an issue in those files.

25          Ms. Rakoczy did point me to the discovery folder

1    where all of those records are.  There are thousands of

2    files.

3            I am trying to organize that in a fashion to make

4    more specific objections.  I will continue to have

5    discussions with Ms. Rakoczy about that, but the issue is

6    just the amount of time that we have between now and the

7    presentation of evidence to go through all of that.

8            We are, of course, myself, very personally, not

9    wanting this trial to go on any longer than it needs to.

10   But I don't also want to make a mistake, candidly, on behalf

11   of my client, given me inability to review that.

12           And then, second, there is an issue that we have

13   previewed in some of our filings that we intend --

14           THE COURT:  If I could just interrupt you for a

15   minute, Mr. Woodward.

16           MR. WOODWARD:  You may always, Your Honor.

17           THE COURT:  The exhibit "Proposed Stipulation"

18   simply reads that the parties agree and stipulate that the

19   following items of physical evidence were all lawfully

20   obtained pursuant to court-authorized search warrant or

21   subpoena or consent on or about the dates listed below.

22           I think that's the extent of the stipulation, is

23   that these were lawfully seized items either through court

24   process or consent.

25           And maybe -- I haven't read the whole thing, and

1    so it's not clear to me this has anything to do with chain

2    of custody.

3         Am I wrong about that, Ms. Rakoczy?

4         MS. RAKOCZY:  I can get -- what it's attempting to

5    do, Your Honor, is to lay the foundation for authenticity,

6    to authenticate the items, to avoid having witnesses come in

7    to have to authenticate that a particular item was seized

8    from a defendant or from a search warrant on a defendant's

9    home.

10        And so I think that in this case, you know,

11   unlike, say, a drug case where the precise room something

12   was recovered from or proximity to a defendant is at issue,

13   here I don't think there is any dispute that these items

14   belonged to the defendant.

15        And so we've proposed to the defense to cut out

16   roughly 20 witnesses who would come in for, say, a half an

17   hour each just to establish that a handful of items came

18   from a particular search warrant.

19        So that's what we are trying to do here.  It does

20   not affect counsel's ability to argue as to the weight that

21   evidence should be given.  But it would lay both a legal

22   foundation and, more importantly, for trial logistics than

23   authentication foundation to avoid having to have those

24   witnesses come in.

25        THE COURT:  Okay.

1          MR. WOODWARD:  So, again, Your Honor, I

2    acknowledge the government's desire to avoid calling all

3    these witnesses.  I acknowledge probably the Court's desire

4    to avoid the government's calling all these witnesses.

5          We're not intending to be obstreperous.  I just

6    need to fulfill my obligation to my client to argue

7    zealously on his behalf.

8          I would note that, as we did preview in some of

9    our filings recently, one thing we intend to question agents

10   about is the sufficiency of their investigation.

11         And so why a particular agent seized a particular

12   item may be the subject of cross-examination.  So I don't

13   think there would be a world in which we would agree to

14   stipulate to all of the physical items.  I think that

15   between now and trial, we may be able to narrow that list

16   down.  And so it may be --

17         THE COURT:  So -- okay.  Look, I mean, I guess,

18   Mr. Woodward, I hear you.  I'm not quite sure I understand

19   or follow all of the logic in the sense that I'm not sure I

20   understand the relationship between cross-examining an agent

21   for not picking up something and not agreeing to stipulate

22   to something that they did get.

23         In other words, this is just a list of what they

24   did seize.  You're free to cross-examine him on why didn't

25   you get this computer?  You didn't get this, you know,

 1    camera.  You didn't do all that.

 2              But I'm not sure what that has to do with

 3    stipulating to the items that they did, in fact, seize.

 4              MR. WOODWARD:  Because the government has also

 5    advised that those agents will not be testifying in the

 6    material absent -- or in light of a stipulation.

 7              THE COURT:  Okay.

 8              MR. WOODWARD:  So the only world in which those

 9    agents testify -- and this is not the only reason we would

10    like the agents to be there.  There is still the issue of

11    our going through and confirming that the paperwork

12    documents what the government says it does.

13              But in addition, the government is not intending

14    to call these agents, I believe, largely all these agents,

15    absent the need to establish authenticity.

16              THE COURT:  Okay.

17              Okay.  Well, you will let me know, but I would ask

18    that, by the time we're together next, you give me a better

19    sense of what you can agree to on this list and what you're

20    going to continue to object to, because, you're right; I

21    don't want 20 agents to come in here and testify for 15 to

22    20 minutes about what they seized.  It's sort of a waste of

23    everybody's time.

24              And, look, by the same token, I suppose this is up

25    to you, but if there's an agent you want to have come in and

1    cross-examine, theoretically, about what he or she did not

2    seize, that could be stipulated to as well.

3              MR. WOODWARD:  You're right, Your Honor.  There is

4    just a difficult balance between sharing with the government

5    what we would intend to raise in cross-examination.

6              THE COURT:  All right.

7              MR. WOODWARD:  But we're doing the best we can.

8              THE COURT:  All right.

9              All right.  Then this is the last thing I want to

10   talk about before we break for lunch or we have our morning

11   break.  Excuse me.

12             So Exhibit 302 is a stipulation regarding the

13   Insurrection Act.  And the parties have suggested that we --

14   that the text of that act be admitted into evidence.

15             The reason I raise this, because I guess two

16   things.  One is the big picture.  It remains a little murky

17   to me how that act is going to be used at trial, one.

18   That's sort of the big picture.

19             And, two, to the extent it's going to be used, I'd

20   like to understand what the parties are going to say about

21   it, because there are some clear limitations on what you can

22   say to a jury about the law, right?

23             You can't put a witness up on the stand and say,

24   Doesn't the law mean X, Y, and Z?

25             At the same time, if what the defendants are

 1    intending to do is suggest that they or any one of them has

 2    a particular understanding of the Insurrection Act, I'd like

 3    to know that, too, because I then need to consider to what

 4    extent sort of mistake of law -- maybe it's not an absolute

 5    defense, but what role, if any, it's going to play in this

 6    case.  And it's not something that's really been talked

 7    about until now.

 8            So that's why I want to -- that's why I'm bringing

 9    it up, and so I'd like to have a discussion about that now

10    before it crops up at trial and raises all of these issues.

11            Ms. Rakoczy.

12            MS. RAKOCZY:  Yes, Your Honor.

13            The government proffered the stipulation because

14    the government will introduce certain statements through

15    Signal and text messages and certain public statements made

16    by some of the defendants, in particular, Mr. Rhodes, but

17    some of the other defendants as well, in which they refer to

18    the Insurrection Act.

19            It's going to be a word or a phrase that's said to

20    jury, and so we thought it would be useful for them to have

21    some sense of what it is.

22            So we had initially proposed, I think, a more

23    limited excerpt from the act, from the U.S. Code, to present

24    to the jury so that they would have just some sense what the

25    words are, what the law is.

1    The defense came back and asked for, I think, the

2    entire statute to be put in there.  And so that's the way

3    the statute reads currently or the stipulation reads

4    currently.

5    And so that is really the government's sole

6    purpose here, is to give some context and explanation to the

7    jury of what the meaning is of the term that I think they

8    will hear through the government's evidence.

9    We can't speak for the defense and what

10   significance they will seek to attach to that piece of law

11   through their presentations of the case.  And I don't know

12   if the Court wants to get into that with them now.  But

13   that's the government's reason for proposing the

14   stipulation.

15   THE COURT:  Okay.  Mr. Bright.

16   MR. BRIGHT:  Your Honor, I concur with the

17   government regarding the manner in which the

18   Insurrection Act has kind of littered the entirety of the

19   evidence in this case.

20   There are almost no witnesses involved in this

21   that either have testified to grand jury, that are involved

22   in their witness lists, that were Oath Keepers or not that

23   have not in some manner discussed, for lack of a better way

24   of saying it, potential reliance on that act if it were to

25   be invoked by the President.

1        Obviously, I heard the words of the Honorable

2   Court at our hearing where Mr. Fischer was presenting his

3   motion in limine regarding the physical ability of

4   Thomas Caldwell to act as part of the body militia if the

5   President were to invoke that act.

6        And I believe the Court responded, Well, he didn't

7   have authority to do that.

8        Well, I think that would have been a decision as a

9   matter of law left to another date.

10        But I would say that I have reviewed this.  The

11   precise language of the act is accurate as the stipulation,

12   and we would agree to this stipulation.

13        I think it will be without fully disclosing to the

14   government what we believe the manner in which they will be

15   using this fundamentally in a certain way, I would argue,

16   against the defense and how we intend to present a defense.

17        But we would agree with the government that it is

18   an integral part of this case and probably in certain ways

19   that we as a defense team have discussed it probably

20   previously have never been litigated.

21        It's only been enacted 33 times historically.  And

22   certainly it never would have been enacted potentially in a

23   manner that the former President of the United States might

24   have done so and the manner in which the Oath Keepers and

25   others viewed a potential reliance on that.

1          I believe that the government has hinted, without

2     actually naming the act, regarding the manner in which the

3     Oath Keepers might have looked upon this.  I specifically

4     point out in the State's second motion in opposition of our

5     motion to compel, the CHF's information we presented to you.

6          The individual named in that, I believe when

7     Mr. Linder had written that motion and then I argued it, and

8     Mr. Linder had listed about 20 different things that that

9     CHS would have said were exculpatory, the next page, the

10    government said, But that's not entirely accurate, that that

11    witness would be able to offer inculpatory testimony

12    regarding certain factors, including when, if the President

13    asked to "make a last stand-in."

14          I believe that is the government referencing

15    perhaps what the President might have intended to do had he

16    invoked the Insurrection Act.

17          THE COURT:  So, Mr. Bright, if I could just

18    interrupt.

19          MR. BRIGHT:  Yes, Your Honor.

20          THE COURT:  And I think this is really directed at

21    both sides.

22          If what I'm hearing you all say or at least

23    particularly if I'm hearing what the defense is saying -- I

24    suspected this all along -- is that some feature of the

25    defense is going to be all of the stuff the government is

```
 1   claiming that we did to resist the authority of the
 2   United States by force, that's not right.  It really was in
 3   preparation for the potential of the President of the
 4   United States to invoke the Insurrection Act.  And if he did
 5   that, we could swing into action, okay?
 6          MR. BRIGHT:  I believe our argument would be more
 7   nuanced than that, Your Honor, but I understand where you're
 8   going, yes, Your Honor.
 9          THE COURT:  Just say generally that's what it is.
10   It does seem to me to raise the question of what the
11   government's response is going to be to that.
12          I could see it being one of two things, which is,
13   any belief that a privately formed militia thinks that it
14   can be called up under the Insurrection Act is just flatly
15   wrong; and, therefore, if they did act pursuant, even
16   pursuant to a genuine belief that the Insurrection Act was
17   being invoked and they were being brought up, that that
18   would still constitute a use of force against the authority
19   of the United States.
20          MR. BRIGHT:  May I ask you a clarification?  Is
21   that what you're saying that perhaps the government is
22   saying or that's --
23          THE COURT:  No.  I'm saying maybe that's what
24   they're going to say.
25          MR. BRIGHT:  Certainly.  And we're prepared for
```

1    that.

2            THE COURT:  And, two, if that's what they're going

3    to say, that seems to me to interject or interpose a legal

4    question in the first instance of whether they can make that

5    argument.

6            MR. BRIGHT:  Correct.

7            THE COURT:  And, you know, that's something for me

8    to decide and not for you all to argue to the jury about

9    what that act means, it seems to me.

10           And, you know, it is true this is a

11   specific-intent crime insofar as conspiracy is charged and

12   intent to obstruct an official proceeding is concerned.  But

13   if the reliance here is going to be upon an understanding of

14   a particular law, I need to understand what the

15   intersection -- what the law says about that and to what

16   extent that kind of evidence can be brought forward to

17   negate specific intent.

18           I mean, just say hypothetically --

19           MR. BRIGHT:  Certainly.

20           THE COURT:  -- I don't think a defendant could

21   come into a trial, not just this case, but into a trial and

22   come up with some outlandish understanding of the law and

23   put forward -- put that forward as a defense to a

24   specific-intent crime.  I mean, maybe I'm wrong about that.

25           But, you know, ignorance of the law is typically

```
 1   not a defense, except for certain crimes like tax evasion

 2   and structuring.

 3            Before you all go down this road, I think I need

 4   to have a real firm understanding of what you're going to

 5   say and what you're going to -- both sides are going to say

 6   and what that means in terms of both the availability of

 7   using it in the defense and how it's relevant to any state

 8   of mind, if at all.

 9            MR. BRIGHT:  I mean, I would respectfully suggest

10   the government's conceded that they do anticipate it's a

11   reasonable defense that they would put forward; otherwise,

12   they would stipulate to the act itself.

13            THE COURT:  Well, I don't know that I'd go that

14   far.  I mean, they haven't -- they've said they've

15   stipulated to it just so the jury knows what it is and that

16   it's not just left out in the air.

17            I don't know that that also means that they think

18   you all can come in and put forward an interpretation of the

19   act that is wrong -- may be wrong.  I don't know if it's

20   wrong, but it seems to me --

21            MR. BRIGHT:  Certainly, I mean, I think that is an

22   issue at hand, the question of whether maybe it is or is not

23   wrong.  This is not something that's been litigated before.

24   It's only been enacted 33 times historically.  There's scant

25   case law on this case.
```

1            And the only other times that -- and in this case

2    it wasn't enacted.  It was urged.  It was lobbied.

3            THE COURT:  So let me -- I understand there's

4    probably not some case law that interprets the

5    Insurrection Act.  But say I were to conclude that if the

6    interpretation of law was that a private militia could be

7    called upon by the government -- at least that's what your

8    clients believed, okay?

9            MR. BRIGHT:  Well, if I may clarify --

10            THE COURT:  Hang on.

11            MR. BRIGHT:  Yes, sir.

12            THE COURT:  If that's what they believed and I

13    disagree with that reading of the statute, would you still

14    be permitted to bring forward that defense?

15            MR. BRIGHT:  I would start out by the fact that

16    they never considered themselves a private militia.

17            I think when the facts of this case come out in

18    trial, I believe that the Oath Keepers, Mr. Rhodes, some of

19    the members, believed in the more historical common-law

20    belief as I think as recently, if I recall, Your Honor, as

21    upheld in the *Heller* decision, that it doesn't have to be a

22    state-sanctioned militia.

23            I have a brief on this that I could supply to the

24    Court and to the government.  I didn't anticipate getting

25    this deep in the weeds on this today, so I apologize.  But

1   it is something that we have briefed.

2           And to be part of the militia that the

3   government -- the President specifically can call up, it

4   does not have to be a state-sanctioned militia, the

5   National Guard or the military, thus overcoming posse

6   comitatus.  It can actually be the traditional body large

7   militia of able-bodied men 17 to 45 in that.

8           And I believe that definition of the militia as

9   recently as *Heller* has been upheld by the Court.  So I don't

10  believe it has to be, to start with, a state-sanctioned

11  militia.  I would respectfully, you know, argue that to the

12  Court just as a matter of law on that issue.

13          THE COURT:  Okay.  I mean, I don't know what the

14  answer to that is.

15          Ms. Rakoczy.

16          MS. RAKOCZY:  Your Honor, I think the Court is

17  right to have concerns that there may be questions that the

18  jury will have about the import of the Insurrection Act.

19          And this is part of the reason that we filed a

20  motion in limine regarding a public-authority defense, is

21  that we were hoping to flesh out some of these issues ahead

22  of time.

23          We understand that there is a world and

24  anticipated that there might be a world in which the

25  defendants' concept of the Insurrection Act might be used by

1  the defense to attack the sufficiency of evidence as to

2  their intent, whether they had the requisite intent to have

3  committed the crimes that are charged.

4         We thought that that might be sort of the response

5  that would come back to the public-authority motion and that

6  we might sort of get into the weeds of what the relevance is

7  there.

8         I think largely it's the government's sense that

9  the Court is not going to really need to opine on whether

10  the President could or could not have called up these

11  defendants because, really, the question is an evidentiary

12  question of whether -- of what the defendants -- of what

13  actually was going on and what the defendants actually knew

14  and actually understood, not really whether, in a

15  theoretical world, the President of the United States could

16  call up individuals like these defendants to serve as an

17  irregular militia to assist in the invocation of the

18  Insurrection Act.

19         All that being said, I do think this is an issue

20  that it makes sense for the Court to be briefed on and for

21  the Court to have an understanding of the law so that if

22  questions do arise and the jury has questions, say, during

23  deliberations about the nature of the Insurrection Act and

24  whether that would or would not have provided a defense,

25  I think it is prudent for there to be some level of briefing

1    on this topic for the Court so that the Court has a better

2    sense of what we're talking about here, because I think the

3    Court is maybe a little bit behind where the parties are in

4    understanding what the parties think the law -- the state of

5    the law is on this issue.

6         THE COURT:  Well, I'm clearly behind.

7         Look, I do think this issue needs to be briefed,

8    and here's why.  I mean, look, my general understanding and

9    framework of the criminal law is as follows:

10        For most crimes, the fact that a defendant reads

11   the statute, a law in a particular way, is not relevant.

12   It's not a defense, right?

13        For most crimes, coming in and saying, I

14   understood the law to allow me to do X is not a defense if

15   the law says otherwise.

16        It is not a defense to either be ignorant of the

17   law or to be wrong about it for most criminal offenses.

18   There are exceptions, of course.  Tax code violations come

19   to mind.  Structuring violations come to mind.  You know,

20   complex administrative cases based upon complex regulations

21   comes to mind.  This is *Ratzlaff*.  Right?

22        *Ratzlaff*, I think, is the IRS case and sort of

23   cases that follow about what level of knowledge of the law

24   somebody needs to have or not have before the government can

25   obtain a conviction.

1           And so that's why all this is particularly

2      relevant, it seems to me.  And, you know, if the government

3      not going to object if the defendants think -- the

4      government is not going to object that the defendants are

5      going to come forward with what the government thinks is an

6      incorrect understanding of the law, then all of this is

7      moot, it seems to me.

8           MS. RAKOCZY:  Well, I think, Your Honor, we had

9      left the motions in limine hearing with -- we thought we

10     understood there to be sort of a direction to the Court pf

11     if the defense was going to that direction, they would have

12     to proffer some relevance.

13          And here where the government thinks evidentiarily

14     there is a lacking of evidence and where we think there is a

15     lack of relevance for what the defense can proffer to the

16     Court is that we believe the evidence will show that

17     there -- first of all, there was no invocation of the

18     Insurrection Act.  There was not a statement by the

19     President that he was going to invoke the Insurrection Act.

20     There were no private communications to these defendants

21     from the President or those affiliated with the president

22     suggesting that he was going to invoke the Insurrection Act,

23     nor were there any questions under the Insurrection Act that

24     need to be met that were presented and triggered prior to

25     the things that occurred on January 6th and during the time

1    period charged in the conspiracy.

2              And so those are all facts, but I think the larger

3    point --

4              THE COURT:  Hang on.  Sorry to interrupt.

5              But the last thing you just said is not a factual

6    matter, at least not exclusively, which is -- I mean if the

7    government is going to come in, for example, and say, Look,

8    ladies and gentlemen, you can't believe what they're telling

9    you about the likelihood of if the Insurrection Act being

10   invoked because none of the conditions on the ground have

11   been met -- were met under the act.  That's a legal issue.

12             You know, that is something that, if you're going

13   to argue to the jury, I think needs to be run through me

14   first.

15             MS. RAKOCZY:  I think that I -- I'm not sure that

16   we really get 100 percent to that point because of the first

17   things I said, that there hadn't been an invocation; there

18   had no indication there would be an invocation --

19             THE COURT:  Right.  That I agree with.  I think

20   that's fairly straightforward.  That's not in dispute.

21             MS. RAKOCZY:  I could see a world in which either

22   on cross-examination of defense witnesses or in summation,

23   that there are comments made to the government about, you

24   know, you've seen the text of the act, and where is the

25   evidence that certain things have happened?  Where is the

1    evidence that the President had issued a proclamation to

2    disperse, to try to quell an insurrection, for example, and

3    things along those lines.

4           I think -- so I think that that is an atmosphere

5    that might happen, but I would just return to the point I

6    made a few minutes ago, which is, we do think that there

7    needs to be, before opening statements, some proffer from

8    the defense about -- and not trying to get into their

9    defense strategy entirely, but so that there are guardrails

10   of what can permissibly be said in opening statements, what

11   they proffer the relevance is of the Insurrection Act, what

12   they proffer would be evidence of reliance on the

13   Insurrection Act such that there can be an attack lodged on

14   the evidence of intent of here.

15          And that's what the government has been trying to

16   get at through the motion in limine that be filed, and

17   so I think the government is not opposed to engaging in some

18   briefing.  I think the parties are probably both prepared to

19   do so.

20          THE COURT:  Okay.

21          I mean --

22          MR. BRIGHT:  May I, Your Honor?

23          We're more than happy to brief this.  We'll be

24   exhaustive in doing so.  I don't necessarily agree with some

25   of the statements regarding the predicates of it and all of

1   that.

2          But we do intend to brief it.  We have what

3   we believe are substantial legal reasons that there could

4   have been a reliance on it, in terms of the defensive

5   theory, and we are happy to brief that for the Court.

6          And just advise us when you would like it.  The

7   government had just insisted that it be done before opening

8   statements.  We're more than happy to do that.

9          THE COURT:  Okay.  Can you get me something by

10  Tuesday?  Because I'd like have it before we meet again on

11  Wednesday.  When are we meeting, Thursday?

12         MR. BRIGHT:  Thursday is, I believe, the date,

13  Your Honor.

14         THE COURT:  Can you get it to me by next

15  Wednesday?

16         MR. BRIGHT:  I will bend over backwards to get you

17  as much as I can by Wednesday, Your Honor, yes, sir.

18         THE COURT:  I mean, look, I don't need an exegesis

19  necessarily on the --

20         MR. BRIGHT:  Right.

21         THE COURT:  -- on the insurrection Act unless you

22  think that's --

23         MR. BRIGHT:  We have an internal --

24         THE COURT:  -- appropriate.

25         But, look, again, as I said before, my primary or

 1    the primary question is the framework through which I should

 2    be considering reliance on the law if that's what they are

 3    going to --

 4              MR. BRIGHT:  Yes, sir.

 5              THE COURT:  -- if that's going to be part of your

 6    defense.  And, you know, I could -- I could see a jury

 7    very -- saying as soon as they get back into deliberating,

 8    saying, Look, these folks said that they thought they were

 9    acting legally pursuant to this statute.  How are we

10    supposed to know if what they were doing was legal pursuant

11    to the statute?  And if it was legal pursuant to the

12    statute, then isn't that an absolute defense?

13              MR. BRIGHT:  It would be because then there's no

14    conspiracy.

15              THE COURT:  Well, I mean, that's my point.  That's

16    why I'm talking about it now.

17              So all right.  Get me something by next Wednesday.

18              MR. BRIGHT:  I will, Your Honor.  Thank you.

19              THE COURT:  We'll see where we are.

20              And that goes for both sides.  I want a brief from

21    the government and -- I mean, unless the government thinks

22    it wants to do something responsive.

23              MR. NESTLER:  Your Honor, I believe that it should

24    be structured that the defense will file the brief, and

25    we'll respond to it.  If this is a defense proffering why

```
 1   they think certain evidence is relevant or their
 2   interpretation, then we ought to be able to respond to their
 3   proofer.
 4           We tried to do this with our motion in limine.
 5   They said they weren't going to rely on a public authority
 6   defense.  We left that hearing believing that they were not
 7   going to be raising this issue without a proffer to the
 8   Court.
 9           So we are hearing now they are going to proffer to
10   the Court.  We should respond to their proffer.
11           MR. BRIGHT:  It's not a public-authority defense.
12   We're not saying that anybody told them to do something.
13   It's reliance on the law.  That's not public authority.
14           If you read in 213, which is ECF 213, which is
15   their public authority and entrapment by estoppel, look at
16   page 3 through 6, where I believe they quote the language of
17   Judge Hollis.  If I misremember that, I apologize.  But you
18   can see what the government was loosely building within
19   those three pages where Judge Hollis talks about a
20   reasonable reliance.
21           Now, in that case, I believe the underlying basis
22   was people being directed potentially to go into the Capitol
23   Building.  That's not what we're talking about here.
24           THE COURT:  Right.
25           Now, look --
```

1          MR. BRIGHT:  That's not what public-authority

2   defense --

3          THE COURT:  My recollection -- it's been a while,

4   but my recollection is the words "Insurrection Act" never

5   appeared in the government's motion.

6          MR. BRIGHT:  Not --

7          THE COURT:  And maybe it was to elicit -- maybe it

8   did.  I don't remember.

9          MR. NESTLER:  We did, and we were trying to

10  determine if the defendants were making that argument.  And

11  we understood they weren't absent a proffer to the Court.

12         THE COURT:  Because the only opposition I think we

13  got from that was from Mr. Harrelson's counsel.  Right?

14  I don't think anybody else filed an opposition.

15         MR. NESTLER:  Right.  I say this because

16  we believe the defense bears the burden here.  They should

17  file the brief, and we can respond as appropriate.

18         MR. BRIGHT:  And we've confirmed with the Court

19  we're happy to do that, Your Honor.

20         THE COURT:  Okay.  I think the other question --

21  and I don't remember this -- is, you know, say this is a

22  public-authority defense, say hypothetically it is.  Who

23  bears the burden on it?

24         MR. NESTLER:  We believe the defense would bear

25  the burden.

1          MR. BRIGHT:  The government, Your Honor.

2          THE COURT:  Nice to have all this sorted out

3  before we start trial.

4          MR. NESTLER:  Could I flag a related issue?

5          THE COURT:  Sure.

6          MR. NESTLER:  Which is that I understand from the

7  defense's arguments today and from our correspondence that

8  there are some arguments they may be intending to put forth

9  that they have not fleshed out with Your Honor.

10         We flagged for them an advice-of-counsel defense,

11  for instance, which is related to this.  We believe, based

12  on some of their statements, some of them may be intending

13  to seek to put forward an advice-of-counsel defense.

14         THE COURT:  I have not heard any proffer about an

15  advice-of-counsel defense.  And I think the government asked

16  very -- I think the motion was pretty clear that if any of

17  you are going to bring in a lawyer that's going to suggest

18  that you were advised -- the defendant was advised about

19  something, you all should have let me know that before.

20         MS. HALLER:  If I may, Your Honor, may I approach?

21         THE COURT:  I don't know why anybody's even

22  popping up because this was actually briefed.

23         MS. HALLER:  Your Honor, because we were just

24  given statements supplemented, I believe, yesterday, from

25  our defendants -- or the day before yesterday, which talk

1    about deletion.  And the advice-of-counsel defense that we

2    are contemplating that we wanted to sufficiently research

3    before we told the government we were definitely asserting

4    it, and I emailed them that, is simply that they have

5    alleged in their grand jury testimony that Ms. SoRelle

6    directed defendants as general counsel to delete messages

7    after January 6.  She did so in the month of January.  We

8    got statements this week that show there was some discussion

9    on deletion after that date.

10              So, yes, we are putting together the information.

11   If on the 1512 charge on deletion, we have an

12   advice-of-counsel instruction that we would seek a jury

13   instruction, we would.

14              THE COURT:  So could I ask you the following?

15              MS. HALLER:  I'm sorry, Your Honor?

16              THE COURT:  Let me say the following.  I want all

17   defense counsel to hear this.

18              There's a reason, folks, that a schedule was in

19   place in this case.  The idea, the idea that somehow an

20   advice-of-counsel defense just came up this week or last

21   week is nonsense, okay?

22              And I'll tell you why, because it's been part of

23   the indictment since this case began, at least as to some

24   defendants, that they deleted items from phones or otherwise

25   disposed of phones, and the government has charged that as

```
 1   obstruction.

 2              I read in the newspaper months and months ago that

 3   Ms. SoRelle purportedly advised these defendants -- let me

 4   finish -- that these defendants were advised by Ms. SoRelle

 5   that it was okay to do so.

 6              I've been told Ms. SoRelle is a critical witness,

 7   and you all have been talking to her for months and months

 8   and months and that she, at least in theory, is prepared to

 9   testify.

10              How is it today, ten days before trial, I'm first

11   being told you all are going to advance an advice-of-counsel

12   defense?

13              MS. HALLER:  Your Honor, on June 22nd, there was

14   grand jury testimony from Ms. SoRelle --

15              THE COURT:  I don't care.  I don't care.

16              MS. HALLER:  -- and it contained text messages --

17              THE COURT:  You're missing my point.

18              It cannot be that only on June 26th you decided,

19   oh, we may have an advice-of-counsel defense.  It cannot be.

20              MS. HALLER:  Your Honor may not be familiar with

21   the amount of information that we are getting on a daily and

22   weekly basis and supplements on information.  And --

23              THE COURT:  By the way, June 26th was two months

24   ago.

25              MS. HALLER:  Yeah, but we weren't given the --
```

1          THE COURT:  It happens.

2          MS. HALLER:  -- we weren't given the grand jury

3    testimony.

4          THE COURT:  It doesn't matter.

5          Let me tell you something.  It doesn't matter.

6          And here's why it doesn't matter, because you

7    can't admit grand jury testimony.

8          MS. HALLER:  I'm not seeking to admit grand jury

9    testimony.

10          THE COURT:  But what you are seeking to do is to

11    bring somebody in to parrot that grand jury testimony,

12    whether it's Ms. SoRelle or somebody else.

13          MS. HALLER:  No.  I wanted to understand the

14    government's allegations.  And when we understood what the

15    government's allegations were, we realized that we may have

16    a legitimate advice-of-counsel defense.

17          THE COURT:  So what realization dawned upon you

18    that wouldn't have been obvious from the indictment, which

19    says they obstructed justice by deleting items from their

20    phone?

21          MS. HALLER:  Which indictment, Your Honor?  The

22    first?  The seventh?  The eighth?  How about the one that

23    came out in January of 2022?

24          THE COURT:  That's the one -- hang on.  Hang on.

25          MS. HALLER:  The conspiracy has changed and

1    evolved, and evidence has changed.

2            THE COURT:  No, it hasn't.  As to deletion?  As to

3    deletion?

4            MS. HALLER:  Your Honor, as to deletion, we have

5    evidence now that relates to the assertion of the counsel.

6            THE COURT:  You had it in June.  You just told me

7    you had it in June.

8            MS. HALLER:  The evidence doesn't come out of the

9    material --

10           THE COURT:  Ms. Haller, you just told me you had

11   it in June.

12           MS. HALLER:  No.  I'm telling you there's a

13   June 22nd transcript.  That's the date of the transcript.

14   That was made available to us at some time after that.

15           THE COURT:  All right.

16           MS. HALLER:  We --

17           THE COURT:  Have a seat, Ms. Haller.

18           Let me tell y'all something.  I'm not buying what

19   I'm just hearing.  I'm not.

20           I've had defense counsel tell me how important

21   Ms. SoRelle is to this case.  I heard in the press that

22   Ms. SoRelle advised these folks to do this, and that was

23   weeks, if not months ago.

24           So the idea that just all of a sudden you got some

25   information that Ms. SoRelle advised these defendants,

1    who -- by the way, I assume you've talked to your clients.

2              MS. HALLER:  Your Honor, the legal --

3              THE COURT:  You want to now inject that into the

4    trial is really something, Ms. Haller.

5              MS. HALLER:  The legal standard requires for it to

6    be considered and for it to be a good-faith submission to

7    this Court, it requires a vetting and putting together of

8    evidence by us in order to be able to make a sound predicate

9    for the Court to rule on.

10             We were working to get that together for

11   Your Honor, and we told the government counsel.  So we are

12   being completely transparent.

13             THE COURT:  So you're telling me you didn't have

14   the evidence before the motion in limine deadline?

15             MS. HALLER:  I didn't -- me personally, I don't

16   see it as a motion in limine.

17             THE COURT:  Sure, it is.  The government filed a

18   motion in limine that said, you know, preclude the

19   defendants from raising an advice-of-counsel defense.

20             MS. HALLER:  They filed a motion in limine on

21   public-authority defense, and they filed a motion in limine

22   on entrapment by estoppel.

23             We specifically opposed entrapment by estoppel,

24   Your Honor, if I remember.

25             THE COURT:  Did you all not file a motion on

```
 1    public --

 2            MS. HALLER:  No.  They're arguing advice of

 3    counsel as part of public authority.

 4            MS. RAKOCZY:  Your Honor, there is no motion in

 5    limine by the government to preclude an advice-of-counsel

 6    defense.

 7            THE COURT:  Okay.  I misspoke.

 8            MR. WOODWARD:  Your Honor, can we take a short

 9    break?

10            THE COURT:  No.

11            MR. WOODWARD:  Sure.

12            MR. LINDER:  Your Honor, just procedurally, this

13    has been -- this is what we've been talking about for

14    months.  We are inundated with evidence.

15            We talked about advice-of-counsel defense months

16    ago; however, the counsel, Ms. SoRelle, without giving away

17    too much, because we're having to reveal defensive theories

18    when sometimes we believe we shouldn't have to reveal some

19    of those, Ms. SoRelle was unavailable for quite a long time.

20    She's recently became available, confirmed with us that

21    she'd be willing to testify.  Five days later, she gets

22    indicted.  That's the problem we're having in this case.

23            We go for months without being able to get

24    witnesses.  We get them; they get indicted.  That's happened

25    twice.
```

1          And that gives me pause with the way this case has

2    proceeded forward so quickly when it's such a massive case.

3          Our two most material witnesses, within days or

4    weeks after talking to us, get indicted.  I don't know if

5    our phones are being listened to.  I don't think they're.

6    It's just coincidental that our two material witnesses get

7    indicted.  And she was one of them.

8          THE COURT:  So, Mr. Linder, I've said this

9    before --

10          MR. LINDER:  And I apologize for raising my voice.

11          THE COURT:  No, no, no.  You're not.  I've raised

12    my voice.  It happens.

13          I've asked you all what, if anything, you want me

14    to do about that in the past.  And nobody's has put any

15    paper before me except for a motion to continue, which I've

16    rejected.

17          So I don't know how many more times I can invite

18    you all to file something if you think the government has

19    acted improperly in some way.  And you haven't.  And that's

20    okay.  I mean, that's fine.

21          And I'm not, frankly, inviting anything at this

22    11th hour, truth be told.

23          But, look, this all -- I think this all started

24    with how we got to the Insurrection Act and advice of

25    counsel, et cetera, and maybe we've taken a bit of a detour.

1           But I guess where I'd leave it is this:  If you

2    all are going to advance some kind of advice-of-counsel

3    defense, I need to understand what it is.

4           MR. LINDER:  Understood.

5           THE COURT:  You can make an ex-parte proffer if

6    you think that's fair.  The government needs to understand

7    that you're going to raise the defense, because if you are

8    going to raise the defense, they've got to, in fairness, be

9    in ability to rebut it.

10          And, you know, I don't think something like an

11   advice-of-counsel defense is something that can be, you can

12   play hide the ball with, and so to not have it flagged by

13   this point is the reason perhaps I'm getting more exercise

14   than I should.

15          But, you know, so if it's going to be advanced,

16   talk to the government.  Let them know.  And if the

17   government is going to object in some way, I'll take

18   that up, okay?

19          MR. LINDER:  Yeah.  I appreciate it.

20          But this is some of the witness problems we've

21   been having.  People have been running scared since this

22   committee convened, since DOJ has done this investigation.

23   We talk to people; they disappear for weeks at a time.  A

24   couple of have gotten indicted.

25          I mean, it was months we didn't talk to

```
 1   Ms. SoRelle, because we couldn't find her, and that's just
 2   kind of what we're dealing with.
 3             THE COURT:  No, look, I'm not unsympathetic.  I
 4   get it.  I get it.
 5             MR. LINDER:  We're happy to provide --
 6             THE COURT:  But from my perspective, you know,
 7   I hope you all will understand that I can't have these kind
 8   of surprises cropping up in the middle of a trial of this
 9   nature.
10             MR. LINDER:  I couldn't understand.
11             THE COURT:  And that's why we're here to try to
12   vet all of this in advance.
13             MR. LINDER:  Sure.
14             THE COURT:  All right.  Our court reporter has
15   been going for a very long time.  Let's take a break.  It's
16   11:30 now or a little bit after 11:30.  Let's take 20
17   minutes so everybody has some time to -- so let's come back
18   at 10 of.
19             Thank you, everyone.
20             COURTROOM DEPUTY:  All rise.
21             THE COURT:  Don't wait for me, please.
22             COURTROOM DEPUTY:  The Court stands in recess.
23             (Recess from 11:32 a.m. to 11:55 a.m.)
24             COURTROOM DEPUTY:  All rise.  This Honorable Court
25   is again in session.
```

1          THE COURT:  Please be seated, everyone.

2          All right.  Everyone, welcome back.

3          So just to put a cap on our conversation, I did go

4   back and I looked at the government's motion in limine to

5   preclude certain defense arguments at trial.  This is

6   ECF 213.

7          On page 9 of the motion, it says, "Additionally,

8   although defendants have referred to the Insurrection Act in

9   hearings and pleadings before this Court, the act was never

10  actually invoked.  Defendants' expectations of official

11  action cannot give rise to a purported anticipatory

12  public-authority defense or entrapment by estoppel," citing

13  case *United States versus Alvarado* from the

14  Eleventh Circuit.

15          And the parenthetical says, "Noting for a

16  public-authority defense, 'a federal law enforcement officer

17  must have actually authorized the defendant to commit the

18  particular criminal act at issue and the defendant must have

19  reasonably relied on that authorization while engaging in

20  that conduct.'" So, I mean, you know, that's the one mention

21  of the Insurrection Act in the government's motion.

22          You know, look, I guess I don't fully know, and I

23  need your guidance on this, which is, if the defendants, as

24  it seems to me, will be arguing that, look, everything the

25  government is alleging here wasn't done to resist the lawful

authority of the United States but, rather, was in

anticipation of the President invoking the Insurrection Act

and if he didn't invoke the Insurrection Act, we weren't

going to do anything; if he did, we would have swung into

action, it's not clear to me whether that falls in the

category of something which I think the government has kind

of called anticipatory public authority or just simply goes

to the question of mens rea and, you know, what did they

conspire about.  You know, were they conspiring to do

something, as the government has charged, which is to resist

the authority of the United States?  Or were they in a joint

enterprise for a different reason and one that is not -- and

they would actually argue, Look, wasn't meant to resist the

authority of the United States but, rather, was to buttress

it if the President acted in a certain way.

        And to what extent, if that view of the act is

wrong, what, if anything, that means, I just -- you know, I

need you all to think about it and give me some guidance on

that, on those issues.  I don't think we set a schedule

about what to do, but when do you think, Mr. Bright, you can

file something?

        I mean, look, we have another hearing next

Thursday.  Ideally, we'd be in a position to talk about it

then, but I understand it's also a big issue in a compressed

time frame.  I suppose in theory we don't need to discuss it

1   by next Thursday but as long as I rule before you all open,

2   so that gives us a little extra time.

3           MR. BRIGHT:  Your Honor, it's a bit difficult with

4   schedules and such to give you, unless you gave me a date

5   specific, to say exactly when I could flesh this out to the

6   absolute that the Court would desire.

7           I've already talked with the government and been

8   willing to actually share some of the brief that we've

9   actually already historically written five months ago.

10          I would concur with the Court that the most

11  important timeline for this to be completely briefed by both

12  sides and given to the Court would, indeed, be before

13  anything in terms of the jurors.

14          I will assert to the Court that I will do

15  everything under the sun to get this thing done by Wednesday

16  close of business before we are back here presenting on

17  Thursday, if that would suffice to the Court.  I think this

18  is a really important issue.  I think --

19          THE COURT:  Well, I'll have you pause for a

20  moment, Mr. Nestler.

21          MR. BRIGHT:  Before Thursday.  If I misspoke, I

22  apologize.

23          MR. NESTLER:  We were going to suggest potentially

24  Monday for the defense and then Wednesday for us so we could

25  address it on Thursday.  If we get the defense's brief on

1  Wednesday, we don't think we're going to have another brief

2  before Your Honor before the Thursday hearing.

3          MR. BRIGHT:  I was actually going to help the

4  government by giving them part of the briefs that we have

5  already done.

6          MR. NESTLER:  I'm sure we'd appreciate it, but

7  we'll do our own research as well.

8          MR. BRIGHT:  I have no doubt you will, sir.

9          If the Court could allow me Tuesday afternoon,

10  I mean, I've got to fly back to Dallas tomorrow.  I will do

11  everything I can possibly do to get this done as fast as

12  possible.

13          THE COURT:  What I need really is something to

14  start working from.  So, you know, even if it's not the most

15  polished product, that's okay.  And -- I don't want you to

16  hand anything up that's really a draft at this point.  But

17  if you could -- look, I would like to -- at a minimum, I'd

18  like to be in a position to have a conversation on Thursday.

19          MR. BRIGHT:  Yes.

20          THE COURT:  It doesn't mean I need to resolve

21  anything.  And if I think there are some more open issues,

22  we've got a little bit of time.  But it would be very

23  helpful to get something from you on Monday even if it's --

24  what today, Wednesday?  Again, I'm not asking for something

25  that resembles a Circuit brief.

1           MR. BRIGHT:  Okay.

2           THE COURT:  So that the government has something

3    to respond to so I can think about it before we meet on

4    Thursday.

5           MR. BRIGHT:  Would you rather us just email that

6    to you and then cc the government on that so that everybody

7    is on board instead of actually making an actual filing,

8    Your Honor?

9           THE COURT:  I think I need it to be a filing just

10   given that it relates to a defense.

11          MR. BRIGHT:  Yes, Your Honor.

12          THE COURT:  And, you know, I think it's got to be

13   on the record.

14          MR. NESTLER:  We understand, Your Honor.

15          What we were looking for was a proffer, not just

16   the law that they think it is, but a proffer about the issue

17   of relevance and how they plan to get the evidence in, and

18   then we'll respond.

19          THE COURT:  I don't know, Mr. Nestler, it seems

20   fairly -- and maybe I'm just being naive here, but it seems

21   to be fairly obvious.  It sounds like there is a fair amount

22   of electronic written traffic that mentions the

23   Insurrection Act and, you know, if the President invokes it.

24   You know, I don't know if the government thinks it will be

25   objecting to the admission of such statements.  You know,

1  that's another issue, although, you know, if there are

2  statements among the defendants during the conspiracy

3  period, I'm not sure why they wouldn't come in.

4        MR. BRIGHT:  Your Honor, regarding the relevancy

5  and how it would be admitted, I would respectfully suggest

6  that the body of evidence, and which this is a large body of

7  evidence in this case, almost everyone they've interviewed,

8  including the grand jury witnesses that they've given us,

9  the multitude of other people, the 302s of now-cooperating

10  co-defendants, they are fully aware that this was something

11  that these people writ large had talked about and talked

12  about being in reliance on.

13        I don't think that that's an issue at all.  I am

14  more than happy to do a brief and all of that and supply it

15  to you and the government.

16        But in terms of their awareness of how this was

17  going to come in, almost every witness that was a civilian

18  witness connected to the Oath Keepers has openly talked

19  about this.

20        MR. NESTLER:  So I think the issue is we're just

21  saying "it" or "the Insurrection Act" without being more

22  specific.

23        So what is it that the defendants thought the

24  Insurrection Act allowed them to do?  And what is it that

25  the defendants believed?

1                  And so the proffer here we're looking for was the

2       defendants' understanding of how the act works, which goes

3       to their mens rea, not just that the Insurrection Act

4       existed.  But I think we can address this in the briefing.

5                  But that goes to -- I think there's two sort of

6       related issues I wanted to address, Your Honor, which was,

7       I believe I heard defense counsel talk about how they didn't

8       want to disclose defense strategy in advance of trial.  And

9       I think the government's position is that we are in trial.

10      Today is the Pretrial Conference.  We're not at a time where

11      the defendants were going to be coming up with new theories

12      or strategies or not disclosing their arguments in advance

13      of trial.

14                 We're here, and so we ought to be able to have

15      these arguments and these discussions now so that they can

16      be fleshed out before we do opening statements.

17                 And there's two parts to that.  I mentioned one

18      was the -- the first one I mentioned earlier was the advice

19      of counsel, but there's two other things we talked about

20      with the defendants and defense counsel.  I wanted to make

21      sure the Court is aware.

22                 MR. BRIGHT:  May we close out the Insurrection Act

23      part?  Because that was not part of what I was arguing on

24      those.

25                 THE COURT:  Sure.

1          MR. BRIGHT:  Your Honor, respectfully, I'm happy

2     to do the brief.

3          In terms of Mr. Nestler's suggestion that we

4     shouldn't be trying to flesh out the defense strategy,

5     I think we already just did.  So I think that has been done

6     now.

7          THE COURT:  You know, you all have been much

8     closer to this than I have.  But it's pretty apparent to me,

9     sitting from here, what they're going to argue and assert to

10    the jury.  So I don't think it ought to be any surprise.

11         Now, you know, if what you're asking for is a

12    proffer about what their specific understanding was, I

13    suppose you can get that from them.

14         But, you know, the bottom line is they're going to

15    testify -- they're going to cross-examine your witnesses,

16    bring forward documentary evidence, and maybe testify

17    themselves that we understood that this is what this act

18    authorized, which is, one, if the President invoked the

19    Insurrection Act, it meant that -- I suppose they are going

20    to say it wasn't limited to state National Guards being

21    called, guards people and state National Guards being called

22    up, and that, two, you know, it could include what I've

23    referred to as a private militia and, arguably, maybe even

24    former military, as many of these defendants are.  So --

25         MR. NESTLER:  Understood.

1          MR. BRIGHT:  We'll do our best, Your Honor.

2          THE COURT:  Okay.

3          MR. NESTLER:  So the other two issues we wanted to

4    make sure your court was of so we could address was, one,

5    that we believe many of the witnesses on the defense

6    counsel's witness list potentially have Fifth Amendment

7    issues.

8          We flagged this for the defense, and that we

9    encourage them, if they plan to call a witness who was going

10   to assert a Fifth Amendment privilege, that they would flag

11   it for us and for the Court well in advance of trial so we

12   could have that issue addressed.

13         We haven't heard, but I wanted to make sure that

14   was put on the record for Your Honor to hear.

15         THE COURT:  Okay.

16         MR. NESTLER:  The other point is that the defense

17   has also indicated they may call witnesses who the defense

18   believes may be government informants or may have previously

19   been government informants.

20         We also asked the defense if they were going to do

21   that, to also alert us and the Court so we could have a

22   conversation well in advance about what questions would be

23   allowed to be posed to that witness, so any particular

24   guardrails.

25         Again, we haven't gotten a final answer yet, but I

1    wanted to make sure the Court is aware and tracking that.

2         THE COURT:  Okay.  Mr. Linder.

3         MR. LINDER:  Your Honor, we're working on that.

4    And as the -- the Fifth Amendment issue that Mr. Nestler

5    addressed goes back to the comments I made before the break,

6    which is we talked to witnesses.  Some are reluctant to

7    testify.  They've now told us that, Hey, we've got -- some

8    of these may have Fifth Amendment issues.

9         Well, they haven't been -- this is the guessing

10   game us for.  It's like Whac-A-Mole.  Here's my ten

11   witnesses.  They come back with seven of them may have

12   Fifth Amendment issues.

13        Well, tell us.  Give us a list.  Close the

14   indictment already.

15        That's part of the problem with going to trial on

16   an ever-growing indictment.  And I know you've got stuff to

17   balance.  We've got people in jail.  It's the largest case

18   DOJ has ever brought, but we're still getting discovery.  We

19   got stuff this morning.  We get stuff all the time.

20        As we give them lists of witnesses, hey, some of

21   these may have problems.  We didn't know they had problems.

22   We've been working for eight months without a list of who

23   might get indicted.

24        That's our issue.

25        THE COURT:  Well, look, we're weeks away from any

1    defense case being put on, if at all.  So we've got some

2    time to deal with this issue.

3            You know, look, insofar as the Fifth Amendment

4    goes and whether the government thinks folks have issues

5    with the Fifth Amendment, you know, there's a reason I ask

6    people to disclose witness lists, not only to ensure that,

7    you know, where everybody is working on a level playing

8    field, but for that reason, too.

9            MR. LINDER:  Right.

10           THE COURT:  And while the government has

11   interviewed, I don't know, hundreds of, dozens and dozens

12   and dozens of people, they may not know who you want to

13   call.

14           And so now that you've identified some of those

15   people, it's certainly incumbent upon them to say, Look,

16   some of these people may have Fifth Amendment issues so that

17   they can be aware of it if they're not already.

18           MR. LINDER:  And just so the Court's aware, we had

19   spoken with JC and the government before.  As we subpoenaed

20   witnesses, I had asked the question:  Should we bring

21   them -- and I may have brought that up to you.  Should we

22   bring them earlier in the trial?  Because some of these

23   witnesses might be hostile.  Some of them might have issues.

24           That was kind of one of the reasons to bring them.

25   I'd hate for them to show up on the morning of trial that

```
 1   we're going call them.  If we need to flesh out these
 2   issues, I'd rather do it earlier rather than the day they're
 3   coming.
 4             THE COURT:  I think the way we left it was that,
 5   no, you did not need to bring them in on the first day of
 6   trial so that I could admonish them.
 7             What I did say is that we could do it by Zoom.
 8             MR. LINDER:  Correct.  But this might be an area
 9   where we could flesh out some Fifth Amendment issues?
10             THE COURT:  Yes.  Okay.
11             MR. LINDER:  But I would ask the Court to
12   pointedly ask the government if they intend on indicting any
13   of these other people.  We would like to know that, the
14   people that are on these witnesses lists.
15             The witnesses are entitled to know that.
16             And so I would think -- I would ask the government
17   to somewhat commit on, hey, the witnesses we've been given,
18   yeah, there's 13 of them we're looking at; or, no, you're
19   safe to call them.  We don't know.  But now they have our
20   list.
21             MS. RAKOCZY:  Your Honor, may I respond?
22             The government is frustrated at the suggestion
23   from Mr. Linder that we are going out and arresting the
24   witnesses on their witness list.
25             Frankly, there is no evidence for that because
```

1     there is no evidence for that.  They've never made any

2     allegations about that because there is no evidence to

3     support that the government is trying to arrest people the

4     defense is talking to.

5            The two people -- without getting into the weeds

6     on investigations into humans who were charged in other

7     cases, which I really don't want to do, the defense has had

8     discovery that has permitted them to understand all of the

9     subjects of this investigation and related investigations

10    related to this conspiracy since at least early 2022 and for

11    some people before then.

12           People who have been referenced here as being

13    potential witnesses who have subsequently been charged,

14    those people knew that their phones were seized last summer

15    or before.  And the government has had those warrants -- the

16    defense has had those warrants in discovery.

17           So the government is going out -- and we're happy

18    to proffer this to the Court in pleadings if the defense

19    ever files anything.  But the government is not going out

20    and arresting people because they're witnesses.  We are

21    going out and presenting indictments to grand juries based

22    on findings of probable cause, and the grand jury is acting

23    on findings of probable cause.

24           And I think, frankly, the defense has not filed

25    motions because there really isn't anything untoward here

1    going on.

2          And so, no, the government is not going to commit

3    to closing its investigation.  There is an ongoing

4    investigation.  I can tell you, as one of the members of

5    this government team, that we do not intend on seeking any

6    indictments to be returned during the course of these cases.

7    Obviously, we're mindful that we are in trial.  But I don't

8    think the government can promise to never charge anyone else

9    in these cases.

10          THE COURT:  Mr. Linder.

11          MR. LINDER:  I do need follow up on that,

12    Your Honor.

13          One, we're not accusing Mr. Nestler or Ms. Rakoczy

14    or their team of anything untoward; however, in a related

15    January 6th case across the hall in Judge Moss' court, I had

16    two witnesses harassed by two FBI agents after we signed

17    plea papers.

18          We brought that to the Court's attention and the

19    U.S. Attorney's attention.  We've since withdrawn that plea

20    and set it for trial because of the misconduct of two FBI

21    agents.

22          I'm losing my voice.  I apologize.

23          They're not -- and I don't believe they're

24    directing it.  I don't put that on them.

25          But there is a big investigative pool out there,

1    and witnesses are coming up and agents and people are

2    talking to them.

3            And I don't believe it's their direction, but it

4    is happening, and people will be foolish to think it's not.

5            THE COURT:  So a couple of observations.  One is,

6    witnesses don't belong to any party, and it is not the least

7    bit unusual for the government to learn that somebody is a

8    potential defense witness and then have an agent go out to

9    talk to the person to find out what they're going to say.

10   I mean, that's not that unusual.  It happens all the time in

11   cases big and small.

12           That said, the bottom line for me, and I think

13   what you've suggested is correct, which is that if the

14   government believes that any of these folks have

15   Fifth Amendment issues and whether that is as a result of

16   real imminent indictment or something that's more

17   theoretical, they should let you know and let you know

18   sooner rather than later.

19           It's hard for me to order the government to tell

20   you who they're going to indict or not indict.

21           MR. LINDER:  I understand.

22           THE COURT:  And they may not know.

23           But the issue of the Fifth Amendment and whether

24   that person may be putting themselves in a position of

25   making self-incriminating statements, that is certainly

1    something they can tell you.

2              MR. LINDER:  Understood.

3              THE COURT:  Okay?

4              MR. LINDER:  Thank you.

5              THE COURT:  All right.

6              So Mr. Bright will file something Monday.

7              You can just file something Wednesday,

8    Mr. Nestler.

9              And then we can talk about it, hopefully, on

10   Thursday.

11             And depending upon what I get, I may move our --

12   I think we're set to talk at 3:00.  Just don't schedule

13   anything at 2:00 because I want make sure I reserve enough

14   time for the two things that we need to.

15             And I know Mr. -- I know counsel has a conflict at

16   2:00, but we'll make it all work.

17             All right.  So the last thing with respect to the

18   Pretrial Statement is jury instructions and verdict form.

19   I don't think we need to talk about either today, except to

20   the extent of if either side intends to refer to the law in

21   their openings and the other side has a problem with the way

22   they're referring to it, then you all ought to talk about

23   that and let me know.

24             I mean, the bottom line is, usually no one is

25   referring to the law in the openings, but that would be the

1    only reason to talk about any instructions before trial

2    begins, okay?  And the same with the verdict form.

3           Okay.  Let's then turn to the outstanding

4    evidentiary motions, beginning with Mr. Meggs' motion to

5    compel discovery.

6           So there's sort of four categories of records that

7    Mr. Meggs is seeking.

8           One is the identities of unknown co-conspirators.

9           Two is additional confidential source information.

10          Three is sort of broadly termed as all reports the

11   FBI received about the Oath Keepers, as well as any record

12   of any follow-up taken from such reports.

13          And then four is records that might be in the

14   possession of a Secret Service.

15          So, Mr. Woodward, I mean, you've now gotten the

16   government's response.  So why don't we start with the first

17   request, which is the identity of unknown co-conspirators.

18          I mean, it's not clear to me what you're still

19   seeking, given what you've received.  And if what your

20   concern is, is that the government is going to assert

21   somebody as a co-conspirator in order to get a statement in,

22   well, you now have all of their statements, too.  So you

23   should know who the alleged co-conspirators are.

24          MR. WOODWARD:  Your Honor, I apologize.  The

25   government filed its opposition, and it escaped my --

1          THE COURT:  It was filed yesterday evening or

2     early evening.

3          MR. WOODWARD:  Okay.

4          But the notion that the government's

5     identification of statements would satisfy our interests in

6     those they also believe to have contributed to this

7     conspiracy would not satisfy our concerns.

8          I think that our concerns have been expressed

9     throughout the day today, that this alleged conspiracy,

10    three of them, in fact, is broad, and it's unclear to us how

11    the conspiracies they allege overlap or don't overlap.

12         It's unclear to us whether and how many

13    individuals that are members of the conspiracy may subscribe

14    to the view that the Insurrection Act did permit what they

15    were doing, as we've discussed at length today, or how many

16    of those, in fact, did not know anything about the

17    Insurrection Act and were there, as we've submitted in our

18    papers, merely for the purpose of providing security at the

19    request of those holding the events on January 6th.

20         THE COURT:  Mr. Woodward, all that is substantive;

21    in other words, all you've asked, at least in this first

22    request, is to know who the government contents are the

23    co-conspirators, who the government will say as part of any

24    of the charged conspiracies, and as a result, they will

25    argue a statement of that person in furtherance of the

1    charged conspiracies is admissible.

2            And I'm not sure what you need more than that once

3    the identity of those people are known because then, based

4    on that, you can either look at the discovery or go out and

5    talk to those people.

6            MR. WOODWARD:  Because the government's only

7    identifying individuals that they believe made statements

8    that are inculpatory to the claimed conspiracy.

9            What about the individuals that may have

10   participated in the conspiracy that have made statements

11   that are exculpatory.

12           THE COURT:  Well, but that has nothing to do with

13   conspiracy.  That has everything to do with *Brady*.  And if

14   what you're saying is there are statements of people out

15   there that are exculpatory, well, it doesn't matter whether

16   they're a co-conspirator or not, at least in the first

17   instance.  That's *Brady* material.

18           MR. WOODWARD:  And, indeed, our motion is

19   captioned as a *Brady* motion and not as a --

20           THE COURT:  But why do you think there's any

21   statement out there that hasn't been turned over.

22           MR. WOODWARD:  It's not that there's a statement

23   we believe hasn't been turned over.  It's that the

24   identities of the individuals that the government is aware

25   of to have participated in these conspiracies have been with

1    withheld from us.

2         They may not have put anything in writing, but we

3    certainly would like to talk to them.  And we'd like to know

4    from them what their view of the alleged conspiracy is and

5    whether or not they understood whether it was the Florida

6    chapter of the Oath Keepers, as Mr. Meggs is alleged to have

7    participated in, or another chapter, what they understood

8    the purpose of these chapters to be.

9         As the Court is well aware, a number of

10   confidential sources were disclosed to the defense in recent

11   weeks, none of whom -- I shouldn't say none of whom -- well,

12   maybe not -- none of whom have been charged or alleged to

13   have -- in government's filings to have participated in the

14   conspiracy, yet some of whom played significant roles in the

15   conduct running up to and leading to the conspiracy that's

16   been charged.  So this is all about our desire to get access

17   to information.

18         THE COURT:  Again, Mr. Woodward, you'll have to

19   forgive me.  I guess I don't understand what more you're

20   seeking.

21         You've got, presumably, disclosures by the

22   government.  I thought there was a bill of particulars that

23   I ordered at some point.  Maybe I'm wrong.  There was a bill

24   of particulars as to something, but maybe not co-conspirator

25   identities.

1      MR. WOODWARD:  There's a motion for a bill of

2  particulars has been filed in 21 CR 28.  The government

3  opposed that.

4      That motion sought the identification of

5  co-conspirators.  I don't believe the Court has ruled on

6  that yet, but I may be mistaken.

7      THE COURT:  I think I would have ruled on it.

8  I think what I said -- I don't remember what I said.

9      In any event, look, the bottom line is this:

10  You've now got a list of dozens and dozens of statements the

11  government contends were made by co-conspirators.

12      You've got their witness list.  Presumably, you

13  know, these are people who are cooperating and are

14  co-conspirators or people on the outside.

15      If you are asking the government to sort of

16  provide a closed universe of everybody they think is a

17  co-conspirator, I've got to think that you have that

18  information.  And if you don't, ask them for it.

19      And if they're going to tell you, No, we're not

20  going to give you every last name, then you can come back to

21  me.  And if you have a question about a particular person,

22  you can communicate with them.

23      MR. WOODWARD:  I don't think there's any question

24  that they've denied their willingness to give us every last

25  name.  I did ask them for a list of all of the unknown

1    co-conspirators.  They declined to do that.

2         They believe that they have identified those

3    individuals that they have an obligation to identify.

4         If there are dozens and dozens of unknown

5    co-conspirators, known to the government but unknown to

6    defense counsel, wouldn't that alone be a significant fact?

7         And if they are not, if there are one or two

8    individuals that the government is declining to disclose

9    expressly at our request, why not?

10        THE COURT:  So this is what Ms. Rakoczy wrote:

11        "These materials" -- she's referring to the

12   various materials that were produced -- "taken together

13   provide the defense with the names and alleged

14   co-conspirator statements of virtually all the individuals

15   whom the government will point to at trial as

16   co-conspirators of Defendant Meggs and his co-defendants.

17        Now, you may hang on your hat on the word

18   "virtually," but I suspect the government is putting it in

19   there just to leave a little wiggle room in case they forgot

20   somebody.

21        But what they're telling you is that you've gotten

22   all the information you're asking for.

23        MR. WOODWARD:  And maybe I'm not being clear, but

24   I'm not asking about the people that they're going to

25   identify at trial.  Those people aren't helpful to the

1    government's case.

2            Part of our theory is that the government didn't

3    thoroughly investigate what it was certain members of the

4    Oath Keepers were doing that day.

5            And I can list -- I can identify specific names

6    that the government has confirmed with us they did not speak

7    to.

8            And so our question is:  Why did the government

9    focus on, for example, the Insurrection Act and not on the

10   invitation of certain individuals to bring the Oath Keepers

11   to Washington, D.C., on January 6th?

12           And if there are individuals that the government

13   is aware of, believes to have participated in the

14   conspiracies that have been charged and has not identified

15   them for us, why not?

16           THE COURT:  But they've said they have.  They've

17   said they've identified those people.

18           MR. WOODWARD:  They've identified the people that

19   they're going to argue to the jury --

20           THE COURT:  Right, but you seem to suggest there

21   are co-conspirators out there that are helpful to you that

22   the government hasn't identified, okay?  And you've given me

23   an example of somebody who may have said something

24   exculpatory.

25           And my point to you is, if it's exculpatory, it

1    should be turned over as *Brady*.

2         And so you can then say, Here's a statement from

3    somebody who was close to these defendants.

4         I don't understand why it then matters whether the

5    person was a co-conspirator or not unless you are intending

6    to suggest that that person need not testify because their

7    statement can come in in some other way.

8         MR. WOODWARD:  I would suggest --

9         THE COURT:  That's an argument you should make,

10   not the government.

11        MR. WOODWARD:  I would -- I think, first of all,

12   we're putting the cart before the horse if we're talking

13   about how the evidence would be admissible because I don't

14   know what the evidence is.

15        The government's theory of this case is obviously

16   different than the defense we're going to propound.  And so

17   for me to understand whether there are individuals who would

18   provide exculpatory testimony, I need to know who the

19   government is aware of, who the government believes

20   participated in the conspiracy they allege, and I need to

21   know what their view of this is.  We need to send an

22   investigator out to talk to them and to find out whether

23   they have information.

24        The government --

25        THE COURT:  All right.  Mr. Woodward, I don't

1    quite get it.  But as I said, you know, the government has

2    provided you with a list of names of people they consider to

3    be part of the conspiracy, and I assume you've had these

4    names for some period of time.  Maybe there are a few that

5    you've just learned.

6              There's nothing preventing you from having an

7    investigator go out to talk to those people now and between

8    trial and before you present your defense case.

9              So I don't know what you're asking for.

10             MR. WOODWARD:  Is there another list?  Is there

11   another list of names?

12             THE COURT:  All right.  Well, Ms. Rakoczy,

13   is there another list that you haven't disclosed?

14             MS. RAKOCZY:  Your Honor, to be clear, the

15   government has not put a list of co-conspirators --

16             THE COURT:  I understand.

17             MS. RAKOCZY:  What we have given the defense is a

18   list of -- not a list.

19             We've given the defense discovery about all the

20   witnesses who have been interviewed, so through 302s or

21   grand jury testimony.  And in the course of discovery, we've

22   actually summarized that in chart form, so it's not really a

23   list.  But there's a spreadsheet that exists that documents

24   all of the civilian witness interviews.  And in that chart,

25   we attempt to highlight potentially exculpatory or material

1    statements for the defense.

2          In addition, the government has provided through

3    discovery the FBI files, which just for the Court's

4    information, are organized by subject.  And so we've

5    provided the FBI file investigating each charged defendant

6    in this case, but also an additional 20-or-so subject files

7    into folks not charged in this case, who I think one could

8    arguably be considered a co-conspirator.

9          But the reason that we're hesitating from

10   providing a list of "co-conspirators" is that that's just

11   not the way we investigate this case.  It's not like we

12   stick a label of co-conspirator on someone and we have this

13   magical list of co-conspirators.

14         We investigate the potential for criminality.  And

15   we sort of then if someone engaged in criminal conduct and

16   we believe there is probable cause, we seek charges against

17   those individuals.  So there's not a list, and that's why

18   I'm reluctant to try to articulate a list for the defense.

19         I think from the 30-ish, I think, FBI case files

20   into subjects who have been identified as having some level

21   of involvement or connection to the conspiracy alleged

22   herein and by providing a spreadsheet that documents where

23   the defense can find in our discovery well over 100 civilian

24   witnesses who would either be considered subjects or

25   witnesses to this investigation, we believe that

 1  Mr. Woodward knows the sum total of humans who are connected

 2  to this investigation who might have information about the

 3  purpose or goals of the alleged conspiracy.

 4        And so we don't believe there is anything further

 5  to be gleaned aside from the government being forced to make

 6  some kind of admission about who we think are

 7  co-conspirators.

 8        THE COURT:  Okay.

 9        MR. WOODWARD:  I see -- it was filed under seal,

10  so I apologize.

11        I think -- I mean, I think that some of these are

12  going to turn on the other arguments that we've raised, and

13  I'm happy to jump to that.

14        What I don't hear the government to be saying is

15  they've identified everybody that they know.

16        I don't know why there are certain -- I don't know

17  what prejudice to the government for informing defense

18  counsel in whatever means necessary, whether it be first

19  through an ex parte submission or having us go to their

20  office, those persons of interest, whatever the title is,

21  that they have a familiarity with.

22        And we saw this through the confidential human

23  source information, Your Honor.  You reviewed those

24  documents that they weren't going to produce to us.

25        Just in the few minutes I've had to look at them,

1    we're seeing information, maybe not itself admissible,

2    obviously not itself admissible, but that is going to lead

3    to other leads that we now have but ten days to investigate.

4            And so what we're asking the government to do --

5    and this was the largest investigation of its kind -- is to

6    disclose to us those they believe participated in the

7    conspiracies they've alleged, at least one conspiracy for

8    argument today on, may not itself have been unlawful, and

9    others we disagree with the level of participation.

10           And as we argue in the motion with respect to, for

11   example -- and I don't know if the government wants to stop

12   me and go under seal to talk about the particular document

13   we asked them to search for.  But that document, as the

14   Court is familiar with what I'm referring to, that document

15   obviously suggests another purpose of this organization.

16           And if part of our defense is going to be that

17   there was a security apparatus being provided at the request

18   of the folks hosting the rally on January 6th, would that

19   not be exculpatory?  And if there are --

20           THE COURT:  But, Mr. Woodward, I mean, you'll have

21   to forgive me, but much of what you say makes it sound like

22   these are revelations that are new.  They're not.  From the

23   very moment these defendants showed up here, you know, part

24   of their defense has been:  We were in Washington to provide

25   security, not to disrupt the Electoral College

```
 1   certification.

 2              So, I mean, if some lightbulb has gone off in the

 3   last few weeks, you'll have to forgive me for understanding

 4   why it's taken so long.

 5              And part of the reason I disclosed what I ordered

 6   the government to disclose what it's disclosed is it did

 7   support that aspect of the defendants' case.  I suspect

 8   you've got that information else whether.

 9              But, again, I'm not hearing from you what it is

10   that you're lacking at this point.

11              And if at trial, for example, you know, they try

12   to admit a co-conspirator statement of somebody who you say,

13   Look, we don't know -- we didn't know this person was --

14   they haven't disclosed this person as a co-conspirator, then

15   that seems like it would be an issue.  But short of that, I

16   don't see what you're asking for.

17              MR. WOODWARD:  That's not at all what I'm

18   expecting to happen at trial.  I don't believe that these

19   individuals benefit their case, which is why they're not

20   disclosing them to us.

21              These individuals --

22              THE COURT:  Mr. Woodward, they've given a list of

23   150 people who they've interviewed.  Who else do you want?

24              MR. WOODWARD:  I want those that they interviewed

25   that they didn't disclose to us.
```

1          THE COURT:  The government is saying, We've turned

2     over every single civilian witness interview we've done.

3          MR. WOODWARD:  I think if that is the government's

4     position, that they have disclosed the identity of every

5     person they've interviewed in this investigation, then I

6     don't know what else I could ask them for.

7          THE COURT:  All right.  Ms. Rakoczy, Mr. Nestler,

8     have you identified at least all the civilian witnesses that

9     you're aware of -- I shouldn't say witnesses -- civilians

10    that you have approached for which there's a 302 recorded

11    and provided it to the defense?

12         MS. RAKOCZY:  I think, Your Honor, there are a

13    very small handful of people who were interviewed who had

14    absolutely nothing to do with this, and there was perhaps

15    some overriding security concern or other reason to not

16    disclose it.

17         I don't want to commit and say that we have

18    provided -- I really can -- if there was anything at all

19    that was exculpatory or arguably relevant, we have disclosed

20    it.  And I think you can tell by the volume of 100 to 150

21    maybe more, witnesses who we have disclosed.  And I just

22    don't want to hesitate to say every single human who has

23    been interviewed, we have provided their 302 or notes.

24         I do think, though, I am happy to represent and

25    can full-throatedly represent to the Court that any witness

1  who provided anything arguably material or relevant here, we

2  have disclosed their 302s.

3          THE COURT:  Okay.

4          MR. WOODWARD:  I just have to respectfully

5  disagree with the government's characterization of

6  materiality and relevance.  They did not disclose the CHS

7  information to us until, they claim July.  I couldn't see it

8  until August.  And so there must be some disagreement about

9  what's material and relevant when such information is being

10 withheld from us for so long.

11         And so they claim it's not materially relevant to

12 the defense.  Let us be the judge of that, with respect to

13 Your Honor.

14         THE COURT:  Okay.

15         Hang on.  Mr. Geyer is standing up.

16         MR. GEYER:  Hi, Your Honor.

17         THE COURT:  Hi.

18         MR. GEYER:  Good afternoon.

19         I'd like to register my strenuous objection to

20 receiving all of our discovery, but I also recognize that

21 I did receive a -- you issued an order on my *Brady* motions.

22 And so I realize that that's kind of water under the bridge.

23         But I will mention that in May, my recollection is

24 that in an open hearing, the government promised, I thought

25 it was 5- to 600 files on other charged defendants.

1          I'm not aware that we ever received that.  I'm not

2    aware that we received anything regarding the last VIP

3    detail, which is basically Harrelson's alibi since he

4    arrived on the Bloody Angle at four minutes before the

5    push-throughs came through on the northeast and in front of

6    the east steps when the vice presidential motorcade rolled

7    out.  We have that fully documented.

8          I don't know who those people are.  Those are very

9    important people to me in terms of a defense case.  I don't

10   know where those files are.

11         THE COURT:  Mr. Geyer, could you face me?  Because

12   I'm having some trouble hearing you.

13         MR. GEYER:  That was a little -- I apologize,

14   Your Honor.

15         And as far as the co-conspirator statements go,

16   I'm still trying to figure out what it is the government has

17   that makes them think that those co-conspirator statements

18   should be attributed to Harrelson if he had any knowledge or

19   anything.  There's just no statements that he makes until,

20   I believe, about the center --

21         THE COURT:  Hang on.  We're sort of getting far

22   afield here.  We'll get to statements in a moment.

23         MR. GEYER:  Okay.

24         THE COURT:  All right.  Look, here's the bottom

25   line.  Ms. Rakoczy, Mr. Nestler, what I'll ask you to do is

as follows:  To the extent there have been withholdings by
the Government of any civilian witnesses, just please let me
know.

          And if there are 302s to support those witnesses,
if they exist, just send them to me.  I know that there
can't be that many.  But whatever there is, just send them
to me.  I will take a look.  And if there's anything
relevant in there, I'll make that determination, okay?

          MR. GEYER:  Thank you, Your Honor.

          I just want to say for the record that I do not
believe they're withholding it.  I think it's at another
level.  I've mentioned that before.

          Thank you very much.

          THE COURT:  All right.

          The next category is confidential source
information, sort of request for serial numbers, payment
information, medical records, and the form we discussed,
some information about it.

          MR. WOODWARD:  The request to review the
unredacted serials, I think, is straightforward.

          We've now had the privilege of reviewing a number
of serials, some unredacted, some redacted.  The only ones
in which the discrepancy that we highlight in our briefing
appears are the ones that we've asked to see.

          The government tells us that it's a mistake.  We

1    see no prejudice to the government's making those available

2    to us in an unredacted form.

3            I'll go down and visit with Mr. Nestler and

4    Ms. Rakoczy at her office.  It shouldn't take but a few

5    minutes.  I just can't understand why the government is

6    pushing back on an issue like that.

7            THE COURT:  Okay.  I mean, Mr. Nestler,

8    Ms. Rakoczy, is that something you'd be willing to

9    accommodate?

10            MS. RAKOCZY:  It is, for the reasons that we

11    stated in laying out a request for a protective order

12    addendum with respect to these materials, we had security

13    concerns with respect to these documents.  And that's why we

14    asked to provide the redacted copies in the fashion that we

15    did.

16            And so our request remains the same, but we

17    understand the Court will order us to do something

18    different.

19            THE COURT:  Well, look, if they just -- unless

20    there's some special magic, about the serial number, I

21    gather he simply wants to just match them up across some

22    reports.  Unless there's some reason to withhold that

23    subject to the protective order, it seems like it's

24    something that could easily satisfy Mr. Woodward and just

25    put that to rest.

1    MR. WOODWARD:  It's not as simple as a serial

2    number.  It's a reference to the name of the source.

3    And so --

4    THE COURT:  Well, hang on.  Hang on.  The

5    government has represented that everything you've received

6    is traced to a particular source.

7    MR. WOODWARD:  Correct.

8    THE COURT:  And you're doubting that?

9    MR. WOODWARD:  The government -- the serial in

10    question describes the information that the FBI received

11    from the confidential source.

12    THE COURT:  Right.

13    MR. WOODWARD:  Typically, the FBI agent

14    documenting the information refers only to the source as

15    CHS, consistently throughout all of the serials we have

16    now seen.

17    In several instances in the data that was provided

18    to us only -- eyes only at their office, they instead refer

19    to the source, him- or herself, as well as a "CHS," which

20    suggests to us that there may have been two individuals in

21    the serial.  And we would just like to put eyes on the

22    unredacted version, which in other instances the government

23    has allowed us to do, but not with this one.

24    So why did the FBI agent refer to this individual

25    in some circumstances on the same document as a CHS and then

1    put the name of the CHS?  That just doesn't -- that just

2    doesn't make sense to us.  And we'd like to just take a look

3    at that document to confirm the government's representations

4    about it.

5         And we don't see a security risk when the

6    government has already disclosed to us the name of the

7    individual in question.

8         THE COURT:  Ms. Rakoczy.

9         MS. RAKOCZY:  As we explained to Mr. Woodward,

10    there are concerns sometimes by FBI agents that if

11    information is sole-source information, that if you put,

12    "I learned this information from," and then you refer to

13    somebody as CHS and that report somehow gets leaked, it will

14    be clear who the CHS is.

15         So sometimes agents will use a true name to try to

16    sort of distance the CHS from the information.  And that, as

17    we explained to Mr. Woodward, is what happened here.  And so

18    we don't -- we thought we've addressed this issue.  We don't

19    really know why Mr. Woodward is insisting upon the

20    documents.  But that, just so the Court understands, is what

21    we proffer to the Court and proffer to Mr. Woodward is going

22    on with this one particular serial.

23         THE COURT:  Okay.

24         Mr. Woodward, I want to take the government's

25    representation here.  And, you know, unless there's

something reasonable -- unless there's some reason to
believe that what they've said is not accurate and it's not
all coming from the same source or there is -- and I've
reviewed all the material that they've identified as
potential source material, and you've got what I think is
relevant.  So I don't know what more there is to provide,
okay?  So let's move on.

       With respect to payment information, you want
specific dates and by what means the payment was made.

       MR. WOODWARD:  Amounts.

       THE COURT:  I'm sorry?

       MR. WOODWARD:  Amounts and whether the payment was
decisioned upon, for example, not using it illegally.

       THE COURT:  Not using what illegally?

       MR. WOODWARD:  The money that the FBI was giving
individual.  We just -- it defies logic to believe that the
FBI is handing out money and not conditioning the provision
of payment.

       And so we'd like to know more information about
what was said or what was promised vis-à-vis the payment of
this particular individual.

       THE COURT:  Okay.  I mean, if what you're asking
is what are the conditions under which somebody operates as
a human source, I assume -- well, you can ask the government
that, and they'll let you know.  But --

1          MR. WOODWARD:  We know that there are conditions.

2          THE COURT:  Right.

3          MR. WOODWARD:  We'd like to know what were the

4   conditions imposed upon this particular individual.

5          THE COURT:  Okay.

6          MR. WOODWARD:  And what information did he

7   provide.

8          The government has advised us that he or she did

9   not provide any specific information for any amount of

10  money.  But that, again, we're just having a hard time

11  accepting that representation.

12         The FBI doesn't just give out money because they

13  can.  There's an exchange of information; there's a payment

14  made.  We'd like to understand the nature of that

15  relationship.

16         THE COURT:  Can I ask you a question.  And you all

17  think this source, you're going to call in your defense

18  case, right?

19         MR. WOODWARD:  I --

20         THE COURT:  Well, let me put it differently.  The

21  government has not said they're going to call this source in

22  their case, right?

23         MR. WOODWARD:  Correct.

24         THE COURT:  So much of what it seems to me you're

25  asking for, unless you're telling me it's necessary to have

1  it to evaluate whether to call that person in the case -- in

2  your case, why do you need it?

3        MR. WOODWARD:  Two reasons, Your Honor.  I don't

4  believe that *Brady* is so limited in what is required when

5  it's produced.

6        THE COURT:  You don't know that it's *Brady*.  You

7  know that they got paid.

8        So what's the other reason?

9        MR. WOODWARD:  The other reason would be we're

10 assessing the sufficiency and the thoroughness of the

11 government's investigation.

12       THE COURT:  But that doesn't become relevant

13 unless the person's called and provides inculpatory

14 testimony.

15       MR. WOODWARD:  I don't know --

16       THE COURT:  As to this particular source.

17       So there's no proffer here that makes it seem to

18 me that it's relevant to get this information.

19       I mean, again, this person's not being called in

20 the government's case.  If what you're planning to do is

21 have an FBI agent take the stand and you're going to

22 cross-examine that FBI agent about the source, I need to

23 understand what you're going to do and what the end of it --

24 to what end that's happening.

25       MR. WOODWARD:  Well, Your Honor, relevancy simply

1    isn't a standard for discovery for criminal cases.

2            THE COURT:  Yeah, but it's also not something

3    that's so materially irrelevant or something that's so far

4    afield that it doesn't meet the materiality standard.

5            And what you've asked for doesn't, as far as I'm

6    concerned, so at least based upon the theory of the case and

7    the way in which this person is situated.

8            So, you know, they've given you the totals.  And I

9    don't know that you need anything more than that to evaluate

10   whether the person is somebody you want to call in your case

11   or not.

12           MR. WOODWARD:  I am not suggesting that the need

13   for the information is to evaluate whether we want to call

14   this person.

15           THE COURT:  Okay.  Well, then tell me why because

16   you haven't given me any offer to explain to me how

17   it would be something that would come up in the government's

18   case-in-chief.

19           MR. WOODWARD:  Because it may be relevant, it may

20   be the subject of cross-examination that the government is

21   providing funds to certain individuals that it obtained

22   information from as part of its investigation of the

23   Oath Keepers.

24           THE COURT:  But why is that relevant unless that

25   person testifies?

1              MR. WOODWARD:  Why is it relevant to the

2    government's --

3              THE COURT:  Right.

4              MR. WOODWARD:  -- thoroughness of the

5    investigation of the Oath Keepers?

6              THE COURT:  Sure.  They pay one informant.  What

7    difference does that make?

8              MR. WOODWARD:  Well, they didn't just pay one

9    informant.  This informant they paid multiple times.

10             THE COURT:  But you're missing the point,

11   Mr. Woodward.

12             You are not going to be able to cross-examine the

13   FBI about the fact that they had an informant unless that

14   informant testifies, okay?

15             MR. WOODWARD:  Understood.

16             THE COURT:  I mean, you're not because it's not

17   relevant.  I can't -- maybe something will come up at trial

18   to suggest that it is.  But as I stand here today and hear

19   what you're saying today, it's not relevant.

20             It's not going to be something that's going to be

21   subject to cross-examination because you can't just sort of

22   start throwing stuff on the wall and suggest the

23   investigation is bad.

24             MR. WOODWARD:  I would never -- no, I'm not taking

25   the word --

1          THE COURT:  If we get into trial and you tell me I

2    now have a concrete reason I'm going to cross-examine some

3    FBI agent about the handling of this source, then bring it

4    back up.  But as of right now it's just too ambiguous for me

5    to compel disclosure even under a Rule 16 standard.

6          MR. WOODWARD:  I appreciate Your Honor's leaving

7    the door open should it become relevant, which we can skip

8    the next one, I appreciate the government's representation.

9          THE COURT:  Okay.

10          MR. WOODWARD:  The document.

11          THE COURT:  Okay.

12          MR. WOODWARD:  I don't know.  Does the government

13    have an objection to talking about the document in question?

14    They challenged why it would be relevant.  This is one I am

15    going to argue pretty vociferously about.  So I'd like to

16    talk specifics about the document.

17          I think we attached it to our motion.  If not, we

18    can provide the Court a copy.

19          MS. RAKOCZY:  We have no objection to talking

20    about the document on the record, Your Honor, so long as we

21    don't talk about the source of the document.

22          MR. WOODWARD:  Understood.

23          THE COURT:  Okay.

24          MR. WOODWARD:  So we now know that at least once,

25    the Oath Keepers conducted a threat or a risk assessment on

1   behalf of a company or an entity that was looking to

2   presumably improve its security after it received a threat.

3          That the Oath Keepers were in the business of

4   conducting such threat or risk assessments stands in stark

5   contrast to any assertion that the purpose of the

6   Oath Keepers was nefarious, criminal or otherwise.

7          And so if, hypothetically, defense at trial were

8   to involve this theory that security was, in fact, the

9   ultimate purpose of the Oath Keepers, that these types of

10  documents exist is directly relevant in support of that

11  theory.

12         I don't, we don't know whether there were other

13  documents.  The government acknowledges that this particular

14  document was not produced to us in any other form.  The

15  Relativity database that as of this morning contains over

16  $3 million documents does not contain this form.

17         It may be, candidly, that there is no other copy

18  of this form in existence.  But the formality of the form

19  would suggest that it was not created for this sole purpose

20  and that it is not the only document of its kind in

21  existence.

22         And all we're asking the government to do is to

23  confirm for us that its databases don't include the form.

24  It would not be difficult for the government to search

25  for it.

1           And if the government does have it, I think the

2    fear the government may have is:  Why hadn't that form been

3    identified as part of its investigation?

4           It says "Oath Keepers" at the top of the form.  So

5    if that form, whether completed or in its --

6           THE COURT:  So I don't -- what are you asking for?

7    You've got the form.  I mean, your motion says to confirm

8    that this form does not exist in any of its databases,

9    connected with the government's investigation of the events

10   at the Capitol.

11          MR. WOODWARD:  The government tells me that the

12   prosecution team does not have the form in any other form.

13   I'd like to know whether the Department of Justice has

14   obtained that form.

15          There seems to be a lot of delineation between

16   what this prosecution team knows or what information it

17   possesses and what the Department of Justice has

18   investigated regarding the Oath Keepers.

19          THE COURT:  I guess I don't understand why.

20          I mean, say, hypothetically, the form is sitting

21   in some database that these prosecutors and case agents have

22   never seen.  What difference does it make?

23          MR. WOODWARD:  They provide information about why

24   that form was created, who created it, how long it's been in

25   existence.

1          THE COURT:  Just that it's sitting in a database?

2          MR. WOODWARD:  Well, it got to the database

3    because the government seized or otherwise obtained it from

4    an individual.

5          THE COURT:  Right.  But you're not going to be

6    able to tell who created it just from the document being in

7    a database.  All you've asked is for the government to

8    confirm it doesn't exist in any other form or any other

9    database.

10         MR. WOODWARD:  That's right.  Because if the

11   government confirms that it doesn't exist, then we don't

12   have an issue.  If it does exist, of course, we can tell who

13   created it.  Of course, there's metadata.

14         THE COURT:  I guess, what more are you asking for

15   than these prosecutors to say, Look, we've asked our case

16   agents to search the FBI databases.  We've looked through

17   the discovery databases.  And we don't have it.

18         MR. WOODWARD:  I don't know what the full extent

19   of this prosecution's team ability to search

20   Department of Justice databases is, but I submit that

21   they're -- they have not done a complete search.

22         THE COURT:  All right.  Well, I think that's a

23   little speculative.

24         But Ms. Rakoczy.

25         MS. RAKOCZY:  I don't know.  Maybe I'm not

1    understanding Mr. Woodward's request.  But this form that

2    we're referencing was given to the government by a witness

3    and then we gave it to the defense.

4           I don't know where it would come from that it

5    would find its way into other databases or what the

6    relevance is of that.

7           THE COURT:  I guess what he wants to know is that,

8    is there some other source from which it came that you all

9    may not be aware of, that is, the same document was provided

10   to the Department of Justice from a different source that

11   you all may not be aware of and is sitting somewhere on a

12   database?

13          MS. RAKOCZY:  I don't -- I don't know how --

14          THE COURT:  I mean, is there even a way to search

15   for something like that?

16          MS. RAKOCZY:  I mean, I'm sure -- I mean, we have

17   Relativity, which is a database that has the discovery --

18          THE COURT:  Right.

19          MS. RAKOCZY:  -- and we could do keyword searches.

20          I guess I'm just really struggling to see the

21   materiality of the fact that there -- there may be another

22   format here or the --

23          THE COURT:  Anyway, okay.

24          Look, I mean, Mr. Woodward, again, I'm not sure I

25   quite understand the logic of why you think the fact of the

1    government possessing this form somewhere is so important to
2    the defense, but, I mean, to the extent these prosecutors
3    have turned over what they've received, what's up and in
4    Relativity is what's been obtained from other -- through the
5    investigation, I think you have the information you're
6    looking for.
7             And I'm not going to have them go on some wild
8    goose chase to kind of figure out whether a form may sit
9    somewhere, somewhere out in whatever other databases the FBI
10   and the Department of Justice have.  I just don't -- I don't
11   understand the relevance or the materiality of it.
12            So, I mean, I'll take Ms. Rakoczy at her
13   representation that this is how they got it; they've turned
14   it over to you; and it seems to me to be the end of it.
15            MR. WOODWARD:  I won't belabor the point,
16   Your Honor.  I hear you.
17            THE COURT:  Okay.
18            MR. WOODWARD:  But it's relevant because it shows
19   an alternative purpose of those --
20            THE COURT:  But you've got that already.  I don't
21   get it.  I mean, you have that from the form.  You've got it
22   from the witnesses.
23            The fact that the form is somewhere sitting
24   somewhere else doesn't add to that information.
25            MR. WOODWARD:  I don't know whether they --

1    I don't know whether the Oath Keepers conducted any like

2    threat assessments for other entities.  And I don't know if

3    the FBI knows that or not.

4            And to transition -- I hear the Court -- it

5    dovetails into the next ask, which is what else the FBI

6    knows about the Oath Keepers.

7            Your Honor, of course, knows that the government

8    routinely takes the position that a prosecution team is

9    insulated and that it does not have the obligation to go

10   outside of whatever team the Department of Justice creates

11   to investigate the case, to include the case agents that are

12   on the case.

13           But we have learned through the course of

14   discovery that the Oath Keepers have been a focus of the

15   department for some time, not having anything to do with the

16   events of January 6th.

17           And the government is claiming that it has no

18   obligation to provide -- to inform itself and then to

19   provide to defense counsel investigative case files,

20   information, serials, et cetera, about the Oath Keepers if

21   the government, in its discretion, concluded those records

22   aren't relevant to this investigation.

23           THE COURT:  Ms. Rakoczy, just tell me what the

24   government has done to identify any, generally speaking,

25   materials about the Oath Keepers that may be in its

1    possession.

2            MS. RAKOCZY:  Yes, Your Honor.

3            The government has periodically reviewed the FBI

4    case files that relate to the defendants charged in this

5    case, as well as individuals who have been identified as

6    related subjects.  And the government periodically reviews

7    those for discoverable materials.

8            The government has also conducted keyword searches

9    across the FBI holdings and our other holdings in the

10   broader global discovery in these matters for search terms

11   that include the names of the charged defendants in these

12   cases, the names of some of the related subjects, and the

13   names of certain terms like Oath Keepers to identify

14   relevant materials.

15           The government does not agree that any

16   relevance -- or any reference to the Oath Keepers as an

17   organization or particularly members of the Oath Keepers is

18   relevant in any time or place because what is at issue

19   here -- and we understand that the defense has raised

20   concerns about the role that the Oath Keepers may play in,

21   for example, providing security.

22           And so we have been mindful to look for that

23   information.  But I cannot prom the Court or counsel that we

24   have sought to seek out every single time the Oath Keepers

25   have done something helpful, because the Oath Keepers as an

1    organization is not on trial and the allegations here are

2    limited to a particular time and a particular group of

3    defendants, some of whom have affiliations to the

4    Oath Keepers.  But this is about the conduct of these

5    individuals and their alleged participation in the

6    conspiracy and not about the organization.

7         And so while we are mindful of the defense's

8    desire to pursue a defense involving, for example, a

9    provision of security at various events, we want the Court

10   and counsel to understand that our inquiries to find that

11   information have been tailored largely to the period of not

12   strictly November through January of 2020 through 2021, but

13   pretty close to the time period of a few months before those

14   days to a few months after because that is the conspiracy at

15   issue here.  And so we do not agree that Oath Keepers

16   deploying to help with a hurricane in Florida in 2015 is

17   something that we have an obligation to go out and seek

18   discovery beyond what we have in this investigation.

19        Where a witness talked about -- a witness in this

20   case talked to us about that, that's obviously been given to

21   the defense.  But we have not gone out to see if there's

22   people who talked to the FBI in 2015 and mentioned that the

23   Oath Keepers were helping with the hurricane or providing

24   security at an event that might turn violent.

25        And so that's -- I feel I'd like it's important

1    for the Court to understand where we have placed the

2    guardrails on what we believe is relevant and discoverable

3    so that the Court and counsel are aware of that.

4              THE COURT:  Okay.

5              MR. WOODWARD:  I don't think we have to go back to

6    2015, but I think we can start with 2020, 2019, and maybe

7    that's it.  I mean, it's just -- if you read the newspapers,

8    then you do know that the Oath Keepers were serving as

9    security at various events in Florida, at events in

10   Louisville, Kentucky, at events across the country.

11             And I appreciate that the government is focused on

12   this conspiracy.  But in our defense of our clients, we're

13   focused on what their mens rea was.  And that extends beyond

14   the government's proffer here.

15             THE COURT:  So if one of your clients doesn't

16   participate in security detail, how's that relevant to their

17   mens rea?

18             MR. WOODWARD:  Well, then we can limit it to the

19   security details that one of our -- that one of the --

20             THE COURT:  All right.  So you can talk to

21   Mr. Meggs and say, Mr. Meggs, which security details with

22   the Oath Keepers did you participate in, in 2020 and 2021?

23   And you can tell the government:  What information

24   do you have about Oath Keepers' security participation at

25   the following events, okay?

1          MR. WOODWARD:  I would only ask the Court to

2   permit me to identify events that any of the known

3   co-conspirators participated in because the chats make

4   clear --

5          THE COURT:  Just your client, okay?  You told me

6   this was about your client's mens rea.

7          Look, I understand.  But there's going to be

8   plenty of this evidence, Mr. Woodward.

9          I mean, you know, I understand the materiality is

10  not strictly a question of whether something is cumulative

11  or not.  But the fact of the matter is you all have plenty

12  of evidence, it seems to me, to establish that the

13  Oath Keepers provided security and not only during the

14  conspiracy period but before.  And, in fact, some of the

15  records that were just turned over were turned over for that

16  very reason.

17         And so, you know, identify the specific events at

18  which you are aware they did provide security, tell the

19  government, and they'll look to see if there's anything

20  about that.

21         MR. WOODWARD:  I respect that Your Honor.

22         Look, I wouldn't be doing my job if I wasn't

23  asking for this information.

24         THE COURT:  I understand.  I have to do my job.

25  We've got to get this case to a trial and get it done in an

1    efficient way.

2            And I understand the defense lawyers' desire to

3    chase down every single possible relevant document or that

4    they think is relevant.  But, you know, it's got some

5    limits.

6            MR. WOODWARD:  Understood.

7            And just to put a fine point on this --

8            THE COURT:  But let's turn to the next one because

9    the next one is a more significant topic, and that's

10   Secret Service records.

11           Look, I think the question is to the government to

12   what extent you all have obtained records from the

13   Secret Service, sought them out, and any have been

14   disclosed.

15           MS. RAKOCZY:  Your Honor, in this investigation,

16   we have not obtained any documents from the Secret Service.

17           We have provided some level of information that

18   obviously Mr. Woodward cited in his pleading.  There are

19   photographs from people's phones that kind of show the

20   Oath Keepers at the event at the Ellipse in the morning.

21           And it is clear from the witness testimony and

22   from photographs that the Oath Keepers were present in a

23   secured area.  Presumably they passed through the same

24   security that everyone else passed through to go there.

25           But we don't have -- we have not identified any

1    Secret Service personnel who engaged in that screening, and

2    we don't have any documents to show that they have any

3    reason to be there.

4           We did -- I think the materials that are in

5    discovery are clear that to the extent that -- I should say,

6    there's no evidence that the Oath Keepers were in any way

7    coordinating with the Secret Service sort of in advance of

8    this or aside from going through screening, that there's no

9    evidence that we have --

10           THE COURT:  Right.

11           MS. RAKOCZY:  -- that supported they were working

12    with the Secret Service.

13           THE COURT:  Mr. Woodward, I think, had used the

14    word that they were approved, and it sort of stood out

15    to me.

16           MS. RAKOCZY:  And we have -- I think there was an

17    allegation early on that Ms. Watkins made in -- through a

18    predecessor counsel when she was moving to reconsider

19    detention where there was an allegation that suggested that

20    she and/or her group had been actually more affirmatively

21    cleared by Secret Service.

22           And at that time we did make an inquiry and

23    resolved that that had not happened.  There had not been any

24    sort of formal clearance by the Secret Service.

25           But we don't have a body of documents that --

1              THE COURT:  Okay.  And just to be -- I used the

2    wrong word, but on page 20 of the motion, Mr. Woodward says

3    the Secret Service authorized Mr. Meggs' attendance at the

4    rally.

5              MS. RAKOCZY:  So we have no information suggesting

6    that that would corroborate that, Your Honor.  I do --

7              THE COURT:  Let me ask.

8              Mr. Woodward, when you used the word "authorized,"

9    do you mean something more than they walked through the

10   magnetometers and got through?

11             MR. WOODWARD:  Yes, Your Honor.  I don't know what

12   the Secret Service did.

13             I do know that in advance of the rally, Mr. Meggs

14   and others were asked to provide certain information about

15   their identities so that they could attend --

16             THE COURT:  To whom?

17             MR. WOODWARD:  I'd prefer not to say that.  The

18   government knows who it is.

19             THE COURT:  Okay.

20             MR. WOODWARD:  But they have not spoken to him.

21   I don't know why.  And in open court, I'd prefer not to

22   disclose the name.

23             THE COURT:  Okay.  So they gave it to somebody,

24   and then what?

25             MR. WOODWARD:  And then they were provided with

```
 1    passes that identified them as VIPs that they wore and that

 2    they went -- they wore into this protected area where they

 3    were then given various responsibilities, including moving

 4    people from one place to another and including disseminating

 5    signs and other materials.

 6              THE COURT:  Okay.  So then what would the

 7    Secret Service records tell you that you don't already know,

 8    if they exist?

 9              MR. WOODWARD:  I think that a Secret -- a document

10    from the Secret Service that purports to conclude that

11    Mr. Meggs was safe to be around the President of the

12    United States would be highly relevant to any government

13    theory that he presented a danger or that there was a known

14    conspiracy to do anything other than provide security at

15    the rally.

16              THE COURT:  So, one, this conspiracy wasn't known

17    at the time or at least I don't think it was known to the

18    government.

19              But, two, look, I mean, you've just -- two things.

20              One is you've just told me all the facts that you

21    already know that could give rise to that inference,

22    okay?  One.

23              And, two, you've got -- send a subpoena.  I mean,

24    you want to ask for the records, send a subpoena to the

25    Secret Service.
```

1          MR. WOODWARD:  That is the alternative.  I was

2    trying to avoid what they expect to be a fight --

3          THE COURT:  They don't have it.  So if you want to

4    send a subpoena to the Secret Service.

5          MR. WOODWARD:  They only don't have it if the

6    Court concludes that the Secret Service is not part of the

7    prosecution team.

8          THE COURT:  It's not clear to me it is.  I mean,

9    I've read *Libby* and I understand the -- and *Libby* was a

10   different case in which both the CIA and the office of the

11   vice president were regularly providing documents.  I think

12   the vice president himself had said "fully cooperate" or

13   somebody had said "fully cooperate."

14         You know, the facts in this case aren't the same.

15   And the Secret Service has not, as far as I know, been,

16   A, a part of the investigatory team or, B, doesn't sound

17   like been instructed to provide and cooperate with the

18   Department of Justice in providing whatever documents that

19   they may have.

20         MR. WOODWARD:  Well, we have provided at least an

21   initial proffer of what evidence would suggest the

22   Secret Service is cooperating to include, of course, that

23   the government is prosecuting some of these individuals for

24   violating a statute that necessarily implicates the

25   Secret Service.  That would be trespassing in an area that

1    is protected by the Secret Service.

2              The government has provided us with --

3              THE COURT:  Look, the fact that a Secret Service

4    agent is going to be called to say Vice President Pence was

5    at the capitol doesn't put them on the prosecution team.

6              So, Mr. Woodward --

7              MR. WOODWARD:  Well, I'm just trying to -- a

8    motion was filed in part under seal.  So I'm not wanting to

9    disclose information that the government prefers me not to

10   disclose.

11             But I do want the Court to have all of the

12   information that was available to us.  It is in the motion.

13   I know the Court has read the motion.

14             We are, again, at a posture where ten days before

15   trial, we're doing everything we can to prepare our defense.

16   The government only needs to ask for the records.  If the

17   Secret Service comes back and says no --

18             THE COURT:  So, look, Mr. Woodward, I've got to

19   tell you something.  You're not going to get a lot of

20   sympathy from me on this.

21             MR. WOODWARD:  I know.

22             THE COURT:  You've been involved in this case for

23   some time.  You came into the case knowing when the case

24   would go to trial.  And I understand, as the case gets

25   closer to trial, things come up; you start thinking about

```
 1    things.
 2            But, you know, it's -- presumably Mr. Meggs told
 3    you about this months ago.  And if you wanted Secret Service
 4    records, you could have asked them for Secret Service
 5    records then.  And if you still want them and they're not
 6    giving them to you, send a subpoena to the Secret Service.
 7            MR. WOODWARD:  We're happy to -- so we have asked
 8    the Secret Service for the records.
 9            THE COURT:  Okay.
10            MR. WOODWARD:  We're happy to issue a subpoena.
11            THE COURT:  All right.  And if they won't produce
12    them, then let me know.  Send them a subpoena.  I'll sign
13    it.  And make sure you comply with their Touhy regulations,
14    and we'll see what happens.
15            MR. WOODWARD:  Anything further from me,
16    Your Honor?
17            THE COURT:  No.
18            MR. WOODWARD:  Thank you, sir.
19            THE COURT:  All right.  It's now 1:00.  We've got
20    a few more of these to go through before we even get to
21    witnesses, exhibits.  So let's resume at 10 after 2:00.
22            Thank you, everyone.
23            COURTROOM DEPUTY:  All rise.
24            The Court stands in recess.
25            (Recess from 1:06 p.m. to 2:15 p.m.)
```

```
 1              COURTROOM DEPUTY:  All rise.

 2              This Honorable Court is again in session.  The

 3    Honorable Amit P. Mehta presiding.

 4              THE COURT:  Please be seated, everyone.

 5              Okay.  Do we have everybody back?

 6              All right.  I hope everybody had a nice lunch

 7    hour.

 8              All right.  Let's turn then to the next motion,

 9    this is the motion in limine regarding the Zello

10    communications that the government has identified certain

11    excerpts of that discussion, dialogue that it wishes to

12    admit.

13              Let me, the place to begin, I think, is maybe I

14    could ask the government some questions that'll frame our

15    discussions about the participants on the chat, that's what

16    one calls it.

17              I guess one general question is in terms of

18    Ms. Watkins and her voice, does the government anticipate

19    calling anybody who will authentic her or identify her voice

20    as the person on that?

21              MR. NESTLER:  Potentially a law enforcement

22    witness.

23              THE COURT:  Okay.

24              MR. NESTLER:  Yes.

25              THE COURT:  Okay.
```

1              MR. NESTLER:  But not an individual who was on the

2    chat with her.

3              THE COURT:  That's fine.  That's fine.  I mean,

4    the evidentiary requirement is that somebody can identify

5    her voice and match it to what's on the recording.

6              And can you -- what, if anything, can you tell me

7    about the person who originated this chat who's identified

8    as One Percent Watchdog?

9              MR. NESTLER:  The individual's name is One Percent

10   Watchdog.  That individual has part of many different Zello

11   chat.  That individual is not any of the five defendants

12   here or any of the other indicted defendants in these

13   related cases.

14             THE COURT:  And do you know who the -- what the

15   identity is or -- what the identity is of this person?

16             MR. NESTLER:  Government, as part of its

17   investigation, has a good sense of this person's identity,

18   yes.

19             THE COURT:  Okay.

20             And does the government consider that person to be

21   a member of the Oath Keepers?

22             MR. NESTLER:  No.

23             THE COURT:  And does the government consider this

24   person to be an unindicted co-conspirator?

25             MR. NESTLER:  That's a little bit harder question.

1  Not necessarily be an unindicted co-conspirator in the

2  conspiracy that we have charged here, but an unindicted

3  co-conspirator in a separate conspiracy with Ms. Watkins and

4  other individuals who are on that chat, yes.

5           THE COURT:  So does the government -- is it your

6  position that the chat reflects either a self-contained

7  conspiracy among those folks on the Zello chat or is a part

8  of an -- and/or, I will say, or is a part of a larger

9  conspiracy involving these individuals?

10          MR. NESTLER:  That's still an open investigation.

11          By these individuals, not these defendants but

12  these --

13          THE COURT:  No.  I mean, these individuals on the

14  chat?

15          MR. NESTLER:  That is an open investigation,

16  Your Honor.

17          THE COURT:  Okay.

18          MR. NESTLER:  And we have informed defense counsel

19  as to the government's suspicion as to the identity of this

20  individual, though, as we've pointed out to the defense

21  counsel, it's not a rock solid identification, but we have

22  provided them with information that would support the

23  government's interpretation of this individual's identity.

24          THE COURT:  Okay.

25          And then what about person 32, who's identified as

1    FreedomDOZ3R91?  What do we know were about him or her?

2           MR. NESTLER:  That individual has been identified

3    for the defense.  That individual is a member of the Oath

4    Keepers, was the leader of the Illinois chapter of the Oath

5    Keepers, has had many communications with Stewart Rhodes and

6    with Jessica Watkins and knows both those individuals, and

7    that individual has been interviewed and 302s of that

8    individual's interview have been provided to the defense.

9           THE COURT:  Do you expect that person to be called

10   in the government's case-in-chief?

11          MR. NESTLER:  No.

12          THE COURT:  And then what about Airborne America?

13          MR. NESTLER:  The government has information about

14   who that person's identity is.

15          Give me -- may I have one minute, Judge, I just

16   need to look at my notes at that individual's identity.

17          THE COURT:  Sure.

18          (Pause)

19          MR. NESTLER:  We need to get back to you on that

20   question, Your Honor.  We don't believe it's any of these

21   defendants who are here.

22          THE COURT:  Okay.  So let me just give you some

23   initial impressions and then we can figure out where to go

24   from here.

25          It certainly seems to me that the government has

1    sufficient evidence to establish Ms. Watkins' participation

2    in the Zello chat and that her identity is Ohio Regulars

3    Actual - Oath Keepers.  That's one.

4            Two, it certainly seems to me based upon that,

5    that at least as to Ms. Watkins, her statements are

6    admissible at least as to her as admissions of a

7    party-opponent.

8            The remaining questions in my mind are the extent

9    to which the rest of it is admissible and what I mean the

10   rest of it -- well, back up.

11           There are statements made by Ms. Watkins, those

12   are clearly admissible against her and I think arguably

13   there are statements that sort of come before and after and

14   give some context to what she has said arguably are

15   admissible as to her as well.

16           The remaining question then is to what extent its

17   admissible against anyone else.  I guess that's where I'd

18   like to hear from the parties on.

19           So why don't we start with Mr. Nestler.

20           Go ahead.

21           MR. NESTLER:  Sorry, are there particular

22   statements that Your Honor wants to walk through, which

23   one --

24           THE COURT:  Well, let's -- yes.  Some of what

25   you've suggested should be admitted is sort of the effect on

```
 1   the listener, that is, you know, Ms. Watkins.  Anything that
 2   falls in that category is only admissible as to her.
 3            I guess what I'd like to understand is your theory
 4   as to other portions of this that would be admissible
 5   against the other defendants.  And specifically, look, I've
 6   got concerns about some of this, in particular, you know;
 7   starting at 203, give or take, there's quite a -- Watchdog
 8   Number One -- One Percent Watchdog goes on quite a tirade
 9   about citizen's arrests, arrests assembly, these F-ing
10   treasonous bastards, we have probable cause, as to how
11   that's admissible perhaps even against Ms. Watkins.  Maybe
12   the different question is, maybe the better way to structure
13   this conversation is, what in here to you consider to be a
14   co-conspirator statement?
15            MR. NESTLER:  Well, let me back up for a second,
16   Your Honor, which is, the statement starting at about 2:00.
17            THE COURT:  Right.
18            MR. NESTLER:  And we tried to lay this out by
19   different tranches, so on page 25, just section C starting
20   at 2:01 to 2:24.
21            THE COURT:  Are you in your brief?
22            MR. NESTLER:  In our brief, yes.
23            THE COURT:  Okay.
24            MR. NESTLER:  We tried to do it this way to give a
25   little bit of context since there's a lot of statements and
```

individuals.  We are not seeking to admit those statements

against anybody except for Ms. Watkins, and we are only

seeking to admit those statements against Ms. Watkins as

context for Ms. Watkins' own statements as we're admitting

those statements for the effect on the listener, and that

listener being Ms. Watkins.

THE COURT:  Okay.  So the statements as they begin

on page 25 through page 28, you're only seeking to admit

against Ms. Watkins.

MR. NESTLER:  Correct.

THE COURT:  Okay.

MR. NESTLER:  And -- that's correct.

THE COURT:  Okay.

MR. NESTLER:  And -- right.

THE COURT:  So let's start there.

Maybe we should have started at the beginning but

in any event, Mr. Crisp, what's your -- I mean, you've

joined in the motion.  What's your take on the government's

position?

MR. CRISP:  As to what we're talking about on

page 25, Your Honor, one of the first things that jumps out

I think is they're still making suppositions in terms of --

there's not clear indication that she's actually listening.

It says she was likely listening.  So we don't know that

she, in fact, was and a lot of the statements that she is

1    alleged to have made are not necessarily even responsive to

2    or acknowledgments or affirmations for anything that's being

3    said.  So the government wants to use these statements as an

4    adoption saying that she is, and somehow the effect on her

5    is to say, okay, they say X and I say okay, I hear X and I'm

6    doing to that, that's not clear, and I don't think that's

7    how the statements can be interpreted.

8           THE COURT:  So that is true in -- well, let's put

9    it this way.  There are statements that she makes that seem

10   to be responsive.  You know, and if you turn back to page

11   23, this is at 1:59, you know, One Percent Watchdog says,

12   "F-ing swamp, yeah," and then she's alleged to respond, you

13   know, "Trump's been trying to drain the swamp with a straw,

14   we just brought a shop vac."  That's clearly responsive.

15   She's clearly heard, later on, you know, One Percent

16   Watchdog says, "I think you, instead of a shop vac, I think

17   you brought a fleet of A-10 Warthogs."  She responds, "Yeah,

18   we're one block away from the Capitol now.  I'm probably

19   going to be silent when I get there because I'm a little

20   busy."

21           MR. CRISP:  Sure.

22           THE COURT:  At least until 2:00 there's no doubt

23   she's listening to what's going on.

24           MR. CRISP:  And I would agree, I would agree.

25           THE COURT:  Okay.

1          MR. CRISP:  So those statements there clearly are

2     responsive.  I was unclear.  I'm looking at these subsequent

3     statements after that.  I don't think there's typically --

4     there's certainly -- I'm updating as to what I'm doing, A,

5     I'm here, I can see this, but a lot of the context the

6     government wants to provide is, you know, engage in a

7     citizen's arrest and do these, arrest these treasonous

8     bastards, the concern there is how are we admitting that

9     against her when she never says, yep, I'm doing it, I'm

10    going there.  And there's nothing to indicate that her

11    activities during this time frame are even remotely

12    consistent with that alleged instruction.

13          THE COURT:  And after she says she's signing off,

14    her next statement is not till 2:30.

15          MR. CRISP:  I believe that's correct, Your Honor.

16          THE COURT:  When she says, "We're on the rear

17    mezzanine behind the dome, I'll send some pictures here in a

18    bit," et cetera, et cetera.  Okay.

19          MR. CRISP:  So the other components that we're

20    looking at is they're telling her -- whoever Watchdog is

21    saying, A, directing her to particular points of interest.

22    There's nothing to indicate that she acknowledges that is an

23    instruction, that she attempts to go there or attempts in

24    any way to follow whatever this inflammatory context or

25    conversation is.

1          So I think it's hard to say it's any effect on the

2     listener when the listener doesn't make any acknowledgment

3     of, yeah, I got it, or there's no way I can get over there,

4     but I'll try something else.  So from that standpoint, I

5     don't know if you can say that she heard these comments or

6     was even responsive to it.

7               THE COURT:  Okay.

8               MR. CRISP:  And that's only addressing the effect

9     on a listener component at this point.

10              THE COURT:  Mr. Nestler, any response?

11              MR. NESTLER:  We don't need to prove that she

12    heard the comments.  We need to have sufficient evidence

13    that she did hear the comments, and that's something for

14    Your Honor to decide in order to allow us to play this for

15    the jury and then it goes to the weight not the

16    admissibility once the jury hears it and the defense can

17    certainly make that argument to the jury.

18              We do believe that she heard the comments and

19    there is good evidence of that.  Her statement at 2:30, so

20    she speaks at around 2:00 p.m. and then around 2:30, are

21    entirely consistent with her listening to all the comments

22    in between.  She says "I'm going to go silent for a little

23    while," not "I'm going to stop listening for a little

24    while."  She's going to go silent because she is in motion

25    and is going to be doing whatever she's doing at the

```
 1   Capitol.  But that suggests that she is going to continue
 2   listening.
 3           And then the next time she peeps up is at 2:31,
 4   she reports to the entire group about where she is.  Why
 5   would she report to the group about where she is if it
 6   wasn't relevant to what was happening there, and, indeed,
 7   the immediately preceding statement is someone reporting on
 8   where the riot cops are going.
 9           So she is filling the whole group in on her own
10   location with respect to what everyone else is saying about
11   where the police are.
12           THE COURT:  What's a little odd about this is,
13   I think you've scheduled this was a publicly accessible
14   line, Zello chat.
15           MR. NESTLER:  It's a little bit more complicated
16   than that.  It is anyone can subscribe to the chat.
17           THE COURT:  Okay.
18           MR. NESTLER:  So it's not publicly accessible to
19   anybody, a person has to have a Zello account and then has
20   to be a subscriber to this account.
21           THE COURT:  Right, but anybody's who's got a Zello
22   password, log-in, what have you, could have subscribed to
23   this.
24           MR. NESTLER:  Could have subscribed to this, yes.
25           And so as we put out in the motion, there were
```

1    about 170 subscribers total on January -- as of January 6th

2    and there were about 60 or so who were logged into the app.

3    So once you not just subscribe but also logged into the app

4    to be available to talk and listen.

5              And so prior to 1:48 p.m., this was a closed

6    channel.  So only subscribers could listen to it.  And at

7    1:48 p.m., right when the assault starts and Ms. Watkins

8    starts moving from the Ellipse toward the Capitol Building,

9    that's when the moderator of the channel, One Percent

10   Watchdog, opens the channel and that's the very first

11   comment we seek to introduce.  That is him saying, "okay,

12   guys, we're on an open channel here now," which is

13   basically, now everything is about to happen, everything

14   they've been talking about, planning for is about to happen,

15   it's now open so people can communicate more easily as it's

16   all going down.

17             THE COURT:  Let me just share my concerns about

18   these set -- and it's, frankly, less about whether she heard

19   it or not.  I mean, I sort of -- I think the government

20   probably has the evidence by a preponderance of the evidence

21   to establish that she likely was hearing what was going on,

22   I mean, she does respond, she's only on there a couple

23   minutes earlier, there's no evidence -- I guess you don't

24   know whether she would have actually logged off, but there's

25   no evidence that she then logged back on at 2:30, for

1    example.

2              MR. NESTLER:  We know she did not log off because

3    Zello tracks log-ons.

4              THE COURT:  Right.

5              MR. NESTLER:  So her log-on was at about 1:00 p.m.

6    and then again at about 5:00 p.m. in the afternoon.  And we

7    know she was speaking at 2:44, so she, by definition, was

8    still logged in during this whole time.

9              THE COURT:  Right.

10             So even if I accept that she's probably listening

11   to this, I mean, I do wonder whether -- to what extent this

12   really affects or really is probative of her state of mind

13   when, A, we don't sort -- it's not clear to me who One

14   Percent Watchdog is, other than the leader of the Zello

15   chat.  Two, you know, reading this whole thing, One Percent

16   Watchdog seems like somebody who's just kind of howling at

17   the moon a fair amount, and saying a lot of really

18   outrageous things and probably sitting in the comfort of his

19   own home watching television, instead of somebody who's

20   actually directing individuals to do certain things.

21             And so, you know, and then the third thing is, you

22   know, given the nature of what's said here, there is clearly

23   a prejudicial quality to it.  Obviously it's probative to

24   some extent.

25             But those are my concerns that whether this is

1    just someone -- I think -- I'd feel much better about this

2    and it would be easier, obviously, if you could demonstrate,

3    if the government could demonstrate that this One Watchdog

4    was somebody she knew, somebody she was taking directions

5    from or had a relationship with, somebody that had

6    influenced her in the past or was in her orbit.  You've

7    identified at least two other people that may fit that bill.

8          But as I said, I'm not sure he's anything more

9    than a guy just spouting off on a Zello chat.

10          MR. NESTLER:  So two responses to that.  First is,

11    Ms. Watkins joined this group the night before at around

12    9:30 p.m. on January 5th, at the same time she joined

13    another Zello channel called J6BOTG, J6 Boots On The Ground,

14    so Ms. Watkins was obviously intending to be able to

15    communicate with other people for her attack on the Capitol

16    the following day.

17          It doesn't really, from our perspective,

18    Your Honor, whether Ms. Watkins knew who One Percent

19    Watchdog was in advance.  She obviously thought that her

20    participating in this Zello channel had some benefit to her

21    and, we'll argue, benefit to her co-conspirators, the other

22    defendants here, otherwise, she wouldn't have done it.

23          And so there was some reason that she was a member

24    of these two channels as of the night of January 5th going

25    into January 6th and was an active -- not just listening but

1    an active participant in these channels talking and

2    reporting her own location, her own access so she was not

3    someone who was just talking about saying things like

4    bringing a shop vac like she was being hyperbolic, sitting

5    on her own couch, she was, at the time, marching on the

6    Capitol.

7              THE COURT:  All right.  But that point you can

8    establish just by her being on there and some of the other

9    comments that are really disputable in terms of

10   admissibility.

11             MR. NESTLER:  We're talking about her intent

12   so this is obviously a case that goes to an individual's

13   mens rea.  I don't think that any of the defendants here are

14   going to be arguing identity.  We'll have to prove it

15   obviously, but that's not going to be a major issue at the

16   trial.

17             And if we're talking about Ms. Watkins' mens rea

18   what better evidence of her own intent of what she was

19   trying to accomplish than someone telling her, this is what

20   you ought to accomplish and her reporting back her own

21   locations.

22             I mean, even though One Percent Watchdog may have

23   been home on a couch somewhere, or other people here as

24   well, they are acting for Ms. Watkins as the eye in the sky,

25   even if they're just watching TV.  They're reporting where

```
 1    the other riot police are.  They're telling her things that
 2    are helpful to her and she's reporting back her own
 3    movements and her own locations.
 4            THE COURT:  I mean, I mean, the comments and
 5    statements in question start about 2:01, and then she
 6    doesn't then respond again until 2:31 p.m. so, you know,
 7    30 minutes later.
 8            Now, again, you're right, she said she was going
 9    to kind of go quiet or go dark, or what have you.  And sort
10    of given the chaos with which she say walking and coming in
11    the Capitol building, it's just not clear to me how much of
12    an influence any of these words would have had on her and
13    her state of mind.
14            MR. NESTLER:  And we totally understand that
15    point.  We think that's a legitimate point for the jury to
16    be able to articulate.  We think her own actions are
17    consistent with this.  Someone saying, go arrest those
18    treasonous bastards, and she then goes to the Capitol
19    building and is on the steps and says, "We're behind the
20    main dome right now."  Her own actions are consistent with
21    the instructions, directions, and encouragement she's
22    getting for these people acting as the eye in the sky and
23    her eyes from far.
24            THE COURT:  Yeah, look, I would agree with you to
25    some extent but, again, there's plenty of case law that
```

1   talks about unidentified declarants, and we're not talking

2   about a hearsay statement here that's being sought to be

3   admitted for the truth, I grant you that.

4          But, you know, we are supposed to be a little bit

5   skeptical about unidentifiable declarants, one.  Two, again,

6   there's no relationship between this guy that's been

7   identified and Ms. Watkins.  Now, it's true that there is

8   some back and forth between them earlier in which she's

9   responding to people and whether she knows them or not, she

10  is responding.  But, you know, give that this is an open

11  line, that there are, you know, in your best estimation 170

12  people who are joining it, it's hard for me to believe

13  that -- it just doesn't seem terribly likely, and I know

14  this -- maybe this is a jury argument that she was being

15  actually influenced by this.

16         It's one thing for her to just hear it, but your

17  argument is by hearing this, her state of mind was

18  influenced in a way that allows the government to meet its

19  burden of proof.

20         And what I'm suggesting is that it strikes me that

21  that is fairly --

22         MR. NESTLER:  Understood, Your Honor.

23         And that's not exactly the point we're making.

24  That One Percent Watchdog's comments don't just influence

25  her.  They are probative of her own mens rea, so One Percent

1   Watchdog's statements about what it is that he thought

2   Ms. Watkins was doing and should be doing, and then she goes

3   and does those things, his statements are probative of what

4   her intent was.

5           And when we go to later on in the Zello recording,

6   and we tried to chop it up here into small segments for

7   purposes of discussion, but obviously this whole thing

8   transpired over the course of less than an hour, from 1:48

9   to 2:45.  Ms. Watkins gets into the Capitol and she goes on

10  the Zello recording and celebrates with everybody else what

11  she just accomplished.  So it was obviously important for

12  her to report back to these other people what she had just

13  done, not only what she had seen, not just that they were

14  shooting paintballs and things like that, but that what she

15  had actually accomplished with their assistance.

16          So our point is that these other individuals'

17  statements are probative of Ms. Watkins' different state of

18  mind, which is why they should be admitted and they can come

19  in with a limiting instruction, as we pointed out, and come

20  in against her during this time period, the approximately

21  2:00 to 2:30 time period.

22          THE COURT:  Okay.

23          MR. NESTLER:  And then we believe it could be a

24  jury question for how much weight, if at all, the jury ought

25  to ascribe to those comments.

1          And just two questions for Your Honor.  One is, we

2    submitted the full file to the chambers, I don't know if

3    Your Honor had a chance to watch it, but it does give a lot

4    of context as you can see.

5          THE COURT:  Yeah, yeah.  I saw is -- I can't

6    remember -- the compilation exhibit, I did see that, I did

7    it watch it.

8          MR. NESTLER:  Sure.

9          And the other point to make is Ms. Watkins last

10   speaks at around 2:44 p.m. and she then goes into the Senate

11   hallway and tries to push her way past the line of riot

12   police toward the Senate Chamber.

13         When we're talking about One Percent Watchdog's

14   comments about arresting those treasonous bastards,

15   obviously the inference is that those people were not inside

16   of the Rotunda, they would have been inside of the Senate

17   Chamber.

18         And Ms. Watkins' movements inside the Capitol

19   Building are still entirely consistent her following those

20   directions.  And even if it's not the effect on her, this is

21   indicative and good probative evidence of what her own

22   intent was of what she was trying to accomplish inside of

23   the building.

24         THE COURT:  Okay.

25         Let me sort of shift gears a little bit and just

1    ask you, and maybe we start at the beginning, which of these

2    chunks are you seeking to admit against all defendants and

3    not just Ms. Watkins?

4              MR. NESTLER:  Sure.

5              So the chunks that have more of Ms. Watkins'

6    speaking on them, so starting at 1:48 to 1:52, we believe

7    are admissible against all of the defendants.

8              THE COURT:  On what grounds?

9              MR. NESTLER:  That they are statements in

10   furtherance of the -- by a co-conspirator in furtherance of

11   the conspiracy and they're also statements against

12   Ms. Watkins' interest.

13             In addition, some of the statements -- the others

14   make in here and Ms. Watkins adopts.

15             THE COURT:  Okay.

16             MR. NESTLER:  Same -- those same arguments apply

17   with respect to the next chunk which is 1:56 to 2:00.

18             And, I'm sorry, there's also, Ms. Watkins' own

19   statements are evidence of her future intent, and so the

20   other statements aren't necessarily for that purpose.

21             THE COURT:  Let me just make the following

22   observation.  One is, important observation, which is,

23   I'm not sure much of this is even hearsay.  And what I mean

24   is that a lot of these statements aren't being offered for

25   the truth of the matter that's being asserted.  So, for

1    example, I mean some of it is.  For example, she does say,

2    "Yeah, we have a good group, we've got about 30 or 40 of us,

3    we're sticking together and sticking to the plan."  I think

4    that's being asserted for the truth of the matter -- I mean,

5    offered for the truth of the matter asserted.

6            You know, she says, "God, Roger, that brother

7    godspeed and fair winds to us."  That's really not a hearsay

8    statement.

9            You know, then she's describing the crowd, "It

10   spread like wildfire that Pence has betrayed us and

11   everybody's marching on the Capitol, a million of us, it's

12   insane.  We're about two blocks away from it now.  Police

13   are doing nothing.  They're not even trying to stop us at

14   this point."  I suppose that's present-sense impression.

15           The statement "Trump's been trying to drain the

16   swamp with a straw, we just brought a shop vac," that's not

17   a hearsay statement.

18           So some of these statements, we don't even need to

19   worry about an exception or -- it seems to me.

20           MR. NESTLER:  That's correct, Your Honor.

21           In fact, the only statement that's a statement of

22   fact the government would rely on is that "We have a good

23   group, we have 30 to 40 of us."  Even the sentence after,

24   that "We're sticking together and sticking to the plan" is

25   more of a statement of future intent; but, of course

1    Ms. Watkins is a party-opponent but that's the only factual

2    statement.  Everything else is a statement that goes to

3    Ms. Watkins' intent and therefore the intent of her

4    co-conspirators.

5                THE COURT:  Okay.

6                MR. NESTLER:  And even all of the other declarant

7    statements about where the riot police are or what Nancy

8    Pelosi is doing or what the Vice President is doing, those

9    are not coming in for the truth, those are coming in for the

10   effect on the listener, Ms. Watkins.

11               THE COURT:  Right.  Okay.

12               Let me just ask whether anybody wants to be heard

13   on the first chunk, that is, the 1:48 p.m. to 1:52 time

14   slot.  The government is asking that these statements be

15   admitted against all defendants.

16               MS. HALLER:  I'm sorry, are we talking about this

17   motion that Jonathan had addressed?

18               THE COURT:  I'm sorry?

19               MS. HALLER:  Yes, we moved in this motion so may I

20   approach?

21               THE COURT:  Sure.

22               MS. HALLER:  Okay.

23               So the first tranche of the statements.

24               THE COURT:  Correct.

25               MS. HALLER:  Well, there's a conflation, I would

1   submit, related to the groups of statements.  The first
2   tranche that the government is alleging is those that are
3   her adoptive admissions.  The statements that are her
4   adoptive admissions, such as "Roger that," would come in
5   under -- "Roger that," that would be the first tranche, if
6   I'm understanding Your Honor's question correctly.

7          So, Your Honor, there's three sets of statements
8   at issue here.  The adoptive admissions the government is
9   arguing then goes to the intent of the co -- alleged
10  co-conspirators.  So these statements are very concerning
11  because there's this transcript, the full transcript is an
12  hour and 45 minutes long.  We have a certain number of
13  actual statements by Ms. Watkins which may be called tranche
14  1.  Then we have a number of statements that allegedly give
15  context, which are made by unknowns effectively.

16         The government says they've given us some version
17  of identity for One Percent Watchdog.  What the government
18  represented to us, which is in the filing, is that they
19  thought One Percent Watchdog was Stewart Rhodes initially.
20  They came to learn that it was not Stewart Rhodes.  So then
21  they -- you know, meanwhile the man puts his phone number in
22  the communication chain because none of the people know him.
23  He puts right in the transcript, "Here's my phone number,
24  call me."  And so that's at page 7 of the PDF version of the
25  Zello recording --

1           THE COURT:  So, Ms. Haller --

2           MS. HALLER:  -- of 69 pages, Your Honor.

3           THE COURT:  Hang on.  Can I ask you to do this.

4    Focus on the portion that is identified on page 20 and 21 in

5    the government's motion, this is from 158 to 152, and the

6    government has said that these are both co-conspirator

7    statements, that is, Ms. Watkins' statements or

8    co-conspirator statements and they are statements against

9    interest, penal interest.

10           MS. HALLER:  At page 5 of the government's

11   opposition, Your Honor?

12           THE COURT:  No.  Page 20 and 21.

13           MS. HALLER:  Okay.  So these statements -- yes,

14   Your Honor.  So are you asking about her response here or

15   what tranche this goes into?

16           So if you look at our reply, we address a number

17   of these, so there's another one like this on page 27 of the

18   government's apposition.  So if you scroll down from this

19   one.

20           THE COURT:  Ms. Haller, you'll forgive me, I'm

21   interested in what's on page 27.  I've asked you a very

22   specific question which is on what's on page 20 and 21.  Why

23   are they not co-conspirators' statements, that is what

24   Ms. Watson -- excuse me, Ms. Watkins.

25           MS. HALLER:  Sorry, because they're not defendants

1    in this case, Your Honor, and they're not co-conspirators in

2    this conspiracy.  And for the first time the government is

3    identifying these unknown persons on August of '22

4    I believe, in response to our motion.  The opposition was

5    filed on 9/6.  That's the first time.

6            THE COURT:  So hang on.  I mean, statements in

7    furtherance of the conspiracy is what the government is

8    saying, these were uttered by Ms. Watkins, they are

9    statements in furtherance of a conspiracy.

10           Alternatively, they are arguing that these are

11   statements against penal interest.  So what they're not

12   arguing is that these other folks are part of the

13   conspiracy, they're saying Ms. Watkins' statements are part

14   in furtherance of a conspiracy she is charged with.

15           MS. HALLER:  Yes, Your Honor.

16           THE COURT:  Why is that wrong?

17           MS. HALLER:  I don't believe that is wrong.

18   I believe that is only wrong to the extent that it is taken.

19   But I think as a predicate, that would be correct.

20           To the extent Ms. Watkins makes any statements

21   that are self-inculpatory or adoptive of the statement above

22   in full manifestation, such as "Roger that," which that

23   shows a full manifestation, then, yes, agreed.

24           THE COURT:  Agreed what?

25           MS. HALLER:  Agreed those would be statements

```
 1    attributed -- attributable to her as a co-conspirator under
 2    this conspiracy.
 3             THE COURT:  Okay.  So you're agreeing that
 4    statements on page 20 to 21 come in against all defendants.
 5             MS. HALLER:  No.
 6             THE COURT:  But that's what you just said.
 7             MS. HALLER:  I agree with "Roger that,"
 8    Your Honor.  "Roger that" is a full manifestation.
 9             I do not view a statement --
10             THE COURT:  All right.  That's not even an
11    instance.
12             MS. HALLER:  "Right, brother.  We're boots on the
13    grounds here, we're moving on the Capitol now.  I'll give
14    you a boots on the ground update here in a few."
15             She's giving an update, in my opinion.  I don't
16    know who this person is.  She doesn't necessarily have a
17    plan with this person.  She is reporting on what she's
18    doing.
19             To the extent her statement alone, yes, that could
20    come in, but the statement above it does not give it
21    context.
22             I don't believe that's an adoption of the
23    statement above.  I believe that's a report.
24             THE COURT:  Ms. Haller, can I ask Mr. Nestler a
25    question real quick?  Have a seat, please.
```

1          MS. HALLER:  Yeah.

2          THE COURT:  I mean, you've suggested these are

3     co-conspirator statements, but, of course, it has to be in

4     furtherance of the conspiracy.

5          MR. NESTLER:  Correct.

6          THE COURT:  And at least one of the cases you've

7     cited suggests that sort of reporting on the conspiracy can

8     be or statements in furtherance of a conspiracy, they're

9     co-conspirator statements; but those cases, for example,

10    *Tarantino*, for example, the update was provided to somebody

11    who also was a co-conspirator.  If I remember, the facts of

12    this case are that somebody was doing the drug transaction,

13    then he turned around and told his girlfriend, you know,

14    this is what just happened, but the Circuit said, that's

15    okay, because it's an update and she is part of the

16    conspiracy.

17         These other folks are not part of the conspiracy,

18    one.  And, two, the conversation is not to elicit any of

19    their help in furtherance of the conspiracy itself; rather

20    she at most is just simply describing what she's doing.

21    It's not clear to me it's in furtherance of the conspiracy.

22         MR. NESTLER:  So we do believe -- you're right

23    about *Tarantino*.  There are other cases, I believe, from

24    other circuits that talk a little bit more about this in

25    furtherance issue for statements to non-co-conspirators.

1    I believe the Second Circuit case includes -- is one of

2    those.

3            And the --

4            THE COURT:  No, but -- sorry to interrupt, but the

5    citation to *Gupta* is "statements designed to induce the

6    listener's assistance with respect to the conspiracy's

7    goals, even if the listener is not a member of the

8    conspiracy."

9            And I guess the question is, well, how are these

10   statements designed to induce the listener's assistance?

11           MR. NESTLER:  Ms. Watkins is using these other

12   listeners the same way that they're using her, in order to

13   further their joint goals of trying to stop -- well, first

14   of all, trying to arrest the treasonous bastards inside the

15   Capitol Building but trying to stop the proceeding.

16           So it's true that there is no case that's on all

17   fours here because this is a very unique circumstance we're

18   dealing with here but the principle still applies.

19           Ms. Watkins' statements to other individuals on

20   the Zello channel are furthering the goals of the

21   conspiracy, which is giving intel to the boots on the

22   ground, Ms. Watkins, and she's with Mr. Meggs and -- at this

23   time, and then meets up with Mr. Harrelson.

24           It's giving Ms. Watkins that necessarily intel and

25   encouragement about what to do, where to go, that her

statements back to this group are in furtherance of the

conspiracy and are trying to induce others.

We think it's important to point out that when

Ms. Watkins speaks, and so does everyone else, they use the

phrase "we" and "us."  Jessica Watkins says "Fair winds to

us" and people say, "To all the boots on the ground, we're

with you, we support you, here's what you are doing," and

Ms. Watkins says later that "We stormed the Capitol."

This is all about "we."  So the joint group plan.

And so working together is something that we think is

particularly important facet of what Ms. Watkins is doing

here.

THE COURT:  Okay.  Mr. Nestler, while you're up

there, can you just walk me through each set of statements

and how you propose that they would be admitted.  You've

said the statements identified from 1:48 to p.m. to 1:52 are

co-conspirator statements and statements against interest;

1:56 p.m. to 2:00 p.m., you also said that's a

co-conspirator statement, right?

MR. NESTLER:  Yes.

THE COURT:  Okay.  And also statements against

penal interest?

MR. NESTLER:  Yes.

THE COURT:  All right.  2:01 to 2:24 is just

effect on Ms. Watkins.

1        MR. NESTLER:  Correct.  Well, we're using

2   technically effective Ms. Watkins, but it's also for the

3   context for her statements.  So that's the same category

4   we're putting that all in together, Your Honor.

5        THE COURT:  Right.  Okay.

6        MS. HALLER:  Your Honor, if I may.

7        THE COURT:  Ms. Haller?

8        2:26 to 2:30, these are only against Ms. Watkins?

9        MR. NESTLER:  Same as before, yes, Your Honor.

10  Again, context and the effect on Ms. Watkins.

11       THE COURT:  And then 2:30 to 2:36.

12       MR. NESTLER:  These are in furtherance of the

13  conspiracy, as well as statements against her own interest.

14       THE COURT:  And then 2:39 to 2:46.

15       MR. NESTLER:  Same, Your Honor.

16       THE COURT:  So one more question, which is

17  predicate requirement of the statement of penal -- against

18  penal interest is that the declarant be unavailable.

19       MR. NESTLER:  Yes, Your Honor.

20       THE COURT:  What if Ms. Watkins testifies?

21       MR. NESTLER:  Well, we're in a unique situation

22  here, obviously, because the statements are admissible

23  leaving aside the penal interest exception, because she's a

24  party-opponent, but we believe that we should use that

25  exception to the hearsay rules because then that helps with

1    her admissibility against other co-defendants.

2           THE COURT:  No.  I get that, I get that.  But

3    that's why I'm trying to find out whether it's admissible.

4           Because, you know, look, if we knew that she

5    wasn't going to testify, then I could say she's unavailable.

6    But it's not clear to me she's going to be unavailable.

7           MR. NESTLER:  Well, two responses to that.  First,

8    she's not available in the government's case-in-chief when

9    we're introducing this evidence.  So whether she's available

10   for trial is different than whether she's available to us.

11   We can't call her to testify.

12          THE COURT:  I think the availability has more to

13   do with the cross-examination, the ability to cross-examine

14   the declarant than whether the person's available for the

15   government or to sponsor the statement.

16          So I mean, again, I'm not ruling, but I mean, in

17   theory, say she does testify, then I've admitted a statement

18   against penal interest that arguably shouldn't have been

19   admitted in the first place, just as a statement against

20   penal interest, just stay with me with that exception.

21          MR. NESTLER:  Correct.

22          THE COURT:  But say she doesn't testify, then in

23   theory the government could, I suppose, given my line of

24   thinking, introduce it in its rebuttal case because it now

25   knows that she's unavailable.

1          MR. NESTLER:  Under that line of thinking, yes,

2     but this is purely as to its admission against the other

3     four defendants.

4          THE COURT:  I understand that, but that's

5     important --

6          MR. NESTLER:  Right.

7          THE COURT:  -- because if it is a statement

8     against penal interest, it does come in, the government can

9     use it against the other four defendants, which is all the

10    more reason it's important to ensure that those elements are

11    met, including her unavailability, because if she does

12    testify, she'll be available for cross-examination by any of

13    the other defendants.

14         MR. NESTLER:  But under that theory, if she's

15    available for cross-examination --

16         THE COURT:  And by the government.

17         MR. NESTLER:  Right.

18         But if she's available for cross-examination by

19    those other four defendants, any prejudice as to the

20    admission of the statement under the statement against penal

21    interest theory is ameliorated because the other defendants

22    are able to cross her on it.

23         So I believe the reason for the unavailability of

24    the declarant for this exception doesn't really apply in a

25    situation such as this where we have co-defendants standing

```
 1    trial together.
 2            THE COURT:  Okay.
 3            MR. NESTLER:  It's supposed to address the
 4    potential prejudice to the other co-defendants if
 5    Ms. Watkins, for instance, was dead or she was for some
 6    other reason not available.
 7            MS. HALLER:  She is available, Your Honor, to your
 8    point, that is not the definition of an unavailable witness
 9    to bring in a recording.  The fact is Ms. Watkins is sitting
10    at the table and whether or not she testifies, we don't
11    know, I'm not her counsel, but the fact is she's available
12    as a witness.
13            THE COURT:  No, she's not.
14            MS. HALLER:  She's legally available.  Whether she
15    makes herself further available.
16            THE COURT:  You don't have to be dead in order to
17    satisfy the unavailability requirement.  Somebody takes the
18    Fifth, that is enough to satisfy the unavailability
19    requirement.  So that's --
20            MS. HALLER:  But we're assuming she's taking the
21    Fifth.
22            THE COURT:  That's why I've raised the issue.
23            MS. HALLER:  Right.  Thank you.
24            THE COURT:  Thank you, Ms. Haller.
25            Mr. Crisp, you had stood up, and I don't know if
```

1     you wanted to add anything.

2               MS. HALLER:  Your Honor, if I may just add one

3     point.

4               THE COURT:  Yeah.

5               MS. HALLER:  On tranche 2 and 3, what I call the

6     tranches, we have Ms. Watkins' statements, which would be

7     tranche 1 arguably; tranche 2 would be the statements by One

8     Percent Watchdog and all these other individuals that go on,

9     as Your Honor said, for a half an hour before she responds;

10    and tranche 3 are statements that don't relate to her at all

11    and by unknown persons.

12              This is, by analogy, by way of analogy, while

13    Zello is unfamiliar to us, most people are familiar with

14    Twitter and if someone posts a tweet and a thousand people

15    respond and then somebody responds below that, it's not a

16    manifestation of all the things said before it or even

17    immediately before it.

18              The entire idea of an adoptive statement would

19    mean a full manifestation, which is why I keep bringing up

20    the words "Roger that" because by their own definition,

21    they're saying, I fully agree with you.

22              THE COURT:  I hear you, but -- I hear you,

23    Ms. Haller.  Let me hear from Mr. Crisp if he wants to say

24    one last thing before we move on.

25              MR. CRISP:  Thank you, Your Honor.

1          The point that Your Honor brought up initially in

2    calling back Mr. Nestler, I want to address, because I do

3    think it's problematic.  If I heard the government

4    correctly, what they're saying is, the conspiracy that's

5    potentially at play here is not the conspiracy alleged in

6    the indictment.  If that is the case, how is this probative

7    to a fact in issue here?

8          THE COURT:  Well, that's why I was asking him.

9    But I mean his theory is one of two theories which is, A,

10   somebody who's a member of the conspiracy and is reporting

11   the business of the conspiracy even to non-conspirators can

12   theoretically be advancing the theory.  That's one, although

13   I'm not sure that applies if the listener is a

14   non-conspirator.

15         MR. CRISP:  Correct.

16         THE COURT:  But then, secondly, he's suggesting

17   that these are in furtherance of the conspiracy because

18   those who -- with whom she's communicating are giving her

19   information that assists her in what she does that day,

20   which is in furtherance of the conspiracy.

21         MR. CRISP:  So as to the second point, my argument

22   is that is potentially admissible if they're able to

23   establish those predicate facts, and I don't believe that

24   they -- what I don't want to do is waive the idea and say,

25   okay, fine, and just have a ruling that it comes in prior to

1    being able to establish that her actions are in any way

2    indicative of her acting and conforming with the directions

3    she's ostensibly been given, because I don't know if the

4    government can establish that and, quite frankly, that's

5    going to be a point of our cross.

6        THE COURT:  So let me just ask.  What if, what I

7    understood Mr. Nestler to say, Ms. Watkins did once she

8    entered the Capitol is she sort of advises people on the

9    call, she's in, and then she, along with a handful of

10   others, sort of head toward the Senate where they encounter

11   police.  It's not clear to me the extent to which -- what

12   exactly transpires there and how physical -- I've never seen

13   the video -- and then once they're rebuffed, you know, they

14   return and I think shortly thereafter maybe even leave the

15   Capitol.  So if those are the facts, then how does that

16   affect your argument?

17       MR. CRISP:  If I heard what you said is they're

18   rebuffed at some point?

19       THE COURT:  Well, when I say they're rebuffed by

20   the line of police that are preventing them from moving

21   toward the Senate.

22       MR. CRISP:  Okay.

23       If they can establish that, assuming that the

24   premise is the direction or that area is consistent with

25   what's being guided, in other words, if they're saying, hey,

1   go north and they're trying to move in a southerly
2   direction, I would say it's not relevant.  But if those
3   specific facts could theoretically be established, then I
4   would say that would certainly count against me.
5          THE COURT:  But -- again, I know we're spending a
6   lot of time on this because I know how important this
7   evidence is; but this sort one step removed from what you've
8   talked about.
9          So what I mean is that if the -- the statement
10  was, you need to go north, and she goes north, that's easy.
11  But the statement here is, make a citizen's arrest, a bench
12  of traitors, whatever the case is, One Watchdog says, and
13  then about some time later, you know, she and others are
14  moving towards the Senate and when they confront the police,
15  they're unable to go further, and that's the government's
16  evidence and then whatever else happens after that.
17         MR. CRISP:  I think it's also important to
18  understand, too, some of the other facts that could be
19  inserted in this process as to what they knew at that time
20  when they were allegedly rebuffed, right, because if it is
21  their belief that at that time that there was no one there,
22  that they had left the building; in other words, the
23  congresspeople had left the building, then how are you
24  making an arrest of someone who's not present.  So I think
25  we're making a lot of suppositions as to what would have

1    been going on in that moment.

2        And I also think that again just reporting back,

3    we've still going to probative value or the materiality of

4    having a conversation with someone who's not a party of the

5    conspiracy that's alleged in this indictment.

6        It's incredibly prejudicial to assume that all of

7    these things are being done or that a third party is

8    directing her to do something that has nothing to do with

9    what the conspiracy is, and the government is trying to

10   conflate those two issues and say, they're directing her to

11   do something that's not a part of the conspiracy alleged,

12   therefore, convict her of the underlying conspiracy.  So

13   that is prejudicial on its face and I think incredibly

14   confusing.  I'm not sure how you can even craft a jury

15   instruction or a curative instruction that may oblate that

16   confusion.

17           THE COURT:  Okay.

18           MR. CRISP:  Thank you.

19           THE COURT:  Thank you.

20           MR. CRISP:  One other question for me, or no?

21           THE COURT:  No.  Thank you, Mr. Crisp.

22        Okay.  I was just looking at the time that

23   Ms. Watkins is alleged to have -- and others are alleged to

24   have encountered the police.  It's in here.  Okay.

25        I'm not going rule on this.  I've got a lot to

1    think about, I appreciate the parties' positions.  I think

2    there's some challenging evidentiary issues, but this

3    conversation has been helpful.

4         Okay.  Let's turn then to Mr. Fischer's motion,

5    and this is the motion to allow inconsistent statements,

6    admissions by the government.

7         So, Mr. Fischer, maybe I can short-circuit this.

8    Maybe to or not to your satisfaction.  I don't see the

9    government opposing what you're suggesting in theory, and

10   I think you're right.

11        I think for me and my purposes and perhaps even

12   for theirs, when you've attached a number of pleadings and

13   the like, it would be helpful to identify the specific

14   statements you want to use for two reasons.  One, just for

15   straight up admissibility, and -- but then, secondly for the

16   issue of completeness.

17        And so that's why I think we ought, at least in my

18   mind, that's where we are in my inability to sort of say to

19   you, yes, this comes in, this can't come in, because I'd

20   like to have a list of the statements that you actually wish

21   to admit for those two reasons.

22        MR. FISCHER:  So, Your Honor, I think just to

23   shortcut this, I certainly agree with the Court and

24   perhaps -- very limited time, Your Honor, we're swimming in

25   discovery and swimming in motions, so perhaps, Your Honor,

1    to save the Court's time, if I could just, I will consult

2    with government counsel and maybe we can reach some sort of

3    an agreement.  If we can't, then I will submit the

4    statements in writing to the Court for the Court's review.

5            THE COURT:  Yeah, I appreciate that.

6            And we actually, I mean, we have time, I mean,

7    this is going to be admitted in your case-in-chief, we're

8    weeks away from that, so this isn't as time-sensitive as the

9    Zello motion, for example.

10            MR. FISCHER:  Understood.  May I stand down,

11   Your Honor?

12            THE COURT:  Yes, you can.  Thank you.

13            All right.  So all right.  Then the last motion,

14   although the government has not responded to it, and I don't

15   know whether they want to do so in writing or not, but

16   there's Mr. Rhodes' motion to suppress the GoToMeeting

17   conversation from November 9th of 2020 on the theory that it

18   somehow violates Title III and should be suppressed under

19   Title III.

20            Does the government wish to be heard on it or

21   respond in writing?  Before we move forward, Mr. Tarpley?

22            MR. TARPLEY:  Yes, Your Honor, I would like to

23   visit with the government on this.  I was just visiting with

24   one of the co-counsel here, and I think some information

25   that we had requested in this motion has been provided to

1    someone else, and perhaps I could get that information, that

2    might assist in resolving this matter.  I'm not withdrawing

3    the motion, but I would like to have the opportunity to

4    speak with the government about some of the issues that we

5    raised.

6              THE COURT:  Okay.

7              MS. RAKOCZY:  The government does not need to be

8    heard, Your Honor.  I think we'll reserve our right to

9    respond.  I think we can probably do it orally but I guess

10   we can see what the timing looks like when Mr. Tarpley

11   decides what to do with the motion.

12             THE COURT:  Okay.

13             MS. RAKOCZY:  If the Court has any questions,

14   though, I'm happy to address them.

15             THE COURT:  I guess the one thing I would ask, and

16   I mean, the suppression remedy that's available under

17   18 U.S.C. 2515, I do not understand that to apply to

18   violations of, first of all, state law, one.  And, two, that

19   the kind of recording that was done here, let's assume it

20   was unconsented to by someone, would violate Title III when

21   a private party is doing it?

22             MS. RAKOCZY:  That was our thought, Your Honor.

23   I think here the allegation -- not the allegation, the facts

24   are that a private citizen made this recording.  The private

25   citizen was admitted to the GoToMeeting as everyone else on

1    the call was.  We have the GoToMeeting records that show

2    that the person was part of the call.  And then while still

3    listening to the person -- the person dialed in, first of

4    all, on their phone and then took a second phone to make a

5    recording of what was going on on the first phone.  So it's

6    not an intercept or something done during -- using any kind

7    of technical equipment, nor is it government action.

8             THE COURT:  Okay.  Right.  I mean -- right.

9             And certainly, for that reason, I'm not quite sure

10   how a non-statutory suppression remedy would be available.

11            MS. RAKOCZY:  Correct, Your Honor.

12            THE COURT:  Right.

13            MS. RAKOCZY:  That's our understanding.

14            We're happy to brief it.  I think obviously the

15   U.S. Code statute is a little bit different than your

16   typical motion to suppress so we're happy to brief that

17   aspect of it should we need to go there.

18            THE COURT:  All right.

19            So you all will confer and we'll take it from

20   there.  Okay.

21            All right.  So what's then left on my list is to

22   talk about exhibits and witnesses, and that seems to me to

23   be an open question of how much you all feel like you want

24   to talk about it and are in a position to talk about it.

25            But let me just, before we get to the specifics,

 1    I mean, look, I know I'm not asking anybody to make any

 2    commitments here, but in terms of witnesses, if both sides

 3    intend to call even two-thirds of their witness lists, we're

 4    going to be here for a very long time and you all have told

 5    me that this is about four to five weeks.  So I'd like some

 6    reassurance that that is -- that's where we are.

 7            MS. RAKOCZY:  I can speak on behalf of the

 8    government, Your Honor.  We did submit both a much longer

 9    witness list that was for the jury's purposes to avoid any

10    conflicts.

11            THE COURT:  Right.

12            MS. RAKOCZY:  Our list that we submitted to the

13    Court -- well, to counsel and the Court for the Court's

14    purposes is pretty close.

15            I think somewhere on the order of maybe five to

16    seven witnesses might drop off that list, and we wanted to,

17    because of the Court's warning in the Pretrial Scheduling

18    Order that we would not be permitted to call people who were

19    not on the list, we wanted to be pretty close to -- we

20    wanted to be a little bit generous in giving us a couple

21    witnesses who we're still making final decisions out, but I

22    think that's close.

23            We have gamed it out ourself, obviously not

24    knowing how long cross-examination is going to be, and

25    I think we're pretty hopeful that our presentation of

 1   evidence would be about three and a half weeks at this

 2   point, as we've mapped it out, which is about consistent

 3   with maybe a smidge longer than we had anticipated when I

 4   think we first spoke about the government's anticipated

 5   length of its case-in-chief.

 6           So I think we're anticipating now somewhere in the

 7   low 40s in terms of the number of government witnesses.

 8   That's hoping that we don't have to call a lot of physical

 9   evidence custodians to the stand.  But assuming that,

10   I think that we're thinking in low 40s for government

11   witnesses and maybe about three and a half weeks.

12           THE COURT:  Okay.

13           Mr. Linder.

14           MR. LINDER:  Well, three and a half weeks to

15   present their case plus a week for jury selection, we're

16   already at four and a half weeks and we haven't even started

17   on our part so that's a little troubling.

18           Yes, Your Honor.  We, on behalf of Mr. Rhodes and

19   I think the other counsel also, in an abundance of caution,

20   we listed every witness we thought we could possibly use.

21   I mean, there's more, but then we did the same thing with

22   exhibits, not intending to use all of them.

23           Several witnesses we listed just hypothetically

24   there are several that could testify to some of the same

25   things.  We don't know what their availability is going to

1    be like.  Whether they get indicted or whether they don't

2    want to be here or travel issues, whatever, but I will

3    expect that we would be able to coordinate a lot of our

4    witness list.

5                THE COURT:  Okay.

6                MR. LINDER:  I still think, though, that a week

7    for a jury selection, three and a half weeks for the

8    government's case, we're four and a half weeks in at that

9    point.

10               And we do have the team investigator that we've

11   had from the beginning that is coordinating all of that so

12   we have -- we combined forces a couple months ago to

13   facilitate that.

14               THE COURT:  Okay.

15               So just for everyone's benefit, at least what I

16   have in my mind as the schedule here.  I've got another

17   trial that's supposed to start November 1, another

18   January 6th case, which is, I think, a three co-defendant

19   case, right, and one defendant is detained.

20               You know, look, I can push some of this and start

21   maybe a few days later, but I would like to try and stay on

22   as close as we can to that schedule.  That would help me

23   quite a bit.  But I understand that it's difficult to

24   predict.  But I just want you all to be aware of my thinking

25   of when I'd like this to be over, or at least I should say

1    submitted to the jury so I can pick another jury.

2            Okay.  Let's talk then exhibits.  And just tell me

3    what you all are envisioning today, if anything, given where

4    people are in terms of their review of exhibits?

5            MS. RAKOCZY:  Your Honor, the government submitted

6    its exhibit list to the defense last week, I think, on

7    Tuesday.  Most of that is not surprising, we've been talking

8    to the defense for a while.  We had also submitted our

9    proposed or anticipated statements that we might introduce

10    at trial in the form of a spreadsheet, and that first draft

11    was submitted to the defense on August 12th, and we

12    submitted a supplement last week as well to the defense.

13            We have not heard any objections to date, but we

14    have an open dialogue with the defense to discuss

15    objections.  But from the government's perspective, since we

16    haven't heard objections to our statements or the exhibits,

17    we're not sure how productive the conversation would be

18    today.  I don't think it makes sense to go through our

19    statement spreadsheet line by line or the exhibit list line

20    by line.  I think if there are broad objections that the

21    defense has to categories of evidence or categories of

22    statements, we'd be happy to respond.

23            We received the defense exhibit list and we have

24    some objections which we emailed the defense about last

25    night.  We are happy to put those on the record or return

 1    and address those whenever we address any more specific

 2    objections from the defense.

 3            THE COURT:  Mr. Linder.

 4            MR. LINDER:  I would corroborate Ms. Rakoczy.

 5    I think it's probably premature to try to nail down

 6    objections and all on exhibits.  We did get their list.  We

 7    have sent ours out.  But, of course, we -- at least on the

 8    defense side, as you're well aware, I mean, our case largely

 9    rests on what comes out on the government's side.  I mean,

10    you know, it's organic.  It could go any number of ways,

11    which could lengthen or shorten the list of exhibits we

12    need.

13            There's a lot of blanket objection, I think we

14    could get through, I think some of it on our own.  But I

15    would -- and correct me if I'm wrong, team, the pinning us

16    down to exhibits is definitely -- I mean, I can see getting

17    a master list, but pinning us down to a certain amount or

18    certain number with certain objections is premature until

19    the government gets into their case.

20            I mean, we can provide -- we're happy -- we did

21    provide a list, but I mean, there's any number of organic

22    ways, hearsay statements could come in or statements that

23    may be hearsay could come in with any number of exceptions

24    based on what a government witness testifies to.  And so

25    trying to prematurely rule on those types of things, I think

1    that would be a waste of your time at this point.

2            THE COURT:  So you all are never wasting my time.

3            Look, you know, the goal here is to try and

4    resolve as many evidentiary disputes before trial as we can.

5    I really would like to minimize the number of bench

6    conferences we have, there will always be some bench

7    conferences, but try to minimize them, particularly given

8    the tight timetable we're working on.

9            Look, if -- it would be helpful if there are, as

10   the government has said, sort of overarching objections to

11   certain exhibits, certain degrees of statements, here's a

12   hypothetical.  You know, say, for example, the government

13   wants to admit statements before a certain date and the

14   defense's position is if there was a conspiracy, it didn't

15   begin until after that date, it would be helpful to have

16   that conversation sooner rather than later.

17           MR. LINDER:  And that's great advice.  We do have

18   some of those categories, Your Honor.  I've sent to the

19   government a list that we painstakingly put together with

20   our expert of what I believe are exculpatory statements on

21   Mr. Rhodes' Signal chat, 50 or 60 of them, spanning six or

22   seven months; some before November, some between November

23   and January, and some post January 6.

24           Those are some of the blanket things we can

25   probably talk about.  Some of them may come in under 106,

```
1    but some of them may be outside the conspiracy.  So those
2    are things we can kind of drill down on.
3              But some, within the realm of relevant time frame
4    that may look like hearsay on their face, may not be when a
5    witness gets on the stand and testifies a certain way.
6              THE COURT:  Right.  Okay.
7              MR. LINDER:  But we are -- everybody here is
8    making every effort we can.
9              THE COURT:  No, I understand.
10             I'll just share one observation with you and it's
11   been a while since I've had to look at this, but in terms of
12   a defendant's statements that are exculpatory, you know, my
13   understanding has been that if there are exculpatory
14   statements made during the time period of the conspiracy as
15   between co-conspirators.
16             So say, for example, Mr. Rhodes says something,
17   Mr. Meggs, make sure you've got the security in place for
18   January 6th, that can come in, and it's not hearsay, even
19   though it's a statement by a defendant out of court.  If I'm
20   wrong about that, I'd like to know and understand that.
21   Statements that post-date the conspiracy are a different
22   issue, particularly statements that are, for lack of a
23   better term, self-serving exculpatory statements.
24             MR. LINDER:  And I provided a list of those also.
25             THE COURT:  Right.
```

1          And so if a defendant says something to the effect

2    of, I certainly never ordered anybody to go into the

3    building on January 6th, that is something that is more

4    questionable in terms of its admissibility.

5          And then anything prior to the conspiracy,

6    I think, is an open question as to whether it can come in

7    absent the defendant's testimony.

8          MR. LINDER:  We see it the same way.  And then the

9    question becomes statements between conspirators or

10   co-conspirators, what defines co-conspirators, the ones on

11   this indictment, the one on all three indictments.  Then we

12   get that.

13         THE COURT:  I think it's the latter.

14         MR. LINDER:  That's one of the questions was

15   earlier, what was the group of co-conspirator.

16         THE COURT:  The government can say I'm wrong about

17   that, but all of these folks were essentially indicted

18   together and they're charged with the same 1512(k) charge

19   across all cases.

20         MR. LINDER:  I personally have never tried a

21   multi-defendant cases that's broken into two trials, so

22   we've always had the benefit of having everybody together,

23   so that was a question that we had.

24         THE COURT:  Yeah.

25         Okay.  I mean, if there's any doubt about that,

```
 1    talk to Mr. Nestler and Ms. Rakoczy, but I have been
 2    operating from the assumption that everybody that's been
 3    named in an Indictment arising out of the Oath Keepers
 4    investigation is part of the conspiracy, the alleged
 5    conspiracy, okay?
 6              MR. LINDER:  Okay.  Thank you.
 7              MR. WOODWARD:  Can I briefly address, Your Honor,
 8    the co-conspirator issue and wanting to get a better
 9    understanding of how the Court intends to handle that,
10    whether we're going to resolve that pretrial or not.  And
11    you raise a couple of good examples that we've been
12    discussing as we respond to the government.
13              So, for example, the 21-CR-28 case, those are all
14    Oath Keepers, alleged Oath Keepers involved in similar
15    conduct, but then we get more tangential in cases that are
16    charged, for example, Kellye SoRelle's recent indictment or
17    Jeremy Brown's indictment.  I don't believe brown --
18              THE COURT:  Who?
19              MR. WOODWARD:  Jeremy Brown.
20              THE COURT:  I thought the government says he's a
21    common indicted co-conspirator.
22              MR. WOODWARD:  Has he been charged with 1512 --
23              THE COURT:  He hasn't been but he doesn't need to
24    be.
25              MR. WOODWARD:  Okay.  Well, that sort of -- and
```

1  then there are individuals that the government identifies in

2  its chats that --

3          THE COURT:  Ms. SoRelle has been.  Now the

4  indictment, I think she's been charged with conspiracy,

5  right, 12, but the indictment doesn't provide any details

6  who the co-conspirators are, but I assume it's folks who are

7  sitting at this table.

8          MR. NESTLER:  Yeah.  She's been charged with

9  1512(k).

10         MR. WOODWARD:  And then there are individuals that

11  the government identifies as purported co-conspirators

12  insofar as it wants to admit their testimony but they have

13  not been indicted at all, and I can give examples.  So, you

14  know, the overarching question is obviously the

15  co-conspirator exception requires, 801(d)(2), requires the

16  co-venturer, pendency, furtherance.

17         For much of this, we are going to challenge, for

18  example, which conspiracy is the statement being admitted as

19  to.  There are multiple defendants in the case, there are

20  multiple co-defendants across all of the cases.  It's easy

21  enough for the government and the defense counsel to debate

22  the purported start of the conspiracy, we can come back to

23  Your Honor, and have the government make a proffer.

24         THE COURT:  Can I ask why it matters?

25         MR. WOODWARD:  Why would it matter if the

1    statement became admissible?

2          THE COURT:  Right.  In other words, if a

3    statement, say a statement is in furtherance of the 1512(k)

4    conspiracy.

5          MR. WOODWARD:  Sure.

6          THE COURT:  Right.  You're not suggesting I tell

7    the jury that that statement could only be used to prove up

8    that conspiracy and not the seditious conspiracy.  I mean,

9    once something is in evidence, it's in evidence.

10          MR. WOODWARD:  I suppose -- I agree, but I remain

11   cautiously optimistic that defense counsel can convince the

12   Court and/or the jury that not every defendant here was a

13   member of all of the conspiracies alleged.  So that's not a

14   pre -- that's not a foregone collusion, that simply because

15   the government has charged these individuals with three

16   conspiracies that it will prove that they were all part of

17   those three conspiracies.

18          And so that's something we submit needs to be

19   tracked over the course of the government's case-in-chief

20   because it's certainly not definitive that a statement

21   admitted in furtherance of the 1512(k) conspiracy is

22   necessarily admitted in furtherance of the seditious

23   conspiracy.

24          But that even is more semantic than I was

25   intending to be at this moment.  We are simply wanting to

 1  understand the Court's view on how we deal with those

 2  issues.  Of course we're familiar with the law in this

 3  Circuit that permits the government to make some evidentiary

 4  proffers.  You won't be surprised that we oppose that

 5  process.  We're not looking for a second trial.  We don't

 6  have time for a second trial on just the statements.

 7          But there are statements that the government is

 8  seeking to admit that occur earlier, before the election,

 9  and there are statements that the government is seeking to

10  admit that occur well after January 6th.  And so certainly

11  there are going to be challenges to the statements, and then

12  as I already alluded to, there are individuals not yet

13  indicted with any crimes that there will be challenges to

14  whether the statements were made by co-conspirators and were

15  made in furtherance of the charged conspiracies.

16          THE COURT:  Well, so, this is all to the point I

17  made earlier, which is I'd like to resolve as much of this

18  as possible.

19          I mean, I have always understood, to your two

20  questions, that statements that pre-date the conspiracy

21  that's been alleged, I thought the government was going to

22  only introduce those statements against the declarant.  If

23  I'm wrong, they will let me know, but it's hard to see how a

24  statement is a co-conspirator statement if it happens before

25  the conspiracy period against -- I think.

1          And then insofar as after January 6th, you said?

2          MR. WOODWARD:  Correct.

3          THE COURT:  The conspiracy, at least as alleged,

4    goes up to January 19th.

5          MR. WOODWARD:  I think 19 or 20.

6          THE COURT:  Right.  So, you know, that's the end

7    date of the conspiracy that's been charged.

8          MR. WOODWARD:  Well, but, again, the conspiracy

9    that's been charged is not determinative factor.  They have

10   to prove or proffer evidence to suggest that the conspiracy

11   did, in fact, continue until January 19 or we might counter

12   that the conspiracy ended on January 6th, to the extent that

13   it existed at all.

14         THE COURT:  I mean --

15         MR. WOODWARD:  So these are issues that we are

16   previewing for the Court about, there's 800 plus statements

17   in the spreadsheet that the government proposes providing to

18   the jury.  We're not certainly conceding that that is the

19   right format to do it, but this is an issue.

20         THE COURT:  Okay.  Well, as I said, it would be

21   nice to take up some of these issues before we start trial.

22         Ms. Rakoczy.

23         MS. RAKOCZY:  That would just be the government's

24   request, Your Honor, is for guidance from the Court in how

25   to address these issues.

 1           I think you've heard a lot of foundation that the

 2   defense will use to lodge objections against these

 3   statements, and the government is happy to engage in a

 4   thorough briefing or verbal discussion of it at any hearing;

 5   but it would be our reference to try to get some of that

 6   resolved before trial or if it's too gargantuan a task

 7   because of the number of statements, have some plan for how,

 8   at the outset of each week of trial, how we're going to

 9   address these issues some type of plan would be the

10   government's request or proposal for trying to resolve these

11   issues outside of the presence of the Court, because there

12   are -- statements are important evidence here, they're used

13   to inform the intent, which is probably going to be one of

14   the key issues, and we really don't want to be constantly

15   recessing the jury to get into the weeds.

16           MR. WOODWARD:  I'll just add one final thought,

17   which is that I believe it's the government's -- it's the

18   government's burden of the co-conspirators statement and so

19   what the government has done has said, here, are eight

20   statements, let me know which ones you object to, we're in

21   good faith going through those, but I think it is the

22   government's burden to prove up that the statement meets the

23   three elements of the rule.

24           THE COURT:  Sure, of course, but, you know, if

25   what you're suggesting, Mr. Woodward, is that we need to go

 1   through each of the statements and determine whether those
 2   three elements are met, that's not going to happen.  I mean,
 3   you know, the law in this Circuit is clear, which is,
 4   there's not a pretrial requirement that the Court hold what
 5   I think is called a *James* hearing to determine that whether
 6   the government has made out a prima facie case of
 7   conspiracy.
 8           Rather, the evidence can be admitted subject to
 9   the government proving it up at trial, and if for whatever
10   reason they don't make out the predicate conspiracy, the
11   jury will be instructed to disregard the statements.  Now,
12   that obviously sort of metaphysically challenging if it ever
13   came to pass, I've never seen it come to pass, but
14   nevertheless that's the usual course.
15           But, as I said, if you've got objections about the
16   government's belief as to whether, one, it can establish a
17   conspiracy, and two, and it's only a prima facie case they
18   got to make out, I think, or is it a preponderance of the
19   evidence, I can't remember -- and, two, whether any
20   particular statement is in furtherance of, it would be
21   better to let me know sooner rather than later.  I really am
22   not going to be happy if we're taking regular breaks to
23   discuss these kind of issues.
24           So I mean, look, what I would suggest is we're
25   supposed to come back, say, the 21st, right.  Should we make

 1    that a full day affair to try to resolve some of these

 2    issues.

 3              MR. FISCHER:  We're scheduled tomorrow.

 4              THE COURT:  We are, but I thought Mr. Linder

 5    wanted to -- let's put it this way.  We are scheduled for

 6    tomorrow but from where I understand you all are, I don't

 7    think the ball will be advanced that far tomorrow.

 8              MR. LINDER:  Yeah, there were a few that weren't

 9    going to be available tomorrow.  We can go longer today but

10    I think based on what Ms. Rakoczy and I said earlier,

11    I think it's too premature to get rulings on statements.

12              THE COURT:  Well, could we make Thursday a

13    presumptively fuller day than what I've already suggested?

14              MR. LINDER:  Thursday next week?

15              THE COURT:  Thursday the 22nd.

16              MR. LINDER:  Like a Zoom day?

17              THE COURT:  Yeah, we could do it as a Zoom, where

18    we will both address -- you know, we've got two things we

19    need to talk about, the strikes for cause, the Insurrection

20    Act issues and then, you know, ideally, you all will be in a

21    position to have a longer conversation about co-conspirator

22    statements and other exhibits.

23              MR. LINDER:  We can be available Thursday,

24    Mr. Bright or I.  I don't know about -- I guess we got --

25    everybody on our team can be available next Thursday.

1          MR. CRISP:  In person is okay?

2          THE COURT:  Yes, of course.

3          MR. LINDER:  I would request, if I could make a

4    request to the government, quit giving us new discovery

5    every day and let us work on the motions.  If we can kind of

6    draw that to a close, that would be great.  I'll work on

7    some of this.

8          THE COURT:  Well, I've said this before, which is,

9    if you're still getting discovery that doesn't allow you to

10   prepare, you will let me know.  What I mean by that is

11   you're getting something that's late that changes, requires

12   further investigation, et cetera.  I understand, you know,

13   you've been at every trial, there hasn't been a trial where

14   the government is not giving you things at the last minute,

15   whether it's *Jencks* or grand jury, and all of that should

16   have been disclosed sooner in this case just because of the

17   schedule.

18         MR. LINDER:  But just for instance, on Friday, and

19   we talked about that at lunch today, between the government,

20   co-counsel, I had 57 emails, and not just emails that were

21   read a couple sentences, emails with lengthy attachments,

22   links to USAfx.  You couldn't get through it in two days,

23   and that was just Friday.

24         THE COURT:  Yeah, I know.

25         MR. WOODWARD:  I'll add one additional thing.

1          THE COURT:  So just stop emailing each other.

2          MR. WOODWARD:  The government corrected me.  The

3    individual that I mentioned earlier that I thought the

4    government had not interviewed, they had interviewed, and

5    they provided us the 302 last week and I missed it because I

6    did not -- had not been able to go through the voluminous

7    discovery that we got just last week.

8          MS. RAKOCZY:  Just for the record, Your Honor, we

9    have conducted a number of interviews as we finalize trial

10   preparation and we are documenting those interviews and so

11   we're providing them to the defense.

12         THE COURT:  Right.

13         MS. RAKOCZY:  We understand that creates a burden

14   on the defense to review them, but better from our

15   perspective to disclose the document.

16         THE COURT:  Always late is not late disclose, but

17   new *Jencks* material being provided as it's created, I get

18   that.

19         All right.  So let's reconvene, for those of you

20   in Texas, can we start at 9:30 Eastern Time?

21         MR. LINDER:  Sure.

22         MR. BRIGHT:  Absolutely, Your Honor.

23         THE COURT:  So let's reconvene at 9:30 Eastern

24   next Thursday.  We'll bring the defendants up.  For those of

25   you who are going to be remote, I'm going to need some

1    indication from your client that it's okay that you all are

2    remote for that proceeding, okay?  So I don't know whether

3    you want to do that now or just let me know before next

4    Thursday.

5            MR. BRIGHT:  Yes, Your Honor.  We will absolutely.

6    Mr. Tarpley is going to speak with Mr. Rhodes right now.

7    We're working with him on the brief already.

8            THE COURT:  Because otherwise -- well, I think

9    Mr. Meggs' counsel is local.  I think Mr. -- so I think it's

10   just Mr. Geyer, right?

11           Mr. Geyer, will you here in person next Thursday?

12           MR. GEYER:  I can be if you need me to,

13   Your Honor.

14           THE COURT:  What I said is that you don't have to

15   be, but if you are going to be remote, I need consent from

16   your client to have you be remote.

17           MR. GEYER:  I'm sure he'll give me consent.  I'll

18   figure that out.

19           THE COURT:  All right.

20           All right.  Mr. Nestler.

21           MR. BRIGHT:  Your Honor, it was just conveyed to

22   me that Mr. Rhodes is okay with us being remote.  We have a

23   really good working group of lawyers here.  So there are

24   some things that we can get covered.  And we now, via

25   Mr. Tarpley, actually have some feet on the ground in terms

```
 1    of resourcing stuff with Mr. Rhodes in terms of the
 2    preparation and his desire to be involved in the writing of
 3    the brief that we've talked that we're going to provide to
 4    the Court, so I think we'll be able to accomplish all of
 5    that and he's consented to remote.
 6              THE COURT:  Okay.
 7              MR. NESTLER:  A couple of things, Your Honor.
 8              First of all, I think Your Honor just said that
 9    Your Honor's impression was that any statement made by a
10    defendant during the period of the conspiracy and made to
11    another co-conspirator is presumptively admissible.  We
12    don't take that same approach.  We're happy to brief that
13    issue if necessary, but the reason that we provided our
14    statement of the 800-some-odd -- or statements to the
15    defense over a month ago was that so they could not only
16    object but also inform us of any rule of completeness issues
17    so we could have those ferried out, fleshed out in advance
18    of the trial.
19              And so I've raised that because when we meet again
20    next Thursday, it is government's hope if the defense
21    believes that there are certain statements that provide
22    context to the government's statements that the defense
23    believes should be admitted under Rule 106 we should have
24    that all done in advance so we know what the guardrails are,
25    if we introduce statement A, they're getting in statement B.
```

1    We gave them all of our statement As.  So we're trying to

2    figure out what their statements Bs are so we can handle

3    that.

4            We haven't yet heard back from the defense about

5    what statements they think provide necessary context to our

6    statements.  There are, as Your Honor knows, dozens of

7    different Signal chats and messages.  Some of them the

8    defendants self-serving hearsay may come in but some of

9    might not depending on whether it provides context.  So it's

10   a little complicated, but we're trying to get it done in

11   advance, but Rule 106, in addition to objections, we think

12   Rule 106 also needs to be addressed.

13           Two other short topics.  I think Your Honor

14   mentioned that you didn't anticipate any law being discussed

15   during openings or much law during openings.  We wanted to

16   advise Your Honor that given the complicated nature of

17   seditious conspiracy and conspiracy principles, we were

18   going to touch on that in our opening.  I don't believe any

19   of that is part of the highlighted paragraphs where there's

20   objections between the parties, but we plan in opening to

21   talk about some legal concepts consistent with the

22   instructions to be given.  So I just want to put Your Honor

23   and the defense on notice.

24           THE COURT:  Okay.  Look, I mean, if there's legal

25   concepts you intend to introduce that are consistent with

1     the instructions you've submitted and the parties agree to

2     them, then you don't have to clear that with me.

3             MR. NESTLER:  Thank you.  Anything that's not

4     highlighted we're taking as fair game.

5             THE COURT:  Right.

6             MR. NESTLER:  And then the final thing, and I

7     don't want to have to get into this again, but it has to do

8     with Mr. Moseley, which is that it's recently come to our

9     attention that he may be assisting Mr. Tarpley's defense of

10    Mr. Rhodes, which I believe Mr. Meggs already waived a

11    conflict related to that but not this specific conflict, and

12    so I did want to flag that for the Court as it came to our

13    attention, we did want to address it.

14            THE COURT:  Okay.

15            MR. NESTLER:  Thank you.

16            THE COURT:  I don't know if I should thank you for

17    that or not.

18            MR. TARPLEY:  I'll be glad to respond.

19            Mr. Moseley does some paralegal work for

20    Ms. Lambert, who's, like I said, the litigation support

21    company that I've engaged to assist, and he has done some

22    research and some writing, but he's an employee of

23    Ms. Lambert, so he's not my employee.

24            THE COURT:  I've not met Mr. Moseley.

25            This is not directed to you, Mr. Tarpley, but does

1  Mr. Moseley understand that there are some jurisdictions,

2  including this one, in which if a lawyer who's disbarred is

3  doing legal research and writing, even if their name doesn't

4  appear on the pleading, they may be doing unauthorized

5  practice of law?

6         MR. TARPLEY:  I have a concern about that and

7  I wanted to make sure that no Bar Association regulations or

8  ethical guidelines that have been violated.  In Louisiana,

9  you know, we routinely have hired attorneys that may have

10  been suspended or disciplined in some way, while they're out

11  on suspension, they can continue to perform certain limited

12  research and writing duties without engaging in the practice

13  of law, because the unauthorized practice of law is a very

14  important issue and I would certainly want to make sure that

15  no one is doing that.

16         THE COURT:  I want to correct the record from

17  something I said last time.  We may have been under seal but

18  I'm not sure it matters, which is I had said, we checked our

19  record and I thought Mr. Moseley was still actively barred

20  in this court, but he is not, he's been suspended pending a

21  final reciprocal disbarment.

22         MR. TARPLEY:  Right.  And I'm not familiar with

23  any of that.  I just know that there were some problems and

24  he has been disbarred.  I am aware of that, Your Honor.

25         But I would just simply say that, you know,

1    Ms. Lambert has -- there's several individuals that are

2    lawyers or people that have legal training that are involved

3    in doing research and writing, but, I mean, nothing goes out

4    unless I review it and make it my own work.

5              THE COURT:  Okay.

6              So, Mr. Tarpley, I have ordered Mr. Geyer to not

7    accept any further assistance from Mr. Moseley, because he

8    did represent Mr. Meggs --

9              MR. TARPLEY:  That is true.

10             THE COURT:  -- in this case, and to ensure that

11   there's no possibility prospectively that he would share any

12   confidences and secrets, either explicitly or implicitly,

13   I've asked Mr. Geyer not to accept any further assistance

14   from him.

15             MR. TARPLEY:  Yes, Your Honor.

16             THE COURT:  And I'm going to make the same order

17   to you, too.

18             MR. TARPLEY:  Thank you, I respect that.

19             THE COURT:  All right.  Thank you.

20             MR. TARPLEY:  Can I meet with you after court to

21   have an in-chambers meeting?

22             THE COURT:  As to?

23             MR. TARPLEY:  Fees and that sort of thing; I think

24   I have to meet with you about that.

25             THE COURT:  Well, what we'll do is, why don't you

```
 1   just submit -- do you have a written fee agreement?
 2           MR. TARPLEY:  I do have a written -- I have a
 3   written contract.  The fee agreement is a little -- it's not
 4   exactly explicit.  I'd like to explain that to Your Honor in
 5   chambers if I could.
 6           THE COURT:  All right.  Why don't you come on back
 7   after this is done and then ultimately we'll have to have
 8   another colloquy with Mr. Rhodes.
 9           MR. TARPLEY:  Certainly, certainly, I understand,
10   I understand.  I'm fully aware of my responsibility there
11   and I'm glad to take care of that.
12           THE COURT:  Okay.  Terrific.
13           MR. TARPLEY:  Thank you, Judge.
14           THE COURT:  Anything else before we adjourn?
15           MS. RAKOCZY:  Not from the government, Your Honor.
16           MR. CRISP:  No, Your Honor.
17           MR. LINDER:  Just so we're clear for next
18   Thursday, it's the Insurrection Act brief and arguments, the
19   strikes for cause, and then the witness and exhibit list,
20   those three things.
21           THE COURT:  Correct.
22           MR. LINDER:  Thank you, Your Honor.
23           THE COURT:  Three big topics.  Okay.  Thank you,
24   everybody.
25           MR. BRIGHT:  Depending on the schedule, Your
```

1   Honor, since the argument is on the Insurrection Act, I

2   might choose to go ahead fly up and present that in person.

3           THE COURT:  You're always welcome.

4           MR. BRIGHT:  More comfortable.

5           COURTROOM DEPUTY:  All rise.

6           This court stands adjourned.

7           (Proceedings concluded at 3:45 p.m.)

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 5, 2022_____  

         William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [7]** 5/2 98/20 98/22 98/24 157/23 158/1 225/5

**MR. BRIGHT: [46]** 21/9 40/12 40/19 43/24 72/16 74/19 75/6 75/20 75/25 76/6 76/19 77/9 77/21 78/9 78/11 78/15 84/22 85/12 85/16 85/20 85/23 86/4 86/13 86/18 87/11 88/1 88/6 88/18 89/1 101/3 101/21 102/3 102/8 102/19 103/1 103/5 103/11 104/4 105/22 106/1 107/1 217/22 218/5 218/21 224/25 225/4

**MR. CRISP: [25]** 25/15 25/19 25/22 25/25 26/7 26/14 35/8 35/16 164/20 165/21 165/24 166/1 166/15 166/19 167/8 191/25 192/15 192/21 193/17 193/22 194/17 195/18 195/20 216/1 224/16

**MR. FISCHER: [4]** 49/20 196/22 197/10 215/3

**MR. GEYER: [7]** 129/16 129/18 130/13 130/23 131/9 218/12 218/17

**MR. LINDER: [73]** 21/25 23/1 23/4 23/12 23/17 24/1 24/7 24/10 24/16 24/19 24/21 25/2 25/9 26/18 27/15 27/19 27/21 30/13 30/18 32/22 36/23 36/25 45/10 45/19 47/9 48/2 48/4 49/7 50/10 50/19 50/22 51/2 51/15 52/3 52/9 52/12 53/13 54/2 95/12 96/10 97/4 97/19 98/5 98/10 98/13 108/3 109/9 109/18 110/8 110/11 112/11 113/21 114/2 114/4 201/14 202/6 204/4 205/17 206/7 206/24 207/8 207/14 207/20 208/6 215/8 215/14 215/16 215/23 216/3 216/18 217/21 224/17 224/22

**MR. NESTLER: [97]** 46/8 46/25 47/4 47/19 48/14 48/18 48/22 48/25 51/19 51/21 51/25 52/20 53/9 53/14 54/9 54/15 54/18 56/22 58/7 58/19 60/19 60/24 86/23 88/9 88/15 88/24 89/4 89/6 101/23 102/6 103/14 104/20 106/25

158/24 159/1 159/9 159/16 159/22 159/25 160/10 160/15 160/18 161/2 161/11 161/13 161/19 162/21 163/15 163/18 163/22 163/24 164/10 164/12 164/14 167/11 168/15 168/18 168/24 170/2 170/5 171/10 172/11 173/14 174/22 175/23 176/8 177/4 177/9 177/16 178/20 179/6 184/5 184/22 185/11 186/20 186/23 187/1 187/9 187/12 187/15 187/19 187/21 188/7 188/21 189/1 189/6 189/14 189/17 190/3 209/8 219/7 221/3 221/6 221/15

**MR. TARPLEY: [32]** 10/19 10/21 10/23 11/2 20/8 20/21 54/17 56/7 56/16 57/1 57/17 57/22 58/1 58/4 58/12 59/1 59/21 60/4 60/15 61/11 197/22 221/18 222/6 222/22 223/9 223/15 223/18 223/20 223/23 224/2 224/9 224/13

**MR. WOODWARD: [98]** 25/10 65/10 66/16 68/1 69/4 69/8 70/3 70/7 95/8 95/11 115/24 116/3 117/6 117/18 117/22 119/1 119/23 120/23 121/18 122/8 122/11 123/10 125/9 127/17 127/24 128/3 129/4 131/19 133/1 133/7 133/9 133/13 135/10 135/12 135/15 136/1 136/3 136/6 136/19 136/23 137/3 137/9 137/15 137/25 138/12 138/19 139/1 139/4 139/8 139/15 139/24 140/6 140/10 140/12 140/22 140/24 142/11 142/23 143/2 143/10 143/18 145/15 145/18 145/25 149/5 149/18 150/1 150/21 151/6 153/11 153/17 153/20 153/25 154/9 155/1 155/5 155/20 156/7 156/21 157/7 157/10 157/15 157/18 208/7 208/19 208/22 208/25 209/10 209/25 210/5 210/10 212/2 212/5 212/8 212/15 213/16 216/25 217/2

**MS. HALLER: [45]** 63/24 64/7 89/20 89/23 90/15 91/13 91/16

92/13 92/21 92/25 93/4 93/8 93/12 93/16 94/2 94/5 94/15 94/20 95/2 179/16 179/19 179/22 179/25 181/2 181/10 181/13 181/25 182/15 182/17 182/25 182/25 183/5 183/7 183/12 184/1 187/6 190/7 190/14 190/20 190/23 191/2 191/5

**MS. HUGHES: [3]** 22/2 24/24 32/20

**MS. RAKOCZY: [46]** 20/25 32/25 35/25 36/8 36/18 38/9 38/21 40/9 45/20 46/2 51/10 67/4 71/12 79/16 82/8 83/15 83/21 95/4 110/21 123/14 123/17 128/12 132/10 134/9 140/19 143/25 144/13 144/16 144/19 147/2 151/15 152/11 152/16 153/5 198/7 198/13 198/22 199/11 199/13 200/7 200/12 203/5 212/23 217/8 217/13 224/15

**THE COURT: [442]**

## $

**$3 [1]** 141/16

**$3 million [1]** 141/16

## ,

**'22 [1]** 182/3
**'a [1]** 99/16

## 0

**08077 [1]** 3/13
**0826 [1]** 3/18
**0in [1]** 59/16

## 1

**1 through 7 [1]** 32/15
**1.8 [1]** 54/21
**10 [4]** 5/6 98/18 157/21 165/17
**100 [3]** 83/16 124/23 128/20
**106 [4]** 205/25 219/23 220/11 220/12
**10th [3]** 11/6 11/12 43/19
**11 [7]** 32/22 32/23 33/6 33/9 64/5 64/8 64/13
**11:30 [2]** 98/16 98/16
**11:32 [1]** 98/23
**11:55 [1]** 98/23
**11th [1]** 96/22
**12 [7]** 11/18 31/25 33/14 34/15 34/17 43/11 209/5
**12:00 [1]** 43/1
**12:30 [1]** 43/16
**12th [1]** 203/11
**13 [1]** 110/18
**1375 [1]** 19/2

32/23 33/9 33/10
**1460 [1]** 2/12
**15 [6]** 1/4 5/3 31/2 32/1 33/20 69/21
**150 [5]** 21/18 23/15 27/1 127/23 128/20
**1512 [6]** 90/11 207/18 208/22 209/9 210/3 210/21
**152 [1]** 181/5
**158 [1]** 181/5
**15th [1]** 11/19
**16 [5]** 32/11 32/16 32/18 32/19 140/5
**17 [1]** 79/7
**170 [2]** 169/1 174/11
**17110 [1]** 2/15
**18 U.S.C [1]** 198/17
**1808 [1]** 3/3
**19 [3]** 28/3 212/5 212/11
**1985 [1]** 19/18
**1989 [1]** 31/15
**1991 [1]** 19/2
**1994 [1]** 31/5
**19th [1]** 212/4
**1:00 [2]** 157/19 170/5
**1:06 [1]** 157/25
**1:30 [1]** 43/12
**1:48 [6]** 169/5 169/7 175/8 177/6 179/13 186/16
**1:52 [3]** 177/6 179/13 186/16
**1:56 [2]** 177/17 186/18
**1:59 [1]** 165/11

## 2

**20 [16]** 27/6 27/7 27/10 28/1 28/2 67/16 69/21 69/22 74/8 98/16 153/2 181/4 181/12 181/22 183/4 212/5
**20001 [1]** 4/5
**20010 [1]** 3/4
**20036 [1]** 3/9
**2006 [1]** 3/12
**2015 [3]** 148/16 148/22 149/6
**2019 [1]** 149/6
**202 [4]** 1/16 3/4 3/9 4/5
**2020 [6]** 62/2 62/7 148/12 149/6 149/22 197/17
**2021 [2]** 148/12 149/22
**2022 [4]** 1/5 92/23 111/10 226/7
**203 [1]** 163/7
**20579 [1]** 1/16
**21 [4]** 181/4 181/12 181/22 183/4
**21 CR 28 [1]** 119/2
**21-CR-28 [1]** 11/9 11/13 208/13
**21061-3065 [1]** 3/18
**213 [3]** 87/14 87/14 99/6

32/23 33/3 33/9 33/10
**21st [1]** 214/25
**22-15 [2]** 1/4 5/3
**22nd [4]** 24/22 91/13 93/13 215/15
**23 [1]** 165/11
**24 [1]** 31/7
**24-hour [1]** 41/20
**25 [3]** 163/19 164/8 164/21
**2515 [1]** 198/17
**252-7277 [1]** 1/16
**252-9900 [1]** 2/5
**2615 [1]** 3/9
**26th [2]** 91/18 91/23
**27 [2]** 181/17 181/21
**28 [5]** 11/9 11/13 119/2 164/8 208/13
**29th [2]** 11/12 11/15
**2:00 [13]** 24/20 24/21 24/23 25/16 114/13 114/16 157/21 163/16 165/22 167/20 175/21 177/17 186/18
**2:01 [3]** 163/20 173/5 186/24
**2:15 [1]** 157/25
**2:24 [2]** 163/20 186/24
**2:26 [1]** 187/8
**2:30 [7]** 166/14 167/19 167/20 169/25 175/21 187/8 187/11
**2:31 [2]** 168/3 173/6
**2:36 [1]** 187/11
**2:39 [1]** 187/14
**2:44 [2]** 170/7 176/10
**2:45 [1]** 175/9
**2:46 [1]** 187/14

## 3

**30 [2]** 178/2 178/23
**30 minutes [1]** 173/7
**30-ish [1]** 124/19
**300 [1]** 3/17
**3000 [1]** 65/2
**302 [4]** 70/12 128/10 128/23 217/5
**302s [5]** 104/9 123/20 129/2 131/4 161/7
**3065 [1]** 3/18
**307 [2]** 11/4 20/4
**308 [1]** 18/1
**309 [2]** 7/16 20/3
**30th [4]** 43/20 43/22 43/25 53/12
**318 [1]** 2/12
**32 [1]** 160/25
**3249 [1]** 4/5
**33 [2]** 73/21 77/24
**3300 [2]** 2/3 2/7
**331 [1]** 31/5
**333 [1]** 4/4
**352-2615 [1]** 3/9
**354-3249 [1]** 4/5
**39 [1]** 31/5
**3:00 [3]** 26/9 26/13 114/12
**3:45 [1]** 225/7

**3rd [2]** 53/19 53/23

**4**

**40 [2]** 178/2 178/23
**4031 [1]** 2/15
**40s [2]** 201/7 201/10
**41 [1]** 32/4
**410 [1]** 3/18
**412-4676 [1]** 2/16
**45 [4]** 13/24 32/6 79/7
180/12
**4676 [1]** 2/16
**487-1460 [1]** 2/12
**4th [1]** 8/9

**5**

**50 [1]** 205/21
**552 [1]** 19/17
**555 [1]** 31/15
**57 [1]** 216/20
**5708 [1]** 3/13
**5:00 [3]** 26/16 43/13
170/6
**5th [3]** 43/18 171/12
171/24

**6**

**60 [2]** 169/2 205/21
**600 [1]** 129/25
**601 [2]** 1/15 3/7
**607-5708 [1]** 3/13
**69 [1]** 181/2
**6th [25]** 8/23 9/21 10/8
10/10 10/13 10/15
10/17 14/14 22/18
58/20 60/21 82/25
112/15 116/19 121/11
126/18 146/16 169/1
171/25 202/18 206/18
207/3 211/10 212/1
212/12

**7**

**700 [2]** 2/4 2/8
**71301 [1]** 2/11
**717 [1]** 2/16
**720-7777 [1]** 2/9
**7277 [1]** 1/16
**7310 [1]** 3/17
**7447 [1]** 3/4
**75219 [2]** 2/4 2/8
**772 F.2d 552 [1]** 19/17
**7777 [1]** 2/9
**787-0826 [1]** 3/18

**8**

**8 through 14 [1]** 32/15
**800 [1]** 212/16
**800-some-odd [1]**
219/14
**801 [1]** 209/15
**819 [1]** 2/11
**856 [1]** 3/13
**873 F.2d 555 [1]** 31/15

**9**

**9/6 [1]** 182/5

**902 [3]** 64/5 64/8 64/13
**930 F.2d 1375 [1]** 19/2
**9900 [1]** 2/5
**996-7447 [1]** 3/4
**9:00 [5]** 42/4 42/23
43/7 43/9 43/10
**9:30 [8]** 42/2 42/17
43/1 43/11 43/16
171/12 217/20 217/23
**9:35 [1]** 1/6
**9th [1]** 197/17

**A**

**A, [1]** 155/16
**a.m [4]** 1/6 42/4 98/23
98/23
**ability [7]** 17/12 46/23
67/20 73/3 97/9 143/19
188/13
**able [24]** 23/18 26/15
28/18 33/12 39/1 41/13
44/22 68/15 74/11 79/7
87/2 94/8 95/23 105/14
139/12 143/6 171/14
173/16 189/22 192/22
193/1 202/3 217/6
219/4
**able-bodied [1]** 79/7
**about [226]** 6/10 7/5
10/7 13/12 13/13 14/24
16/8 17/9 17/14 17/24
18/4 20/10 20/11 20/14
20/22 21/7 22/5 22/6
22/22 24/6 30/11 30/22
34/20 34/23 38/8 39/24
40/13 42/7 44/3 44/19
45/5 45/6 45/8 45/8
46/9 46/13 46/23 47/16
47/25 48/5 48/19 48/25
49/2 49/11 49/15 50/21
51/2 51/18 51/21 51/22
52/5 54/1 60/16 62/22
62/25 63/5 63/11 64/12
64/19 64/24 65/1 65/4
65/12 65/18 66/5 66/21
67/3 68/10 69/22 70/1
70/10 70/20 70/22 71/7
71/9 74/8 76/8 76/15
76/24 79/18 80/23 81/2
81/17 81/23 83/9 83/23
84/8 86/16 87/19 87/23
89/14 89/18 90/1 92/22
95/13 95/15 96/14
100/9 100/18 100/20
100/23 103/3 103/16
104/11 104/12 104/19
105/7 105/19 106/12
107/22 111/2 114/9
114/19 114/22 115/1
115/11 116/16 117/9
118/16 119/21 120/24
122/13 123/19 125/2
125/6 126/12 129/8
130/20 131/18 132/20
134/4 135/19 137/22
139/13 140/3 140/13
140/15 140/16 140/20

146/20 146/25 147/20
148/4 148/6 148/19
148/20 149/24 150/6
150/20 153/14 156/25
157/3 158/15 159/7
160/25 161/1 161/12
161/13 163/6 163/9
163/16 164/20 168/4
168/5 168/10 168/12
169/1 169/2 169/13
169/14 169/14 169/17
169/18 170/5 170/6
171/1 172/3 172/11
172/17 173/5 174/1
174/2 174/5 175/1
176/13 176/14 178/2
178/12 178/19 179/7
179/16 181/14 184/23
184/24 185/25 186/9
194/8 194/13 196/1
198/4 199/22 199/24
199/24 200/5 201/1
201/2 201/4 201/11
203/24 205/25 206/20
207/16 207/25 212/16
214/15 215/19 215/21
215/24 216/19 220/4
220/21 222/6 223/24
**above [4]** 182/21
183/20 183/23 226/4
**above-titled [1]** 226/4
**absent [4]** 69/6 69/15
88/11 207/7
**absolute [3]** 71/4 86/12
101/6
**absolutely [5]** 9/3
12/16 128/14 217/22
218/5
**abundance [1]** 201/19
**accept [5]** 11/24 12/1
170/10 223/7 223/13
**acceptable [1]** 24/4
**accepting [1]** 136/1
**access [22]** 7/19 7/22
8/8 8/21 9/1 9/3 10/13
12/23 12/25 14/3 15/3
15/8 18/13 18/16 18/21
44/4 55/10 55/12 55/17
55/23 118/16 172/2
**accessible [2]** 168/13
168/18
**accommodate [1]**
132/9
**accommodated [1]**
44/6
**accommodation [2]**
8/14 11/20
**accommodations [2]**
12/24 39/2
**accomplish [8]** 6/2 6/3
10/3 10/24 172/19
172/20 176/22 219/4
**accomplished [2]**
175/11 175/15
**account [2]** 168/19
168/20
**accounts [1]** 55/6

**accurate [3]** 58/21
74/10 135/2
**accusing [1]** 112/13
**acknowledge [2]** 68/2
68/3
**acknowledges [2]**
141/13 166/22
**acknowledgment [1]**
167/2
**acknowledgments [1]**
165/2
**acquaint [2]** 13/19
13/22
**acquire [1]** 13/10
**across [7]** 32/15
112/15 132/21 147/9
149/10 207/19 209/20
**act [58]** 70/13 70/14
70/17 71/2 71/18 71/23
72/18 72/24 73/4 73/5
73/11 74/2 74/16 75/4
75/14 75/15 75/16 76/9
77/12 77/19 78/5 79/18
79/25 80/18 80/23
82/18 82/19 82/22
82/23 83/9 83/11 83/24
84/11 84/13 85/21 88/4
96/24 99/8 99/9 99/18
99/21 100/2 100/3
100/16 103/23 104/21
104/24 105/2 105/3
105/22 106/17 106/19
116/14 116/17 121/9
215/20 224/18 225/1
**acted [2]** 96/19 100/15
**acting [5]** 86/9 111/22
172/24 173/22 193/2
**action [4]** 75/5 99/11
100/5 199/7
**actions [3]** 173/16
173/20 193/1
**active [2]** 171/25 172/1
**actively [1]** 222/19
**activities [1]** 166/11
**acts [1]** 15/21
**actual [4]** 43/1 103/7
162/3 180/13
**actually [29]** 16/13
19/19 31/6 31/16 34/15
44/22 74/2 79/6 80/13
80/13 80/14 89/22
99/10 99/17 100/13
101/8 101/9 102/3
103/7 123/22 152/20
164/23 169/24 170/20
174/15 175/15 196/20
197/6 218/25
**adapt [2]** 38/25 39/3
**add [7]** 31/12 33/24
145/24 191/1 191/2
213/16 216/25
**added [1]** 19/9
**addendum [2]** 21/1
132/12
**addition [4]** 69/13
124/2 177/13 220/11
**additional [16]** 8/25
13/3 13/10 13/18 13/22

**accurate [3]** 58/21 — (cont.)
114/6 14/16 20/20
31/10 32/3 34/12 35/19
115/9 124/6 216/25
**Additionally [1]** 99/7
**address [19]** 12/2 30/6
47/19 57/24 101/25
105/4 105/6 107/4
181/16 190/3 192/2
198/14 204/1 204/1
208/7 212/25 213/9
215/18 221/13
**addressed [8]** 14/15
55/3 55/18 107/12
108/5 134/18 179/17
220/12
**addresses [1]** 35/23
**addressing [1]** 167/8
**adequate [1]** 19/12
**adjourn [1]** 224/14
**adjourned [1]** 225/6
**adjustment [1]** 6/23
**administrative [1]**
81/20
**admissibility [6]** 63/22
167/16 172/10 188/1
196/15 207/4
**admissible [20]** 18/5
64/17 117/1 122/13
126/1 126/2 162/6
162/9 162/12 162/15
162/17 163/2 163/4
163/11 177/7 187/22
188/3 192/22 210/1
219/11
**admission [5]** 63/21
103/25 125/6 189/2
189/20
**admissions [5]** 162/6
180/3 180/4 180/8
196/6
**admit [16]** 63/17 65/14
92/7 92/8 127/12
158/12 164/1 164/3
164/8 177/2 196/21
205/13 209/12 211/8
211/10
**admitted [16]** 70/14
104/5 162/25 174/3
175/18 179/15 186/15
188/17 188/19 197/7
198/25 209/18 210/21
210/22 214/8 219/23
**admitting [2]** 164/4
166/8
**admonish [1]** 110/6
**adoption [1]** 165/4
183/22
**adoptive [5]** 180/3
180/4 180/8 182/21
191/18
**adopts [1]** 177/14
**advance [16]** 16/7
23/19 91/11 97/2 98/12
105/8 105/12 107/11
107/22 152/7 153/13
171/19 219/17 219/24
220/11
**advanced [2]** 97/15

**A**

**advanced...** [1] 215/7
**advancing** [1] 192/12
**adverse** [1] 61/8
**advice** [18] 89/10
89/13 89/15 90/1 90/12
90/20 91/11 91/19
92/16 94/19 95/2 95/5
95/15 96/24 97/2 97/11
105/18 205/17
**advise** [3] 61/20 85/6
220/16
**advised** [8] 69/5 89/18
89/18 91/3 91/4 93/22
93/25 136/8
**advises** [1] 193/8
**advocacy** [4] 58/25
59/18 59/21 60/1
**advocate** [2] 36/12
59/7
**affair** [1] 215/1
**affect** [2] 67/20 193/16
**affects** [2] 17/7 170/12
**affiliated** [6] 55/8 55/15
55/22 58/9 58/17 82/21
**affiliations** [2] 60/20
148/3
**affirmations** [1] 165/2
**affirmatively** [1]
152/20
**afield** [2] 130/22 138/4
**after** [28] 7/23 11/18
19/14 25/4 29/10 34/10
37/20 37/21 46/14 90/7
90/9 93/14 96/4 98/16
112/16 141/2 148/14
157/21 162/13 166/3
166/13 178/23 194/16
205/15 211/10 212/1
223/20 224/7
**afternoon** [8] 24/17
27/7 43/12 43/14 43/17
102/9 129/18 170/6
**afterwards** [2] 25/17
30/12
**again** [39] 8/9 10/12
12/2 12/7 12/17 14/11
14/20 17/13 18/10
18/12 18/16 19/24
35/11 43/4 68/1 85/10
85/25 98/25 102/24
107/25 118/18 127/9
136/10 137/19 144/24
156/14 158/2 170/6
173/6 173/8 173/25
174/5 187/10 188/16
194/5 195/2 212/8
219/19 221/7
**against** [45] 15/12 16/5
16/12 16/17 16/17
16/19 17/2 17/4 19/12
49/6 73/16 75/18
124/16 162/12 162/17
163/5 163/11 164/2
164/3 164/9 166/9
175/20 177/2 177/7
177/11 179/15 181/8
182/11 183/4 186/17

187/17 188/1 188/18
188/19 189/2 189/8
189/9 189/20 194/4
211/22 211/25 213/2
**agent** [11] 41/15 68/11
68/20 69/25 113/8
133/13 133/24 137/21
137/22 140/3 156/4
**agents** [16] 7/11 68/9
69/5 69/9 69/10 69/14
69/14 69/21 112/16
112/21 113/1 134/10
134/15 142/21 143/16
146/11
**ago** [10] 20/14 84/6
91/2 91/24 93/23 95/16
101/9 157/3 202/12
219/15
**agree** [25] 22/10 23/9
23/16 23/19 25/7 49/7
54/17 62/1 66/18 68/13
69/19 73/12 73/17
83/19 84/24 147/15
148/15 165/24 165/24
173/24 183/7 191/21
196/23 210/10 221/1
**agreed** [5] 51/12 62/5
182/23 182/24 182/25
**agreeing** [1] 68/21
183/3
**agreement** [4] 54/24
197/3 224/1 224/3
**agrees** [1] 48/9
**ahead** [4] 56/3 79/21
162/20 225/2
**aided** [1] 4/7
**air** [1] 77/16
**Airborne** [1] 161/12
**AL** [1] 1/6
**alert** [1] 107/21
**alerted** [1] 8/6
**Alexandra** [1] 5/9
**Alexandra** [1] 2/11 8/4
15/5
**alibi** [1] 130/3
**all** [218] 5/23 7/1 7/9
8/17 9/20 14/22 16/15
17/3 20/2 20/10 20/10
21/16 21/17 21/20
21/22 22/3 22/7 22/20
23/15 23/16 24/14 25/3
25/5 25/23 26/23 26/23
27/17 27/23 27/24
30/23 32/23 37/3 37/12
37/15 37/16 42/1 43/8
43/16 45/5 49/14 51/9
51/16 51/17 52/16
53/24 53/24 55/7 56/18
59/5 59/22 59/23 61/13
63/11 64/10 64/18
64/19 64/20 65/7 65/22
66/1 66/7 66/19 68/2
68/4 68/14 68/19 69/1
69/14 70/6 70/8 70/9
71/10 74/22 74/24
74/25 76/8 77/3 77/8
77/18 80/19 82/1 82/6

89/2 89/19 90/16 91/7
91/11 93/15 93/24
94/25 96/13 96/18
96/23 96/23 97/2 98/7
98/12 98/14 98/20
98/24 99/2 100/18
101/1 104/13 104/14
106/7 108/19 109/1
111/8 113/10 114/5
114/16 114/17 114/22
115/10 115/22 116/20
116/21 118/16 119/25
120/14 120/22 122/11
122/25 123/12 123/19
123/24 127/17 128/7
128/8 128/18 129/20
130/24 131/14 133/15
135/3 135/4 136/16
141/22 143/7 143/22
144/8 144/11 149/20
150/11 151/12 154/20
156/11 157/11 157/19
157/23 158/1 158/6
158/8 167/21 169/16
172/7 175/24 177/2
177/7 179/6 179/15
183/4 183/10 185/14
185/16 186/6 186/9
186/24 187/4 189/9
191/8 191/10 191/16
195/6 197/13 197/13
198/18 199/4 199/18
199/19 199/21 199/23
200/4 201/22 202/11
202/24 203/3 204/6
205/2 207/11 207/17
207/19 208/13 209/13
209/20 210/13 210/16
211/16 212/13 215/6
215/20 216/15 217/19
218/1 218/19 218/20
219/4 219/8 219/24
220/1 223/19 224/6
225/5
**All right** [6] 22/3 93/15
130/24 172/7 183/10
199/18
**allegation** [4] 152/17
152/19 198/23 198/23
**allegations** [5] 16/12
92/14 92/15 111/2
148/1
**allege** [2] 116/11
122/20
**alleged** [25] 90/5
115/23 116/9 118/4
118/6 118/12 120/13
124/21 125/3 126/7
148/5 165/1 165/12
166/12 180/9 192/5
195/5 195/11 195/23
195/23 208/4 208/14
210/13 211/21 212/3
**allegedly** [2] 180/14
194/20
**alleges** [1] 61/25
**alleging** [2] 99/25

**allotted** [1] 31/12
**allow** [9] 11/20 26/9
26/20 62/20 81/14
102/9 167/14 196/5
216/9
**allowed** [5] 31/3 46/13
104/24 107/23 133/23
**allows** [1] 174/18
**alluded** [1] 211/12
**almost** [4] 44/1 72/20
104/7 104/17
**alone** [3] 8/12 120/6
183/19
**along** [4] 15/18 74/24
84/3 193/9
**already** [26] 10/25 12/4
12/4 14/14 33/11 33/11
33/13 33/18 38/4 41/6
62/15 101/7 101/9
102/5 106/5 108/14
109/17 134/6 145/20
154/7 154/21 201/16
211/12 215/13 218/7
221/10
**also** [42] 9/15 10/6
14/5 15/10 15/24 17/17
18/10 18/16 21/5 37/17
42/15 43/20 45/21
55/20 60/25 62/16
66/10 69/4 77/17
100/24 107/17 107/20
107/21 116/6 124/6
129/20 138/2 147/8
169/3 177/11 177/18
184/11 186/18 186/21
187/2 194/17 195/2
201/19 203/8 206/24
219/16 220/12
**alternate** [9] 32/24
33/4 33/5 33/6 33/6
33/8 33/8 33/11 34/18
**Alternate 1** [2] 33/5
33/8
**Alternate 3** [1] 33/6
**Alternate 4** [1] 33/6
**alternates** [6] 32/1
32/3 33/5 34/12 34/14
34/18
**alternative** [3] 11/5
145/19 155/1
**Alternatively** [2] 11/8
182/10
**although** [5] 24/3 99/8
104/1 192/12 197/14
**Alvarado** [1] 99/13
**always** [7] 49/5 66/16
205/6 207/22 211/19
218/12 220/23
**am** [9] 10/1 66/3 67/3
104/13 128/24 138/12
140/14 214/21 222/24
**ambiguous** [1] 140/4
**ameliorated** [1] 189/21
**amended** [1] 35/12
**Amendment** [14] 16/6
48/16 49/4 107/6
107/10 108/4 108/8

229

109/3 109/5
109/16 110/9 113/15
113/23
**AMERICA** [3] 1/3 5/4
161/12
**AMIT** [2] 1/9 158/3
**Amit P. Mehta** [1]
158/3
**among** [3] 35/23 104/2
160/7
**amount** [11] 8/7 9/17
17/1 28/18 37/19 66/6
91/21 103/21 136/9
170/17 204/17
**Amounts** [2] 135/10
135/12
**analogy** [2] 191/12
191/12
**analysis** [1] 15/14
**analyze** [2] 14/1 14/4
**Anderson** [2] 31/5
31/21
**Angle** [1] 130/4
**another** [21] 27/7 55/3
73/9 100/22 102/1
104/1 118/7 123/10
123/11 123/13 126/15
131/11 144/21 154/4
171/13 181/17 202/16
202/17 203/1 219/11
224/8
**answer** [8] 29/4 35/15
52/7 52/10 57/17 60/15
79/14 107/25
**answers** [4] 28/8 28/11
28/13 28/14
**anticipate** [6] 27/15
41/22 77/10 78/24
158/18 220/14
**anticipated** [4] 79/24
201/3 201/4 203/9
**anticipating** [1] 201/6
**anticipation** [1] 100/2
**anticipatory** [2] 99/11
100/7
**any** [150] 10/15 12/21
12/21 17/7 17/9 17/9
18/3 21/4 21/6 22/9
23/23 25/12 26/19
28/23 29/5 29/15 29/16
29/23 29/24 30/5 30/22
30/22 31/22 34/20
36/10 37/12 39/5 39/8
39/22 41/16 45/7 45/8
47/2 47/25 48/20 49/4
51/8 51/8 54/1 54/1
55/11 55/12 55/17
55/18 55/19 55/21
56/21 57/14 57/24
58/16 58/18 59/18
59/19 59/21 60/2 60/4
60/12 60/13 60/16
63/20 63/20 64/14 66/9
67/13 71/1 71/5 75/13
77/7 82/23 89/14 89/16
96/14 106/10 107/23
108/25 110/12 111/1
112/5 113/6 113/14

**A**

**any... [70]** 115/1
115/11 115/12 116/23
117/20 119/9 119/23
128/25 130/18 131/2
136/9 136/9 138/16
141/5 141/14 142/8
142/12 143/8 143/8
146/1 146/24 147/15
147/16 147/18 150/2
151/13 151/16 151/25
152/2 152/2 152/6
152/23 154/12 159/11
159/12 161/20 164/17
166/24 167/1 167/2
167/10 172/13 173/12
182/20 184/18 189/12
189/19 193/1 198/13
199/6 200/1 200/9
203/13 204/1 204/10
204/21 204/23 207/25
209/5 211/13 213/4
214/19 219/9 219/16
220/14 220/18 222/23
223/7 223/11 223/13
**anybody [13]** 16/17
33/15 38/5 45/8 61/7
87/12 88/14 158/19
164/2 168/19 179/12
200/1 207/2
**anybody's [3]** 63/5
89/21 168/21
**anymore [1]** 38/7
**anyone [6]** 14/4 36/4
48/11 112/8 162/17
168/16
**anything [43]** 30/7
45/8 45/22 47/22 50/21
57/23 60/6 61/9 64/15
67/1 96/13 96/21 100/4
100/17 101/13 102/16
102/21 111/19 111/25
112/14 114/13 116/16
118/2 125/4 128/18
129/1 130/2 130/19
131/7 138/9 146/15
150/19 154/14 157/15
159/6 163/1 165/2
171/8 191/1 203/3
207/5 221/3 224/14
**Anything that's [1]**
221/3
**anyway [4]** 12/2 53/10
53/17 144/23
**apologize [9]** 35/8
78/25 87/17 96/10
101/22 112/22 115/24
125/10 130/13
**app [2]** 169/2 169/3
**apparatus [1]** 126/17
**apparent [3]** 9/23 9/23
106/8
**apparently [2]** 31/9
55/5
**appear [1]** 222/4
**appearance [3]** 5/19
7/23 54/19
**APPEARANCES [4]**

**appeared [1]** 88/5
**appearing [2]** 5/18
56/21
**appears [1]** 131/24
**appellate [1]** 65/23
**applies [3]** 41/19
185/18 192/13
**apply [6]** 37/25 41/14
41/18 177/16 189/24
198/17
**appointment [2]** 7/15
20/4
**apposition [1]** 181/18
**appreciate [7]** 97/19
102/6 140/6 140/8
149/11 196/1 197/5
**approach [4]** 33/24
89/20 179/20 219/12
**approached [1]** 128/10
**appropriate [3]** 40/14
85/24 88/17
**approved [2]** 33/25
152/14
**approximately [1]**
175/20
**April [1]** 11/19
**April 15th [1]** 11/19
**are [313]**
**area [6]** 58/14 110/8
151/23 154/2 155/25
193/24
**aren't [6]** 18/25 120/25
146/22 155/14 177/20
177/24
**arguably [8]** 106/23
124/8 128/19 129/1
162/12 162/14 188/18
191/7
**argue [14]** 26/2 67/20
68/6 73/15 76/8 79/11
83/13 100/13 106/9
116/25 121/19 126/10
140/15 171/21
**argued [1]** 74/7
**arguing [5]** 95/2 99/24
105/23 172/14 180/9
182/10 182/12
**argument [3]** 29/15
51/14 75/6 76/5 88/10
122/9 126/8 167/17
174/14 174/17 192/21
193/16 225/1
**arguments [11]** 7/16
43/2 49/22 89/7 89/8
99/5 105/12 105/15
125/12 177/16 224/18
**arise [2]** 41/16 80/22
**arising [1]** 208/3
**Armant [1]** 19/16
**around [6]** 154/11
167/20 167/20 171/11
176/10 184/13
**arrangements [1]** 8/1
**arrest [7]** 111/3 166/7
166/7 173/17 185/14
194/11 194/24
**arresting [3]** 110/23

**arrests [2]** 17/17 17/19
163/9 163/9
**arrived [1]** 130/4
**arrives [1]** 42/24
**articulate [3]** 38/23
124/18 173/16
**as [235]**
**ascribe [1]** 175/25
**aside [3]** 125/5 152/8
187/23
**ask [47]** 28/16 28/17
29/2 29/3 29/5 30/4
30/6 30/9 32/18 34/22
36/19 38/9 39/17 40/12
41/13 42/18 45/3 45/11
45/15 60/9 64/11 69/17
75/20 90/14 109/5
110/11 110/12 110/16
119/18 119/25 128/6
130/25 135/24 136/16
146/5 150/1 153/7
154/24 156/16 158/14
177/1 179/12 181/3
183/24 193/6 198/15
209/24
**asked [29]** 11/7 11/8
19/21 20/16 29/11 35/2
44/5 46/9 46/12 47/20
54/23 72/1 74/13 89/15
96/13 107/20 109/20
116/21 126/13 131/24
132/14 138/5 143/7
143/15 153/14 157/4
157/7 181/21 223/13
**asking [20]** 29/24
51/25 102/24 106/11
119/15 120/22 120/24
123/9 126/4 127/16
135/22 136/25 141/22
142/6 143/14 150/23
179/14 181/14 192/8
200/1
**aspect [2]** 127/7
199/17
**assault [1]** 169/7
**assembly [1]** 163/9
**assert [4]** 101/14 106/9
107/10 115/20
**asserted [3]** 177/25
178/4 178/5
**asserting [1]** 90/3
**assertion [2]** 93/5
141/5
**assessing [1]** 137/10
**assessment [1]** 140/25
**assessments [2]** 141/4
146/2
**assist [6]** 13/1 15/6
42/6 80/17 198/2
221/21
**assisting [3]** 55/5 58/9
221/9
**assists [1]** 192/19

**ASSOCIATES [1]** 2/14
**Association [1]** 222/7
**assume [10]** 22/8 22/9
45/23 45/25 94/1 123/3
135/24 195/6 198/19
209/6
**assumed [2]** 17/23
52/23 58/22
**assuming [3]** 190/20
193/23 201/9
**assumption [1]** 208/2
**assured [1]** 12/7
**atmosphere [1]** 84/4
**att.net [1]** 2/12
**attach [1]** 72/10
**attached [2]** 140/17
196/12
**attachments [1]**
216/21
**attack [3]** 80/1 84/13
171/15
**attempt [1]** 123/25
**attempted [1]** 6/20
**attempting [1]** 67/4
**attempts [2]** 166/23
166/23
**attend [1]** 153/15
**attendance [1]** 153/3
**attention [4]** 112/18
112/19 221/9 221/13
**attorney [1]** 19/5 65/23
**ATTORNEY'S [4]** 1/15
8/22 44/22 112/19
**attorneys [4]** 39/2
49/22 49/24 222/9
**attributable [1]** 183/1
**attributed [2]** 130/18
183/1
**August [4]** 8/9 129/8
182/3 203/11
**August 4th [1]** 8/9
**authentic [1]** 158/19
**authenticate [2]** 67/6
67/7
**authentication [1]**
67/23
**authenticity [2]** 67/5
69/15
**authority [22]** 31/9
31/12 46/22 73/7 75/1
75/18 79/20 80/5 87/5
87/11 87/13 87/15 88/1
88/22 94/21 95/3 99/12
99/16 100/1 100/7
100/11 100/14
**authorization [1]** 99/19
**authorized [5]** 66/20
99/17 106/18 153/3
153/8
**availability [3]** 77/6
188/12 201/25
**available [32]** 8/5 9/20
13/16 18/6 18/20 21/7
24/18 36/16 38/19 53/9
93/14 95/20 132/1
156/12 169/4 188/8
188/9 188/10 188/14

189/15 189/18
190/6 190/7 190/11
190/14 190/15 198/16
199/10 215/9 215/23
215/25
**Avenue [6]** 2/3 2/7 3/7
4/4 4/14 44/14 44/18
**avoid [8]** 32/11 42/16
67/6 67/23 68/2 68/4
155/2 200/9
**aware [24]** 13/15 55/1
56/1 58/21 104/10
105/21 108/1 109/17
109/18 117/24 118/9
121/13 122/19 128/9
130/1 130/2 144/9
144/11 149/3 150/18
202/24 204/8 222/24
224/10
**awareness [1]** 104/16
**away [7]** 29/7 29/9
95/16 108/25 165/18
178/12 197/8

**B**

**back [43]** 5/22 11/19
12/14 22/6 22/22 22/25
27/3 27/6 32/9 34/11
46/5 72/1 80/5 86/7
98/17 99/2 99/4 101/16
102/10 108/5 108/11
119/20 132/6 140/4
149/5 156/17 158/5
161/19 162/10 163/15
165/10 169/25 172/20
173/2 174/8 175/12
186/1 192/2 195/2
209/22 214/25 220/4
224/6
**backwards [1]** 85/16
**bad [1]** 139/23
**Bainbridge [3]** 55/14
56/4 56/24
**balance [4]** 49/5 50/15
70/4 108/17
**ball [2]** 97/12 215/7
**Bar [1]** 222/7
**barred [1]** 222/19
**BARRETT [2]** 2/3 4/4
**based [9]** 16/11 81/20
89/11 111/21 117/3
138/6 162/4 204/24
215/10
**basic [2]** 9/10 11/9
**basically [3]** 39/9
130/3 169/13
**basis [4]** 7/18 18/14
87/21 91/22
**bastards [5]** 163/10
166/8 173/18 176/14
185/14
**be [394]**
**bear [1]** 88/24
**bears [2]** 88/16 88/23
**became [2]** 95/20
210/1
**because [100]** 8/24
11/17 15/11 16/19

**because... [96]** 22/11
24/4 28/19 29/1 33/23
34/4 34/13 35/20 36/20
38/1 47/20 48/6 53/7
63/15 63/25 69/4 69/20
70/15 70/21 71/3 71/13
80/11 81/2 83/10 83/16
85/10 86/13 88/12
88/15 89/22 89/23
90/22 92/6 95/17 97/7
98/1 105/23 109/22
110/25 111/2 111/20
111/25 112/20 114/13
117/3 117/6 122/6
122/13 130/11 136/12
138/15 138/19 139/16
139/21 143/3 143/10
145/18 147/18 147/25
148/14 150/3 151/8
165/19 167/24 170/2
180/11 180/22 181/25
184/15 185/17 187/22
187/23 187/25 188/4
188/24 189/7 189/11
189/21 191/20 192/2
192/17 193/3 194/6
194/20 196/19 200/17
210/14 210/20 213/7
213/11 216/16 217/5
218/8 219/19 222/13
223/7
**become [2]** 137/12
140/7
**becomes [2]** 28/22
207/9
**been [148]** 5/19 8/17
8/18 9/16 9/18 12/13
12/18 12/19 12/22 13/5
13/13 14/18 14/20
14/21 15/1 17/15 18/19
18/20 20/13 20/19
20/22 21/10 21/14
29/16 32/9 33/25 34/5
34/8 35/3 35/3 35/5
41/15 43/16 49/3 49/23
51/7 58/17 59/3 59/14
59/22 61/3 62/22 62/25
63/6 63/7 64/6 64/15
64/16 65/6 65/17 71/6
73/8 73/20 73/21 73/22
77/23 77/24 79/9 83/11
83/17 84/15 85/4 88/3
90/22 91/6 91/7 92/18
95/13 95/13 97/21
97/21 98/15 101/7
106/5 106/7 107/19
108/9 108/22 110/17
111/12 111/13 116/8
117/21 117/23 117/25
118/12 118/16 119/2
121/14 123/20 124/20
126/8 126/24 128/23
131/1 133/20 142/2
142/24 145/4 146/14
147/5 147/22 148/11
148/20 151/13 152/20
152/23 155/15 155/17

161/8 165/13 169/14
172/23 174/6 176/16
178/15 188/18 193/3
195/1 196/3 197/25
203/7 206/11 206/13
208/1 208/2 208/11
208/22 208/23 209/3
209/4 209/8 209/13
211/21 212/7 212/9
216/13 216/13 216/16
217/6 222/8 222/10
222/17 222/20 222/24
**before [84]** 1/9 6/6
9/24 10/8 11/23 12/8
13/21 14/25 15/7 19/6
29/12 29/17 30/4 32/6
35/11 42/4 42/21 42/24
42/25 43/5 45/7 50/12
52/4 52/19 55/16 55/23
70/10 71/10 77/3 77/23
81/24 84/7 85/7 85/10
85/25 89/3 89/19 89/25
90/3 91/10 94/14 96/9
96/15 99/9 101/1
101/12 101/16 101/21
102/2 102/2 103/3
105/16 108/5 109/19
111/11 111/15 115/1
122/12 123/8 130/4
131/12 148/13 150/14
156/14 157/20 162/13
171/11 187/9 191/9
191/16 191/17 191/24
197/21 199/25 205/4
205/13 205/22 211/8
211/24 212/21 213/6
216/8 218/3 224/14
**beforehand [1]** 49/19
**began [2]** 8/10 90/23
**begin [6]** 6/1 13/25
28/7 158/13 164/7
205/15
**beginning [5]** 50/15
115/4 164/16 177/1
202/11
**begins [1]** 115/2
**begun [1]** 14/3
**behalf [8]** 57/15 57/23
59/19 66/10 68/7 141/1
200/7 201/18
**behind [4]** 81/3 81/6
166/17 173/19
**being [46]** 19/13 26/3
37/14 39/8 47/15 58/21
63/6 75/12 75/17 75/19
80/19 83/9 87/22 91/11
94/12 95/23 96/5
103/20 104/12 104/21
106/20 106/21 109/1
111/12 120/23 125/5
126/17 129/9 137/19
143/6 164/6 165/2
172/4 172/8 174/2
174/14 177/24 177/25
178/4 193/1 193/25
195/7 209/18 217/17
218/22 220/14

**behavior [1]** 48/12
**belief [6]** 44/14 75/13
75/16 78/20 194/21
214/16
**believe [72]** 21/25 23/6
31/3 46/19 50/11 56/22
58/11 60/19 69/14 73/6
73/14 74/1 74/6 74/14
75/6 78/18 79/8 79/10
82/16 83/8 85/3 85/12
86/23 87/16 87/21
88/16 88/24 89/11
89/24 95/18 105/7
107/5 112/23 113/3
116/6 117/7 117/23
119/5 120/2 124/16
124/25 125/4 126/6
127/18 130/20 131/11
135/2 135/16 137/4
149/2 161/20 166/15
167/18 174/12 175/23
177/6 182/4 182/17
182/18 183/22 183/23
184/22 184/23 185/1
187/24 189/23 192/23
205/20 208/17 213/17
220/18 221/10
**believed [4]** 78/8 78/12
78/19 104/25
**believes [6]** 107/18
113/14 121/13 122/19
219/21 219/23
**believing [1]** 87/6
**belong [1]** 113/6
**belonged [1]** 67/14
**below [2]** 66/21 191/15
**bench [8]** 28/7 36/1
36/10 36/25 41/10
194/11 205/5 205/6
**bend [1]** 85/16
**benefit [5]** 127/19
171/20 171/21 202/15
207/22
**Berwick [1]** 3/12
**best [5]** 42/25 59/6
70/7 107/1 174/11
**betrayed [1]** 178/10
**better [11]** 16/15 69/18
72/23 81/1 163/12
171/1 172/18 206/23
208/8 214/21 217/14
**between [18]** 6/20 16/1
32/18 32/19 66/6 68/15
68/20 70/4 123/7
142/15 167/22 174/6
174/8 205/22 206/15
207/9 216/19 220/20
**beyond [3]** 14/23
148/18 149/13
**big [6]** 70/16 70/18
100/24 112/25 113/11
224/23
**bill [4]** 118/22 118/23
119/1 171/7
**birthdate [1]** 30/7
**bit [24]** 6/23 7/6 7/17
26/11 27/11 36/19 47/6
55/5 81/3 96/25 98/16

159/25 163/25 166/18
168/15 174/4 176/25
184/24 199/15 200/20
202/23
**blanket [2]** 204/13
205/24
**block [1]** 165/18
**blocks [1]** 178/12
**Bloody [1]** 130/4
**board [1]** 103/7
**bodied [1]** 79/7
**body [5]** 73/4 79/6
104/6 104/6 152/25
**bona [1]** 55/11
**boots [5]** 171/13
183/12 183/14 185/21
186/6
**both [18]** 28/15 29/5
31/20 41/14 41/19
67/21 74/21 77/5 77/6
84/18 86/20 101/11
155/10 161/6 181/6
200/2 200/8 215/18
**bottom [8]** 43/8 60/8
61/3 106/14 113/12
114/24 119/9 130/24
**bounds [1]** 11/23
**box [10]** 28/6 32/10
32/13 32/14 33/11
33/12 33/16 33/19
34/14 45/13
**Bradford [3]** 3/11 3/14
5/14
**Brady [7]** 117/13
117/17 117/19 122/1
129/21 137/4 137/6
**BRAND [1]** 3/3
**brandwoodwardlaw.c
om [1]** 3/5
**break [2]** 43/12 43/13
43/14 52/5 70/10 70/11
95/9 98/15 108/5
**breaks [1]** 214/22
**bridge [1]** 129/22
**brief [22]** 51/20 78/23
84/23 85/2 85/5 86/20
86/24 88/17 101/8
101/25 102/1 102/25
104/14 106/2 163/21
163/22 199/14 199/16
218/7 219/3 219/12
224/18
**briefed [5]** 79/1 80/20
81/7 89/22 101/11
**briefing [5]** 80/25
84/18 105/4 131/23
213/4
**briefly [3]** 51/19 51/21
208/7
**briefs [1]** 102/4
**BRIGHT [10]** 2/3 2/7
20/14 21/16 46/4 72/15
74/17 100/20 114/6
215/24
**bring [19]** 23/25 27/3
28/1 32/9 34/6 34/8
42/13 78/14 89/17

231

106/16 109/20
109/22 109/24 110/5
121/10 140/3 190/9
217/24
**bringing [6]** 27/15 46/3
64/14 71/8 172/4
191/19
**broad [2]** 116/10
203/20
**broader [1]** 147/10
**broadly [1]** 115/10
**broken [1]** 207/21
**brother [2]** 178/6
183/12
**brought [11]** 19/13
21/3 75/17 76/16
108/18 109/21 112/18
165/14 165/17 178/16
192/1
**brown [2]** 208/17
208/19
**Brown's [1]** 208/17
**Bruno [1]** 31/14
**Bs [1]** 220/2
**building [14]** 3/8 16/13
16/20 87/18 87/23
169/8 173/11 173/19
176/19 176/23 185/15
194/22 194/23 207/3
**bump [1]** 45/3
**burden [7]** 88/16 88/23
88/25 174/19 213/18
213/22 217/13
**Burnie [1]** 3/18
**business [7]** 63/18
63/18 63/23 64/16
101/16 141/3 192/11
**busy [2]** 44/9 165/20
**buttress [1]** 100/14
**buying [1]** 93/18

**C**
**Caldwell [5]** 3/16 5/7
5/16 50/7 73/4
**Caldwell's [1]** 5/19
**call [26]** 22/25 27/6
59/20 61/7 69/24 79/3
80/16 107/9 107/17
109/13 110/1 110/19
136/17 136/21 137/1
138/10 138/13 180/24
188/11 191/5 193/9
199/1 199/2 200/3
200/18 201/8
**called [17]** 21/22 31/4
41/24 41/25 75/14 78/7
80/10 100/7 106/21
106/21 137/13 137/19
156/4 161/9 171/13
180/13 214/5
**calling [6]** 41/21 41/22
68/2 68/4 158/19 192/2
**calls [1]** 158/16
**came [12]** 10/5 65/23
67/17 72/1 90/20 92/23
130/5 144/8 156/23
180/20 214/13 221/12
**camera [4]** 20/17 21/2

**camera... [2]** 54/24 69/1

**can [173]** 6/22 11/24 16/7 22/6 22/20 23/13 23/19 23/20 23/22 23/22 24/2 24/14 24/17 25/11 25/12 25/16 26/1 26/2 29/4 30/19 30/20 33/14 33/19 34/12 36/23 36/25 37/13 37/15 38/15 39/3 39/24 42/4 42/6 42/8 42/11 42/23 42/25 42/25 43/13 44/5 45/3 47/16 48/3 48/9 48/25 49/18 52/19 53/20 56/4 56/5 57/17 59/6 59/13 59/24 60/11 60/13 63/24 67/4 69/19 70/7 70/21 75/14 76/4 76/16 77/18 79/3 79/6 81/24 82/15 84/10 84/13 85/9 85/14 85/17 87/18 88/17 95/8 96/17 97/5 97/11 97/11 100/20 102/11 103/3 105/4 105/15 106/13 109/17 112/4 112/8 114/1 114/7 114/9 117/4 119/20 119/22 121/5 121/5 122/2 122/7 124/23 128/18 128/20 128/25 135/24 136/13 136/16 140/7 140/18 143/12 149/6 149/18 149/20 149/23 156/15 159/4 159/6 159/6 161/23 165/7 166/5 167/3 167/5 167/16 168/16 169/15 172/7 175/18 176/4 181/3 183/24 184/7 186/14 189/8 192/11 193/4 193/23 195/14 196/7 197/2 197/12 198/9 198/10 200/7 202/20 202/22 203/1 204/16 204/20 205/4 205/24 206/2 206/8 206/18 207/6 207/16 208/7 209/13 209/22 209/24 210/11 214/8 214/16 215/9 215/23 215/25 216/5 217/20 218/12 218/24 220/2 222/11 223/20

**can't [27]** 10/5 18/13 23/23 29/1 30/5 31/22 38/1 44/4 50/21 52/25 53/11 57/17 63/25 70/23 72/9 83/8 92/7 98/7 131/6 132/5 139/17 139/21 176/5 188/11 196/19 197/3 214/19

**candidly [3]** 65/21 66/10 141/17

**cannot [5]** 10/14 91/18

**cap [1]** 99/3

**capitol [21]** 16/13 16/20 22/18 87/22 142/10 156/5 165/18 168/1 169/8 171/15 172/6 173/11 173/18 175/9 176/18 178/11 183/13 185/15 186/8 193/8 193/15

**Capitol Hill [1]** 22/18

**Captain [1]** 45/11

**captioned [1]** 117/19

**care [4]** 42/24 91/15 91/15 224/11

**cart [1]** 122/12

**case [124]** 5/3 7/9 7/11 7/22 9/17 10/4 11/5 11/9 11/16 11/19 11/22 12/12 12/23 13/6 13/16 13/19 13/21 13/23 14/22 16/1 16/15 17/16 19/1 19/5 19/11 19/18 19/19 21/5 27/12 31/16 35/10 35/25 39/15 41/15 41/24 43/6 57/9 60/21 67/10 67/11 71/6 72/11 72/19 73/18 76/21 77/25 77/25 78/1 78/4 78/17 81/22 87/21 90/19 90/23 93/21 95/22 96/1 96/2 99/13 104/7 108/17 109/1 112/15 120/19 121/1 122/15 123/8 124/6 124/7 124/11 124/19 127/7 127/19 130/9 136/18 136/22 137/1 137/2 137/20 138/6 138/10 138/18 142/21 143/15 146/11 146/11 146/12 146/19 147/4 147/5 148/20 150/25 155/10 155/14 156/22 156/23 156/23 156/24 161/10 172/12 173/25 182/1 184/12 185/1 185/16 188/8 188/24 192/6 194/12 197/7 201/5 201/15 202/8 202/18 202/19 204/8 204/19 208/13 209/19 210/19 214/6 214/17 216/16 223/10

**case-specific [1]** 7/22

**cases [22]** 15/12 18/24 31/10 56/21 60/22 61/4 81/20 81/23 111/7 112/6 112/9 113/11 138/1 147/12 159/13 184/6 184/9 184/23 207/19 207/21 208/15 209/20

**categories [4]** 115/6 203/21 203/21 205/18

**categorization [2]** 9/10 9/11

**category [4]** 100/6

**cause [15]** 22/7 22/10 22/22 27/1 28/23 29/9 29/13 29/16 30/19 111/22 111/23 124/16 163/10 215/19 224/19

**caution [1]** 201/19

**cautiously [1]** 210/11

**caveats [1]** 55/12

**cc [1]** 103/6

**celebrates [1]** 175/10

**cell [4]** 18/17 18/18 18/20 18/22

**center [1]** 130/20

**certain [35]** 7/8 15/2 20/18 49/24 49/25 64/4 65/23 71/14 71/15 73/15 73/18 74/12 77/1 83/25 87/1 99/5 100/15 121/3 121/10 125/16 138/21 147/13 153/14 158/10 170/20 180/12 204/17 204/18 204/18 205/11 205/11 205/13 206/5 219/21 222/11

**certainly [26]** 6/19 41/17 48/9 57/18 57/22 73/22 75/25 76/19 77/21 109/15 113/25 118/3 161/25 162/4 166/4 167/17 194/4 196/23 199/9 207/2 210/20 211/10 212/18 222/14 224/9 224/9

**certification [4]** 64/5 64/8 64/13 127/1

**certifications [3]** 63/19 63/21 63/22

**Certified [1]** 4/3

**certify [1]** 226/2

**cetera [5]** 96/25 146/20 166/18 166/18 216/12

**CH [2]** 4/4 20/22

**chain [3]** 65/19 67/1 180/22

**challenge [2]** 31/16 209/17

**challenged [1]** 140/14

**challenges [4]** 31/10 31/17 211/11 211/13

**challenging [3]** 27/12 196/2 214/12

**Chamber [2]** 176/12 176/17

**chambers [4]** 58/4 176/2 223/21 224/5

**chance [5]** 25/4 30/9 36/18 65/21 176/3

**change [1]** 50/8

**changed [2]** 92/25 93/1

**changes [1]** 216/11

**channel [7]** 169/6 169/9 169/10 169/12 171/13 171/20 185/20

**channels [2]** 171/24 172/1

**chaos [1]** 173/10

**chapter [3]** 118/6

**chapters [1]** 118/8

**characterization [1]** 129/5

**charge [3]** 90/11 112/8 207/18

**charged [34]** 19/8 19/10 62/22 62/25 63/6 63/8 76/11 80/3 83/1 90/25 100/10 111/6 111/13 116/24 117/1 118/12 118/16 121/14 124/5 124/7 129/25 147/4 147/11 160/2 182/14 207/18 208/16 208/22 209/4 209/8 210/15 211/15 212/7 212/9

**charges [7]** 15/22 15/22 19/12 61/17 61/20 62/13 124/16

**charging [1]** 62/17

**chart [2]** 123/22 123/24

**chase [2]** 145/8 151/3

**chat [14]** 158/15 159/2 159/7 159/11 160/4 160/6 160/7 160/14 162/2 168/14 168/16 170/15 171/9 205/21

**chats [3]** 150/3 209/2 220/7

**checked [1]** 222/18

**CHF [1]** 21/14

**CHF's [1]** 74/5

**chief [6]** 138/18 161/10 188/8 197/7 201/5 210/19

**choose [3]** 50/14 50/23 225/2

**chooses [1]** 50/20

**chop [1]** 175/6

**Christian [2]** 59/12 59/12

**CHS [9]** 74/9 129/6 133/15 133/19 133/25 134/1 134/13 134/14 134/16

**chunk [2]** 177/17 179/13

**chunks [2]** 177/2 177/5

**CIA [1]** 155/10

**Cinnaminson [1]** 3/13

**circuit [15]** 18/24 19/11 19/18 31/4 31/15 31/21 37/10 40/23 99/14 102/25 184/14 185/1 196/7 211/3 214/3

**circuits [1]** 184/24

**circumstance [1]** 185/17

**circumstances [3]** 18/25 19/25 133/25

**citation [1]** 185/5

**cited [3]** 19/2 151/18 184/7

**cites [2]** 18/24 31/14

**citing [1]** 99/12

**citizen [2]** 198/24

**citizen's [3]** 163/9 166/7 194/11

**civilian [7]** 41/17 104/17 123/24 124/23 128/2 128/8 131/2

**civilians [1]** 128/9

**CJA [1]** 35/2

**claim [2]** 129/7 129/11

**claimed [1]** 117/8

**claiming [2]** 75/1 146/17

**clarification [1]** 75/20

**clarify [1]** 78/9

**clear [28]** 18/18 28/22 31/22 38/19 51/13 64/12 67/1 70/21 89/16 100/5 115/18 120/23 123/14 134/14 150/4 151/21 152/5 155/8 164/23 165/6 170/13 173/11 184/21 188/6 193/11 214/3 221/2 224/17

**clearance [1]** 152/24

**cleared [1]** 152/21

**clearly [9]** 15/21 15/22 19/14 81/6 162/12 165/14 165/15 166/1 170/22

**Clerk [3]** 21/20 44/8 55/9

**clicking [1]** 37/12

**client [8]** 39/23 57/9 59/7 66/11 68/6 150/5 218/1 218/16

**client's [1]** 150/6

**clients [7]** 23/24 24/4 25/5 78/8 94/1 149/12 149/15

**close [11]** 43/13 101/16 105/22 108/13 122/3 148/13 200/14 200/19 200/22 202/22 216/6

**closed [4]** 37/9 40/23 119/16 169/5

**closed-circuit [1]** 40/23

**closer [3]** 34/21 106/8 156/25

**closest [1]** 32/14

**closing [3]** 36/9 49/22 112/3

**closings [1]** 36/20

**clothes [1]** 42/9

**clothing [3]** 42/3 42/7 42/12

**cloud [1]** 21/22

**co [75]** 11/5 16/1 18/7 104/10 115/8 115/17 115/21 115/23 116/23 117/16 118/24 119/5 119/11 119/14 119/17 120/1 120/5 120/14 120/16 120/16 121/21 122/5 123/15 124/8 124/10 124/12 124/15

**co... [48]** 125/7 127/12
127/14 130/15 130/17
150/3 159/24 160/1
160/3 163/14 171/21
177/10 179/4 180/9
180/10 181/6 181/8
181/23 182/1 183/1
184/3 184/9 184/11
184/25 186/17 186/19
188/1 189/25 190/4
197/24 202/18 206/15
207/10 207/10 207/15
208/8 208/21 209/6
209/11 209/15 209/16
209/20 211/14 211/24
213/18 215/21 216/20
219/11

**co-conspirator [33]**
18/7 115/21 117/16
118/24 119/17 120/14
122/5 124/8 124/12
127/12 127/14 130/15
130/17 159/24 160/1
160/3 163/14 177/10
181/6 181/8 183/1
184/3 184/9 184/11
186/17 186/19 207/15
208/8 208/21 209/15
211/24 215/21 219/11

**co-conspirators [27]**
115/8 115/17 115/23
116/23 119/5 119/11
119/14 120/1 120/5
120/16 121/21 123/15
124/10 124/13 125/7
150/3 171/21 179/4
180/10 182/1 206/15
207/10 207/10 209/6
209/11 211/14 213/18

**co-conspirators' [1]**
181/23

**co-counsel [2]** 197/24
216/20

**co-defendant [1]**
202/18

**co-defendants [8]** 11/5
16/1 104/10 120/16
188/1 189/25 190/4
209/20

**co-venturer [1]** 209/16

**code [3]** 71/23 81/18
199/15

**coincidental [1]** 96/6

**collection [1]** 10/13

**College [1]** 126/25

**colloquy [1]** 224/8

**collusion [1]** 210/14

**COLUMBIA [1]** 1/1

**Columbus [1]** 43/19

**Columbus Day [1]**
43/19

**combined [1]** 202/12

**come [60]** 9/10 14/17
21/18 22/6 22/22 25/11
33/15 42/22 43/3 44/13
44/18 44/23 45/2 47/11
48/7 58/23 67/6 67/16
76/21 76/22 77/18
78/17 80/5 81/18 81/19
82/5 83/7 93/8 98/17
104/3 104/17 108/11
119/20 122/7 138/17
139/17 144/4 156/25
162/13 175/18 175/19
180/4 183/4 183/20
189/8 196/19 204/22
204/23 205/25 206/18
207/6 209/22 214/13
214/25 220/8 221/8
224/6

**comes [10]** 11/18 17/2
29/17 30/8 38/24 81/21
156/17 192/25 196/19
204/9

**comfort [1]** 170/18

**comfortable [1]** 225/4

**coming [10]** 34/14
58/20 81/13 105/11
110/3 113/1 135/3
173/10 179/9 179/9

**comitatus [1]** 79/6

**comment [1]** 169/11

**comments [12]** 83/23
108/5 167/5 167/12
167/13 167/18 167/21
172/9 173/4 174/24
175/25 176/14

**commit [4]** 99/17
110/17 112/2 128/17

**commitments [1]**
200/2

**committed [1]** 80/3

**committee [7]** 10/8
10/10 10/15 10/17
14/14 18/11 97/22

**Committee's [1]** 10/13

**common [2]** 78/19
208/21

**common-law [1]** 78/19

**communicate [3]**
119/22 169/15 171/15

**communicating [1]**
192/18

**communication [2]**
35/4 180/22

**communications [6]**
16/23 16/24 59/9 82/20
158/10 161/5

**company [4]** 56/9 57/2
141/1 221/21

**compare [1]** 23/7

**compel [6]** 10/14 18/13
21/13 74/5 115/5 140/5

**competent [1]** 13/1

**compilation [1]** 176/6

**Complains [1]** 174/6

**complete [2]** 21/18
143/21

**completed [1]** 142/5

**completely [3]** 9/4
94/12 101/11

**completeness [2]**
196/16 219/16

**complex [1]** 81/20
**complicated [3]**
168/15 220/10 220/16

**comply [1]** 157/13

**component [1]** 167/9

**components [1]**
166/19

**compressed [1]**
100/24

**compromised [1]**
17/13

**computer [5]** 4/7 8/3
8/4 46/5 68/25

**computer-aided [1]**
4/7

**conceded [1]** 77/10

**conceding [1]** 212/18

**concept [1]** 79/25

**concepts [2]** 220/21
220/25

**concern [7]** 55/5 58/16
61/6 115/20 128/15
166/8 222/6

**concerned [2]** 76/12
138/6

**concerning [2]** 20/15
180/10

**concerns [15]** 17/9
26/2 38/7 49/5 57/24
61/16 79/17 116/7
116/8 132/13 134/10
147/20 163/6 169/17
170/25

**conclude [2]** 78/5
154/10

**concluded [3]** 48/12
146/21 225/7

**concludes [1]** 155/6

**concrete [1]** 140/2

**concur [2]** 72/16
101/10

**conditioning [1]**
135/17

**conditions [4]** 83/10
135/23 136/1 136/4

**conduct [5]** 28/4
118/15 124/15 148/4
208/15

**conduct.' [1]** 99/20

**conducted [4]** 140/25
146/1 147/8 217/9

**conducting [1]** 141/4

**conducts [1]** 15/21

**confer [2]** 24/3 199/19

**CONFERENCE [3]** 1/9
5/24 105/10

**conferences [3]** 41/10
205/6 205/7

**confidences [1]**
223/12

**confidential [6]** 20/15
115/9 118/10 125/22
131/15 133/11

**confirm [6]** 20/19
54/12 134/3 141/23
142/7 143/8

**confirmed [3]** 88/18
95/20 121/6
**confirms [1]** 143/11

**conflate [1]** 195/10

**conflation [1]** 179/25

**conflict [4]** 55/18
114/15 221/11 221/11

**conflicts [1]** 200/10

**conforming [1]** 193/2

**confront [1]** 194/14

**confusing [1]** 195/14

**confusion [2]** 32/11
195/16

**congestion [1]** 44/25

**congresspeople [1]**
194/23

**connected [3]** 104/18
125/1 142/9

**connection [1]** 124/21

**consent [5]** 31/13
66/21 66/24 218/15
218/17

**consented [3]** 24/9
65/8 219/5

**consequence [1]**
60/14

**consider [10]** 17/3
17/5 17/5 22/13 60/13
71/3 123/2 159/20
159/23 163/13

**consideration [1]**
26/19

**considered [4]** 78/16
94/6 124/8 124/24

**considering [1]** 86/2

**consistent [11]** 13/8
14/12 166/12 167/21
173/17 173/20 176/19
193/24 201/2 220/21
220/25

**consistently [3]** 9/8
14/21 133/15

**conspiracies [11]**
15/19 116/11 116/24
117/1 117/25 121/14
126/7 210/13 210/16
210/17 211/15

**conspiracy [90]** 15/20
19/8 19/9 62/4 76/11
83/1 86/14 92/25 104/2
111/10 116/7 116/9
116/13 117/8 117/10
117/13 118/4 118/14
118/15 122/20 123/3
124/21 125/3 126/7
148/6 148/14 149/12
150/14 154/14 154/16
160/2 160/3 160/7
160/9 177/11 182/2
182/7 182/9 182/13
182/14 183/2 184/4
184/7 184/8 184/16
184/17 184/19 184/21
185/8 185/21 186/2
187/13 192/4 192/5
192/10 192/11 192/17
192/20 195/5 195/9
195/11 195/12 205/14
206/1 206/14 206/21
**confirming [1]** 120/21
209/4 209/18 209/22
210/4 210/8 210/8
210/21 210/23 211/20
211/25 212/3 212/7
212/8 212/10 212/12
214/7 214/10 214/17
219/10 220/17 220/17

**conspiracy's [1]** 185/6

**conspirator [34]** 18/7
115/21 117/16 118/24
119/17 120/14 122/5
124/8 124/12 127/12
127/14 130/15 130/17
159/24 160/1 160/3
163/14 177/10 181/6
181/8 183/1 184/3
184/9 184/11 186/17
186/19 192/14 207/15
208/8 208/21 209/15
211/24 215/21 219/11

**conspirators [30]**
115/8 115/17 115/23
116/23 119/5 119/11
119/14 120/1 120/5
120/16 121/21 123/15
124/10 124/13 125/7
150/3 171/21 179/4
180/10 182/1 184/25
192/11 206/15 207/9
207/10 207/10 209/6
209/11 211/14 213/18

**conspirators' [1]**
181/23

**conspire [1]** 100/9

**conspiring [1]** 100/9

**constantly [1]** 213/14

**constitute [1]** 75/18

**Constitution [3]** 4/4
44/14 44/18

**consult [1]** 197/1

**contact [1]** 12/21

**contacted [1]** 55/9

**contain [1]** 141/16

**contained [2]** 91/16
160/6

**containing [1]** 8/3

**contains [1]** 141/15

**contemplating [1]** 90/2

**contends [1]** 119/11

**contents [2]** 18/19
116/22

**context [14]** 72/6
162/14 163/25 164/4
166/5 166/24 176/4
180/15 183/21 187/3
187/10 219/22 220/5
220/9

**continuance [5]** 7/19
19/3 19/19 19/20 19/23

**continue [11]** 7/15
10/16 20/3 40/6 48/25
66/4 69/20 96/15 168/1
212/11 222/11

**CONTINUED [3]** 2/1
3/1 4/1

**contract [1]** 224/3

**contrast [1]** 141/5

# C

contributed [1] 116/6
convened [1] 97/22
convenient [1] 21/7
conversation [13]
63/14 99/3 102/18
107/22 163/13 166/25
184/18 195/4 196/3
197/17 203/17 205/16
215/21
conversations [1]
65/11
conveyed [1] 218/21
convict [1] 195/12
conviction [2] 19/19
81/25
convince [1] 210/11
cooperate [3] 155/12
155/13 155/17
cooperating [3] 104/9
119/13 155/22
coordinate [1] 202/3
coordinating [2] 152/7
202/11
copies [2] 21/3 132/14
cops [1] 168/8
copy [4] 21/11 60/10
140/18 141/17
correct [33] 11/9 24/22
30/21 37/2 37/2 38/15
51/2 51/11 51/15 56/11
56/17 58/14 76/6 110/8
113/13 133/7 136/23
164/10 164/12 166/15
178/20 179/24 182/19
184/5 187/1 188/21
192/15 199/11 204/15
212/2 222/16 224/21
226/3
corrected [1] 217/2
correctly [2] 180/6
192/4
correspondence [1]
89/7
corroborate [2] 153/6
204/4
cost [1] 9/20
couch [2] 172/5 172/23
could [79] 8/12 9/9
9/12 10/16 18/1 18/6
23/15 27/9 36/9 36/13
36/13 38/3 52/10 57/20
61/9 66/14 70/2 74/17
75/5 75/12 76/20 78/6
78/23 80/10 80/10
80/15 83/21 85/3 86/6
86/6 89/4 90/14 101/5
101/24 102/9 102/17
106/22 107/4 107/12
107/21 110/6 110/7
110/9 124/7 128/6
130/11 132/24 144/19
153/15 154/21 157/4
158/14 168/22 168/24
169/6 171/2 171/3
175/23 183/19 188/5
188/23 194/3 194/18
197/1 198/1 201/20

204/14 204/22 204/23
210/7 215/12 215/17
216/3 219/15 219/17
224/5
couldn't [4] 98/1 98/10
129/7 216/22
counsel [82] 5/20 6/25
7/3 7/15 8/6 12/8 13/1
13/6 13/17 14/19 15/1
15/2 15/5 21/3 21/4
21/6 21/8 24/2 25/7
32/17 35/5 36/12 38/3
38/24 39/19 40/24 41/3
42/3 46/10 46/12 47/8
49/17 54/8 54/11 54/12
54/22 56/1 88/13 89/10
89/13 89/15 90/1 90/6
90/12 90/17 90/20
91/11 91/19 92/16 93/5
93/20 94/11 94/19 95/3
95/5 95/15 95/16 96/25
97/2 97/11 105/7
105/19 105/20 114/15
120/6 125/18 146/19
147/23 148/10 149/3
152/18 160/18 160/21
190/11 197/2 197/24
200/13 201/19 209/21
210/11 216/20 218/9
counsel's [2] 67/20
107/6
count [1] 194/4
counter [1] 212/11
country [1] 149/10
counts [1] 15/12
couple [18] 6/4 11/9
13/21 25/24 26/6 46/11
53/2 54/9 54/19 61/15
97/24 113/5 169/22
200/20 202/12 208/11
216/21 219/7
course [23] 17/16
28/21 42/12 61/8 65/12
66/8 81/18 112/6
123/21 143/12 143/13
146/7 146/13 155/22
175/8 178/25 184/3
204/7 210/19 211/2
213/24 214/14 216/2
court [121] 1/1 4/2 4/3
12/15 13/8 19/18 19/20
19/22 21/9 21/11 21/20
23/7 24/10 26/4 26/19
27/15 29/15 29/15 31/8
31/11 31/11 31/18
36/19 38/23 41/8 46/13
49/20 50/11 51/11
51/25 54/20 54/24 55/9
55/25 57/13 57/18 58/1
59/16 63/1 63/3 63/7
63/10 66/20 66/23
72/12 73/2 73/6 78/24
79/9 79/12 79/16 80/9
80/20 80/21 81/1 81/1
81/3 82/10 82/16 85/5
87/8 87/10 88/11 88/18
94/7 94/9 98/14 98/22

101/10 101/12 101/14
101/17 102/9 105/21
107/4 107/11 107/21
108/1 110/11 111/18
112/15 118/9 119/5
126/14 128/25 132/17
134/20 134/21 140/18
146/4 147/23 148/9
149/1 149/3 150/1
153/21 155/6 156/11
156/13 157/24 158/2
196/23 197/4 198/13
200/13 200/13 206/19
208/9 210/12 212/16
212/24 213/11 214/4
219/4 221/12 222/20
223/20 225/6
Court's [13] 31/17
48/19 50/1 61/17 68/3
109/18 112/18 124/3
197/1 197/4 200/13
200/17 211/1
court-authorized [1]
66/20
courthouse [6] 8/11
25/16 42/14 44/9 44/12
44/15
courtroom [12] 6/17
7/7 28/1 28/4 28/5
30/16 32/9 35/23 37/11
37/17 38/12 38/16
covered [3] 21/1 21/12
218/24
COVID [3] 38/1 38/24
39/17
CR [5] 1/4 11/9 11/13
119/2 208/13
craft [1] 195/14
create [1] 15/2
created [6] 141/19
142/24 142/24 143/6
143/13 217/17
creates [3] 49/13
146/10 217/13
crime [3] 62/17 76/11
76/24
crimes [9] 62/23 63/1
63/6 63/8 77/1 80/3
81/10 81/13 211/13
criminal [7] 5/3 81/9
81/17 99/18 124/15
138/1 141/6
criminality [1] 124/14
Crisp [11] 2/14 2/14
5/15 25/14 25/21 26/12
35/7 164/17 190/25
191/23 195/21
crisplegal.com [1]
2/16
critical [1] 91/6
cropping [1] 96/8
crops [1] 71/10
cross [25] 40/4 49/23
54/3 54/13 61/10 68/12
68/20 68/24 70/1 70/5
83/22 106/15 137/22
138/20 139/12 139/21

189/12 189/15 189/18
189/22 193/5 200/24
cross-examination [13]
54/3 54/13 61/10 68/12
70/5 83/22 138/20
139/21 188/13 189/12
189/15 189/18 200/24
cross-examine [8]
40/4 68/24 70/1 106/15
137/22 139/12 140/2
188/13
cross-examining [2]
49/23 68/20
crowd [1] 178/9
CRR [2] 226/2 226/8
CSO [1] 37/5
cumulative [1] 150/10
curative [1] 195/15
cure [1] 17/9
currently [1] 57/5 72/3
72/4
custodian [1] 64/14
custodians [1] 201/9
custody [2] 65/19 67/2
cut [1] 67/15

# D

D.C [8] 1/5 1/16 3/4 3/9
4/5 15/5 58/14 121/11
D.C. [2] 31/4 31/21
D.C. Circuit [2] 31/4
31/21
daily [1] 91/21
Dallas [3] 2/4 2/8
102/10
danger [1] 154/13
dark [1] 173/9
data [1] 133/17
database [8] 141/15
142/21 143/1 143/2
143/7 143/9 144/12
144/17
databases [8] 9/19
141/23 142/8 143/16
143/17 143/20 144/5
145/9
date [18] 12/9 14/20
20/6 22/5 22/20 64/5
73/9 85/12 90/9 93/13
101/4 203/13 205/13
205/15 206/21 211/20
212/7 226/7
dates [2] 12/8 66/21
135/9
Dave [1] 21/7
David [2] 3/16 5/16
dawned [1] 92/17
day [31] 1/7 6/6 12/19
19/20 36/15 37/5 38/6
40/6 41/21 41/22 42/14
43/19 43/21 43/22
43/24 53/20 63/1 63/2
63/7 63/10 89/25 110/2
110/5 116/9 121/4
171/16 192/19 215/1
215/13 215/16 216/5
days [19] 5/24 13/24

189/13 36/9 36/20
37/19 37/21 41/9 43/15
53/2 91/10 95/21 96/3
126/3 148/14 156/14
202/21 216/22
dead [2] 190/5 190/16
deadline [6] 11/18
14/17 23/1 24/11 52/1
94/14
deal [5] 6/4 6/15 56/5
109/2 211/1
dealing [4] 42/16 43/2
98/2 185/18
dealt [1] 7/16
debate [1] 209/21
December [1] 11/12
December 10th [1]
11/12
decide [2] 76/8 167/14
decided [3] 15/6 27/5
91/18
decides [1] 198/11
decision [3] 31/4 73/8
78/21
decisioned [1] 135/13
decisions [1] 200/21
declarant [5] 179/6
187/18 188/14 189/24
211/22
declarants [2] 174/1
174/5
declares [1] 17/21
declined [1] 120/1
declining [1] 120/8
deep [1] 78/25
defendant [48] 2/2
2/13 3/2 3/11 3/15 5/4
5/5 5/5 5/6 5/6 5/10
5/12 5/14 5/15 5/16
5/19 8/19 11/22 17/8
19/13 19/21 19/23
31/10 39/16 40/5 40/24
50/18 50/20 50/23
50/25 58/18 67/8 67/12
67/14 76/20 81/10
89/18 99/17 99/18
120/16 124/5 202/18
202/19 206/19 207/1
207/21 210/12 219/10
Defendant Meggs [1]
120/16
Defendant Watkins [1]
5/15
defendant's [3] 67/8
206/12 207/7
defendants [97] 1/7
5/17 6/21 8/21 8/23
9/19 9/21 11/5 11/16
14/22 15/19 16/1 17/2
17/4 17/7 18/21 20/5
27/13 31/13 31/16 32/2
35/1 36/6 39/2 39/8
39/15 42/3 42/12 49/6
54/5 60/20 60/21 61/4
61/8 62/1 62/3 64/8
65/6 65/7 70/25 71/16
71/17 80/11 80/12
80/13 80/16 82/3 82/4

**defendants...** [49]
82/20 88/10 89/25 90/6
90/24 91/3 91/4 93/25
94/19 99/8 99/23 104/2
104/10 104/23 104/25
105/11 105/20 106/24
120/16 122/3 126/23
129/25 147/4 147/11
148/3 159/11 159/12
160/11 161/21 163/5
171/22 172/13 177/2
177/7 179/15 181/25
183/4 188/1 189/3
189/9 189/13 189/19
189/21 189/25 190/4
209/19 209/20 217/24
220/8

**defendants'** [5] 7/10
79/25 99/10 105/2
127/7

**defender** [1] 35/4

**defense** [154] 6/25
12/12 16/7 17/12 17/16
18/23 20/19 31/2 32/18
34/25 37/5 38/2 39/1
39/14 39/19 39/22
49/23 49/24 51/11
55/11 56/1 62/5 62/7
63/3 64/3 64/20 64/25
67/15 71/5 72/1 72/9
73/16 73/16 73/19
74/23 74/25 76/23 77/1
77/7 77/11 78/14 79/20
80/1 80/24 81/12 81/14
81/16 82/11 82/15
83/22 84/8 84/9 86/6
86/12 86/24 86/25 87/6
87/11 88/2 88/16 88/22
88/24 89/10 89/13
89/15 90/1 90/17 90/20
91/12 91/19 92/16
93/20 94/19 94/21 95/6
95/15 97/3 97/7 97/8
97/11 99/5 99/12 99/16
101/24 103/10 105/7
105/8 105/20 106/4
107/5 107/8 107/16
107/17 107/20 109/1
111/4 111/7 111/16
111/18 111/24 113/8
118/10 120/6 120/13
122/16 123/8 123/17
123/19 124/1 124/18
124/23 125/17 126/16
126/24 128/11 129/12
130/9 136/17 141/7
144/3 145/2 146/19
147/19 148/8 148/21
149/12 151/2 156/15
160/18 160/20 161/3
161/8 167/16 203/6
203/8 203/11 203/12
203/14 203/21 203/23
203/24 204/2 204/8
209/21 210/11 213/2
217/11 217/14 219/15
219/20 219/22 220/4

**defense's** [4] 89/7
101/25 148/7 205/14

**defenses** [2] 15/25
16/3

**defensive** [2] 85/4
95/17

**defer** [6] 21/9 50/18
50/21 50/24 51/11
63/13

**defies** [1] 135/16

**defines** [1] 207/10

**definitely** [2] 90/3
204/16

**definition** [5] 15/20
79/8 170/7 190/8
191/20

**definitive** [1] 210/20

**degree** [1] 16/18

**degrees** [1] 205/11

**delete** [1] 90/6

**deleted** [1] 90/24

**deleting** [1] 92/19

**deletion** [6] 90/1 90/9
90/11 93/2 93/3 93/4

**deliberating** [5] 31/25
33/14 34/11 34/15 86/7

**deliberations** [1] 80/23

**delineation** [1] 142/15

**deliver** [1] 63/10

**delivering** [1] 9/18

**demands** [1] 22/13

**demonstrate** [2] 171/2
171/3

**demonstrative** [1]
52/21

**denied** [7] 11/17 17/15
19/18 19/20 19/23 20/6
119/24

**department** [8] 142/13
142/17 143/20 144/10
145/10 146/10 146/15
155/18

**depending** [3] 114/11
220/9 224/25

**Depends** [1] 25/19

**deploying** [1] 148/16

**deprive** [1] 19/3

**describe** [2] 59/6 59/24

**describes** [1] 133/10

**describing** [2] 178/9
184/20

**designate** [2] 40/4 54/5

**designated** [3] 40/4
41/15 64/15

**designation** [1] 64/3

**designed** [2] 185/5
185/10

**desire** [7] 68/2 68/3
101/6 118/16 148/8
151/2 219/2

**detail** [2] 130/3 149/16

**details** [5] 6/11 44/24
149/19 149/21 209/5

**detained** [1] 202/19

**detention** [1] 152/19

**determination** [1]
131/8

**determinative** [1]
212/9

**determine** [2] 88/10
214/1 214/5

**detour** [1] 96/25

**developments** [1] 19/4

**devices** [2] 37/14
37/16

**dialed** [1] 199/3

**dialogue** [2] 158/11
203/14

**dicta** [2] 31/6 31/19

**did** [59] 20/17 20/18
21/24 31/16 33/23
35/10 35/11 57/7 57/14
65/25 68/8 68/22 68/24
69/3 70/1 75/1 75/4
75/15 88/8 88/9 90/7
94/25 99/3 100/4 100/8
106/5 110/5 110/7
116/14 116/16 119/25
121/6 121/8 127/6
129/6 129/21 132/15
133/24 136/6 136/8
149/22 150/18 152/4
152/22 153/12 167/13
170/2 176/6 176/6
193/7 200/8 201/21
204/6 204/20 212/11
217/6 221/12 221/13
223/8

**did you** [2] 94/25
149/22

**didn't** [25] 10/25 16/13
16/19 23/14 31/18 35/9
49/25 57/23 68/24
68/25 69/1 73/6 78/24
94/13 94/15 97/25
100/3 105/7 108/21
121/2 127/13 127/25
139/8 205/14 220/14

**difference** [3] 17/1
139/7 142/22

**different** [18] 15/19
40/6 44/23 47/6 74/8
100/12 122/16 132/18
144/10 155/10 159/10
163/12 163/19 175/17
188/10 199/15 206/21
220/7

**differently** [2] 49/18
136/20

**difficult** [4] 70/4 101/3
141/24 202/23

**difficulty** [1] 27/10

**dire** [3] 27/9 28/5 29/19

**direct** [4] 8/16 16/11
39/16 39/20

**directed** [4] 74/20
87/22 90/6 221/25

**directing** [5] 112/24
166/21 170/20 195/8
195/10

**direction** [5] 82/10
82/11 113/3 193/24
194/2

**directions** [4] 171/4
173/21 176/20 193/2

**directly** [5] 5/19 7/18
33/19 44/17 141/10

**disagree** [3] 78/13
126/9 129/5

**disagreement** [1]
129/8

**disappear** [1] 97/23

**disbarment** [1] 222/21

**disbarred** [2] 222/2
222/24

**disciplined** [1] 222/10

**disclose** [15] 20/18
57/12 105/8 109/6
120/8 126/6 127/6
127/25 128/16 129/6
153/22 156/9 156/10
217/5 217/16

**disclosed** [14] 13/14
14/8 118/10 123/13
127/5 127/6 127/14
128/4 128/19 128/21
129/2 134/6 151/14
216/16

**disclosing** [5] 46/15
59/15 73/13 105/12
127/20

**disclosure** [1] 140/5

**disclosures** [2] 14/11
118/21

**discoverable** [2] 147/7
149/2

**discovery** [51] 7/20
7/23 8/3 8/12 8/17 8/19
8/24 9/1 9/3 9/6 9/10
9/14 9/16 9/18 9/20
12/20 12/23 12/25 14/1
14/2 14/3 14/7 14/9
14/20 14/21 15/9 18/9
35/9 55/23 65/25
108/18 111/8 111/16
115/5 117/4 123/19
123/21 124/3 124/23
129/20 138/1 143/17
144/17 146/14 147/10
148/18 152/5 196/25
216/4 216/9 217/7

**discrepancy** [1]
131/23

**discretion** [1] 146/21

**discuss** [9] 7/7 47/2
47/4 48/11 57/7 58/5
100/25 203/14 214/23

**discussed** [7] 50/10
52/3 72/23 73/19
116/15 131/17 220/14

**discussing** [1] 208/12

**discussion** [9] 24/6
25/12 41/7 64/24 71/9
90/8 158/11 175/7
213/4

**discussions** [4] 27/21
66/5 105/15 158/15

**disparity** [3] 15/11
16/10 17/9

**disperse** [1] 84/2

**disposed** [1] 90/25

**disputable** [1] 172/9

**dispute** [4] 62/21 62/22

**disputed** [1] 61/15

**disputes** [2] 23/21
205/4

**disregard** [1] 214/11

**disrupt** [1] 126/25

**disseminating** [1]
154/4

**distance** [1] 134/16

**distanced** [1] 24/5

**distinct** [4] 15/25 16/2
16/8 19/25

**distribution** [1] 9/13

**DISTRICT** [7] 1/1 1/1
1/10 12/13 12/15 31/11
31/17

**District Court's** [1]
31/17

**do** [154] 6/16 7/5 8/21
12/20 16/15 22/4 22/12
23/8 23/22 23/23 25/5
25/12 25/20 26/7 27/4
27/5 27/20 27/25 29/22
33/3 34/7 34/12 35/19
35/20 37/12 37/13 38/5
39/8 39/19 39/24 41/11
42/8 42/18 44/7 45/16
46/14 48/1 50/12 50/14
50/21 53/16 54/7 55/1
56/10 57/10 57/14
57/18 57/23 59/13 60/9
60/19 67/1 67/5 67/19
69/1 69/2 71/1 73/7
74/15 77/10 80/19
80/22 81/7 81/14 84/6
84/19 85/2 85/8 86/22
87/4 87/12 88/19 91/5
92/10 93/22 96/14
100/4 100/9 100/20
100/20 101/14 102/7
102/10 102/11 104/14
104/24 105/16 106/2
107/1 107/20 110/2
110/7 111/7 112/5
112/11 117/12 117/13
117/20 120/1 126/4
127/23 128/14 128/24
130/25 131/10 132/17
133/23 137/2 137/20
137/23 141/22 144/19
146/15 148/15 149/8
149/24 150/24 153/6
153/9 153/13 154/14
156/11 158/5 159/14
161/1 161/9 163/24
166/7 167/18 170/11
170/20 181/3 183/9
184/22 185/25 188/13
192/2 192/24 195/8
195/8 195/11 197/15
198/9 198/11 198/17
202/10 205/17 212/19
215/17 218/3 221/7
223/25 224/1 224/2

**do you** [2] 137/2 161/9

**do you have** [2]
149/24 224/1

**do you know** [2] 57/14

**D**

do you know... [1] 159/14

do you think [1] 117/20

DOC [1] 8/22

document [19] 21/22 35/12 126/12 126/13 126/14 133/25 134/3 140/10 140/13 140/16 140/20 140/21 141/14 141/20 143/6 144/9 151/3 154/9 217/15

documentary [1] 106/16

documented [1] 130/7

documenting [2] 133/14 217/10

documents [17] 59/8 65/17 65/20 69/12 132/13 134/20 141/10 141/13 141/16 151/16 152/2 152/25 155/11 155/18

does [44] 10/12 13/5 17/19 25/1 27/15 41/18 50/23 51/8 56/10 58/13 58/23 67/19 69/12 75/10 79/4 139/7 140/12 141/16 142/1 142/8 142/12 142/22 143/12 146/9 147/15 158/18 159/20 159/23 160/5 169/22 175/3 176/3 178/1 183/20 186/4 188/17 189/8 189/11 192/19 193/15 197/20 198/7 221/19 221/25

doesn't [35] 13/12 14/8 16/2 18/13 70/24 78/21 92/4 92/5 92/6 93/8 102/20 117/15 134/1 134/2 136/12 137/12 138/4 138/5 143/8 143/11 145/24 149/15 155/16 156/5 167/2 171/17 173/6 174/13 183/16 188/22 189/24 208/23 209/5 216/9 222/3

doing [33] 37/23 37/25 47/22 47/23 57/5 62/3 70/7 84/24 86/10 116/15 121/4 150/22 156/15 165/6 166/4 166/9 167/25 167/25 175/2 175/2 178/13 179/8 179/8 183/18 184/12 184/20 186/7 186/11 198/21 222/3 222/4 222/15 223/3

DOJ [2] 97/22 108/18

dome [2] 166/17 173/20

don't [206] 7/2 9/11 9/15 13/5 16/14 17/13

25/20 25/23 26/5 26/9 26/16 30/11 33/17 34/22 36/11 38/6 39/7 39/17 40/13 41/2 41/5 41/8 41/13 44/21 44/23 45/10 46/18 46/21 47/19 47/25 48/19 49/12 52/7 53/7 55/19 56/3 56/20 56/20 59/21 60/4 60/5 60/6 60/8 60/9 60/24 60/25 60/25 60/25 63/4 63/8 63/15 65/22 66/10 67/13 68/12 69/21 72/11 76/20 77/13 77/17 77/19 79/9 79/13 84/24 85/18 88/8 88/14 88/21 89/21 91/15 91/15 94/15 96/4 96/5 96/17 97/10 98/21 99/22 100/19 100/25 102/1 102/15 103/19 103/24 104/13 106/10 109/11 110/19 111/7 112/7 112/23 112/24 113/3 113/6 114/12 114/19 115/16 116/11 118/19 119/5 119/8 119/18 119/23 122/4 122/13 122/25 123/9 125/4 125/14 125/16 125/16 126/11 127/13 127/16 127/18 128/6 128/17 128/22 130/8 130/9 134/5 134/18 134/18 135/6 137/3 137/6 137/15 138/9 140/12 140/21 141/12 141/12 141/23 142/6 142/19 143/11 143/17 143/18 143/25 144/4 144/13 144/13 145/10 145/10 145/20 145/25 146/1 146/2 149/5 151/25 152/2 152/25 153/11 153/21 154/7 154/17 155/3 155/5 161/20 162/19 164/24 165/6 166/3 167/5 167/11 169/23 170/13 172/13 174/24 176/2 178/18 182/17 183/15 183/22 190/10 190/16 190/25 191/10 192/23 192/24 193/3 196/8 197/14 201/8 201/25 202/1 203/18 208/17 211/5 213/14 214/10 215/6 215/24 218/2 218/14 219/12 220/18 221/2 221/7 221/16 223/25 224/6

done [31] 28/15 34/10 35/21 45/15 57/4 59/18 59/21 60/6 73/24 85/7 97/22 99/25 101/15 102/5 102/11 106/5

147/25 150/25 171/22 175/13 195/7 198/19 199/6 213/19 219/24 220/10 221/21 224/7

door [2] 28/4 140/7

double [1] 23/8

double-up [2] 23/8

doubled [1] 19/7

doubt [3] 102/8 165/22 207/25

doubting [1] 133/8

Douyon [1] 34/6

dovetails [1] 146/5

down [24] 24/17 33/21 34/24 38/2 38/3 38/3 38/24 39/16 39/23 40/5 45/3 50/4 54/7 68/16 77/3 132/3 151/3 169/16 181/18 197/10 204/5 204/16 204/17 206/2

downloaded [1] 22/1

downstairs [1] 37/11

dozens [8] 109/11 109/11 109/12 119/10 119/10 120/4 120/4 220/6

draft [3] 64/3 102/16 203/10

drain [2] 165/13 178/15

draw [1] 216/6

dressed [1] 42/4

drill [1] 206/2

drive [3] 3/12 8/3 8/5

drop [1] 200/16

drug [4] 19/8 19/9 67/11 184/12

due [1] 17/18

during [19] 7/12 21/13 26/3 28/21 38/1 49/21 80/22 82/25 104/2 112/6 150/13 166/11 170/8 175/20 199/6 206/14 219/10 220/15 220/15

duties [1] 222/12

**E**

each [23] 7/8 17/2 23/5 26/20 28/23 28/24 29/11 32/3 33/20 33/21 34/2 36/2 40/24 40/24 41/25 45/23 50/13 67/17 124/5 186/14 213/8 214/1 217/1

earlier [10] 105/18 109/22 110/2 169/23 174/8 207/15 211/8 211/17 215/10 217/3

early [4] 42/21 111/10 116/2 152/17

easier [4] 15/8 33/4 33/9 171/2

easily [1] 15/14 132/24 169/15

east [1] 130/6

Eastern [4] 12/13

easy [2] 194/10 209/20

ECF [7] 7/16 11/4 18/1 20/3 20/4 87/1 99/6

ECF 213 [2] 87/14 99/6

ECF 307 [2] 11/4 20/4

ECF 308 [1] 18/1

ECF 309 [2] 7/16 20/3

Edmund [1] 3/2

Edward [3] 2/10 5/7 5/10

Edwards [1] 5/8

edwardtarpley [1] 2/12

effect [10] 162/25 164/5 165/4 167/1 167/8 176/20 179/10 186/25 187/10 207/1

effective [1] 187/2

effectively [2] 19/23 180/15

efficient [2] 33/25 151/1

effort [2] 23/5 206/8

eight [2] 108/22 213/19

eighth [1] 92/22

either [14] 17/24 22/11 33/12 52/16 66/23 72/21 81/16 83/21 114/19 114/20 117/4 124/24 160/6 223/12

election [3] 62/3 62/7 211/8

Electoral [1] 126/25

electronic [9] 8/18 8/24 9/1 16/24 18/9 37/14 37/15 45/25 103/22

elements [3] 189/10 213/23 214/2

Eleventh [1] 99/14

Eleventh Circuit [1] 99/14

elicit [2] 88/7 184/18

elicited [1] 21/12

Ellipse [2] 151/20 169/8

ELMER [3] 1/6 2/2 5/4

else [23] 14/4 16/17 45/8 63/16 88/14 92/12 112/8 127/8 127/23 128/6 145/24 146/5 151/24 162/17 167/4 168/10 175/10 179/2 186/4 194/16 198/1 198/25 224/14

email [13] 1/17 1/18 2/5 2/9 2/12 2/16 3/5 3/10 3/14 3/19 55/13 56/23 103/5

emailed [2] 90/4 203/24

emailing [1] 217/1

emails [3] 216/20 216/20 216/21

Emily [1] 56/9 56/11 56/20

Emily Lambert [3] 56/9 56/11 56/20

Empie [1] 3/17

employee [2] 221/22 221/23

employment [1] 22/13

enable [1] 8/23

enacted [4] 73/21 73/22 77/24 78/2

encounter [1] 193/10

encountered [1] 195/24

encourage [1] 107/9

encouragement [2] 173/21 185/25

end [10] 6/15 27/18 44/1 53/20 63/13 64/21 137/23 137/24 145/14 212/6

ended [1] 212/12

endorse [1] 48/15

enforcement [3] 41/18 99/16 158/21

engage [1] 9/10 166/6 213/3

engaged [3] 124/15 152/1 221/21

engaging [3] 84/17 99/19 222/12

enough [7] 6/20 12/15 12/18 22/21 114/13 190/18 209/21

ensure [4] 8/25 109/6 189/10 223/10

enter [3] 13/20 16/13 16/20

entered [2] 7/23 193/8

enterprise [1] 100/12

enters [1] 29/12

entire [3] 72/2 168/4 191/18

entirely [4] 74/10 84/9 167/21 176/19

entirety [1] 72/18

entities [1] 146/2

entitled [1] 110/15

entitlement [1] 8/16

entity [1] 141/1

entrance [3] 44/15 44/16 44/23

entrances [1] 44/12

entrapment [4] 87/15 94/22 94/23 99/12

envisioning [1] 203/3

equipment [1] 199/7

error [1] 10/10

errors [1] 11/10

escaped [1] 115/25

essentially [5] 35/22 39/23 40/23 62/14 207/17

establish [11] 67/17 69/15 150/12 162/1 169/21 172/8 192/23 193/1 193/4 193/23 214/16

established [1] 194/3

estimate [1] 52/1

estimation [1] 174/11

estoppel [4] 87/15

**estoppel... [3]** 94/22 94/23 99/12
**et [6]** 1/6 96/25 146/20 166/18 166/18 216/12
**et cetera [4]** 96/25 146/20 166/18 216/12
**ethical [1]** 222/8
**evaluate [3]** 137/1 138/9 138/13
**evaluation [1]** 17/7
**evasion [1]** 77/1
**even [45]** 11/24 12/1 17/1 17/10 17/23 37/20 38/19 39/17 46/22 47/14 63/5 63/5 75/15 89/21 102/14 102/23 106/23 140/5 144/14 157/20 163/11 165/11 166/11 167/6 170/10 172/22 172/25 176/20 177/23 178/13 178/18 178/23 179/6 183/10 185/7 191/16 192/11 193/14 195/14 196/11 200/3 201/6 206/18 210/24 222/3
**evening [2]** 116/1 116/2
**event [4]** 119/9 148/24 151/20 164/17
**events [10]** 116/19 142/9 146/16 148/9 149/9 149/9 149/10 149/25 150/2 150/17
**ever [7]** 47/25 51/7 108/16 108/18 111/19 130/1 214/12
**ever-growing [1]** 108/16
**every [19]** 15/4 17/14 36/15 37/5 42/14 61/23 104/17 119/20 119/24 128/2 128/4 128/22 147/24 151/3 201/20 206/8 210/12 216/5 216/13
**everybody [23]** 6/7 21/24 24/18 27/3 32/9 41/10 43/4 43/7 48/9 64/12 98/17 103/6 109/7 119/16 125/15 158/5 158/6 175/10 206/7 207/22 208/2 215/25 224/24
**everybody's [2]** 69/23 178/11
**everyone [14]** 5/21 21/2 37/22 40/22 98/19 99/1 99/2 104/7 151/24 157/22 158/4 168/10 186/4 198/25
**everyone's [1]** 202/15
**everything [10]** 63/16 99/24 101/15 102/11 117/13 133/5 156/15 169/13 169/13 179/2
**evidence [85]** 10/14

13/16 14/7 15/11 16/11 16/15 16/16 16/19 17/2 17/4 17/5 17/7 17/10 20/15 42/2 43/1 45/12 45/25 46/4 62/18 62/19 65/3 65/5 65/13 65/23 66/7 66/19 67/21 70/14 72/8 72/19 76/16 80/1 82/14 82/16 83/25 84/1 84/12 84/14 87/1 93/1 93/5 93/8 94/8 94/14 95/14 103/17 104/6 104/7 106/16 110/25 111/1 111/2 122/13 122/14 150/8 150/12 152/6 152/9 155/21 162/1 167/12 167/19 169/20 169/20 169/23 169/25 172/18 176/21 177/19 188/9 194/7 194/16 201/1 201/9 203/21 210/9 210/9 212/10 213/12 214/8 214/19
**evidentiarily [1]** 82/13
**evidentiary [8]** 6/14 43/2 80/11 115/4 159/4 196/2 205/4 211/3
**evolved [2]** 11/21 93/1
**ex [2]** 97/5 125/19
**ex-parte [1]** 97/5
**exactly [7]** 44/22 44/24 55/7 101/5 174/23 193/12 224/4
**examination [14]** 39/20 54/3 54/13 61/10 68/12 70/5 83/22 138/20 139/21 188/13 189/12 189/15 189/18 200/24
**examine [8]** 40/4 68/24 70/1 106/15 137/22 139/12 140/2 188/13
**examining [1]** 49/23 68/20
**example [23]** 22/17 28/25 40/3 83/7 84/2 121/9 121/23 126/11 127/11 135/13 147/21 148/8 170/1 178/1 178/1 184/9 184/10 197/9 205/12 206/16 208/13 208/16 209/18
**examples [2]** 208/11 209/13
**except [7]** 16/3 37/23 65/7 77/1 96/15 114/19 164/2
**exception [8]** 36/9 41/15 178/19 187/23 187/25 188/20 189/24 209/15
**exceptions [4]** 37/24 41/16 81/18 204/23
**excerpt [1]** 71/23
**excerpts [1]** 158/11
**exchange [1]** 33/22

**exchanged [3]** 13/14 34/1 34/5
**exclude [4]** 22/13 22/16 22/18 22/24
**exclusive [1]** 34/25
**exclusively [1]** 83/6
**exculpatory [17]** 10/9 17/22 17/23 18/8 74/9 117/11 117/15 121/24 121/25 122/18 123/25 126/19 128/19 205/20 206/12 206/13 206/20
**excuse [4]** 16/22 29/6 70/11 181/24
**exegesis [1]** 85/18
**exercise [2]** 19/24 97/13
**exhaustive [1]** 84/24
**exhibit [10]** 52/17 64/3 65/2 66/17 70/12 176/6 203/6 203/19 203/23 224/19
**Exhibit 3000 [1]** 65/2
**exhibits [21]** 6/16 13/11 13/13 52/22 63/12 63/13 63/14 64/4 64/19 64/20 157/21 199/22 201/22 203/2 203/4 203/16 204/6 204/11 204/16 205/11 215/22
**exist [9]** 17/10 18/8 131/5 141/10 142/8 143/8 143/11 143/12 154/8
**existed [2]** 105/4 212/13
**existence [3]** 141/18 141/21 142/25
**exists [1]** 123/23
**expect [6]** 10/25 49/7 49/8 155/2 161/9 202/3
**expectation [1]** 44/8
**expectations [1]** 99/10
**expected [1]** 17/20
**expecting [1]** 127/18
**expects [1]** 59/19
**experience [2]** 13/20 46/24
**expert [5]** 12/22 14/16 14/17 45/25 205/20
**explain [3]** 65/22 138/16 224/4
**explained [2]** 134/9 134/17
**explanation [1]** 72/6
**explanations [1]** 16/4
**explicit [1]** 224/4
**explicitly [1]** 223/12
**expressed [1]** 116/8
**expressly [1]** 120/9
**extends [1]** 149/13
**extent [26]** 7/8 12/17 28/18 60/24 64/7 66/22 70/19 71/4 76/16 100/16 124/20 131/1 143/18 145/2 151/12

170/1 170/24 173/25 182/18 182/20 183/19 193/11 212/12
**extra [4]** 34/4 36/10 36/20 101/2
**extraordinary [1]** 9/20
**extreme [1]** 10/10
**extremely [1]** 13/1
**eye [2]** 172/24 173/22
**eyes [3]** 133/18 133/21 173/23

F

**F-ing [2]** 163/9 165/12
**F.2d [3]** 19/2 19/17 31/15
**F.3d [1]** 31/5
**face [3]** 130/11 195/13 206/4
**facet [1]** 186/11
**facie [2]** 214/6 214/17
**facilitate [2]** 25/12 202/13
**facilities [2]** 14/25 59/9
**facility [3]** 8/4 8/20 8/25
**facing [3]** 18/2 46/5 46/5
**fact [27]** 17/6 17/17 17/25 55/1 57/21 59/16 69/3 78/15 81/10 116/10 116/16 120/6 139/13 141/8 144/21 144/25 145/23 150/11 150/14 156/3 164/25 178/21 178/22 190/9 190/11 192/7 212/11
**factor [1]** 212/9
**factors [1]** 74/12
**facts [11]** 18/25 78/17 83/2 154/20 155/14 184/11 192/23 193/15 194/3 194/18 198/23
**factual [2]** 83/5 179/1
**factually [1]** 19/25
**failure [1]** 19/3
**fair [12]** 17/11 17/12 28/12 37/19 39/17 41/23 97/6 103/21 170/17 178/7 186/5 221/4
**fairly [4]** 83/20 103/20 103/21 174/21
**fairness [1]** 97/8
**faith [6]** 10/1 23/4 23/6 23/7 94/6 213/21
**falls [2]** 100/5 163/2
**false [3]** 7/21 9/3 14/20
**familiar [5]** 91/20 126/14 191/13 211/2 222/22
**familiarity [1]** 125/21
**families [1]** 59/4
**family [3]** 7/10 36/5 48/23
**far [13]** 13/15 16/8 30/22 49/21 49/23

174/21 130/15 130/21 138/3 138/5 155/15 173/23 215/7
**fashion [2]** 66/3 132/14
**fast [1]** 102/11
**FBI [24]** 112/16 112/20 115/11 124/3 124/5 124/19 133/10 133/13 133/24 134/10 135/15 135/17 136/12 137/21 137/22 139/13 140/3 143/16 145/9 146/3 146/5 147/3 147/9 148/22
**fear [1]** 142/2
**feature [1]** 74/24
**featured [1]** 58/19
**February [1]** 11/14
**federal [1]** 99/16
**fee [3]** 54/24 224/1 224/3
**feel [3]** 148/25 171/1 199/23
**feelings [1]** 39/5
**Fees [1]** 223/23
**feet [1]** 218/25
**ferried [1]** 219/17
**few [5]** 26/11 37/19 37/21 64/23 84/6 123/4 125/25 127/3 132/4 148/13 148/14 157/20 183/14 202/21 215/8
**fewer [1]** 16/11
**fide [1]** 55/11
**field [1]** 109/8
**Fifth [13]** 107/6 107/10 108/4 108/8 108/12 109/3 109/5 109/16 110/9 113/15 113/23 190/18 190/21
**Fifth Amendment [9]** 107/6 107/10 108/4 108/8 108/12 109/3 109/5 109/16 113/15
**fight [1]** 155/2
**figure [10]** 23/13 34/13 42/8 42/11 49/19 130/16 145/8 161/23 218/18 220/2
**file [11]** 11/21 13/4 86/24 88/17 94/25 96/18 100/21 114/6 114/7 124/5 176/2
**filed [17]** 6/5 13/7 19/14 54/21 79/19 84/16 88/14 94/17 94/20 94/21 111/24 115/25 116/1 119/2 115/6 158/6 182/5
**files [10]** 65/24 66/2 111/19 124/3 124/6 124/19 129/25 130/10 146/19 147/4
**filing [5]** 11/21 11/25 103/7 103/9 180/18
**filings [3]** 66/13 68/9 118/13
**fill [1]** 37/7

**F**

filling [1] 168/9
final [5] 107/25 200/21
213/16 221/6 222/21
finalize [1] 217/9
financially [1] 60/6
find [10] 19/15 57/17
63/25 98/1 113/9
122/22 124/23 144/5
148/10 188/3
findings [2] 111/22
111/23
fine [11] 36/22 38/16
45/20 54/6 55/10 61/4
96/20 151/7 159/3
159/3 192/25
finish [3] 26/16 53/5
91/4
firm [3] 9/6 55/15 77/4
first [73] 11/7 11/17
15/11 15/16 16/6 20/12
26/11 27/6 28/1 28/13
28/25 30/4 30/24 30/25
32/11 32/13 33/2 33/4
33/5 33/10 33/13 33/14
34/17 35/9 36/1 36/10
36/14 37/1 37/4 37/6
37/19 37/21 43/5 48/16
49/4 51/3 51/7 52/25
54/1 61/16 63/16
65/16 76/4 82/17 83/14
83/16 91/10 92/22
105/18 110/5 115/16
116/21 117/16 122/11
125/18 164/21 169/10
171/10 179/13 179/23
180/1 180/5 182/2
182/5 185/13 188/7
188/19 198/18 199/3
199/5 201/4 203/10
219/8
First Amendment [3]
16/6 48/16 49/4
Fischer [6] 3/16 3/16
5/16 26/1 73/2 196/7
Fischer's [1] 196/4
fischerandputzi [1]
3/19
fit [1] 171/7
five [6] 49/10 95/21
101/9 159/11 200/5
200/15
flag [8] 23/21 47/20
47/20 49/1 54/20 89/4
107/10 221/12
flagged [4] 54/20 89/10
97/12 107/8
flagging [1] 47/6
flat [1] 7/21
flat-out [1] 7/21
flatly [1] 75/14
fleet [1] 165/17
flesh [5] 79/21 101/5
106/4 110/1 110/9
fleshed [3] 89/9 105/16
219/17
Florida [3] 118/5
148/16 149/9

focus [3] 121/9 146/14
181/4
focused [2] 149/11
149/13
folder [2] 55/10 65/25
folks [15] 23/22 36/13
37/6 86/8 90/18 93/22
109/4 113/14 124/7
126/18 160/7 182/12
184/17 207/17 209/6
follow [9] 28/16 28/19
29/24 38/9 68/19 81/23
112/11 115/12 166/24
follow-up [5] 28/16
28/19 29/24 38/9
115/12
following [13] 28/8
28/9 35/13 39/12 62/2
62/7 66/19 90/14 90/16
149/25 171/16 176/19
177/21
follows [4] 31/8 31/24
81/9 131/1
foolish [1] 113/4
footnote [3] 15/16 31/6
31/7
force [4] 62/1 62/6 75/2
75/18
forced [1] 125/5
forces [1] 202/12
foregoing [1] 226/3
foregone [1] 210/14
foremost [2] 11/17
20/12
forgive [4] 118/19
126/21 127/3 181/20
forgot [1] 120/19
form [27] 114/18 115/2
123/22 131/17 132/2
141/14 141/16 141/18
141/18 141/23 142/2
142/4 142/5 142/7
142/8 142/12 142/12
142/14 142/20 142/24
143/8 144/1 145/1
145/8 145/21 145/23
203/10
formal [2] 62/17
152/24
formality [1] 141/18
format [2] 144/22
212/19
formed [1] 75/13
former [2] 73/23
106/24
FormerFeds [1] 3/12
formerfedsgroup.com
[1] 3/14
formerly [1] 55/16
forms [1] 57/3
forth [2] 89/8 174/8
forward [12] 38/6
76/16 76/23 76/23
77/11 77/18 78/14 82/5
89/13 96/2 106/16
197/21
foundation [5] 64/15

four [13] 29/1 31/25
32/5 49/10 115/6
115/13 130/4 189/3
189/9 189/19 200/5
201/16 202/8
fours [1] 185/17
frame [4] 100/25
158/14 166/11 206/3
framework [2] 81/9
86/1
frankly [7] 38/6 63/5
96/21 110/25 111/24
169/18 193/4
free [1] 68/24
FreedomDOZ3R91 [1]
161/1
Friday [12] 22/24 23/2
24/11 43/15 43/20
43/21 43/25 53/6 53/10
53/12 216/18 216/23
Fridays [1] 43/17
front [4] 2/15 32/16
45/3 130/5
frustrated [1] 110/22
fulfill [1] 68/6
full [14] 8/14 21/15
29/8 36/15 43/22
128/25 143/18 176/2
180/11 182/22 182/23
183/8 191/19 215/1
full-throatedly [1]
128/25
fuller [1] 215/13
fully [8] 73/13 99/22
104/10 130/7 155/12
155/13 191/21 224/10
fundamentally [1]
73/15
funds [3] 35/2 55/2
138/21
further [8] 125/4
157/15 185/13 190/15
194/15 216/12 223/7
223/13
furtherance [21]
116/25 177/10 177/10
182/7 182/9 182/14
184/4 184/8 184/19
184/21 184/25 186/1
187/12 192/17 192/20
209/16 210/3 210/21
210/22 211/15 214/20
furthering [1] 185/20
future [5] 21/13 47/2
47/5 177/19 178/25

**G**

gallery [3] 36/10 36/14
37/15
game [2] 108/10 221/4
gamed [1] 200/23
gargantuan [1] 213/6
gather [1] 132/21
gave [4] 101/4 144/3
153/23 220/1
gears [1] 176/25
general [5] 81/8 90/6

generally [4] 63/14
63/14 75/9 146/24
generous [1] 200/20
gentlemen [1] 83/8
genuine [3] 22/11
28/14 75/16
get [102] 7/6 8/2 10/17
12/25 21/24 22/15
24/11 24/14 26/10
26/21 27/9 27/12 29/10
31/2 31/3 32/7 33/2
34/4 34/17 34/21 35/22
37/6 39/8 39/19 40/7
40/17 41/1 41/5 41/8
42/23 44/4 45/4 45/4
45/7 47/12 47/14 52/10
55/9 63/16 67/4 68/22
68/25 68/25 72/12 80/6
83/16 84/8 84/16 85/9
85/14 85/16 86/7 86/17
94/10 95/23 95/24
95/24 96/4 96/6 98/4
98/4 101/15 101/25
102/11 102/23 103/17
106/13 108/19 108/23
114/11 115/21 118/16
123/1 130/22 137/18
140/1 145/21 150/25
150/25 156/19 157/20
161/19 165/19 167/3
188/2 188/2 198/1
199/25 202/1 204/6
204/14 207/12 208/8
208/15 213/5 213/15
215/11 216/22 217/17
218/24 220/10 221/7
gets [7] 65/12 95/21
134/13 156/24 175/9
204/19 206/5
getting [27] 22/15 42/6
45/2 49/20 55/23 59/8
78/24 91/21 97/13
108/18 111/5 130/21
173/22 204/16 216/9
216/11 219/25
Geyer [8] 3/11 5/14
129/15 130/11 218/10
218/11 223/6 223/13
girlfriend [1] 184/13
give [29] 6/7 13/25
30/9 32/17 34/11 44/4
69/18 72/6 99/11
100/18 101/4 108/13
108/20 119/20 119/24
136/12 154/21 161/15
161/22 162/14 163/7
163/24 174/10 176/3
180/14 183/13 183/20
209/13 218/17
given [37] 20/23 21/10
21/14 26/19 27/12
33/20 38/7 41/23 48/15
66/11 67/21 89/24
91/25 92/2 101/12
103/10 104/8 110/17
115/19 121/22 123/17
123/19 127/22 138/8

116 144/2 148/20
154/3 170/22 173/10
180/16 188/23 193/3
203/3 205/7 220/16
220/22
gives [2] 96/1 101/2
giving [11] 95/16 102/4
135/15 157/6 183/15
185/21 185/24 192/18
200/20 216/4 216/10
glad [4] 57/18 58/1
221/18 224/11
gleaned [1] 125/5
Glen [1] 3/18
global [1] 147/10
gmail.com [1] 2/9
go [76] 6/6 6/11 7/17
11/14 11/14 11/15
16/22 21/5 21/11 23/5
23/15 23/22 27/9 28/12
29/8 32/15 33/23 34/24
38/2 38/3 38/3 39/7
42/5 43/11 43/12 43/16
47/13 48/5 50/4 51/3
51/4 54/7 56/3 66/7
66/9 77/3 77/13 87/22
95/23 99/3 113/8 117/4
123/7 125/19 126/12
130/15 132/3 145/7
146/9 148/17 149/5
151/24 156/24 157/20
161/23 162/20 166/23
167/22 167/24 173/9
173/9 173/17 175/5
185/25 191/8 194/1
194/10 194/15 199/17
203/18 204/10 207/2
213/25 215/9 217/6
225/2
Go ahead [1] 162/20
go-to [1] 16/22
goal [2] 32/6 205/3
goals [4] 125/3 185/7
185/13 185/20
God [1] 178/6
godspeed [1] 178/7
goes [24] 30/18 39/16
39/23 40/5 47/24 86/20
100/7 105/2 105/5
108/5 109/4 163/8
167/15 172/12 173/18
175/2 175/9 176/10
179/2 180/9 181/15
194/10 212/4 223/3
going [192] 7/6 12/2
13/20 13/22 15/2 15/8
23/10 24/3 24/5 24/13
25/25 26/20 26/24
26/25 27/5 27/9 27/11
27/20 27/23 27/25 29/9
30/13 33/23 33/24 34/4
34/14 34/24 37/10
39/10 39/16 40/15
40/15 40/17 41/10
41/25 42/18 42/20 44/9
44/10 44/19 45/14 46/1
48/7 49/8 49/9 49/9
49/10 50/24 51/20

**G**

**going... [143]** 52/17
53/1 53/2 53/6 53/16
57/8 57/10 57/12 62/9
63/13 63/15 63/20
69/11 69/20 70/17
70/19 70/20 71/5 71/19
74/25 75/8 75/11 75/24
76/2 76/13 77/4 77/5
77/5 80/9 80/13 82/3
82/4 82/5 82/11 82/19
82/22 83/7 83/12 86/3
86/5 87/5 87/7 87/9
89/17 89/17 91/11 97/2
97/7 97/8 97/15 97/17
98/15 100/4 101/23
102/1 102/3 104/17
105/11 106/9 106/14
106/15 106/19 107/9
107/20 108/15 110/1
110/23 111/17 111/19
111/21 112/1 112/2
113/9 113/20 115/20
119/19 119/20 120/24
121/19 122/16 125/12
125/24 126/2 126/16
134/21 136/17 136/21
137/21 137/23 139/12
139/20 139/20 140/2
140/15 143/5 145/7
150/7 152/8 156/4
156/19 165/19 165/23
166/10 167/22 167/23
167/24 167/25 168/1
168/8 169/16 169/21
171/24 172/14 172/15
173/8 188/5 188/6
193/5 195/1 195/3
195/25 197/7 199/5
200/4 200/24 201/25
208/10 209/17 211/11
211/21 213/8 213/13
213/21 214/2 214/22
215/9 217/25 217/25
218/6 218/15 219/3
220/18 223/16

**gone [3]** 14/17 127/2
148/21

**good [18]** 5/2 5/21
10/1 23/4 23/6 23/7
24/24 32/5 94/6 129/18
159/17 167/19 176/21
178/2 178/22 208/11
213/21 218/23

**Good morning [1]**
5/21

**good-faith [4]** 23/4
23/6 23/7 94/6

**goose [1]** 145/8

**got [52]** 6/24 10/24
29/2 39/18 42/9 44/9
49/5 53/1 56/4 88/13
90/8 93/24 96/24 97/8
102/10 102/22 103/12
108/7 108/16 108/17
108/19 109/1 118/21
119/10 119/12 119/17
127/8 135/5 137/7

**G-T-A-R-2** 145/3
145/20 145/21 150/25
151/4 153/10 154/23
156/18 157/19 163/6
167/3 168/21 178/2
195/25 202/16 206/17
214/15 214/18 215/18
215/24 217/7

**GoToMeeting [3]**
197/16 198/25 199/1

**gotten [4]** 97/24
107/25 115/15 120/21

**government [260]**

**government's [64]**
31/12 40/2 46/4 60/2
60/10 63/11 63/13
64/19 64/23 65/2 68/2
68/4 72/5 72/8 72/13
75/11 77/10 80/8 88/5
92/14 92/15 99/4 99/21
105/9 115/16 116/4
117/6 118/13 121/1
122/15 128/3 129/5
132/1 134/3 134/24
137/11 137/20 138/17
139/2 140/8 142/9
149/14 160/19 160/23
161/10 164/18 181/5
181/10 181/18 188/8
194/15 201/4 202/8
203/15 204/9 210/19
212/23 213/10 213/17
213/18 213/22 214/16
219/20 219/22

**Governor [1]** 3/17

**grand [14]** 13/15 14/12
72/21 90/5 91/14 92/2
92/7 92/8 92/11 104/8
111/21 111/22 123/21
216/15

**grant [8]** 13/22 19/3
19/22 31/9 31/17 31/22
32/3 174/3

**great [6]** 16/14 38/21
43/9 47/12 205/17
216/6

**Greene [4]** 17/18 17/20
18/5 18/17

**ground [6]** 83/10
171/13 183/14 185/22
186/6 218/25

**grounds [2]** 177/8
183/13

**group [16]** 11/6 11/9
11/11 14/5 148/2
152/20 168/4 168/5
168/9 171/11 178/2
178/23 186/1 186/9
207/15 218/23

**groups [1]** 180/1

**growing [1]** 108/16

**Guard [1]** 79/5

**guardrails [4]** 84/9
107/24 149/2 219/24

**guards [3]** 106/20
106/21 106/21

**guess [23]** 12/1 30/23
32/12 52/24 60/8 61/1

118/19 142/19 143/14
144/7 144/20 158/17
162/17 163/3 169/23
185/9 198/9 198/15
215/24

**guessing [1]** 108/9

**guidance [3]** 99/23
100/18 212/24

**guided [1]** 193/25

**guidelines [1]** 222/8

**guilt [1]** 17/6

**Gupta [1]** 185/5

**guy [2]** 171/9 174/6

**guys [2]** 45/11 169/12

**H**

**had [85]** 7/19 9/2 12/5
12/15 12/23 12/24
12/25 14/2 15/4 17/15
18/19 18/20 20/19
21/18 22/21 25/4 27/21
50/2 54/21 55/13 59/17
60/12 64/25 65/11
65/21 71/22 74/7 74/8
74/15 80/2 82/8 83/18
84/1 85/7 93/6 93/7
93/10 93/20 104/11
108/21 109/18 109/20
111/7 111/15 111/16
112/15 123/3 125/25
128/13 130/18 131/21
132/12 139/13 152/13
152/20 152/23 152/23
155/12 155/13 158/6
161/5 171/5 171/5
171/20 173/12 175/12
175/13 175/15 176/3
179/17 190/25 194/22
194/23 197/25 201/3
202/11 203/8 206/11
207/22 207/23 216/20
217/4 217/4 217/6
222/18

**hadn't [2]** 83/17 142/2

**half [11]** 43/15 43/21
51/4 51/23 52/5 67/16
191/9 201/1 201/11
201/14 201/16 202/7
202/8

**hall [1]** 112/15

**Haller [13]** 3/6 3/7 5/12
25/10 93/10 93/17 94/4
181/1 181/20 183/24
187/7 190/24 191/23

**hallerjulia [1]** 3/10

**hallway [1]** 176/11

**hand [5]** 9/4 15/15
22/14 77/22 102/16

**handful [4]** 41/3 67/17
128/13 193/9

**handing [1]** 135/17

**handle [3]** 52/19 208/9
220/2

**handling [1]** 140/3

**hang [13]** 30/9 40/17
78/10 83/4 92/24 92/24
120/17 129/15 130/21

182/6

**happen [7]** 26/24 34/3
84/5 127/18 169/13
169/14 214/2

**happened [6]** 54/25
83/25 95/24 134/17
152/23 184/14

**happening [3]** 113/4
137/24 168/6

**happens [8]** 39/6 40/8
92/1 96/12 113/10
157/14 194/16 211/24

**happy [23]** 25/12 55/10
84/23 85/5 85/8 88/19
98/5 104/14 106/1
111/17 125/13 128/24
157/7 157/10 198/14
199/14 199/16 203/22
203/25 204/20 213/3
214/22 219/12

**harassed [1]** 112/16

**hard [11]** 8/3 8/4 21/10
34/13 39/5 39/13
113/19 136/10 167/1
174/12 211/23

**harder [1]** 159/25

**hardship [2]** 22/16
28/11

**Harrelson [11]** 3/11 5/6
5/14 5/17 15/16 50/6
55/16 57/15 57/24
130/18 185/23

**Harrelson's [3]** 15/17
88/13 130/3

**Harrisburg [1]** 2/15

**has [158]** 5/19 8/14
8/15 8/16 8/18 8/19
9/16 9/18 9/19 12/5
12/17 12/19 12/22
12/23 12/24 12/25 13/7
13/8 13/14 14/2 14/11
14/17 14/18 14/19
14/21 17/14 18/21
20/12 20/20 21/14
26/19 31/11 34/2 39/22
40/2 41/25 50/18 51/11
52/18 54/25 55/4 57/1
57/4 58/24 59/3 59/18
59/22 60/1 60/11 60/19
61/9 61/19 62/5 62/8
63/3 63/17 64/2 64/6
64/15 67/1 69/2 69/4
71/1 72/18 74/1 79/9
79/10 80/22 81/1 84/15
90/25 92/25 93/1 95/13
96/1 96/14 96/18 97/22
98/14 98/17 100/6
100/10 103/2 104/18
106/5 107/17 108/18
109/10 111/7 111/8
111/15 111/16 111/24
114/15 114/21 117/12
117/13 119/12 119/15
121/6 121/14 123/1
123/15 124/2 126/24
127/2 128/22 130/16
133/5 133/23 134/6

181/24 136/21 142/13
142/17 144/17 146/17
146/24 147/3 147/8
147/19 155/15 156/2
156/13 158/10 159/10
159/17 161/2 161/5
161/7 161/13 161/25
162/14 168/19 168/19
169/20 178/10 181/6
184/3 188/12 195/8
196/3 197/14 197/25
198/13 203/21 205/10
206/13 208/22 209/3
210/15 213/19 213/19
214/6 221/7 221/21
222/24 223/1

**hasn't [8]** 14/3 18/3
93/2 117/21 117/23
121/22 208/23 216/13

**hat [1]** 120/17

**hate [1]** 109/25

**have [410]**

**haven't [16]** 12/14 22/8
42/7 55/24 66/25 77/14
96/19 107/13 107/25
108/9 123/13 127/14
138/16 201/16 203/16
220/4

**having [18]** 15/1 21/11
42/13 45/1 47/12 67/6
67/23 95/17 95/22
97/21 123/6 124/20
125/19 130/12 136/10
146/15 195/4 207/22

**he [87]** 8/7 8/12 8/16
8/18 8/20 8/25 9/11
11/8 12/23 12/23 12/25
13/3 13/5 13/10 13/10
13/12 13/18 13/20
13/24 14/3 14/6 14/16
14/18 15/6 15/11 15/12
15/24 16/7 16/9 16/19
17/14 17/14 17/17
17/23 18/3 18/16 18/21
18/21 18/22 55/2 55/8
55/21 58/13 58/13
58/19 58/22 58/23 59/4
59/5 59/11 59/13 59/16
59/16 59/18 60/1 60/11
60/11 60/19 70/1 73/6
74/15 75/4 82/19 82/22
100/3 100/4 130/3
130/18 130/19 132/21
136/6 136/8 144/7
154/13 175/1 180/23
184/13 191/23 208/22
208/23 208/23 221/9
221/21 222/20 222/24
223/7 223/11

**he'll [1]** 218/17

**he's [24]** 7/19 9/2
13/12 13/13 17/13 35/5
58/15 58/17 59/11
59/13 59/14 59/21
59/23 60/4 60/6 61/3
61/6 171/8 192/16
208/20 219/5 221/22
221/23 222/20

**head** [1] 193/10
**hear** [19] 29/15 30/14
30/20 35/9 68/18 72/8
90/17 107/14 125/14
139/18 145/16 146/4
162/18 165/5 167/13
174/16 191/22 191/22
191/23
**heard** [19] 73/1 89/14
93/21 105/7 107/13
165/15 167/5 167/12
167/18 169/18 179/12
192/3 193/17 197/20
198/8 203/13 203/16
213/1 220/4
**hearing** [17] 18/18
73/2 74/22 74/23 82/9
87/6 87/9 93/19 100/22
102/2 127/9 129/24
130/12 169/21 174/17
213/4 214/5
**hearings** [1] 99/9
**hears** [1] 167/16
**hearsay** [10] 174/2
177/23 178/7 178/17
187/25 204/22 204/23
206/4 206/18 220/8
**held** [4] 19/11 19/22
31/11 42/3
**Heller** [2] 78/21 79/9
**help** [6] 45/21 59/13
102/3 148/16 184/19
202/22
**helped** [1] 59/13
**helper** [1] 59/23
**helpful** [11] 40/10
52/13 102/23 120/25
121/21 147/25 173/2
196/3 196/13 205/9
205/15
**helping** [5] 59/7 59/9
59/14 59/23 148/23
**helps** [1] 187/25
**her** [92] 10/7 10/9
56/23 57/7 57/7 91/7
98/1 132/4 145/12
152/20 158/18 158/19
158/19 159/2 159/5
161/1 162/2 162/5
162/6 162/12 162/15
163/2 165/4 166/9
166/10 166/14 166/20
166/21 167/19 167/21
168/9 170/5 170/12
171/6 171/6 171/15
171/19 171/20 171/21
172/2 172/2 172/5
172/8 172/11 172/18
172/19 172/20 172/20
173/1 173/2 173/2
173/3 173/12 173/13
173/16 173/20 173/23
174/16 174/17 174/25
174/25 175/4 175/12
175/20 176/11 176/19
176/20 176/21 177/19
179/3 180/3 180/3

185/12 185/25 187/3
187/13 188/1 188/11
189/11 189/22 190/11
191/10 192/18 192/19
193/1 193/2 195/8
195/10 195/12
**here** [113] 5/23 6/24
7/12 7/16 7/17 9/25
12/11 12/15 13/25 14/6
15/5 19/15 20/1 21/2
21/5 22/15 24/12 25/11
25/15 26/3 26/12 27/25
28/20 29/14 30/16
30/19 30/20 33/23 35/9
36/21 37/5 37/10 41/2
41/10 42/4 43/7 43/8
45/11 58/10 58/13
59/17 67/13 67/19
69/21 72/6 76/13 81/2
82/13 84/14 87/23
88/16 98/11 99/25
101/16 103/20 105/1
105/14 106/9 111/12
111/25 126/23 129/1
130/22 134/17 134/25
137/17 139/18 144/22
147/19 148/1 148/15
149/14 159/12 160/2
161/21 161/24 163/13
166/5 166/17 169/12
170/22 171/22 172/13
172/23 174/2 175/6
177/14 180/8 181/14
183/13 183/14 185/17
185/18 186/12 187/22
192/5 192/7 194/11
195/24 197/24 198/19
198/23 200/2 200/4
202/2 202/16 205/3
206/7 210/12 213/12
213/19 218/11 218/23
**here's** [10] 27/20 52/24
81/8 92/6 108/10 122/2
130/24 180/23 186/7
205/11
**herein** [1] 124/22
**herself** [2] 133/19
190/15
**hesitant** [1] 49/3
**hesitate** [2] 34/22
128/22
**hesitating** [1] 124/9
**hey** [4] 108/7 108/20
110/17 193/25
**Hi** [2] 129/16 129/17
**hide** [1] 97/12
**high** [2] 35/22 37/21
**high-profile** [2] 35/22
37/21
**highlight** [2] 123/25
131/23
**highlighted** [2] 220/19
221/4
**highly** [1] 154/12
**Highway** [1] 3/17
**Hill** [1] 22/18
**him** [34] 8/2 8/5 12/24

15/6 15/8 15/12 16/5
19/3 20/6 35/12 54/23
55/5 55/21 55/22 57/16
58/9 58/16 58/21 59/12
59/17 60/10 68/24
133/19 153/20 161/1
169/11 180/22 192/8
218/7 223/14
**himself** [7] 13/12 13/19
13/23 14/19 16/12
19/21 155/12
**hinted** [1] 74/1
**hire** [2] 15/4 15/6
**hired** [1] 222/9
**his** [25] 7/21 8/2 8/17
13/6 13/16 13/20 16/1
16/9 17/16 17/25 18/22
19/24 54/24 58/24
59/22 68/7 73/2 120/16
151/18 170/18 175/3
180/21 184/13 192/9
219/2
**historical** [1] 78/19
**historically** [3] 73/21
77/24 101/9
**Hoang** [1] 58/12
**hold** [1] 214/4
**holding** [1] 116/19
**holdings** [2] 147/9
147/9
**Hollis** [2] 87/17 87/19
**home** [5] 47/14 47/24
67/9 170/19 172/23
**Honor** [172] 5/2 10/19
20/21 20/25 21/15
21/25 22/2 23/1 24/25
25/19 32/20 32/25 33/1
36/1 36/8 38/10 38/21
40/11 40/12 43/24
45/20 46/2 46/8 46/25
49/1 51/10 52/20 53/9
54/2 54/10 55/1 56/8
56/22 58/8 59/7 59/11
59/22 60/7 60/15 61/11
63/24 64/7 65/10 65/15
65/21 66/14 67/5 68/1
70/3 71/12 72/16 74/19
75/7 75/8 78/20 79/16
82/8 84/22 85/13 85/17
86/18 86/23 88/19 89/1
89/9 89/20 89/23 90/15
91/13 91/20 92/21 93/4
94/2 94/11 94/24 95/4
95/8 95/12 101/3 102/2
103/8 103/11 103/14
104/4 105/6 106/1
107/1 107/14 108/3
110/21 112/12 115/24
123/14 125/23 128/12
129/13 129/16 130/14
131/9 137/3 137/25
140/20 145/16 146/7
147/2 150/21 151/15
153/6 153/11 157/16
160/16 161/20 162/22
163/16 164/21 166/15
167/14 171/18 174/22

180/7 181/2 181/11
181/14 182/1 182/15
183/8 187/4 187/6
187/9 187/15 187/19
190/7 191/2 191/9
191/25 192/1 196/22
196/24 196/25 197/11
197/22 198/8 198/22
199/11 200/8 201/18
203/5 205/18 208/7
209/23 212/24 217/8
217/22 218/5 218/13
218/21 219/7 219/8
220/6 220/13 220/16
220/22 222/24 223/15
224/4 224/15 224/16
224/22 225/1
**Honor's** [3] 140/6
180/6 219/9
**HONORABLE** [5] 1/9
73/1 98/24 158/2 158/3
**hope** [6] 6/2 6/2 35/5
98/7 158/6 219/20
**hopeful** [2] 26/8
200/25
**hopefully** [7] 6/19 6/21
26/17 32/11 39/3 45/21
114/9
**hoping** [2] 79/21 201/8
**horse** [1] 122/12
**hostile** [1] 109/23
**hosting** [1] 126/18
**hotmail.com** [1] 3/19
**hour** [10] 22/15 25/22
41/20 51/22 67/17
96/22 158/7 175/8
180/12 191/9
**hours** [3] 8/13 25/24
26/6
**how** [60] 6/11 7/2 7/8
23/13 25/5 25/20 26/19
26/24 27/8 27/20 34/20
35/19 41/2 53/1 63/15
70/17 73/16 77/7 86/9
91/10 92/22 93/20
96/17 96/24 103/17
104/5 104/16 105/2
105/7 116/10 116/12
116/15 122/13 138/16
142/24 144/13 145/13
163/10 165/7 166/8
173/11 175/24 185/9
186/15 192/6 193/12
193/15 194/6 194/23
195/14 199/10 199/23
200/24 203/17 208/9
211/1 211/23 212/24
213/7 213/8
**how's** [1] 149/16
**however** [4] 17/19 44/7
95/16 112/14
**howling** [1] 170/16
**Hughes** [1] 5/9
**human** [4] 20/15
125/22 128/22 135/24
**humans** [2] 111/6
125/1

**hundreds** [1] 109/11
**hurricane** [2] 148/16
148/23
**hyperbolic** [1] 172/4
**hypothetical** [1]
205/12
**hypothetically** [7]
39/14 53/5 76/18 88/22
141/7 142/20 201/23

**I**

**I also** [1] 129/20
**I am** [3] 66/3 104/13
222/24
**I apologize** [6] 35/8
78/25 87/17 96/10
115/24 130/13
**I assume** [3] 22/9
45/23 123/3
**I believe** [27] 21/25
50/11 56/22 58/11
69/14 73/6 74/6 75/6
78/18 79/8 85/12 86/23
87/16 87/21 89/24
105/7 130/20 166/15
182/4 182/18 183/23
184/23 185/1 189/23
205/20 213/17 221/10
**I can** [24] 23/19 25/16
26/1 48/3 48/9 57/17
59/6 59/24 67/4 85/17
102/11 103/3 112/4
121/5 121/5 166/5
167/3 196/7 200/7
202/20 203/1 204/16
209/13 218/12
**I can't** [11] 10/5 18/13
29/1 30/5 31/22 50/21
52/25 53/11 57/17 98/7
139/17
**I cannot** [1] 147/23
**I couldn't** [1] 129/7
**I did** [8] 20/17 20/18
35/11 57/7 99/3 110/7
129/21 221/12
**I didn't** [2] 78/24 94/15
**I don't** [50] 23/23 25/23
26/5 26/16 39/17 41/13
47/25 60/4 63/4 63/8
66/10 67/13 68/12
76/20 84/24 85/18
88/14 88/21 91/15 96/5
100/19 104/13 106/10
112/7 112/23 112/24
113/3 114/19 119/5
119/8 122/25 127/18
137/3 141/12 142/6
144/13 145/20 146/1
149/5 153/21 165/6
166/3 172/13 182/17
183/22 192/23 203/18
208/17 215/6 220/18
**I don't have** [1] 16/14
**I don't recall** [1] 56/20
**I guess** [15] 12/1 30/23
52/24 60/8 68/17 70/15
97/1 142/19 144/7
144/20 169/23 185/9

**I**

**I guess... [3]** 198/9
198/15 215/24
**I have [20]** 9/7 13/11
15/25 23/21 27/8 43/21
45/5 45/6 56/8 57/9
59/15 65/21 78/23
89/14 102/8 106/8
161/15 208/1 211/19
223/6
**I haven't [3]** 22/8 42/7
66/25
**I hope [5]** 6/2 6/2 35/5
98/7 158/6
**I just [12]** 38/7 50/10
54/19 68/5 100/17
128/21 129/4 131/10
132/5 145/10 220/22
222/23
**I know [17]** 35/5 39/1
40/15 42/21 52/15 57/9
114/15 114/15 131/5
155/15 156/13 156/21
174/13 194/5 194/6
200/1 216/24
**I learned [1]** 134/12
**I mean [87]** 10/2 16/14
29/3 30/5 30/15 36/5
38/15 39/14 39/20 40/4
40/7 46/16 46/18 47/21
47/24 48/3 48/4 48/9
49/3 50/17 68/17 76/18
76/24 77/9 77/21 79/13
83/6 84/21 85/18 86/15
86/21 96/20 97/25
99/20 102/10 113/10
114/24 115/15 115/18
125/11 126/20 127/2
132/7 135/22 139/16
142/7 142/20 144/16
144/24 145/2 150/9
159/3 160/13 162/9
164/17 169/19 169/22
170/11 172/22 173/4
177/23 178/1 178/4
182/6 184/2 188/16
188/16 192/9 194/9
197/6 197/6 198/16
199/8 200/1 201/21
204/8 204/9 204/16
204/20 207/25 211/19
212/14 214/2 214/24
216/10 220/24 223/3
**I say [1]** 165/5
**I should [6]** 22/5 28/9
86/1 97/14 152/5
202/25
**I shouldn't [1]** 118/11
**I think [163]** 6/5 11/20
16/20 16/21 20/13
21/21 23/13 23/14 24/3
26/12 26/15 28/6 28/9
31/20 33/4 34/13 36/8
38/24 38/25 39/4 39/7
39/9 39/10 39/12 39/13
39/20 40/1 41/23 45/20
47/10 47/15 47/21 50/2
50/17 51/10 51/13

57/4 57/5 57/8 57/21
57/24 61/6 62/11 65/4
66/22 68/14 71/22 72/1
72/7 73/8 73/13 74/20
77/3 77/21 78/17 78/20
79/16 80/8 80/25 81/2
81/22 82/8 83/2 83/13
83/15 84/4 84/18 88/20
89/15 89/16 96/23
100/6 101/17 101/18
102/21 103/9 103/12
105/4 105/9 106/5
106/5 110/4 111/24
113/12 114/12 116/8
119/7 119/8 122/11
124/7 124/19 124/19
125/11 125/11 128/3
128/12 128/20 131/11
131/20 135/5 140/17
142/1 143/22 145/5
149/6 151/11 152/4
152/16 154/9 155/11
158/13 162/12 164/22
165/16 165/16 168/13
169/19 171/1 178/3
182/19 188/12 193/14
194/17 195/13 196/1
196/10 196/11 196/17
196/22 197/24 198/8
198/9 198/23 199/14
200/15 200/25 201/10
201/19 202/18 203/6
203/20 204/5 204/13
204/14 204/25 207/6
207/13 209/4 211/25
212/5 213/1 213/21
214/5 215/10 215/11
218/8 218/9 219/8
223/23
**I thought [5]** 208/20
211/21 215/4 217/3
222/19
**I told [1]** 57/7
**I understand [17]**
21/20 61/12 68/18 75/7
78/3 113/21 123/16
150/7 150/9 150/24
151/2 156/24 202/23
206/9 216/12 224/9
224/10
**I want [14]** 6/4 6/10
20/12 20/19 24/8 52/15
64/23 70/9 71/8 86/20
90/16 127/24 134/24
222/16
**I wanted [2]** 47/20
222/7
**I was [7]** 23/10 25/25
35/8 102/3 105/23
155/1 166/2
**I will [23]** 8/13 10/12
12/17 21/9 22/16 25/15
28/1 28/7 28/23 29/2
63/4 63/10 66/4 85/16
101/14 101/14 102/10
129/23 131/7 160/8
197/1 197/3 202/2

139/24 194/2
**I wouldn't [1]** 150/22
**I'd [25]** 32/4 70/19 71/2
71/9 77/13 85/10 97/1
102/17 109/25 110/2
129/19 140/15 142/13
148/25 153/17 153/21
162/17 163/3 171/1
196/19 200/5 202/25
206/20 211/17 224/4
**I'll [37]** 26/21 28/15
29/3 29/5 30/9 30/11
32/2 32/18 42/18 43/4
44/1 54/7 54/7 58/1
58/4 60/9 60/15 61/16
62/9 62/20 90/22 97/17
101/19 130/25 131/8
132/3 145/12 157/12
166/17 167/4 183/13
206/10 213/16 216/6
216/25 218/17 221/18
**I'm [130]** 10/1 10/2
12/2 13/15 13/24 22/4
22/15 22/15 25/12
25/25 26/3 26/8 27/23
28/15 33/7 33/16 34/23
35/14 37/25 40/17 41/1
42/18 44/1 44/23 46/5
47/6 48/12 48/14 49/20
54/25 55/24 56/9 57/12
57/18 58/7 62/9 63/13
63/16 64/1 68/18 68/19
69/2 71/8 74/22 74/23
75/23 76/24 81/6 83/15
86/16 90/15 91/10 92/8
93/12 93/18 93/19
93/19 96/21 97/13 98/3
102/6 102/24 103/20
104/3 106/1 112/22
117/2 118/23 120/23
120/24 124/18 125/13
126/14 127/9 127/17
130/1 130/1 130/12
130/16 135/11 138/5
139/24 140/2 143/25
144/16 144/20 144/24
145/7 156/7 156/8
165/5 165/18 165/19
166/2 166/4 166/4
166/5 166/9 166/9
167/22 167/23 171/8
174/20 177/18 177/23
179/16 179/18 180/6
181/20 188/3 188/16
190/11 192/13 195/14
195/25 198/2 198/14
199/9 200/1 204/15
206/19 207/16 211/23
217/25 218/17 222/18
222/22 223/16 224/10
224/11
**I'm going [9]** 12/2
27/23 42/18 57/12 62/9
63/13 140/2 167/22
167/23
**I'm not [25]** 22/15 26/3
68/18 92/8 93/18 93/19

120/23 127/9 130/1
130/1 143/25 144/24
145/7 156/8 188/16
190/11 195/14 195/25
198/2 199/9 200/1
222/22
**I'm not sure [9]** 10/2
49/20 54/25 68/19
83/15 171/8 177/23
192/13 222/18
**I'm sorry [7]** 22/4 33/7
35/14 46/5 58/7 135/11
179/18
**I'm sure [2]** 25/25
102/6
**I've [48]** 12/4 14/2
14/14 18/12 29/2 35/3
35/3 43/16 44/5 47/25
49/3 49/5 53/1 58/22
65/6 65/11 65/17 91/6
93/20 96/8 96/11 96/13
96/15 101/7 102/10
106/22 119/17 125/25
131/12 135/3 155/9
156/18 163/5 181/21
188/17 190/22 193/12
195/25 202/16 205/18
206/11 214/13 215/13
216/8 219/19 221/21
221/24 223/13
**idea [14]** 9/2 9/7 9/22
10/5 12/14 13/12 15/25
16/18 42/23 90/19
90/19 93/24 191/18
192/24
**ideally [2]** 100/23
215/20
**identification [3]** 116/5
119/4 160/21
**identified [24]** 49/4
58/10 109/14 120/2
121/14 121/17 121/18
121/22 124/20 125/15
128/8 135/4 142/3
147/5 151/25 154/1
158/10 159/7 160/25
161/2 171/7 174/7
181/4 186/16
**identifies [3]** 16/9
209/1 209/11
**identify [12]** 12/21 30/2
120/3 120/25 121/5
146/24 147/13 150/2
150/17 158/19 159/4
196/13
**identifying [5]** 29/22
29/23 30/2 117/7 182/3
**identities [4]** 115/8
117/24 135/25 153/15
**identity [13]** 115/17
117/3 128/4 159/15
159/15 159/17 160/19
160/23 161/14 161/16
162/2 172/14 180/17
**ignorance [1]** 76/25
**ignorant [1]** 81/16
**III [5]** 1/6 2/2 197/18

illegally [2] 135/13
135/14
Illinois [1] 161/4
imagine [2] 10/5 30/5
immediately [3] 7/22
168/7 191/17
imminent [1] 113/16
implicates [1] 155/24
implications [1] 48/16
implicitly [2] 45/12
223/12
import [1] 79/18
important [18] 14/9
57/21 93/20 101/17
101/18 130/9 145/1
148/25 175/11 177/22
186/3 186/11 189/5
189/10 194/6 194/17
213/12 222/14
importantly [2] 18/3
67/22
impose [2] 48/10 52/1
imposed [1] 136/4
impression [3] 58/23
178/14 219/9
impressions [1]
161/23
improperly [2] 15/13
96/19
improve [1] 141/2
inability [4] 22/12
28/12 66/11 196/18
include [5] 106/22
141/23 146/11 147/11
155/22
included [1] 62/20
includes [2] 64/3 185/1
including [9] 12/8
47/14 62/8 74/12 104/8
154/3 154/4 189/11
222/2
inconsistent [1] 196/5
inconvenient [1] 21/4
incorrect [1] 82/6
incredibly [2] 195/6
195/13
incriminating [1]
113/23
inculpatory [4] 74/11
117/8 137/13 182/21
incumbent [1] 109/15
indeed [4] 21/14
101/12 117/18 168/6
independent [2] 57/1
58/24
indicate [2] 166/10
166/22
indicated [1] 107/17
indication [3] 83/18
164/23 218/1
indicative [2] 176/21
193/2
indict [2] 113/20
113/20
indicted [14] 12/23
15/18 95/22 95/24 96/4
96/7 97/24 108/23

**indicted... [6]** 159/12 202/1 207/17 208/21 209/13 211/13

**indicting [1]** 110/12

**indictment [23]** 19/6 19/7 19/14 50/5 61/25 62/12 62/15 62/16 62/18 90/23 92/18 92/21 108/14 108/16 113/16 192/6 195/5 207/11 208/3 208/16 208/17 209/4 209/5

**indictments [3]** 111/21 112/6 207/11

**individual [21]** 28/4 50/17 50/20 55/13 55/17 58/9 74/6 133/24 134/7 135/16 135/21 136/4 143/4 159/1 159/10 159/11 160/20 161/2 161/3 161/7 217/3

**individual's [5]** 159/9 160/23 161/8 161/16 172/12

**individually [1]** 17/5

**individuals [36]** 55/19 62/22 62/25 80/16 116/13 117/7 117/9 117/24 120/3 120/8 120/14 121/10 121/12 122/17 124/17 127/19 127/21 133/20 138/21 147/5 148/5 155/23 160/4 160/9 160/11 160/13 161/6 164/1 170/20 185/19 191/8 209/1 209/10 210/15 211/12 223/1

**individuals' [1]** 175/16

**induce [3]** 185/5 185/10 186/2

**inference [2]** 154/21 176/15

**inflammatory [1]** 166/24

**influence [2]** 173/12 174/24

**influenced [3]** 171/6 174/15 174/18

**inform [3]** 146/18 213/13 219/16

**informant [5]** 139/6 139/9 139/9 139/13 139/14

**informants [2]** 107/18 107/19

**information [59]** 10/7 20/17 29/22 29/23 30/2 30/3 74/5 90/10 91/21 91/22 93/25 115/9 118/17 119/18 120/22 122/23 124/4 125/2 125/23 126/1 127/8 129/7 129/9 131/16 131/17 131/18 133/10 133/14 134/11 134/11

**informed [2]** 54/23 160/18

**informing [1]** 125/17

**ing [2]** 163/9 165/12

**initial [2]** 155/21 161/23

**initially [3]** 71/22 180/19 192/1

**inject [1]** 9/22 94/3

**innocence [1]** 17/6

**inquiries [1]** 148/10

**inquiry [1]** 152/22

**insane [1]** 178/12

**inserted [1]** 194/19

**inside [8]** 36/1 36/6 36/11 176/15 176/16 176/18 176/22 185/14

**insisted [1]** 85/7

**insisting [1]** 134/19

**insofar [4]** 76/11 109/3 209/12 212/1

**instance [6]** 76/4 89/11 117/17 183/11 190/5 216/18

**instances [2]** 133/17 133/22

**instead [7]** 15/6 21/11 42/13 103/7 133/18 165/16 170/19

**instructed [5]** 17/3 47/15 48/1 155/17 214/11

**instruction [9]** 47/1 48/19 90/12 90/13 166/12 166/23 175/19 195/15 195/15

**instructions [10]** 17/8 28/2 61/18 61/21 61/22 114/18 115/1 173/21 220/22 221/1

**insulated [1]** 146/9

**insurrection [40]** 70/13 71/2 71/18 72/18 74/16 75/4 75/14 75/16 78/5 79/18 79/25 80/18 80/23 82/18 82/19 82/22 82/23 83/9 84/2 84/11 84/13 85/21 88/4 96/24 99/8 99/21 100/2 100/3 103/23 104/21 104/24 105/3 105/22 106/19 116/14 116/17 121/9 215/19 224/18 225/1

**Insurrection Act [23]** 72/18 78/5 80/23 82/18 82/22 82/23 83/9 84/13 88/4 96/24 99/8 99/21

**inst [2]** 135/19 136/6 136/9 136/13 137/18 138/13 138/22 142/16 142/23 145/5 145/24 146/20 147/23 148/11 149/23 150/23 151/17 153/5 153/14 156/9 156/12 160/22 161/13 192/19 197/24 198/1

**intended [1]** 74/15

**intending [9]** 68/5 69/13 71/1 89/8 89/12 122/5 171/14 201/22 210/25

**intends [8]** 39/15 61/7 63/17 63/18 64/4 65/14 114/20 208/9

**intent [17]** 76/11 76/12 76/17 76/24 80/2 80/2 84/14 172/11 172/18 175/4 176/22 177/19 178/25 179/3 179/3 180/9 213/13

**intention [1]** 42/1

**intercept [1]** 199/6

**interest [16]** 37/19 125/20 166/21 177/12 181/9 181/9 182/11 186/17 186/22 187/13 187/18 187/23 188/18 188/20 189/8 189/21

**interested [1]** 181/21

**interests [1]** 110/25

**interject [2]** 10/4 76/3

**intermittently [1]** 8/8

**internal [1]** 85/23

**interpose [1]** 76/3

**interpretation [4]** 77/18 78/6 87/2 160/23

**interpreted [1]** 165/7

**interprets [1]** 78/4

**interrupt [4]** 66/14 74/18 83/4 185/4

**intersection [1]** 76/15

**interview [2]** 128/2 161/8

**interviewed [11]** 104/7 109/11 123/20 127/23 127/24 128/5 128/13 128/23 161/7 217/4

**interviews [4]** 14/13 123/24 217/9 217/10

**introduce [8]** 64/5 71/14 169/11 188/24 203/9 211/22 219/25 220/25

**introduced [2]** 16/4 17/4

**introducing [1]** 188/9

**introductory [1]** 61/17

**inundated [1]** 95/14

**investigate [5]** 121/3 124/11 124/14 126/3 146/11

**investigated [1]** 142/18

**investigating [1]** 142/18

**investigation [24]** 68/10 97/22 111/9 112/3 112/4 124/25 125/2 126/5 128/5 137/11 138/22 139/5 139/23 142/3 142/9 145/5 146/22 148/18 151/15 159/17 160/10 160/15 208/4 216/12

**investigations [2]** 111/6 111/9

**investigative [3]** 57/3 112/25 146/19

**investigator [3]** 122/22 123/7 202/10

**investigatory [1]** 155/16

**invitation [1]** 121/10

**invite [1]** 96/17

**inviting [1]** 96/21

**invocation [4]** 80/17 82/17 83/17 83/18

**invoke [5]** 73/5 75/4 82/19 82/22 100/3

**invoked [6]** 72/25 74/16 75/17 83/10 99/10 106/18

**invokes [1]** 103/23

**invoking [1]** 100/2

**involve [1]** 141/8

**involved [8]** 59/3 59/5 72/20 72/21 156/22 208/14 219/2 223/2

**involvement [1]** 124/21

**involving [3]** 30/6 148/8 160/9

**Ironically [1]** 12/11

**irregular [1]** 80/17

**irrelevant [1]** 138/3

**IRS [1]** 81/22

**is [722]**

**is there [9]** 47/22 47/25 58/16 63/20 123/10 123/10 123/13 144/8 144/14

**ish [1]** 124/19

**isn't [4]** 86/12 111/25 138/1 197/8

**issue [54]** 20/14 30/24 30/25 31/18 49/1 55/3 56/4 57/8 63/12 64/18 65/12 65/24 66/5 66/12 67/12 69/10 77/22 79/12 80/19 81/5 81/7 83/11 87/7 89/4 99/18 100/24 101/18 103/16 104/1 104/13 104/20 107/12 108/4 108/24 109/2 113/23 127/15 132/6 134/18 143/12 147/18 148/15 157/10 172/15 180/8 184/25 190/22 192/7 196/16 206/22 208/8 212/19 219/13 222/14

**issued [2]** 84/1 129/21

**issues [40]** 6/13 42/17

**investigation [24]** 68/10 97/22 111/9 112/3 112/4 124/25 125/2 126/5 128/5 137/11 138/22 139/5 139/23 142/3 142/9 145/5 146/22 148/18 151/15 159/17 160/10 160/15 208/4 216/12

**it [432]**

**it would be [10]** 39/11 138/17 140/14 171/2 196/13 205/9 205/15 212/20 213/5 214/20

**it's [178]** 6/18 7/1 10/3 11/13 17/23 21/22 26/20 26/21 26/22 26/24 27/11 28/16 30/13 31/4 31/19 33/23 33/25 35/1 35/14 38/5 39/13 39/17 41/23 43/25 44/5 44/9 44/14 46/16 46/17 47/6 49/9 49/12 50/5 50/11 50/24 51/7 51/7 52/13 53/1 53/2 53/22 56/5 63/2 63/15 67/1 67/4 69/22 70/19 71/4 71/5 71/6 71/19 73/21 77/7 77/10 77/16 77/19 77/24 80/8 81/12 87/11 87/13 88/3 90/22 92/12 96/2 96/6 97/15 98/15 100/5 100/24 101/3 102/14 102/23 103/12 106/8 108/10 108/17 109/15 113/3 113/4 113/19 115/18 116/10 116/12 117/22 117/23 121/25 123/22 124/11 127/4 127/6 129/11 131/11 131/25 132/23 133/1 133/2 135/2 136/25 137/5 137/6 137/18 138/2 139/16 139/19 139/20 140/4 142/24 143/1 145/18 148/25 149/7 151/4 155/8 157/2 157/19 160/21 161/20 167/1 167/1 168/15 168/18 169/15 169/15 169/18 170/13 170/23 173/11 174/7 174/12 174/16 176/20 178/11 184/15 184/21 184/21 185/16 185/24 186/3 187/2 188/3 188/6 189/10 190/3 191/15 192/3 193/11 194/2 194/17 195/6 195/24 199/5 202/23 204/5 204/10 206/10 206/18 206/19 207/13 209/6 209/20 210/9 210/20 211/23 213/6

**I**

it's... **[12]** 213/17
213/17 214/17 215/11
216/15 217/17 218/1
218/9 220/9 221/8
224/3 224/18
it's likely **[1]** 53/22
item **[2]** 67/7 68/12
items **[11]** 14/7 65/13
66/19 66/23 67/6 67/13
67/17 68/14 69/3 90/24
92/19
its **[24]** 64/3 112/3
115/25 126/5 138/22
141/2 141/20 141/23
142/3 142/5 142/8
144/5 146/21 146/25
159/16 162/16 174/18
188/24 189/2 195/13
201/5 203/6 207/4
209/2
itself **[8]** 40/10 52/19
77/12 126/1 126/2
126/8 146/18 184/19

**J**

J6 **[2]** 59/3 171/13
J6BOTG **[1]** 171/13
jail **[2]** 39/9 108/17
James **[2]** 2/7 214/5
January **[37]** 8/23 9/21
10/8 10/10 10/13 10/15
10/17 14/14 18/11
22/18 58/20 60/21
82/25 90/7 90/7 92/23
112/15 116/19 121/11
126/18 146/16 148/12
169/1 169/1 171/12
171/24 171/25 202/18
205/23 205/23 206/18
207/3 211/10 212/1
212/4 212/11 212/12
January 6 **[1]** 90/7
January 6th **[18]** 8/23
9/21 10/8 10/10 10/13
10/15 10/17 14/14
58/20 60/21 112/15
121/11 126/18 146/16
202/18 206/18 207/3
212/1
January 6th
Committee **[1]** 18/11
JC **[4]** 42/20 43/5 44/8
109/19
jcrisp **[1]** 2/16
Jeffrey **[2]** 1/14 5/8
jeffrey.nestler **[1]** 1/18
Jencks **[2]** 216/15
217/17
Jeremy **[2]** 208/17
208/19
Jessica **[4]** 2/14 5/6
161/6 186/5
jlbrightlaw **[1]** 2/9
job **[2]** 150/22 150/24
John **[2]** 55/15 56/25
John Pierce **[1]** 56/25
Johnston **[1]** 2/11

joinable **[1]** 15/22
joined **[6]** 11/8 13/7
15/13 164/18 171/11
171/12
joining **[1]** 174/12
joins **[1]** 15/20
joint **[4]** 6/12 100/11
185/13 186/9
Jonathan **[4]** 2/14 5/15
44/17 179/17
Jonathan Crisp **[1]**
5/15
Jonathan Marshall **[1]**
44/17
journalist **[2]** 47/12
47/16
journalists **[1]** 46/11
Jr **[2]** 2/10 3/2
judge **[16]** 1/10 10/14
11/2 13/21 25/16 26/18
35/8 40/19 57/13 60/17
87/17 87/19 112/15
129/12 161/15 224/13
Judge McFadden **[1]**
25/16
Judge Mehta **[1]** 57/13
Judge Moss' **[1]**
112/15
judges **[1]** 35/21
Juli **[1]** 3/6
JULIA **[2]** 3/7 5/12
July **[1]** 129/7
jump **[1]** 125/13
jumps **[1]** 164/21
June **[7]** 91/13 91/18
91/23 93/6 93/7 93/11
93/13
June 22nd **[1]** 93/13
juries **[2]** 17/3 111/21
jurisdictions **[1]** 123/5
juror **[23]** 21/23 22/21
22/23 28/21 28/22 29/1
29/1 29/3 29/7 29/8
29/10 29/11 29/12
29/15 29/16 29/17 30/3
30/18 32/11 33/14 34/3
47/22 61/23
juror's **[1]** 30/6
jurors **[27]** 21/18 22/7
22/8 22/10 22/24 22/25
24/6 27/6 28/2 28/3
28/5 29/22 29/24 31/25
32/4 32/6 32/8 34/7
34/11 34/15 38/1 38/2
41/12 47/14 48/11
61/21 101/13
Jurors 2 **[1]** 28/3
jury **[73]** 6/6 13/15
14/12 17/3 17/8 21/17
21/24 22/23 26/24 28/6
32/10 32/13 32/14
33/18 34/19 42/24
45/13 45/22 46/6 52/25
53/1 53/4 53/5 53/20
53/24 61/18 61/20
62/12 62/16 63/4 63/10
70/22 71/20 71/24 72/7

80/22 83/13 86/6 90/5
90/12 91/14 92/2 92/7
92/8 92/11 104/8
106/10 111/22 114/18
121/19 123/21 167/15
167/16 167/17 173/15
174/14 175/24 175/24
195/14 201/15 202/7
203/1 203/1 210/7
210/12 212/18 213/15
214/11 216/15
jury's **[1]** 200/9
just **[212]** 6/1 6/1 6/4
6/6 6/7 6/8 6/10 7/17
7/21 9/3 12/15 16/20
21/6 22/23 23/4 25/5
29/5 29/16 29/20 29/24
32/11 33/3 33/9 33/18
33/22 34/24 35/10
36/20 38/7 38/25 39/4
39/10 39/10 40/7 41/4
41/11 43/4 45/10 45/16
47/6 48/6 50/10 51/17
52/13 53/3 53/8 54/7
54/8 54/11 54/19 56/3
58/16 59/1 59/13 59/22
59/23 60/24 61/16
61/23 62/17 63/12
63/24 64/1 65/6 66/6
66/14 67/17 68/5 68/23
70/4 71/24 74/17 75/9
75/14 76/18 76/21
77/15 77/16 79/12 83/5
84/5 85/6 85/7 89/23
90/20 93/6 93/10 93/19
93/24 95/12 96/6 98/1
99/3 100/7 100/17
103/5 103/9 103/15
103/20 104/20 105/3
106/5 109/18 114/7
114/12 120/19 123/5
124/3 124/10 125/25
128/21 129/4 130/19
131/2 131/5 131/6
131/10 132/5 132/19
132/21 132/24 133/21
134/1 134/1 134/2
134/20 135/16 136/10
136/12 139/8 139/21
140/4 143/1 143/6
144/20 145/10 146/23
149/7 150/5 150/15
151/7 153/1 154/19
154/20 156/7 161/15
161/22 163/19 165/14
169/3 169/17 170/16
171/1 171/9 171/25
172/3 172/8 172/25
173/11 174/13 174/16
174/24 175/11 175/12
175/13 176/1 176/25
177/3 177/21 178/16
179/12 183/6 184/14
184/20 186/14 186/24
188/19 188/20 191/2
192/25 193/6 195/2
195/22 196/14 196/22

201/23 202/15 202/24
203/2 206/10 211/6
212/23 213/16 216/16
216/18 216/20 216/23
217/1 217/7 217/8
218/3 218/10 218/21
219/8 220/22 222/23
222/25 224/1 224/17
justice **[9]** 58/20 92/19
142/13 142/17 143/20
144/10 145/10 146/10
155/18

**K**

Kathryn **[2]** 1/14 5/8
kathryn.rakoczy **[1]**
1/17
keep **[3]** 29/7 43/1
191/19
Keepers **[44]** 72/22
73/24 74/3 78/18
104/18 115/11 118/6
121/4 121/10 138/23
139/5 140/25 141/3
141/6 141/9 142/4
142/18 146/1 146/6
146/14 146/20 146/25
147/13 147/16 147/17
147/20 147/24 147/25
148/4 148/15 148/23
149/8 149/22 150/13
151/20 151/22 152/6
159/21 161/4 161/5
162/3 208/3 208/14
208/14
Keepers' **[1]** 149/24
keeping **[1]** 38/8
Kelly **[2]** 3/2 5/5
Kellye **[2]** 10/7 208/16
Kenneth **[2]** 3/11 5/5
Kentucky **[1]** 149/10
key **[1]** 213/14
keyword **[2]** 144/19
147/8
kind **[30]** 6/1 8/14
15/21 15/22 45/24
47/16 59/6 59/7 59/12
59/23 72/18 76/16 97/2
98/2 98/7 100/6 109/24
125/6 126/5 129/22
141/20 145/8 151/19
170/16 173/9 198/19
199/6 206/2 214/23
216/5
kinds **[2]** 15/20 59/10
Kippur **[1]** 43/19
knew **[6]** 80/13 111/14
171/4 171/18 188/4
194/19
know **[277]**
knowing **[2]** 156/23
200/24
knowledge **[4]** 60/2
64/25 81/23 130/18
known **[7]** 13/20 117/3
120/5 150/2 154/13
154/16 154/17

knows **[14]** 56/19
57/13 59/4 77/15 125/1
142/16 146/3 146/6
146/7 153/18 161/6
174/9 188/25 220/6
Kramer **[2]** 35/4 35/11
Ky **[1]** 58/12

**L**

LA **[1]** 2/11
label **[1]** 124/12
lack **[3]** 72/23 82/15
206/22
lacking **[2]** 82/14
127/10
lacks **[2]** 31/9 31/11
ladies **[1]** 83/8
Lambert **[6]** 56/9 56/11
56/20 221/20 221/23
223/1
language **[4]** 62/24
63/3 73/11 87/16
laptops **[1]** 45/13
large **[3]** 79/6 104/6
104/11
largely **[4]** 69/14 80/8
148/11 204/8
larger **[2]** 83/2 160/8
largest **[2]** 108/17
126/5
LASSITER **[1]** 2/3
last **[29]** 7/17 9/25
14/22 18/18 21/21
52/24 58/10 59/4 59/16
70/9 74/13 83/5 90/20
111/14 114/17 119/20
119/24 127/3 130/2
176/9 191/24 197/13
203/6 203/12 203/24
216/14 217/5 217/7
late **[7]** 7/24 11/21
11/21 53/5 216/11
217/16 217/16
late-file **[1]** 11/21
later **[11]** 38/22 95/21
113/18 165/15 173/7
175/5 186/8 194/13
202/21 205/16 214/21
latter **[1]** 207/13
law **[68]** 3/3 3/7 21/20
41/18 44/8 55/9 55/15
70/22 70/24 71/4 71/25
72/10 73/9 76/14 76/15
76/22 76/25 77/25 78/4
78/6 78/19 79/12 80/21
81/4 81/5 81/9 81/11
81/14 81/15 81/17
81/23 82/6 86/2 87/13
99/16 103/16 114/20
114/25 158/21 173/25
198/18 211/2 214/3
220/14 220/15 222/5
222/13 222/13
lawful **[3]** 62/1 62/6
99/25
lawfully **[2]** 66/19
66/23

**Lawn [2]** 2/3 2/7
**laws [1]** 62/4
**lawyer [11]** 15/7 15/9 39/16 39/22 40/7 54/5 56/15 56/16 59/23 89/17 222/2
**lawyers [8]** 7/22 8/2 8/17 37/23 38/3 39/18 218/23 223/2
**lawyers' [1]** 151/2
**lay [5]** 49/16 64/14 67/5 67/21 163/18
**laying [1]** 132/11
**lead [4]** 11/22 49/25 54/6 126/2
**leader [2]** 161/4 170/14
**leading [1]** 118/15
**leads [1]** 126/3
**leaked [1]** 134/13
**learn [2]** 113/7 180/20
**learned [4]** 61/9 123/5 134/12 146/13
**least [41]** 5/24 16/8 20/13 23/15 26/8 31/11 32/10 34/25 37/18 41/1 41/22 45/24 53/2 56/23 60/13 63/12 74/22 78/7 83/6 90/23 91/8 111/10 113/6 116/21 117/16 126/7 128/8 138/6 140/24 154/17 155/20 162/5 162/6 165/22 171/7 184/6 196/17 202/15 202/25 204/7 212/3
**leave [5]** 29/11 46/23 97/1 120/19 193/14
**leaves [1]** 47/24
**leaving [2]** 140/6 187/23
**Lee [1]** 2/7
**left [9]** 29/17 73/9 77/16 82/9 87/6 110/4 194/22 194/23 199/21
**legal [12]** 67/21 76/3 83/11 85/3 86/10 86/11 94/2 94/5 220/21 220/24 222/3 223/2
**legally [2]** 86/9 190/14
**legitimate [2]** 92/16 173/15
**length [7]** 19/7 22/12 27/13 33/24 51/18 116/15 201/5
**lengthen [1]** 204/11
**lengthy [1]** 216/21
**less [2]** 169/18 175/8
**lesser [2]** 16/18 27/1
**let [54]** 6/1 6/22 7/13 7/17 11/9 23/7 25/5 27/24 28/15 30/4 30/8 40/6 41/13 42/11 45/7 57/18 57/20 58/1 58/15 59/1 60/12 69/17 78/3 89/19 90/16 91/3 92/5 93/18 97/16 113/17 113/17 114/23 129/12

153/7 157/12 158/13 161/22 163/15 169/17 176/25 177/21 179/12 191/23 193/6 199/25 211/23 213/20 214/21 216/5 216/10 218/3
**let's [30]** 20/10 21/17 26/12 33/3 34/23 35/18 41/5 49/2 49/14 49/18 61/14 63/11 64/11 98/15 98/16 98/17 115/3 135/7 151/8 157/21 158/8 162/24 164/15 165/8 196/4 198/19 203/2 215/5 217/19 217/23
**let's see [1]** 49/18
**level [7]** 80/25 81/23 109/7 124/20 126/9 131/12 151/17
**Libby [2]** 155/9 155/9
**light [1]** 69/6
**lightbulb [1]** 127/2
**like [71]** 22/7 25/5 29/13 30/7 32/5 42/16 43/3 45/14 50/13 55/18 57/4 60/6 69/10 70/20 71/2 71/9 77/1 80/16 85/6 85/10 97/10 102/17 102/18 103/21 108/10 110/13 118/3 118/3 124/11 126/21 127/15 129/19 132/6 132/23 133/21 134/2 135/19 136/3 136/14 140/15 142/13 144/15 146/1 147/13 148/25 155/17 162/18 163/3 170/16 172/3 172/4 175/14 178/10 181/17 196/13 196/20 197/22 198/3 198/10 199/23 200/5 202/1 202/21 202/25 205/5 206/4 206/20 211/17 215/16 221/20 224/4
**likelihood [1]** 83/9
**likely [10]** 22/10 37/17 41/24 44/10 53/18 53/22 63/24 164/24 169/21 174/13
**limine [14]** 18/1 73/3 79/20 82/9 84/16 87/4 94/14 94/16 94/18 94/20 94/21 95/5 99/4 158/9
**limit [1]** 149/18
**limitations [1]** 70/21
**limited [7]** 48/22 71/23 106/20 137/4 148/2 196/24 222/11
**limiting [1]** 175/19
**limits [1]** 151/5
**Linder [15]** 2/2 2/3 5/10 26/1 44/3 50/2 74/7 74/8 96/8 108/2 110/23 112/10 201/13

**line [22]** 30/17 41/10 43/8 44/19 45/1 60/8 61/3 106/14 113/12 114/24 119/9 130/25 168/14 174/11 176/11 188/23 189/1 193/20 203/19 203/19 203/19 203/20
**lines [2]** 44/11 84/3
**links [1]** 216/22
**list [52]** 23/5 26/22 26/22 34/24 34/24 50/4 54/7 60/3 60/11 64/3 68/15 68/23 69/19 107/6 108/13 108/22 110/20 110/24 119/10 119/12 119/25 121/5 123/2 123/10 123/11 123/13 123/15 123/18 123/18 123/23 124/10 124/13 124/17 124/18 127/22 196/20 199/21 200/9 200/12 200/16 200/19 202/4 203/6 203/19 203/23 204/6 204/11 204/17 204/21 205/19 206/24 224/19
**listed [4]** 66/21 74/8 201/20 201/23
**listen [2]** 169/4 169/6
**listened [1]** 96/5
**listener [9]** 163/1 164/5 164/6 167/2 167/2 167/9 179/10 185/7 192/13
**listener's [2]** 185/6 185/10
**listeners [1]** 185/12
**listening [10]** 49/11 164/23 164/24 165/23 167/21 167/23 168/2 170/10 171/25 199/3
**lists [5]** 72/22 108/20 109/6 110/14 200/3
**litigated [2]** 73/20 77/23
**litigation [4]** 56/8 56/10 57/2 221/20
**litigations [1]** 59/5
**littered [1]** 72/18
**little [31]** 6/22 7/6 7/17 26/10 27/11 36/19 47/6 55/5 70/16 81/3 98/16 101/2 102/22 120/19 130/13 143/23 159/25 163/25 165/19 167/22 167/23 168/12 168/15 174/4 176/25 184/24 199/15 200/20 201/17 220/10 224/3
**live [1]** 18/5
**LLC [2]** 2/14 3/12
**lobbied [1]** 78/2
**local [3]** 15/4 25/10 218/9
**location [2]** 168/10 172/2

173/3
**lodge [1]** 213/2
**lodged [1]** 84/13
**log [4]** 168/22 170/2 170/3 170/5
**log-in [1]** 168/22
**log-on [1]** 170/5
**log-ons [1]** 170/3
**logged [5]** 169/2 169/3 169/24 169/25 170/8
**logic [3]** 68/19 135/16 144/25
**logistics [3]** 45/6 45/6 67/22
**long [18]** 11/18 25/20 26/16 28/16 28/20 35/15 41/9 53/1 95/19 98/15 101/1 127/4 129/10 140/20 142/24 180/12 200/4 200/24
**longer [5]** 66/9 200/8 201/3 215/9 215/21
**look [65]** 22/14 23/19 26/5 34/21 38/6 39/12 45/14 46/18 47/15 50/17 54/5 57/8 60/11 61/16 68/17 69/24 81/7 81/8 83/7 85/18 85/25 86/8 87/15 87/25 96/23 98/3 99/22 99/24 100/13 100/22 102/17 108/25 109/3 109/15 117/4 119/9 125/25 127/13 130/24 131/7 132/19 134/2 143/15 144/24 147/22 150/7 150/19 150/22 151/11 154/19 156/3 156/18 161/16 163/5 173/24 181/16 188/4 200/1 202/20 205/3 205/9 206/4 206/11 214/24 220/24
**looked [4]** 22/9 74/3 99/4 143/16
**looking [10]** 35/8 103/15 105/1 110/18 141/1 145/6 166/2 166/20 195/22 211/5
**looks [1]** 198/10
**loosely [1]** 87/18
**losing [1]** 112/22
**lot [19]** 10/24 16/22 27/10 42/16 142/15 156/19 163/25 164/25 166/5 170/17 176/3 177/24 194/6 194/25 195/25 201/8 202/3 204/13 213/1
**Louis [1]** 5/9
**Louisiana [2]** 15/7 222/8
**Louisville [1]** 149/10
**low [2]** 201/7 201/10
**lunch [4]** 52/5 70/10 158/6 216/19

**M-a-r-q-u-e-z [1]** 19/17
**made [33]** 6/19 8/1 8/4 11/20 12/24 14/11 18/3 18/18 18/20 41/4 71/15 83/23 84/6 93/14 108/5 111/1 117/7 117/10 119/11 135/9 136/14 152/17 162/11 165/1 180/15 198/24 206/14 211/14 211/15 211/17 214/6 219/9 219/10
**magic [1]** 132/20
**magical [1]** 124/13
**magnetometers [1]** 153/10
**magnitude [1]** 10/11
**main [1]** 173/20
**major [1]** 172/15
**make [68]** 6/20 6/22 9/14 9/20 15/8 20/12 21/7 24/4 24/8 25/2 29/13 30/19 33/4 33/9 37/6 39/1 48/14 49/22 50/11 50/13 52/15 52/17 54/25 55/17 55/25 57/13 64/11 66/3 66/10 74/13 76/4 94/8 97/5 105/20 107/4 107/13 108/1 114/13 114/16 122/9 125/5 131/8 134/2 139/7 142/22 150/3 152/22 157/13 167/2 167/17 176/9 177/14 177/21 194/11 199/4 200/1 206/17 209/23 211/3 214/10 214/18 214/25 215/12 216/3 222/7 222/14 223/4 223/16
**makes [13]** 17/24 18/10 27/4 31/21 80/20 126/21 130/17 130/19 137/17 165/9 182/20 190/15 203/18
**making [10]** 88/10 103/7 113/25 132/1 164/22 174/23 194/24 194/25 200/21 206/8
**man [1]** 180/21
**management [2]** 9/6 9/13
**manifestation [5]** 182/22 182/23 183/8 191/16 191/19
**manner [6]** 72/17 72/23 73/14 73/23 73/24 74/2
**many [13]** 7/2 26/19 27/12 41/2 96/17 106/24 107/5 116/12 116/15 131/6 159/10 161/5 205/4
**Manzo [1]** 5/9
**mapped [1]** 201/2
**marching [2]** 172/5 178/11
**Marquez [2]** 19/16

**Marquez... [1]** 19/17
**Marshall [1]** 44/17
**marshals [5]** 6/21 7/25
8/10 42/6 45/3
**Marshals Service [1]**
8/10
**mask [4]** 37/22 38/16
38/17 38/19
**masking [2]** 37/22
40/21
**masks [2]** 38/11 38/19
**massive [1]** 96/2
**master [8]** 9/6 9/8 9/9
9/12 9/23 10/3 20/4
204/17
**match [2]** 132/21 159/5
**material [13]** 20/15
20/22 69/6 93/9 96/3
96/6 117/17 123/25
129/1 129/9 135/4
135/5 217/17
**materiality [6]** 129/6
138/4 144/21 145/11
150/9 195/3
**materially [2]** 129/11
138/3
**materials [11]** 21/1
21/10 55/12 120/11
120/12 132/12 146/25
147/7 147/14 152/4
154/5
**math [1]** 32/4
**matter [17]** 7/24 56/13
58/5 73/9 79/12 83/6
92/4 92/5 92/6 117/15
150/11 177/25 178/4
178/5 198/2 209/25
226/4
**matters [9]** 42/20
42/22 42/22 42/24
43/17 122/4 147/10
209/24 222/18
**may [99]** 7/12 7/24
10/19 19/3 20/25 23/4
27/2 27/17 29/24 34/13
34/21 36/12 36/14
36/20 36/21 38/9 38/22
39/1 39/7 40/5 40/12
41/16 43/3 44/21 44/24
45/8 49/17 50/13 52/4
57/25 66/16 68/12
68/15 68/16 75/20
77/19 78/9 79/17 84/22
89/8 89/12 89/20 89/20
91/19 91/20 92/15
105/22 107/17 107/18
107/18 108/8 108/11
108/21 109/12 109/16
109/21 110/21 113/22
113/24 114/11 116/13
117/9 118/2 119/6
120/17 121/23 126/8
129/23 133/20 138/19
138/19 141/17 142/2
144/9 144/11 144/21
145/8 146/25 147/20
155/19 161/15 171/7

187/6 191/2 195/15
197/10 204/23 205/25
206/1 206/4 206/4
220/8 221/9 222/4
222/9 222/17
**maybe [40]** 23/8 49/11
59/25 60/20 66/25 71/4
75/23 76/24 77/22 81/3
88/7 88/7 96/25 103/20
106/16 106/23 118/12
118/23 118/24 120/23
123/4 126/1 128/21
139/17 143/25 149/6
158/13 163/11 163/12
146/16 174/14 177/1
193/14 196/7 196/8
197/2 200/15 201/3
201/11 202/21
**McFadden [1]** 25/16
**MD [1]** 3/18
**me [159]** 6/1 7/13 7/17
9/25 11/9 12/19 16/22
20/17 23/19 24/14 25/5
27/24 28/22 29/6 29/11
30/4 30/8 32/17 45/7
46/9 46/12 47/7 47/20
50/3 50/9 52/10 56/12
58/13 58/15 59/1 59/13
59/14 59/14 59/23 61/3
65/25 66/11 67/1 69/17
69/18 70/11 70/17
75/10 76/3 76/7 76/9
77/20 78/3 81/14 82/2
82/7 83/13 85/9 85/14
86/17 89/19 90/16 91/3
92/5 93/6 93/10 93/18
93/20 94/13 94/15 96/1
96/13 96/15 98/21
99/24 100/5 100/18
101/4 102/9 106/8
113/12 113/19 114/23
115/18 118/19 119/21
121/22 122/17 126/12
126/21 127/3 130/9
130/11 131/2 131/5
131/7 136/20 136/24
136/25 137/18 138/15
138/16 138/16 140/1
140/4 142/11 145/14
146/23 150/2 150/5
150/12 152/15 153/7
154/20 155/8 156/9
156/20 157/12 157/15
158/13 159/6 161/15
161/22 161/25 162/4
163/15 169/17 170/13
173/11 174/12 174/20
176/25 177/21 178/19
179/12 180/24 181/20
181/24 184/21 186/14
188/6 188/20 191/23
193/6 193/11 194/4
195/20 196/11 199/22
199/25 200/5 202/22
203/2 204/15 211/23
213/20 214/21 216/10
217/2 218/3 218/12

**mean [110]** 10/2 16/14
29/3 30/5 30/15 36/5
38/15 39/14 39/20
39/24 40/4 40/7 46/16
46/17 46/18 47/11
47/21 47/24 48/3 48/4
48/9 49/3 50/17 60/5
68/17 70/24 76/18
76/24 77/9 77/14 77/21
79/13 81/8 83/6 84/21
85/18 86/15 86/21
96/20 97/25 99/20
100/22 102/10 102/20
113/10 114/24 115/15
115/18 125/11 126/20
127/2 132/7 135/22
137/19 139/16 142/7
142/20 144/14 144/16
144/16 144/24 145/2
145/12 145/21 149/7
150/9 153/9 154/19
154/23 155/8 159/3
160/13 162/9 164/17
169/19 169/22 170/11
172/22 173/4 173/4
177/23 178/1 178/4
182/6 184/2 188/16
188/16 191/19 192/9
194/9 197/6 197/6
198/16 199/8 200/1
201/21 204/8 204/9
204/16 204/20 204/21
207/25 210/8 211/19
212/14 214/2 214/24
216/10 220/24 223/3
**meaning [1]** 72/7
**meaningful [2]** 7/19
9/2
**means [15]** 9/11 9/15
15/25 18/6 31/24 32/1
32/4 42/2 42/15 76/9
77/6 77/17 100/17
125/18 135/9
**meant [4]** 34/25 37/16
100/13 106/19
**meanwhile [1]** 180/21
**measurement [1]** 32/5
**mechanical [1]** 4/6
**mechanics [4]** 6/10
34/23 45/9 53/25
**media [6]** 16/23 35/23
37/9 37/10 37/11 37/13
**medical [1]** 131/17
**meet [8]** 58/4 85/10
103/3 138/4 174/18
219/19 223/20 223/24
**meeting [2]** 85/11
223/21
**meets [2]** 185/23
213/22
**Meggs [19]** 3/2 5/5
5/13 5/17 50/6 65/7
65/7 115/7 118/6
120/16 149/21 149/21
153/13 154/11 157/2
185/22 206/17 221/10
223/8

**Meggs' [3]** 157/6
218/9
**MEHTA [3]** 1/9 57/13
158/3
**member [8]** 55/11
55/11 159/21 161/3
171/23 185/7 192/10
210/13
**members [7]** 36/5 58/8
78/19 112/4 116/13
121/3 147/17
**memos [2]** 20/18 20/20
**men [1]** 79/7
**mens [8]** 100/8 105/3
149/13 149/17 150/6
172/13 172/17 174/25
**mention [2]** 99/20
129/23
**mentioned [7]** 54/8
105/17 105/18 131/12
148/22 217/3 220/14
**mentions [1]** 103/22
**merely [1]** 116/18
**Merit [1]** 4/2
**merits [1]** 12/2
**messages [7]** 16/21
16/22 16/23 71/15 90/6
91/16 220/7
**messy [1]** 49/13
**met [6]** 82/24 83/11
83/11 189/11 214/2
221/24
**metadata [1]** 143/13
**metaphysically [1]**
214/12
**mezzanine [1]** 166/17
**mid [2]** 7/24 39/6
**middle [1]** 98/8
**might [27]** 17/21 18/5
18/8 33/15 42/10 46/20
73/23 74/3 74/15 79/24
79/25 80/4 80/6 84/5
108/23 109/23 109/23
110/8 115/13 125/2
148/24 198/2 200/16
203/9 212/11 220/9
225/2
**military [2]** 79/5 106/24
**militia [12]** 73/4 75/13
78/6 78/16 78/22 79/2
79/4 79/7 79/8 79/11
80/17 106/23
**million [2]** 141/16
178/11
**mind [11]** 77/8 81/19
81/19 81/21 162/8
170/12 173/13 174/17
175/18 196/18 202/16
**mindful [5]** 29/20
29/25 112/7 147/22
148/7
**minimize [2]** 205/5
205/7
**minimum [1]** 102/17
**ministry [2]** 59/11
59/12
**minute [4]** 7/14 66/15
161/15 216/14

**minutes [10]** 26/11
69/22 84/6 98/17
125/25 130/4 132/5
169/23 173/7 180/12
**miracle [1]** 53/20
**miscellaneous [1]** 14/5
**misconduct [1]** 112/20
**misremember [1]**
87/17
**miss [1]** 26/11
**missed [1]** 217/5
**missing [2]** 91/17
139/10
**misspoke [2]** 95/7
101/21
**mistake [3]** 66/10 71/4
131/25
**mistaken [1]** 119/6
**moderator [1]** 169/9
**modest [1]** 28/18
**Mole [1]** 108/10
**moment [7]** 26/21
30/10 101/20 126/23
130/22 195/1 210/25
**Monday [7]** 24/11
35/12 53/8 53/19
101/24 102/23 114/6
**monetarily [1]** 60/5
**money [4]** 135/15
135/17 136/10 136/12
**month [2]** 90/7 219/15
**months [26]** 7/20 9/3
12/6 12/22 13/6 14/3
14/18 14/22 91/2 91/2
91/7 91/7 91/8 91/23
93/23 95/14 95/15
95/23 97/25 101/9
108/22 148/13 148/14
157/3 202/12 205/22
**moon [1]** 170/17
**moot [1]** 82/7
**more [51]** 25/24 26/6
27/11 31/22 32/5 33/25
35/21 36/19 37/7 42/9
45/5 48/22 66/4 67/22
71/22 75/6 78/19 84/23
85/8 96/17 97/13
102/21 104/14 104/21
113/16 117/2 118/19
128/21 135/6 135/19
138/9 143/14 151/9
152/20 153/9 157/20
168/15 169/15 171/8
177/5 178/25 184/24
187/16 188/12 189/10
201/21 204/1 207/3
208/15 210/24 225/4
**morning [16]** 5/2 5/21
22/1 27/6 27/10 27/22
42/21 43/6 43/12 43/21
55/9 70/10 108/19
109/25 141/15 151/20
**mornings [1]** 44/25
**Moseley [6]** 221/8
221/19 221/24 222/1
222/19 223/7
**Moss' [1]** 112/15
**most [14]** 7/16 16/21

**M**

most... [12] 37/20
47/10 48/4 81/10 81/13
81/17 96/3 101/10
102/14 184/20 191/13
203/7

motion [67] 7/14 9/5
10/6 11/4 11/17 11/18
11/22 15/13 15/17 16/9
17/19 18/1 20/3 20/4
21/13 54/21 73/3 74/4
74/5 74/7 79/20 80/5
84/16 87/4 88/5 89/16
94/14 94/16 94/18
94/20 94/21 94/25 95/4
96/15 99/4 99/7 99/21
115/4 117/18 117/19
119/1 119/4 126/10
140/17 142/7 153/2
156/8 156/12 156/13
158/8 158/9 164/18
167/24 168/25 179/17
179/19 181/5 182/4
196/4 196/5 197/9
197/13 197/16 197/25
198/3 198/11 199/16

motions [15] 6/4 6/14
7/13 13/4 13/5 13/7
13/7 13/9 20/2 82/9
111/25 115/4 129/21
196/25 216/5

motorcade [1] 130/6

mouth [1] 16/25

move [7] 20/5 28/4
114/11 135/7 191/24
194/1 197/21

moved [2] 29/4 179/19

movements [2] 173/3
176/18

moving [7] 29/7 152/18
154/3 169/8 183/13
193/20 194/14

Mr [10] 14/18 26/1 26/1
35/11 66/15 103/19
114/15 218/9 218/10
221/8

Mr. [204] 6/5 7/14 7/18
8/1 8/6 8/10 8/15 8/24
9/9 9/16 10/7 11/5 11/6
11/7 11/16 12/5 12/5
12/11 12/22 13/3 13/7
13/16 13/18 13/19
13/25 14/2 14/24 14/25
15/4 15/10 15/16 15/17
15/18 16/1 16/1 16/3
16/12 16/12 16/17
16/19 16/25 17/11
17/18 17/20 18/5 18/17
18/24 20/5 20/14 21/16
25/14 25/21 26/12 34/6
35/4 35/7 44/3 46/4
49/4 50/2 50/6 50/7
54/11 54/18 54/21
54/23 55/3 55/4 55/16
55/16 55/20 56/3 56/10
57/5 57/6 57/9 57/10
57/15 57/15 57/16
57/24 58/6 58/8 58/10

58/22 58/24 59/2 59/3
59/15 60/16 60/18 65/7
65/7 65/9 68/18 71/16
72/15 73/2 74/7 74/8
74/17 78/18 88/13 96/8
100/20 101/20 106/3
108/2 108/4 110/23
112/10 112/13 114/6
114/8 115/4 115/7
115/15 116/20 118/6
118/18 122/25 125/1
126/20 127/22 128/7
129/15 130/11 130/25
132/3 132/7 132/24
134/9 134/17 134/19
134/21 134/24 139/11
144/1 144/24 149/21
149/21 150/8 151/18
152/13 153/2 153/3
153/8 153/13 154/11
156/6 156/18 157/2
162/19 164/17 167/10
183/24 185/22 185/23
186/13 190/25 191/23
192/2 193/7 195/21
196/4 196/7 197/16
197/21 198/10 201/13
201/18 204/3 205/21
206/16 206/17 208/1
213/25 215/4 215/24
218/6 218/6 218/9
218/11 218/20 218/22
218/25 219/1 221/9
221/10 221/10 221/19
221/24 221/25 222/1
222/19 223/6 223/6
223/7 223/8 223/13
224/8

Mr. Bright [8] 20/14
21/16 46/4 72/15 74/17
100/20 114/6 215/24

Mr. Caldwell [1] 50/7

Mr. Crisp [8] 25/14
25/21 26/12 35/7
164/17 190/25 191/23
195/21

Mr. Douyon [1] 34/6

Mr. Fischer [2] 73/2
196/7

Mr. Fischer's [1] 196/4

Mr. Geyer [5] 129/15
130/11 218/11 223/6
223/13

Mr. Greene [4] 17/18
17/20 18/5 18/17

Mr. Harrelson [6]
15/16 50/6 55/16 57/15
57/24 185/23

Mr. Harrelson's [2]
15/17 88/13

Mr. Hoang [1] 58/12

Mr. Kramer [1] 35/4

Mr. Linder [11] 44/3
50/2 74/7 74/8 96/8
108/2 110/23 112/10
201/13 204/3 215/4

Mr. Meggs [13] 65/7

149/21 149/21 153/13
154/11 157/2 185/22
206/17 221/10 223/8

Mr. Meggs' [3] 115/4
153/3 218/9

Mr. Moseley [5] 221/19
221/24 222/1 222/19
223/7

Mr. Nestler [19] 49/4
59/2 60/18 101/20
108/4 112/13 114/8
128/7 130/25 132/3
132/7 162/19 167/10
183/24 186/13 192/2
193/7 208/1 218/20

Mr. Nestler's [1] 106/3

Mr. Pierce [7] 55/16
56/10 57/5 57/6 57/10
57/15 57/16

Mr. Quan [5] 58/10
58/12 58/14 59/3 60/16

Mr. Quan's [1] 59/15

Mr. Rhodes [40] 6/5
8/1 8/10 8/15 8/24 9/9
10/7 11/6 11/7 12/5
12/22 13/7 13/16 13/25
14/2 14/25 15/4 15/10
15/18 16/1 16/3 16/12
16/12 16/17 16/19
16/25 17/11 18/24 20/5
55/3 57/9 71/16 78/18
201/18 206/16 218/6
218/22 219/1 221/10
224/8

Mr. Rhodes' [8] 7/14
7/18 8/6 11/5 14/24
54/11 197/16 205/21

Mr. Tarpley [22] 9/16
11/16 12/5 12/11 13/3
13/18 13/19 16/1 54/21
54/23 55/4 55/20 56/3
58/6 58/22 58/24
197/21 198/10 218/6
218/25 221/25 223/6

Mr. Tarpley's [3] 54/18
58/8 221/9

Mr. Woodward [25]
65/9 68/18 115/15
116/20 118/18 122/25
125/1 126/20 127/22
132/24 134/9 134/17
134/19 134/21 134/24
139/11 144/24 150/8
151/18 152/13 153/2
153/8 156/6 156/18
213/25

Mr. Woodward's [1]
144/1

Ms. [112] 17/18 17/21
18/1 18/6 18/12 18/17
25/10 39/13 46/1 50/6
65/25 66/5 67/3 71/11
79/15 90/5 91/3 91/4
91/6 91/14 92/12 93/10
93/17 93/21 93/22
93/25 94/4 95/16 95/19
98/1 112/13 120/10

132/4 132/8 134/8
143/24 145/12 146/23
152/17 158/18 160/3
162/1 162/5 162/11
163/1 163/11 164/2
164/3 164/4 164/6
164/9 169/7 171/11
171/14 171/18 172/17
172/24 174/7 175/2
175/9 175/17 176/9
176/18 177/3 177/5
177/12 177/14 177/18
179/1 179/3 179/10
180/13 181/1 181/7
181/20 181/24 181/24
182/8 182/13 182/20
183/24 185/11 185/19
185/22 185/24 186/4
186/8 186/11 186/25
187/2 187/7 187/8
187/10 187/20 190/5
190/9 190/24 191/6
191/23 193/7 195/23
204/4 208/1 209/3
212/22 215/10 221/20
221/23 223/1

Ms. Haller [10] 25/10
93/10 93/17 94/4 181/1
181/20 183/24 187/7
190/24 191/23

Ms. Lambert [3]
221/20 221/23 223/1

Ms. Rakoczy [22]
39/13 46/1 65/25 66/5
67/3 71/11 79/15
112/13 120/10 123/12
128/7 130/25 132/4
132/8 134/8 143/24
145/12 146/23 204/4
208/1 212/22 215/10

Ms. SoRelle [18] 17/18
17/21 18/1 18/6 18/12
90/5 91/3 91/4 91/6
91/14 92/12 93/21
93/22 93/25 95/16
95/19 98/1 209/3

Ms. SoRelle's [1]
18/17

Ms. Watkins [44] 50/6
152/17 158/18 160/3
162/5 162/11 163/1
163/11 164/2 164/3
164/6 164/9 169/7
171/11 171/14 171/18
172/24 174/7 175/2
175/9 176/9 177/3
177/14 179/1 179/10
180/13 181/24 182/8
182/20 185/11 185/22
185/24 186/4 186/8
186/11 186/25 187/2
187/8 187/10 187/20
190/5 190/9 193/7
195/23

Ms. Watkins' [13]
162/1 164/4 172/17
175/17 176/18 177/5

181/7 182/13 185/19
191/6

Ms. Watson [1] 181/24

much [20] 7/8 16/16
26/11 35/19 63/15
85/17 95/17 106/7
126/21 131/13 136/24
171/1 173/11 175/24
177/23 199/23 200/8
209/17 211/17 220/15

multi [2] 31/10 207/21

multi-defendant [2]
31/10 207/21

multiple [5] 39/18 42/9
139/9 209/19 209/20

multitude [1] 104/9

murky [1] 70/16

must [4] 42/3 99/17
99/18 129/8

my [59] 11/24 16/16
20/17 21/20 28/2 28/21
32/4 32/14 32/14 35/10
42/1 43/16 44/8 44/8
44/14 44/21 61/1 61/20
64/25 66/11 68/6 68/6
81/8 85/25 86/15 88/3
88/4 91/17 96/10 96/12
98/6 108/10 112/22
115/25 121/25 129/19
129/21 129/23 150/22
150/24 161/16 162/8
169/17 170/25 180/23
183/15 188/23 192/21
196/11 196/17 196/18
199/21 202/16 202/24
205/2 206/12 221/23
223/4 224/10

myself [2] 34/6 66/8

mystifying [1] 9/24

**N**

nail [1] 204/5

naive [1] 103/20

name [11] 56/20 59/15
119/20 119/25 133/2
134/1 134/6 134/15
153/22 159/9 222/3

named [2] 74/6 208/3

names [8] 120/13
121/5 123/2 123/4
123/11 147/11 147/12
147/13

naming [1] 74/2

Nancy [1] 179/7

narrow [1] 68/15

National [3] 79/5
106/20 106/21

National Guard [1]
79/5

nature [6] 9/7 80/23
98/9 136/14 170/22
220/16

necessarily [10] 22/13
84/24 85/19 155/24
160/1 165/1 177/20
183/16 185/24 210/22

necessary [8] 10/4

**N**

**necessary...** [7]  13/11
14/7 15/11 125/18
136/25 219/13 220/5
**need** [69]  6/23 7/6 14/7
14/9 17/18 20/10 22/4
22/5 22/23 23/25 24/3
25/23 28/9 30/1 30/6
32/4 33/17 35/20 36/11
36/14 37/8 40/5 42/7
52/7 63/9 68/6 69/15
71/3 76/14 77/3 80/9
82/24 85/18 97/3 99/23
100/18 100/25 102/13
102/20 103/9 110/1
110/5 112/11 114/14
114/19 117/2 122/6
122/18 122/20 122/21
137/2 137/22 138/9
138/12 161/16 161/19
167/11 167/12 178/18
194/10 198/7 199/17
204/12 208/23 213/25
215/19 217/25 218/12
218/15
**needed** [3]  14/6 54/19
55/22
**needs** [19]  13/3 13/10
13/18 13/24 14/16
18/22 25/11 25/19 41/7
63/4 66/9 81/7 81/24
83/13 84/7 97/6 156/16
210/18 220/12
**nefarious** [1]  141/6
**negate** [1]  76/17
**Neither** [3]  14/18 14/19
26/7
**Nestler** [22]  1/14 5/8
49/4 59/2 60/18 101/20
103/19 108/4 112/13
114/8 128/7 130/25
132/3 132/7 162/19
167/10 183/24 186/13
192/2 193/7 208/1
218/20
**Nestler's** [1]  106/3
**never** [16]  48/6 73/20
73/22 78/16 88/4 99/9
111/1 112/8 139/24
142/22 166/9 193/12
205/2 207/2 207/20
214/13
**nevertheless** [3]  31/6
31/20 214/14
**new** [8]  6/17 19/4 19/9
19/12 105/11 126/22
216/4 217/17
**newspaper** [1]  91/2
**newspapers** [1]  149/7
**next** [34]  20/6 22/6
22/20 23/1 24/15 28/4
29/12 29/17 41/21
41/22 52/11 58/20
69/18 74/9 85/14 86/17
100/22 101/1 131/15
140/8 146/5 151/8
151/9 158/8 166/14
168/3 177/17 215/14

218/11 219/20 224/17
**nice** [4]  36/15 89/2
158/6 212/21
**night** [7]  21/21 42/20
43/5 47/14 171/11
171/24 203/25
**Ninth** [3]  18/24 19/11
19/17
**NJ** [1]  3/13
**no** [92]  1/4 5/3 8/13
8/13 8/19 9/7 9/23 9/23
10/22 11/11 13/11
15/13 15/25 17/15
17/15 17/24 18/14 27/4
27/8 29/5 29/6 29/7
33/3 37/14 43/9 51/2
51/10 56/22 57/11
59/15 60/16 61/5 64/5
72/20 75/23 82/17
82/20 83/18 86/13
92/13 93/2 93/12 95/2
95/4 95/10 96/11 96/11
96/11 98/3 102/8 110/5
110/18 110/25 111/1
111/2 112/2 114/24
119/19 130/19 132/1
137/17 139/24 140/19
141/17 146/17 152/6
152/8 153/5 156/17
157/17 159/22 160/13
161/11 165/22 167/3
169/23 169/25 174/6
181/12 183/5 185/4
185/16 188/2 190/13
194/21 195/20 195/21
206/9 222/7 222/15
223/11 224/16
**nobody** [3]  8/15 12/18
36/3
**nobody's** [1]  96/14
**non** [5]  10/18 184/25
192/11 192/14 199/10
**non-co-conspirators**
[1]  184/25
**non-conspirator** [1]
192/14
**non-conspirators** [1]
192/11
**non-starter** [1]  10/18
**non-statutory** [1]
199/10
**none** [5]  83/10 118/11
118/11 118/12 180/22
**nonsense** [1]  90/21
**normally** [2]  47/1
48/18
**north** [4]  2/15 194/1
194/10 194/10
**northeast** [1]  130/5
**not** [395]
**note** [1]  68/8
**noted** [1]  20/9
**notes** [3]  41/13 128/23
161/16
**nothing** [10]  16/8
39/24 117/12 123/6
128/14 166/10 166/22

**notice** [3]  41/20 41/25
220/23
**notify** [1]  22/23
**Noting** [1]  99/15
**notion** [3]  8/15 10/16
116/4
**November** [10]  11/6
11/8 11/12 11/15 21/6
148/12 197/17 202/17
205/22 205/22
**now** [55]  6/18 8/1
13/13 13/16 14/3 20/20
50/8 56/19 66/6 68/15
71/7 71/9 72/12 86/16
87/9 87/21 87/25 93/5
94/3 98/16 104/9
105/15 106/6 106/11
108/7 109/14 110/19
115/15 115/22 119/10
120/17 123/7 126/3
131/21 133/16 140/2
140/4 140/24 157/19
165/18 169/12 169/13
169/15 173/8 173/20
174/7 178/12 183/13
188/24 201/6 209/3
214/11 218/3 218/6
218/24
**now seen** [1]  133/16
**now-cooperating** [1]
104/9
**nowhere** [1]  18/25
**nuanced** [1]  75/7
**number** [30]  22/8 22/9
23/20 27/1 27/13 31/1
32/8 41/23 44/10 59/4
63/17 118/9 131/21
132/20 133/2 163/8
180/12 180/14 180/21
180/23 181/16 196/12
201/7 204/10 204/18
204/21 204/23 205/5
213/7 217/9
**numbers** [4]  32/17
32/18 44/8 131/16
**numerous** [1]  14/6
**NW** [4]  1/15 3/3 3/7 4/4

**O**

**Oak** [2]  2/3 2/7
**Oath** [45]  72/22 73/24
74/3 78/18 104/18
115/11 118/6 121/4
121/10 138/23 139/5
140/25 141/3 141/6
141/9 142/4 142/18
146/1 146/6 146/14
146/20 146/25 147/13
147/16 147/17 147/20
147/24 147/25 148/4
148/15 148/23 149/8
149/22 149/24 150/13
151/20 151/22 152/6
159/21 161/3 161/4
162/3 208/3 208/14
208/14
**Oath Keepers** [28]

141/3 141/6 141/9
142/4 142/18 146/1
146/6 146/14 146/20
146/25 147/13 147/16
147/17 147/20 147/24
147/25 148/4 148/15
148/23 149/8 149/22
150/13 151/20 151/22
152/6
**Oath Keepers'** [1]
149/24
**object** [9]  20/8 49/17
64/9 69/20 82/3 82/4
97/17 213/20 219/16
**objected** [4]  62/5 62/8
63/3 64/16
**objecting** [1]  103/25
**objection** [16]  28/23
29/5 29/6 41/5 52/18
62/9 62/10 63/4 63/20
64/6 64/25 65/24
129/19 140/13 140/19
204/13
**objections** [17]  20/9
40/22 41/4 66/4 203/13
203/15 203/16 203/20
203/24 204/2 204/6
204/18 205/10 213/2
214/15 220/11 220/20
**oblate** [1]  195/15
**obligation** [6]  64/14
68/6 120/3 146/9
146/18 148/17
**observation** [3]  177/22
177/22 206/10
**observations** [1]  113/5
**obstreperous** [1]  68/5
**obstruct** [1]  76/12
**obstructed** [1]  92/19
**obstruction** [1]  91/1
**obtain** [1]  81/25
**obtained** [7]  66/20
138/21 142/14 143/3
145/4 151/12 151/16
**obtains** [1]  64/12
**obvious** [3]  45/11
92/18 103/21
**obviously** [30]  6/25 7/3
7/10 22/17 23/14 27/4
31/25 37/15 39/22 73/1
112/7 122/15 126/2
126/15 148/20 151/18
170/23 171/2 171/14
171/19 172/12 172/15
175/7 175/11 176/15
187/22 199/14 200/23
209/14 214/12
**occur** [2]  211/8 211/10
**occurred** [1]  82/25
**October** [6]  43/18
43/19 44/9 53/19 53/23
226/7
**odd** [2]  168/12 219/14
**odds** [3]  13/21 53/6
53/18
**off** [12]  21/12 38/4
38/12 38/17 47/12

127/2 166/13
169/24 170/2 171/9
200/16
**off-site** [1]  21/12
**offenses** [1]  81/17
**offer** [2]  74/11 138/16
**offered** [2]  177/24
178/5
**office** [8]  1/15 8/22
22/23 22/24 125/20
132/4 133/18 155/10
**officer** [1]  99/16
**OFFICES** [1]  3/7
**official** [3]  4/3 76/12
99/10
**oh** [5]  24/16 34/10
53/11 54/4 91/19
**Ohio** [1]  162/2
**okay** [179]  5/21 10/23
11/2 20/7 22/3 23/12
24/19 25/1 25/9 25/14
25/18 26/23 29/18 30/4
30/20 30/22 32/7 32/16
32/21 32/24 34/3 34/9
34/16 34/19 34/23
35/17 36/17 36/22 40/8
40/20 40/21 41/11
43/23 45/4 45/18 46/7
47/18 48/8 48/12 49/14
49/19 50/9 50/11 50/19
50/22 51/6 51/24 52/2
52/19 52/24 53/15
53/16 53/23 54/8 56/2
56/14 58/6 58/15 60/23
61/13 61/14 64/10
64/17 64/22 67/25
68/17 69/7 69/16 69/17
72/15 75/5 78/8 79/13
84/20 85/9 88/20 90/21
91/5 95/7 96/20 97/18
102/15 103/1 107/2
107/15 108/2 110/10
114/3 115/2 115/3
116/3 121/22 125/8
129/3 129/14 130/23
131/8 132/7 134/23
135/7 135/22 136/5
138/15 139/14 140/9
140/11 140/23 144/23
145/17 149/4 149/25
150/5 153/1 153/19
153/23 154/6 154/22
157/9 158/5 158/23
158/25 159/19 160/17
160/24 161/22 163/23
164/7 164/11 164/13
165/5 165/5 165/25
166/18 167/7 168/17
169/11 175/22 176/24
177/15 179/5 179/11
179/22 181/13 183/3
184/15 186/13 186/21
187/5 190/2 192/25
193/22 195/17 195/22
195/24 196/4 198/6
198/12 199/8 199/20
201/12 202/5 202/14
203/2 206/6 207/25

**O**

okay... [14] 208/5
208/6 208/25 212/20
216/1 218/1 218/2
218/22 219/9 220/24
221/14 223/5 224/12
224/23
ons [1] 170/3
once [24] 8/9 8/11 8/11
10/12 18/10 19/24
26/25 28/15 32/8 34/1
34/5 34/18 38/16 46/17
47/16 50/15 61/22
117/2 140/24 167/16
169/3 193/7 193/13
210/9
one [129] 5/24 7/1 7/5
7/18 8/13 8/14 10/4
11/11 12/9 12/9 14/25
27/16 27/16 29/13
31/11 39/15 39/22
40/24 40/25 42/9 44/13
45/2 45/5 45/10 46/9
47/7 54/12 54/20 55/7
55/8 55/13 63/12 64/24
65/1 68/9 70/16 70/17
71/1 75/12 92/22 92/24
96/7 99/20 100/12
105/17 105/18 106/18
107/4 109/24 112/4
112/13 113/5 114/24
115/8 120/7 124/7
126/7 133/23 134/22
139/6 139/8 140/8
140/14 149/15 149/19
149/19 151/8 151/9
154/4 154/16 154/20
154/22 158/16 158/17
159/8 159/9 161/15
162/3 162/23 163/8
163/8 164/21 165/11
165/15 165/18 169/9
170/13 170/15 171/3
171/18 172/22 174/5
174/16 174/24 174/25
176/1 176/13 177/22
180/17 180/19 181/17
181/19 184/6 184/18
185/1 187/16 191/2
191/7 191/24 192/9
192/12 194/7 194/12
194/21 195/20 196/14
197/24 198/15 198/18
202/19 206/10 207/11
207/14 213/13 213/16
214/16 216/25 222/2
222/15
ones [5] 23/8 131/22
131/24 207/10 213/20
ongoing [2] 9/16 112/3
online [1] 16/22
only [49] 7/19 8/8 9/2
12/5 19/6 19/13 33/24
37/24 41/23 54/12 57/8
61/6 64/8 64/18 64/24
69/8 69/9 73/21 77/24
78/1 88/12 91/18 109/6
115/1 117/6 131/22
133/14 133/18 133/18

155/5 156/16 163/2
164/2 164/8 167/8
169/6 169/22 175/13
178/21 179/1 182/18
187/8 210/7 211/22
214/17 219/15
open [23] 29/14 29/19
41/8 44/1 44/16 45/7
43/4 53/8 53/18 53/21
101/1 102/21 129/24
140/7 153/21 160/10
160/15 169/12 169/15
174/10 199/23 203/14
207/6
opening [21] 36/9
36/19 49/22 50/13
50/14 50/15 50/18
50/24 51/12 51/12
51/14 51/20 52/17
52/19 54/15 84/7 84/10
85/7 105/16 220/18
220/20
openings [7] 50/4
51/18 53/7 114/21
114/25 220/15 220/15
openly [1] 104/18
opens [1] 169/10
operate [1] 6/11
operates [2] 59/6
135/23
operating [1] 208/2
operation [1] 29/2
opine [1] 80/9
opinion [1] 183/15
opponent [3] 162/7
179/1 187/24
opportunities [1]
17/15
opportunity [6] 15/4
17/14 19/4 19/23 29/14
198/3
oppose [3] 62/1 62/6
211/4
opposed [5] 43/2
50/25 84/17 94/23
119/3
opposing [1] 196/9
opposite [1] 44/17
opposition [6] 74/4
88/12 88/14 115/25
181/11 182/4
optimistic [1] 210/11
orally [1] 198/9
orbit [1] 171/6
order [29] 6/2 6/16
7/14 15/17 18/22 20/18
21/1 32/25 33/1 33/3
35/22 37/3 49/21 54/2
54/7 55/22 94/8 113/19
115/21 129/21 132/11
132/17 132/23 167/14
185/12 190/16 200/15
200/18 223/16
ordered [4] 118/23
127/5 207/2 223/6
ordinary [1] 41/17

organic [2] 204/10
204/21
organization [4]
126/15 147/17 148/1
148/6
organize [1] 66/3
organized [1] 124/4
original [1] 44/15
originally [1] 58/22
originated [1] 159/7
ostensibly [1] 193/3
other [110] 7/2 7/11
8/19 8/21 16/23 16/23
17/6 18/6 22/14 29/15
34/2 35/21 35/23 36/4
39/19 41/20 44/3 44/17
44/10 44/16 48/20
52/15 52/18 54/1 54/22
55/17 57/3 58/8 58/9
58/18 60/20 60/21 61/4
62/22 62/25 63/8 68/23
71/17 78/1 88/20 104/9
105/19 107/3 107/16
110/13 111/6 114/21
116/21 122/7 125/12
126/3 128/15 129/25
133/22 137/8 137/9
141/12 141/14 141/17
142/12 143/8 143/8
144/5 144/8 145/4
145/9 146/2 147/9
154/5 154/14 159/12
160/4 163/4 163/5
166/19 170/14 171/7
171/15 171/21 172/8
172/23 173/1 175/12
175/16 176/9 177/20
179/6 182/12 184/17
184/23 184/24 185/11
185/19 188/1 189/2
189/9 189/13 189/19
189/21 190/4 190/6
191/8 193/25 194/18
194/22 195/20 201/19
210/2 215/22 217/1
220/13
others [13] 7/10 9/19
63/1 63/2 63/9 73/25
126/9 153/14 177/13
186/2 193/10 194/13
195/23
otherwise [13] 18/4
18/7 24/2 28/19 48/12
56/5 77/11 81/15 90/24
141/6 143/3 171/22
218/8
oubreak [1] 38/1
ought [9] 26/12 35/20
87/2 105/14 106/10
114/22 172/20 175/24
196/17
our [82] 21/13 23/6
30/19 32/24 33/4 34/19
35/4 49/24 52/5 63/14
66/13 68/9 69/11 70/10
73/2 74/4 75/6 87/4
89/7 89/25 96/3 96/5
96/6 98/14 99/3 102/7

114/11 116/5 116/7
116/8 116/17 117/18
118/16 120/9 121/2
121/8 124/23 126/16
129/20 131/23 132/16
140/17 143/15 147/9
148/10 149/12 149/12
149/19 156/15 158/14
163/22 171/17 175/16
181/16 182/4 193/5
198/8 198/22 199/13
200/12 200/25 201/17
202/3 203/8 203/16
203/18 204/8 204/14
205/20 213/5 215/25
217/14 219/13 220/1
220/5 220/18 221/8
221/12 222/18
ours [1] 204/7
ourself [1] 200/23
ourselves [1] 19/15
out [87] 7/21 9/4 11/23
11/23 15/14 23/13
23/20 28/13 30/18
34/13 35/22 42/8 42/11
48/5 49/19 51/5 51/17
55/25 57/18 62/11
63/16 67/15 74/4 77/16
78/15 78/17 79/21 89/2
89/9 92/23 93/8 101/5
105/16 105/22 106/4
110/1 110/9 110/23
111/17 111/19 111/21
112/25 113/8 113/9
117/4 117/14 117/21
121/21 122/22 122/22
123/7 130/7 130/16
132/11 135/17 136/12
145/8 145/9 147/24
148/17 148/21 151/13
152/14 160/20 161/23
163/18 164/21 168/25
175/19 186/3 188/3
200/21 200/23 201/2
204/7 204/9 206/19
208/3 214/6 214/10
214/18 218/18 219/17
219/17 220/2 222/10
223/3
outlandish [1] 76/22
outlook.com [1] 3/10
outrageous [1] 170/18
outset [1] 213/8
outside [5] 36/6 119/14
146/10 206/1 213/11
outstanding [3] 6/14
56/1 115/3
over [22] 9/13 17/16
26/10 41/2 47/17 48/6
85/16 117/21 117/23
122/1 124/23 128/2
141/15 145/3 145/14
150/15 150/15 167/3
175/8 202/25 210/19
219/15
overarching [2] 205/10
209/14

overcoming [1] 79/5
overflow [1] 37/17
overlap [2] 116/11
116/11
overlapping [1] 34/3
overriding [1] 128/15
overrule [1] 62/9
overview [1] 6/1
own [21] 58/24 102/7
164/4 168/9 170/19
172/2 172/2 172/5
172/18 172/20 173/2
173/3 173/16 173/20
174/25 176/21 177/18
187/13 191/20 204/14
223/4
ownership [1] 65/4

**P**

P. [1] 158/3
P.A [1] 3/16
p.m [15] 157/25 157/25
167/20 169/5 169/7
170/5 170/6 171/12
173/6 176/10 179/13
186/16 186/18 186/18
225/7
PA [1] 2/15
page [11] 10/6 61/19
62/21 64/1 74/9 87/16
99/7 153/2 163/19
164/8 164/8 164/21
165/10 180/24 181/14
181/10 181/12 181/17
181/21 181/22 183/4
page 20 [1] 153/2
page 25 [1] 164/21
pages [2] 87/19 181/2
paid [4] 22/15 22/15
137/7 139/9
painstakingly [1]
205/19
paintballs [1] 175/14
panel [2] 33/15 33/19
paper [2] 65/18 96/15
papers [2] 112/17
116/18
paperwork [1] 69/11
paragraphs [1] 220/19
paralegal [9] 6/25
45/25 56/12 56/15 57/2
58/11 58/13 58/21
221/19
paralegals [1] 7/2
parenthetical [1] 99/15
Park [1] 3/3
parrot [1] 92/11
part [40] 35/9 52/3
61/20 62/8 73/4 73/18
79/2 79/19 86/5 90/22
95/3 102/4 105/23
105/23 108/15 116/23
121/2 123/3 126/16
126/23 127/5 138/22
142/3 155/6 155/16
156/8 159/10 159/16
160/7 160/8 182/12
182/13 184/15 184/17

Case 1:22-cr-00... Pennsylvania Document 70... Filed 12/07/22 Page 249 of 261

**P**

part... [6] 195/11 199/2 201/17 208/4 210/16 220/19

parte [2] 97/5 125/19

participant [1] 172/1

participants [1] 158/15

participate [2] 149/16 149/22

participated [8] 117/10 117/25 118/7 118/13 121/13 122/20 126/6 150/3

participating [1] 171/20

participation [4] 126/9 148/5 149/24 162/1

particular [33] 12/21 12/21 17/8 29/21 40/4 54/6 58/17 60/21 65/13 67/7 67/18 68/11 68/11 71/2 71/16 76/14 81/11 99/18 107/23 119/21 126/12 133/6 134/22 135/21 136/4 137/16 141/13 148/2 148/2 162/21 163/6 166/21 214/20

particularly [7] 18/11 74/23 82/1 147/17 186/11 205/7 206/22

particulars [3] 118/22 118/24 119/2

parties [11] 11/21 13/14 66/18 70/13 70/20 81/3 81/4 84/18 162/18 220/20 221/1

parties' [1] 196/1

parts [1] 105/17

party [6] 55/2 113/6 162/7 179/1 187/24 195/4 195/7 198/21

party-opponent [3] 162/7 179/1 187/24

pass [3] 44/4 214/13 214/13

passed [2] 151/23 151/24

passes [1] 154/1

password [1] 168/22

past [5] 41/9 44/4 96/14 171/6 176/11

pause [4] 30/11 96/1 101/19 161/18

pay [2] 139/6 139/8

payment [7] 131/16 135/8 135/9 135/12 135/18 135/20 136/13

PDF [1] 180/24

peeps [1] 168/3

Pelosi [1] 179/8

penal [10] 181/9 182/11 186/22 187/17 187/18 187/23 188/18 188/20 189/8 189/20

Pence [2] 156/4 178/10

pendency [1] 209/16

pending [1] 222/20

people [66] 7/2 15/20 26/25 30/19 33/13 47/11 49/8 59/5 59/8 59/9 63/8 87/22 97/21 97/23 104/9 104/11 106/21 108/17 109/6 109/12 109/15 109/16 110/13 110/14 111/3 111/5 111/11 111/12 111/14 111/20 113/1 113/4 117/3 117/5 117/14 119/13 119/14 120/24 120/25 121/17 121/18 123/2 123/7 127/23 128/13 130/8 130/9 148/22 154/4 169/15 171/7 171/15 172/23 173/22 174/9 174/12 175/12 176/15 180/22 186/6 191/13 191/14 193/8 200/18 203/4 223/2

people's [1] 151/19

per [2] 8/5 8/11

percent [17] 83/16 159/8 159/9 163/8 165/11 165/15 169/9 170/14 170/15 171/18 172/22 174/24 174/25 176/13 180/17 180/19 191/8

peremptories [2] 31/12 33/21

peremptory [2] 31/10 31/17

perform [1] 222/11

performing [1] 58/21

perhaps [12] 36/9 41/15 58/23 74/15 75/21 97/13 128/14 163/11 196/11 196/24 196/25 198/1

period [12] 8/14 83/1 104/3 123/4 148/11 148/13 150/14 175/20 175/21 206/14 211/25 219/10

periodically [2] 147/3 147/6

permissible [1] 26/4

permissibly [1] 84/10

permit [2] 116/14 150/2

permits [2] 21/2 211/3

permitted [3] 78/14 111/8 200/18

person [40] 5/18 22/16 22/19 25/11 40/5 46/1 55/14 56/9 56/19 62/17 113/9 113/24 116/25 119/21 122/5 122/6 127/13 127/14 128/5 137/1 138/7 138/10 138/14 138/25 158/20 159/7 159/15 159/20 159/24 160/25 161/9 168/19 183/16 183/17

person's [6] 17/24 137/13 137/19 159/17 161/14 188/14

personal [1] 29/21

personally [5] 12/25 30/2 66/8 94/15 207/20

personnel [3] 36/11 36/21 152/1

persons [3] 125/20 182/3 191/11

perspective [4] 98/6 171/17 203/15 217/15

pertain [1] 63/22

pf [1] 82/10

phase [1] 10/4

phillip [3] 2/2 2/6 5/10

phone [9] 18/17 30/3 44/7 92/20 180/21 180/23 199/4 199/4 199/5

phones [11] 18/19 18/20 18/22 41/1 41/5 41/9 90/24 90/25 96/5 111/14 151/19

photographs [2] 151/19 151/22

phrase [4] 62/5 63/9 71/19 186/5

physical [7] 65/3 65/13 66/19 68/14 73/3 193/12 201/8

pick [4] 22/20 30/3 43/12 203/1

picking [1] 68/21

picture [2] 70/16 70/18

pictures [1] 166/17

piece [3] 30/2 65/23 72/10

pieces [1] 65/5

Pierce [11] 55/14 55/16 56/4 56/10 56/24 56/25 57/5 57/6 57/10 57/15 57/16

Pierce Bainbridge [2] 56/4 56/24

Pierce's [1] 55/15

pinning [2] 204/15 204/17

place [12] 11/6 13/6 39/11 42/10 42/11 53/20 90/19 147/18 154/4 158/13 188/19 206/17

placed [1] 149/1

placement [1] 14/24

Plaintiff [1] 1/4

plan [16] 9/11 27/3 35/20 39/11 39/13 43/8 49/24 103/17 107/9 178/3 178/24 183/17 186/9 213/7 213/9 220/20

planning [3] 51/17 137/20 169/14

play [5] 71/5 97/12 147/20 167/14 192/5

played [1] 109/7

Plaza [1] 44/17

plea [2] 112/17 112/19 222/4

pleading [2] 151/18 222/4

pleadings [3] 99/9 111/18 196/12

please [11] 29/22 41/4 42/20 45/2 52/17 60/12 98/21 99/1 131/2 158/4 183/25

plenty [3] 150/8 150/11 173/25

plus [4] 12/22 31/25 201/5 212/16

point [40] 11/25 29/14 49/21 61/1 65/25 74/4 83/3 83/16 84/5 86/15 91/17 97/13 102/16 107/16 118/23 120/15 121/25 127/10 139/10 145/15 151/7 167/9 172/7 173/15 173/15 174/23 175/16 176/9 178/14 186/3 190/8 191/3 192/1 192/21 193/5 193/18 201/2 202/9 205/1 211/16

pointed [2] 160/20 175/19

pointedly [1] 110/12

points [2] 62/11 166/21

police [9] 168/11 173/1 176/12 178/12 179/7 193/11 193/20 194/14 195/24

policy [3] 38/23 39/5 41/12

polished [1] 102/15

pool [1] 112/25

popping [1] 89/22

portion [2] 37/18 181/4

portions [1] 163/4

posed [2] 47/7 107/23

position [11] 100/23 102/18 105/9 113/24 128/4 146/8 160/6 164/19 199/24 205/14 215/21

positions [1] 196/1

posse [1] 79/5

possesses [1] 142/17

possessing [1] 145/1

possession [2] 115/14 147/1

possibility [1] 223/11

possible [3] 102/12 151/3 211/18

possibly [2] 102/11 201/20

post [3] 19/19 205/23 206/21

post-conviction [1] 19/19

post-date [1] 206/21

posts [1] 191/14

posture [1] 156/14

played [1] 109/7

potential [10] 18/7 61/23 72/24 73/25 75/3 111/13 113/8 124/14 135/5 190/4

potentially [9] 53/21 73/22 87/22 101/23 107/6 123/25 158/21 192/5 192/22

power [2] 62/2 62/6

practice [3] 222/7 222/12 222/13

pre [3] 51/1 210/14 211/20

pre-date [1] 211/20

pre-summation [1] 51/1

preceding [1] 168/7

precise [2] 67/11 73/11

preclude [1] 94/18 95/5 99/5

predecessor [1] 152/18

predicate [5] 94/8 182/19 187/17 192/23 214/10

predicates [1] 84/25

predict [2] 52/25 202/24

prefer [2] 153/17 153/21

prefers [1] 156/9

prejudice [4] 125/17 132/1 189/19 190/4

prejudicial [3] 170/23 195/6 195/13

preliminary [6] 28/2 42/16 42/20 42/21 42/22 42/24

premature [3] 204/5 204/18 215/11

prematurely [1] 204/25

premise [1] 193/24

preparation [4] 12/18 75/3 217/10 219/2

prepare [5] 12/6 19/12 53/21 156/15 216/10

prepared [9] 25/6 38/25 40/3 40/7 48/14 52/16 75/25 84/18 91/8

preparing [1] 45/15

preponderance [2] 169/20 214/18

presence [1] 213/11

present [16] 17/12 17/15 17/24 18/22 20/16 23/24 30/16 36/13 71/23 73/16 123/8 151/22 178/14 194/24 201/15 225/2

present-sense [1] 178/14

presentation [2] 66/7 200/25

presentations [1] 72/11

presented [3] 74/5 82/24 154/13

presenting [1] 73/2

**P**

**presenting... [2]** 101/16 111/21
**preside [1]** 9/13
**president [22]** 72/25 73/5 73/23 74/12 74/15 75/3 79/3 80/10 80/15 82/19 82/21 82/21 84/1 100/2 100/15 103/23 106/18 154/11 155/11 155/12 156/4 179/8
**presidential [5]** 62/2 62/3 62/6 62/7 130/6
**presiding [1]** 158/3
**press [2]** 29/20 93/21
**presumably [6]** 21/14 118/21 119/12 141/2 151/23 157/2
**presume [1]** 20/21
**presuming [1]** 21/10
**presumptively [3]** 43/15 215/13 219/11
**pretrial [11]** 1/9 5/23 6/12 6/13 30/25 61/14 105/10 114/18 200/17 208/10 214/4
**pretty [9]** 31/21 39/20 89/16 106/8 140/15 148/13 200/14 200/19 200/25
**Prettyman [1]** 4/4
**prevent [1]** 45/22
**preventing [2]** 123/6 193/20
**prevents [1]** 47/22
**preview [3]** 30/23 30/24 68/8
**previewed [2]** 50/3 66/13
**previewing [1]** 212/16
**previously [2]** 73/20 107/18
**prima [2]** 214/6 214/17
**primary [3]** 50/25 85/25 86/1
**principle [1]** 185/18
**principles [1]** 220/17
**prior [8]** 12/8 12/9 14/9 14/13 82/24 169/5 192/25 207/5
**private [7]** 78/6 78/16 82/20 106/23 198/21 198/24 198/24
**privately [1]** 75/13
**privilege [2]** 107/10 131/21
**probable [4]** 111/22 111/23 124/16 163/10
**probably [17]** 16/16 25/22 51/22 53/8 68/3 73/18 73/19 78/4 84/18 165/18 169/20 170/10 170/18 198/9 204/5 205/25 213/13
**probative [8]** 170/12 170/23 174/25 175/3 175/17 176/21 192/6 195/3

**problem [1]** 47/10
**procedurally [1]** 95/12
**proceed [1]** 34/20
**proceeded [1]** 96/2
**proceeding [3]** 76/12 185/15 218/2
**proceedings [8]** 1/9 4/6 5/18 13/2 30/17 47/12 225/7 226/4
**process [4]** 6/8 66/24 194/19 211/5
**processed [1]** 18/19
**proclamation [1]** 84/1
**produce [3]** 10/15 125/24 157/11
**produced [5]** 4/7 20/22 120/12 137/5 141/14
**product [1]** 102/15
**production [1]** 18/14
**productive [2]** 65/11 203/17
**proffer [23]** 82/12 82/15 84/7 84/11 84/12 87/7 87/9 87/10 88/11 89/14 97/5 103/15 103/16 105/1 106/12 111/18 134/21 134/21 137/17 149/14 155/21 209/23 212/10
**proffered [1]** 71/13
**proffering [1]** 86/25
**proffers [1]** 211/4
**profile [2]** 35/22 37/21
**program [1]** 8/21
**prom [1]** 147/23
**promise [2]** 30/9 112/8
**promised [2]** 129/24 135/20
**proof [1]** 174/19
**proofer [1]** 87/3
**proposal [1]** 213/10
**propose [1]** 186/15
**proposed [4]** 66/17 67/15 71/22 203/9
**proposes [1]** 212/17
**proposing [1]** 72/13
**proposition [1]** 19/2
**propound [1]** 122/16
**prosecuting [1]** 155/23
**prosecution [7]** 10/12 18/2 142/12 142/16 146/8 155/7 156/5
**prosecution's [1]** 143/19
**prosecutors [4]** 7/12 142/21 143/15 145/2
**prospective [1]** 48/20
**prospectively [1]** 223/11
**protected [2]** 154/2 156/1
**protective [4]** 21/1

**protectors [1]** 45/21
**prove [6]** 167/11 172/14 210/7 210/16 212/10 213/22
**provide [29]** 14/12 28/2 54/24 55/11 60/10 98/5 119/16 120/13 122/18 126/24 132/14 135/6 136/7 136/9 140/18 142/23 146/18 146/19 150/18 153/14 154/14 155/17 166/6 204/20 204/21 209/5 219/3 219/21 220/5
**provided [34]** 14/20 22/11 31/23 35/12 55/17 60/1 60/4 61/6 62/12 64/2 80/24 123/2 124/2 124/5 126/17 128/11 128/18 128/23 129/1 133/17 144/9 150/13 151/17 153/25 155/20 156/2 160/22 161/8 184/10 197/25 206/24 217/5 217/17 219/13
**provides [4]** 15/13 57/2 137/13 220/9
**providing [13]** 14/21 56/12 61/4 116/18 124/10 124/22 138/21 147/21 148/23 155/11 155/18 212/17 217/11
**proving [1]** 214/9
**provision [2]** 135/17 148/9
**proximity [1]** 67/12
**prudent [2]** 39/11 80/25
**public [23]** 29/19 30/14 30/15 30/17 30/20 35/4 46/17 46/17 71/15 79/20 80/5 87/5 87/11 87/13 87/15 88/1 88/22 94/21 95/1 95/3 99/12 99/16 100/7
**public-authority [8]** 79/20 80/5 87/11 88/1 88/22 94/21 99/12 99/16
**publicly [4]** 46/14 48/11 168/13 168/18
**purely [1]** 189/2
**purported [3]** 99/11 209/11 209/22
**purportedly [2]** 12/18 91/3
**purports [1]** 154/10
**purpose [12]** 9/8 9/23 72/6 116/18 118/8 123/5 126/15 141/5 141/9 141/19 145/19 177/20
**purposes [6]** 25/8 52/14 175/7 196/11 200/9 200/14
**pursuant [6]** 66/20

86/11
**pursue [1]** 148/8
**push [4]** 25/20 130/5 176/11 202/20
**push-throughs [1]** 130/5
**pushing [1]** 132/6
**put [33]** 20/13 45/16 47/13 50/12 64/20 70/23 72/2 76/23 76/23 77/11 77/18 89/8 89/13 96/14 99/3 107/14 109/1 112/24 118/2 123/15 132/25 133/21 134/1 134/11 136/20 151/7 156/5 165/8 168/25 203/25 205/19 215/5 220/22
**puts [2]** 180/21 180/23
**putting [8]** 52/4 55/24 90/10 94/7 113/24 120/18 122/12 187/4
**PUTZI [1]** 3/16

**Q**

**qualified [3]** 27/6 32/8 32/10
**qualify [3]** 32/4 32/5 32/6
**quality [1]** 170/23
**Quan [6]** 58/10 58/12 58/12 58/14 59/3 60/16
**Quan's [1]** 59/15
**quarantined [1]** 39/9
**quell [1]** 84/2
**question [50]** 10/1 30/3 30/4 30/6 40/12 44/3 45/5 45/6 46/8 47/7 47/21 50/10 60/16 68/9 75/10 76/4 77/22 80/11 80/12 86/1 88/20 100/8 109/20 119/21 119/23 121/8 133/10 134/7 136/16 140/13 150/10 151/11 158/17 159/25 161/20 162/16 163/12 173/5 175/24 180/6 181/22 183/25 185/9 187/16 195/20 199/23 207/6 207/9 207/23 209/14
**questionable [1]** 207/4
**questioned [1]** 29/17
**questioning [5]** 28/7 28/15 28/21 29/8 37/23
**questionnaire [3]** 27/13 28/9 28/17
**questionnaires [4]** 21/19 21/23 21/24 22/22
**questions [31]** 27/18 27/24 28/8 28/12 28/12 28/18 28/19 29/10 29/23 30/10 30/22 34/20 34/21 38/10 41/13 44/2 45/7 49/11 54/1 60/16 79/17 80/22

**pursue [1]** 148/8 (continued)

**R**

**raise [8]** 43/6 64/19 70/5 70/15 75/10 97/7 97/8 208/11
**raised [13]** 6/13 7/16 20/14 30/25 44/3 64/6 64/25 96/11 125/12 147/19 190/22 198/5 219/19
**raises [1]** 71/10
**raising [3]** 87/7 94/19 96/10
**Rakoczy [24]** 1/14 5/8 39/13 46/1 65/25 66/5 67/3 71/11 79/15 112/13 120/10 123/12 128/7 130/25 132/4 132/8 134/8 143/24 145/12 146/23 204/4 208/1 212/22 215/10
**rally [5]** 58/20 126/18 153/4 153/13 154/15
**random [1]** 46/8
**rather [11]** 38/18 100/1 100/14 103/5 110/2 110/2 113/18 184/9 205/16 214/8 214/21
**Ratzlaff [2]** 81/21 81/22
**rea [8]** 100/8 105/3 149/13 149/17 150/6 172/13 172/17 174/25
**reach [1]** 197/2
**read [7]** 66/25 87/14 91/2 149/7 155/9 156/13 216/21
**reading [2]** 78/13 170/15
**reads [4]** 66/18 72/3 72/3 81/10
**ready [4]** 12/10 40/3 42/4 42/5
**real [4]** 28/14 77/4 113/16 183/25
**realistically [1]** 53/22
**realization [1]** 92/17
**realize [1]** 129/22
**realized [1]** 92/15
**really [41]** 1/10 1/20 10/21 16/2 30/24 33/13 37/24 39/22 39/24 42/15 42/16 63/12 71/6 72/5 74/20 75/2 80/9

**R**

**really... [24]** 80/11
80/14 83/16 94/4
101/18 102/13 102/16
111/7 111/25 123/22
128/18 134/19 144/20
170/12 170/12 170/17
171/17 172/9 178/7
189/24 205/5 213/14
214/21 218/23
**realm [1]** 206/3
**Realtime [1]** 4/3
**rear [1]** 166/16
**reason [44]** 9/23 15/15
18/15 22/11 22/19
23/23 29/8 30/1 30/5
30/7 37/25 46/19 49/3
49/4 50/9 58/17 64/11
69/9 70/15 72/13 79/19
90/18 97/13 100/12
109/5 109/8 115/1
124/9 127/5 128/15
132/22 135/1 137/8
137/9 140/2 150/16
152/3 171/23 189/10
189/23 190/6 199/9
214/10 219/13
**reasonable [3]** 77/11
87/20 135/1
**reasonably [1]** 99/19
**reasons [9]** 12/3 16/6
20/2 85/3 109/24
132/10 137/3 196/14
196/21
**reassurance [1]** 200/6
**rebuffed [4]** 193/13
193/18 193/19 194/20
**rebut [1]** 97/9
**rebuttal [1]** 188/24
**recall [3]** 46/19 56/20
78/20
**receive [5]** 8/16 61/21
61/23 62/20 129/21
**received [15]** 7/22 8/14
19/5 20/20 21/21 55/24
115/11 115/19 130/1
130/2 133/5 133/10
141/2 145/3 203/23
**receiving [5]** 8/8 8/17
8/18 55/2 129/20
**recent [5]** 17/17 17/19
54/19 118/10 208/16
**recently [6]** 58/23 68/9
78/20 79/9 95/20 221/8
**recess [5]** 39/10 98/22
98/23 157/24 157/25
**recessing [1]** 213/15
**reciprocal [1]** 222/21
**recites [1]** 31/7
**recognize [2]** 28/17
129/20
**recollection [3]** 88/3
88/4 129/23
**recommendations [1]**
9/14
**reconsider [1]** 152/18
**reconvene [2]** 217/19
217/23

**record [28]** 1/8 20/13
30/14 34/2 35/11 45/17
55/25 64/14 64/16
103/13 107/14 115/11
131/10 140/20 203/25
217/8 222/16 222/19
226/3
**recorded [2]** 4/6
128/10
**recording [8]** 159/5
175/5 175/10 180/25
190/9 198/19 198/24
199/5
**records [20]** 63/18
63/18 63/19 63/21
63/23 66/1 115/6
115/13 131/17 146/21
150/15 151/10 151/12
154/7 154/24 156/16
157/4 157/5 157/8
199/1
**recovered [1]** 67/12
**redacted [2]** 131/22
132/14
**reduced [1]** 27/1
**refer [6]** 63/25 71/17
114/20 133/18 133/24
134/12
**reference [4]** 18/10
133/2 147/16 213/5
**referenced [2]** 10/6
111/12
**references [2]** 17/17
18/16
**referencing [2]** 74/14
144/2
**referred [2]** 99/8
106/23
**referring [4]** 114/22
114/25 120/11 126/14
**refers [1]** 133/14
**reflect [1]** 37/3
**reflected [1]** 50/5
**reflects [1]** 105/6
**refusal [1]** 19/22
**regarding [13]** 15/17
65/3 70/12 72/17 73/3
74/2 74/12 79/20 84/25
104/4 130/2 142/18
158/9
**register [1]** 129/19
**Registered [1]** 4/2
**regular [2]** 47/23
214/22
**regularly [2]** 42/19
155/11
**Regulars [1]** 162/2
**regulations [3]** 81/20
157/13 222/7
**reject [1]** 9/4
**rejected [4]** 12/4 15/14
15/15 96/16
**relate [2]** 147/4 191/10
**related [17]** 54/9 54/18
55/4 55/20 58/7 60/21
89/4 89/11 105/6 111/9
111/10 112/14 147/6
147/12 159/13 180/1

**relates [3]** 64/7 93/5
103/10
**relationship [8]** 58/25
60/11 60/12 61/9 68/20
136/15 171/5 174/6
**Relativity [3]** 141/15
144/17 145/4
**relay [1]** 26/2
**relevance [9]** 80/6
82/12 82/15 84/11
103/17 129/6 144/6
145/11 147/16
**relevancy [2]** 104/4
137/25
**relevant [32]** 77/7
81/11 82/2 87/1 128/19
129/1 129/9 129/11
131/8 135/6 137/12
137/18 138/19 138/24
139/1 139/17 139/19
140/7 140/14 141/10
145/18 146/22 147/14
147/18 149/2 149/16
151/3 151/4 154/12
168/6 194/2 206/3
**reliance [9]** 72/24
73/25 76/13 84/12 85/4
86/2 87/13 87/20
104/12
**relied [1]** 99/19
**relieve [1]** 44/24
**relieved [1]** 64/13
**reluctant [2]** 108/6
124/18
**rely [2]** 87/5 178/22
**remain [1]** 210/10
**remaining [5]** 11/15
20/5 54/8 162/8 162/16
**remains [2]** 70/16
132/16
**remedy [2]** 198/16
199/10
**remember [7]** 88/8
88/21 94/24 119/8
176/6 184/11 214/19
**remind [2]** 42/19 43/4
**Reminder [1]** 41/19
**remote [8]** 24/5 25/7
217/25 218/2 218/15
218/16 218/22 219/5
**remotely [1]** 166/11
**remove [2]** 28/3 34/7
**removed [1]** 194/7
**repeatedly [1]** 18/12
**replace [1]** 34/8
**reply [1]** 181/16
**report [4]** 134/13 168/5
175/12 183/23
**reporter [6]** 4/2 4/2 4/3
4/3 49/17 98/14
**reporting [10]** 46/14
168/7 172/2 172/20
172/25 173/2 183/17
184/7 192/10 195/2
**reports [4]** 115/10
115/12 132/22 168/4
**represent [4]** 19/21

**representation [5]**
19/24 134/25 136/11
140/8 145/13
**representations [3]**
17/24 18/4 134/3
**represented [3]** 55/16
133/5 180/18
**representing [1]** 57/16
**request [22]** 9/5 9/7
11/10 36/23 46/16
48/15 48/15 61/25
115/17 116/19 116/22
120/9 126/17 131/16
131/19 132/11 132/16
144/1 212/24 213/10
216/3 216/4
**requested [4]** 31/2
51/7 61/19 197/25
**requesting [1]** 7/18
**require [1]** 7/1
**required [2]** 37/22
137/4
**requirement [5]** 159/4
187/17 190/17 190/19
214/4
**requires [5]** 94/5 94/7
209/15 209/15 216/11
**requisite [1]** 80/2
**research [6]** 90/2
102/7 221/22 222/3
222/12 223/3
**resemble [1]** 18/25
**resembles [1]** 102/25
**reserve [5]** 33/17 35/20
36/1 114/13 198/8
**reserved [5]** 7/9 35/18
36/10 36/14 37/4
**resist [4]** 75/1 99/25
100/10 100/13
**resolve [6]** 102/20
205/4 208/10 211/17
213/10 215/1
**resolved [2]** 152/23
213/6
**resolving [1]** 198/2
**resourcing [1]** 219/1
**respect [13]** 41/12
54/22 114/17 126/10
129/12 132/12 132/13
135/8 150/21 168/10
177/17 185/6 223/18
**respectfully [6]** 20/8
77/9 79/11 104/5 106/1
129/4
**respond [18]** 10/19
19/4 86/25 87/2 87/10
88/17 103/3 103/18
110/21 165/12 169/22
173/6 191/15 197/21
198/9 203/22 208/12
221/18
**responded [2]** 73/6
197/14
**responding [2]** 174/9
174/10
**responds [3]** 165/17
191/9 191/15

**response [7]** 56/5
75/11 80/4 115/16
167/10 181/14 182/4
**responses [2]** 171/10
188/7
**responsibilities [1]**
154/3
**responsibility [1]**
224/10
**responsive [6]** 86/22
165/1 165/10 165/14
166/2 167/6
**rest [5]** 15/18 30/12
132/25 162/9 162/10
**restrict [1]** 46/22
**restriction [1]** 46/20
**rests [2]** 50/16 204/9
**result [2]** 113/15
116/24
**resume [1]** 157/21
**return [3]** 84/5 193/14
203/25
**returned [1]** 112/6
**reveal [2]** 95/17 95/18
**revelations [1]** 126/22
**review [18]** 8/12 8/23
12/20 14/1 20/17 20/17
21/2 21/3 21/11 22/21
65/16 65/22 66/11
131/19 197/4 203/4
217/14 223/4
**reviewed [4]** 73/10
125/23 135/4 147/3
**reviewing [2]** 45/12
131/21
**reviews [1]** 147/6
**RHODES [51]** 1/6 2/2
5/5 5/11 5/17 6/5 8/1
8/10 8/15 8/24 9/9 10/7
11/6 11/7 12/5 12/22
13/7 13/16 13/25 14/2
14/19 14/19 14/25 15/4
15/10 15/18 16/1 16/3
16/12 16/12 16/17
16/19 16/25 17/11
18/24 20/5 50/6 55/3
57/9 71/16 78/18 161/5
180/19 180/20 201/18
206/16 218/6 218/22
219/1 221/10 224/8
**Rhodes' [8]** 7/14 7/18
8/6 11/5 14/24 54/11
197/16 205/21
**right [137]** 5/23 17/11
19/24 20/10 21/16
21/17 22/3 25/3 25/23
26/23 26/23 27/23 29/7
29/9 30/23 32/14 32/23
37/3 38/14 42/1 45/5
47/3 48/17 48/21 48/24
49/14 50/4 50/12 50/18
51/11 51/16 53/11
53/16 53/24 54/4 56/18
58/12 59/25 61/2 61/13
63/11 64/10 64/18
69/20 70/3 70/6 70/8
70/9 70/22 75/2 79/17
81/12 81/21 83/19

**R**

right... **[83]** 85/20
86/17 87/24 88/13
88/15 93/15 98/14 99/2
109/9 114/5 114/17
121/20 122/25 123/12
128/7 130/24 131/14
133/12 136/2 136/18
136/22 139/3 140/4
143/5 143/10 143/22
144/18 149/20 152/10
157/11 157/19 158/6
158/8 163/17 164/14
168/21 169/7 170/4
170/9 172/7 173/8
173/20 179/11 180/23
183/10 183/12 184/22
186/19 186/24 187/5
189/6 189/17 190/23
194/20 196/10 197/13
197/13 198/8 199/8
199/8 199/12 199/18
199/21 200/11 202/19
206/6 206/25 209/5
210/2 210/6 212/6
212/19 214/25 217/12
217/19 218/6 218/10
218/19 218/20 221/5
222/22 223/19 224/6
**rightly [1]** 62/11
**rights [2]** 17/15 49/6
**riot [4]** 168/8 173/1
176/11 179/7
**rise [7]** 98/20 98/24
99/11 154/21 157/23
158/1 225/5
**risk [3]** 134/5 140/25
141/4
**Ritchie [1]** 3/17
**RMR [2]** 226/2 226/8
**road [2]** 3/3 77/3
**robin [1]** 34/7
**rock [1]** 160/21
**Rodriguez [1]** 19/1
**Roger [7]** 178/6 180/4
180/5 182/22 183/7
183/8 191/20
**role [3]** 58/25 71/5
147/20
**roles [1]** 118/14
**rolled [1]** 130/6
**room [9]** 6/20 29/12
29/12 37/7 37/9 37/10
37/13 67/11 120/19
**Rotunda [1]** 176/16
**rough [1]** 52/1
**roughly [1]** 67/16
**round [2]** 33/23 34/7
**routinely [2]** 146/8
222/9
**row [9]** 32/12 32/13
32/15 36/14 36/15 37/1
37/4 37/6 37/7
**rows [1]** 7/8
**rule [26]** 11/18 15/13
15/23 31/3 31/7 31/18
31/21 31/23 41/6 41/14
41/18 46/9 46/13 48/10
140/5 195/25 204/25
213/23 219/16 219/23
220/11 220/12
**Rule 12 [1]** 11/18
**Rule 16 [1]** 140/5
**Rule 24 [1]** 31/7
**Rule 902 [1]** 64/8
**ruled [4]** 7/13 13/8
119/5 119/7
**rules [2]** 51/13 187/25
**ruling [3]** 30/24 188/16
192/25
**rulings [1]** 215/11
**run [1]** 83/13
**running [2]** 97/21
118/15

**S**

**safe [2]** 110/19 154/11
**said [64]** 8/18 14/2
14/25 18/12 30/13
31/21 35/10 43/11
48/18 49/12 50/23 57/8
57/11 57/12 71/19 74/9
74/10 77/14 80/19 83/5
83/17 84/10 85/25 86/8
87/5 94/18 96/8 113/12
119/8 119/8 121/16
121/17 121/23 123/1
135/2 135/20 136/21
155/12 155/13 162/14
165/3 170/22 171/8
173/8 181/6 183/6
184/14 186/16 186/18
191/9 191/16 193/17
205/10 212/1 212/20
213/19 214/15 215/10
216/8 218/14 219/8
221/20 222/17 222/18
**same [34]** 8/20 12/3
15/15 15/20 27/4 36/23
39/1 39/7 40/1 47/22
47/23 64/19 69/24
70/25 115/2 132/16
133/25 135/3 144/9
151/23 155/14 171/12
177/16 177/16 185/12
187/3 187/9 187/15
201/21 201/24 207/8
207/18 219/12 223/16
**sanctioned [3]** 78/22
79/4 79/10
**satisfaction [1]** 196/8
**satisfy [5]** 116/5 116/7
132/24 190/17 190/18
**save [3]** 23/14 27/17
197/1
**saw [2]** 125/22 176/5
**say [81]** 10/12 12/17
16/2 24/20 26/9 28/9
28/23 28/25 30/15
36/12 39/14 39/18 53/4
59/1 67/11 67/16 70/20
70/22 70/23 73/10
74/22 75/9 75/24 76/3
76/18 77/5 77/5 78/5
80/22 83/7 88/15 88/21
106/20 109/15 110/7
113/9 116/23 118/11
122/2 126/21 127/12
128/9 128/17 128/22
131/10 142/20 143/15
149/21 152/5 153/17
156/4 160/8 165/5
165/5 165/5 167/1
167/5 173/10 178/1
186/6 188/5 188/17
188/22 191/23 192/24
193/7 193/19 194/2
194/4 195/10 196/18
202/25 205/12 206/16
207/16 210/3 214/25
222/25
**saying [26]** 72/24
74/23 75/21 75/22
75/23 81/13 86/7 86/8
87/12 104/21 117/14
125/14 128/1 139/19
165/4 166/21 168/10
169/11 170/17 172/3
173/17 182/8 182/13
191/21 192/4 193/25
**says [38]** 10/7 13/10
13/18 13/24 14/6 14/16
18/1 22/14 29/1 31/7
31/8 64/2 69/12 76/15
81/15 92/19 99/7 99/15
142/4 142/7 153/2
156/17 164/24 165/11
165/16 166/9 166/13
166/16 167/22 173/19
178/6 180/16 186/5
186/8 194/12 206/16
207/1 208/20
**scant [1]** 77/24
**scared [1]** 97/21
**schedule [15]** 13/6
13/8 14/12 14/18 38/4
42/1 43/1 43/16 90/18
100/19 114/12 202/16
202/22 216/17 224/25
**scheduled [10]** 5/24
11/12 11/13 11/14
11/15 21/5 29/2 168/13
215/3 215/5
**schedules [1]** 101/4
**scheduling [3]** 40/13
52/14 200/17
**screen [2]** 45/21 46/4
**screening [2]** 152/1
152/8
**scroll [1]** 181/18
**seal [5]** 20/13 125/9
126/12 156/8 222/17
**search [10]** 66/20 67/8
67/18 126/13 141/24
143/16 143/19 143/21
144/14 147/10
**searches [2]** 144/19
147/8
**seat [6]** 32/10 32/12
33/10 34/17 93/17
183/25
**seated [12]** 7/12 28/5
106/20 109/15 110/7
113/9 116/23 118/11
122/2 126/21 127/12
34/17 37/6 42/25 61/22
61/24 99/1 158/4
**seating [4]** 7/7 31/25
35/18 35/23
**seats [3]** 32/24 33/5
33/14
**second [16]** 6/24 9/5
31/15 32/12 32/15
40/18 43/13 51/4 66/12
74/4 163/15 185/1
192/21 199/4 211/5
211/6
**Second Circuit [2]**
31/15 185/1
**secondly [4]** 9/12
11/13 192/16 196/15
**Secret [27]** 115/14
151/10 151/13 151/16
152/1 152/7 152/12
152/21 152/24 153/3
153/12 154/7 154/9
154/10 154/25 155/4
155/6 155/15 155/22
155/25 156/1 156/3
156/17 157/3 157/4
157/6 157/8
**Secret Service [22]**
151/10 151/13 151/16
152/1 152/24 153/3
153/12 154/7 154/10
154/25 155/4 155/6
155/15 155/22 155/25
156/1 156/3 156/17
157/3 157/4 157/6
157/8
**secrets [1]** 223/12
**section [1]** 163/19
**secured [1]** 151/23
**security [23]** 44/4 44/5
116/18 126/17 126/25
128/15 132/12 134/5
141/2 141/8 147/21
148/9 148/24 149/9
149/16 149/19 149/21
149/24 150/13 150/18
151/24 154/14 206/17
**seditious [3]** 210/8
210/22 220/17
**see [33]** 23/7 23/19
34/15 40/7 47/11 47/13
49/17 49/18 53/3 75/12
83/21 86/6 86/19 87/18
94/16 125/9 127/16
129/7 131/24 132/1
134/5 144/20 148/21
150/19 157/14 166/5
176/4 176/6 196/8
198/10 204/16 207/8
211/23
**seeing [2]** 45/22 126/1
**seek [7]** 72/10 89/13
90/12 124/16 147/24
148/17 169/11
**seeking [13]** 12/3 92/8
92/10 112/5 115/7
115/19 118/20 164/1
164/3 164/8 177/2
34/5 37/6 42/25 61/22
61/24 99/1 158/4
**seem [5]** 75/10 121/20
137/17 165/9 174/13
**seems [20]** 61/3 76/3
76/9 77/20 82/2 82/7
99/24 103/19 103/20
127/15 132/23 136/24
142/15 145/14 150/12
161/25 162/4 170/16
178/19 199/22
**seen [7]** 52/18 83/24
133/16 142/22 175/13
193/12 214/13
**sees [1]** 59/11
**segments [1]** 175/6
**seize [5]** 68/24 69/3
70/2
**seized [8]** 18/19 65/5
66/23 67/7 68/11 69/22
111/14 143/3
**seizure [1]** 65/19
**select [1]** 53/1
**selected [1]** 15/1
**selection [10]** 6/7 6/8
21/17 26/24 52/25 53/4
53/5 53/25 201/15
202/7
**self [6]** 19/24 113/25
160/6 182/21 206/23
220/8
**self-contained [1]**
160/6
**self-incriminating [1]**
113/25
**self-inculpatory [1]**
182/21
**self-representation [1]**
19/24
**self-serving [2]** 206/23
220/8
**semantic [1]** 210/24
**Senate [6]** 176/10
176/12 176/16 193/10
193/21 194/14
**send [10]** 43/5 122/21
131/5 131/6 154/23
154/24 155/4 157/6
157/12 166/17
**sense [16]** 16/14 16/16
27/4 27/8 33/10 68/19
69/19 71/21 71/24 80/8
80/20 81/2 134/2
159/17 178/14 203/18
**sensitive [1]** 197/8
**sent [2]** 204/7 205/18
**sentence [2]** 25/21
178/23
**sentences [1]** 216/21
**sentencing [2]** 25/15
26/10
**separate [6]** 15/24 16/2
16/8 40/16 62/4 160/3
**separately [1]** 56/6
**September [5]** 1/5
24/22 43/20 43/22
43/25
**serial [6]** 131/16
132/20 133/1 133/9

**serial... [2]** 133/21
134/22
**serials [4]** 131/20
131/22 133/15 146/20
**serve [4]** 22/12 29/1
61/24 80/16
**Service [28]** 7/25 8/10
115/14 151/10 151/13
151/16 152/1 152/7
152/12 152/21 152/24
153/3 153/12 154/7
154/10 154/25 155/4
155/6 155/15 155/22
155/25 156/1 156/3
156/17 157/3 157/4
157/6 157/8
**services [3]** 56/12 57/3
57/3
**serving [3]** 149/8
206/23 220/8
**session [2]** 98/25
158/2
**set [15]** 6/18 6/18 8/22
9/19 11/19 15/25 16/2
19/25 28/6 42/9 100/19
112/20 114/12 169/18
186/14
**sets [1]** 180/7
**seven [7]** 12/6 12/22
14/22 31/17 108/11
200/16 205/22
**seven-plus [1]** 12/22
**seventh [1]** 92/22
**sever [1]** 11/4 11/22
20/5
**several [6]** 52/21 65/11
133/17 201/23 201/24
223/1
**severance [5]** 12/3
15/10 15/17 17/18
18/14
**severed [1]** 17/13
**share [4]** 101/8 169/17
206/10 223/11
**sharing [1]** 70/4
**she [101]** 56/10 56/16
56/22 56/24 57/1 57/2
57/4 57/5 57/11 57/14
57/23 70/1 90/7 91/8
95/21 96/7 136/8
152/18 152/20 162/14
164/24 164/25 164/25
165/4 165/9 165/17
166/9 166/13 166/16
166/22 166/23 167/5
167/11 167/13 167/18
167/20 167/22 167/24
168/1 168/3 168/4
168/4 168/5 168/5
168/9 169/18 169/21
169/22 169/24 169/25
170/2 170/7 170/7
171/4 171/4 171/12
171/19 171/22 171/23
172/2 172/4 172/5
172/18 173/5 173/8
173/8 173/10 173/18

175/4 175/9 175/11
175/12 175/13 175/14
176/10 176/22 178/1
178/6 182/14 183/16
183/17 184/15 184/20
188/4 188/17 188/22
189/11 190/5 190/7
190/10 190/14 191/9
192/19 193/7 193/8
193/9 194/10 194/13
**she'd [1]** 95/21
**she'll [1]** 189/12
**she's [39]** 56/15 56/15
95/20 120/11 164/23
165/12 165/15 165/23
166/13 167/24 167/25
169/22 170/10 173/2
173/21 174/8 178/9
183/15 183/17 184/20
185/22 187/23 188/5
188/6 188/8 188/9
188/10 188/25 189/14
189/18 190/11 190/13
190/14 190/20 192/18
193/3 193/9 209/4
209/8
**sheet [1]** 33/22
**sheets [5]** 33/20 34/1
34/5 34/6 34/11
**shift [1]** 176/25
**shooting [1]** 175/14
**shop [4]** 165/14 165/16
172/4 178/16
**short [5]** 46/21 95/8
127/15 196/7 220/13
**short-circuit [1]** 196/7
**shortcut [1]** 196/23
**shorten [1]** 204/24
**shorter [1]** 44/19
**shortly [2]** 7/23 193/14
**should [41]** 13/19
21/21 22/5 26/15 28/9
28/22 38/11 43/7 43/8
51/12 51/14 62/24
67/21 86/1 86/23 87/10
88/16 89/19 97/14
109/20 109/21 113/17
115/23 122/1 122/9
130/18 140/7 152/5
162/25 164/16 175/2
175/18 187/24 197/18
199/17 202/25 214/25
216/15 219/23 219/23
221/16
**shouldn't [7]** 59/25
95/18 106/4 118/11
128/9 132/4 188/18
**show [6]** 82/16 90/8
109/25 151/19 152/2
199/1
**showed [1]** 126/23
**shows [2]** 145/18
182/23
**side [23]** 7/8 23/5
26/20 28/23 28/24
29/11 32/3 34/2 34/2
36/2 40/2 41/20 41/25

45/23 52/17 52/18
114/20 114/21 204/8
204/9
**sides [9]** 28/16 29/5
41/14 41/20 74/21 77/5
86/20 101/12 200/2
**sign [2]** 55/22 157/12
**Signal [3]** 71/15 205/21
220/7
**signed [1]** 112/16
**significance [1]** 72/10
**significant [3]** 118/14
120/6 151/9
**signing [1]** 166/13
**signs [1]** 154/5
**silent [3]** 165/19
167/22 167/24
**similar [1]** 208/14
**similarly [1]** 40/1
**simple [2]** 65/16 133/1
**simply [14]** 16/19
17/21 33/22 62/13
62/19 66/18 90/4 100/7
132/21 137/25 184/20
210/14 210/25 222/25
**since [13]** 6/8 12/22
21/2 90/23 97/21 97/22
111/10 112/19 130/3
163/25 203/15 206/11
225/1
**single [5]** 36/15 128/2
128/22 147/24 151/3
**sir [5]** 78/11 85/17 86/4
102/8 157/18
**sit [10]** 8/12 24/17
36/11 36/13 43/18
43/20 46/1 53/6 53/11
145/8
**site [1]** 21/12
**sitting [10]** 43/22 106/9
142/20 143/1 144/11
145/23 170/18 172/4
190/9 209/7
**situated [1]** 138/7
**situation [3]** 19/15
187/21 189/25
**six [8]** 8/12 19/6 19/13
20/14 31/12 31/22 32/2
205/21
**skeptical [1]** 174/5
**skip [1]** 140/7
**sky [2]** 172/24 173/22
**slight [1]** 36/18
**slot [1]** 179/14
**slowly [1]** 27/8
**small [5]** 45/10 62/21
113/11 128/13 175/6
**smidge [1]** 201/3
**smoothly [1]** 21/19
**so [385]**
**so I think [10]** 53/18
67/10 84/4 84/17
104/20 167/1 194/24
201/6 218/9 219/4
**so this is [2]** 62/12
172/12
**so this isn't [1]** 197/8

**sole [3]** 72/5 134/11
141/19
**sole-source [1]** 134/11
**solid [1]** 160/21
**some [166]** 6/11 9/17
12/3 17/1 18/6 20/25
22/8 22/9 23/20 23/22
27/1 28/16 29/21 30/1
30/7 35/2 35/21 39/2
41/25 44/25 45/24
46/20 49/11 50/9 51/3
53/19 55/4 56/10 56/12
57/3 57/10 58/13 66/13
68/8 70/21 71/16 71/17
71/21 71/24 72/6 72/23
74/24 76/22 78/4 78/18
79/21 80/25 82/12 84/7
84/17 84/24 89/8 89/12
89/12 90/8 90/23 93/14
93/24 95/18 96/19 97/2
97/17 97/20 98/17
100/18 101/8 102/21
108/6 108/7 108/20
109/1 109/14 109/16
109/22 109/23 110/9
111/11 118/14 118/23
122/7 123/4 124/20
125/6 125/11 127/2
128/15 129/8 130/12
131/18 131/22 131/22
132/20 132/21 132/22
133/25 135/1 140/2
142/21 144/8 145/7
146/15 147/12 148/3
150/14 151/4 151/17
155/23 156/23 158/14
161/22 162/14 162/24
163/6 166/17 170/24
171/20 171/23 172/8
173/25 174/8 177/13
178/1 178/18 180/16
190/5 193/18 194/13
194/18 196/2 197/2
197/24 198/4 200/5
201/24 202/20 203/24
204/14 205/6 205/18
205/22 205/22 205/23
205/24 205/25 206/1
206/3 211/3 212/21
213/5 213/7 213/9
215/1 216/7 217/25
218/24 218/25 219/14
220/7 220/8 220/21
221/19 221/21 221/22
222/1 222/10 222/23
**somebody [30]** 22/14
22/14 22/17 33/16 40/3
81/24 92/11 92/12
113/7 115/21 120/20
121/23 122/3 127/12
134/13 135/23 138/10
153/23 155/13 159/4
170/16 170/19 171/4
171/4 171/5 184/10
184/12 190/17 191/15
192/10
**somebody's [1]** 46/22

**somehow [8]** 15/8
16/10 16/18 55/15
90/19 134/13 165/4
197/18
**someone [14]** 36/4
56/11 124/12 124/15
168/7 171/1 172/3
172/19 173/17 191/14
194/24 195/4 198/1
198/20
**something [72]** 11/24
23/18 29/4 35/6 38/5
39/6 41/7 42/8 42/13
44/5 56/5 67/11 68/21
68/22 71/6 76/7 77/23
79/1 83/12 85/9 86/17
86/22 87/12 89/19 92/5
93/18 94/4 96/18 97/10
97/11 100/6 100/10
100/21 102/13 102/23
102/24 103/2 104/10
113/16 114/1 114/6
114/7 118/24 121/23
132/8 132/17 132/24
135/1 138/2 138/3
138/17 139/17 139/20
144/15 147/25 148/17
150/10 153/9 156/19
167/4 167/13 186/10
195/8 195/11 199/6
206/16 207/1 207/3
210/9 210/18 216/11
222/17
**sometimes [3]** 95/18
134/10 134/15
**somewhat [1]** 110/17
**somewhere [10]** 43/21
144/11 145/1 145/9
145/9 145/23 145/24
172/23 200/15 201/6
**soon [4]** 35/6 35/15
44/21 86/7
**sooner [5]** 22/5 113/18
205/16 214/21 216/16
**SoRelle [19]** 10/7
17/18 17/21 18/1 18/6
18/12 90/5 91/3 91/4
91/6 91/14 92/12 93/21
93/22 93/25 95/16
95/19 98/1 209/3
**SoRelle's [2]** 18/17
208/16
**sorry [14]** 22/4 33/7
35/14 46/5 58/7 83/4
90/15 135/11 162/21
177/18 179/16 179/18
181/25 185/4
**sort [42]** 7/7 16/5 29/8
37/9 41/9 50/25 51/5
69/22 70/18 71/4 80/4
80/6 81/22 82/10 105/5
115/6 115/10 119/15
124/15 130/21 131/16
134/16 139/21 152/7
152/14 152/24 162/13
162/25 169/19 170/13
173/9 176/25 184/7
193/8 193/10 194/7

sort... [6] 196/19 197/2 205/10 208/25 214/12 223/23
sorted [1] 89/2
sought [4] 119/4 147/24 151/13 174/2
sound [4] 48/10 94/8 126/21 155/16
sounds [1] 103/21
source [21] 20/15 115/9 125/23 131/15 133/2 133/6 133/11 133/14 133/19 134/11 135/3 135/5 135/24 136/17 136/21 137/16 137/22 140/3 140/21 144/8 144/10
sources [1] 118/10
southerly [1] 194/1
space [5] 7/8 35/18 35/19 36/16 36/19
spanning [1] 205/21
speak [7] 26/1 35/11 72/9 121/6 198/4 200/7 218/6
speaker [1] 58/19
speaking [5] 54/12 65/17 146/24 170/7 177/6
speaks [3] 167/20 176/10 186/4
special [11] 8/21 9/5 9/6 9/8 9/9 9/12 9/23 10/3 12/24 20/4 132/20
Special Master [3] 9/23 10/3 20/4
specific [20] 7/22 12/20 46/12 47/5 66/4 76/11 76/17 76/24 101/5 104/22 106/12 121/5 135/9 136/9 150/17 181/22 194/3 196/13 204/1 221/11
specific-intent [2] 76/11 76/24
specifically [6] 8/23 12/19 74/3 79/3 94/23 163/5
specifics [2] 140/16 199/25
specify [3] 13/12 14/8 17/20
speculate [2] 62/24 63/5
speculative [1] 143/23
spending [1] 194/5
spills [1] 26/10
split [2] 52/4 53/7
spoke [1] 201/4
spoken [2] 109/19 153/20
sponsor [1] 188/15
spouting [1] 171/9
spread [1] 178/10
spreadsheet [5] 123/23 124/22 203/10 203/19 212/17

staff [6] 21/20 55/4 55/7 55/12 55/21 58/8
stand [13] 38/13 38/17 46/23 47/12 47/24 49/12 70/23 74/13 137/21 139/18 197/10 201/9 206/5
stand-in [1] 74/13
standalone [1] 11/7
standard [4] 94/5 138/1 138/4 140/5
standby [1] 27/7
standing [2] 129/15 189/25
standpoint [1] 167/4
stands [4] 98/22 141/4 157/24 225/6
stanley [3] 3/2 3/5 5/12
stark [1] 141/4
start [26] 7/13 19/6 23/15 24/13 26/13 27/25 35/18 42/1 42/23 78/15 79/10 89/3 102/14 115/16 139/22 149/6 156/25 162/19 164/15 173/5 177/1 202/17 202/20 209/22 212/21 217/20
started [3] 96/23 164/16 201/16
starter [1] 10/18
starting [8] 8/8 10/1 11/11 24/20 163/7 163/16 163/19 177/6
starts [2] 169/7 169/8
state [13] 19/20 77/7 78/22 79/4 79/10 81/4 106/20 106/21 170/12 173/13 174/17 175/17 198/18
State's [1] 74/4
state-sanctioned [3] 78/22 79/4 79/10
stated [1] 132/11
statement [66] 6/12 6/13 7/21 30/25 50/13 50/14 50/15 51/13 61/15 82/18 114/18 115/21 116/25 117/21 117/22 122/2 122/7 127/12 163/14 163/16 166/14 167/19 168/7 174/2 178/8 178/15 178/17 178/21 178/21 178/25 179/2 179/2 182/21 183/9 183/19 183/20 183/23 186/19 187/17 188/15 188/17 188/19 189/7 189/20 189/20 191/18 194/9 194/11 203/19 206/19 209/18 210/1 210/3 210/3 210/7 210/20 211/24 211/24 213/18 213/22 214/20 219/9 219/14 219/25 219/25 220/1

statements [13] 15/2 18/7 71/14 71/15 84/7 84/10 84/25 85/8 89/12 89/24 90/8 103/25 104/2 105/16 113/25 115/22 116/5 117/7 117/10 117/14 119/10 120/14 124/1 130/15 130/17 130/19 130/22 162/5 162/11 162/13 162/22 163/25 164/1 164/3 164/4 164/5 164/7 164/25 165/3 165/7 165/9 166/1 166/3 173/5 175/1 175/3 175/17 177/9 177/11 177/13 177/19 177/20 177/24 178/18 179/7 179/14 179/23 180/1 180/3 180/7 180/10 180/13 180/14 181/7 181/7 181/8 181/8 181/13 181/23 182/6 182/9 182/11 182/13 182/20 182/25 183/4 184/3 184/8 184/9 184/25 185/5 185/10 185/19 186/1 186/14 186/16 186/17 186/17 186/21 187/3 187/13 187/22 191/6 191/7 191/10 196/5 196/14 196/20 197/4 203/9 203/16 203/22 204/22 204/22 205/11 205/13 205/20 206/12 206/14 206/21 206/22 206/23 207/9 211/6 211/7 211/9 211/11 211/14 211/20 211/22 212/16 213/3 213/7 213/12 213/20 214/1 214/11 215/11 215/22 219/14 219/21 219/22 220/2 220/5 220/6
STATES [18] 1/1 1/3 1/10 5/4 9/17 19/1 31/5 31/14 73/23 75/2 75/4 75/19 80/15 99/13 100/1 100/11 100/14 154/12
statute [9] 72/2 72/3 78/13 81/11 86/9 86/11 86/12 155/24 199/15
statutory [1] 199/10
stay [2] 188/20 202/21
stenography [1] 4/6
step [1] 194/7
steps [3] 8/25 130/6 173/19
STEWART [6] 1/6 2/2 5/4 161/5 180/19 180/20
Stewart Rhodes [1] 161/5
stick [1] 124/12
sticking [4] 178/3 178/3 178/24 178/24

69/10 75/18 78/13 108/18 115/18 130/16 157/5 160/10 164/22 170/8 176/19 185/18 195/3 199/2 200/21 202/6 216/9 222/19
stipulate [4] 66/18 68/14 68/21 77/12
stipulated [2] 70/2 77/15
stipulating [1] 69/3
stipulation [10] 65/1 66/17 66/22 69/6 70/12 71/13 72/3 72/14 73/11 73/12
stipulations [5] 64/22 64/23 65/3 65/4 65/8
stood [2] 152/14 190/25
stop [8] 8/15 39/23 126/11 167/23 178/13 185/13 185/15 217/1
storage [1] 9/13
store [2] 42/10 42/12
stormed [1] 186/8
straight [1] 196/15
straightforward [2] 83/20 131/20
strategies [1] 105/12
strategy [3] 84/9 105/8 106/4
straw [2] 165/13 178/16
Street [6] 1/15 2/11 2/15 44/13 44/18 44/19
strenuous [1] 129/19
stricken [9] 22/7 22/10 28/22 29/9 33/2 33/16 34/2 34/3 34/8
strict [1] 52/1
strictly [2] 148/12 150/10
strike [3] 29/13 29/16 32/3 33/12 33/14 33/19 33/20 33/22 34/1 34/4 34/5 34/6
strikes [16] 22/23 23/6 23/7 24/11 24/14 26/20 30/19 31/1 32/1 32/7 33/18 34/12 34/18 174/20 215/19 224/19
struck [1] 26/25
structure [1] 163/12
structured [1] 86/24
structuring [2] 77/2 81/19
struggling [1] 144/20
stuck [1] 45/1
stuff [6] 74/25 108/16 108/19 108/19 139/22 219/1
subject [9] 46/19 51/17 68/12 124/4 124/6 132/23 138/20 139/21 214/8
subjects [5] 111/9 124/20 124/24 147/6

submission [2] 94/6 125/19
submit [8] 23/5 23/18 143/20 180/1 197/3 200/8 210/18 224/1
submitted [9] 116/17 176/2 200/12 203/1 203/5 203/8 203/11 203/12 221/1
subpoena [7] 66/21 154/23 154/24 155/4 157/6 157/10 157/12
subpoenaed [1] 109/19
subscribe [3] 116/13 168/16 169/3
subscribed [2] 168/22 168/24
subscriber [1] 168/20
subscribers [2] 169/1 169/6
subsequent [1] 166/2
subsequently [1] 111/13
substance [1] 19/9
substantial [1] 85/3
substantive [1] 116/20
such [13] 14/1 18/7 36/11 84/13 96/2 101/4 103/25 115/12 129/9 141/4 180/4 182/22 189/25
sudden [1] 93/24
suffice [1] 101/17
sufficiency [3] 68/10 80/1 137/10
sufficient [4] 8/7 17/9 162/1 167/12
sufficiently [1] 90/2
suggest [19] 16/3 23/4 23/11 24/10 25/25 71/1 77/9 89/17 101/23 104/5 121/20 122/6 122/8 139/18 139/22 141/19 155/21 212/10 214/24
suggested [8] 8/16 15/16 70/13 113/13 152/19 162/25 184/2 215/13
suggesting [10] 16/5 56/24 82/22 138/12 153/5 174/20 192/16 196/9 210/6 213/25
suggestion [2] 106/3 110/22
suggests [12] 9/9 13/3 15/10 15/12 16/10 17/11 55/14 63/7 126/15 133/20 168/1 184/7
Suite [4] 2/4 2/8 3/8 3/17
sum [1] 125/1
summarized [1] 123/22
summary [6] 61/17

**summary... [5]** 61/20
62/8 62/13 62/18 62/19
**summation [3]** 50/25
51/1 83/22
**summer [2]** 12/14
111/14
**sums [1]** 9/20
**sun [1]** 101/15
**superseding [3]** 19/6
19/7 19/14
**supervisors [1]** 36/21
**supplement [1]** 203/12
**supplemented [1]**
89/24
**supplements [1]** 91/22
**supply [2]** 78/23
104/14
**support [12]** 56/8
56/10 57/2 59/22 61/7
111/3 127/7 131/4
141/10 160/22 186/7
221/20
**supported [1]** 152/11
**supporting [2]** 59/3
65/17
**supports [1]** 65/19
**suppose [10]** 12/2
46/18 48/3 69/24
100/25 106/13 106/19
178/14 188/23 210/10
**supposed [5]** 86/10
174/4 190/3 202/17
214/25
**suppositions [2]**
164/22 194/25
**suppress [2]** 197/16
199/16
**suppressed [1]** 197/18
**suppression [2]**
198/16 199/10
**sure [75]** 6/19 6/20
10/2 20/12 23/17 24/1
24/4 24/8 24/16 25/25
26/14 33/17 36/24
36/24 37/6 48/14 49/20
50/2 50/11 52/9 52/12
52/15 52/17 54/25 55/1
55/7 55/18 55/25 56/7
57/13 58/1 58/3 60/15
61/11 64/11 68/18
68/19 69/2 83/15 89/5
94/17 95/11 98/13
102/6 104/3 105/21
105/25 107/4 107/13
108/1 114/13 117/2
139/6 144/16 144/24
157/13 161/17 165/21
171/8 176/8 177/4
177/23 179/21 192/13
195/14 199/9 203/17
206/17 210/5 213/24
217/21 218/17 222/7
222/14 222/18
**surprise [1]** 106/10
**surprised [1]** 211/4
**surprises [1]** 98/8
**surprising [1]** 203/7

**suspect [6]** 27/20
37/18 42/8 42/10
120/18 127/7
**suspected [1]** 74/24
**suspended [1]** 222/10
222/20
**suspension [1]** 222/11
**suspicion [1]** 160/19
**suss [1]** 28/13
**sustain [2]** 62/9 63/4
**swamp [3]** 165/12
165/13 178/16
**swimming [2]** 196/24
196/25
**swing [1]** 75/5
**swung [1]** 100/4
**sympathy [1]** 156/20
**system [1]** 21/22

**T**

**table [8]** 6/24 7/3 7/4
40/23 40/25 41/2
190/10 209/7
**tailored [1]** 148/11
**take [31]** 11/1 23/20
26/5 26/16 38/12 38/17
41/13 43/10 43/11
49/12 49/24 53/1 53/2
61/16 63/15 95/8 97/17
98/15 98/16 131/7
132/4 134/2 134/24
137/21 145/12 163/7
164/18 199/19 212/21
219/12 224/11
**taken [7]** 35/14 42/24
96/25 115/12 120/12
127/4 182/18
**takes [2]** 146/8 190/17
**taking [6]** 10/25 139/24
171/4 190/20 214/22
221/4
**talk [45]** 6/8 6/10 7/5
20/10 20/10 21/17 22/6
22/22 25/4 30/11 34/23
48/5 48/19 63/11 70/10
89/25 97/16 97/23
97/25 100/23 105/7
113/9 114/9 114/12
114/19 114/22 115/1
117/5 118/3 122/22
123/7 126/12 140/16
140/21 149/20 169/4
184/24 199/22 199/24
199/24 203/2 205/25
208/1 215/19 220/21
**talked [16]** 51/2 71/6
94/1 95/15 101/7
104/11 104/11 104/18
105/19 108/6 148/19
148/20 148/22 194/8
216/19 219/3
**talking [27]** 13/12
13/13 17/14 20/21
49/23 52/5 81/2 86/16
87/23 91/7 95/13 96/4
111/4 113/2 122/12
140/13 140/19 164/20
169/14 172/1 172/3

**talks [2]** 87/19 174/1
**tangential [1]** 208/15
**Tarantino [2]** 184/10
184/23
**Tarpley [24]** 2/10 5/10
9/16 11/16 12/5 12/11
13/3 13/18 13/19 16/1
54/21 54/23 55/4 55/20
56/3 58/6 58/22 58/24
197/21 198/10 218/6
218/25 221/25 223/6
**Tarpley's [3]** 54/18
58/8 221/9
**task [1]** 213/6
**tax [2]** 77/1 81/18
**team [18]** 10/12 12/12
24/12 39/18 73/19
112/5 112/14 142/12
142/16 143/19 146/8
146/10 155/7 155/16
156/5 202/10 204/15
215/25
**teams [1]** 36/4
**technical [1]** 199/7
**technically [1]** 187/2
**telephones [3]** 40/22
40/23 41/11
**television [1]** 170/19
**tell [26]** 27/23 29/6
48/5 48/10 90/22 92/5
93/18 93/20 108/13
112/4 113/19 114/1
119/19 128/20 138/15
140/1 143/6 143/12
146/23 149/23 150/18
154/7 156/19 159/6
203/2 210/6
**telling [8]** 83/8 93/12
94/13 120/21 136/25
166/20 172/19 173/1
**tells [2]** 131/25 142/11
**ten [4]** 91/10 108/10
126/3 156/14
**tend [2]** 37/20 44/19
**term [2]** 72/7 206/23
**termed [1]** 115/10
**terms [29]** 25/6 28/18
29/20 33/1 33/1 46/14
50/4 51/17 52/25 53/3
53/24 77/6 85/4 101/13
104/16 106/3 130/9
147/10 147/13 158/17
164/22 172/9 200/2
201/7 203/4 206/11
207/4 218/25 219/1
**terribly [1]** 174/13
**terrific [2]** 15/1 224/12
**testified [1]** 72/21
**testifies [6]** 138/25
139/14 187/20 190/10
204/24 206/5
**testify [16]** 17/25 39/15
69/9 69/21 91/9 95/21
106/15 106/16 108/7
122/6 188/5 188/11
188/17 188/22 189/12

**testifying [4]** 18/2
38/19 46/14 69/5
**testimony [27]** 10/8
10/9 14/9 17/20 17/22
18/4 18/5 21/12 46/15
46/17 47/2 47/5 48/11
48/20 74/11 90/5 91/14
92/3 92/7 92/9 92/11
122/18 123/21 137/14
151/21 207/7 209/12
**Texas [3]** 15/1 48/4
217/20
**text [11]** 16/21 16/21
16/23 31/20 42/20 43/5
45/2 70/14 71/15 83/24
91/16
**than [37]** 16/15 19/25
25/24 26/6 31/22 36/4
42/9 48/22 66/9 67/22
75/7 84/23 85/8 97/14
104/14 106/8 110/2
113/18 117/2 122/16
138/9 143/15 153/9
154/14 168/16 170/14
171/9 172/19 175/8
188/10 188/14 199/15
201/3 205/16 210/24
214/21 215/13
**thank [43]** 10/23 11/2
11/3 21/16 24/25 26/18
27/19 35/12 35/16
38/21 40/9 40/11 40/19
45/19 58/6 59/1 60/17
60/18 61/11 65/10
86/18 98/19 114/4
131/9 131/13 157/18
157/22 190/23 190/24
191/25 195/18 195/19
195/21 197/12 208/6
221/3 221/15 221/16
223/18 223/19 224/13
224/22 224/23
**thank you [28]** 10/23
11/3 21/16 24/25 27/19
35/12 35/16 38/21 40/9
40/11 58/6 59/1 60/18
61/11 65/10 98/19
157/22 190/24 191/25
195/18 195/19 197/12
221/3 221/15 221/16
223/18 223/19 224/22
**Thank you very much
[1]** 131/13
**thanks [1]** 21/19
**that [1334]**
**that up [1]** 97/18
**that'll [5]** 33/4 34/18
34/20 39/23 158/14
**that's [189]** 5/24 7/14
11/14 14/4 16/7 20/22
21/4 21/5 23/10 24/4
24/24 26/3 26/23 27/23
28/6 29/4 29/16 30/20
30/25 31/18 31/22
34/10 34/25 36/22
37/16 38/16 39/9 39/20
40/20 40/21 41/15

**testify... [26]** 175/15 39/15
**text... [6]** 84/15 48/10 48/18 50/9
51/13 52/1 53/11 53/19
54/6 58/14 64/16 65/2
66/22 67/19 70/18 71/6
71/8 71/8 71/19 72/2
72/13 74/10 75/2 75/9
75/22 75/23 76/2 76/7
77/23 78/7 78/12 82/1
83/11 83/20 83/20
84/15 85/22 86/2 86/5
86/15 86/15 87/13
87/23 88/1 89/17 92/24
93/13 95/22 95/24
96/19 96/20 97/6 98/1
98/11 99/20 102/15
102/16 104/1 104/13
108/15 108/24 113/10
113/16 117/17 118/15
122/9 124/10 124/17
127/17 129/22 132/13
137/24 138/3 138/3
139/20 143/10 143/22
148/20 148/25 149/7
151/9 158/15 159/3
159/3 159/25 160/10
162/3 162/17 163/11
164/12 165/2 165/6
165/6 165/14 166/15
167/8 167/13 169/9
169/10 172/15 173/15
174/2 174/6 174/23
177/25 178/4 178/7
178/14 178/16 178/20
178/21 179/1 180/24
182/5 183/6 183/10
183/22 183/23 184/14
185/16 186/18 187/3
188/3 189/4 190/19
190/22 192/4 192/8
192/12 193/4 194/10
194/15 195/5 195/11
196/17 196/18 198/16
199/13 200/6 200/22
201/8 201/17 202/17
205/17 207/14 207/21
208/2 210/13 210/14
210/18 211/21 212/6
212/7 212/9 214/2
214/14 216/11 221/3
**their [75]** 7/23 17/19
17/21 22/11 23/6 38/11
38/17 40/23 45/13 46/4
46/23 47/2 47/5 48/11
51/12 63/1 63/2 63/7
63/10 63/22 68/10
72/11 72/22 80/2 84/8
87/1 87/2 87/10 87/15
89/12 90/5 92/19
104/16 105/3 105/12
106/12 110/24 111/14
112/14 113/3 114/21
115/22 118/4 119/12
119/24 122/6 122/21
125/19 126/24 127/19
128/23 129/2 133/18
136/22 148/5 149/13
149/16 153/15 157/13
175/15 184/19 185/13

**their...** [13] 191/20
194/21 199/4 200/3
201/15 201/25 203/4
204/6 204/19 206/4
209/12 220/2 222/3
**theirs** [1] 196/12
**thelinderfirm.com** [1]
2/6
**them** [89] 7/17 21/7
23/25 24/5 28/4 32/10
33/22 34/8 38/7 38/12
41/13 42/6 42/11 43/10
45/2 45/12 45/16 55/8
71/1 71/20 72/12 87/12
89/10 89/12 90/4 95/24
96/7 97/16 102/4
104/24 106/13 107/9
108/11 108/20 109/15
109/21 109/22 109/23
109/24 109/25 110/1
110/5 110/6 110/18
110/19 111/8 112/24
113/2 116/10 118/3
118/4 119/18 119/22
119/25 121/15 122/22
125/25 126/13 127/20
128/6 130/17 131/5
131/6 132/21 145/7
151/13 154/1 156/5
157/4 157/5 157/6
157/12 157/12 160/22
174/8 174/9 177/6
193/20 198/14 201/22
205/7 205/21 205/25
206/1 217/11 217/14
220/1 220/7 221/2
**themselves** [3] 78/16
106/17 113/24
**then** [144] 6/6 6/7 6/10
6/12 6/14 6/15 7/3 7/10
11/4 19/8 23/8 23/21
23/24 24/12 27/24 28/3
29/11 31/8 33/9 33/12
33/14 33/22 34/7 34/10
34/17 36/8 37/7 38/22
41/5 44/1 50/6 50/6
50/6 51/16 54/7 54/18
61/14 61/20 62/21
64/22 64/24 66/12 70/9
71/3 74/7 82/6 86/12
86/13 87/2 100/24
101/24 103/6 103/18
111/11 113/8 114/9
114/22 115/3 115/13
117/3 119/20 122/2
122/4 124/15 127/14
128/5 133/25 134/12
138/15 140/3 143/11
144/3 146/18 149/8
149/18 153/24 153/25
154/3 154/6 157/5
157/12 158/8 160/25
161/12 161/23 162/16
165/12 167/15 167/20
168/3 168/19 169/25
170/6 170/21 173/5
173/6 173/18 175/2

180/9 180/14 180/20
182/23 184/13 185/23
187/11 187/14 187/25
188/5 188/17 188/22
191/15 192/16 193/9
193/13 193/15 194/3
194/13 194/16 194/23
196/4 196/15 197/3
197/13 199/2 199/4
199/21 201/21 203/2
207/5 207/8 207/11
208/15 209/1 209/10
211/11 212/1 215/20
221/2 221/6 224/7
224/19
**theoretical** [2] 80/15
113/17
**theoretically** [4] 61/9
70/1 192/12 194/3
**theories** [3] 95/17
105/11 192/9
**theory** [18] 85/5 91/8
100/25 121/2 122/15
138/6 141/8 141/11
154/13 163/3 188/17
188/23 189/14 189/21
192/9 192/12 196/9
197/17
**there** [200] 6/20 6/21
11/4 11/11 12/17 15/24
16/5 16/10 16/11 16/17
17/1 23/21 25/11 28/11
30/11 30/16 31/4 33/17
36/20 37/14 37/18
38/18 39/5 41/4 42/19
42/21 42/22 43/6 43/9
43/9 44/3 44/10 44/12
44/20 45/7 46/12 46/20
47/22 47/25 55/25 56/9
58/9 58/16 60/14 61/15
63/7 63/20 64/22 64/22
64/24 65/15 66/1 66/12
67/13 68/13 69/10
69/10 70/3 70/21 72/2
72/20 79/17 79/23
79/24 80/7 80/25 81/18
82/10 82/14 82/14
82/17 82/17 82/18
82/20 82/23 83/17
83/17 83/18 83/23 84/6
84/9 84/13 85/3 89/8
90/8 91/13 95/4 102/21
103/21 104/1 110/25
111/1 111/2 111/25
112/3 112/25 112/25
116/17 117/14 117/15
117/21 118/22 118/23
120/4 120/7 120/19
121/12 121/20 121/21
122/17 123/4 123/10
123/10 123/13 124/16
125/4 125/16 126/17
126/19 128/12 128/14
128/18 129/8 131/1
131/4 131/5 131/6
131/8 133/20 134/10
135/3 135/6 136/1

144/8 144/14 144/21
144/21 151/18 151/24
152/3 152/16 152/19
152/23 154/13 162/11
162/13 162/21 164/15
165/9 165/19 166/1
166/8 166/10 166/23
167/3 167/19 168/6
168/25 169/2 169/22
170/22 171/23 172/8
174/7 174/11 184/23
185/16 186/14 193/12
194/21 194/21 199/17
199/20 201/24 203/20
205/6 205/9 205/14
206/13 209/1 209/10
209/19 209/19 211/7
211/9 211/11 211/12
211/13 213/11 215/8
216/13 218/23 219/21
220/6 222/1 222/23
224/10
**there's** [97] 6/22 13/5
14/5 16/7 16/16 16/18
18/14 22/9 23/23 29/5
29/6 29/7 30/1 30/5
30/7 33/16 36/18 37/7
37/8 39/24 41/7 42/8
42/11 44/13 44/16
46/19 51/3 52/18 54/12
54/19 62/21 65/24
69/25 77/24 78/3 86/13
90/18 93/12 105/5
105/17 105/19 109/5
110/18 115/6 117/20
117/22 119/1 119/23
123/6 123/23 124/17
128/10 130/19 131/7
132/20 132/22 134/25
135/1 136/13 136/13
137/17 143/13 148/21
150/7 150/19 152/6
152/8 163/7 163/25
164/23 165/22 166/3
166/4 166/10 166/22
167/3 169/23 169/24
173/25 174/6 177/18
179/25 180/7 180/11
181/17 196/2 197/16
201/21 204/13 204/21
207/25 212/16 214/4
220/19 220/24 223/1
223/11
**thereafter** [1] 193/14
**therefore** [5] 15/21
18/21 75/15 179/3
195/12
**these** [123] 5/18 9/18
13/1 15/19 17/2 22/9
27/21 30/17 35/21
45/11 47/11 49/11 56/1
56/21 59/5 61/21 62/13
62/14 65/8 66/23 67/13
68/3 68/4 69/14 69/14
71/10 79/21 80/10
80/16 82/20 86/8 91/3
91/4 93/22 93/25 98/7

106/24 108/8 108/21
109/16 109/22 110/1
110/13 110/14 112/6
112/9 113/14 117/25
118/8 119/13 120/11
122/3 123/3 125/11
126/22 126/23 127/18
127/21 132/12 132/13
141/9 142/21 143/15
145/2 147/10 147/11
148/4 155/23 157/20
159/12 160/9 160/11
160/11 160/12 160/13
161/20 163/9 165/3
166/2 166/7 166/7
167/5 169/18 171/24
172/1 173/12 173/22
175/12 175/16 177/1
177/24 178/18 179/14
180/10 181/6 181/13
181/17 182/3 182/8
182/10 182/12 184/2
184/17 185/9 185/11
187/8 187/12 191/8
192/17 195/7 207/17
210/15 212/15 212/21
212/25 213/2 213/9
213/10 214/23 215/1
**they** [209] 7/23 12/9
15/1 18/8 22/11 22/24
23/6 25/6 25/7 26/2
28/6 36/5 36/6 37/7
37/12 37/13 38/11
38/15 38/16 39/3 41/12
42/4 42/7 43/3 45/2
47/14 62/19 63/6 63/8
64/13 68/22 68/23 69/3
69/22 71/1 71/17 71/24
72/7 72/10 73/14 75/15
75/17 76/4 77/10 77/11
77/12 77/14 77/17
78/12 78/16 80/2 82/11
84/11 84/12 86/2 86/7
86/8 86/8 86/10 87/1
87/5 87/5 87/6 87/9
87/16 88/11 88/16 89/8
89/9 90/4 90/24 92/19
94/20 94/21 95/24
97/23 100/8 100/9
100/11 100/13 103/16
103/17 104/3 104/10
105/7 105/15 106/19
107/9 107/10 107/17
107/20 108/9 108/11
108/21 109/12 109/17
110/12 110/19 113/17
113/22 114/1 116/6
116/11 116/14 116/24
117/7 118/2 118/5
118/7 119/16 120/1
120/2 120/2 120/3
120/7 120/19 121/6
121/16 122/20 122/23
123/2 125/15 125/21
125/24 126/6 127/11
127/14 127/24 127/25
128/4 129/6 129/7

106/24 131/5 132/19
133/18 136/12 137/7
139/6 139/8 139/9
139/13 140/14 142/23
143/21 145/13 145/25
150/18 151/4 151/23
152/2 152/11 152/14
153/9 153/15 153/20
153/23 153/25 154/1
154/2 154/2 154/2
154/8 155/2 155/3
155/5 155/19 157/11
164/7 165/5 172/24
174/25 175/13 175/18
175/18 176/16 177/9
180/18 180/20 180/21
181/8 181/23 182/8
182/10 186/4 186/15
192/24 193/10 193/13
193/23 194/14 194/19
194/20 194/22 197/15
202/1 202/1 209/12
210/16 211/23 212/9
214/10 214/17 217/4
217/5 219/15 220/5
222/4 222/11
**they'll** [4] 38/12 38/17
135/25 150/19
**they're** [63] 25/6 38/17
42/25 45/14 47/15 49/8
49/10 55/8 61/22 75/24
76/2 83/8 95/2 96/5
106/9 106/14 106/15
109/17 110/2 111/20
112/23 112/23 113/9
113/20 114/22 117/16
119/19 120/21 120/24
121/19 126/22 127/19
131/11 136/21 143/21
157/5 164/22 166/20
172/25 172/25 173/1
177/11 178/13 181/25
184/8 185/12 191/21
192/4 192/22 193/13
193/17 193/19 193/25
194/1 194/15 195/10
207/18 213/12 219/25
222/10
**they've** [26] 24/8 31/2
77/14 77/14 97/8 104/7
104/8 108/7 111/1
119/24 121/16 121/16
121/17 121/18 125/15
126/7 127/22 127/23
128/5 135/2 135/4
138/8 145/3 145/13
169/14 180/16
**thing** [22] 43/5 45/10
47/23 47/23 52/15
52/24 66/25 68/9 70/9
83/5 101/15 114/17
170/15 170/21 174/16
175/7 191/24 198/15
201/21 216/25 221/6
223/23
**things** [40] 7/5 11/21
29/7 33/9 35/24 37/20

things... [34] 42/2
49/18 51/17 59/10
70/16 74/8 75/12 82/25
83/17 83/25 84/3
105/19 114/14 154/19
156/25 157/1 164/21
170/18 170/20 172/3
173/1 175/3 175/14
191/16 195/7 201/25
204/25 205/24 206/2
215/18 216/14 218/24
219/7 224/20
think [270]
thinking [5] 156/25
188/24 189/1 201/10
202/24
thinks [8] 18/21 48/10
75/13 82/5 82/13 86/21
103/24 109/4
third [6] 44/13 44/18
44/19 55/2 170/21
195/7
Third Street [3] 44/13
44/18 44/19
thirds [1] 200/3
this [378]
Thomas [3] 3/16 5/7
73/4
Thomas Caldwell [1]
73/4
thorough [1] 213/4
thoroughly [1] 121/3
thoroughness [2]
137/10 139/4
those [123] 12/3 13/9
16/6 17/4 17/8 18/13
18/14 18/18 18/20
18/22 20/2 20/20 20/25
21/22 22/7 22/21 22/25
23/15 25/8 27/16 28/2
28/13 28/13 28/13
30/16 33/18 36/13
42/23 50/1 54/1 55/19
59/10 62/10 61/23
63/21 65/19 65/24 66/1
67/23 69/5 69/8 82/21
83/2 84/3 87/19 95/19
100/19 105/24 109/14
111/14 111/15 111/16
116/6 116/16 116/19
117/3 117/5 120/2
120/25 121/17 123/7
124/17 125/20 125/23
126/6 127/24 130/8
130/8 130/10 130/17
131/4 132/1 145/19
146/21 147/7 148/13
160/7 161/6 162/11
164/1 164/3 164/5
166/1 170/25 173/17
175/3 175/25 176/14
176/15 176/19 177/16
179/8 179/9 180/2
182/25 184/9 185/2
189/10 189/19 192/18
192/23 193/15 194/2
195/10 196/21 203/25

205/24 206/1 206/24
208/13 210/17 211/1
211/22 213/21 214/1
217/10 217/19 217/24
219/17 224/20
though [7] 47/15
128/24 160/20 172/22
198/14 202/6 206/19
thought [23] 22/5 42/7
51/18 51/21 71/20 80/4
82/9 86/8 104/23
118/22 129/24 134/18
171/19 175/1 180/19
198/22 201/20 208/20
211/21 213/16 215/4
217/3 222/19
thoughts [1] 50/1
thousand [1] 191/14
thousands [1] 66/1
threat [4] 140/25 141/2
141/4 146/2
three [25] 15/7 34/25
35/1 41/1 44/12 50/14
51/3 51/4 62/4 87/19
115/10 116/10 180/7
201/1 201/11 201/14
202/7 202/18 207/11
210/15 210/17 213/23
214/2 224/20 224/23
throatedly [1] 128/25
through [65] 6/6 6/8
6/11 7/17 18/5 18/6
21/21 23/5 23/15 23/22
24/13 26/10 27/10
27/12 28/3 29/8 29/10
32/15 32/15 38/12
38/16 44/5 44/14 44/20
44/23 45/2 45/4 53/8
64/5 66/7 66/23 69/11
71/14 72/8 72/11 83/13
84/16 86/1 87/16
123/20 124/2 125/19
125/22 130/5 143/16
145/4 146/13 148/12
148/12 151/23 151/24
152/8 152/17 153/3
153/10 157/20 162/22
164/8 186/14 203/18
204/14 213/21 214/1
216/22 217/6
throughout [4] 13/1
14/22 116/9 133/15
throughs [1] 130/5
throw [1] 38/3
throwing [1] 139/22
Thursday [27] 8/12
24/17 24/21 24/22 53/5
53/22 85/11 85/12
100/23 101/1 101/17
101/21 101/25 102/2
102/18 103/4 114/10
215/12 215/14 215/15
215/23 215/25 217/24
218/4 218/11 219/20
224/18
thus [1] 79/5
tight [2] 38/4 205/8

time [4] 32/18 36/21
63/13 166/14
time [87] 8/2 8/7 8/13
9/17 10/25 11/23 12/15
12/18 13/3 13/10 13/18
13/22 13/25 14/6 14/16
19/12 21/6 22/21 23/14
24/21 26/3 27/4 28/20
33/24 40/14 45/4 48/5
51/7 63/15 65/16 66/6
69/18 69/23 70/25
79/22 82/25 93/14
95/19 97/23 98/15
98/17 100/25 101/2
102/22 105/10 108/19
109/2 113/10 114/14
123/4 136/10 146/15
147/18 147/24 148/2
148/13 152/22 154/17
156/23 166/11 168/3
170/8 171/12 172/5
175/20 175/21 179/13
182/2 182/5 185/23
194/6 194/13 194/19
194/21 195/22 196/24
197/1 197/6 197/8
200/4 205/1 205/2
206/3 206/14 211/6
217/20 222/17
time-sensitive [1]
197/8
timeline [1] 101/11
times [5] 73/21 77/24
78/1 96/17 139/9
timetable [1] 205/8
timing [1] 198/10
tirade [1] 163/8
title [4] 125/20 197/18
197/19 198/20
titled [2] 65/3 226/4
today [28] 5/24 7/5
10/24 20/22 21/3 21/3
21/6 21/11 21/14 47/19
52/4 52/6 52/8 78/25
89/7 91/10 102/24
105/10 114/19 116/9
116/15 126/8 139/18
139/19 203/3 203/18
215/9 216/19
together [15] 24/12
52/11 69/18 90/10 94/7
94/10 120/12 178/3
178/24 186/10 187/4
190/1 205/19 207/18
207/22
token [1] 69/24
told [23] 9/25 12/19
44/23 55/20 57/7 62/16
63/6 63/9 65/6 87/12
90/3 91/6 91/11 93/6
93/10 94/11 96/22
108/7 150/5 154/20
157/2 184/13 200/4
tomorrow [6] 57/13
102/10 215/3 215/6
215/7 215/9
too [10] 38/1 71/3
95/17 109/8 115/22

215/11 223/17
took [2] 8/25 199/4
top [1] 142/4
topic [3] 6/9 81/1 151/9
topics [3] 54/1 220/13
224/23
Torres [1] 19/1
Torres-Rodriguez [1]
19/1
total [2] 125/1 169/1
totally [1] 173/14
totals [1] 138/8
touch [3] 35/5 38/22
220/18
Touhy [1] 157/13
toward [5] 64/20 169/8
176/12 193/10 193/21
towards [1] 194/14
Towers [1] 3/17
traced [1] 133/6
track [1] 38/8
tracked [1] 210/19
tracking [1] 108/1
tracks [1] 170/3
traditional [3] 32/13
32/14 79/6
traditionally [1] 44/13
traffic [1] 103/22
trafficking [2] 19/8
19/9
training [1] 223/2
traitors [1] 194/12
tranche [9] 179/23
180/2 180/5 180/13
181/15 191/5 191/7
191/7 191/10
tranches [2] 163/19
191/6
transaction [1] 184/12
transcript [8] 1/9 4/6
93/13 93/13 180/11
180/11 180/23 226/3
transcription [1] 4/7
transcripts [5] 13/11
13/15 14/13 14/14
18/11
transfer [2] 62/2 62/6
transferred [1] 12/12
transition [1] 146/4
transmittal [1] 21/22
transparent [1] 94/12
transpired [1] 175/8
transpires [1] 193/12
transporting [1] 8/10
travel [1] 202/2
treasonous [1] 163/10
166/7 173/18 176/14
185/14
trespassing [1] 155/25
trial [109] 6/10 6/11
6/19 7/12 7/15 9/24
10/14 10/16 11/6 11/7
11/8 11/11 11/12 11/14
11/15 11/23 12/7 12/8
12/9 12/14 13/21 15/7
16/7 17/11 19/7 19/13
19/20 19/21 20/3 20/6

194/22 12/12 34/21 34/23
35/2 37/19 38/2 39/6
39/24 40/6 40/15 40/16
41/21 41/22 42/13 45/5
45/6 45/9 47/17 48/6
48/12 49/6 49/9 49/13
49/21 53/25 66/9 67/22
68/15 70/17 71/10
76/21 76/21 78/18 89/3
91/10 94/4 98/8 99/5
105/8 105/9 105/13
107/11 108/15 109/22
109/25 110/6 112/7
112/20 115/1 120/15
120/25 123/8 127/11
127/18 139/17 140/1
141/7 148/1 150/25
156/15 156/24 156/25
172/16 188/10 190/1
202/17 203/10 205/4
211/5 211/6 212/21
213/6 213/8 214/9
216/13 216/13 217/9
219/18
trials [4] 35/22 37/21
44/10 207/21
tried [5] 87/4 163/18
163/24 175/6 207/20
tries [1] 176/11
triggered [1] 82/24
trouble [2] 45/1 130/12
troubling [1] 201/17
Troy [1] 5/8
true [9] 8/20 76/10
134/15 165/8 174/7
185/16 223/9
Trump's [2] 165/13
178/15
trust [2] 45/12 45/16
truth [6] 96/22 174/3
177/25 178/4 178/5
179/9
try [16] 6/22 32/6 42/25
43/15 84/2 98/11
124/18 127/11 134/15
167/4 202/21 204/5
205/3 205/7 213/5
215/1
trying [29] 41/1 43/16
63/16 66/3 67/19 84/8
84/15 88/9 106/4 111/3
130/16 155/2 156/7
165/13 172/19 176/22
178/13 178/15 185/13
185/14 185/15 186/2
188/3 194/1 195/9
204/25 213/10 220/1
220/10
Tuesday [6] 8/11 22/25
27/6 85/10 102/9 203/7
tuning [1] 49/10
turn [12] 6/12 6/14
28/23 43/22 61/14
115/3 125/12 148/24
151/8 158/8 165/10
196/4
turned [9] 117/21
117/23 122/1 128/1

**T**

turned... **[5]** 145/3 145/13 150/15 150/15 184/13
TV **[1]** 172/25
tweet **[1]** 191/14
tweeting **[1]** 37/12
tweets **[1]** 47/24
twice **[4]** 8/5 8/11 12/8 95/25
Twitter **[2]** 47/13 191/14
two **[79]** 5/24 7/1 7/13 7/20 8/18 9/3 9/19 12/8 15/19 15/24 18/24 20/2 29/2 32/17 32/18 33/5 34/12 35/1 37/24 38/9 39/2 40/6 41/1 42/2 50/14 51/3 51/4 54/1 55/6 55/12 59/4 65/15 70/15 70/19 75/12 76/2 91/23 96/3 96/6 105/5 105/17 105/19 106/22 107/3 111/5 112/16 112/16 112/20 114/14 115/9 120/7 133/20 137/3 154/19 154/19 154/23 162/4 170/15 171/7 171/10 171/24 174/5 176/1 178/12 184/18 188/7 192/9 195/10 196/14 196/21 198/18 200/3 207/21 211/19 214/17 214/19 215/18 216/22 220/13
two-thirds **[1]** 200/3
TX **[2]** 2/4 2/8
type **[1]** 213/9
types **[3]** 16/24 141/9 204/25
typical **[1]** 199/16
typically **[4]** 28/11 76/25 133/13 166/3

**U**

U.S **[6]** 1/15 44/22 62/2 62/7 71/23 199/15
U.S. **[2]** 8/22 112/19
U.S. Attorney's **[1]** 112/19
U.S. Attorney's Office **[1]** 8/22
U.S.C **[1]** 198/17
ultimate **[1]** 141/9
ultimately **[1]** 224/7
unable **[2]** 12/20 194/15
unauthorized **[2]** 222/4 222/13
unavailability **[4]** 189/11 189/23 190/17 190/18
unavailable **[6]** 95/19 187/18 188/5 188/6 188/25 190/8
unclear **[3]** 116/10 116/12 166/2
unconsented **[1]**

under **[24]** 15/13 15/23 20/13 58/23 75/14 82/23 83/11 101/15 125/9 126/12 129/22 135/23 140/5 156/8 180/5 183/1 189/1 189/14 189/20 197/18 198/16 205/25 219/23 222/17
underlying **[3]** 65/18 87/21 195/12
underscore **[1]** 8/13
understand **[56]** 21/20 24/7 55/1 61/12 68/18 68/20 70/20 75/7 76/14 78/3 79/23 89/6 92/13 97/3 97/6 98/7 98/10 100/24 103/14 111/8 113/21 118/19 122/4 122/17 123/16 132/5 132/17 136/14 137/23 142/19 144/25 145/11 147/19 148/10 149/1 150/7 150/9 150/24 151/2 155/9 156/24 163/3 173/14 189/4 194/18 198/17 202/23 206/9 206/20 211/1 215/6 216/12 217/13 222/1 224/9 224/10
understanding **[18]** 35/10 44/21 71/2 76/13 76/22 77/4 80/21 81/4 81/8 82/6 105/2 106/12 127/3 144/1 180/6 199/13 206/13 208/9
understands **[1]** 134/20
understood **[19]** 46/25 80/14 81/14 82/10 88/11 92/14 97/4 106/17 106/25 114/2 118/5 118/7 139/15 140/22 151/6 174/22 193/7 197/10 210/10
undoubtedly **[1]** 52/16
unfairness **[1]** 39/5
unfamiliar **[1]** 191/13
unidentifiable **[1]** 174/5
unidentified **[1]** 174/1
unindicted **[3]** 159/24 160/1 160/2
unique **[2]** 185/17 187/21
UNITED **[18]** 1/1 1/3 1/10 5/4 9/17 19/1 31/5 31/14 73/23 75/2 75/4 75/19 80/15 99/13 100/1 100/11 100/14 154/12
United States **[14]** 9/17 19/1 31/5 31/14 73/23 75/2 75/4 75/19 80/15 99/13 100/1 100/11 100/14 154/12
United States of **[1]**

universe **[1]** 119/16
unknown **[7]** 115/8 115/17 119/25 120/4 120/5 182/3 191/11
unknowns **[1]** 180/15
unlawful **[1]** 126/8
unless **[15]** 31/13 53/19 85/21 86/21 101/4 122/5 132/19 132/22 134/25 135/1 136/25 137/13 138/24 139/13 223/4
unlike **[1]** 67/11
unlikely **[1]** 49/16
unrealistic **[1]** 39/21
unredacted **[4]** 131/20 131/22 132/2 133/22
unsympathetic **[1]** 98/3
until **[12]** 34/15 48/6 48/12 71/7 129/7 129/8 130/19 165/22 173/6 204/18 205/15 212/11
untimely **[2]** 11/18 11/25
untoward **[2]** 111/25 112/14
unusual **[3]** 46/16 113/7 113/10
unwillingness **[1]** 17/25
up **[82]** 6/18 6/18 8/22 9/10 9/19 10/25 11/1 14/20 23/8 23/25 28/6 28/8 28/10 28/16 28/19 29/24 30/3 30/8 34/6 35/13 38/9 39/19 41/10 43/3 43/10 43/12 44/2 45/7 46/3 48/7 50/8 53/7 58/20 68/21 69/24 70/23 71/9 71/10 75/14 75/17 76/22 79/3 80/10 80/16 89/22 90/20 97/18 98/8 102/16 105/11 106/22 109/21 109/25 112/11 113/1 115/12 118/15 126/23 129/15 132/21 138/17 139/17 140/4 145/3 156/25 162/10 163/15 168/3 175/6 185/23 186/13 190/25 191/19 192/1 196/15 210/7 212/4 212/21 213/22 214/9 217/24 225/2
upcoming **[1]** 45/14
update **[5]** 6/7 183/14 183/15 184/10 184/15
updating **[1]** 166/4
upheld **[2]** 78/21 79/9
upon **[14]** 16/11 38/22 74/3 76/13 78/7 81/20 92/17 109/15 114/11 134/19 135/13 136/4 138/6 162/4
upstairs **[1]** 45/4
urged **[1]** 78/2

21/14 38/8 42/11 47/10 49/12 50/14 51/3 51/4 57/20 58/10 59/16 60/13 63/25 85/6 93/14 94/8 95/20 96/4 101/2 101/24 103/5 104/8 107/11 107/21 108/7 108/10 108/13 108/13 116/10 116/12 118/1 119/24 121/6 121/15 125/19 125/24 126/6 127/20 127/25 129/7 129/10 129/12 131/25 132/2 132/17 133/18 133/20 133/23 134/2 134/6 136/8 141/14 141/23 148/20 156/2 156/12 167/14 178/2 178/7 178/10 178/11 178/13 178/23 180/16 180/18 186/5 186/6 188/10 191/13 200/20 204/15 204/17 216/4 216/5 217/5 218/22 219/16
USAfx **[3]** 21/21 55/10 216/22
usdoj.gov **[2]** 1/17 1/18
use **[15]** 9/6 29/22 38/20 52/17 63/18 75/18 134/15 165/3 186/4 187/24 189/9 196/14 201/20 201/22 213/2
used **[12]** 37/14 44/15 59/25 61/10 70/17 70/19 79/25 152/13 153/1 153/8 210/7 213/12
useful **[2]** 39/4 71/20
using **[9]** 52/21 73/15 77/7 135/13 135/14 185/11 185/12 187/1 199/6
usual **[2]** 27/9 214/14
usually **[2]** 28/6 114/24
uttered **[1]** 182/8

**V**

vac **[4]** 165/14 165/16 172/4 178/16
valid **[1]** 16/6
valuable **[1]** 59/14
value **[1]** 195/3
variety **[1]** 65/4
various **[8]** 14/24 16/4 65/5 65/5 120/12 148/9 149/9 154/3
venturer **[1]** 209/16
verbal **[1]** 213/4
verdict **[2]** 114/18 115/2
version **[3]** 133/22 180/16 180/24
versus **[7]** 5/4 19/1 19/16 19/16 31/5 31/14

very **[24]** 6/15 28/20 35/6 35/6 35/15 38/4 59/14 66/8 86/7 89/16 98/15 102/22 126/23 128/13 130/8 131/13 150/16 169/10 180/10 181/21 185/17 196/24 200/4 222/13
vet **[1]** 98/12
vetting **[1]** 94/7
via **[3]** 23/22 23/23 218/24
vice **[5]** 130/6 155/11 155/12 156/4 179/8
Vice President Pence **[1]** 156/4
video **[1]** 193/13
videos **[1]** 45/14
view **[7]** 11/24 100/16 116/14 118/4 122/21 183/9 211/1
viewed **[1]** 73/25
views **[2]** 51/8 51/9
violate **[1]** 198/20
violated **[2]** 62/4 222/8
violates **[1]** 197/18
violating **[1]** 155/24
violations **[3]** 81/18 81/19 198/18
violent **[1]** 148/24
VIP **[1]** 130/2
VIPs **[1]** 154/1
Virginia **[3]** 8/2 12/13 15/6
virtually **[2]** 120/14 120/18
vis **[2]** 135/20 135/20
vis-à-vis **[1]** 135/20
visit **[2]** 132/3 197/23
visiting **[1]** 197/23
vociferously **[1]** 140/15
voice **[6]** 96/10 96/12 112/22 158/18 158/19 159/5
voir **[3]** 27/9 28/5 29/19
volume **[1]** 128/20
voluminous **[1]** 217/6
vs **[1]** 1/5

**W**

wait **[1]** 98/21
waive **[3]** 25/6 25/7 192/24
waived **[5]** 5/19 221/10
walk **[3]** 38/16 162/22 186/14
walked **[1]** 153/9
walking **[1]** 173/10
wall **[1]** 139/22
wane **[1]** 37/20
want **[66]** 6/4 6/6 6/10 7/5 9/22 20/12 20/19 24/8 27/17 37/12 41/8 42/10 45/10 47/11 49/12 50/8 50/11 50/12 52/15 53/7 54/5 64/23

**want... [44]** 65/22
66/10 69/21 69/25 70/9
71/8 86/20 90/16 94/3
96/13 102/15 105/8
109/12 111/7 114/13
127/23 127/24 128/17
128/22 131/10 134/24
135/8 138/10 138/13
148/9 154/24 155/3
156/11 157/5 192/2
192/24 196/14 197/15
199/23 202/2 202/24
213/14 218/3 220/22
221/7 221/12 221/13
222/14 222/16

**wanted [23]** 12/12
45/16 47/20 49/1 54/11
54/25 55/17 64/18 90/2
92/13 105/6 105/20
107/3 107/13 108/1
157/3 191/1 200/16
200/19 200/20 215/5
220/15 222/7

**wanting [4]** 66/9 156/8
208/8 210/25

**wants [14]** 38/5 47/4
72/12 86/22 126/11
132/21 144/7 162/22
165/3 166/6 179/12
191/23 205/13 209/12

**warning [1]** 200/17

**warrant [3]** 66/20 67/8
67/18

**warranted [1]** 46/20

**warrants [2]** 111/15
111/16

**Warthogs [1]** 165/17

**was [208]** 6/5 6/20 8/7
8/7 8/24 11/19 12/7
12/22 13/20 13/21 15/2
15/8 19/5 19/8 19/10
19/12 19/13 19/14
19/19 20/14 20/23
22/17 23/10 25/25 35/8
39/16 43/24 44/3 46/12
46/13 47/7 47/20 49/24
52/4 55/1 55/18 57/16
58/9 59/16 59/16 64/18
64/24 67/7 67/12 73/2
75/2 75/16 78/2 78/2
78/6 80/13 82/11 82/17
82/18 82/19 82/22
86/10 86/11 87/18
87/22 88/7 88/13 89/16
89/18 89/22 90/8 90/18
91/5 91/13 91/23 93/14
93/22 95/19 96/7 97/25
99/9 100/1 100/14
102/3 103/15 104/10
104/16 104/17 105/1
105/6 105/18 105/18
105/23 105/23 106/12
107/4 107/4 107/9
107/14 109/24 110/4
116/1 118/5 118/22
118/23 121/3 122/3
122/5 125/9 126/5

128/18 128/19 129/25
130/13 133/17 135/9
135/12 135/15 135/20
135/20 141/1 141/6
141/8 141/14 141/19
142/24 144/2 144/9
149/13 150/6 152/16
152/18 152/19 154/11
154/13 154/17 155/1
155/9 156/4 156/8
156/12 159/1 161/4
164/24 164/25 166/2
167/6 168/6 168/13
169/5 169/21 169/21
170/5 170/7 170/7
171/4 171/4 171/6
171/14 171/19 171/23
171/23 171/25 172/2
172/3 172/4 172/5
172/18 173/8 174/14
174/17 175/2 175/4
175/11 176/22 176/22
180/19 180/20 182/4
184/10 184/11 184/12
190/5 190/5 192/8
194/10 194/21 195/22
197/23 198/19 198/20
198/22 198/25 199/1
199/2 199/5 200/9
203/11 205/14 207/14
207/15 207/23 210/12
210/24 211/21 216/23
218/21 219/9 219/15
222/19

**Washington [8]** 1/5
1/16 3/4 3/9 4/5 15/5
121/11 126/24

**wasn't [8]** 78/2 99/25
100/13 106/20 150/22
154/16 168/6 188/5

**waste [2]** 69/22 205/1

**wasting [1]** 205/2

**watch [2]** 176/3 176/7

**Watchdog [17]** 159/8
159/10 163/7 163/8
165/11 165/16 166/20
169/10 170/14 170/16
171/3 171/19 172/22
180/17 180/19 191/8
194/12

**Watchdog's [3]** 174/24
175/1 176/13

**watching [2]** 170/19
172/25

**water [1]** 129/22

**Watkins [50]** 2/14 5/6
5/15 5/17 50/6 152/17
158/18 160/3 161/6
162/5 162/11 163/1
163/11 164/2 164/3
164/6 164/9 169/7
171/11 171/14 171/18
172/24 174/7 175/2
175/9 176/9 177/3
177/14 179/1 179/10
180/13 181/24 182/8
182/20 185/11 185/22

186/8 186/11 186/25
187/2 187/8 187/10
187/20 190/5 190/9
193/7 195/23

**Watkins' [13]** 162/1
164/4 172/17 175/17
176/18 177/5 177/12
177/18 179/3 181/7
182/13 185/19 191/6

**Watson [1]** 181/24

**way [38]** 6/18 8/19
59/6 62/17 63/16 72/2
72/23 73/15 81/11
91/23 94/1 96/1 96/19
97/17 100/15 110/4
114/21 122/7 124/11
138/7 144/5 144/14
151/1 152/6 163/12
163/24 165/9 166/24
167/3 174/18 176/11
185/12 191/12 193/1
206/5 207/8 215/5
222/10

**ways [3]** 73/18 204/10
204/22

**we [564]**

**we also [1]** 43/20

**we believe [13]** 73/14
85/3 88/16 88/24 89/11
95/18 107/5 117/23
124/16 124/25 175/23
177/6 187/24

**we will [11]** 22/24 27/7
28/3 28/19 31/24 32/9
37/9 37/11 52/21
215/18 218/5

**we'd [8]** 100/23 102/6
118/3 134/2 135/19
136/3 136/14 203/22

**we'll [52]** 6/12 7/6 21/7
23/25 24/12 25/2 25/23
27/1 27/25 28/1 29/6
33/10 34/7 34/11 34/17
37/5 37/17 38/19 40/7
41/2 41/3 41/8 41/11
42/22 43/10 43/11
43/11 43/15 44/7 45/21
50/4 51/4 52/5 53/3
64/20 84/23 86/19
86/25 102/7 103/18
107/1 114/16 130/22
157/14 171/21 172/14
198/8 199/19 217/24
219/4 223/25 224/7

**we're [122]** 6/9 7/6
26/25 27/5 27/20 27/25
33/22 39/8 39/10 39/14
41/9 48/14 51/16 51/25
52/11 53/6 53/16 55/7
55/10 58/21 68/5 69/18
70/7 75/25 81/2 84/23
85/8 87/12 87/23 88/19
95/17 95/22 98/2 98/5
98/11 102/1 104/20
105/1 105/10 105/14
108/3 108/18 108/25
110/1 110/18 111/17

119/19 122/12 122/12
122/16 124/9 126/1
126/4 130/21 136/10
137/9 141/22 144/2
149/12 156/15 157/7
157/10 164/4 164/20
165/18 166/16 166/19
169/12 172/11 172/17
173/19 174/1 174/23
176/13 178/3 178/12
178/24 183/12 183/13
185/17 186/6 187/1
187/4 187/21 188/9
190/20 194/5 194/25
196/24 197/7 199/14
199/16 200/3 200/21
200/25 201/6 201/10
201/15 202/8 203/17
204/20 205/8 208/10
211/2 211/5 212/18
213/8 213/20 214/22
214/24 215/3 217/11
218/7 219/3 219/12
220/1 220/10 221/4
224/17

**we've [47]** 6/17 6/24
10/24 21/3 44/9 49/23
50/10 51/2 51/21 67/15
88/18 95/13 96/25
97/20 101/8 102/22
108/7 108/17 108/22
109/1 110/17 112/19
116/15 116/17 123/19
123/21 124/4 125/12
128/1 128/2 131/21
131/24 134/18 143/15
143/16 150/25 157/19
160/20 178/2 195/3
201/2 202/10 203/7
207/22 208/11 215/18
219/3

**wear [5]** 37/22 38/7
38/11 38/15 38/18

**Wednesday [11]** 24/15
53/21 85/11 85/15
85/17 86/17 101/15
101/24 102/1 102/24
114/7

**weeds [4]** 78/25 80/6
111/5 213/15

**week [24]** 7/17 8/5
8/11 9/24 9/25 11/22
22/6 22/20 24/15 52/11
52/25 58/10 59/16 90/8
90/20 90/21 201/15
202/6 203/6 203/12
213/8 215/14 217/5
217/7

**weekend [1]** 58/20

**weekly [1]** 91/22

**weeks [3]** 13/21 15/7
20/14 29/1 49/10 93/23
96/4 97/23 108/25
118/11 127/3 197/8
200/5 201/1 201/11
201/14 201/16 202/7
202/8

**weight [4]** 65/12 67/20
167/15 175/24

**welcome [3]** 5/22 99/2
225/3

**well [88]** 6/19 8/3 26/5
30/15 33/5 36/2 36/3
36/6 36/7 39/3 39/19
48/2 48/4 48/9 49/11
49/14 56/19 57/1 57/12
57/14 58/15 69/17 70/2
71/17 73/6 73/8 77/13
78/9 81/6 82/8 86/15
101/19 102/7 107/11
107/22 108/9 108/13
108/25 115/11 115/22
117/12 117/15 118/9
118/11 123/12 124/23
132/19 133/4 133/19
135/24 136/20 137/25
138/15 139/8 143/2
143/22 147/5 149/18
155/20 156/7 162/10
162/15 162/24 163/15
165/8 172/24 179/25
185/9 185/13 187/1
187/13 187/21 188/7
192/8 193/19 200/13
201/14 203/12 204/8
208/25 211/10 211/16
212/8 212/20 215/12
216/8 218/8 223/25

**went [2]** 21/19 154/2

**were [86]** 6/5 7/16 8/1
8/6 9/25 12/1 17/10
18/19 21/12 38/23 50/1
58/10 65/5 66/19 66/23
72/22 72/24 73/5 74/9
75/17 78/5 79/21 82/20
82/23 82/24 83/11 86/8
86/10 87/6 88/9 88/10
89/18 89/23 90/3 91/4
92/15 94/10 100/9
100/11 101/23 103/15
105/11 107/20 111/6
111/14 116/15 116/17
118/10 119/11 120/12
121/4 126/24 128/13
136/3 141/3 141/7
141/12 148/23 149/8
150/15 150/15 151/22
152/6 152/11 152/14
153/14 153/25 154/3
155/11 161/1 168/25
169/2 169/2 175/13
176/15 182/8 194/20
200/18 207/17 210/16
211/14 211/14 215/8
216/20 220/17 222/23

**weren't [8]** 12/11 87/5
88/11 91/25 92/2 100/3
125/24 215/8

**Whac [1]** 108/10

**what [305]**

**what's [20]** 11/14
37/10 38/14 48/6 58/16
62/15 129/9 137/8
145/3 145/4 159/5
164/17 164/18 165/23

**what's... [6]** 168/12 170/22 181/21 181/22 193/25 199/21

**whatever [17]** 6/25 7/11 18/21 27/2 28/8 125/18 125/20 131/6 145/9 146/10 155/18 166/24 167/25 194/12 194/16 202/2 214/9

**whatsoever [1]** 15/14

**when [55]** 8/16 15/15 19/21 20/14 20/23 29/23 30/15 30/18 38/6 38/19 44/22 47/14 52/11 53/4 57/15 58/10 59/17 74/6 74/12 78/17 85/6 85/11 92/14 95/18 96/2 100/20 101/5 129/9 130/6 134/5 137/4 152/18 153/8 156/23 165/19 166/9 166/16 167/2 169/7 169/9 170/13 175/5 176/13 186/3 188/8 193/19 194/14 194/20 196/12 198/10 198/20 201/3 202/25 206/4 219/19

**whenever [2]** 21/7 204/1

**where [55]** 10/5 12/13 19/18 19/19 22/6 23/7 28/6 41/9 44/18 46/1 49/18 53/3 63/25 66/1 67/11 73/2 75/7 81/3 82/13 82/14 83/24 83/25 86/19 87/16 87/19 97/1 105/10 109/7 110/9 124/22 130/10 144/4 148/19 149/1 152/19 154/2 156/14 161/23 162/17 168/4 168/5 168/8 168/11 172/25 179/7 185/25 189/25 193/10 196/18 200/6 203/3 215/6 215/17 216/13 220/19

**whether [73]** 7/1 12/20 17/6 18/4 23/19 24/11 25/6 25/7 28/13 29/3 29/4 51/8 57/14 62/25 63/5 76/4 77/22 80/2 80/9 80/12 80/14 80/24 92/12 100/5 109/4 113/15 113/23 116/12 117/15 118/5 118/5 122/4 122/17 122/22 125/18 127/8 135/12 137/1 138/10 138/13 141/12 142/5 142/13 145/8 145/25 146/1 150/10 169/18 169/24 170/11 170/25 171/18 174/9 179/12 188/3 188/9 188/10 188/14 190/10 190/14 197/15

208/10 211/14 214/1 214/5 214/16 214/19 216/15 218/2 220/9

**which [116]** 6/2 6/18 11/4 18/25 19/5 20/1 20/8 21/1 22/6 22/20 22/24 33/2 41/20 42/10 43/6 43/18 43/19 43/20 44/14 44/17 48/10 48/22 49/4 52/24 55/10 55/14 64/1 64/3 64/4 65/2 68/13 69/8 71/17 72/17 73/14 73/24 74/2 75/12 79/24 83/6 83/21 84/6 86/1 87/14 87/14 89/6 89/11 89/25 92/18 92/21 96/15 99/23 100/6 100/10 104/6 105/2 105/6 106/18 108/6 111/7 113/13 115/17 124/3 127/19 128/10 130/3 131/23 133/19 133/22 135/23 138/7 140/7 144/8 144/17 146/5 149/21 150/18 155/10 162/9 162/22 163/16 169/12 173/10 174/8 175/18 177/1 177/17 177/22 180/13 180/15 180/18 181/22 182/22 185/21 187/16 189/9 191/6 191/19 192/9 192/20 193/11 201/2 202/18 203/24 204/11 209/18 211/17 213/13 213/17 213/20 214/3 216/8 221/8 221/10 222/2 222/18

**while [17]** 13/19 18/2 24/12 45/13 51/16 88/3 99/19 109/10 148/7 167/23 167/24 186/13 191/12 199/2 203/8 206/11 222/10

**who [90]** 8/1 8/21 14/25 19/13 21/6 29/9 30/16 33/13 33/15 33/18 34/2 34/8 34/13 36/11 36/12 36/21 37/23 46/11 55/7 55/8 56/19 58/9 61/7 61/23 62/22 67/16 88/22 94/1 107/9 107/17 108/22 109/12 111/6 111/12 111/13 113/20 115/23 116/22 116/23 119/13 121/23 122/3 122/17 122/18 122/19 123/20 124/7 124/20 124/24 125/1 125/2 125/6 127/12 127/23 127/23 128/13 128/13 128/21 128/22 129/1 130/8 134/14 142/24 143/6 143/12 147/5 148/22 152/1 153/18 158/19

160/4 161/14 161/21 169/2 170/13 171/18 172/3 174/12 183/16 184/11 192/18 200/18 200/21 208/18 209/6 209/6 217/25

**who's [18]** 32/9 33/11 33/11 33/16 34/8 36/4 40/3 41/25 159/7 160/25 168/21 170/16 170/19 192/10 194/24 195/4 221/20 222/2

**whoever [2]** 46/3 166/20

**whole [7]** 27/10 47/13 66/25 168/9 170/8 170/15 175/7

**whom [8]** 118/11 118/11 118/12 118/14 120/15 148/3 153/16 192/18

**why [61]** 10/3 13/5 25/20 26/9 30/11 31/18 46/21 48/18 56/3 65/23 68/11 68/24 71/8 71/8 81/8 82/1 86/16 86/25 89/21 90/22 92/6 98/11 104/3 115/16 117/20 120/9 121/8 121/15 122/4 124/17 125/16 127/4 127/19 132/5 132/13 133/24 134/19 137/2 138/15 138/24 139/1 140/14 142/2 142/19 142/23 144/25 153/21 162/19 168/4 175/18 181/22 182/16 188/3 190/22 191/19 192/8 196/17 209/24 209/25 223/25 224/6

**wiggle [1]** 120/19

**wild [1]** 145/7

**wildfire [1]** 178/10

**will [173]** 6/8 6/11 6/18 7/1 8/13 10/8 10/12 12/17 13/25 16/3 16/4 16/24 17/3 17/8 17/12 17/14 21/9 22/10 22/10 22/16 22/21 22/24 24/10 25/6 25/7 25/15 25/21 26/5 26/9 26/16 27/7 28/1 28/3 28/7 28/12 28/19 28/23 29/2 29/11 29/19 29/21 30/16 30/19 30/23 31/2 31/3 31/24 32/9 32/10 32/12 32/15 32/16 32/23 33/1 33/2 33/5 33/6 33/6 33/6 33/8 33/8 33/12 33/17 33/20 33/21 34/8 35/19 36/1 36/3 36/6 37/3 37/4 37/7 37/9 37/11 37/14 37/18 37/22 38/24 40/22 40/24 40/24 40/25 41/12 41/14 41/21 43/3 43/18 43/20

45/21 45/23 45/24 45/24 46/4 46/5 49/23 50/5 51/1 51/3 51/4 51/22 52/21 53/8 53/18 61/21 61/23 61/24 62/12 62/16 62/19 62/19 63/1 63/2 63/4 63/6 63/9 63/10 64/13 64/16 65/18 66/4 69/5 69/17 71/14 72/8 72/10 73/13 73/14 79/18 82/16 85/16 86/18 86/24 98/7 99/24 102/10 103/24 113/4 114/6 116/23 116/24 120/15 129/23 131/7 132/17 134/13 134/15 139/17 158/19 160/8 197/1 197/3 199/19 202/2 205/6 210/16 211/13 211/23 213/2 214/11 215/7 215/18 215/20 216/10 218/5 218/11

**William [4]** 3/16 4/2 226/2 226/8

**willing [3]** 95/21 101/8 132/8

**willingness [2]** 17/25 119/24

**winds [2]** 178/7 186/5

**wish [5]** 7/9 23/24 36/21 196/20 197/20

**wishes [2]** 7/8 158/11

**withdrawing [1]** 198/2

**withdrawn [1]** 112/19

**withheld [3]** 20/19 118/1 129/10

**withhold [2]** 10/9 132/22

**withholding [1]** 131/11

**withholdings [1]** 13/9

**within [3]** 87/18 96/3 206/3

**without [12]** 27/10 29/15 65/24 73/13 74/1 87/7 95/16 95/23 104/21 108/22 111/5 222/12

**witness [57]** 12/21 14/13 14/13 14/17 29/3 36/12 38/17 38/18 38/20 41/18 46/13 46/19 46/23 47/1 47/2 47/4 47/6 47/23 47/24 48/1 48/19 48/20 49/16 49/17 54/6 60/10 70/23 72/22 74/11 91/6 97/20 104/17 104/18 107/6 107/9 107/23 109/6 110/24 113/8 119/12 123/24 128/2 128/25 144/2 148/19 148/19 151/21 158/22 190/8 190/12 200/3 200/9 201/20 202/4 204/24

**witness's [4]** 46/10 46/12 46/15 147/7

**witnesses [68]** 6/15 14/10 14/17 36/12 37/23 38/11 38/15 41/14 41/17 41/18 41/21 41/24 45/14 46/9 46/11 48/5 49/9 49/25 59/19 60/2 60/12 63/14 65/6 67/6 67/16 67/24 68/3 68/4 72/20 83/22 95/24 96/3 96/6 104/8 106/15 107/5 107/17 108/6 108/11 108/20 109/20 109/23 110/14 110/15 110/17 110/24 111/13 111/20 112/16 113/1 113/6 123/20 124/24 124/25 128/8 128/9 128/21 131/2 131/4 145/22 157/21 199/22 200/2 200/6 200/21 201/11 201/23

**won't [5]** 26/8 39/5 145/15 157/11 211/4

**wonder [1]** 170/11

**wondering [1]** 38/23

**woodward [29]** 3/2 3/3 5/12 65/9 66/15 68/18 115/15 116/20 118/18 122/25 125/1 126/20 127/22 132/24 134/9 134/17 134/19 134/21 134/24 139/11 144/24 150/8 151/18 152/13 153/2 153/8 156/6 156/18 213/25

**Woodward's [1]** 144/1

**word [9]** 60/1 62/14 62/14 71/19 120/17 139/25 152/14 153/2 153/8

**words [11]** 62/14 68/23 71/25 73/1 88/4 116/21 173/12 191/20 193/25 194/22 210/2

**wore [2]** 154/1 154/2

**work [20]** 24/12 25/1 25/2 56/10 57/4 57/4 57/5 57/10 57/15 58/13 58/24 59/18 59/22 59/22 65/18 114/16 216/5 216/6 221/19 223/4

**worked [1]** 58/22

**working [13]** 35/3 55/21 56/9 94/10 102/14 108/3 108/22 109/7 152/11 186/10 205/8 218/7 218/23

**works [3]** 56/23 56/24 105/2

**world [9]** 47/5 47/13 48/23 68/13 69/8 79/23 79/24 80/15 83/21

**worry [1]** 178/19

**W**

would [183]  8/25 9/8
9/22 10/3 10/10 10/16
12/10 12/13 17/22 22/7
22/18 23/6 23/14 25/5
28/17 29/12 36/15
36/19 38/18 38/23 39/4
39/11 40/13 42/15
45/11 45/15 46/21
46/22 47/9 47/10 49/7
49/8 49/16 50/13 52/23
54/17 56/11 56/12
57/21 57/24 59/7 61/6
61/7 62/24 64/8 67/16
67/21 68/8 68/13 68/13
69/9 69/17 70/5 71/20
71/24 73/8 73/10 73/12
73/15 73/17 73/22 74/9
74/11 75/6 75/18 77/9
77/11 77/12 78/13
78/15 79/11 80/5 80/24
80/24 82/11 83/18 84/5
84/12 85/6 86/13 88/24
90/12 90/13 100/4
100/13 101/6 101/10
101/12 101/17 102/17
102/22 103/5 104/5
104/5 107/10 107/22
110/11 110/13 110/16
110/16 114/25 116/5
116/7 118/3 119/7
122/8 122/11 122/13
122/17 124/24 126/18
127/15 133/21 137/9
138/17 138/17 139/24
140/14 141/19 141/24
144/4 144/5 150/1
153/6 154/6 154/12
155/21 155/25 156/24
160/22 163/4 165/24
165/24 168/5 169/24
171/2 173/12 173/24
176/16 178/22 179/25
180/4 180/5 182/19
182/25 186/15 191/6
191/7 191/18 194/2
194/4 194/4 194/25
196/13 197/22 198/3
198/15 198/20 199/10
200/18 201/1 202/3
202/21 202/22 203/17
204/4 204/15 205/1
205/5 205/9 205/15
209/25 212/20 212/23
213/5 213/9 214/20
214/24 216/3 216/6
222/14 222/25 223/11
wouldn't [5]  92/18
104/3 120/6 150/22
171/22
writ [1]  104/11
write [3]  33/21 46/23
47/16
writes [3]  12/5 14/19
15/24
writing [9]  118/2 197/4
197/15 197/21 219/2
221/22 222/3 222/12

writings [2]  16/4 16/6
written [7]  18/8 74/7
101/9 103/22 224/1
224/2 224/3
wrong [20]  12/16
16/20 67/3 75/15 76/24
77/19 77/19 77/20
77/23 81/17 100/17
118/23 153/2 182/16
182/17 182/18 204/15
206/20 207/16 211/23
wrote [1]  120/10

**Y**

y'all [1]  93/18
yeah [25]  23/10 35/14
45/18 47/9 50/2 57/20
91/25 97/19 110/18
138/2 165/12 165/17
167/3 173/24 176/5
176/5 178/2 184/1
191/4 197/5 207/24
209/8 215/8 215/17
216/24
years [1]  59/4
yep [1]  166/9
yes [47]  20/24 22/2
36/3 46/2 52/20 53/13
53/14 54/14 54/16 56/8
60/15 60/19 71/12
74/19 75/8 78/11 85/17
86/4 90/10 102/19
103/11 110/10 147/2
153/11 158/24 159/18
160/4 162/24 163/22
168/24 179/19 181/13
182/15 182/23 183/19
186/20 186/23 187/9
187/19 189/1 196/19
197/12 197/22 201/18
216/2 218/5 223/15
yesterday [7]  6/5 7/14
21/18 55/21 89/24
89/25 116/1
yet [11]  12/17 18/16
52/3 54/25 55/24 55/24
107/25 118/14 119/6
211/12 220/4
Yom [1]  43/19
you [526]
you know [2]  9/16
174/11
you'd [1]  132/8
you'll [11]  26/11 33/10
34/1 34/5 34/17 35/15
44/7 118/18 126/20
127/3 181/20
you're [56]  10/25 20/21
23/18 24/3 24/5 34/3
68/24 69/19 69/20 70/3
75/7 75/21 77/4 77/5
83/12 91/17 94/13
96/11 97/7 106/11
110/18 115/18 117/14
118/19 120/22 123/9
127/10 127/16 128/9
133/8 135/22 136/17

137/21 137/23 139/10
139/16 139/19 143/5
145/5 156/19 164/8
173/8 183/3 184/22
184/13 196/9 196/10
204/8 210/6 213/25
216/9 216/11 225/3
you've [46]  25/4 34/1
39/18 42/9 56/4 83/24
94/1 108/16 109/14
113/13 115/15 115/19
116/21 118/21 119/10
119/12 120/21 121/22
123/3 123/5 127/8
133/5 135/5 138/5
142/7 143/7 145/20
145/21 154/19 154/20
154/23 156/22 162/25
164/17 168/13 171/6
184/2 184/6 186/15
194/7 196/12 206/17
213/1 214/15 216/13
221/1
your [231]
Your Honor [158]
10/19 20/25 21/15
21/25 22/2 23/1 24/25
25/19 32/20 33/1 36/1
36/8 38/10 38/21 40/11
40/12 43/24 45/20 46/2
46/8 46/25 49/1 51/10
52/20 53/9 54/2 54/10
55/1 56/8 56/22 58/8
59/7 59/11 59/22 60/7
60/15 61/11 63/24
65/10 65/15 65/21
66/16 67/5 68/1 70/3
71/12 72/16 74/19 75/7
75/8 78/20 79/16 82/8
84/22 85/13 85/17
86/18 86/23 88/19 89/1
89/9 89/20 89/23 91/13
91/20 93/4 94/2 94/11
95/4 95/8 95/12 101/3
102/2 103/8 103/11
103/14 104/4 105/6
106/1 107/1 107/14
108/3 110/21 112/12
115/24 125/23 128/12
129/13 129/16 130/14
131/9 137/3 137/25
140/20 145/16 146/7
147/2 150/21 151/15
153/11 157/16 160/16
161/20 162/22 163/16
164/21 166/15 167/14
171/18 174/22 176/1
176/3 178/20 180/7
181/2 181/11 181/14
182/1 183/8 187/4
187/6 187/9 187/15
187/19 190/7 191/2
191/9 191/25 192/1
196/22 196/24 196/25
197/11 197/22 198/22
199/11 200/8 201/18
203/5 205/18 208/7

217/22 218/5 218/13
219/7 219/8 220/6
220/13 220/16 220/22
222/24 224/4 224/15
224/16 224/22
Your Honor's [3]  140/6
180/6 219/9

**Z**

Zaremba [3]  4/2 226/2
226/8
zealously [1]  68/7
Zello [19]  16/22 158/9
159/10 160/7 162/2
168/14 168/19 168/21
170/3 170/14 171/9
171/13 171/20 175/5
175/10 180/25 185/20
191/13 197/9
Zoom [7]  23/8 23/22
23/23 24/3 110/7
215/16 215/17
Zsuzsa [1]  3/6