IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                             )
        Plaintiff,      )
                             )   CR No. 22-15
                             )   Washington, D.C.
        vs.              )   September 27, 2022
                             )   9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                             )   Day 1
        Defendants.     )   Morning Session
_____)

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Troy Edwards
                             Alexandra Hughes
                             Justin Sher
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:       Phillip A. Linder
                                BARRETT BRIGHT LASSITER LINDER
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 252-9900
                                Email:
                                phillip@thelinderfirm.com

                                James Lee Bright
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 720-7777
                                Email: jlbrightlaw@gmail.com

                                Edward L. Tarpley, Jr.
                                819 Johnston Street
                                Alexandria, LA 71301
                                (318) 487-1460
                                Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:             Jonathan W. Crisp
                                CRISP AND ASSOCIATES, LLC
                                4031 North Front Street
                                Harrisburg, PA 17110
                                (717) 412-4676
                                Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

                                Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2           COURTROOM DEPUTY:  All rise.
 3           THE COURT:  Please be seated, everyone.
 4  Thank you, everyone.
 5           COURTROOM DEPUTY:  Good morning, Your Honor.
 6  This is Criminal Case No. 22-15, United States of America
 7  versus Defendant No. 1, Elmer Stewart Rhodes III; Defendant
 8  No. 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
 9  Defendant 4, Jessica Watkins; and Defendant 10, Thomas
10  Edward Caldwell.
11           Kate Rakoczy, Jeffrey Nestler, Alexandra Hughes,
12  Troy Edwards, Louis Manzo, and Justin Sher for the
13  government.
14           Phillip Linder, James Lee Bright, and Edward
15  Tarpley for Defendant Rhodes.
16           Juli Haller and Stanley Woodward for
17  Defendant Meggs.
18           Bradford Geyer for Defendant Harrelson.
19           Jonathan Crisp for Defendant Watkins.
20           David Fischer for Defendant Caldwell.
21           All named defendants are present in the courtroom.
22           THE COURT:  Okay.  Good morning, everyone.
23  Welcome back.  Apologies for the late start, but we are now
24  here and ready to proceed.
25           All right.  I understand there are a couple of
```

```
 1   preliminary matters the defense wishes to raise before we
 2   begin with jury selection.  So I understand Mr. Fischer
 3   wanted to raise something; Mr. Woodward had also wanted to
 4   raise something.
 5            MR. FISCHER:  Good morning, Your Honor.  May it
 6   please the Court.
 7            THE COURT:  Good morning.
 8            MR. FISCHER:  I just had a couple more statements
 9   to continue from last week that -- and if I can refer the
10   government to December 20th of 2020.
11            THE COURT:  Mr. Fischer, could I interrupt you for
12   a moment?
13            Are these statements that we could revisit at a
14   later time so we can kind of move forward on the jury
15   selection?
16            MR. FISCHER:  Your Honor, it was like basically
17   three statements, it was going to take less than five
18   minutes.
19            THE COURT:  All right.  Let's go ahead.
20            MR. FISCHER:  Sure, Your Honor.
21            So this is December 20th, 2020, at 1:38 a.m.,
22   Mr. -- I apologize, actually, government is 12/20 at 9:03
23   a.m.  12/20 at 9:03 a.m.  Caldwell to Diann Tomblin.
24   Caldwell says, "Yeah, but what are we supposed to do?  Tell
25   me who to shoot first and I'm all in."
```

```
1           Your Honor, that statement is not in furtherance
2    of the conspiracy, of the alleged conspiracy.  It's a
3    statement to a woman who's a friend who's not even --
4    there's no way that she's a co-conspirator.  And to me, it
5    was obviously, again, it's in context, it was a joke, and I
6    know that's something that the government disagrees.
7           THE COURT:  Why is it, Mr. Fischer, why is that
8    not just -- I agree with you it's probably not a
9    co-conspirator statement, but I suspect the government is
10   going to offer it for Mr. Caldwell's state of mind.
11          MR. FISCHER:  Well, Your Honor, first of all, it's
12   not -- the context has nothing to do with January 6th.  It
13   has nothing to do with the Oath Keepers.  This woman has
14   nothing to do with Oath Keepers.  She's a friend who lives,
15   I believe out in rural Virginia, she wasn't a January 6th,
16   I don't believe she say --
17          THE COURT:  Right.
18          So, Mr. Fischer, can I -- can we actually table
19   this because I know we want to get through these, but it may
20   require a little bit more discussion given some of the
21   substantive issues you're raising.
22          MR. FISCHER:  I would do that, Your Honor.  One
23   brief issue, Your Honor.  My client's wife, is she permitted
24   to sit in on jury selection?
25          THE COURT:  Sure.  I mean, that first row is
```

```
 1   reserved for family.
 2           MR. FISCHER:  She's a witness.  She'll be a
 3   witness, though.
 4           THE COURT:  Oh, oh.  That's right.  I had
 5   forgotten.
 6           I think not, unless the government has -- unless
 7   the government doesn't object.
 8           I mean, here's my concern which is that, you know,
 9   jurors are going to come in here and sort of scan the
10   courtroom and if they -- I mean, maybe it's not a big deal
11   if it's his wife.  I mean, I assume she -- thoughts?
12           MS. RAKOCZY:  Our only concern, Your Honor, is the
13   impact on the jury as we do jury selection.  It's less that
14   she would potentially be influenced as the witness because
15   we won't be presumably discussing much about the case,
16   so it's really just more does that have any kind of a
17   chilling or intimidating effect.  Obviously not saying
18   Ms. Caldwell herself is intimidating, but having family in
19   the courtroom, does that have an impact.
20           THE COURT:  Yeah.  My concern was more about her,
21   the impact it could have on her as a witness.  And I'm not,
22   frankly, concerned about the other issue which is any
23   chilling effect on a juror.  She is Mr. Caldwell's wife.
24   I think it's appropriate if he'd like have her here, that's
25   fine by me.
```

1          MR. FISCHER:  Thank you, Your Honor.

2          THE COURT:  All right.  Mr. Linder.

3          MR. LINDER:  Your Honor.  Thank you.

4          As we've been going through the emails and

5 discovery back and forth over the last few days, it's become

6 apparent, and I'll let the counsel for the government clear

7 this up, they've been giving us stuff and suggested that we

8 have our witnesses available for the first week of November.

9          I remember when we originally set this trial, we

10 scheduled, the government kind of said probably three weeks,

11 we said maybe two weeks, we're at five weeks, the

12 preliminary matter on the jury questionnaire that the jurors

13 filled out said a month or more.  I think out of an

14 abundance of caution as we call them in today, we probably

15 ought to qualify them for six or seven weeks.  There's a

16 chance, if they spend four weeks putting on a case, we might

17 spend three, we might be here seven weeks.  So I would think

18 that's worth clearing up as they come in.

19          THE COURT:  I mean, has the government's view of

20 how long its case will last changed?

21          MS. RAKOCZY:  Not since we were here last week,

22 Your Honor, when we were estimating somewhere between three

23 and four weeks.  We're hoping just closer into that fourth

24 week.  It's the same as last week, Your Honor.

25          THE COURT:  As you said, Mr. Linder, we did say a

1  month or more.

2          MR. LINDER:  Right.  I just --

3          THE COURT:  And six, seven weeks is included and

4  more.

5          MR. LINDER:  As you bring them in, I might say six

6  or seven potentially just -- I don't want to lose somebody

7  five weeks in.

8          THE COURT:  I think we're okay with where we are.

9  And to the extent anybody was concerned about their

10 availability in November, they did note it on their juror

11 questionnaire, at least some did.

12         MR. LINDER:  Okay.  Thank you.

13         THE COURT:  Okay.  Mr. Woodward, you had wanted to

14 raise a discovery issue.

15         MR. WOODWARD:  Your Honor, this also can wait

16 assuming we have more time at some point throughout the day,

17 but we wanted to flag for the Court that this morning the

18 government produced over 300 additional FBI files to us.  It

19 is not *Jencks*, it is Rule 16 *Brady*.  They also produced

20 *Jencks,* but the material that I'm referring to is new

21 material.

22         In a cursory review, largely it does appear to

23 have been created somewhat recently, but that is not true

24 for all of the files that were produced; in fact, one 302

25 was created in April of this year and produced to us just

1    for the first time this morning.

2           In addition, it is highly exculpatory, for

3    example, one 302 provides -- I'm not going to name the

4    witness, I don't know whether they're subject to any order

5    or not, but the witness advised the government that he did

6    not recall Kelly Meggs ever mentioning in the Signal chats

7    or the GoToMeeting calls anything about a plan for the Oath

8    Keepers to go to the Capitol on January 6th.

9           That's the kind of stuff obviously we need to know

10   about and we need to review all 300 files while we're

11   picking a jury today.

12          That particular 302 was -- that information was

13   obtained by the government on August 9th.  The 302 was

14   created later on August 11th, but there's just -- there's a

15   lot of material that's coming out today and we're concerned

16   about material continuing to come forward as the trial

17   progresses.

18          The very first 302 is from a prep session that

19   occurred on August 26th, a month ago.  Now, the 302 wasn't

20   generated until September 6th, but that's still three weeks

21   ago, and we're getting the material on the morning of trial.

22          Now, I know the Court is not going to dismiss the

23   case.  I know the Court is not inclined to continue the

24   trial, I appreciate that, for, quote, just 300 records.

25   I don't want to ask the Court for a week's extension, I'm

1  already pressed up, as you know, for a family reason about

2  wanting to wrap this trial up as soon as possible.

3          The only relief that I could conceive of is the

4  Court orders the government not to call any of these

5  witnesses or any witnesses for whom it discloses information

6  until last, which would obviously give us the time we need

7  to review these files while we're progressing through trial.

8          THE COURT:  So I'll reiterate what I've said

9  throughout, and I'll warn the government again, which is,

10  you know, eleventh-hour disclosures risk precluding the

11  presentation of evidence.  And if there is something in

12  these 300 pages or 300 records that you think, when we get

13  to the point of having witnesses being called, that you have

14  not been able to use it in a way that is meaningful, you

15  will let me know.

16          MR. WOODWARD:  Yes, sir.

17          THE COURT:  But right now in the abstract, it's

18  really very much we're --

19          MR. WOODWARD:  I understand.

20          THE COURT:  We're obviously a week out from

21  calling a single witness in this case.  So you've got some

22  time to review it, especially for purposes of

23  cross-examination, and to the extent that you think any of

24  these witnesses might be somebody you call in your

25  case-in-chief, you have clearly got time for that as well.

1              So, you know, if there is a late disclosure, if

2    there is actual prejudice, I will certainly consider

3    precluding of evidence as a sanction and as relief.

4              MR. WOODWARD:  Thank you, Your Honor.

5              THE COURT:  Okay.

6              MS. RAKOCZY:  Just briefly, Your Honor, I do want

7    to make clear that what we disclosed are 302s from witness

8    prep interviews that have been going on over the last month

9    and a half.

10             I do understand that some of those happened in

11   August and it took a few weeks to get some of these

12   serialized, but we have 40ish witnesses on our witness list

13   and we are meeting with all those people and rather than --

14   in order to be as upfront as possible, we are asking the

15   agents to document those interviews to let the defense know

16   that they happened and to also flag any new information.

17   You know, I'm not sure exactly which witness Mr. Woodward

18   was talking about, but I don't recall any of that type of

19   information being new from that witness or others.  They've

20   had the Signal chats referenced for over a year.

21             THE COURT:  Right.

22             MS. RAKOCZY:  And so we would just respond in that

23   fashion.

24             But we understand the Court's admonishment.

25             THE COURT:  Okay.  Look, I understand that trial

1    prep is evolving, but, you know, just be mindful that if

2    something comes in at the eleventh hour, there's no

3    guarantee that either the witness to whom the document is

4    related to or the particular information will be admitted if

5    it does prejudice the defense.

6              MS. RAKOCZY:  Yes, Your Honor, we understand.

7              THE COURT:  All right.

8              Anything else from either side before we move

9    forward?

10             Okay.  Let me just begin, there was a motion or a

11   supplement filed, I guess, a follow-on motion filed by the

12   defense to transfer venue.  This was filed on the 23rd of

13   September, document 339.

14             Among other things, the motion contends that, "the

15   majority of witness -- excuse me -- jurors hold pre-judgment

16   bias" based on questionnaires.  It estimates that 51 percent

17   have some pre-judgment bias.

18             The motion also asserts, "If you removed everyone

19   who answered under oath that they were biased, plus everyone

20   who reported knowing of the Oath Keepers, that would leave

21   about 41 arguably eligible jurors out of the 150 based on

22   sworn responses."

23             They've also suggested that people who answered

24   affirmatively to Questions 11, 17, and 22 necessarily are

25   biased against the defendants.  And they've also identified

Questions 45, 47, 49, and 48 as questions that might reveal

bias.

First and foremost, the questions that the

defendants say necessarily show bias, pre-judgment bias,

just aren't so.  In particular, Question 22, whether asks

somebody was concerned about someone on January 6th or about

safety is not an indicator of pre-judgment bias, certainly

not without further questioning of the witness that answered

that question affirmatively.

Nor is Question 11 necessarily an indication of

pre-judgment bias.  There were some people who simply

responded with information that they thought might be

relevant but didn't necessarily show pre-judgment bias.

Nor is Question 17, which is a question about

firearms and beliefs about firearms, necessarily showing

pre-judgment bias.  If any witness who has answered that

question, they will become -- they will be brought in and

they'll be asked what their potential views it.  And,

frankly, they also will be told that there's no allegation

in this case that anybody unlawfully possessed a firearm,

which is true.  So we'll just see how all that plays out.

It is true that Questions 45, 47, and 49 are more

directly tailored or were more directly tailored to identify

bias.  Question 48 certainly was not, and that is simply a

question that asks whether anybody had heard about the

1    Oath Keepers.  And merely hearing about the Oath Keepers

2    certainly does not suggest any pre-judgment bias by itself.

3            Since the motion was filed, we did some work.  And

4    here are the actual numbers that are resulted from our jury

5    questionnaire.  As everybody knows, we had 150 jurors come

6    in and complete their questions.

7            Here are the numbers.  Of the 150 jurors who came

8    in, only 11 -- excuse me.  As to Question 11, 31 answered

9    yes.  That's 21 percent.  Of the 150 who answered 22 yes,

10   only 55; that is 37 percent.

11           Question 44, 82 answered yes; that's 55 percent.

12   And that was the question about whether anybody has watched

13   the January 6th hearings.  So 45 percent of people who were

14   in this jury pool said that they had not watched the

15   January 6th hearings.

16           45 of 150 answered Question 45.  That was the

17   question about bias with respect to January 6th.  That was

18   30 percent.  Question 46, that is the question concerning --

19           MS. HALLER:  The Oath Keepers.

20           THE COURT:  -- acknowledgment of the Oath Keepers;

21   89 people answered yes.  That's 59 percent.  So 40 percent

22   had not even heard of the Oath Keepers.

23           Question 47, 36 people answered yes; that's 24

24   percent.  So less than 25 percent of people said that they

25   had any pre-judgment bias against Oath Keepers based on what

1    they knew.

2          Question 48, only 18 people answered yes.  That

3    was the question that asked whether they had heard of any of

4    these defendants.  That's 12 percent.

5          Only seven people answered Question 49

6    affirmatively.  That is the question that asked whether they

7    had any pre-judgment bias against these defendants based

8    upon what they knew.  Only seven people answered that

9    question.  That is 5 percent of the jury pool, of the 150.

10          Those numbers go down once we remove those who

11   have already been stricken.  So with our remaining jury

12   pool, which is 131 people, after we struck 29, only 12

13   percent have answered Question 11 affirmatively.

14          32 percent have answered Question 22

15   affirmatively.

16          Question 44, 51 percent have answered that

17   affirmatively.

18          Question 45, 21 percent have answered it

19   affirmatively.

20          Question 46, 56 percent have answered it

21   affirmatively.

22          Question 47, 17 percent have answered it

23   affirmatively.

24          48, 13 percent have answered it affirmatively.

25          And Question 49, 5 percent have answered it

1    affirmatively.

2            I'll just note the following:  That of the 150

3    people in the initial pool, 49 jurors -- that is a third --

4    answered yes to either Question 45, 47, or 49.

5            So this notion that somehow 70 percent of the

6    people in the District of Columbia have prejudgment bias

7    against these defendants is simply not borne out by the

8    numbers as they're reflected in this jury questionnaire.

9            Of the current 121 people in the pool, only 30

10   jurors answered yes to either Question 45, 47, or 49; in

11   other words, of the 29 jurors we struck last week, 19 of

12   them answered yes to one of those three questions.

13           And to be more precise, of the 29 jurors that were

14   struck last week, either -- of the 29 jurors we struck last

15   week, 10 were either wholly or in part due to bias.  The

16   remaining 19 jurors were struck for a variety of reasons.

17   Ten of them were struck because of unavailability.

18           And even among those who we've struck for bias,

19   two were because of employment-related situation -- you

20   know, matters.  One was a U.S. Capitol Hill police officer.

21   This was Juror 0322.  And another juror, 0455, was employed

22   on the Hill at the time, I believe, on January the 6th.

23           But even among those we struck last week, it was

24   only a third that were struck for bias-related reasons.  The

25   remainder, or at least the other third, were struck for

1    unavailability.  And the other third were struck for a

2    variety of different reasons.

3            So I just do not believe that the actual numbers

4    as they are reflected in the juror questionnaire bear out

5    the statements that are made in the motion suggesting that

6    large percentages of people have pre-judgment bias, both in

7    the District of Columbia and in this particular jury pool.

8            The motion also notes that there have been no

9    acquittals by juries in the District of Columbia in any

10   January 6th case.  That is true as a matter of fact, but

11   that doesn't tell me anything about bias or inherent -- bias

12   by jurors in the District of Columbia.

13           It very well may be that that is simply a function

14   of the strength of the government's cases.  And as you all

15   know, there's a very high conviction rate in federal

16   criminal trials as a general matter, and most federal

17   criminal trials do not have the amount of video and social

18   media that has been introduced in the January 6th cases.

19           The motion further complains about targeting of

20   this case in the news.  I couldn't disagree with that

21   characterization any more.  There are three -- only really

22   two sets of stories that have been identified by the

23   defense.  The first is a set of stories that came out in the

24   second week of July that related to or was in association

25   with the Court's rulings on motions in limine.  There was

1    essentially a 24-hour news cycle about some of the Court's

2    rulings about some of the 404(b) evidence that the

3    defendants had challenged.  And I actually excluded some of

4    the evidence that has raised concerns about -- by the

5    defense, in particular, evidence relating to Mr. Caldwell

6    and evidence relating to Ms. Watkins, which were identified

7    in this motion.

8           There also was recent press concerning the Court's

9    rulings on the Zello recording.  But, of course, that came

10   after the questionnaires were completed and these jurors had

11   received an instruction not to read or watch news.

12          And as part of the questioning that will happen

13   over the next few days, I will be asking jurors whether they

14   have recently, since their questionnaire was completed,

15   watched or received news or heard news, and before any juror

16   is sworn in, I will again ask them whether they have watched

17   any media or listened -- heard any media about this case.

18          And then there was the tweet about the House

19   Select Committee and certain news around that.  They had

20   tweeted about the Zello recording.  It was essentially all

21   part of the same news coverage.

22          So we're not talking about anything that comes

23   close to the kind of level of saturation of media coverage

24   that the Supreme Court has ever been concerned about.  These

25   were, at most, three news stories that lasted at most a

1    24-hour news cycle.  And that given all else that is

2    happening in the world, I would hardly characterize any of

3    these stories as something that has taken prominence either

4    nationally or locally.  Certainly none of them would have

5    appeared above the fold in any local newspaper.

6         The purpose of voir dire is, of course, to

7    determine how the media has impacted jurors.  Much of our

8    questionnaire or number of questions were elicited or

9    designed to elicit how much jurors have been exposed to the

10   media, and that will be a subject of questioning when they

11   all come in here to discuss their questionnaires.

12        And, of course, there remains the fundamental

13   problem with the defendants' motion, which is that the

14   request is to move the case to the Northern District of

15   Virginia in the Alexandria division.  That is the exact same

16   media market as the District of Columbia:  same newspapers,

17   same television stations, same radio stations.  And, of

18   course, online news is available everywhere and does not

19   discriminate with respect to geography.

20        There's also the concern about the January 6th

21   Committee hearing, which is scheduled tomorrow, as

22   I understand it, at 1:00.  It is a one-day hearing that, at

23   this point, it's not clear to me what the content of that

24   hearing will be.  But rest assured, these jurors will be

25   instructed in no uncertain terms not to watch that hearing,

1  if it takes place tomorrow, or read any news about that

2  hearing.

3          And, again, before any juror is finally seated in

4  this case, they will be asked whether they, in fact, watched

5  that hearing and/or watched any news about the hearing.  And

6  they will all, of course, be under oath and, therefore, will

7  have to testify truthfully as to that question.

8          Defendants have also attached a new survey which

9  they suggest shows pre-judgment bias by jurors.  But

10  *Haldeman*, the D.C. Circuit's decision is clear, that the

11  Court does not abuse its discretion by actually relying on

12  voir dire over these types of surveys.  And as I said, the

13  actual questionnaire doesn't bear out what the survey itself

14  seems to suggest.

15          And as for the survey itself, you know, I don't

16  know what it means to ask whether somebody has a favorable

17  or unfavorable view about a particular group, in this case,

18  the Oath Keepers.  In my opinion, it doesn't necessarily

19  correlate to the bigger question and the more important

20  question, which is whether a juror can be fair or not to the

21  defendants in this case.

22          Again, as the Circuit and the -- Circuit and

23  perhaps even the Supreme Court has said, the baseline here

24  is not a juror who has not -- knows nothing about the case

25  and perhaps has no opinion about the case; but, rather, it

```
 1    is whether a juror can attest to being fair and impartial,
 2    notwithstanding what else they may have learned about the
 3    case before they became a juror, and that's the main reason
 4    for the voir dire.
 5              And then, finally, the defense refers back to the
 6    old survey numbers, which I've already addressed in my prior
 7    decision and found those to be unresponsive -- excuse me,
 8    unpersuasive.  And I also continue to believe those surveys
 9    to be unpersuasive and certainly do not require me to change
10    venue in this case in light of the decision in Haldeman.
11    Okay?
12              MS. HALLER:  Your Honor, may I understand?
13              THE COURT:  No, no.  We're done.
14              So -- and the record has been made, Ms. Haller.
15    You've made your arguments in writing.  I don't know that I
16    need to hear anything more.
17              All right.  Before we get started with jury
18    selection, just a couple of issues concerning specific
19    jurors.
20              I think Mr. Douyon notified all of you yesterday
21    about Juror 0708, who was on line 59.  That juror wrote us
22    and asked to be excused for certain personal health reasons.
23              And our response to that juror is we wanted to
24    talk to the parties before we formally agreed to relieve
25    that person of duty.
```

1          Is there any objection to excusing Juror 0708 for

2    cause based upon health concerns?

3          MS. HALLER:  I'm sorry, Your Honor.  What number

4    are they on the sheet?

5          THE COURT:  They are line 59.

6          Okay.  I apologize.  I'm sorry.  I thought you all

7    had been told.

8          We received an email from a juror over the

9    weekend.  It's Juror 0708.  That juror -- does everybody

10   have their phones?  Could you all just get on the phone.

11         If we could go off the public record on this.

12         (Sealed bench conference)

13         ███████████   ███████████████████████████

14   ██████████████████████████████████████████████████

15   █████████████████████████████████████████████████

16   ███████████████████████████████████████████████████

17   █████████████████████████████████████████████

18   ████████████

19         ████████████████████████████████████████

20   ████████████████████████████████████████

21         ██████████████████████████████████████████

22   ████████████████████

23         ███████████████   ██████████████

24         ███████████████   ██████████████

25         ███████████   ██████████████████████

1 ███████████████████████████████████████

2 ████████████████████████

3          (Open court)

4          THE COURT:  Juror 0708 will be stricken for cause

5  for the reasons stated on the record.

6          Additionally, we have received a request from

7  Juror 050 -- excuse me, 0529.  This is a juror on line 116.

8  That juror has asked to be excused due to childcare issues.

9  I think she's a little further down the list, but it seems

10 to me we can kind of just put that person -- I would suggest

11 we just hold off on what we'd do with that individual.

12          MR. LINDER:  Did you say Juror 115?

13          THE COURT:  No.  Juror 0529 on line 116 of your

14 juror sheet.  So, you know, as we get closer in time, we can

15 kind of see where we are and take it from there.

16          And then finally, I've been just advised by

17 Mr. Douyon that the juror who is on line 3, 1240, has not

18 yet -- well, we haven't been able to identify and locate

19 that person.  It may be that they're just either in line or

20 in a different courtroom, so we'll continue to try and

21 identify that person this morning, okay?

22          All right.  So with that, let's bring the jurors

23 in.  They're all going to be seated on the left side of the

24 courtroom, at least on my left, on the right side of the

25 courtroom.  They will not be in juror order.  We have not

1    organized them in juror order so if you're kind of looking

2    out to identify who's who based on the strike sheets on the

3    juror list, they're not in order, just for efficiency

4    purposes.  Obviously they'll be brought in order but they're

5    not going too in order as they're seated, okay?

6          Let me just add one more thing on the record.

7    I know there's been some suggestion in the -- some

8    suggestion in the world out there that the reason that this

9    trial is not being connected to the public line is some

10   decision that I've made.  That's not accurate.  The Federal

11   Rules of Civil Procedure, which are binding upon me and

12   binding on criminal trials for this purpose, do not permit a

13   court to broadcast trial proceedings.  That is why there is

14   no public line -- that's why there's no public line for this

15   trial.  It's not a decision I personally made that is

16   specific to this case.

17          (Pause)

18          MR. BRIGHT:  Your Honor, I have a quick question,

19   if I may.

20          Has there been for this trial, these hearings, as

21   there has been for prior hearings for the Court, a Zoom or

22   something like that, since we have staff about 1,200 miles

23   away, we're getting research things, certain things and

24   looking at certain things.  Has there been availability of

25   that made that the lawyers may use for their staff that are

1  trying to keep up with this?  Is that a possibility?

2  I understand completely the line not being made available

3  for the public, but is the alternative a possibility?

4          THE COURT:  Perhaps.  I'd have to talk to JC about

5  it.  I just don't know the answer.  If we keep a closed

6  circuit, then perhaps, but I'd have to talk to him about the

7  technological feasibility of it and ensuring that it, in

8  fact, stays as a closed circuit and et cetera.

9          MR. BRIGHT:  Yes.

10          THE COURT:  By the way, everyone, just one small

11  procedural matter.  It is my intention to allow or to

12  have -- to provide the juror with their questionnaire while

13  they're being questioned.  I just thought people might have

14  a greater degree of comfort having their answers in front of

15  them when they're answering questions.

16          MR. LINDER:  Something we addressed before,

17  Your Honor, Mr. Fischer brought it up, what's the Court's --

18  since the jurors swore out their questionnaire and we're

19  going to drill down into their questionnaire, what's the

20  Court's position or the government's position if the juror

21  changes their question -- changes their answer from a sworn

22  to answer they already gave and they give something

23  different today?

24          THE COURT:  Well, I think it depends on how that

25  comes about.

```
1              MR. LINDER:  Got it.

2              THE COURT:  I mean --

3              MR. LINDER:  Yeah, okay.

4              THE COURT:  I mean, I can tell you, Mr. Linder, as

5   to each of those, anybody who answers, 45, 47, or 49,

6   I'm going to ask them or I will say something to them words

7   to the effect of, you know, look, we all have views about

8   the events of January the 6th and maybe even these -- this

9   group, put your job as a juror will be to, if you're

10  selected, to focus on the facts and the evidence that's

11  presented in this case and apply the law as I give it to

12  you.  Is that something you think you would be able to do?

13  And if it they say no, it will be a short-lived question.

14              (Pause)

15              THE COURT:  Sorry for the delay.  JC thought

16  everybody was lined up but they're not so he's herding cats

17  out there.

18              COURTROOM DEPUTY:  Jury panel.

19              (Prospective jurors entered the courtroom.)

20              THE COURT:  Please have a seat, everyone.

21              Okay.  Ladies and gentlemen, good morning.

22              My name is Judge Amit Mehta, and welcome to the

23  U.S. District Court for the District of Columbia.  You are

24  here today as a potential juror in the case of United States

25  versus Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,
```

1   Jessica Watkins, and Thomas Caldwell.

2            Now, before we get started, I want to extend to

3   you my gratitude for making yourself available for jury

4   service.  As you know in our system of justice, juries and

5   jurors play a critical role.  Indeed, it is a fundamental

6   feature of our democracy to have ordinary citizens serve as

7   decision-makers in our courts of law.  You are, therefore,

8   performing an important duty today, so I want to thank you

9   in advance for your service.

10           Now, for those of you who have gone through jury

11  selection before, today will be both a little different and

12  a little familiar.  It will be different in the sense that

13  usually when jurors are being considered for service, we

14  start the process by asking jurors a series of questions to

15  assist us in determining whether a juror can be fair and

16  impartial.

17           In this case, however, we will not start out with

18  that process of questions because you came in two weeks ago

19  and completed a juror questionnaire that the parties

20  proposed and that I approved.  That part of the process is

21  now complete.

22           What will feel familiar and why you are here today

23  is to ask each of you additional questions based upon your

24  responses to the juror questionnaire.  The way that will

25  work is as follows.  There are approximately 30 of you here

1    this morning.  After I've completed these initial remarks

2    and instructions, the Courtroom Deputy will escort all of

3    you to a different courtroom where you will be re-seated in

4    the order of your juror number.  We will then call each of

5    you back into this courtroom one at a time for additional

6    questions based upon your responses to the juror

7    questionnaire, questions from me, and questions from the

8    parties.

9          Now, some of the questions we may be asking you

10   may touch on matters that are personal to you.  Rest

11   assured, it is not my intention or desire, nor is it the

12   intention or desire of the lawyers in this case, to invade

13   your privacy or to embarrass you.  Our only wish is to

14   select the fairest, most impartial jury possible so that the

15   parties can be assured that jurors selected will not be

16   biased or pre-judge the case and will return a verdict based

17   only on the law and the evidence.

18         What will also feel familiar about this jury

19   selection process is that you will spend some time waiting

20   throughout the day.  I promise I will try to keep your

21   waiting to a minimum, but some amount of wait time is

22   unavoidable, particularly for some of you.

23         While you are waiting during jury selection,

24   please feel free, if you wish, to talk quietly amongst

25   yourselves, to read a book, magazine or whatever you may

1    have brought with you.  The courtroom in which you will be

2    in or even in the jury lounge, I'm not sure, is WiFi

3    enabled, so you should feel free to use your phones or other

4    mobile devices to read online or surf the Internet.  I would

5    ask, however, that you place all of your devices in silent

6    mode when you are in the courtroom.

7            Now, this is very important.  While you may use

8    your mobile devices, you should not at any point during the

9    jury selection process, and this will be true afterwards,

10   too, if you are selected, communicate with anyone about this

11   case or do any online research about the case or the

12   parties.  That means do not email, text, tweet, or Snapchat

13   a friend or family member or all of your followers about

14   this case, no posting on Facebook or Instagram that you are

15   a potential juror in this case.  Do not get online and start

16   doing research about the case or the parties.

17           We also asked you as part of the questionnaire to

18   avoid media coverage about this case, and that includes

19   social media.  That instruction continues to apply and is

20   even more important now that the jury selection process has

21   started.

22           So what that means is you should avoid any

23   newspaper, television, or radio news, podcasts, and

24   importantly, any social media about this case or the events

25   of January the 6th.

1    That means avoiding not only news stories in

2   *The Washington Post*, for example, or on TV news or also

3   journalists or who are tweeting about this case or posting

4   about it on other media social sites.

5    In fact, it would not surprise me if there is live

6   tweeting about this jury selection process going on.

7   So if you follow journalists or others who cover or comment

8   on the events of January the 6th, I'm going to instruct you

9   to avoid reading their tweets or any other social media

10  postings until you are fully dismissed from jury service in

11  this case.

12    In addition, I understand that there may be a

13  hearing in Congress tomorrow about the events of January the

14  6th.  Until you are dismissed from jury service, you are

15  instructed not to watch that hearing or read or listen to

16  any press coverage in any form about that hearing, including

17  on social media.

18    The reason for these restrictions, ladies and

19  gentlemen, is simple.  If you are selected as a juror, you

20  will be sworn to decide this case based solely on the

21  evidence that is presented at trial and the law as to which

22  you will be received instructions.  You will be strictly

23  forbidden to consider anything you might have read or heard

24  about the case from news sources or from social media or

25  from other people.

1    If at any point during the jury selection process,

2    you happen to come across news or commentary regarding the

3    case, please immediately avert your eyes or ears and please

4    alert the Courtroom Deputy so he can advise me.  A juror who

5    violates these restrictions jeopardizes the jury selection

6    process and possibly the trial itself, which could require

7    the entire trial process to start over.

8    Also, during this jury selection process, if

9    anyone attempts to communicate with you about this case,

10   please notify the Courtroom Deputy or a court security

11   officer immediately.

12   Lawyers here are under strict instructions not to

13   speak with any juror during the jury selection process.

14   So if you happen to see them in the courthouse and they walk

15   in the other direction, they are not being rude, they are

16   simply following my instructions.

17   I also have issued an order to members of the

18   media and public not to approach any of you about this case

19   during jury selection.  Still, despite these instructions,

20   if you are approached about this case by anyone, please

21   notify the Courtroom Deputy or a court security officer.

22   One other feature of jury selection today will be

23   different.  In most criminal cases, we complete the jury

24   selection process in one day.  That usually means that

25   unless you are immediately excused, we ask you to remain in

1  the courthouse until near the end of the day when we select
2  a final jury.
3          In this case, however, we are not likely to
4  complete jury selection in one day.  So after we have
5  finished asking you additional questions, you will be done
6  for the day today.  You will be given instructions about
7  further jury service in this case after your individual
8  questioning is completed.  Do not leave the courthouse until
9  you have received additional instructions by a member of the
10  Court staff.
11          So, again, let me just repeat that.  All of you
12  will only be here for the day.  You will be excused after
13  you've been -- after your questioning has been completed.
14  You'll receive further instructions about what to do with
15  respect to this case after your questioning is completed by
16  courtroom staff.  Please do not leave the courtroom -- or
17  the courthouse, I should say, the courthouse, until you have
18  received further instruction from courtroom staff.
19          If you are excused from further service today,
20  we will tell you soon after your questioning is concluded.
21  If you are excused, you will be relieved from the
22  restrictions I discussed earlier.
23          If you are not excused from service, however, and
24  we ask you to return, it is critically important that you
25  follow my earlier instructions; that is, do not communicate

1   with anyone about the case, do not read or listen to

2   anything about the case, and do not do any independent

3   research about the case, and do not watch or read about the

4   congressional hearing that might take place tomorrow.

5   Following these instructions is critical to ensuring a

6   process will result in a fair and impartial jury in this

7   case.

8         Finally, as you can see, everyone in the courtroom

9   is wearing a mask except for me while I am speaking.

10  Masking is required in the public spaces in this courthouse,

11  and I will require masking during the trial.  The only

12  exception to that rule will be for lawyers who are speaking

13  and witnesses who are testifying.

14        Now, you may be asking yourselves:  Why do we need

15  to mask?

16        Well, there are two reasons.  The first is that

17  none of you are here voluntarily.  You are required to be

18  here.  So unlike going to a grocery store or a restaurant or

19  a concert, you do not have the choice to avoid this location

20  or a person who might not choose to wear a mask.

21        The second reason for masking is to avoid a COVID

22  outbreak that might disrupt this trial.  As you know, this

23  trial is scheduled to last for a month or more.  If one or

24  more people inside the courtroom, including jurors, test

25  positive for COVID, that could delay the trial proceedings.

```
 1    That is something I would rather avoid.  Masking, hopefully,
 2    will prevent any COVID-related trial delays.
 3            Okay.  So those are my preliminary remarks and
 4    instructions, ladies and gentlemen.
 5            Before you are excused from the courtroom,
 6    I'm going to ask each of you to stand so that I can have you
 7    placed under oath by our Courtroom Deputy.  So if you would
 8    each stand and raise your right hand, please.
 9            COURTROOM DEPUTY:  Raise your right hands.
10            (Prospective jurors are placed under oath.)
11            COURTROOM DEPUTY:  Thank you.
12            THE COURT:  Okay.  So, ladies and gentlemen, as I
13    said earlier, what will happen now is that all of you will
14    be escorted to another room.  You will then be brought in
15    individually, where you will come up here to this witness
16    stand and be asked additional questions based upon your
17    responses to your jury questionnaire.
18            Those of you who are earlier in the queue, you
19    will obviously be brought up earlier and you will get to
20    leave earlier.  Those of you who are later in the queue will
21    have to wait a little bit longer during the course of the
22    day until you are brought into the courtroom to be
23    questioned.
24            So with that, Mr. Douyon is going to escort you to
25    the other room where you will be until you are brought in
```

1    individually for your questions.  Thank you very much for

2    your service today.  I will again remind you:  Please,

3    please abide by the instructions in terms of not

4    communicating with anyone, avoiding media, and any

5    independent research about this case.  Now that the jury

6    selection process has started, it is critically important

7    that you follow those instructions.

8              Thank you very much, and we'll see each of you

9    very soon.

10             (Prospective jurors exited the courtroom at

11   10:35 a.m.)

12             THE COURT:  Have a seat, everyone.  It will just

13   take a couple minutes until we identify our first juror and

14   have that individual brought into the courtroom.

15             At this point, if those of you who are in the

16   gallery wish to slide over to other side, feel free to do so

17   to make some additional space for yourselves.

18             MR. NESTLER:  One quick suggestion, Your Honor.

19   I know in the preliminary instructions, Your Honor advises

20   the jurors who are actually seated to avoid push

21   notifications on their phone.  I didn't hear you say that

22   this morning.  It might make sense to have the Court staff

23   to remind them if they're using their phones in the other

24   room, to turn off their push notifications.

25             THE COURT:  Okay.

1          Our first juror will be here in a moment.

2          Okay.  Let's get started.

3          Are you Juror 1138?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Now, a copy of your original juror

6     questionnaire should be in front of you.  If you want to

7     refer to that, feel free.

8          PROSPECTIVE JUROR:  Absolutely.

9          THE COURT:  And if you would like to take your

10    mask off, feel free to do that while you're answering

11    questions.

12         PROSPECTIVE JUROR:  Thank you.

13         THE COURT:  All right.  So we're just going to go

14    through and ask you some follow-up questions.  You answered

15    Question 13 yes.  This was a question that asked whether you

16    have any close friends or family members who've been

17    employed at the U.S. Capitol in any capacity.

18         Can you tell us about that?

19         PROSPECTIVE JUROR:  Yeah, absolutely.

20         A friend and roommate of multiple years was a

21    staffer on the Hill, legislative director, and was during

22    January 6th as well.

23         THE COURT:  Okay.

24         And was that person who's your friend on the Hill

25    on January the 6th?

```
1                PROSPECTIVE JUROR:  They were not.  They were

2      working remotely at the time.

3                THE COURT:  Okay.

4                And have you spoken to that person about the

5      events of January the 6th since?

6                PROSPECTIVE JUROR:  Yes; on the day of and since.

7                THE COURT:  Is there anything that that person has

8      told you that would cause you to think you couldn't be fair

9      and impartial in this case?

10               PROSPECTIVE JUROR:  No, not to my knowledge.

11               THE COURT:  All right.

12               You also answered Question 14, which -- and if you

13     want to bring that microphone a little closer to you, that's

14     fine.

15               Whether you or a close friend or family member has

16     been employed by the Federal Government, can you tell us

17     about that, sir.

18               PROSPECTIVE JUROR:  Yeah.  My mom's cousin worked

19     in the White House in the '90s for President Bill Clinton,

20     Vice President -- or First Lady Hillary Clinton at the time.

21               I also have various friends and roommates who

22     worked in various federal bureaucracies.

23               THE COURT:  At present?

24               PROSPECTIVE JUROR:  At present, yes.

25               THE COURT:  Do any of them work in the Department
```

1    of Justice, to your knowledge?

2            PROSPECTIVE JUROR:  No, I do not believe so.

3            THE COURT:  And do any of them work for any law

4    enforcement arm of any of the agencies, to your knowledge.

5            PROSPECTIVE JUROR:  Not currently, no.

6            THE COURT:  You also answered Question 18, which

7    asked about attendance by you or a family member within the

8    last five years at a rally or protest demonstration or march

9    of any type.  Can you tell us a little bit about that.

10            PROSPECTIVE JUROR:  Yeah.  There weren't many

11    protests during the Trump administration I didn't attend in

12    Washington, D.C., probably starting on Inauguration Day.

13    I'm not sure if that still was five years ago.  But also at

14    the women's protest and a number of the large protests after

15    that that occurred.

16            THE COURT:  Okay.

17            So, you know, this is a case that is not a

18    directly case about politics, but it has political

19    overtones.  And you've attended various rallies and protests

20    to express your views.

21            Do you think you could -- notwithstanding having

22    done that, do you still think you could be fair and

23    impartial to the defendants in this case even if you were to

24    believe that they may hold different political views than

25    you?

1          PROSPECTIVE JUROR:  Yeah, I do believe that I can

2    look at the facts of the case object -- objectively

3    withholding my personal political views.

4          THE COURT:  So you answered some questions

5    affirmatively regarding the Capitol that we asked.  You said

6    you had been inside the Capitol grounds.  Was a close --

7    sorry.

8          You were also asked whether you or a close friend

9    or family member before living on the Capitol on

10   January 6th.

11         So let's start with those two questions, in

12   particular, close friend or family member living on Capitol

13   Hill on January 6th.

14         PROSPECTIVE JUROR:  Yes.  I guess when I was

15   answering the question there, I wasn't sure if that referred

16   to specifically the Hill or the neighborhood Capitol Hill.

17   I answered it referring to the neighborhood Capitol Hill.

18   I have several friends who live within a mile or so of the

19   Capitol Building.

20         THE COURT:  Okay.  And on the day of January the

21   6th, do you know whether any of those friends were involved

22   in the events of January the 6th?

23         PROSPECTIVE JUROR:  No, they were not, to my

24   knowledge.

25         THE COURT:  Okay.

1          And with respect to being inside the Capitol

2    Grounds or inside the Capitol Building, if you are selected

3    as a juror in this case, there will be an abundance of

4    evidence about the grounds and the Capitol Building itself.

5    Would you be able to put aside anything that you've learned

6    or your own observations of the capitol and accept the

7    evidence as it's presented in this case?

8          PROSPECTIVE JUROR:  I do believe so, yes.  I've

9    been given a tour by the Clerk, but I don't think that was

10   anything special.

11         THE COURT:  Question 22 asked whether you had

12   concern for safety of yourself or close friend or family

13   member on January the 6th.  Can you tell us about that?

14         PROSPECTIVE JUROR:  Yeah.  I feel like probably

15   most people living in this city on that day probably felt

16   some fear, both for personal safety, not sure what the

17   outcome of the day's events would be, but also just in terms

18   of the stability of the country, similar feeling maybe to

19   911, personally.

20         THE COURT:  And I don't mean to be terribly

21   specific, but can you tell us where in sort of physical

22   proximity to the Capitol you were on January 6th?

23         PROSPECTIVE JUROR:  Sure.  I was at home that day

24   working remotely, still due to the pandemic, which is in

25   Columbia Heights, so about two miles from the Capitol

1    Building.

2             THE COURT:  Okay.

3             So, you know, the events of January the 6th are,

4    in terms of time, they are have become a little bit more

5    distant.

6             Let me ask you, with respect to the concerns that

7    you had that day and the events of that day, would you be

8    able to put those concerns aside that you had on that day

9    and focus on the evidence that's presented in this case and

10   be fair and impartial to these defendants?

11            PROSPECTIVE JUROR:  I do believe I could be

12   impartial, but I do think it would be difficult just to put

13   aside the feelings, you know, sort of the trauma of the day.

14            THE COURT:  Sure.

15            PROSPECTIVE JUROR:  To separate the emotions would

16   be difficult, but I think the facts I could separate out.

17            THE COURT:  Okay.

18            Let's turn then to the series of questions that we

19   asked about January 6th and the case itself.

20            We asked you a question about whether you knew any

21   of the names of people who may be referred to in this case

22   or called as witnesses.  And you identified Alex Jones,

23   Roger Stone, Enrique Tarrio, and Peter Navarro.

24            It is not my expectation that any of those

25   individuals will be witnesses in this case, it's possible

1    that their names might be mentioned.

2            If their name is mentioned, is there anything

3    about the fact that their name might be mentioned in this

4    case that would cause you concern about being fair and

5    objective?

6            PROSPECTIVE JUROR:  I don't think so.  I think

7    I have probably some pre-assumed biases against them due to

8    my politics, which you hear about them in the news

9    constantly.  I think you referenced the trial is high

10   profile.  Obviously, they're not part of this trial, but

11   they've been mentioned in a lot of events around the

12   election.

13           I don't know if that would impact it, but I'm

14   definitely aware of the roles they played in the former

15   administration and as political advisers.

16           THE COURT:  But, again, you know, what this case

17   is about is not about their politics or the roles they

18   played in the past administration.  It's about these

19   defendants and the evidence in this case.  And so what we

20   really need to know is whether you could put all of what

21   you've learned in the past aside and really focus on the

22   evidence that will be presented.

23           PROSPECTIVE JUROR:  I do believe so, yeah.  I've

24   heard about this documentary coming out in the near term,

25   I believe, by Roger Stone.  I haven't seen it or heard much

1    about it.  So maybe if I'd seen that, it would be a

2    different answer.  But I do think I could put aside biases.

3                THE COURT:  Okay.

4                All right.  So you also indicated that you had

5    watched live coverage of the events of January 6th.  You've

6    sort of characterized yourself as seeing a lot of videos, a

7    lot of news coverage.

8                It's not surprising, and some people -- we have

9    varying degrees of people who watched videos and news

10   coverage of the events of that day.

11               But, again, the critical question is the one I

12   asked and asked before and I'll ask again, which is, would

13   you be able to set aside what you've seen in the past or

14   read in the past and focus strictly on the evidence that's

15   presented in this case and apply the law that I instruct you

16   to apply?

17               PROSPECTIVE JUROR:  I believe so, yes.

18               THE COURT:  All right.  Do you have any doubts

19   about that?

20               PROSPECTIVE JUROR:  I do.

21               THE COURT:  You do have doubts about that.

22               PROSPECTIVE JUROR:  Due to my personal beliefs and

23   political beliefs.

24               But I do think, as I believe -- I want to believe

25   I could look at the facts objectively, but I also can't, you

1    know -- I do have strong feelings about the case.

2              THE COURT:  Okay.

3              Do you think your feelings are so strong that if

4    you were selected, that you might have difficulty being fair

5    and objective?

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  Okay.

8              Let me just ask a few more follow-up questions.

9              It's indicated that you've watched portions of the

10   January 6th hearings on Congress, in Congress.  Can you give

11   us a sense of how many of those hearings and how much of

12   those hearings you've watched?

13             PROSPECTIVE JUROR:  Sure, yeah, I'm not even sure

14   how many there's been so far.  I've probably seen the ones

15   that were carried in prime time, maybe two or three total;

16   and then I've sort of had other ones in the background on my

17   two computer monitors during work with the *Post* website up.

18   The prime time ones I watched wall to wall coverage, the

19   hearing itself.  I tried to avoid the commentary afterwards

20   or before.

21             For the other ones, you know, I would read here

22   and there, but I didn't read too deeply into that.  I think

23   mostly it was the big prime time ones that I was observing.

24             THE COURT:  And insofar as what you viewed, do you

25   recall any either testimony about or statements about a

1    group known as the Oath Keepers?

2            PROSPECTIVE JUROR:  I do recall some testimony

3    that has been made.

4            THE COURT:  And can you tell us what you recall

5    about the testimony that you heard?

6            PROSPECTIVE JUROR:  Yeah, I mean, I wouldn't say

7    anything like super specific is sticking with me anymore.

8    It's been a month and a half now since one of those

9    hearings.

10           I think generally terms like organized stack being

11   used in reference to a group entering the building or at

12   multiple times entering the buildings, the lead reference to

13   short of radio chatter going on in the background,

14   discussions of quick reaction forces that were established

15   in NOVA and other nearby areas, stashed weapons, things of

16   the sort.

17           THE COURT:  Okay.

18           Again, same sort of question I've asked before.

19   You've obviously both followed the media but then you

20   watched the committee hearings.

21           Tell us whether you think you could put aside what

22   you've learned on the committee hearings and objectively

23   view the evidence in this case.

24           PROSPECTIVE JUROR:  I do think I could probably

25   set aside what I've heard and seen from the committee

 1    hearings.  I do think though like the emotional part might
 2    still be hard to break from.  I found some of the footage is
 3    very high production value, kind of a moving emotionally,
 4    so I think all the facts maybe I could separate, those
 5    motions might be hard to parse out.
 6              THE COURT:  Okay.
 7              You also answered Question 46 affirmatively.
 8              And let me actually ask you, before I move to
 9    that, since this jury questionnaire was completed, have you
10    reviewed -- seen or read any news about January 6th?
11              PROSPECTIVE JUROR:  I did have to avert my eyes
12    from my Twitter feed.  The court reporter, who may be here
13    who I don't follow, the algorithm decided to have it appear
14    the day after we filled out that questionnaire.  I tried to
15    avoid that, but caught maybe half a sentence about maybe
16    talking about maybe evidence that was being introduced.
17              I see headlines, you can't miss the headline.
18    Usually they're more of a click bait than an informative
19    piece of information.  Otherwise, I'm trying my best to
20    avoid, but it's difficult, it's a saturated media
21    environment right now.
22              THE COURT:  And can you recall what you did see
23    since you completed the questionnaire?
24              PROSPECTIVE JUROR:  The statement, it was like,
25    you know, a tweet thread.  I didn't click on the threads, so

```
1    I really just saw that first partial tweet.  I believe it
2    was in a reference to deliberations over evidence that would
3    or would not be introduced and I think I saw the word Zello,
4    but I didn't try to -- as soon as I saw those six words
5    I was like, wait, avert your eyes, this is about the trial
6    you might be a juror for.
7              THE COURT:  Okay.
8              You also answered Question 46, which asks whether
9    you've read, seen or heard anything about the Oath Keepers
10   organization.  We've already talked a little bit about that.
11   Is there anything else that you haven't already shared with
12   us that you've learned or read that you've learned from any
13   other source other than the January 6th Committee hearings?
14             PROSPECTIVE JUROR:  Yeah.  Actually, I think I
15   first heard or learned of the organization, maybe before
16   January 6th, there was mentions of it probably during the
17   run-up to the election as there was increased activity from
18   various groups like the Proud Boys and Oath Keepers and
19   others.  And I do believe I actually maybe originally heard
20   about them with the Ted Bundy Ranch, the standoff in the
21   Obama era, over, I think it was public land usage or
22   something like that.
23             THE COURT:  Okay.
24             So, counsel, are there any follow-up questions
25   either side wishes to ask at this point?
```

1          MR. NESTLER:  Yes, Your Honor.

2          Sir, what is it that you do for a living?

3          PROSPECTIVE JUROR:  I work in government relations

4   for the Association of American Medical Colleges.  I'm an

5   advocacy professional, not a registered lobbyist.

6          MR. NESTLER:  Thank you.

7          And you mentioned a few different times about your

8   strong feelings or emotions.  During the trial you're going

9   to hear evidence, you're going to hear facts, you're going

10  to hear testimony.  Do you think you'll be able to, and the

11  Judge will instruct you on the law.  Will you be able to set

12  aside some of those feedings and emotions and do as the

13  Judge instructs you on the facts and the law?

14         PROSPECTIVE JUROR:  I would do my best to follow

15  the Judge's order, but I think in the absence of like

16  knowing what the emotional impact might be, I guess I can't

17  speak definitively to that.

18         MR. NESTLER:  Right.  No one knows how they're

19  going to react emotionally, but you do believe, as it sounds

20  like you're saying, that you have feelings, you have

21  emotions, but you also understand the need to follow the

22  Judge's instructions?

23         PROSPECTIVE JUROR:  Yes.

24         MR. NESTLER:  Thank you.

25         THE COURT:  Mr. Linder.

1          MR. LINDER:  Yes, sir.

2          Good morning.  How are you, sir?

3          PROSPECTIVE JUROR:  Good.  How are you?

4          MR. LINDER:  Good, good.

5          Thanks for filling out the questionnaire and

6    thanks for being here today.

7          I appreciate your candor in answering the Court's

8    questions saying you'd like to be fair, you think you can be

9    fair.  It's kind of like me getting on an airplane and

10   asking the pilot, is this plane going to make it to the next

11   city or is it going to crash, he says, well, I don't know.

12         So what I need to ask you is can you assure us

13   that you would be fair?  Because my anticipation is that

14   you're going to not just hear evidence, you're going to see

15   videos, you're going to see all kinds of stuff reliving that

16   day.  And like, as you've said, you have friends who live on

17   the Hill, you talked this, you did fear for your safety.  So

18   can you assure us you can be fair or are you going to have a

19   tough time with that?

20         PROSPECTIVE JUROR:  I think I'll have a tough time

21   with that.

22         MR. LINDER:  I appreciate it.

23         And you said you've talked about the Oath Keepers

24   and, going back, you heard about them, even going back to

25   the Bundy Ranch.  You have positive feelings about the

 1   Oath Keepers or negative feelings about the Oath Keepers?
 2           PROSPECTIVE JUROR:  Negative feelings.
 3           MR. LINDER:  Okay.  Would that affect -- would
 4   that weigh on your deliberations kind of what you've heard
 5   about them in the past or kind of what you associate them?
 6           PROSPECTIVE JUROR:  I guess it depends on if it's
 7   the individuals on trial in this case or is it the
 8   organization?
 9           MR. LINDER:  Okay.  Fair question.
10           And I think the evidence will show that these
11   defendants are all part of that organization, and so it will
12   kind of be the organization being on trial.  So you have
13   negative feelings about that so I assume that will affect
14   your --
15           THE COURT:  Hang on.  The organization is not on
16   trial, but, Mr. Linder, why don't you have a seat.  I don't
17   need to hear any further answers from the juror.  Okay.
18           MR. LINDER:  Okay.  Thank you.
19           THE COURT:  All right.  Sir, we'll excuse you.
20   Thank you very much for your time and answering your
21   questions.  Mr. Douyon will show you out.
22           PROSPECTIVE JUROR:  Thank you.  I appreciate it.
23           THE COURT:  Is there anything -- does the
24   government want to put an objection on the record?
25           MR. NESTLER:  I'm sorry?

1           THE COURT:  Does the government want to place an

2   objection on the record?

3           MR. NESTLER:  To strike him for cause.  Yes.

4           THE COURT:  That juror will be stricken for cause.

5   I think it's pretty evident given his -- he was asked in a

6   number of different ways whether he thought he could be fair

7   and impartial and put aside what he knew and more

8   importantly about the emotions and feelings of that day.

9   And I think Mr. Linder asked him if he could put those

10  aside, he honestly said no.  So we'll excuse 1138 for cause.

11          (Pause)

12          THE COURT:  Hi, sir.  Come on up.

13          All right.  Good morning, sir.  How are you?

14          PROSPECTIVE JUROR:  Good.

15          THE COURT:  Feel free to remove your mask if you'd

16  like.  You are juror 1128; is that right?

17          PROSPECTIVE JUROR:  Correct.

18          THE COURT:  Okay.

19          So thank you first of all for coming in and

20  completing your questionnaire and for coming in today.

21          So we just had some follow-up questions for you

22  based upon your answers to the questionnaire.

23          You answered Question 19.  And you should have a

24  copy of your questionnaire in front of you if you'd like to

25  refer to it.  It asks whether you had ever been on the

1    Capitol grounds or inside the Capitol Building.

2                PROSPECTIVE JUROR:  Yes.

3                THE COURT:  Can you just tell us a little bit

4    about that?

5                PROSPECTIVE JUROR:  Pardon me?

6                THE COURT:  Can you just tell us a little bit

7    about that?

8                PROSPECTIVE JUROR:  I used to volunteer at the VA

9    hospital and we used to take the cars there on tours.

10                THE COURT:  And there's undoubtedly going to be

11    evidence, and there will be evidence in this case about the

12    Capitol Building, about the Capitol grounds.  Would you be

13    able to set aside whatever you recall about your tours of

14    the building and focus simply on the evidence that's

15    presented?

16                PROSPECTIVE JUROR:  It's been a long time.

17    I don't think I would remember.

18                THE COURT:  All right.  Let's turn then to

19    questions that are on page 10 about your observations and

20    news coverage review of the events of January the 6th.

21                So you indicated in Question 39 that you have not

22    seen any videos of the events of January the 6th;

23    is that correct?

24                PROSPECTIVE JUROR:  Correct.

25                THE COURT:  But it does say that you did watch

 1    some live news coverage of that day; is that right?

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  So I expect that there will be videos

 4    of the events of that day.  Is there anything about having

 5    watched the events of that day live that would cause you to

 6    think you would not be able to be a fair and impartial juror

 7    in this case?

 8              PROSPECTIVE JUROR:  Well, I only saw it once, and

 9    I don't -- you know, I never saw or heard anything about

10    individuals or stuff like that.

11              THE COURT:  Okay.

12              So I think the questions is:  Whatever you saw on

13    that day, could you put that to the side and just focus on

14    the evidence?

15              PROSPECTIVE JUROR:  I would say yes.

16              THE COURT:  You'd say yes?  Okay.

17              Okay.  You indicated that you had seen sort of a

18    little news coverage.  You described yourself as having seen

19    a little news coverage of the events of January the 6th.

20    Can you just give us a sense of -- to the extent that you've

21    been exposed to news coverage, how you've been exposed to

22    it?

23              PROSPECTIVE JUROR:  On CNN, the first day I

24    watched it.  I didn't follow up after that.

25              THE COURT:  Okay.  So you haven't seen any news

 1  stories at all since then?

 2          PROSPECTIVE JUROR:  I wouldn't say I haven't seen,

 3  but I haven't paid attention.

 4          THE COURT:  Okay.  All right.  That's fine.

 5          All right.  And let me just ask generally,

 6  Questions 45 -- excuse me, 54, 55, and 56 just asked

 7  questions generally about people that you know or yourself

 8  who've been involved in -- in some way associated with crime

 9  in the District of Columbia.

10          And it's unusual, but -- to have somebody who's

11  lived here as long as you have who's not had some contact

12  with or have somebody who they know who's had contact with

13  the criminal justice system in D.C.  So is it fair to say

14  that no close friends --

15          PROSPECTIVE JUROR:  Well, I did have a friend who,

16  when I first moved here, first couple of years, that had a

17  problem.

18          THE COURT:  Okay.  And how long ago?  That was

19  some number of years ago?

20          PROSPECTIVE JUROR:  I'd say at least 18, 15,

21  something like that.

22          THE COURT:  Okay.

23          And can you recall what that episode was?

24          PROSPECTIVE JUROR:  I think he was caught robbing

25  a bank or something.

1          THE COURT:  Okay.

2          And do you know whether that person was -- it

3    sounds like the person was prosecuted.

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Is there anything about that

6    experience that your friend had that would cause you to

7    think you couldn't be fair and impartial in this case?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  Any reason to think you would be sort

10   of biased against the government because they would have

11   prosecuted your friend?

12         PROSPECTIVE JUROR:  No.

13         THE COURT:  Any reason to think that you would

14   view police officer testimony more skeptically because of

15   what happened to your friend?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  I should have asked this earlier, but

18   since you came in to complete the questionnaire, have you

19   seen any news stories or social media about this case?

20         PROSPECTIVE JUROR:  Not that I paid attention to.

21         THE COURT:  All right.

22         So let me ask you, would you have -- would it be a

23   hardship for you if I were to ask you to report for jury

24   service at 8:30 in the morning?

25         PROSPECTIVE JUROR:  No.

```
 1                THE COURT:  All right.

 2                Any follow-up questions?

 3                MR. NESTLER:  Good morning, sir.

 4                PROSPECTIVE JUROR:  Good morning.

 5                MR. NESTLER:  What do you do for a living, sir?

 6                PROSPECTIVE JUROR:  I'm retired.

 7                MR. NESTLER:  Well, what did you do previously?

 8                PROSPECTIVE JUROR:  I was a restaurant manager.

 9    And then after that, I was a volunteer for AARP and for the

10    VA hospital.

11                MR. NESTLER:  Great.  Thank you so much.

12                PROSPECTIVE JUROR:  Sure.

13                THE COURT:  Mr. Linder.

14                MR. LINDER:  Good morning, sir.  How are you?

15                PROSPECTIVE JUROR:  Good.  How are you?

16                MR. LINDER:  Good.

17                If you're called as a juror in this case, we may

18    sit six or seven weeks.  Does that present a hardship to

19    you?

20                PROSPECTIVE JUROR:  I'm retired, so I --

21                MR. LINDER:  You're retired, so no issues with

22    that?

23                PROSPECTIVE JUROR:  No.

24                MR. LINDER:  And I want to take you to Question

25    No. 62.  And you said it's a legal concept.  The judge asked
```

```
1    that if a defendant does not testify in their own defense,

2    then you, as a juror or a jury panel, cannot hold that

3    against them in deliberations, cannot count that as anything

4    towards your guilt.

5              You indicated that you don't have a problem with

6    that and you can follow that.

7              PROSPECTIVE JUROR:  I don't have a problem with

8    that.

9              MR. LINDER:  Would it change if I told you or --

10   this is just hypothetically -- go through the trial; you

11   hear lots of witnesses from the government; and if two

12   defendants testified and three did not, would that change

13   the way feel about Question 62?  Would you still be able to

14   follow that principle?

15             PROSPECTIVE JUROR:  Two testify, three do not?

16   Is that what you said?

17             MR. LINDER:  Or any combination thereof.  Like,

18   they have a right to not testify at all.  And if they don't,

19   you can't hold that against them.  And you've indicated you

20   could follow that.  But what if one testifies and four don't

21   and three testify or two don't?  Is that going to change the

22   way feel about deliberations?

23             PROSPECTIVE JUROR:  I don't imagine it would.

24             MR. LINDER:  You don't --

25             PROSPECTIVE JUROR:  I don't see why it would.
```

1        MR. LINDER:  So if any individual defendant chose

2  not to testify in their own defense, you would not hold that

3  against them?

4        PROSPECTIVE JUROR:  No.  They have that right.

5        MR. LINDER:  All right.  Thank you.

6        THE COURT:  Thank you, Mr. Linder.

7        All right, sir.  You'll be excused for the day.

8  Mr. Douyon will give you some further instructions as you

9  head out of the courtroom.

10        PROSPECTIVE JUROR:  Do I leave this here?

11        THE COURT:  Yes, please leave that here.

12        Counsel, for reasons that are not clear to us,

13  Juror 1240, who's the next up, has not appeared today.

14  We're trying to find that person.  So the next juror will be

15  1342, the juror who's on line 5.

16        Hi.  Good morning.  How are you?

17        PROSPECTIVE JUROR:  Good morning.  I'm well.

18        THE COURT:  Good.  Thank you for being here today,

19  and thank you for coming in to complete your questionnaire

20  earlier.

21        Fully free to remove your mask if you are

22  comfortable doing so.

23        I'll just confirm.  You are Juror 1342; is that

24  right?

25        PROSPECTIVE JUROR:  Correct.

1              THE COURT:  You should have a copy -- you should

2    have your questionnaire in front of you if you wish to refer

3    to it.

4              Let me jump forward in the questionnaire and ask

5    you about your response to Question 45.  This is the

6    question that asks:  "Do you have such a strong opinion

7    about any aspect of the events that occurred at the U.S.

8    Capitol on January 6th that would affect your ability to be

9    fair and an impartial juror?"

10             Can you tell us -- you answered that question yes.

11   Can you tell us why you answered that question yes.

12             PROSPECTIVE JUROR:  Yes.  So I did follow a lot of

13   media coverage prior to that.  And so in terms of the events

14   that were portrayed and the images that I saw like to that

15   extent, it really obviously bothered me and was very

16   disturbing.  And so in that way, I would -- I had answered

17   as, like, having that in Monday.

18             THE COURT:  Right.  By the way, if you would just

19   speak into the microphone a little bit.

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  So different people have different

22   reactions, have had different reactions to the events of

23   January the 6th.  And nobody expects a juror to come in to

24   not have had some reaction.  The question that matters for

25   our purposes today is whether you could put aside whatever

1    you have seen about the events of January the 6th or what

2    you may have read about the events of January 6th and focus

3    on the evidence that's been presented in this case.

4              Is that something you think you could do?

5              PROSPECTIVE JUROR:  Yeah, I think I can do that.

6              THE COURT:  Okay.

7              And do you think -- do you have any doubt in your

8    mind or any concerns, I should say, that if you were

9    selected as a juror, you would be unable to put aside what

10   you've learned and perhaps how you felt on that day and

11   maybe even in the days after and focus on the evidence and

12   be fair and impartial as to these defendants?

13             PROSPECTIVE JUROR:  Yeah, I think I can do that.

14             THE COURT:  Okay.

15             So let me go back, then, to the earlier part of

16   your questionnaire.  And, again, you answered Question 11

17   yes, which indicates that you've been following the hearings

18   on social media and news.

19             Can you just give us a sense -- and this also

20   relates to some later questions -- how much -- you

21   indicated, for example, that you think you've seen a lot of

22   videos and you've seen a lot of news coverage.  Is this

23   something that you've sought out, watching videos and

24   getting news coverage of the events of January the 6th?  Or

25   would you say it's something that, if it comes across your

1    newsfeed or in the paper, it's something that you read?

2            PROSPECTIVE JUROR:  So I do follow Twitter, and

3    that's really where I get most of my news.  And so in that

4    sense, the algorithm kind of plays into the things in which

5    I follow.  So I don't purposely Google anything around that;

6    but if it comes up, I will read it.

7            The only thing I did intentionally seek out,

8    though, was when the hearings, the public hearings were

9    available, like, and on time coverage, like as a D.C.

10   resident, obviously, would tune into.

11           THE COURT:  All right.  Okay we'll talk about the

12   hearings in a moment.

13           Well, you were asked in Question 42 whether you

14   follow anyone on the social media platform who regularly

15   reports or comments on the events of January the 6th.  Can

16   you tell us who that -- who that person, or it may be more

17   than one, who that is.

18           PROSPECTIVE JUROR:  I don't know their actual

19   names.

20           THE COURT:  Okay.

21           PROSPECTIVE JUROR:  Kind of like, again, show up

22   in my algorithm.  And I don't purposely follow them.  But,

23   like, they come up.  Like, maybe Matthew Yglesias.  I don't

24   remember.

25           THE COURT:  I'm sorry.  Who?

1              PROSPECTIVE JUROR:  Matthew Yglesias.  There's

2    like the typical journalists that if I follow my friends,

3    who then follow other people, it just shows up.  But I

4    really don't know them by name.

5              THE COURT:  Okay.

6              So is it fair, am I understanding you correctly

7    that although you get these -- you see what you see on

8    Twitter, you have not sort of intentionally decided to

9    follow someone to follow the news concerning

10   January the 6th?

11             PROSPECTIVE JUROR:  Correct.

12             THE COURT:  And with respect to the media that you

13   be seen, whether it's on Twitter or elsewhere and the videos

14   that you've seen, you know, look, I expect there to be

15   videos presented in this case.  Do you think watching those

16   videos could stir up emotions that might cause you to be --

17   think you might be unable to be fair and impartial in this

18   case?

19             PROSPECTIVE JUROR:  I feel like I've seen them

20   enough in this case where if I see them again, I don't feel

21   like it would give me any other different type of feelings.

22             THE COURT:  Okay.

23             PROSPECTIVE JUROR:  Just because it's been in the

24   news for quite some time now.

25             THE COURT:  All right.

 1            And now, there may be videos that you've already

 2    seen that get replayed.  I don't know.  But there also are

 3    likely to be videos played that you haven't seen before.

 4            And do you have any concerns about if seeing --

 5    that seeing new videos could cause you to perhaps think that

 6    you might not be able to be objective as a result of

 7    watching new videos.

 8            PROSPECTIVE JUROR:  I feel like I would take it as

 9    part of like what's presented as evidence, and so at this

10    moment, I wouldn't know what that would look like.

11            THE COURT:  Okay.  Fair enough.  That's a fair

12    response.

13            Okay.  Let me ask you about Question 14.  This

14    asked, have you or a close friend or family member ever been

15    employed by the Federal Government, and you said yes.  Can

16    you just tell us about that.

17            PROSPECTIVE JUROR:  Yeah, mostly they're all

18    co-workers and, however, I do come from a military family so

19    my sister and brother-in-law are both in the Army.

20            THE COURT:  Okay.

21            And in terms of -- and you don't -- you can just

22    be general about where you work, but can you tell us where

23    you generally work?

24            PROSPECTIVE JUROR:  Yeah, I work at a nonprofit

25    organization.  We do building energy efficiency work.

1          THE COURT:  Okay.  So when you say your

2  co-workers, you yourself don't work for the Federal

3  Government.

4          PROSPECTIVE JUROR:  No.  My co -- no.  We do

5  receive like federal grants but the folks that I do know are

6  like former colleagues who work in like the Department of

7  Energy or other industry related.

8          THE COURT:  Okay.

9          And so anyone that you know either now or in the

10  past, have they worked in law enforcement on behalf of the

11  Federal Government?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  Question 17 you answered yes, that was

14  a question that asked, do you have such strong feelings

15  about firearms or laws concerning firearms that would make

16  it difficult for you to be fair and impartial in this case.

17  Can you tell us a little bit about that.

18          PROSPECTIVE JUROR:  Yeah, I'm definitely not for

19  firearms, and so in that sense, I have strong feelings

20  about, like, gun reform.

21          THE COURT:  Okay.

22          So it's not surprising that people have views

23  about gun possession, gun control and the like.  It's not

24  surprising that you would have such views.

25          Let me just tell you a few things.  You will hear

1   evidence in this case about alleged gun possession, and, in

2   fact, you may even see -- I don't know whether you'll see

3   guns or not, that may be part of the evidence; however,

4   there is no allegation in this case, there's no charge that

5   anybody illegally possessed a firearm.

6             Knowing that, would that cause you to think you

7   might not be able to be fair and impartial?

8             PROSPECTIVE JUROR:  Knowing that, no, then.

9             THE COURT:  Okay.

10            So the fact that there is no charge here, and

11  so if you heard evidence and there was an allegation that

12  one of these defendants brought firearms to the area but

13  there's no charge that that -- the mere possession of that

14  firearm was illegal, that wouldn't cause you to think you

15  could not be fair and impartial; is that right?

16            PROSPECTIVE JUROR:  Correct.

17            THE COURT:  You also answered Question 18, asking

18  whether you or a close friend or family member has attended

19  any kind of rally, protest or demonstration in the last five

20  years.  Can you tell us about that.

21            PROSPECTIVE JUROR:  Yeah, I've attended, with

22  friends and family, abortion rights protests, I've attended

23  immigration protests.  So those are probably the -- and

24  women rights protests.  So those are like the three.

25            THE COURT:  Okay.

1          So I don't expect that there's any reason any of

2     those sort of politically sensitive or political topics

3     would come up in this case.  But if at some point you were

4     to sense in this trial that the defendants had political

5     views different than yours, do you think that would affect

6     your ability to be fair to them?

7               PROSPECTIVE JUROR:  I don't think it would.

8               THE COURT:  Okay.  Do have any reason to question

9     whether it would cause you to be fair?

10              PROSPECTIVE JUROR:  I feel like it would not be

11    related to the case.

12              THE COURT:  Okay.

13              All right.  Let's talk then about Question 44,

14    which asks whether you have watched the January 6th

15    congressional hearings.  Can you tell us just generally how

16    much of those hearings you've watched, how frequently, how

17    much of them?

18              PROSPECTIVE JUROR:  I think I've seen all of them

19    maybe except one, and I can't remember how many there were.

20              THE COURT:  Okay.

21              So, I'm sorry, you said seen all but one;

22    is that right?

23              PROSPECTIVE JUROR:  Yeah, I skipped, like, maybe,

24    yeah, one of them.

25              THE COURT:  And do you recall from what you viewed

1    any of them involving comments or testimony about a group
2    known as the Oath Keepers?
3              PROSPECTIVE JUROR:  I feel like I've heard of the
4    group but don't recall by memory by watching the hearings.
5              THE COURT:  Okay.
6              Can you tell me what you think you know or have
7    heard about the group?
8              PROSPECTIVE JUROR:  I know that they are right
9    winged and I think anti-government, maybe consist of --
10   actually I don't know what they consist of.  Those are
11   probably like the two things that I know.
12             THE COURT:  Those are characterizations that
13   you've heard?
14             PROSPECTIVE JUROR:  Yeah.
15             THE COURT:  So a couple questions then.
16             So one, you know, what other people have said or
17   characterized or the way in which they've characterized the
18   group, you know, that's not at issue in this case.  That's
19   not going to be something you're going to need to decide as
20   a juror.  Your job will be to focus on the evidence as it's
21   presented and determine whether that evidence supports the
22   offenses that the government has charged and apply the law.
23             Do you think the fact that you've heard the group,
24   the Oath Keepers, characterized in the way that you have
25   heard them, would affect your ability to fair and impartial?

1          PROSPECTIVE JUROR:  No.

2          THE COURT:  And I should note, the group itself is

3    not on trial, it's individual defendants who are on trial.

4    Now, they are alleged to be part of that group.  Do you

5    think that would affect your ability to be fair and

6    impartial?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  With respect to the January 6th

9    hearings, do you think you would have difficulty -- well,

10   let me backup.

11         As I said in the introduction, you know, what

12   really matters here is that we're asking jurors to come in,

13   and obviously you can't forget everything that you've

14   learned or seen or heard, but to put it aside and focus only

15   on the evidence in this case.  Do you think, even though

16   you've watched the January 6th Committee hearings, that

17   that's something you could do?

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  I think also answered 47 yes, and this

20   was the question that asked, have you seen, read -- read,

21   seen or heard anything about the Oath Keepers organization

22   that would affect your ability to be fair and impartial as a

23   juror in this case.

24         You've mentioned a couple of things that you've

25   heard about them.  Is there anything else about the group

1    that you've heard of that could cause you to think you would

2    not be fair and impartial?

3              PROSPECTIVE JUROR:  Those are the only three

4    things that I've heard.

5              THE COURT:  Okay.

6              PROSPECTIVE JUROR:  Yeah.

7              THE COURT:  And so when you checked yes here that

8    you thought those things might affect your ability to be

9    fair and impartial, you answered yes at the time.  Let me

10   ask you, why did you answer yes at the time and today you've

11   said, well, maybe, no, actually, those two things wouldn't

12   affect my ability to be fair and impartial.

13             PROSPECTIVE JUROR:  I think because initially

14   having -- being asked that question, that the group itself

15   might be on trial.  So in some cases in that way, obviously,

16   I have other political views and so that was part of my

17   response of being yes in that scenario.

18             THE COURT:  Okay.

19             And so do you think the combination of your

20   political views and what you've told us you know about the

21   Oath Keepers, that would affect your ability to be fair and

22   impartial?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  You answered Question 54 yes, which

25   is, have you or a close friend or family member ever been

1    the victim of a crime or whether it's been reported or not.

2    Can you tell us about that?  And if it's a sensitive issue,

3    we can do it in a way that doesn't -- is not publicly

4    stated.

5                PROSPECTIVE JUROR:  Yeah, there's been like my

6    family has experienced robbery, so that's one.

7                And then in other cases, you know, to some extent

8    whether it's categorized as a crime, growing up obviously,

9    there have been a lot of kind of racially charged sort of

10   crimes involved or incidents.

11               THE COURT:  And those have been directed at your

12   family members?

13               PROSPECTIVE JUROR:  Uh-huh.

14               THE COURT:  Has that happened in the

15   District of Columbia?

16               PROSPECTIVE JUROR:  No.

17               THE COURT:  And to the extent that's happened, can

18   you just give us a sense of the timing of when those types

19   of things happened.

20               PROSPECTIVE JUROR:  Yeah, it was probably back in

21   California.  So I would say at least 20 years ago.

22               THE COURT:  Okay.

23               And is there anything about that experience that

24   you had or your family members had that would cause you to

25   think you couldn't be fair and impartial in this case?

```
1              PROSPECTIVE JUROR:  No.

2              THE COURT:  Anything about that experience that

3     might cause you to think you couldn't be fair and impartial

4     to the government in this case?

5              PROSPECTIVE JUROR:  No.

6              THE COURT:  Or to the defense?

7              PROSPECTIVE JUROR:  No.

8              THE COURT:  Okay.  Any follow-up questions?

9              MR. NESTLER:  No, Your Honor.

10             THE COURT:  Mr. Linder?

11             MR. LINDER:  Yes.

12             Ms. 1342, how are you?

13             PROSPECTIVE JUROR:  Good morning.  How are you?

14             THE COURT:  Mr. Linder, I'll just ask you to be

15     mindful of how you address the juror.

16             MR. LINDER:  Oh, sorry.

17             THE COURT:  That's okay.

18             MR. LINDER:  Thanks for filling out the form and

19     answering some questions here today.

20             I want to go back to Questions 17 and then 44

21     through 47.  You've indicated on your form that those would

22     affect your ability to be fair potentially.  As I mentioned,

23     the judge addressed you personally this morning, you've

24     given some different answers.  And so I kind of want to

25     rephrase that.
```

1          You've said individually that your opinions about

2   firearms wouldn't affect your ability to be fair in this

3   case, but if there's evidence that comes in that these

4   defendants did have firearms and you see evidence of that,

5   is that going to affect your ability to look at their guilt

6   or innocence?

7          PROSPECTIVE JUROR:  I think that could.

8          MR. LINDER:  Okay.

9          So and then loop that in with what you've heard

10  about the Oath Keepers in Questions 44 through 47, you said

11  if you can't be fair.  If you take all that together, would

12  that prevent you from being able to be fair in this case?

13         PROSPECTIVE JUROR:  I think that could.

14         MR. LINDER:  And you said you'd heard about the

15  Oath Keepers.  What is -- was your hearing about them a

16  positive thing or negative thing?

17         PROSPECTIVE JUROR:  Typically, I mean, I hear

18  about just like right wing anti-government.  So to some

19  extent, whether that's a negative or positive from my

20  perspective, like --

21         MR. LINDER:  So you've heard or have the opinion

22  that they may be an anti-government group?

23         PROSPECTIVE JUROR:  Uh-huh.

24         MR. LINDER:  And you have siblings that work for

25  the government in the Army?

```
 1                PROSPECTIVE JUROR:  Correct.

 2                MR. LINDER:  And so with all of these things taken

 3     together, can you -- would this prevent you from being a

 4     fair and impartial juror?

 5                PROSPECTIVE JUROR:  It could.

 6                MR. LINDER:  Okay.  Thank you very much.

 7                THE COURT:  If I could just follow up, ma'am.

 8                So we had talked about your response to

 9     Question 17 earlier, and one of the things I had told you is

10     that there's actually no allegation in this case that any

11     defendant unlawfully possessed a firearm.

12                PROSPECTIVE JUROR:  Uh-huh.

13                THE COURT:  Although I did say that you are likely

14     to hear evidence about firearms possession.

15                If these defendants are not charged with

16     unlawfully possessing a firearm, would that affect your

17     ability -- how would that affect your ability to be fair and

18     impartial?

19                PROSPECTIVE JUROR:  If they weren't charged?

20                THE COURT:  They are not charged.

21                PROSPECTIVE JUROR:  Then that wouldn't be part of

22     the case.

23                THE COURT:  Okay.

24                But if you heard evidence -- and Mr. Linder had

25     asked you this:  If you heard evidence that any particular
```

1    defendant possessed a firearm, how would that affect your

2    ability as a juror?  Could you be fair and impartial to

3    these defendants?

4                    PROSPECTIVE JUROR:  I'm not sure.

5                    THE COURT:  Okay.  Can I ask why you have doubts

6    when earlier it seemed that you didn't have doubts?

7                    PROSPECTIVE JUROR:  Yeah.

8                    I feel like the different framing that's kind of

9    coming to me --

10                    THE COURT:  Sure.

11                    PROSPECTIVE JUROR:  -- in that sense of kind of

12   how to respond.

13                    I mean, for the most part, kind of like trusting

14   in the process is what I would need to do if I was a juror.

15   And so part of, like, my role at work on doing, you know, HR

16   operations and things like that, like, I would keep my

17   biases in check to begin with.

18                    THE COURT:  Okay.

19                    PROSPECTIVE JUROR:  But I think it's the framing

20   in which that's coming through.

21                    THE COURT:  That's fair.  That's what lawyers do.

22   We frame questions in ways that elicits the answer we want.

23                    But let me just -- I'll try to be as objective as

24   I can about it.

25                    There's an allegation in this case that these

```
1   defendants brought multiple weapons into the area of the
2   District of Columbia, not actually into the District of
3   Columbia, but outside of it.  So there will be evidence to
4   that effect, I believe, and they've been alleged to do that.
5           However, there is no allegation that any of them
6   illegally possessed those weapons.  So knowing that, those
7   facts, how do you think it would affect you as a juror?
8           PROSPECTIVE JUROR:  It won't.  I mean, I would
9   just look at the evidence, again, to begin with and check my
10  biases.  I think that's sort of my answer to that.
11          THE COURT:  And then the same question about --
12  you were asked about that fact -- those facts in combination
13  with what you know about the Oath Keepers as a group.  You
14  know, again, you know, people have heard various things, but
15  your job is to sort of put all that aside and determine the
16  case on the facts that are presented.
17          And you're not going to be asked, for example:
18  Are they anti-government group or a right-wing group?
19  That's not going to be a question you need to ask.
20          Your question is going -- what you're going to be
21  determining if you're selected is the guilt or innocence of
22  these defendants.
23          So taking all of that into account, how
24  do you think that would affect your ability, if at all, to
25  be fair?
```

1                PROSPECTIVE JUROR:  Probably not.

2                THE COURT:  Okay.  Mr. Linder.

3                MR. LINDER:  And let me -- you said you probably

4      couldn't be fair?  Or you're saying that wouldn't affect

5      your --

6                PROSPECTIVE JUROR:  It wouldn't affect.

7                MR. LINDER:  So if you hear evidence that these

8      people possessed firearms, in your opinion, you've heard

9      that they're an anti-government group -- you already have a

10     negative opinion about the Oath Keepers and you checked the

11     boxes that said you had an opinion about them -- you're now

12     telling this Court that you think you can be fair or you

13     know you can be fair?

14               PROSPECTIVE JUROR:  Yeah.  Again, I would check my

15     biases in this sense.

16               So I would put that aside.

17               MR. LINDER:  And you say, "I think."  Can you

18     assure us that you would be fair?  You look like you're

19     hesitating.  It's okay to not be fair.  There's no right

20     answer.

21               THE COURT:  Well, to be fair, she was shaking her

22     head "yes."

23               MR. LINDER:  She's kind of --

24               THE COURT:  So --

25               MR. LINDER:  Do you have a hesitation on your

1  ability to be fair?

2          PROSPECTIVE JUROR:  I do have a hesitation.

3          MR. LINDER:  Okay.  And is your hesitation based

4  on things you've heard?  The negative things you've heard

5  about the Oath Keepers or the fact that there will probably

6  be evidence that they possessed firearms at some point?  Is

7  that your hesitation, is these negative things you've heard?

8          PROSPECTIVE JUROR:  I think it's more about, I've

9  never done this process before.  So -- and like being a

10  juror, like, I want to say that I can come into this being

11  fair.  But, ultimately, you know, I don't know if I can give

12  an assurance around that just based on some of the questions

13  being asked.

14          MR. LINDER:  I appreciate it.

15          I'm going to ask you one more question on one more

16  topic, and that's Question 62.  It deals with a defendant's

17  right not to testify.  So you haven't been involved in this

18  process before, and you indicated that you could follow the

19  Court's instruction.

20          If you hear -- I'll let you finish reading.

21          PROSPECTIVE JUROR:  Yeah.  Sorry.

22          MR. LINDER:  That's all right.  Take your time.

23          You've read the question?

24          PROSPECTIVE JUROR:  Uh-huh.

25          MR. LINDER:  Okay.

1          The law says that a defendant does not have to

2    testify in their own defense; and if they choose not to,

3    that can't be held against them by a jury when they go back

4    to deliberate.

5          Would you agree with me that it's a natural

6    inclination to want to hear from a defendant if they're

7    charged in a case.  You want to hear their side, correct?

8          PROSPECTIVE JUROR:  Sure.

9          MR. LINDER:  Okay.  And I think everybody would

10   agree that's a natural inclination.  You want to hear both

11   sides.

12         If you hear three or four weeks' worth of evidence

13   from this side and the defendants choose not to testify, is

14   that going to concern you?  Are you going to take that with

15   you back into the jury room and use that and kind of think

16   about that?

17         PROSPECTIVE JUROR:  No.  I would just go through

18   the process if they choose not to.

19         MR. LINDER:  Okay.

20         And what if -- different hypothetical.  If two or

21   three defendants decide to testify in their own defense and

22   two or three do not, would you hold that against the two or

23   three who chose not to testify?

24         PROSPECTIVE JUROR:  No.

25         MR. LINDER:  All right.  Thank you.

1          THE COURT:  Okay.  Thank you very much.  You may

2    step down, and Mr. Douyon will give you further

3    instructions, all right?

4          PROSPECTIVE JUROR:  Okay.

5          THE COURT:  Thank you.

6          Okay.  Mr. Linder.

7          MR. LINDER:  Yes, Your Honor.  I'd like to submit

8    this juror for cause.  She varied her answers depending on

9    who was asking the questions.

10          THE COURT:  So, you know, I'm not going strike

11   her.  I think she was trying to be honest, given the way the

12   questions were framed.  And that's what she said.

13          And ultimately when pressed, you know, she said

14   she would be fair and impartial.  And to the extent that she

15   had concerns about not being so, she said quite clearly it

16   was about the process and not having served as a juror

17   before.

18          And I found her to be very credible.  I didn't get

19   the sense that she was trying to withhold anything from us

20   and that she was simply trying to answer the questions the

21   best that she can.

22          And, frankly, I think she would be -- if she was

23   selected, I think she would be fair and impartial.  So I'm

24   going to deny the strike for cause.

25          MR. CRISP:  May I ask a quick question of

```
 1   procedure, Judge.  There was an area that she referenced
 2   that I think may be bias.
 3           There was an area that she referenced that may be
 4   problematic that I had wanted to delve into, but I didn't
 5   want to tag-team.
 6           Is it possible one defense attorney asks one
 7   series of questions?  Can we call her back to talk about the
 8   issue of the -- she said her family is a victim of racial
 9   attacks.  There's certainly going to be allegations that the
10   Oath Keepers or the defendants are part of a white
11   supremacist organization that I -- so --
12           THE COURT:  No.
13           MR. CRISP:  That's never coming in?
14           THE COURT:  That's never coming in.
15           MR. CRISP:  All right.  I just want to make sure.
16           THE COURT:  I don't think the government has any
17   intention of doing something to that effect.
18           MR. CRISP:  They've been characterized in many
19   ways.  I want to make sure that's on the record.
20           THE COURT:  I understand.  But you have my word.
21   Unless there is some reason that I currently cannot think of
22   that would make that relevant, anything relating to that is
23   not coming in.
24           MR. CRISP:  Understood.  Thank you.
25           Frankly, that's why I've asked the question I have
```

1    about the January 6th Committee in the way that I have.

2            MR. NESTLER:  Can I ask a question about process

3    as well, Your Honor?

4            It might make sense, given Mr. Linder's

5    questioning and how thorough he is, that maybe he wants to

6    go first.  And then maybe the government would go after his

7    questioning, considering how things seem to be working.

8            The second thing is I've heard Mr. Linder now

9    asked a couple different prospective jurors to assure or

10   promise the Court they could be fair and impartial.  I don't

11   believe that's an appropriate question to ask prospective

12   juror.

13           They can be all do their best.  It can be

14   difficult.  It can be hard.  Those are all things we can

15   assess.

16           But asking a person to submit their process before

17   to assure or promise that they would be fair and impartial

18   seems to be unfair to the prospective juror.

19           THE COURT:  Yeah.  I'll let Mr. Linder ask the

20   question.  I mean, I think there's no harm in asking it

21   ultimately.  I think it's meant to elicit whether somebody

22   can be fair and impartial.

23           And as the last juror demonstrated, I have no

24   doubt she could be fair and impartial; it's just a matter of

25   how the questions are worded.  And somebody might hear that

```
 1   question and sort of ask themselves, Well, is it -- how can
 2   I ever possibly give a guarantee about anything?  And others
 3   may not view it that way.
 4            All right.  We've been going since about 9:45.
 5   Let's take about a ten-minute break and keep trucking along.
 6   Somebody can do the math.  We're 2 out of 45 there, so we've
 7   got a ways to go.
 8            COURTROOM DEPUTY:  All rise.
 9            (Recess from 11:34 a.m. to 11:49 a.m.)
10            COURTROOM DEPUTY:  All rise.
11            THE COURT:  Please be seated, everyone.
12            Ms. Rakoczy, did you want to speak?
13            Let's bring our next juror in.
14            Hi, ma'am.  How are you?
15            PROSPECTIVE JUROR:  Okay.  How are you?
16            THE COURT:  Good.  Thank you.
17            Are you Juror 1371?
18            PROSPECTIVE JUROR:  Yes.
19            THE COURT:  All right.  You can feel free to
20   remove your mask while we're chatting.
21            You should have your questionnaire in front of
22   you.
23            PROSPECTIVE JUROR:  Yeah.
24            THE COURT:  Okay.  Terrific.
25            So you answered -- I want to sort of cut to some
```

```
1    of these key questions.  You answered yes to having strong

2    opinions about the events of January 6th, also about the

3    Oath Keepers organization and these particular defendants.

4              Can you tell us a little bit about what caused you

5    to check yes to those questions?

6              PROSPECTIVE JUROR:  Yeah.  Which page is it?

7              THE COURT:  I'm sorry.  Page 11.

8              PROSPECTIVE JUROR:  No, no worries.

9              THE COURT:  These are Questions 45, 46 through 49.

10             PROSPECTIVE JUROR:  Yeah.

11             I checked yes for those questions because, you

12   know, I've heard a lot about the events of January 6th.

13   I lived here in Washington, D.C.  I used to work on Capitol

14   Hill, I used to be a staff member in the House of

15   Representatives.  So I have lots of friends and colleagues,

16   former colleagues that still work on the Hill.  I was really

17   afraid for their lives that day, including some reporters

18   that I knew that were on the Hill as well as I was seeing

19   those events happening.  It was really scary.

20             I think it would, you know, affect my ability to

21   be fair and impartial because, you know, I've formed a

22   strong opinion about how I feel about all of the events that

23   happened and how they were -- strongly believe it was an

24   insurrection and that it was led by far-right groups that

25   wanted to infiltrate and take over the Capitol and wanted to
```

 1    reverse a fair election that happened fairly, and I very

 2    strongly believe that.

 3            THE COURT:  If I could interrupt you for a moment.

 4            So, you know, we don't expect jurors to come in

 5    without any -- particularly in cases like this, without any

 6    without having any ideas or thoughts about the events of

 7    January the 6th or even participants of that on that day.

 8    But the question really is whether as a juror you could, do

 9    you think whether you could set those views aside, and

10    because you will be asked to view the evidence as it's

11    presented and only the evidence as presented in this case

12    and apply the law that I instruct you to apply in this case.

13    Is that something you think you could do?

14            PROSPECTIVE JUROR:  I don't know.

15            I mean, I could, you know -- I want to say yes

16    but...

17            THE COURT:  Look, there's no sort of right answer

18    so I'm not asking you to give me an answer that you think

19    I want to hear.

20            PROSPECTIVE JUROR:  Yeah.

21            THE COURT:  What we're trying to assess is whether

22    you think you could be fair and impartial.  And so, again,

23    the question is, could you set aside some of the beliefs

24    that you've just articulated and just focus on the evidence

25    that's presented in this case and be fair and impartial,

1    notwithstanding those beliefs, to these defendants?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Okay.  All right.

4              Any objections?

5              MR. NESTLER:  No, Your Honor.

6              MR. LINDER:  No, Your Honor.

7              THE COURT:  Thank you very much for your time and

8    your service.  Mr. Douyon will give you some additional

9    instruction on your way out.

10             1371 will be stricken for cause.

11             Hi, ma'am, why don't you come on up?

12             COURTROOM DEPUTY:  Raise your right hand.

13             (Prospective juror is placed under oath.)

14             DEPUTY CLERK:  Thank you.

15             THE COURT:  All right, ma'am, good morning.

16             PROSPECTIVE JUROR:  Good morning.

17             THE COURT:  You are juror 1416; is that right?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Okay.

20             And you should have your juror questionnaire in

21    front of you.

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  All right.

24             And feel free to remove your mask if you'd like

25    while we're having this question and answer.

1    So it seems like you were not part of the group

2    that came in this morning.  Were you a little late to court

3    this morning?

4    PROSPECTIVE JUROR:  No, I was downstairs looking

5    for something to eat and they called me.

6    THE COURT:  Okay.

7    But you were here on time this morning --

8    PROSPECTIVE JUROR:  Yes.

9    THE COURT:  -- but you just happened to miss the

10   call to come into the courtroom?

11   PROSPECTIVE JUROR:  Yes.

12   THE COURT:  Okay.

13   So I'll have potentially have some instructions

14   for you momentarily, but let me just follow up on your

15   questionnaire answers, okay?  And that's the reason you're

16   here today is so we can follow up on some of the

17   questions -- the answers that you given to this

18   questionnaire, so thank you for coming in and completing it.

19   So let's turn, if you would with me, please, to

20   page 10 and Question 40.  Well, let me ask you.  Question

21   39, you indicated that you had not seen any videos of the

22   events of January the 6th; is that right?

23   PROSPECTIVE JUROR:  Yeah, not -- not videos like I

24   pulled it up on my phone or something like that, no.

25   THE COURT:  Well, for example, if you're -- do you

1    read news on the Internet, for example?

2             PROSPECTIVE JUROR:  No, I do not.

3             THE COURT:  You do not.

4             PROSPECTIVE JUROR:  No.

5             THE COURT:  So how about TV news, do you watch?

6             PROSPECTIVE JUROR:  I watch TV, yes.

7             THE COURT:  In the course of watching TV news, do

8    you think you've seen any videos of the events of January

9    the 6th?

10            PROSPECTIVE JUROR:  I've seen, yes, footage on TV.

11            THE COURT:  You've seen footage on TV of what

12   happened that day.

13            PROSPECTIVE JUROR:  Yes.

14            THE COURT:  Okay.

15         So you've seen, I think because you did say that

16   you've seen some news coverage so it's in the context of

17   watching things on TV that you've seen videos.

18            PROSPECTIVE JUROR:  That's correct.

19            THE COURT:  All right.

20         So would you consider yourself somebody who sort

21   of actively seeks out news about January the 6th or somebody

22   who watches it or reads about it if it happens to be in

23   front of her?

24            PROSPECTIVE JUROR:  I just watch it if it comes on

25   TV.

1          THE COURT:  Okay.

2          And is there anything about the news regarding

3     January the 6th that you think might affect your ability to

4     be a fair and impartial juror if you're selected in this

5     case?

6          PROSPECTIVE JUROR:  Not really, no.

7          It was -- I was a little disappointed it happened.

8          THE COURT:  You were disappointed it happened.

9          PROSPECTIVE JUROR:  Yes.

10         THE COURT:  Everybody has their views of what

11    happened that day and the question here today, though, is

12    whether you could put, your words, your disappointment aside

13    and evaluate the evidence in this case and apply the law as

14    I instruct you to.

15         PROSPECTIVE JUROR:  Yes.

16         THE COURT:  Any doubt in your mind that you not --

17    do you have any concerns that you would not be able to do

18    that?

19         PROSPECTIVE JUROR:  No, I don't, I don't.

20         THE COURT:  Okay.

21         So just a couple questions.  You've lived in the

22    District of Columbia for quite a while, is that right?

23         PROSPECTIVE JUROR:  Yes.

24         THE COURT:  And when we asked you the question,

25    this is Question 14, whether you have any -- you or any

```
1     close friends or family members ever been employed by the
2     Federal Government; is that right that you don't know anyone
3     who is a close friend or family member who's been employed
4     by the Federal Government?
5              PROSPECTIVE JUROR:  No, I don't.
6              THE COURT:  Okay.
7              PROSPECTIVE JUROR:  Not that I recall, no.
8              THE COURT:  And have you -- in your years here
9     have you ever served on a jury, ma'am?
10             PROSPECTIVE JUROR:  No, I have not.
11             THE COURT:  And we also asked some questions about
12    experience with crime and violence, and we'd asked you
13    whether any close friends or family members have ever been a
14    victim of a crime and your answer was no; is that correct?
15             PROSPECTIVE JUROR:  No, I think I answered that as
16    yes.
17             THE COURT:  Okay.  Why don't you turn to page 11
18    and Question 54.
19             Question 54 is, have you or a close friend or
20    family member ever been the victim of a crime, reported or
21    not, and you answered no.
22             PROSPECTIVE JUROR:  Well, my answer, I would say
23    yes.
24             THE COURT:  You would say yes.
25             PROSPECTIVE JUROR:  Yes.  I don't know why --
```

1    okay.  Wait a minute.  Let me read it.  Have you or a close

2    friend or a family member ever worked in the aspects of

3    legal --

4            THE COURT:  No, ma'am, I'm sorry, let me refocus.

5            PROSPECTIVE JUROR:  Which number are you on?

6            THE COURT:  That's okay.  I'm referring to

7    Question 54, not Question 50.

8            PROSPECTIVE JUROR:  Okay.

9            Yeah, that's no.

10           THE COURT:  That's a no.  Okay.  All right.

11           You did, however, answer Question 57 yes, so if

12   it's on page 12, and that question asks, have you or a close

13   friend or family member ever been arrested, charged,

14   prosecuted, or convicted of any crime other than a traffic

15   violation?

16           PROSPECTIVE JUROR:  Yes.

17           THE COURT:  Okay.  And can you tell us about that?

18           PROSPECTIVE JUROR:  My son is incarcerated now.

19           THE COURT:  Okay.

20           I'm sorry to hear that.  The question is, was he

21   arrested here in the District of Columbia?

22           PROSPECTIVE JUROR:  No, he was not.

23           THE COURT:  Okay.  And where is he presently

24   incarcerated, ma'am?

25           PROSPECTIVE JUROR:  He's been in there doing --

```
 1   out in Maryland.
 2            THE COURT:  Out in Maryland, okay.
 3            So was the agency that prosecuted him, that was
 4   somebody in Maryland; is that right?
 5            PROSPECTIVE JUROR:  Yes.
 6            THE COURT:  Okay.
 7            So, look, you may have gone through a lot with
 8   your son as a result of what's happened to him.  There are
 9   prosecutors in this case.  Do you think you could be fair to
10   them on a case they present even though your son has been
11   prosecuted for a crime?
12            PROSPECTIVE JUROR:  Yes.
13            THE COURT:  Any question in your mind that his
14   experience -- do you think his experience would impact your
15   ability to be a fair and impartial juror in this case?
16            PROSPECTIVE JUROR:  No, I don't.
17            THE COURT:  All right.
18            PROSPECTIVE JUROR:  I didn't appreciate what he
19   did.
20            THE COURT:  You didn't appreciate what he did.
21            You're the kind of mother we should all have.
22            All right.  Mr. Linder?
23            MR. LINDER:  I don't have any questions,
24   Your Honor.
25            THE COURT:  All right.  Government?
```

```
 1                 MR. NESTLER:  No questions, Your Honor.
 2                 THE COURT:  All right, ma'am.  Thank you very much
 3       for your time.  Mr. Douyon will give you some further
 4       instructions as you leave the courtroom.
 5                 PROSPECTIVE JUROR:  Thank you.
 6                 THE COURT:  Okay.  Good morning, ma'am.
 7       How are you?
 8                 PROSPECTIVE JUROR:  Good morning, Your Honor.
 9       How are you?
10                 THE COURT:  Good.  Feel free to remove your mask
11       if you'd like.
12                 Are you juror 0800?
13                 PROSPECTIVE JUROR:  Yes, sir.
14                 THE COURT:  All right.  And your juror
15       questionnaire should be in front of you if you'd like to
16       refer to it.
17                 So I'm going to follow up on some of your answers
18       to your juror questionnaire -- to some of your answers to
19       the jury questionnaire so if you would, why don't you turn
20       to page 10 with me.  And you answered Question 39 that you'd
21       seen some videos that you had watched the news coverage of
22       the events of January the 6th and a little bit of news
23       coverage since then.
24                 So let me ask you this:  So there are likely to be
25       some videos shown in this trial of the events of
```

1    January the 6th.  How do you think that would affect your

2    ability to be fair and impartial as a juror in this case?

3                PROSPECTIVE JUROR:  I don't think it would be a

4    problem at all.  As I said, some, very minimal.  I don't

5    even own a TV.

6                THE COURT:  I think all of us are having

7    difficulty hearing you because you may be speaking into the

8    mask.

9                PROSPECTIVE JUROR:  I'm sorry.

10               I said not at all.  I don't even own a TV.

11               But certainly I'm not isolated.  So I have seen

12   some of the coverage because it was, of course, a big news

13   item.  But I've not been one who has diligently followed the

14   case.

15               THE COURT:  Okay.

16               And so it's not surprising that you've seen some

17   coverage, the big news stories, you've said.  The question

18   is for you, as for all jurors, is could you put aside what

19   you've seen and you've read and focus on the evidence in

20   this case and be fair and impartial to these defendants?

21               PROSPECTIVE JUROR:  I most certainly could.

22               THE COURT:  You most certainly could.  Okay.

23               I'm going to ask you to turn back to Question 19

24   which is on page 7.  It asks whether you'd ever been on the

25   Capitol Grounds or inside the Capitol Building.

 1              Can you just tell us why and when you would have

 2     been on the Capitol Grounds or inside the building?

 3              PROSPECTIVE JUROR:  I'm fairly new to D.C.  But in

 4     my military career, visiting, sightseeing as a tourist.

 5              THE COURT:  Okay.

 6              And so if you are selected as a juror, you will

 7     undoubtedly be shown images of the Capitol and perhaps even

 8     the inside of the Capitol.

 9              Could you sort of set aside what you have learned

10     or seen inside the Capitol and just focus on the evidence

11     about that as it's presented in this case?

12              PROSPECTIVE JUROR:  Yes, Your Honor.

13              THE COURT:  All right.  And then you have

14     indicated that you've served as a juror before in a criminal

15     trial.  Was that here in the District of Columbia?

16              PROSPECTIVE JUROR:  Yes, it was.

17              THE COURT:  Was that in Superior Court or here?

18              PROSPECTIVE JUROR:  Superior Court.

19              THE COURT:  In Superior Court.  Okay.

20              And I don't need to know whether the jury reached

21     a verdict -- well, I guess actually it does say, "That jury

22     did not reach a verdict."

23              Is that right?

24              PROSPECTIVE JUROR:  We did not.

25              THE COURT:  And whatever you may have learned

1    about the criminal justice process and criminal jury trials

2    through that experience, would you be able to set that aside

3    and follow the instructions that I give you?

4            PROSPECTIVE JUROR:  Yes, Your Honor.

5            THE COURT:  All right.  Any follow-up, Mr. Linder?

6            MR. LINDER:  Just briefly, Your Honor.

7            THE COURT:  Hang on, Mr. Linder.  One more quick

8    question.

9            You asked -- also answered Question 50 yes, and

10   that question asked whether you or a close family friend has

11   ever worked in any aspect of the legal field.

12           And can you tell us about that.

13           PROSPECTIVE JUROR:  My ex-fiancé was a -- is an

14   attorney.

15           THE COURT:  Okay.

16           And can you tell us your ex-fiancé, what area of

17   the law he or she practices in?

18           PROSPECTIVE JUROR:  In the Public Defender's

19   Office.

20           THE COURT:  In the Public Defender's Office?

21           PROSPECTIVE JUROR:  Yes.

22           THE COURT:  Okay.  And is that in D.C. or

23   somewhere else?

24           PROSPECTIVE JUROR:  In New Jersey.

25           THE COURT:  In New Jersey?

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  And, you know, so as somebody who's a

 3   Public Defender, he obviously represented individual

 4   criminal defendants, and you about undoubtedly spoke to him

 5   about his work.  Is that fair?

 6              PROSPECTIVE JUROR:  That's fair.

 7              THE COURT:  And anything about your -- what you've

 8   learned from him that has sort of caused you to form views

 9   about the criminal justice system?

10              PROSPECTIVE JUROR:  No.  It was very long ago.

11              THE COURT:  It was long ago?

12              Okay.  And is there anything about your

13   relationship with him and his work that could cause you to

14   think you would have trouble being fair and impartial to

15   both sides in this case?

16              PROSPECTIVE JUROR:  No, Your Honor.

17              THE COURT:  All right.  Thank you, ma'am.

18              Any follow-up, Mr. Linder?

19              MR. LINDER:  You took my question, Your Honor.

20              THE COURT:  All right.

21              MR. NESTLER:  Just briefly, what do you do for a

22   living, ma'am?

23              PROSPECTIVE JUROR:  I'm a Registered Nurse.

24              MR. NESTLER:  Great.  Thank you so much.

25              PROSPECTIVE JUROR:  You're welcome.
```

1          THE COURT:  All right, ma'am.  Thank you very much

2    for your time this morning.  Mr. Douyon will show you out of

3    the courtroom and provide you with some additional

4    instructions.

5          Good morning, sir.  How are you?

6          PROSPECTIVE JUROR:  Good morning.  How are you,

7    sir?

8          THE COURT:  Good.  Thank you.

9          Feel free to remove your mask if you'd like while

10   we're chatting.

11         You are Juror 0751; is that right?

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  All right.

14         So thank you, first and foremost, for coming in

15   and completing your questionnaire, and thank you for your

16   service here today.

17         I'm going to have some questions for you about

18   some of the responses you had to these questions.  Let me

19   turn, if I could, first and foremost, to page 12,

20   Question 63.  If you would turn to that, please.

21         So that question asked -- essentially what that

22   question does is sort of tells you what the charges are in

23   this case and then asked:  Is there anything about the

24   charges without more that might affect your ability to

25   fairly evaluate the evidence or determine whether the

1    government has proven a defendant's guilt beyond a

2    reasonable doubt?

3            And you answered that question yes.

4            Can you tell us why you answered that question

5    yes, sir?

6            PROSPECTIVE JUROR:  Well, the one part of it.

7    Some of this stuff I barely did understand --

8            THE COURT:  Okay.

9            PROSPECTIVE JUROR:  -- because I don't do a lot of

10   reading and understand stuff.

11           And when I was reading some of it, it was a part

12   in here I wanted to say about the -- my brother-in-law is a

13   detective.

14           THE COURT:  Okay.

15           PROSPECTIVE JUROR:  And he was down there when

16   this happened.

17           THE COURT:  He was on Capitol Hill on January 6th?

18           PROSPECTIVE JUROR:  He was one of the officers,

19   not at the Capitol Hill, but he was in that facility that he

20   had to serve at that time.

21           THE COURT:  Okay.

22           PROSPECTIVE JUROR:  And I didn't see anything in

23   there that I could read to put that in.

24           THE COURT:  Okay.  Well, I'll ask you some

25   questions about that in a moment, because I think you did

```
 1   answer some questions that would probably get us that
 2   answer.
 3               PROSPECTIVE JUROR:  Okay.
 4               THE COURT:  But just in terms of Question 63, so
 5   let me just sort of repeat.  These are the charges in the
 6   case, okay?
 7               PROSPECTIVE JUROR:  Okay.
 8               THE COURT:  And the charges are just that; they
 9   are a -- that's what these defendants stand accused of.
10   They are presumed innocent, so it's just a charge.  They are
11   presumed to be innocent.  And it would be your job as a
12   juror to determine whether the government had proved their
13   guilt beyond a reasonable doubt.
14               Do you understand all that?
15               PROSPECTIVE JUROR:  Yes.
16               THE COURT:  And so here are the charges that are
17   against these individual defendants:  seditious conspiracy,
18   conspiring to obstruct an official proceeding,
19   obstruction -- obstructing an official proceeding,
20   conspiring to prevent an officer from discharging their
21   duties, destroying government property, committing civil
22   disorder, and tampering with documents or proceedings and
23   aiding and abetting.
24               So now that you've heard those charges again, is
25   there anything about just hearing those charges that could
```

1    cause you to think you wouldn't be able to be fair to the

2    defendants in this case?

3            PROSPECTIVE JUROR:  With just reading it,

4    honestly, I would still say yes.

5            THE COURT:  You would say yes still?

6            PROSPECTIVE JUROR:  Yeah.

7            THE COURT:  Can you tell us why that is.

8            PROSPECTIVE JUROR:  My concept being, I'm a

9    righteous person.  So if I feel as though someone done

10   something wrong, I just feel as though I can't change my

11   mind.

12           THE COURT:  Okay.

13           So as I just -- as I said earlier --

14           PROSPECTIVE JUROR:  I mean, I understand what

15   you're saying.  They're not guilty until proven guilty.

16           THE COURT:  Right.

17           PROSPECTIVE JUROR:  But in my concept of reading

18   this, that's just my thought.

19           THE COURT:  That's your thought?

20           PROSPECTIVE JUROR:  Yeah.

21           THE COURT:  So if I were to instruct you, as I've

22   just sort of said, that, look, you've got -- the charges are

23   just that --

24           PROSPECTIVE JUROR:  Charges, right.

25           THE COURT:  -- just charges.  And, again, these

1   defendants are presumed innocent.  Do you think you could

2   follow those instructions?

3           PROSPECTIVE JUROR:  I will do my best to follow

4   them truthfully.

5           THE COURT:  You will do your best.  But do you

6   think you would -- as you've just told us, do you have any

7   reason to think that you would not be able to follow those

8   instructions?  And just because they've been charged --

9   because this would be an instruction:  You can't presume

10  guilt just because they've been charged.

11          PROSPECTIVE JUROR:  Right.  Right.

12          THE COURT:  Do you think you would presume guilt

13  just because they've been charged?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  You would not presume guilt just

16  because they've been charged.

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.

19          And do you think you could follow the instruction

20  to presume them innocent?

21          PROSPECTIVE JUROR:  If it's come up proving

22  innocent, yeah.

23          THE COURT:  Well, that's a different issue.  We

24  can talk about that in a moment.  But they're presumed

25  innocent.

1              PROSPECTIVE JUROR:  Right.

2              THE COURT:  In other words, right now they are

3    presumed innocent.

4              PROSPECTIVE JUROR:  Presumed innocent.

5              THE COURT:  And they remain innocent unless and

6    until the government proves their guilt beyond a reasonable

7    doubt.

8              PROSPECTIVE JUROR:  Right.

9              THE COURT:  Could you follow that instruction --

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  -- or that principle of law?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  All right.

14             Let's turn to Question 54, and that asks whether

15   you have such strong opinions about any aspect of the events

16   that occurred at the U.S. Capitol on January 6th that would

17   affect your ability to be fair and impartial.

18             Can you tell us why you answered that question.

19             PROSPECTIVE JUROR:  Which one was it?

20             THE COURT:  54 -- I' sorry.  45.  I misspoke.  45.

21   Sorry about that.

22             PROSPECTIVE JUROR:  Well, that almost goes to a

23   situation of racial concepts on my part, because I look at

24   what went on, compared it to when we go down there and went

25   through that concept, it was a whole different ballgame.  We

```
1    would have been tear-gassed and shot and everything else.
2    They go down there, nothing get done.
3             THE COURT:  Okay.
4             So --
5             PROSPECTIVE JUROR:  It would be hard for me to
6    really decide.  I'm just being -- you know.
7             THE COURT:  Given those feelings, do you think
8    it would be hard for you to --
9             PROSPECTIVE JUROR:  Yes, it would be.
10            THE COURT:  Okay.
11            All right.  Any objections?
12            MR. LINDER:  No, sir.
13            MR. NESTLER:  No objection, Your Honor.
14            THE COURT:  All right.  Sir, thank you for your
15   time this morning.  Mr. Douyon will show you out of the
16   courtroom and give you some further instructions.
17   Thank you.
18            0751 will be stricken for cause.
19            Good morning, sir, how are you?
20            PROSPECTIVE JUROR:  Good, how are you?
21            THE COURT:  I'm good.
22            You are juror 1264; is that right?
23            PROSPECTIVE JUROR:  That's correct.
24            THE COURT:  All right.
25            Feel free to remove your mask if you'd like while
```

we're chatting.

Your juror questionnaire is in front you.  If you'd like to refer to it, by all means do so.

So if I could ask you to begin at page 11 and your response to Question 46, that question was, have you read, seen, or heard anything about the Oath Keepers organization, and you answered that yes.  Can you tell us what you have read, seen or heard?

PROSPECTIVE JUROR:  I just vaguely know that they are a group that was here during January 6th.

THE COURT:  Do you know anything more than that, that they were here on January the 6th?

PROSPECTIVE JUROR:  Not really.

THE COURT:  When you say not really, let me just -- again, I want to just be sure -- is there any other fact that you think you've learned about the group that we should know about?

PROSPECTIVE JUROR:  Well, I had the January 6th hearings on --

THE COURT:  Right.

PROSPECTIVE JUROR:  -- just kind of in the background at work.  So I may have picked up things from that but I don't recall a lot of that.

THE COURT:  Okay.  So that was actually -- you anticipated my next question, which is question 44, is that

1    you said you had watched the January 6th Committee hearings.

2            Can you give a sense of how often you watched

3    those and how careful you follow these hearings.

4            PROSPECTIVE JUROR:  I had them all on for their

5    entirety up to this point but they were mostly just on in

6    the background while I worked.

7            THE COURT:  Okay.

8            And as a result of listening to them, do you

9    recall hearing anything mentioned or any testimony about the

10   Oath Keepers?

11           PROSPECTIVE JUROR:  Yes, I believe there was a

12   former member or somebody that was formerly associated with

13   them.

14           THE COURT:  Okay.  And what do you recall from

15   that person's testimony?

16           PROSPECTIVE JUROR:  That the Oath Keepers were

17   involved in some organization before January 6th and were

18   active on that day.

19           THE COURT:  Okay.

20           Anything else from that testimony that you can

21   recall?

22           PROSPECTIVE JUROR:  Not really.

23           THE COURT:  You know, as a juror, we don't expect

24   that you've shut your televisions off before you became a

25   juror, but the question for you is whether you would be able

1    to put aside what you've heard and learned from the

2    January 6th Committee hearings and focus only on the

3    evidence as it's presented in this case and the law as it's

4    presented in this case.

5           Do you have any concern that you would not be able

6    to do that?

7           PROSPECTIVE JUROR:  I do not.

8           THE COURT:  And a few questions above you said

9    that you've seen some videos, you watched the events of

10   January 6th live and you've seen -- seen or read a lot of

11   news coverage about it.  It's my expectation that you will

12   see videos in this case, maybe some you've seen before, most

13   likely some that you have not seen previously.  Do you have

14   any reason to think that sort of watching videos would cause

15   any -- cause in any way for you to not -- affect your

16   ability to be fair and impartial?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  And in terms of the news coverage, is

19   there anything about that news coverage that you think would

20   cause you not to be fair and impartial?

21          PROSPECTIVE JUROR:  No, I've generally stayed away

22   from the news coverage.

23          THE COURT:  And could you put aside what you may

24   have learned and focus only on the evidence in the case?

25          PROSPECTIVE JUROR:  Yes.

1          THE COURT:  All right.  If I could turn -- ask you

2    to turn to page 2, bottom of page 13, asked whether you or a

3    close friend or family member have ever been employed at the

4    U.S. Capitol in any capacity.  Can you tell us that?

5          PROSPECTIVE JUROR:  Sorry, which page was that?

6          THE COURT:  Page -- I'm sorry, I don't know why I

7    said page 6.  It's page 6 at the bottom, it's probably --

8          PROSPECTIVE JUROR:  Got you.

9          THE COURT:  -- Question 13.

10          PROSPECTIVE JUROR:  Yes, I worked in the Capitol.

11          THE COURT:  You did.  And can you tell us in what

12    capacity?

13          PROSPECTIVE JUROR:  I was in a legislative office

14    for about four years.

15          THE COURT:  Are you currently in that -- working

16    at the Capitol?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  How long ago was that?

19          PROSPECTIVE JUROR:  That ended in 2015.

20          THE COURT:  And do you still have friends,

21    professional connections from -- with people that you worked

22    with at the time that currently still work at the Capitol?

23          PROSPECTIVE JUROR:  Not that I'm currently in

24    touch with, no.

25          THE COURT:  Have you, after January the 6th,

1   did you reach out to anybody who you used to work with just

2   to ask them whether they were okay or whether they were on

3   the Hill at that time?

4           PROSPECTIVE JUROR:  I did not.

5           THE COURT:  So obviously the events of January 6th

6   were focused on the U.S. Capitol building.  Is there

7   anything about your prior work at the U.S. Capitol and

8   working in a legislative capacity that you think might

9   affect your ability to be fair and impartial.

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  You also answered Question 14, which

12  asked whether you or a close friend or family member has

13  been employed by the federal government.  Can you tell us

14  that?

15          PROSPECTIVE JUROR:  I have some friends that work

16  at the FDA.

17          THE COURT:  At the FDA?

18          PROSPECTIVE JUROR:  Yeah.

19          THE COURT:  And do any of those friends work in an

20  enforcement capacity?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  You answered Question 18 which asked

23  whether you or close friends or family members had attended

24  any rally, protest or demonstration in the last five years.

25  Can you tell a little bit about that.

```
 1              PROSPECTIVE JUROR:  I've gone to a couple
 2    different rallies, I guess, in the last few years, for
 3    various things.
 4              THE COURT:  Okay.
 5              And we don't mean to pry but could you just
 6    describe what nature of those rallies were.
 7              PROSPECTIVE JUROR:  Like what the issues were?
 8              THE COURT:  Right.
 9              PROSPECTIVE JUROR:  I believe there was one in
10    2019 for -- after the Black Lives Matter movement started, I
11    attended that.  And I'm trying to think.
12              That's all I can think of, actually.
13              THE COURT:  Okay.  So, you know, look, nobody
14    expects a juror to come in and not have expressed their
15    political views, but the question really here is could you
16    set your political views aside and be fair and impartial to
17    these defendants?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  And if you were to learn during the
20    course of this trial -- well, say, hypothetically during the
21    course of the trial you were to learn that the defendants
22    had different political views than you do, would that affect
23    your ability to be fair to them?
24              PROSPECTIVE JUROR:  No.
25              THE COURT:  I'll ask you to please turn to page
```

1   11, Question 54.  That question asked, have you or a close

2   friend or family member ever been the victim of a crime,

3   reported or not.  Can you share a little bit about that with

4   us.

5           PROSPECTIVE JUROR:  I've had a friend that's been

6   mugged.

7           THE COURT:  Okay.  And did that happen here in the

8   District of Columbia?

9           PROSPECTIVE JUROR:  It did not.

10          THE COURT:  Anything about your friend's

11  experience with law enforcement that could affect your

12  ability to be fair and impartial here?

13          PROSPECTIVE JUROR:  No.

14          THE COURT:  Also asked in Question 56 whether any

15  close friend or family members ever testified as a witness

16  in any court proceeding.  Can you tell us about that.

17          PROSPECTIVE JUROR:  My current partner, before we

18  met, was in a court proceeding.  She was -- I don't actually

19  know what the charges were but she was accused of -- I don't

20  know if it was assault or something like that, against

21  somebody else.

22          THE COURT:  Okay.  So she was a defendant in the

23  case?

24          PROSPECTIVE JUROR:  Yes.

25          THE COURT:  And do you know how long ago that was?

1              PROSPECTIVE JUROR:  Five or six years, I think.

2              THE COURT:  And do you know whether that happened

3    in the District of Columbia or elsewhere?

4              PROSPECTIVE JUROR:  It did.

5              THE COURT:  It happened here in D.C.

6              And can you tell us what the outcome of that case

7    was?

8              PROSPECTIVE JUROR:  She was acquitted.

9              THE COURT:  She was acquitted.

10             And so I don't know who the prosecutors were in

11   that case against her but they may be from the same office

12   as prosecutors in this case.

13             PROSPECTIVE JUROR:  I don't know who the

14   prosecutors were either.

15             THE COURT:  Okay.

16             But is there any concern that the same office of

17   prosecutors may be involved?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  The same office is involved that would

20   cause any concerns for you?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  Anything about her experience that

23   you've learned about that would cause you to think you

24   wouldn't be fair to the government in this case?

25             PROSPECTIVE JUROR:  No.

1          THE COURT:  And then Question 57, and maybe this

2  is the same response or basis for the response, which is

3  whether a close friend or family member has ever been

4  arrested, charged, prosecuted or convicted of a crime.

5          PROSPECTIVE JUROR:  Yes, that's the same.

6          THE COURT:  Same person.  Okay.

7          I should have asked this earlier.  Have you

8  watched or read any news coverage of the events of January

9  the 6th or relating to this case since you've completed the

10  questionnaire?

11          PROSPECTIVE JUROR:  No.

12          THE COURT:  And would it pose any hardship for you

13  to begin trial or to report for trial at 8:30 in the

14  morning?

15          PROSPECTIVE JUROR:  No.

16          THE COURT:  Any follow-ups, Mr. Linder?

17          MR. LINDER:  Yes, Your Honor.

18          Good morning.  How are you?

19          PROSPECTIVE JUROR:  Good.  How are you?

20          MR. LINDER:  Good.  Thank you very much for

21  filling out this questionnaire and being here this morning.

22          I want to direct -- I want to go back the Oath

23  Keepers question, Question 46 on page 11.  And you gave a

24  very vague, what I felt was a vague response to what you'd

25  heard of them, that we've noticed that you're an avid poster

1    on Twitter, and you've posted stuff about January 6th or

2    re-posted stuff about January 6th.  Would it be safe to say

3    that you've got strong opinions about January 6th?

4              PROSPECTIVE JUROR:  Yeah.

5              THE COURT:  What are your opinions about

6    January 6th?

7              PROSPECTIVE JUROR:  I believe strongly in the rule

8    of law and our democracy, and I think it's important to have

9    a peaceful transfer of power.

10             THE COURT:  Okay.

11             And so our clients are charged with trying to

12   interfere with that transfer of power.  Based on your

13   postings and your feelings about the peaceful transfer of

14   power, would you find it difficult to be fair to our clients

15   that are charged with trying to interfere with that process?

16             PROSPECTIVE JUROR:  I don't understand any of the

17   evidence or allegations against your clients.

18             MR. LINDER:  Okay.

19             If you found that our clients were charged with

20   trying to interfere with the lawful transfer -- or the

21   peaceful transfer of power, should we say, would that affect

22   your ability to be fair in this case?

23             PROSPECTIVE JUROR:  No.

24             MR. LINDER:  So even though you post on Twitter

25   and all this that you've got opinions about January 6th, you

1    think you can be fair to these defendants?

2         PROSPECTIVE JUROR:  I don't post on Twitter very

3    often.

4         MR. LINDER:  But you have posted about January 6th

5    and re-posted things about January 6th.

6         PROSPECTIVE JUROR:  Yeah.

7         MR. LINDER:  Okay.  And your opinion is negative

8    about the events that transpired that day?

9         PROSPECTIVE JUROR:  Yes.

10         MR. LINDER:  But you're saying you would not hold

11   that against our clients?

12         PROSPECTIVE JUROR:  I feel very capable of being

13   able to apply the rules of this court to this case.

14         MR. LINDER:  What are your feelings about people

15   who generally support Donald Trump?

16         PROSPECTIVE JUROR:  I would have to have a

17   conversation with them.

18         MR. LINDER:  You would what?

19         PROSPECTIVE JUROR:  I would have to have a

20   conversation with them to know how I feel about them.

21         MR. LINDER:  But you're unable to have a

22   conversation with out clients.  And so if it came out later

23   that some of them supported Trump, would that then affect

24   your ability to be fair?

25         PROSPECTIVE JUROR:  I understand that that's the

1   case, that some people support Donald Trump, and I don't

2   hold that against them.

3            MR. LINDER:  Okay.  Question No. 62 is a question

4   of law, a legal principle.  You answered it in the negative,

5   that you wouldn't hold it against our clients if they chose

6   not to testify.

7            I'm going to ask you very specifically:  If you

8   hear three or four weeks of evidence from this side of the

9   room and our clients choose not to take the stand and

10  testify in their own defense, are you going to hold that

11  against them?

12           PROSPECTIVE JUROR:  No.  I understand that that's

13  their right.

14           THE COURT:  Okay.

15           MR. LINDER:  And would that change if some of them

16  decided to testify and some of them did not?

17           PROSPECTIVE JUROR:  No, because it's still their

18  right.

19           MR. LINDER:  No further questions.

20           THE COURT:  All right.  Mr. Nestler?

21           MR. NESTLER:  No questions, Your Honor.

22           THE COURT:  All right.  Sir, thank you very much

23  for time.  Mr. Douyon will show you out of the courtroom and

24  provide you with some additional instructions.  Thank you.

25           MR. LINDER:  I would like to submit Juror 1264 for

1    cause.

2              THE COURT:  Okay.  I'll overrule the objection,

3    notwithstanding the fact that he's tweeted about January 6th

4    and expressed some opinions publicly about it.  He was quite

5    firm in response to your questions that notwithstanding his

6    having done so and expressions of public opinion, that he

7    could be fair and impartial to these defendants.

8              MR. LINDER:  Okay.

9              THE COURT:  Hi, sir.  How are you?

10             PROSPECTIVE JUROR:  Fine.  Thank you.

11             THE COURT:  Have a seat and feel free to remove

12   your mask if you'd like.

13             You are Juror 1149; is that right?

14             PROSPECTIVE JUROR:  Correct.

15             THE COURT:  And you should have your juror

16   questionnaire there in front of you.  Feel free to refer to

17   it.

18             If you could, please, turn to page 11 and

19   Questions 45 through 48.  Okay.

20             So Question 45 asks whether you have such strong

21   opinion about the events of January 6th that would affect

22   your ability to be fair and impartial as a juror in this

23   case.

24             Can you tell us why you answered that question

25   yes?

1           PROSPECTIVE JUROR:  I would say probably because
2   of my familiarity with the events of the day.
3           THE COURT:  Okay.
4           PROSPECTIVE JUROR:  The day that it occurred,
5   I was watching it live-streamed and chatting with other
6   friends and government service regarding the events
7   unfolding.
8           THE COURT:  And the friends that you were chatting
9   with, were they people who are on Capitol Hill or at other
10  parts of the government?
11          PROSPECTIVE JUROR:  No.  Talked with friends on
12  Capitol Hill later.
13          THE COURT:  Okay.
14          So a lot of people followed those events live and
15  have talked to their friends about those events of that day.
16          But the question for you is, as a juror, your task
17  would be to evaluate the evidence that's presented in this
18  case and apply the law as I instruct you to.
19          Do you think the fact that you watched those
20  events live and discussed it, that that would affect your
21  ability to be fair and impartial in this case?
22          PROSPECTIVE JUROR:  No.
23          THE COURT:  And you also have -- and let me just
24  follow up on that.  You know, some of what may be presented
25  in this case may bring back memories of what you saw on

1     January the 6th; it may bring back -- remind you of your

2     conversations that you were having with friends during that

3     time.

4          Do you think that sitting as a juror in this case

5     and hearing that kind of evidence could cause you to not

6     view things objectively?

7          PROSPECTIVE JUROR:  I think I'd be able to still

8     view objectively.

9          THE COURT:  View things objectively.  Okay.

10         So Question 46 asks whether you have read, seen,

11    or heard anything about the Oath Keepers organization.  Can

12    you tell us what you have read, seen, or heard?

13         PROSPECTIVE JUROR:  Through social media and

14    through news media, just familiarity and their presence at

15    various rallies, both January 6th, as well as prior to

16    January 6th on the multiple occasions that they showed up in

17    D.C. and conducted protests in D.C. prior to the 6th.

18         THE COURT:  Okay.

19         And is there anything more than just their

20    presence at protests that you have come to learn?

21         PROSPECTIVE JUROR:  Just what I've read in media

22    regarding belief system and ideology that drives the group.

23         THE COURT:  Can you tell us what you mean by that?

24         PROSPECTIVE JUROR:  The impressions it left me was

25    that it is a group that has very strong beliefs with regard

 1   to race and who belongs and who belongs and who doesn't and

 2   applicability of constitutional law.

 3          THE COURT:  Okay.

 4          So having learned those things or at least read

 5   those things, the group itself is not on trial here.

 6          PROSPECTIVE JUROR:  Right.

 7          THE COURT:  There are individuals who are alleged

 8   to be members of that group who are on trial.  Do you think,

 9   based on what you have heard, that you could set that aside

10   and still evaluate the evidence dispassionately in this case

11   and apply it fairly to these defendants?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Even though you've heard the

14   organization may stand for things that you don't agree with?

15          PROSPECTIVE JUROR:  Correct.

16          THE COURT:  You also answered Question 47 in which

17   you had said that you thought that what you've read, seen,

18   or heard about the Oath Keepers would affect your ability to

19   be fair and impartial.  And you answered that yes.  Can you

20   tell us why you answered that yes?

21          PROSPECTIVE JUROR:  Just in regards to what I had

22   shared just now around their ideology and what they stand

23   for.

24          THE COURT:  Okay.

25          And you've said something -- when I asked you

```
1    whether your understanding of their ideology would affect
2    your ability to be fair and impartial, and your answer today
3    is no; is that right?
4              PROSPECTIVE JUROR:  Correct.
5              THE COURT:  Okay.
6              And can I ask why today the answer is no; whereas,
7    on the day you filled out the questionnaire, you answered 47
8    yes.
9              PROSPECTIVE JUROR:  I think the important thing
10   was the delineation you made between the personal defendants
11   versus the organization writ large.
12             THE COURT:  Okay.
13             You also said that you had heard allegations or
14   read, seen, or heard something about these particular
15   defendants in Question 48.  Can you tell us what you have
16   seen, read, or heard?
17             PROSPECTIVE JUROR:  Just what I had seen generally
18   in the news reports and through the video clips that have
19   played since January 6th.
20             THE COURT:  Okay.
21             And have you formed opinions about the guilt or
22   innocence of these defendants based on what you've seen or
23   read?
24             PROSPECTIVE JUROR:  No, I -- I wouldn't say that I
25   don't have preconceived ideas.
```

1          THE COURT:  Okay.  What are you preconceived

2     ideas, to the extent that you have them?

3          PROSPECTIVE JUROR:  Just that with the

4     Oath Keepers and, if I understand correctly, Stewart Rhodes

5     being one of the leaders in terms of instigating the events

6     of January the 6th.

7          THE COURT:  Okay.

8          Now, that's something that you've read.  The

9     question I have is whether you would be able to put that

10    aside and focus only on the evidence in this case.

11         Is that something you think you could do?

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  And say, hypothetically, the evidence

14    actually was to the contrary, that Mr. Rhodes didn't and

15    these Oath Keepers didn't instigate anything on January 6th;

16    would you be able to accept that evidence even though it's

17    different than what you may have read.

18         PROSPECTIVE JUROR:  As long as the evidence shows

19    it.

20         THE COURT:  Okay.

21         So let me ask you on page 10.

22         PROSPECTIVE JUROR:  You had answered questions

23    about news coverage and videos and we've had a fair amount

24    of discussion about that already, I think.

25         But just as a general proposition, have you

1  watched any news coverage about this case or about

2  January 6th since you completed the questionnaire?

3           I have tried to avoid that coverage --

4           THE COURT:  Okay.

5           PROSPECTIVE JUROR:  -- based on the instructions

6  received.

7           THE COURT:  And have you been successful in that?

8           PROSPECTIVE JUROR:  By and large, yes.

9           THE COURT:  Is there anything that you've read,

10  even inadvertently?  If it's inadvertent, that's fine.  But

11  I'm just curious.  Is there anything you've inadvertently

12  come across?

13           PROSPECTIVE JUROR:  Just tidbits in conversations

14  here and there where someone was indicating the ongoing work

15  of the congressional committee.

16           THE COURT:  Okay.

17           And that information that you read or heard, did

18  that have to do with Oath Keepers or any of these

19  defendants?

20           PROSPECTIVE JUROR:  No.

21           THE COURT:  You've described yourself as somebody

22  who's seen some videos and watched or read a lot of news

23  coverage.

24           Would you be able to set that aside and focus on

25  the evidence in this case as it's presented and the law

1    that's presented.

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  And if you came to the conclusion that

4    the government had not met its burden, notwithstanding what

5    you've read outside in the media, do you think you would be

6    able to vote in favor of a not-guilty verdict?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  Any question in your mind that you

9    would be able to do that?

10         PROSPECTIVE JUROR:  No.

11         THE COURT:  You also answered Question 42, that

12   you do follow someone on social media platforms who

13   regularly reports or comments on the events of January the

14   6th.  Can you tell us who that is?

15         PROSPECTIVE JUROR:  It's someone on a Twitter

16   feed.  I'm trying to think if it's Josh Campbell.  I can't

17   even remember his name as far as a reporter.

18         THE COURT:  And is it through that reporter and

19   other people that you may follow or however your stream

20   comes up that you've learned additional things or you've

21   followed things about January the 6th?

22         PROSPECTIVE JUROR:  Most of what I've learned has

23   been through regular news media and through personal

24   acquaintances here in D.C.

25         THE COURT:  Okay.

1    You also answered Question 43 that you have a --
2    you or a close family friend or family member has been
3    employed or has had association with in connection with the
4    House Select Committee that's investigating the January 6th
5    events.  Can you tell us about that?
6        PROSPECTIVE JUROR:  I think I had misread that.
7    We have a close family friend who works for someone in the
8    House.
9        THE COURT:  Someone in the House.
10       PROSPECTIVE JUROR:  Yeah.
11       THE COURT:  But not on the committee.
12       PROSPECTIVE JUROR:  Not on the committee.
13       THE COURT:  So is it fair that you don't know
14   anyone who's a close friend or family member who's employed
15   by that committee or working with that committee?
16       PROSPECTIVE JUROR:  That is correct.
17       THE COURT:  The friend that you mentioned who
18   works on the Hill in the House, was that person at the
19   Capitol on January the 6th?
20       PROSPECTIVE JUROR:  At the time I thought that
21   they were.  In following up, I think they were absent that
22   particular day.
23       THE COURT:  And have you discussed the events of
24   that day with that person after January 6th?
25       PROSPECTIVE JUROR:  Not over the past several

1    months.

2              THE COURT:  Okay.  But how about before then?

3              PROSPECTIVE JUROR:  Just very briefly.

4              THE COURT:  And can you tell us just generally

5    what that person shared with you about the events of that

6    day.

7              PROSPECTIVE JUROR:  Just the sense of fear in the

8    office that was experienced among the congressional staff as

9    the events unfolded.

10             THE COURT:  And how do you think that would affect

11   your ability to be a juror in this case having heard what

12   you heard from your friend who works on the Hill?

13             PROSPECTIVE JUROR:  I think even trying to --

14   I think it has some impact in that just being able to recall

15   what friends and associates may have experienced on that day

16   while working.

17             THE COURT:  And when you say might have some

18   impact, what do you mean?

19             PROSPECTIVE JUROR:  Essentially being in the back

20   of my mind, not necessarily weighing as evidence but

21   certainly a feeling of awareness that this is an experience

22   that they went through and the emotions and things that they

23   experienced in that event.

24             THE COURT:  Do you have any concern, because I

25   expect that there will be video of the events of that day

1  presented at trial, and do you have concern that if you're

2  selected as a juror, that watching the video of the events

3  of that day could -- they weren't your feelings, I think,

4  but to bring back what you just described, the knowledge and

5  the understanding that people who were on the Hill that day

6  were frightened and had fear of the events of that day.

7          PROSPECTIVE JUROR:  Potentially.  It's a question

8  I've been asking myself the past couple weeks.

9          THE COURT:  Okay.

10         And how have you answered that question yourself.

11         PROSPECTIVE JUROR:  Honestly I'm still wrestling

12  with that question.

13         THE COURT:  Okay.

14         PROSPECTIVE JUROR:  I don't know that I have the

15  best answer, a clear yes-or-no answer that I can give.

16         THE COURT:  Okay.

17         Do you have concerns, and I'm not asking for

18  absolutes, do you have concerns that if you were impaneled

19  as a juror, that some of the things that you've been

20  wrestling with and asking yourself, that that could prevent

21  you from being fair and impartial to these defendants?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  You have no concerns.

24         PROSPECTIVE JUROR:  Simply because my job is to

25  look at the evidence as presented in the hearing.

1           THE COURT:  So in Question 37, you listed a fair

2    number of people who were on the parties' lists of people

3    whose names might be mentioned or called as witnesses.  You

4    mentioned, is the first No. 6 there?

5           PROSPECTIVE JUROR:  Yes.

6           THE COURT:  Okay.  That is Mr. Alexander.  Do you

7    know him personally or is he someone that you have --

8           PROSPECTIVE JUROR:  No, I know of none of these

9    names personally.

10          THE COURT:  Okay.

11          PROSPECTIVE JUROR:  Just from reports and things

12   that I have read and seen.

13          THE COURT:  Okay.

14          And I don't know whether he will be called as a

15   witness or not, but if he were to be called as a witness,

16   would you have any preconceptions about him based upon what

17   you've read and seen?

18          PROSPECTIVE JUROR:  Certainly the ideas that I've

19   formulated in my mind, sure, I suppose so.

20          THE COURT:  Well, let me ask it differently, which

21   is, would you be able to -- do you have any reason to doubt

22   or do you have any reason to question whether you would be

23   able to assess his credibility as a witness and what he

24   testifies in this case based on that testimony and that

25   testimony alone and any other evidence that gets presented

1    in the case?

2            PROSPECTIVE JUROR:  No.

3            THE COURT:  You also identified No. 49, and

4    is there any problem with me mentioning with who these

5    people are for the most part?

6            MR. NESTLER:  No, Your Honor.

7            THE COURT:  John Eastman, I don't expect that he

8    will be a witness here.  I don't know that his name would

9    even be mentioned.

10           113, Peter Navarro, same thing.

11           147, Roger Stone, it's not my expectation that he

12   would be called as a witness but his name could be

13   mentioned.

14           Anything about the fact that you've heard of

15   Mr. Stone and that his name -- anything about the fact that

16   you've heard of Mr. Stone and that he might be mentioned in

17   this case that would cause you to think you couldn't be fair

18   and impartial?

19           PROSPECTIVE JUROR:  No, since he's not the one on

20   trial.

21           THE COURT:  Okay.

22           And if you heard testimony about things Mr. Stone

23   did or the fact that he was physically present, how do you

24   think that would affect your views of these defendants if at

25   all?

```
 1              PROSPECTIVE JUROR:  To me, his presence has no

 2    bearing on the actions of the individual defendant.

 3              THE COURT:  151, Enrique Tarrio, I certainly do

 4    not expect him to be a witness and I don't know that his

 5    name will even be mentioned.

 6              184, Alex Jones, same thing, he's certainly not

 7    going to be a witness, he's got to testify elsewhere.

 8              And then at 217 is Chief Contee.  Expectations on

 9    whether Chief Contee is going to be called?

10              MR. NESTLER:  Not by the government, Your Honor.

11              MR. LINDER:  We're undecided at this point.

12              THE COURT:  Okay.

13              MR. LINDER:  It's possible he would be a witness.

14              THE COURT:  Okay.

15              And you've identified him as D.C. Police Chief and

16    husband to my spouse's co-worker.

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Have you met him before?

19              PROSPECTIVE JUROR:  No, I have not met him.

20              THE COURT:  What impressions, if any, do you have

21    of Chief Contee?

22              PROSPECTIVE JUROR:  Just that he's been a good

23    police chief for the District and have appreciated his work.

24              THE COURT:  If he were to testify in this case, do

25    you think you could objectively view his testimony?
```

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  And if for some reason you thought his

 3   testimony was not credible or was inconsistent with other

 4   evidence or other witnesses, do you think you could draw the

 5   conclusion that his testimony was not credible even though

 6   you know of him reputationally?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Why don't we move back in time,

 9   I guess, page 6, Question 13 asked whether you have a close

10   family friend who's ever been employed at the Capitol.

11   I think you already told us about that.  Is there anyone

12   else?

13              PROSPECTIVE JUROR:  There's a couple others.  The

14   names are just escaping me at the moment.

15              THE COURT:  Okay.

16              And Question 14 asks a close family friend who's

17   ever been employed by the Federal Government.  Can you tell

18   us about that?

19              PROSPECTIVE JUROR:  So that would be our close

20   friend who works, again, in the House, actually two friends,

21   one being a neighbor as well who works in the House.

22              THE COURT:  A neighbor, okay.

23              PROSPECTIVE JUROR:  Yeah.

24              THE COURT:  And was the neighbor, I don't think

25   we've talked about the neighbor.  Was the neighbor present
```

1  on January 6th on Capitol Hill?

2          PROSPECTIVE JUROR:  No, working from home,

3  I believe.

4          THE COURT:  And have you discussed with the

5  neighbor the events of that day?

6          PROSPECTIVE JUROR:  Quite a bit.

7          THE COURT:  Quite a bit.

8          And how do you think what you discussed with the

9  neighbor would effect your ability to be a juror in this

10 case?

11         PROSPECTIVE JUROR:  It wouldn't have any bearing

12 on my ability to be objective.

13         THE COURT:  All right.

14         Question 19 asked whether you've ever been on the

15 Capitol grounds or inside the Capitol Building.  Can you

16 tell us in what capacity or how you've been on the grounds?

17         PROSPECTIVE JUROR:  Occasionally visiting friends

18 on the Capitol and then also taking friends on tours or

19 family members on tours at the Capitol.

20         THE COURT:  Just you mean by that an informal --

21 you're guiding them through, not a formal tour?

22         PROSPECTIVE JUROR:  Right or with a congressional

23 tour guide.

24         THE COURT:  Okay.

25         So undoubtedly going to be evidence in this case

1    about the layout of the Capitol grounds and probably the

2    interior of the Capitol Building.  Could you set aside your

3    experiences that you've had on the Hill and focus on the

4    evidence as it's presented in this case?

5                PROSPECTIVE JUROR:  Yes.

6                THE COURT:  Close friend or family member at the

7    Capitol on January the 6th, you've said that you had two

8    friends who were employed at the House but they weren't

9    there.  Is there someone else that you had in mind in

10   Question 21?

11               PROSPECTIVE JUROR:  One of the two that I had

12   thought initially was but then has since found out he

13   wasn't.

14               THE COURT:  He was not, okay.

15               And then Question 22, concern for safety of

16   yourself, close friend or family member.  Can you tell us

17   why you answered that question yes?

18               PROSPECTIVE JUROR:  Because at the time I did not

19   know if our friends were at the Capitol so I was just

20   concerned about their safety and well-being.

21               THE COURT:  Okay.

22               All right.  I'll ask you to please turn to page 11

23   and Question 50.  That asked whether you or a close friend

24   or family member have ever worked in any aspect of the legal

25   field.

1          PROSPECTIVE JUROR:  A cousin of mine was a former

2    judge in the state of Virginia.

3          THE COURT:  Okay.  And this was, I'm sorry, your

4    cousin?

5          PROSPECTIVE JUROR:  I'm sorry?

6          THE COURT:  I'm sorry.  What was the relationship?

7          PROSPECTIVE JUROR:  Cousin.

8          THE COURT:  A cousin.  Okay.

9          And was this a federal court judge, state court

10   judge?

11         PROSPECTIVE JUROR:  State court.

12         THE COURT:  And did your cousin sit on criminal

13   cases?

14         PROSPECTIVE JUROR:  Yes, occasionally.  He was --

15   he worked in child law.

16         THE COURT:  Oh, all right.  So maybe he did

17   juvenile prosecution?

18         PROSPECTIVE JUROR:  Right.

19         THE COURT:  Okay.

20         Anything about what you may have learned from him

21   or what you know about the criminal justice system from him

22   cause you to think you couldn't be fair and impartial.

23         PROSPECTIVE JUROR:  No.

24         THE COURT:  Question 45 asks whether you or a

25   close friend or family member has ever been the victim of a

```
 1   crime.  Can you tell us about that.

 2           PROSPECTIVE JUROR:  My spouse has been held up

 3   three times.

 4           THE COURT:  Is that here in the District of

 5   Columbia?

 6           PROSPECTIVE JUROR:  Here in the District.

 7           THE COURT:  And has your spouse reported those

 8   incidents to the police?

 9           PROSPECTIVE JUROR:  Yes.

10           THE COURT:  And have people been prosecuted as a

11   result of that?

12           PROSPECTIVE JUROR:  No.

13           THE COURT:  Has anybody been arrested as a result

14   of that?

15           PROSPECTIVE JUROR:  No.

16           THE COURT:  And what, if any, feelings do you have

17   about the Metropolitan Police Department or the

18   U.S. Attorney's Office which is the prosecuting office in

19   this district as a result of what your spouse has

20   experienced?

21           PROSPECTIVE JUROR:  Has no bearing.

22           THE COURT:  Okay.

23           Any experiences that your spouse had as a result

24   of those events with either police or prosecutors that would

25   cause you to think you couldn't be fair to the government in
```

```
 1   this case.
 2            PROSPECTIVE JUROR:  No.
 3            THE COURT:  Question 55, I think you've also
 4   answered through our discussion.
 5            And let's go to Question 1 in which you said that
 6   you have some travel tickets for October 27th through
 7   October 31.  Can you tell me about that?
 8            PROSPECTIVE JUROR:  Correct.
 9            I had purchased tickets before my summons to go to
10   Portland, Oregon, visiting a friend of mine for an extended
11   weekend.
12            THE COURT:  And if you were selected as a juror,
13   how would you -- well, if you were selected as a juror and
14   had to reschedule that travel, how do you think that would
15   impact your focus as a juror here and having been called as
16   a juror here?
17            PROSPECTIVE JUROR:  I'd still be able to focus on
18   my duty here.
19            THE COURT:  Okay.
20            Any reason to think that you might have any
21   resentment or bitterness from having to miss your trip from
22   either the parties here or me?
23            PROSPECTIVE JUROR:  I would hope that I would be
24   accommodated in terms of any rebooking I'd need to get out
25   there.
```

```
1                    THE COURT:  Okay.  All right.

2              All right.  Mr. Linder.

3              MR. LINDER:  Yes, Your Honor.  Thank you.

4              Good afternoon.  How are you?

5              PROSPECTIVE JUROR:  I'm fine.  How are you?

6              MR. LINDER:  Good.  Thanks for filling out the

7    form and answering the questions.

8              I'm going to kind of ask a few of the questions

9    the judge asked in a little different way.

10             The -- you said on January 6th that day, you had

11   friends that you thought were at the Capitol, later learned

12   they weren't?

13             PROSPECTIVE JUROR:  Correct.

14             MR. LINDER:  But you were on the phone with them

15   that day?

16             PROSPECTIVE JUROR:  I was not on the phone with

17   them that day.

18             MR. LINDER:  Were you communicating with them on

19   some level?

20             PROSPECTIVE JUROR:  No.

21             MR. LINDER:  Because you said you feared for

22   someone's safety.  Was that one of those?

23             PROSPECTIVE JUROR:  Correct.  I was, through my

24   spouse.  My spouse was communicating with one of them.

25             MR. LINDER:  Okay.
```

1          And so did you have concerns for this person's

2    safety that day?

3          PROSPECTIVE JUROR:  Well, for their safety, as

4    well as everyone's safety that day.

5          MR. LINDER:  Okay.

6          And you have friends that work in the Capitol?

7          PROSPECTIVE JUROR:  Uh-huh.

8          MR. LINDER:  Okay.

9          And would you agree that your opinion is that

10   those events were fairly traumatic?

11         PROSPECTIVE JUROR:  Yes.

12         MR. LINDER:  Okay.  And you believe you've read

13   and/or believe that the Oath Keepers had something to do

14   with that?

15         PROSPECTIVE JUROR:  Based on what I have read,

16   I believe that they were a part of that.

17         MR. LINDER:  Okay.  So you have a belief, as you

18   sit here today, that they were a part of that problem that

19   day.

20         PROSPECTIVE JUROR:  Correct.

21         MR. LINDER:  That's why you indicated on

22   Questions, I guess, 45 and 46 on page 11 that you didn't

23   think you could be fair.

24         PROSPECTIVE JUROR:  Right.

25         MR. LINDER:  Okay.

1          I know the Judge has asked you this question, and

2     he has a way of asking these questions in a very calm

3     demeanor.  But in reality, would it be safe to say that you

4     might be a better-suited juror in another type of case

5     because of your strong opinions you have about January 6th

6     and your friends that were there that day?

7          THE COURT:  Mr. Linder, I don't know if that's a

8     fair question.  Rephrase your question.  It doesn't have to

9     be how I ask it, but I think that's probably an unfair

10    question.

11         MR. LINDER:  I'll ask a different question.

12         Because you have friends that work on the Hill and

13    in the House and you have relationships with them, do you

14    feel like it would be difficult for you to come back home at

15    the end of this trial and tell them, Hey, I acquitted these

16    guys?

17         Do you have a fear of what they might think of you

18    or say if you found them not guilty?

19         PROSPECTIVE JUROR:  A concern, sure.  A fear, no.

20         MR. LINDER:  Okay.  But you do have a concern.

21    And would that be based on preconceived ideas that either

22    you have or you and your spouse or friends have that the

23    traumatic events of that day were caused by this group --

24    partly by this group of individuals?

25         PROSPECTIVE JUROR:  I think the concern would be

```
1    more on their behalf as opposed to an opinion of me.  I
2    think they know me well enough to know that I take this type
3    of job seriously and my ability to be objective.
4             MR. LINDER:  So as you sit here today, you can
5    assure us that if the evidence came out differently from
6    what you've heard in the media -- and I assure you it most
7    likely will -- if the evidence did not go to the standard
8    that they're required to prove, you would be able to acquit
9    one or all of these defendants?
10            PROSPECTIVE JUROR:  If the evidence shows.
11            MR. LINDER:  Okay.
12            Thank you, Your Honor.
13            MR. WOODWARD:  Your Honor, may I?
14            I want to add my thanks there for your
15   participation today.
16            Could you tell us briefly what your educational
17   background is.
18            PROSPECTIVE JUROR:  I have an undergrad in
19   political science and English, a master's in public policy,
20   and a master's in theology.
21            MR. WOODWARD:  And so based on your answers today,
22   it seems that you are generally familiar with the news; you
23   follow the news.
24            PROSPECTIVE JUROR:  Very much.
25            MR. WOODWARD:  And so on the questionnaire, the
```

1    Court had you identify your top three news sources.

2             Do you recall that?

3             PROSPECTIVE JUROR:  Yes.  I can't remember which

4    page.

5             THE COURT:  It's page 8.

6             MR. WOODWARD:  It's page 5 -- excuse me.  No.

7    It's page 8 on the bottom.

8             THE COURT:  Yes.

9             PROSPECTIVE JUROR:  Okay.

10            MR. WOODWARD:  Could you tell us what

11   electoralvote.org is?

12            PROSPECTIVE JUROR:  It's a social media account

13   that essentially looks at the current political climate and

14   how that will impact elections, as well as current political

15   events that occur on a regular basis.  And in my mind, it's

16   probably a center or left-of-center social website.

17            MR. WOODWARD:  And it is the number one site from

18   which you obtain your news?

19            PROSPECTIVE JUROR:  Correct.  It's the first place

20   I go in the morning.

21            MR. WOODWARD:  Could you just take a look there

22   and make sure that it's written correctly?  Because when I

23   go to the website, it doesn't -- nothing comes up.

24            PROSPECTIVE JUROR:  It might be .com or -- it's

25   saved on my book links.

1          MR. WOODWARD:  There is an electoralvote.com, so

2   that may clear it up.  Thank you.

3          PROSPECTIVE JUROR:  Okay.

4          MR. WOODWARD:  Thank you.

5          PROSPECTIVE JUROR:  Sure thing.

6          THE COURT:  Mr. Nestler.

7          MR. NESTLER:  We have no questions, Your Honor.

8   Thank you.

9          THE COURT:  Just a quick follow-up or a quick

10  question for you.

11         If you were selected, would it be a hardship for

12  you to start jury service at 8:30 in the morning?

13         PROSPECTIVE JUROR:  No.

14         THE COURT:  It would not be.

15         PROSPECTIVE JUROR:  (Shaking head.)

16         THE COURT:  All right.  Sir, thank you very much

17  for your time this morning.  Mr. Douyon will show you out of

18  the courtroom and provide you with additional instructions.

19         MR. LINDER:  Based upon his answers to his

20  questionnaire and the inconsistent nature in which he

21  answered your questions, I would submit this juror for

22  cause.

23         I think it was pretty evident he wants to be on

24  this jury, once he found out who's here and what it's all

25  about, the nature of where he gets his news.

1    He was very evasive on the questions.  He tried to

2    answer them fairly for you, Your Honor.  But I think the

3    true nature of his questionnaire stands out, and I will

4    submit him for cause for that reason.

5    MR. NESTLER:  We disagree.  It sounds like he was

6    being careful.  He has two master's degrees.  He studies

7    theology.  He's obviously careful in answering his

8    questions.  I don't believe any of his questions indicated

9    his inability to be fair and impartial -- or impartial.

10    Further, just for the record, Your Honor, I do

11    believe Mr. Linder assured this prospective of juror of some

12    evidence he would or would not hear during the trial.  We

13    would ask that to not happen in the future with other

14    prospective jurors about certain evidence they're going to

15    hear or --

16    THE COURT:  Well, even I've said, You may hear

17    about A, B, and C.

18    MR. NESTLER:  Right.  I think Mr. Linder said, I

19    assure you the evidence you're going to hear is different

20    from what you have heard previously.

21    THE COURT:  Right.  Look, I think it's a close

22    call, but I'm not going to strike him.  He didn't say

23    anything today here when asked about whether he could be

24    fair and impartial that would rise to the level of a cause

25    strike.

1          He's clearly among a class of jurors who has paid
2   attention to the events of January the 6th, knows people who
3   are sort of one degree removed from those events.
4          And the truth is just because a juror is educated
5   and has followed the news is not disqualifying unless
6   there's a genuine reason to believe that he could not be
7   fair and impartial.
8          And based upon the number of questions that I
9   asked him, the questions Mr. Linder asked him, I think it's
10  fair to say that he could be fair and impartial.  And so
11  I'm not going to strike him.
12         All right.  That went on a lot longer than I
13  expected.  It's now on 1:00.  Let's take our afternoon lunch
14  break.  Let's re-start at 2:00.  And hopefully we'll get
15  through more jurors this afternoon.
16         Thank you, everyone.
17         Don't wait for me, please.
18         (Proceedings concluded at 1:02 p.m.)
19
20
21
22
23
24
25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 27, 2022___    _____

                        William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [8]** 5/2 5/5 28/18 36/9 36/11 84/8 84/10 87/12
**DEPUTY CLERK: [1]** 87/14
**MR. BRIGHT: [2]** 26/18 27/9
**MR. CRISP: [5]** 81/25 82/13 82/15 82/18 82/24
**MR. FISCHER: [8]** 6/5 6/8 6/16 6/20 7/11 7/22 8/2 9/1
**MR. LINDER: [84]** 9/3 10/2 10/5 10/12 25/12 27/16 28/1 28/3 51/1 51/4 51/22 52/3 52/9 52/18 58/14 58/16 58/21 58/24 59/9 59/17 59/24 60/1 60/5 73/11 73/16 73/18 74/8 74/14 74/21 74/24 75/2 75/6 78/3 78/7 78/17 78/23 78/25 79/3 79/14 79/22 79/25 80/9 80/19 80/25 81/7 87/6 93/23 97/6 98/19 105/12 114/17 114/20 115/18 115/24 116/4 116/7 116/10 116/14 116/18 116/21 117/3 117/15 117/19 117/25 118/8 131/11 131/13 138/3 138/6 138/14 138/18 138/21 138/25 139/5 139/8 139/12 139/17 139/21 139/25 140/11 140/20 141/4 141/11 143/19
**MR. NESTLER: [25]** 24/23 37/18 50/1 50/6 50/18 52/25 52/25 53/3 58/3 58/5 58/7 58/11 73/9 83/2 87/5 94/1 98/21 98/24 105/13 117/21 130/6 131/10 143/7 144/5 144/18
**MR. WOODWARD: [13]** 10/15 12/16 12/19 13/4 141/13 141/21 141/25 142/6 142/10 142/17 142/21 143/1 143/4
**MS. HALLER: [4]** 16/19 23/12 24/3 24/24
**MS. RAKOCZY: [5]** 8/12 9/21 13/6 13/22 14/6
**PROSPECTIVE JUROR: [412]**
**THE COURT: [425]**

**'**
**'90s [1]** 39/19

**.**
**.com [1]** 142/24

**0322 [1]** 18/21
**0455 [1]** 18/21
**050 [1]** 25/7
**0529 [2]** 25/7 25/13
**0708 [4]** 23/21 24/1 24/9 25/4
**0751 [2]** 99/11 105/18
**0800 [1]** 94/12
**08077 [1]** 3/13
**0826 [1]** 3/18

**1**
**1,200 [1]** 26/22
**10 [6]** 5/9 18/15 54/19 88/20 94/20 123/21
**10:35 a.m [1]** 37/11
**11 [14]** 14/24 15/10 16/8 16/8 17/13 62/16 85/7 91/17 106/4 112/1 114/23 118/18 134/22 139/22
**1128 [1]** 53/16
**113 [1]** 130/10
**1138 [2]** 38/3 53/10
**1149 [1]** 118/13
**115 [1]** 25/12
**116 [2]** 25/7 25/13
**11:34 [1]** 84/9
**11:49 [1]** 84/9
**11th [1]** 11/14
**12 [4]** 17/4 17/12 92/12 99/19
**12/20 [2]** 6/22 6/23
**121 [1]** 18/9
**1240 [2]** 25/17 60/13
**1264 [2]** 105/22 117/25
**13 [5]** 17/24 38/15 109/2 109/9 132/9
**131 [1]** 17/12
**1342 [3]** 60/15 60/23 73/12
**1371 [2]** 84/17 87/10
**14 [5]** 39/12 65/13 90/25 110/11 132/16
**1416 [1]** 87/17
**1460 [1]** 2/12
**147 [1]** 130/11
**15 [3]** 1/4 5/6 56/20
**150 [7]** 14/21 16/5 16/7 16/9 16/16 17/9 18/2
**151 [1]** 131/3
**16 [1]** 10/19
**17 [6]** 14/24 15/14 17/22 66/13 73/20 75/9
**17110 [1]** 2/15
**18 [5]** 17/2 40/6 56/20 67/17 110/22
**1808 [1]** 3/3
**184 [1]** 131/8
**19 [5]** 18/11 18/16 53/23 95/23 133/14
**1:00 [2]** 21/22 145/13
**1:02 [1]** 145/18
**1:38 [1]** 6/21

**2**
**20 [3]** 6/22 6/23 72/21

**20010 [1]** 4/5
**20010 [1]** 3/4
**20036 [1]** 3/9
**2006 [1]** 3/12
**2015 [1]** 109/19
**2019 [1]** 111/10
**202 [4]** 1/18 3/4 3/9 4/5
**2020 [2]** 6/10 6/21
**2022 [2]** 1/5 146/7
**20579 [1]** 1/17
**20th [2]** 6/10 6/21
**21 [3]** 16/9 17/18 134/10
**21061-3065 [1]** 3/18
**214 [2]** 2/5 2/9
**217 [1]** 131/8
**22 [6]** 14/24 15/5 16/9 17/14 42/11 134/15
**22-15 [2]** 1/4 5/6
**23rd [1]** 14/12
**24 [1]** 16/23
**24-hour [2]** 20/1 21/1
**25 [1]** 16/24
**252-7277 [1]** 1/18
**252-9900 [1]** 2/5
**2615 [1]** 3/9
**26th [1]** 11/19
**27 [2]** 1/5 146/7
**27th [1]** 137/6
**29 [4]** 17/12 18/11 18/13 18/14
**2:00 [1]** 145/14

**3**
**30 [3]** 16/18 18/9 29/25
**300 [6]** 3/17 10/18 11/10 11/24 12/12 12/12
**302 [6]** 10/24 11/3 11/12 11/13 11/18 11/19
**302s [1]** 13/7
**3065 [1]** 3/18
**31 [2]** 16/8 137/7
**318 [1]** 2/12
**32 [1]** 17/14
**3249 [1]** 4/5
**3300 [2]** 2/3 2/7
**333 [1]** 4/4
**339 [1]** 14/13
**352-2615 [1]** 3/9
**354-3249 [1]** 4/5
**36 [1]** 16/23
**37 [2]** 16/10 129/1
**39 [3]** 54/21 88/21 94/20

**4**
**40 [2]** 16/21 88/20
**4031 [1]** 2/15
**404 [1]** 20/2
**40ish [1]** 13/12
**41 [1]** 14/21
**410 [1]** 3/18
**412-4676 [2]** 2/16
**42 [2]** 63/13 125/11
**43 [1]** 126/1
**44 [6]** 16/11 17/16

106/25
**45 [19]** 15/1 15/22 16/13 16/16 16/16 17/18 18/4 18/10 28/5 56/6 61/5 84/6 85/9 104/20 104/20 118/19 118/20 135/24 139/22
**46 [9]** 16/18 17/20 48/7 49/8 85/9 106/5 114/23 120/10 139/22
**4676 [1]** 2/16
**47 [12]** 15/1 15/22 16/23 17/22 18/4 18/10 28/5 70/19 73/21 74/10 121/16 122/7
**48 [6]** 15/1 15/24 17/2 17/24 118/19 122/15
**487-1460 [1]** 2/12
**49 [10]** 15/1 15/22 17/5 17/25 18/3 18/4 18/10 28/5 85/9 130/3

**5**
**50 [3]** 92/7 97/9 134/23
**51 [1]** 14/16
**51 percent [1]** 17/16
**54 [8]** 56/6 71/24 91/18 91/19 92/7 104/14 104/20 112/1
**55 [4]** 16/10 16/11 56/6 137/3
**56 [3]** 17/20 56/6 112/14
**57 [2]** 92/11 114/1
**5708 [1]** 3/13
**59 [3]** 16/21 23/21 24/5

**6**
**601 [2]** 1/17 3/7
**607-5708 [1]** 3/13
**62 [4]** 58/25 59/13 79/16 117/3
**63 [2]** 99/20 101/4
**6th [94]** 7/12 7/15 11/8 11/20 15/6 16/13 16/15 16/17 18/22 19/10 19/18 21/20 28/8 31/25 32/8 32/14 38/22 38/25 39/5 41/10 41/13 41/21 41/22 42/13 42/22 43/3 43/19 45/5 46/10 48/10 49/13 49/16 54/20 54/22 55/19 61/8 61/23 62/1 62/2 62/24 63/15 64/10 68/14 70/8 70/16 83/1 85/2 85/12 86/7 88/22 89/9 89/21 90/3 94/22 95/1 100/17 104/16 106/10 106/12 106/18 107/1 107/17 108/2 108/10 109/25 110/5 114/9 115/1 115/2 115/3 115/6 115/25 116/4 116/5 118/3 118/21 120/1 120/15 120/16 120/17 122/23 123/6 123/15

125/14 125/21 126/4 126/19 126/24 133/1 134/7 138/10 140/5 145/2

**7**
**70 [1]** 18/5
**700 [2]** 2/4 2/8
**71301 [1]** 2/11
**717 [1]** 2/16
**720-7777 [1]** 2/9
**7277 [1]** 1/18
**7310 [1]** 3/17
**7447 [1]** 3/4
**75219 [2]** 2/4 2/8
**7777 [1]** 2/9
**787-0826 [1]** 3/18

**8**
**819 [1]** 2/11
**82 [1]** 16/11
**856 [1]** 3/13
**89 [1]** 16/21
**8:30 [1]** 57/24 114/13 143/12

**9**
**900 [1]** 3/8
**911 [1]** 42/19
**9900 [1]** 2/5
**996-7447 [1]** 3/4
**9:03 [2]** 6/22 6/23
**9:30 [1]** 1/6
**9:45 [1]** 84/4
**9th [1]** 11/13

**A**
**a.m [7]** 1/6 6/21 6/23 6/23 37/11 84/9 84/9
**AARP [1]** 58/9
**abetting [1]** 101/23
**abide [1]** 37/3
**ability [36]** 61/8 68/6 69/25 70/5 70/22 71/8 71/12 71/21 73/22 74/2 74/5 75/17 75/17 76/2 77/24 79/1 85/20 90/3 93/15 95/2 99/24 104/17 108/16 110/9 111/23 112/12 115/22 116/24 118/22 119/21 121/18 122/2 127/11 133/9 133/12 141/1 141/8
**abortion [1]** 67/22
**about [255]**
**above [3]** 21/5 108/8 146/4
**above-titled [1]** 146/4
**absence [1]** 50/15

**A**

absent [1] 126/21
absolutely [2] 38/8 38/19
absolutes [1] 128/18
abstract [1] 12/17
abundance [2] 9/14 42/3
abuse [1] 22/11
accept [2] 42/6 123/16
accommodated [1] 137/24
account [2] 77/23 142/12
accurate [1] 26/10
accused [2] 101/9 112/19
acknowledgment [1] 16/20
acquaintances [1] 125/24
acquit [1] 141/8
acquittals [1] 19/9
acquitted [3] 113/8 113/9 140/15
across [3] 33/2 62/25 124/12
actions [1] 131/2
active [1] 107/18
actively [1] 89/21
activity [1] 49/17
actual [5] 13/2 16/4 19/3 22/13 63/18
actually [18] 6/22 7/18 20/3 22/11 37/20 48/8 49/14 49/19 69/10 71/11 75/10 77/2 96/21 106/24 111/12 112/18 123/14 132/20
add [2] 26/6 141/14
addition [2] 11/2 32/12
additional [12] 10/18 29/23 30/5 34/5 34/9 36/16 37/17 87/8 99/3 117/24 125/20 143/18
Additionally [1] 25/6
address [1] 73/15
addressed [3] 23/6 27/16 73/23
administration [3] 40/11 44/15 44/18
admitted [1] 14/4
admonishment [1] 13/24
advance [1] 29/9
advise [1] 33/4
advised [2] 11/5 25/16
advisers [1] 44/15
advises [1] 37/19
advocacy [1] 50/5
affect [37] 52/3 52/13 61/8 68/5 69/25 70/5 70/22 71/8 71/12 71/21 73/22 74/2 74/5 75/16 75/17 76/1 77/7 77/24 78/4 78/6 85/20 90/3 95/1 99/24 104/17 108/15 110/9 111/22 118/21 119/20 121/18 122/1 127/10 130/24
affirmatively [13] 14/24 15/9 17/6 17/13 17/15 17/17 17/19 17/21 17/23 17/24 18/1 41/5 48/7
afraid [1] 85/17
after [18] 17/12 20/10 30/1 34/4 34/7 34/12 34/13 34/15 34/20 40/14 48/14 55/24 58/9 62/11 83/6 109/25 111/10 126/24
afternoon [3] 138/4 145/13 145/15
afterwards [2] 31/9 46/19
again [22] 7/5 12/9 20/16 22/3 22/22 34/11 37/2 44/16 45/11 45/12 47/18 62/16 63/21 64/20 77/9 77/14 78/14 86/22 101/24 102/25 106/15 132/20
against [19] 14/25 16/25 17/7 18/7 44/7 57/10 59/3 59/19 60/3 80/3 80/22 101/17 112/20 113/11 115/17 116/11 117/2 117/5 117/11
agencies [1] 40/4
agency [1] 93/3
agents [1] 13/15
ago [11] 11/19 11/21 29/18 40/13 56/18 56/19 72/21 98/10 98/11 109/18 112/25
agree [5] 7/8 80/5 80/10 121/14 139/9
agreed [1] 23/24
ahead [1] 6/19
aided [1] 4/7
aiding [1] 101/23
airplane [1] 51/9
AL [1] 1/6
alert [1] 33/4
Alex [2] 43/22 131/6
Alex Jones [2] 43/22 131/6
Alexander [1] 129/6
Alexandra [2] 1/15 5/11
Alexandria [2] 2/11 21/15
algorithm [3] 48/13 63/4 63/22
all [114] 5/2 5/21 5/25 6/19 6/25 7/11 9/2 10/24 11/10 13/13 14/7 15/21 19/14 20/20 21/1 21/11 22/6 23/17 23/20 24/6 24/10 25/22 25/23 28/7 30/2 31/5 31/13 34/11 36/13 38/13 39/11 44/20 45/4 45/18 53/13 53/19 54/18 56/1 56/4 56/5 57/21 58/1 59/18 60/5 60/7 63/11 64/25 65/17 68/13 68/18 68/21 74/11 75/2 77/15 77/23 77/24 79/22 80/25 81/3 82/15 83/13 83/14 84/4 84/8 87/15 87/23 89/19 92/10 93/17 93/21 93/22 93/25 94/2 94/14 95/4 95/6 95/10 95/18 96/13 97/5 98/17 98/20 99/1 99/13 101/14 104/13 105/11 105/14 105/24 106/3 107/4 109/1 111/12 115/25 117/20 117/22 130/25 133/13 134/22 135/16 138/1 138/2 141/9 143/16 143/24 145/12
all right [10] 14/7 39/11 45/4 58/1 60/5 60/7 64/25 81/3 87/15 98/20
allegation [6] 15/19 67/4 67/11 75/10 76/25 77/5
allegations [3] 82/9 115/17 122/13
alleged [5] 7/2 67/1 70/4 77/4 121/7
allow [1] 27/11
almost [1] 104/22
alone [1] 129/25
along [1] 84/5
already [10] 12/1 17/11 23/6 27/22 49/10 49/11 65/1 78/9 123/24 132/11
also [46] 6/3 10/15 10/19 13/16 14/18 14/23 14/25 15/19 19/8 20/8 21/20 22/8 23/8 30/18 31/17 32/2 33/8 33/17 39/12 39/21 40/6 40/13 41/8 42/17 45/4 45/25 48/7 49/8 50/21 62/19 65/2 67/17 70/19 85/2 91/11 97/9 110/11 112/14 119/23 121/16 122/13 125/11 126/1 130/3 133/18 137/3
alternative [1] 27/3
although [2] 64/7 75/13
am [2] 35/9 64/6
AMERICA [2] 1/3 5/6
American [1] 50/4
AMIT [2] 1/9 28/22
among [5] 14/14 14/18 18/23 127/8 145/1
amongst [1] 30/24
amount [3] 19/17 30/21 123/23
another [1] 18/21
answer [22] 27/5 27/21 27/22 45/2 71/10 76/22 77/10 78/20 81/20 86/17 86/18 87/25 91/14 91/22 92/11 101/1 101/2 122/2 122/6 128/15 128/15 144/2
answered [66] 14/19 14/23 15/8 15/16 16/8 16/9 16/11 16/16 16/21 16/23 17/2 17/5 17/8 17/13 17/14 17/16 17/18 17/20 17/22 17/24 17/25 18/4 18/10 18/12 38/14 39/12 40/6 41/4 41/17 48/7 49/8 53/23 61/10 61/11 61/16 62/16 66/13 67/17 70/19 71/9 71/24 84/25 85/1 91/15 91/21 94/20 97/9 100/3 100/4 104/18 106/7 110/11 110/22 117/4 118/24 121/16 121/19 121/20 122/7 123/22 125/11 126/1 128/10 134/17 137/4 143/21
answering [8] 27/15 38/10 41/15 51/7 52/20 73/19 138/7 144/7
answers [12] 27/14 28/5 52/17 53/22 73/24 81/8 88/15 88/17 94/17 94/18 141/21 143/19
anti [5] 69/9 74/18 74/22 77/18 78/9
anti-government [5] 69/9 74/18 74/22 77/18 78/9
anticipated [1] 106/25
anticipation [1] 51/13
any [131] 8/16 8/22 11/4 12/4 12/5 12/23 13/16 13/18 15/16 16/2 16/25 17/3 17/7 19/9 19/21 20/15 20/17 20/17 21/2 21/5 22/1 22/3 22/5 24/1 31/8 31/11 31/22 31/24 32/9 32/16 32/16 33/1 33/13 33/18 35/2 36/2 37/4 38/16 38/17 39/25 40/3 40/3 40/4 40/9 41/21 43/20 43/24 45/18 46/25 48/10 49/12 49/24 52/17 54/22 55/25 57/9 57/13 57/19 58/2 59/17 60/1 61/7 62/7 62/8 64/21 65/4 67/19 68/1 68/1 68/8 69/1 73/8 75/10 75/25 77/5 82/16 86/6 86/7 87/4 88/21 89/8 90/16 90/17 90/25 90/25 91/13 92/14 93/13 93/23 97/5 97/11 103/6 104/15 105/11 106/15 107/9 108/5 108/14 108/15 108/15 109/4 110/19 110/24 112/14 112/16 113/16 113/20 114/8 114/12 114/16 115/16 124/1 124/18 125/8 127/24 129/16 129/21 129/22 129/25 130/4 131/20 133/11 134/24 136/16 136/23 137/20 137/20 137/24 144/8
anybody [8] 10/9 15/20 15/25 16/12 28/5 67/5 110/1 136/13
anymore [1] 47/7
anyone [10] 31/10 33/9 33/20 35/1 37/4 63/14 66/9 91/2 126/14 132/11
anything [50] 11/7 14/8 19/11 20/22 23/16 32/23 35/2 39/7 42/5 42/10 44/2 47/7 49/5 49/11 52/23 55/4 55/9 57/5 59/3 63/5 70/21 70/25 72/23 73/2 81/19 82/22 84/2 90/2 98/7 98/12 99/23 100/22 101/25 106/6 106/11 107/9 107/20 108/19 110/7 112/10 113/22 120/11 120/19 123/15 124/9 124/11 130/14 130/15 135/20 144/23
Apologies [1] 5/23
apologize [2] 6/22 24/6
apparent [1] 9/6
appear [2] 10/22 48/13
APPEARANCES [4] 1/13 1/20 2/17 3/20
appeared [2] 21/5 60/13
applicability [1] 121/2
apply [11] 28/11 31/19 45/15 45/16 69/22 86/12 86/12 90/13 116/13 119/18 121/11
appreciate [7] 11/24 51/7 51/22 52/22 79/14 93/18 93/20
appreciated [1] 131/23
approach [1] 33/18
approached [1] 33/20
appropriate [2] 8/24 83/11
approved [1] 29/20
approximately [1] 29/25
April [1] 10/25
are [154]
area [5] 67/12 77/1 82/1 82/3 97/16
areas [1] 47/15
aren't [1] 15/5
arguably [1] 14/21
arguments [1] 115/1

**A**

arm [1] 40/4
Army [2] 65/19 74/25
around [5] 20/19 44/11
63/5 79/12 121/22
arrested [4] 92/13
92/21 114/4 136/13
articulated [1] 86/24
as [166]
aside [30] 42/5 43/8
43/13 44/21 45/22 45/13
47/21 47/25 50/12 53/7
53/10 54/13 61/25 62/9
70/14 77/15 78/16 86/9
86/23 90/12 95/18 96/9
97/2 108/1 108/23
111/16 121/9 123/10
124/24 134/2
ask [48] 11/25 20/16
22/16 28/6 29/23 31/5
33/25 34/24 36/6 38/14
43/6 45/12 46/8 48/8
49/25 51/12 56/5 57/22
57/23 61/4 65/13 71/10
73/14 76/5 77/19 79/15
81/25 83/2 83/11 83/19
84/1 88/20 94/24 95/23
100/24 106/4 109/1
110/2 111/25 117/7
122/6 123/21 129/20
134/22 138/8 140/9
140/11 144/13
asked [57] 15/18 17/3
17/6 22/4 23/22 25/8
31/17 36/16 38/15 40/7
41/5 41/8 42/11 43/19
43/20 45/12 45/12
47/18 53/5 53/9 56/6
57/17 58/25 63/13
65/14 66/14 70/20
71/14 75/25 77/12
77/17 79/13 82/25 83/9
86/10 90/24 91/11
91/12 97/9 97/10 99/21
99/23 109/2 110/12
110/22 112/1 112/14
114/7 121/25 132/9
133/14 134/23 138/9
140/1 144/23 145/9
145/9
asking [17] 13/14
20/13 29/14 30/9 34/5
35/14 51/10 67/17
70/12 81/9 83/16 83/20
86/18 128/8 128/17
128/20 140/2
asks [14] 15/5 15/25
49/8 53/25 61/6 68/14
82/6 92/12 95/24
104/14 118/20 120/10
132/16 135/24
aspect [4] 61/7 97/11
104/15 134/24
aspects [1] 92/2
assault [1] 112/20
asserts [1] 14/18
assess [3] 83/15 86/21
129/23

assist [4] 29/15 29/16
16/25 17/7 24/2 26/2
29/23 30/6 30/16 32/20
36/16 53/22 79/3 79/12
115/12 121/9 122/22
124/5 129/16 129/24
139/15 140/21 141/21
143/19 145/8
assume [2] 8/11 52/13
assumed [1] 44/7
assuming [1] 10/16
assurance [1] 79/12
assure [8] 51/12 51/18
78/18 83/9 83/17 141/5
141/6 144/19
assured [4] 21/24
30/11 30/15 144/11
att.net [1] 2/12
attached [1] 22/8
attacks [1] 82/9
attempts [1] 33/9
attend [1] 40/11
attendance [1] 40/7
attended [6] 40/19
67/18 67/21 67/22
110/23 111/11
attention [3] 56/3
57/20 145/2
attest [1] 23/1
attorney [2] 82/6 97/14
ATTORNEY'S [2] 1/16
136/18
August [4] 11/13 11/14
11/19 13/11
availability [2] 10/10
26/24
available [5] 9/8 21/18
27/2 29/3 63/9
Avenue [4] 2/3 2/7 3/7
4/4
avert [1] 33/3 48/11
49/5
avid [1] 114/25
avoid [11] 31/18 31/22
32/9 35/19 35/21 36/1
37/20 46/19 48/15
48/20 124/3
avoiding [2] 32/1 37/4
aware [1] 44/14
awareness [1] 127/21
away [2] 26/23 108/21

**B**

back [20] 5/23 9/5 23/5
30/5 51/24 51/24 62/15
72/20 73/20 80/3 80/15
82/7 95/23 114/22
119/25 120/1 127/19
128/4 132/8 140/14
background [5] 46/16
47/13 106/22 107/6
141/17
backup [1] 70/10
bait [1] 48/18
ballgame [1] 104/25
bank [1] 56/25
barely [1] 100/7
BARRETT [2] 2/3 4/4

based [25] 11/20 12/10
16/25 17/7 24/2 26/2
23/1 26/9 27/2 27/13
29/13 33/15 42/1 44/4
46/4 47/10 48/16 51/6
52/12 60/18 71/14
71/17 74/12 75/3 79/9
79/10 79/13 81/15
98/14 102/8 105/6
114/21 116/12 123/5
127/14 127/19 128/21
132/21 134/20 144/6
belief [2] 120/22
139/17
beliefs [6] 15/15 45/22
45/23 86/23 87/1
120/25
believe [32] 7/15 7/16
18/22 19/3 23/8 40/2
40/24 41/1 42/8 43/11
44/23 44/25 45/17
45/24 45/24 49/1 49/19
50/19 77/4 83/11 85/23
86/2 107/11 111/9
115/7 133/3 139/12
139/13 139/16 144/8
144/11 145/6
belongs [2] 121/1
121/1
bench [1] 24/12
Berwick [1] 3/12
best [2] 48/19 50/14
81/21 83/13 103/3
103/5 128/15
better [1] 140/4
better-suited [1] 140/4
between [2] 9/22
122/10
beyond [3] 100/1
101/13 104/6
bias [23] 14/16 14/17
15/2 15/4 15/4 15/7
15/11 15/13 15/16
15/24 16/2 16/17 16/25
17/7 18/6 18/15 18/18
18/24 19/6 19/11 19/11
22/9 82/2
bias-related [1] 18/24
biased [4] 14/19 14/25
30/16 57/10
biases [5] 44/7 45/2
76/17 77/10 78/15
big [4] 8/10 46/23
95/12 95/17
bigger [1] 22/19
Bill [1] 39/19
Bill Clinton [1] 39/19
binding [2] 26/11
26/12
bit [15] 7/20 36/21 40/9
43/4 49/10 54/3 54/6
61/19 66/17 85/4 94/22
110/25 112/3 133/6
133/7
bitterness [1] 137/21
Black [1] 111/10
book [2] 30/25 142/25
borne [1] 18/7
both [8] 19/6 29/11

being [36] 27/19 44/6
23/1 26/9 27/2 27/13
29/13 33/15 42/1 44/4
46/4 47/10 48/16 51/6
52/12 60/18 71/14
belief [2] 120/22
... 

best [2] 48/19 50/14

**C**

Caldwell [8] 3/16 5/10
5/20 6/23 6/24 8/18
20/5 29/1
Caldwell's [2] 7/10
8/23
California [1] 72/21
call [7] 9/14 12/4 12/24
30/4 82/7 88/10 144/22
called [10] 12/13 43/22
58/17 88/5 129/3
129/14 129/15 130/12
131/9 137/15
calling [1] 12/21
calls [1] 11/7
calm [1] 140/2
came [6] 16/7 19/23
20/9 29/18 57/18 88/2
116/22 125/3 141/15
Campbell [1] 125/16
can [106] 6/9 6/14 7/18
7/18 10/15 22/20 23/1
25/10 25/14 28/4 29/15
30/15 33/4 35/8 36/6
38/18 39/16 40/9 41/1
42/13 42/21 46/10 47/4

150

**can... [83]** 48/22 51/8
51/12 51/18 51/18 54/3
54/6 55/20 56/23 59/6
61/10 61/11 62/5 62/13
62/19 63/15 65/15
65/21 65/22 66/17
67/20 68/15 69/6 72/2
72/3 72/17 75/3 76/5
76/24 78/12 78/13
78/17 79/10 79/11
81/21 82/7 83/2 83/13
83/13 83/14 83/14
83/22 84/1 84/6 84/19
85/4 88/16 92/17 96/1
97/12 97/16 100/4
102/7 103/24 104/18
106/7 107/2 107/20
109/4 109/11 110/13
110/25 111/12 112/3
112/16 113/6 116/1
118/24 120/11 120/23
121/19 122/6 122/15
125/14 126/5 127/4
128/15 132/17 133/15
134/16 136/1 137/7
141/4
**can't [12]** 45/25 48/17
50/16 59/19 68/19
70/13 74/11 80/3
102/10 103/9 125/16
142/3
**candor [1]** 51/7
**cannot [3]** 59/2 59/3
82/21
**capable [1]** 116/12
**capacity [6]** 38/17
109/4 109/12 110/8
110/20 133/16
**capitol [53]** 11/8 18/20
38/17 41/5 41/6 41/9
41/12 41/16 41/17
41/19 42/1 42/2 42/4
42/6 42/22 42/25 54/1
54/1 54/12 54/12 61/8
85/13 85/25 95/25
95/25 96/2 96/7 96/8
96/10 100/17 100/19
104/16 109/4 109/10
109/16 109/22 110/6
110/7 119/9 119/12
126/19 132/10 133/1
133/15 133/15 133/18
133/19 134/1 134/2
134/7 134/19 138/11
139/6
**Capitol Hill [2]** 100/19
119/9
**career [1]** 96/4
**careful [3]** 107/3 144/6
144/7
**carried [1]** 46/15
**cars [1]** 54/9
**case [140]** 5/6 8/15
9/16 9/20 11/23 12/21
12/25 15/20 19/10
19/20 20/17 21/14 22/4
22/17 22/21 22/24
28/11 28/24 29/17
30/12 30/16 31/11
31/11 31/14 31/15
31/16 31/18 31/24 32/3
32/11 32/20 32/24 33/3
33/9 33/18 33/20 34/3
34/7 34/15 35/1 35/2
35/3 35/7 37/5 39/9
40/17 40/18 40/23 41/2
42/3 42/7 43/9 43/19
43/21 43/25 44/4 44/16
44/19 45/15 46/1 47/3
52/7 54/11 55/7 57/7
57/19 58/17 62/3 64/15
64/18 64/20 66/16 67/1
67/4 68/3 68/11 69/18
70/15 70/23 72/25 73/4
74/3 74/12 75/10 75/22
76/25 77/16 80/7 86/11
86/12 86/25 90/5 90/13
93/9 93/10 93/15 95/2
95/14 95/20 96/11
98/15 99/23 101/6
102/2 108/3 108/4
108/12 108/24 112/23
113/6 113/11 113/12
113/24 114/9 115/22
116/13 117/1 118/23
119/18 119/21 119/25
120/4 121/10 123/10
124/1 124/25 127/11
129/24 130/1 130/17
131/24 133/10 133/25
134/4 137/1 140/4
**cases [7]** 19/14 19/18
33/23 71/15 72/7 86/5
135/13
**categorized [1]** 72/8
**cats [1]** 28/16
**caught [2]** 48/15 56/24
**cause [36]** 24/2 25/4
39/8 44/4 53/3 53/4
53/10 55/5 57/6 64/16
65/5 67/6 67/14 68/9
71/1 72/24 73/3 81/8
81/24 87/10 98/13
102/1 105/18 108/14
108/15 108/20 113/20
113/23 118/1 120/5
130/17 135/22 136/25
143/22 144/4 144/24
**caused [3]** 85/4 98/8
140/23
**caution [1]** 9/14
**center [2]** 142/16
142/16
**certain [5]** 20/19 23/22
26/23 26/24 144/14
**certainly [14]** 13/2 15/7
15/24 16/2 21/4 23/9
82/9 95/11 95/21 95/22
127/21 129/18 131/3
131/6
**Certified [1]** 4/3
**certify [1]** 146/2
**cetera [1]** 27/8
**CH [1]** 4/4

challenged [1] 20/16

**chance [1]** 9/16
**change [6]** 23/9 59/9
59/12 59/21 102/10
117/15
**changed [1]** 9/20
**changes [2]** 27/21
27/21
**characterization [1]**
19/21
**characterizations [1]**
69/12
**characterize [1]** 21/2
**characterized [5]** 45/6
69/17 69/17 69/24
82/18
**charge [4]** 67/4 67/10
67/13 101/10
**charged [15]** 69/22
72/9 75/15 75/19 75/20
80/7 92/13 103/8
103/10 103/13 103/16
114/4 115/11 115/15
115/19
**charges [11]** 99/22
99/24 101/5 101/8
101/16 101/24 101/25
102/22 102/24 102/25
112/19
**chats [2]** 11/6 13/20
**chatter [1]** 47/9
**chatting [5]** 84/20
99/10 106/1 119/5
119/8
**check [4]** 76/17 77/9
78/14 85/5
**checked [3]** 71/7 78/10
85/11
**chief [6]** 12/25 131/8
131/9 131/15 131/21
131/23
**child [1]** 135/15
**childcare [1]** 25/8
**chilling [2]** 8/17 8/23
**choice [1]** 35/19
**choose [5]** 35/20 80/2
80/13 80/18 117/9
**chose [3]** 60/1 80/23
117/5
**Cinnaminson [1]** 3/13
**circuit [4]** 22/22 22/22
27/6 27/8
**Circuit's [1]** 22/10
**citizens [1]** 29/6
**city [2]** 42/15 51/11
**civil [2]** 26/11 101/21
**class [1]** 145/1
**clear [7]** 9/6 13/7 21/23
22/10 60/12 128/15
143/2
**clearing [1]** 9/18
**clearly [2]** 12/25 81/15
145/1
**Clerk [1]** 42/9
**click [2]** 48/18 48/25
**client's [1]** 7/23
**clients [8]** 115/11
115/14 115/17 115/19

117/9

**climate [1]** 142/13
**Clinton [2]** 39/19 39/20
**clips [1]** 122/18
**close [35]** 20/23 38/16
39/15 41/6 41/8 41/12
42/12 56/14 65/14
67/18 71/25 91/1 91/3
91/13 91/19 92/1 92/12
97/10 109/3 110/12
110/23 112/1 112/15
114/3 126/2 126/7
126/14 132/9 132/16
132/19 134/6 134/16
134/23 135/25 144/21
**closed [2]** 27/5 27/8
**closer [3]** 9/23 25/14
39/13
**CNN [1]** 55/23
**co [6]** 7/4 7/9 65/18
66/2 66/4 131/16
**co-conspirator [2]** 7/4
7/9
**co-worker [1]** 131/16
**co-workers [2]** 65/18
66/2
**colleagues [3]** 66/6
85/15 85/16
**Colleges [1]** 50/4
**COLUMBIA [17]** 1/1
18/6 19/7 19/9 19/12
28/23 42/25 56/9 72/15
77/2 77/3 90/22 92/21
96/15 112/8 113/3
136/5
**Columbia: [1]** 21/16
**Columbia: same [1]**
21/16
**combination [3]** 59/17
71/19 77/12
**come [22]** 8/9 9/18
11/16 16/5 21/11 33/2
36/15 53/12 61/23
63/23 65/18 68/3 70/12
79/10 86/4 87/11 88/10
103/21 111/14 120/20
124/12 140/14
**comes [9]** 14/2 20/22
27/25 62/25 63/6 74/3
89/24 125/20 142/23
**comfort [1]** 27/14
**comfortable [1]** 60/22
**coming [12]** 11/15
44/24 53/19 53/20
60/19 76/9 76/20 82/13
82/14 82/23 88/18
99/14
**comment [1]** 32/7
**commentary [1]** 33/2
46/19
**comments [3]** 63/15
69/1 125/13
**committee [16]** 20/19
21/21 47/20 47/22
47/25 49/13 70/16 83/1
107/1 108/2 124/15
126/4 126/11 126/12

117/7

**committing [1]** 101/21
**communicate [3]**
31/10 33/9 34/25
**communicating [3]**
37/4 138/18 138/24
**compared [1]** 104/24
**complains [1]** 19/19
**complete [6]** 16/6
29/21 33/23 34/4 57/18
60/19
**completed [11]** 20/10
20/14 29/19 30/1 34/8
34/13 34/15 48/9 48/23
114/9 124/2
**completely [1]** 27/2
**completing [3]** 53/20
88/18 99/15
**computer [2]** 4/7 46/17
**computer-aided [1]**
4/7
**conceive [1]** 12/3
**concept [4]** 58/25
102/8 102/17 104/25
**concepts [1]** 104/23
**concern [15]** 8/8 8/12
8/20 21/20 42/12 44/4
80/14 108/5 113/16
127/24 128/1 134/15
140/19 140/20 140/25
**concerned [6]** 8/22
10/9 11/15 15/6 20/24
134/20
**concerning [5]** 16/18
20/8 23/18 64/9 66/15
**concerns [13]** 20/4
24/2 43/6 43/8 62/8
65/4 81/15 90/17
113/20 128/17 128/18
128/23 139/1
**concert [1]** 35/19
**concluded [1]** 34/20
145/18
**conclusion [2]** 125/3
132/5
**conducted [1]** 120/17
**conference [1]** 24/12
**confirm [1]** 60/23
**Congress [2]** 32/13
46/10 46/10
**congressional [5]** 35/4
68/15 124/15 127/8
133/22
**connected [1]** 26/9
**connection [1]** 126/3
**connections [1]**
109/21
**consider [3]** 13/2
32/23 89/20
**considered [1]** 29/13
**considering [1]** 83/7
**consist [2]** 69/9 69/10
**conspiracy [5]** 7/2 7/2
101/17
**conspirator [2]** 7/4 7/9
**conspiring [2]** 101/18
101/20
**constantly [1]** 44/9

**C**

Constitution [1] 4/4
constitutional [1]
121/2
contact [2] 56/11 56/12
Contee [3] 131/8 131/9
131/21
contends [1] 14/14
content [1] 21/23
context [3] 7/5 7/12
89/16
continue [4] 6/9 11/23
23/8 25/20
CONTINUED [3] 2/1
3/1 4/1
continues [1] 31/19
continuing [1] 11/16
contrary [1] 123/14
control [1] 66/23
conversation [3]
116/17 116/20 116/22
conversations [2]
120/2 124/13
convicted [2] 92/14
114/4
conviction [1] 19/15
copy [3] 38/5 53/24
61/1
correct [21] 53/17
54/23 54/24 60/25
64/11 67/16 75/1 80/7
89/18 91/14 105/23
118/14 121/15 122/4
126/16 137/8 138/13
138/23 139/20 142/19
146/3
correctly [3] 64/6
123/4 142/22
correlate [1] 22/19
could [81] 6/11 6/13
8/21 12/3 24/10 24/11
33/6 35/25 40/21 40/22
43/11 43/16 44/20 45/2
45/25 47/21 47/24 48/4
53/6 53/9 55/13 59/20
61/25 62/4 64/16 65/5
67/15 70/17 71/1 74/7
74/13 75/5 75/7 76/2
79/18 83/10 83/24 86/3
86/8 86/9 86/13 86/15
86/22 86/23 90/12 93/9
95/18 95/21 95/22 96/9
98/13 99/19 100/23
101/25 103/1 103/19
104/9 106/4 108/23
109/1 111/5 111/15
112/11 118/7 118/18
120/5 121/9 123/11
128/3 128/20 130/12
131/25 132/4 134/2
139/23 141/16 142/10
142/21 144/23 145/6
145/10
couldn't [9] 19/20 39/8
57/7 72/25 73/3 78/4
130/17 135/22 136/25
counsel [3] 9/6 49/24
60/12
country [1] 42/18
couple [12] 5/25 6/8
23/18 37/13 56/16
69/15 70/24 83/9 90/21
111/1 128/8 132/13
course [10] 20/9 21/6
21/12 21/18 22/6 36/21
89/7 95/12 111/20
111/21
court [34] 1/1 4/2 4/3
6/6 10/17 11/22 11/23
11/25 12/4 20/24 22/11
22/23 25/3 26/13 26/21
28/23 33/10 33/21
34/10 37/22 48/12
78/12 83/10 88/2 96/17
96/18 96/19 112/16
112/18 116/13 135/9
135/9 135/11 142/1
court reporter [1]
48/12
Court's [8] 13/24 19/25
20/1 20/8 27/17 27/20
51/7 79/19
courthouse [6] 33/14
34/1 34/8 34/17 34/17
35/10
courtroom [32] 5/21
8/10 8/19 25/20 25/24
25/25 28/19 30/2 30/3
30/5 31/1 31/6 33/4
33/10 33/21 34/16
34/16 34/18 35/8 35/24
36/5 36/7 36/22 37/10
37/14 60/9 88/10 94/4
99/3 105/16 117/23
143/18
courts [1] 29/7
cousin [6] 39/18 135/1
135/4 135/7 135/8
135/12
cover [1] 32/7
coverage [31] 20/21
20/23 31/18 32/16 45/5
45/7 45/10 46/18 54/20
55/1 55/18 55/19 55/21
61/13 62/22 62/24 63/9
89/16 94/21 94/23
95/12 95/17 108/11
108/18 108/19 108/22
114/8 123/23 124/1
124/3 124/23
COVID [3] 35/21 35/25
36/2
COVID-related [1] 36/2
CR [1] 1/4
crash [1] 51/11
created [3] 10/23 10/25
11/14
credibility [1] 129/23
credible [3] 81/18
132/3 132/5
crime [11] 56/8 72/1
72/8 91/12 91/14 91/20
92/14 93/11 112/2
114/4 136/1
crimes [1] 72/10
criminal [13] 4/19 11/12
19/17 26/12 33/23
56/13 96/14 97/1 97/1
98/4 98/9 135/12
135/21
Crisp [3] 2/14 2/14
5/19
crisplegal.com [1]
2/16
critical [3] 29/5 35/5
45/11
critically [2] 34/24 37/6
cross [1] 12/23
cross-examination [1]
12/23
CRR [2] 146/2 146/8
curious [1] 124/11
current [4] 18/9 112/17
142/13 142/14
currently [5] 40/5
82/21 109/15 109/22
109/23
cursory [1] 10/22
cut [1] 84/25
cycle [2] 20/1 21/1

**D**

D.C [16] 1/5 1/17 3/4
3/9 4/5 40/12 56/13
63/9 85/13 96/3 97/22
113/5 120/17 120/17
125/24 131/15
D.C. [1] 22/10
D.C. Circuit's [1] 22/10
Dallas [2] 2/4 2/8
Date [1] 146/7
David [2] 3/16 5/20
day [57] 1/7 10/16
21/22 30/20 33/24 34/1
34/4 34/6 34/12 36/22
39/6 40/12 41/20 42/15
42/23 43/7 43/7 43/8
43/13 45/10 48/14
51/16 53/8 55/1 55/4
55/5 55/13 55/23 60/7
62/10 85/17 86/7 89/12
90/11 107/18 116/8
119/2 119/4 119/15
122/7 126/22 126/24
127/6 127/15 127/25
128/3 128/5 128/6
133/5 138/10 138/15
138/17 139/2 139/4
139/19 140/6 140/23
day's [1] 42/17
days [3] 9/5 20/13
62/11
deal [1] 8/10
deals [1] 79/16
December [2] 6/10
6/21
decide [4] 32/20 69/19
80/21 105/6
decided [3] 48/13 64/8
117/16
decision [6] 22/10 23/7
23/10 26/10 26/15 29/7
decision-makers [1]
criminal [13] 4/19 11/12
deeply [1] 46/22
defendant [23] 2/2
2/13 3/2 3/11 3/15 5/7
5/7 5/8 5/9 5/9 5/15
5/17 5/18 5/19 5/20
59/1 60/1 75/11 76/1
80/1 80/6 112/22 131/2
Defendant Meggs [1]
5/17
defendant's [2] 79/16
100/1
defendants [46] 1/7
5/21 14/25 15/4 17/4
17/7 18/7 20/3 22/8
22/21 40/23 43/10
44/19 52/11 59/12
62/12 67/12 68/4 70/3
74/4 75/15 76/3 77/1
77/22 80/13 80/21
82/10 85/3 87/1 95/20
98/4 101/9 102/2 103/1
111/7 111/21 116/1
118/7 121/11 122/10
122/15 122/22 124/19
128/21 130/24 141/9
defendants' [1] 21/13
defendants: [1] 101/17
defendants: seditious
[1] 101/17
Defender [1] 98/3
Defender's [2] 97/18
97/20
defense [14] 6/1 13/15
14/5 14/12 19/23 20/5
23/5 59/1 60/2 73/6
80/2 80/21 82/6 117/10
definitely [2] 44/14
66/18
definitively [1] 50/17
degree [2] 27/14 145/3
degrees [2] 45/9 144/6
delay [2] 28/15 35/25
delays [1] 36/2
deliberate [1] 80/4
deliberations [4] 49/2
52/4 59/3 59/22
delineation [1] 122/10
delve [1] 82/4
demeanor [1] 140/3
democracy [2] 29/6
115/8
demonstrated [1]
83/23
demonstration [3]
40/8 67/19 110/24
deny [1] 81/24
Department [3] 39/25
66/6 136/17
depending [1] 81/8
depends [2] 27/24 52/6
Deputy [5] 30/2 33/4
33/10 33/21 36/7
describe [1] 111/6
described [3] 55/18
124/21 128/4
designed [1] 21/9
desire [2] 30/11 30/12
despite [1] 33/19
destroying [1] 101/21
detective [1] 100/13
determine [5] 21/7
69/21 77/15 99/25
101/12
determining [2] 29/15
77/21
devices [3] 31/4 31/5
31/8
Diann [1] 6/23
did [41] 9/25 10/10
10/11 11/5 16/3 25/12
48/11 48/22 51/17
54/25 56/15 58/7 59/12
61/12 63/7 71/10 74/4
75/13 84/12 89/15
92/11 93/19 93/20
96/22 96/24 100/7
100/25 109/11 110/1
110/4 112/7 112/9
113/4 117/16 124/17
130/23 134/18 135/12
135/16 139/1 141/7
did you [2] 71/10 110/1
didn't [57] 15/13 37/21
40/11 46/22 48/25 49/4
55/24 76/6 81/18 82/4
93/18 93/20 100/22
123/14 123/15 139/22
144/22
different [28] 19/2
25/20 27/23 29/11
29/12 30/3 33/23 40/24
45/2 50/7 53/6 61/21
61/21 61/22 64/21 68/5
73/24 76/8 80/20 83/9
103/23 104/25 111/2
111/22 123/17 138/9
140/11 144/19
differently [2] 129/20
141/5
difficult [7] 43/12
43/16 48/20 66/16
83/14 115/14 140/14
difficulty [3] 46/4 70/9
95/7
diligently [1] 95/13
dire [3] 21/6 22/12 23/4
direct [1] 114/22
directed [1] 72/11
directer [1] 38/21
direction [1] 33/15
directly [3] 15/23 15/23
40/18
disagree [2] 19/20
144/5
disagrees [1] 7/6
disappointed [2] 90/7
90/8
disappointment [1]
90/12
discharging [1] 101/20
disclosed [1] 13/7
discloses [1] 12/5
disclosure [1] 13/1
disclosures [1] 12/10
discovery [2] 9/5 10/14

**discretion** [1] 22/11
**discriminate** [1] 21/19
**discuss** [1] 21/11
**discussed** [5] 34/22
119/20 126/23 133/4
133/8
**discussing** [1] 8/15
**discussion** [3] 7/20
123/24 137/4
**discussions** [1] 47/14
**dismiss** [1] 11/22
**dismissed** [2] 32/10
32/14
**disorder** [1] 101/22
**dispassionately** [1]
121/10
**disqualifying** [1] 145/5
**disrupt** [1] 35/22
**distant** [1] 43/5
**district** [24] 1/1 1/1
1/10 18/6 19/7 19/9
19/12 21/14 21/16
28/23 28/23 56/9 72/15
77/2 77/2 90/22 92/21
96/15 112/8 113/3
131/23 136/4 136/6
136/19
**disturbing** [1] 61/16
**division** [1] 21/15
**do** [165]
**do you** [8] 40/22 46/24
68/25 88/25 89/5 107/8
109/20 142/2
**do you have** [14]
45/18 61/6 62/7 66/14
90/17 108/5 127/24
128/1 128/17 128/18
129/21 129/22 131/20
140/17
**do you know** [4] 41/21
57/2 112/25 113/2
**do you think** [2] 77/24
127/10
**document** [3] 13/15
14/3 14/13
**documentary** [1] 44/24
**documents** [1] 101/22
**does** [16] 8/16 8/19
10/22 14/5 16/2 21/18
22/11 24/9 52/23 53/1
54/25 58/18 59/1 80/1
96/21 99/22
**doesn't** [8] 8/7 19/11
22/13 22/18 72/3 121/1
140/8 142/23
**doing** [5] 31/16 60/22
76/15 82/17 92/25
**don't** [84] 7/16 10/6
11/4 11/25 13/18 22/15
23/15 27/5 42/9 42/20
44/6 44/13 48/13 51/11
52/16 52/16 54/17 55/9
59/5 59/7 59/18 59/20
59/21 59/23 59/24
59/25 63/5 63/18 63/22
63/23 64/4 64/20 65/2
65/21 66/2 67/2 68/1

82/16 83/10 86/4 86/14
87/11 90/19 90/19 91/2
91/5 91/17 91/25 93/16
93/23 94/19 95/3 95/4
95/10 96/20 100/9
106/23 107/23 109/6
111/5 112/18 112/19
113/10 113/13 115/16
116/2 117/1 121/14
122/25 126/13 128/14
129/14 130/7 130/8
131/4 132/8 132/24
140/7 144/8 145/17
**Donald** [2] 116/15
117/1
**Donald Trump** [1]
116/15
**done** [7] 23/13 34/5
40/22 79/9 102/9 105/2
118/6
**doubt** [7] 62/7 83/24
90/16 100/2 101/13
104/7 129/21
**doubts** [4] 45/18 45/21
76/5 76/6
**Douyon** [12] 23/20
25/17 36/24 52/21 60/8
81/2 87/8 94/3 99/2
105/15 117/23 143/17
**down** [7] 17/10 25/9
27/19 81/2 100/15
104/24 105/2
**downstairs** [1] 88/4
**draw** [1] 132/4
**drill** [1] 27/19
**Drive** [1] 3/12
**drives** [1] 120/22
**due** [5] 18/15 25/8
42/24 44/7 45/22
**during** [18] 30/23 31/8
33/1 33/8 33/13 33/19
35/11 36/21 38/21
40/11 46/17 49/16 50/8
106/10 111/19 111/20
120/2 144/12
**duties** [1] 101/21
**duty** [3] 23/25 29/8
137/18

**E**

**each** [6] 28/5 29/23
30/4 36/6 36/8 37/8
**earlier** [13] 34/22 34/25
36/13 36/18 36/19
36/20 57/17 60/20
62/15 75/9 76/6 102/13
114/7
**ears** [1] 33/3
**Eastman** [1] 130/7
**eat** [1] 88/5
**Edmund** [1] 3/2
**educated** [1] 145/4
**educational** [1] 141/16
**Edward** [3] 2/10 5/10
5/14
**Edwards** [2] 1/15 5/12
**edwardtarpley** [1] 2/12

28/7 77/4 82/17 133/9
**efficiency** [2] 26/3
65/25
**either** [15] 14/3 14/8
18/4 18/10 18/14 18/15
21/3 25/19 46/25 49/25
66/9 113/14 136/24
137/22 140/21
**election** [3] 44/12
49/17 86/1
**elections** [1] 142/14
**electoralvote.com** [1]
143/1
**electoralvote.org** [1]
142/11
**eleventh** [2] 12/10 14/2
**eleventh-hour** [1]
12/10
**elicit** [2] 21/9 83/21
**elicited** [1] 21/8
**elicits** [1] 76/22
**eligible** [1] 14/21
**ELMER** [3] 1/6 2/2 5/7
**else** [11] 14/8 21/1
23/2 49/11 70/25 97/23
105/1 107/20 112/21
132/12 134/9
**elsewhere** [1] 64/13
113/3 131/7
**email** [12] 1/18 1/19
2/5 2/9 2/12 2/16 3/5
3/10 3/14 3/19 24/8
31/12
**emails** [1] 9/4
**embarrass** [1] 30/13
**emotional** [2] 48/1
50/16
**emotionally** [2] 48/3
50/19
**emotions** [7] 43/15
50/8 50/12 50/21 53/8
64/16 127/22
**Empire** [1] 3/17
**employed** [13] 18/21
38/17 39/16 65/15 91/1
91/3 109/3 110/13
126/3 126/14 132/10
132/17 134/8
**employment** [1] 18/19
**employment-related**
[1] 18/19
**enabled** [1] 31/3
**end** [2] 34/1 140/15
**ended** [1] 109/19
**energy** [2] 65/25 66/7
**enforcement** [4] 40/4
66/10 110/20 112/11
**English** [1] 141/19
**enough** [3] 64/20
65/11 141/2
**Enrique** [2] 43/23
131/3
**Enrique Tarrio** [1]
43/23
**ensuring** [2] 27/7 35/5
**entered** [1] 28/19
**entering** [1] 47/11

**entire** [1] 33/7
**entirety** [1] 107/5
**environment** [1] 48/21
**episode** [1] 56/23
**era** [1] 49/21
**escaping** [1] 132/14
**escort** [2] 30/2 36/24
**escorted** [1] 36/14
**especially** [1] 12/22
**essentially** [5] 20/1
20/20 99/21 127/19
142/13
**established** [1] 47/14
**estimates** [1] 14/16
**estimating** [1] 9/22
**et** [2] 1/6 27/8
**et cetera** [1] 27/8
**evaluate** [4] 90/13
99/25 119/17 121/10
**evasive** [1] 144/1
**even** [29] 7/3 16/22
18/18 18/23 22/23 28/8
31/2 31/20 40/23 46/13
51/24 62/11 67/2 70/15
86/7 93/10 95/5 95/10
96/7 115/24 121/13
123/16 124/10 125/17
127/13 130/9 131/5
132/5 144/16
**event** [1] 127/23
**events** [60] 28/8 31/24
32/8 32/13 39/5 41/22
42/17 43/3 43/7 44/11
45/5 45/10 54/20 54/22
55/4 55/5 55/19 61/7
61/13 61/22 62/1 62/2
62/24 63/15 85/2 85/12
85/19 85/22 86/6 88/22
89/8 94/22 94/25
104/15 108/9 110/5
114/8 116/8 118/21
119/2 119/6 119/14
119/15 119/20 123/5
125/13 126/5 126/23
127/5 127/9 127/25
128/2 128/6 133/5
136/24 139/10 140/23
142/15 145/2 145/3
**ever** [23] 11/6 20/24
53/25 65/14 71/25 84/2
91/1 91/9 91/13 91/20
92/2 92/13 95/24 97/11
109/3 112/2 112/15
114/3 132/10 132/17
133/14 134/24 135/25
**everybody** [5] 16/5
24/9 28/16 80/9 90/10
**everyone** [11] 5/3 5/14
5/22 14/18 14/19 27/10
28/20 35/8 37/12 84/11
145/16
**everyone's** [1] 139/4
**everything** [2] 70/13
105/1
**everywhere** [1] 21/18
**evidence** [75] 12/11
13/3 20/2 20/4 20/5

42/4 42/7 43/9 44/19
44/22 45/14 47/23
48/16 49/2 50/9 51/14
52/10 54/11 54/11
54/14 55/14 62/3 62/11
65/9 67/1 67/3 67/11
69/20 69/21 70/15 74/3
74/4 75/14 75/24 75/25
77/3 77/9 78/7 79/6
80/12 86/10 86/11
86/24 90/13 95/19
96/10 99/25 108/3
108/24 115/17 117/8
119/17 120/5 121/10
123/10 123/13 123/16
123/18 124/25 127/20
128/25 129/25 132/4
133/25 134/4 141/5
141/7 141/10 144/12
144/14 144/19
**evident** [2] 53/5 143/23
**evolving** [1] 14/1
**ex** [2] 97/13 97/16
**ex-fiancé** [2] 97/13
97/16
**exact** [1] 21/15
**exactly** [1] 13/17
**examination** [1] 12/23
**example** [6] 11/3 32/2
62/21 77/17 88/25 89/1
**except** [2] 35/9 68/19
**exception** [1] 35/12
**excluded** [1] 20/3
**exculpatory** [1] 11/2
**excuse** [8] 14/15 16/8
23/7 25/7 52/19 53/10
56/6 142/6
**excused** [9] 23/22 25/8
33/25 34/12 34/19
34/21 34/23 36/5 60/7
**excusing** [1] 24/1
**exited** [1] 37/10
**expect** [8] 55/3 64/14
68/1 86/4 107/23
127/25 130/7 131/4
**expectation** [3] 43/24
108/11 130/11
**Expectations** [1] 131/8
**expected** [1] 145/13
**expects** [2] 61/23
111/14
**experience** [10] 57/6
72/23 73/2 91/12 93/14
93/14 97/2 112/11
113/22 127/21
**experienced** [5] 72/6
127/8 127/15 127/23
136/20
**experiences** [2] 134/3
136/23
**exposed** [3] 21/9 55/21
55/21
**express** [1] 40/20
**expressed** [2] 111/14
118/4
**expressions** [1] 118/6
**extend** [1] 29/2

**E**

extended [1] 137/10
extension [1] 11/25
extent [9] 10/9 12/23
55/20 61/15 72/7 72/17
74/19 81/14 123/2
eyes [3] 33/3 48/11
49/5

**F**

Facebook [1] 31/14
facility [1] 100/19
fact [17] 10/24 19/10
22/4 27/8 32/5 44/3
67/2 67/10 69/23 77/12
79/5 106/16 118/3
119/19 130/14 130/15
130/23
facts [10] 28/10 41/2
43/16 45/25 48/4 50/9
50/13 77/7 77/12 77/16
fair [105] 22/20 23/1
29/15 35/6 39/8 40/22
43/10 44/4 46/4 51/8
51/9 51/13 51/18 52/9
53/6 55/6 56/13 57/7
61/9 62/12 64/6 64/17
65/11 65/11 66/16 67/7
67/15 68/6 68/9 69/25
70/5 70/22 71/2 71/9
71/12 71/21 72/25 73/3
73/22 74/2 74/11 74/12
75/4 75/17 76/2 76/21
77/25 78/4 78/12 78/13
78/18 78/19 78/21 79/1
79/11 81/14 81/23
83/10 83/17 83/22
83/24 85/21 86/1 86/22
86/25 90/4 93/9 93/15
95/2 95/20 98/5 98/6
98/14 102/1 104/17
108/16 108/20 110/9
111/16 111/23 112/12
113/24 115/14 115/22
116/1 116/24 118/7
118/22 119/21 121/19
122/2 123/23 126/13
128/21 129/1 130/17
135/22 136/25 139/23
140/8 144/9 144/24
145/7 145/10 145/10
fairest [1] 30/14
fairly [6] 86/1 96/3
99/25 121/11 139/10
144/2
familiar [4] 29/12 29/22
30/18 141/22
familiarity [2] 119/2
120/14
family [43] 8/1 8/18
12/1 31/13 38/16 39/15
40/7 41/9 41/12 42/12
65/14 65/18 67/18
67/22 71/25 72/6 72/12
72/24 82/8 91/1 91/3
91/13 91/20 92/2 92/13
97/10 109/3 110/12
110/23 112/2 112/15

126/7 126/14 132/10
132/16 133/19 134/6
134/16 134/24 135/25
125/17
far [3] 46/14 85/24
125/17
far-right [1] 85/24
fashion [1] 13/23
favor [1] 125/6
favorable [1] 22/16
FBI [1] 10/18
FDA [2] 110/16 110/17
fear [6] 42/16 51/17
127/7 128/6 140/17
140/19
feared [1] 138/21
feasibility [1] 27/7
feature [2] 29/6 33/22
federal [14] 19/15
19/16 26/10 39/16
39/22 65/15 66/2 66/5
66/11 91/2 91/4 110/13
132/17 135/9
feed [2] 48/12 125/16
feedings [1] 50/12
feel [30] 29/22 30/18
30/24 31/3 37/16 38/7
38/10 42/14 53/15
59/13 59/22 64/19
64/20 65/8 68/10 69/3
76/8 84/19 85/22 87/24
94/10 99/9 102/9
102/10 105/25 116/12
116/20 118/11 118/16
140/14
feeling [2] 42/18
127/21
feelings [18] 43/13
46/1 46/3 50/8 50/20
51/25 52/1 52/2 52/13
53/8 64/21 66/14 66/19
105/7 115/13 116/14
128/3 136/16
felt [3] 42/15 62/10
114/24
few [9] 9/5 13/11 20/13
46/8 50/7 66/25 108/8
111/2 138/8
fiancé [2] 97/13 97/16
field [2] 97/11 134/25
filed [4] 14/11 14/11
14/12 16/3
files [4] 10/18 10/24
11/10 12/7
filled [3] 9/13 48/14
132/7
filling [4] 51/5 73/18
114/21 138/6
final [1] 34/2
finally [4] 22/3 23/5
25/16 35/8
find [2] 60/14 115/14
fine [6] 8/25 39/14 56/4
118/10 124/10 138/5
finish [1] 79/20
finished [1] 34/5
firearm [6] 15/20 67/5
67/14 75/11 76/16 76/1

dreams [1] 89/11
15/15 66/15 66/15
66/19 67/12 74/2 74/4
75/14 78/9 79/6
firm [1] 118/5
first [23] 6/25 7/11 7/25
9/8 11/1 11/18 15/3
19/23 35/16 37/13 38/1
39/20 49/1 49/15 53/19
55/23 56/16 56/16 83/6
99/14 99/19 129/4
142/19
Fischer [8] 3/16 3/16
5/20 6/2 6/11 7/7 7/18
27/17
fischerandputzi [1]
3/19
five [8] 6/17 9/11 10/7
40/8 40/13 67/19
110/24 113/1
flag [2] 10/17 13/16
focus [20] 28/10 43/9
44/21 45/14 54/14
55/13 62/2 62/11 69/20
70/14 86/24 95/19
96/10 108/2 108/24
123/10 124/24 134/3
137/15 137/17
focused [1] 110/6
fold [1] 21/5
folks [1] 66/5
follow [46] 14/11 32/7
34/25 37/7 38/14 46/8
48/13 49/24 50/14
50/21 53/21 55/24 58/2
59/6 59/14 59/20 61/12
63/2 63/5 63/14 63/22
64/2 64/3 64/9 64/9
73/8 75/7 79/18 88/14
88/16 94/17 97/3 97/5
98/18 103/2 103/3
103/7 103/19 104/9
107/3 114/16 119/24
125/12 125/19 141/23
143/9
follow-on [1] 14/11
follow-up [9] 38/14
46/8 49/24 53/21 58/2
73/8 97/5 98/18 143/9
follow-ups [1] 114/16
followed [5] 47/19
95/13 119/14 125/21
145/5
followers [1] 31/13
following [5] 18/2
33/16 35/5 62/17
126/21
follows [1] 29/25
footage [3] 48/2 89/10
89/11
forbidden [1] 32/23
forces [1] 47/14
foregoing [1] 146/3
foremost [1] 15/3
99/14 99/19
forget [1] 70/13
forgotten [1] 8/5
form [5] 32/16 73/18

formal [1] 133/21
formally [1] 23/4
formed [2] 85/21
122/21
former [5] 44/14 66/6
85/16 107/12 135/1
FormerFeds [1] 3/12
formerfedsgroup.com
[1] 3/14
formerly [1] 107/12
formulated [1] 129/19
forth [1] 9/5
forward [4] 6/14 11/16
14/9 61/4
found [7] 23/7 48/2
81/18 115/19 134/12
140/18 143/24
four [6] 9/16 9/23
59/20 80/12 109/14
117/8
fourth [1] 9/23
frame [1] 76/22
framed [1] 81/12
framing [2] 76/8 76/19
frankly [4] 8/22 15/19
81/22 82/25
free [14] 30/24 31/3
37/16 38/7 38/10 53/15
60/21 84/19 87/24
94/10 99/9 105/25
118/11 118/16
frequently [1] 68/16
friend [40] 7/3 7/14
31/13 38/20 38/24
39/15 41/8 41/12 42/12
56/15 57/6 57/11 57/15
65/14 67/18 71/25 91/3
91/19 92/2 92/13 97/10
109/3 110/12 110/2
112/5 112/15 114/3
126/2 126/7 126/14
126/17 127/12 132/10
132/16 132/20 134/6
134/16 134/23 135/25
137/10
friend's [1] 112/10
friends [31] 38/16
39/21 41/18 41/21
51/16 56/14 64/2 67/22
85/15 91/1 91/13
109/20 110/15 110/19
110/23 119/6 119/8
119/11 119/15 120/22
127/15 132/20 133/17
133/18 134/8 134/19
138/11 139/6 140/6
140/12 140/22
frightened [1] 128/6
front [11] 2/15 27/14
38/6 53/24 61/2 84/21
87/21 89/23 94/15
106/2 118/16
fully [2] 32/10 60/21
function [1] 19/13
fundamental [2] 21/12
29/5
further [14] 15/8 19/19

formal [1] 133/21
34/19 52/17 60/8 81/2
94/3 105/16 117/19
144/10
furtherance [1] 7/1
future [1] 144/13

**G**

gallery [1] 37/16
gassed [1] 105/1
gave [2] 27/22 114/23
general [3] 19/16 65/22
123/25
generally [10] 47/10
56/5 56/7 65/23 68/15
108/21 116/15 122/17
127/4 141/22
generated [1] 11/20
gentlemen [4] 28/21
32/19 36/4 36/12
genuine [1] 145/6
geography [1] 21/19
get [18] 7/19 12/12
13/11 23/17 24/10
25/14 29/2 31/15 36/19
38/2 63/3 64/7 65/2
81/18 101/1 105/2
137/24 145/14
gets [2] 129/25 143/25
getting [4] 11/21 26/23
51/9 62/24
Geyer [3] 3/11 5/18
give [19] 12/6 27/22
28/11 46/10 55/20 60/8
62/19 64/21 72/18
79/11 81/2 84/2 86/18
87/8 94/3 97/3 105/16
107/2 128/15
given [10] 7/20 21/1
34/6 42/9 53/5 73/24
81/11 83/4 88/17 105/7
giving [1] 9/7
Glen [1] 3/18
go [21] 6/19 11/8 17/10
24/11 38/13 59/10
62/15 73/20 80/3 80/17
83/6 83/6 84/7 104/24
105/2 114/22 137/5
137/9 141/7 142/20
142/23
go ahead [1] 6/19
goes [1] 104/22
going [59] 6/17 7/10
8/9 9/4 11/3 11/22 13/8
25/23 26/5 27/19 28/6
32/6 32/8 35/18 36/6
36/24 38/13 47/13 50/8
50/9 50/9 50/19 51/10
51/11 51/14 51/14
51/15 51/18 51/24
51/24 54/10 59/21
69/19 69/19 74/5 77/17
77/19 77/20 77/20
79/15 80/14 80/14
81/10 81/24 82/9 84/4
94/17 95/23 99/17
117/7 117/10 131/7

**G**

**going... [7]** 131/9
133/25 138/8 144/14
144/19 144/22 145/11
**gone [3]** 29/10 93/7
111/1
**good [38]** 5/5 5/22 6/5
6/7 28/21 51/2 51/3
51/4 51/4 53/13 53/14
58/3 58/4 58/14 58/15
58/16 60/16 60/17
60/18 73/13 84/16
87/15 87/16 94/6 94/8
94/10 99/5 99/6 99/8
105/19 105/20 105/21
114/18 114/19 114/20
131/22 138/4 138/6
**good morning [14]** 5/5
5/22 6/5 28/21 58/3
58/4 58/14 60/16 60/17
87/15 87/16 94/6 94/8
99/5
**Google [1]** 63/5
**got [9]** 12/21 12/25
28/1 84/7 102/22 109/8
115/3 115/25 131/7
**GoToMeeting [1]** 11/7
**government [49]** 1/14
5/13 6/10 6/22 7/6 7/9
8/6 8/7 9/6 9/10 10/18
11/5 11/13 12/4 12/9
39/16 50/3 52/24 53/1
57/10 59/11 65/15 66/3
66/11 69/9 69/22 73/4
74/18 74/22 74/25
77/18 78/9 82/16 83/6
91/2 91/4 93/25 100/1
101/12 101/21 104/6
110/13 113/24 119/6
119/10 125/4 131/10
132/17 136/25
**government's [3]** 9/19
19/14 27/20
**Governor [1]** 3/17
**grants [1]** 66/5
**gratitude [1]** 29/3
**Great [2]** 58/11 98/24
**greater [1]** 27/14
**grocery [1]** 35/18
**grounds [10]** 41/6 42/2
42/4 54/1 54/12 95/25
96/2 133/15 133/16
134/1
**group [27]** 22/17 28/9
47/1 47/11 69/1 69/4
69/7 69/18 69/23 70/2
70/4 70/25 71/14 74/22
77/13 77/18 77/18 78/9
88/1 106/10 106/16
120/22 120/25 121/5
121/8 140/23 140/24
**groups [2]** 49/18 85/24
**growing [1]** 72/8
**guarantee [2]** 14/3
84/2
**guess [8]** 14/11 41/14
50/16 52/6 96/21 111/2
132/9 139/22

**guide [1]** 133/2
**guiding [1]** 133/21
**guilt [10]** 59/4 74/5
77/21 100/1 101/13
103/10 103/12 103/15
104/6 122/21
**guilty [4]** 102/15
102/15 125/6 140/18
**gun [4]** 66/20 66/23
66/23 67/1
**guns [1]** 67/3
**guys [1]** 140/16

**H**

**had [72]** 6/3 6/8 8/4
10/13 13/20 15/25 16/6
16/14 16/22 16/25 17/3
17/7 20/3 20/10 20/19
24/7 41/6 42/11 43/7
43/8 45/4 46/16 53/21
53/25 55/17 56/11
56/12 56/16 57/6 61/16
61/22 61/24 68/4 72/24
72/24 75/8 75/9 75/24
78/11 81/15 82/4 88/21
94/21 99/18 100/20
101/12 106/18 107/1
107/4 110/23 111/22
112/5 121/17 121/21
122/13 122/17 123/22
123/23 125/4 126/3
126/6 128/6 134/3
134/7 134/9 134/11
136/23 137/9 137/14
138/10 139/13 142/1
**Haldeman [2]** 22/10
23/10
**half [3]** 13/9 47/8 48/15
**Haller [4]** 3/6 3/7 5/16
23/14
**hallerjulia [1]** 3/10
**hand [2]** 36/8 87/12
**hands [1]** 36/9
**Hang [2]** 52/15 97/7
**happen [6]** 20/12 33/2
33/14 36/13 112/7
144/13
**happened [17]** 13/10
13/16 57/15 72/14
72/17 72/19 85/23 86/1
88/9 89/12 90/7 90/8
90/11 93/8 100/16
113/2 113/5
**happening [2]** 21/2
85/19
**happens [1]** 89/22
**hard [5]** 48/2 48/5
83/14 105/5 105/8
**hardly [1]** 21/2
**hardship [4]** 57/23
58/18 114/12 143/11
**harm [1]** 83/20
**Harrelson [4]** 3/11 5/8
5/18 28/25
**Harrisburg [1]** 2/15
**has [61]** 7/12 7/13 7/13
8/9 15/19 15/16 16/12
19/18 20/4 20/24 21/3

25/17 22/4 22/22 22/25
22/25 23/14 25/8 25/17
26/20 26/21 26/24
31/20 34/13 37/6 39/7
39/15 40/18 47/3 60/13
67/18 69/22 72/6 72/14
82/16 90/10 93/10
95/13 97/10 98/8 100/1
110/12 114/3 120/25
125/22 126/2 126/3
127/14 131/1 134/12
135/25 136/2 136/7
136/13 136/19 136/21
140/1 140/2 144/6
145/1 145/5
**have [250]**
**haven't [8]** 25/18 44/25
49/11 55/25 56/2 56/3
65/3 79/17
**having [19]** 8/18 12/13
27/14 40/21 55/4 55/18
61/17 71/14 81/16 85/1
86/6 87/25 95/6 118/6
120/2 121/4 127/11
137/15 137/21
**he [56]** 11/5 33/4 51/11
53/5 53/6 53/6 53/7
53/9 53/10 56/24 83/5
83/5 92/20 92/22 92/23
93/18 93/20 97/17 98/3
100/15 100/17 100/18
100/19 100/19 118/4
118/6 129/7 129/14
129/15 129/23 130/7
130/11 130/16 130/23
131/13 131/24 134/12
134/14 135/14 135/15
135/16 140/2 143/20
143/23 143/24 143/25
144/1 144/1 144/5
144/6 144/6 144/12
144/22 144/23 145/6
145/10
**he'd [1]** 8/24
**he's [9]** 28/16 92/25
118/3 130/19 131/6
131/7 131/22 144/7
145/1
**head [3]** 60/9 78/22
143/15
**headline [1]** 48/17
**headlines [1]** 48/17
**health [2]** 23/22 24/2
**hear [26]** 23/16 37/21
44/8 50/9 50/9 50/10
51/14 52/17 59/11
66/25 74/17 75/14 78/7
79/20 80/6 80/7 80/10
80/12 83/25 86/19
92/20 117/8 144/12
144/15 144/16 144/19
**heard [60]** 15/25 16/22
17/3 20/15 20/17 32/23
44/24 44/25 47/5 47/25
49/9 49/15 49/19 51/24
52/4 55/9 67/11 69/3
69/7 69/13 69/23 69/25
70/14 70/21 70/25 71/1

75/24 75/25 77/14 78/8
79/4 79/4 79/7 83/8
85/12 101/24 106/6
106/8 108/1 114/25
120/11 120/12 121/9
121/13 121/18 122/13
122/14 122/16 124/17
127/11 127/12 130/14
130/16 130/22 141/6
144/20
**hearing [19]** 16/1
21/21 21/22 21/24
21/25 22/2 22/5 22/5
32/13 32/15 32/16 35/4
46/19 74/15 95/7
101/25 107/9 120/5
128/25
**hearings [25]** 16/13
16/15 26/20 26/21
46/10 46/11 46/12 47/9
47/20 47/22 48/1 49/13
62/17 63/8 63/8 63/12
68/15 68/16 69/4 70/9
70/16 106/19 107/1
107/3 108/2
**Heights [1]** 42/25
**held [2]** 80/3 136/2
**her [12]** 8/20 8/21 8/24
78/21 81/8 81/11 81/18
82/7 82/8 89/23 113/11
113/22
**herding [1]** 28/16
**here [62]** 5/24 8/9 8/24
9/17 9/21 16/4 16/7
21/11 22/23 28/24
29/22 29/25 33/12
34/12 35/17 35/18
36/15 38/1 46/21 48/12
51/6 56/11 56/16 60/10
60/11 60/18 67/10
70/12 71/7 73/19 85/13
88/7 88/16 90/11 91/8
92/21 96/15 96/17
99/16 100/12 101/16
106/10 106/12 111/15
112/7 112/12 113/5
114/21 121/5 124/14
125/24 130/8 136/4
136/6 137/15 137/16
137/18 137/22 139/18
141/4 143/24 144/23
**here's [1]** 8/8
**herself [1]** 8/18
**hesitating [1]** 78/19
**hesitation [4]** 78/25
79/2 79/3 79/7
**Hey [1]** 140/15
**Hi [5]** 53/12 60/16
84/14 87/11 118/9
**high [3]** 19/15 44/9
48/3
**highly [1]** 11/2
**Highway [1]** 3/17
**Hill [23]** 18/20 18/22
38/21 38/24 41/13
41/16 41/16 41/17
51/17 85/14 85/16

100/17 100/19
110/3 119/9 119/12
126/18 127/12 128/5
133/1 134/3 140/12
**Hillary [1]** 39/20
**Hillary Clinton [1]**
39/20
**him [22]** 27/6 53/3 53/9
93/3 93/8 98/4 98/8
98/13 129/7 129/16
131/4 131/15 131/18
131/19 132/6 135/20
135/21 144/4 144/22
145/9 145/9 145/11
**his [26]** 8/11 53/5 83/6
93/13 93/14 98/5 98/13
118/5 125/17 129/23
130/8 130/12 130/13
131/1 131/4 131/23
131/25 132/2 132/5
143/19 143/19 143/25
144/3 144/7 144/8
144/9
**hold [11]** 14/15 25/11
40/24 59/2 59/19 60/2
80/22 116/10 117/2
117/5 117/10
**home [3]** 42/23 133/2
140/14
**honest [1]** 81/11
**honestly [3]** 53/10
102/4 128/11
**Honor [48]** 5/5 6/5 6/16
6/20 7/1 7/17 7/22 7/23
8/12 9/1 9/3 9/22 9/24
10/15 13/4 13/6 14/6
23/12 24/3 26/18 27/17
37/18 37/19 50/1 73/9
81/7 83/3 87/5 87/6
93/24 94/1 94/8 96/12
97/4 97/6 98/16 98/19
105/13 114/17 117/21
130/6 131/10 138/3
141/12 141/13 143/7
144/2 144/10
**HONORABLE [1]** 1/9
**hope [1]** 137/23
**hopefully [2]** 36/1
145/14
**hoping [1]** 9/23
**hospital [2]** 54/9 58/10
**hotmail.com [1]** 3/19
**hour [4]** 12/10 14/2
20/1 21/1
**House [11]** 20/18
39/19 85/14 126/4
126/8 126/9 126/14
132/20 132/21 134/8
140/13
**how [67]** 9/20 15/21
21/7 21/9 27/24 46/11
46/11 46/14 50/18 51/2
51/3 53/13 55/21 56/18
58/14 58/15 60/6/16
62/10 62/20 68/15
68/16 68/16 68/19
73/12 73/13 73/15
75/17 76/1 76/12 77/7

**H**

how... [37] 77/23 83/5
83/7 83/25 84/1 84/14
84/15 85/22 85/23 89/5
94/7 94/9 95/1 99/5
99/6 105/19 105/20
107/2 107/3 109/18
112/25 114/18 114/19
116/20 118/9 127/2
127/10 128/10 130/23
133/8 133/16 137/13
137/14 138/4 138/5
140/9 142/14
How are [1] 94/9
How are you [1] 94/7
however [9] 29/17 31/5
34/3 34/23 65/18 67/3
77/5 92/11 125/19
HR [1] 76/15
Hughes [2] 1/15 5/11
huh [5] 72/13 74/23
75/12 79/24 139/7
husband [1] 131/16
hypothetical [1] 80/20
hypothetically [3]
59/10 111/20 123/13

**I**

I also [4] 23/8 33/17
39/21 45/25
I am [1] 35/9
I apologize [2] 6/22
24/6
I assume [2] 8/11
52/13
I believe [9] 7/15 18/22
44/25 45/24 77/4
107/11 115/7 133/3
139/16
I can [7] 28/4 36/6 41/1
76/24 79/10 111/12
128/15
I can't [2] 50/16 125/16
I couldn't [1] 19/20
I did [6] 48/11 61/12
63/7 75/13 110/4
134/18
I didn't [5] 40/11 46/22
48/25 49/4 81/18
I don't [25] 7/16 11/25
42/9 48/13 52/16 54/17
59/23 63/5 63/22 68/1
68/7 82/16 90/19 90/19
95/3 95/4 95/10 96/20
100/9 112/18 116/2
117/1 130/7 132/24
144/8
I don't have [2] 59/7
93/23
I don't recall [2] 13/18
106/23
I guess [7] 14/11 41/14
52/6 96/21 111/2 132/9
139/22
I had [1] 134/11
I have [13] 26/18 41/18
44/7 66/19 71/16 82/25
83/23 85/15 95/11

139/15
I haven't [2] 44/25 56/2
I just [7] 6/8 19/3 27/5
27/13 89/24 102/13
106/9
I know [9] 7/19 11/22
11/23 26/7 37/19 69/8
69/11 129/8 140/1
I lived [1] 85/13
I mean [11] 7/25 8/8
8/11 28/2 47/6 74/17
76/13 77/8 83/20 86/15
102/14
I recall [1] 91/7
I remember [1] 1/9
I should [5] 34/17
57/17 62/8 70/2 114/7
I think [54] 8/6 9/14
9/13 10/8 23/20 25/9
27/24 43/16 44/6 44/9
46/22 47/10 49/3 49/14
49/21 51/20 52/10 53/5
53/9 55/12 56/24 68/18
69/9 71/13 74/7 74/13
76/19 77/10 78/17 79/8
81/11 83/20 85/20
89/15 91/15 95/6
100/25 113/1 115/8
120/7 123/24 126/6
126/21 127/13 127/14
128/3 132/11 137/3
140/9 143/23 144/2
144/18 144/21 145/9
I thought [2] 24/6
126/20
I understand [9] 5/25
6/2 12/19 13/25 21/22
27/2 32/12 82/20
102/14
I want [11] 29/2 29/8
45/24 73/20 79/10
82/19 86/15 86/19
106/15 114/22 114/22
I wanted [1] 100/12
I was [13] 46/23 49/5
58/8 58/9 76/14 85/16
88/4 90/7 100/11
109/13 119/5 138/16
138/23
I will [10] 13/2 20/13
20/16 28/6 30/20 35/11
37/2 63/6 103/3 144/3
I work [1] 50/3
I worked [2] 107/6
109/10
I wouldn't [2] 47/6
65/10
I' [1] 104/20
I'd [8] 27/4 27/6 45/1
56/20 81/7 120/7
137/17 137/24
I'll [17] 9/6 12/8 12/9
18/2 45/12 51/20 60/23
73/14 76/23 79/20
83/19 88/13 100/24
111/25 118/2 134/22
140/11

10/20 11/3 11/25 13/17
24/3 24/6 28/6 31/2
32/8 36/6 40/13 44/13
46/13 48/19 50/4 52/25
58/6 58/20 60/17 63/25
66/18 68/21 76/4 79/15
81/10 81/23 85/7 86/18
92/4 92/6 92/20 94/17
95/9 95/11 95/23 96/3
98/23 99/17 102/8
105/6 105/21 109/6
109/23 111/11 117/7
124/11 125/16 128/11
128/17 135/3 135/5
135/6 138/5 138/8
144/22 145/11
I'm going [9] 28/6 32/8
36/6 79/15 94/17 95/23
99/17 117/7 138/8
I'm just [1] 124/11
I'm not [7] 8/21 11/3
81/10 86/18 95/11
128/17 145/11
I'm not sure [4] 13/17
31/2 40/13 76/4
I'm sorry [10] 24/6
52/25 68/21 85/7 92/4
92/20 109/6 135/3
135/5 135/6
I've [33] 12/8 23/6
25/16 26/10 30/1 42/8
44/23 46/14 46/16
47/18 47/25 64/19
67/21 67/22 68/18 69/3
71/4 79/8 82/25 83/8
85/12 85/21 89/10
95/13 102/21 108/21
111/1 112/5 120/21
125/22 128/8 129/18
144/16
ideas [5] 86/6 122/25
123/2 129/18 140/21
identified [6] 14/25
19/22 20/6 43/22 130/3
131/15
identify [6] 15/23 25/18
25/21 26/2 37/13 142/1
ideology [3] 120/22
121/22 122/1
III [3] 1/6 2/2 5/7
illegal [1] 67/14
illegally [2] 67/5 77/6
images [2] 61/14 96/7
imagine [1] 59/23
immediately [3] 33/3
33/11 33/25
immigration [1] 67/23
impact [10] 8/13 8/19
8/21 44/13 50/16 93/14
127/14 127/18 137/15
142/14
impacted [1] 21/7
impaneled [1] 128/18
impartial [62] 23/1
29/16 30/14 35/6 39/9
40/23 43/10 43/12 53/7
55/6 57/7 61/9 62/12

69/25 70/6 70/22 71/2
71/9 71/12 71/22 72/25
73/3 75/4 75/18 76/2
81/14 81/23 83/10
83/17 83/22 83/24
85/21 86/22 86/25 90/4
93/15 95/2 95/20 98/14
104/7 108/16 108/20
110/9 111/16 112/12
118/7 118/22 119/21
121/19 122/2 128/21
130/18 135/22 144/9
144/9 144/24 145/7
145/10
important [8] 22/19
29/8 31/7 31/20 34/24
37/6 115/8 122/9
importantly [1] 31/24
53/8
impressions [2]
120/24 131/20
inability [1] 144/9
inadvertent [1] 124/10
inadvertently [2]
124/10 124/11
Inauguration [1] 40/12
Inauguration Day [1]
40/12
incarcerated [2] 92/18
92/24
incidents [2] 72/10
136/8
inclination [2] 80/6
80/10
inclined [1] 11/23
included [1] 10/3
includes [1] 31/18
including [3] 32/16
35/24 85/17
inconsistent [2] 132/3
143/20
increased [1] 49/17
Indeed [1] 29/5
independent [2] 35/2
37/5
indicated [13] 45/4
46/9 54/21 55/17 59/5
59/19 62/21 73/21
79/18 88/21 96/14
139/21 144/8
indicates [1] 62/17
indicating [1] 124/14
indication [1] 15/10
indicator [1] 15/7
individual [8] 25/11
34/7 37/14 60/1 70/3
98/3 101/17 131/2
individually [3] 36/15
37/1 74/1
individuals [5] 43/25
52/7 55/10 121/7
140/24
industry [1] 66/7
infiltrate [1] 85/25
influenced [1] 8/14
informal [1] 133/20
information [8] 11/12

15/12 48/19 124/17
informative [1] 48/18
inherent [1] 19/11
initial [2] 18/3 30/1
initially [2] 71/13
134/12
innocence [3] 74/6
77/21 122/22
innocent [9] 101/10
101/11 103/1 103/20
103/22 103/25 104/3
104/4 104/5
inside [10] 35/24 41/6
42/1 42/2 54/1 95/25
96/2 96/8 96/10 133/15
insofar [1] 46/24
Instagram [1] 31/14
instigate [1] 123/15
instigating [1] 123/5
instruct [7] 32/8 45/15
50/11 86/12 90/14
102/21 119/18
instructed [2] 21/25
32/15
instruction [8] 20/11
31/19 34/18 79/19 87/9
103/9 103/19 104/9
instructions [27] 30/2
32/22 33/12 33/16
33/19 34/6 34/9 34/14
34/25 35/5 36/4 37/3
37/7 37/19 50/22 60/8
81/3 88/13 94/4 97/3
99/4 103/2 103/8
105/16 117/24 124/5
143/18
instructs [1] 50/13
insurrection [1] 85/24
intention [4] 27/11
30/11 30/12 82/17
intentionally [1] 63/7
64/8
interfere [3] 115/12
115/15 115/20
interior [1] 134/2
Internet [1] 31/4 89/1
interrupt [2] 6/11 86/3
interviews [2] 13/8
13/15
intimidating [2] 8/17
8/18
introduced [3] 19/18
48/16 49/3
introduction [1] 70/11
invade [1] 30/12
investigating [1] 126/4
involved [7] 41/21 56/8
72/10 79/17 107/17
113/17 113/19
involving [1] 69/1
is [267]
Is that [1] 59/16
is that correct [2]
54/23 91/14
Is that fair [1] 98/5
is that right [2] 68/22
90/22

**I**

**is there [8]** 39/7 55/4
106/15 110/6 113/16
130/4 132/11 134/9
**isolated [1]** 95/11
**issue [7]** 7/23 8/22
10/14 69/18 72/2 82/8
103/23
**issued [1]** 33/17
**issues [5]** 7/21 23/18
25/8 58/21 111/7
**it [206]**
**it happened [2]** 90/7
113/5
**it happens [1]** 89/22
**it would be [4]** 43/12
45/1 105/8 105/9
**it's [81]** 7/2 7/5 7/8
7/11 8/10 8/11 8/13
8/16 8/24 9/5 9/24
12/17 21/23 24/9 26/15
42/7 43/25 44/18 45/8
46/9 47/8 48/20 48/20
51/9 52/6 53/5 54/16
56/10 58/25 62/25 63/1
64/13 64/23 66/22
66/23 69/20 70/3 72/1
72/2 72/8 76/19 78/19
79/8 80/5 83/21 83/24
86/10 89/16 92/12
95/16 96/11 101/10
103/21 108/3 108/3
108/11 109/7 109/7
115/8 117/17 123/16
124/10 124/25 125/15
125/16 128/7 130/11
131/13 134/4 142/5
142/6 142/7 142/12
142/15 142/19 142/22
142/24 143/24 144/21
145/9 145/13
**item [1]** 95/13
**its [3]** 9/20 22/11 125/4
**itself [10]** 16/2 22/13
22/15 33/6 42/4 43/19
46/19 70/2 71/14 121/5

**J**

**James [2]** 2/7 5/14
**January [92]** 7/12 7/15
11/8 15/6 16/13 16/15
16/17 18/22 19/10
19/18 21/20 28/8 31/25
32/8 32/13 38/22 38/25
39/5 41/10 41/13 41/20
41/22 42/13 42/22 43/3
43/19 45/5 46/10 48/10
49/13 49/16 54/20
54/22 55/19 61/8 61/23
62/1 62/2 62/24 63/15
64/10 68/14 70/8 70/16
83/1 85/2 85/12 86/7
88/22 89/8 89/21 90/3
94/22 95/1 100/17
104/16 106/10 106/12
106/18 107/1 107/17
108/2 108/10 109/25
110/5 114/8 115/1

**January 6th [35]** 7/15
16/13 16/15 16/17
19/18 38/22 41/10
41/13 42/22 43/19
46/10 48/10 49/13 62/2
68/14 70/16 100/17
106/10 106/18 107/1
107/17 108/2 115/1
115/2 115/6 118/3
118/21 120/16 123/15
124/2 126/4 126/24
133/1 138/10 140/5
**JC [2]** 27/4 28/15
**jcrisp [1]** 2/16
**Jeffrey [1]** 1/14 5/11
**jeffrey.nestler [1]** 1/20
**Jencks [2]** 10/19 10/20
**jeopardizes [1]** 33/5
**Jersey [2]** 97/24 97/25
**Jessica [3]** 2/14 5/9
29/1
**jlbrightlaw [1]** 2/9
**job [6]** 28/9 69/20
77/15 101/11 128/24
141/3
**John [1]** 130/7
**Johnston [1]** 2/11
**joke [1]** 7/5
**Jonathan [2]** 2/14 5/19
**Jones [2]** 43/22 131/6
**Josh [1]** 125/16
**journalists [3]** 32/3
32/7 64/2
**Jr [2]** 2/10 3/2
**judge [13]** 1/10 28/22
30/16 50/11 50/13
58/25 73/23 82/1 135/2
135/9 135/10 138/9
140/1
**Judge's [2]** 50/15
50/22
**judgment [12]** 14/15
14/17 15/4 15/7 15/11
15/13 15/16 16/2 16/25
17/7 19/6 22/9
**Juli [2]** 3/6 5/16
**JULIA [1]** 3/7
**July [1]** 19/24
**jump [1]** 61/4
**juries [2]** 19/9 29/4
**juror [113]** 8/23 10/10
18/21 18/21 19/4 20/15
22/3 22/20 22/24 23/1
23/3 23/21 23/21 23/23
24/1 24/8 24/9 24/9
25/4 25/7 25/7 25/8
25/12 25/13 25/14
27/12 27/20 28/9 28/24

30/6 31/15 32/19 33/4
33/13 37/13 38/1 38/3
38/5 42/3 49/6 52/17
53/4 53/16 55/6 58/17
59/2 60/13 60/14 60/15
60/23 61/9 61/23 62/9
69/20 70/23 73/15 75/4
76/2 76/14 77/7 79/10
81/8 81/16 83/12 83/18
83/23 84/13 84/17 86/8
87/13 87/17 87/20 90/4
93/15 94/12 94/14
94/18 95/2 96/6 96/14
99/11 101/12 105/22
106/2 107/23 107/25
111/14 117/25 118/13
118/15 118/22 119/16
120/4 127/11 128/2
128/19 133/9 137/12
137/13 137/15 137/16
140/4 143/21 144/11
145/4
**Juror 0322 [1]** 18/21
**Juror 0708 [3]** 24/1
24/9 25/4
**Juror 0751 [1]** 99/11
**Juror 1138 [1]** 38/3
**Juror 1149 [1]** 118/13
**Juror 1240 [1]** 60/13
**Juror 1264 [1]** 117/25
**jurors [38]** 8/9 9/12
14/15 14/21 16/5 16/7
18/3 18/10 18/11 18/13
18/14 18/16 19/12
20/10 20/13 21/7 21/9
21/24 22/9 23/19 25/22
27/18 28/19 29/5 29/13
29/14 30/15 35/24
36/10 37/10 37/20
70/12 83/9 86/4 95/18
144/14 145/1 145/15
**jury [52]** 1/9 6/2 6/14
7/24 8/13 8/13 9/12
11/11 16/4 16/14 17/9
17/11 18/8 19/7 23/17
28/18 29/3 29/10 30/14
30/18 30/23 31/2 31/9
31/20 32/6 32/10 32/14
33/1 33/5 33/8 33/13
33/19 33/22 33/23 34/2
34/4 34/7 35/6 36/17
37/5 48/9 57/23 59/2
80/3 80/15 91/9 94/19
96/20 96/21 97/1
143/12 143/24
**just [123]** 6/8 7/8 8/16
9/23 10/2 10/6 10/25
11/14 11/24 13/6 13/22
14/1 14/10 15/5 15/21
18/2 19/3 23/18 24/10
25/10 25/11 25/16
25/19 26/3 26/6 27/5
27/10 27/13 34/11
37/12 38/13 42/17
43/12 46/8 49/1 51/14
52/1 54/3 54/6 55/13
55/20 56/5 56/6 59/10

64/23 65/16 65/21
66/25 68/15 72/18
73/14 74/18 75/7 76/23
77/9 79/12 80/17 82/15
83/24 86/24 86/24 88/9
88/14 89/24 90/21 96/1
96/10 97/6 98/21 101/4
101/5 101/8 101/10
101/25 102/3 102/10
102/13 102/18 102/22
102/23 102/25 103/6
103/8 103/10 103/13
103/15 105/6 106/9
106/15 106/15 106/21
107/5 110/1 111/5
119/23 120/14 120/19
120/21 121/21 121/22
122/17 123/3 123/25
124/11 124/13 127/3
127/4 127/7 127/14
128/4 129/11 131/22
132/14 133/20 134/19
142/21 143/9 144/10
145/4
**justice [6]** 29/4 40/1
56/13 97/1 98/9 135/21
**Justin [2]** 1/16 5/12
**juvenile [1]** 135/17

**K**

**Kate [1]** 5/11
**Kate Rakoczy [1]** 5/11
**Kathryn [1]** 1/14
**kathryn.rakoczy [1]**
1/19
**keep [5]** 27/1 27/5
30/20 76/16 84/5
**Keepers [38]** 7/13 7/14
11/8 14/20 16/1 16/1
16/19 16/20 16/22
16/25 22/18 47/1 49/9
49/18 51/23 52/1 52/1
69/2 69/24 70/21 71/21
74/10 74/15 77/13
78/10 79/5 82/10 85/3
106/6 107/10 107/16
114/23 120/11 121/18
123/4 123/15 124/18
139/13
**Kelly [4]** 3/2 5/8 11/6
28/25
**Kenneth [3]** 3/11 5/8
28/25
**key [1]** 85/1
**kind [7]** 6/14 8/16
9/10 11/9 20/23 25/10
52/4 52/5 52/12 63/4
63/21 67/19 72/9 73/24
76/8 76/11 76/13 78/23
80/15 93/21 106/21
120/5 138/8
**kinds [1]** 51/15
**knew [5]** 17/1 17/8
43/20 53/7 85/18
**know [106]** 7/6 7/19
8/8 11/4 11/9 11/22

12/1 12/10 12/15
13/1 13/15 13/17 14/1
18/20 19/15 22/15
22/16 23/15 25/14 26/7
27/5 28/7 29/4 35/22
37/19 40/17 41/21 43/3
43/13 44/13 44/16
44/20 46/1 46/21 48/25
51/11 55/9 56/7 56/12
57/2 63/18 64/4 64/14
65/2 65/10 66/5 66/9
67/2 69/6 69/8 69/10
69/11 69/16 69/18
70/11 71/20 72/7 76/15
77/13 77/14 77/14
78/13 79/11 79/11
81/10 81/13 85/12
85/20 85/21 86/4 86/14
86/15 91/2 91/25 96/20
98/2 105/6 106/9
106/11 106/17 107/23
109/6 111/13 112/19
112/20 112/25 113/2
113/10 113/13 116/20
119/24 126/13 128/14
129/7 129/8 129/14
130/8 131/4 132/6
134/19 135/21 140/1
140/7 141/2 141/2
**knowing [5]** 14/20
50/16 67/6 67/8 77/6
**knowledge [5]** 39/10
40/1 40/4 41/24 128/4
**known [2]** 47/1 69/2
**knows [4]** 16/5 22/24
50/18 145/2

**L**

**LA [1]** 2/11
**ladies [4]** 28/21 32/18
36/4 36/12
**Lady [1]** 39/20
**land [1]** 49/21
**large [4]** 19/6 40/14
122/11 124/8
**largely [1]** 102/8
**LASSITER [1]** 2/3
**last [17]** 6/9 9/5 9/20
9/21 9/24 12/6 13/8
18/11 18/14 18/14
18/23 35/23 40/8 67/19
83/23 110/24 111/2
**lasted [1]** 20/25
**late [3]** 5/23 13/1 88/2
**later [3]** 6/14 11/14
36/20 62/20 116/22
119/12 138/11
**law [27]** 3/3 3/7 28/11
29/7 30/17 32/21 40/3
45/15 50/11 50/13
65/19 66/10 69/22 80/1
86/12 90/13 97/17
100/12 104/11 108/3
112/11 115/8 117/4
119/18 121/2 124/25
135/15
**lawful [1]** 115/20
**Lawn [2]** 2/3 2/7

**L**

**laws [1]** 66/15
**lawyers [5]** 26/25
30/12 33/12 35/12
76/21
**layout [1]** 134/1
**lead [1]** 47/12
**leaders [1]** 123/5
**learn [3]** 111/19 111/21
120/20
**learned [21]** 23/2 42/5
44/21 47/22 49/12
49/12 49/15 62/10
70/14 96/9 96/25 98/8
106/16 108/1 108/24
113/23 121/4 125/20
125/22 135/20 138/11
**least [6]** 10/11 18/25
25/24 56/20 72/21
121/4
**leave [7]** 14/20 34/8
34/16 36/20 60/10
60/11 94/4
**led [1]** 85/24
**Lee [2]** 2/7 5/14
**left [4]** 25/23 25/24
120/24 142/16
**legal [5]** 58/25 92/3
97/11 117/4 134/24
**legislative [3]** 38/21
109/13 110/8
**less [6]** 6/17 8/13
16/24
**let [32]** 9/6 12/15 13/15
14/10 26/6 34/11 43/6
46/8 48/8 56/5 57/22
61/4 62/15 65/13 66/25
70/10 71/9 76/23 78/3
79/20 83/19 88/14
88/20 92/1 92/4 94/24
99/18 101/5 106/14
119/23 123/21 129/20
**let's [14]** 6/19 25/22
38/2 41/11 43/18 54/18
68/13 84/5 84/13 88/19
104/14 137/5 145/13
145/14
**level [3]** 20/23 138/19
144/24
**light [1]** 23/10
**like [74]** 6/16 8/24
26/22 38/9 42/14 47/7
47/10 48/1 48/24 49/5
49/18 49/22 50/15
50/20 51/8 51/9 51/16
53/16 53/24 55/10
56/21 57/3 59/17 61/14
61/17 63/9 63/9 63/21
64/21 65/8 65/9 65/10
66/5 66/6 66/6 66/20
66/23 67/24 68/10
68/23 69/3 69/11 72/5
74/18 74/20 76/8 76/13
76/15 76/16 76/16
78/18 79/9 79/10 81/7
86/5 87/24 88/1 88/23
88/24 94/11 94/15 99/9

112/20 117/25 118/12
140/14 144/5
**likely [6]** 34/3 65/3
75/13 94/24 108/13
141/7
**limine [1]** 19/25
**Linder [28]** 2/2 2/3
5/14 9/2 9/25 28/4
50/25 52/16 53/9 58/13
60/6 73/10 73/14 75/24
78/2 81/6 83/8 83/19
93/22 97/5 97/7 98/18
114/16 138/2 140/7
144/11 144/18 145/9
**Linder's [1]** 83/4
**line [11]** 23/21 24/5
25/7 25/13 25/17 25/19
26/9 26/14 26/14 27/2
60/15
**lined [1]** 28/16
**links [1]** 142/25
**list [3]** 13/12 25/9 26/3
**listed [1]** 129/1
**listen [2]** 32/15 35/1
**listened [1]** 20/17
**listening [1]** 107/8
**lists [1]** 129/2
**little [22]** 7/20 25/9
29/11 29/12 36/21
39/13 40/9 43/4 49/10
54/3 54/6 55/18 55/19
61/19 66/17 85/4 88/2
90/7 94/22 110/25
112/3 138/9
**live [10]** 32/5 41/18
45/5 51/16 55/1 55/5
108/10 119/5 119/14
119/20
**live-streamed [1]**
119/5
**lived [4]** 28/13 56/11
85/13 90/21
**lives [3]** 7/14 85/17
111/10
**living [6]** 41/9 41/12
42/15 50/2 58/5 98/22
**LLC [2]** 2/14 3/12
**lobbyist [1]** 50/5
**local [1]** 21/5
**locally [1]** 21/4
**locate [1]** 25/18
**location [1]** 35/19
**long [9]** 9/20 54/16
56/11 56/18 98/10
98/11 109/18 112/25
123/18
**longer [2]** 36/21
145/12
**look [17]** 13/25 28/7
41/2 45/25 64/14 65/10
74/5 77/9 78/18 86/17
93/7 102/22 104/23
111/13 128/25 142/21
144/21
**looking [3]** 26/1 26/24
88/4
**looks [1]** 142/13

**lose [1]** 10/6
**lot [16]** 11/15 44/11
45/6 45/7 61/12 62/21
62/22 72/9 85/12 93/7
100/9 106/23 108/10
119/14 124/22 145/12
**lots [2]** 59/11 85/15
**Louis [1]** 5/12
**lounge [1]** 31/2
**lunch [1]** 145/13

**M**

**ma'am [12]** 75/7 84/14
87/11 87/15 91/9 92/4
92/24 94/2 94/6 98/17
98/22 99/1
**made [9]** 19/5 23/14
23/15 26/10 26/15
26/25 27/2 47/3 122/10
**magazine [1]** 30/25
**main [1]** 23/3
**majority [1]** 14/15
**make [10]** 13/7 37/17
37/22 51/10 66/15
82/15 82/19 82/22 83/4
142/22
**makers [1]** 29/7
**making [1]** 29/3
**manager [1]** 58/8
**many [5]** 40/10 46/11
46/14 68/19 82/18
**Manzo [1]** 5/12
**march [1]** 40/8
**market [1]** 21/16
**Maryland [3]** 93/1 93/2
93/4
**mask [13]** 35/9 35/15
35/20 38/10 53/15
60/21 84/20 87/24
94/10 95/8 99/9 105/25
118/12
**masking [4]** 35/10
35/11 35/21 36/1
**master's [3]** 141/19
141/20 144/6
**material [5]** 10/20
10/21 11/15 11/16
11/21
**math [1]** 84/6
**matter [7]** 9/12 19/10
19/16 27/11 83/24
111/10 146/4
**matters [5]** 6/1 18/20
30/10 61/24 70/12
**Matthew [2]** 63/23 64/1
**may [47]** 6/5 7/19
19/13 23/2 23/12 25/19
26/19 26/25 30/9 30/10
30/25 31/7 32/12 35/14
40/24 43/21 48/12
58/17 62/2 63/16 65/1
67/2 67/3 74/22 81/1
81/25 82/2 82/3 84/3
93/7 95/7 96/25 106/22
108/23 113/11 113/17
119/24 119/25 120/1
121/14 123/17 125/19

143/2 144/16
**maybe [23]** 8/10 9/11
28/8 42/18 45/1 46/15
48/4 48/15 48/15 48/16
49/15 49/19 62/11
63/23 68/19 68/23 69/9
71/11 83/5 83/6 108/12
114/1 135/16
**MD [1]** 3/18
**me [68]** 6/25 7/4 8/25
12/15 14/10 14/15 16/8
19/11 21/23 23/7 23/9
25/7 25/10 26/6 26/11
30/7 32/5 33/4 34/11
35/9 43/6 46/8 47/7
48/8 51/9 54/5 56/5
56/6 57/22 61/4 61/15
62/15 64/21 65/13
66/25 69/6 70/10 71/9
76/9 76/23 78/3 80/5
86/18 88/5 88/14 88/19
88/20 92/1 92/4 94/20
94/24 99/18 101/5
105/5 106/14 119/23
120/24 123/21 129/20
130/4 131/1 132/14
137/7 137/22 141/1
141/2 142/6 145/17
**mean [19]** 7/25 8/8
8/10 8/11 9/19 28/22
28/4 42/20 47/6 74/17
76/13 77/8 83/20 86/15
102/14 111/5 120/23
127/18 133/20
**meaningful [1]** 12/14
**means [6]** 22/16 31/12
31/22 32/1 33/24 106/3
**meant [1]** 83/21
**mechanical [1]** 4/6
**media [31]** 19/18 20/17
20/17 20/23 21/7 21/10
21/16 31/18 31/19
31/24 32/24 32/9 32/17
32/24 33/18 37/4 47/19
48/20 57/19 61/13
62/18 63/14 64/12
120/13 120/14 120/21
125/5 125/12 125/23
141/6 142/12
**Medical [1]** 50/4
**meeting [1]** 13/13
**Meggs [5]** 3/2 5/8 5/17
11/6 28/25
**MEHTA [2]** 1/9 28/22
**member [26]** 31/13
34/9 39/15 40/7 41/9
41/12 42/13 65/14
67/18 71/25 85/14 91/3
91/20 92/2 92/13
107/12 109/3 110/12
112/2 114/3 126/2
126/14 134/6 134/16
134/24 135/25
**members [10]** 33/17
38/16 72/12 72/24 91/1
91/13 110/23 112/15
121/8 133/19

memories [1] 119/25
**memory [1]** 69/4
**mentioned [11]** 44/1
44/2 44/3 44/11 50/7
70/24 73/22 107/9
126/17 129/3 129/4
130/9 130/13 130/16
131/5
**mentioning [2]** 11/6
130/4
**mentions [1]** 49/16
**mere [1]** 67/13
**merely [1]** 16/1
**Merit [1]** 4/2
**met [4]** 112/18 125/4
131/18 131/19
**Metropolitan [1]**
136/17
**microphone [2]** 39/13
61/19
**might [38]** 9/16 9/17
10/5 12/24 15/1 15/12
27/13 32/23 35/4 35/20
35/22 37/22 44/1 44/3
46/4 48/1 48/5 49/6
50/16 64/16 64/17 65/6
67/7 71/8 71/15 73/3
83/4 83/25 90/3 99/24
110/8 127/17 129/3
130/16 137/20 140/4
140/17 142/24
**mile [1]** 41/18
**miles [2]** 26/22 42/25
**military [2]** 61/18 96/4
**mind [10]** 7/10 62/8
90/16 93/13 102/11
125/8 127/20 129/19
134/9 142/15
**mindful [2]** 14/1 73/15
**mine [2]** 135/1 137/10
**minimal [1]** 95/4
**minimum [1]** 30/21
**minute [2]** 84/5 92/1
**minutes [2]** 6/18 37/13
**misread [1]** 126/6
**miss [3]** 48/17 88/9
137/21
**misspoke [1]** 104/20
**mobile [2]** 31/4 31/8
**mode [1]** 31/6
**mom's [1]** 39/18
**moment [8]** 6/12 38/1
63/12 65/10 86/3
100/25 103/24 132/14
**momentarily [1]** 88/14
**Monday [1]** 61/17
**monitors [1]** 46/17
**month [6]** 9/13 10/1
11/19 13/8 35/23 47/8
**months [1]** 127/1
**more [33]** 6/8 7/20 8/16
8/20 9/13 10/1 10/4
10/16 15/22 15/23
18/13 19/21 22/19
23/16 26/6 31/20 35/23
35/24 43/4 46/8 48/18
53/7 57/14 63/16 79/8
79/15 79/15 97/7 99/24

**more... [4]** 106/11
120/19 141/1 145/15

**morning [40]** 1/7 5/5
5/22 6/5 6/7 10/17 11/1
11/21 25/21 28/21 30/1
37/22 51/2 53/13 57/24
58/3 58/4 58/14 60/16
60/17 73/13 73/23
87/15 87/16 88/2 88/3
88/7 94/6 94/8 99/2
99/5 99/6 105/15
105/19 114/14 114/18
114/21 142/20 143/12
143/17

**most [14]** 19/16 20/25
20/25 30/14 33/23
42/15 63/3 76/13 95/21
95/22 108/12 125/22
130/5 141/6

**mostly [3]** 46/23 65/17
107/5

**mother [1]** 93/21

**motion [10]** 14/10
14/11 14/14 14/18 16/3
19/5 19/8 19/19 20/7
21/13

**motions [2]** 19/25 48/5

**move [5]** 6/14 14/8
21/14 48/8 132/8

**moved [1]** 56/16

**movement [1]** 111/10

**moving [1]** 48/3

**Mr [3]** 6/22 9/2 143/17

**Mr. [54]** 6/2 6/3 6/11
7/7 7/10 7/18 8/23 9/25
10/13 13/17 20/5 23/20
25/17 27/17 28/4 36/24
50/25 52/16 52/21 53/9
58/13 60/6 60/8 73/10
73/14 75/24 78/2 81/2
81/6 83/4 83/8 83/19
87/8 93/22 94/3 97/5
97/7 98/18 99/2 105/15
114/16 117/20 117/23
123/14 129/6 130/15
130/16 130/22 138/2
140/7 143/6 144/11
144/18 145/9

**Mr. Alexander [1]**
129/6

**Mr. Caldwell [1]** 20/5

**Mr. Caldwell's [2]** 7/10
8/23

**Mr. Douyon [11]** 23/20
25/17 36/24 52/21 60/8
81/2 87/8 94/3 99/2
105/15 117/23

**Mr. Fischer [5]** 6/2
6/11 7/7 7/18 27/17

**Mr. Linder [24]** 9/25
28/4 50/25 52/16 53/9
58/13 60/6 73/10 73/14
75/24 78/2 81/6 83/8
83/19 93/22 97/5 97/7
98/18 114/16 138/2
140/7 144/11 144/18
145/9

**Mr. Nestler [2]** 117/20
143/6

**Mr. Rhodes [1]** 123/14

**Mr. Stone [3]** 130/15
130/16 130/22

**Mr. Woodward [3]** 6/3
10/13 13/17

**Ms [1]** 73/12

**Ms. [4]** 8/18 20/6 23/14
84/12

**Ms. Caldwell [1]** 8/18

**Ms. Haller [1]** 23/14

**Ms. Rakoczy [1]** 84/12

**Ms. Watkins [1]** 20/6

**much [23]** 8/15 12/18
21/7 21/9 37/1 37/8
44/25 46/11 52/20
58/11 62/20 68/16
68/17 75/6 81/1 87/7
94/2 98/24 99/1 114/20
117/22 141/24 143/16

**mugged [1]** 112/6

**multiple [4]** 38/20
47/12 77/1 120/16

**my [74]** 7/23 8/8 8/20
22/18 23/6 25/24 27/11
28/22 29/3 30/11 33/16
34/25 36/3 39/10 39/18
41/3 41/23 43/24 44/8
45/22 46/16 48/11
48/12 48/19 50/14
51/13 63/3 63/22 64/2
65/19 66/4 71/12 71/16
72/5 74/19 76/15 76/16
77/9 77/10 78/14 82/20
85/20 88/24 91/22
92/18 96/4 97/13 98/19
100/12 102/8 102/10
102/17 102/18 103/3
104/23 106/25 108/11
112/17 119/2 127/20
128/24 129/19 130/11
131/16 133/12 136/2
137/9 137/18 138/23
138/24 141/3 141/14
142/15 142/25

**myself [1]** 128/8

**N**

**name [10]** 11/3 28/22
44/2 44/3 64/4 125/17
130/8 130/12 130/15
131/5

**named [1]** 5/21

**names [6]** 43/21 44/1
63/19 129/3 129/9
132/14

**nationally [1]** 21/4

**natural [2]** 80/5 80/10

**nature [4]** 111/6
143/20 143/25 144/3

**Navarro [2]** 43/23
130/10

**near [2]** 34/1 44/24

**nearby [1]** 47/15

**necessarily [7]** 14/24
15/4 15/10 15/13 15/15

**need [14]** 11/9 11/10
12/6 23/16 35/14 44/20
50/21 51/12 52/17
69/19 76/14 77/19
96/20 137/24

**negative [10]** 52/1 52/2
52/13 74/16 74/19
78/10 79/4 79/7 116/7
117/4

**neighbor [7]** 132/21
132/22 132/24 132/25
132/25 133/5 133/9

**neighborhood [2]**
41/16 41/17

**Nestler [4]** 1/14 5/11
117/20 143/6

**never [4]** 55/9 79/9
82/13 82/14

**new [9]** 10/20 13/16
13/19 22/8 65/5 65/7
96/3 97/24 97/25

**New Jersey [2]** 97/24
97/25

**news [61]** 19/20 20/1
20/11 20/15 20/15
20/19 20/21 20/25 21/1
21/18 22/1 22/5 31/23
32/1 32/2 32/24 33/2
44/8 45/7 45/9 48/10
54/20 55/1 55/18 55/19
55/21 55/25 57/19
62/18 62/22 62/24 63/3
64/9 64/24 89/1 89/5
89/7 89/16 89/21 90/2
94/21 94/22 95/12
95/17 108/11 108/18
108/19 108/22 114/8
120/14 122/18 123/23
124/1 124/22 125/23
141/22 141/23 142/1
142/18 143/25 145/5

**newsfeed [1]** 63/1

**newspaper [2]** 21/5
31/23

**newspapers [1]** 21/16

**next [6]** 20/13 51/10
60/13 60/14 84/13
106/25

**NJ [1]** 3/13

**no [135]** 1/4 5/6 5/7 5/8
7/4 14/2 15/19 19/8
21/25 22/25 23/13
23/13 25/13 26/14
26/14 28/13 31/14
39/10 40/2 40/5 41/23
50/18 53/10 56/14 57/8
57/12 57/16 57/25
58/21 58/23 58/25 60/4
66/4 66/4 66/12 67/4
67/4 67/8 67/10 67/13
70/1 70/7 71/11 71/23
72/16 73/1 73/5 73/7
73/9 75/10 77/5 78/19
80/17 80/24 82/12
83/20 83/23 85/8 85/8
86/17 87/2 87/5 87/6
88/4 88/24 89/2 89/4

**New Jersey** ...

**neighbor** ...

**91/10 91/14 91/15
91/21 92/4 92/9 92/10
92/22 93/16 94/1 98/10
98/16 103/14 103/17
105/12 105/13 108/17
108/21 109/17 109/24
110/10 110/21 111/24
112/13 113/18 113/21
113/25 114/11 114/15
115/23 117/3 117/12
117/17 117/19 117/21
119/11 119/22 122/3
122/6 122/24 124/20
125/10 128/15 128/22
128/23 129/4 129/8
130/2 130/3 130/6
130/19 131/1 131/19
133/2 135/23 136/12
136/15 136/21 137/2
138/20 140/19 142/6
143/7 143/13**

**nobody [2]** 61/23
111/13

**none [3]** 21/4 35/17
129/8

**nonprofit [1]** 65/24

**North [1]** 2/15

**Northern [1]** 21/14

**not [212]**

**not-guilty [1]** 125/6

**note [3]** 10/10 18/2
70/2

**notes [1]** 19/8

**nothing [6]** 7/12 7/13
7/14 22/24 105/2
142/23

**noticed [1]** 114/25

**notifications [2]** 37/21
37/24

**notified [1]** 23/20

**notify [2]** 33/10 33/21

**notion [1]** 18/5

**notwithstanding [6]**
23/2 40/21 87/1 118/3
118/5 125/4

**NOVA [1]** 47/15

**November [2]** 9/8
10/10

**now [28]** 5/23 11/19
11/22 12/17 29/2 29/10
29/21 30/9 31/7 31/20
35/14 36/13 37/5 38/5
47/8 48/21 64/24 65/1
66/9 70/4 78/11 83/8
92/18 101/24 104/2
121/22 123/8 145/13

**number [10]** 21/8 24/3
30/4 40/14 53/6 56/19
92/5 129/2 142/17
145/8

**numbers [6]** 16/4 16/7
17/10 18/8 19/3 23/6

**Nurse [1]** 98/23

**NW [4]** 1/17 3/3 3/7 4/4

**O**

**Oak [2]** 2/3 2/7

**oath [43]** 7/13 7/14
11/7 14/19 14/20 16/1
16/1 16/19 16/20 16/22
16/25 22/6 22/18 36/7
36/10 47/1 49/9 49/18
51/23 52/1 52/1 69/2
69/24 70/21 71/21
74/10 74/15 77/13
78/10 79/5 82/10 85/3
87/13 106/6 107/10
107/16 114/22 120/11
121/18 123/4 123/15
124/18 139/13

**Oath Keepers [33]**
16/1 16/1 16/19 16/20
16/22 16/25 22/18 47/1
49/9 49/18 51/23 52/1
52/1 69/2 69/24 70/21
71/21 74/10 74/15
77/13 78/10 79/5 82/10
85/3 106/6 107/10
107/16 120/11 121/18
123/4 123/15 124/18
139/13

**Obama [1]** 49/21

**object [2]** 8/7 41/2

**objection [5]** 24/1
52/24 53/2 105/13
118/2

**objections [2]** 87/4
105/11

**objective [4]** 44/5 46/5
65/6 76/23 133/12
141/3

**objectively [7]** 41/2
45/25 47/22 120/6
120/8 120/9 131/25

**observations [2]** 42/6
54/19

**observing [1]** 46/23

**obstruct [1]** 101/18

**obstructing [1]** 101/19

**obstruction [1]** 101/19

**obtain [1]** 142/18

**obtained [1]** 11/13

**obviously [17]** 7/5 8/17
11/9 12/6 12/20 26/4
36/19 44/10 47/19
61/15 63/10 70/13
71/15 72/8 98/3 110/5
144/7

**occasionally [2]**
133/17 135/14

**occasions [1]** 120/16

**occur [1]** 142/15

**occurred [5]** 11/19
40/15 61/7 104/16
119/4

**October [2]** 137/6
137/7

**off [5]** 24/11 25/11
37/24 38/10 107/24

**offenses [2]** 69/22

**offer [1]** 7/17

**office [10]** 1/16 97/19
97/20 109/13 113/11
113/16 113/19 127/8
136/18 136/18

**O**

officer [5] 18/20 33/11
33/21 57/14 101/20
officers [1] 100/18
OFFICES [1] 3/7
official [3] 4/3 101/18
101/19
often [2] 107/2 116/3
oh [4] 8/4 8/4 73/16
135/16
okay [186]
old [1] 23/6
once [3] 17/10 55/8
143/24
one [45] 7/22 10/24
11/3 18/12 18/20 21/22
26/6 27/10 30/5 33/22
33/24 34/4 35/23 37/18
45/11 47/8 50/18 59/20
63/17 67/12 68/19
68/21 68/24 69/16 72/6
75/9 79/15 79/15 82/6
82/6 95/13 97/7 100/6
100/18 104/19 111/9
123/5 130/19 132/21
134/11 138/22 138/24
141/9 142/17 145/3
one-day [1] 21/22
ones [5] 46/14 46/16
46/18 46/21 46/23
ongoing [1] 124/14
online [4] 21/18 31/4
31/11 31/15
only [24] 8/12 12/3
16/8 16/10 17/2 17/5
17/8 17/12 18/9 18/24
19/21 30/13 30/17 32/1
34/12 35/11 55/8 63/7
70/14 71/3 86/11 108/2
108/24 123/10
Open [1] 25/3
operations [1] 76/16
opinion [13] 22/18
22/25 61/6 74/21 78/8
78/10 78/11 85/22
116/7 118/6 118/21
139/9 141/1
opinions [9] 74/1 85/2
104/15 115/3 115/5
115/25 118/4 122/21
140/5
opposed [1] 141/1
order [10] 11/4 13/14
25/25 26/1 26/3 26/4
26/5 30/4 33/17 50/15
orders [1] 12/4
ordinary [1] 29/6
Oregon [1] 137/10
organization [15]
49/10 49/15 52/8 52/11
52/12 52/15 65/25
70/21 82/11 85/3 106/6
107/17 120/11 121/14
122/11
organized [2] 26/1
47/10
original [1] 38/5
originally [2] 9/9 49/19

other [43] 18/22 18/11
18/11 18/25 19/1 31/3
32/4 32/9 32/25 33/15
33/22 36/25 37/16
37/23 46/16 46/21
47/15 49/13 49/13 64/3
64/21 66/7 69/16 71/16
72/7 92/14 104/2
106/15 119/5 119/9
125/19 129/25 132/3
132/4 144/13
others [5] 13/19 32/7
49/19 84/2 132/13
Otherwise [1] 48/19
ought [1] 9/15
our [27] 8/12 9/8 13/12
16/4 17/11 21/7 23/23
29/4 29/6 29/7 30/13
36/7 37/13 38/1 61/25
84/13 115/8 115/11
115/14 115/19 116/11
117/5 117/9 132/19
134/19 137/4 145/13
out [46] 7/15 9/13 9/13
11/15 12/20 14/21
15/21 18/7 19/4 19/23
22/13 26/2 26/8 27/18
28/17 29/17 43/16
44/24 48/5 48/14 51/5
52/21 60/9 62/23 63/7
73/18 84/6 87/9 89/21
93/1 93/2 99/2 105/15
110/1 114/21 116/22
116/22 117/23 122/7
134/12 137/24 138/6
141/5 143/17 143/24
144/3
outbreak [1] 35/22
outcome [2] 42/17
113/6
outlook.com [1] 3/10
outside [17] 77/3 125/5
over [13] 9/5 10/18
13/8 13/20 20/13 22/12
24/8 33/7 37/16 49/2
49/21 85/25 126/25
overrule [1] 118/2
overtones [1] 40/19
own [8] 42/6 59/1 60/2
80/2 80/21 95/5 95/10
117/10

**P**

P.A [1] 3/16
p.m [1] 145/18
PA [1] 2/15
page [27] 54/19 85/6
85/7 88/20 91/7 92/12
94/20 95/24 99/19
106/4 109/2 109/2
109/5 109/6 109/7
109/7 111/25 114/23
118/18 123/21 132/9
134/22 139/22 142/4
142/5 142/6 142/7
pages [1] 12/12
paid [3] 56/3 57/20
145/1

pandemic [1] 35/20
panel [2] 28/18 59/2
paper [1] 63/1
Pardon [1] 54/5
Park [1] 3/3
parse [1] 48/5
part [24] 18/15 20/12
20/21 29/20 31/17
44/10 48/1 52/11 62/15
65/9 67/3 70/4 71/16
75/21 76/13 76/15
82/10 88/1 100/6
100/11 104/23 130/5
139/16 139/18
partial [1] 49/1
participants [1] 86/7
participation [1]
141/15
particular [11] 11/12
14/4 15/5 19/7 20/5
22/17 41/12 75/25 85/3
122/14 126/22
particularly [2] 30/22
86/5
parties [7] 23/24 29/19
30/8 30/15 31/12 31/16
137/22
parties' [1] 129/2
partly [1] 140/24
partner [1] 112/17
parts [1] 119/10
past [8] 44/18 44/21
45/13 45/14 52/5 66/10
126/25 128/8
Pause [3] 26/17 28/14
53/11
peaceful [3] 115/9
115/13 115/21
Pennsylvania [1] 3/7
people [41] 13/13
14/23 15/11 16/13
16/21 16/23 16/24 17/2
17/5 17/8 17/12 18/3
18/6 18/9 19/6 27/13
32/25 35/24 42/15
43/21 45/8 45/9 56/7
61/21 64/3 66/22 69/16
77/14 78/8 109/21
116/14 117/1 119/9
119/14 125/19 128/5
129/2 129/2 130/5
136/10 145/2
percent [21] 14/16
16/9 16/10 16/11 16/13
16/18 16/21 16/21
16/24 16/24 17/4 17/9
17/13 17/14 17/16
17/18 17/20 17/22
17/24 17/25 18/5
percentages [1] 19/6
performing [1] 29/8
perhaps [7] 22/23
22/25 27/4 27/6 62/10
65/5 96/7
permit [1] 26/12
permitted [1] 7/23
person [18] 23/25
25/10 25/19 25/21

other [1] 57/2
57/2 57/3 60/14 63/16
83/16 102/9 114/6
126/18 126/24 127/5
person's [2] 107/15
139/1
personal [7] 23/22
30/10 41/3 42/16 45/22
122/10 125/23
personally [5] 26/15
42/19 73/23 129/7
129/9
perspective [1] 74/20
Peter [2] 43/23 130/10
Peter Navarro [1]
43/23
phillip [3] 2/2 2/6 5/14
phone [5] 24/10 37/21
88/24 138/14 138/16
phones [3] 24/10 31/3
37/23
physical [1] 42/21
physically [1] 130/23
picked [1] 106/22
picking [1] 11/11
piece [1] 48/19
pilot [1] 51/10
place [5] 22/1 31/5
35/4 53/1 142/19
placed [3] 36/7 36/10
87/13
Plaintiff [1] 1/4
plan [1] 11/7
plane [1] 51/10
platform [1] 63/14
platforms [1] 125/12
play [1] 29/5
played [4] 44/14 44/18
65/3 122/19
plays [2] 15/21 63/4
please [20] 5/3 6/6
28/20 30/24 33/3 33/3
33/10 33/20 34/16 36/8
37/2 37/3 60/11 84/11
88/19 99/20 111/25
118/18 134/22 145/17
plus [1] 14/19
podcasts [1] 31/23
point [11] 10/16 12/13
21/23 31/8 33/1 37/15
49/25 68/3 79/6 107/5
131/11
police [7] 18/20 57/14
131/15 131/23 136/8
136/17 136/24
policy [1] 141/19
political [15] 40/18
40/24 41/3 44/15 45/23
68/2 68/4 71/16 71/20
111/15 111/16 111/22
141/19 142/13 142/14
politically [1] 68/2
politics [3] 40/18 44/8
44/17
pool [6] 16/14 17/9
17/12 18/3 18/9 19/7
portions [1] 46/9
Portland [1] 137/10

portrayed [1] 61/14
pose [1] 114/12
position [2] 27/20
27/20
positive [4] 35/25
51/25 74/16 74/19
possessed [7] 15/20
67/5 75/11 76/1 77/6
78/8 79/6
possessing [1] 75/16
possession [4] 66/23
67/1 67/13 75/14
possibility [2] 27/1
27/3
possible [6] 12/2 13/14
30/14 43/25 82/6
131/13
possibly [2] 33/6 84/2
post [4] 32/2 46/17
115/24 116/2
posted [4] 115/1 115/2
116/4 116/5
poster [1] 114/25
posting [2] 31/14 32/3
postings [2] 32/10
115/13
potential [3] 15/18
28/24 31/15
potentially [5] 8/14
10/6 73/22 88/13 128/7
power [4] 115/9 115/12
115/14 115/21
practices [1] 97/17
pre [14] 14/15 14/17
15/4 15/7 15/11 15/13
15/16 16/2 16/25 17/7
19/6 22/9 30/16 44/7
pre-assumed [1] 44/7
pre-judge [1] 30/16
pre-judgment [12]
14/15 14/17 15/4 15/7
15/11 15/13 15/16 16/2
16/25 17/7 19/6 22/9
precise [1] 18/13
precluding [2] 12/10
13/3
preconceived [3]
122/25 123/1 140/21
preconceptions [1]
129/16
prejudgment [1] 18/6
prejudice [2] 13/2 14/5
preliminary [4] 6/1
9/12 36/3 37/19
prep [3] 11/18 13/8
14/1
presence [3] 120/14
120/20 131/1
present [7] 5/21 39/23
39/24 58/18 93/10
130/23 132/25
presentation [1] 12/11
presented [26] 28/11
32/21 42/7 43/9 44/22
45/15 54/15 62/3 64/15
65/9 69/21 77/16 86/11
86/11 86/25 96/11
108/3 108/4 119/17

**P**

presented... [7] 119/24
124/25 125/1 128/1
128/25 129/25 134/4
presently [1] 92/23
President [2] 39/19
39/20
press [2] 20/8 32/16
pressed [2] 12/1 81/13
presumably [1] 8/15
presume [4] 103/9
103/12 103/15 103/20
presumed [6] 101/10
101/11 103/1 103/24
104/3 104/4
pretty [2] 53/5 143/23
Prettyman [1] 4/4
prevent [5] 36/2 74/12
75/3 101/20 128/20
previously [3] 58/7
108/13 144/20
prime [3] 46/15 46/18
46/23
principle [3] 59/14
104/11 117/4
prior [6] 23/6 26/21
61/13 110/7 120/15
120/17
privacy [1] 30/13
probably [22] 7/8 9/10
9/14 40/12 42/14 42/15
44/7 46/14 47/24 49/16
67/23 69/11 72/20 78/1
78/3 79/5 101/1 109/7
119/1 134/1 140/9
142/16
problem [7] 21/13
56/17 59/5 59/7 95/4
130/4 139/18
problematic [1] 82/4
procedural [1] 27/11
procedure [2] 26/11
82/1
proceed [1] 5/24
proceeding [4] 101/18
101/19 112/16 112/18
proceedings [7] 1/9
4/6 26/13 35/25 101/22
145/18 146/4
process [24] 29/14
29/18 29/20 30/19 31/9
31/20 32/6 33/1 33/6
33/7 33/8 33/13 33/24
35/6 37/6 76/14 79/9
79/18 80/18 81/16 83/2
83/16 97/1 115/15
produced [5] 4/7 10/18
10/19 10/24 10/25
production [1] 48/3
professional [2] 50/5
109/21
profile [1] 44/10
progresses [1] 11/17
progressing [1] 12/7
prominence [1] 21/3
promise [3] 30/20
83/10 83/17
property [1] 101/21

proposed [1] 123/24
proposition [1] 123/25
prosecuted [7] 57/3
57/11 92/14 93/3 93/11
114/4 136/10
prosecuting [1] 136/18
prosecution [1] 135/17
prosecutors [6] 93/9
113/10 113/12 113/14
113/17 136/24
prospective [5] 28/19
36/10 37/10 83/9 83/11
83/18 87/13 144/11
144/14
protest [4] 40/8 40/14
67/19 110/24
protests [8] 40/11
40/14 40/19 67/22
67/23 67/24 120/17
120/20
Proud [1] 49/18
prove [1] 141/8
proved [1] 101/12
proven [2] 100/1
102/15
proves [1] 104/6
provide [4] 27/12 99/3
117/24 143/18
provides [1] 11/3
proving [1] 103/21
proximity [1] 42/22
pry [1] 111/5
public [14] 24/11 26/9
26/14 26/14 27/3 33/18
35/10 49/21 63/8 97/18
97/20 98/3 118/6
141/19
publicly [2] 72/3 118/4
pulled [1] 88/24
purchased [1] 137/9
purpose [2] 21/6 26/12
purposely [2] 63/5
63/22
purposes [3] 12/22
26/4 61/25
push [2] 37/20 37/24
put [23] 25/10 28/9
42/5 43/8 43/12 44/20
45/2 47/21 52/24 53/7
53/9 55/13 61/25 62/9
70/14 77/15 78/16
90/12 95/18 100/23
108/1 108/23 123/9
putting [1] 9/16
PUTZI [1] 3/16

**Q**

qualify [1] 9/15
question [160]
Question 1 [1] 137/5
Question 11 [1] 62/16
Question 13 [3] 38/15
109/9 132/9
Question 14 [3] 39/12
90/25 110/11 132/16
Question 17 [1] 75/9
Question 18 [3] 40/6
67/17 110/22

proposed [1]
133/14
Question 19 [2] 35/22
133/7
Question 22 [1] 42/11
134/15
Question 42 [1] 63/13
125/11
Question 45 [3] 61/5
118/20 135/24
Question 46 [1] 120/10
Question 47 [1] 121/16
Question 48 [1] 122/15
Question 50 [1] 97/9
Question 54 [2] 104/14
112/1
Question 55 [1] 137/3
Question 62 [2] 59/13
79/16
Question 63 [2] 99/20
101/4
questioned [2] 27/13
36/23
questioning [9] 15/8
20/12 21/10 34/8 34/13
34/15 34/20 83/5 83/7
questionnaire [46]
9/12 10/11 16/5 18/8
19/4 20/14 21/8 22/13
27/12 27/18 27/19
29/19 29/24 30/7 31/17
36/17 38/6 48/9 48/14
48/23 51/5 53/20 53/22
53/24 57/18 60/19 61/2
61/4 62/16 84/21 87/20
88/15 88/18 94/15
94/18 94/19 99/15
106/2 114/10 114/21
118/16 122/7 124/2
141/25 143/20 144/3
questionnaires [3]
14/16 20/10 21/11
questions [77] 14/24
15/1 15/1 15/3 15/22
16/6 18/12 21/8 27/15
29/14 29/18 29/23 30/6
30/7 30/7 30/9 34/5
36/16 37/1 38/11 38/14
41/4 41/11 43/18 46/8
49/24 51/8 52/21 53/21
54/19 55/12 56/6 56/7
58/2 62/20 69/15 73/8
73/19 73/20 74/10
76/22 79/12 81/9 81/12
81/20 82/7 83/25 85/1
85/5 85/9 85/11 88/17
90/21 91/11 93/23 94/1
99/17 99/18 100/25
101/1 108/8 117/19
117/21 118/5 118/19
123/22 138/7 138/8
139/22 140/2 143/7
143/21 144/1 144/8
144/8 145/8 145/9
queue [2] 36/18 36/20
quick [7] 26/18 37/18
47/14 81/25 97/7 143/9
143/9
quietly [1] 30/24
quite [6] 64/24 81/15

quote [1]
133/7
quote [1] 11/24

**R**

race [1] 121/1
racial [2] 82/8 104/23
racially [1] 72/9
radio [3] 21/17 31/23
47/13
raise [7] 6/1 6/3 6/4
10/14 36/8 36/9 87/12
raised [1] 20/4
raising [1] 7/21
Rakoczy [3] 1/14 5/11
84/12
rallies [4] 40/19 111/2
111/6 120/15
rally [3] 40/8 67/19
110/24
Ranch [2] 49/20 51/25
rate [1] 19/15
rather [3] 13/13 22/25
36/1
re [4] 30/3 115/2 116/5
145/14
re-posted [2] 115/2
116/5
re-seated [1] 30/3
re-start [1] 145/14
reach [2] 96/22 110/1
reached [1] 96/20
react [1] 50/19
reaction [2] 47/14
61/24
reactions [2] 61/22
61/22
read [46] 20/11 22/1
30/25 31/4 32/15 32/23
35/1 35/3 45/14 46/21
46/22 48/10 49/9 49/12
62/2 63/1 63/6 70/20
70/20 79/23 89/1 92/1
95/19 100/23 106/5
106/8 108/10 114/8
120/10 120/12 120/21
121/4 121/17 122/14
122/16 122/23 123/8
123/17 124/9 124/17
124/22 125/5 129/12
129/17 139/12 139/15
reading [6] 32/9 79/20
100/10 100/11 102/3
102/17
reads [1] 89/22
ready [1] 5/24
reality [1] 140/3
really [19] 8/16 12/18
19/21 44/20 44/21 49/1
61/15 63/3 64/4 70/12
85/16 85/19 86/8 90/6
105/6 106/13 106/14
107/22 111/15
Realtime [1] 4/3
reason [19] 12/1 23/3
26/8 32/18 35/21 57/9
57/13 68/1 68/8 82/21
88/15 103/7 108/14

proposed [1]
133/7
reasonable [3] 100/2
101/13 104/6
reasons [7] 18/16
18/24 19/2 23/22 25/5
35/16 60/12
rebooking [1] 137/24
recall [17] 11/6 13/18
46/25 47/2 47/4 48/22
54/13 56/23 68/25 69/4
91/7 106/23 107/9
107/14 107/21 127/14
142/2
receive [2] 34/14 66/5
received [8] 20/11
20/15 24/8 25/6 32/22
34/9 34/18 124/6
recent [1] 20/8
recently [2] 10/23
20/14
Recess [1] 84/9
record [9] 23/14 24/11
25/5 26/6 52/24 53/2
82/19 144/10 146/3
recorded [1] 4/6
recording [2] 20/9
20/20
records [2] 11/24
12/12
refer [7] 6/9 38/7 53/25
61/2 94/16 106/3
118/16
reference [3] 47/11
47/12 49/2
referenced [4] 13/20
44/9 82/1 82/3
referred [2] 41/15
43/21
referring [3] 10/20
41/17 92/6
refers [1] 23/5
reflected [2] 18/8 19/4
refocus [1] 92/4
reform [1] 66/20
regard [1] 120/25
regarding [5] 33/2 41/5
90/2 119/6 120/22
regards [1] 121/21
registered [3] 4/2 50/5
98/23
regular [2] 125/23
142/15
regularly [1] 63/14
125/13
reiterate [1] 12/8
related [7] 14/4 18/19
18/24 19/24 36/2 66/7
68/11
relates [1] 62/20
relating [4] 20/5 20/6
82/22 114/9
relations [1] 50/3
relationship [2] 98/13
135/6
relationships [1]
140/13
relevant [2] 15/13

**R**

relevant... [1] 82/22
relief [2] 12/3 13/3
relieve [1] 23/24
relieved [1] 34/21
reliving [1] 51/15
relying [1] 22/11
remain [2] 33/25 104/5
remainder [1] 18/25
remaining [2] 17/11 18/16
remains [1] 21/12
remarks [2] 30/1 36/3
remember [6] 9/9 54/17 63/24 68/19 125/17 142/3
remind [3] 37/2 37/23 120/1
remotely [2] 39/2 42/24
remove [9] 17/10 53/15 60/21 84/20 87/24 94/10 99/9 105/25 118/11
removed [2] 14/18 145/3
repeat [2] 34/11 101/5
rephrase [2] 73/25 140/8
replayed [1] 65/2
report [2] 57/23 114/13
reported [5] 14/20 72/1 91/20 112/3 136/7
reporter [7] 4/2 4/2 4/3 4/3 48/12 125/17 125/18
reporters [1] 85/17
reports [4] 63/15 122/18 125/13 129/11
Representatives [1] 85/15
represented [1] 98/3
reputationally [1] 132/6
request [2] 21/14 25/6
require [4] 7/20 23/9 33/6 35/11
required [3] 35/10 35/17 141/8
reschedule [1] 137/14
research [5] 26/23 31/11 31/16 35/3 37/5
resentment [1] 137/21
reserved [1] 8/1
resident [1] 63/10
respect [7] 16/17 21/19 34/15 42/1 43/6 64/12 70/8
respond [2] 13/22 76/12
responded [1] 15/12
response [10] 23/23 61/5 65/12 71/17 75/8 106/5 114/2 114/2 114/24 118/5
responses [5] 14/22 29/24 30/6 36/17 99/18
rest [2] 21/24 30/10

restaurant [2] 58/1 58/8
restrictions [3] 32/18 33/5 34/22
result [8] 35/6 65/6 93/8 107/8 136/11 136/13 136/19 136/23
resulted [1] 16/4
retired [3] 58/6 58/20 58/21
return [2] 30/16 34/24
reveal [1] 15/1
reverse [1] 86/1
review [5] 10/22 11/10 12/7 12/22 54/20
reviewed [1] 48/10
revisit [1] 6/13
RHODES [7] 1/6 2/2 5/7 5/15 28/25 123/4 123/14
right [111] 5/25 6/19 7/17 8/4 9/2 10/2 12/17 13/21 14/7 23/17 25/22 25/24 36/8 36/9 38/13 39/11 45/4 45/18 48/21 50/18 52/19 53/13 53/16 54/18 55/1 56/4 56/5 57/21 58/1 59/18 60/4 60/5 60/7 60/24 61/18 63/11 64/25 67/15 68/13 68/22 69/8 74/18 77/18 78/19 79/17 79/22 80/25 81/3 82/15 84/4 84/19 85/24 86/17 87/3 87/12 87/15 87/17 87/23 88/22 89/19 90/22 91/2 92/10 93/4 93/17 93/22 93/25 94/2 94/14 96/13 96/23 97/5 98/17 98/20 99/11 99/11 99/13 102/16 102/24 103/11 103/11 104/1 104/2 104/8 104/13 105/11 105/14 105/22 105/24 106/20 109/1 111/8 117/13 117/18 117/20 117/22 118/13 121/6 122/3 133/13 133/22 134/22 135/16 135/18 138/1 138/2 139/24 143/16 144/18 144/21 145/12
right-wing [1] 77/18
righteous [1] 102/9
rights [2] 67/22 67/24
rise [4] 5/2 84/8 84/10 144/24
risk [1] 12/10
Ritchie [1] 3/17
RMR [2] 146/2 146/8
Road [1] 3/3
robbery [1] 72/6
robbing [1] 56/24
Roger [3] 43/23 44/25 130/11
Roger Stone [3] 43/23 44/25 130/11
role [1] 29/5 76/15

room [5] 36/14 36/25 37/24 80/15 117/9
roommate [1] 38/20
roommates [1] 39/21
row [1] 7/25
rude [1] 33/15
rule [3] 10/19 35/12 115/7
Rule 16 [1] 10/19
rules [2] 26/11 116/13
rulings [3] 19/25 20/2 20/9
run [1] 49/17
run-up [1] 49/17
rural [1] 7/15

**S**

safe [2] 115/2 140/3
safety [10] 15/7 42/12 42/16 51/17 134/15 134/20 138/22 139/2 139/3 139/4
said [47] 9/10 9/11 9/13 9/25 12/8 16/14 16/24 22/12 22/23 36/13 41/5 51/16 51/23 53/10 58/25 59/16 65/15 68/21 69/16 70/11 71/11 74/1 74/10 74/14 78/3 78/11 81/12 81/13 81/15 82/8 95/4 95/10 95/17 102/13 102/22 107/1 108/8 109/7 121/17 121/25 122/13 134/7 137/5 138/10 138/21 144/16 144/18
same [16] 9/24 20/21 21/15 21/16 21/17 21/17 47/18 77/11 113/11 113/16 113/19 114/2 114/5 114/6 130/10 131/6
sanction [1] 13/3
saturated [1] 48/20
saturation [1] 20/23
saved [1] 142/25
saw [8] 49/1 49/3 49/4 55/8 55/9 55/12 61/14 119/25
say [43] 7/16 9/25 10/5 15/4 25/12 28/6 28/13 34/17 37/21 47/6 54/25 55/15 55/16 56/2 56/13 56/20 62/8 62/25 66/1 72/21 75/13 78/17 79/10 86/15 89/15 91/22 91/24 96/21 100/12 102/4 102/5 106/14 111/20 115/2 115/21 119/1 122/24 123/13 127/17 140/3 140/18 144/22 145/10
saying [6] 8/17 50/20 51/8 78/4 102/15 116/10
says [3] 6/24 51/11

scan [1] 8/9
scary [1] 85/19
scenario [1] 71/17
scheduled [3] 9/10 21/21 35/23
science [1] 141/19
Sealed [1] 24/12
seat [4] 28/20 37/12 52/16 118/11
seated [7] 5/3 22/23 25/23 26/5 30/3 37/20 84/11
second [3] 19/24 35/21 83/8
security [2] 33/10 33/21
seditious [1] 101/17
see [18] 15/21 25/15 33/14 35/8 37/8 48/17 48/22 51/14 51/15 59/25 64/7 64/7 64/20 67/2 67/2 74/4 100/22 108/12
seeing [4] 45/6 65/4 65/5 85/18
seek [1] 63/7
seeks [1] 89/21
seem [1] 83/7
seemed [1] 76/6
seems [5] 22/14 25/9 83/18 88/1 141/22
seen [55] 44/25 45/1 45/13 46/14 47/25 48/10 49/9 54/22 55/17 55/18 55/25 56/2 57/19 62/1 62/21 62/22 64/13 64/14 64/19 65/2 65/3 68/18 68/21 70/14 70/20 70/21 88/21 89/8 89/10 89/11 89/15 89/16 89/17 94/21 95/11 95/16 95/19 96/10 106/6 106/8 108/9 108/10 108/10 108/12 108/13 120/10 120/12 121/17 122/16 122/17 122/22 124/22 129/12 129/17
select [4] 20/19 30/14 34/1 126/4
selected [15] 28/10 30/15 31/10 32/19 42/2 46/4 62/9 77/21 81/23 90/4 96/6 128/2 137/12 137/13 143/11
selection [21] 1/9 6/2 6/15 7/24 8/13 23/18 29/11 30/19 30/23 31/9 31/20 32/6 33/1 33/5 33/8 33/13 33/19 33/22 33/24 34/4 37/6
sense [15] 29/12 37/22 46/11 55/20 62/19 63/4 66/19 68/4 72/18 76/11 78/15 81/19 83/4 107/2 127/7
sensitive [2] 68/2 72/2

sentence [1] 48/15
separate [3] 43/15 43/16 48/4
September [4] 1/5 11/20 14/13 146/7
serialized [1] 13/12
series [3] 29/14 43/18 82/7
seriously [1] 141/3
serve [2] 29/6 100/20
served [3] 81/16 91/9 96/14
service [1] 29/4 29/9 29/13 32/10 32/14 34/7 34/19 34/23 37/2 57/24 87/8 99/16 119/6 143/12
session [2] 1/7 11/18
set [14] 9/9 19/23 45/13 47/25 50/11 54/13 86/9 86/23 96/9 97/2 111/16 121/9 124/24 134/2
sets [1] 19/22
seven [7] 9/15 9/17 10/3 10/6 17/5 17/8 58/18
several [2] 41/18 126/25
shaking [2] 78/21 143/15
share [1] 112/3
shared [3] 49/11 121/22 127/5
she [30] 7/15 7/16 7/23 8/11 8/14 8/23 78/21 81/8 81/11 81/12 81/13 81/14 81/14 81/15 81/19 81/20 81/21 81/22 81/22 81/23 82/1 82/3 82/8 83/24 97/17 112/18 112/19 112/22 113/8 113/9
She'll [1] 8/2
she's [5] 7/4 7/14 8/2 25/9 78/23
sheet [2] 24/4 25/14
sheets [1] 26/2
Sher [2] 1/16 5/12
shoot [1] 6/25
short [2] 28/13 47/13
short-lived [1] 28/13
shot [1] 105/1
should [19] 31/3 31/8 31/22 34/17 38/6 53/23 57/17 61/1 61/1 62/8 70/2 84/21 87/20 93/21 94/15 106/17 114/7 115/21 118/15
show [9] 15/4 15/13 52/10 52/21 63/21 99/2 105/15 117/23 143/17
showed [1] 120/16
showing [1] 15/15
shown [2] 94/25 96/7
shows [4] 22/9 64/3 123/18 141/10
shut [1] 107/24

**siblings [1]** 74/24
**side [9]** 14/8 25/23
25/24 37/16 49/25
55/13 80/7 80/13 117/8
**sides [2]** 80/11 98/15
**sightseeing [1]** 96/4
**Signal [2]** 11/6 13/20
**silent [1]** 31/5
**similar [1]** 42/18
**simple [1]** 32/19
**simply [8]** 15/11 15/24
18/7 19/13 33/16 54/14
81/20 128/24
**since [19]** 9/21 16/3
20/14 26/22 27/18 39/5
39/6 47/8 48/9 48/23
56/1 57/18 84/4 94/23
114/9 122/19 124/2
130/19 134/12
**single [1]** 12/21
**sir [22]** 12/16 39/17
50/2 51/1 51/2 52/19
53/12 53/13 58/3 58/5
58/14 60/7 94/13 99/5
99/7 100/5 105/12
105/14 105/19 117/22
118/9 143/16
**sister [1]** 65/19
**sit [5]** 7/24 58/18
135/12 139/18 141/4
**site [1]** 142/17
**sites [1]** 32/4
**sitting [1]** 120/4
**situation [2]** 18/19
104/23
**six [6]** 9/15 10/3 10/5
49/4 58/18 113/1
**skeptically [1]** 57/14
**skipped [1]** 68/23
**slide [1]** 37/16
**small [1]** 27/10
**Snapchat [1]** 31/12
**so [198]**
**so I think [1]** 48/4
**so it's [2]** 8/16 89/16
**So this is [1]** 6/21
**So this notion [1]** 18/5
**social [14]** 19/17 31/19
31/24 32/4 32/9 32/17
32/24 57/19 62/18
63/14 120/13 125/12
142/12 142/16
**solely [1]** 32/20
**some [90]** 7/20 10/11
10/16 12/21 13/10
13/11 14/17 15/11 16/3
20/1 20/2 20/3 26/7
26/7 26/9 30/9 30/19
30/21 30/22 37/17
38/14 41/4 42/16 44/7
45/8 47/2 48/2 50/12
53/21 55/1 56/8 56/11
56/19 60/8 61/24 62/20
64/24 68/3 71/15 72/7
73/19 73/24 74/18 79/6
79/12 82/21 84/25
85/17 86/23 87/8 88/13

85/4 89/6 91/10 94/8
94/17 94/18 94/21
94/25 95/4 95/12 95/16
99/3 99/17 99/18 100/7
100/11 100/24 101/1
105/16 107/17 108/9
108/12 108/13 110/15
116/23 117/1 117/15
117/16 117/24 118/4
119/24 124/22 127/14
127/17 128/19 132/2
137/6 138/19 144/11
**somebody [16]** 10/6
12/24 15/6 22/16 56/10
56/12 83/21 83/25 84/6
89/20 89/21 93/4 98/2
107/12 112/21 124/21
**somehow [1]** 18/5
**someone [10]** 15/6
64/9 102/9 124/14
125/12 125/15 126/7
126/9 129/7 134/9
**someone's [1]** 138/22
**something [32]** 6/3 6/4
7/6 12/11 14/2 21/3
26/22 27/16 27/22 28/8
28/12 36/1 49/22 56/21
56/25 62/4 62/23 62/25
63/1 69/19 70/17 82/17
86/13 88/5 88/24
102/10 112/20 121/25
122/14 123/8 123/11
139/13
**somewhat [1]** 10/23
**somewhere [2]** 9/22
97/23
**son [3]** 92/18 93/8
93/10
**soon [4]** 12/2 34/20
37/9 49/4
**sorry [20]** 24/3 24/6
28/15 41/7 52/25 63/25
68/21 73/16 79/21 85/7
92/4 92/20 95/9 104/20
104/21 109/5 109/6
135/3 135/5 135/6
**sort [25]** 8/9 42/21
43/13 45/6 46/16 47/16
47/18 55/17 57/9 64/8
68/2 72/9 77/10 77/15
84/1 84/25 86/17 89/20
96/9 98/8 99/22 101/5
102/22 108/14 145/3
**sought [1]** 62/23
**sounds [3]** 50/19 57/3
144/5
**source [1]** 49/13
**sources [2]** 32/24
142/1
**space [1]** 37/17
**spaces [1]** 35/10
**speak [4]** 33/13 50/17
61/19 84/12
**speaking [3]** 35/9
35/12 95/7
**special [1]** 42/10
**specific [4]** 23/18
26/16 42/21 47/7

specifically [1] 117/7
117/7
**spend [3]** 9/16 9/17
30/19
**spoke [1]** 98/4
**spoken [1]** 39/4
**spouse [7]** 136/2 136/7
136/19 136/23 138/24
138/24 140/22
**spouse's [1]** 131/16
**Sr [1]** 3/16
**stability [1]** 42/18
**stack [1]** 47/10
**staff [8]** 26/22 26/25
34/10 34/16 34/18
37/22 85/14 127/8
**staffer [1]** 38/21
**stand [7]** 36/6 36/8
36/16 101/9 117/9
121/14 121/22
**standard [1]** 141/7
**standoff [1]** 49/20
**stands [1]** 144/3
**stanley [3]** 3/2 3/5 5/16
**start [8]** 5/23 29/14
29/17 31/15 33/7 41/11
143/12 145/14
**started [6]** 23/17 29/2
31/21 37/6 38/2 111/10
**starting [1]** 40/12
**stashed [1]** 47/15
**state [4]** 7/10 135/2
135/9 135/11
**stated [2]** 25/5 72/4
**statement [4]** 7/1 7/3
7/9 48/24
**statements [5]** 6/8
6/13 6/17 19/5 46/25
**STATES [5]** 1/1 1/3
1/10 5/6 28/24
**stations [2]** 21/17
21/17
**stayed [1]** 108/21
**stays [1]** 27/8
**stenography [1]** 4/6
**step [1]** 81/2
**STEWART [1]** 1/6 2/2
5/7 28/25 123/4
**Stewart Rhodes [1]**
123/4
**sticking [1]** 47/7
**still [17]** 11/20 33/19
40/13 40/22 42/24 48/2
59/13 85/16 102/4
102/5 109/20 109/22
117/17 120/7 121/10
128/11 137/17
**stir [1]** 64/16
**Stone [6]** 43/23 44/25
130/11 130/15 130/16
130/22
**store [1]** 35/18
**stories [8]** 19/22 19/23
20/25 21/3 32/1 56/1
57/19 95/17
**stream [1]** 125/19
**streamed [1]** 119/5
**Street [3]** 1/17 2/11

**strength [1]** 19/14
**stricken [5]** 17/11 25/4
53/4 87/10 105/18
**strict [1]** 33/12
**strictly [2]** 32/22 45/14
**strike [7]** 26/2 53/3
81/10 81/24 144/22
144/25 145/11
**strong [13]** 46/1 46/3
50/8 61/6 66/14 66/19
85/1 85/22 104/15
115/3 118/20 120/25
140/5
**strongly [3]** 85/23 86/2
115/7
**struck [11]** 17/12 18/11
18/14 18/14 18/16
18/17 18/18 18/23
18/24 18/25 19/1
**studies [1]** 144/6
**stuff [8]** 9/7 11/9 51/15
55/10 100/7 100/10
115/1 115/2
**subject [2]** 11/4 21/10
**submit [5]** 81/7 83/16
117/25 143/21 144/4
**substantive [1]** 7/21
**successful [1]** 124/7
**such [5]** 61/6 66/14
66/24 104/15 118/20
**suggest [4]** 16/2 22/9
22/14 25/10
**suggested [2]** 9/7
14/23
**suggesting [1]** 19/5
**suggestion [3]** 26/7
26/8 37/18
**Suite [4]** 2/4 2/8 3/8
3/17
**suited [1]** 140/4
**summons [1]** 137/9
**super [1]** 47/7
**Superior [3]** 96/17
96/18 96/19
**supplement [1]** 14/11
**support [2]** 116/15
117/1
**supported [1]** 116/23
**supports [1]** 69/21
**suppose [1]** 129/19
**supposed [1]** 6/24
**supremacist [1]** 82/11
**Supreme [2]** 20/24
22/23
**Supreme Court [2]**
20/24 22/23
**sure [22]** 6/20 7/25
13/17 31/2 40/13 41/15
42/16 42/23 43/14
46/13 46/13 58/12 76/4
76/10 80/8 82/15 82/19
106/15 129/19 140/19
142/22 143/5
**surf [1]** 31/4
**surprise [1]** 32/5
**surprising [4]** 45/8
66/22 66/24 95/16

survey [4] 22/8 22/13
22/15 23/6
**surveys [2]** 22/12 23/8
**suspect [1]** 7/9
**swore [1]** 27/18
**sworn [4]** 14/22 20/16
27/21 32/20
**system [5]** 29/4 56/13
98/9 120/22 135/21

**T**

**table [1]** 7/18
**tag [1]** 82/5
**tag-team [1]** 82/5
**tailored [2]** 15/23
15/23
**take [17]** 6/17 25/15
35/4 37/13 38/9 54/9
58/24 65/8 74/11 79/22
80/14 84/5 85/25 117/9
141/2 142/21 145/13
**taken [2]** 21/3 75/2
**takes [1]** 22/1
**taking [2]** 77/23 133/18
**talk [8]** 23/24 27/4 27/6
30/24 63/11 68/13 82/7
103/24
**talked [9]** 47/9 10 51/17
51/23 75/8 119/11
119/15 132/25
**talking [3]** 13/18 20/22
48/16
**tampering [1]** 101/22
**targeting [1]** 19/19
**Tarpley [2]** 2/10 5/15
**Tarrio [2]** 43/23 131/3
**task [1]** 119/16
**team [1]** 82/5
**tear [1]** 105/1
**tear-gassed [1]** 105/1
**technological [1]** 27/7
**Ted [1]** 49/20
**television [2]** 21/17
31/23
**televisions [1]** 107/24
**tell [55]** 6/24 19/11
28/4 34/20 38/18 39/16
40/9 42/13 42/21 47/4
47/21 54/3 54/6 61/10
61/11 63/16 65/16
65/22 66/17 66/25
67/20 68/15 69/6 72/2
85/4 92/17 96/1 97/12
97/16 100/4 102/7
104/18 106/7 109/4
109/11 110/13 110/25
112/16 113/6 118/24
120/12 120/23 121/20
122/15 125/14 126/5
127/4 132/17 133/16
134/16 136/1 137/7
140/15 141/16 142/10
**telling [1]** 78/12
**tells [1]** 99/22
**ten [2]** 18/17 84/5
**ten-minute [1]** 84/5
**term [1]** 44/24
**terms [11]** 21/25 37/3

terms... [9] 42/17 43/4
47/10 61/13 65/21
101/4 108/18 123/5
137/24
terribly [1] 42/20
Terrific [1] 84/24
test [1] 35/24
testified [2] 59/12
112/15
testifies [2] 59/20
129/24
testify [16] 22/7 59/1
59/15 59/18 59/21 60/2
79/17 80/2 80/13 80/21
80/23 117/6 117/10
117/16 131/7 131/24
testifying [1] 35/13
testimony [15] 46/25
47/2 47/5 50/10 57/14
69/1 107/9 107/15
107/20 129/24 129/25
130/22 131/25 132/3
132/5
text [1] 31/12
than [14] 6/17 13/13
16/24 40/24 48/18
49/13 63/17 68/5 92/14
106/11 111/22 120/19
123/17 145/12
thank [51] 5/4 9/1 9/3
10/12 13/4 29/8 36/11
37/1 37/8 38/12 50/6
50/24 52/18 52/20
52/22 53/19 58/11 60/5
60/6 60/18 60/19 75/6
80/25 81/1 81/5 82/24
84/16 87/7 87/14 88/18
94/2 94/5 98/17 98/24
99/1 99/8 99/14 99/15
105/14 105/17 114/20
117/22 117/24 118/10
138/3 141/12 143/2
143/4 143/8 143/16
145/16
thank you [39] 5/4
10/12 13/4 36/11 37/1
37/8 38/12 50/24 52/20
52/22 53/19 58/11 60/5
60/6 60/18 60/19 75/6
80/25 81/1 81/5 82/24
84/16 88/18 94/2 94/5
98/24 99/1 99/8 99/14
99/15 105/14 105/17
114/20 117/22 118/10
143/2 143/4 143/8
143/16
thanks [5] 51/5 51/6
73/18 138/6 141/14
that [846]
that's [71] 7/6 8/4 8/24
9/18 11/9 11/15 11/20
16/9 16/11 16/21 16/23
17/4 23/3 26/10 26/14
28/10 39/13 43/9 45/14
54/14 56/4 62/3 63/3
65/11 69/18 69/18
70/17 72/6 72/17 73/17

76/21 77/10 77/19
79/16 79/22 80/10
81/12 82/13 82/14
82/19 82/25 83/11
86/25 88/15 89/18 92/6
92/9 92/10 98/6 101/9
102/18 102/19 103/23
105/23 111/12 112/5
114/5 116/25 117/12
119/17 123/8 124/10
125/1 126/4 139/21
140/7 140/9
their [49] 10/9 10/10
15/18 16/6 20/14 21/11
24/10 26/25 27/12
27/14 27/18 27/19
27/21 27/21 32/9 37/21
37/23 37/24 44/1 44/2
44/3 44/17 59/1 60/2
63/18 74/5 80/2 80/7
80/21 83/13 83/16
85/17 90/10 101/12
101/20 104/6 107/4
111/14 117/10 117/13
117/17 119/15 120/14
120/19 121/22 122/1
134/20 139/3 141/1
thelinderfirm.com [1]
2/6
them [66] 9/14 9/15
10/5 18/12 18/17 20/16
21/4 26/1 27/15 28/6
28/6 33/14 37/23 39/25
40/3 44/7 44/8 49/20
51/24 52/5 52/5 59/3
59/19 60/3 63/22 64/4
64/19 64/20 68/6 68/17
68/18 68/24 69/1 69/25
70/25 74/15 77/5 78/11
80/3 93/10 103/4
103/20 107/4 107/8
107/13 110/2 111/23
114/25 116/17 116/20
116/20 116/23 117/2
117/11 117/15 117/16
123/2 133/21 138/14
138/17 138/18 138/24
140/13 140/15 140/18
144/2
themselves [1] 84/1
then [34] 20/18 23/5
25/16 27/6 30/4 36/14
43/18 46/16 47/19
54/18 56/1 58/9 59/2
62/15 64/3 67/8 68/13
69/15 72/7 73/20 74/9
75/21 77/11 83/6 94/23
96/13 99/23 114/1
116/23 127/2 131/8
133/18 134/12 134/15
theology [2] 141/20
144/7
there [91] 5/25 12/11
13/1 13/2 14/10 15/11
19/8 19/21 19/25 20/8
20/18 21/12 24/1 25/15
26/8 26/13 26/20 26/21

32/12 35/16 39/7 40/10
41/15 42/3 44/2 46/22
49/11 49/16 49/17
49/24 52/23 54/9 54/11
55/3 55/4 57/5 64/14
65/1 65/2 67/4 67/10
67/11 68/19 70/25 72/9
72/23 77/3 77/5 79/5
82/1 82/3 82/21 84/6
90/2 92/25 93/8 94/24
98/12 99/23 100/15
100/23 101/25 104/24
105/2 106/15 107/11
108/19 110/6 111/9
113/16 118/16 120/19
121/7 124/9 124/11
124/14 127/25 129/4
130/4 132/11 134/9
134/9 137/25 140/6
141/14 142/21 143/1
there's [26] 7/4 9/15
11/14 11/14 14/2 15/19
19/15 21/20 26/7 26/14
46/14 54/10 64/1 67/4
67/13 68/1 72/5 74/3
75/10 76/25 78/19 82/9
83/20 86/17 132/13
145/6
therefore [2] 22/6 29/7
thereof [1] 59/17
these [62] 6/13 7/19
12/4 12/7 12/12 12/24
13/11 17/4 17/7 18/7
20/10 20/24 21/3 21/24
22/12 26/20 28/8 30/1
32/18 33/5 33/19 35/5
43/10 44/18 52/10
62/12 64/7 67/12 74/3
75/2 75/16 76/3 76/25
77/22 78/7 79/7 85/1
85/3 85/9 87/1 95/20
99/18 101/5 101/9
101/17 102/25 107/3
111/17 116/1 118/7
121/11 122/14 122/22
123/15 124/18 128/21
129/8 130/4 130/24
140/2 140/15 141/9
they [95] 8/10 9/16
9/18 10/10 10/19 13/16
14/19 15/12 15/17
15/17 15/19 16/14
16/24 17/1 17/3 17/6
17/8 19/4 20/13 20/16
20/19 21/10 22/4 22/4
22/6 22/9 23/2 23/3
24/4 24/5 25/25 27/22
27/22 28/13 33/14
33/15 33/15 39/1 39/1
40/24 41/23 43/4 44/14
44/17 56/12 57/10
59/18 59/18 60/4 63/23
66/10 69/8 69/10 70/4
74/22 75/19 75/20
77/18 79/6 80/2 80/3
80/18 83/10 83/3
83/17 85/23 88/5 93/10

104/2 104/5 105/2
106/9 106/12 107/5
110/2 110/2 113/11
117/5 119/9 120/16
121/22 126/21 126/21
127/22 127/22 128/3
134/8 138/12 139/16
139/18 140/17 141/2
they'll [2] 15/18 26/4
they're [21] 11/4 18/8
25/19 25/23 26/3 26/4
26/5 27/13 27/15 28/16
37/23 44/10 48/18
50/18 65/17 78/9 80/6
102/15 103/24 141/8
144/14
they've [12] 9/7 13/19
14/23 14/25 44/11
69/17 77/4 82/18 103/8
103/10 103/13 103/16
thing [9] 26/6 63/7
74/16 74/16 83/8 122/9
130/10 131/6 143/5
things [37] 14/14 26/23
26/23 26/24 47/15 63/4
66/25 69/11 70/24 71/4
71/8 71/11 72/19 75/2
75/9 76/16 77/14 79/4
79/4 79/7 83/7 83/14
89/17 106/22 111/3
116/5 120/6 120/9
121/4 121/5 121/14
125/20 125/21 127/22
128/19 129/11 130/22
think [160]
third [4] 18/3 18/24
18/25 19/1
this [213]
This is [1] 5/6
Thomas [3] 3/16 5/9
29/1
thorough [1] 83/5
those [68] 13/10 13/13
13/15 17/10 17/10
18/12 18/18 18/23 23/7
23/8 28/5 29/10 36/3
36/18 36/20 37/7 37/15
41/11 41/21 43/8 43/24
46/11 46/12 47/8 48/4
49/4 50/12 53/9 64/15
67/23 67/24 68/2 68/16
69/10 69/12 71/3 71/8
71/11 72/11 72/18
73/21 77/6 77/6 77/12
83/14 85/5 85/11 85/19
86/9 87/1 101/24
101/25 103/2 103/7
105/7 107/3 110/19
111/6 119/14 119/15
119/19 121/4 121/5
136/7 136/24 138/22
139/10 145/3
though [12] 8/3 48/1
63/8 70/15 90/11 93/10
102/9 102/10 115/24
121/13 123/16 132/5
thought [13] 15/12

71/8 102/18 102/19
121/17 126/20 132/2
134/12 138/11
thoughts [2] 8/11 86/6
thread [1] 48/25
threads [1] 48/25
three [21] 6/17 9/10
9/17 9/22 11/20 18/12
19/21 20/25 46/15
59/12 59/15 59/21
67/24 71/3 80/12 80/21
80/22 80/23 117/8
136/3 142/1
through [27] 7/19 9/4
12/7 29/10 38/14 59/10
73/21 74/10 76/20
80/17 85/9 93/7 97/2
104/25 118/19 120/13
120/14 122/18 125/18
125/23 125/23 127/22
133/21 137/4 137/6
138/23 145/15
throughout [3] 10/16
12/9 30/20
tickets [2] 137/6 137/9
tidbits [1] 124/13
time [40] 6/14 10/16
11/1 12/6 12/22 12/25
18/22 25/14 30/5 30/19
30/21 39/2 39/20 43/4
46/15 46/18 46/23
51/19 51/20 52/20
54/16 63/9 64/24 71/9
71/10 79/22 87/7 88/7
94/3 99/2 100/20
105/15 109/22 110/3
117/23 120/3 126/20
132/8 134/18 143/17
times [3] 47/12 50/7
136/3
timing [1] 72/18
titled [1] 146/4
today [29] 9/14 11/11
11/15 27/23 28/24 29/8
29/11 29/22 33/22 34/6
34/19 37/2 51/6 53/20
60/13 60/18 61/25
71/10 73/19 88/16
90/11 99/16 122/2
122/6 139/18 141/4
141/15 141/21 144/23
together [2] 74/11 75/3
told [8] 15/19 24/7 39/8
59/9 71/20 75/9 103/6
132/11
Tomblin [1] 6/23
tomorrow [4] 21/21
22/1 32/13 35/4
too [3] 26/5 31/10
46/22
took [2] 13/11 98/15
top [1] 142/1
topic [1] 79/16
topics [1] 68/2
total [1] 46/15
touch [2] 30/10 109/24
tough [2] 51/19 51/20

**T**
**tour** [3] 42/9 133/21
133/23
**tourist** [1] 96/4
**tours** [4] 54/9 54/13
133/18 133/19
**towards** [1] 59/4
**Towers** [1] 3/17
**traffic** [1] 92/14
**transcript** [3] 1/9 4/6
146/3
**transcription** [1] 4/7
**transfer** [6] 14/12
115/9 115/12 115/13
115/20 115/21
**transpired** [1] 116/8
**trauma** [1] 43/13
**traumatic** [2] 139/10
140/23
**travel** [2] 137/6 137/14
**trial** [43] 9/9 11/16
11/21 11/24 12/2 12/7
13/25 26/9 26/13 26/15
26/20 32/21 33/6 33/7
35/11 35/22 35/23
35/25 36/2 44/9 44/10
49/5 50/8 52/7 52/12
52/16 59/10 68/4 70/3
70/3 71/15 94/25 96/15
111/20 111/21 114/13
114/13 121/5 121/8
128/1 130/20 140/15
144/12
**trials** [4] 19/16 19/17
26/12 97/1
**tried** [4] 46/19 48/14
124/3 144/1
**trip** [1] 137/21
**trouble** [1] 98/14
**Troy** [2] 1/15 5/12
**trucking** [1] 84/5
**true** [6] 10/23 15/21
15/22 19/10 31/9 144/3
**Trump** [4] 40/11
116/15 116/23 117/1
**trusting** [1] 76/13
**truth** [1] 145/4
**truthfully** [2] 22/7
103/4
**try** [4] 25/20 30/20 49/4
76/23
**trying** [13] 27/1 48/19
60/14 81/11 81/19
81/20 86/21 111/11
115/11 115/15 115/20
125/16 127/13
**tune** [1] 63/10
**turn** [15] 37/24 43/18
54/18 88/19 91/17
94/19 95/23 99/19
99/20 104/14 109/1
109/2 111/25 118/18
134/22
**TV** [10] 32/2 89/5 89/6
89/7 89/10 89/11 89/17
89/25 95/5 95/10
**tweet** [4] 20/18 31/12
48/25 49/1

waited [2] 20/20
118/3
**tweeting** [2] 32/3 32/6
**tweets** [1] 32/9
**Twitter** [8] 48/12 63/2
64/8 64/13 115/1
115/24 116/2 125/15
**two** [21] 9/11 18/19
19/22 29/18 35/16
41/11 42/25 46/15
46/17 59/11 59/15
59/21 69/11 71/11
80/20 80/22 80/22
132/20 134/7 134/11
144/6
**TX** [2] 2/4 2/8
**type** [5] 13/18 40/9
64/21 140/4 141/2
**types** [2] 22/12 72/18
**typical** [1] 64/2
**Typically** [1] 74/17

**U**
**U.S** [9] 1/16 18/20
28/23 38/17 61/7
104/16 109/4 110/6
110/7
**U.S.** [1] 136/18
**U.S. Attorney's Office**
**[1]** 136/18
**Uh** [5] 72/13 74/23
75/12 79/24 139/7
**Uh-huh** [5] 72/13 74/23
75/12 79/24 139/7
**ultimately** [3] 79/11
81/13 83/21
**unable** [3] 62/9 64/17
116/21
**unavailability** [2] 18/17
19/1
**unavoidable** [1] 30/22
**uncertain** [1] 21/25
**undecided** [1] 131/11
**under** [6] 14/19 22/6
33/12 36/7 36/10 87/13
**undergrad** [1] 141/18
**understand** [21] 5/25
6/2 12/19 13/10 13/24
13/25 14/6 21/22 23/12
27/2 32/12 52/0 82/20
100/7 100/10 101/14
102/14 115/16 116/25
117/12 123/4
**understanding** [3]
64/6 122/1 128/5
**Understood** [1] 82/24
**undoubtedly** [4] 54/10
96/7 98/4 133/25
**unfair** [2] 83/18 140/9
**unfavorable** [1] 22/17
**unfolded** [1] 127/9
**unfolding** [1] 119/7
**UNITED** [5] 1/1 1/3
1/10 5/6 28/24
**United States** [1]
28/24
**United States of** [1]
5/6

unfairly [1]
75/11 75/16
**unless** [6] 8/6 8/6
33/25 82/21 104/5
145/5
**unlike** [1] 35/18
**unpersuasive** [2] 23/8
23/9
**unresponsive** [1] 23/7
**until** [12] 11/20 12/6
32/10 32/14 34/1 34/8
34/17 36/22 36/25
37/13 102/15 104/6
**unusual** [1] 56/10
**up** [46] 9/7 9/18 12/1
12/2 27/1 27/17 28/16
36/15 36/19 38/14 46/8
46/17 49/17 49/24
53/12 53/21 55/24 58/2
60/13 63/6 63/21 63/23
64/3 64/16 68/3 72/8
73/8 75/7 87/11 88/14
88/16 88/24 94/17 97/5
98/18 103/21 106/22
107/5 119/24 120/16
125/20 126/21 136/2
142/23 143/2 143/9
**upfront** [1] 13/14
**upon** [10] 17/8 24/2
26/11 29/23 30/6 36/16
53/22 129/16 143/19
145/8
**ups** [1] 114/16
**us** [69] 9/7 10/18 10/25
12/6 23/21 29/15 38/18
39/16 40/9 42/13 42/21
46/11 47/4 47/21 49/12
51/12 51/18 54/3 54/6
55/20 60/12 61/10
61/11 62/19 63/16
65/16 65/22 66/17
67/20 68/15 71/20 72/2
72/18 78/18 81/19 85/4
92/17 95/6 96/1 97/12
97/16 100/4 101/1
102/7 103/6 104/18
106/7 109/4 109/11
110/13 112/4 112/16
113/6 118/24 120/12
120/23 121/20 122/15
125/14 126/5 127/4
132/11 132/18 133/16
134/16 136/1 141/5
141/16 142/10
**usage** [1] 49/21
**usdoj.gov** [1] 1/19
1/20
**use** [5] 12/14 26/25
31/3 31/7 80/15
**used** [6] 47/11 54/8
54/9 85/13 85/14 110/1
**using** [1] 37/23
**usually** [5] 29/13 33/24
48/18

**V**
**VA** [2] 54/8 58/10
**vague** [2] 114/24

want [30]  7/19 10/6
11/25 13/6 29/2 29/8
38/6 39/13 45/24 52/24
53/1 58/24 73/20 73/24
76/22 79/10 80/6 80/7
80/10 82/5 82/15 82/19
84/12 84/25 86/15
86/19 106/15 114/22
114/22 141/14
**wanted** [9] 6/3 6/3
10/13 10/17 23/23 82/4
85/25 85/25 100/12
**wanting** [1] 12/2
**wants** [2] 83/5 143/23
**warn** [1] 12/9
**was** [154]
**Washington** [8] 1/5
1/17 3/4 3/9 4/5 3/2
40/12 85/13
**wasn't** [4] 7/15 11/19
41/15 134/13
**watch** [8] 20/11 21/25
32/15 35/3 54/25 89/5
89/6 89/24
**watched** [25] 16/12
16/14 20/15 20/16 22/4
22/5 45/5 45/9 46/9
46/12 46/18 47/20 55/5
55/24 68/14 68/16
70/16 94/21 107/1
107/2 108/9 114/8
119/19 124/1 124/22
**watches** [1] 89/22
**watching** [9] 62/23
64/15 65/7 69/4 89/7
89/17 108/14 119/5
128/2
**Watkins** [5] 2/14 5/9
5/19 20/6 29/1
**way** [20] 7/4 12/14
27/10 29/24 56/8 59/13
59/22 61/16 61/18
69/17 69/24 71/15 72/3
81/11 83/1 84/3 87/9
108/15 138/9 140/2
**ways** [4] 53/6 76/22
82/19 84/7
**we** [110] 5/23 6/1 6/13
6/14 6/24 7/18 7/19
8/13 8/15 9/7 9/9 9/9
9/11 9/14 9/14 9/16
9/17 9/21 9/22 9/25
10/8 10/16 10/17 11/9
11/10 12/6 12/12 13/7
13/12 13/13 13/14
13/22 13/24 14/6 14/8
16/3 16/5 17/10 17/12
18/11 18/14 18/23
23/17 23/23 23/24 24/8
24/11 25/6 25/10 25/11
25/14 25/14 25/15
25/18 25/25 26/22 27/5
27/16 28/7 29/2 29/13
29/17 30/4 30/9 31/17
33/23 33/25 34/1 34/3
34/4 34/20 34/24 35/14
37/13 41/5 43/18 43/20
44/19 45/8 48/14 53/21

**vaguely** [1] 106/9
**value** [1] 48/3
**varied** [1] 81/8
**variety** [2] 18/16 19/2
**various** [7] 39/21 39/22
40/19 49/18 77/14
111/3 120/15
**varying** [1] 45/9
**venue** [2] 14/12 23/10
**verdict** [4] 30/16 96/21
96/22 125/6
**versus** [3] 5/7 28/25
122/11
**very** [32] 11/18 12/18
19/13 19/15 31/7 37/1
37/8 37/9 48/3 52/20
61/15 75/6 81/1 81/18
86/1 87/7 94/2 95/4
98/10 99/1 114/20
114/24 116/2 116/12
117/7 117/22 120/25
127/3 140/2 141/24
143/16 144/1
**Vice** [1] 39/20
**victim** [6] 72/1 82/8
91/14 91/20 112/2
135/25
**video** [4] 19/17 122/18
127/25 128/2
**videos** [25] 45/6 45/9
51/15 54/22 55/3 62/22
62/23 64/13 64/15
64/16 65/1 65/3 65/5
65/7 88/21 88/23 89/8
89/17 94/21 94/25
108/9 108/12 108/14
123/23 124/22
**view** [6] 9/19 22/17
47/23 57/14 84/3 86/10
120/6 120/8 120/9
131/25
**viewed** [2] 46/24 68/25
**views** [17] 15/18 28/7
40/20 40/24 41/3 66/22
66/24 68/5 71/16 71/20
86/9 90/10 98/8 111/15
111/16 111/22 130/24
**violates** [1] 33/5
**violation** [1] 92/15
**violence** [1] 91/12
**Virginia** [2] 7/15 21/15
135/2
**visiting** [5] 96/4 133/17
137/10
**voir** [3] 21/6 22/12 23/4
**voluntarily** [1] 35/17
**volunteer** [2] 54/8 58/9
**vote** [1] 125/6
**vs** [1] 1/5

**W**
**wait** [6] 10/15 30/21
36/21 49/5 92/1 145/17
**waiting** [5] 30/19 30/21
30/23
**walk** [1] 33/14
**wall** [2] 46/18 46/18

**W**

**we... [29]** 54/9 58/17 65/25 66/4 72/3 75/8 76/22 76/22 82/7 83/14 86/4 88/16 90/24 91/11 93/21 96/24 103/23 104/24 104/25 106/16 107/23 111/5 112/17 115/21 126/7 132/8 143/7 144/5 144/12

**we will [3]** 29/17 30/4 34/20

**we'd [2]** 25/11 91/12

**we'll [7]** 15/21 25/20 37/8 52/19 53/10 63/11 145/14

**we're [23]** 9/11 9/23 10/8 11/10 11/15 11/21 12/7 12/18 12/20 20/22 23/13 26/23 27/18 38/13 60/14 70/12 84/6 84/20 86/21 87/25 99/10 106/1 131/11

**we've [8]** 9/4 18/18 49/10 84/4 84/6 114/25 123/23 132/25

**weapons [3]** 47/15 77/1 77/6

**wear [1]** 35/20

**wearing [1]** 35/9

**website [3]** 46/17 142/16 142/23

**week [11]** 6/9 9/8 9/21 9/24 9/24 12/20 18/11 18/14 18/15 18/23 19/24

**week's [1]** 11/25

**weekend [2]** 24/9 137/11

**weeks [15]** 9/10 9/11 9/11 9/15 9/16 9/17 9/23 10/3 10/7 11/20 13/11 29/18 58/18 117/8 128/8

**weeks' [1]** 80/12

**weigh [1]** 52/4

**weighing [1]** 127/20

**welcome [3]** 5/23 28/22 98/25

**well [39]** 7/11 12/25 19/13 25/18 27/24 35/16 38/22 51/11 55/8 56/15 58/7 60/17 63/13 70/9 71/11 78/21 83/3 84/1 85/18 88/20 88/25 91/22 96/21 100/6 100/24 103/23 104/22 106/18 111/20 120/15 129/20 132/21 134/20 137/13 139/3 139/4 141/2 142/14 144/16

**well-being [1]** 134/20

**went [4]** 104/24 104/24 127/22 145/12

**were [84]** 9/21 9/22 10/24 14/19 15/11 15/23 16/13 18/13 18/15 18/16 18/17

20/6 20/10 20/25 21/8 39/1 39/1 40/23 41/8 41/21 41/23 42/22 46/4 46/15 47/14 57/23 61/14 62/8 63/8 63/13 68/3 68/19 77/12 81/12 85/18 85/23 88/1 88/2 88/7 90/8 102/21 106/12 107/5 107/16 107/17 110/2 110/2 110/6 111/6 111/7 111/19 111/21 112/19 113/10 113/14 115/19 119/8 119/9 120/2 126/21 126/21 128/5 128/6 128/18 129/2 129/15 131/24 134/8 134/19 137/12 137/13 138/11 138/14 138/18 139/10 139/16 139/18 140/6 140/23 143/11

**weren't [5]** 40/10 75/19 128/3 134/8 138/12

**what [125]** 6/24 12/8 13/7 15/18 16/25 17/8 21/23 22/13 22/16 23/2 24/3 25/11 29/22 30/18 31/22 34/14 36/13 42/16 44/16 44/19 44/20 45/13 46/24 47/4 47/21 47/25 48/22 50/2 50/16 51/12 52/4 52/5 53/7 56/23 57/15 58/5 58/7 59/16 59/20 62/1 62/9 64/7 65/10 68/25 69/6 69/10 69/16 70/11 71/20 74/9 74/15 76/14 76/21 77/13 77/20 80/20 81/12 85/4 86/21 89/11 90/10 93/18 93/20 95/18 96/9 97/16 98/7 98/21 99/21 99/22 101/9 102/14 104/24 106/7 107/14 108/1 108/23 109/11 111/6 111/7 112/19 113/6 114/24 114/24 115/5 116/14 116/18 119/24 119/25 120/12 120/21 120/23 121/9 121/17 121/21 121/21 122/15 122/17 122/22 123/1 123/17 125/4 125/22 127/5 127/11 127/15 127/18 128/4 129/16 129/23 131/20 133/8 133/16 135/6 135/20 135/21 136/16 136/19 139/15 140/17 141/6 141/16 142/10 143/24 144/20

**what's [4]** 27/17 27/19 65/9 93/8

**whatever [5]** 30/25 54/13 55/12 61/25 96/25

**when [27]** 9/9 9/22

29/13 31/6 34/1 41/14 56/16 63/8 66/1 71/7 72/18 76/6 80/3 81/13 90/24 96/1 100/11 100/15 104/24 106/14 121/25 127/17 142/22 144/23

**where [13]** 10/8 25/15 30/3 36/15 36/25 42/21 63/3 64/20 65/22 65/22 92/23 124/14 143/25

**whereas [1]** 122/6

**whether [70]** 11/4 15/5 15/25 16/12 17/3 17/6 20/13 20/16 22/4 22/16 22/20 23/1 29/15 38/15 39/15 41/8 41/21 42/11 43/20 44/20 47/21 49/8 53/6 53/25 57/2 61/25 63/13 64/13 67/2 67/18 68/9 68/14 69/21 72/1 72/8 74/19 83/21 86/8 86/9 86/21 90/12 90/25 91/13 95/24 96/20 97/10 99/25 101/12 104/14 107/25 109/2 110/2 110/2 110/12 110/23 112/14 113/2 114/3 118/20 120/10 122/1 123/9 129/14 129/22 131/9 132/9 133/14 134/23 135/24 144/23

**which [46]** 8/8 8/22 12/6 12/9 13/17 15/14 15/21 17/12 20/6 21/13 21/21 22/8 22/20 23/6 26/11 31/1 32/21 33/6 39/12 40/6 42/24 44/8 45/12 49/8 62/17 63/4 68/14 69/17 71/24 76/20 85/6 92/5 95/24 104/19 106/25 109/5 110/11 110/22 114/2 121/16 129/20 136/18 137/5 142/3 142/18 143/20

**while [14]** 11/10 12/7 27/12 30/23 31/7 35/9 38/10 84/20 87/25 90/22 99/9 105/25 107/6 127/16

**white [2]** 39/19 82/10

**White House [1]** 39/19

**who [74]** 6/25 7/14 14/19 14/20 14/23 15/11 15/16 16/7 16/9 16/13 17/10 18/18 22/24 23/21 25/17 26/2 28/5 29/10 32/3 32/7 33/4 35/12 35/13 35/20 36/18 36/20 37/15 37/20 39/21 41/18 43/21 45/9 48/12 48/13 51/16 56/12 56/15 63/14 63/16 63/16 63/17 63/25 64/3 66/6

89/22 91/3 95/13 110/1 113/10 113/13 116/15 119/9 121/1 121/1 121/1 121/7 121/8 125/12 125/14 126/7 126/17 127/12 128/5 129/2 130/4 132/20 132/21 134/8 145/1 145/2

**who's [17]** 7/3 7/3 26/2 38/24 56/10 56/11 56/12 60/13 60/15 91/3 98/2 124/22 126/14 126/14 130/10 132/16 143/24

**who've [2]** 38/16 56/8

**whole [1]** 104/25

**wholly [1]** 18/15

**whom [2]** 12/5 14/3

**whose [1]** 129/3

**why [27]** 7/7 7/7 26/13 26/14 29/22 35/14 52/16 59/25 61/11 71/10 76/5 82/25 87/11 91/17 91/25 94/19 96/1 100/4 102/7 104/18 109/6 118/24 121/20 122/6 132/8 134/17 139/21

**wife [3]** 7/23 8/11 8/23

**WiFi [1]** 31/2

**will [101]** 9/20 12/15 13/2 14/4 15/17 15/17 15/19 20/12 20/13 20/16 21/10 21/24 21/24 22/4 22/6 22/6 25/4 25/25 28/6 28/9 28/13 29/11 29/12 29/17 29/22 29/24 30/2 30/3 30/4 30/15 30/16 30/18 30/19 30/20 31/1 31/9 32/20 32/22 32/22 33/22 34/5 34/6 34/12 34/12 34/20 34/21 35/6 35/11 35/12 36/2 36/13 36/13 36/14 36/15 36/19 36/19 36/20 36/25 37/2 37/12 38/1 42/3 43/25 44/22 50/11 50/11 52/10 52/11 52/13 52/21 53/4 54/11 55/3 60/8 60/14 63/6 66/25 69/20 77/3 79/5 81/2 86/10 87/8 87/10 94/3 96/6 99/2 103/3 103/5 105/15 105/18 108/11 117/23 127/25 129/14 130/8 131/5 141/7 142/14 143/17 144/3

**William [4]** 3/16 4/2 146/2 146/8

**wing [2]** 74/18 77/18

**winged [1]** 69/9

**wish [4]** 30/13 30/24 37/16 61/2

**wishes [2]** 6/1 49/25

**withhold [1]** 81/19

**withholding [1]** 41/3

**within [2]** 40/7 41/18

**without [5]** 15/8 86/5 86/5 86/6 99/24

**witness [25]** 8/2 8/3 8/14 8/21 11/4 11/5 12/21 13/7 13/12 13/17 13/19 14/3 14/15 15/8 15/16 36/15 112/15 129/15 129/15 129/23 130/8 130/12 131/4 131/7 131/13

**witnesses [12]** 9/8 12/5 12/5 12/13 12/24 13/12 35/13 43/22 43/25 59/11 129/3 132/4

**woman [2]** 7/3 7/13

**women [1]** 67/24

**women's [1]** 40/14

**won't [2]** 8/15 77/8

**Woodward [6]** 3/2 3/3 5/16 6/3 13/3 13/17

**word [2]** 49/3 82/20

**worded [1]** 83/25

**words [5]** 18/11 28/6 49/4 90/12 104/2

**work [28]** 16/3 29/25 39/25 40/3 46/17 50/3 65/22 65/23 65/24 65/25 66/2 66/6 74/24 76/15 85/13 85/16 98/5 98/13 106/22 109/2 110/1 110/7 110/15 110/19 124/14 131/23 139/6 140/12

**worked [10]** 39/18 39/22 66/10 92/2 97/11 107/6 109/10 109/21 134/24 135/15

**worker [1]** 131/16

**workers [2]** 65/18 66/2

**working [8]** 39/2 42/24 83/7 109/15 110/8 126/15 127/16 133/2

**works [5]** 126/7 126/18 127/12 132/20 132/21

**world [2]** 21/2 26/8

**worries [1]** 85/8

**worth [2]** 9/18 80/12

**would [184]**

**wouldn't [14]** 47/6 56/2 65/10 67/14 71/11 74/2 75/21 78/4 78/6 102/1 113/24 117/5 122/24 133/11

**wrap [1]** 12/2

**wrestling [2]** 128/11 128/20

**writ [1]** 122/11

**writing [1]** 23/15

**written [1]** 142/22

**wrong [1]** 102/10

**wrote [1]** 23/21

**Y**

**yeah [42]** 6/24 8/20

**Y**

**yeah... [40]** 28/3 38/19 39/18 40/10 41/1 42/14 44/23 46/13 47/6 49/14 62/5 62/13 65/17 65/24 66/18 67/21 68/23 68/24 69/14 71/6 72/5 72/20 76/7 78/14 79/21 83/19 84/23 85/6 85/10 86/20 88/23 92/9 102/6 102/20 103/22 110/18 115/4 116/6 126/10 132/23

**year [2]** 10/25 13/20

**years [12]** 38/20 40/8 40/13 56/16 56/19 67/20 72/21 91/8 109/14 110/24 111/2 113/1

**yes [117]** 12/16 14/6 16/9 16/9 16/11 16/21 16/23 17/2 18/4 18/10 18/12 27/9 38/4 38/15 39/6 39/24 41/14 42/8 45/17 46/6 50/1 50/23 51/1 53/3 54/2 55/2 55/15 55/16 57/4 60/11 61/10 61/11 61/12 61/20 62/17 65/15 66/13 70/18 70/19 71/7 71/9 71/10 71/17 71/24 73/11 78/22 81/7 84/18 85/1 85/5 85/11 86/15 87/18 87/22 88/8 88/11 89/6 89/10 89/13 90/9 90/15 90/23 91/16 91/23 91/24 91/25 92/11 92/16 93/5 93/12 94/13 96/12 96/16 97/4 97/9 97/21 98/1 99/12 100/3 100/5 101/15 102/4 102/5 104/10 104/12 105/9 106/7 107/11 108/25 109/10 111/18 112/24 114/5 114/17 116/9 118/25 121/12 121/19 121/20 122/8 123/12 124/8 125/2 125/7 128/15 129/5 131/17 132/1 132/7 134/5 134/17 135/14 136/9 138/3 139/11 142/3 142/8

**yesterday [1]** 23/20

**yet [1]** 25/18

**Yglesias [2]** 63/23 64/1

**you [973]**

**you'd [15]** 51/8 53/15 53/24 55/16 74/14 87/24 94/11 94/15 94/20 95/24 99/9 105/25 106/3 114/24 118/12

**you'll [4]** 34/14 50/10 60/7 67/2

**you're [32]** 7/21 26/1 28/9 38/10 50/8 50/9 50/9 50/20 51/14 51/14 69/19 77/17 77/20 77/21 78/4 78/11 78/18 88/15 88/25 90/4 93/21 98/25 102/15 114/25 116/10 116/21 128/1 133/21 144/19

**you've [98]** 12/21 23/15 34/13 40/19 42/5 44/21 45/5 45/13 46/9 46/12 47/19 47/22 49/9 49/12 49/12 51/16 51/23 52/4 55/20 55/21 59/19 62/10 62/17 62/21 62/22 62/23 64/14 65/1 68/16 69/13 69/23 70/13 70/16 70/24 70/24 71/1 71/10 71/20 73/21 73/23 74/1 74/9 74/21 78/8 79/4 79/4 79/7 79/23 86/24 89/8 89/11 89/15 89/16 89/17 90/21 95/16 95/17 95/19 95/19 96/14 98/7 101/24 102/22 103/6 106/16 107/24 108/1 108/9 108/10 108/12 113/23 114/9 115/1 115/3 115/25 121/13 121/17 121/25 122/22 123/8 124/9 124/11 124/21 125/5 125/20 125/20 128/19 129/17 130/14 130/16 131/15 133/14 133/16 134/3 134/7 137/3 139/12 141/6

**your [233]**

**Your Honor [45]** 5/5 6/5 6/16 6/20 7/1 7/11 7/23 8/12 9/1 9/3 9/24 10/15 13/4 13/6 14/6 23/12 24/3 26/18 27/17 37/18 37/19 50/1 73/9 81/7 83/3 87/5 87/6 93/24 94/1 96/12 97/4 97/6 98/16 98/19 105/13 114/17 117/21 130/6 131/10 138/3 141/12 141/13 143/7 144/2 144/10

**yours [1]** 68/5

**yourself [11]** 29/3 42/12 45/6 55/18 56/7 66/2 89/20 124/21 128/10 128/20 134/16

**yourselves [3]** 30/25 35/14 37/17

**Z**

**Zaremba [3]** 4/2 146/2 146/8

**Zello [3]** 20/9 20/20 49/3

**Zoom [1]** 26/21

**Zsusza [1]** 3/6