IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          CR No. 22-15
                                   )          Washington, D.C.
          vs.                      )          September 29, 2022
                                   )          9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )          Day 3
          Defendants.              )          Morning Session
_____   )

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           Kathryn L. Rakoczy
                              Jeffrey S. Nestler
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              kathryn.rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

```
APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

                                Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

                    P R O C E E D I N G S

1                   COURTROOM DEPUTY:  All rise.  United States

2   District Court for the District of Columbia is now in

3   session, the Honorable Amit P. Mehta presiding.

4                   THE COURT:  Good morning.  Please be seated,

5   everyone.

6                   COURTROOM DEPUTY:  Good morning, Your Honor.

7                   This is Criminal Case No. 22-15, United States of

8   America versus Defendant No. 1, Elmer Stewart Rhodes III;

9   Defendant No. 2, Kelly Meggs; Defendant 3,

10  Kenneth Harrelson; Defendant 4, Jessica Watkins; and

11  Defendant 10, Thomas Edward Caldwell.

12                  Kate Rakoczy and Jeffrey Nestler for the

13  government.

14                  Phillip Linder, James Lee Bright, and

15  Edward Tarpley for Defendant Rhodes.

16                  Juli Haller and Stanley Woodward for

17  Defendant Meggs.

18                  Bradford Geyer for Defendant Harrelson.

19                  Jonathan Crisp for Defendant Watkins.

20                  And David Fischer for Defendant Caldwell.

21                  All named defendants are present in the courtroom

22  for these proceedings.

23                  THE COURT:  All right.  Good morning, everyone.

24  Thanks for your patience.  I was just trying to get things

```
                        P R O C E E D I N G S

 1                  COURTROOM DEPUTY:  All rise.  United States

 2   District Court for the District of Columbia is now in

 3   session, the Honorable Amit P. Mehta presiding.

 4                  THE COURT:  Good morning.  Please be seated,

 5   everyone.

 6                  COURTROOM DEPUTY:  Good morning, Your Honor.

 7                  This is Criminal Case No. 22-15, United States of

 8   America versus Defendant No. 1, Elmer Stewart Rhodes III;

 9   Defendant No. 2, Kelly Meggs; Defendant 3,

10   Kenneth Harrelson; Defendant 4, Jessica Watkins; and

11   Defendant 10, Thomas Edward Caldwell.

12                  Kate Rakoczy and Jeffrey Nestler for the

13   government.

14                  Phillip Linder, James Lee Bright, and

15   Edward Tarpley for Defendant Rhodes.

16                  Juli Haller and Stanley Woodward for

17   Defendant Meggs.

18                  Bradford Geyer for Defendant Harrelson.

19                  Jonathan Crisp for Defendant Watkins.

20                  And David Fischer for Defendant Caldwell.

21                  All named defendants are present in the courtroom

22   for these proceedings.

23                  THE COURT:  All right.  Good morning, everyone.

24   Thanks for your patience.  I was just trying to get things
```

 1   sorted out here.

 2          Just a few quick updates.  We had, as you'll

 3   recall, Juror 1240; this was the juror on line 3 who did not

 4   show up on Tuesday.  We tried to continue to contact that

 5   juror to bring her back.  And she reported that she had a

 6   sick child, and that's the reason she is not here today.

 7   And we're assuming that's why she did not come in earlier

 8   this week.

 9          We also had a juror yesterday, line 63, who's

10   Juror 1151, who did not show up.  We have made contact with

11   that juror.  And that juror has told us -- I think it's a

12   she again -- she did not report because she also had a sick

13   child.

14          If we get this far today, the juror on line 105,

15   Juror 0135, she's not reported so far; maybe she will show

16   up at some point.  But as of now, she is not here.

17          So that's that.

18          And then -- oh, I misspoke.  The juror who's 1151

19   on line 63 we haven't had any contact with.  I put her in

20   the sick child category.  I was wrong about that.

21          I've had some time reflect overnight about one of

22   our jurors who we qualified yesterday.  This is juror on

23   line 43, 1314.  This was the juror who was on Capitol Hill

24   on January the 6th who had spoken to the FBI about an aspect

25   of the investigation, who -- and I have gone back to read

1    her question and answer, who said that she had felt like she

2    had some personal connection to the events of that day, both

3    because of where she lived and because of the interaction

4    with the FBI that day.

5         Although, you know, she was a little uncertain

6    about why she thought she might have strong feelings about

7    being -- about not being able to be fair, she did sort of

8    ultimately, through questioning, say, Yeah, I think I could

9    be fair.

10         Look, I think on further reflection, I think given

11    that she is, although not a witness in the true sense, she

12    was a witness to the events of that day, certainly enough so

13    that she was approached be law enforcement for her

14    observations about what she saw and didn't see on that day.

15         So I think out of an abundance of caution, I am

16    going to strike -- reconsider and strike 1314.  Again,

17    that's the juror on line 43.

18         MR. NESTLER:  Your Honor, if I may, I believe she

19    said that law enforcement approached her to get access to

20    video that she may have captured from her home video system,

21    not that she personally observed or personally captured.

22         THE COURT:  That's -- I mean, I looked back at the

23    transcript.  I don't recall that's what she said.  But in

24    any event, I mean, whether it was simply to speak to her or

25    to get her home video, I think she had described being

```
 1   personally involved in the events of the 6th enough that I
 2   have reservations about having her on the jury, despite her
 3   responses to some of my questioning.
 4          So that leaves us, then, right now at 35
 5   qualified.  And we'll begin with juror on line 74, who is
 6   Juror 0884, is where I have our next juror.  So --
 7          MR. NESTLER:  Can I just ask clarification.  How
 8   does Your Honor intend to seat the jurors?  Are they going
 9   to be in the order they were qualified, 1 through 45?  Or
10   are we going to leave them in their seat number now and then
11   backfill?
12          THE COURT:  I'm not sure what you mean by the
13   alternative; but my intention, once we have the 45, is to
14   have the first 16 sit in the box and the remainder sit in
15   the gallery in the order in which we have spoken to them --
16          MR. NESTLER:  Okay.
17          THE COURT:  -- such that if there are any strikes,
18   the next juror in the box would be 17.
19          MR. NESTLER:  They're all going to be --
20          THE COURT:  The 17the qualified juror.
21          MR. NESTLER:  They're all going to be reordered.
22   In other words, the seat number on the right-hand side of
23   our jury sheet doesn't mean anything after we're done
24   qualifying?
25          THE COURT:  No.
```

1              MR. NESTLER:  Thank you.

2              (Prospective jurors entered the courtroom.)

3              THE COURT:  Please have a seat, everyone.

4              All right.  Ladies and gentlemen, good morning to

5      all of you.  My name is Judge Amit Mehta, and you are here

6      today as a potential juror in the case of United States

7      versus Stewart Rhodes, Kelly Meggs, Kenneth Harrelson,

8      Jessica Watkins, and Thomas Caldwell.

9              I know some of you were here yesterday morning.

10     And because of the number of jurors we had, we didn't think

11     we would get to you.  And we've asked you to come back this

12     morning, and that's why you are here once more.

13             We will begin with all of you this morning, and so

14     you will not need to wait this morning in the same way that

15     you did yesterday.

16             I will, however, go over the same remarks and

17     instructions that I gave you all yesterday, so not only for

18     your benefit but for the benefit of the new jurors who are

19     here with us this morning.

20             So before we get started, I would like to extend

21     my gratitude to each of you for making yourself available

22     for jury service.  As you know, in our system of justice,

23     juries and jurors play a critical role.  Indeed, it is a

24     fundamental feature of our democracy to have ordinary

25     citizens serve as decision-makers in our courts of law.  You

1    are, therefore, performing an important duty today.  So

2    I want to thank you in advance for your service.

3            For those of you who have gone through a jury

4    selection process before, today will be both familiar and

5    different.  It will be different in the sense that usually

6    when jurors are being considered for service, we will start

7    the process by asking jurors a series of questions to assist

8    us in determining whether a juror can be fair and impartial.

9            In this case, however, we will not start out the

10   process with questions because you came in two weeks ago and

11   completed a juror questionnaire that the parties proposed

12   and that I approved.  So that part of the process is

13   complete.

14           What will feel familiar and why you are here today

15   is to ask each of you additional questions based upon your

16   responses to the juror questionnaire.  The way that will

17   work is as follows:

18           There are approximately 30 of you here this

19   morning.  After I have completed these initial remarks and

20   instructions, the Courtroom Deputy will escort all of you to

21   a different courtroom where you will be re-seated; and

22   we will then call each of you back into this courtroom one

23   at a time for additional questions from the parties and me.

24           Now, the questions we will be asking you may touch

25   on matters that are personal to you.  Rest assured it is not

1    my intention or desire, nor is it the intention or desire of

2    the lawyers to invade your privacy or to embarrass you.  Our

3    only wish is to select the fairest, most impartial jury

4    possible so that the parties can be assured that jurors

5    selected will not be biased or pre-judge the case and will

6    return a verdict based only on the law and the evidence.

7            What will also feel familiar about this jury

8    selection process is that you will spend some time waiting

9    throughout the day.  I promise I will try to keep your

10   waiting to a minimum, but some amount of wait time is

11   unavoidable.

12           While you are waiting during jury selection,

13   please feel free, if you wish, to talk quietly amongst

14   yourselves, to read a book, magazine, or whatever you have

15   brought with you.

16           The courtroom in which you will be seated is

17   WiFi-enabled, so you should feel free to use your phones or

18   other mobile devices to read online or surf the Internet.  I

19   would ask, however, that you place all of your devices on

20   silent mode.

21           Now, this is very important.  While you may use

22   your mobile devices, you should not at any point during the

23   jury selection process -- and this will be true afterwards,

24   too, if you are selected -- communicate with anyone about

25   this case or do any online research about the case or the

1   parties.

2           That means do not email, text, tweet, or Snapchat

3   a friend or family member or all of your followers about the

4   case or post on Facebook or Instagram that you are a

5   potential juror in this case.  Do not get online and start

6   doing research about the case or the parties.

7           We also asked you as part of the questionnaire to

8   avoid media coverage about this case, and that includes

9   social media.  That instruction continues to apply and is

10  perhaps even more important now that the jury selection

11  process has started.  You should avoid any newspaper,

12  television, or radio news, podcasts, and, importantly, any

13  social media about this case or the events of

14  January the 6th.

15          That means avoiding not only news stories in

16  *The Washington Post*, for example, or TV news, but also

17  journalists or others who are tweeting about this case or

18  posting about it on other social media sites.  In fact, it

19  would not surprise me if there's live tweeting about this

20  jury selection process.

21          So if you follow journalists or others who cover

22  or comment on the events of January 6th, I'm going to

23  instruct you to avoid reading their tweets or on any other

24  social media postings until you are fully dismissed from

25  jury service in this case.

1            Additionally, some of you may receive push

2    notifications from media sources, I'm going to ask you to

3    turn those push notifications off while you are on jury duty

4    and until you are released from jury service so as to avoid

5    receiving any notifications that may come across about this

6    case.

7            In addition, I understand that there may be a

8    hearing in Congress coming up about the events of

9    January 6th.  Until you are dismissed from jury service, you

10   are instructed not to watch that hearing or read or listen

11   to any press coverage in any form about the hearing,

12   including on social media.

13           Now, the reason for these restrictions is simple.

14   If you are selected as a juror, you will be sworn to decide

15   this case based only on the evidence that is presented at

16   trial and the law as to which you will receive instructions.

17           You will be strictly forbidden to consider

18   anything you might have read or heard about the case from

19   news sources or from social media or from other people.  If

20   at any point during the jury selection process you happen to

21   come across news or commentary about this case, please

22   immediately avert your eyes or ears and please alert the

23   Courtroom Deputy so he can advise me.  A juror who violates

24   these restrictions jeopardizes the jury selection process

25   and possibly the trial itself, which could require the

1    entire trial process to start over.

2          Also, during this jury selection process, if

3    anyone attempts to communicate with you about this case,

4    please notify the Courtroom Deputy or a court security

5    officer immediately.  The lawyers here are under strict

6    instructions not to speak with any juror during the jury

7    selection process.  So if you happen to see them in the

8    courthouse and they walk in the other direction, they are

9    not being rude; they are simply following my instructions.

10          I've also issued an order to members of the media

11   and public not to approach any of you about this case during

12   jury selection.  Still, despite these instructions, if you

13   are approached about this case by anyone, please notify the

14   Courtroom Deputy or a court security officer.

15          Now, it is my expectation, ladies and gentlemen,

16   that we should probably finish the jury selection process

17   today.  We've been at this for a couple of days.  It's my

18   expectation we will finish today.

19          What that means is that each of you should remain

20   in the courthouse after you are questioned unless you are

21   told otherwise.  So unless you are given an explicit

22   direction that you may leave the courthouse after you are

23   questioned, you should return to the other courtroom and

24   remain there until you receive further instructions today.

25   If there's any question about that, please talk to

1    Mr. Douyon, our Courtroom Deputy, and he'd be happy to

2    answer any questions that you may have.

3            If you're excused from further service today,

4    we will tell you soon after your questioning is concluded.

5    If you are excused, you'll be relieved from the restrictions

6    that I discussed earlier; however, if after questioning we

7    have asked you to remain in the courthouse, the earlier

8    instructions continue to apply; that is, do not communicate

9    with anyone about the case, do not read or listen to

10   anything about the case, and do no independent research

11   about the case and do not watch or read about the

12   congressional hearing that might take place.  Following

13   these instructions is critical to ensuring a process that

14   will result in a fair and impartial jury to hear this case.

15           Finally, as you can see, everyone in the courtroom

16   is wearing a mask except for me while I am speaking.

17   Masking is required in the public spaces in this courthouse

18   and I will require masking during the trial.  The only

19   exception to that rule will be for lawyers who are speaking

20   and witnesses who are testifying.

21           You may be asking yourselves, well, why do we need

22   to wear a mask at this point?  Well, there are really two

23   reasons.  The first is that none of you are here today

24   voluntarily, you are required to be here.  So unlike going

25   to a grocery store or a restaurant or to a concert, you do

1   not have the choice to avoid this location or a person who

2   might choose not to wear a mask.

3           The second reason for masking is to avoid a COVID

4   outbreak that might disrupt the trial.  As you know, the

5   trial is scheduled to last a month or more.  If one or more

6   people inside the courtroom, including jurors, test positive

7   for COVID, that could delay the trial proceedings.  That is

8   something I would rather avoid.  Masking hopefully will

9   prevent any COVID-related trial delays.

10          So those are my introductory remarks and

11  instructions to all of you.  I'll ask each of you now to

12  please rise and raise your right hand so we can have you

13  sworn in, and that would include those of you who were sworn

14  in yesterday, we'll have you sworn in again.

15          COURTROOM DEPUTY:  Raise your right hand.

16          (Prospective jurors are placed under oath.)

17          COURTROOM DEPUTY:  Thank you.

18          THE COURT:  Okay.  So now, ladies and gentlemen,

19  as I said earlier, what will happen is we will escort all of

20  you out of the courtroom and you will then be brought in one

21  by one in an order that we have before us.  As I said, some

22  of you will be waiting longer today than others, those of

23  you who were here yesterday, we'll get to you first.  So we

24  appreciate you being here, we appreciate your patience, and

25  thank you very much for your service.

```
 1                    COURTROOM DEPUTY:  Your Honor, this is Juror
 2   No. 0884.
 3                    THE COURT:  Good morning, ma'am.  How are you?
 4                    PROSPECTIVE JUROR:  Good.
 5                    THE COURT:  You are juror 0884?
 6                    PROSPECTIVE JUROR:  Correct.
 7                    THE COURT:  Feel free to remove your mask if you'd
 8   like.
 9                    Thank you for coming in yesterday and again today
10   and for completing your juror questionnaire; we are grateful
11   for you doing so.
12                    Your juror questionnaire should be there in front
13   of you.  So if we can start, please, by just turning to
14   page 7.  Question 19 asks whether you have ever been in the
15   Capitol Grounds, on the Capitol Grounds or inside the
16   Capitol Building.  Can you tell us about that?
17                    PROSPECTIVE JUROR:  Sure.
18                    I've been inside the Capitol as a tourist to see
19   the exhibits in the Capitol.
20                    THE COURT:  Okay.
21                    PROSPECTIVE JUROR:  Yeah.
22                    THE COURT:  And can you tell us when that last
23   was?
24                    PROSPECTIVE JUROR:  That was about four or five
25   years ago.  I haven't been to the Capitol in a while.
```

1              THE COURT:  Okay.

2              So my expectation is that we'll be -- that there

3     will be evidence in this case obviously about the Capitol

4     Grounds themselves and inside the Capitol.  Would you be

5     able to set aside what you recall from your visit there and

6     focus only on the evidence in the case?

7              PROSPECTIVE JUROR:  Yes, for sure.

8              THE COURT:  So if you could turn, please, to page

9     10, page 10, Questions 39 through 41, those questions were

10    designed to ask and determine how much news you've exposed

11    to -- you've been exposed to about the events of

12    January 6th.  So let me ask you, do you consider yourself

13    somebody who actively seeks out news about the events of

14    January 6th?

15             PROSPECTIVE JUROR:  No, not really.

16             THE COURT:  So is it fair to say that if some news

17    happens upon a newsfeed or if you happen to see it or hear

18    it, that's when you --

19             PROSPECTIVE JUROR:  Yeah, if I'm around the area

20    and the news is there, I'll look at it or --

21             THE COURT:  So let me ask you this.  Is there

22    anything that you have read or heard in the news that might

23    cause you to think you would have difficulty being fair and

24    impartial in this case to these defendants?

25             PROSPECTIVE JUROR:  I don't think so.

 1          THE COURT:  And would you be able to put aside
 2    whatever you have read in the news or heard in the news and
 3    be fair and impartial to these defendants by focusing only
 4    on the evidence that's presented and applying the law as I
 5    instruct you?
 6          PROSPECTIVE JUROR:  Yes.
 7          THE COURT:  Question 46 asked whether you had ever
 8    read, seen, or heard anything about the Oath Keepers
 9    organization.  Now, let me just confirm, have you ever heard
10    of them either through the media, social media, from friends
11    in any way?
12          PROSPECTIVE JUROR:  Nothing, no.
13          THE COURT:  So you, as you sit here today, have no
14    idea what that group is about or what they stand for?
15          PROSPECTIVE JUROR:  I don't recall anything.
16    Yeah, I don't know anything.
17          THE COURT:  Okay.  That's fine.
18          All right.  Any follow-up questions, Counsel?
19    Mr. Fischer?
20          MR. FISCHER:  Good morning, ma'am.
21          PROSPECTIVE JUROR:  Good morning.
22          MR. FISCHER:  First of all, thank you for filling
23    out the form and thank you for being here today.
24          Just a few questions.  Are you originally from the
25    District of Columbia?

1                PROSPECTIVE JUROR:  No.

2                MR. FISCHER:  Where are you originally from?

3                PROSPECTIVE JUROR:  So I was born in Venezuela and

4      raised in Miami, Florida, and then I came to D.C. in 2011.

5                MR. FISCHER:  Okay.  2011, great.

6                And have you heard much of the media coverage

7      regarding this case?

8                PROSPECTIVE JUROR:  I mean, just what you can

9      expect to hear about those events.  I was in Miami when that

10     happened.

11               MR. FISCHER:  Okay.

12               And, ma'am, in this case, you probably realize

13     that the individuals in this case, the general allegation is

14     that the defendants conspired to try to prevent Joe Biden

15     from becoming the President of the United States.  Are you

16     aware of that?

17               PROSPECTIVE JUROR:  I believe so, yeah.

18               MR. FISCHER:  Okay.

19               And knowing that, is there any reason that you can

20     think of why you couldn't be fair and impartial to these

21     specific defendants?

22               PROSPECTIVE JUROR:  I think that there was a

23     reason -- and I think everybody has the right to a fair -- a

24     fair trial, you know, everybody has a reason for that.

25               MR. FISCHER:  And, ma'am, there will likely be

1    evidence that will be presented that the defendants in this

2    case, you can probably believe or understand, were -- one or

3    more were avid supporters of the former President

4    Donald Trump.  Were you aware of that?

5              PROSPECTIVE JUROR:  Kind of.

6              MR. FISCHER:  Okay.

7              Can I ask you, what's your -- you know, you said

8    you're originally from Venezuela.

9              PROSPECTIVE JUROR:  Correct.

10             MR. FISCHER:  If you had a friend that came here

11   who had never been to the United States and came here from

12   Venezuela and they asked you to describe the supporters of

13   Donald Trump, how would you describe them?

14             PROSPECTIVE JUROR:  Passionate, excited for him,

15   just exciting people that, like, passionately support the

16   President.

17             MR. FISCHER:  And if that friend wanted to,

18   perhaps, think about supporting the former President, what

19   would you say to them?

20             PROSPECTIVE JUROR:  I mean, they have the right to

21   support whoever they want to support.  So why not, you know.

22             MR. FISCHER:  And I guess, do you have any

23   negative opinions about individuals who support the former

24   President?

25             PROSPECTIVE JUROR:  I just -- no, I don't think

1    so, no.

2              MR. FISCHER:  Okay.

3              So, ma'am, just so you understand, obviously I

4    don't know you, you don't know me, or all the attorneys

5    here, I presume, so you're telling us that you would give us

6    both sides, your word, that if you were seated as a juror

7    that you would be fair and impartial and do nothing but

8    follow the law; is that correct?

9              PROSPECTIVE JUROR:  Only follow the law and look

10   at the evidence, yep.

11             MR. FISCHER:  I appreciate that.  Thank you,

12   ma'am.

13             PROSPECTIVE JUROR:  Yeah, you're welcome.

14             THE COURT:  Thank you, Mr. Fischer.

15             Mr. Nestler.

16             MR. NESTLER:  We have no further questions,

17   Your Honor.  Thank you very much.

18             THE COURT:  Ma'am, thank you very much for your

19   time and testimony -- or answering our questions today.

20   Mr. Douyon will escort you out of the courtroom and provide

21   you with some additional instructions.

22             PROSPECTIVE JUROR:  Thank you.

23             COURTROOM DEPUTY:  Your Honor, this is Juror

24   No. 1528.

25             THE COURT:  Ma'am, good morning.  How are you?

```
 1                PROSPECTIVE JUROR:  Fine.

 2                THE COURT:  You're Juror 1528?

 3                PROSPECTIVE JUROR:  Yes.

 4                THE COURT:  Please feel free to remove your mask

 5     if you're comfortable doing so.

 6                PROSPECTIVE JUROR:  Okay.

 7                THE COURT:  Nice to have you here and thank you

 8     for coming in yesterday and again today and for completing

 9     your questionnaire.

10                Your questionnaire should be there in front of you

11     and I'll ask you -- right there in front of you.

12     Do you have it there?  Do you have your questionnaire in

13     front of you?

14                PROSPECTIVE JUROR:  Right here.

15                THE COURT:  Okay.

16                So if I could just ask you to turn to page 7 of

17     the questionnaire and Question 17.

18                PROSPECTIVE JUROR:  Page 7?

19                THE COURT:  Yes, ma'am.

20                Just let me know when you're with me.

21                PROSPECTIVE JUROR:  I am.

22                THE COURT:  All right.

23                Can I ask you to just turn to -- or focus on

24     Question 17.  That question asked, do you have such strong

25     feelings about firearms or laws concerning firearms that
```

1    would make it difficult for you to be a fair and impartial

2    juror in this case?  You didn't answer that question.  Can

3    you tell us why you didn't answer the question?

4              PROSPECTIVE JUROR:  The reason why I didn't --

5    okay.  I probably overlooked this one when I was putting --

6    writing -- putting down my answers.  So right here, I do

7    feel strongly about the firearms because I feel that

8    firearms should not be used or permitted to anyone under the

9    circumstances.

10             THE COURT:  Under any circumstances?

11             PROSPECTIVE JUROR:  Huh?

12             THE COURT:  Under any circumstances?

13             PROSPECTIVE JUROR:  Under any circumstances.

14             THE COURT:  Okay.

15             PROSPECTIVE JUROR:  That's that the way I look at

16   it, you know, my feeling.

17             THE COURT:  Let me ask, if you were to hear

18   evidence in this case that the defendants are alleged to

19   have possessed and had access to firearms but there's no

20   charge in this case about illegal firearms possession, how

21   would you react to that?

22             PROSPECTIVE JUROR:  You have to say it one more

23   time, I'm sorry.

24             THE COURT:  Sure.

25             It's my expectation that if you were selected as a

 1  juror, you would hear evidence that the defendants in this
 2  case possessed or had access to firearms but there is no
 3  charge against any of them in this case that they unlawfully
 4  possessed those firearms.
 5          PROSPECTIVE JUROR:  I feel that you should not
 6  have that firearm at all.
 7          THE COURT:  Okay.  Even if it was legal under the
 8  law?
 9          PROSPECTIVE JUROR:  Legally, I'm sorry, no.
10  I think that's permitted -- unpermitted.
11          THE COURT:  You don't think it's permitted?
12          PROSPECTIVE JUROR:  It's not permitted.
13          THE COURT:  All right.  Any objection?
14          MR. NESTLER:  Yes, Your Honor.
15          THE COURT:  Go ahead, Mr. Nestler.
16          MR. NESTLER:  So you have very strong feelings
17  about firearms; is that correct?
18          PROSPECTIVE JUROR:  Yes, I have.
19          MR. NESTLER:  And if the Judge told you that if
20  you were seated as a juror in this case, you would have to
21  decide the case based --
22          PROSPECTIVE JUROR:  Let me hear it again.
23          MR. NESTLER:  If the Judge told you if you were a
24  juror here that you have to decide this case based on the
25  facts here and the law that the Judge tells you it is, could

```
 1   you follow his instructions, leaving your feelings to the

 2   side?

 3            PROSPECTIVE JUROR:  Yes, I can.

 4            MR. NESTLER:  Okay.  Thank you.

 5            PROSPECTIVE JUROR:  Yeah.

 6            THE COURT:  Let's just talk about that a little

 7   bit, ma'am, though.

 8            You have said that you have very strong views

 9   about firearms.

10            PROSPECTIVE JUROR:  Yes, I have.

11            THE COURT:  And, again, the evidence is likely to

12   be in this case that the defendants possessed firearms or

13   had access to firearms, okay?  If you heard such evidence,

14   do you think you could still be fair as a juror to these

15   defendants?

16            PROSPECTIVE JUROR:  I could be fair; but under the

17   circumstances -- it's all depends.  Let's put it that way.

18   It all depends.  Because the way I will about firearms, it

19   should not be allowed, period.

20            THE COURT:  Okay.

21            PROSPECTIVE JUROR:  That's the way I feel as far

22   as I --

23            THE COURT:  We only want honest answers from you,

24   so we appreciate it.

25            PROSPECTIVE JUROR:  Okay.
```

1            THE COURT:  Ma'am, thank you very much for your

2    time.  Mr. Douyon will show you out of the courtroom and

3    provide you with additional instructions.

4            PROSPECTIVE JUROR:  Okay.  Thank you.

5            THE COURT:  Juror 1528 will be stricken for cause

6    based on her responses to the firearms question.

7            COURTROOM DEPUTY:  And, Your Honor,

8    Juror No. 0966.

9            THE COURT:  Sir, good morning.  How are you?

10           PROSPECTIVE JUROR:  Good morning.

11           THE COURT:  You're Juror 0966?

12           PROSPECTIVE JUROR:  Yes.

13           THE COURT:  Feel free to remove your mask if

14   you're comfortable doing so.

15           Thank you, first and foremost, for being here both

16   today and yesterday and for coming in to complete your

17   questionnaire.

18           Your questionnaire should be there in front of

19   you.  So I'll ask you to take a look at that questionnaire

20   and turn first, please, to page 11 of your questionnaire.

21   And we'll start with Question 46.

22           Are you with me?

23           PROSPECTIVE JUROR:  Yes.

24           THE COURT:  So that question asks whether you had

25   read, seen, or heard anything about the Oath Keepers

```
 1   organization.  And you answered that question yes.
 2              Can you tell us what you have read, seen, or
 3   heard?
 4              PROSPECTIVE JUROR:  Well, I've heard that the
 5   Oath Keepers organization is a far-right organization that
 6   was contesting the election results and participated in the
 7   January 6th riot.
 8              THE COURT:  Okay.
 9              And beyond those sort of general -- that general
10   understanding, do you have any more specific understanding
11   of what those members of that organization are alleged to
12   have done on January 6th?
13              PROSPECTIVE JUROR:  From my understanding, they're
14   alleged to have coordinated about the trip to Washington and
15   planned for January 6th.  I've heard that a lot of members
16   of the Oath Keepers are ex-military or ex-police.
17              THE COURT:  Okay.  Anything more?
18              PROSPECTIVE JUROR:  No.  I mean, that's the
19   outline of it.
20              THE COURT:  Okay.
21              So you've obviously read a little bit about the
22   organization.  Can you tell us what impressions you have
23   about the organization based upon what you have read about
24   it?
25              PROSPECTIVE JUROR:  I mean, it seems to me like an
```

1    extremest organization, one of the groups that was spreading

2    this fiction that the election was stolen and that, you

3    know, it needed to be contested by force.  And it seemed

4    like one of the main groups kind of organizing this big

5    rally in Washington on January 6th.

6              THE COURT:  Okay.

7              And as you know, this case involves defendants who

8    are accused of being either members in or associated with

9    group.  Given what you just told us and how you feel about

10   them, do you think you could be fair and impartial as a

11   juror?

12             PROSPECTIVE JUROR:  I have strong views about the

13   group, but I do think I could be impartial about

14   understanding the charges against them, whether or not

15   people are guilty of those charges.

16             THE COURT:  I'm sorry.  Could you repeat that last

17   part.

18             PROSPECTIVE JUROR:  I think that I could be

19   impartial about understanding the charges against these

20   people and whether or not they're guilty of those charges.

21             THE COURT:  Okay.

22             So let me ask, given what you've learned and what

23   you believe about the organization, do you think you would

24   have -- it would be a little bit more difficult for you to

25   come to the conclusion that they are not guilty of the

1    charges against them?

2                PROSPECTIVE JUROR:  Well, I don't fully understand

3    what the charges against them are, so I think I could keep

4    an open mind about that.

5                I mean, I think the evidence is pretty clear that

6    people from the Oath Keepers were actively involved in what

7    happened on January 6th and they were present in the

8    building.

9                THE COURT:  I'm sorry.  The last thing you

10   said was?

11               PROSPECTIVE JUROR:  And they were present in the

12   building.  But whether or not people are guilty of the

13   charges that they're being accused of, I'm not familiar with

14   those charges.  So --

15               THE COURT:  Okay.

16               So if you were advised and told that one of the

17   charges against them is the charge of seditious conspiracy

18   and they are charged with organizing to attempt to prevent

19   the transition of power from the former President to

20   President Biden, how would that make you feel?  And what's

21   your reaction to that?

22               PROSPECTIVE JUROR:  It seems to me that by being

23   in the Capitol on January 6th and trying to prevent a

24   peaceful transfer of power, they were involved in trying to

25   block the election results and prevent that from happening.

1   So anyone who participated in the insurrection on

2   January 6th and is part of this organization seems to

3   indicate pretty strongly that was their intent.

4          THE COURT:  Do you think it would be difficult or

5   hard for you to come to a different conclusion based on

6   evidence that's presented?

7          PROSPECTIVE JUROR:  It may be difficult unless

8   there's clear evidence that people were there and they

9   participated in it.

10         THE COURT:  Unless there's clear evidence that

11  people weren't there?

12         PROSPECTIVE JUROR:  Correct.

13         THE COURT:  Okay.  All right.

14         Any objections, Counsel?

15         MR. LINDER:  No objection.

16         MR. NESTLER:  Yes, Your Honor.

17         Sir, so I understand you answered the Judge's

18  question about the organization and what you learned in the

19  news; is that correct?

20         PROSPECTIVE JUROR:  Correct.

21         MR. NESTLER:  Do you have any other basis for your

22  information other than what you've seen in the news?

23         PROSPECTIVE JUROR:  No.

24         MR. NESTLER:  And so the Judge is going to

25  instruct you if you're a juror here, you have to decide this

1    case based on the facts as you hear them in court.  What you

2    heard on the news might not be accurate; you're aware of

3    that, right?

4              PROSPECTIVE JUROR:  Yes.

5              MR. NESTLER:  And so the Judge is going to tell

6    you you have to decide this case based on the facts as you

7    hear them in this courtroom from videos, pictures, witness

8    testimony, and then apply the laws the Judge tells you and

9    not to think about or use any impressions you had from news

10   or any other sources you got outside of this courtroom.

11             Does that make sense?

12             PROSPECTIVE JUROR:  Yes.

13             MR. NESTLER:  And, also, your job would be not to

14   decide anything about the organization itself, but to decide

15   whether these five defendants here are guilty of the

16   charges.

17             Does that make sense?

18             PROSPECTIVE JUROR:  Yes, it does.

19             MR. NESTLER:  Do you think you'd be able to decide

20   the guilt or innocence of these five defendants based on the

21   evidence you hear here in court, leaving aside what you may

22   have read or seen on the news?

23             PROSPECTIVE JUROR:  Yes.

24             MR. NESTLER:  Thank you.

25             THE COURT:  All right.

1           Sir, thank you very much for your time this

2    morning.  Mr. Douyon will show you out of the courtroom and

3    provide you additional instructions.

4           So 0966 will be stricken for cause.  The juror

5    clearly expressed preconceived beliefs about the

6    organization and not just preconceived beliefs and

7    understanding, but also said it would be difficult or hard

8    for him to come to a different conclusion from what he's

9    already learned.

10          It was only after rigorous cross-examination from

11   the government that he said otherwise; and so for that

12   reason, he'll be excused for cause.

13          COURTROOM DEPUTY:  Your Honor, this Juror 1108.

14          THE COURT:  Sir, good morning.  How are you?

15          PROSPECTIVE JUROR:  Good morning, sir.

16          THE COURT:  Thank you for being with us, and

17   thank you for coming in and also for completing your

18   questionnaire.

19          Feel free to remove your mask if you are

20   comfortable doing so.

21          Your questionnaire should be there in front of

22   you.  I'm going to ask you to, if you would, start with

23   page 6 at the bottom of the page, Question 14.  You were

24   asked whether you have any close friends or family members

25   or whether you are employed by the Federal Government.

```
1                    Can you tell us about that?

2                    PROSPECTIVE JUROR:  I was.  I'm a disabled

3    veteran.

4                    THE COURT:  You're a disabled veteran?

5                    PROSPECTIVE JUROR:  Uh-huh.

6                    THE COURT:  And can you tell us just which branch

7    of the military you were in?

8                    PROSPECTIVE JUROR:  Army.

9                    THE COURT:  Army.

10                   And how long did you serve?

11                   PROSPECTIVE JUROR:  Six and a half.

12                   THE COURT:  And other than your time with the

13   Army, is there anybody else who is close to you who's had

14   employment with the federal government?

15                   PROSPECTIVE JUROR:  My ex-wife.

16                   THE COURT:  Ex-wife.

17                   And what job did she hold and where?

18                   PROSPECTIVE JUROR:  She had a job in the

19   District Court.

20                   THE COURT:  Here in this --

21                   PROSPECTIVE JUROR:  Here in this Court.

22                   THE COURT:  In this District Court.

23                   Okay.  What was her job in this District Court?

24                   PROSPECTIVE JUROR:  I don't recall exactly.  It's

25   been a while now.  She's retired.  It's been a while.
```

```
 1              THE COURT:  How long ago did she work here?

 2              PROSPECTIVE JUROR:  The last job she had, it was

 3    as a -- it wasn't in the District Court at the time.  She

 4    was an operation officer or -- I don't even recall,

 5    Your Honor, right now.

 6              THE COURT:  Okay.

 7              PROSPECTIVE JUROR:  I'm kind of flustered right

 8    now.

 9              THE COURT:  That's all right.  Take your time.

10              Well, let me ask you this, you and I have never

11    met; is that right?

12              PROSPECTIVE JUROR:  Correct.

13              THE COURT:  Okay.  So it was at least -- well, was

14    it at least, seven, eight plus years ago that she was

15    working here?

16              PROSPECTIVE JUROR:  No.

17              THE COURT:  It would have been more recent than

18    that?

19              PROSPECTIVE JUROR:  No, longer than that.

20              THE COURT:  Longer than that.  Okay.

21              PROSPECTIVE JUROR:  Yes.

22              THE COURT:  And so is there anything about the

23    fact that -- and I think you said it was your ex-wife, you

24    said?

25              PROSPECTIVE JUROR:  Yes.
```

1              THE COURT:  Your ex-wife worked here in this

2     courthouse.  Have you been in this courthouse before?

3              PROSPECTIVE JUROR:  No, sir.  And not in this

4     courthouse, the one down the street.

5              THE COURT:  Oh, in Superior Court is where she

6     works.

7              All right.  I understand.

8              Anything about the fact that your ex-wife worked

9     in the court system that would cause you to think you would

10    have difficulty serving as a juror in this case?

11             PROSPECTIVE JUROR:  No, sir.

12             THE COURT:  All right.

13             If you would just turn to Question 19, which is on

14    the next page, and that asks whether you've ever been on the

15    Capitol Grounds or inside the Capitol Building.  Can you

16    tell us about that?

17             Are you with me, sir, Question 19?

18             PROSPECTIVE JUROR:  Yes, I'm with you.  I'm not

19    recollecting even putting yes on there, but I don't even

20    recall being on the Capitol.

21             THE COURT:  That's fine.  You put in yes, so

22    I wanted to ask.

23             You indicated there on Question 24, you have

24    served on a jury before in a criminal case some number of

25    years ago.  Whatever you may have learned about the criminal

```
 1    justice system and the jury trial process, could you set
 2    that aside and follow my instructions?
 3              PROSPECTIVE JUROR:  Yes, I could.
 4              THE COURT:  All right.  If you would turn, please,
 5    page 10, and Questions 39, 40, and 41.  Those questions,
 6    sir, were designed to get a sense of how much news coverage
 7    and media you've been exposed to about the events of
 8    January 6th.  You've told us that you've seen a lot of
 9    videos and read some news coverage or watched some news
10    coverage.
11              Let me ask you this:  Would you consider yourself
12    somebody who are sort of actively seeks out news and
13    information about the events of January 6th?
14              PROSPECTIVE JUROR:  No, I do not, Your Honor.
15              THE COURT:  Okay.
16              And so is it fair to say that if you happen upon
17    news, that you may or may not read?
18              THE DEFENDANT:  No.  At the time this was a
19    current event, so one of the current events in the --
20    I guess, in this city and in the country at the time.
21              THE COURT:  Okay.
22              PROSPECTIVE JUROR:  And so that's when I was
23    watching the news coverage and what was going on.
24              THE COURT:  Would you say it's fair that the
25    attention you paid to the news coverage was greater closer
```

```
 1    in time to January 6th than it is today?

 2                PROSPECTIVE JUROR:  Repeat that, please.

 3                THE COURT:  Sorry.

 4                You were paying more attention to news about

 5    January 6th on and around January 6th as opposed to today;

 6    is that fair?

 7                PROSPECTIVE JUROR:  No, no, not as much.  I have a

 8    busy schedule myself, so I see it, like, when I first

 9    initially seen it, I was at the VA hospital when it was

10    reporting it.

11                THE COURT:  Got you.

12                PROSPECTIVE JUROR:  But, no, I don't seek it out,

13    any news.  As a matter of fact, I don't have cable at home.

14    I like PBS, public television and that's what I watch.

15                THE COURT:  You've indicated there in Question 44

16    that you have seen some of the congressional hearings about

17    January 6th.  Can you tell us how much of those hearings

18    you've watched?

19                PROSPECTIVE JUROR:  I've watched, I want to say,

20    probably the second.

21                THE COURT:  I'm sorry, how many?

22                PROSPECTIVE JUROR:  I've watched two coverage of

23    it, I think I did.  I'm trying to recollect the first

24    coverage.

25                THE COURT:  When you say coverage, do you mean you
```

1    watched it live or you watched the actual hearing itself; is
2    that what you mean by coverage?
3                PROSPECTIVE JUROR:  I watched it, uh-huh.
4                THE COURT:  You watched it, okay.
5                And you think you've seen two hearings?
6                PROSPECTIVE JUROR:  I think so.
7                THE COURT:  All right.
8                And do you recall from what you saw of the
9    hearings, do you remember anything during those hearings
10   being mentioned about a group called the Oath Keepers?
11               PROSPECTIVE JUROR:  Yes, I do.
12               THE COURT:  Okay.
13               Can you tell us what you remember hearing during
14   those hearings about the Oath Keepers?
15               PROSPECTIVE JUROR:  No, just the name is familiar
16   and I think they had mentioned the leader of the
17   Oath Keepers.
18               THE COURT:  Okay.  Do you remember what that
19   person's name is?
20               PROSPECTIVE JUROR:  No, sir.
21               THE COURT:  And other than the -- do you recall
22   anything more than the organization's name being mentioned;
23   for example, what the organization and people associated
24   with organization are alleged to have done on January 6th,
25   do have any recollection about that?

1          PROSPECTIVE JUROR:  Nothing but them marching up
2    to the Capitol.  That's about it.
3          THE COURT:  Okay.  Anything more than the fact
4    that they were marching to the Capitol or at the Capitol
5    that day, is there anything else you know about the
6    organization?
7          PROSPECTIVE JUROR:  No.
8          THE COURT:  Do you have any recollection about
9    sort of what the organization stands for or what its
10   principles are?
11         PROSPECTIVE JUROR:  I mean, in my own, I guess, I
12   would think they mainly probably want to keep -- I don't
13   know, I really don't know.  I have no idea, you know, what
14   their beliefs are.
15         THE COURT:  Okay.
16         PROSPECTIVE JUROR:  Mainly that, I guess they feel
17   that they want to be American -- they just American-bred
18   American, they want things the way they are, I'm not sure.
19         THE COURT:  Okay.
20         So let me ask you this.  If you were to learn
21   during the trial that people, including these defendants who
22   are associated with the Oath Keepers, they supported the
23   former President and were quite vocal in their support of
24   the former President, how would that affect your ability to
25   be fair and impartial, if at all, towards these jurors?

1              PROSPECTIVE JUROR:  Well, I don't have any --

2    I wouldn't -- it wouldn't affect me at all as far as the

3    jury is concerned, but we all have our own ideas on who we

4    like to lead us and whatnot.

5              THE COURT:  Okay.

6              PROSPECTIVE JUROR:  And I don't --

7              THE COURT:  And I don't know what your political

8    views are, but say your views were different than theirs,

9    would that cause you any difficulty in being a juror in this

10   case and your ability to be fair and impartial?

11             PROSPECTIVE JUROR:  It could.

12             THE COURT:  Okay.

13             PROSPECTIVE JUROR:  As you spoken earlier about

14   the former President, I don't -- you know, I don't see him

15   as a leader.  I don't see where he had ever led anybody or

16   any people to anything.

17             And like I say, I'm a former military and war vet

18   also.  And the way he conducts himself, I don't see him as a

19   leader.  So we are different from that.  They may see him as

20   a leader, I do not.

21             THE COURT:  Okay.  He's not on trial in this case

22   and his acts as president aren't on trial.

23             PROSPECTIVE JUROR:  Correct.

24             THE COURT:  But people who are supporting him are

25   on trial.  And do you think the fact that they are

```
 1    supporters of him would give you some trouble in evaluating

 2    the evidence against them fairly and objectively?

 3              PROSPECTIVE JUROR:  Not when it comes to evidence,

 4    no, sir.

 5              THE COURT:  It wouldn't affect you at all.

 6              PROSPECTIVE JUROR:  No, sir, not evidence.

 7              THE COURT:  So even though you may hear evidence

 8    in this case that these defendants, or at least what's

 9    alleged is that they may efforts to try and keep

10    President Trump, or organized to try and keep

11    President Trump in office, could you keep an open mind in

12    considering that charge?

13              PROSPECTIVE JUROR:  I'm not sure.

14              THE COURT:  Do you have doubts about your ability?

15              PROSPECTIVE JUROR:  I have doubts about that.

16              THE COURT:  Okay.  Why do you have doubts about

17    that?

18              PROSPECTIVE JUROR:  I just don't -- I mean, my

19    thoughts is always about the ex-president, as y'all say,

20    President Trump.  But that's the only -- I don't know the

21    people who follow him, I don't know anything about him, but

22    I've met the ex-president before, years ago before he even

23    ran for any office.

24              THE COURT:  Okay.

25              PROSPECTIVE JUROR:  And he's not a straightforward
```

1   person.  You know, he's not an honest person, for one thing,

2   so --

3           THE COURT:  And do you think your views of him

4   also affect the views of people who -- your view of people

5   who support him?

6           PROSPECTIVE JUROR:  I mean, I don't know what they

7   supporting of him.

8           THE COURT:  Uh-huh.

9           PROSPECTIVE JUROR:  You know, other than if

10  they're supporting the things that he say, that bothers me,

11  because he don't say anything that collectively would pull

12  everybody together.  You know, so -- it might affect me.

13          THE COURT:  It might affect you?

14          PROSPECTIVE JUROR:  Yes, sir.

15          THE COURT:  Okay.  Do you think you would have

16  difficulty -- would you have any difficulty sort of

17  overcoming the concerns that you've just expressed?

18          PROSPECTIVE JUROR:  No, because I really don't

19  because I think we going to get past all of this.

20          THE COURT:  Okay.

21          I mean, as a juror, if you were selected.

22          PROSPECTIVE JUROR:  As a juror, no.

23          THE COURT:  Okay.

24          All right.  Any objection?

25          MR. NESTLER:  Yes.

1          Good morning, sir.

2          PROSPECTIVE JUROR:  Good morning.

3          MR. NESTLER:  Do you have any friends or family

4   who are supporters of former President Trump?

5          PROSPECTIVE JUROR:  I wouldn't know.

6          MR. NESTLER:  How come you wouldn't know?

7          PROSPECTIVE JUROR:  Because as far as -- well, as

8   far as my immediate family, they don't support Trump, but

9   I have other family members that's out of town in different

10  parts of the states of the country and I don't know who they

11  support, their political beliefs at all.

12         MR. NESTLER:  Sure.  And how about any friends

13  here or anybody you associated with who might be another --

14         PROSPECTIVE JUROR:  I don't associate with others

15  honestly.  I just communicate with people at my job, that's

16  about it.

17         MR. NESTLER:  Okay.

18         PROSPECTIVE JUROR:  And I hear things about what

19  people say, but I don't have discussions at my job with

20  them.

21         MR. NESTLER:  Sure.  And I think one of the

22  questions the Judge was asking, to make sure I understand,

23  to make sure I understand what you're saying is, which is

24  you don't care for the former President and some of the

25  things he had or did; is that right?

1              PROSPECTIVE JUROR:  Correct.

2              MR. NESTLER:  But you are aware that a good number

3    of people in this country are supporters of his?

4              PROSPECTIVE JUROR:  Correct.

5              MR. NESTLER:  And that when it comes time to be a

6    juror, you have to evaluate the evidence here -- you hear in

7    court.  And if you hear that some of the defendants might

8    have supported the President, President Trump, would that

9    make it hard for you to decide this case?

10             PROSPECTIVE JUROR:  No.  That's they political

11   belief.

12             MR. NESTLER:  And everyone is entitled to their

13   own political view, right?

14             PROSPECTIVE JUROR:  Correct.

15             MR. NESTLER:  And so is it what you're saying that

16   if you met someone on the street and you knew they supported

17   President Trump, you might not care for them, is that right?

18             PROSPECTIVE JUROR:  No, that's not correct.

19             MR. NESTLER:  That's not correct at all?

20             PROSPECTIVE JUROR:  No.  I --

21             MR. NESTLER:  Why don't you explain that?

22             PROSPECTIVE JUROR:  No, I don't know them

23   personally.  And so I would -- even if they, you know, do

24   support Trump -- no, I don't know them personally.  So, no,

25   I have no problem with that.

```
1              MR. NESTLER:  Okay.  So even if someone supports
2    President Trump, it doesn't bother you?
3              PROSPECTIVE JUROR:  No, that doesn't bother me
4    that they support him.
5              MR. NESTLER:  Okay.
6              So what is it -- does anything about -- well --
7    okay.
8              So if you heard evidence -- if you were a juror in
9    this case and you heard evidence that a defendant supported
10   President Trump, would that make it more or less likely that
11   you would find that person guilty or would it have no impact
12   at all?
13             PROSPECTIVE JUROR:  No, sir; only by the evidence.
14             MR. NESTLER:  No further questions.
15             THE COURT:  Sir, let me ask you this:  One of the
16   charges against these defendants is that they conspired,
17   that is, they got together and made a plan to try and
18   prevent President Trump -- or try to keep him in office and
19   prevent President Biden from taking office.
20             Knowing that is one of the charges and what you've
21   told us, do you think you could be fair and impartial and
22   listen to the evidence fairly and impartially in this case?
23             PROSPECTIVE JUROR:  No, I don't think I can be
24   fair.
25             THE COURT:  Okay.  Thank you for your time, sir.
```

1    I appreciate it.

2            Mr. Douyon will show you out of the courtroom and

3    provide you with additional instructions.

4            PROSPECTIVE JUROR:  All right.

5            THE COURT:  1108 will be stricken for cause.

6            COURTROOM DEPUTY:  Your Honor, this is

7    Juror No. 0974.

8            THE COURT:  How are you this morning, sir?

9            PROSPECTIVE JUROR:  I'm well.

10           THE COURT:  Thank you for being with us, and

11   thank you for coming in yesterday and for coming in to

12   complete your questionnaire.

13           You're Juror 0974?

14           PROSPECTIVE JUROR:  That is correct.

15           THE COURT:  Feel free to remove your mask if you'd

16   like.

17           So if you could, please, your juror questionnaire

18   should be in front of you.  If I could ask you to please

19   turn to page 11, Questions 46 and 47.

20           Question 46 asked whether you had read, seen, or

21   heard anything about the Oath Keepers organization.  And 47

22   asked whether whatever it is that you've read, seen, and

23   heard would affect your ability to be fair and impartial as

24   a juror.  And you answered both questions yes.

25           Can you tell us why you answered both

1    questions yes?

2         PROSPECTIVE JUROR:  I've seen feeds come in

3    through my cell phone regarding them from a variety of news

4    sources, *The Washington Post* and/or just different newsfeed

5    services.

6         THE COURT:  And can you share with us what you

7    have learned through reading those news sources?

8         PROSPECTIVE JUROR:  Just off the top of my head,

9    the fact that they were some of the individuals that were at

10   the January 6th insurrection and that they interfered or

11   tried to interfere in the election of the President.

12        THE COURT:  And do you have any specific

13   understanding of what they're alleged to have done?

14        PROSPECTIVE JUROR:  I don't have a recollection of

15   the specificity of the events or what occurred, but I --

16   they're always, the name "Oath Keepers" is used kind of as a

17   global or a large catch-all for individuals who participated

18   in the events of that day.

19        THE COURT:  Okay.

20        And based, then, upon what you've read, what's

21   your impression of the organization and people who might be

22   members or associated with the organization?

23        PROSPECTIVE JUROR:  I would likely conclude that

24   they were insurrectionists.

25        THE COURT:  Okay.  And why do you say that?

1              PROSPECTIVE JUROR:  When individuals who are --
2     make the choice to interfere with the election process and
3     essentially engage in a takeover effort of the nation's
4     Capitol, I would view that as -- as the definition of an
5     insurrectionist.
6              THE COURT:  So it's not surprising that people
7     have perhaps read things and formed some opinions.  The
8     question for you as a juror is, would you be able to set
9     aside what you've read and whatever opinions you've formed
10    and focus on the evidence in this case?
11             Is that something you think you would -- do you
12    think you would have any trouble doing that, given what
13    you've read and what you've seen?
14             PROSPECTIVE JUROR:  I probably could, yes.
15    I believe I answered yes, because I don't know the
16    specificity of parties or individuals or who were in the
17    particular events of that day.  It's just been too much.
18             THE COURT:  I'm sorry.  Say that again.
19             PROSPECTIVE JUROR:  There's too much going on in
20    the world, too much strife.  So it feels like there's a lot
21    of fires right now in the world.  And I'm not, per se,
22    paying much attention to the Oath Keepers situation --
23             THE COURT:  Sure.
24             PROSPECTIVE JUROR:  -- at this present moment.
25             In my mind, I'm more concerned with nuclear

```
 1  Armageddon and Russia and Ukraine right now.

 2           THE COURT:  So -- fair enough.

 3           Let me ask the question a slightly different way,

 4  which is that if you were selected as a juror, it would be

 5  your -- you would have to take an oath to -- take an oath to

 6  be fair and impartial to these defendants.

 7           Do you think you would be able to be fair and

 8  impartial to these defendants, given what you've read and

 9  given what you've heard and given the opinions you've just

10  expressed.

11           PROSPECTIVE JUROR:  Yes, I could.

12           THE COURT:  All right.

13           And so is it fair to say that you would be

14  open-minded to hearing evidence that's contrary to what

15  you've just described?

16           PROSPECTIVE JUROR:  I believe so.

17           THE COURT:  And do you think you would have any

18  difficulty or trouble coming to a different conclusion than

19  the one that you have just described to us?

20           PROSPECTIVE JUROR:  No.  I believe the facts are

21  the facts, and I can be impartial in the process.  And

22  everybody, in my mind, is innocent until proven guilty

23  through a process.

24           THE COURT:  Okay.

25           And so as you just said, people are presumed
```

1    innocent.  The government bears the burden of proving their

2    guilt beyond a reasonable doubt.

3            Do you think you would have any difficulty voting

4    to acquit if you were to conclude that the government had

5    not met its burden?

6            PROSPECTIVE JUROR:  No.

7            THE COURT:  I'll skew to just the prior page that

8    asks about news coverage, and we've talked a little bit

9    about that.

10           And I think I've asked this, and forgive me if I'm

11   repeating it.  But given the amount of news you've consumed

12   about the events of that day, do you think you would have

13   any trouble putting that aside and only focusing on the

14   evidence in the case?

15           PROSPECTIVE JUROR:  To be honest, that would be a

16   little rough, because I lived in Washington, D.C.  I lived

17   not even a 15-minute drive down North Capitol Street when it

18   occurred.

19           It was upsetting beyond belief because many of us

20   in our community were walking outside of our porches and we

21   felt helpless.  We wanted to do something.  And we had

22   witnessed months of protests around the Trump election and

23   around the White House.  And we saw two different displays

24   of police intervention and protests where when it was the

25   Black Lives Matter protesting Trump, I remember having the

1    choppers come down and the level of enforcement was on one

2    extreme; whereas, what happened in the White House [sic] is

3    like they just ran through it like it was nothing.

4            And I've walked around there in the past.  I've

5    lived in Capitol Hill.  And to see so little resistance or

6    self-defense of the Capitol was shocking and upsetting.

7            THE COURT:  Okay.

8            PROSPECTIVE JUROR:  And to say that doesn't bother

9    me --

10           THE COURT:  Sure.

11           PROSPECTIVE JUROR:  -- no way.  It bothers me

12   tremendously.

13           THE COURT:  Okay.  Well, look, we appreciate your

14   candor, sir.

15           Any objections?

16           MR. LINDER:  No, sir.

17           MR. NESTLER:  Yes, Your Honor.

18           Sir, so good morning.

19           PROSPECTIVE JUROR:  Good morning.

20           MR. NESTLER:  And obviously the events of

21   January 6th bother a lot of individuals, correct?

22           PROSPECTIVE JUROR:  Sure.

23           MR. NESTLER:  And so the Judge, I think, was

24   indicating earlier, if you're a juror in this case, you'll

25   be told you have to decide the case based on the facts as

1   you hear them in the courtroom.

2            And so you have to decide whether the government,

3   which is the side I'm on, has met its burden to prove each

4   of the defendants guilty of the charges based purely on what

5   we hear in the courtroom, not what you may remember from

6   January 6th or the news or your feelings.

7            Does that make sense to you?

8            PROSPECTIVE JUROR:  That makes absolute sense.

9            MR. NESTLER:  Do you think you'd be able to do

10  that based on the facts as you hear them here and not based

11  on what you might have heard or seen or felt out of this

12  courtroom?

13           PROSPECTIVE JUROR:  Yeah, I have no problem with

14  facts.

15           MR. NESTLER:  And so --

16           PROSPECTIVE JUROR:  I'm just expressing a feeling

17  or I may say a bias I may have.  That's all it -- but as a

18  person judging other people, I have no problem with being

19  presented with facts and arriving at my own personal

20  conclusion.

21           MR. NESTLER:  Right.

22           And you said you might have a bias because you

23  experienced that day from your home; is that right?

24           PROSPECTIVE JUROR:  Yeah.

25           MR. NESTLER:  And would you be able to set that

 1    aside and decide the case based on the facts as they're

 2    heard here?

 3            PROSPECTIVE JUROR:  I believe so.

 4            MR. NESTLER:  And if you found that the government

 5    had not met its burden to prove these defendants guilty

 6    beyond a reasonable doubt of the charges, would you be able

 7    to find them not guilty?

 8            PROSPECTIVE JUROR:  Yes.

 9            THE COURT:  Okay.

10            Sir, thank you for your time and coming in and for

11    your service over the last couple days and before.

12            Mr. Douyon will escort you out of the courtroom

13    and provide you with additional instructions.

14            PROSPECTIVE JUROR:  Thank you.

15            THE COURT:  All right.  0974 will be stricken for

16    cause.  It's clear that he has sort of deeply held beliefs

17    about the events of January 6th and those who participated

18    in them and, in fact, used the term "bias" when describing

19    his disposition.  And even though he ultimately conceded he

20    could rely on the facts, I think it's safe to say that

21    I have some questions about his ability to do so.

22            So 0974 will be stricken for cause.

23            COURTROOM DEPUTY:  Your Honor, this is Juror 1094?

24            THE COURT:  Ma'am, how are you?  Good morning.

25            PROSPECTIVE JUROR:  Good morning.

1              THE COURT:  You are Juror 1094?

2              PROSPECTIVE JUROR:  Yes, sir.

3              THE COURT:  And feel free to remove your mask if

4     you wish.

5              First and foremost, thank you for being here and

6     thank you for coming in yesterday and for a few weeks ago

7     and completing your questionnaire.

8              Your questionnaire is in front of you, so if I

9     could ask you to please turn to page 13 and we'll start with

10    Question 68.

11             PROSPECTIVE JUROR:  Okay.

12             THE COURT:  And you responded to that question,

13    "I have followed and made up my mind a while ago about the

14    acts of those that day.  I would hope to be impartial but

15    don't know for certain."

16             Can you explain to us why you wrote that down?

17             PROSPECTIVE JUROR:  Mainly just for the words that

18    I put down.  Like, I follow it from the -- since the day

19    that happened on the news, on Twitter mainly.  I watched

20    some of the hearings but not all of it.  So I mean, I've not

21    served jury duty before.  I know the rules and everything,

22    but I don't know -- I don't know if I would have a hard time

23    just only looking at the evidence and trying to keep all of

24    the other things that I know out of my mind.

25             THE COURT:  Okay.  You've anticipated my next

 1   question, which is, you've just told us that you've read a
 2   lot and seen a lot.  How hard do you think it would be for
 3   you to be -- put that out of your mind and view the evidence
 4   fairly and impartially?
 5              PROSPECTIVE JUROR:  I think that would be pretty
 6   tough.
 7              THE COURT:  Okay.
 8              PROSPECTIVE JUROR:  Yeah.
 9              THE COURT:  And even if I were to instruct you
10   that your job as a juror would be to put what you've learned
11   aside --
12              PROSPECTIVE JUROR:  Sure.
13              THE COURT:  -- do you think you -- how hard would
14   it be for you to follow that instruction?
15              PROSPECTIVE JUROR:  I mean, it wouldn't be hard to
16   follow.
17              THE COURT:  I'm sorry, it would or would not?
18              PROSPECTIVE JUROR:  I don't think it would be hard
19   to follow, but it would be a challenge but not like hard to,
20   like, only follow that instruction.
21              THE COURT:  It would be a challenge still?
22              PROSPECTIVE JUROR:  Yeah.
23              THE COURT:  All right.  Any objection?
24              MR. LINDER:  No, sir.
25              MR. NESTLER:  No, Your Honor.

```
 1              THE COURT:  Ma'am, thank you very much for your
 2    time this morning and for yesterday.  Mr. Douyon will escort
 3    you out of the courtroom and provide you additional
 4    instructions.
 5              PROSPECTIVE JUROR:  Sure.
 6              THE COURT:  1094 stricken for cause.
 7              COURTROOM DEPUTY:  Your Honor, Juror No. 1497.
 8              THE COURT:  Ma'am, good morning.  How are you?
 9              PROSPECTIVE JUROR:  Oh, I'm fine, thanks.
10              THE COURT:  Thank you for being here.  Thank you
11    for coming in yesterday and thank you for completing your
12    questionnaire.  Feel free to remove your mask if you feel
13    comfortable doing so.
14              You are Juror 1497; is that right?
15              PROSPECTIVE JUROR:  Yes.
16              THE COURT:  So let me just start the beginning of
17    the questionnaire.  Question 14 on page 6 asked, have you or
18    a close friend or family member ever been employed by the
19    Federal Government.  And can you tell us who among your
20    friends or family, and maybe yourself, employed for the
21    Federal Government.
22              PROSPECTIVE JUROR:  Yes, my mom was employed and
23    retired from Federal Government, and so was I.
24              THE COURT:  Okay.  And can you tell us where you
25    worked, which agency and in what capacity, what kind of work
```

```
1    you did?

2            PROSPECTIVE JUROR:  Yes.

3            I worked for the Department of Defense and I was a

4    lead administrative assistant.

5            THE COURT:  I'm sorry, a what?

6            PROSPECTIVE JUROR:  Lead administrative assistant.

7            THE COURT:  Okay.  Did that involve doing any

8    legal work?

9            PROSPECTIVE JUROR:  No.

10           THE COURT:  Okay.  And how about your mom?

11           PROSPECTIVE JUROR:  She worked at the Federal

12   Communications Commission.  She was an analyst.

13           THE COURT:  All right.  And did she, to your

14   knowledge, support any law enforcement efforts?

15           PROSPECTIVE JUROR:  No.

16           THE COURT:  Question 19 asks whether you've ever

17   been on the Capitol Grounds or inside the Capitol Building.

18   Can you tell us about that?

19           PROSPECTIVE JUROR:  The Capitol Grounds.  I've

20   never been inside the Capitol Building.

21           THE COURT:  Okay.

22           PROSPECTIVE JUROR:  No.  But I have been around

23   it.

24           THE COURT:  Okay.  If you're selected as a juror

25   there will undoubtedly be evidence in the case about the
```

 1    Capitol Grounds.  Any reason to think you would have trouble

 2    following the evidence and putting aside what you may recall

 3    about the Capitol Grounds?

 4                PROSPECTIVE JUROR:  No.

 5                THE COURT:  You've indicated in Question 24,

 6    you've served as a juror in the past in a criminal case,

 7    it's been some number of years; but do you think you would

 8    have any trouble setting aside anything that you may have

 9    learned from that process and following my instructions in

10    this case?

11                PROSPECTIVE JUROR:  No, I would not.

12                THE COURT:  I'll ask you, please, to turn to

13    page 10.  Page 10, lines 39 through 41, those were questions

14    that we asked to try and get a sense of how much news and

15    media you've been exposed to about the events of

16    January 6th.  Can you tell us, are you someone who sort of

17    actively seeks out news about January the 6th?

18                PROSPECTIVE JUROR:  No.

19                THE COURT:  And is it fair to say that you are

20    somebody who, if it comes across your screen or it comes

21    across your television screen, that may be something you'd

22    then watch or hear?

23                PROSPECTIVE JUROR:  Not much of it, no.

24                THE COURT:  Not much of it, okay.

25                And so as you heard this morning and yesterday

1    morning, your job as a juror would be to set aside anything
2    that you may have learned through the media about the events
3    of January 6th.  Do you think you would have any difficulty
4    doing that?
5              PROSPECTIVE JUROR:  No.
6              THE COURT:  Question 46, we asked you whether you
7    had read, seen, or heard anything about a group called the
8    Oath Keepers.  You answered no.  But let me just confirm
9    that there's no -- not from any media, from any social
10   media, anybody you've talked to, have you heard of the group
11   called the Oath Keepers?
12             PROSPECTIVE JUROR:  No.
13             THE COURT:  Okay.
14             And, ma'am, let me just, one thing.  I think when
15   you came in to fill out the questionnaire, there may have
16   been some confusions about what you needed to do that day
17   and I think we may have needed to call you.
18             PROSPECTIVE JUROR:  Yes.
19             THE COURT:  Can you just tell us what happened
20   that morning?
21             PROSPECTIVE JUROR:  Yes, I came in and then I was
22   told that I could leave, and then someone called me and
23   asked me to come back.
24             THE COURT:  And you did?
25             PROSPECTIVE JUROR:  And that was to come back with

```
 1   y'all.
 2              THE COURT:  All right.  So there was just some
 3   miscommunication, it sounds like, on the part of our juror
 4   office.  Okay.  Thank you.
 5              Mr. Linder or Mr. Fischer.
 6              MR. LINDER:  Mr. Fischer.
 7              MR. FISCHER:  Good morning, ma'am.
 8              PROSPECTIVE JUROR:  Good morning.
 9              MR. FISCHER:  First of all, thank you for filling
10   the forms out and thank you for spending the day with us.
11              I just have some questions for you if I may.
12              Ma'am, are you from the District of Columbia
13   originally?
14              PROSPECTIVE JUROR:  Yes.
15              MR. FISCHER:  Okay.
16              And in this case, are you generally aware that the
17   allegation in this case is that the defendants conspired to
18   prevent Joe Biden from becoming the President of the
19   United States?  Were you kind of aware of that?
20              PROSPECTIVE JUROR:  Yes.
21              MR. FISCHER:  Okay.
22              And knowing that, do you believe that you could be
23   fair and impartial to the defendants?
24              PROSPECTIVE JUROR:  Yes.
25              MR. FISCHER:  Do you believe you have any type of
```

```
1    bias at all?

2              PROSPECTIVE JUROR:  No.

3              MR. FISCHER:  And obviously you know there's

4    likely going to be evidence that one or more of these

5    defendants were avid supporters of Donald Trump, okay?

6              Knowing that -- or I guess if I could ask you,

7    do you have an opinion or have you ever expressed an opinion

8    about supporters of Donald Trump?

9              PROSPECTIVE JUROR:  No.

10             MR. FISCHER:  Okay.

11             Do you have any friends or family who are

12   supporters of Donald Trump?

13             PROSPECTIVE JUROR:  Supporters of him?

14             MR. FISCHER:  Yes.

15             PROSPECTIVE JUROR:  No.

16             MR. FISCHER:  But you've never made any statements

17   or negative comments about his supporters in any way?

18             PROSPECTIVE JUROR:  No.

19             MR. FISCHER:  And the -- you're obviously also

20   going to hear, as Judge Mehta just indicated, you're going

21   to hear evidence about a group called the Oath Keepers,

22   okay?

23             And I believe you've indicated you've never really

24   heard of this group before; is that correct?

25             PROSPECTIVE JUROR:  That's correct.
```

1              MR. FISCHER:  And, ma'am, just to let you know,

2      the evidence in this case may show or I believe the

3      government is intending to try and prove that the defendants

4      who were Oath Keepers came to the District of Columbia and

5      they had firearms, a lot of firearms that were stashed

6      outside the District of Columbia and that they may have been

7      for the purpose of bringing these firearms in.  Knowing

8      that, do you think you could set your personal feelings

9      aside and decide just based on the evidence whether the

10     defendants are guilty?

11             PROSPECTIVE JUROR:  Yes, I could.

12             MR. FISCHER:  Okay.

13             Ma'am, I don't think I have any further questions.

14     Thank you very much.

15             PROSPECTIVE JUROR:  Sure.  Thank you.

16             THE COURT:  Mr. Fischer, thank you.

17             Mr. Nestler.

18             MR. NESTLER:  We have no questions, Your Honor.

19     Thank you.

20             THE COURT:  Ma'am, thank you very much for your

21     time this morning.  Mr. Douyon will escort you out of the

22     courtroom and provide you with additional instructions.

23             PROSPECTIVE JUROR:  Okay.  Thank you.

24             THE COURT:  Thank you.

25             COURTROOM DEPUTY:  Your Honor, this is Juror

1    No. 0755.

2              THE COURT:  Sir, how are you this morning?

3              PROSPECTIVE JUROR:  I'm okay.

4              THE COURT:  You're Juror 0755?

5              PROSPECTIVE JUROR:  Yes, I am.

6              THE COURT:  Feel free to remove your mask if you'd

7    like.  Thank you for coming in today and thank you for your

8    service.

9              Your juror questionnaire should be there in front

10   of you so I'll ask you to first, please, turn to page 11.

11             You were asked in Question 46 whether you'd read,

12   seen, or heard anything about the Oath Keepers organization

13   and then in 47, whether anything you had read, seen, or

14   heard might make it difficult for you or affect your ability

15   to be fair and impartial.  And you answered yes to both

16   questions.

17             Can you tell us what you've read, seen, and heard

18   that you think would make it difficult for you to be a fair

19   and impartial juror?

20             PROSPECTIVE JUROR:  Well, you know, I follow --

21   I read the *New York Times* and I listen to NPR, those are my

22   two -- and *The Washington Post*, and so I know of -- what

23   I know of the Oath Keepers is that they are a group that

24   espouses some ideas that I don't personally believe or agree

25   with, so that's where I'm coming from.

1              THE COURT:  And so can you -- you said they

2    espouse ideas that you don't believe.  Can you share us what

3    you think those ideas are.

4              PROSPECTIVE JUROR:  Yeah.

5              Well, my understanding is that they -- how to put

6    it -- in my view, they're very -- they are a paramilitary

7    organization.  And in terms of January 6th, they were intent

8    on kind of seeing that Trump would continue his presidency.

9    And in my view, the elections were fair, so that is a

10   sticking point for me to my views.

11             THE COURT:  Based on what you've read or seen, can

12   you share with us what you understand specifically they

13   purportedly did on the day of January 6th?

14             PROSPECTIVE JUROR:  Yeah.  So, you know, when the

15   events unfolded, I was watching the news.  So I watched what

16   was unfolding.

17             And then I've watched -- the *New York Times* did a

18   very, in my view, good documentary about what happened.  And

19   my understanding is that there was at least coordinated

20   efforts to enter the building.  You know, it's not clear if

21   there was pre-scouting.  But there was entering the

22   building, communication, and intent to disrupt the

23   proceedings on the 6th.

24             THE COURT:  Okay.

25             So let me ask you this.  Based on what you've

```
 1   shared with us, based on what you've read, do you think it
 2   would be -- how hard do you think it would be for you to be
 3   fair and impartial to these defendants?
 4              PROSPECTIVE JUROR:  I do believe in the service,
 5   jury service, and I do take very seriously the ability to
 6   just look at what is presented in the Court.  And so I do
 7   think that I'm willing to set aside my personal disbeliefs
 8   to hear what is being put forward into this court and, as a
 9   juror, I'm allowed to see.
10              I would like to think I would be fair and
11   impartial.  But I know, having lived through those events,
12   watched them unfold, that that was very difficult for me as
13   a D.C. resident and someone -- yeah.
14              THE COURT:  Let me ask you this:  Say you were on
15   a different criminal jury.
16              PROSPECTIVE JUROR:  Yeah.
17              THE COURT:  Do you think it would be harder, about
18   the same for you to be fair to these defendants in this case
19   relative to a defendant in a different criminal case?
20              PROSPECTIVE JUROR:  Probably not.  I mean, I have
21   served on juries where -- and I realized after I did my
22   questionnaire, I've done two juries before.  One was a
23   conviction and one was not.
24              And the one that was not, in my view, the
25   defendant was guilty.  But it was clearly -- there wasn't
```

```
 1   enough evidence, so we all agreed that they were free.

 2          So I do believe in the ability to listen to the

 3   evidence and kind of parse things out.  So I'd like to think

 4   that I could.

 5          THE COURT:  Okay.

 6          So you've indicated to us that you've -- it's

 7   evident that you've read a fair amount; you've been exposed

 8   to a fair amount.  Your job would be, as a juror, to put all

 9   of that aside --

10          PROSPECTIVE JUROR:  Yep.

11          THE COURT:  -- and focus only on the evidence in

12   this case.

13          PROSPECTIVE JUROR:  Yep.

14          THE COURT:  How hard do you think that would be

15   for you to do?

16          PROSPECTIVE JUROR:  I'd like to think I would do

17   it.  But, you know, I'd be able to do it.  But I'm sure it

18   would be -- I'd like to think I could do it.  But, you know,

19   whether it would be hard, you know, it's hard for me to say,

20   right?

21          THE COURT:  Do you have some concern that that is

22   something you might not be able to do?

23          PROSPECTIVE JUROR:  No.  I think I could do it.

24          I mean, I have concerns about the impact of being

25   a juror in this case.
```

1          THE COURT:  I'm sorry.  Say that again.

2          PROSPECTIVE JUROR:  I have concerns about being a

3     jury member in this case just because of the nature of the

4     case.

5          THE COURT:  Can you explain what you mean by that?

6          PROSPECTIVE JUROR:  The nature of the case is such

7     that I've thought about the worries of my family, the impact

8     on my family, my own safety.  So those are some concerns

9     I have.  But I think I could be impartial if I was chosen.

10          THE COURT:  Okay.  All right.  Thank you, sir.

11          Any objection?

12          MR. LINDER:  No, sir.

13          MR. NESTLER:  Yes, Your Honor.

14          THE COURT:  Go ahead, Mr. Nestler.

15          MR. NESTLER:  So I think you ended that last

16     statement with you think you could be fair and impartial to

17     these defendants; is that correct?

18          PROSPECTIVE JUROR:  I think so, yes.

19          MR. NESTLER:  And that you've served on prior

20     juries, including acquitting a defendant who you believed

21     was guilty but based on the lack of evidence you saw in the

22     courtroom?

23          PROSPECTIVE JUROR:  Yes.

24          MR. NESTLER:  And then I think that you also

25     indicated that serving on this jury, you might have concerns

840

```
1    for your own safety or security and your family members
2    might have concerns for your security; is that right?
3              PROSPECTIVE JUROR:  I have concerns.  I haven't
4    talked to anyone about their concerns, but yeah.
5              MR. NESTLER:  Could you articulate what those
6    concerns are?
7              PROSPECTIVE JUROR:  This is a very high-profile
8    case, and so I worry about how anonymous I would actually
9    be.  And so, yeah, just, you know, thinking about the nature
10   of what we're here to discuss.
11             MR. NESTLER:  Sure.
12             And so if the judge were to go over with you the
13   different security precautions that the Judge and the
14   Marshals have undertaken and will undertake to assure your
15   anonymity and your security, would that help satisfy some of
16   those concerns you have?
17             PROSPECTIVE JUROR:  Yes, it would.
18             MR. NESTLER:  And if those concerns were satisfied
19   or explained to you to your satisfaction, would that still
20   weigh on you when you were sitting as a juror in this case?
21   Or would you be able to then be able to decide this case,
22   again, based solely on what you hear in court but not based
23   on anything else, including feelings about security or
24   feelings or anything you saw in the media?
25             PROSPECTIVE JUROR:  I would like to think so, yes.
```

```
 1              MR. NESTLER:  You think you would be able to

 2    do so.

 3              PROSPECTIVE JUROR:  Yes, I think I would be able

 4    to do so.

 5              MR. NESTLER:  Thank you.

 6              THE COURT:  All right, sir.  Thank you very much

 7    for your time this morning.  Mr. Douyon will show you of the

 8    courtroom and provide you additional instructions.

 9              PROSPECTIVE JUROR:  Okay.  Thank you.

10              THE COURT:  0755 will be stricken, given the

11    amount of news coverage he's been exposed to and his views

12    of the Oath Keepers and his views of what they did on

13    January 6th.  And having gone through now nearly 75 jurors,

14    I think he is the -- well, at least 70 jurors, maybe more,

15    he's the first one to raise concerns.

16              So in any event, that's okay.  Bring her in.

17              COURTROOM DEPUTY:  Your Honor, this is

18    Juror No. 0110.

19              THE COURT:  Good morning, ma'am.  How are you?

20              PROSPECTIVE JUROR:  Good morning.  Great.

21              THE COURT:  Good.

22              I love the positivity.

23              You are Juror 0110?

24              PROSPECTIVE JUROR:  Yes.

25              THE COURT:  And feel free to remove your mask if
```

```
 1    you are comfortable doing so.
 2             Thank you, first and foremost, for coming in today
 3    and I believe yesterday as well.
 4             Your juror questionnaire should be in front of
 5    you.  So if I could please ask you to turn to page 10.
 6    Let's start there.
 7             So we asked you Questions 39, 40, 41, about how
 8    much news coverage you've been exposed to about the events
 9    of January 6th, and you indicated no videos and no news
10    coverage at all.
11             So let me just confirm.  I mean, have you seen and
12    read nothing about the events of January the 6th?
13             PROSPECTIVE JUROR:  I have not read anything about
14    the events on January the 6th.  I saw two links, and that
15    was it.  I have not indulged into one paragraph.
16             THE COURT:  Okay.
17             And can I ask, is there a particular reason for
18    that?
19             PROSPECTIVE JUROR:  I wasn't interested.
20             THE COURT:  Okay.
21             And have you sort of --
22             PROSPECTIVE JUROR:  It concerned me, but I wasn't
23    interested.
24             THE COURT:  All right.
25             So as you know, this case is about the events of
```

1    that day.

2              PROSPECTIVE JUROR:  I do.

3              THE COURT:  And how do you think your lack of

4    interest, as you've put it, do you think that would affect

5    your ability to be a fair and impartial juror in this case?

6              PROSPECTIVE JUROR:  Not if I'm participating after

7    hearing facts, after hearing about the subject or the topic.

8              THE COURT:  Okay.

9              PROSPECTIVE JUROR:  Not at all.

10             THE COURT:  And do you think, do you have any

11   reason to be concerned about your ability to be fair and

12   impartial to these defendants?

13             PROSPECTIVE JUROR:  No.

14             THE COURT:  And if you were to learn during the

15   course of this case that -- well, let me back up.

16             What these defendants are charged with and are

17   alleged to have done in part is resist the transition of

18   power from President Trump to President Biden.

19             Would you be able to sit fairly and impartially if

20   that were the charge?

21             PROSPECTIVE JUROR:  Can you repeat that question

22   again?

23             THE COURT:  Of course.

24             So what these defendants are charged with in part

25   is working together to prevent with force the transition of

 1    authority from President Trump to President Biden.

 2            Could you sit fairly and impartially as a juror to

 3    hear evidence about that charge?

 4            PROSPECTIVE JUROR:  Yes.

 5            THE COURT:  Okay.

 6            And if you were to learn, as I've just suggested,

 7    that these defendants are supporters of the former

 8    President, would that cause you any difficulty in being fair

 9    and impartial?

10            PROSPECTIVE JUROR:  No.

11            THE COURT:  So, ma'am, let me just ask.  You've

12    answered almost -- most of the questions no in the

13    questionnaire.  Did you have any difficulty understanding

14    any of the questions?

15            PROSPECTIVE JUROR:  I didn't.

16            I think I re-read one of the questions -- I'm not

17    sure which one -- more than once before I answered it.  But,

18    for the most part...

19            THE COURT:  Okay.

20            And so just to confirm a few of your answers, for

21    example, you were asked whether you or a close friend or

22    family member has ever been employed by the Federal

23    Government.  Have you or any of your close friends or --

24    family members or friends ever worked for the Federal

25    Government?

1              PROSPECTIVE JUROR:  Actually, yes.

2              THE COURT:  Okay.

3         And can you tell us about that?

4              PROSPECTIVE JUROR:  I was a former government

5    employee, Federal Government employee.

6              THE COURT:  And can you tell us in what capacity

7    or what agency you worked with?

8              PROSPECTIVE JUROR:  Right out of high school,

9    I went to work for the Department of Defense.  I didn't want

10   college.  I wanted -- I preferred the workforce.  And I was

11   hired as a GS-1 as a clerk for the Department of Navy.

12             THE COURT:  Okay.

13        So that was -- how long did you do that, ma'am?

14             PROSPECTIVE JUROR:  I want to say between eight

15   and ten years.

16             THE COURT:  Okay.

17        And you were also asked questions -- you've lived

18   in Washington, D.C., for 58 years.  In Question 54, 55, and

19   56, you were asked questions about whether anybody you know

20   has been a victim of a crime or witnessed a crime.  And so

21   in all your years here, ma'am, have you not witnessed a

22   crime or been a victim of a crime or one of your family

23   members or close friends has not been a victim of a crime?

24             PROSPECTIVE JUROR:  Well, I'm going to say no.

25             THE COURT:  No?

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.

 3              All right.  Any follow-up, Mr. Fischer?

 4              PROSPECTIVE JUROR:  Are we done?

 5              THE COURT:  No.  He's not got some additional

 6    questions for you.

 7              MR. FISCHER:  Good morning, ma'am.

 8              PROSPECTIVE JUROR:  Good morning.

 9              MR. FISCHER:  First of all, thanks for being here

10    and thanks for filling out the form.

11              I believe you indicated you said you really

12    haven't seen any news coverage since January 6th or sought

13    out any news coverage of the events of January 6th; is that

14    correct?

15              PROSPECTIVE JUROR:  Correct.

16              MR. FISCHER:  Okay.

17              And I could ask you, so are you originally from

18    the District?

19              PROSPECTIVE JUROR:  I am a native.

20              MR. FISCHER:  Okay.

21              Are you involved in any political activities in

22    the District of Columbia?

23              PROSPECTIVE JUROR:  I am not.

24              MR. FISCHER:  Are you any type of activist?

25              PROSPECTIVE JUROR:  Any type of activist.  I'm
```

1    concerned about certain causes if that's what you mean.

2            MR. FISCHER:  And what causes are those?

3            PROSPECTIVE JUROR:  Causes that affect and are

4    relevant to certain groups of people.

5            MR. FISCHER:  Could you be more specific, please.

6            PROSPECTIVE JUROR:  Housing, homelessness,

7    disparities.

8            MR. FISCHER:  Okay.

9            And the Judge indicated that there would be

10   evidence about one or more of these defendants may be linked

11   or supporters of the former President, Donald Trump.  You're

12   aware of that now?

13           PROSPECTIVE JUROR:  Yes.

14           MR. FISCHER:  Okay.

15           And can I ask you, have you ever expressed an

16   opinion about supporters of Donald Trump?

17           PROSPECTIVE JUROR:  No.

18           MR. FISCHER:  Okay.

19           And I understand, ma'am -- are you a community

20   activist?

21           PROSPECTIVE JUROR:  No, I wouldn't say I'm a

22   community activist.  I'm just concerned about certain

23   causes, certainly certain things that bother me, but

24   I wouldn't consider myself as an activist.

25           MR. FISCHER:  Okay.

1          And you understand that this case involves an

2     organization, allegations against members of a group called

3     the Oath Keepers; is that correct.

4          PROSPECTIVE JUROR:  Yes.

5          MR. FISCHER:  Is there any reason for you to

6     believe that this group, the Oath Keepers, based on your

7     knowledge, might be opposed to some of the causes that you

8     have fought for?

9          PROSPECTIVE JUROR:  Perhaps.

10          MR. FISCHER:  And in what way?

11          PROSPECTIVE JUROR:  Can you be more specific?

12          MR. FISCHER:  Sure, sure.

13          I mean, obviously you indicated you had some

14     causes you believe and feel deeply for, correct?

15          PROSPECTIVE JUROR:  Homelessness and certain

16     disparities.

17          MR. FISCHER:  Okay.

18          To your knowledge, is there any reason why this

19     organization, the Oath Keepers, would be opposed to the

20     groups of people or anybody that you've been an activist

21     for?

22          PROSPECTIVE JUROR:  I don't know the answer to

23     that question.

24          MR. FISCHER:  Okay.

25          Have you ever worked with or for any politicians

```
 1    in the District of Columbia?

 2              PROSPECTIVE JUROR:  No.

 3              MR. FISCHER:  And you've never done, say,

 4    community activism with the Mayor of D.C.?

 5              PROSPECTIVE JUROR:  Absolutely not.

 6              MR. FISCHER:  Okay.

 7              And you believe, ma'am, that if you were to be

 8    picked as a juror, that you could be absolutely fair and

 9    impartial and decide the case on nothing but the evidence?

10              PROSPECTIVE JUROR:  I do, yes.

11              MR. FISCHER:  All right.  Thank you, ma'am.

12              I have no further questions.

13              THE COURT:  All right.  Thank you, Mr. Fischer.

14              Mr. Woodward.

15              MR. WOODWARD:  May I ask you about one more cause,

16    ma'am?  What about gun violence?

17              PROSPECTIVE JUROR:  Well, what about it?  How --

18              MR. WOODWARD:  Do you have any feelings about

19    people who own guns, possess guns, whether they do that

20    lawfully or not?

21              PROSPECTIVE JUROR:  I do have concerns about

22    people who have guns.  They're responsible -- there are

23    responsible gun holders and there are people who are --

24    maybe are not as responsible who possess guns.

25              MR. WOODWARD:  You may hear evidence in this case
```

```
 1    that these individuals possess guns.  Now, I don't expect
 2    you'll hear evidence that they possessed those weapons
 3    unlawfully.  Do you have any concerns about your ability to
 4    render an unbiased judgment about their possession of
 5    firearms in this case?
 6              PROSPECTIVE JUROR:  Repeat the question.
 7              MR. WOODWARD:  Do you have any concerns about
 8    hearing evidence that these individuals may have possessed
 9    firearms?
10              PROSPECTIVE JUROR:  Repeat the question.
11              MR. WOODWARD:  Would it affect your ability to be
12    impartial if you learned that these individuals lawfully
13    possessed firearms?
14              PROSPECTIVE JUROR:  No.
15              MR. WOODWARD:  Thank you, ma'am.
16              THE COURT:  Any questions, Mr. Nestler?
17              MR. NESTLER:  No, Your Honor.  Thank you.
18              MR. FISCHER:  The Court's indulgence.
19              MR. WOODWARD:  Can we approach?
20              THE COURT:  No.
21              MR. WOODWARD:  Thank you.
22              THE COURT:  Mr. Douyon will show you out of the
23    courtroom, ma'am.  Thank you very much for your time and
24    your availability this morning.  Thank you.
25              MR. WOODWARD:  So, Your Honor, our only concern
```

1    would be that our background research would suggest that the

2    juror has served as in ANC commissioner, so the questioning

3    about serving as an activist or working for the mayor was

4    intended to do that, obviously delicately but --

5              THE COURT:  Why didn't you just ask her if she was

6    an ANC commissioner?

7              MR. WOODWARD:  Well, because we were concerned

8    about providing too much information on the record that

9    would allow her to be identified and wanting to protect her

10   privacy.

11             THE COURT:  There's a lot of ANC commissioners.

12             MR. WOODWARD:  There are indeed a lot of ANC

13   conditioners.  We're just expressing our concern.

14             THE COURT:  Okay.  I mean, look, I thought she --

15   look, she seemed a little quirky, but she didn't say

16   anything that would disqualify her.

17             MR. WOODWARD:  Understood, Your Honor.

18             I think, for the record, we'll note our objection

19   that we have concerns about her answers to serving as an

20   activist, but we appreciate Your Honor's position.

21             THE COURT:  Okay.  She was asked the question

22   about whether she was an activist and she said yes, about

23   certain issues and nobody asked her whether she was an ANC

24   commissioner so there's no reason to think she testified or

25   said anything untruthful.

1           So the objection for cause will be overruled.

2           COURTROOM DEPUTY:  Your Honor, this is Juror

3     No. 1487.

4           THE COURT:  Ma'am, how are you this morning?

5           PROSPECTIVE JUROR:  Fine.  How are you?

6           THE COURT:  Good.  Thank you.

7           You are Juror 1487; is that right?

8           PROSPECTIVE JUROR:  Yes.

9           THE COURT:  Okay.

10          First of all, thank you for being here this

11    morning and thank you for your service and for completing

12    your questionnaire.  So if you feel comfortable with your

13    mask off, you may remove it.

14          If you will turn in your juror questionnaire,

15    please, first to Question 11 -- excuse me, page 11,

16    Question 46.

17          Are you with me?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  That question asked whether you've

20    read, seen, or heard anything about the Oath Keepers

21    organization.  Can you tell us what you'd read, seen, or

22    heard?

23          PROSPECTIVE JUROR:  Yes.

24          I would say in the last year and a half have been

25    hearing about them in the context of the January 6th event.

```
 1    I had not heard of them previously and have specifically
 2    heard mention of them in things I've read on *The Washington*
 3    *Post* website and in watching TV coverage, including CNN.
 4              THE COURT:  Okay.
 5              And can you tell us based upon what you've read
 6    and seen, what you understand about the organization?
 7              PROSPECTIVE JUROR:  I don't know the exact mission
 8    of the organization.  I'm just thinking about the name of
 9    it.  I don't know the oath that they seek to uphold.
10    I would say I'm pretty unfamiliar.  I just know that they
11    were involved in the January 6th event.
12              THE COURT:  Okay.
13              And what do you recall from your media viewing and
14    reading what this group allegedly did on January 6th?
15              PROSPECTIVE JUROR:  It's my understanding that the
16    Oath Keepers operates as a national organization and that
17    their national leaders, and I guess local leaders as well,
18    organized various protests on January 6th.
19              THE COURT:  Okay.
20              Anything more than organizing protests that you're
21    aware of?
22              PROSPECTIVE JUROR:  Organize and actively
23    participated in the protests that happened on the Mall and
24    inside of the Capitol.
25              THE COURT:  Okay.
```

854

1           And in terms of participation, can you -- and

2    I'm just trying to find out, I don't mean to be difficult,

3    but what kind of participation in terms of the events at the

4    Capitol.  Do you have a recollection of that?

5           PROSPECTIVE JUROR:  Yes, it's my understanding

6    that the members of the organization, the leaders of the

7    organization participated in breaching the Capitol and

8    led -- with that led violent interactions with members of

9    the Capitol Police, the local Metropolitan Police

10   Department, and staff and employees who were on-site inside

11   the Capitol that day.

12          THE COURT:  Okay.

13          So let me ask you this.  People have read.  We

14   expect, it's not unusual for jurors to have read about the

15   events of that day, also not unusual for them to have maybe

16   formed opinions.  How difficult do you think it would be for

17   you, given what you've just told us -- do you think

18   it would be difficult for you to, as a juror if you were

19   selected, to focus only on the evidence and put aside things

20   that you may have read prior to today?

21          PROSPECTIVE JUROR:  I don't think it would be

22   difficult.

23          THE COURT:  It would not be hard for you?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  And if you were to -- if there were

1    evidence, for example, that suggested that they didn't

2    participate in violence inside the Capitol building, would

3    that be something you would be open to hearing?

4            PROSPECTIVE JUROR:  Yes, it is.

5            THE COURT:  And coming to a conclusion that's

6    different than what you may have read about in the media?

7            PROSPECTIVE JUROR:  Yes.

8            THE COURT:  Do you have any doubt in your mind

9    that you could be fair and impartial to these defendants?

10           PROSPECTIVE JUROR:  I do not.

11           THE COURT:  And, as a juror, as we've talked about

12   earlier and we've asked you some questions about your amount

13   of media you've seen and heard and you've shared some of

14   that with us.  Can you just sort of give us a sense of, are

15   you somebody who actively seeks out news media about the

16   events of January 6th?

17           PROSPECTIVE JUROR:  No, I would say I'm a passive,

18   more reactive consumer of the news.  It's on the news, I'd

19   say, every day.  So the television and written media that I

20   consume.  So the event is presented -- discussion of the

21   event, things happening following the event, I would say,

22   it would be difficult for me to not see the coverage that's

23   daily in this country.

24           THE COURT:  Right.

25           And so your job as a juror would be to put all of

1    that aside and focus only on the evidence that's presented.

2    Can you tell us whether you think you would have any trouble

3    doing that?

4              PROSPECTIVE JUROR:  I do not.

5              THE COURT:  And if you were to learn as part of

6    this case that the defendants here supported the former

7    President and what they stand accused of is trying to

8    prevent President Biden from taking office, do you think you

9    could -- would you have any difficulty being fair and

10   impartial to them knowing that?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Can I ask you, please, to turn to

13   page 6 of your questionnaire.  Question 14 asks whether you

14   or a close friend or family member has ever been employed by

15   the Federal Government, and you answered yes.

16             Can you tell us who that is and what role they

17   were in the Federal Government?

18             PROSPECTIVE JUROR:  Yes.  I most recently worked

19   for the Federal Government from 2010 to 2014.

20             THE COURT:  And can you tell us in what capacity?

21             PROSPECTIVE JUROR:  Yes, I worked at the U.S.

22   Department of Health and Human Services as a Schedule C

23   appointee within the Obama-Biden Administration.

24             THE COURT:  Okay.

25             And did you do any enforcement work or FDA

1    enforcement work or anything related to HHS enforcement?

2              PROSPECTIVE JUROR:  What do you mean by

3    "enforcement"?

4              THE COURT:  You know, the enforcement of the

5    either statutes that HHS administers or regulations it

6    administers?

7              PROSPECTIVE JUROR:  Yes, I would say I did --

8              THE COURT:  Okay.

9              PROSPECTIVE JUROR:  -- given the agencies that

10   I worked for.

11             THE COURT:  Can you tell us how you participated

12   in that kind of enforcement process?

13             PROSPECTIVE JUROR:  Yes.  I worked, first, for the

14   leadership team of the Centers for Medicare and Medicaid

15   Services that regulates those Medicare and Medicaid programs

16   across the country.  So in working for those leaders, I

17   helped enforce the regulations.

18             And --

19             THE COURT:  And to be -- maybe I should be more

20   specific.  And did you participate in any way in criminal

21   enforcement?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  All right.

24             Question 19 on the next page just asks whether

25   you've ever been on the Capitol grounds or inside the

 1    Capitol Building.

 2              Can you tell us about that?

 3              PROSPECTIVE JUROR:  Yes.  As someone who's lived

 4    in D.C. for several decades, I've visited, as a visitor, as

 5    an official visitor that I had access to certain parts of

 6    the Capitol grounds.  And in my capacity working at the

 7    Department of Health and Human Services, I had meetings with

 8    congressional offices and members of Congress in those

 9    years.

10              THE COURT:  And so I take it, as a result of your

11    prior work, you -- and I think this responds -- well, did

12    you know people who were on -- inside the Capitol Building

13    on January the 6th?

14              PROSPECTIVE JUROR:  No.  I don't think I have

15    friends or colleagues that were on-site that day; however,

16    the role that I was working in on that day and previous

17    roles required that I work with congressional offices and

18    meet with congressional offices.  So at that time, I was

19    meeting with them virtually, given the conditions of the

20    pandemic in January of 2021.

21              THE COURT:  Right.

22              PROSPECTIVE JUROR:  So I was not meeting actively

23    at that point, accepting meetings, or requesting meetings in

24    person at the Capitol.  But was doing meetings with

25    congressional offices virtually.

```
 1              THE COURT:  Can I ask you, are you presently --
 2   I think you said you were with HHS.  Are you in the
 3   administration still?
 4              PROSPECTIVE JUROR:  No.  I left the agency in
 5   2014.
 6              THE COURT:  Okay.
 7              In 2014?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  Right.  All right.
10              And can I just ask, are you in the private sector
11   now?
12              PROSPECTIVE JUROR:  I am.  And I was working in
13   the private sector in January 2021 in a role that required
14   that I meet with congressional offices.
15              THE COURT:  Understood.  Okay.
16              PROSPECTIVE JUROR:  But I was only doing it
17   virtually.
18              THE COURT:  Okay.  Terrific.
19              And just to be 100 percent clear, the role that
20   you had in 2021, did that have anything to do with the Biden
21   transition team?
22              PROSPECTIVE JUROR:  I met with members of the
23   Biden transition team in the role that I had at that point
24   in November and December of 2020.  But, no, I was not
25   working with any members of the transition team in January
```

1   of 2021.

2           THE COURT:  So let me be more precise.  Were you

3   on the transition team?

4           PROSPECTIVE JUROR:  I was not on the transition

5   team, no.

6           THE COURT:  So can you just tell us, what was your

7   employment in sort of November, December, January of 2020

8   and 2021?

9           PROSPECTIVE JUROR:  Yes.  I worked for Lyft, the

10  ride-share company.

11          THE COURT:  Oh, okay.  All right.

12          PROSPECTIVE JUROR:  And I led policy issues --

13          THE COURT:  Got it.

14          PROSPECTIVE JUROR:  -- for a certain part of the

15  company.

16          THE COURT:  Okay.

17          PROSPECTIVE JUROR:  And my role required that I

18  meet with members of the Biden-Harris transition team to

19  discuss various policy issues that Lyft felt was

20  important --

21          THE COURT:  Okay.

22          PROSPECTIVE JUROR:  -- to discuss with the federal

23  administration, the incoming federal administration.

24          THE COURT:  Got it.

25          You've indicated in Question 22 that you did have

1    concern for the safety of yourself or close friend or family

2    members on January the 6th.

3              Can you tell us about that?

4              PROSPECTIVE JUROR:  Yes.

5              So I answered yes there because, as I remember

6    that day, the neighborhood that I live in is close to a main

7    thoroughfare to enter the city and to get to Downtown D.C.,

8    which is 16th Street, Northwest.  And so I could hear sirens

9    and increased activity, I think, on that particular street.

10   And I kept thinking as I was watching the news and seeing

11   live what was happening in the Capitol, inside, that the

12   sirens and the cars that I could hear were probably entering

13   the city from Maryland and coming down to Downtown D.C.

14             THE COURT:  And so, I mean, we're now, you know, a

15   year and a half plus from the events of that day.  Do you

16   think you would have any trouble sort of putting aside your

17   recollection and the memories and emotions on that day and

18   being fair and impartial in this case?

19             PROSPECTIVE JUROR:  Yes, I do.

20             THE COURT:  That's something you could do.

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  If I can ask you to -- Question 54

23   asks you whether a close friend or yourself or family member

24   has ever been the victim of a crime.

25             PROSPECTIVE JUROR:  Yes.

1           THE COURT:  Can you tell us about that?

2           PROSPECTIVE JUROR:  Well, my first response was

3    given how common crime is, that, yes, the --

4           THE COURT:  And if it's a sensitive topic, we can

5    do it in a private setting if you'd be more comfortable

6    answering --

7           PROSPECTIVE JUROR:  I would prefer to do that.

8           THE COURT:  You would.  Okay.

9           Can you all just tell Mr. Linder what we talked

10   about?

11          Thank you.

12          MR. LINDER:  Of course.

13          THE COURT:  Thank you.

14          (Sealed bench conference)

15          THE COURT:  ████████████████████████████

16   ██████████████  ██████████████

17   ██████████████  ███████████████████

18   █████████████████████████

19   ██████████████  ████████████

20   ██████████████  █████████████████

21   ██████████████  ████████

22   ██████████████  ██████████████████

23   █████████████████████████████████████

24   █████████████████████████████████████

25   ██████████████████  ██████████████████

863



20      (Open court)

21      THE COURT:  Okay.  Ma'am, thank you very much.

22  I don't have any additional questions.

23      Mr. Linder?

24      MR. LINDER:  Good morning, ma'am.  How are you?

25      PROSPECTIVE JUROR:  Great.  How are you?

1              MR. LINDER:  Good.  I'm just going to ask you a

2    few questions.  First, thank you for taking part in the jury

3    selection process.  It's important.  So thank you for your

4    candor in answering questions and filling out the form.

5              I just have a few questions for you.

6              You mentioned in regard to the Oath Keepers that

7    you just kind of knew some generalities; you didn't know

8    specifics.  Is that correct?

9              PROSPECTIVE JUROR:  Correct.

10              MR. LINDER:  And I assume -- and you did mention

11    that what you learned was kind of in the news, I guess?

12              PROSPECTIVE JUROR:  Yes.

13              MR. LINDER:  So would it be -- so even being part

14    of the Biden transition team or being --

15              THE COURT:  To be correct, she said she was not

16    part of the transition team.

17              MR. LINDER:  You kind of worked with people in

18    Congress.  Have you had a chance to have conversations with

19    those people about the events of January 6 or the

20    Oath Keepers?

21              PROSPECTIVE JUROR:  I have not.

22              MR. LINDER:  Okay.

23              And you don't have any opinions about our clients,

24    the Oath Keepers, or what their role was, if they even had a

25    role on January 6th?

```
1              PROSPECTIVE JUROR:  I do not.

2              MR. LINDER:  So is it my understanding that you

3    would be able to hear the evidence; and if the government

4    did not prove that our clients did anything wrong that day,

5    if they were there legally doing security or whatever it was

6    they were doing, you would be able to find them not guilty

7    if the government didn't meet the burden?

8              PROSPECTIVE JUROR:  That is correct.

9              MR. LINDER:  Okay.  Thank you very much for your

10   time.

11             MR. FISCHER:  Good morning, ma'am.

12             PROSPECTIVE JUROR:  Good morning.

13             MR. FISCHER:  Just a few questions.

14             I understand -- I believe you indicated -- and

15   pardon me if I'm incorrect.  It's sometimes hard to hear in

16   the back.  But I take it you were an appointee of the Obama

17   administration at one point?

18             PROSPECTIVE JUROR:  Yes.

19             MR. FISCHER:  And where was that at?

20             PROSPECTIVE JUROR:  Here in Washington, D.C.

21   I worked at the U.S. Department of Health and Human Services

22   from 2010 to 2014.

23             MR. FISCHER:  Okay.

24             And were you politically active in the Obama

25   campaign for president?
```

```
 1              PROSPECTIVE JUROR:  I was not.

 2              MR. FISCHER:  Okay.

 3              And do you consider yourself a political activist

 4    at all?

 5              PROSPECTIVE JUROR:  I do not.

 6              MR. FISCHER:  And obviously you know there is

 7    going to be evidence in this case, most likely there will be

 8    evidence in this case that one or more of the defendants was

 9    an avid supporter of Donald Trump.  Can I ask you what your

10    opinion is of people who support Donald Trump?

11              PROSPECTIVE JUROR:  That's a very broad question.

12    That is difficult to answer.

13              I suppose I think of people -- your question is

14    what do I think of people who support Donald Trump; is that

15    right?

16              MR. FISCHER:  Sure.

17              PROSPECTIVE JUROR:  That they support him because

18    they're Republicans and they embody the Republican ideals

19    and that's perhaps why they support him.

20              MR. FISCHER:  Okay.

21              And have you ever expressed yourself any negative

22    views of Trump supporters?

23              PROSPECTIVE JUROR:  I have.

24              MR. FISCHER:  And can you tell us what you've said

25    about Trump supporters?
```

1          PROSPECTIVE JUROR:  I in the past have expressed

2     sentiments that I question whether or not they can discern

3     when he in the past has not told the truth.

4          MR. FISCHER:  Okay.

5          Are there any other thoughts or concerns or

6     opinions you've -- negative opinions you've expressed about

7     Trump supporters besides that?

8          PROSPECTIVE JUROR:  No.

9          MR. FISCHER:  Okay.

10          And being -- you obviously have some connection to

11     Democratic politics; is that correct?

12          PROSPECTIVE JUROR:  Yes.

13          MR. FISCHER:  And you're currently, I believe,

14     you're a vice president, if I'm not mistaken, of a

15     healthcare company; is that correct?

16          PROSPECTIVE JUROR:  A senior vice president of a

17     healthcare company, yes.

18          MR. FISCHER:  Okay.  And does that company work

19     with government contracts or government healthcare?

20          PROSPECTIVE JUROR:  Yes, it does.

21          MR. FISCHER:  Okay.

22          And would you be concerned that if you rendered a

23     verdict of not guilty in this case, would you be concerned

24     that you could possibly jeopardize your relationship with

25     your work or with contracting or with third parties?

```
 1                PROSPECTIVE JUROR:  No, I would not be concerned
 2      in that way.
 3                MR. FISCHER:  Okay.
 4                Ma'am, can I ask you, I presume you're a college
 5      grad; is that correct?
 6                PROSPECTIVE JUROR:  I am.
 7                MR. FISCHER:  Where did you go to college at?
 8                PROSPECTIVE JUROR:  I attended Spelman College.
 9                MR. FISCHER:  In Atlanta?
10                PROSPECTIVE JUROR:  Yes.
11                MR. FISCHER:  So you're telling us -- and you have
12      to understand, ma'am, obviously I don't know you and you
13      don't know me, correct?
14                PROSPECTIVE JUROR:  Correct.
15                MR. FISCHER:  And you don't know the attorneys
16      here; is that correct?
17                PROSPECTIVE JUROR:  I do not.
18                MR. FISCHER:  And you understand we're trusting
19      your word that you will be a fair and impartial juror if you
20      are selected?
21                PROSPECTIVE JUROR:  Yes, I understand.
22                MR. FISCHER:  And you give us your word?
23                PROSPECTIVE JUROR:  I do.
24                MR. FISCHER:  Thank you, ma'am, I appreciate it.
25                THE COURT:  Thank you, Mr. Fischer.
```

```
 1              Mr. Nestler, any questions?

 2              MR. NESTLER:  We have no questions, Your Honor.

 3   Thank you very much.

 4              THE COURT:  All right, ma'am, thank you very much

 5   for your time and your service.

 6              Mr. Douyon will escort you out of the courtroom

 7   and provide you with additional instructions.

 8              PROSPECTIVE JUROR:  Thank you.

 9              THE COURT:  All right.  Let's take our morning

10   break.  We've been going for a while.  Why don't we plan to

11   resume at 12:05.  The goal was to try and have qualified

12   jurors by 3:00 or so.  So thanks, everyone.

13              COURTROOM DEPUTY:  All rise.

14              (Recess from 11:52 a.m. to 12:05 p.m.)

15              COURTROOM DEPUTY:  All rise.

16              THE COURT:  Please be seated, everyone.

17              (Pause)

18              THE COURT:  Counsel, juror line 00 -- 87, we

19   skipped one.  This is 87?

20              Hi, sir.  How are you?

21              PROSPECTIVE JUROR:  I'm doing good.  How are you

22   doing?

23              THE COURT:  Good.

24              You are Juror 006?

25              PROSPECTIVE JUROR:  Yes, sir.
```

1          THE COURT:  Okay.  So we're at 006.  The juror
2     prior to this gentleman hadn't come back from break, so
3     that's why we're moving ahead.
4          Sir, thank you very much for being here today and
5     thank you for completing your questionnaire and your
6     service.
7          The questionnaire is before you there, and if I
8     could just ask you to begin, turn to page 7.  You answered
9     Question 19, indicating that you had been on the Capitol
10    Grounds or inside the Capitol Building.
11         PROSPECTIVE JUROR:  Yes.
12         THE COURT:  Can you tell us about that?
13         PROSPECTIVE JUROR:  So I work for a youth center
14    and about two years ago we took the kids on a field trip to
15    the Capitol.
16         THE COURT:  Got you, okay.
17         If you would please turn to page 10.  In Questions
18    39, 40, and 41, we asked you questions that were trying to
19    get at how much news and media you've consumed about the
20    events of January 6.
21         PROSPECTIVE JUROR:  Okay.
22         THE COURT:  Can I ask you, would you consider
23    yourself somebody who actively seeks out news of the events
24    of that day?
25         PROSPECTIVE JUROR:  No, I didn't seek it out.

```
 1    I just, when I walked into, I think, my mother's room, it
 2    was on TV and I just sat on her bed and watched a little bit
 3    of it, walked away.
 4              THE COURT:  What about since?  What about the
 5    media you that seen --
 6              PROSPECTIVE JUROR:  Oh, since.  I haven't seen
 7    nothing on it since.
 8              THE COURT:  You haven't seen anything since?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  Have you read anything online,
11    newspaper, social media or anything?
12              PROSPECTIVE JUROR:  No.
13              THE COURT:  So whatever you may have seen either
14    on that day or -- on that day, your job as a juror would be
15    to sort of put that to the side and focus on the evidence in
16    the case.  Is that something you think you could do?
17              PROSPECTIVE JUROR:  Absolutely, yes.
18              THE COURT:  And do you think you would have any --
19    well, let me back up.
20              So we had asked you in Question 46 whether you've
21    read, seen or heard anything about an organization called
22    the Oath Keepers, and you answered that no.  But let me just
23    confirm, if I could, not through any social media, any
24    conversations or any other source, you've never heard of the
25    Oath Keepers?
```

1              PROSPECTIVE JUROR:  No.

2              THE COURT:  Do you know anything remotely about

3    their sort of mission or what their role is with respect to

4    January 6th?

5              PROSPECTIVE JUROR:  No.

6              THE COURT:  And if I were to tell you that one of

7    the charges in this case is that these defendants are

8    associated or affiliated with this group known as the

9    Oath Keepers and one of the charges against them is that

10   they are accused of working together to try and prevent by

11   force President Biden from taking office, do you think you

12   could still be fair and impartial to them knowing that's one

13   of the charges?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  And if it came to -- if you came to

16   realize during the course of this case that these defendants

17   might have political beliefs different than yours, would

18   that affect your ability to be fair?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  And in particular, if you came to

21   understand that they were supporters of the former

22   President, would that affect your ability to be fair?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  Okay.  Any follow-up questions,

25   Mr. Fischer, Mr. Linder?

1          MR. LINDER:  No questions, Your Honor.

2          MR. NESTLER:  Just briefly.

3          Good afternoon, sir.

4          PROSPECTIVE JUROR:  How are you doing?

5          MR. NESTLER:  I think you wrote that you get some

6   of your news from TV cable; is that right?

7          PROSPECTIVE JUROR:  Yes.

8          MR. NESTLER:  Any particular stations or channels

9   that you tend to watch?

10         PROSPECTIVE JUROR:  I'm trying to think.

11         Just local and Fox News mostly.

12         MR. NESTLER:  Sorry, local and Fox News?

13         PROSPECTIVE JUROR:  Yes, local and Fox News.

14         MR. NESTLER:  Is that local Fox News or national

15  Fox News?

16         PROSPECTIVE JUROR:  Both.

17         MR. NESTLER:  Both.  Okay.  Thank you very much.

18         THE COURT:  All right, sir.  Thank you very much

19  for your time.

20         PROSPECTIVE JUROR:  Do I leave this here?

21         THE COURT:  Yes, just leave that there.

22  Mr. Douyon will walk you out of the courtroom and provide

23  you with additional instructions.

24         PROSPECTIVE JUROR:  Okay.  Thank you.

25         THE COURT:  Thank you.

```
 1              COURTROOM DEPUTY:  Your Honor, Juror 0481.
 2              THE COURT:  Sir, good morning.  How are you?
 3              PROSPECTIVE JUROR:  Good morning.  Good.
 4   Thank you.
 5              THE COURT:  I should say good afternoon now.
 6              Thank you for your service today and thank you for
 7   coming in to complete your questionnaire.  If you'd like to
 8   remove your mask, feel free to do so.
 9              If you could open up your questionnaire and
10   we will turn to page 11 and start with line or, say,
11   Question 46.
12              Question 46 asks whether you had read, seen, or
13   heard anything about the Oath Keepers organization.  Can you
14   tell us what you have read, seen, or heard?
15              PROSPECTIVE JUROR:  Nothing particularly specific,
16   but just I guess a paramilitary group that, I don't know
17   what they do really, but they're a paramilitary group that
18   got together.
19              THE COURT:  When you say paramilitary group,
20   what's your understanding of what that term means?
21              PROSPECTIVE JUROR:  I would say that they train
22   and pretend like they're in the Army or something like that.
23              THE COURT:  Okay.
24              And do you have, based upon whatever sources,
25   do you have any understanding of what they are alleged to
```

1    have done, members of that group, on January 6th?

2             PROSPECTIVE JUROR:  I understand they attended the

3    rally that Trump had and they were part of the group that

4    went into the Capitol.

5             THE COURT:  All right.

6             And anything more than that?

7             PROSPECTIVE JUROR:  Nothing specific.  I mean,

8    that they were, I think, part of the more violent faction

9    that attacked the Capitol police officers and things like

10   that, but I don't know anything particular.

11            THE COURT:  I'm sorry.

12            PROSPECTIVE JUROR:  I don't know anything that any

13   one person did or anything like that.

14            THE COURT:  Okay.

15            Let me ask you.  Based upon what you have read,

16   how difficult for you do you think it would be to set that

17   aside and evaluate the evidence in this case fairly and

18   impartially?

19            PROSPECTIVE JUROR:  I mean, I think it would be

20   fine.  Like I said, I don't know who -- you know, who's who

21   other than just the fact that it happened so I figured I

22   could --

23            THE COURT:  So you know, you said that you thought

24   based on what you read that there were violent

25   confrontations between this group and police officers.

```
1    Would you be open to the idea that maybe there weren't such
2    violent confrontations if that's what the evidence showed?
3              PROSPECTIVE JUROR:  If that's what the evidence
4    showed.
5              THE COURT:  Okay.
6              And would you consider yourself open-minded enough
7    to come to different conclusions based on the evidence than
8    what you may have read in the media?
9              PROSPECTIVE JUROR:  Yes.
10             THE COURT:  So do you think you'd have any -- so
11   we asked you some questions earlier in the questionnaire
12   about media you've been exposed to.  Your job as a juror
13   would be to set that media aside and focus only on the
14   evidence.
15             Do you think you would be able to do that?
16             PROSPECTIVE JUROR:  Yes.
17             THE COURT:  And do you have any question in your
18   mind whether you could be fair and impartial to these
19   defendants?
20             PROSPECTIVE JUROR:  No.
21             THE COURT:  And if you were to learn in the course
22   of this case that these defendants had political beliefs
23   potentially that were different than yours, how would that
24   affect your ability to be fair and impartial?
25             PROSPECTIVE JUROR:  I think everyone has their own
```

1    opinion.  An important thing is political differences is

2    just to keep talking.

3            THE COURT:  All right.

4            And in particular, if you learned that they were

5    supporters of the former President, how would that, if

6    any -- how would that, if at all, affect your ability to be

7    fair and impartial as a juror?

8            PROSPECTIVE JUROR:  I mean, a lot of people do.

9    My own father does.

10           THE COURT:  You're not the only one.

11           Can I ask you to turn to page 5.  You indicate

12   that you live on Capitol Hill.  Did you live there as of

13   January 6th?

14           PROSPECTIVE JUROR:  Yes.  I've lived on

15   Capitol Hill for 13 years.

16           THE COURT:  Okay.

17           PROSPECTIVE JUROR:  I was actually there that day.

18   But my wife and I own another house in Shady Side, Maryland,

19   so my family wasn't there.

20           But we were going to Airbnb our house, and so

21   I was there meeting with the person that was going to help

22   us manage it.

23           THE COURT:  Okay.

24           So let me make sure and just unpack this.

25           You did live on the Hill as of January the 6th,

```
1    right?
2            PROSPECTIVE JUROR:  Right.
3            But it was COVID, so we hadn't been staying in the
4    house.
5            THE COURT:  Right.
6            But you were actually in town just by happenstance
7    because you were Airbnb'ing your home?
8            PROSPECTIVE JUROR:  Exactly.
9            THE COURT:  But your family was somewhere else at
10   a different location?
11           PROSPECTIVE JUROR:  Right.
12           THE COURT:  Got you.
13           So you were present in the city when activity
14   began at the Capitol?
15           PROSPECTIVE JUROR:  I don't know.  It was probably
16   about 1:00 in the afternoon that I met with -- I was meeting
17   with an agency to, like, manage the rental.  I think we met
18   about 1:00 in the afternoon.
19           THE COURT:  I see.  All right.
20           So let me ask you.  Having been in physical
21   proximity of the Capitol, were you left with any -- do have
22   any sort of emotions from that day that you carry with you?
23           PROSPECTIVE JUROR:  No, I mean, other than just
24   the annoyance of the whole thing, having put up the fences
25   and everything afterwards.
```

1           THE COURT:  It was just that inconvenience is

2   really what stays with you; is that fair?

3           PROSPECTIVE JUROR:  Yeah.  And so like after

4   the -- for the inauguration, like, my house was inside the

5   cordon, so like trying to go there, I had to go through the

6   police lines, that kind of thing.

7           THE COURT:  Okay.  Some of the challenges of being

8   a resident of the District?

9           PROSPECTIVE JUROR:  Some of the challenges,

10  exactly.

11          THE COURT:  All right.  If I could ask you,

12  please, to turn to page 6.  The bottom of page 6 asked

13  whether you or a close friend or family member has ever been

14  employed by the federal government.

15          Can you tell us about that?

16          PROSPECTIVE JUROR:  I work for the

17  Federal Government.

18          THE COURT:  Can you tell us for which agency?

19          PROSPECTIVE JUROR:  USCIS, Citizenship and

20  Immigration Services.

21          THE COURT:  Right.

22          And do you work for that agency in any law

23  enforcement capacity?

24          PROSPECTIVE JUROR:  No.  I work in human

25  resources.

1          THE COURT:  All right.

2          On the next page, Question 19 and 20 asks about

3   being on the Capitol grounds, Capitol Building, whether you

4   lived, and I think you've answered that for us.

5          PROSPECTIVE JUROR:  Right.

6          THE COURT:  If you would turn to page 10, please,

7   and Question 37, we had asked you whether you could identify

8   or recognize any names of people who might be witnesses or

9   who might be mentioned during trial.

10         You listed two, Alex Jones and Roger Stone.

11         There's no reason to believe that Mr. Jones's

12  name -- or certainly I do not think he's going to be

13  testifying; I think his name is likely to be mentioned.

14         As for Mr. Stone, I don't think he's likely to

15  testify, but you could hear his name during trial.  And if

16  you were to learn from the evidence that a defendant had

17  some association with Mr. Stone, how would that affect your

18  view of that defendant, if at all?

19         PROSPECTIVE JUROR:  Not at all.  I don't know

20  Roger Stone.  I just heard his name on the TV.

21         THE COURT:  Okay.  So the mere fact that a

22  defendant may have associated with Mr. Stone, you would

23  still be able to keep an open mind as to that defendant?

24         PROSPECTIVE JUROR:  Absolutely.

25         THE COURT:  Question 44 asks about how much of the

```
 1    January 6th committee hearings you have watched and
 2    observed.  Can you give us a sense of how much of that you
 3    have followed?
 4              PROSPECTIVE JUROR:  I would say mostly I've just
 5    seen it on, like, late-night TVs.  I tend to watch the
 6    monologues for the late-night shows in the morning.
 7              THE COURT:  Oh, you mean the --
 8              PROSPECTIVE JUROR:  Like Stephen Colbert --
 9              THE COURT:  -- Stephen Colbert and the like?
10              PROSPECTIVE JUROR:  -- Trevor Noah, stuff like
11    that.
12              THE COURT:  So let me ask, based on whether it be
13    from the late-night shows or some other source, do you have
14    a recollection of any testimony or commentary about the
15    Oath Keepers as a group during those congressional hearings?
16              PROSPECTIVE JUROR:  None at all.
17              THE COURT:  Question 50 asks whether you or a
18    close friend or family member has ever worked in any aspect
19    of the legal field.
20              Can you tell us about that?
21              PROSPECTIVE JUROR:  My wife's an attorney.
22              THE COURT:  Okay.
23              And can you tell us, does she practice?
24              PROSPECTIVE JUROR:  She is.  She's in
25    international trade.  She works for Akin Gump.
```

1          THE COURT:  And other than your wife, I assume

2   that means you've got other friends who are lawyers.  Among

3   them, are there any people who practice criminal law either

4   as prosecutors or as defense lawyers?

5          PROSPECTIVE JUROR:  No.

6          One of my neighbors is not a judge but a

7   magistrate.

8          THE COURT:  Okay.

9          PROSPECTIVE JUROR:  So he was a prosecutor, but --

10         THE COURT:  Do you know if that --

11         PROSPECTIVE JUROR:  Oh, yeah, and one of my

12  neighbors is actually -- or was Meg Barr, Bill Barr's

13  daughter.  She moved out about a year ago, and she was a

14  prosecutor.

15         THE COURT:  Okay.

16         And the person that you referred to who's now a

17  magistrate, do you know whether that person is a magistrate

18  in this Court or in D.C. Superior Court or somewhere else?

19         PROSPECTIVE JUROR:  I don't know.

20         THE COURT:  Okay.

21         PROSPECTIVE JUROR:  I can tell you his name.

22         THE COURT:  Can you tell you his name?

23         PROSPECTIVE JUROR:  It's Zia.  I couldn't tell you

24  his last name.

25         THE COURT:  Faruqui.

1          PROSPECTIVE JUROR:  Yep, exactly.

2          THE COURT:  So he's a magistrate in this Court.

3          Have you had any conversations with Judge Faruqui

4    about his work as it relates to January 6th?

5          PROSPECTIVE JUROR:  Only that he says he does a

6    lot of these trials from people from January 6th.

7          THE COURT:  All right.

8          Anything else that he has told you other than that

9    he's involved as a judicial official in those cases?

10          PROSPECTIVE JUROR:  No.  He just says it's all day

11    every day.

12          THE COURT:  He would not be wrong about that.

13          Okay.  Would you have any -- if you were selected

14    to be on this jury, would you have any difficulty if you

15    were instructed not to speak with him about your jury

16    service and what you're learning here in court?

17          PROSPECTIVE JUROR:  I already assumed that would

18    be asked of me.  I haven't said anything to him about it.

19          THE COURT:  Okay.

20          Question 54 asks whether you or a close friend or

21    family member has ever been the victim of a crime.

22          Question 55 asked about being a witness to a

23    crime.

24          Can you tell us about that?

25          PROSPECTIVE JUROR:  Yeah.  I mean, I was a little

```
 1    torn on this one.  I mean, like, I've been in fights and
 2    things like that.  Like, a couple of guys beat me up one
 3    time.  And, you know, things like that have happened to me.
 4    So I couldn't say that I have not been a victim of a crime.
 5              Obviously living here in the District, we've had
 6    bicycles stolen, like everyone else.  So that's why I put
 7    yes.  But, you know, never anything that has led to any
 8    actual, I don't know, police action.  Like, I've never been
 9    a witness in a crime or anything like that.
10              THE COURT:  Okay.
11              So in any of the incidents that you've talked
12    about, whether it's property crime or some of the assaults
13    you've talked about, have you had reason to interact with
14    Metropolitan Police Department officers?
15              PROSPECTIVE JUROR:  I've called them and made,
16    like, police reports.
17              THE COURT:  And is there anything about those
18    interactions that would cause you to think you would be
19    partial to one side or the other in this case?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  And if you were instructed -- and you
22    will be instructed -- that the testimony of a law
23    enforcement officer can't we can't be given any greater or
24    lesser weight just because they're in law enforcement, would
25    you have any trouble following that instruction?
```

1            PROSPECTIVE JUROR:  Not at all.

2            THE COURT:  Okay.

3            Any questions from the defense?

4            Mr. Woodward?

5            MR. WOODWARD:  Sir, thank you for your patience

6    with the process.

7            Could you just tell us, you don't have to tell us

8    where you work, but what you do for a living generally?

9            PROSPECTIVE JUROR:  Right.  So I work in what they

10   call HCT, Human Capital and Training, for USCIS.  I'm, like,

11   an internal consultant group, organizational psychologist.

12           So we help USCIS with things:  Management

13   coaching, the Federal Employee Viewpoint Survey.  Like, me

14   and another member of my team, we work with that data and

15   then go with different offices and make recommendations on

16   things they could do to raise their FEP scores.

17           MR. WOODWARD:  Not a psychologist in a way that

18   we would --

19           PROSPECTIVE JUROR:  No, not in any kind of, you

20   know, shrink kind of way.  No.  I look at data.

21           MR. WOODWARD:  No further questions.  Thank you.

22           THE COURT:  Mr. Nestler.

23           MR. NESTLER:  Good afternoon.  Just one question.

24   When you were Airbnb'ing you place on the Hill, where were

25   you?

1          PROSPECTIVE JUROR:  Where do we live?

2          MR. NESTLER:  We have a house in Shady Side,

3   Maryland.

4          THE COURT:  All right.  Sir, thank you very much

5   for your time and your attention.  Mr. Douyon will escort

6   you out of the courtroom and provide you additional

7   instructions.

8          PROSPECTIVE JUROR:  Thank you.

9          THE COURT:  Thank you.

10         So the juror that we skipped over, 0366, is going

11  to be the next juror coming into the courtroom.

12         MR. BRIGHT:  I'm sorry.  What juror did you say?

13         THE COURT:  Juror 0366 who we skipped over.

14         MR. BRIGHT:  Thank you, sir.

15         COURTROOM DEPUTY:  Your Honor, this is Juror

16  No. 0366.

17         THE COURT:  Sir, good afternoon.  How are you?

18         PROSPECTIVE JUROR:  Good afternoon.

19         THE COURT:  Thank you for being with us and

20  thank you for completing your survey and your service.

21  Please feel free to remove your mask if you are comfortable

22  doing so.

23         Your juror questionnaire should be there in front

24  of you, and so if I could, please, first ask you to turn to

25  page 7.

1           PROSPECTIVE JUROR:  Okay.

2           THE COURT:  That question asked whether you had

3    served on a grand jury, you said yes.  Question asked

4    whether you had served on a different kind of -- or a trial

5    jury, and it wasn't clear to me whether that was just an

6    error on your part and you've only served on grand juries

7    but not a trial jury.

8           PROSPECTIVE JUROR:  That was here.  We didn't do

9    any trials.  We were just doing a lot of indictments and

10   stuff like that.  So, yeah, that's what I didn't really know

11   how to answer that question.

12          THE COURT:  It was only grand jury.

13          PROSPECTIVE JUROR:  Yeah.

14          THE COURT:  If I could just ask you to please

15   speak into the microphone so the lawyers can hear you.

16          PROSPECTIVE JUROR:  Okay.

17          THE COURT:  All right.  So as a grand juror, your

18   task was to listen to evidence and determine based on

19   probable cause whether to charge someone?

20          PROSPECTIVE JUROR:  Correct.

21          THE COURT:  Here if you were selected as a juror,

22   you would be -- and the government would be held to a much

23   higher standard, that is beyond a reasonable doubt.  Could

24   you put the probable-cause standard out of your mind and

25   apply the higher standard of beyond a reasonable doubt?

```
1              PROSPECTIVE JUROR:  Sure.

2              THE COURT:  Okay.

3              If I could ask you, please, to turn to page 10.

4   So on page 10, Questions 39 through 41, we tried to figure

5   out how much news and media coverage you've consumed, and

6   you indicated you've not seen any videos and that you

7   haven't read or watched any news.  So is it the case that

8   you haven't seen any videos or watched or read any news

9   about the events of January the 6th?

10             PROSPECTIVE JUROR:  I actually live in Washington,

11  D.C. and have been not been into politics or news that much

12  at all.  So, yes, not that I haven't seen any at all, I just

13  didn't pay attention.

14             THE COURT:  That's fair, but when you say you

15  haven't seen any at all, that means, it sounds like you've

16  seen or read some.

17             PROSPECTIVE JUROR:  I knew it happened just from

18  the discussions around me and that sort of thing.  And, you

19  know, but I didn't really know details about it.

20             THE COURT:  Okay.

21             And so it if you were selected to serve, you would

22  be required to put aside whatever it is that you may recall

23  from your media review, and do you think you would have any

24  trouble doing that?

25             PROSPECTIVE JUROR:  No, I wouldn't have trouble
```

1    doing that at all.

2             THE COURT:  Again, I would just ask you to keep

3    your voice up so everyone can hear you and our court

4    reporter can take down your answers.

5             PROSPECTIVE JUROR:  Okay.

6             THE COURT:  So the next page, on page 11,

7    Question 46, we asked you whether you had ever heard, seen,

8    or read anything about an organization known as the

9    Oath Keepers.  And you said no.  But let me just confirm,

10   not through any media, any conversations that you may have

11   had, any other source, have you ever heard of a group called

12   the Oath Keepers?

13            PROSPECTIVE JUROR:  I have not and I still haven't

14   heard, no, I have not.

15            THE COURT:  You've not?

16            PROSPECTIVE JUROR:  No.

17            THE COURT:  And let me ask you if you were to

18   learn during the course of this trial that members of that

19   group had political views that were different than yours,

20   how do you think that might affect your ability to be a fair

21   and impartial juror?

22            PROSPECTIVE JUROR:  Again, I don't have many

23   political views, I guess.  That wouldn't be a problem for

24   me, I don't think.

25            THE COURT:  Would not be problem?

1             PROSPECTIVE JUROR:  Wouldn't be a problem for me.

2             THE COURT:  In particular if you were to learn

3    that the supporters of that organization were supporters of

4    the former President, President Trump, how would that affect

5    your ability to be fair and impartial if at all?

6             PROSPECTIVE JUROR:  I don't think it would have an

7    impact at all.

8             THE COURT:  Okay.

9             And if you were -- one of the charges in this

10   case, one of the allegations in this case is that members of

11   that group, including these defendants, they stand accused

12   of working together to resist through violence the

13   transition of power from President Trump to President Biden.

14   If that -- well, that is a charge.  Would you have any

15   difficulty standing as a fair and impartial juror with

16   respect to a charge of that nature?

17            PROSPECTIVE JUROR:  No, I wouldn't find it

18   difficult at all.

19            THE COURT:  Would not find it difficult at all.

20   Okay.

21            Question 51 asked whether you or a close friend or

22   family member has ever applied for employment with a law

23   enforcement agency or is in law enforcement.  Can you tell

24   us that?

25            PROSPECTIVE JUROR:  I don't know why I answered it

1    that way.

2              Because I had a friend that was in D.C. police

3    department and that was several years ago, about six years

4    ago.

5              THE COURT:  Okay.  So was your friend in the

6    department six years ago and has since left or you're sort

7    of not in touch with that person?

8              PROSPECTIVE JUROR:  I'm not in touch with him but

9    he went to another police department about four years ago.

10             THE COURT:  So do you know, was that other police

11   department local or?

12             PROSPECTIVE JUROR:  No, it was in Arizona.

13             THE COURT:  Okay.  So that person would not have

14   had any connection where the January 6th events.

15             Let me ask you this.  Is there anything about your

16   friendship with that law enforcement officer that would

17   cause you to think you would be partial, more partial to one

18   side or the other in this case?

19             PROSPECTIVE JUROR:  No, that all this happened in

20   a totally different time so not at all.

21             THE COURT:  Okay.  And if you were instructed

22   that -- you would be instructed that the testimony of a law

23   enforcement officer can't be given any greater or lesser

24   weight than any other witness, would you be able to follow

25   that instruction?

```
 1                PROSPECTIVE JUROR:  Sure, yes.

 2                THE COURT:  And Question 57 asked whether you or a

 3    close friend or family member has ever been arrested,

 4    charged, prosecuted, or convicted of a crime.  Can you tell

 5    us about that?

 6                PROSPECTIVE JUROR:  Yeah, my stepfather has been,

 7    he's been arrested before and had to do with a business that

 8    he owned.

 9                THE COURT:  Had to do with a business he owned?

10                PROSPECTIVE JUROR:  Yes.

11                THE COURT:  And was that here in the District of

12    Columbia or elsewhere?

13                PROSPECTIVE JUROR:  That was in Georgia.  That was

14    several years ago before I moved up here.  So in the '90s --

15    yeah.

16                THE COURT:  And was he charged with any crimes as

17    a result of that?

18                PROSPECTIVE JUROR:  Yes, I think it was -- I know

19    it was fraud and something else, he was dealing in cars, the

20    used cars not producing titles and things like that.  So it

21    was, yeah, it was one of those kinds of things.

22                THE COURT:  And do you know whether he was

23    prosecuted by the Department of Justice or local prosecutor?

24                PROSPECTIVE JUROR:  It was a local.

25                THE COURT:  It was a local prosecutor?
```

1          PROSPECTIVE JUROR:  Yes, it was.

2          THE COURT:  Is there anything about your

3    father-in-law -- well, let me ask.  Was he ultimately

4    convicted and did he serve any jail time for that?

5          PROSPECTIVE JUROR:  I don't know if he served any

6    jail time, but I know that he had to pay a fine, a huge

7    fine, and he had to reimburse all these people that he

8    defrauded, yes.

9          THE COURT:  Got you.

10          Is there anything about your father-in-law's

11    experience with the criminal justice system, do you think

12    that would affect your ability to be fair in this case?

13          PROSPECTIVE JUROR:  I don't think that would have

14    anything to do -- yeah, I wouldn't have.

15          THE COURT:  It wouldn't have any effect on you; is

16    that right?

17          PROSPECTIVE JUROR:  Not at all, not at all.

18          THE COURT:  Okay.

19          All right.  Any follow-up questions from the

20    defense?

21          MR. WOODWARD:  Just a few.

22          Sir, thank you for your patience in this process

23    and for coming out today.

24          Could you tell us generally what your occupation

25    is?

1          PROSPECTIVE JUROR:  I work in IT, information

2     technology, voice communications, things of that nature.

3          MR. WOODWARD:  Okay.

4          And whereabout in the city do you live?

5          PROSPECTIVE JUROR:  I live in Northwest in

6     Columbia Heights, D.C.

7          MR. WOODWARD:  Do you have any opinions about

8     firearms, possessing firearms or -- there's likely to be

9     evidence in this case that these individuals were in

10    possession of firearms.  Would that influence your ability

11    to be impartial?

12         PROSPECTIVE JUROR:  No, it wouldn't affect it at

13    all.  I don't really mind.  I know we've had some weird

14    firearm rules come and go in D.C., and I'm just doesn't

15    really matter me to that those things.

16         MR. WOODWARD:  No further questions.

17         THE COURT:  Mr. Nestler.

18         MR. NESTLER:  Good afternoon, Your Honor.

19         Good afternoon, sir.

20         THE COURT:  You've been demoted.

21         MR. NESTLER:  Depends who you ask.

22         You indicated you don't really follow the news a

23    lot; is that right?

24         PROSPECTIVE JUROR:  Right, yeah.

25         MR. NESTLER:  Can you explain why?

```
 1              PROSPECTIVE JUROR:  I work in a field that we
 2     really just most of the stuff we talking about is our own
 3     kind of world.  I don't know.  It's kind of funny because
 4     people do think that's odd.
 5              I live in D.C. and there's all these different
 6     political things and I've worked in contracts and political
 7     type things.  I worked for The Washington Post for a while
 8     and I never really enjoyed any of the banter that they had
 9     other than my work.  Yeah, it was unique.
10              MR. NESTLER:  Understood.  All right.  Thank you.
11              THE COURT:  Okay.  All right, sir, thank you very
12     much.  Mr. Douyon will show you out of the courtroom and
13     provide you with additional instructions.
14              Come on up, sir.
15              COURTROOM DEPUTY:  And, Your Honor, this is
16     Juror No. 0712.
17              THE COURT:  Sir, how are you?
18              PROSPECTIVE JUROR:  Good.  Yourself?
19              THE COURT:  I'm well.  Thank you.
20              Thank you for being here.  Thank you for
21     completing your questionnaire and feel free to remove your
22     mask if you are comfortable doing so.
23              Your questionnaire is there in front of you.  And
24     if I could ask you to turn first to page 10.  And Questions
25     39, 40, and 41, we were trying to get at how much news
```

1    coverage and media you've been exposed to about the events

2    of January 6th.  You've indicated a lot of videos and a lot

3    of news coverage.  Could you tell us, would you describe

4    yourself as somebody who actively seeks out news and

5    information about the events of that day?

6                   PROSPECTIVE JUROR:  No, just what was on TV.

7                   THE COURT:  Okay.

8                   And is TV your primary source of news?

9                   PROSPECTIVE JUROR:  Pretty much.  But I don't

10   really watch the news that much.

11                  THE COURT:  Okay.

12                  And let me ask you the following, which is the

13   following page in Question 46.  We asked you whether you had

14   read, seen, or heard anything about the Oath Keepers

15   organization.

16                  And you indicated no, but let me just confirm that

17   not through any TV, any kind of media, social media, or even

18   through word of mouth, have you heard anything about a group

19   known as the Oath Keepers?

20                  PROSPECTIVE JUROR:  No.

21                  THE COURT:  Do you have any idea what that group

22   stands for or what its mission is?

23                  PROSPECTIVE JUROR:  No.

24                  THE COURT:  If I were to tell you that the group

25   and its members are aligned -- I shouldn't say "aligned" --

1    that supports or supported the former President of the

2    United States, Donald Trump, would that affect your ability

3    to a fair and impartial juror if you were selected?

4              PROSPECTIVE JUROR:  No, because I have friends and

5    family who voted for Donald Trump.  So, no, not really

6    at all.

7              THE COURT:  And if you were told, and perhaps you

8    know this already, that one of the allegations in this case

9    is that these defendants worked together and with others to

10   prevent the transition of Presidential authority from

11   President Trump to President Biden and would that impact

12   your ability -- that kind of charge, how would that affect

13   your ability to be fair and impartial as a juror in

14   this case?

15             PROSPECTIVE JUROR:  I'm just thinking everybody is

16   innocent until proven guilty pretty much.  Whatever the

17   evidence say, just call for what --

18             THE COURT:  Okay.

19             And so let me ask you this:  If you were to learn

20   that these defendants had political views that were

21   different than your own -- I don't know if they are or not,

22   but how would that affect your sensibilities as a juror?

23             PROSPECTIVE JUROR:  Not at all.

24             THE COURT:  All right.  Any follow-up questions

25   from defense counsel?

898

```
 1              MR. WOODWARD:  Sir, thank you for your patience in
 2    the process and for coming in today.
 3              You also may hear that these defendants possessed
 4    or otherwise owned firearms.  Would that in any way affect
 5    your, how the Judge put it, sensibilities as a juror?
 6              PROSPECTIVE JUROR:  No.
 7              MR. WOODWARD:  Do you have any beliefs or opinions
 8    about gun control?
 9              PROSPECTIVE JUROR:  Not really.  I have -- I know
10    people that own weapons, so no.
11              MR. WOODWARD:  Very good.  Thank you, Your Honor.
12              THE COURT:  Mr. Nestler?
13              MR. NESTLER:  No questions, Your Honor.
14    Thank you.
15              THE COURT:  Sir, thank you very much for your time
16    this morning -- or afternoon and morning.  Mr. Douyon is
17    going to show you out of the courtroom and provide you with
18    some additional instructions.
19              PROSPECTIVE JUROR:  Okay.
20              THE COURT:  Thank you.
21              COURTROOM DEPUTY:  Your Honor, this is Juror
22    No. 0299.
23              THE COURT:  Good afternoon, sir.  How are you?
24              PROSPECTIVE JUROR:  I'm well.  Thank you.
25              THE COURT:  Thank you for being here, and
```

1    thank you for your service today and thank you for
2    completing your questionnaire.  If you would like to remove
3    your mask, feel free to do so.
4              You are Juror 0299?
5              PROSPECTIVE JUROR:  Correct.
6              THE COURT:  All right.
7              If you will turn in your questionnaire, please, to
8    page 11 and specifically to Question 46.
9              And in that question, we asked you whether you had
10   read, seen, or heard anything about the Oath Keepers
11   organization, and you answered that question yes.
12             Can you tell us what you have read, seen, or heard
13   about that organization?
14             PROSPECTIVE JUROR:  It would have only been in the
15   *New York Times*, any articles that I read.
16             THE COURT:  Okay.  I'm sorry.  Can you repeat
17   yourself?
18             PROSPECTIVE JUROR:  Sure.
19             It would only have been in the *New York Times*, any
20   articles that I read.
21             THE COURT:  Okay.
22             And so to the extent that you think you've read
23   anything about the organization in the *New York Times*, what
24   do you think you've retained or learned about the
25   organization?

```
1              PROSPECTIVE JUROR:  I believe there were people at
2  the January 6th event who were in the Oath Keepers, and
3  I think I might have read that some of them might have
4  organized gatherings there.
5              THE COURT:  Okay.
6              Other than organizing gatherings and sort of being
7  present on January 6th, is there anything else that you can
8  recall reading about the organization?
9              PROSPECTIVE JUROR:  No.
10             THE COURT:  Anything else you can recall reading
11 about what they are accused of doing on January 6th?
12             PROSPECTIVE JUROR:  No.
13             THE COURT:  If you were selected as a juror, we
14 would ask you to put aside what you've read about the case
15 and, in particular, about the jury -- about the
16 Oath Keepers.
17             Do you think you would have any difficulty
18 doing that?
19             PROSPECTIVE JUROR:  No, sir, I don't think I would
20 have any difficulty doing that.
21             THE COURT:  And are you left with any impression,
22 positive or negative, about the group based on what you've
23 read?
24             PROSPECTIVE JUROR:  I would have to be honest.
25 From what I would read -- what I've read, it would be a
```

```
 1    negative impression.

 2              THE COURT:  Okay.

 3              And can you tell us why?

 4              PROSPECTIVE JUROR:  There was a gathering on

 5    January 6th where violence occurred.

 6              And the people who gathered, some gathered

 7    peacefully.  But my understanding is that the Oath Keepers

 8    probably gathered, I don't know -- yeah, that the

 9    Oath Keepers probably gathered with the intent of stopping

10    the count of the electoral votes.

11              THE COURT:  Okay.

12              So that is an allegation in this case.  How does

13    the fact of that allegation -- how do you think that affects

14    you or would affect you if you were selected to serve?

15              PROSPECTIVE JUROR:  I don't think it would.

16    I think I could be impartial.

17              I think it's -- I mean, I would follow the Court's

18    instructions to be impartial and hear the evidence.

19              THE COURT:  All right.

20              And so is it fair to say that -- I think what I

21    hear you saying is that, notwithstanding whatever the

22    charges may be, you would keep an open mind?

23              PROSPECTIVE JUROR:  Yes, sir, most definitely.

24              THE COURT:  And you would agree to only consider

25    the evidence in this case as it's been presented and render
```

```
 1    a verdict only based on that evidence.
 2              PROSPECTIVE JUROR:  Yes, sir.
 3              THE COURT:  And let me ask you:  If you -- I mean,
 4    I think you know this.  But if you come to the conclusion
 5    that the defendants in this case sort of had different
 6    political views than you do, would that affect your ability
 7    to be fair and impartial?
 8              PROSPECTIVE JUROR:  No, sir.  I think it's
 9    important to be fair and impartial.
10              THE COURT:  And in particular, if you were to
11    learn that they were supporters of the former President,
12    would that affect you at all?
13              PROSPECTIVE JUROR:  No, sir, it would not.
14    It would be unfair if that did affect me.
15              THE COURT:  If I could ask you, please, to turn to
16    page 6.
17              In Question 13, you were asked:  Have you or a
18    close friend or family member ever been employed at the
19    U.S. Capitol in any capacity?
20              PROSPECTIVE JUROR:  Yes, sir.
21              THE COURT:  Can you tell us about that?
22              PROSPECTIVE JUROR:  I served on a detail on the
23    Committee for Aging for a year and three months.
24              THE COURT:  And when was that?
25              PROSPECTIVE JUROR:  It was probably three or four
```

1    years ago.

2            THE COURT:  And from that experience, do you still

3    have colleagues or friends who were working at the Capitol

4    as of January 6th?

5            PROSPECTIVE JUROR:  I'm considering.  I hope you

6    don't mind while I --

7            THE COURT:  No.  That's okay.

8            PROSPECTIVE JUROR:  I probably knew people working

9    there.  I probably would not count them among friends or

10   colleagues.

11           I work for the Government Accountability Office,

12   so basically we serve Congress.  So in working at the

13   Government Accountability Office, I interact with many

14   people on a daily basis who work on the Hill.

15           THE COURT:  And you're at the GAO now?

16           PROSPECTIVE JUROR:  Yes, sir.

17           THE COURT:  And given your interactions with

18   people who work on the Hill, have you spoken to any of them

19   about their experiences about January 6th?

20           PROSPECTIVE JUROR:  No, not to my knowledge.

21           THE COURT:  And given your job and given the fact

22   that the allegations in this case involve the Capitol and

23   people who work in the Capitol, do you think you would have

24   any difficulty if the evidence were to -- if the government

25   were to fall short of its proof and its burden, do you think

1   you would have any difficulty voting to acquit because you

2   work with members of Congress and people on the Hill?

3            PROSPECTIVE JUROR:  No, sir.  I would consider the

4   evidence.

5            THE COURT:  That would not affect your thinking

6   at all?

7            PROSPECTIVE JUROR:  No, sir.

8            THE COURT:  You were asked in Question 18 on

9   page 7 whether you or a close friend or family member in the

10  last five years has attended a rally, protest,

11  demonstration, or march.

12           Can you tell us about that?

13           PROSPECTIVE JUROR:  Yes, sir.

14           The summer of -- I forget his name, George Floyd,

15  Black Lives Matter protest in D.C., I participated in two of

16  those.

17           THE COURT:  Okay.

18           And so I think I asked you this earlier, but I'll

19  just reiterate the question:  That if you were to come to

20  learn these defendants had different political views than

21  yours, how would that affect you as a juror?

22           PROSPECTIVE JUROR:  It would not affect me.

23  I believe in respecting other people's views that are

24  different than my own, including their political views.

25           THE COURT:  Questions 19, 20, and 22 concerned

```
1    your proximity to the events of January the 6th.  I think
2    we've talked a little bit about that.
3              But let me just go straight to 22, which is you've
4    said that you did have concern for the safety of yourself,
5    close friends, or family members on January 6th.
6              Can you tell us about that?
7              PROSPECTIVE JUROR:  Yeah.  I was in Florida, and
8    I was watching the news.  And I was watching them put the
9    fences up around the Capitol.  And I remember being very
10   frightened at the time because the news events were talking
11   that there were other people coming to the District with the
12   intent of enacting violence.
13             And I know a lot of my -- my house is in the
14   District.  My best friend lived in the District at the time.
15   I have friends who live in Capitol Hill.  So, yeah, I do
16   remember being worried.
17             THE COURT:  And the emotions of that day, have
18   they stayed with you, sir?
19             PROSPECTIVE JUROR:  No.  I mean, basically,
20   I mean, nothing happened.  But at the time, I was worried.
21             THE COURT:  Okay.
22             And if you were selected to serve, do you think
23   the emotions and fear that you felt that day or concern you
24   felt that day, would it make it hard for you to be
25   objective?
```

1           PROSPECTIVE JUROR:  No.  I would consider the

2      evidence.  I mean, my job -- I work at GAO.  I mean, we're

3      an evidence-based organization.  And if you have a bias, you

4      actually have to recuse yourself from the work.

5           THE COURT:  Okay.

6           Let me ask you to please turn to page 10.

7           Questions 39 through 41, we tried to get at the

8      amount of news that you've -- and media you've been

9      exposed to.

10          Are you someone who considers himself sort of

11     active, somebody who actively seeks out news and information

12     about the events of January 6th?

13          PROSPECTIVE JUROR:  No.  And in fact, following

14     the Court's instruction, I stopped, like, even looking in

15     the newspaper between the time I filled this out and today.

16          THE COURT:  Okay.

17          PROSPECTIVE JUROR:  So, no, I don't.

18          THE COURT:  Question 44 asks about how much -- the

19     extent to which you watched and followed the January 6th

20     Committee hearings.

21          Can you tell us about that?

22          PROSPECTIVE JUROR:  I read a lot about them and I

23     watched two them, I think.

24          THE COURT:  The two that you watched, do you

25     recall there being any commentary or testimony about

1    Oath Keepers?

2            PROSPECTIVE JUROR:  I'm trying to think of which

3    two they were.

4            I honestly can't remember but I don't remember

5    anything about Oath Keepers.

6            THE COURT:  Okay.

7            And is that true also with respect to what you may

8    have read about the January 6th Committee hearings?

9            PROSPECTIVE JUROR:  Again, I've read things about

10   the Oath Keepers.  I mean, but I don't think that would

11   affect my ability to hear evidence.

12           THE COURT:  All right.

13           Question 55 at the bottom of page 11 asks whether

14   you or a close friend or family member has ever been a

15   witness to a crime.  Can you tell us about that?

16           PROSPECTIVE JUROR:  So I've lived in the District

17   for 23 years, and in the 23 years I've lived in the

18   District, I've seen all sorts of things.  When I first moved

19   into the neighborhood that I currently live in, people

20   wouldn't come to visit because it was too violent.  So, yes,

21   I've seen drive-by shootings.  I've seen a lot of things.

22           THE COURT:  And those experiences, sir, do you

23   think they would predispose you to favor one side or the

24   other in this case?

25           PROSPECTIVE JUROR:  No, I don't think they would

```
 1   be relevant.
 2            THE COURT:  And as a result of what you've
 3   witnessed, have you ever had interaction with the
 4   Metropolitan Police Department?
 5            PROSPECTIVE JUROR:  Yes, I've interacted with the
 6   Metropolitan Police Department often.  Our neighborhood,
 7   when they would come to report on the crime, the highest
 8   crime rate was green and it would run down the middle of our
 9   street.
10            THE COURT:  And do you have views, sort of either
11   positive or negative, about Metropolitan Police Department
12   officers?
13            PROSPECTIVE JUROR:  Every interaction that I've
14   had with a D.C. police officer they have been polite and
15   professional and that would be all I could say.
16            THE COURT:  All right.
17            And if you were instructed that you could not or
18   were not permitted to give a police officer any greater or
19   lesser weight in their testimony simply because they were a
20   police officer, could you follow that instruction?
21            PROSPECTIVE JUROR:  Yes, I would never give
22   testimony more weight because of the person being a police
23   officer.
24            THE COURT:  All right.
25            Thank you, sir.  Any follow-up questions from
```

1    defense counsel?

2              MR. LINDER:  No, sir, thank you.

3              THE COURT:  Mr. Nestler.

4              MR. NESTLER:  No questions, Your Honor.

5    Thank you.

6              THE COURT:  Sir, thank you very much.  Mr. Douyon

7    will show you out of the courtroom and provide you with

8    additional instructions.

9              COURTROOM DEPUTY:  Your Honor, this is Juror

10   No. 0595.

11             THE COURT:  Sir, how are you?

12             PROSPECTIVE JUROR:  Good.  Thanks.

13             THE COURT:  Thank you for being here today.

14             PROSPECTIVE JUROR:  May I take this off?

15             THE COURT:  Yes, you make your mask off.

16             Thank you for being here and for coming in a few

17   weeks ago to complete your questionnaire.

18             It is in front of you.  And if I could just ask

19   you, please, to open that questionnaire up to page 11 and

20   I'll direct you to Question 46.

21             That question asked whether you have read, seen,

22   or heard anything about the Oath Keepers organization.  Can

23   you tell us what you have read, seen, or heard?

24             PROSPECTIVE JUROR:  I've heard of them as an

25   organization.  I can't confess to knowing a lot about them

```
 1    in particular.
 2              THE COURT:  Okay.
 3              Can you tell us what, if anything, you think you
 4    know and think you've read and heard?
 5              PROSPECTIVE JUROR:  I think -- I'm not really
 6    sure, actually.
 7              THE COURT:  Okay.
 8              To be more specific, anything -- do you think you
 9    know anything about their mission, their ideology?
10              PROSPECTIVE JUROR:  I think it's -- all I know is
11    I think it's a far-right group, but I don't really know any
12    positions that they have or what in particular they are
13    advocating.
14              THE COURT:  Okay.
15              And do you have any sense, based on what you've
16    read or heard, what acts they may have committed on
17    January 6th?
18              PROSPECTIVE JUROR:  No.
19              THE COURT:  Do you have any reason to think that
20    what you've read or learned about them would cause you any
21    difficulty in being fair and impartial if you were selected
22    to serve?
23              PROSPECTIVE JUROR:  I don't think so.
24              THE COURT:  And if you were to learn during the
25    course of this trial that these defendants and people
```

911

1    affiliated with that group had political views that were

2    different than yours, how would that affect you?

3              PROSPECTIVE JUROR:  It wouldn't affect me.

4              THE COURT:  And would it affect you if you were to

5    learn that one of the charges in this case is that these

6    defendants and people associated with them, the charge is

7    that they worked together to interfere with the transition

8    of Presidential power.  Is that something, just by virtue of

9    that charge, would you have any difficulty being fair and

10   impartial?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Okay.

13             So would you agree with me that you would keep an

14   open mind as to the guilt or innocence of these defendants?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  And you would review the evidence and

17   only the evidence and apply the law as I instruct you to?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  On page 10, we asked you for some

20   information about your exposure to media and the like about

21   the events of January 6th.

22             But starting with Question 37, you identified

23   three individuals who you recognized on a list of potential

24   witnesses and names of people.  They are Alex Jones, Peter

25   Navarro and Roger Stone.

1              I don't have any reason to believe that either

2     Mr. Jones or Mr. Navarro are likely to be mentioned,

3     certainly not be witnesses in this case.  Mr. Stone, I don't

4     expect him to be a witness, however, it's possible that he

5     could be mentioned, and there could be evidence in this case

6     that a defendant or one or more defendants in this case had

7     a relationship or an association of some kind with

8     Mr. Stone.

9              Would the fact that a defendant in this case had

10    such an association or relationship with Mr. Stone, how

11    would that affect your view of that defendant?

12              PROSPECTIVE JUROR:  It would not.

13              THE COURT:  It wouldn't cause you to think either

14    more positively or negatively of that defendant?  Excuse

15    me -- yes, that defendant.

16              PROSPECTIVE JUROR:  No.

17              THE COURT:  Questions 39 through 41, we were

18    trying to get at how much media you've been exposed to.  Let

19    me just ask this, which is, would you consider yourself

20    somebody who actively seeks out news about January the 6th?

21              PROSPECTIVE JUROR:  No.

22              THE COURT:  And do you have any question in your

23    mind that if -- well, if you were called as a juror, that

24    you could put aside what you've learned in the media about

25    the events of that day and focus only on the evidence in the

1    case?

2            PROSPECTIVE JUROR:  I could.

3            THE COURT:  And Question 44 asks about your

4    exposure to the January 6th Committee hearings.  Can you

5    tell us a little bit about how much of those hearings you've

6    watched and followed?

7            PROSPECTIVE JUROR:  I watched -- I can't recall

8    which one.  I did watch a bit of one in particular.  I can't

9    even recall who the witnesses were at this point.

10           THE COURT:  Okay.

11           PROSPECTIVE JUROR:  But I did watch maybe 15 or 20

12   minutes of one.

13           THE COURT:  And do you recall, with whatever

14   you've watched or read about, that there was any commentary

15   or testimony about Oath Keepers during the hearing?

16           PROSPECTIVE JUROR:  I don't think so.

17           THE COURT:  All right.

18           So if I could ask you to please turn to page 6.

19   We asked you in Question 13 whether you or a close friend or

20   family member has ever been employed at the U.S. Capitol in

21   any capacity.  Can you tell us about that?

22           PROSPECTIVE JUROR:  Sorry, which question?

23           THE COURT:  Question 13.

24           PROSPECTIVE JUROR:  13.

25           I have a neighbor who works for the Senate.

1              THE COURT:  Okay.

2              And can you tell us in what capacity that person

3    works in the Senate?

4              PROSPECTIVE JUROR:  She's involved with

5    legislation.  She doesn't work for a particular senator, she

6    works for the staff, and she's involved with, as far as

7    I understand it, ensuring that the legislation is correct

8    before it gets to the floor so it's like a parliamentary

9    type of job.

10             THE COURT:  Okay.

11             Was she at the Capitol on January 6th?

12             PROSPECTIVE JUROR:  She was.

13             THE COURT:  And have you spoken to her about the

14   events of that day?

15             PROSPECTIVE JUROR:  A little bit, yes.

16             THE COURT:  And can you tell us, can you share

17   with us what she shared with you and the impact it's had on

18   you.

19             PROSPECTIVE JUROR:  She shared that she was

20   barricaded in her office when the Capitol was stormed and

21   that she was very scared by what was happening but nobody

22   actually got into her office.  They put a filing cabinet in

23   front of the door and were able to keep the people outside

24   of the door.

25             And she was very traumatized by it and is still

1    having counseling with regard to the events of that day.

2          THE COURT:  And what impact has learning about her

3    experience had on you?

4          PROSPECTIVE JUROR:  It was a fairly serious event.

5    And, you know, it just -- it's a tough question.

6          I mean, it was a very serious event and it got out

7    of hand and I wished that it hadn't happened.

8          THE COURT:  Okay.

9          Knowing what you know about your neighbor and what

10   she experienced, and we want your honest assessment here, do

11   you think it would be difficult for you to serve as a juror

12   in this case in which the defendants are people who are

13   accused of being in and around the Capitol on that day?

14         PROSPECTIVE JUROR:  I think I could be impartial.

15         THE COURT:  Okay.

16         Do you have any hesitance or reluctance?

17         PROSPECTIVE JUROR:  I don't.

18         THE COURT:  And let me ask you this.  Do you think

19   because of what your neighbor went through and her

20   experience, it would be more difficult for you to come to a

21   conclusion that the government had not met its burden of

22   proof and to vote to acquit?

23         PROSPECTIVE JUROR:  I don't think that will -- her

24   experience would influence my ability to come to a

25   conclusion.

916

```
 1              THE COURT:  And do you think if you were to, for
 2    example, vote to acquit a defendant or any defendant in this
 3    case, would you be concerned how it might affect your
 4    relationship?
 5              PROSPECTIVE JUROR:  No.
 6              THE COURT:  And do you think if you were to vote
 7    to acquit and be part of a jury that would vote to acquit,
 8    do you have any concern that she would not respect your
 9    decision?
10              PROSPECTIVE JUROR:  I think she would fully
11    respect my decision.
12              THE COURT:  All right.
13              You were asked whether you or a close friend or
14    family member has ever been employed by the
15    Federal Government.
16              Can you tell us about that?
17              PROSPECTIVE JUROR:  I was a former
18    Defense Department employee many years ago.
19              Okay.  And my partner is an attorney at FERC?
20              THE COURT:  Okay.
21              Question 18 asks whether you've attended any
22    rally, protest, or demonstrations or any march of any type.
23              Can you tell us about that within the last five
24    years?
25              PROSPECTIVE JUROR:  Yeah.  So I was out on the
```

1    Mall for the women's march, I guess, after the 2016
2    election.  I think that's when that happened.  There were a
3    lot of people.  It was probably the largest march ever in
4    Washington, D.C., and just was out and about amongst the
5    crowd.
6              THE COURT:  Okay.
7              PROSPECTIVE JUROR:  I wasn't in the march itself
8    but was out and observing everything that was going on in
9    the neighborhood.
10             THE COURT:  All right.
11             And you'll forgive me if I've asked you this
12   before.  But if you were to learn that these defendants had
13   different political views than you, would that affect your
14   fairness as a juror?
15             PROSPECTIVE JUROR:  No.
16             THE COURT:  You were asked questions about family
17   members or friends who were either working or living on
18   Capitol Hill at the time.  You've mentioned your neighbor.
19             And in Question 22, you said you had concern for
20   your safety of yourself or close friend or family member.
21             Are you referring to someone other than your
22   neighbor?  Is that who that question -- the response at that
23   time -- that's why you responded yes?
24             PROSPECTIVE JUROR:  Yes.  Yes.
25             THE COURT:  And is there anyone else?

1              PROSPECTIVE JUROR:  No.  No.  I actually was not

2    in Washington on that day.

3              THE COURT:  You personally were not?

4              PROSPECTIVE JUROR:  I was not here.  Yeah.

5              THE COURT:  All right.  If I could just please ask

6    you to turn to Question 50.

7              That question asks whether close friends, family

8    members have ever worked in the legal field.

9              You've mentioned, I think you said it was your --

10             PROSPECTIVE JUROR:  Partner.

11             THE COURT:  -- partner who is at FERC?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Anybody else?

14             PROSPECTIVE JUROR:  I guess through him, I know

15   several other people.

16             THE COURT:  Sure, I should have asked the question

17   before, which is, through your partner, are you -- have you

18   come to know any people who do criminal work either as

19   prosecutors or defense lawyers?

20             PROSPECTIVE JUROR:  No, I don't think so.

21             THE COURT:  Question 54 asked whether you or a

22   close friend or family member has ever been the victim of

23   a crime.

24             Can you tell us about that?

25             PROSPECTIVE JUROR:  I personally was mugged in

1    D.C., unfortunately, probably about ten years or so ago.

2           THE COURT:  And did you report that mugging?

3           PROSPECTIVE JUROR:  I did.

4           THE COURT:  And did you have interactions with the

5    Metropolitan Police Department?

6           PROSPECTIVE JUROR:  Yes.

7           THE COURT:  Did somebody get arrested?

8           PROSPECTIVE JUROR:  Not to my knowledge.

9           THE COURT:  And based upon that experience, do you

10   think you might favor one side or the other based upon your

11   experience with the Metropolitan Police Department?

12          PROSPECTIVE JUROR:  I don't think so, no.

13          THE COURT:  And if you were instructed or you

14   would be instructed that the testimony of the law

15   enforcement officer cannot be given any greater or lesser

16   weight just because the person is in law enforcement, could

17   you follow that instruction?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  All right.

20          Any follow-up from defense counsel?

21          MR. CRISP:  Yes, sir.

22          Good morning, sir.

23          PROSPECTIVE JUROR:  Good morning.

24          MR. CRISP:  You had talked about the effect on

25   your neighbor.  And I may have misunderstood, but I wanted

1    to be clear.  You saw video of that day?

2           PROSPECTIVE JUROR:  Yes, I've seen videos of

3    January 6th.

4           MR. CRISP:  Did you see it while it was ongoing as

5    well?

6           PROSPECTIVE JUROR:  A little -- yes, yes, I did.

7           MR. CRISP:  How did you feel when you saw that?

8           PROSPECTIVE JUROR:  I was shocked.

9           MR. CRISP:  Okay.

10          Any other emotional responses that you can tap

11   into, you think?

12          PROSPECTIVE JUROR:  At the time I was just shocked

13   and stunned.  I couldn't believe that it was happening.

14   I was actually in Alabama.  I was not in Washington on the

15   day, but I was in the middle of work.  I think it was about

16   2:30 or so in the afternoon.

17          And when I got some alert or somebody alerted me

18   that something was going on, I was just in -- I had meetings

19   scheduled for, like, 3:00 or 4:00 via Zoom and, even though

20   I was stunned and shocked, decided to just carry on and try

21   to keep working through the day.

22          MR. CRISP:  Focus on the job.

23          PROSPECTIVE JUROR:  Yeah.

24          MR. CRISP:  During the course of this trial, you

25   may see video footage, some of which may be violent in

 1   nature in terms of what happened in terms of destruction to
 2   various things.
 3            How do you think you'll react to that?
 4            PROSPECTIVE JUROR:  I don't like to see violence
 5   and destruction.  So I am not happy, especially if it's a
 6   beautiful building and institution, and I don't want to see
 7   it destroyed.
 8            MR. CRISP:  Do you think that response you'll have
 9   will influence or impact your decision-making process?
10            PROSPECTIVE JUROR:  No.
11            MR. CRISP:  Okay.
12            Why do you say that?
13            PROSPECTIVE JUROR:  I am a very detailed,
14   fact-based person, and I'm going to follow all the
15   instructions that are given to me.  But if the actions that
16   are presented are within the scope of some existing legal
17   issue, then, you know, I will decide based on those bounds.
18            MR. CRISP:  Fair to say, you can bifurcate that
19   process in terms of the emotional response with the
20   intellectual --
21            PROSPECTIVE JUROR:  Yes.
22            MR. CRISP:  Okay.  Thanks very much.
23            THE COURT:  Any questions, Mr. Nestler?
24            MR. NESTLER:  We have no questions, Your Honor.
25   Thank you very much.

1          THE COURT:  Sir, thank you very much for your time

2    this afternoon.  Mr. Douyon will show you out of the

3    courtroom and provide you additional instruction.

4    Thank you.

5          So, Mr. Linder, did you --

6          MR. LINDER:  We were just talking.  We have a

7    matching number.  We were discussing that.

8          THE COURT:  Yes, we have.  I'd like to, if you all

9    will just bear with me, I'd like to just do two more.  We

10   had a couple of jurors who I'd sort of put to the side based

11   on potential hardship.  And, frankly, I just want to see how

12   many people we get back this afternoon.  So let's see if we

13   can do -- qualify two more, and then we'll take lunch, okay?

14         MR. CRISP:  Yes.

15         THE COURT:  As much as I'm enjoying the process.

16         (Pause)

17         THE COURT:  Come on forward, ma'am.

18         COURTROOM DEPUTY:  Your Honor, this is

19   Juror No. 0164.

20         THE COURT:  All right.  Ma'am, good afternoon.

21   How are you?

22         PROSPECTIVE JUROR:  Fine.  And you?

23         THE COURT:  Good.  Thank you.

24         You're juror 0164?

25         PROSPECTIVE JUROR:  Yes, sir.

1          THE COURT:  All right.  Feel free to remove your

2    mask if you would like.

3          Thank you for your service today, and thank you

4    for coming in earlier to fill out your questionnaire.  It is

5    in front of you.

6          If I could ask you to just pick that questionnaire

7    up and turn to page 10.

8          Page 10, we've got some questions there, 39, 40,

9    and 41.  We're trying to figure out how much news and media

10   you've been exposed to about the events of January the 6th.

11         Would you consider yourself someone who has sort

12   of actively sought out news and information about the events

13   of that day?

14         PROSPECTIVE JUROR:  Sort of?  No, no, sir.  On TV.

15         THE COURT:  On TV.

16         PROSPECTIVE JUROR:  That's it.

17         THE COURT:  That's it.

18         And beyond what you've seen on TV, have you read

19   news articles or listened to radio programs about the events

20   of January 6th?

21         PROSPECTIVE JUROR:  I don't read the newspaper.

22   And once I heard it once, that was enough.

23         THE COURT:  Okay.

24         We ask our jurors to put aside anything they may

25   have learned through the media.  Do you think you would have

1     any trouble doing that?

2            PROSPECTIVE JUROR:  No, sir.

3            THE COURT:  So in Question 46, we asked you

4     whether you had read, seen, or heard anything about a group

5     called the Oath Keepers.

6            You answered no.

7            But I want to just confirm that the answer is no

8     and make sure that, not through any media, conversations,

9     social media, have you ever heard of the organization?

10           PROSPECTIVE JUROR:  No.

11           THE COURT:  And do you have any sense of what its

12    mission or ideology is?

13           PROSPECTIVE JUROR:  No.

14           THE COURT:  And if you were to learn as part of

15    this trial that people who are associated -- these

16    defendants were associated with that organization and what

17    they stand accused of through the organization of doing is

18    trying to prevent the transition from President Trump to

19    President Biden, how would that affect your view of your

20    ability to be --

21           PROSPECTIVE JUROR:  It wouldn't affect my view.

22           THE COURT:  And if you were to learn that people

23    associated with that organization were staunch supporters of

24    the former president, do you think that would affect you?

25           PROSPECTIVE JUROR:  No, sir.

1          THE COURT:  And if you were to conclude that these

2    individuals have different political beliefs than you, would

3    that affect you?

4          PROSPECTIVE JUROR:  No, sir.

5          THE COURT:  Okay.

6          Any follow-up questions from defense counsel?

7          MR. LINDER:  No questions, Your Honor.  Thank you.

8          MR. NESTLER:  We have no questions.  Thank you

9    very much.

10          THE COURT:  Ma'am, thank you very much.

11    Mr. Douyon will show you out of the courtroom and provide

12    you with further instructions.

13          PROSPECTIVE JUROR:  Okay.

14          THE COURT:  Thank you.

15          COURTROOM DEPUTY:  Your Honor, this is Juror

16    No. 0507.

17          THE COURT:  Sir, good afternoon.  How are you?

18          PROSPECTIVE JUROR:  I'm good.  I'm good.

19    Thank you.

20          THE COURT:  Thank you for being here, and feel

21    free remove your mask if you would like.

22          You're Juror 0507?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  Your questionnaire is in front of you

25    and if I could just ask you to turn to page 5.

1              You indicated in response to Question 1 that you

2    have to leave at 5:00 p.m. for preschool pickup and

3    underscored "have" three times, which is fair.

4              But let me ask you this:  If you were selected to

5    serve, it is my expectation that more often than not, we

6    would stop at 5:00.

7              PROSPECTIVE JUROR:  Yeah.

8              THE COURT:  Or as close to 5:00 as we could.

9    There may be the rare day where we will go past 5:00, if for

10   example we had to finish a witness, particularly a witness

11   from out of town.

12             PROSPECTIVE JUROR:  Right.

13             THE COURT:  Would you be able to have your child

14   picked up from preschool by someone else?

15             PROSPECTIVE JUROR:  With notice, yes.

16             THE COURT:  With notice.

17             PROSPECTIVE JUROR:  I mean, like in the afternoon.

18   You know what I mean?  Like my wife also works so.

19             THE COURT:  Okay.  So hypothetically it was about

20   4:00 in the afternoon and we thought, okay, we might have to

21   go till 5:15 or so today, would that give you enough notice?

22             PROSPECTIVE JUROR:  I think so, yeah.

23             THE COURT:  All right.

24             PROSPECTIVE JUROR:  But I wanted to make clear the

25   restriction.

```
1              THE COURT:  Sure.  No, we understand.
2              If you could turn to page 11, Question 46, that
3    question asks whether you've read, seen, or heard anything
4    about the Oath Keepers organization.  Can you tell us what
5    you've read, seen, or heard?
6              PROSPECTIVE JUROR:  I've just heard the name
7    Oath Keepers.
8              THE COURT:  Anything more than that?
9              PROSPECTIVE JUROR:  No.
10             THE COURT:  Do you recall hearing anything about
11   the group's ideology or its purpose?
12             PROSPECTIVE JUROR:  No.  I mean, I believe it has
13   something to do with the political stuff, but I don't really
14   know exactly what or who or whatever.
15             THE COURT:  And do you have a sense of what
16   they're accused of doing on January the 6th?
17             PROSPECTIVE JUROR:  No.
18             THE COURT:  So if you were to learn as part of
19   this case that the defendants here and people affiliated
20   with that group are accused of organizing and working
21   together to prevent the transfer of power from
22   President Trump to President Biden, would that affect your
23   ability to be a fair juror to these defendants?
24             PROSPECTIVE JUROR:  I don't think so.
25             THE COURT:  And could you evaluate the evidence
```

```
1    and only the evidence in the case in assessing whether the

2    government had met its burden of proof?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  If you were to learn that these

5    defendants had sort of different political views than you,

6    would that make your job more difficult as a juror?

7              PROSPECTIVE JUROR:  I don't think so, no, no.

8              THE COURT:  And if you were to learn specifically

9    that they were staunch supporters of President Trump, how

10   would that influence you?

11             PROSPECTIVE JUROR:  I don't think it would harm my

12   ability to be impartial.  So, no, I don't think that would

13   impact my judgment.

14             THE COURT:  All right.

15             If I could ask you to turn to page 6, bottom of

16   page 6, Question 14.

17             PROSPECTIVE JUROR:  I'm sorry, what page?

18             THE COURT:  Bottom of 6.

19             PROSPECTIVE JUROR:  Of page 6?

20             THE COURT:  Correct.

21             PROSPECTIVE JUROR:  Okay.  Sorry.

22             THE COURT:  Question 14 asks, have you or a close

23   friend or family member ever been employed by the Federal

24   Government.  The answer was yes.  Can you tell us about

25   that?
```

1              PROSPECTIVE JUROR:  So I'm assuming my information

2     was here, but I work for the Federal Government.

3              THE COURT:  You do.  Okay.

4              PROSPECTIVE JUROR:  Yes.  And my wife also works

5     for the Federal Government.

6              THE COURT:  Can you tell me in what capacity you

7     work for the Federal Government?

8              PROSPECTIVE JUROR:  I'm an attorney.  Do you want

9     me to say the agency, or no?

10             THE COURT:  If you would just tell us the agency,

11    that would be helpful.

12             PROSPECTIVE JUROR:  Department of Labor.

13             THE COURT:  For the Department of Labor?

14             PROSPECTIVE JUROR:  Uh-huh.

15             THE COURT:  Okay.

16             And in that context, do you do any work with the

17    Department of Labor in terms of its enforcement work?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  And I think you said your wife was

20    also employed by the federal.

21             PROSPECTIVE JUROR:  And I can say the agency and

22    everything?

23             THE COURT:  Yes.

24             PROSPECTIVE JUROR:  So she, her position?  She's

25    an attorney at HHS.

1          THE COURT:  Okay.

2          And does she work in any position where she

3    enforces the laws that HHS does?

4          PROSPECTIVE JUROR:  Enforce, I'm interpreting that

5    as criminal.

6          THE COURT:  Not necessarily criminal.  In the

7    context of HHS it could be Civil Actions or administrative

8    actions.

9          PROSPECTIVE JUROR:  Sorry, because I don't want to

10   belabor this.  Could I say what she does, is that okay, like

11   the practice of law?

12         THE COURT:  Sure.

13         PROSPECTIVE JUROR:  She does employment law.

14         THE COURT:  She does employment law.  So it's more

15   internally focused at the agency.

16         PROSPECTIVE JUROR:  Yeah.

17         THE COURT:  Understood.

18         You've indicated that you or a close friend or

19   family member has attended a rally, protest or demonstration

20   in the last five years.  Could you tell us about that?

21         PROSPECTIVE JUROR:  It was -- maybe I got my

22   timing off, but it was, I believe the Women's March.

23         THE COURT:  All right.

24         PROSPECTIVE JUROR:  Was that 2017?  I don't know.

25         THE COURT:  Okay.

1    And if you were to learn, and we talked about this

2    earlier, but if you were to learn that these defendants

3    might hold political views different than yours, would you

4    still be able to be fair and impartial?

5            PROSPECTIVE JUROR:  Yes.

6            THE COURT:  All right.

7            If you would just turn to page 10, please.

8            We asked you to identify anybody you recognized on

9    the list of names who might be witnesses or people who might

10   get mentioned.  You identified Alex Jones.  I don't expect

11   Alex Jones to testify or even his name to appear.

12           PROSPECTIVE JUROR:  Okay.

13           THE COURT:  Question 39 through 41 asked about

14   your exposure to news coverage.  Can you tell us whether you

15   are someone who has actively sought out information and news

16   about January 6th?

17           PROSPECTIVE JUROR:  January 6th or Alex Jones,

18   sorry?

19           THE COURT:  Just January 6th.

20           PROSPECTIVE JUROR:  When it initially happened,

21   I looked at the news because it was rather newsworthy.

22   I tracked it when it occurred that day.

23           I have seen news articles, you know, ongoing.

24           I wouldn't say that I obsessively, compulsively

25   looked at about it but I was aware of it, just like anybody

1    else reading the news like *The Washington Post* or anything

2    like that, there were plenty of stories that came up.

3              THE COURT:  Right.

4              PROSPECTIVE JUROR:  Yeah.

5              THE COURT:  As a juror you would be asked to set

6    aside what you've read in the news or observed in the media.

7    Is that something you think you could do?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  Question 44 asks whether you attended,

10   listened to or viewed any portion of the January 6th

11   Committee hearings.  Can you tell us about that?

12             PROSPECTIVE JUROR:  I did not attend any of them,

13   but there was, I believe -- I believe the ones we're

14   referring to is the ones that were televised live or

15   something like that.

16             THE COURT:  Right.

17             PROSPECTIVE JUROR:  I saw snippets of it.

18   I didn't watch all of it in full, but I have kids so I

19   actually didn't watch it live, I watched the replays.

20             THE COURT:  Okay.

21             And from what you recall of those hearings,

22   do you remember any testimony or commentary about

23   Oath Keepers?

24             PROSPECTIVE JUROR:  No.

25             THE COURT:  And could you put aside whatever you

1    recall from the January 6th Committee hearing if you were

2    selected as a juror?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  Question 50 asked whether you, friends

5    and family members who are in the legal field, you've told

6    us you are, your wife is, so you must also know other

7    lawyers.  Are any of them involved in criminal practice

8    either as prosecutors or defense lawyers?

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  Okay.

11             Any follow-up from defense counsel?

12             MR. FISCHER:  No.

13             MR. CRISP:  Yes, sir.

14             Good afternoon, sir, how are you?

15             PROSPECTIVE JUROR:  Hi.

16             MR. CRISP:  So I may be mistaken but did you also

17   at one point in time work at DoE?

18             PROSPECTIVE JUROR:  The Department of Energy?

19             MR. CRISP:  Yes, sir.

20             PROSPECTIVE JUROR:  No.

21             MR. CRISP:  So you never worked in any capacity

22   with the Office of Inspector General with any other federal

23   agencies?

24             PROSPECTIVE JUROR:  I'm sorry, the Department of

25   Energy?

1          MR. CRISP:  Let me rephrase my question.

2          PROSPECTIVE JUROR:  Yeah.

3          MR. CRISP:  Have you ever worked with the Office

4   of Inspector General for any federal agencies?

5          PROSPECTIVE JUROR:  Yes.

6          MR. CRISP:  All right.  Let's talk about your role

7   in that.  OIG is a criminal -- quasi-criminal investigatory

8   authority, yes?

9          PROSPECTIVE JUROR:  Yes.

10         MR. CRISP:  Okay.

11         In what agencies did you work for OIG?

12         PROSPECTIVE JUROR:  Okay.

13         I don't know how much detail.  Could I be pretty

14  candid?

15         THE COURT:  Sure.

16         PROSPECTIVE JUROR:  I just don't know, I don't

17  want to personalize information, you know what I mean?

18         So prior to becoming an attorney, I was a

19  compliance inspector within the Office of Audits of the

20  Department of Education.

21         MR. CRISP:  Education, I'm sorry.  I was thinking

22  energy.

23         PROSPECTIVE JUROR:  That's why I was confused.

24         And then after I went to law school, I worked at

25  NASA Office of Inspector General as an attorney there within

935

 1    the Office of Audits.  Yeah, so I could give more detail
 2    about that but those are my positions.
 3            MR. CRISP:  In the former as far as the Department
 4    of Education, in your role there, did you conduct any
 5    investigations?
 6            PROSPECTIVE JUROR:  Within the Office of Inspector
 7    General, an investigation has a certain meaning that's
 8    criminal.  No, I did not.
 9            MR. CRISP:  Okay.
10            How would you define the investigations?  Within
11    the Department of Education did you work on any
12    investigation.
13            PROSPECTIVE JUROR:  There's an Office of
14    Investigations and they pursue criminal actions or
15    administrative actions.  I was in the Office of Audits, we
16    did audits.
17            MR. CRISP:  Okay.
18            PROSPECTIVE JUROR:  Does that make sense?
19            MR. CRISP:  Yes, it absolutely does.  Did you have
20    any bleed-over, did you give any opinions?
21            PROSPECTIVE JUROR:  No.
22            MR. CRISP:  Same question with NASA.
23            PROSPECTIVE JUROR:  I worked in the Office of
24    Audits so I did not work in the Office of Investigations.
25    The Office of Investigations does criminal and

```
 1    administrative actions, whatever.  The Office of Audits does
 2    audit reports that are public so there was no bleed-over.
 3              MR. CRISP:  So in both capacities it was Office of
 4    Audits?
 5              PROSPECTIVE JUROR:  Yes.
 6              MR. CRISP:  Okay.  Thank you, sir.
 7              THE COURT:  Mr. Nestler.
 8              MR. NESTLER:  We have no questions, Your Honor.
 9    Thank you.
10              THE COURT:  Thank you, sir.  Mr. Douyon will show
11    you out of the courtroom and provide you additional
12    instructions.
13              All right.  Counsel, we have hit 47 qualified
14    jurors.  So I have asked all qualified jurors to return at
15    3:00 today so we can move to the final phase of jury
16    selection.  Hopefully we'll get everybody here on time.  I
17    suspect there may be a few stragglers, but you all should be
18    back here by 2:50 so we can get started once everybody is
19    here.
20              The way we will start and do this is that we will
21    order the jurors in the sequence in which they appear on the
22    jury sheets; in other words, the qualified jurors will
23    appear as they do on this panel sheet.
24              The first 16 jurors will be put in the box here in
25    the courtroom.  Seat No. 1 will be in that first row that's
```

1    actually in the box.  To the back is seat 7.  Seat 8 through

2    the back is Seat 14, 15.  And 16 here in the well.

3              Reminder that you can strike either directly into

4    the box or strike into the panel, that is, anybody who may

5    be coming in to replace somebody who's been stricken.

6              Defense has 15 strikes.  Government has 6.

7    Remember you're simply going to fill out your sheets and

8    exchange your sheets so that each side knows who you've

9    stricken.  You'll hand those sheets up to me.  If there's an

10   overlap, it doesn't mean you get an extra strike.

11             Mr. Douyon and I will identify who has been

12   stricken.  We'll move the jurors in and.  Out, and after

13   that is done, we will allow you to have -- you get two more

14   strikes for alternates.

15             And I just -- we'll do that just because it may be

16   difficult to sort of predict who the alternates are based

17   upon the actual strikes themselves.

18             I was going to say something, and I have

19   forgotten it.

20             Oh, yes.  Just a reminder what our alternate seats

21   are.  2, 7, 11, and 14 are our alternate seats.  I will ask

22   the press not to have those seat numbers published in any

23   news reports or on any feed.

24             We will order the alternates in that order; in

25   other words, Alternate 1 will be in Seat 2; Alternate 2 will

1    be in Seat 7; and so on.

2              Are there any questions?

3              MR. CRISP:  You wanted us back at?

4              THE COURT:  2:50, please.

5              MR. CRISP:  2-5-0.

6              THE COURT:  I would ask in the hour and 20 minutes

7    you all have, to start lining up who you're going to strike.

8              MR. NESTLER:  Just to confirm, the parties cannot

9    strike any of the alternates during the first round.  So

10   2, 7, 11, and 14 are --

11             THE COURT:  If you want to waste a strike on an

12   alternate, you are welcome to do so in the first set of --

13   first round, but you will get two strikes for an alternate

14   after the original -- after the deliberating jurors have

15   been seated.

16             MR. NESTLER:  Oh, so they are fair game to be

17   stricken, then, in the first round?

18             THE COURT:  Yeah, if you'd like, sure.

19             MR. NESTLER:  Okay.

20             THE COURT:  If you'd like.

21             MR. LINDER:  Just for procedurally, because we're

22   going to go work, will we get new juror strike lists that

23   have the new lists that have them ordered?  Or we'll just

24   use our sheets that we have?

25             COURTROOM DEPUTY:  I could do it.

1          THE COURT:  You want to volunteer to do that?

2          MR. LINDER:  JC, I'm sorry.

3          THE COURT:  Mr. Douyon has raised his hand, and he

4    will prepare new panel sheets with those who've been

5    stricken.

6          MR. LINDER:  Just because I've never seen it done

7    this way, when you bring them and seat them, I assume we're

8    not talking to them.  You're just going to read off the

9    numbers or read off the --

10         THE COURT:  So what will happen is JC will bring

11   them in order, in the order in which they're on this seat.

12   The first 16 qualified jurors, he will tell them what their

13   seats are.  The remaining jurors from 17 through 47 will be

14   in the gallery.

15         You can talk to JC about how he plans to seat them

16   in the gallery so you know where incoming jurors might be

17   seated.

18         MR. LINDER:  And then once we're done with that

19   process, is that it for today?  They're excused and we

20   report back Monday morning?

21         THE COURT:  Correct.

22         MR. LINDER:  Okay.  Thank you.

23         THE COURT:  I do not plan to swear them in today.

24   We'll swear them in first thing on Monday.

25         MR. LINDER:  Yes.  Perfect.  Thank you.

1                THE COURT:  Okay.  Any questions before we

2      adjourn?

3                All right.  We'll see everybody back there at

4      2:50.

5                COURTROOM DEPUTY:  All rise.

6                This Honorable Court will stand in recess until

7      the return of court.

8                (Proceedings concluded at 1:34 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__September 29, 2022___    

       William P. Zaremba, RMR, CRR

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__September 29, 2022___    

William P. Zaremba, RMR, CRR

**COURTROOM
DEPUTY: [25]** 776/2
776/7 787/15 787/17
788/1 793/23 798/7
804/13 818/6 825/23
828/7 834/25 841/17
852/2 869/13 869/15
874/1 886/15 895/15
898/21 909/9 922/18
925/15 938/25 940/5
**MR. BRIGHT: [3]**
862/16 886/12 886/14
**MR. CRISP: [30]**
919/21 919/24 920/4
920/7 920/9 920/22
920/24 921/8 921/11
921/18 921/22 922/14
933/13 933/16 933/19
933/21 934/1 934/3
934/6 934/10 934/21
935/3 935/9 935/17
935/19 935/22 936/3
936/6 938/3 938/5
**MR. FISCHER: [68]**
790/20 790/22 791/2
791/5 791/11 791/18
791/25 792/6 792/10
792/17 792/22 793/2
793/11 832/7 832/9
832/15 832/21 832/25
833/3 833/10 833/14
833/16 833/19 834/1
834/12 846/7 846/9
846/16 846/20 846/24
847/2 847/5 847/8
847/14 847/18 847/25
848/5 848/10 848/12
848/17 848/24 849/3
849/6 849/11 850/18
865/11 865/13 865/19
865/23 866/2 866/6
866/16 866/20 866/24
867/4 867/9 867/13
867/18 867/21 868/3
868/7 868/9 868/11
868/15 868/18 868/22
868/24 933/12
**MR. LINDER: [24]**
802/15 823/16 827/24
832/6 839/12 862/12
863/24 864/1 864/10
864/13 864/17 864/22
865/2 865/9 873/1
909/2 922/6 925/7
938/21 939/2 939/6
939/18 939/22 939/25
**MR. NESTLER: [75]**
778/18 779/7 779/16
779/19 779/21 780/1
793/16 796/14 796/16
796/19 796/23 797/4
802/16 802/21 802/24
803/5 803/13 803/19
803/24 814/25 815/3
815/6 815/12 815/17
815/21 816/2 816/5
816/12 816/15 816/19

817/14 823/17 823/20
823/23 824/9 824/15
824/21 824/25 825/4
827/25 834/18 839/13
839/15 839/19 839/24
840/5 840/11 840/18
841/1 841/5 850/17
869/2 873/2 873/5
873/8 873/12 873/14
873/17 885/23 886/2
894/18 894/21 894/25
895/10 898/13 909/4
921/24 925/8 936/8
938/8 938/16 938/19
**MR. WOODWARD:
[22]** 849/15 849/18
849/25 850/7 850/11
850/15 850/19 850/21
850/25 851/7 851/12
851/17 885/5 885/17
885/21 893/21 894/3
894/7 894/16 898/1
898/7 898/11
**PROSPECTIVE
JUROR: [639]
THE COURT: [569]
THE DEFENDANT: [1]**
808/18

**'**

**'90s [1]** 892/14

**0**

**00 [1]** 869/18
**006 [2]** 869/24 870/1
**0110 [2]** 841/18 841/23
**0135 [1]** 777/15
**0164 [2]** 922/19 922/24
**0299 [2]** 898/22 899/4
**0366 [3]** 886/10 886/13
886/16
**0481 [1]** 874/1
**0507 [2]** 925/16 925/22
**0595 [1]** 909/10
**0712 [1]** 895/16
**0755 [3]** 835/1 835/4
841/10
**08077 [1]** 774/13
**0826 [1]** 774/18
**0884 [3]** 779/6 788/2
788/5
**0966 [3]** 798/8 798/11
804/4
**0974 [4]** 818/7 818/13
825/15 825/22

**1**

**10 [17]** 776/12 789/9
789/9 808/5 830/13
830/13 842/5 870/17
880/6 888/3 888/4
895/24 906/6 911/19
923/7 923/8 931/7
**100 [1]** 859/19
**105 [1]** 777/14
**1094 [3]** 825/23 826/1
828/6

835/10 852/15 852/15
874/10 889/6 899/8
907/13 909/19 927/2
937/21 938/10
**1108 [2]** 804/13 818/5
**1151 [2]** 777/10 777/18
**11:52 [1]** 869/14
**1240 [1]** 777/3
**12:05 [2]** 869/11
869/14
**13 [6]** 826/9 877/15
902/17 913/19 913/23
913/24
**1314 [2]** 777/23 778/16
**14 [8]** 804/23 828/17
856/13 928/16 928/22
937/2 937/21 938/10
**1460 [1]** 773/12
**1487 [2]** 852/3 852/7
**1497 [2]** 828/7 828/14
**15 [5]** 772/4 776/8
913/11 937/2 937/6
**15-minute [1]** 822/17
**1528 [3]** 793/24 794/2
798/5
**16 [4]** 779/14 936/24
937/2 939/12
**16th [1]** 861/8
**17 [4]** 779/18 794/17
794/24 939/13
**17110 [1]** 773/15
**17the [1]** 779/20
**18 [2]** 904/8 916/21
**1808 [1]** 774/3
**19 [8]** 788/14 807/13
807/17 829/16 857/24
870/9 880/2 904/25
**1:00 [2]** 878/16 878/18
**1:34 [1]** 940/8

**2**

**2, 7 [1]** 938/10
**2-5-0 [1]** 938/5
**20 [4]** 880/2 904/25
913/11 938/6
**20001 [1]** 775/5
**20010 [1]** 774/4
**20036 [1]** 774/4
**2006 [1]** 774/12
**2010 [2]** 856/19 865/22
**2011 [2]** 791/4 791/5
**2014 [4]** 856/19 859/5
859/7 865/22
**2016 [1]** 917/1
**2017 [1]** 930/24
**202 [4]** 772/16 774/4
774/9 775/5
**2020 [2]** 859/24 860/7
**2021 [5]** 858/20 859/13
859/20 860/1 860/8
**2022 [3]** 772/5 941/7
942/7
**20579 [1]** 772/16
**21061-3065 [1]** 774/18
**214 [2]** 773/5 773/9
**22 [4]** 860/25 904/25
905/3 917/19

**23 [2]** 907/17 907/17
**24 [2]** 807/23 830/5
**252-7277 [1]** 772/16
**252-9900 [1]** 773/5
**2615 [1]** 774/9
**29 [3]** 772/5 941/7
942/7
**2:30 [1]** 920/16
**2:50 [3]** 936/18 938/4
940/4

**3**

**30 [1]** 781/18
**300 [1]** 774/17
**3065 [1]** 774/18
**318 [1]** 773/12
**3249 [1]** 775/5
**3300 [2]** 773/3 773/7
**333 [1]** 775/4
**35 [1]** 779/4
**352-2615 [1]** 774/9
**354-3249 [1]** 775/5
**37 [2]** 880/7 911/22
**39 [11]** 789/9 808/5
830/13 842/7 870/18
888/4 895/25 906/7
912/17 923/8 931/13
**3:00 [3]** 869/12 920/19
936/15

**4**

**40 [5]** 808/5 842/7
870/18 895/25 923/8
**4031 [1]** 773/15
**41 [1]** 789/9 808/5
830/13 842/7 870/18
888/4 895/25 906/7
912/17 923/9 931/13
**410 [1]** 774/18
**412-4676 [1]** 773/16
**43 [2]** 777/23 778/17
**44 [5]** 809/15 880/25
906/18 913/3 932/9
**45 [2]** 779/9 779/13
**46 [16]** 790/7 798/21
818/9 818/20 831/6
835/11 852/16 871/20
874/11 874/12 889/7
896/13 899/8 909/20
924/3 927/2
**4676 [1]** 773/16
**47 [5]** 818/19 818/21
835/13 936/13 939/13
**487-1460 [1]** 773/12
**4:00 [2]** 920/19 926/20

**5**

**50 [3]** 881/17 918/6
933/4
**51 [1]** 890/21
**54 [4]** 845/18 861/22
883/20 918/21
**55 [3]** 845/18 883/22
907/13
**56 [1]** 845/19
**57 [1]** 892/2
**5708 [1]** 774/13

**5:00 [4]** 926/2 926/6
926/8 926/9
**5:15 [1]** 926/21

**6**

**601 [2]** 772/15 774/7
**607-5708 [1]** 774/13
**63 [2]** 777/9 777/19
**68 [1]** 826/10
**6th [80]** 777/24 779/1
783/14 783/22 784/9
789/12 789/14 799/7
799/12 799/15 800/5
801/7 801/23 802/2
808/8 808/13 809/1
809/5 809/5 809/17
810/24 819/10 823/21
824/6 825/17 830/16
830/17 831/3 836/7
836/13 836/23 841/13
842/9 842/12 842/14
846/12 846/13 852/25
853/11 853/14 853/18
855/16 858/13 861/2
864/25 872/4 875/1
877/13 877/25 881/1
883/4 883/6 888/9
891/14 896/2 900/2
900/7 900/11 901/5
903/4 903/19 905/1
905/5 906/12 906/19
907/8 910/17 911/21
912/20 913/4 914/11
920/3 923/10 923/20
927/16 931/16 931/17
931/19 932/10 933/1

**7**

**70 [1]** 841/14
**700 [2]** 773/4 773/8
**71301 [1]** 773/11
**717 [1]** 773/16
**720-7777 [1]** 773/9
**7277 [1]** 772/16
**7310 [1]** 774/17
**74 [1]** 779/5
**7447 [1]** 774/4
**75 [1]** 841/13
**75219 [2]** 773/4 773/8
**7777 [1]** 773/9
**787-0826 [1]** 774/18

**8**

**819 [1]** 773/11
**856 [1]** 774/13
**87 [2]** 869/18 869/19

**9**

**900 [1]** 774/8
**9900 [1]** 773/5
**996-7447 [1]** 774/4
**9:30 [1]** 772/6

**A**

**A.m [2]** 772/6 869/14
**ability [29]** 811/24
812/10 813/14 818/23
825/21 835/14 837/5

ability... [22] 838/2
843/5 843/11 850/3
850/11 872/18 872/22
876/24 877/6 889/20
890/5 893/12 894/10
897/2 897/12 897/13
902/6 907/11 915/24
924/20 927/23 928/12
able [24] 778/7 789/5
790/1 803/19 820/8
821/7 824/9 824/25
825/6 838/17 838/22
840/21 840/21 841/1
841/3 843/19 865/3
865/6 876/15 880/23
891/24 914/23 926/13
931/4
about [271]
above [2] 941/9 942/4
above-titled [2] 941/4
942/4
absolute [1] 824/8
absolutely [5] 849/5
849/8 871/17 880/24
935/19
abundance [1] 778/15
accepting [1] 858/23
access [5] 778/19
795/19 796/2 797/13
858/5
Accountability [2]
903/11 903/13
accurate [1] 803/2
accused [10] 800/8
801/13 856/7 872/10
890/11 900/11 915/13
924/17 927/16 927/20
acquit [6] 822/4 904/1
915/22 916/2 916/7
916/7
acquitting [1] 839/20
across [5] 784/5
784/21 830/20 830/21
857/16
action [1] 884/8
actions [6] 921/15
930/7 930/8 935/14
935/15 936/1
active [2] 865/24
906/11
actively [13] 789/13
801/6 808/12 830/17
853/22 855/15 858/22
870/23 896/4 906/11
912/20 923/12 931/15
activism [1] 849/4
activist [10] 846/24
846/25 847/20 847/22
847/24 848/20 851/3
851/20 851/22 866/3
activities [1] 846/21
activity [2] 861/9
878/13
acts [3] 812/22 826/14
910/16
actual [3] 810/1 884/8
937/17

actually [7] 840/8
845/1 877/17 878/6
882/12 888/10 906/4
910/6 914/22 918/1
920/14 932/19 937/1
addition [1] 784/7
additional [20] 781/15
781/23 793/21 798/3
804/3 818/3 825/13
828/3 834/22 841/8
846/5 863/22 869/7
873/23 886/6 895/13
898/18 909/8 922/3
936/11
Additionally [1] 784/1
adjourn [1] 940/2
administers [2] 857/5
857/6
administration [5]
856/23 859/3 860/23
860/23 865/17
administrative [5]
829/4 829/6 930/7
935/15 936/1
advance [1] 781/2
advise [1] 784/23
advised [1] 801/16
advocating [1] 910/13
affect [43] 811/24
812/2 813/5 814/4
814/12 814/13 818/23
835/14 843/4 847/3
850/11 872/18 872/22
876/24 877/6 880/17
889/20 890/4 893/12
894/12 897/2 897/12
897/22 898/4 901/14
902/6 902/12 902/14
904/5 904/21 904/22
907/11 911/2 911/3
911/4 912/11 916/3
917/13 924/19 924/21
924/24 925/3 927/22
affects [1] 901/13
affiliated [3] 872/8
911/1 927/19
after [16] 779/23
781/19 785/20 785/22
786/4 786/6 804/10
837/21 843/6 843/7
879/3 917/1 934/24
937/12 938/14 938/14
afternoon [19] 873/3
874/5 878/16 878/18
885/23 886/17 886/18
894/18 894/19 898/19
898/23 920/16 922/2
922/12 922/20 925/17
926/17 926/20 933/14
afterwards [2] 782/23
878/25
again [14] 777/12
778/16 787/14 788/9
794/8 796/22 797/11
820/18 839/1 840/22
843/22 889/2 889/22
907/9
against [10] 796/3

actually [7] 801/3
845/1 877/17 813/2
817/16 848/2 872/9
agencies [4] 857/9
933/23 934/4 934/11
agency [11] 828/25
845/7 859/4 878/17
879/18 879/22 890/23
929/9 929/10 929/21
930/15
Aging [1] 902/23
ago [19] 781/10 788/25
806/1 806/14 807/25
813/22 826/6 826/13
870/14 882/13 891/3
891/4 891/6 891/9
892/14 903/1 909/17
916/18 919/11
agree [3] 835/24
901/24 911/13
agreed [1] 838/1
ahead [3] 796/15
839/14 870/3
aided [1] 775/7
Airbnb [1] 877/20
Airbnb'ing [2] 878/7
885/24
Akin [1] 881/25
Akin Gump [1] 881/25
AL [1] 772/6
Alabama [1] 920/14
alert [2] 784/22 920/17
alerted [1] 920/17
Alex [5] 880/10 911/24
931/10 931/11 931/17
Alex Jones [3] 880/10
931/11 931/17
Alexandria [1] 773/11
aligned [2] 896/25
896/25
all [140] 776/2 776/22
776/24 779/19 779/21
780/4 780/5 780/13
780/17 781/20 782/19
783/3 787/11 787/19
790/18 790/22 793/4
794/22 796/6 796/13
797/17 797/18 802/13
803/25 806/9 807/7
807/12 808/4 810/7
811/25 812/2 812/3
813/5 814/19 814/24
815/11 816/19 817/12
818/4 819/17 821/12
824/17 825/15 826/20
826/23 827/23 829/13
832/2 832/9 833/1
838/1 838/8 839/10
841/6 842/10 842/24
843/9 845/21 846/3
846/9 849/11 849/13
852/10 855/25 857/23
859/9 860/11 862/9
866/4 869/4 869/9
869/13 869/15 873/18
875/5 877/3 877/6
878/19 879/11 880/1
880/18 880/19 881/16

American [3] 811/17
811/17 811/18
American-bred [1]
811/17
AMIT [3] 772/9 776/4
780/5
Amit Mehta [1] 780/5
Amit P. Mehta [1]
776/4
among [3] 828/19
882/2 903/9
amongst [2] 782/13
917/4
amount [7] 782/10
822/11 838/7 838/8
841/11 855/12 906/8
analyst [1] 829/12
ANC [5] 851/2 851/6
851/11 851/12 851/23
annoyance [1] 878/24
anonymity [1] 840/15
anonymous [1] 840/8
another [4] 815/13
877/18 885/14 891/9
answer [9] 778/1 786/2
795/2 795/3 848/22
866/12 887/11 924/7
928/24
answered [17] 799/1
802/17 818/24 818/25
820/15 831/8 835/15
844/12 844/17 856/15
861/5 870/8 871/22
880/4 890/25 899/11
924/6
answering [3] 793/19
862/6 864/4
answers [5] 795/6
797/23 844/20 851/19
889/4
anticipated [1] 826/25
any [204]
anybody [10] 805/13
812/15 815/13 831/10
845/19 848/20 918/13
931/8 931/25 937/4
anyone [8] 782/14
785/3 785/13 786/9
795/8 802/1 840/4
917/25
anything [73] 779/23
784/18 786/10 789/22
790/8 790/15 790/16
798/25 799/17 803/14
806/22 807/8 810/9
810/22 811/3 811/5
812/16 813/21 814/11
817/6 818/21 830/8
831/1 831/7 835/12
835/13 840/23 840/24
842/13 851/16 851/25
852/20 853/20 857/1
859/20 865/4 871/8
871/10 871/11 871/21
872/2 874/13 875/6
875/10 875/12 875/13
883/8 883/18 884/7
884/9 884/17 889/8

activist [10] 846/24
886/4 887/17 888/12
888/12 888/15 889/1
890/5 890/7 890/18
890/19 891/19 891/20
893/7 893/17 893/17
893/19 894/13 895/5
895/10 895/11 897/6
897/23 897/24 899/6
901/19 902/12 904/6
907/12 907/18 908/15
908/16 908/24 910/10
913/7 916/12 917/10
918/5 919/19 921/14
922/8 922/20 923/1
926/23 928/14 930/23
931/6 932/18 934/6
936/13 936/14 936/17
938/7 940/3 940/5
All right [20] 776/24
810/7 818/4 821/12
832/2 842/24 857/23
859/9 869/4 873/18
878/19 895/11 899/6
901/19 907/12 908/16
913/7 917/10 928/14
930/23
allegation [4] 791/13
832/17 901/10 913/13
allegations [4] 848/2
890/10 897/8 903/22
alleged [8] 795/18
799/11 799/14 810/24
813/9 819/13 843/17
874/25
allegedly [1] 853/14
allow [2] 851/9 937/13
allowed [2] 797/19
837/9
almost [1] 844/12
already [3] 804/9
883/17 897/8
also [23] 777/9 777/12
782/7 783/7 783/16
785/2 785/10 803/13
804/7 804/17 812/18
814/4 833/19 839/24
845/17 854/15 898/3
907/7 926/18 929/4
929/20 933/6 933/16
alternate [6] 937/20
937/21 937/25 937/25
938/12 938/13
Alternate 1 [1] 937/25
Alternate 2 [1] 937/25
alternates [4] 937/14
937/16 937/24 938/9
alternative [1] 779/13
although [2] 778/5
778/11
always [2] 813/19
819/16
am [10] 778/15 786/16
794/21 835/5 846/19
846/23 859/12 868/6
921/5 921/13
AMERICA [2] 772/3
776/9

**A**
anything... [21] 891/15
893/2 893/10 893/14
896/14 896/18 899/10
899/23 900/7 900/10
907/5 909/22 910/3
910/8 910/9 923/24
924/4 927/3 927/8
927/10 932/1
appear [3] 931/11
936/21 936/23
APPEARANCES [4]
772/13 772/19 773/17
774/20
applied [1] 890/22
apply [5] 783/9 786/8
803/8 887/25 911/17
applying [1] 790/4
appointee [2] 856/23
865/16
appreciate [8] 787/24
787/24 793/11 797/24
818/1 823/13 851/20
868/24
approach [2] 785/11
850/19
approached [3] 778/13
778/19 785/13
approved [1] 781/12
approximately [1]
781/18
are [179]
area [1] 789/19
aren't [1] 812/22
Arizona [1] 891/12
Armageddon [1] 821/1
Army [4] 805/8 805/9
805/13 874/22
around [9] 789/19
809/5 822/22 822/23
823/4 829/22 888/18
905/9 915/13
arrested [3] 892/3
892/7 919/7
arriving [1] 824/19
articles [4] 899/15
899/20 923/19 931/23
articulate [1] 840/5
as [147] 777/2 777/16
780/6 780/22 780/25
781/17 783/7 784/4
784/14 784/16 786/15
787/4 787/19 787/21
788/18 790/4 790/13
793/6 795/25 796/20
797/14 797/21 797/22
800/7 800/10 803/1
803/6 806/3 807/10
809/5 809/7 809/13
812/2 812/2 812/13
812/15 812/18 812/19
812/22 813/19 814/21
814/22 815/7 815/7
815/7 815/8 818/23
819/16 820/4 820/4
820/8 821/4 821/25
823/25 824/10 824/17
825/1 827/10 829/24

833/20 837/8 837/12
838/8 840/20 842/3
842/25 843/4 844/2
844/6 845/11 845/11
847/24 849/8 849/24
851/2 851/3 851/19
853/16 853/17 854/18
855/11 855/11 855/25
856/5 856/22 858/3
858/4 858/4 858/10
861/5 861/10 871/14
872/8 876/12 877/7
877/12 877/25 880/14
880/23 881/15 882/4
882/4 883/4 883/9
887/17 887/21 889/8
890/15 892/16 896/4
896/19 897/13 897/22
898/5 900/13 901/25
903/4 904/21 908/2
909/24 911/14 911/17
912/23 914/6 914/6
915/11 917/14 918/18
920/4 922/15 922/15
924/14 926/8 926/8
927/18 928/6 930/5
932/5 933/2 933/8
934/25 935/3 935/3
936/23
aside [25] 789/5 790/1
803/21 808/2 820/9
822/13 825/1 827/11
830/2 830/8 831/1
834/9 837/7 838/9
854/19 856/1 861/16
875/17 876/13 888/22
900/14 912/24 923/24
932/6 932/25
ask [78] 779/7 781/15
782/19 784/2 787/11
789/10 789/12 789/21
792/7 794/11 794/16
794/23 795/17 798/19
800/22 804/22 806/10
807/22 808/11 811/20
817/15 818/18 821/3
826/9 830/12 833/6
835/10 836/25 837/14
842/5 842/17 844/11
846/17 847/15 849/15
851/5 854/13 856/12
859/1 859/10 861/22
864/1 866/9 868/4
870/8 870/22 875/15
877/11 878/20 879/11
881/12 886/24 887/14
888/3 889/2 889/17
891/15 893/3 894/21
895/24 896/12 897/19
900/14 902/3 902/15
906/6 909/18 912/19
913/18 915/18 918/5
923/6 923/24 925/25
926/4 928/15 937/21
938/6
asked [54] 780/11
783/7 786/7 790/7

818/20 818/22 822/10
828/17 830/14 831/6
831/23 835/11 842/7
844/21 845/17 845/19
851/21 851/23 852/19
855/12 870/18 871/20
876/11 879/12 880/7
883/18 883/22 887/2
892/2 896/13 899/9
902/17 904/8 904/18
909/21 911/19 913/19
916/13 917/11 917/16
918/16 918/21 924/3
931/8 931/13 932/5
933/4 936/14
asking [4] 781/7
781/24 786/21 815/22
asks [21] 788/14
798/24 807/14 822/8
829/16 856/13 857/24
861/23 874/12 880/2
880/25 881/17 883/20
906/18 907/13 913/3
916/21 918/7 927/3
928/22 932/9
aspect [2] 777/24
881/18
assaults [1] 884/12
assessing [1] 928/1
assessment [1] 915/10
assist [1] 781/7
assistant [2] 829/4
829/6
associate [1] 815/14
associated [11] 800/8
810/23 811/22 815/13
819/22 872/8 880/22
911/6 924/15 924/16
924/23
ASSOCIATES [1]
773/14
association [3] 880/17
912/7 912/10
assume [3] 864/10
882/1 939/7
assumed [1] 883/17
assuming [2] 777/7
929/1
assure [1] 840/14
assured [2] 781/25
782/4
Atlanta [1] 868/9
att.net [1] 773/12
attacked [1] 875/9
attempt [1] 801/18
attempts [1] 785/3
attend [1] 932/12
attended [6] 868/8
875/2 904/10 916/21
930/19 932/9
attention [5] 808/25
809/4 820/22 886/5
888/13
attorney [6] 881/21
916/19 929/8 929/25
934/18 934/25

772/5
attorneys [2] 793/4
868/15
audit [1] 936/2
audits [7] 934/19 935/1
935/15 935/16 935/24
936/1 936/4
authority [3] 844/1
897/10 934/8
availability [1] 850/24
available [1] 780/21
Avenue [4] 773/3 773/7
774/7 775/4
avert [1] 784/22
avid [3] 792/3 833/5
866/9
avoid [7] 783/8 783/11
783/23 784/4 787/1
787/3 787/8
avoiding [1] 783/15
aware [9] 791/16 792/4
803/2 816/2 832/16
832/19 847/12 853/21
931/25
away [1] 871/3

**B**
back [18] 777/5 777/25
778/22 780/11 781/22
831/23 831/25 843/15
865/16 870/2 871/19
922/12 936/18 937/1
937/2 938/3 939/20
940/3
backfill [1] 779/11
background [1] 851/1
banter [1] 895/8
Barr [1] 882/12
Barr's [1] 882/12
BARRETT [2] 773/3
775/4
barricaded [1] 914/20
based [42] 781/15
782/6 784/15 796/21
796/24 798/6 799/23
802/5 803/1 803/6
803/20 819/20 823/25
824/4 824/10 824/10
825/1 834/9 836/11
836/25 837/1 839/21
840/22 840/22 848/6
853/5 874/24 875/15
875/24 876/7 881/12
887/18 900/22 902/1
906/3 910/15 919/9
919/10 921/14 921/17
922/10 937/16
basically [2] 903/12
905/19
basis [2] 802/21
903/14
be [259]
bear [1] 922/9
bears [1] 822/1
beat [1] 884/2
beautiful [1] 921/6
because [36] 777/12

CORNER Page 174
771/5 778/3 780/10
781/10 795/7 797/18
814/11 814/18 814/19
815/7 820/15 822/16
822/19 824/22 839/3
851/7 861/5 866/17
878/7 884/24 891/2
895/3 897/4 904/1
905/10 907/20 908/19
908/22 915/19 919/16
930/9 931/21 937/15
938/21 939/6
becoming [3] 791/15
832/18 934/18
bed [1] 871/2
been [67] 785/17
788/14 788/18 788/25
789/11 792/11 805/25
805/25 806/17 807/2
807/14 808/7 820/17
828/18 829/17 829/20
829/22 830/7 830/15
831/16 834/6 838/7
841/11 842/8 844/22
845/20 845/22 845/23
848/20 852/24 856/14
857/25 861/24 869/10
870/9 876/12 878/3
878/20 879/13 883/21
884/1 884/4 884/8
888/11 888/11 892/3
892/6 892/7 894/20
896/1 899/14 899/19
901/25 902/18 906/8
907/14 908/14 912/18
913/20 916/14 918/22
923/10 928/23 937/5
937/11 938/15 939/4
before [20] 772/9
780/20 781/4 787/21
807/2 807/24 813/22
813/22 825/11 826/21
833/24 837/22 844/17
870/7 892/7 892/14
914/8 917/12 918/17
940/1
began [1] 878/14
begin [3] 779/5 780/13
870/8
beginning [1] 828/16
being [50] 778/7 778/7
778/25 781/6 785/9
787/24 789/23 790/23
798/15 800/8 801/13
801/22 804/16 807/20
810/10 810/22 812/9
818/10 824/18 826/5
828/10 837/8 838/24
839/2 844/8 846/9
852/10 856/9 861/18
864/13 864/14 867/10
870/4 879/7 880/3
883/22 886/19 895/20
898/25 900/6 905/9
905/16 906/25 908/22
909/13 909/16 910/21
919/15 915/13 925/20
belabor [1] 930/10

946

**belief [2]** 816/11 822/19
**beliefs [9]** 804/5 804/6 811/14 815/11 825/16 872/17 876/22 898/7 925/2
**believe [32]** 778/18 791/17 792/2 800/23 820/15 821/16 821/20 825/3 832/22 832/25 833/23 834/2 835/24 836/2 837/4 838/2 842/3 846/11 848/6 848/14 849/7 865/14 867/13 880/11 900/1 904/23 912/1 920/13 927/12 930/22 932/13 932/13
**believed [1]** 839/20
**bench [1]** 862/14
**benefit [2]** 780/18 780/18
**Berwick [1]** 774/12
**besides [1]** 867/7
**best [1]** 905/14
**between [3]** 845/14 875/25 906/15
**beyond [7]** 799/9 822/2 822/19 825/6 887/23 887/25 923/18
**bias [5]** 824/17 824/22 825/18 833/1 906/3
**biased [1]** 782/5
**bicycles [1]** 884/6
**Biden [17]** 791/14 801/20 817/19 832/18 843/18 844/1 856/8 856/23 859/20 859/23 860/18 864/14 872/11 890/13 897/11 924/19 927/22
**Biden-Harris [1]** 860/18
**bifurcate [1]** 921/18
**big [1]** 800/4
**Bill [1]** 882/12
**Bill Barr's [1]** 882/12
**bit [9]** 797/7 799/21 800/24 822/8 871/2 905/2 913/5 913/8 914/15
**Black [2]** 822/25 904/15
**Black Lives Matter [2]** 822/25 904/15
**bleed [2]** 935/20 936/2
**bleed-over [2]** 935/20 936/2
**block [1]** 801/25
**book [1]** 782/14
**born [1]** 791/3
**both [10]** 778/2 781/4 793/6 798/15 818/24 818/25 835/15 873/16 873/17 936/3
**bother [5]** 817/2 817/3 823/8 823/21 847/23

**bottle [2]** 814/14 823/11
**bottom [5]** 804/23 879/12 907/13 928/15 928/18
**bounds [1]** 921/17
**box [5]** 779/14 779/18 936/24 937/1 937/4
**Bradford [3]** 774/11 774/14 776/19
**Bradford Geyer [1]** 776/19
**branch [1]** 805/6
**BRAND [1]** 774/3
**brandwoodwardlaw.c om [1]** 774/5
**breaching [1]** 854/7
**break [2]** 869/10 870/2
**bred [1]** 811/17
**briefly [1]** 873/2
**BRIGHT [3]** 773/3 773/7 776/15
**bring [4]** 777/5 841/16 939/7 939/10
**bringing [1]** 834/7
**broad [1]** 866/11
**brought [2]** 782/15 787/20
**building [15]** 774/8 788/16 801/8 801/12 807/15 829/17 829/20 836/20 836/22 855/2 858/1 858/12 870/10 880/3 921/6
**burden [8]** 822/1 822/5 824/3 825/5 865/7 903/25 915/21 928/2
**Burnie [1]** 774/18
**business [2]** 892/7 892/9
**busy [1]** 809/8

**C**

**cabinet [1]** 914/22
**cable [2]** 809/13 873/6
**Caldwell [4]** 774/16 776/12 776/21 780/8
**call [4]** 781/22 831/17 885/10 897/17
**called [11]** 810/10 831/7 831/11 831/22 833/21 848/2 871/21 884/15 889/11 912/23 924/5
**came [11]** 781/10 791/4 792/10 792/11 831/15 831/21 834/4 872/15 872/15 872/20 932/2
**campaign [1]** 865/25
**can [118]** 779/7 781/8 782/4 784/23 786/15 787/12 788/13 788/16 788/22 791/8 791/19 792/2 792/7 794/23 795/2 797/3 799/2 799/22 805/1 805/6 807/15 809/17 810/13

**Capitol Hill [3]** 877/15

**can't [7]** 884/23 884/23 891/23 907/4 909/25 913/7 913/8
**candid [1]** 934/14
**candor [2]** 823/14 864/4
**cannot [2]** 919/15 938/8
**capacities [1]** 936/3
**capacity [10]** 828/25 845/6 856/20 858/6 879/23 902/19 913/21 914/2 929/6 933/21
**Capital [1]** 885/10
**Capitol [60]** 777/23 788/15 788/15 788/16 788/18 788/19 788/25 789/3 789/4 801/23 807/15 807/15 807/20 811/2 811/4 811/4 820/4 822/17 823/5 823/6 829/17 829/17 829/19 829/20 830/1 830/3 853/24 854/4 854/7 854/9 854/11 855/2 857/25 858/1 858/6 858/12 858/24 861/11 870/9 870/10 870/15 875/4 875/9 877/12 877/15 878/14 878/21 880/3 880/3 902/19 903/3 903/22 903/23 905/9 905/15 913/20 914/11 914/20 915/13 917/18

**Capitol Hill [3]** 877/15

**captured [2]** 778/20 778/21
**care [2]** 815/24 816/17
**carry [2]** 878/22 920/20
**cars [3]** 861/12 892/19 892/20
**case [114]** 776/8 780/6 781/9 782/5 782/25 782/25 783/4 783/5 783/6 783/8 783/13 783/17 783/25 784/6 784/15 784/18 784/21 785/3 785/11 785/13 786/9 786/10 786/11 786/14 789/3 789/6 789/24 791/7 791/12 791/13 792/2 795/2 795/18 795/20 796/2 796/3 796/20 796/21 796/24 797/12 800/7 803/1 803/6 807/10 807/24 812/10 812/21 813/8 816/9 817/9 817/22 820/10 822/14 823/24 823/25 825/1 829/25 830/6 830/10 832/16 832/17 834/2 837/18 837/19 838/12 838/25 839/3 839/4 839/6 840/8 840/20 840/21 842/25 843/5 843/15 848/1 849/9 849/25 850/5 856/6 861/18 866/7 866/8 867/23 871/16 872/7 872/16 875/17 876/22 884/19 888/7 890/10 890/10 891/18 893/12 894/9 897/8 897/14 900/14 901/12 901/25 902/5 903/22 907/24 911/5 912/3 912/5 912/6 912/9 913/1 915/12 916/3 927/19 928/1
**cases [1]** 883/9
**catch [1]** 819/17
**catch-all [1]** 819/17
**category [1]** 777/20
**cause [19]** 789/23 798/5 804/4 804/12 807/9 812/9 818/5 825/16 825/22 828/6 844/8 849/15 852/1 884/18 887/19 887/24 891/17 910/20 912/13
**causes [6]** 847/1 847/2 847/3 847/23 848/7 848/14
**caution [1]** 778/15
**cell [1]** 819/3
**center [1]** 870/13
**Centers [1]** 857/14
**certain [10]** 826/15 847/1 847/4 847/22 847/23 848/15 851/23 858/5 860/14 935/7

**only [4]** 778/12 847/23 880/12 912/3
**Certified [1]** 775/3
**certify [2]** 941/2 942/2
**CH [1]** 775/4
**challenge [2]** 827/19 827/21
**challenges [2]** 879/7 879/9
**chance [1]** 864/18
**channels [1]** 873/8
**charge [12]** 795/20 796/3 801/17 813/12 843/20 844/3 887/19 890/14 890/16 897/12 911/6 911/9
**charged [5]** 801/18 843/16 843/24 892/4 892/16
**charges [20]** 800/14 800/15 800/19 800/20 801/1 801/3 801/13 801/14 801/17 803/16 817/16 817/20 824/4 825/6 872/7 872/9 872/13 890/9 901/22 911/5
**child [4]** 777/6 777/13 777/20 926/13
**choice [2]** 787/1 820/2
**choose [1]** 787/2
**choppers [1]** 823/1
**chosen [1]** 839/9
**Cinnaminson [1]** 774/13
**circumstances [5]** 795/9 795/10 795/12 795/13 797/17
**citizens [1]** 780/25
**Citizenship [1]** 879/19
**city [5]** 808/20 861/7 861/13 878/13 894/4
**Civil [1]** 930/7
**clarification [1]** 779/7
**clear [9]** 801/5 802/8 802/10 825/16 836/20 859/19 887/5 920/1 926/24
**clearly [2]** 804/5 837/25
**clerk [1]** 845/11
**clients [2]** 864/23 865/4
**close [27]** 804/24 805/13 828/18 844/21 844/23 845/23 856/14 861/1 861/6 861/23 879/13 881/18 883/20 890/21 892/3 902/18 904/9 905/5 907/14 913/19 916/13 917/20 918/7 918/22 926/8 928/22 930/18
**closer [1]** 808/25
**CNN [1]** 853/3
**coaching [1]** 885/13
**Colbert [2]** 881/8 881/9
**colleagues [3]** 858/17

**colleagues...** [2] 903/3
903/10
**collectively** [1] 814/11
**college** [4] 845/10
868/4 868/7 868/8
**COLUMBIA** [10] 772/1
776/3 790/25 832/12
834/4 834/6 846/22
849/1 892/12 894/6
**come** [24] 777/7
780/11 784/5 784/21
800/25 802/5 804/8
815/6 819/2 823/1
831/23 831/25 870/2
876/7 894/14 895/14
902/4 904/19 907/20
908/7 915/20 915/24
918/18 922/17
**comes** [4] 813/3 816/5
830/20 830/20
**comfortable** [9] 794/5
798/14 804/20 828/13
842/1 852/12 862/5
886/21 895/22
**coming** [24] 784/8
788/9 794/8 798/16
804/17 818/11 818/11
821/18 825/10 826/6
828/11 835/7 835/25
842/2 855/5 861/13
874/7 886/11 893/23
898/2 905/11 909/16
923/4 937/5
**comment** [1] 783/22
**commentary** [5]
784/21 881/14 906/25
913/14 932/22
**comments** [1] 833/17
**Commission** [1]
829/12
**commissioner** [3]
851/2 851/6 851/24
**commissioners** [1]
851/11
**committed** [1] 910/16
**committee** [7] 881/1
902/23 906/20 907/8
913/4 932/11 933/1
**common** [1] 862/3
**communicate** [4]
782/24 785/3 786/8
815/15
**communication** [1]
836/22
**communications** [2]
829/12 894/2
**community** [4] 822/20
847/19 847/22 849/4
**company** [5] 860/10
860/15 867/15 867/17
867/18
**complete** [5] 781/13
798/16 818/12 874/7
909/17
**completed** [2] 781/11
781/19
**completing** [10]

826/7 828/11 852/11
870/5 886/20 895/21
899/2
**compliance** [1] 934/19
**compulsively** [1]
931/24
**computer** [1] 775/7
**computer-aided** [1]
775/7
**conceded** [1] 825/19
**concern** [8] 838/21
850/25 851/13 861/1
905/4 905/23 916/8
917/19
**concerned** [12] 812/3
820/25 842/22 843/11
847/1 847/22 851/7
867/22 867/23 868/1
904/25 916/3
**concerning** [1] 794/25
**concerns** [17] 814/17
838/24 839/2 839/8
839/25 840/2 840/3
840/4 840/6 840/16
840/18 841/15 849/21
850/3 850/7 851/19
867/5
**concert** [1] 786/25
**conclude** [3] 819/23
822/4 925/1
**concluded** [2] 786/4
940/8
**conclusion** [9] 800/25
802/5 804/8 821/18
824/20 855/5 902/4
915/21 915/25
**conclusions** [1] 876/7
**conditioners** [1]
851/13
**conditions** [1] 858/19
**conduct** [1] 935/4
**conducts** [1] 812/18
**conference** [1] 862/14
**confess** [1] 909/25
**confirm** [9] 790/9
831/8 842/11 844/20
871/23 889/9 896/16
924/7 938/8
**confrontations** [2]
875/25 876/2
**confused** [1] 934/23
**confusions** [1] 831/16
**Congress** [5] 784/8
858/8 864/18 903/12
904/2
**congressional** [8]
786/12 809/16 858/8
858/17 858/18 858/25
859/14 881/15
**connection** [3] 778/2
867/10 891/14
**consider** [12] 784/17
789/12 808/11 847/24
866/3 870/22 876/6
901/24 904/3 906/1
912/19 923/11
**considered** [1] 781/6

903/5
**considers** [1] 906/10
**conspiracy** [1] 801/17
**conspired** [3] 791/14
817/16 832/17
**Constitution** [1] 775/4
**consultant** [1] 885/11
**consume** [1] 855/20
**consumed** [3] 822/11
870/19 888/5
**consumer** [1] 855/18
**contact** [3] 777/4
777/10 777/19
**contested** [1] 800/3
**contesting** [1] 799/6
**context** [1] 852/25
929/16 930/7
**continue** [3] 777/4
786/8 836/8
**CONTINUED** [3] 773/1
774/1 775/1
**continues** [1] 783/9
**contracting** [1] 867/25
**contracts** [2] 867/19
895/6
**contrary** [1] 821/14
**control** [1] 898/8
**conversations** [5]
864/18 871/24 883/3
889/10 924/8
**convicted** [2] 892/4
893/4
**conviction** [1] 837/23
**coordinated** [2] 799/14
836/19
**cordon** [1] 879/5
**correct** [40] 788/6
792/9 793/8 796/17
802/12 802/19 802/20
806/12 812/23 816/1
816/4 816/14 816/18
816/19 818/14 823/21
833/24 833/25 839/17
846/14 846/15 848/3
848/14 864/8 864/9
864/15 865/8 867/11
867/15 868/5 868/13
868/14 868/16 887/20
899/5 914/7 928/20
939/21 941/3 942/3
**could** [93] 778/8
784/25 787/7 789/8
794/16 796/25 797/14
797/16 800/10 800/13
800/16 800/18 801/3
808/1 808/3 812/11
813/11 817/21 818/17
818/18 820/14 821/11
825/20 826/9 831/22
832/22 833/6 834/8
834/11 838/4 838/18
838/23 839/9 839/16
840/5 842/5 844/2
846/17 847/5 849/8
855/9 856/9 861/8
861/12 861/20 867/24
870/8 871/16 871/23

876/18 879/11 880/7
880/15 885/7 885/16
886/24 887/14 887/23
888/3 893/24 895/24
896/3 901/16 902/15
908/15 908/17 908/20
909/18 912/5 912/5
912/24 913/2 913/18
915/14 918/5 919/16
923/6 925/25 926/8
927/2 927/25 928/15
930/7 930/10 930/20
932/7 932/25 934/13
935/1 938/25
**couldn't** [4] 791/20
882/23 884/4 920/13
**counsel** [9] 790/18
802/14 869/18 897/25
909/1 919/20 925/6
933/11 936/13
**counseling** [1] 915/1
**count** [2] 901/10 903/9
**country** [5] 808/20
815/10 816/3 855/23
857/16
**couple** [4] 785/17
825/11 884/2 922/10
**course** [8] 843/15
843/23 862/12 872/16
876/21 889/18 910/25
920/24
**court** [27] 772/1 775/2
775/3 776/3 785/4
785/14 803/1 803/21
805/19 805/21 805/22
805/23 806/3 807/5
807/9 816/7 837/6
837/8 840/22 863/20
882/18 882/18 883/2
883/16 889/3 940/7
**Court's** [3] 850/18
901/17 906/14
**courthouse** [8] 785/8
785/20 785/22 786/7
786/17 807/2 807/2
807/4
**courtroom** [40] 776/22
780/2 781/20 781/21
781/22 782/16 784/23
785/4 785/14 785/23
786/1 786/15 787/6
787/20 793/20 798/2
803/7 803/10 804/2
818/2 824/1 824/5
824/22 825/12 828/3
834/22 839/22 841/8
850/23 869/6 873/22
886/6 886/11 895/12
898/17 909/7 922/3
925/11 936/11 936/25
**courts** [1] 780/25
**cover** [1] 783/21
**coverage** [24] 783/8
784/11 791/6 808/6
808/9 808/10 808/23
808/25 809/22 809/24

809/25 810/2 822/8
841/11 842/8 842/10
846/12 846/13 853/3
855/22 888/5 896/1
896/3 931/14
**COVID** [4] 787/3 787/7
787/9 878/3
**COVID-related** [1]
787/9
**CR** [1] 772/4
**crime** [17] 845/20
845/20 845/22 845/22
845/23 861/24 862/3
883/21 883/23 884/4
884/9 884/12 892/4
907/15 908/7 908/8
918/23
**crimes** [1] 892/16
**criminal** [18] 776/8
807/24 807/25 830/6
837/15 837/19 857/20
882/3 893/11 918/18
930/5 930/6 933/7
934/7 934/7 935/8
935/14 935/25
**Crisp** [3] 773/14
773/14 776/20
**crisplegal.com** [1]
773/16
**critical** [2] 780/23
786/13
**cross** [1] 804/10
**cross-examination** [1]
804/10
**crowd** [1] 917/5
**CRR** [4] 941/2 941/8
942/2 942/8
**current** [2] 808/19
808/19
**currently** [2] 867/13
907/19

**D**

**D.C** [24] 772/5 772/16
774/4 774/9 775/5
791/4 822/16 837/13
845/18 849/4 858/4
861/7 861/13 865/20
882/18 888/11 891/2
894/6 894/14 895/5
904/15 908/14 917/4
919/1
**daily** [2] 855/23 903/14
**Dallas** [2] 773/4 773/8
**data** [2] 885/14 885/20
**Date** [2] 941/7 942/7
**daughter** [1] 882/13
**David** [2] 774/16
776/21
**David Fischer** [1]
776/21
**day** [48] 772/7 778/2
778/4 778/12 778/14
782/9 811/5 819/18
820/17 822/12 824/23
826/14 826/18 831/19
832/10 836/13 843/1
854/1 854/15 855/19

day... [28] 858/15
858/16 861/6 861/15
861/17 865/4 870/24
871/14 871/14 877/17
878/22 883/10 883/11
896/5 905/17 905/23
905/24 912/25 914/14
915/1 915/13 918/2
920/1 920/15 920/21
923/13 926/9 931/22
days [2] 785/17 825/11
dealing [1] 892/19
decades [1] 858/4
December [2] 859/24
860/7
decide [16] 784/14
796/21 796/24 802/25
803/6 803/14 803/14
803/19 816/9 823/25
824/2 825/1 834/9
840/21 849/9 921/17
decided [1] 920/20
decision [4] 780/25
916/9 916/11 921/9
decision-makers [1]
780/25
decision-making [1]
921/9
deeply [2] 825/16
848/14
defendant [30] 773/2
773/13 774/2 774/11
774/15 776/9 776/10
776/10 776/11 776/12
776/16 776/18 776/19
776/20 776/21 817/9
837/19 837/25 839/20
880/16 880/18 880/22
880/23 912/6 912/9
912/11 912/14 912/15
916/2 916/2
Defendant 10 [1]
776/12
Defendant 3 [1] 776/10
Defendant 4 [1] 776/11
Defendant Caldwell [1]
776/21
Defendant Harrelson
[1] 776/19
Defendant Meggs [1]
776/18
Defendant No. 2 [1]
776/10
Defendant Rhodes [1]
776/16
Defendant Watkins [1]
776/20
defendants [59] 772/7
776/22 789/24 790/3
791/14 791/21 792/1
795/18 796/1 797/12
797/15 800/7 803/15
803/20 811/21 813/8
816/7 817/16 821/6
821/8 824/4 825/5
832/17 832/23 833/5
834/3 834/10 837/3

843/16 843/24 844/7
847/10 855/9 856/6
866/8 872/7 872/16
876/19 876/22 890/11
897/9 897/20 898/3
902/5 904/20 910/25
911/6 911/14 912/6
915/12 917/12 924/16
927/19 927/23 928/5
931/2
defense [15] 823/6
829/3 845/9 882/4
885/3 893/20 897/25
909/1 916/18 918/19
919/20 925/6 933/8
933/11 937/6
Defense Department
[1] 916/18
define [1] 935/10
definitely [1] 901/23
definition [1] 820/4
defrauded [1] 893/8
delay [1] 787/7
delays [1] 787/9
deliberating [1] 938/14
delicately [1] 851/4
democracy [1] 780/24
Democratic [1] 867/11
demonstration [2]
904/11 930/19
demonstrations [1]
916/22
demoted [1] 894/20
department [27] 829/3
845/9 845/11 854/10
856/22 858/7 865/21
884/14 891/3 891/6
891/9 891/11 892/23
908/4 908/6 908/11
916/18 919/5 919/11
929/12 929/13 929/17
933/18 933/24 934/20
935/3 935/11
depends [3] 797/17
797/18 894/21
Deputy [5] 781/20
784/23 785/4 785/14
786/1
describe [3] 792/12
792/13 896/3
described [3] 778/25
821/15 821/19
describing [1] 825/18
designed [2] 789/10
808/6
desire [2] 782/1 782/1
despite [2] 779/2
785/12
destroyed [1] 921/7
destruction [2] 921/1
921/5
detail [3] 902/22
934/13 935/1
detailed [1] 921/13
details [1] 888/19
determine [2] 789/10
887/18

devices [3] 782/18
782/19 782/22
did [59] 777/3 777/7
777/10 777/12 778/7
780/15 805/10 805/17
806/1 809/23 815/25
829/1 829/7 829/13
831/24 836/13 836/17
837/21 841/12 844/13
845/13 853/14 856/25
857/7 857/20 858/11
859/20 860/25 864/10
865/4 865/4 868/7
875/13 877/12 877/25
886/12 893/4 902/14
905/4 913/8 913/11
919/2 919/3 919/4
919/7 920/4 920/6
920/7 922/5 932/12
933/16 934/11 935/4
935/8 935/11 935/16
935/19 935/20 935/24
did you [10] 805/10
857/20 919/2 919/4
922/5 933/16 934/11
935/4 935/11 935/20
didn't [19] 778/14
780/10 795/2 795/3
795/4 844/15 845/9
851/5 851/15 855/1
864/7 865/7 870/25
887/8 887/10 888/13
888/19 932/18 932/19
differences [1] 877/1
different [34] 781/5
781/5 781/21 802/5
804/8 812/8 812/19
815/9 819/4 821/3
821/18 822/23 837/15
837/19 840/13 855/6
872/17 876/7 876/23
878/10 885/15 887/4
889/19 891/20 895/5
897/21 902/5 904/20
904/24 911/2 917/13
925/2 928/5 931/3
difficult [21] 795/1
800/24 802/4 802/7
804/7 835/14 835/18
837/12 854/2 854/16
854/18 854/22 855/22
866/12 875/16 890/18
890/19 915/11 915/20
928/6 937/16
difficulty [19] 789/23
807/10 812/9 814/16
814/16 821/18 822/3
831/3 844/8 844/13
856/9 883/14 890/15
900/17 900/20 903/24
904/1 910/21 911/9
direct [1] 909/20
direction [2] 785/8
785/22
directly [1] 937/3
disabled [2] 805/2
805/4

discern [1] 867/2
discuss [3] 840/10
860/19 860/22
discussed [1] 786/6
discussing [1] 922/7
discussion [1] 855/20
discussions [2] 815/19
888/18
dismissed [2] 783/24
784/9
disparities [2] 847/7
848/16
displays [1] 822/23
disposition [1] 825/19
disqualify [1] 851/16
disrupt [2] 787/4
836/22
DISTRICT [24] 772/1
772/1 772/10 776/3
776/3 790/25 805/19
805/22 805/23 806/3
832/12 834/4 834/6
846/18 846/22 849/1
879/8 884/5 892/11
905/11 905/14 905/14
907/16 907/18
District Court [3]
805/19 805/23 806/3
do [203]
do so [1] 841/2
do you [11] 789/12
810/8 810/21 853/13
866/3 879/22 903/2
906/24 913/13 921/3
927/10
do you believe [2]
832/22 832/25
do you have [27]
792/22 794/12 794/12
794/24 802/21 811/8
813/14 813/16 833/7
833/11 838/21 849/18
850/3 850/7 854/4
855/8 874/24 874/25
881/13 894/7 896/21
898/7 908/10 915/16
916/8 924/11 927/15
do you know [5] 872/2
882/10 882/17 891/10
892/22
do you remember [3]
810/9 810/18 932/22
do you think [3]
888/23 900/17 905/22
documentary [1]
836/18
DoE [1] 933/17
does [21] 779/8 803/11
803/17 803/18 817/6
824/7 867/18 867/20
877/9 881/23 883/5
901/12 930/2 930/3
930/10 930/13 930/14
935/18 935/19 935/25
936/1
doesn't [7] 779/23
817/2 817/3 823/8

doing [29] 783/6
788/11 794/5 798/14
804/20 820/12 828/13
829/7 831/4 842/1
856/3 858/24 859/16
865/5 865/6 869/21
869/22 873/4 886/22
887/9 888/24 889/1
895/22 900/11 900/18
900/20 924/1 924/17
927/16
doing that [1] 900/18
don't [112] 778/23
789/25 790/15 790/16
792/25 793/4 793/4
796/11 801/2 805/24
806/4 807/19 809/12
809/13 811/12 811/13
812/1 812/6 812/7
812/14 812/14 812/15
812/18 813/18 813/20
813/21 814/6 814/11
814/18 815/8 815/10
815/14 815/19 815/24
816/21 816/22 816/24
817/23 819/14 820/15
826/15 826/22 826/22
827/18 834/13 835/24
836/2 848/22 850/1
853/7 853/9 854/2
854/21 858/14 863/22
864/23 868/12 868/13
868/15 869/10 874/16
875/10 875/12 875/20
878/15 880/14 880/19
882/19 884/8 885/7
889/22 889/24 890/6
890/25 893/5 893/13
894/13 894/22 895/3
896/9 897/21 900/19
901/8 901/15 903/6
907/25 910/11 910/23
912/1 912/3 913/16
915/17 915/23 918/20
919/12 921/4 921/6
923/21 927/13 927/24
928/7 928/11 928/12
930/9 930/24 931/10
934/13 934/16 934/16
Donald [12] 792/4
792/13 833/5 833/8
833/12 847/11 847/16
866/9 866/10 866/14
897/2 897/5
Donald Trump [11]
792/4 792/13 833/5
833/8 833/12 847/11
847/16 866/9 866/10
897/2 897/5
done [12] 779/23
799/12 810/24 819/13
837/22 843/17 846/4
849/3 875/1 937/13
939/6 939/18
door [2] 914/23 914/24
doubt [5] 822/2 825/6

**doubt...** [3] 855/8 887/23 887/25
**doubts** [3] 813/14 813/15 813/16
**Douyon** [21] 786/1 793/20 798/2 804/2 818/2 825/12 828/2 834/21 841/7 850/22 869/6 873/22 886/5 895/12 898/16 909/6 922/2 925/11 936/10 937/11 939/3
**down** [9] 795/6 807/4 822/17 823/1 826/16 826/18 861/13 889/4 908/8
**Downtown** [2] 861/7 861/13
**Downtown D.C** [1] 861/13
**drive** [3] 774/12 822/17 907/21
**drive-by** [1] 907/21
**during** [20] 782/12 782/22 784/20 785/2 785/6 785/11 786/18 810/9 810/13 811/21 843/14 872/16 880/9 880/15 881/15 889/18 910/24 913/15 920/24 938/9
**duty** [3] 781/1 784/3 826/21

**E**

**each** [7] 780/21 781/15 781/22 785/19 787/11 824/3 937/8
**earlier** [11] 777/7 786/6 786/7 787/19 812/13 823/24 855/12 876/11 904/18 923/4 931/2
**ears** [1] 784/22
**Edmund** [1] 774/2
**Education** [4] 934/20 934/21 935/4 935/11
**Edward** [3] 773/10 776/12 776/16
**Edward Tarpley** [1] 776/16
**edwardtarpley** [1] 773/12
**effect** [2] 893/15 919/24
**effort** [1] 820/3
**efforts** [3] 813/9 829/14 836/20
**eight** [2] 806/14 845/14
**either** [12] 790/10 800/8 857/5 871/13 882/3 908/10 912/1 912/13 917/17 918/18 933/8 937/3
**election** [7] 799/6 800/2 801/25 819/11 820/2 822/22 917/2
**elections** [1] 836/9

**ELMER** [3] 772/6 773/2 776/9
**Elmer Stewart Rhodes III** [1] 776/9
**else** [14] 805/13 811/5 840/23 878/9 882/18 883/8 884/6 892/19 900/7 900/10 917/25 918/13 926/14 932/1
**elsewhere** [1] 892/12
**email** [11] 772/17 772/18 773/5 773/9 773/12 773/16 774/5 774/10 774/14 774/19 783/2
**embarrass** [1] 782/2
**embody** [1] 866/18
**emotional** [2] 920/10 921/19
**emotions** [4] 861/17 878/22 905/17 905/23
**Empire** [1] 774/17
**employed** [12] 804/25 828/18 828/20 828/22 844/22 856/14 879/14 902/18 913/20 916/14 928/23 929/20
**employee** [4] 845/5 845/5 885/13 916/18
**employees** [1] 854/10
**employment** [5] 805/14 860/7 890/22 930/13 930/14
**enabled** [1] 782/17
**enacting** [1] 905/12
**ended** [1] 839/15
**energy** [3] 933/18 933/25 934/22
**enforce** [2] 857/17 930/4
**enforcement** [21] 778/13 778/19 823/1 829/14 856/25 857/1 857/1 857/3 857/4 857/12 857/21 879/23 884/23 884/24 890/23 890/23 891/16 891/23 919/15 919/16 929/17
**enforces** [1] 930/3
**engage** [1] 820/3
**enjoyed** [1] 895/8
**enjoying** [1] 922/15
**enough** [7] 778/12 779/1 821/2 838/1 876/6 923/22 926/21
**ensuring** [1] 786/13 914/7
**enter** [2] 836/20 861/7
**entered** [1] 780/2
**entering** [2] 836/21 861/12
**entire** [1] 785/1
**entitled** [1] 816/12
**error** [1] 887/6
**escort** [8] 781/20 787/19 793/20 825/12 828/2 834/21 869/6

**especially** [1] 921/5
**espouse** [1] 836/2
**espouses** [1] 835/24
**essentially** [1] 820/3
**ET** [1] 772/6
**evaluate** [1] 816/6 875/17 927/25
**evaluating** [1] 813/1
**even** [19] 783/10 796/7 806/4 807/19 807/19 813/7 813/22 816/23 817/1 822/17 825/19 827/9 864/13 864/24 896/17 906/14 913/9 920/19 931/11
**event** [11] 778/24 808/19 841/16 852/25 853/11 855/20 855/21 855/21 900/2 915/4 915/6
**events** [48] 778/2 778/12 779/1 783/13 783/22 784/8 789/11 789/13 791/9 808/7 808/13 808/19 819/15 819/18 820/17 822/12 823/20 825/17 830/15 831/2 836/15 837/11 842/8 842/12 842/14 842/25 846/13 854/3 854/15 855/16 861/15 864/19 870/20 870/23 888/9 891/14 896/1 896/5 905/1 905/10 906/12 911/21 912/25 914/14 915/1 923/10 923/12 923/19
**ever** [34] 788/14 790/7 790/9 807/14 812/15 828/18 829/16 833/7 844/22 844/24 847/15 848/25 856/14 857/25 861/24 866/21 879/13 881/18 883/21 889/7 889/11 890/22 892/3 902/18 907/14 908/3 913/20 916/14 917/3 918/8 918/22 924/9 928/23 934/3
**every** [3] 855/19 883/11 908/13
**everybody** [8] 791/23 791/24 814/12 821/22 897/15 936/16 936/18 940/3
**everyone** [10] 776/6 776/24 780/3 786/15 816/12 869/12 869/16 876/25 884/6 889/3
**everything** [4] 826/21 829/25 917/8 929/22
**evidence** [76] 782/6 784/15 789/3 789/6 790/4 792/1 793/10 795/18 796/1 797/11 797/13 801/5 802/6 802/8 802/10 803/21

**evaluate** 813/7 816/6 817/8
**explicit** [1] 785/21
**exposed** [12] 789/10 789/11 808/7 830/15 838/7 841/11 842/8 876/12 896/1 906/9 912/18 923/10
**exposed to** [1] 906/9
**exposure** [3] 911/20 913/4 931/14
**expressed** [8] 804/5 814/17 821/10 833/7 847/15 866/21 867/1 867/6
**expressing** [2] 824/16 851/13
**extend** [1] 780/20
**extent** [2] 899/22 906/19
**extra** [1] 937/10
**extreme** [1] 823/2
**extremest** [1] 800/1
**eyes** [1] 784/22

**F**

**Facebook** [1] 783/4
**fact** [15] 783/18 806/23 807/8 809/13 811/3 812/25 819/9 825/18 875/21 880/21 901/13 903/21 906/13 912/9 921/14
**fact-based** [1] 921/14
**faction** [1] 875/8
**facts** [12] 796/25 803/1 803/6 821/20 821/21 823/25 824/10 824/14 824/19 825/1 825/20 843/7
**fair** [70] 778/7 778/9 781/8 786/14 789/16 789/23 790/3 791/20 791/23 791/24 793/7 795/1 797/14 797/16 800/10 808/16 808/24 809/6 811/25 812/10 817/21 817/24 818/23 821/2 821/6 821/7 821/13 830/19 832/23 835/15 835/18 836/9 837/3 837/10 837/18 838/7 838/8 839/16 843/5 843/11 844/8 849/8 855/9 856/9 861/18 868/19 872/12 872/18 872/22 876/18 876/24 877/7 879/2 888/14 889/20 890/5 890/15 893/12 897/3 897/13 901/20 902/7 902/9 910/21 911/9 921/18 926/3 927/23 931/4 938/16
**fairest** [1] 782/3
**fairly** [7] 813/2 817/22 827/4 843/19 844/2 875/17 915/4
**fairness** [1] 917/14

**evident** [1] 838/7
**ex** [9] 799/16 799/16 805/15 805/16 806/23 807/1 807/8 813/19 813/22
**ex-military** [1] 799/16
**ex-police** [1] 799/16
**ex-president** [2] 813/19 813/22
**ex-wife** [5] 805/15 805/16 806/23 807/1 807/8
**exact** [1] 853/7
**exactly** [5] 805/24 878/8 879/10 883/1 927/14
**examination** [1] 804/10
**example** [6] 783/16 810/23 844/21 855/1 916/2 926/10
**except** [1] 786/16
**exception** [1] 786/19
**exchange** [1] 937/8
**excited** [1] 792/14
**exciting** [1] 792/15
**excuse** [2] 852/15 912/14
**excused** [4] 786/3 786/5 804/12 939/19
**exhibits** [1] 788/19
**existing** [1] 921/16
**expect** [5] 791/9 850/1 854/14 912/4 931/10
**expectation** [1] 785/15
**expectation** 785/18 789/2 795/25 926/5
**experience** [7] 893/11 903/2 915/3 915/20 915/24 919/9 919/11
**experienced** [2] 824/23 915/10
**experiences** [2] 903/19 907/22
**explain** [4] 816/21 826/16 839/5 894/25

**ebody** [1] 840/19
**evidence-based** [1] 906/3
**evidence** [1] 838/7

**explained** [1] 840/19

**expect** 813/7 816/6 817/8 817/9 817/13 817/22 820/10 821/14 822/14 826/23 827/3 829/25 830/2 833/4 833/21 834/2 834/9 838/1 838/3 838/11 839/21 844/3 847/10 849/9 849/25 850/2 850/8 854/19 855/1 856/1 865/3 866/7 866/8 871/15 875/17 876/2 876/3 876/7 876/14 880/16 887/18 894/9 897/17 901/18 901/25 902/1 903/24 904/4 906/2 906/3 907/11 911/16 911/17 912/5 912/25 927/25 928/1

950

# F

fall [1] 903/25
familiar [5] 781/4
781/14 782/7 801/13
810/15
family [38] 783/3
804/24 815/3 815/8
815/9 828/18 828/20
833/11 839/7 839/8
840/1 844/22 844/24
845/22 856/14 861/1
861/23 877/19 878/9
879/13 881/18 883/21
890/22 892/3 897/5
902/18 904/9 905/5
907/14 913/20 916/14
917/16 917/20 918/7
918/22 928/23 930/19
933/5
far [10] 777/14 777/15
797/21 799/5 812/2
815/7 815/8 910/11
914/6 935/3
far-right [2] 799/5
910/11
Faruqui [2] 882/25
883/3
father [3] 877/9 893/3
893/10
favor [2] 907/23 919/10
FBI [2] 777/24 778/4
FDA [1] 856/25
fear [1] 905/23
feature [1] 780/24
federal [25] 804/25
805/14 828/19 828/21
828/23 829/11 844/22
844/24 845/6 856/15
856/17 856/19 860/22
860/23 879/14 879/17
885/13 916/15 928/23
929/2 929/5 929/7
929/20 933/22 934/4
Federal Government
[2] 879/17 916/15
feed [1] 937/23
feeds [1] 819/2
feel [30] 781/14 782/7
782/13 782/17 788/7
794/4 795/7 795/7
796/5 797/21 798/13
800/9 801/20 804/19
811/16 818/15 826/3
828/12 828/12 835/6
841/25 848/14 852/12
874/8 886/21 895/21
899/3 920/7 923/1
925/20
feeling [2] 795/16
824/16
feelings [9] 778/6
794/25 796/16 797/1
824/6 834/8 840/23
840/24 849/18
feels [1] 820/20
felt [6] 778/1 822/21
824/11 860/19 905/23
905/24

few [10] 777/2 790/24
826/6 844/20 864/2
864/5 865/13 893/21
909/16 936/17
fiction [1] 800/2
field [5] 870/14 881/19
895/1 918/8 933/5
fights [1] 884/1
figure [2] 888/4 923/9
figured [1] 875/21
filing [1] 914/22
fill [3] 831/15 923/4
937/7
filled [1] 906/15
filling [4] 790/22 832/9
846/10 864/4
final [1] 936/15
Finally [1] 786/15
find [6] 817/11 825/7
854/2 865/6 890/17
890/19
fine [9] 790/17 794/1
807/21 828/9 852/5
875/20 893/6 893/7
922/22
finish [3] 785/16
785/18 926/10
firearm [2] 796/6
894/14
firearms [24] 794/25
794/25 795/7 795/8
795/19 795/20 796/2
796/4 796/17 797/9
797/12 797/13 797/18
798/6 834/5 834/5
834/7 850/5 850/9
850/13 894/8 894/8
894/10 898/4
fires [1] 820/21
first [30] 779/14 786/23
787/23 790/22 798/15
798/20 809/8 809/23
826/5 832/9 835/10
841/15 842/2 846/9
852/10 852/15 857/13
862/2 864/2 886/24
895/24 907/18 936/24
936/25 938/9 938/12
938/13 938/17 939/12
939/24
Fischer [12] 774/16
774/16 776/21 790/19
793/14 832/5 832/6
834/16 846/3 849/13
868/25 872/25
fischerandputzi [1]
774/19
five [6] 788/24 803/15
803/20 904/10 916/23
930/20
floor [1] 914/8
Florida [2] 791/4 905/7
Floyd [1] 904/14

focus [10] 789/6
794/23 820/10 838/11
854/19 856/1 871/15
876/13 912/25 920/22
focused [1] 930/15
focusing [2] 790/3
822/13
follow [27] 783/21
790/18 793/8 793/9
797/1 808/2 813/21
826/18 827/14 827/16
827/19 827/20 835/20
846/3 872/24 891/24
893/19 894/22 897/24
901/17 908/20 908/25
919/17 919/20 921/14
925/6 933/11
follow-up [9] 790/18
846/3 872/24 893/19
897/24 908/25 919/20
925/6 933/11
followed [4] 826/13
881/3 906/19 913/6
followers [1] 783/3
following [9] 785/9
786/12 830/2 830/9
855/21 884/25 896/12
896/13 906/13
follows [1] 781/17
footage [1] 920/25
forbidden [1] 784/17
force [3] 800/3 843/25
872/11
foregoing [2] 941/3
942/3
foremost [3] 798/15
826/5 842/2
forget [1] 904/14
forgive [2] 822/10
917/11
forgotten [1] 937/19
forgotten it [1] 937/19
form [4] 784/11 790/23
846/10 864/4
formed [3] 820/7 820/9
854/16
former [22] 792/3
792/18 792/23 801/19
811/23 811/24 812/14
812/17 815/4 815/24
844/7 845/4 847/11
856/6 872/21 877/5
890/4 897/1 902/11
916/17 924/24 935/3
FormerFeds [1] 774/12
formerfedsgroup.com
[1] 774/14
forms [1] 832/10
forward [2] 837/8
922/17
fought [1] 848/8
found [1] 825/4
four [3] 788/24 891/9
902/25
Fox [5] 873/11 873/12
873/13 873/14 873/15
Fox News [2] 873/11

frankly [1] 922/11
fraud [1] 892/19
free [18] 782/13 782/17
788/7 794/4 798/13
804/19 818/15 826/3
828/12 835/6 838/1
841/25 874/8 886/21
895/21 899/3 923/1
925/21
friend [25] 783/3
792/10 792/17 828/18
844/21 856/14 861/1
861/23 879/13 881/18
883/20 890/21 891/2
891/5 892/3 902/18
904/9 905/14 907/14
913/19 916/13 917/20
918/22 928/23 930/18
friends [19] 790/10
804/24 815/3 815/12
828/20 833/11 844/23
844/24 845/23 858/15
882/2 897/4 903/3
903/9 905/5 905/15
917/17 918/7 933/4
friendship [1] 891/16
frightened [1] 905/10
front [17] 773/15
788/12 794/10 794/11
794/13 798/18 804/21
818/18 826/8 835/9
842/4 886/23 895/23
909/18 914/23 923/5
925/24
full [1] 932/18
fully [3] 783/24 801/2
916/10
fundamental [1]
780/24
funny [1] 895/3
further [10] 778/10
785/24 786/3 793/16
817/14 834/13 849/12
885/21 894/16 925/12

# G

gallery [3] 779/15
939/14 939/16
game [1] 938/16
GAO [2] 903/15 906/2
gathered [4] 901/6
901/6 901/8 901/9
gathering [1] 901/4
gatherings [2] 900/4
900/6
gave [1] 780/17
general [7] 791/13
799/9 799/9 933/22
934/4 934/25 935/7
generalities [1] 864/7
generally [2] 832/16
885/8 893/24
gentleman [1] 870/2
gentlemen [3] 780/4
785/15 787/18
George [1] 904/14
George Floyd [1]

Georgia [1] 892/13
get [26] 776/25 777/14
778/19 778/25 780/11
780/20 783/5 787/23
808/6 814/19 830/14
861/7 870/19 873/5
895/25 906/7 912/18
919/7 922/12 931/10
936/16 936/18 937/10
937/13 938/13 938/22
gets [1] 914/8
Geyer [2] 774/11
776/19
give [10] 793/5 813/1
855/14 868/22 881/2
908/18 908/21 926/21
935/1 935/20
given [21] 778/10
785/21 800/9 800/22
820/12 821/8 821/9
821/9 822/11 841/10
854/17 857/9 858/19
862/3 884/23 891/23
903/17 903/21 903/21
919/15 921/15
Glen [1] 774/18
global [1] 819/17
gmail.com [1] 773/9
go [13] 780/16 796/15
839/14 840/12 868/7
879/5 879/5 885/15
894/14 905/3 926/9
926/21 938/22
Go ahead [2] 796/15
839/14
goal [1] 869/11
going [34] 778/16
779/8 779/10 779/19
779/21 783/22 784/2
786/24 802/24 803/5
804/22 808/23 814/19
820/19 833/4 833/20
833/20 845/24 864/1
866/7 869/10 877/20
877/21 880/12 886/10
898/17 917/8 920/18
921/14 937/7 937/18
938/7 938/22 939/8
gone [3] 777/25 781/3
841/13
good [58] 776/5 776/7
776/24 780/4 788/3
788/4 790/20 790/21
793/25 798/9 798/10
804/14 804/15 815/1
815/2 816/2 823/18
823/19 825/24 825/25
828/8 832/7 832/8
836/18 841/19 841/20
841/21 846/7 846/8
852/6 863/24 864/1
865/11 865/12 869/21
869/23 873/3 874/2
874/3 874/3 874/5
885/23 886/17 886/18
894/18 894/19 895/18
898/11 898/23 909/12

# G

**good...** [8] 919/22
919/23 922/20 922/23
925/17 925/18 925/18
933/14
**good morning** [29]
776/7 776/24 780/4
788/3 790/20 790/21
793/25 798/9 798/10
804/15 815/1 815/2
823/18 823/19 825/24
825/25 828/8 832/7
832/8 841/19 841/20
846/7 846/8 863/24
865/12 874/2 874/3
919/22 919/23
**got** [16] 803/10 809/11
817/17 846/5 860/13
860/24 870/16 874/18
878/12 882/2 893/9
914/22 915/6 920/17
923/8 930/21
**government** [38]
772/14 776/14 804/11
804/25 805/14 822/1
822/4 824/2 825/4
828/19 828/21 828/23
834/3 844/23 844/25
845/4 845/5 856/15
856/17 856/19 865/3
865/7 867/19 867/19
879/14 879/17 887/22
903/11 903/13 903/24
915/21 916/15 928/2
928/24 929/2 929/5
929/7 937/6
**Governor** [1] 774/17
**grad** [1] 868/5
**grand** [4] 887/3 887/6
887/12 887/17
**grateful** [1] 788/10
**gratitude** [1] 780/21
**great** [3] 791/5 841/20
863/25
**greater** [5] 808/25
884/23 891/23 908/18
919/15
**green** [1] 908/8
**grocery** [1] 786/25
**grounds** [12] 788/15
788/15 789/4 807/15
829/17 829/19 830/1
830/3 857/25 858/6
870/10 880/3
**group** [32] 790/14
800/9 800/13 810/10
831/7 831/10 833/21
833/24 835/23 848/2
848/6 853/14 872/8
874/16 874/17 874/19
875/1 875/3 875/25
881/15 885/11 889/11
889/19 890/11 896/18
896/21 896/24 900/22
910/11 911/1 924/4
927/20
**group's** [1] 927/11
**groups** [4] 800/1 800/4

**GS** [1] 845/11
**GS-1** [1] 845/11
**guess** [11] 792/22
808/20 811/11 811/16
833/6 853/17 864/11
874/16 889/23 917/1
918/14
**guilt** [3] 803/20 822/2
911/14
**guilty** [16] 800/15
800/20 800/25 801/12
803/15 817/11 821/22
824/4 825/5 825/7
834/10 837/25 839/21
865/6 867/23 897/16
**Gump** [1] 881/25
**gun** [3] 849/16 849/23
898/8
**guns** [5] 849/19 849/19
849/22 849/24 850/1
**guys** [1] 884/2

# H

**had** [86] 777/2 777/5
777/9 777/12 777/19
777/21 777/24 778/1
778/2 778/25 780/10
790/7 792/10 792/11
795/19 796/2 797/13
798/24 803/9 805/13
805/18 806/2 810/16
812/15 815/25 818/20
822/4 822/21 825/5
831/7 834/5 835/13
848/13 853/1 858/5
858/7 859/20 859/23
864/18 864/24 870/9
871/20 874/12 875/3
876/22 879/5 880/7
880/16 883/3 884/5
884/13 887/2 887/4
889/7 889/11 889/19
891/2 891/14 892/7
892/9 893/6 893/7
894/13 895/8 896/13
897/20 899/9 902/5
904/20 908/3 908/14
911/1 912/6 912/9
914/17 915/3 915/21
917/12 917/19 919/24
920/18 922/10 924/4
926/10 928/2 928/5
**hadn't** [3] 870/2 878/3
915/7
**half** [3] 805/11 852/24
861/15
**Haller** [3] 774/6 774/7
776/17
**hallerjulia** [1] 774/10
**hand** [6] 779/22 787/12
787/15 915/7 937/9
939/3
**happen** [6] 784/20
785/7 787/19 789/17
808/16 939/10
**happened** [16] 791/10
801/7 823/2 826/19

**healthcare** [3] 867/15
867/17 867/19
**hear** [35] 786/14
789/17 791/9 795/17
796/1 796/22 803/1
803/7 803/21 813/7
815/18 816/6 816/7
824/1 824/5 824/10
830/22 833/20 833/21
837/8 840/22 844/3
849/25 850/2 861/8
861/12 865/3 865/15
880/15 887/15 889/3
898/3 901/18 901/21
907/11
**heard** [54] 784/18
789/22 790/2 790/8
790/9 791/6 797/13
798/25 799/3 799/4
799/15 803/2 817/8
817/9 818/21 818/23
821/9 824/11 825/2
830/25 831/7 831/10
833/24 835/12 835/14
835/17 852/20 852/22
853/1 853/2 855/13
871/21 871/24 874/13
874/14 880/20 889/7
889/11 889/14 896/14
896/18 899/10 899/12
909/22 909/23 909/24
910/4 910/16 923/22
924/4 924/9 927/3
927/5 927/6
**hearing** [15] 784/8
784/10 784/11 786/12
810/1 810/13 821/14
843/7 843/7 850/8
852/25 855/3 913/15
927/10 933/1
**hearings** [15] 809/16
809/17 810/5 810/9
810/9 810/14 826/20
881/1 881/15 906/20
907/8 913/4 913/5
932/11 932/21
**Heights** [1] 894/6
**held** [2] 825/16 887/22
**help** [3] 840/15 877/21
885/12
**helped** [1] 857/17
**helpful** [1] 929/11
**helpless** [1] 822/21
**her** [27] 777/5 777/19
778/1 778/13 778/19
778/20 778/24 778/25
779/2 779/2 798/6
805/23 841/16 851/5
851/9 851/9 851/16
851/19 851/23 871/2
914/13 914/20 914/22
915/2 915/19 915/23
929/24
**here** [68] 777/1 777/6
777/16 780/5 780/9
780/12 780/19 781/14
781/18 785/5 786/23

**him** [22] 792/14 804/8
812/14 812/18 812/19
812/24 813/1 813/21
813/21 814/3 814/5
814/7 817/4 817/18
833/13 866/17 866/19
883/15 883/18 891/8
912/4 918/14
**himself** [2] 812/18
906/10
**hired** [1] 845/11
**his** [19] 797/1 812/22
816/3 825/19 825/21
833/17 836/8 841/11
841/12 880/13 880/15
880/20 882/21 882/22
882/24 883/4 904/14
931/11 939/3
**hit** [1] 936/13
**hold** [2] 805/17 931/3
**holders** [1] 849/23
**home** [5] 778/20
778/25 809/13 824/23
878/7
**homelessness** [2]
847/6 848/15
**honest** [5] 797/23
814/1 822/15 900/24
915/10
**honestly** [2] 815/15
907/4
**Honor** [41] 776/7
778/18 779/8 788/1
793/17 793/23 796/14

**happening** [5] 801/25
855/21 861/11 914/21
920/13
**happens** [1] 789/17
**happenstance** [1]
878/6
**happy** [2] 786/1 921/5
**hard** [16] 802/5 804/7
816/9 826/22 827/2
827/13 827/15 827/18
827/19 837/2 838/14
838/19 838/19 854/23
865/15 905/24
**harder** [1] 837/17
**hardship** [1] 922/11
**harm** [1] 928/11
**Harrelson** [4] 774/11
776/11 776/19 780/7
**Harris** [1] 860/18
**Harrisburg** [1] 773/15
**has** [38] 777/11 783/11
791/23 791/24 824/3
825/16 844/22 845/20
845/23 851/2 856/14
861/24 867/3 876/25
879/13 881/18 883/8
883/21 884/7 890/22
891/6 892/3 892/6
904/10 907/14 913/20
915/2 916/14 918/22
923/11 927/12 930/19
931/15 935/7 937/6
937/6 937/11 939/3
**have** [300]
**haven't** [12] 777/19
788/25 840/3 846/12
871/6 871/8 883/18
888/7 888/8 888/12
888/15 889/13
**having** [7] 779/2
822/25 837/11 841/13
878/20 878/24 915/1
**HCT** [1] 885/10
**he** [35] 784/23 804/11
812/15 812/18 813/22
814/10 814/11 815/25
825/16 825/19 825/19
841/14 867/3 882/9
883/5 883/5 883/8
883/10 883/12 891/9
892/8 892/9 892/16
892/19 892/22 893/3
893/4 893/5 893/6
893/7 893/7 912/4
939/13 939/15 939/15
**he'd** [1] 786/1
**he'll** [1] 804/12
**he's** [12] 804/8 812/21
813/25 814/1 841/11
841/15 846/5 880/12
880/14 883/2 883/9
892/7
**head** [1] 819/8
**Health** [3] 856/22

**Hi** [2] 869/20 933/15
**high** [2] 840/7 845/8
**high-profile** [1] 840/7
**higher** [2] 887/23
887/25
**highest** [1] 908/7
**Highway** [1] 774/17
**Hill** [11] 777/23 823/5
877/12 877/15 877/25
885/24 903/14 903/18
904/2 905/15 917/18

Honor... [34] 798/7
802/16 804/13 806/5
808/14 818/6 823/17
825/23 827/25 828/7
834/18 834/25 839/13
841/17 850/17 850/25
851/17 852/2 869/2
873/1 874/1 886/15
894/18 895/15 898/11
898/13 898/21 909/4
909/9 921/24 922/18
925/7 925/15 936/8
Honor's [1] 851/20
HONORABLE [3]
772/9 776/4 940/6
hope [2] 826/14 903/5
hopefully [2] 787/8
936/16
hospital [1] 809/9
hotmail.com [1]
774/19
hour [1] 938/6
house [8] 822/23 823/2
877/18 877/20 878/4
879/4 886/2 905/13
Housing [1] 847/6
how [87] 779/7 788/3
789/10 792/13 793/25
795/20 798/9 800/9
801/20 804/14 805/10
806/1 808/6 809/17
809/21 811/24 815/6
815/12 818/8 825/24
827/2 827/13 828/8
829/10 830/14 835/2
836/5 837/2 838/14
840/8 841/19 842/7
843/3 845/13 849/17
852/4 852/5 854/16
857/11 862/3 863/24
863/25 869/20 869/21
870/19 873/4 874/2
875/16 876/23 877/5
877/6 880/17 880/25
881/2 886/17 887/11
888/5 889/20 890/4
895/17 895/25 897/12
897/22 898/5 898/23
901/12 901/13 904/21
906/18 909/11 911/2
912/10 912/18 913/5
916/3 920/7 921/3
922/11 922/21 923/9
924/19 925/17 928/9
933/14 934/13 935/10
939/15
however [6] 780/16
781/9 782/19 786/6
858/15 912/4
huge [1] 893/6
huh [5] 795/11 805/5
810/3 814/8 929/14
human [5] 856/22
858/7 865/21 879/24
885/10
hypothetically [1]
926/19

I am [9] 778/15 786/16
794/21 846/19 846/23
859/12 868/6 921/5
921/13
I assume [3] 864/10
882/1 939/7
I believe [11] 778/18
820/15 821/20 833/23
834/2 846/11 900/1
904/23 927/12 930/22
932/13
I can [4] 817/23 821/21
882/21 929/21
I can't [2] 909/25 913/8
I couldn't [1] 882/23
I did [7] 809/23 837/21
857/7 913/8 913/11
919/3 932/12
I didn't [5] 795/4
844/15 887/10 888/19
932/18
I don't [33] 801/2 806/4
807/19 809/12 812/6
812/14 815/14 827/18
834/13 835/24 850/1
854/21 858/14 880/14
889/24 890/6 893/13
894/13 896/9 900/19
901/15 907/4 907/10
907/25 910/11 912/3
915/17 915/23 921/4
923/21 927/13 928/11
931/10
I don't have [7] 809/13
812/1 815/19 819/14
863/22 889/22 912/1
I don't recall [3]
778/23 790/15 805/24
I don't think [2] 817/23
928/12
I gave [1] 780/17
I guess [10] 792/22
808/20 811/11 811/16
833/6 853/17 864/11
889/23 917/1 918/14
I had [1] 920/18
I have [34] 777/25
779/6 781/19 800/12
806/10 809/7 811/13
813/15 815/9 816/25
824/13 825/21 826/13
829/22 834/13 837/20
838/24 839/2 839/9
840/3 842/15 849/12
858/14 864/21 866/23
884/4 889/13 897/4
898/9 905/15 913/25
931/23 932/18 936/14
I haven't [1] 840/3
I hope [1] 903/5
I just [12] 792/25
813/18 815/15 832/11
853/10 864/5 871/1
871/2 888/12 922/11
934/16 937/15
I know [12] 780/9
826/21 826/24 835/22

835/23 892/15 893/12
894/13 898/9 905/13
910/10 918/14
I looked [1] 931/21
I mean [30] 778/22
791/8 792/20 799/18
801/5 811/11 813/18
814/6 814/21 826/20
827/15 838/24 842/11
848/13 851/14 861/14
875/7 875/19 877/8
878/23 883/25 884/1
902/3 905/19 905/20
906/2 915/6 926/17
926/18 927/12
I misspoke [1] 777/18
I read [1] 835/21
I say [2] 812/17 930/10
I should [2] 857/19
874/5
I think [56] 777/11
778/8 778/10 778/15
778/25 791/22 791/23
796/10 800/18 801/5
806/23 809/23 810/16
814/19 815/21 822/10
823/23 825/20 827/5
831/14 831/17 838/23
839/9 841/3 841/14
844/16 851/18 858/11
859/2 861/9 866/13
866/14 871/1 873/5
875/8 875/19 876/25
878/17 880/4 892/18
900/3 901/16 901/17
901/20 902/4 902/8
906/23 910/5 910/10
910/11 915/14 916/10
917/2 918/9 920/15
929/19
I tracked [1] 931/22
I understand [10]
784/7 802/17 807/7
815/22 815/23 847/19
865/14 868/21 875/2
914/7
I want [4] 781/2 809/19
845/14 924/7
I wanted [3] 807/22
845/10 919/25
I was [39] 776/25
777/20 791/3 791/9
795/5 805/2 808/22
809/9 829/3 831/21
839/9 845/4 845/10
858/16 858/18 858/22
859/12 859/24 860/4
866/1 877/17 877/21
905/8 905/20 916/17
918/4 920/8 920/12
920/14 920/14 920/15
920/18 920/20 931/25
934/18 934/21 934/23
935/15 937/18
I went [2] 845/9 934/24
I will [7] 780/16 782/9
786/18 797/18 921/17
937/11 937/21

870/13 879/16 879/24
885/9 894/1 895/1
903/11 906/2 929/2
I worked [7] 829/3
856/21 857/10 860/9
865/21 895/7 934/24
I would [2] 840/25
853/10
I wouldn't [6] 812/2
815/5 847/21 847/24
893/14 931/24
I'd [8] 838/3 838/16
838/17 838/18 855/18
922/8 922/9 922/10
I'll [9] 787/11 789/20
794/11 798/19 822/7
830/12 835/10 904/18
909/20
I'm [73] 779/12 783/22
784/2 789/19 795/23
796/9 800/16 801/9
801/13 804/22 805/2
806/7 807/18 807/18
809/21 809/23 811/18
812/17 813/13 818/9
820/18 820/21 820/25
822/10 824/3 824/16
827/17 828/9 829/5
835/3 835/25 837/7
837/9 838/17 839/1
843/6 844/16 845/24
846/25 847/21 847/22
853/8 853/10 854/2
855/17 864/1 865/15
867/14 869/21 873/10
875/11 885/10 886/12
891/8 894/14 895/19
897/15 898/24 899/16
903/5 907/2 910/5
921/14 922/15 925/18
925/18 928/17 929/1
929/8 930/4 933/24
934/21 939/2
I'm going [4] 783/22
784/2 804/22 921/14
I'm just [2] 847/22
854/2
I'm not [4] 801/13
807/18 820/21 910/5
I'm not sure [1] 813/13
I'm sorry [13] 795/23
796/9 800/16 809/21
820/18 827/17 829/5
875/11 886/12 899/16
928/17 933/24 934/3
I'm sure [1] 838/17
I've [40] 777/21 785/10
788/18 799/4 799/15
809/19 809/22 813/22
819/2 822/10 823/4
823/4 826/20 829/19
836/17 837/22 839/7
844/6 853/2 858/4
877/14 881/4 884/1
884/8 884/15 895/6
900/25 907/9 907/16
907/17 907/18 907/21

951 908/5 908/13
909/24 917/11 920/2
927/6 939/6
idea [4] 790/14 811/13
876/1 896/21
ideals [1] 866/18
ideas [4] 812/3 835/24
836/2 836/3
identified [3] 851/9
911/22 931/10
identify [3] 880/7 931/8
937/11
ideology [3] 910/9
924/12 927/11
III [3] 772/6 773/2
776/9
illegal [1] 795/20
immediate [1] 815/8
immediately [2] 784/22
785/5
Immigration [1] 879/20
impact [9] 817/11
838/24 839/7 890/7
897/11 914/17 915/2
921/9 928/13
impartial [54] 781/8
782/3 786/14 789/24
790/3 791/20 793/7
795/1 800/10 800/13
800/19 811/25 812/10
817/21 818/23 821/6
821/8 821/21 826/14
832/23 835/15 835/19
837/3 837/11 839/9
839/16 843/5 843/12
844/9 849/9 850/12
855/9 856/10 861/18
868/19 872/12 876/18
876/24 877/7 889/21
890/5 890/15 894/11
897/3 897/13 901/16
901/18 902/7 902/9
910/21 911/10 915/14
928/12 931/4
impartially [5] 817/22
827/4 843/19 844/2
875/18
important [7] 781/1
782/21 783/10 860/20
864/3 877/1 902/9
importantly [1] 783/12
impression [2] 819/21
900/21 901/1
impressions [2]
799/22 803/9
inauguration [1] 879/4
incidents [1] 884/11
include [1] 787/13
includes [1] 783/8
including [4] 784/12
787/6 811/21 839/20
840/23 853/3 890/11
904/24
incoming [2] 860/23
939/16
inconvenience [1]
879/1
incorrect [1] 865/15

**I**

increased [1] 861/9
indeed [2] 780/23
851/12
independent [1]
786/10
indicate [2] 802/3
877/11
indicated [19] 807/23
809/15 830/5 833/20
833/23 838/6 839/25
842/9 846/11 847/9
848/13 860/25 865/14
888/6 894/22 896/2
896/16 926/1 930/18
indicating [2] 823/24
870/9
indictments [1] 887/9
individuals [13] 791/13
792/23 819/9 819/17
820/1 820/16 823/21
850/1 850/8 850/12
894/9 911/23 925/2
indulged [1] 842/15
indulgence [1] 850/18
influence [4] 894/10
915/24 921/9 928/10
information [11]
802/22 808/13 851/8
894/1 896/5 906/11
911/20 923/12 929/1
931/15 934/17
initial [1] 781/19
initially [2] 809/9
931/20
innocence [2] 803/20
911/14
innocent [3] 821/22
822/1 897/16
inside [15] 787/6
788/15 788/18 789/4
807/15 829/17 829/20
853/24 854/10 855/2
857/25 858/12 861/11
870/10 879/4
inspector [5] 933/22
934/4 934/19 934/25
935/6
Instagram [1] 783/4
institution [1] 921/6
instruct [5] 783/23
790/5 802/25 827/9
911/17
instructed [9] 784/10
883/15 884/21 884/22
891/21 891/22 908/17
919/13 919/14
instruction [9] 783/9
827/14 827/20 884/25
891/25 906/14 908/20
919/17 922/3
instructions [31]
780/17 781/20 784/16
785/6 785/9 785/12
785/24 786/8 786/13
787/11 793/21 797/1
798/3 804/3 808/2
818/3 825/13 828/4

869/7 873/23 886/7
895/13 898/18 901/18
909/8 921/15 925/12
936/12
insurrection [2] 802/1
819/10
insurrectionist [1]
820/5
insurrectionists [1]
819/24
intellectual [1] 921/20
intend [1] 779/8
intended [1] 851/4
intending [1] 834/3
intent [5] 802/3 836/7
836/22 901/9 905/12
intention [3] 779/13
782/1 782/1
interact [2] 884/13
903/13
interacted [1] 908/5
interaction [3] 778/3
908/3 908/13
interactions [4] 854/8
884/18 903/17 919/4
interest [1] 843/4
interested [2] 842/19
842/23
interfere [3] 819/11
820/2 911/7
interfered [1] 819/10
internal [1] 885/11
internally [1] 930/15
international [1]
881/25
Internet [1] 782/18
interpreting [1] 930/4
intervention [1] 822/24
introductory [1]
787/10
invade [1] 782/2
investigation [3]
777/25 935/7 935/12
investigations [5]
935/5 935/10 935/14
935/24 935/25
investigatory [1] 934/7
involve [2] 829/7
903/22
involved [9] 779/1
801/6 801/24 846/21
853/11 883/9 914/4
914/6 933/7
involves [2] 800/7
848/1
is [235]
is that correct [7]
793/8 802/19 833/24
839/17 848/3 864/8
867/15
is that fair [1] 879/2
is that right [1] 816/17
is there [9] 791/19
805/13 806/22 811/5
842/17 848/5 848/18
900/7 917/25
issue [1] 921/17

issues [3] 851/23
860/12 860/19
it [244]
it happened [2] 875/21
888/17
it would be [13] 827/2
827/18 827/19 854/16
854/18 854/21 855/22
875/16 875/19 900/25
902/14 915/11 915/20
it's [39] 777/11 785/17
795/25 796/11 796/12
797/17 805/24 805/25
808/24 820/6 820/17
825/16 825/20 830/7
836/20 838/6 838/19
853/15 854/5 854/14
855/18 862/4 864/3
865/15 882/23 883/10
884/12 895/3 901/17
901/25 902/8 910/10
910/11 912/4 914/8
914/17 915/5 921/5
930/14
its [13] 811/9 822/5
824/3 825/5 896/22
896/25 903/25 903/25
915/21 924/11 927/11
928/2 929/17
itself [4] 784/25 803/14
810/1 917/7

**J**

jail [2] 893/4 893/6
James [2] 773/7
776/15
James Lee Bright [1]
776/15
January [84] 777/24
783/14 783/22 784/9
789/12 789/14 799/7
799/12 799/15 800/5
801/7 801/23 802/2
808/8 808/13 809/1
809/5 809/5 809/17
810/24 819/10 823/21
824/6 825/17 830/16
830/17 831/3 836/7
836/13 841/13 842/9
842/12 842/14 846/12
846/13 852/25 853/11
853/14 853/18 855/16
858/13 858/20 859/13
859/25 860/7 861/2
864/19 864/25 870/20
872/4 875/1 877/13
877/25 881/1 883/4
883/6 888/9 891/14
896/2 900/2 900/7
900/11 901/5 903/4
903/19 905/1 905/5
906/12 906/19 907/8
910/17 911/21 912/20
913/4 914/11 920/3
923/10 923/20 927/16
931/16 931/17 931/19
932/10 933/1

783/22 784/9 789/12
799/7 799/12 799/15
800/5 801/7 801/23
802/2 808/8 808/13
809/1 809/5 809/17
823/21 824/6 825/17
830/10 831/3 836/13
841/13 842/9 846/12
846/13 852/25 853/11
853/14 853/18 855/16
864/25 872/4 875/1
877/13 881/14 883/6
891/14 896/2
900/2 900/7 900/11
901/5 903/4 903/19
905/1 906/19
907/8 910/17 911/21
913/4 914/11 920/3
923/10 931/16 933/17
931/19 932/10 933/1
January the [1] 830/17
JC [3] 939/2 939/10
939/15
jcrisp [1] 773/16
Jeffrey [2] 772/14
776/13
Jeffrey Nestler [1]
776/13
jeffrey.nestler [1]
772/18
jeopardize [1] 867/24
jeopardizes [1] 784/24
Jessica [3] 773/14
776/11 780/8
Jessica Watkins [2]
776/11 780/8
jlbrightlaw [1] 773/9
job [18] 803/13 805/17
805/18 805/23 806/2
815/15 815/19 827/10
831/1 838/8 855/25
871/14 876/12 903/21
906/2 914/9 920/22
928/6
Joe [2] 791/14 832/18
Joe Biden [2] 791/14
832/18
Johnston [1] 773/11
Jonathan [2] 773/14
776/20
Jonathan Crisp [1]
776/20
Jones [6] 880/10
911/24 912/2 931/10
931/11 931/17
Jones's [1] 880/11
journalists [2] 783/17
783/21
Jr [2] 773/10 774/2
judge [18] 772/10
780/5 782/5 796/19
796/23 796/25 802/24
803/5 803/8 815/22
823/23 833/20 840/12
840/13 847/9 882/6
883/5 898/5

783/2 784/9 789/12
799/7 799/12 799/15
800/5 801/7 801/23
802/2 808/8 808/13
809/1 809/5 809/25
809/17 810/24 819/10
823/21 824/6 825/17
830/10 831/3 836/13
841/13 842/9 846/12
846/13 852/25 853/11
853/14 853/18 855/16
864/25 872/4 875/1
877/13 881/1 883/4
883/6 891/14 896/2
900/2 900/7 900/11
901/5 903/4 903/19
905/5 906/19 906/21
907/8 910/17 911/21
913/4 914/11 920/3
923/20 931/16 931/17
931/19 932/10 933/1
January the [1] 830/17
JC [3] 939/2 939/10
939/15
Juli [2] 774/6 776/17
Juli Haller [1] 776/17
JULIA [1] 774/7
juries [5] 780/23
837/21 837/22 839/20
887/6
juror [128] 777/3 777/3
777/5 777/9 777/10
777/11 777/11 777/14
777/15 777/18 777/22
777/23 778/17 779/5
779/6 779/6 779/18
779/20 780/6 781/8
781/11 781/16 783/5
784/14 784/23 785/6
788/1 788/5 788/10
788/12 793/6 793/23
794/2 795/2 796/1
796/20 796/24 797/14
798/5 798/8 798/11
800/11 802/25 804/4
804/13 807/10 812/9
814/21 814/22 816/6
817/8 818/7 818/13
818/17 818/24 820/8
821/4 823/24 825/23
826/1 827/10 828/7
828/14 829/24 830/6
831/1 832/3 834/25
835/4 835/9 835/19
837/9 838/8 838/25
840/20 841/18 841/23
842/4 843/5 844/2
849/8 851/2 852/2
852/7 852/14 854/18
855/11 855/25 868/19
869/18 869/24 870/1
871/14 874/1 876/12
877/7 886/10 886/11
886/12 886/13 886/15
886/23 887/17 887/21
889/21 890/15 895/16
897/3 897/13 897/22
898/5 898/21 899/4
900/13 904/21 909/9
912/23 915/11 917/14
922/19 922/24 925/15
925/22 927/23 928/6
932/5 933/2 938/22
Juror 0110 [1] 841/23
Juror 0135 [1] 777/15
Juror 0299 [1] 899/4
Juror 0884 [1] 779/6
Juror 0966 [1] 798/11
Juror 0974 [1] 818/13
Juror 1094 [1] 825/23
826/1
Juror 1108 [1] 804/13
Juror 1151 [1] 777/10

I [2] 835/14 834/1 84...uest 700...
783/22 784/9 789/12
799/7 799/12 799/15
800/5 801/7 801/23
802/2 808/8 808/13
809/1 809/5 809/17
809/15 810/24 819/10
823/21 824/6 825/17
830/10 831/3 836/13
841/13 842/9 846/12
846/13 852/25 853/11
853/14 853/18 855/16
864/25 872/4 875/1
877/13 881/1 883/4
883/6 891/14 896/2
900/2 900/7 900/11
901/5 903/4 903/19
905/5 906/19 907/8
910/17 911/21 913/4
914/11 920/3 923/9
923/20 931/16 931/17
931/19 932/10 933/1
Judge Faruqui [1]
883/3
Judge Mehta [1]
833/20
Judge's [1] 802/17
judging [1] 824/18
judgment [2] 850/4
928/13
judicial [1] 883/9

954

J

**Juror 1240 [1]** 777/3
**Juror 1528 [1]** 798/5
**Juror No [1]** 895/16
**Juror No. 0110 [1]** 841/18
**Juror No. 0164 [1]** 922/19
**Juror No. 0966 [1]** 798/8
**Juror No. 0974 [1]** 818/7
**jurors [28]** 777/22 779/8 780/2 780/10 780/18 780/23 781/6 781/7 782/4 787/6 787/16 811/25 841/13 841/14 854/14 869/12 922/10 923/24 936/14 936/14 936/21 936/22 936/24 937/12 938/14 939/12 939/13 939/16
**jury [41]** 772/9 779/2 779/23 780/22 781/3 782/3 782/7 782/12 782/23 783/10 783/20 783/25 784/3 784/4 784/9 784/20 784/24 785/2 785/6 785/12 785/16 786/14 807/24 808/1 812/3 826/21 837/5 837/15 839/3 839/25 864/2 883/14 883/15 887/3 887/5 887/7 887/12 900/15 916/7 936/15 936/22
**just [136]** 776/25 777/2 779/7 788/13 790/9 790/24 791/8 792/15 792/25 793/3 794/16 794/20 794/23 797/6 800/9 804/6 805/6 807/13 810/15 811/17 813/18 814/17 815/15 819/4 819/8 820/17 821/9 821/15 821/19 821/25 822/7 823/3 824/16 826/17 826/23 827/1 828/16 831/8 831/14 831/19 832/2 832/11 833/20 834/1 834/9 837/6 839/3 840/9 842/11 844/6 844/11 844/20 847/22 851/5 851/13 853/8 853/10 854/2 854/17 855/14 857/24 859/10 859/19 860/6 862/9 864/1 864/5 864/7 865/13 870/8 871/1 871/2 871/22 873/2 873/11 873/21 874/16 875/21 877/2 877/24 878/6 878/23 879/1 880/20 881/4 883/10 884/24 885/7 885/23 887/5 887/9 887/14 888/12 888/17 889/2

895/2 896/6 896/16 897/15 897/17 904/19 905/3 909/18 911/8 912/19 915/5 917/4 918/5 919/16 920/12 920/18 920/20 922/6 922/9 922/9 922/11 923/6 924/7 925/25 927/6 929/10 931/7 931/19 931/25 934/16 937/15 937/15 937/20 938/8 938/21 938/23 939/6 939/8
**justice [4]** 780/22 808/1 892/23 893/11

K
**Kate [1]** 776/13
**Kate Rakoczy [1]** 776/13
**Kathryn [1]** 772/14
**kathryn.rakoczy [1]** 772/17
**keep [15]** 782/9 801/3 811/12 813/9 813/10 813/11 817/18 826/23 877/2 880/23 889/2 901/22 911/13 914/23 920/21
**Keepers [50]** 790/8 798/25 799/5 799/16 801/6 810/10 810/14 810/17 811/22 818/21 819/16 820/22 831/8 831/11 833/21 834/4 835/12 835/23 841/12 848/3 848/6 848/19 852/20 853/16 864/6 864/20 864/24 871/22 871/25 872/9 874/13 881/15 889/9 889/12 896/14 896/19 899/10 900/2 900/16 901/7 901/9 907/1 907/5 907/10 909/22 913/15 924/5 927/4 927/7 932/23
**Kelly [3]** 774/2 776/10 780/7
**Kelly Meggs [2]** 776/10 780/7
**Kenneth [3]** 774/11 776/11 780/7
**Kenneth Harrelson [2]** 776/11 780/7
**kept [1]** 861/10
**kids [2]** 870/14 932/18
**kind [22]** 792/5 800/4 806/7 819/16 828/25 832/19 836/8 838/3 854/3 857/12 864/7 864/11 864/17 879/6 885/19 885/20 887/4 895/3 895/3 896/17 897/12 912/7
**kinds [1]** 892/21
**knew [4]** 816/16 864/7

know [115] 778/5 780/9 780/22 787/4 790/16 791/24 792/7 792/21 793/4 793/4 794/20 795/16 800/3 800/7 811/5 811/13 811/13 811/13 812/7 812/14 813/20 813/21 814/1 814/6 814/9 814/12 815/5 815/6 815/10 816/22 816/23 816/24 820/15 826/11 826/21 826/22 826/22 826/24 833/3 834/1 835/20 835/22 835/23 836/14 836/20 837/11 838/17 838/18 838/19 840/9 842/25 845/19 848/22 853/7 853/9 853/10 857/4 858/12 861/14 864/7 866/6 868/12 868/13 868/15 872/2 874/16 875/10 875/12 875/20 875/20 875/23 878/15 880/19 882/10 882/17 882/19 884/3 884/7 884/8 885/20 887/10 888/19 888/19 890/25 891/10 892/18 892/22 893/5 893/6 894/13 895/3 897/8 897/21 898/9 901/8 902/4 905/13 910/4 910/9 910/10 910/11 915/5 915/9 918/14 918/18 921/17 926/18 927/14 930/24 931/23 933/6 934/13 934/16 934/17 939/16
knowing [9] 791/19 817/20 832/22 833/6 834/7 856/10 872/12 909/25 915/9
knowledge [5] 829/14 848/7 848/18 903/20 919/8
known [3] 872/8 889/8 896/19
knows [1] 937/8

L
LA [1] 773/11
Labor [3] 929/12 929/13 929/17
lack [2] 839/21 843/3
ladies [3] 780/4 785/15 787/18
large [1] 819/17
largest [1] 917/3
LASSITER [1] 773/3
last [12] 787/5 788/22 800/16 801/9 806/2 825/11 839/15 852/24 882/24 904/10 916/23 930/20
late [3] 881/5 881/6 881/13

late night [3] 881/6 881/13
law [29] 774/3 774/7 778/13 778/19 780/25 782/6 784/16 790/4 793/8 793/9 796/8 796/25 829/14 879/22 882/3 884/22 884/24 890/22 890/23 891/16 891/22 893/3 911/17 919/14 919/16 930/11 930/13 930/14 934/24
law's [1] 893/10
lawfully [2] 849/20 850/12
Lawn [2] 773/3 773/7
laws [3] 794/25 803/8 930/3
lawyers [9] 782/2 785/5 786/19 882/2 882/4 887/15 918/19 933/7 933/8
lead [3] 812/4 829/4 829/6
leader [4] 810/16 812/15 812/19 812/20
leaders [4] 853/17 853/17 854/6 857/16
leadership [1] 857/14
learn [21] 811/20 843/14 844/6 856/5 876/21 880/16 889/18 890/2 897/19 902/11 904/20 910/24 911/5 917/12 924/14 924/22 927/18 928/4 928/8 931/1 931/2
learned [15] 800/22 802/18 804/9 807/25 819/7 827/10 830/9 831/2 850/12 864/11 877/4 899/24 910/20 912/24 923/25
learning [2] 883/16 915/2
least [5] 806/13 806/14 813/8 836/19 841/14
leave [6] 779/10 785/22 831/22 873/20 873/21 926/2
leaves [1] 779/4
leaving [2] 797/1 803/21
led [5] 812/15 854/8 854/8 860/12 884/7
Lee [2] 773/7 776/15
left [4] 859/4 878/21 891/6 900/21
legal [6] 796/7 829/8 881/19 918/8 921/16 933/5
legally [2] 796/9 865/5
legislation [2] 914/5 914/7
less [1] 817/10
lesser [4] 884/24 891/23 908/19 919/15
let [43] 789/12 789/21

793/5 794/20 795/17 796/22 800/22 806/10 808/11 811/20 817/15 821/3 828/16 831/8 831/14 834/1 836/25 837/14 842/11 843/13 860/2 844/11 854/13 860/2 871/19 871/22 875/15 877/24 878/20 881/12 889/9 889/17 891/15 893/3 896/12 896/16 897/19 902/3 905/3 906/6 912/18 915/18 926/4 934/1
let's [6] 797/6 797/17 842/6 869/9 922/12 934/6
let's see [1] 922/12
level [1] 823/1
like [70] 778/1 780/20 788/8 792/15 799/25 800/4 809/8 809/14 812/4 812/17 818/16 820/20 823/3 823/3 826/18 827/19 827/20 832/3 835/7 837/10 838/3 838/16 838/18 840/25 874/7 874/22 874/22 875/9 875/13 875/20 878/17 879/3 879/4 879/5 881/5 881/8 881/10 884/1 884/2 884/2 884/3 884/6 884/8 884/9 884/16 885/10 885/13 887/10 888/15 892/20 899/2 906/14 911/20 914/8 920/19 921/4 922/8 922/9 923/2 925/21 926/17 926/18 930/10 930/15 932/1 932/2 932/15 938/18 938/20
likely [10] 791/25 797/11 817/10 819/23 833/4 866/7 880/13 880/14 894/8 912/2
Linder [8] 773/2 773/3 776/15 832/5 862/9 863/23 872/25 922/5
line [6] 777/3 777/9 777/14 777/19 777/23 778/17 779/5 869/18 874/10
lines [2] 830/13 879/6
lining [1] 938/7
linked [1] 847/10
links [1] 842/14
list [2] 911/23 931/9
listed [1] 880/10
listen [6] 784/10 786/9 817/22 835/21 838/2 887/18
listened [2] 923/19 932/10
lists [2] 938/22 938/23
little [14] 778/5 797/6 799/21 800/24 822/8

**little... [9]** 822/16 823/5
851/15 871/2 883/25
905/2 913/5 914/15
920/6
**live [16]** 783/19 810/1
861/6 861/11 877/12
877/12 877/25 886/1
888/10 894/4 894/5
895/5 905/15 907/19
932/14 932/19
**lived [12]** 778/3 822/16
822/16 823/5 837/11
845/17 858/3 877/14
880/4 905/14 907/16
907/17
**Lives [2]** 822/25
904/15
**living [3]** 884/5 885/8
917/17
**LLC [2]** 773/14 774/12
**local [10]** 853/17 854/9
873/11 873/12 873/13
873/14 891/11 892/23
892/24 892/25
**location [2]** 787/1
878/10
**long [3]** 805/10 806/1
845/13
**longer [3]** 787/22
806/19 806/20
**look [10]** 778/10
789/20 793/9 795/15
798/19 823/13 837/6
851/14 851/15 885/20
**looked [3]** 778/22
931/21 931/25
**looking [2]** 826/23
906/14
**lot [20]** 799/15 808/8
820/20 823/21 827/2
827/2 834/5 851/11
851/12 877/8 883/6
887/9 894/23 896/2
896/2 905/13 906/22
907/21 909/25 917/3
**love [1]** 841/22
**lunch [1]** 922/13
**Lyft [2]** 860/9 860/19

**M**

**ma'am [42]** 788/3
790/20 791/12 791/25
793/3 793/12 793/18
793/25 794/19 797/7
798/1 825/24 828/1
828/8 831/14 832/7
832/12 834/1 834/13
834/20 841/19 844/11
845/13 845/21 846/7
847/19 849/7 849/11
849/16 850/15 850/23
852/4 863/21 863/24
865/11 868/4 868/12
868/24 869/4 922/17
922/20 925/10
**made [5]** 777/10
817/17 826/13 833/16

**magazine [1]** 782/14
**magistrate [4]** 882/7
882/17 882/17 883/2
**main [2]** 800/4 861/6
**mainly [4]** 811/12
811/16 826/17 826/19
**make [20]** 795/1
801/20 803/11 803/17
815/22 815/23 816/9
817/10 820/2 824/7
835/14 835/18 877/24
885/15 905/24 909/15
924/8 926/24 928/6
935/18
**makers [1]** 780/25
**makes [1]** 824/8
**making [2]** 780/21
921/9
**Mall [2]** 853/23 917/1
**manage [2]** 877/22
878/17
**Management [1]**
885/12
**many [6]** 809/21
822/19 889/22 903/13
916/18 922/12
**march [6]** 904/11
916/22 917/1 917/3
917/7 930/22
**marching [2]** 811/1
811/4
**Marshals [1]** 840/14
**Maryland [3]** 861/13
877/18 886/3
**mask [20]** 786/16
786/22 787/2 788/7
794/4 798/13 804/19
818/15 826/3 828/12
835/6 841/25 852/13
874/8 886/21 895/22
899/3 909/15 923/2
925/21
**masking [4]** 786/17
786/18 787/3 787/8
**matching [1]** 922/7
**matter [6]** 809/13
822/25 894/15 904/15
941/4 942/4
**matters [1]** 781/25
**may [56]** 778/18
778/20 781/24 782/21
784/1 784/5 784/7
785/22 786/2 786/21
802/7 803/21 807/25
808/17 808/17 812/19
813/7 813/9 824/5
824/17 824/17 830/2
830/8 830/21 831/2
831/15 831/17 832/11
834/2 834/6 847/10
849/15 849/25 850/8
852/13 854/20 855/6
871/13 876/8 880/22
888/22 889/10 898/3
901/22 907/7 909/14
910/16 919/25 920/25
920/25 923/24 926/9

937/15
**maybe [9]** 777/15
828/20 841/14 849/24
854/15 857/19 876/1
913/11 930/21
**mayor [2]** 849/4 851/3
**MD [1]** 774/18
**me [92]** 781/23 783/19
784/23 786/16 789/12
789/21 790/9 793/4
794/20 794/20 795/17
796/22 798/22 799/25
800/22 801/22 806/10
807/17 808/11 811/20
812/2 814/10 814/12
817/3 817/15 821/3
822/10 823/9 823/11
828/16 831/8 831/14
831/22 831/23 836/10
836/25 837/12 837/14
838/19 842/11 842/22
843/15 844/11 847/23
852/15 852/17 854/13
855/22 860/2 865/15
868/13 871/19 871/22
875/15 877/24 878/20
881/12 883/18 884/2
884/3 885/13 887/5
888/18 889/9 889/17
889/24 890/1 891/15
893/3 894/15 896/12
896/16 897/19 902/3
902/14 904/22 905/3
906/6 911/3 911/13
912/15 912/19 915/18
917/11 920/17 921/15
922/9 926/4 929/6
929/9 934/1 937/9
**me -- yes [1]** 912/15
**mean [47]** 778/22
778/24 779/12 779/23
791/8 792/20 799/18
799/25 801/5 809/25
810/2 811/11 813/18
814/6 814/21 826/20
827/15 837/20 838/24
839/5 842/11 847/1
848/13 851/14 854/2
857/2 861/14 875/7
875/19 877/8 878/23
881/7 883/25 884/1
901/17 902/3 905/19
905/20 906/2 906/2
907/10 915/6 926/17
926/18 927/12 934/17
937/10
**meaning [1]** 935/7
**means [6]** 783/2
783/15 785/19 874/20
882/2 888/15
**mechanical [1]** 775/6
**media [45]** 783/8 783/9
783/13 783/18 783/24
784/2 784/12 784/19
785/10 790/10 790/10
791/6 808/7 830/15
831/2 831/9 831/10

855/13 855/15 855/19
870/19 871/5 871/11
871/23 876/8 876/12
876/13 888/5 888/23
889/10 896/1 896/17
896/17 906/8 911/20
912/18 912/24 923/9
923/25 924/8 924/9
932/6
**Medicaid [2]** 857/14
857/15
**Medicare [2]** 857/14
857/15
**meet [4]** 858/18 859/14
860/18 865/7
**meeting [4]** 858/19
858/22 877/21 878/16
**meetings [5]** 858/7
858/23 858/23 858/24
920/18
**Meg [1]** 882/12
**Meg Barr [1]** 882/12
**Meggs [4]** 774/2
776/10 776/18 780/7
780/5 833/20
**MEHTA [4]** 772/9 776/4
780/5 833/20
**member [21]** 783/3
828/18 839/3 844/22
856/14 861/23 879/13
881/18 883/21 885/14
890/22 892/3 902/18
904/9 907/14 913/20
916/14 917/20 918/22
928/23 930/19
**members [27]** 785/10
799/11 799/15 800/8
804/24 815/9 819/22
840/1 844/24 845/23
848/2 854/6 854/8
858/8 859/22 859/25
860/18 861/2 875/1
889/18 890/10 896/25
904/2 905/5 917/17
918/8 933/5
**memories [1]** 861/17
**mention [2]** 853/2
864/10
**mentioned [11]** 810/10
810/16 810/22 864/6
880/9 880/13 912/2
912/5 917/18 918/9
931/10
**mere [1]** 880/21
**Merit [1]** 775/2
**met [11]** 806/11 813/22
816/16 822/5 824/3
825/5 859/22 878/16
878/17 915/21 928/2
**Metropolitan [7]** 854/9
884/14 908/4 908/6
908/11 919/5 919/11
**Miami [2]** 791/4 791/9
**microphone [1]** 887/15
**middle [2]** 908/8
920/15
**might [33]** 778/6
784/18 786/12 787/2

814/12 814/13 815/13
816/7 816/17 819/21
824/11 824/22 835/14
838/22 839/25 840/2
848/7 872/17 880/8
880/9 889/20 900/3
900/3 916/3 919/10
926/20 931/3 931/9
931/9 939/16
**military [3]** 799/16
805/7 812/17
**mind [16]** 801/4 813/11
820/25 821/22 826/13
826/24 827/3 855/8
876/18 880/23 887/24
894/13 901/22 903/6
911/14 912/23
**minded [2]** 821/14
876/6
**minimum [1]** 782/10
**minute [1]** 822/17
**minutes [2]** 913/12
938/6
**miscommunication [1]**
832/3
**mission [5]** 853/7
872/3 896/22 910/9
924/12
**misspoke [1]** 777/18
**mistaken [2]** 867/14
933/16
**misunderstood [1]**
919/25
**mobile [2]** 782/18
782/22
**mode [1]** 782/20
**mom [2]** 828/22 829/10
**moment [1]** 820/24
**Monday [2]** 939/20
939/24
**monologues [1]** 881/6
**month [1]** 787/5
**months [2]** 822/22
902/23
**more [44]** 780/12
783/10 787/5 787/5
792/3 795/22 799/10
799/17 800/24 806/17
809/4 810/22 811/3
817/10 820/25 833/4
841/14 844/17 847/5
847/10 848/11 849/15
853/20 855/18 857/19
860/2 862/5 866/8
875/6 875/8 891/17
908/22 910/8 912/6
912/14 915/20 922/9
922/13 926/5 927/8
928/6 930/14 935/1
937/13
**morning [56]** 772/7
776/5 776/7 776/24
780/4 780/9 780/12
780/13 780/14 780/19
781/19 788/3 790/20
790/21 793/25 798/9
798/10 804/2 804/14

**M**

morning... [37] 804/15
815/1 815/2 818/8
823/18 823/19 825/24
825/25 828/2 828/8
830/25 831/1 831/20
832/7 832/8 834/21
835/2 841/7 841/19
841/20 846/7 846/8
850/24 852/4 852/11
863/24 865/11 865/12
869/9 874/2 874/3
881/6 898/16 898/16
919/22 919/23 939/20
most [7] 782/3 844/12
844/18 856/18 866/7
895/2 901/23
mostly [2] 873/11
881/4
mother's [1] 871/1
mouth [2] 896/18
move [2] 936/15
937/12
moved [3] 882/13
892/14 907/18
moving [1] 870/3
Mr [1] 849/14
Mr. [57] 786/1 790/19
793/14 793/15 793/20
796/15 798/2 804/2
818/2 825/12 828/2
832/5 832/5 832/6
834/16 834/17 834/21
839/14 841/7 846/3
849/13 850/16 850/22
862/9 863/23 868/25
869/1 869/6 872/25
872/25 873/22 880/11
880/14 880/17 880/22
885/4 885/22 886/5
894/17 895/12 898/12
898/16 909/3 909/6
912/2 912/2 912/3
912/8 912/10 921/23
922/2 922/5 925/11
936/7 936/10 937/11
939/3
Mr. Douyon [21] 786/1
793/20 798/2 804/2
818/2 825/12 828/2
834/21 841/7 850/22
869/6 873/22 886/5
895/12 898/16 909/6
922/2 925/11 936/10
937/11 939/3
Mr. Fischer [9] 790/19
793/14 832/5 832/6
834/16 846/3 849/13
868/25 872/25
Mr. Jones [1] 912/2
Mr. Jones's [1] 880/11
Mr. Linder [5] 832/5
862/9 863/23 872/25
922/5
Mr. Navarro [1] 912/2
Mr. Nestler [12] 793/15
796/15 834/17 839/14
850/16 869/1 885/22

much [56] 787/25
789/10 791/6 793/17
793/18 798/1 804/1
808/6 809/7 809/17
820/17 820/19 820/20
820/22 828/1 830/14
830/23 830/24 834/14
834/20 841/6 842/8
850/23 851/8 863/21
865/9 869/3 869/4
870/4 870/19 873/17
873/18 880/25 881/2
886/4 887/22 888/5
888/11 895/12 895/25
896/9 896/10 897/16
898/15 906/18 909/6
912/18 913/5 921/22
921/25 922/1 922/15
923/9 925/9 925/10
934/13
mugged [1] 918/25
mugging [1] 919/2
must [1] 933/6
my [83] 779/3 779/13
780/5 780/21 782/1
785/9 785/15 785/17
787/10 789/2 795/6
795/16 795/25 799/13
805/15 808/2 811/11
813/18 815/8 815/15
815/19 819/3 819/8
820/25 821/22 824/19
826/13 826/24 826/25
828/22 830/9 835/21
836/5 836/6 836/9
836/10 836/18 836/19
837/7 837/21 837/24
839/7 839/8 839/8
853/15 854/5 858/6
860/17 862/2 865/2
871/1 877/9 877/18
877/19 879/4 881/21
882/6 882/11 885/14
892/6 895/9 901/7
903/20 904/24 905/13
905/13 905/14 906/2
907/11 915/24 916/11
916/19 919/8 924/21
926/5 926/18 928/11
928/13 929/1 929/4
930/21 934/1 935/2
myself [2] 809/8
847/24

**N**

name [16] 780/5
810/15 810/19 810/22
819/16 853/8 880/12
880/13 880/15 880/20
882/21 882/22 882/24
904/14 927/6 931/11

named [1] 776/6
names [3] 880/8
911/24 931/9
NASA [2] 934/25
935/22
nation's [1] 820/3
national [3] 853/16
853/17 873/14
native [1] 846/19
nature [6] 839/3 839/6
840/9 890/16 894/2
921/1
Navarro [2] 911/25
912/2
Navy [1] 845/11
nearly [1] 841/13
necessarily [1] 930/6
need [2] 780/14 786/21
needed [3] 800/3
831/16 831/17
negative [7] 792/23
833/17 866/21 867/6
900/22 901/1 908/11
negatively [1] 912/14
neighbor [6] 913/25
915/9 915/19 917/18
917/22 919/25
neighborhood [4]
861/6 907/19 908/6
917/9
neighbors [2] 882/6
882/12
Nestler [14] 772/14
776/13 793/15 796/15
834/17 839/14 850/16
869/1 885/22 894/17
898/12 909/3 921/23
936/7
never [13] 792/11
806/10 829/20 833/16
833/23 849/3 871/24
884/7 884/8 895/8
908/21 933/21 939/6
new [9] 780/18 835/21
836/17 899/15 899/19
899/23 938/22 938/23
939/4
New York [5] 835/21
836/17 899/15 899/19
899/23
news [78] 783/12
783/15 783/16 784/19
784/21 789/10 789/13
789/16 789/20 789/22
790/2 790/2 802/19
802/22 803/2 803/9
803/22 808/6 808/9
808/9 808/12 808/17
808/23 808/25 809/4
809/13 819/3 819/7
822/8 822/11 824/6
826/19 830/14 830/17
836/15 841/11 842/8
842/9 846/12 846/13
855/15 855/18 855/18
861/10 864/11 870/19
870/23 873/6 873/11
873/12 873/13 873/14

888/8 888/11 894/22
895/25 896/3 896/4
896/8 896/10 905/8
905/10 906/8 906/11
912/20 923/9 923/12
923/19 931/14 931/15
931/21 931/23 932/1
932/6 937/23
news coverage [1]
931/14
newsfeed [2] 789/17
819/4
newspaper [4] 783/11
871/11 906/15 923/21
newsworthy [1]
931/21
next [8] 779/6 779/18
807/14 826/25 857/24
880/2 886/11 889/6
Nice [1] 794/7
night [3] 881/5 881/6
881/13
NJ [1] 774/13
no [195]
No. [14] 776/10 788/2
793/24 798/8 818/7
835/1 841/18 852/3
886/16 898/22 909/10
922/19 925/16 936/25
No. 0299 [1] 898/22
No. 0366 [1] 886/16
No. 0507 [1] 925/16
No. 0595 [1] 909/10
No. 0755 [1] 835/1
No. 0884 [1] 788/2
No. 1487 [1] 852/3
No. 1528 [1] 793/24
Noah [1] 881/10
nobody [2] 851/23
914/21
none [2] 786/23 881/16
North [2] 773/15
822/17
Northwest [2] 861/8
894/5
not [178]
note [1] 851/18
nothing [10] 790/12
793/7 811/1 823/3
842/12 849/9 871/7
874/15 875/7 905/20
notice [3] 926/15
926/16 926/21
notifications [3] 784/2
784/3 784/5
notify [2] 785/4 785/13
notwithstanding [1]
901/21
November [2] 859/24
860/7
now [25] 776/3 777/16
779/4 779/10 781/24
782/21 783/10 784/13
785/15 787/11 787/18
790/9 805/25 806/5
806/8 820/21 821/1
841/13 847/12 850/1

851/1 861/14 874/5
882/16 903/15
NPR [1] 835/21
nuclear [1] 820/25
number [7] 779/10
779/22 780/10 807/24
816/2 830/7 922/7
numbers [2] 937/22
939/9
NW [4] 772/15 774/3
774/7 775/4

**O**

Oak [2] 773/3 773/7
oath [54] 787/16 790/8
798/25 799/5 799/16
801/6 810/10 810/14
810/17 811/22 818/21
819/16 820/22 821/5
821/5 831/8 831/11
833/21 834/4 835/12
835/23 841/12 848/3
848/6 848/19 852/20
853/9 853/16 864/6
864/20 864/24 871/22
871/25 872/9 874/13
881/15 889/9 889/12
896/14 896/19 899/10
900/2 900/16 901/7
901/9 907/1 907/5
907/10 909/22 913/15
924/5 927/4 927/7
932/23
Oath Keepers [50]
790/8 798/25 799/5
799/16 801/6 810/10
810/14 810/17 811/22
818/21 819/16 820/22
821/8 831/11 833/21
834/4 835/12 835/23
841/12 848/3 848/6
848/19 852/20 853/16
864/6 864/20 864/24
871/22 871/25 872/9
874/13 881/15 889/9
889/12 896/14 896/19
899/10 900/2 900/16
901/7 901/9 907/1
907/5 907/10 909/22
913/15 924/5 927/4
927/7 932/23
Obama [3] 856/23
865/16 865/24
Obama-Biden [1]
856/23
objection [7] 796/13
802/15 814/24 827/23
839/11 851/18 852/1
objections [2] 802/14
823/15
objective [1] 905/25
objectively [1] 813/2
observations [1]
778/14
observed [3] 778/21
881/2 932/6
observing [1] 917/8
obsessively [1] 931/24

O Case 1:22-cr-00015-APM Document 708 Filed 12/14/23 Page 186 of 195

**O**

**obviously [12]** 789/3 793/3 799/21 823/20 833/3 833/19 848/13 851/4 866/6 867/10 868/12 884/5
**occupation [1]** 893/24
**occurred [4]** 819/15 822/18 901/5 931/22
**odd [1]** 895/4
**off [8]** 784/3 819/8 852/13 909/14 909/15 930/22 939/8 939/9
**office [25]** 772/15 813/11 813/23 817/18 817/19 832/4 856/8 872/11 903/11 903/13 914/20 914/22 933/22 934/3 934/19 934/25 935/1 935/6 935/13 935/15 935/23 935/24 935/25 936/1 936/15
**officer [11]** 785/5 785/14 806/4 884/23 891/16 891/23 908/14 908/18 908/20 908/23 919/15
**officers [4]** 875/9 875/25 884/14 908/12
**offices [7]** 774/7 858/8 858/17 858/18 858/25 859/14 885/15
**official [3]** 775/3 858/5 883/9
**often [2]** 908/6 926/5
**oh [9]** 777/18 807/5 828/9 860/11 871/6 881/7 882/11 937/20 938/16
**OIG [2]** 934/7 934/11
**okay [215]**
**once [7]** 779/13 780/12 844/17 923/22 923/22 936/18 939/18
**one [58]** 777/21 781/22 787/5 787/20 787/21 792/2 795/5 795/22 800/1 800/4 801/16 807/4 808/19 814/1 815/21 817/15 817/20 821/19 823/1 831/14 833/4 837/22 837/23 837/24 841/15 842/15 844/16 844/17 845/22 847/10 849/15 865/17 866/8 869/19 872/6 872/9 872/12 875/13 877/10 882/6 882/11 884/1 884/2 884/19 885/23 890/9 890/10 891/17 892/21 897/8 907/23 911/5 912/6 913/8 913/8 913/12 919/10 933/17
**ones [2]** 932/13 932/14
**ongoing [2]** 920/4 931/23
**online [4]** 782/18

**only [33]** 780/17 782/3 782/6 783/15 784/15 786/18 789/6 790/3 793/9 797/23 804/10 813/20 817/13 822/13 826/23 827/20 838/11 850/25 854/19 856/1 859/16 876/13 877/10 883/5 887/6 887/12 899/14 899/19 901/24 902/1 911/17 912/25 928/1
**open [12]** 801/4 813/11 821/14 855/3 863/20 874/9 876/1 876/6 880/23 901/22 909/19 911/14
**open-minded [2]** 821/14 876/6
**operates [1]** 853/16
**operation [1]** 806/4
**opinion [5]** 833/7 833/7 847/16 866/10 877/1
**opinions [11]** 792/23 820/7 820/9 821/9 854/16 864/23 867/6 867/6 894/7 898/7 935/20
**opposed [3]** 809/5 848/7 848/19
**order [9]** 779/9 779/15 785/10 787/21 936/21 937/24 937/24 939/11 939/11
**ordered [1]** 938/23
**ordinary [1]** 780/24
**organization [48]** 790/9 799/1 799/5 799/5 799/11 799/22 799/23 800/1 800/23 802/2 802/18 803/14 804/6 810/23 810/24 811/6 811/9 818/21 819/21 819/22 835/12 836/7 848/2 848/19 852/21 853/6 853/8 853/16 854/6 854/7 871/21 874/13 889/8 890/3 896/15 899/11 899/13 899/25 900/8 906/3 909/22 909/25 924/9 924/16 924/17 924/23 927/4
**organization's [1]** 810/22
**organizational [1]** 885/11
**Organize [1]** 853/22
**organized [3]** 813/10 853/18 900/4
**organizing [5]** 800/4 801/18 853/20 900/6 927/20
**original [1]** 938/14
**originally [5]** 790/24 791/2 792/8 832/13

**other [42]** 779/22 782/18 783/18 783/23 784/19 785/8 785/23 802/21 802/22 803/10 805/12 810/21 814/9 815/9 824/18 826/24 867/5 871/24 875/21 878/23 881/13 882/1 882/2 883/8 884/19 889/11 891/10 891/18 891/24 895/9 900/6 904/23 905/11 907/24 917/21 918/15 919/10 920/10 933/6 933/22 936/22 937/25
**others [5]** 783/17 783/21 787/22 815/14 897/9
**otherwise [3]** 785/21 804/11 898/4
**our [29]** 777/22 779/6 779/23 780/22 780/24 780/25 782/2 786/1 793/19 812/3 822/20 822/20 832/3 850/25 851/1 851/13 851/18 864/23 865/4 869/9 877/20 889/3 895/2 908/6 908/8 923/24 937/20 937/21 938/24
**out [60]** 777/1 778/15 781/9 787/20 789/13 790/23 793/20 798/2 804/2 808/12 809/12 815/9 818/2 824/11 825/12 826/24 827/3 828/3 830/17 831/15 832/10 834/21 838/3 845/8 846/10 846/13 850/22 854/2 855/15 864/4 869/6 870/23 870/25 873/22 882/13 886/6 887/24 888/5 893/23 895/12 896/4 898/17 906/11 906/15 909/7 910/2 915/6 916/25 917/4 917/8 922/2 923/4 923/9 923/12 925/11 926/11 931/15 936/11 937/7 937/12
**outbreak [1]** 787/4
**outline [1]** 799/19
**outlook.com [1]** 774/10
**outside [4]** 803/10 822/20 834/6 914/23
**over [8]** 780/16 785/11 825/11 840/12 886/10 886/13 935/20 936/2
**overcoming [1]** 814/17
**overlap [1]** 937/10
**overlooked [1]** 795/5
**overnight [1]** 777/21
**overruled [1]** 852/1
**own [14]** 811/11 812/3 816/13 824/19 839/8

**877/9 877/18 895/2 897/21 898/10 904/24
**owned [3]** 892/8 892/9 898/4

**P**

**P. [1]** 776/4
**P.A [1]** 774/16
**p.m [3]** 869/14 926/2 940/8
**PA [1]** 773/15
**page [53]** 788/14 789/8 789/9 794/16 794/18 798/20 804/23 804/23 807/14 808/5 818/19 822/7 826/9 828/17 830/13 830/13 835/10 842/5 852/15 856/13 857/24 870/8 870/17 874/10 877/11 879/12 879/12 880/2 880/6 886/25 888/3 888/4 889/6 889/6 895/24 896/13 899/8 902/16 904/9 906/6 907/13 909/19 911/19 913/18 923/7 923/8 925/25 927/2 928/15 928/16 928/17 928/19 931/7
**page 10 [1]** 830/13
**page 11 [1]** 899/8
**page 6 [2]** 804/23 856/13
**page 7 [2]** 788/14 904/9
**paid [1]** 808/25
**pandemic [1]** 858/20
**panel [3]** 936/23 937/4 939/4
**paragraph [1]** 842/15
**paramilitary [4]** 836/6 874/16 874/17 874/19
**pardon [1]** 865/15
**Park [1]** 774/3
**parliamentary [1]** 914/8
**parse [1]** 838/3
**part [19]** 781/12 783/7 800/17 802/2 832/3 843/17 843/24 844/18 856/5 860/14 864/2 864/13 864/16 875/3 875/8 887/6 916/7 924/14 927/18
**partial [3]** 884/19 891/17 891/17
**participate [2]** 855/2 857/20
**participated [9]** 799/6 802/1 802/9 819/17 825/17 853/23 854/7 857/11 904/15
**participating [1]** 843/6
**participation [2]** 854/1 854/3
**particular [14]** 820/17 842/17 861/9 872/20

**877/10 877/4
**890/2 900/15 902/10 910/1 910/12 913/8 914/5
**particularly [2]** 874/15 926/10
**parties [8]** 781/11 781/23 782/4 783/1 783/6 820/16 867/25 938/8
**partner [4]** 916/19 918/10 918/11 918/17
**parts [2]** 815/10 858/5
**Passionate [1]** 792/14
**passionately [1]** 792/15
**passive [1]** 855/17
**past [6]** 814/19 823/4 830/6 867/1 867/3 926/9
**patience [5]** 776/25 787/24 885/5 893/22 898/1
**Pause [2]** 869/17 922/16
**pay [2]** 888/13 893/6
**paying [2]** 809/4 820/22
**PBS [1]** 809/14
**peaceful [1]** 801/24
**peacefully [1]** 901/7
**Pennsylvania [1]** 774/7
**people [64]** 784/19 787/6 792/15 800/15 800/20 801/6 801/12 802/8 802/11 810/23 811/21 812/16 812/24 813/21 814/4 814/4 815/15 815/19 816/3 819/21 820/6 821/25 824/18 847/4 848/20 849/19 849/22 849/23 854/13 858/12 864/17 864/19 866/10 866/13 866/14 877/8 880/8 882/3 883/6 893/7 895/4 898/10 900/1 901/6 903/8 903/14 903/18 903/23 904/2 905/11 907/19 910/25 911/6 911/24 914/23 915/12 917/3 918/15 918/18 922/12 924/15 924/22 927/19 931/9
**people's [1]** 904/23
**per [1]** 820/21
**percent [1]** 859/19
**Perfect [1]** 939/25
**performing [1]** 781/1
**perhaps [6]** 783/10 792/18 820/7 848/9 866/19 897/7
**period [1]** 797/19
**permitted [5]** 795/8 796/10 796/11 796/12 908/18
**person [16]** 787/1

P

person... [15] 814/1
814/1 817/11 824/18
858/24 875/13 877/21
882/16 882/17 891/7
891/13 908/22 914/2
919/16 921/14
person's [1] 810/19
personal [5] 778/2
781/25 824/19 834/8
837/7
personalize [1] 934/17
personally [8] 778/21
778/21 779/1 816/23
816/24 835/24 918/3
918/25
Peter [1] 911/24
phase [1] 936/15
phillip [3] 773/2 773/6
776/15
Phillip Linder [1]
776/15
phone [1] 819/3
phones [1] 782/17
physical [1] 878/20
pick [1] 923/6
picked [2] 849/8
926/14
pickup [1] 926/2
pictures [1] 803/7
place [3] 782/19
786/12 885/24
placed [1] 787/16
Plaintiff [1] 772/4
plan [3] 817/17 869/10
939/23
planned [1] 799/15
plans [1] 939/15
play [1] 780/23
please [40] 776/5
780/3 782/13 784/21
784/22 785/4 785/13
785/25 787/12 788/13
789/8 794/4 798/20
808/4 809/2 818/17
818/18 826/9 830/12
835/10 842/5 847/5
852/15 856/12 869/16
870/17 879/12 880/6
886/21 886/24 887/14
888/3 899/7 902/15
906/6 909/19 913/18
918/5 931/7 938/4
plenty [1] 932/2
plus [2] 806/14 861/15
podcasts [1] 783/12
point [10] 777/16
782/22 784/20 786/22
836/10 858/23 859/23
865/17 913/9 933/17
police [22] 799/16
822/24 854/9 854/9
875/9 875/25 879/6
884/8 884/14 884/16
891/2 891/9 891/10
908/4 908/6 908/11
908/14 908/18 908/20
908/22 919/5 919/11

polite [1] 908/14
political [23] 812/7
815/11 816/10 816/13
846/21 866/3 872/17
876/22 877/1 889/19
889/23 895/6 895/6
897/20 902/6 904/20
904/24 911/1 917/13
925/2 927/13 928/5
931/3
politically [1] 865/24
politicians [1] 848/25
politics [2] 867/11
888/11
porches [1] 822/20
portion [1] 932/10
position [3] 851/20
929/24 930/2
positions [2] 910/12
935/2
positive [3] 787/6
900/22 908/11
positively [1] 912/14
positivity [1] 841/22
possess [3] 849/19
849/24 850/1
possessed [8] 795/19
796/2 796/4 797/12
850/2 850/8 850/13
898/3
possessing [1] 894/8
possession [2] 795/20
850/4 894/10
possible [2] 782/4
912/4
possibly [2] 784/25
867/24
post [7] 783/4 783/16
819/4 835/22 853/3
895/7 932/1
posting [1] 783/18
postings [1] 783/24
potential [4] 780/6
783/5 911/23 922/11
potentially [1] 876/23
power [6] 801/19
801/24 843/18 890/13
911/8 927/21
practice [4] 881/23
882/3 930/11 933/7
pre [2] 782/5 836/21
pre-judge [1] 782/5
pre-scouting [1]
836/21
precautions [1] 840/13
precise [1] 860/2
preconceived [2]
804/5 804/6
predict [1] 937/16
predispose [1] 907/23
prefer [1] 862/7
preferred [1] 845/10
prepare [1] 939/4
preschool [2] 926/2
926/14
present [6] 776/22

878/13 900/7
presented [10] 784/15
790/4 792/1 802/6
824/19 837/6 855/20
856/1 901/25 921/16
presently [1] 859/1
presidency [1] 836/8
president [55] 791/15
792/3 792/16 792/18
792/24 801/19 801/20
811/23 811/24 812/14
812/22 813/10 813/11
813/19 813/20 813/22
815/4 815/24 816/8
816/8 816/17 817/2
817/10 817/18 817/19
819/11 832/18 843/18
843/18 844/1 844/1
844/8 847/11 856/7
856/8 865/25 867/14
867/16 872/11 872/22
877/5 890/4 890/4
890/13 890/13 897/1
897/11 897/11 902/11
924/18 924/19 924/24
927/22 927/22 928/9
President Biden [10]
801/20 811/9 843/18
844/1 856/8 872/11
890/13 897/11 924/19
927/22
President Trump [16]
813/10 813/11 813/20
816/8 816/17 817/2
817/10 817/18 843/18
844/1 890/4 890/13
897/11 924/18 927/22
928/9
Presidential [2] 897/10
911/8
presiding [1] 776/4
press [2] 784/11
937/22
presume [2] 793/5
868/4
presumed [1] 821/25
pretend [1] 874/22
pretty [7] 801/5 802/3
827/5 853/10 896/9
897/16 934/13
Prettyman [1] 775/4
prevent [14] 787/9
791/14 801/18 801/23
801/25 817/18 817/19
832/18 843/25 856/8
872/10 897/10 924/18
927/21
previous [1] 858/16
previously [1] 853/1
primary [1] 896/8
principles [1] 811/10
prior [6] 822/7 839/19
854/20 858/11 870/2
934/18
privacy [2] 782/2
851/10
private [1] 859/10

probable [2] 887/19
887/24
probable-cause [1]
887/24
probably [17] 785/16
791/12 792/2 795/5
809/20 811/12 820/14
837/20 861/12 878/15
901/8 901/9 902/25
903/8 903/9 917/3
919/1
problem [6] 816/25
824/13 824/18 889/23
889/25 890/1
procedurally [1]
938/21
proceedings [8] 772/9
775/6 776/23 787/7
836/23 940/8 941/4
942/4
process [29] 781/4
781/7 781/10 781/12
782/8 782/23 783/11
783/20 784/20 784/24
785/1 785/2 785/7
785/16 786/13 808/1
820/2 821/21 821/23
830/9 857/12 864/3
885/6 893/22 898/2
921/9 921/19 922/15
939/19
produced [1] 775/7
producing [1] 892/20
professional [1]
908/15
profile [1] 840/7
programs [2] 857/15
923/19
promise [1] 782/9
proof [3] 903/25
915/22 928/2
property [1] 884/12
proposed [1] 781/11
prosecuted [2] 892/4
892/23
prosecutor [4] 882/9
882/14 892/23 892/25
prosecutors [3] 882/4
918/19 933/8
Prospective [2] 780/2
787/16
protect [1] 851/9
protest [4] 904/10
904/15 916/22 930/19
protesting [1] 822/25
protests [5] 822/22
822/24 853/18 853/20
853/23
prove [4] 824/3 825/5
834/3 865/4
proven [2] 821/22
897/16
provide [17] 793/20
798/3 804/3 818/3
825/13 828/3 834/22
841/8 869/7 873/22
886/6 895/13 898/17

providing [1] 851/8
proving [1] 822/1
proximity [2] 878/21
905/1
psychologist [2]
885/11 885/17
public [4] 785/11
786/17 809/14 936/2
published [1] 937/22
pull [1] 814/11
purely [1] 824/4
purportedly [1] 836/13
purpose [2] 834/7
927/11
pursue [1] 935/14
push [2] 784/1 784/3
put [27] 777/19 790/1
797/21 807/21 826/18
827/3 827/10 836/5
837/8 838/8 843/4
854/19 855/25 871/15
878/24 884/6 887/24
888/22 898/5 900/14
905/8 912/24 914/22
922/10 923/24 932/25
936/24
putting [6] 795/5 795/6
807/19 822/13 830/2
861/16
PUTZI [1] 774/16

Q

qualified [9] 777/22
779/5 779/9 779/20
869/11 936/13 936/14
936/22 939/12
qualify [1] 922/13
qualifying [1] 779/24
quasi [1] 934/7
quasi-criminal [1]
934/7
question [100] 778/1
785/25 788/14 790/7
794/17 794/24 794/24
795/2 795/3 798/6
798/21 798/24 799/1
802/18 804/23 807/13
807/17 807/23 809/15
818/20 820/8 821/3
826/10 826/12 827/1
828/17 829/16 830/5
831/6 835/11 843/21
845/18 848/23 850/6
850/10 851/21 852/15
852/16 852/19 856/13
857/24 860/25 861/22
866/11 866/13 867/2
870/9 871/20 874/11
874/12 876/17 880/2
880/7 880/25 881/17
883/20 883/22 885/23
887/2 887/3 887/11
889/7 890/21 892/2
896/13 899/8 899/9
899/11 902/17 904/8
904/19 906/18 907/13

**Q**

question... [27] 909/20
909/21 911/22 912/22
913/3 913/19 913/22
913/23 915/5 916/21
917/19 917/22 918/6
918/7 918/16 918/21
924/3 926/1 927/2
927/3 928/16 928/22
931/13 932/9 933/4
934/1 935/22
Question 1 [1] 926/1
Question 11 [1] 852/15
Question 13 [3] 902/17
913/19 913/23
Question 14 [5] 804/23
828/17 856/13 928/16
928/22
Question 17 [1] 794/17
Question 18 [2] 904/8
916/21
Question 19 [6] 807/13
807/17 829/16 857/24
870/9 880/2
Question 22 [2] 860/25
917/19
Question 37 [2] 880/7
911/22
Question 46 [14]
798/21 818/20 831/6
835/11 852/16 871/20
874/11 874/12 889/7
896/13 899/8 909/20
924/3 927/2
Question 50 [3] 881/17
918/6 933/4
Question 54 [4] 845/18
861/22 883/20 918/21
Question 55 [1] 883/22
questioned [2] 785/20
785/23
questioning [5] 778/8
779/3 786/4 786/6
851/2
questionnaire [44]
781/11 781/16 783/7
788/10 788/12 794/9
794/10 794/12 794/17
798/17 798/18 798/19
798/20 804/18 804/21
818/12 818/17 826/7
826/8 828/12 828/17
831/15 835/9 837/22
842/4 844/13 852/12
852/14 856/13 870/5
870/7 874/7 874/9
876/11 886/23 895/21
895/23 899/2 899/7
909/17 909/19 923/4
923/6 925/24
questions [70] 781/7
781/10 781/15 781/23
781/24 786/2 789/9
789/9 790/18 790/24
793/16 793/19 808/5
808/5 815/22 817/14
818/19 818/24 819/1
825/21 830/13 832/11

842/7 844/12 844/14
844/16 845/17 845/19
846/6 849/12 850/16
855/12 863/22 864/2
864/4 864/5 865/13
869/1 869/2 870/17
870/18 872/24 873/1
876/11 885/3 885/21
888/4 893/19 894/16
895/24 897/24 898/13
904/25 906/7 908/25
909/4 912/17 917/16
921/23 921/24 923/8
925/6 925/7 925/8
936/8 938/2 940/1
Questions 19 [1]
904/25
questions yes [1]
819/1
quick [1] 777/2
quietly [1] 782/13
quirky [1] 851/15
quite [1] 811/23

**R**

radio [2] 783/12 923/19
raise [4] 787/12 787/15
841/15 885/16
raised [2] 791/4 939/3
Rakoczy [2] 772/14
776/13
rally [5] 800/5 875/3
904/10 916/22 930/19
ran [2] 813/23 823/3
rare [1] 926/9
rate [1] 908/8
rather [2] 787/8 931/21
re [2] 781/21 844/16
re-read [1] 844/16
re-seated [1] 781/21
react [2] 795/21 921/3
reaction [1] 801/21
reactive [1] 855/18
read [83] 777/25
782/14 782/18 784/10
784/18 786/9 786/11
789/22 790/2 790/8
798/25 799/2 799/21
799/23 803/22 808/9
808/17 818/20 818/22
819/20 820/7 820/9
820/13 821/8 827/1
831/7 835/11 835/13
835/17 835/21 836/11
837/1 838/7 842/12
842/13 844/16 852/20
852/21 853/2 853/5
854/13 854/14 854/20
855/6 871/10 871/21
874/12 874/14 874/15
875/24 876/8 888/7
888/8 888/16 889/8
896/14 899/10 899/12
899/15 899/20 899/22
900/3 900/14 900/23
900/25 900/25 906/22
907/8 907/9 909/21

reading [6] 783/23
819/7 853/14 900/8
900/10 932/1
realize [2] 791/12
872/16
realized [1] 837/21
really [21] 786/22
789/15 811/13 814/18
833/23 846/11 874/17
879/2 887/10 888/19
894/13 894/15 894/22
895/2 895/8 896/10
897/5 898/9 910/5
910/11 927/13
Realtime [1] 775/3
reason [18] 777/6
784/13 787/3 791/19
791/23 791/24 795/4
804/12 830/1 842/17
843/11 848/5 848/18
851/24 880/11 884/13
910/19 912/1
reasonable [4] 822/2
825/6 887/23 887/25
reasons [1] 786/23
recall [21] 777/3
778/23 789/5 790/15
805/24 806/4 807/20
810/8 810/21 830/2
853/13 888/22 900/8
900/10 906/25 913/7
913/9 913/13 927/10
932/21 933/1
receive [3] 784/1
784/16 785/24
receiving [1] 784/5
recent [1] 806/17
recently [1] 856/18
recess [2] 869/14
940/6
recognize [1] 880/8
recognized [2] 911/23
931/8
recollect [1] 809/23
recollecting [1] 807/19
recollection [6] 810/25
811/8 819/14 854/4
861/17 881/14
recommendations [1]
885/15
reconsider [1] 778/16
record [4] 851/8
851/18 941/3 942/3
recorded [1] 775/6
recuse [1] 906/4
referred [1] 882/16
referring [2] 917/21
932/14
reflect [1] 777/21
reflection [1] 778/10
regard [2] 864/6 915/1
regarding [2] 791/7
819/3

regulates [1] 857/15
regulations [2] 857/5
857/17
reimburse [1] 893/7
reiterate [1] 904/19
related [2] 787/9 857/1
relates [1] 883/4
relationship [4] 867/24
912/7 912/10 916/4
relative [1] 837/19
released [1] 784/4
relevant [2] 847/4
908/1
relieved [1] 786/5
reluctance [1] 915/16
rely [1] 825/20
remain [3] 785/19
785/24 786/7
remainder [1] 779/14
remaining [1] 939/13
remarks [3] 780/16
781/19 787/10
remember [12] 810/9
810/13 810/18 822/25
824/5 861/5 905/9
905/16 907/4 907/4
932/22 937/7
reminder [2] 937/3
937/20
remotely [1] 872/2
remove [16] 788/7
794/4 798/13 804/19
818/15 826/3 828/12
835/6 841/25 852/13
874/8 886/21 895/21
899/2 923/1 925/21
render [2] 850/4
901/25
rendered [1] 867/22
rental [1] 878/17
reordered [1] 779/21
repeat [6] 800/16 809/2
843/21 850/6 850/10
899/16
repeating [1] 822/11
rephrase [1] 934/1
replace [1] 937/5
replays [1] 932/19
report [4] 777/12 908/7
919/2 939/20
reported [2] 777/5
777/15
reporter [5] 775/2
775/2 775/3 775/3
889/4
reporting [1] 809/10
reports [3] 884/16
936/2 937/23
Republican [1] 866/18
Republicans [1]
866/18
requesting [1] 858/23
require [2] 784/25
786/18
required [6] 786/17
786/24 858/17 859/13
860/17 888/22

research [4] 782/25
783/6 786/10 851/1
reservations [1] 779/2
resident [2] 837/13
879/8
resist [2] 843/17
890/12
resistance [1] 823/5
resources [1] 879/25
respect [5] 872/3
890/16 907/7 916/8
916/11
respecting [1] 904/23
responded [2] 826/12
917/23
responds [1] 858/11
response [5] 862/2
917/22 921/8 921/19
926/1
responses [4] 779/3
781/16 798/6 920/10
responsible [3] 849/22
849/23 849/24
Rest [1] 781/25
restaurant [1] 786/25
restriction [1] 926/25
restrictions [3] 784/24
784/24 786/5
result [4] 786/14
858/10 892/17 908/2
results [2] 799/6
801/25
resume [1] 869/11
retained [1] 899/24
retired [2] 805/25
828/23
return [4] 782/6 785/23
936/14 940/7
review [2] 888/23
911/16
RHODES [5] 772/6
773/2 776/9 776/16
780/7
ride [1] 860/10
ride-share [1] 860/10
right [107] 776/24
779/4 779/22 780/4
787/12 787/15 790/18
791/23 792/20 794/11
794/14 794/22 795/6
796/13 799/5 802/13
803/3 803/25 806/5
806/7 806/9 806/11
807/7 807/12 808/4
810/7 814/24 815/25
816/13 816/17 818/4
820/21 821/1 821/12
824/21 824/23 825/15
827/23 828/14 829/13
832/2 838/20 839/10
840/2 841/6 842/24
845/8 846/3 849/11
849/13 852/7 855/24
857/23 858/21 859/9
859/9 860/11 866/15
869/4 869/9 873/6
873/18 875/5 877/3
878/1 878/2 878/5

**R**

**right... [40]** 878/11
878/19 879/11 879/21
880/1 880/5 883/7
885/9 886/4 887/17
893/16 893/19 894/23
894/24 895/10 895/11
897/24 899/6 901/19
907/12 908/16 908/24
910/11 913/17 916/12
917/10 918/5 919/19
922/20 923/1 926/12
926/23 928/14 930/23
931/6 932/3 932/16
934/6 936/13 940/3
**right-hand [1]** 779/22
**rigorous [1]** 804/10
**riot [1]** 799/7
**rise [5]** 776/2 787/12
869/13 869/15 940/5
**Ritchie [1]** 774/17
**RMR [4]** 941/2 941/8
942/2 942/8
**Road [1]** 774/3
**Roger [3]** 880/10
880/20 911/25
**Roger Stone [3]**
880/10 880/20 911/25
**role [12]** 780/23 856/16
858/16 859/13 859/19
859/23 860/17 864/24
864/25 872/3 934/6
935/4
**roles [1]** 858/17
**room [1]** 871/1
**rough [1]** 822/16
**round [3]** 938/9 938/13
938/17
**row [1]** 936/25
**rude [1]** 785/9
**rule [1]** 786/19
**rules [2]** 826/21 894/14
**run [1]** 908/8
**Russia [1]** 821/1

**S**

**safe [1]** 825/20
**safety [5]** 839/8 840/1
861/1 905/4 917/20
**said [30]** 778/1 778/19
778/23 787/19 787/21
792/7 797/8 801/10
804/7 804/11 806/23
806/24 821/25 824/22
836/1 846/11 851/22
851/25 859/2 864/15
866/24 875/20 875/23
883/18 887/3 889/9
905/4 917/19 918/9
929/19
**said was [1]** 801/10
**same [4]** 780/14
780/16 837/18 935/22
**sat [1]** 871/2
**satisfaction [1]** 840/19
**satisfied [1]** 840/18
**satisfy [1]** 840/15
**saw [9]** 778/14 810/8
842/14 920/1 920/7
932/17
**say [54]** 778/8 789/16
792/19 795/22 808/16
808/24 809/19 809/25
812/8 812/17 813/19
814/10 814/11 815/19
819/25 820/18 821/13
823/8 824/17 825/20
830/19 837/14 838/19
839/1 845/14 845/24
847/21 849/3 851/15
852/24 853/10 855/17
855/19 855/21 857/7
874/5 874/10 874/19
874/21 881/4 884/4
886/12 888/14 896/25
897/17 901/20 908/15
921/12 921/18 929/9
929/21 930/10 931/24
937/18
**saying [3]** 815/23
816/15 901/21
**says [2]** 883/5 883/10
**scared [1]** 874/12
**schedule [2]** 809/8
856/22
**Schedule C [1]** 856/22
**scheduled [2]** 787/5
920/19
**school [2]** 845/8
934/24
**scope [1]** 921/16
**scores [1]** 885/16
**scouting [1]** 836/21
**screen [2]** 830/20
830/21
**se [1]** 820/21
**Sealed [1]** 862/14
**seat [14]** 779/8 779/10
779/22 780/3 936/25
937/1 937/1 937/2
937/22 937/25 938/1
939/7 939/11 939/15
**Seat 2 [1]** 937/25
**Seat 7 [1]** 938/1
**Seat No. 1 [1]** 936/25
**seated [8]** 776/5
781/21 782/16 793/6
796/20 869/16 938/15
939/17
**seats [3]** 937/1
937/21 939/13
**second [2]** 787/3
809/20
**sector [2]** 859/10
859/13
**security [8]** 785/4
785/14 840/1 840/2
840/13 840/15 840/23
865/5
**seditious [1]** 801/17
**see [21]** 778/14 785/7
786/15 788/10 789/17
809/8 812/14 812/15
812/18 812/19 823/5
837/9 855/22 878/19
921/6 922/11 922/12
940/3
**seeing [2]** 836/8
861/10
**seek [3]** 809/12 853/9
870/25
**seeks [8]** 789/13
808/12 830/17 855/15
870/23 896/4 906/11
912/20
**seemed [2]** 800/3
851/15
**seems [3]** 799/25
801/22 802/2
**seen [55]** 781/9 798/25
799/2 802/22 803/22
808/8 809/9 809/16
810/5 818/20 818/22
819/2 820/13 824/11
827/2 831/7 835/12
835/13 835/17 836/11
842/11 846/12 852/20
852/21 853/6 855/13
871/5 871/6 871/8
871/13 871/21 874/12
874/14 881/5 888/6
888/8 888/12 888/15
888/16 889/7 896/14
899/10 899/12 907/18
907/21 907/21 909/21
909/23 920/2 923/18
924/4 927/3 927/5
931/23 939/6
**select [1]** 782/3
**selected [19]** 782/5
782/24 784/14 795/25
814/21 821/4 829/24
854/19 868/20 883/13
887/21 888/21 897/3
900/13 901/14 905/22
910/21 926/4 933/2
**selection [15]** 772/9
781/4 782/8 782/12
782/23 783/10 783/20
784/20 784/24 785/2
785/7 785/12 785/16
864/3 936/16
**self [1]** 823/6
**self-defense [1]** 823/6
**Senate [2]** 913/25
914/3
**senator [1]** 914/4
**senior [1]** 867/16
**sense [14]** 778/11
781/5 803/11 803/17
808/6 824/7 824/8
830/14 855/14 881/2
910/15 924/11 927/15
935/18
**sensibilities [2]** 897/22
898/5
**sensitive [1]** 862/4
**sentiments [1]** 867/2
**September [3]** 772/5
941/7 942/7
**sequence [1]** 936/21
**series [1]** 781/7
**seriously [1]** 837/5
**serve [10]** 780/25
805/10 888/21 893/4
901/14 903/12 905/22
910/22 915/11 926/5
**served [11]** 807/24
826/21 830/6 837/21
839/19 851/2 887/3
887/4 887/6 893/5
902/22
**service [20]** 780/22
781/2 781/6 783/25
784/4 784/9 786/3
787/25 825/11 835/8
837/4 837/5 852/11
869/5 870/6 874/6
883/16 886/20 899/1
923/3
**services [6]** 819/5
856/22 857/15 858/7
865/21 879/20
**serving [4]** 807/10
839/25 851/3 851/19
**session [2]** 772/7
776/4
**set [11]** 789/5 808/1
820/8 824/25 831/1
834/8 837/7 875/16
876/13 932/5 938/12
**setting [2]** 830/8 862/5
**seven [1]** 806/14
**several [4]** 858/4 891/3
892/14 918/15
**Shady [2]** 877/18 886/2
**Shady Side [2]** 877/18
886/2
**share [5]** 819/6 836/2
836/12 860/10 914/16
**shared [1]** 837/1
855/13 914/17 914/19
**she [69]** 777/5 777/5
777/6 777/7 777/12
777/12 777/12 777/15
777/16 778/1 778/1
778/3 778/5 778/6
778/6 778/7 778/11
778/18 778/20 778/21
778/23 778/25 805/17
805/18 806/1 806/2
806/3 806/14 807/5
829/11 829/12 829/13
851/5 851/14 851/15
851/15 851/21 851/22
851/22 851/23 851/24
864/15 864/15 881/23
881/24 881/25 882/13
882/13 914/5 914/5
914/11 914/12 914/17
914/19 914/19 914/21
914/25 915/10 916/8
916/10 929/24 930/2
930/2 930/10 930/13
930/14
**she's [6]** 777/15
805/25 881/24 914/4
914/6 929/24
**to [2]** 779/23
936/23
**sheets [6]** 936/22
937/7 937/8 937/9
938/24 939/4
**shocked [3]** 920/8
920/12 920/20
**shocking [1]** 823/6
**shootings [1]** 907/21
**short [1]** 903/25
**should [21]** 782/17
782/22 783/11 785/16
785/19 785/23 788/12
794/10 795/8 796/5
797/19 798/18 804/21
818/18 835/9 842/4
857/19 874/5 886/23
918/16 936/17
**shouldn't [1]** 896/25
**show [15]** 777/4
777/10 777/15 798/2
804/2 818/2 834/2
841/7 850/22 895/12
898/17 909/7 922/2
925/11 936/10
**showed [2]** 876/2
876/4
**shows [2]** 881/6
881/13
**shrink [1]** 885/20
**sic [1]** 823/2
**sick [3]** 777/6 777/12
777/20
**side [12]** 779/22 797/2
824/3 871/15 877/18
884/19 886/2 891/18
907/23 919/10 922/10
937/8
**sides [1]** 793/6
**silent [1]** 782/20
**simple [1]** 784/13
**simply [4]** 778/24
785/9 908/19 937/7
**since [7]** 826/18
846/12 871/4 871/6
871/7 871/8 891/6
**sir [76]** 798/9 802/17
804/1 804/14 804/15
807/3 807/11 807/17
808/6 810/20 813/4
813/6 814/14 815/1
817/13 817/15 817/25
818/8 823/14 823/16
823/18 825/10 826/2
827/24 835/2 839/10
839/12 841/6 869/20
869/25 870/4 873/3
873/18 874/2 885/5
886/4 886/14 886/17
893/22 894/19 895/11
895/14 895/17 898/1
898/15 898/23 900/19
901/23 902/2 902/8
902/13 902/20 903/16
904/3 904/7 904/13
905/18 907/22 908/25
909/2 909/6 909/11
919/21 919/22 922/1

**S**

sir... [11] 922/25
923/14 924/2 924/25
925/4 925/17 933/13
933/14 933/19 936/6
936/10
sirens [2] 861/8 861/12
sit [5] 779/14 779/14
790/13 843/19 844/2
site [2] 854/10 858/15
sites [1] 783/18
sitting [1] 840/20
situation [1] 820/22
six [3] 805/11 891/3
891/6
skew [1] 822/7
skipped [3] 869/19
886/10 886/13
slightly [1] 821/3
Snapchat [1] 783/2
snippets [1] 932/17
so [263]
so I think [2] 801/3
839/15
social [12] 783/9
783/13 783/18 783/24
784/12 784/19 790/10
831/9 871/11 871/23
896/17 924/9
solely [1] 840/22
some [55] 777/16
777/21 778/2 779/3
780/9 782/8 782/10
784/1 787/21 789/16
793/21 807/24 808/9
808/9 809/16 813/1
815/24 816/7 819/9
820/7 825/21 826/20
830/7 831/16 832/2
832/11 835/24 838/21
839/8 840/15 846/5
848/7 848/13 855/12
855/13 864/7 867/10
873/5 876/11 879/7
879/9 880/17 881/13
884/12 888/16 894/13
898/18 900/3 901/6
911/19 912/7 920/17
920/25 921/16 923/8
somebody [11] 789/13
808/12 830/20 855/15
870/23 896/4 906/11
912/20 919/7 920/17
937/5
someone [12] 816/16
817/1 830/16 831/22
837/13 858/3 887/19
906/10 917/21 923/11
926/14 931/15
something [16] 787/8
820/11 822/21 830/21
838/22 855/3 861/20
871/16 874/22 892/19
911/8 920/18 927/13
932/7 932/15 937/18
sometimes [1] 865/15
somewhere [2] 878/9
882/18

sorry [22] 795/23
796/9 800/16 801/9
809/3 809/21 820/18
827/17 829/5 839/1
873/12 875/11 886/12
899/16 913/22 928/17
928/21 930/9 931/18
933/24 934/21 939/2
sort [25] 778/7 799/9
808/12 811/9 814/16
825/16 830/16 842/21
855/14 860/7 861/16
871/15 872/3 878/22
888/18 891/6 900/6
902/5 906/10 908/10
922/10 923/11 923/14
928/5 937/16
sorted [1] 777/1
sorts [1] 907/18
sought [3] 846/12
923/12 931/15
sounds [2] 832/3
888/15
source [4] 871/24
881/13 889/11 896/8
sources [2] 784/2
784/19 803/10 819/4
819/7 874/24
spaces [1] 786/17
speak [4] 778/24 785/6
883/15 887/15
speaking [2] 786/16
786/19
specific [9] 791/21
799/10 819/12 847/5
848/11 857/20 874/15
875/7 910/8
specifically [4] 836/12
853/1 899/8 928/8
specificity [2] 819/15
820/16
specifics [1] 864/8
Spelman [1] 868/8
Spelman College [1]
868/8
spend [1] 782/8
spending [1] 832/10
spoken [5] 777/24
779/15 812/13 903/18
914/13
spreading [1] 800/1
Sr [1] 774/16
staff [2] 854/10 914/6
stand [5] 790/14 856/7
890/11 924/17 940/6
standard [3] 887/23
887/24 887/25
standing [1] 890/15
stands [2] 811/9
896/22
stanley [3] 774/2 774/5
776/17
Stanley Woodward [1]
776/17
start [13] 781/6 781/9
783/5 785/1 788/13
798/21 804/22 826/9

936/20 938/7
started [3] 780/20
783/11 936/18
starting [1] 911/22
stashed [1] 834/5
statement [1] 839/16
statements [1] 833/16
states [11] 772/1 772/3
772/10 776/2 776/8
780/6 791/15 792/11
815/10 832/19 897/2
stations [1] 873/8
statutes [1] 857/5
staunch [2] 924/23
928/9
stayed [1] 905/18
staying [1] 878/3
stays [1] 879/2
stenography [1] 775/6
stepfather [1] 892/6
Stephen [2] 881/8
881/9
Stephen Colbert [2]
881/8 881/9
STEWART [4] 772/6
773/2 776/9 780/7
Stewart Rhodes [1]
780/7
sticking [1] 836/10
still [11] 785/12 797/14
827/21 840/19 859/3
872/12 880/23 889/13
903/2 914/25 931/4
stolen [2] 800/2 884/6
Stone [9] 880/10
880/14 880/17 880/20
880/22 911/25 912/3
912/8 912/10
stop [1] 926/6
stopped [1] 906/14
stopping [1] 901/9
store [1] 786/25
stories [2] 783/15
932/2
stormed [1] 914/20
stragglers [1] 936/17
straight [1] 905/3
straightforward [1]
813/25
street [9] 772/15
773/11 773/15 807/4
816/16 822/17 861/8
861/9 908/9
stricken [12] 798/5
804/4 818/5 825/15
825/22 828/6 841/10
937/5 937/9 937/12
938/17 939/5
strict [1] 785/5
strictly [1] 784/17
strife [1] 820/20
strike [9] 778/16
778/16 937/3 937/4
937/10 938/7 938/9
938/11 938/22
strikes [5] 779/17
937/6 937/14 937/17

strong [5] 778/6
794/24 796/14 797/8
800/12
strongly [2] 795/7
802/3
stuff [4] 881/10 887/10
895/2 927/13
stunned [2] 920/13
920/20
subject [1] 843/7
such [6] 779/17 794/24
797/13 839/6 876/1
912/10
suggest [1] 851/1
suggested [2] 844/6
855/1
Suite [4] 773/4 773/8
774/8 774/17
summer [1] 904/14
Superior [2] 807/5
882/18
support [15] 792/15
792/21 792/21 792/23
811/23 814/5 815/8
815/11 816/24 817/4
829/14 866/10 866/14
866/17 866/19
supported [6] 811/22
816/8 816/16 817/9
856/6 897/1
supporter [1] 866/9
supporters [23] 792/3
792/12 813/1 815/4
816/3 833/5 833/8
833/12 833/13 833/17
844/7 847/11 847/16
866/22 866/25 867/7
872/21 877/5 890/3
890/3 902/11 924/23
928/9
supporting [4] 792/18
812/24 814/7 814/10
supports [2] 817/1
897/1
suppose [1] 866/13
sure [33] 779/12
788/17 789/7 795/24
811/18 813/13 815/12
815/21 815/22 815/23
820/23 823/10 823/22
827/12 828/5 834/15
838/17 840/11 844/17
848/12 848/12 866/16
877/24 888/1 892/1
899/18 910/6 918/16
924/8 927/1 930/12
934/15 938/18
surf [1] 782/18
surprise [1] 783/19
surprising [1] 820/6
survey [2] 885/13
886/20
suspect [1] 936/17
swear [2] 939/23
939/24
sworn [4] 784/14
787/13 787/13 787/14

**S**

system [1] 778/20
780/22 807/9 808/1
893/11

**T**

take [12] 786/12
798/19 806/9 821/5
821/5 837/5 858/10
865/16 869/9 889/4
909/14 922/13
takeover [1] 820/3
taking [4] 817/19 856/8
864/2 872/11
talk [5] 782/13 785/25
797/6 934/6 939/15
talked [10] 822/8
831/10 840/4 855/11
862/9 884/11 884/13
905/2 919/24 931/1
talking [5] 877/2 895/2
905/10 922/6 939/8
tap [1] 920/10
Tarpley [3] 773/10
776/16
task [1] 887/18
team [10] 857/14
859/21 859/23 859/25
860/3 860/5 860/18
864/14 864/16 885/14
technology [1] 894/2
televised [1] 932/14
television [4] 783/12
809/14 830/21 855/19
tell [75] 786/4 788/16
788/22 795/3 799/2
799/22 803/5 805/1
805/6 807/16 809/17
810/13 818/25 828/19
828/24 829/18 830/16
831/19 835/17 845/3
845/6 852/21 852/25
856/2 856/16 856/20
857/11 858/2 860/6
861/3 862/1 862/9
866/24 870/12 872/6
874/14 879/15 879/18
881/20 881/23 882/21
882/22 882/23 883/24
885/7 885/7 890/23
892/4 893/24 896/3
896/24 899/12 901/3
902/21 904/12 905/6
906/21 907/15 909/23
910/3 913/5 913/21
914/2 914/16 916/16
916/23 918/24 927/4
928/24 929/6 929/10
930/20 931/14 932/11
939/12
telling [2] 793/5 868/11
tells [2] 796/25 803/8
ten [2] 845/15 919/1
tend [2] 873/9 881/5
term [2] 825/18 874/20
terms [7] 836/7 854/1
854/3 921/1 921/1
921/19 929/17
Terrific [1] 859/18

**test [1]** 787/6
**testified [1]** 851/24
**testify [2]** 880/15 931/11
**testifying [2]** 786/20 880/13
**testimony [11]** 793/19 803/8 881/14 884/22 891/22 906/25 908/19 908/22 913/15 919/14 932/22
**text [1]** 783/2
**than [40]** 787/22 802/22 805/12 806/17 806/19 806/20 809/1 810/21 810/22 811/3 812/8 814/9 821/18 844/17 853/20 855/6 872/17 875/6 875/21 876/7 876/23 878/23 882/1 883/8 889/19 891/24 895/9 897/21 900/6 902/6 904/20 904/24 911/2 917/13 917/21 925/2 926/5 927/8 928/5 931/3
**thank [125]** 780/1 781/2 787/17 787/25 788/9 790/22 790/23 793/11 793/14 793/17 793/18 793/22 794/7 797/4 798/1 798/4 798/15 803/24 804/1 804/16 804/17 817/25 818/10 818/11 825/10 825/14 826/5 826/16 828/1 828/10 828/10 828/11 832/4 832/9 832/10 834/14 834/15 834/16 834/16 834/19 834/20 834/24 835/7 839/10 841/5 841/9 842/2 849/11 849/13 850/15 850/17 850/21 850/23 850/24 852/6 852/10 852/11 862/11 862/13 863/21 864/3 864/3 865/9 868/24 868/25 869/3 869/4 869/8 870/4 870/5 873/17 873/18 874/4 874/6 874/6 885/5 885/21 886/4 886/8 886/9 886/14 886/16 886/19 886/20 893/22 895/10 895/11 895/19 895/20 895/20 898/1 898/11 898/14 898/15 898/20 898/24 898/25 899/1 899/1 908/25 909/2 909/5 909/6 909/13 909/16 921/25 922/1 922/4 922/23 923/3 923/3 925/7 925/8 925/10 925/14 925/19 925/20 936/6
**thank you [118]** 780/1 781/2 787/17 787/25 788/9 790/22 790/23 793/14 793/17 793/18 793/22 794/7 797/4 798/1 798/4 798/15 803/24 804/1 804/16 804/17 817/25 818/10 818/11 825/10 825/14 826/5 826/16 828/1 828/10 828/10 828/11 832/4 832/9 832/10 834/14 834/15 834/16 834/19 834/20 834/23 834/24 835/7 839/10 841/6 841/9 849/11 849/13 850/15 850/17 850/21 850/23 850/24 852/6 852/10 852/11 862/13 863/21 864/2 864/3 865/9 868/24 868/25 869/3 869/4 869/8 870/4 870/5 873/17 873/18 874/4 874/6 874/6 885/5 885/21 886/4 886/8 886/9 886/14 886/16 886/20 893/22 895/10 895/11 895/19 895/20 895/20 898/11 898/14 899/1 909/6 909/13 921/25 922/1 922/4 922/23 923/3 923/7 925/7 925/9 925/10 925/14 925/19 925/20 936/6 936/9 939/25
**theirs [1]** 812/8
**thelinderfirm.com [1]** 773/6
**them [58]** 779/10 779/15 785/7 790/10 792/13 792/19 796/3 800/10 800/14 801/1 801/3 801/17 803/1 803/7 811/1 813/2 815/20 816/17 816/22 816/24 819/3 824/1 824/10 825/7 825/18 837/12 852/25 853/1 853/2 854/15 856/10 858/19 865/6 872/9 872/12 882/3 884/15 900/3 903/9 903/18 905/8 906/22 906/23 909/24 909/25 910/20 911/6 932/12 933/7 938/23 939/7 939/7 939/8 939/11 939/12 939/15 939/23 939/24
**themselves [2]** 789/4 937/17
**then [21]** 777/18 779/4 779/10 781/22 787/20 791/4 803/8 819/20 830/22 831/21 831/22 835/13 836/17 839/24 840/21 885/15 921/17 922/13 934/24 938/17 939/18
**there [87]** 779/17 781/18 784/7 785/24 786/22 788/12 789/2 789/5 789/20 789/21 791/19 791/22 791/25 794/10 794/11 794/12 796/2 798/18 802/8 802/11 804/21 805/13 806/22 807/19 807/23 809/15 811/5 823/4 829/25 831/15 832/2 835/9 836/19 836/21 836/11 837/25 842/6 842/17 847/9 848/5 848/18 849/22 849/23 851/12 854/25 861/5 865/5 866/6 866/7 867/5 870/7 873/21 875/24 876/1 877/12 877/17 877/19 877/21 879/5 882/3 884/17 886/23 891/15 893/2 893/10 895/23 900/1 900/4 900/7 901/4 903/9 905/11 906/25 912/5 913/14 917/2 917/25 923/8 926/9 932/2 932/13 934/25 935/4 936/2 936/17 938/2 940/3
**thanks [7]** 776/25 828/9 846/9 846/10 869/12 909/12 921/22
**that [773]**
**that's [54]** 777/6 777/7 777/17 778/17 778/22 778/23 780/12 789/18 790/4 790/17 795/15 796/10 797/21 799/18 802/6 806/9 807/21 808/22 809/14 811/2 813/20 815/9 815/15 816/10 816/18 816/19 821/14 824/17 833/25 835/25 841/16 847/1 855/5 855/22 856/1 861/20 866/11 866/19 870/3 872/12 876/2 876/8 887/10 888/14 895/4 903/7 917/2 917/23 923/16 923/17 934/23 935/7 936/25
**their [22]** 779/10 783/23 802/3 811/14 811/23 815/11 816/12
**853/17 864/24 872/3 872/3 876/25 885/16 903/19 904/24 908/19 910/9 910/9 939/12 **
**them [58]** ...
**they [101]** 779/8 779/9 785/8 785/8 785/9 790/14 792/12 792/20 792/21 796/3 800/25 801/7 801/11 801/18 801/24 802/8 810/16 811/4 811/12 811/16 811/17 811/17 811/18 811/18 811/22 812/19 812/25 813/9 814/6 815/8 815/10 816/10 816/16 816/23 817/4 817/16 817/17 819/9 819/10 819/24 823/3 834/5 834/6 835/23 836/1 836/5 836/6 836/7 836/12 838/1 841/12 849/19 850/2 853/9 853/10 855/1 856/7 856/16 864/24 865/5 865/6 866/17 866/18 866/19 867/2 872/10 872/21 874/17 874/21 874/25 875/2 875/3 875/8 877/4 885/9 885/16 890/11 895/8 897/21 900/11 902/11 905/18 907/3 907/23 907/25 908/7 908/14 908/19 910/12 910/16 911/7 911/24 914/22 923/24 924/17 928/9 935/14 936/21 936/23 938/16
**they're [18]** 779/19 779/21 799/13 800/20 801/13 814/10 819/13 819/16 825/1 836/6 849/22 866/18 874/17 874/22 884/24 927/16 939/11 939/19
**things [8]** 801/9 814/1 831/14 877/1 878/24 879/6 888/18 939/24
**things [27]** 776/25 811/18 814/10 815/18 815/25 820/7 826/24 838/3 847/23 853/2 854/19 855/21 875/9 884/2 884/3 885/12 885/16 892/20 892/21 894/2 894/15 895/6 895/7 907/9 907/18 907/21 921/2
**think [184]**
**thinking [6]** 840/9 853/8 861/10 897/15 904/5 934/21
**third [1]** 867/25
**this [206]**
**this case [1]** 897/14
**This is [1]** 776/8
**Thomas [3]** 774/16 776/12 780/8
**Thomas Caldwell [1]** 780/8
**Thomas Edward Caldwell [1]** 776/12
**thoroughfare [1]** 861/7
**those [48]** 781/3 784/3 787/10 787/13 787/22 789/9 791/9 796/4 799/9 799/11 800/15 800/20 801/14 808/5 809/17 810/9 810/14 819/7 825/17 826/14 830/13 835/21 836/3 837/11 839/8 840/5 840/16 840/18 847/2 850/2 857/15 857/16 858/8 864/19 881/15 883/9 884/17 892/21 894/15 904/16 907/22 913/5 921/17 932/21 935/2 937/9 937/22 939/4
**though [4]** 797/7 813/7 825/19 920/19
**thought [5]** 778/6 839/7 851/14 875/23 926/20
**thoughts [2]** 813/19 867/5
**three [4]** 902/23 902/25 911/23 926/3
**through [32]** 778/8 779/9 781/3 789/9 790/10 819/3 819/7 821/23 823/3 830/13 831/2 837/11 841/11 841/13 871/23 879/5 888/4 889/10 890/12 896/17 896/18 906/7 912/17 915/19 918/14 918/17 920/21 923/25 924/8 924/17 931/13 937/1 939/13
**throughout [1]** 782/9
**till [1]** 926/21

**T**

time [42] 777/21
781/23 782/8 782/10
793/19 795/23 798/2
804/1 805/12 806/3
806/9 808/18 808/20
809/1 816/5 817/25
825/10 826/22 828/2
834/21 841/7 850/23
858/18 865/10 869/5
873/19 884/3 886/5
891/20 893/4 893/6
898/15 905/10 905/14
905/20 906/15 917/18
917/23 920/12 922/1
933/17 936/16
times [6] 835/21
836/17 899/15 899/19
899/23 926/3
timing [1] 930/22
titled [2] 941/4 942/4
titles [1] 892/20
today [35] 777/6
777/14 780/6 781/1
781/4 781/14 785/17
785/18 785/24 786/3
786/23 787/22 788/9
790/13 790/23 793/19
794/8 798/16 809/1
809/5 835/7 842/2
854/20 870/4 874/6
893/23 898/2 899/1
906/15 909/13 923/3
926/21 936/15 939/19
939/23
together [9] 814/12
817/17 843/25 872/10
874/18 890/12 897/9
911/7 927/21
told [16] 777/11 785/21
796/19 796/23 800/9
801/16 808/8 817/21
823/25 827/1 831/22
854/17 867/3 883/8
897/7 933/5
too [6] 782/24 820/17
820/19 820/20 851/8
907/20
took [1] 870/14
top [1] 819/8
topic [2] 843/7 862/4
torn [1] 884/1
totally [1] 891/20
touch [3] 781/24 891/7
891/8
tough [2] 827/6 915/5
tourist [1] 788/18
towards [1] 811/25
Towers [1] 774/17
town [3] 815/9 878/6
926/11
tracked [1] 931/22
trade [1] 881/25
train [1] 874/21
Training [1] 885/10
transcript [5] 772/9
775/6 778/23 941/3
942/3

transfer [2] 801/24
927/21
transition [15] 801/19
843/17 843/25 859/21
859/23 859/25 860/3
860/4 860/18 864/14
864/16 890/13 897/10
911/7 924/18
traumatized [1] 914/25
tremendously [1]
823/12
Trevor [1] 881/10
Trevor Noah [1]
881/10
trial [22] 784/16 784/25
785/1 786/18 787/4
787/5 787/7 787/9
791/24 808/1 811/21
812/21 812/22 812/25
880/9 880/15 887/4
887/7 889/18 910/25
920/24 924/15
trials [2] 883/6 887/9
tried [4] 777/4 819/11
888/4 906/7
trip [2] 799/14 870/14
trouble [12] 813/1
820/12 821/18 822/13
830/1 830/8 856/2
861/16 884/25 888/24
888/25 924/1
true [3] 778/11 782/23
907/7
Trump [38] 792/4
792/13 813/10 813/11
813/20 815/4 815/8
816/8 816/17 816/24
817/2 817/10 817/18
822/22 822/25 833/5
833/8 833/12 836/8
843/18 844/1 847/11
847/16 866/9 866/10
866/14 866/22 866/25
867/7 875/3 890/4
890/13 897/2 897/5
897/11 924/18 927/22
928/9
trusting [1] 868/18
truth [1] 867/3
try [11] 782/9 791/14
813/9 813/10 817/17
817/18 830/14 834/3
869/11 872/10 920/20
trying [15] 776/25
801/23 801/24 809/23
826/23 854/2 856/7
870/18 873/10 879/5
895/25 907/2 912/18
923/9 924/18
Tuesday [1] 777/4
turn [33] 784/3 789/8
794/16 794/23 798/20
807/13 808/4 818/19
826/9 830/12 835/10
842/5 852/14 856/12
870/8 870/17 874/10
877/11 879/12 880/6

899/7 902/15 906/6
913/18 918/6 923/7
925/25 927/2 928/15
931/7
turning [1] 788/13
TV [11] 783/16 853/3
871/2 873/6 880/20
896/6 896/8 896/17
923/14 923/15 923/18
TVs [1] 881/5
tweet [1] 783/2
tweeting [2] 783/17
783/19
tweets [1] 783/23
Twitter [1] 826/19
two [18] 781/10 786/22
809/22 810/5 822/23
835/22 837/22 842/14
870/14 880/10 904/15
906/23 906/24 907/3
922/9 922/13 937/13
938/13
TX [2] 773/4 773/8
type [6] 832/25 846/24
846/25 895/7 914/9
916/22

**U**

U.S [4] 772/15 856/21
865/21 913/20
U.S. [1] 902/19
U.S. Capitol [1] 902/19
uh [4] 805/5 810/3
814/8 929/14
uh-huh [4] 805/5 810/3
814/8 929/14
Ukraine [1] 821/1
ultimately [3] 778/8
825/19 893/3
unavoidable [1]
782/11
unbiased [1] 850/4
uncertain [1] 778/5
under [8] 785/5 787/16
795/8 795/10 795/12
795/13 796/7 797/16
underscored [1] 926/3
understand [20] 784/7
792/2 793/3 801/2
802/17 807/7 815/22
815/23 836/12 847/19
848/1 853/6 865/14
868/12 868/18 868/21
872/21 875/2 914/7
927/1
understanding [16]
799/10 799/10 799/13
800/14 800/19 804/7
819/13 836/5 836/19
844/13 853/15 854/5
865/2 874/20 874/25
901/7
Understood [4] 851/17
859/15 895/10 930/17
undertake [1] 840/14
undertaken [1] 840/14
undoubtedly [1]

unfair [1] 902/14
unfamiliar [1] 853/10
unfold [1] 837/12
unfolded [1] 836/15
unfolding [1] 836/16
unfortunately [1]
919/1
unique [1] 895/9
UNITED [10] 772/1
772/3 772/10 776/2
776/8 780/6 791/15
792/11 832/19 897/2
United States [5]
780/6 791/15 792/11
832/19 897/2
United States of [1]
776/8
unlawfully [2] 796/3
850/3
unless [4] 785/20
785/21 802/7 802/10
unlike [1] 786/24
unpack [1] 877/24
unpermitted [1] 796/10
until [7] 783/24 784/4
784/9 785/24 821/22
897/16 940/6
untruthful [1] 851/25
unusual [2] 854/14
854/15
up [30] 777/4 777/10
777/16 784/8 790/18
811/1 826/13 843/15
846/3 871/19 872/24
874/9 878/24 884/2
889/3 892/14 893/19
895/14 897/24 905/9
908/25 909/19 919/20
923/7 925/6 926/14
932/2 933/11 937/9
938/7
updates [1] 777/2
uphold [1] 853/9
upon [11] 781/15
789/17 799/23 808/16
819/20 853/5 874/24
875/15 919/9 919/10
937/17
upsetting [2] 822/19
823/6
us [100] 777/11 779/4
780/19 781/8 787/21
788/16 788/22 793/5
793/5 795/3 799/2
799/22 800/9 804/16
805/1 805/6 807/16
808/8 809/17 810/13
812/4 817/21 818/10
818/25 819/6 821/19
822/19 826/16 827/1
828/19 828/24 829/18
830/16 831/19 832/10
835/17 836/2 836/12
837/1 838/6 845/3
845/6 852/21 853/5
854/17 855/14 855/14
856/2 856/16 856/20

861/3 862/1 866/24
868/11 868/22 870/12
874/14 877/22 879/15
879/18 880/4 881/2
881/20 881/23 883/24
885/7 885/7 886/19
890/24 892/5 893/24
896/3 899/12 901/3
902/21 904/12 905/6
906/21 907/15 909/23
910/3 913/5 913/21
914/2 914/16 914/17
916/16 916/23 918/24
927/4 928/24 929/10
930/20 931/14 932/11
933/6 938/3
USCIS [3] 879/19
885/10 885/12
usdoj.gov [2] 772/17
772/18
use [4] 782/17 782/21
803/9 938/24
used [4] 795/8 819/16
825/18 892/20
usually [1] 781/5

**V**

VA [1] 809/9
variety [1] 819/3
various [3] 853/18
860/19 921/2
Venezuela [3] 791/3
792/8 792/12
verdict [3] 782/6
867/23 902/1
versus [2] 776/9 780/7
very [41] 782/21
787/25 793/17 793/18
796/16 797/8 798/1
804/1 828/1 834/14
834/20 836/6 836/18
837/5 837/12 840/7
841/6 850/23 863/21
865/9 866/11 869/3
869/4 870/4 873/17
873/18 886/4 895/11
898/11 898/15 905/9
909/6 914/21 914/25
915/6 921/13 921/22
921/25 922/1 925/9
925/10
vet [1] 812/17
veteran [2] 805/3 805/4
via [1] 920/19
vice [2] 867/14 867/16
victim [7] 845/20
845/22 845/23 861/24
883/21 884/4 918/22
video [5] 778/20
778/20 778/25 920/1
920/25
videos [7] 803/7 808/9
842/9 888/6 888/8
896/2 920/2
view [12] 814/4 816/13
820/4 827/3 836/6
836/9 836/18 837/24

**view... [4]** 880/18
912/11 924/19 924/21
**viewed [1]** 932/10
**viewing [1]** 853/13
**Viewpoint [1]** 885/13
**views [22]** 797/8
800/12 812/8 812/8
814/3 814/4 836/10
841/11 841/12 866/22
889/19 889/23 897/20
902/6 904/20 904/23
904/24 908/10 911/1
917/13 928/5 931/3
**violates [1]** 784/23
**violence [6]** 849/16
855/2 890/12 901/5
905/12 921/4
**violent [6]** 854/8 875/8
875/24 876/2 907/20
920/25
**virtually [3]** 858/19
858/25 859/17
**virtue [1]** 911/8
**visit [2]** 789/5 907/20
**visited [1]** 858/4
**visitor [2]** 858/4 858/5
**vocal [1]** 811/23
**voice [2]** 889/3 894/2
**voluntarily [1]** 786/24
**volunteer [1]** 939/1
**vote [2]** 915/22 916/2
916/6 916/7
**voted [1]** 897/5
**votes [1]** 901/10
**voting [2]** 822/3 904/1
**vs [1]** 772/5

**W**

**wait [2]** 780/14 782/10
**waiting [4]** 782/8
782/10 782/12 787/22
**walk [2]** 785/8 873/22
**walked [3]** 823/4 871/1
871/3
**walking [1]** 822/20
**want [18]** 781/2 792/21
797/23 809/19 811/12
811/17 811/18 845/9
845/14 915/10 921/6
922/11 924/7 929/8
930/9 934/17 938/11
939/1
**wanted [7]** 792/17
807/22 822/21 845/10
919/25 926/24 938/3
**wanting [1]** 851/9
**war [1]** 812/17
**was [190]**
**Washington [20]** 772/5
772/16 774/4 774/9
775/5 783/16 799/14
800/5 819/4 822/16
835/22 845/18 853/2
865/20 888/10 895/7
917/4 918/2 920/14
932/1
**wasn't [7]** 806/3

**was... [34]** 876/22
877/19 887/5 917/7
**waste [1]** 938/11
**watch [11]** 784/10
786/11 809/14 830/22
873/9 881/5 896/10
913/8 913/11 932/18
932/19
**watched [23]** 808/9
809/18 809/19 809/22
810/1 810/1 810/3
810/4 826/19 836/15
836/17 837/12 871/2
881/1 888/7 888/8
906/19 906/23 906/24
913/6 913/7 913/14
932/19
**watching [6]** 808/23
836/15 853/3 861/10
905/8 905/8
**Watkins [4]** 773/14
776/11 776/20 780/8
**way [21]** 780/14 781/16
790/11 795/15 797/17
797/18 797/21 811/18
812/18 821/3 823/11
833/17 848/10 857/20
868/2 885/17 885/20
891/1 898/4 936/20
939/7
**we [128]** 777/2 777/4
777/9 777/10 777/14
777/19 777/22 779/10
779/13 779/15 780/10
780/10 780/11 780/13
780/20 781/6 781/9
781/22 781/24 783/7
785/16 785/18 786/4
786/6 786/21 787/12
787/19 787/21 787/23
787/24 788/10 788/13
793/16 797/23 797/24
812/3 812/3 812/19
814/19 822/20 822/21
822/21 822/23 823/13
824/5 830/14 831/6
831/17 834/18 838/1
842/7 846/4 850/19
851/7 851/19 851/20
854/13 862/4 862/9
869/2 869/10 869/18
870/14 870/18 871/20
874/10 876/11 877/20
878/3 878/17 880/7
884/23 885/12 885/14
885/18 886/1 886/2
886/10 886/13 887/8
887/9 888/4 889/7
895/1 895/2 895/25
896/13 899/9 900/13
903/12 906/7 911/19
912/17 913/19 915/10
921/24 922/6 922/6
922/7 922/8 922/9
922/12 922/12 923/24
924/3 925/8 926/5
926/8 926/9 926/10
926/20 926/20 927/1

**we... [24]**
936/8 936/13 936/15
936/18 936/20 936/20
937/13 937/24 938/22
938/24 939/19 940/1
**we will [11]** 780/13
781/6 781/22 781/24
785/18 786/4 787/19
874/10 926/9 936/20
936/20
**we would [1]** 885/18
**we'll [14]** 779/5 787/14
787/23 789/2 798/21
826/9 851/18 922/13
936/16 937/12 937/15
938/23 939/24 940/3
**we're [14]** 777/7
779/23 840/10 851/13
861/14 868/18 870/1
870/3 906/2 923/9
932/13 938/21 939/7
939/18
**we've [10]** 780/11
785/17 822/8 855/11
855/12 869/10 884/5
894/13 905/2 923/8
**weapons [2]** 850/2
898/10
**wear [2]** 786/22 787/2
**wearing [1]** 786/16
**website [1]** 853/3
**week [1]** 777/8
**weeks [3]** 781/10
826/6 909/17
**weigh [1]** 840/20
**weight [5]** 884/24
891/24 908/19 908/22
919/16
**weird [1]** 894/13
**welcome [2]** 793/13
938/12
**well [30]** 786/21
786/22 799/4 801/2
806/10 806/13 812/1
815/7 817/6 818/9
823/13 835/20 836/5
841/14 842/3 843/15
845/24 849/17 851/7
853/17 858/11 862/2
871/19 890/14 893/3
895/19 898/24 912/23
920/5 937/2
**went [5]** 845/9 875/4
891/9 915/19 934/24
**were [163]** 779/9 780/9
787/13 787/23 789/9
792/2 792/3 792/4
793/6 795/17 795/25
796/20 796/23 801/6
801/7 801/11 801/16
801/24 802/8 804/23
805/7 808/6 809/4
811/4 811/20 811/23
812/8 814/21 817/8
819/9 819/9 819/24
820/16 821/4 822/4
822/20 827/9 830/13
832/19 833/5 834/4

**wer... [26]**
836/9 837/14 838/1
840/12 840/18 840/20
843/14 843/20 844/6
844/21 845/17 845/19
849/7 851/7 853/11
854/10 854/18 854/25
854/25 856/5 856/17
858/12 858/15 859/2
860/2 861/12 865/5
865/6 865/16 865/24
870/18 872/6 872/21
875/3 875/8 875/24
876/21 876/23 877/4
877/20 878/6 878/7
878/13 878/21 880/16
883/13 883/15 884/21
885/24 885/24 887/9
887/21 888/21 889/17
889/19 890/2 890/3
890/9 891/21 894/9
895/25 896/24 897/3
897/7 897/19 897/20
900/1 900/2 900/13
901/14 902/10 902/11
902/17 903/3 903/24
903/25 904/8 904/19
905/10 905/11 905/22
907/3 908/17 908/18
908/19 910/21 910/24
911/1 911/4 912/17
912/23 913/9 914/23
916/1 916/6 916/13
917/2 917/12 917/16
917/17 918/3 919/13
922/6 922/7 924/14
924/16 924/22 924/23
925/1 926/4 927/18
928/4 928/8 928/9
931/1 931/2 932/2
932/14 933/1
**weren't [2]** 802/11
876/1
**what [176]**
**what's [5]** 792/7
801/20 813/8 819/20
874/20
**whatever [15]** 782/14
790/2 807/25 818/22
820/9 865/5 871/13
874/24 888/22 897/16
901/21 913/13 927/14
932/25 936/1
**whatnot [1]** 812/4
**when [35]** 781/6
788/22 789/18 791/9
794/20 795/5 808/22
809/8 809/9 809/25
813/3 816/5 820/1
822/17 822/24 825/18
831/14 836/14 840/20
867/3 871/1 874/19
878/13 885/24 888/14
902/24 907/18 908/7
914/20 917/2 920/7
920/17 931/20 931/22
939/7
**where [21]** 778/3 779/6

**wher... [9]**
807/5 812/15 822/24
828/24 835/25 837/21
865/19 868/7 885/8
885/24 886/1 891/14
901/5 926/9 930/2
939/16
**whereabout [1]** 894/4
**whereas [1]** 823/2
**whether [67]** 778/24
781/8 788/14 790/7
798/24 800/14 800/20
801/12 803/15 804/24
804/25 807/14 818/20
818/22 824/2 829/16
831/6 834/9 835/11
835/13 838/19 844/21
845/19 849/19 851/22
851/23 852/19 856/2
856/13 857/24 861/23
867/2 871/20 874/12
876/18 879/13 880/3
880/7 881/12 881/17
882/17 883/20 884/12
887/2 887/4 887/5
887/19 889/7 890/21
892/2 892/22 896/13
899/9 904/9 907/13
909/21 913/19 916/13
916/21 918/7 918/21
924/4 927/3 928/1
931/14 932/9 933/4
**which [27]** 779/15
782/16 784/16 784/25
805/6 807/13 815/23
821/4 824/3 827/1
828/25 844/17 861/8
879/18 896/12 905/3
906/19 907/2 912/19
913/8 913/22 915/12
918/17 920/25 926/3
936/21 939/11
**while [12]** 782/12
782/21 784/3 786/16
788/25 805/25 805/25
826/13 869/10 895/7
903/6 920/4
**White [2]** 822/23 823/2
**White House [1]** 823/2
**who [97]** 777/3 777/10
777/22 777/23 777/24
777/25 778/1 779/5
780/18 781/3 783/17
783/21 784/23 786/19
786/20 787/1 787/13
787/23 789/13 792/11
792/23 800/7 802/1
805/13 808/12 811/21
812/3 812/24 813/21
814/4 814/5 815/4
815/10 815/13 819/17
819/21 820/1 820/16
825/17 828/19 830/16
830/20 833/11 834/4
839/20 849/19 849/22
849/23 849/24 854/10
855/15 856/16 858/12
866/10 866/14 870/23

**W**

**who... [41]** 875/20
875/20 880/8 880/9
882/2 882/3 886/13
894/21 896/4 897/5
900/2 901/6 903/3
903/14 903/18 903/23
905/15 906/10 906/11
911/23 912/20 913/9
913/25 915/12 917/17
917/22 918/11 918/18
922/10 923/11 924/15
927/14 931/9 931/9
931/15 933/5 937/4
937/8 937/11 937/16
938/7

**who's [7]** 777/9 777/18
805/13 858/13 875/20
882/16 937/5

**who've [1]** 939/4
**whoever [1]** 792/21
**whole [1]** 878/24
**why [26]** 777/7 778/6
780/12 781/14 786/21
791/20 792/21 795/3
795/4 813/16 816/21
818/25 819/25 826/16
848/18 851/5 866/19
869/10 870/3 884/6
890/25 894/25 901/3
917/23 921/12 934/23

**wife [11]** 805/15
805/16 806/23 807/1
807/8 877/18 882/1
926/18 929/4 929/19
933/6

**wife's [1]** 881/21
**WiFi [1]** 782/17
**WiFi-enabled [1]**
782/17

**will [94]** 777/15 780/13
780/14 780/16 781/4
781/5 781/6 781/9
781/14 781/16 781/20
781/21 781/22 781/24
782/5 782/5 782/7
782/8 782/9 782/16
782/23 784/14 784/16
784/17 785/18 786/4
786/14 786/18 786/19
787/8 787/19 787/19
787/20 787/22 789/3
791/25 792/1 793/20
797/18 798/2 798/5
804/2 804/4 818/2
818/5 825/12 825/15
825/22 828/2 829/25
834/21 840/14 841/7
841/10 850/22 852/1
852/14 866/7 868/19
869/6 873/22 874/10
884/22 886/5 895/12
899/7 909/7 915/23
921/9 921/17 922/2
922/9 925/11 926/9
936/10 936/20 936/20
936/22 936/24 936/25
937/11 937/13 937/21

938/13 938/22 939/4
939/10 939/10 939/12
939/13 940/6

**William [6]** 774/16
775/2 941/2 941/8
942/2 942/8

**willing [1]** 837/7
**wish [3]** 782/3 782/13
826/4
**wished [1]** 915/7
**within [7]** 856/23
916/23 921/16 934/19
934/25 935/6 935/10
**witness [10]** 778/11
778/12 803/7 883/22
884/9 891/24 907/15
912/4 926/10 926/10
**witnessed [4]** 822/22
845/20 845/21 908/3
**witnesses [6]** 786/20
880/8 911/24 912/3
913/9 931/9
**women's [2]** 917/1
930/22
**Woodward [5]** 774/2
774/3 776/17 849/14
885/4
**word [4]** 793/6 868/19
868/22 896/18
**words [4]** 779/22
826/17 936/22 937/25
**work [42]** 781/17 806/1
828/25 829/8 845/9
856/25 857/1 858/11
858/17 867/18 867/25
870/13 879/16 879/22
879/24 883/4 885/8
885/9 885/14 894/1
895/1 895/9 903/11
903/14 903/18 903/23
904/2 906/2 906/4
914/5 918/18 920/15
929/2 929/7 929/16
929/17 930/2 933/17
934/11 935/11 935/24
938/22
**worked [25]** 807/1
807/8 828/25 829/3
829/11 844/24 845/7
848/25 856/18 856/21
857/10 857/13 860/9
864/17 865/21 881/18
895/6 895/7 897/9
911/7 918/8 933/21
934/3 934/24 935/23
**workforce [1]** 845/10
**working [16]** 806/15
843/25 851/3 857/16
858/6 858/16 859/12
859/25 872/10 890/12
903/3 903/8 903/12
917/17 920/21 927/20
**works [7]** 807/6 881/25
913/25 914/3 914/6
926/18 929/4
**world [3]** 820/20
820/21 895/3

**worried [2]** 960/16 760/2
905/20
**worries [1]** 839/7
**worry [1]** 840/8
**would [258]**
**wouldn't [20]** 812/2
812/2 813/5 815/5
815/6 827/15 847/21
847/24 888/25 889/23
890/1 890/17 893/14
893/15 894/12 907/20
911/3 912/13 924/21
931/24
**writing [1]** 795/6
**written [1]** 855/19
**wrong [3]** 777/20
865/4 883/12
**wrote [2]** 826/16 873/5

**Y**

**y'all [2]** 813/19 832/1
**yeah [41]** 778/8 788/21
789/19 790/16 791/17
793/13 797/5 824/13
824/24 827/8 827/22
836/4 836/14 837/13
837/16 840/4 840/9
879/3 882/11 883/25
887/10 887/13 892/6
892/15 892/21 893/14
894/24 895/9 901/8
905/7 905/15 916/25
918/4 920/23 926/7
926/22 930/16 932/4
934/2 935/1 938/18
**year [4]** 852/24 861/15
882/13 902/23
**years [24]** 788/25
806/14 807/25 813/22
830/7 845/15 845/18
845/21 858/9 870/14
877/15 891/3 891/3
891/6 891/9 892/14
903/1 904/10 907/17
907/17 916/18 916/24
919/1 930/20
**yep [4]** 793/10 838/10
838/13 883/1
**yes [150]** 789/7 790/6
794/3 794/19 796/14
796/18 797/3 797/10
798/12 798/23 799/1
802/16 803/4 803/12
803/18 803/23 806/21
806/25 807/18 807/19
807/21 808/3 810/11
814/14 814/25 818/24
819/1 820/14 820/15
821/11 823/17 825/8
826/2 828/15 828/22
829/2 831/18 831/21
832/14 832/20 832/24
833/14 834/11 835/5
835/15 839/13 839/18
839/23 840/17 840/25
841/3 841/24 844/4
845/1 846/1 847/13
848/4 849/10 851/22

854/5 855/4 855/7
856/15 856/18 856/21
857/7 857/13 858/3
859/8 860/9 861/4
861/5 861/19 861/21
861/25 862/3 864/12
865/18 867/12 867/17
867/20 868/10 868/21
869/25 870/11 871/17
872/14 873/7 873/13
873/21 876/9 876/16
877/14 884/7 887/3
888/12 892/1 892/10
892/18 893/1 893/8
899/11 901/23 902/2
902/20 903/16 904/13
907/20 908/5 908/21
909/15 911/15 911/18
912/15 914/15 917/23
917/24 917/24 918/12
919/6 919/18 919/21
920/2 920/6 920/6
921/21 922/8 922/14
922/25 925/23 926/15
928/3 928/24 929/4
929/23 931/5 932/8
933/3 933/13 933/19
934/5 934/8 934/9
935/19 936/5 937/20
939/25
**yesterday [16]** 777/9
777/22 780/9 780/15
780/17 787/14 787/23
788/9 794/8 798/16
818/11 826/6 828/2
828/11 830/25 842/3
**York [5]** 835/21 836/17
899/15 899/19 899/23
**you [1303]**
**you know [1]** 835/20
**you understand [3]**
793/3 848/1 868/18
**you'd [13]** 788/7
803/19 818/15 824/9
830/21 835/6 835/11
852/21 862/5 874/7
876/10 938/18 938/20
**you'll [8]** 777/2 786/5
823/24 850/2 917/11
921/3 921/8 937/9
**you're [35]** 786/3 792/8
793/5 793/13 794/2
794/5 794/20 798/11
798/14 802/25 803/2
805/4 815/23 816/15
818/13 823/24 829/24
833/19 833/20 835/4
847/11 853/20 867/11
867/14 868/4 868/11
877/10 883/16 891/6
903/15 922/24 925/22
937/7 938/7 939/8
**you've [104]** 789/10
789/11 799/21 800/22
802/22 807/14 808/7
808/8 808/8 809/15
809/18 810/5 814/17

**Your Honor [39]** 776/7
778/18 779/8 788/1
793/17 793/23 796/14
798/7 802/16 804/13
806/5 808/14 818/6
823/17 825/23 827/25
828/7 834/18 834/25
839/13 841/17 850/17
850/25 851/17 852/2
869/2 873/1 886/15
895/15 898/11 898/13
898/21 909/4 909/9
921/24 922/18 925/7
925/15 936/8
**Your Honor's [1]**
851/20
**yours [6]** 872/17
876/23 889/19 904/21
911/2 931/3
**yourself [18]** 780/21
789/12 808/11 828/20
861/1 861/23 866/3
866/21 870/23 876/6
895/18 896/4 899/17
905/4 906/4 912/19
917/20 923/11
**yourselves [2]** 782/14
786/21
**youth [1]** 870/13

**Z**

**Zaremba [5]** 775/2
941/2 941/8 942/2
942/8
**Zia [1]** 882/23
**Zoom [1]** 920/19

**your [274]**
818/22 819/20
818/23 818/25 819/20
820/13 821/8 821/9
821/9 821/15 822/11
826/25 827/1 827/1
827/10 829/16 830/5
830/6 830/15 831/10
833/16 833/23 833/23
835/17 836/11 836/25
837/1 838/6 838/6
838/7 838/7 839/19
842/8 843/4 844/11
845/17 848/20 849/3
852/19 853/5 854/17
855/13 855/13 857/25
860/25 866/24 867/6
867/6 870/19 871/20
871/24 876/12 880/4
882/2 884/11 884/13
887/6 888/5 888/6
888/15 889/15 894/20
896/1 896/2 899/22
899/24 900/14 900/22
905/3 906/8 906/8
908/2 910/4 910/15
910/20 912/18 912/24
913/5 913/14 916/21
917/18 918/9 923/10
923/18 927/3 927/5
930/18 932/6 933/5
937/8

Z
**Zsuzsa [1]** 774/6