IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
        vs.                        )    October 3, 2022
                                   )    9:30 a.m.
ELMER STEWART RHODES III, ET AL.,  )
                                   )    Day 4
            Defendants.            )    Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL OPENING STATEMENTS PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           Kathryn L. Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              kathryn.rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:            Phillip A. Linder
                                     BARRETT BRIGHT LASSITER LINDER
                                     3300 Oak Lawn Avenue
                                     Suite 700
                                     Dallas, TX 75219
                                     (214) 252-9900
                                     Email:
                                     phillip@thelinderfirm.com

                                     James Lee Bright
                                     3300 Oak Lawn Avenue
                                     Suite 700
                                     Dallas, TX 75219
                                     (214) 720-7777
                                     Email: jlbrightlaw@gmail.com

                                     Edward L. Tarpley, Jr.
                                     819 Johnston Street
                                     Alexandria, LA 71301
                                     (318) 487-1460
                                     Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:                  Jonathan W. Crisp
                                     CRISP AND ASSOCIATES, LLC
                                     4031 North Front Street
                                     Harrisburg, PA 17110
                                     (717) 412-4676
                                     Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                          Stanley Edmund Woodward, Jr.
                                      BRAND WOODWARD LAW
                                      1808 Park Road NW
                                      Washington, D.C. 20010
                                      (202) 996-7447
                                      Email:
                                      stanley@brandwoodwardlaw.com

                                      Juli Zsuzsa Haller
                                      LAW OFFICES OF JULIA HALLER
                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      S. Building
                                      Washington, D.C. 20036
                                      (202) 352-2615
                                      Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:                    Bradford L. Geyer
                                      FormerFeds LLC
                                      2006 Berwick Drive
                                      Cinnaminson, NJ 08077
                                      (856) 607-5708
                                      Email:
                                      Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                   David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers, Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1
2          COURTROOM DEPUTY:  All rise.

3          This court is in session.  The Honorable

4    Amit P. Mehta presiding.

5          THE COURT:  Please be seated, everyone.

6          COURTROOM DEPUTY:  Please be seated, everyone, and

7    come to order.

8          Good morning, Your Honor.  This is Criminal Case

9    No. 22-15, United States of America versus Defendant No. 1,

10   Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;

11   Defendant 3, Kenneth Harrelson; Defendant 4,

12   Jessica Watkins; and Defendant 10, Thomas Edward Caldwell.

13         Kathryn Rakoczy, Jeffrey Nestler, Alexandra

14   Hughes, Troy Edwards, and Louis Manzo for the government.

15         Phillip Linder, James Lee Bright, and

16   Edward Tarpley for Defendant Rhodes.

17         Stanley Woodward and Juli Haller for

18   Defendant Meggs.

19         Bradford Geyer for Defendant Harrelson.

20         Jonathan Crisp for Defendant Watkins.

21         And David Fischer for Defendant Caldwell.

22         Defendants Rhodes, Meggs, Harrelson, and Caldwell

23   are present in court for these proceedings.

24         Defendant Jessica Watkins is not yet present.

25         THE COURT:  Good morning, everyone.  I hope

 1    everybody had a nice weekend.

 2             Mr. Crisp, your client is not present.  There you

 3    are.  Are you prepared -- she should be up any minute now.

 4             MR. CRISP:  For the preliminary matters, yes,

 5    Your Honor.

 6             THE COURT:  Okay.  Great.  Thanks.  So

 7    Ms. Watkins' presence is waived for these preliminary

 8    matters per her counsel.

 9             So there were a number of motions filed over the

10    weekend, into late last evening.  Let me just take all of

11    those up for -- I'm not going to take them up in the order

12    in which they were filed but in the order in which I hope

13    that they will make some logical sense.

14             So the first motion was Mr. Meggs' motion for a

15    bench trial at ECF 364.  Does the government -- let me just

16    ask, does the government consent to Mr. Meggs's bench

17    trial -- bench trial by Mr. Meggs?

18             MS. RAKOCZY:  Your Honor, this issue was addressed

19    extensively by the Court this summer, and I think at the

20    time that it was raised, it was being contemplated for all

21    defendants, the government was amenable to consenting to it.

22             The Court did note some concerns, citing some case

23    law, including the Supreme Court's case in -- or *Patton*

24    *versus United States*, 50 Supreme Court 253.

25             THE COURT:  Right.

1    MS. RAKOCZY:  That's about the interest not just

2  the defendants or the government has but the public has in

3  the interests of justice in cases having tried to the jury.

4  So we just would echo those concerns given this stage,

5  particularly in light of the jury having been sworn.

6    THE COURT:  Ms. Rakoczy, this is -- I don't mean

7  to be difficult, but simple yes-or-no answer on this point,

8  which is does the government provide its consent to

9  Mr. Meggs' request for a bench trial today?

10    MS. RAKOCZY:  I think if put that way, we would

11  say we would defer to the Court.  We do have some concerns.

12  We do not consent.

13    THE COURT:  Okay.  So if the government is

14  deferring to me, I'm not quite sure what that means as far

15  as the rule goes, but whatever it may mean, the motion is

16  denied.  The request is coming now here on the day of trial

17  and so, in that sense, perhaps it is late.  But beyond that,

18  Supreme Court has said, this is *Patton versus United States*

19  281 United States 276, Supreme Court wrote, "Trial by jury

20  is the normal, and with occasional exceptions, the

21  preferable mode of disposing of issues of fact in criminal

22  cases above the grade of petty offenses.  In such cases, the

23  value and appropriateness of jury trial have been

24  established by long experience and are not now to be denied.

25    "Not only must the right of the accused to a trial

1    by a constitutional jury be zealously preserved, but the

2    maintenance of the jury as a fact-finding body in a criminal

3    case is of such importance and has such a place in our

4    traditions, that before a waiver can become effective, the

5    consent of the government counsel and the sanction of the

6    Court must be had, in addition to the express and

7    intelligent consent of the defendant.  And the duty of the

8    trial court in that regard is not to be discharged as a mere

9    matter of rote, but with the sound and advised discretion

10   with an eye to avoid unreasonable or undue departures from

11   that mode of trial or from any of the essential elements

12   thereof and with a caution increasing in degree as the

13   offenses dealt with increase in gravity."  That excerpt from

14   *Patton* was restated by the D.C. Circuit in *Dixon versus*

15   *United States*, 292 F.2d 768.

16          And so the bottom line is that the Court does have

17   discretion ultimately in deciding whether to grant a bench

18   trial or not.  And as the Supreme Court has said, jury

19   trials are the norm and they should only be deviated with

20   occasional exceptions, and particularly as the seriousness

21   of the matter increases a court should be more skeptical of

22   granting a bench trial in those circumstances.  So for those

23   reasons, in addition to a couple of reasons I'm about to

24   state, the motion is denied.

25          As far as I understand, the reason Mr. Meggs wants

1  a bench trial is because he believes the jury we've

2  ultimately selected is not fair or biased and even perhaps

3  the panel at large is not fair and is biased.  I will

4  momentarily explain to everyone why that is not the case.

5  So the justification for a bench trial, I would say, is

6  unwarranted.

7          And, finally, what Mr. Meggs is ultimately asking

8  for is essentially a hybrid bench and jury trial at this

9  juncture because four defendants have not asked for a waiver

10 of the jury trial.

11         There's a case out of the Middle District of

12 Pennsylvania called *United States versus Cardenas Borbon*,

13 C-a-r-d-e-n-a-s B-o-r-b-o-n, 629 F.Supp.2d 445-2009.  And

14 the case is actually a post-trial case, but nevertheless the

15 District Court explained its reasons for not granting a last

16 minute bench trial of a single defendant in a

17 multi-co-defendant case.

18         And what the Court said in part is completely true

19 and applicable in this case.  So what the Court wrote there,

20 and I adopt this reasoning in full.  "In contrast, Borbon's

21 request, if granted, would have significantly impeded the

22 jury process because it would have created a substantial

23 risk of juror confusion.  Borbon would have proceeded to

24 trial in the company of three co-defendants, none whom

25 requested a bench trial.  The government refused to consent

1   to Borbon's request if it would have resulted in severance

2   of his case.

3           "Under these circumstances, jurors would have been

4   required to hear evidence about Borbon's case but prevented

5   from adjudicating his guilt.  Such a proceeding would have

6   engendered unwarranted evidentiary speculation regarding

7   both Borbon's role in the conspiracy vis-à-vis his

8   co-defendants and his individual criminal responsibility.

9           "The risk of juror confusion could not have been

10  remedied effectively with a curative instruction.  To the

11  contrary, such action would have simply called attention to

12  Borbon's unique trial posture and spawned further jury

13  selection.  The Court was particularly concerned that

14  heightened scrutiny of Borbon's status would have led

15  inexplicably to improper inferences on evidentiary

16  evaluation and would have tainted resolution of the ultimate

17  issue of guilt or innocence.

18          "Moreover, a joint bench and jury proceeding would

19  have involved multiple fact-finders creating the potential

20  for different conclusions regarding issues of witness

21  credibility and reliability of evidence.  Such disparities

22  would have created a risk of inconsistent verdicts between

23  Borbon and his alleged co-conspirators, thereby jeopardizing

24  the judiciary's overarching interest in fair and equitable

25  criminal proceedings.

1    "Lengthy, complex trials require careful judicial

2   administration to ensure that all parties have opportunity

3   to raise evidentiary objections and that jurors are

4   accurately instructed about the law.  Requiring the Court

5   and jury to act as concurrent fact-finders would erect

6   difficult hurdles to effective trial management and fetter

7   the Court's ability to conduct the trial in a manner that is

8   efficient and fair to all."  So I think that was Judge

9   Conner's decision out of the Middle District of Pennsylvania

10  squarely on point and I adopt his reasoning in full here.

11    There was also filed by the defendants a

12  supplement and renewed joint motion to transfer venue.  That

13  motion will be denied.  The defendant's motion and

14  supplement cites the same three surveys that we discussed in

15  the past, doesn't really advance the ball.  The motion also,

16  and to be specific, *Haldeman* has clearly stated that the

17  Court can rely on voir dire over any surveys that are

18  presented, which is precisely what this Court has done.  The

19  motion also cites a host of media articles, not clear to me

20  what purpose they serve because I was actually here, I don't

21  need media articles to know what transpired.

22    The defendants' motion suggests that the jurors

23  will not pay attention to the Court's instruction to ignore

24  media.  I find it hard to believe that the presumption of a

25  motion would be that the jurors would not follow

1  instructions, but, nevertheless, every single juror that has

2  been seated was asked before they were seated whether they

3  had reviewed -- or viewed any media before, during the

4  process of jury selection when there was heightened media

5  scrutiny or review of this case, and not one of them said

6  that had been exposed.  My sense is this is a very diligent

7  group of citizens, all of whom are going to abide by the

8  Court's instruction and, therefore, I have no fear that they

9  will do that.

10       The defendants have presented some final numbers

11  that they think support their position.  They do not.  The

12  defendants note that we went through 94 jurors during voir

13  dire, 47 of whom were deemed qualified.  They note that the

14  Court struck 30 of the 47 on the defendant's strike list,

15  meaning that 17 who responded affirmatively to "bias

16  questions," including question 22 were deemed to be

17  qualified.  And also note that of the 72 that the defendants

18  had identified on the objection list, five are now on the

19  jury.  Mr. Meggs' motion actually noted that there was one

20  juror as to whom the Court had denied a peremptory because

21  that juror's wife is employed by the Department of Justice.

22       So here are the actual numbers which we calculated

23  over the weekend.  We went through what the numbers were

24  prior to voir dire.  Here's what they are who were

25  identified after voir dire.

1   Of those who were qualified after voir dire, one

2   answered question 11 affirmatively, that's 2 percent of all

3   those who were qualified.  22, question 22 only ten had

4   answered that question affirmatively.  That is 21 percent of

5   those who were identified.  Question 44, 27, that was the

6   question about having observed the January 6th Committee

7   proceedings.  27 answered that affirmatively, 57 percent.

8   And here's the real key questions.  Question 45,

9   whether they had sort of bias with respect to January 6th,

10  only five qualified after the voir dire and answered that

11  question.  That's 11 percent.  Question 46, that was the

12  question about -- that was the question about whether you've

13  heard about the Oath Keepers.  25 of those who were

14  qualified said they had.  So it's about half.

15  And so of the qualified group, Question 47, which

16  was, do you have such views about the Oath Keepers or

17  preconceptions that you can't be fair and impartial, only

18  four, that is 9 percent, answered that question.

19  Question 48, this was the question had you ever

20  heard of any of the defendants.  Only three of the qualified

21  group, that's 6 percent, had ever heard of any of these

22  defendants, and zero, exactly zero, had said that they had

23  such strong views about these defendants that they would not

24  be able to fairly judge this case.

25  With respect to the impaneled jurors, these are

1  our final 16 jurors, exactly zero of them had answered

2  Question 11 affirmatively.  That is actually zero percent.

3           Question 22, only two of them on our panel had

4  actually answered that question affirmatively.  That is 13

5  percent.

6           Question 44, nine of them had actually watched the

7  January 6th Committee hearings.

8           Question 45, this was those who had such strong

9  feelings about January 6th that they could not be fair and

10  impartial.  Zero.  None.  Zero percent.

11           Question 46, number who had actually heard of

12  these -- excuse me, heard of the Oath Keepers.  Nine of the

13  16, 56 percent, but of that number, how many said they could

14  not be fair and impartial based upon what they heard?  Zero.

15           Number of jurors who had ever heard of any of

16  these defendants.  Zero.

17           Number of defendants [sic] consequently who could

18  not be fair and impartial based upon knowledge of these

19  defendants?  Zero.

20           So what we have here is a jury that, by and large,

21  has no preconceived bias or prejudice as to both

22  Oath Keepers or any of these defendants.  Not a single one

23  of them.

24           The only question that elicited anything more than

25  two responses was the question about the committee hearings,

 1    but as all of you will recall, the vast majority of people

 2    who came before the Court had very little recollection of

 3    those hearings, let alone followed them to the extent that

 4    people presumed that they would have.

 5            And Question 46, where nine people had heard of

 6    the Oath Keepers, but, again, a lot of them barely knew

 7    anything about the group and the organization.

 8            And then Question 22, which has been flagged as a

 9    "prejudicial" question or -- again, only two had said

10    anything about that, had said that they had concerns about

11    people's safety.

12            So what that means is that voir dire has done its

13    job.  Both between voir dire and the strikes that were used

14    in this case, it's absolutely done its job.

15            The defendants have also said that five of the

16    individuals that were on their strike list were now on the

17    jury.  They are Juror 1140, Juror 0952, Juror 1262,

18    Juror 0481, and Juror 0299.

19            Juror 1140 answered one question yes.  That was

20    Question 46; that is, they had heard of the Oath Keepers.

21    But everything else was no.

22            Juror 0952 also answered yes to the question, did

23    they know the Oath Keepers, but everything else was answered

24    no.

25            I'll skip over 1262 for a moment.

1         Juror 0481 answered all questions no except for

2   the question about Oath Keepers.  Did the person know of

3   them or have heard of them.

4         And Juror 0299 had answered both 46 yes and 22

5   yes, but answered everything else no.

6         Juror 1262, this is the person that's been flagged

7   in Mr. Meggs' motion as the person as to whom the Court did

8   not accept a strike or add an additional strike.  The

9   defense had requested it because the juror's wife is

10  employed by the Department of Justice in the Civil Division

11  in the Federal Programs Branch.  That in and of itself is

12  certainly not sufficient to strike the individual.

13        There is a case that I've become familiar with out

14  of the Seventh Circuit -- it's not something that's been

15  adopted by the D.C. Circuit -- in which the Seventh Circuit

16  said it was an error for the trial court not to strike a

17  juror who actually had worked in the prosecutor's office

18  that was prosecuting the case based upon a presumption of

19  inherent bias or latent bias.  That clearly is not

20  applicable.

21        The gentleman who was actually seated on the jury,

22  I think, works in IT; his wife works in the Civil Division

23  of the Department of Justice.  So it's completely and far

24  removed from that.

25        That particular juror, 0268, answered one question

1  yes, one question.  And that was question 22, and that was

2  his concern.  And this was the extent of the colloquy.

3           Question 22 asks whether -- and this is with the

4  particular juror.

5           "Question 22 asks whether you had any concern for

6  safety of yourself, close family, or family members on

7  January the 6th.  Can you tell us about that?"

8           His answer was, "Yeah.  I was just concerned for

9  my spouse.  I know we were far away because we lived in

10  Northwest D.C., but it still was worrisome when she was here

11  in D.C. and I was out in Dulles working."

12           The Court asked following:  "Okay.  And you know

13  the events of that day were sort of removed from that.  And

14  let me ask you:  Is there anything about the concern you had

15  for your spouse that day that would affect your ability to

16  be fair and impartial if you were selected as a juror?"

17           The prospective juror's answer was:  "I don't

18  believe so."

19           So the motions insofar as they request a bench

20  trial, change of venue, what have you, those motions are

21  denied.

22           There's a motion filed by Mr. Meggs to conduct a

23  deposition of John Siemens pursuant to Federal Rule of

24  Criminal Procedure 15.  That motion is denied insofar as

25  it's requesting -- seeking a request to continue the trial

1  to take Mr. Siemens' deposition.  We can take up the issue

2  of whether there may be a day where Mr. Siemens' deposition

3  or time can be taken.  But we are certainly not delaying

4  this jury trial.  Frankly, the motion to take the deposition

5  comes too late, although Mr. Meggs is indicating he only got

6  the memo regarding Mr. Siemens' name recently.  At a

7  minimum, his first name was first floated, at least publicly

8  in this case, when there was a request by Mr. Rhodes' new

9  counsel to delay trial.  And that was filed about two weeks

10  ago.  So that name has at least been in the public record

11  for two weeks without any request for a deposition in the

12  interim two weeks.

13          Mr. Linder.

14          MR. LINDER:  Yes, sir, if I could supplement the

15  record on that.

16          Mr. Siemens -- or Colonel Siemens has been a

17  witness we've known about for some time.  However, he's

18  elderly.  While he could travel as recently as six or eight

19  weeks ago, he can no longer travel.  He has serious health

20  problems.  He's not quite bedridden, but he can't travel.

21  So we need to make some kind of arrangements to either

22  depose him or allow him to testify by Zoom.

23          THE COURT:  Okay.  Well, that's something we can

24  take up --

25          MR. LINDER:  That's a new development.

1    THE COURT:  Okay.

2    Well, that's something we'll take up.  But, again,

3    we're not going to use it as a basis for continuing the

4    trial.

5    MR. LINDER:  Sure.

6    THE COURT:  I will note the extent to which

7    there's been a proffer about why we need Mr. Siemens'

8    testimony, I am quite confident that there will be ample

9    testimony in this case about the Oath Keepers' provision of

10   security.  I mean, I have no doubt that the very first

11   witness the government calls is going to be cross-examined

12   about the Oath Keepers providing security.

13   So the notion that Mr. Siemens has some sort of

14   unique knowledge about the Oath Keepers' provision of

15   security, nobody has been paying attention if that's the

16   argument.  But we'll see where that comes out.

17   Now, there were a number of motions filed

18   regarding preclusion of statements in opening, and the first

19   was Mr. Meggs' motion to preclude a marital statement that

20   we had talked about some time ago.  Mr. Meggs has suggested

21   that the government hasn't made a sufficient proffer, that

22   the marital privilege doesn't apply.  Mr. Nestler, is that a

23   statement you intend to use in opening?

24   MR. NESTLER:  Yes, Your Honor.

25   THE COURT:  All right.

1    Do you have anything more to add about your

2  proffer?

3    MR. NESTLER:  Yes, Your Honor.

4    As we indicated to defense counsel, we have a

5  Cellebrite extraction.  It's an Excel spreadsheet that shows

6  that Mr. Meggs sent the message to something called family

7  chat and that on that chat at the time he sent the message

8  were Connie Meggs and Zachary Meggs.

9    Mr. Woodward has told us that he disagrees with, I

10 guess, that Cellebrite report.  But we have not seen any

11 facts or heard any other evidence or heard about any experts

12 from the defense side who would say anything otherwise.

13    THE COURT:  Okay.

14    Mr. Woodward, would you like to add anything to

15 your motion?

16    MR. WOODWARD:  Your Honor, as indicated in our

17 motion, the Cellebrite report to which the government refers

18 indicates that Mr. Meggs' son was on the chat at the time

19 that it was extracted from his phone, which occurred months

20 after the messages in question were sent.

21    The Cellebrite report also indicates that people

22 can come and go from the chat and that people did, in fact,

23 come and go from the chat.  So our ask is that the

24 government be required to show that at the time the specific

25 message in question was sent, that Mr. Meggs' son was on the

1    chat.  They haven't done that; and so, therefore, we ask --

2         THE COURT:  Well, let me ask you this:  Is there

3    anything on the Cellebrite report that indicates Mr. Meggs'

4    son exited the chat?

5         MR. WOODWARD:  There is.  There is circumstantial

6    evidence in the sense that there are communications as

7    between Mr. Meggs and his wife that suggest that no one else

8    is on the chat.

9         There is -- the sufficiency of the spreadsheet, we

10   submit, is inadequate to make a definitive finding that

11   somebody is or is not on the chat.  It's just not a good

12   report.  I don't believe that's the government's fault.

13   I believe this is a flaw in Cellebrite and the forensic

14   extraction from these phones.

15        THE COURT:  On what basis?  I mean, you're just

16   throwing that out there.  What's wrong with the report.

17        MR. WOODWARD:  The report is an extraction at the

18   time, again, at the time that the phone was analyzed.

19        THE COURT:  Right.

20        MR. WOODWARD:  The SMS technology is not as

21   sophisticated as we now see in either iMessage discussions

22   or WhatsApp discussions or signal discussions with which the

23   Court has become familiar.

24        And so we don't have the level of specificity in

25   the messages that we do with other message platforms for

 1    this specific chat.

 2            And so Mr. Nestler is right; I don't know that

 3    I'm going to be in a position to prove that Mr. Meggs' son

 4    did not -- or did -- did not receive the chat.  It's sort of

 5    a "chicken or the egg" problem.  It's not clear to us that

 6    he did receive the chat, and the government should have to

 7    proffer that before it can use the statement and certainly

 8    before it can use the statement in its opening.

 9            THE COURT:  Okay.  Thank you, Mr. Woodward.

10            MR. NESTLER:  May I briefly respond, Your Honor?

11            THE COURT:  Sure.

12            MR. NESTLER:  Contrary to Mr. Woodward's

13    representations, Zachary Meggs sent a message on that same

14    chat 17 minutes after Kelly Meggs' comment.  So not only

15    is there an indication that Zachary Meggs left the chat, he

16    actually contributed to the chat just 17 minutes later.

17            THE COURT:  So it is true that with respect to at

18    least this privilege, the Supreme Court has said that the

19    burden is actually on the party that's seeking to pierce the

20    privilege, to establish that the privilege is inapplicable.

21            It's not clear to me what the standard is.  But I

22    suspect, like most standards, when it comes to privileges,

23    it's by a preponderance of the evidence.  And I think the

24    government has met its burden here.

25            Here is the chronology that is unrebutted by

1    Mr. Meggs' presentation based upon the Cellebrite extract.

2         The thread was started with Kelly, Connie Meggs

3    and their adult children, both the daughter and son, on

4    October 3rd of 2020.  The extraction shows that the daughter

5    removed herself from the thread some 27 days later, on

6    October 30th of 2020.  So the actual Cellebrite extraction

7    report shows when somebody leaves the chat.

8         That same afternoon, that is, October 30th at 2020

9    in the afternoon, Mr. Meggs added his adult daughter back

10   into the chat.  So it actually shows not only when somebody

11   leaves the chat, it shows when somebody is added back in.

12   And he renamed the chat "Family Chat."

13        Two days later, apparently not wanting to be in

14   this chat, the adult daughter removes herself a second time

15   from the chat.

16        On November the 3rd at 6:54 p.m., this is

17   approximately one hour prior to the statement in question --

18   it is exactly one hour prior to the statement in question --

19   Mr. Meggs' younger son sends a message about USF banning a

20   club.  I assume that's the University of Southern Florida.

21        Mr. Meggs, that is, his father, Kelly Meggs,

22   responds one minute later to his younger son's comment.

23        At 7:10, Connnie Meggs also responds to the

24   younger son's message.

25        And then the message that's at issue happens at

1  7:54.  This is Mr. Meggs' statement about, I think, words to

2  effect of wanting to go on a killing spree.

3          His wife the next minute answers, responds and

4  basically says, Shut up.

5          Six minutes after that, Ms. Meggs makes a

6  different statement, another statement about, essentially to

7  the effect of it's surprising that people would want to

8  continue to -- or do support then-candidate Biden.

9          Five minutes after Ms. Meggs' statement,

10 Kelly Meggs responds that Mr. Trump or President-Then Trump

11 had the lead in Florida, so Florida was essentially locked

12 up because a bunch of the red counties had come in.

13         Six minutes later, Zach Meggs -- that is, the

14 adult son -- responds, "You guys are so behind.  WTF."

15         So within, I guess it's 17 minutes, as Mr. Nestler

16 said, after Mr. Meggs' statement, his son responds, clearly

17 suggesting he was on the chat at the time.  There's no

18 evidence that he exited the chat at the time, unlike the

19 evidence showing that the daughter actually did exit the

20 chat twice.

21         So to the extent that there's any suggestion that

22 the Cellebrite report wouldn't have captured the exiting of

23 Zach Meggs in the chat, from the chat, is simply not borne

24 out by the evidence.

25         So that motion is denied, and the government will

1   be able to refer to that statement in its opening.

2           MR. WOODWARD:  Your Honor --

3           THE COURT:  Yes.

4           MR. WOODWARD:  -- just for the record, you're also

5   overruling our objection based on the 403.

6           THE COURT:  Yes, also based on 403 as well.  The

7   statement is not -- I mean, it's prejudicial, but it's not

8   substantially more prejudicial than probative.  The

9   statement clearly bears on Mr. Meggs' state of mind, not

10  only in early November, but arguably going forward

11  concerning the election and its results and provides

12  state-of-mind evidence as to his joining of the conspiracy

13  and the purpose of the conspiracy.

14          All right.  Then there's ECF 361, which is

15  Mr. Meggs' motion to preclude use of opening -- excuse me,

16  certain statements in opening.

17          Mr. Woodward, I don't what to quite -- I'm sorry.

18  Wrong one.  That's the one I just denied.  361 is the one

19  I just denied.

20          365, motion in limine to preclude out-of-court

21  statements.  Mr. Woodward, I don't know what to quite make

22  of this in the sense that we'd talked about this some time

23  back, and I thought we were either, A, going to get all this

24  resolved or, B, bring it up in time for me to resolve this

25  before opening, but here we are this morning.

1    Mr. Nestler, are there any statements that you

2    intend to include in your opening that would be covered by

3    any of the three categories that have been identified here?

4    MR. NESTLER:  I don't believe so.  I have showed

5    all of the statements I intend to include in my opening to

6    defense counsel, both in court last Thursday and then again

7    on a Webex over the weekend.  If defense counsel believes

8    any of those statements are covered, they can let us know,

9    but I'm not sure which statements they're referring to.

10    THE COURT:  Okay.

11    Mr. Woodward, are there particular statements that

12    you think are covered by any of these three categories?

13    MR. WOODWARD:  Yes, Your Honor, to the extent that

14    some of the statements the government intends to use in its

15    opening, the question would be whether they would be

16    admissible as against one of the defendants or all of the

17    defendants, and if they're admissible only as to one of the

18    defendants and this was in opening, we would ask for a

19    limiting instructions so I think issue the defendants would

20    have is --

21    THE COURT:  Let me interrupt.

22    I'm not going to give any limiting instructions

23    during opening in terms of how evidence is going to be

24    presented.  I mean, opening is just that, it's opening.

25    It's not evidence.  The jury will be told it's not evidence,

1   and ultimately if the evidence is introduced, I'll give the

2   limiting instruction then.  But I have never -- I don't know

3   any judge that provides limiting instructions with respect

4   to an opening.

5         MR. WOODWARD:  Then I don't believe there are any

6   issues we need to take up before opening.

7         THE COURT:  Okay.  So we'll take this up at a

8   break.

9         There is also ECF 163; this is a motion to

10  reconsider evidence regarding Jeremy Brown's possession of a

11  hand grenade.  There had been a motion in limine filed

12  earlier that I denied and apparently there's now some DNA

13  evidence.

14        Mr. Nestler, is this evidence you intend to

15  reference in or, Mr. Manzo, is this going to be referenced

16  in opening?

17        MR. NESTLER:  Yes, Your Honor.

18        THE COURT:  All right.

19        Mr. Manzo.

20        MR MANZO:  Thank you, Your Honor.

21        This evidence was turned over.

22        THE COURT:  I'm sorry to interrupt.

23        Has Mr. Brown been charged with possession of the

24  hand grenades in his Florida case?

25        MR. MANZO:  Yes.  And he's on track for a December

1   trial now.

2        The DNA evidence was turned over in March of this

3   year.  It's not new evidence.  Based on extensive evidence

4   presented to the magistrate judge in this courthouse, the

5   judge found probable cause for the very subject offenses

6   that Mr. Brown is now indicted for.  In short, we presented

7   evidence that Jeremy Brown had explosives in a certain

8   location.  We searched that location and we found the

9   explosives.

10       We do not dispute the FBI report.  It's something

11  that I think the parties can consider later on.  But we note

12  that it's about the tape on the hand grenades.  Hand

13  grenades are often taped for safety reasons.  We don't know

14  when that tape was put on.  But we do know that the hand

15  grenades were found in the RV that Mr. Brown took to D.C.

16  We know that one of the cooperators in this case relayed a

17  conversation he had with Kelly Meggs, where Kelly Meggs

18  said, Mr. Brown has grenades, so the evidence is still the

19  same.  And, again, we've turned over this report back in

20  March.  It's not new evidence.

21       THE COURT:  Is the government's, any of its

22  forensic evidence tied back to Mr. Brown with respect to the

23  hand grenades?

24       MR. MANZO:  For the hand grenades, no.

25       THE COURT:  Okay.

```
1            MR. MANZO:  For the other weapons, I believe
2   there's fingerprints.  We're not planning on eliciting
3   testimony on that.  Our presentation of Mr. Brown's grenades
4   will be fairly brief.  It will be the recovering agent
5   talking about recovering the grenades, and that's pretty
6   much it.
7            THE COURT:  Okay.
8            Mr. Geyer.
9            MR. GEYER:  Good morning, Your Honor.
10           THE COURT:  Good morning.
11           MR. GEYER:  This originally came to my attention
12  when the Court last heard it and I was concerned that a
13  proper factual basis hadn't been presented to the Court.
14           It took me some weeks to find the information and
15  the government was very kind to get that information for me.
16           The bottom line is the guns that he's referring
17  to, the vast majority of those were legal.  The ones that
18  were not were in closed boxes that were inside the house
19  that I believe are owned by his, Jeremy Brown's brother, who
20  had took his own life tragically.  I believe that's the
21  lineage on those firearms.
22           The theory, the government's theory is that these
23  hand grenades must have been in that RV.  It's a very
24  heavily used RV by Jeremy Brown and his family, including
25  his dog.  And that --
```

1    THE COURT:  This is these are the dog's hand

2  grenades defense?

3    MR. GEYER:  There was actually extensive testing

4  for dog, animal fibers, and they also went back and took

5  samples of the carpet to try to tie that to the -- to try to

6  come up with something to tie these hand grenades to

7  Mr. Brown, and they came up with bupkis, Your Honor.

8  There's no match.

9    And for the hand grenades to be in that heavily

10  used RV for nine months with reversible tape, hurricane

11  tape, where you can see from the photographs that the sticky

12  side is clearly accessible by the air, there would be some

13  skin follicle or hair from the dog or hair from the Brown

14  family or even, quite frankly, hair from other people who

15  they, if they thought they had any avenue to tie it to the

16  Browns or his associates, they would have run those DNA

17  tests.  They came up with nothing.

18    It's way -- it's far in excess in terms of

19  prejudice, and, frankly, it's not probative at all.

20    THE COURT:  Okay.

21    MR. GEYER:  Thank you, Your Honor.

22    THE COURT:  Thank you, Mr. Geyer.

23    Okay.  The Court will not -- I'm not going to

24  change my mind about the admissibility of his evidence.  You

25  know, let's just recap here.  Mr. Brown is an alleged

1  co-conspirator.  The allegation is he came to Washington,

2  D.C. in an RV as part of a group of Oath Keepers who came to

3  Washington on January the 6th.  The allegation is or the

4  belief is that he had hand grenades or some kind of

5  explosives in his RV when he came to Washington.  That is

6  based upon the statement of a cooperator who said something

7  to Mr. Meggs to the effect of -- I can't remember what the

8  exact statement is, but Mr. Brown has -- what's the exact

9  statement?

10          MR. NESTLER:  Actually it's Mr. Meggs told the

11  cooperator that Mr. Brown had explosives in the RV.

12          THE COURT:  Right, that's what it was.

13          Mr. Meggs told a cooperator that Mr. Brown had

14  explosives in the RV.  Clearly Mr. Meggs' statement is

15  relevant, it bears on his state of mind, it bears upon --

16  it's arguably a statement in furtherance of the conspiracy

17  and, therefore, a co-conspirator statement.

18          This evidence corroborates what Mr. Meggs said.

19  Although the explosives, these hand grenades, were found

20  nine months later, they were found in the RV that Mr. Brown

21  apparently drove to Washington, D.C.  We were -- as we

22  discussed last time, these are not over-the-counter hand

23  grenades, if there is such a thing.  These are Army issued

24  or -- hand grenades.  Mr. Brown himself was a former member

25  of the Army or Marines.

1       MR. MANZO:  Army, Your Honor.

2       THE COURT:  Army.

3       And a decorated one at that.  But nevertheless,

4  he's a former member of the Army.

5       The hand grenades were in the RV.

6       Mr. Brown has been charged with possession of

7  that, so at a minimum, there's been probable cause to

8  establish his possession of those hand grenades, and

9  apparently the government thinks they can prove his

10  possession of them beyond a reasonable doubt because he

11  continues forward to trial notwithstanding his DNA results.

12  So to the extent there's a question here of admissibility

13  and possession, certainly by a preponderance of the

14  evidence, the government has met that burden.

15       It's clearly probative as a corroborating

16  statement Mr. Meggs made, and it's also independently

17  corroborative in the sense that Mr. Brown himself is a

18  co-conspirator and, therefore, his possession of an

19  explosive device is relevant to the conspiracy and it's not

20  more probative than -- excuse me, more prejudicial than

21  probative.

22       The fact of the DNA test, while undoubtedly

23  helpful to disabuse a juror of the notion that these belong

24  to Mr. Brown, and, you know, the question of who knows how

25  they got there and who they belong to, but ultimately

1  I think that is a question that goes to weight.  And if,

2  Mr. Geyer, you wish to have the FBI analyst called who

3  conducted the DNA testing and the government -- well, let's

4  put it this way.  If you want to have that person called,

5  presumably the government will facilitate it.  If they

6  don't, you let me know and I'll put that person under

7  subpoena, because if that's evidence you want to introduce

8  in your case, I will certainly allow that if the government

9  doesn't introduce it in theirs.

10        Okay.  There is one last motion that had been

11  filed during jury selection last week, and I don't know

12  whether it will impact at all our openings or not, but

13  Mr. Rhodes had filed a motion in limine at 348 asking that

14  the government not use certain terms in its presentation of

15  evidence.  Let's just stick with the opening for now.

16        The words are anti-government, militia, organized

17  militia, extremist, extremism, racist, racism, white

18  supremacism, white supremacist, white nationalism, or white

19  nationalist.  Other than the word militia, I'm not sure --

20  I think you all are going to refer to themselves at least as

21  part of the militia.

22        MR. BRIGHT:  May I clarify, Your Honor?

23        That was specifically included because the fact is

24  that the Oath Keepers never held themselves out as a

25  militia.  Obviously we've addressed this with the Court.

1    Regarding other motions that we filed, including

2  our brief on the Insurrection Act and the explanation of

3  militias therein, that is supported as recently by the

4  *Heller* decision.

5    They did not hold themselves out ever as an actual

6  militia, whether it be state sanctioned or otherwise.  Yes,

7  Mr. Rhodes advocated in the concept of the body militia, all

8  people that fell within the 17 to 45 range.  But they never

9  themselves referred to themselves in a militia for those

10  very, very specific reasons.

11    THE COURT:  Well, it is true that the defense

12  theory is going to be that they were part of a militia, that

13  is, the militia that is available for call-up.

14    MR. BRIGHT:  By all able-bodied men of the United

15  States.

16    THE COURT:  Correct.

17    MR. BRIGHT:  That would be correct.

18    THE COURT:  So the idea that the word militia is

19  not going to be used to refer to -- that the government

20  won't be able to use the term militia seems to me odds with

21  what your defense is going to be.

22    Now, they may not have referred to themself as a

23  militia but they certainly viewed themselves individually to

24  be part of a militia.

25    MR. BRIGHT:  Then perhaps we could modify that,

1    Your Honor, to just say that the Oath Keepers themselves
2    were not a formal militia.
3            THE COURT:  Okay.  Well, let me hear from
4    Mr. Nestler as to what, if any of these words he intends to
5    use in his opening.
6            MR. NESTLER:  The only word is militia.
7            THE COURT:  Okay.
8            MR. BRIGHT:  I understand, Your Honor.  I was
9    still asking for a motion in limine, but I think the others
10   are self-explanatory.  And I think the Court should grant it
11   at a minimum in terms of those.
12           THE COURT:  I've heard the government say they
13   aren't going to use any of these.
14           If what you're really concerned about is whether a
15   witness is going to refer to the Oath Keepers this way, that
16   is a separate question that I think we need to revisit.
17   Because if a witness comes in, particularly a cooperating
18   witness who has certain views about the organization and
19   their time in the organization, that's a different question.
20           MR. BRIGHT:  I absolutely agree with you,
21   Your Honor, and we'd like to take it up at the time that
22   that comes about.
23           THE COURT:  Mr. Crisp.
24           MR. CRISP:  I don't mean to confuse the issue, but
25   it's probably going to come up.

1    I will clearly be asserting that my client was

2  part of a militia, but this would be the Ohio state, as

3  opposed to --

4    THE COURT:  Right.

5    MR. CRISP:  So there may be times when we're not

6  all on the same page.  I just wanted to make sure we're

7  there.  Thank you.

8    THE COURT:  Right.

9    MR. BRIGHT:  Your Honor, there was one other

10  motion.  You said that this was the last motion that had

11  been filed.  There is a separate motion that was filed over

12  the weekend by our defense team regarding an addendum to the

13  motion to compel certain CHS materials.

14    THE COURT:  I may have missed it.  I'm sorry.

15  There was just -- is that anything that's relevant to the

16  openings this morning?

17    MR. BRIGHT:  I think we can address it after

18  openings, Your Honor.

19    THE COURT:  I'm sorry.  I thought I caught them

20  all, and I just --

21    MR. BRIGHT:  There aren't very many motions filed

22  in this case, so I can understand that.

23    THE COURT:  I'm sorry I missed that one.  When we

24  get a break, I'll take a look at that.

25    MR. BRIGHT:  Thank you very much, sir.

1    THE COURT:  We're going to be in openings through
2   the morning and into the afternoon, so we'll have time to
3   deal with this.
4    Is there anything else we need to take up before
5   we bring our jurors in?
6    MR. NESTLER:  Not from the government, Your Honor.
7    MR. FISCHER:  Your Honor, briefly, this is --
8   Mr. Edwards and I had communicated over the weekend.
9    Your Honor, the Court in its omnibus order at
10  ECF 288, the government, in response to a motion -- I have
11  copies I can pass up to the Court.
12   But in its motion ECF 214, the government had
13  requested that the Court preclude the defense arguments
14  regarding evidence pertaining to the actions of other
15  rioters or charges in case dispositions.
16   The defense did not object to it because the
17  defense was under the impression that what the government
18  was asking you to do was to keep out these random cases in
19  January 6th and not try to compare -- the government's
20  motion talked about selective prosecution, and so the
21  defense was under the impression that the government was
22  simply wanting to make sure that we were not bringing up how
23  other people were treated or if they were treated unfairly
24  comparatively.
25   The government seems to be of the impression that

1    the Court's order also precludes the defense from asking

2    questions regarding defendants involved in the Oath Keepers

3    case and also co-conspirators, unindicted co-conspirators.

4              And so I certainly plan on asking lots of

5    questions regarding individuals who were connected to this

6    case and why they were not charged and when they were

7    charged and the circumstances under which they were charged.

8              So the Court basically signed a boilerplate

9    motion, and I just wanted to clarify the defense takes the

10   position that the Court's order does not cover individuals

11   who are clearly connected within this investigation.

12             Thank you, Your Honor.

13             THE COURT:  Okay.

14             I don't know if the government would disagree with

15   that, but --

16             MR. NESTLER:  Yes, Your Honor.

17             So whether another individual has been charged or

18   not charged is not relevant to this case, Your Honor already

19   indicated --

20             THE COURT:  Hang on.  I didn't understand

21   Mr. Fischer to be saying that he would get into whether

22   they'd been charged or not except to the extent that perhaps

23   somebody testifies, and that would be the subject of

24   cross-examination for impeachment.

25             MR. NESTLER:  We agree that if a witness

 1   testifies, their own charging status is, of course, relevant

 2   for their bias.

 3                 THE COURT:  Right.

 4                 MR. NESTLER:  But I believe Mr. Fischer wants to

 5   ask FBI agents about whether certain individuals have been

 6   charged or not charged and what charges they face.

 7                 THE COURT:  Is that accurate, Mr. Fischer?

 8                 MR. FISCHER:  Well, Your Honor, I'll give the

 9   Court an example.

10                 Mr. Caldwell, the government's theory is that he

11   coordinated the North Carolina QRF.  Nobody in the

12   North Carolina QRF or anybody connected to the 40-plus

13   North Carolina Oath Keepers that came to Washington has been

14   charged, including the people who asked -- allegedly asked

15   Mr. Caldwell to provide a boat for the QRF who were asking

16   Mr. Caldwell directions on how to get to Washington, D.C.,

17   who were the commander or the leading officers of the

18   North Carolina group.

19                 So basically the individuals --

20                 THE COURT:  So can I ask, Mr. Fischer, I mean, I

21   get your point.  I think the question is -- let me ask,

22   first, is this anything that's going to impact your opening?

23                 MR. FISCHER:  No, Your Honor.

24                 THE COURT:  Okay.  All right.

25                 So, I mean, ordinarily, you know, what -- I mean,

1    it's the prosecution, the U.S. Attorney's Office, the

2    Department of Justice, that makes decisions about whether to

3    prosecute or not, whether to bring charges.

4          An FBI agent might have knowledge of that.

5    Certainly an FBI agent can't testify as to why a

6    particularly charging decision was or wasn't made.

7          I guess if you think it's fair game to ask whether

8    somebody has been charged or not, I'd like to -- if you can

9    find some case law that would allow that.  I mean, I'm not

10    saying it's not possible.  But, I mean, we are really

11    getting into an area of sort of prosecutorial discretion,

12    and there may be a whole host of reasons why somebody has or

13    has not been charged.

14          MR. FISCHER:  Well, I think, Your Honor, I think

15    the very fact that the entire 40-plus people from

16    North Carolina, including their leaders, including the

17    individuals who are asking Mr. Caldwell to do the things

18    that the government is claiming is part of the conspiracy,

19    the fact that none of those individuals has been charged

20    with a crime, to me, I don't see how that doesn't come in.

21    It shouldn't come in under the --

22          THE COURT:  Well, you would agree with me that it

23    wouldn't be appropriate, for example, for you to argue that,

24    well, Mr. Caldwell didn't commit these crimes because

25    somebody else hasn't been charged for these crimes.  You

```
 1    don't think you could get up to the jury and argue that,
 2    could you?
 3            MR. FISCHER:  Well, it goes to whether the FBI,
 4    law enforcement, believes there was actually crimes that
 5    were committed.
 6            THE COURT:  Well -- but -- I'm sorry to interrupt
 7    you, but, again, that's an issue of prosecutorial discretion
 8    whether somebody is charged or not and whether an agent
 9    believes a particular person has committed a crime.
10            And I'll tell you, you know, be careful about what
11    you ask because you might get an FBI agent to say, Yeah,
12    I thought he committed the following crimes.
13            MR. FISCHER:  Well, Your Honor, I guess I'll
14    address the top.  I'm not going to bring it up in my opening
15    argument.
16            THE COURT:  Yes.  Let's talk about it.  It's an
17    interesting issue.  And if there's any -- I'd like to look
18    and see if there's any case law on it, and we can talk about
19    it some more.
20            MR. FISCHER:  I'll save that homework for
21    Wednesday.
22            THE COURT:  Okay.  We're not sitting Wednesday,
23    right?
24            Right.  So nobody is allowed to file a motion on
25    Wednesday.
```

1    So just so everybody's clear, I'll swear the jury

2    in this morning.  All 16 of them, my understanding is, have

3    returned.  So we had called in five who were qualified but

4    didn't show up.  We'll dismiss those folks as soon as this

5    jury is sworn in.  I'll read my preliminary instructions,

6    which you all have approved.  And that should take

7    15 minutes, and then we'll roll into openings.

8         Mr. Nestler, you're still at about 1:15?

9         MR. NESTLER:  Yes, Your Honor.

10         THE COURT:  And Mr. Linder?

11         MR. LINDER:  45 minutes.

12         THE COURT:  Okay.

13         MR. LINDER:  I don't know if you wanted to break

14    for lunch between his and mine.

15         THE COURT:  I'll just have to see where we are

16    timing-wise.  I mean, it's 10:00.  No, we won't break for

17    lunch.

18         MR. LINDER:  Try and get the first two in?

19         THE COURT:  Yeah.  I mean, we may take a break,

20    but I don't think we'll break for lunch.

21         And then --

22         MR. LINDER:  I would actually request a break

23    between the two because the jurors will have been sitting

24    for an hour.

25         THE COURT:  Of course.  Of course.  We'll break

1    between the two.

2              MR. WOODWARD:  We're not going to reserve,

3    Your Honor.

4              THE COURT:  Mr. Crisp?

5              MR. CRISP:  30 minutes, Your Honor.

6              THE COURT:  30 minutes.

7              MR. CRISP:  30 minutes, yes.

8              THE COURT:  Mr. Geyer, you're still going to

9    reserve?

10             MR. GEYER:  Yes, Your Honor.  Thank you.

11             THE COURT:  Mr. Fischer, I'm sorry.  I was looking

12   at that table.

13             MR. FISCHER:  Your Honor, about an hour, hour and

14   10 minutes.  And I will be going after Mr. Linder, and

15   Mr. Crisp will be third.

16             THE COURT:  Okay.

17             (Pause)

18             THE COURT:  Mr. Douyon tells me that a couple of

19   jurors have alerted him to the following.

20             Juror 1140 said as he or she was driving in, heard

21   an NPR story or not -- heard on NPR the word "Oath Keepers"

22   and then turned it off or moved away from the channel.

23             Another juror, whose number we're trying to get,

24   saw a headline and that's it.

25             Does anybody feel the need to bring these folks in

1   for further questioning?

2           MR. CRISP:  What was the latter?

3           THE COURT:  That they saw a headline, and that was

4   it.  I don't know what the headline was but that's all I've

5   been told.

6           MR. CRISP:  No, I don't think so, Judge.

7           THE COURT:  Does anybody on the defense side think

8   we need to bring them in for further questioning?

9           MR. FISCHER:  No, Your Honor.

10          MR. CRISP:  No, Your Honor.

11          THE COURT:  Okay.  If you'd like to step out,

12  that's fine.

13          And, Mr. Crisp, if I've already started, don't

14  worry about it.

15          (Pause)

16          THE COURT:  All right.  So just to clear the

17  record, the other juror -- this is the one who saw the

18  headline, 0481 -- tells us that he saw it on an Apple

19  newsfeed.  And it said, "Founder of Oath Keepers trial

20  starts today," and then didn't do anything more than that,

21  okay?

22          All right.  Are we ready to bring them in?

23          COURTROOM DEPUTY:  Jury panel.

24          THE COURT:  Okay.  Please be seated, everyone.

25          All right.  Ladies and gentlemen, welcome back.

1  It's nice to have all of you with us.  And thank you for

2  being here this morning.  And I hope everybody had a nice

3  weekend, notwithstanding the wet weather.

4         So we're going to get started this morning.

5  I apologize for getting a little -- starting a little later

6  than I had hoped.  We had some preliminary matters that we

7  needed to handle this morning, but we've cleared those away

8  and we are ready to start.

9         So I'm going to ask you all to rise one more time

10  and raise your right hands, because we do need to have you

11  sworn in one more time.

12         COURTROOM DEPUTY:  Please raise your right hands.

13         (Jurors placed under oath.)

14         COURTROOM DEPUTY:  Thank you.  Please be seated,

15  everyone.

16         THE COURT:  All right.

17         Ladies and gentlemen, so just to give you a sense

18  of what's going to happen now, I'm going to have about 15

19  minutes of preliminary instructions.  Those instructions

20  will cover both how the trial will operate and some just

21  general legal principles that you'll be applying through the

22  course of the case, and in particular, during your

23  deliberations.  After those have concluded we will start

24  with the government's opening, and then we will turn to the

25  defense for their openings, if they wish.  We'll take a

 1  break probably around mid-morning and we'll go tell lunch

 2  and then continue after lunch, okay?

 3        All right.  So before we begin the trial, I want

 4  to explain some of the legal rules that will be important in

 5  this trial.  These remarks are not meant to be a substitute

 6  for the detailed instructions that I will give at the end of

 7  the trial, but they are intended to give you a sense of what

 8  will be going on in the courtroom and your responsibilities

 9  as jurors.

10        When you took your seats, you probably noticed at

11  each of you had a notebook and pen or pencil waiting for

12  you.  That is because I permit jurors to take notes during

13  trial if they wish.  Whether or not you take notes is

14  entirely up to you.  Many people find that taking notes

15  helps them remember testimony and evidence.  Others find it

16  distracts them from listening to the witnesses.

17        You will not be able to take your notebooks with

18  you as you come and go.  You will be able to consult with

19  your notebooks during your deliberations.  At all other

20  times, however, the notebooks will remain locked in the

21  courtroom during recesses and overnight.  At the end of

22  trial after you have delivered your verdict, your notebooks

23  will be collected and the pages torn out and destroyed.  No

24  one, including me, will ever look at any notes you have

25  taken, so you may feel free to write whatever you wish.

1    You have probably noticed that there are 16 of you

2    sitting in the jury box.  Only 12 of you will retire to

3    deliberate in this matter.  That means four of you are

4    alternate jurors.  We have alternate jurors in the event

5    that a juror is unable to continue his or her service for

6    whatever reason.  Before any of you even entered the

7    courtroom, we randomly selected the alternate seats.  I will

8    not disclose who the alternate jurors are until the end of

9    my final instructions.  As any seat might turn out to be an

10   alternate seat, it is important that each of you think of

11   yourselves as regular jurors during this trial and that all

12   of you give this case your fullest and most serious

13   attention.

14   At the beginning of the jury selection process, I

15   asked the parties to identify themselves and to announce the

16   names of their possible witnesses.  We did that in

17   connection with the questionnaire.  If at any time during

18   this trial, you suddenly realize that you recognize or might

19   know any witness, lawyer, or someone who is mentioned in the

20   testimony or evidence or anyone else connected in this case

21   in any way, you should raise your hand immediately and ask

22   to speak with me.

23   Now, I will briefly provide you with some

24   additional details about this case.  This is a criminal case

25   that began when the grand jury returned an indictment

1   against the defendants, Mr. Elmer Stewart Rhodes III,

2   Mr. Kelly Meggs, Mr. Kenneth Harrelson, Ms. Jessica Watkins

3   and Mr. Thomas Caldwell.  The indictment is just a formal

4   way of charging a person with a crime in order to bring him

5   or her to trial.

6           The indictment in this case contains conspiracy

7   charges and other charges.  The indictment alleges that the

8   defendants agreed to oppose by force the lawful transfer of

9   Presidential power following the 2020 U.S. Presidential

10  election, and in so doing, that the defendants violated

11  three conspiracy -- separate conspiracy laws.

12          The first conspiracy charge is Count 1, seditious

13  conspiracy, which charges that the defendants entered an

14  agreement to try to stop the lawful transfer of power by

15  opposing by force the authority of the government of the

16  United States or to use force to prevent, hinder, and delay

17  the execution of any law of the United States.

18          The second conspiracy charge is Count 2,

19  conspiracy to obstruct an official proceeding, which charges

20  that the defendants entered an agreement to obstruct an

21  official proceeding, that is, Congress's session on

22  January 6th, 2021, to certify the Electoral College votes.

23          And the third conspiracy charge is Count 4,

24  conspiracy to prevent members of Congress from discharging

25  their duties.

1    With regard to the other charges, Count 3 of the

2    indictment charges all five defendants with obstruction of

3    an official proceeding, meaning Congress's session on

4    January 6th to certify the Electoral College votes.

5    Count 5 charges Defendants Kelly Meggs, Kenneth

6    Harrelson and Jessica Watkins with destruction of government

7    property for the alleged damage to property at the U.S.

8    Capitol on January 6th.

9    Count 6 charges Jessica Watkins with committing an

10   act to obstruct, impede or interfere with law enforcement

11   officers lawfully carrying out their official duties

12   incident to a civil disorder for allegedly interfering with

13   police officers inside the Capitol on January 6th.

14   Finally, Counts 7, 8, 9, and 10 charge Defendants

15   Stewart Rhodes, Kelly Meggs, Kenneth Harrelson and

16   Thomas Caldwell with obstruction of justice for tampering

17   with documents or proceedings.

18   These charges are based on the allegation that

19   these defendants, after January 6th, deleted certain content

20   from their cell phones or social media accounts or, in the

21   case of Stewart Rhodes, encouraged or instructed other

22   people to delete the content to prevent the grand jury from

23   obtaining that content.

24   All five defendants have pleaded not guilty to all

25   charges in the indictment.

1    Now, you should understand clearly that the
2    indictment that I just summarized is not evidence.  You must
3    not think of the indictment as any evidence of the guilt of
4    any of the defendants or draw any conclusion about the guilt
5    of the defendants just because they have been indicted.  You
6    should not speculate about whether other individuals have
7    been charged with crimes.  During this trial, the only issue
8    for you to decide is whether the government has proved each
9    of these five particular defendants guilty beyond a
10    reasonable doubt.

11    Now, I will turn to briefly explain some of the
12    procedures we will follow and some of the rules of law that
13    will be important in this case.  As I explain how the trial
14    will proceed, I will refer to the government or to the
15    defense or to the defendants.  When I mention the
16    government, I am referring to Ms. Rakoczy, Mr. Nestler,
17    Mr. Manzo or Ms. Hughes, who are all prosecutors with the
18    U.S. Attorney's Office for the District of Columbia.

19    When I mention the defendants or the defense, I am
20    referring to Mr. Rhodes, Mr. Meggs, Mr. Harrelson,
21    Ms. Watkins or Mr. Caldwell, or to one or more of their
22    attorneys, Mr. Linder, Mr. Bright, Mr. Tarpley,
23    Mr. Woodward, Ms. Haller, Mr. Geyer, Mr. Crisp or
24    Mr. Fischer, or a combination of some defendants or lawyers.

25    Both sides have a number of other individuals

1  assisting them with this case including paralegals, clerks

2  or other lawyers.  And in the case of the government, FBI

3  agents.  Those individuals will sometimes be sitting at the

4  table with the other lawyers and sometimes in the benches

5  behind them.

6        To make the presentation of evidence more

7  efficient for you, these other individuals, and sometimes

8  even one of the prosecutors or defense lawyers, will be

9  doing work related to this case outside of the courtroom.

10  Do not make any assumptions or hold against a party the fact

11  that you sometimes see them or members of their team here in

12  the courtroom and sometimes do not.

13        After I finish these preliminary instructions, as

14  the first step in this trial, the government and the

15  defendants will have an opportunity to make opening

16  statements.  The defendants may make an opening statement

17  immediately after the government's opening statement, or

18  they may wait until the beginning of the defendants' case,

19  or they may choose not to make an opening statement at all.

20  You should understand that the opening statements are not

21  evidence.  They are only intended to help you understand the

22  evidence and the lawyers -- that the lawyers expect will be

23  introduced.

24        After the opening statement or statements, the

25  government well put on what is called its case-in-chief.

1  This means that the government will call witnesses and ask

2  them questions.  This is called direct examination.  When

3  the government is finished, each defendant's lawyers may ask

4  questions.  This is called cross-examination.  When the

5  defense is finished, the government may have brief redirect

6  examination.  After the government presents its evidence,

7  the defendants may present evidence, but they are not

8  required to do so.

9       The law does not require a defendant to prove his

10 or her innocence or to produce any evidence.  If, however,

11 the defense does put on evidence, the defendants' lawyers

12 will call witnesses to the stand and ask questions on direct

13 examination.  Government counsel will cross-examine and the

14 other defense counsel will cross-examine, and that

15 defendant's lawyer, that is the defendant who calls the

16 witness, may have a redirect examination.  When each

17 defendant is finished, the government may offer a rebuttal

18 case, which would operate along the same lines as its

19 case-in-chief.

20      At the end of all the evidence, I will instruct

21 you once more on the rules of law that you are to apply in

22 your deliberations when you retire to consider your verdict

23 in this case.  Each side will have a chance to present

24 closing arguments in support of its case.  The statements of

25 the lawyers in their closing arguments, just as in their

1 questions and in their opening statements, are not evidence

2 in the case.  They're intended only to help you understand

3 the evidence and what each side claims the evidence shows.

4        Finally, at the end of closing arguments, I will

5 have a few additional instructions for you before you begin

6 your deliberations.

7        Now, I want to briefly describe my

8 responsibilities as the judge and your responsibilities as

9 the jury.

10        My responsibility is to conduct this trial in an

11 orderly, fair, and efficient manner, to rule on legal

12 questions that come up in the course of trial, and to

13 instruct you about the law that applies to this case.  It is

14 your sworn duty as jurors to accept and apply the law as I

15 state it to you.

16        Your responsibility as jurors is to determine the

17 facts in this case.  You and only you are the judges of the

18 facts.  You alone determine the weight, the effect, the

19 value of the evidence, as well as the credibility or

20 believability of the witnesses.  You must consider and weigh

21 the testimony of all witnesses who appear before you.  You

22 alone must decide the extent to which you believe any

23 witness.

24        During this trial, I may rule on motions and

25 objections by the lawyers, make comments to lawyers,

1   question the witnesses, and instruct you on the law.  You

2   should not take any of my statements or actions as any

3   indication of my opinion about how you should decide the

4   facts.  If you think that somehow I have expressed or even

5   hinted at any opinion as to it facts in this case, you

6   should disregard it.  The verdict in this case is your sole

7   and exclusive responsibility.

8          The lawyers in this case may object when the other

9   side asks a question, makes an argument or offers evidence

10  that the objecting lawyer believes is not properly

11  admissible.  I will respond by saying either sustained or

12  overruled.  If I sustain an objection to a question asked by

13  a lawyer, the question must be withdrawn and you must not

14  guess or speculate what the answer to the question would

15  have been.  If I overrule an objection, the question may

16  stand and the witness may answer.

17         Now, every defendant in a criminal case is

18  presumed to be innocent.  This presumption of innocence

19  remains with the defendant throughout the trial unless and

20  until he or she is proven guilty beyond a reasonable doubt.

21  The burden is on the government to prove the defendant

22  guilty beyond a reasonable doubt and that burden of proof

23  never shifts throughout the trial.  If you find that the

24  government has proven beyond a reasonable doubt every

25  element of the particular offense with which a defendant is

1    charged, it is your duty to find him or her guilty of that

2    offense.

3            On the other hand, if you find that the government

4    has failed to prove any element of a particular offense

5    beyond a reasonable doubt, you must find the defendant not

6    guilty of that offense.

7            You are not permitted to discuss this case with

8    anyone until this case is submitted to you for your decision

9    at the end of my final instructions.  That means that until

10    the case is submitted to you, you may not talk about it even

11    with your fellow jurors.

12            Let me repeat that.  You may not talk about the

13    case even with your fellow jurors.  This is because we don't

14    want you to make decisions until you've heard all the

15    evidence and the instructions of law.

16            In addition, you may not talk about the case with

17    anyone else.  It should go without saying that you may not

18    also read about the case electronically through any blog,

19    posting, or other communication, including social networking

20    sites, such as Facebook or Twitter, until you've delivered

21    your verdict and the case is over.  This is because you must

22    decide the case based on what happens here in the courtroom,

23    not on what someone may or may not tell you outside the

24    courtroom.

25            You, of course, may tell family and friends that

1    you're serving as a juror, and you may even tell them that

2    you're serving as a juror in a criminal case.  But I ask you

3    to say nothing more than that.  When the case is over, you

4    may discuss any part of it you wish with anyone, but until

5    then, you may not do so.

6          Although it is a natural human tendency to talk

7    with people with whom you may come in contact, you must not

8    talk to any of the parties, their attorneys, or any

9    witnesses in this case during the time you serve on this

10   jury.  If you encounter anyone connected with the case

11   outside the courtroom, you should avoid having any

12   conversation with them, overhearing their conversation, or

13   having any contact with them at all.

14         For example, if you find yourself in a courthouse

15   corridor, elevator, or any other location where the case is

16   being discussed by attorneys, parties, witnesses, or anyone

17   else, you should immediately leave the area to avoid hearing

18   such discussions.  If you do overhear a discussion about the

19   case, you should report it to me as soon as you can.

20         Finally, if you see any of the attorneys or

21   witnesses involved in the case and they turn and walk away

22   from you, they're not being rude; they're merely following

23   the same instruction I have given to them.

24         It is very unlikely, but if someone tries to talk

25   to you about the case, you should refuse to do so and

1    immediately let me know by telling the Courtroom Deputy or

2    the marshal.  Don't tell your fellow jurors.  Just let me

3    know, and I'll bring you in to discuss it.

4            Because you must decide this case based only on

5    what occurs in the courtroom, you may not conduct any

6    independent investigation of the law or the facts in this

7    case, nor should you read or view any news stories about

8    this case that you come across.  This used to only mean that

9    you could not contact any research in books or newspapers or

10   read news articles or view stories on television or visit

11   the scene of the alleged offense.

12           In this electronic age, it also extends to the

13   Internet.  It means you cannot research or investigate any

14   issue on any website; ask any questions to anyone via email,

15   text, or social media; or otherwise communicate about the

16   case.  It also means that you must avoid reading or viewing

17   any stories online about this case.  That includes tweets or

18   other social media postings about the case.

19           To help you avoid seeing any news about the case,

20   you should change the settings for push notifications on

21   your cell phone, as well as your news subscription alerts

22   and RSS feeds or Twitter feeds.  If you happen to get a push

23   notification about the case, you should not review the

24   linked story.

25           I want to explain a little bit further on why

1    there is a ban on Internet communications, research, and

2    review of news stories concerning the case.  Unfortunately,

3    courts around the country have occasionally experienced

4    problems with jurors ignoring this rule, sometimes resulting

5    in costly re-trials.

6            Generally speaking, these jurors have not sought

7    to corrupt the process; rather, they have been seeking

8    additional information to aid them in, undoubtedly, what is

9    a heavy and solemn responsibility.  Nonetheless, there are

10   sound reasons for this rule.

11           In the first place, obviously, not everything one

12   sees online is true.  This includes not only persons

13   responding to whatever postings you may make about the case,

14   but also can involve established websites.  For example, a

15   mapping site might not reflect the way a location appeared

16   at the times that are at issue in the case.  Furthermore,

17   even items that are technically true can change their

18   meaning and significance based on context.

19           Both sides are entitled to have the chance to not

20   only dispute or rebut evidence presented by the other side,

21   but also to argue to you how that evidence should be

22   considered within the factual and legal confines of the

23   case.  Any secret communications, research, or review of

24   news stories by a juror robs them of those opportunities and

25   can distort the process, sometimes with negative results.

1    It is for those reasons that I instruct you that

2  you should not use the Internet to communicate about the

3  case, to do any research about the case, or review any news

4  stories about the case, including any social media postings.

5    If you do happen to come across a news story or

6  social-media posting, whether in print, on television, or

7  online, and you happen to view or read some of it in a

8  substantial way, please do not share that fact with your

9  fellow jurors, please alert the Courtroom Deputy about it so

10  I can discuss it with you outside the presence of your

11  fellow jurors.

12    What do I mean by "substantial way"?  If, for

13  example, you inadvertently happened upon a headline about

14  this case, but read no further, I do not consider that

15  substantial, then you do not need to report it to the

16  Courtroom Deputy.

17    Finally, we have two terrific court reporters

18  here, one in the morning and one in the afternoon, taking

19  down testimony.  But you will not have a transcript with you

20  during deliberations.  You must rely on your memory and, if

21  you take them, your notes as an aid to that memory.

22    So I ask you to pay close attention, and we will

23  begin with the opening statement by the government.

24    Mr. Nestler.

25    MR. NESTLER:  Good morning, ladies and gentlemen.

1083

1   My name is Jeff Nestler.  With my colleagues, we represent
2   the United States of America.
3           Ever since our government transferred Presidential
4   power from George Washington to John Adams in the year 1797,
5   we have had a core Democratic custom of the routine and
6   peaceful transfer of power.  On January 20th,
7   Inauguration Day, every four years, our Constitution bestows
8   upon a person the power of the Presidency.
9           These defendants tried to change that history.
10  They concocted a plan for an armed rebellion to shatter a
11  bedrock of American democracy.
12          They banded together to do whatever was necessary,
13  up to and including using force to stop the transfer of
14  power from President Donald Trump to President-Elect
15  Joe Biden on January 20th of 2021.
16          Two weeks before Inauguration Day on January 6th,
17  they got their opportunity.  On that day, as required by the
18  Constitution itself, Congress met inside of the
19  Capitol Building to formally count the electoral ballots and
20  declare the winner of the 2020 Presidential election.
21          These defendants seized upon that opportunity to
22  disrupt Congress from meeting inside the Capitol Building.
23  If Congress could not meet, it could not declare the winner
24  of the election.  And that was their goal, to stop, by
25  whatever means necessary, the lawful transfer of

1 Presidential power, including by taking up arms against the

2 United States Government.

3 You will hear evidence during this trial that

4 these five defendants reached an agreement with each other

5 and with others to stage an arsenal of firearms, including

6 multiple semiautomatic rifles, just across the Potomac River

7 in Arlington, Virginia, and to physically prevent members of

8 Congress from meeting to certify the election, as they

9 descended upon D.C. to attack not just the Capitol, not just

10 Congress, not just our government, but our country itself.

11 I will start by introducing to you each of the

12 five defendants who are on trial today.

13 The first is Stewart Rhodes. He's seated over

14 here. He's easily recognizable, often wearing a cowboy hat

15 and an eye patch over his left eye. He's the founder and

16 leader of a grouped called the Oath Keepers. And he has an

17 impressive pedigree, one he used to recruit and fluence his

18 followers. He's a graduate of Yale Law School. He's a

19 former Army paratrooper and a former congressional staffer.

20 Rhodes focused on recruiting former members of the

21 military and law enforcement to his cause. The term

22 "Oath Keepers" itself derives from soldiers' oaths to defend

23 the Constitution against all enemies and the idea that oath

24 must be kept for life.

25 But Rhodes' philosophy perverts the constitutional

1  order.  He preaches to his followers that they should

2  disobey orders that he says are unconstitutional.

3         Stewart Rhodes, with his law degree, was careful

4  with both his words and his actions.  You will hear that he

5  sometimes spoke in code or shorthand.  He sometimes sent

6  messages from other people's phones.  And on January 6th of

7  2021, like a general overlooking a battlefield, he remained

8  outside the Capitol Building surveying and communicating

9  while his troops stormed inside.

10         Next is defendant Kelly Meggs, the leader of the

11 Florida chapter of the Oath Keepers.  He's the gentleman

12 third from the left over here with the gray suit and the

13 white hair slicked back.

14         At 6-foot-4, he stands out in a crowd.  To others,

15 he went by the nickname "Okay Gator 1."

16         After Kelly Meggs is Kenneth Harrelson, the fourth

17 person over on the row over there, wearing the black shirt.

18 Harrelson was Meggs' number two in the Florida chapter of

19 the Oath Keepers.  Like Rhodes, he's a veteran of the Army.

20 And to others, he went by the moniker "Okay Gator 6."

21         Next is Jessica Watkins, the woman sitting second

22 from the left.  She's the leader of the Ohio chapter of the

23 Oath Keepers, and she also led her own militia called the

24 Ohio State Regular Militia.  Like Rhodes and Harrelson,

25 she's a veteran of the Army.

1    Finally, there's Thomas Caldwell, sitting over

2    here in the gray suit with a red tie.  He's an affiliate of

3    the Oath Keepers, not technically a dues-paying member of

4    the organization.  And he lived on a farm in Berryville,

5    Virginia, more than an hour outside of D.C.

6    You'll hear that he was in charge of coordinating

7    the teams with the firearms stationed in Arlington on the

8    other side of the Potomac River.  These teams were the

9    Quick Reaction Force, or QRF, as they called it.

10    Like Rhodes and Harrelson and Watkins, Caldwell's

11    also a veteran of the military, but of a different branch,

12    the Navy.  And based on that water experience, he planned to

13    use boats to get the guns across the Potomac River and into

14    D.C.  Due to his service in the Navy, others referred to him

15    as commander or C-A-G, CAG.

16    While each defendant on trial before you today was

17    a member or affiliate of the Oath Keepers organization, the

18    organization itself is not on trial.  Many members of the

19    organization throughout the country, even if very upset

20    about the results of the Presidential election, did nothing

21    wrong.

22    But you're going to hear the phrase "Oath Keepers,

23    Oath Keepers" again and again during this trial, because

24    these defendants refer to themselves as Oath Keepers.  And

25    they used their status in the organization to coordinate

1  with one another and to try to gain credibility, both within

2  their organization and with the outside world.

3         And these defendants used their training and

4  knowledge and experience they gained in the United States

5  Armed Forces to further their ability to succeed in plotting

6  to oppose by force the government of the United States.

7         The evidence in this trial will show that the

8  defendants entered into a conspiracy.  As Judge Mehta will

9  explain when he provides you with the formal legal

10  instructions at the end of the trial, a conspiracy is simply

11  an agreement by two or more people to join together to

12  accomplish some unlawful purpose.

13         You will use your common sense to know that the

14  evidence proves the existence of a conspiracy during this

15  trial.  When people agree to enter into a criminal

16  conspiracy, they don't usually put it in writing or even say

17  it out loud exactly what they're going to do.

18         Each person might enter into the conspiracy at a

19  different point along the way, and they don't usually spell

20  out each person's role in furthering the goals of the

21  conspiracy.  But the bottom line is that all of the

22  conspirators still reach a mutual understanding.

23         As I said, the evidence will show that the

24  defendants conspired with each other and with many people

25  who are not on trial before you today.

1   　　　　　The other members of the conspiracy, those who are

2   not defendants in the courtroom today, are called

3   conspirators.  And Ms. Rakoczy and Ms. Rohde are going to

4   pull up on the board here, a posterboard, that we're going

5   to refer to several times during this trial.

6   　　　　　You're going to hear evidence from and about many

7   of these conspirators.  There are simply too many names to

8   cover at this stage.  But notice the role that these five

9   defendants played in this conspiracy, leaders.

10   　　　　　During the trial when we show you evidence from or

11   about other conspirators, we'll try to use this chart to

12   highlight where those conspirators fit into the larger

13   scheme.  But your job is to evaluate the evidence as to

14   these five defendants.  As Judge Mehta will tell you at the

15   end of the trial, you can use evidence about what a

16   particular conspirator did or said to find these defendants

17   guilty.

18   　　　　　THE COURT:  Ms. Rakoczy, as you walk that back,

19   could you flip it so I can take a quick look at it?  Just

20   flip it so I can take a quick look at it.

21   　　　　　Okay.  Fine, thank you.

22   　　　　　MR. NESTLER:  I'll start by briefly explaining

23   these defendants' attack on the Capitol and providing an

24   overview of the conspiracy.

25   　　　　　On January 6th of 2021 at around 2:35 p.m., the

 1   crowd on the east side steps of the United States Capitol
 2   parted as a group of 14 people, dressed similarly in
 3   military style combat gear, moving similarly in military
 4   style formation with their hands on the person in front,
 5   marched up the stairs towards the doors of the Capitol.
 6   You'll hear how that formation is called a stack or a column
 7   formation.
 8            (Video played)
 9            MR. NESTLER:  Harrelson, Meggs and Watkins are in
10   red, and the rest of the conspirators are there in white.
11   As they approached, the crowd cheered for them, yelling,
12   "Oath Keepers, Oath Keepers."  They were the leaders.
13            As I said, by design, the Oath Keepers
14   organization is made up of mostly military and police,
15   former members of military and police.  They did not go to
16   the Capitol to defend or to help.  They went to attack.
17   They were at the Capitol to use their numbers and their
18   physical force to intimidate the elected representatives who
19   were working inside doing their constitutional duty.  This
20   is the patch that Defendant Kelly Meggs wore on his back.
21   "I don't believe in anything, I'm just here for the
22   violence."
23            And violence, ladies and gentlemen, is what they
24   used.
25            To take just a few examples, this is Defendant

1    Kelly Meggs ordering his troops to surge forward towards the

2    Capitol's doors.

3          Then conspirator William Isaacs, he's over here on

4    the chart, part of the Florida team under Kelly Meggs and

5    Kenneth Harrelson, at the doors of the Capitol.

6          (Video played)

7          MR. NESTLER:  He tried to push past two police

8    officers bravely trying to hold the conspirators at bay

9    outside of the doors.  Once inside the building, Defendant

10   Jessica Watkins, leading a group of conspirators, tried to

11   force their way past the line of riot police, protecting the

12   Senate Chamber itself.

13         (Video played)

14         MR. NESTLER:  "Push, push, push.  Get in there.

15   They can't hold us."

16         Shortly afterwards, conspirator Joshua James, over

17   here on the chart, the leader of the Southeast contingent,

18   here's a man so well trusted by Rhodes, that Rhodes called

19   him to be by Rhodes' side in Texas after January 6th.  James

20   not only pushed his way into the Rotunda but violently tried

21   to pull police officers out of it.

22         (Video played)

23         MR. NESTLER:  "Get out of my Capitol."

24         Ladies and gentlemen, one of the things

25   conspirators do when forming their agreement is to

1   communicate with one another.  Now, to plan an attack of

2   this magnitude, of course, the defendants communicated

3   broadly and publicly, as well as in secret.

4          The defendants in some ways planned their

5   conspiracy in plain sight.  They used the Oath Keepers'

6   website to send public messages, including two open letters

7   that Stewart Rhodes wrote to President Trump.  Rhodes gave

8   speeches and interviews, alive and on podcasts and TV shows,

9   to rally his supporters.

10          Some of the defendants, like Meggs and Watkins and

11  Caldwell, use social media like Facebook and Parler to

12  recruit and get their messages out.

13          Many of the conspirators also communicated with

14  one another on certain sites that required password access

15  or special invitations or links to log-in, like Zello, a

16  walkie-talkie app, or GoToMeeting, a conference calling app,

17  or rocket.chat, the members-only messaging board on the

18  Oath Keepers website.

19          For especially secure communications, the

20  defendants used platforms with strong end-to-end encryption.

21  That means that messages exist only on the users' phone,

22  they don't exist in the cloud or on a server somewhere.  And

23  these apps include ProtonMail and Signal.  ProtonMail for

24  emails, and Signal for group messaging and direct messaging.

25  In fact, most of the messages you're going to hear about and

1    see during this trial come from Signal messages.

2         Of course, the conspirators sometimes spoke on the

3    phone, including making phone calls through that Signal app,

4    which are not tracked or logged by their phone carriers like

5    Verizon or T-Mobile.

6         And, finally, for certain communications that

7    needed to be especially secure, the conspirators met live or

8    in their lingo, F2F, face to face.  You'll hear about

9    several of those meetings that took place in November and

10   December and into January.

11        Now, I will discuss Congress and its work, the

12   2020 Presidential election in November, and Rhodes' call to

13   his followers to take action following the election.

14        As residents from all over the district, you may

15   have seen the Capitol building way off in the distance with

16   the Statue of Freedom perched atop its dome almost 300 feet

17   in the air, or perhaps you live or work close by or even

18   just saw it as you came into the courthouse this morning.

19        Many people don't know or don't think about the

20   work of our government that actually takes place inside of

21   that building.

22        During this trial, you will learn more about our

23   national legislature, Congress.

24        Congress has two parts, the House of

25   Representatives and the Senate.  Back on January 6th of last

1  year, the person in charge of the House of Representatives

2  was Speaker of the House Nancy Pelosi.  The person formerly

3  in charge of the Senate was the Vice President of the

4  United States, Mike Pence.

5          The United States Constitution, the document that

6  controls our entire government, requires the House of

7  Representatives and the Senate to meet together as a single

8  group once every four years for the sole purpose of

9  reviewing and counting the ballots that formally declare the

10  winner of the Presidential election, the person who will be

11  sworn in on Election Day.

12          And building off of the Constitution a federal law

13  specifies exactly when and how that session works.  It must

14  occur on January 6th.  It must start at 1:00 p.m.  It must

15  take place in the House of Representatives' Chamber within

16  the Capitol Building.  The Vice President of the

17  United States must be the person to preside over the

18  session.  And under that law, Congress's session cannot end

19  until Congress counts all the battle and formally declares

20  the winner.

21          And finally, the Constitution says that the winner

22  of the election, the person who will be sworn in as

23  President of the United States on Inauguration Day, January

24  20th, two weeks later, is the person that Congress says, at

25  the end of its session, is the winner.

1094

1     That is a weird quirk that many people do not

2  realize.  The winner of the Presidential election is not the

3  person the TV stations announce on election night or the

4  person the newspapers write the headlines about the next day

5  or even the person who's just called the President-Elect and

6  has all sort of office and staff.  Under the Constitution,

7  it is not official until Congress says so.  And Congress has

8  to say so on January 6th in the Capitol Building.  The

9  Constitution and federal law require it.

10     Now, during the trial, we'll often use a calendar

11  to help you keep track of important days.  Mr. Manzo is

12  going to hold up the calendar now just to give you a sense

13  of what it looks like.  It's a calendar.

14     Now, the 2020 Presidential election took place on

15  Tuesday, November 3rd of 2020.  And by Saturday, November

16  7th of 2020, most major news outlets were declaring or

17  projecting that Joe Biden would be the winner of the

18  election.  That meant, of course, that Donald Trump had lost

19  the election or was projected to lose the election.

20     Stewart Rhodes kicks into gear.  He would do

21  whatever was necessary to make sure that power did not

22  transfer.

23     On November 5th, Rhodes wrote to the regional

24  leaders of the Oath Keepers, including Kelly Meggs, "We must

25  refuse to accept Biden as a legitimate winner.  We aren't

1  getting through this without a Civil War.  Too late for

2  that.  Prepare your mind, body, spirit."

3          Two days later, he provided the group with a

4  step-by-step plan for how the people of Serbia overtook

5  their government following an election many people in that

6  country believed was stolen.

7          These steps included, and he laid out what he

8  called a step-by-step procedure, swarming the streets,

9  gathering millions in the capitol, encouraging military and

10  police to align with the people in the streets, and

11  storming -- the word he used, quoting the original -- the

12  Parliament.

13          The parallel to what these defendants actually

14  tried to accomplish is staggering, right down to their

15  storming of the American version of Parliament:  Congress.

16          A few days later, Rhodes even posted this

17  step-by-step plan on the Oath Keepers website, and what he

18  termed a, quote, call to action, to his followers.

19          On November 9th, Rhodes delivered instructions to

20  his followers.  They would have to take up arms and fight to

21  prevent the transfer of Presidential power.

22          I told you that Rhodes, with his Yale law degree,

23  was careful with his own words, and he told the conspirators

24  they needed to be careful with their words, too.

25          Rather than say out loud their plan, which was to

1    use any means necessary, including force, to stop the

2    transfer of power, they used a code, or shorthand, the

3    Insurrection Act.

4            According to Rhodes, saying those magic words,

5    "The Insurrection Act," would give him and his

6    co-conspirators plausible deniability.

7            In Rhodes' own words, as secretly recorded by one

8    of his increasingly alarmed followers on a GoToMeeting

9    conference call on November 9th of 2020, Rhodes said that

10   using those words to discuss their plan would give them

11   "legal cover."

12           (Audio played)

13           MR. NESTLER:  That was the groups' official

14   position, according to Rhodes.  That their QRFs, their

15   armed, quick reaction force, guarding the arsenal of all the

16   guns for the rest of the conspirators, would have legal

17   cover if they were mentioned as part of the Insurrection

18   Act.

19           You see following a 2020 Presidential election

20   Stewart Rhodes publicly asked Donald Trump on multiple

21   occasions to invoke the Insurrection Act, to help

22   President Trump stay in power after his term of office

23   ended.  President Trump never did.  It never happened.

24           You'll know that about the phrase "Insurrection

25   Act" was just legal cover for a plan to use force, because

1  Rhodes said the real plan on that secretly recorded

2  GoToMeeting call.  Fight against the government no matter

3  what.

4          (Audio played)

5          MR. NESTLER:  And the defendants did just that on

6  January 6th, even though President Trump never invoked the

7  Insurrection Act, these defendants did use force to drive

8  the members of Congress out of the Capitol, occupy the

9  building and stop for a time Congress's joint session that

10  is a critical part of the transfer of power process.

11          Now, listening to Rhodes' instructions on that

12  November 9th GoToMeeting conference call were defendants

13  Meggs, Harrelson, and Watkins, and they immediately heeded

14  his message to recruit others and to prepare to fight, to

15  use force no matter what.

16          That very same day, Kelly Meggs transmitted

17  Rhodes' message to the Florida chapter of the Oath Keepers.

18  "Anybody not in the call tonight.  We have been issued a

19  call to action for D.C.  This is the moment we signed up

20  for."

21          For her part, Jessica Watkins wrote messages to

22  her Ohio militia group.  She invited her recruits to what

23  she called a basic training class, and explained, "I need

24  you fighting fit by inauguration."

25          You'll note, ladies and gentlemen, that the

1  messages we're going to show you today and during the trial
2  have not been altered from the original so you might see
3  some typos or grammar issues, like the spelling here of the
4  word "inauguration."

5          A few days later, the weekend of November 14th of
6  2020, a group that included Rhodes and Watkins met with
7  Caldwell at Caldwell's home in Berryville, Virginia.  The
8  group prepared a Quick Reaction Force, the QRF, an arsenal
9  of firearms at the ready.  And they all drove into D.C. that
10 weekend.

11         You'll hear how Rhodes and Meggs and Watkins were
12 together in D.C. prepared to activate their plan to use
13 force to stop the lawful transfer of Presidential power.
14 The opportunity didn't present itself.  But the conspirators
15 learned valuable lessons and formed bonds with each other,
16 shaping their plans moving forward into December and
17 January.

18         Now, in December of 2020, Rhodes and his
19 followers, including these defendants, grew more desperate
20 to take action to prevent the transfer of Presidential
21 power.

22         Going into December, Rhodes' rhetoric turned
23 increasingly violent and desperate.  He told his followers
24 that if President Trump did not act to stay in power, it
25 would be up to them to do so.

1          Rhodes delivered a fiery speech at a rally in D.C.

2    on December 12th of 2020.

3          (Video played)

4          MR. NESTLER:  Rhodes published these two open

5    letters to President Trump, imploring President Trump to

6    act.  During an interview, Rhodes called Senators

7    "traitors."  He said that his group would have to

8    "overthrow, abort, or abolish Congress."  And he pointed out

9    that January 6th is, quote, in his words, "a hard

10   constitutional deadline."

11         But President Trump did not act as Rhodes wanted.

12   And, again, the opportunity for Rhodes and his

13   co-conspirators to activate their troops, to activate their

14   weapons, to stop the transfer of the power of the presidency

15   did not present itself.

16         Like Rhodes, Kelly Meggs told his own followers in

17   Florida that the time for talk was over.  They needed to

18   take action.

19         Indeed in December of 2020, Meggs, who had been

20   functioning as a de facto leader of the Florida chapter,

21   formally took over.  And you'll hear during the trial how

22   the prior leader was all talk.  Not Meggs.  He was a man of

23   action.  He wrote on the Signal message board to his

24   followers in Florida on December 22nd:  "It's easy to chat

25   here.  The real question is who's willing to die."  The time

1    for talk was over.

2          Now, the evidence will show that these defendants

3    knew that January 6th was important under the law.  They

4    knew that if they didn't stop Congress on January 6th, it

5    would be much harder, if not impossible, to prevent the

6    transfer of power on January 20th.  That's why the

7    defendants made their stand January 6th.

8          Like many agreements, the conspiracy started out

9    with a broadly defined goal:  Stop the transfer of

10   Presidential power and, if necessary, use force.

11         With time, as their options dwindled and it became

12   more and more likely that Presidential power would be

13   transferred on January 20th, these defendants became more

14   and more desperate and more and more focused on that date

15   that Rhodes referred to as the hard, constitutional

16   deadline, January 6th.

17         Meggs wrote to his group on December 23rd:

18   "We need to surround the Capitol all the way around with

19   Patriots screaming so they hear us inside.  Scare the hell

20   out of them with about a million surrounding them should do

21   the trick."

22         He even told his group that an Oath Keepers flag

23   would be flying in front of the Capitol on January 6th.  The

24   obvious implication, ladies and gentlemen, the Oath Keepers

25   would be taking the Capitol.

1       On Christmas Day, Kelly Meggs wrote to the group:

2   "We need to make those Senators very uncomfortable."

3       Now, Rhodes was a member of dozens of Signal chats

4   and often cycled among them, popping into any given chat for

5   an hour or two.  He followed up Meggs' Christmas message

6   with his own, telling others:  "I think Congress will screw

7   him over.  The only chance we or he has is if we share the

8   shit out of them and convince them it will be torches and

9   pitchforks time if they don't do the right thing.  But

10  I don't think they will listen.  And he needs to know that

11  if he fails to act, then we will.  He needs to understand

12  that we" -- meaning him and his group -- "will have no

13  choice."

14      Thomas Caldwell similarly explained that he was

15  planning to start a Civil War on January 6th if Congress

16  tried to go forward with its certification of the vote.

17  After an associate wrote to him that if President Trump did

18  not win on January 6th, he would personally start a

19  Civil War, Caldwell responded, he would start the night of

20  the 6th if necessary.  The meaning, ladies and gentlemen, if

21  Congress did not act, Caldwell would, and violently.

22      Now, before getting into the specifics of how each

23  defendant and their respective groups planned to be in D.C.

24  here on January 6th, you should know something.  There is

25  evidence that you will hear that they had more than one

1    reason to be here in D.C. on January 6th in addition to

2    attacking Congress.  And that's true.

3              They talked about attending President Trump's

4    rally at the Ellipse on morning of January 6th.  Okay.  So

5    did thousands of other people.

6              They talked about providing security for VIPs that

7    day.  Okay.  Well, that's a little suspect because they

8    weren't licensed, insured, trained, or even paid for their

9    alleged security work, but even being bad security guards

10   isn't itself illegal.

11             But the defendants also agreed to do whatever was

12   necessary, including using force, to make sure that

13   Presidential power was not transferred.  That is why the

14   evidence will show they're guilty.

15             Humans are, of course, complicated.  They often do

16   things for more than one reason.  Let's say someone skipped

17   work to go a Nationals game with their kid.  They did that

18   because they needed a break from their colleagues; they

19   already worked a lot this week; they wanted to spend time

20   with their kid; and they wanted to see the Nats make a run

21   at the pennant, but not this year.  All of those reasons can

22   be true at once.

23             As Judge Mehta will tell you at the end of trial,

24   a defendant's unlawful intent is not excused because he

25   simultaneously has another purpose for his conduct.  If one

1  of those motives is illegal, his conduct is still against

2  the law.

3          You will also hear, incidentally, that the

4  conspirators' role in providing security put them front and

5  center at these type of events, in prime position to act

6  upon the goals of their conspiracy.

7          As you will see from the evidence of these

8  defendants' planning and coordination in the lead-up to

9  January 6th, they were preparing for this unlawful goal.

10          During this portion of the trial, you will hear

11  evidence of the extensive efforts these defendants and other

12  conspirators undertook, including training; recruiting;

13  gearing up, including with firearms, body armor, helmets,

14  tactical gear; making travel plans, booking hotels; and

15  coordinating within each team and then with the other

16  geographic teams and nationally.

17          We'll start with the Ohio and North Carolina

18  groups.  Watkins led the Ohio group, specifically, three

19  other Ohioans, whom she brought to D.C. and managed,

20  including leading two of them into the Capitol Building

21  itself.

22          Caldwell, meanwhile, coordinated with both Watkins

23  and with the North Carolina group of the

24  Quick Reaction Force, including the person down here,

25  Paul Stamey, a leader of the North Carolina group.

1    For instance, on December 30th of 2020, Caldwell

2    spoke with Stamey and then relayed that message that Stamey

3    had told Caldwell back to Watkins.

4    "North Carolina would be bringing 40 people on a

5    bus to D.C.," and Stamey, "committed to being the

6    Quick Reaction Force and bringing the tools."

7    Now, you'll hear, of course, that tools likely

8    meant the high-powered weapons.  And, memorably, Caldwell

9    told Watkins that Stamey would "schlep weaps for the group,"

10    meaning bring the weapons.

11    As I mentioned earlier, the southeast contingent

12    from Georgia and Alabama planned with each other and with

13    other groups.  For instance, Joshua James, the leader of

14    this contingent, asked the national leaders on December 31st

15    for a farm location for the weapons.

16    Then, as in a military-like hierarchal

17    organization, James passed the message to one of his

18    subordinates.  He wrote, "We're working on a farm location.

19    Some are bringing long rifles, some sidearms.  I'm bringing

20    a sidearm."

21    Let me move to the Florida group.  From Florida,

22    Meggs and Harrelson and others in their group conducted

23    training on firearms.

24    Meggs, even boasted about the training in a

25    message he sent to other leaders on the morning of

1    January 5th when he was on his way to D.C.  He told them,

2    "We are ready.  Should be in D.C. by noon."

3           Note the use of the word "we," referring to Meggs

4    and the rest of the group.

5           Accompanying this very message, Meggs sent a link

6    to a video.  Video was set to rock music.  And it featured

7    Meggs, Harrelson, and others firing AR-15-style rifles at

8    human-shaped targets at a range, which they filmed during

9    their training on firearms.

10          (Video played)

11          MR. NESTLER:  The video also featured

12   Joseph Hackett and Kelly Meggs' wife, Connnie Meggs, two

13   additional members of the conspiracy who forcibly breached

14   the Capitol with them on January 6th.

15          When you see this full video during the trial --

16   this is just a snippet of it -- you'll see other

17   conspirators in there as well, including defendant

18   Jessica Watkins.

19          Now, in late November, the Florida chapter,

20   including Kelly Meggs, also received a training on

21   unconventional warfare.  It was delivered by a

22   co-conspirator in the Florida group named Jeremy Brown, who,

23   for January 6th, caravans to D.C. in a recreational vehicle,

24   or RV, alongside Meggs and Harrelson in their own trucks and

25   vans.

1    You'll hear evidence that Meggs told other

2    individuals that Brown had explosives in his RV.  And, sure

3    enough, the FBI later recovered grenades from Jeremy Brown's

4    RV.

5        Kenneth Harrelson, for his part, took on more of a

6    leadership role coming into December of 2020.  For the month

7    between November 3rd, Election Day, and December 1st, he was

8    an attendee in ten different GoToMeeting conference calls

9    focused on Oath Keepers.

10        But for the months starting in December, he became

11   an organizer of 11 different meetings with names like

12   D.C. planning call, Florida D.C. op planning chat,

13   D.C. discussion, and Warrior Wednesdays with Gator 6.  And

14   recall that Gator 6 was his Oath Keepers name.

15        Finally, in the lead-up to January 6th,

16   Kelly Meggs told Stewart Rhodes and others that Harrelson

17   would serve as "the ground team leader for the group in

18   D.C."

19        Now, apart from each geographic group, you'll also

20   hear evidence of how the group's groups planned together,

21   and especially with Caldwell, for staging that

22   Quick Reaction Force, or QRF.

23        It was staged at the Comfort Inn hotel located in

24   Arlington, Virginia, just across the Potomac River.

25        Caldwell specifically chose this site because of

1  its proximity to Route 66 and easy access into D.C.

2           You'll see message after message from Caldwell

3  about organizing the QRF at the hotel and figuring out ways

4  to get that arsenal of firearms across the river from

5  Virginia into D.C.

6           You'll see maps, routes, discussions, including

7  about using a boat, to go across the river.

8           For his part, Kelly Meggs told others that he

9  would have a "heavy QRF 10 minutes out."

10           Meggs even sent the other conspirators a map of

11  what he called the QRF rally points in D.C. to account for

12  entry into the city for both driving and boating.  "1 if by

13  land," he wrote, "2 if by sea."

14           You will see evidence, including surveillance

15  video from the Comfort Inn, showing conspirator after

16  conspirator depositing and retrieving cases and bags to hold

17  semiautomatic rifles, other firearms, and ammunition.

18           You'll see Kelly Meggs, Kenneth Harrelson,

19  Jessica Watkins, Thomas Caldwell, and then other

20  conspirators, including Jeremy Brown from Florida, the man

21  with the grenades I just mentioned; conspirators from

22  North Carolina, including Paul Stamey, the guy who said he

23  would be schlepping the weaps; and then conspirators from

24  Arizona, including Ed Vallejo.  I'll discuss more about

25  Mr. Vallejo in a minute.

1    You will hear evidence that these defendants
2    staged their weapons of war in Virginia, where the firearms
3    laws are different than they're here in D.C.  But rather
4    than showing that these defendants were law abiding, it
5    shows they were calculating.  They needed access to their
6    manpower and their firepower.  If they were stopped by the
7    police in D.C., they would lose both.  Because as Rhodes put
8    it, they would be arrested and have their guns confiscated.
9    In Rhodes' own words at that point, they wouldn't
10   be any good to the cause because then they would be, quote,
11   "rotting in jail."
12   They did discuss bringing weapons, though.  Rhodes
13   and others advised conspirators about blade length laws for
14   knives in D.C.  Watkins was armed with a chemical irritant
15   spray when she entered the Capitol Building.
16   And Meggs advised others that he would bring "an
17   OK flag on a nice thick piece of wood."
18   Rhodes, for his part, spent a significant amount
19   of money to amass his own arsenal.  In the weeks after
20   December 30th of 2020, he spent tens of thousands of dollars
21   on firearms equipment and tactical gear.  And of course,
22   every one of these defendants drove rather than flew to the
23   D.C. area so they could bring their weapons of war with
24   them.
25   As the sun set on D.C. on the night of January 5th

1  of 2021, the conspirators were in and around the city with

2  ready access to their firepower.

3         Let's turn to these defendants' efforts on

4  January 6th to attack the Capitol and stop Congress's work.

5         On January 6th, Rhodes and Meggs and Harrelson and

6  Watkins and Caldwell saw that time was slipping away.  Vice

7  President Pence announced that he would not stop the

8  certification.  President Trump did not invoke the

9  Insurrection Act.  These defendants needed to take matters

10  into their own hands.  They needed to activate the plan they

11  had agreed on.  Do whatever was necessary, including using

12  force, to stop the transfer of power.

13         Let's start around 1:00 p.m.  This is a layout of

14  D.C. showing where most of the group started.  At the

15  Ellipse behind the White House.

16         At 1:25 p.m., Rhodes sent a message on Signal to

17  the group:  "Pence is doing nothing.  As I predicted."

18         He was calling his followers to the Capitol and

19  telling them that the vice president is not doing what he

20  wanted and so they have to take matters into their own

21  hands.

22         Just after Rhodes sent that message, Watkins

23  yelled to her group, "Move."  And you'll hear that and see

24  that on the video.  And then the conspirators started moving

25  out towards the Capitol.

1       Rhodes continued to urge the group to go to the
2   Capitol to take action.  He told them, "All I see Trump
3   doing is complaining.  I see no intent by him to do
4   anything.  So the patriots are taking matters into their own
5   hands."  That's what Rhodes told the followers that they
6   were.  Patriots.

7       Recall, ladies and gentlemen, that Rhodes' talk
8   about the Insurrection Act was legal cover.  He would
9   instruct his troops to do whatever was necessary to prevent
10  the transfer of power regardless of whether President Trump
11  took any action.

12      Rhodes told his troops they would take their place
13  in history.  "The founding generation stormed the governor's
14  mansion.  That's where we are now."

15      When another user asked if the people storming the
16  Capitol -- their words, storming the Capitol -- were pissed
17  off patriots -- patriots or just instigators in disguise,
18  Rhodes assured him in response that they were quote, "Actual
19  patriots.  Pissed off patriots."

20      Now, during this time Jessica Watkins was using
21  Zello on her phone.  I mentioned earlier Zello is a
22  walkie-talkie app, and you're going to hear more about Zello
23  during this trial.  A reporter actually got access to this
24  Zello channel, it was called "Stop the Steal, J6" and the
25  reporter recorded it.  You're going to hear clips of that

1  recording during the trial.  As other people passed Watkins'

2  information about other rioters' movements and about the

3  police's response and Congress's response, and then she

4  passed information back about her group and her group's

5  plan.

6         (Audio played)

7         MR. NESTLER:  "Sticking together and sticking to

8  the plan."

9         (Audio played)

10        MR. NESTLER:  She was going to be a little busy.

11        Of course she was going to be a little busy,

12  storming the Capitol and stopping Congress from certifying

13  the election.

14        A few minutes later, Caldwell himself arrived at

15  the Capitol grounds.  He sent a text to Watkins, "Where are

16  you?  Pence has punked out.  We are screwed."

17        Watkins and her group continued to march to the

18  Capitol.  Meanwhile, Ed Vallejo, that Oath Keeper from

19  Arizona who was also a member of the conspiracy, was back at

20  the QRF hotel in Arlington, monitoring the situation.  He

21  was awaiting word from Rhodes or Meggs to bring that arsenal

22  of firearms into D.C.

23        On a Signal message to the group, he reminded them

24  that he was "back at the hotel and outfitted," with two

25  trucks available and, of course, that arsenal of weapons.

1    Vallejo, by the way, on a podcast on the morning

2    of January 6th, while sitting in that very same hotel in

3    Arlington, guarding that arsenal of firearms, had explained

4    the groups' intentions.  "The American people," he said,

5    "are going to be told today that we have liberty and justice

6    for all or they're going to be told 'fuck you,' okay.  And

7    if they're told fuck you, that's going to be the declaration

8    of a guerilla war."

9    If President Trump did not do -- and Vice

10   President Pence and Congress did not do what this group

11   wanted, somehow prevent Congress's certification of the

12   vote, then these conspirators would take that as a

13   declaration of guerilla war.  And what does that mean?  That

14   means they would use force, including that arsenal of

15   weapons, to accomplish their goal.

16   Now, Vallejo had reminded Rhodes and the rest of

17   the group that he was ready at 2:24 p.m., but he didn't get

18   an immediate response.  Here 14 minutes later, he wrote

19   again, "QRF standing by at the hotel.  Just say the word."

20   Now, by this time, ladies and gentlemen,

21   Stewart Rhodes himself was on the Capitol Grounds,

22   coordinating by phone, voice calls, text messages, Signal

23   messages with various members of the group and various

24   conspirators.

25   There's Rhodes with his distinctive cowboy hat

1    using his phone.

2            Rhodes told the others where he was located,

3    sending a photo from the west side of the building.  And

4    just before 2:30 p.m., Watkins and Meggs and the rest of

5    their group entered the restricted area of the Capitol

6    Grounds on their way to actually breaching the building.

7            There's Watkins on the bottom left with other

8    co-conspirators.

9            And there's Kelly Meggs in the middle with the

10   rest of that group.

11           Then Rhodes and Meggs had a phone call for about a

12   minute and a half.  It's a phone call rather than a message

13   so you won't have the actual text or the audio what was

14   said.  And you should know it's actually a three-way call,

15   because Michael Greene, the conspirator that Rhodes

16   personally appointed the operations leader in D.C., he's

17   over here, nickname Whip, was talking to Stewart Rhodes

18   before and after they conferenced Meggs in on that three-way

19   call.

20           Within two minutes of Meggs ending that call,

21   Meggs broke from the huddle he was having with his

22   contingent of conspirators from Florida and Ohio.  He then

23   led the conspirators in that stack formation up the stairs

24   of the Capitol Building and then forcibly inside the

25   building itself.

1          At 2:40 p.m., the members of that stack, including

2   Meggs and Harrelson and Watkins, pushed their way past the

3   Capitol Police officers through the blaring alarms and into

4   the halls of the Capitol Building.

5          Now, over the prior half hour or so within the

6   building, the United States Secret Service had been

7   evacuating Vice President Pence, the Capitol Police were

8   still in the process of trying to evacuate the Senators and

9   Representatives and their staff members and their families

10  and the other public servants whose job it was to be inside

11  the building that day.

12         You will hear from people who were there, who will

13  tell you what it felt like when they heard the heavy

14  metallic locks of the Chambers' doors engage when police

15  officers with rifles had to escort them to safety in their

16  own place of work.

17         This diagram will help orient you to the layout of

18  this massive building, the Capitol Building.  The Senate is

19  there on the top side, which is the north side.  And the

20  House of Representatives is on the bottom or the south side.

21  The Rotunda is the large circle in the middle.  These

22  defendants entered from the east side up those stairs just

23  east of the Rotunda.

24         The Rotunda is the exact same place where, just an

25  hour earlier before these defendants forced their way into

1   the building, where the Senate clerks were carrying the

2   formal Electoral College ballots.  That's what's inside

3   those leather-bound boxes.  From the Senate Chamber to the

4   House Chamber, north to south, to begin the solemn joint

5   session of Congress required by the Constitution.

6           Now, there were 14 conspirators in this stack that

7   forced their way into the building around 2:40 p.m.  That

8   included Meggs and Harrelson and Watkins.  And after they

9   forced their way into the Rotunda, they split into two,

10  7 and 7.  Watkins led a group of seven members north towards

11  the Senate, while Meggs and Harrelson led a group of seven

12  south towards the House of Representatives.  During the

13  trial, we'll try to address each of those subgroups

14  separately to help keep track of everything that's going on.

15          We'll start with the group headed towards the

16  Senate led by Jessica Watkins.  She was still communicating

17  on Zello, that walkie-talkie app she had on her phone.

18          (Audio played)

19          MR. NESTLER:  That was Watkins' Ohio

20  co-conspirator Donovan Crowl, who stated on that video that

21  he took that, "We" -- notice the we -- "took over the

22  Capitol."

23          And then on the Zello recording, that was user

24  Freedom Dozer, the leader of the Illinois chapter of the

25  Oath Keepers, who was giving Watkins reconnaissance and

1  advice from afar, telling Watkins to continue, that she was

2  doing "everything we trained for."

3          Now, seven of the conspirators, including Watkins,

4  tried to push their way down a hallway towards the Senate

5  Chamber.  There, a line of riot police from the Metropolitan

6  Police Department bravely kept the horde at bay, protecting

7  the Senate Chamber that was just a few feet behind them.

8  The door to the Senate Chamber is in the yellow frame in the

9  background behind those police officers.

10          Simply entering the building was not enough for

11  these defendants.  Congress had merely paused its work.

12  Watkins and her group needed to do more, they needed to

13  actually get to the Senators.

14          Watkins, with her group behind her, stormed down

15  that hallway.  She had the power of the mob with her.  She

16  yelled, "Push, push, push.  Get in there, they can't hold

17  us."

18          And everyone around her pushed and pushed.  And it

19  was a clash between an invading Army and the police officers

20  trying to serve and protect that sacred chamber.

21          You'll hear how the air was heavy with pepper

22  spray and smoke.  You'll hear how the people around Watkins

23  were compressed like a trash compacter, as Watkins tried to

24  force forward and forward and force the police backwards.

25          Meanwhile, ladies and gentlemen, the other group

1  of seven conspirators who entered the Rotunda went south

2  towards the House of Representatives.  This group included

3  Kelly Meggs and Kenneth Harrelson.

4          That's Kenneth Harrelson there on the right next

5  to conspirator Jason Dolan.  They're both screaming,

6  "Treason" as they storm their way into the Rotunda.

7          (Audio plays)

8          MR. NESTLER:  "Treason, treason, treason."  Those

9  chants were directed at members of Congress, the people that

10 were inside the building, doing their work, their

11 constitutional duty.

12         These conspirators stationed themselves just south

13 of the Rotunda, outside of a suite of offices belonging to

14 Speaker of the House, Nancy Pelosi.

15         You'll hear during the trial that Kelly Meggs had

16 a keen interest in Speaker Pelosi.

17         On election night back on November 3rd of 2020, he

18 told his wife and co-conspirator, Connie Meggs, that if he

19 went on a killing spree about the election results, Pelosi

20 would be first.

21         And then on the evening of January 6th, after

22 Meggs told an associate that "We busted in," notice the word

23 again, we, meaning him and his group, the associate said he

24 was hoping to see "Nancy's head rolling down the front

25 steps."

1    And what did Kelly Meggs confirm in response?

2    "We looked for her."

3    Now, outside of Speaker Pelosi's suite of offices,

4    Meggs and Harrelson and their group encountered a Capitol

5    police officer named Harry Dunn.  You will hear evidence

6    during the trial that this group's presence was decidedly

7    not helpful to Officer Dunn.

8    There were a lot of them.  They were dressed in

9    combat gear.  They appeared to be coordinated.  Officer Dunn

10   was alone, holding a rifle, exhausted from all he had

11   already been through that day, and he had to immediately

12   size this group up, including Kelly Meggs at 6-foot-4.

13   Now, Kelly Meggs was not in the Capitol to help

14   the Capitol police officers, and Kenneth Harrelson was not

15   there to help police officers.  And any evidence you hear or

16   see to suggest that is simply an after-the-fact

17   justification, a way for these defendants, people who held

18   themselves out as pro law and order, pro military, pro

19   police, to craft a story that they were on the side of

20   righteousness that day.  They were not.

21   While he was in the building, Harrelson even felt

22   with his hands the body armor of a Capitol police officer

23   and then told other members of the group he was testing the

24   armor to know if it could stop bullets from a rifle.

25   In short, Meggs and Harrelson and the conspirators

1    forced their way into the Capitol to disrupt Congress's

2    session, not to help anybody but themselves.

3            Now, the members of the Southeast contingent from

4    Georgia and Alabama also headed Rhodes' call to race to the

5    Capitol to help.  And you will see the southeast contingent

6    over here led by Joshua James who goes by Hydro, and other

7    members of this group.  Here's Robert -- Roberto Minuta just

8    under Joshua James.

9            Minuta, as he sped to the Capitol in response to

10   Rhodes' request, broadcast his message out.  He said, "Head

11   into the Capitol.  Patriots storm the Capitol Building.

12   There's violence against patriots by the D.C. police."

13           Again, these defendants' narrative, these

14   conspirators' narrative was that they were patriots.

15           They were not.

16           The Southeast contingent ran from the west side of

17   the building to the east side of the building using that

18   same military-style formation with their hands on each

19   other's shoulders.

20           One member of the group even had at his side a

21   German Shepherd named Warrior.

22           This team eventually breached the Capitol on the

23   east side through those exact same doors that the other

24   conspirators had used about a half hour earlier.

25           And that's where you'll see Joshua James, the

1  leader of the Southeast contingent, screaming at the police

2  officers in the Rotunda, "Get out of my Capitol," while he

3  forcibly tried to pull them out of the building.

4          Meanwhile, Rhodes was outside of the building.  As

5  I said earlier, he was like a general, surveying his troops

6  on a battlefield, talking, watching, coordinating.  Rhodes'

7  own words were captured on a video on the west side of the

8  building at the exact same time that his conspirators,

9  fellow conspirators, Meggs, Harrelson, Watkins, and others,

10 were forcing their way into the building.

11         (Video played).

12         MR. NESTLER:  He said, "Members of Congress need

13 to be shitting their pants," because of him and his group.

14         And in the end, it was, "Sic semper tyrannis."

15 That's Latin for "Thus always to tyrants.  It's what

16 Johns Wilkes Booth yelled as he assassinated

17 President Abraham Lincoln.

18         And you'll see evidence that Rhodes was on the

19 phone all the while sending messages to the other

20 conspirators, applauding the unfathomed attack on the

21 Capitol.

22         Caldwell for his part was on the west side of the

23 Capitol.  He climbed up to an area called the lower west

24 terrace on the stage that had been built for the

25 inauguration that was supposed to happen in just two weeks.

1    And Caldwell made comments captured on video about Speaker

2    of the House Nancy Pelosi, the same person that Kelly Meggs

3    said, "We" -- notice the "we" -- "had looked for."  This is

4    Thomas Caldwell.

5            (Video played)

6            MR. NESTLER:  That's Caldwell, yelling at members

7    of Congress inside the building doing their jobs, their

8    constitutional duty, were traitors.

9            Now, having successfully interrupted the

10   certification of the Electoral College vote, many of the

11   conspirators, including Meggs and Harrelson and Watkins,

12   left the building and immediately began discussing next

13   steps with Rhodes.

14           They gather around Rhodes on the grounds of the

15   Capitol, still within the secured, restricted area of the

16   building, awaiting Rhodes' directions.

17           Finally, let's turn to the defendants' actions

18   after they stopped Congress's session.

19           Immediately after they attacked the Capitol and

20   sent members of Congress fleeing from their chambers, the

21   defendants were united.  They were boastful.  They were

22   proud.

23           They were prepared to continue their efforts, even

24   escalating their use of force, to accomplish their goal of

25   preventing the transfer of power that was set to occur in

1    just two weeks.  On the afternoon and evening of

2    January 6th, see what they said to each other.

3              Rhodes wrote that patriots had "sent a message,

4    and you ain't seen nothing yet."

5              Meggs wrote to the group:  "We aren't quitting.

6    We are reloading."

7              When an associate asked what they would do if

8    Congress resumed its joint session later that night --

9    recall, ladies and gentlemen, Congress was required to meet

10   to vote and certify the election.

11             Meggs responded that his group would go back.

12             Ed Vallejo, that Arizona member of the conspiracy

13   guarding some of the guns at the QRF hotel in Arlington and

14   who was now with the other conspirators back at the hotel,

15   wrote to the leadership group of the Oath Keepers:  "We have

16   only begun to fight."

17             And sure enough, earlier the next morning,

18   5:46 a.m., he informed that same group that he was "headed

19   back into D.C. to probe their defense line."

20             Harrelson, for his part, had taken a video of

21   himself and Meggs and Watkins and the rest of the

22   conspirators breaching the east side doors at 2:40 p.m.

23   This is just a clip.  You're going to see the whole thing

24   here during the trial.

25             (Video played)

1    MR. NESTLER:  That's Harrelson recording himself
2    and his group.  He sent that video to Kelly Meggs later that
3    night.
4         Meggs sent that video out to the group, apparently
5    as proof of what they had accomplished.  And Meggs added a
6    descriptive and colorful and boastful caption to accompany
7    the video link he sent out.  "Florida okay takes the
8    Capitol."
9         And that's what they did.  This group took the
10   Capitol.
11        Watkins, for her part, was also boastful about
12   what we, her words, her group had accomplished.  She said,
13   "We were in the thick of it.  Stormed the Capitol.  Forced
14   our way into the Senate and House, got teargassed, and
15   muscled the cops back like Spartans."
16        To her followers on Parler, that social messaging
17   site that you're going to hear about during the trial, she
18   wrote, "When vice President Pence 'turned on America,'
19   that's when we patriots took the Capitol."
20        Caldwell, for his part, similarly admitted his own
21   actions and those of the group.  He wrote to another man on
22   the night of January 6th that he "rolled with the
23   Oath Keepers."
24        And Caldwell said that when he heard that
25   "Vice President Pence fucked us," his words, he said, "Let's

1124

1   take the damned Capitol."

2         And after describing how he was part of the mob

3   surging forward, climbing the scaffolding, Caldwell boasted,

4   "I said, 'Let's storm the place and hang the traitors."

5   Traitors, of course, Caldwell's words, for members of

6   Congress.

7         Caldwell followed up by explaining the night of

8   January 6th that if they'd had their arsenal of guns with

9   them at the building, they would have killed 100

10  politicians.  But he complained that the members of Congress

11  escaped.  In his words, they "ran off and were spirited away

12  through their underground tunnels like rats," those same

13  members of Congress who were inside of the building doing

14  their jobs.

15        Ladies and gentlemen, almost as quickly as these

16  defendants were bragging about what they had accomplished

17  and that they had accomplished their mission of stopping

18  Congress from certifying the Presidential election results,

19  they realized that Congress did actually resume its session

20  very late at night on January 6th and continued meeting

21  until about 4:00 a.m. on January 7th.  So these defendants'

22  successes were temporary.  They also then realized just how

23  much trouble they were in.

24        Rhodes was having dinner in Virginia when he got

25  word that the police were looking for people involved in the

1125

1  attack on the Capitol.  He sped out of the restaurant and

2  drove through the night to Texas, and he gave his cell phone

3  to another person so that he couldn't be tracked on his cell

4  phone.

5          Watkins, who was back home in Ohio, then drove all

6  the way back to Virginia to Caldwell's farm in Berryville.

7  And in a text message, Caldwell encouraged Watkins to lie

8  about what they had done.

9          And on Facebook, Caldwell had initially sent

10  several incriminating messages, but then he unsent them.

11  And you'll hear about what that means to unsend something on

12  Facebook.  That means that he can remove them from both his

13  own Facebook account and the recipient's account.

14          For his part, Rhodes specifically instructed

15  everyone to delete their incriminating messages.

16          He had an associate pass this message to his

17  followers:  "You all need to delete all of your comments

18  regarding who did what."

19          This is January 8th.

20          "Delete your self-incriminating comments or those

21  that can incriminate others.

22          "Hunt down any comment you made that can be used

23  against you, other Oath Keepers, or the org and delete

24  them."

25          He continued:  "Do not chat about Oath Keepers

1    members allegedly doing anything at the Capitol.  Go dark on
2    that.  Do not discuss."
3          And remember, ladies and gentlemen, he's
4    addressing a group of mostly military veterans who have just
5    committed a crime against the very United States government
6    they had sworn an oath to defend and protect.  So he spoke
7    to them in their language, military language.
8          "Let me put it in infantry speak, he said:  Shut
9    the fuck up."
10         In early February of 2021, Meggs and Harrelson
11   deleted all of their old Signal messages off of their cell
12   phones.  And you'll know that because there was one series
13   of messages -- Harrelson deleted it from his own phone, but
14   Meggs didn't -- in which they discussed the need to delete
15   their other incriminating Signal messages about weapons and
16   using force against the government.
17         Meggs tells Harrelson:  "Is there any way we can
18   clear out the messages in our chats?  I don't think it would
19   be a bad idea, clear out all the talk of hiding the tools
20   and shit."
21         Of course, "hiding the tools" means getting rid of
22   the guns, those same guns he had as part of the arsenal at
23   the QRF hotel.
24         Harrelson said, "We can delete the old and start
25   anew."

1    And Meggs said," Let's do that, as long as you

2    think it deletes everything.  I don't want the boys to have

3    anything to look at if you know what I mean."

4    "The boys," of course, meaning the government, the

5    FBI agents who would be arresting them in the coming days,

6    and ultimately the grand jurors who would be considering the

7    evidence against them.  Remember that hiding evidence from

8    the grand jurors is one of the crimes that these defendants

9    are charged with.

10    Now, during the trial, you'll hear from an expert

11    in the recovery of digital data from cell phones and about

12    how these defendants deleted critical content from their

13    phones.  That's why you'll see comparatively fewer messages

14    from Kenneth Harrelson.  Starting the night of January 6th,

15    he deleted not only the messages stored on his own phone but

16    Signal messages that he had sent to other people and that

17    were stored in other people's phones, because Signal, like

18    Facebook, lets a person unsend or delete a message in some

19    circumstances.

20    Meanwhile, in the days after he fled home to

21    Texas, Rhodes said it was not over.  He continued to plot to

22    stop the transfer of power.

23    Even on January 10th, after Congress had certified

24    the election, Rhodes met with someone to ask him to pass a

25    message to President Trump.  "It's still not too late.  Take

1    action."

2            Now, a man who was present for that meeting on

3    January 10th and who was also alarmed by what Rhodes was

4    doing and advocating secretly recorded Rhodes' words.

5            (Audio played)

6            MR. NESTLER:  Because, ladies and gentlemen, these

7    defendants were fighting a war.  And they won a battle in

8    that war on January 6th when they forcibly drove Congress

9    out of the Capitol and derailed the certification of the

10   Electoral College vote.  But they planned to continue waging

11   that war to stop the transfer of power prior to

12   Inauguration Day.  Thankfully, their plans were foiled.

13           On January 17th, the FBI began arresting these

14   defendants and their conspirators in the plot.

15           Now, let's talk briefly about your job as -- about

16   the charges these defendants face as a result of their

17   actions and your job as jurors.

18           Judge Mehta will provide you with lengthy formal

19   instructions at the end of the trial and that is the law you

20   need to apply, but there are a few things you should know

21   about the trial and the evidence as you're going to see it

22   over the next few weeks.

23           First, because of the volume of the evidence and

24   the number of witnesses and the number of defendants and the

25   number of messages and the overall length of the trial,

1    we've done our best to break our presentation up into

2    smaller, more digestible pieces.  That way it will be easier

3    to keep track of why something is relevant and how it fits

4    into the bigger picture.

5              Towards the end of each segment we're going to

6    present, you'll hear from at least one FBI agent who will

7    summarize and explain that evidence.  Like how certain

8    messages, phone records, hotel records, financial records,

9    video clips, photographs and physical items like firearms

10   and gear all fit together with one another.

11             For this reason a few of the FBI agents might

12   actually testify more than once so that each time they

13   testify they can focus on a different aspect of the

14   conspiracy and the investigation.

15             The second thing you should know and think about

16   as you hear the evidence is the charges against these

17   defendants.  This will help you focus on the importance of

18   certain pieces of evidence.  You will hear evidence that

19   these defendants agreed to oppose by force the lawful

20   transfer of power following the 2020 Presidential election.

21             There are three related conspiracy charges.  The

22   first conspiracy charge is seditious conspiracy.  That count

23   charges that the defendants entered an agreement to try to

24   stop the lawful transfer of power by opposing, by force, the

25   authority of the government of the United States of America

1130

1  or to use force to prevent the execution of the laws of the

2  United States.

3           The second conspiracy charge is that the

4  defendants entered an agreement to obstruct an official

5  proceeding.  That proceeding is Congress's joint session on

6  January 6th of 2021 to certify the Electoral College votes.

7           The third conspiracy charge is that the defendants

8  agreed to prevent members of Congress from discharging or

9  fulfilling their duties.

10          Now, with respect to the other non-conspiracy

11 charges, the defendants obstructed the official proceeding,

12 they prevented Congress from meeting; they destroyed

13 government property, that's for damage to the doors to the

14 Capitol Building as they forced their way inside the

15 building.

16          Defendant Jessica Watkins interfered with police

17 officers when she tried to push past them in the hallway,

18 connecting the Rotunda to the Senate.

19          And, finally, the defendants deleted incriminating

20 evidence and hid it from the grand jury or they instructed

21 others to do so.

22          As Judge Mehta will explain, we, the government,

23 bear the burden to prove to you beyond a reasonable doubt

24 the defendants intent.  And ordinarily a person's intent

25 cannot be proved directly because there's no way of knowing

1    what a person is actually thinking.

2            But in this case, ladies and gentlemen, the

3    evidence will show that in some situations the defendants

4    have actually made it easy for you.  They said out loud and

5    in writing what they planned to do.  Use any means

6    necessary, up to and including using force, to stop the

7    transfer of power.

8            They were prepared in November, they were prepared

9    in December, and when the opportunity finally presented

10   itself on January 6th of 2021, they sprang into action.

11           These defendants attacked the Capitol Building,

12   Congress, and government itself.  They agreed to and

13   actually did obstruct the peaceful transfer of power from

14   one President to the next, that unbroken tradition, dating

15   back 224 years, to our country's first transition from

16   President Washington to President Adams.

17           Now, once you've heard all this evidence, ladies

18   and gentlemen, my colleague, Ms. Rakoczy, will stand in

19   front of you and ask you to reach the only verdict

20   consistent with the evidence; that Stewart Rhodes is guilty,

21   that Kelly Meggs is guilty, that Kenneth Harrelson is

22   guilty, that Jessica Watkins is guilty, and that

23   Thomas Caldwell is guilty.

24           Thank you.

25           THE COURT:  Okay.  Thank you, Mr. Nestler.

1    Ladies and gentlemen, we are going to take our
2    morning break now.  It's about 10 of 12:00.  We'll take
3    about 15 minutes and we'll try and resume at 12:05.
4    Thank you very much.
5    (Jury exited the courtroom.)
6    THE COURT:  Okay, everyone.  Please be back and
7    seated by 12:05 so we can get started on time.  Thank you.
8    (Recess from 11:50 a.m. to 12:05 p.m.)
9    DEPUTY CLERK:  All rise.
10   THE COURT:  Please be seated, everyone.
11   All right.  So, Mr. Linder.
12   MR. LINDER:  Yes, sir.
13   THE COURT:  The floor will be yours, and then
14   we'll take our lunch break after Mr. Linder's done.
15   Counsel, none of you should feel compelled to
16   stand by the podium.  If you'd like to move around a little
17   bit, I'm fine with that.Okay.
18   COURTROOM DEPUTY:  Jury panel.
19   (Jury entered the courtroom.)
20   THE COURT:  Okay.  Have a seat, everyone.
21   Welcome back, ladies and gentlemen.
22   So we've finished the first part of our morning
23   and now we will hear from Mr. Linder on behalf of
24   Mr. Rhodes.
25   Mr. Linder, the floor is ours.

1    MR. LINDER:  Thank you, Your Honor.  May it please

2    the Court.

3    Good afternoon, ladies and gentlemen, if you

4    didn't know before today, you now know, after watching the

5    presentation and everything else, you're in one of the most

6    important jury trials in, I think, recent modern day

7    history, and definitely one of the most anticipated jury

8    trials to take place since January 6th.  So here we go.

9    The things that are going to be discussed are

10   many, and they're serious.  We're dealing with things like

11   free speech issues, the peaceful transfer of power,

12   whether -- you're going to hear about an Insurrection Act,

13   whether a president can invoke that Insurrection Act or not

14   and whether it's legal to do and what terms.

15   You're going to hear about attorney-client

16   communications and the extent of those and if they're legal

17   or not.  You're going to hear a lot of legal issues and a

18   lot of big themes in this case.  And so I appreciate you

19   being here.

20   And most importantly, our clients, five of them

21   over here, are looking at significant prison sentences if --

22   MR. NESTLER:  Objection.

23   THE COURT:  Sustained.  Ladies and gentlemen,

24   you'll disregard that last statement.

25   MR. LINDER:  Therefore, it's important for you to

1    realize your importance as the jury, your role in this case.

2             This means you're ability to listen to and

3    evaluate what probably will be six weeks worth of evidence,

4    six or seven, and then when the Judge gives you the law at

5    the end to be able to remember that evidence and to apply it

6    correctly to the facts that are presented in this case.

7             Let me begin by thanking each and every one of you

8    for participating in the jury selection process.  Many of

9    you had to make two trips down here, some three.  You've

10   divulged personal information to us, you filled out

11   questionnaires, you answered questions from us and the Judge

12   in front of the media over here.  So we appreciate your

13   participation.  You allowed us to get what we think is a

14   fair and impartial jury, and so we look forward to working

15   with you over the next six or seven weeks.

16            The Judge mentioned this in his introduction

17   before in voir dire when you guys sat through that

18   introduction, I'm going to mention it again here.  Serving

19   on a jury -- or next to serving in the military, serving on

20   a jury is the most important right we have in this country.

21   I know you'll take your job seriously.  We cannot do this

22   process without you.  The American jurisprudence process

23   would not exist without juries, and even though it's not the

24   most perfect, it's not a perfect legal system, it's the best

25   legal system in the world.  So thank you for being a part of

1    it.

2              THE COURT:  Mr. Linder, let me interrupt you.

3              Whoever has their phone on, please leave the

4    courtroom.

5              Mr. Linder, go ahead.  Apologies.

6              MR. LINDER:  Thank you.

7              As you all know Washington, D.C. is a special

8    place.  It is the birthplace of and continued beacon of the

9    world for freedom and equality.  It's an example of how

10   citizens are supposed to govern themselves in a peaceful and

11   democratic society.

12             In its 250 years of existence it has faced many

13   challenges to this structure.  Many people consider January

14   6th to be one of those times.  If you're one of those who

15   believes that January 6th was one of those times that tested

16   this country, we believe that once you see and hear the

17   evidence, that what we the defense will bring you, you'll

18   understand that our clients had no part in the bulk of that

19   violence that occurred in Washington, D.C. on January 6th.

20             At the end of the case, based on what you saw in

21   the opening at the end of the case, we all expect, and you

22   would expect it also, the government is going to ask you to

23   find our clients guilty, in layman's terms, of trying to

24   force -- trying to use force to prevent Joe Biden from

25   becoming the President, amongst other things.  They're going

 1    to show you all kinds of allegedly imflammatory texts and

 2    videos.  You've seen snippets of that here today.

 3            In total, we expect the government to show you a

 4    couple hundred texts, maybe 300 texts, a few hours of video,

 5    of all of the events that occurred.

 6            However, the evidence we will present you will

 7    fill in all the gaps.  You will hear from different

 8    witnesses that there are hundreds of thousands of text

 9    messages between these defendants and other related

10    defendants.  There are scores, if not hundreds of hours of

11    video.  The government has just given you a snippet, and the

12    government is going to bring you what they want to show you.

13    We're going to bring you evidence and witnesses to fill in

14    those gaps, and give you a full picture of what really

15    happened that day and how our clients fit into that picture.

16            We anticipate bringing you more evidence than the

17    government does to help put things into context.

18            I'm certain they'll object to some of it, but

19    that's what we expect.

20            MR. NESTLER:  Objection.

21            MR. LINDER:  My belief is the government is going

22    to bring you these texts and videos just like they did in

23    opening as an attempt to alarm and anger you.  They will say

24    they've met at the end of the case, they'll say we want you

25    to convict them because we've met the burden of proof, but

1137

```
 1  you know subconsciously, if you hate someone or you're
 2  angered against them, that can change in your mind.  You
 3  can't do that.  The Judge is going to ask you to hold
 4  yourself to the burden of proof, we're going to ask you to
 5  hold yourself to the burden of proof.  You may not like some
 6  of the things you see and hear that our clients did but at
 7  the end of the day, the evidence is going to show you that
 8  my client, Mr. Rhodes, and many of these others, did nothing
 9  illegal that day, even though it may look inflammatory, they
10  did nothing illegal.
11          The burden of proof is beyond a reasonable doubt.
12  Every element of every count.  It's the highest burden of
13  proof we have in our legal system.  And the reason is
14  because liberty is at stake.  If you convict somebody of a
15  crime, they can never be -- they can go to jail, they can't
16  get that back.  It's very important that you hold the
17  government to the burden of proof and don't let what they're
18  going to give you, the inflammatory text and the
19  inflammatory videos influence you.  You got to look at it in
20  a factual basis.
21          I would like to tell you that the story of the
22  Oath Keepers role in the events of January 6th that you've
23  heard for the last 20 months and what the government is
24  going to try to tell you today is completely wrong.  I
25  anticipate the evidence that comes forth is this trial will
```

1138

```
 1    be different than anything you've heard today from either

 2    the government or the media in the last year and a half.

 3              Arguably, one of the wisest men in ancient history

 4    is considered to be King Solomon.  He's attributed with a

 5    lot in the book of Proverbs.  That's where we get one of our

 6    jury instructions.  Proverbs Chapter 18, verse 17, basically

 7    says, "The first to come forward and testify seems right

 8    until another comes forward and cross-examines."  There's a

 9    reason that jury instruction is in there.

10              The government gets to go first.  The government

11    gets to spend three weeks putting on evidence, just like

12    what you saw in this video, before we get to go.  That's why

13    you cannot deliberate after Day 1 or Day 2 or during lunch

14    or anything else.  You've got to wait until you get to the

15    end.  You've got to wait until you've heard the full story.

16              My belief is that when the government presents

17    their case over the next three weeks, much like what you saw

18    in the video today, you will see nothing new, nothing you

19    haven't seen in the media before, nothing you haven't read

20    about.  There's going to be nothing there that surprises

21    you.

22              What's important to ask yourselves is:  What

23    did you not see?  What exculpatory evidence might be out

24    there?  That's the stuff we're going to bring you.

25              You may have even heard that Stewart Rhodes has
```

1  agreed or did agree to waive his Fifth Amendment privilege

2  and testify on live TV.  Congress didn't take him up on

3  that.  He's going to do that before you, ladies and

4  gentlemen, in this trial.  You're going to get hear from

5  Stewart Rhodes himself about who he is, about the

6  Oath Keepers, what their role is, and what their role was on

7  January 6th.

8          Once you have a more complete version of the

9  evidence, which will largely come in the second half of the

10  trial, you'll understand why Congress didn't want him to

11  testify at that point.  But they can't prevent him from

12  testifying in this case.  His testimony --

13          THE COURT:  Mr. Linder --

14          MR. LINDER:  -- and the evidence he's going to

15  bring forward --

16          THE COURT:  -- if I could just --

17          MR. LINDER:  Yes, sir.

18          THE COURT:  Could we avoid the references to what

19  the media and Congress --

20          MR. LINDER:  Yes, sir.

21          THE COURT:  It's not relevant.  Thank you.

22          MR. LINDER:  Yes, sir.

23          Once you see the second half of the case and we

24  put it all in perspective, you'll then have a true picture

25  of what was really going on on January 6th and our client

1   clients' roles in that, if any.

2          The search for the truth involves reaching a

3   proper verdict, and that is looking at all of the evidence

4   that's going to be presented in the case.

5          The theme -- our theme in this case is that

6   government mischaracterization linked to government

7   overreach.  And what I mean by that is you take a handful of

8   text, you take a handful of things you don't understand, you

9   take some things that look bad, and you put them together

10  and you come to an incomplete conclusion or an incorrect

11  conclusion, mischaracterization.  We want to bring you the

12  full picture.

13         Our clients are in jail and indicted largely

14  because of the mischaracterization --

15         THE COURT:  Mr. Linder, no, please.

16         Ladies and gentlemen, you'll ignore that last line

17  from Mr. Linder, please.

18         MR. LINDER:  Our clients sit indicted before you

19  today largely because of the mischaracterization of the text

20  messages and the videos and things taken out of context by

21  the government.

22         What some of the government's witnesses are going

23  to present over the next few weeks we believe are going to

24  characterize Stewart Rhodes and the Oath Keepers as a

25  paramilitary group, an anti-government group, a racist

```
 1    group, a violent group, a sexist group, and a homophobic

 2    group.

 3              MR. NESTLER:  Objection.

 4              THE COURT:  Mr. Linder, can you approach, please?

 5              (Bench conference )

 6              THE COURT:  I really didn't want to interrupt your

 7    opening.  I really didn't.  But you all just filed a motion

 8    in limine telling the government they couldn't do it, and

 9    you said they weren't going to do it.  So you can't

10    object --

11              MR. LINDER:  But you didn't rule on it.

12              THE COURT:  Well, I did rule on it in the sense

13    that government said they weren't going to say anything to

14    that effect other than they're members of the militia.

15              Look, you can't refer to potential sentences.  You

16    can't tell them that your clients are locked up in jail.

17    That's all off.  You can't do that.  All right?  So let's

18    stick within the four walls and the evidence, all right?

19              MR. LINDER:  All right.

20              (Open court)

21              THE COURT:  Ladies and gentlemen, you will

22    disregard the last statements that counsel made, please.

23              MR. LINDER:  What you're going to hear, what the

24    government is going to try to prove to you is our clients

25    tried to use force to forcibly overthrow the government,
```

1142

1   prevent the lawful transfer of power.

2          The evidence is not going to show you -- the real

3   evidence is not going to show you that.  The real evidence

4   is going to show our clients were there to do security for

5   events that were scheduled on the 5th and the 6th and

6   security that they've done for 13 years, all throughout

7   their history.  And their events there on the 5th and 6th

8   were going to be consistent with their history to protect

9   speakers in areas around the country that can go to

10  political speeches.

11         They're not a violent group.  Rhodes is extremely

12  patriotic.  The evidence is going to show you he's extremely

13  patriotic.  He loves his country.

14         He's a constitutional expert.  As the government

15  said, he went to Yale Law School.  He studied the

16  Constitution.  He understands how it works, and he believes

17  in our government.

18         The evidence the government is going to bring you

19  is not going to show that.  The evidence we're going to

20  bring you is going to show that.  The witnesses we're going

21  to bring you is going to show that.

22         The witnesses we're going to bring are going to

23  show that Stewart Rhodes meant no harm to the Capitol that

24  day.  Stewart Rhodes did not have any violent intents that

25  day.

1    The Oath Keepers are basically a peace-keeping

2  force, and you're going to hear evidence of that from the

3  members when they come forward and testify.  They were

4  created a long time ago.  And they're comprised of former

5  military, current military, law enforcement officers,

6  paramedics, and firefighters -- all people that swore an

7  oath to protect people and take care of people.

8    The government told you that.  The witnesses are

9  going to come forward and tell you that.  In their 13 years

10  of history, you will not hear one instance where they've

11  gotten crossed with the law, had one arrest, one violent

12  outburst, anything.

13    The government is going to try to portray this

14  January 6th as standard operating procedure and this QRF as

15  kind of a one-off event and this is what they did to try to

16  overthrow the Capitol.  We're going to bring you evidence to

17  the contrary, that they've done speaking events and security

18  events for decades, for 13 years, never had one issue.

19    They've done hundreds of events.  They've worked

20  hurricane disaster relief.  They've worked in the

21  Ferguson Courthouse and different places where there were

22  riots.  The Oath Keepers make themselves available at places

23  like this where there's controversy and to make themselves

24  available to help keep peace in the streets.

25    You're going to hear this term "QRFs."  They

1 talked about it.  The government is going to try to tell

2 you -- or they're going to tell you that they put this QRF

3 outside in Virginia so they could bring these weapons in and

4 bring them in by boat and they could bring them in to take

5 over the Capitol.

6          The evidence we're going to bring you is going to

7 dispel that line of questioning from the government, that

8 theory from the government.

9          The QRF was a defensive.  It's

10 Quick Reaction Force, reaction, not offensive.  Reaction is

11 defensive in nature.

12          They could lawfully bring their weapons to

13 Virginia, and they did so.  They stored them there where

14 they could.  They didn't bring anything into the District

15 because it will illegal to bring them into the District.

16 They knew that.

17          You will hear that when the Oath Keepers and

18 Mr. Rhodes and his associates go to any event that they

19 work, they follow the law.  They research those laws.  They

20 know what they can do and can't do.  And they work with

21 local law enforcement and coordinate with them.  And they

22 did that in this case.

23          You'll hear that they were working security for

24 permitted events and that they had contacted several law

25 enforcement officials here, and it was all coordinated.

1   The QRFs were not to be used as an offensive

2   force.  Reactive and defensive only.

3   In defensive, if Trump called them in.  And this

4   is where we're going to talk about the Insurrection Act.

5   You're going to hear evidence of the

6   Insurrection Act and what it is.  And the Insurrection Act

7   is basically a body of laws that started in 1792 by

8   Congress, modified several times through --

9   MR. NESTLER:  Objection.

10   THE COURT:  Mr. Linder, I'll just ask you to

11   remain within the parameters of what we discussed pretrial.

12   MR. LINDER:  Sir?

13   THE COURT:  Remain within the parameters of what

14   we discussed pretrial.

15   MR. LINDER:  Okay.

16   You're going to hear that the Insurrection Act is

17   going to be discussed and that Stewart Rhodes, and as the

18   government just played on their videos and their PowerPoint

19   presentation, that he used, talked about that

20   Insurrection Act.  And the President had -- whether or not

21   he believed the President had the ability to invoke the

22   Insurrection Act.

23   Stewart Rhodes' testimony and the testimony of

24   others will say that he believed in good faith that

25   then-President Trump could invoke the Insurrection Act and

1   that the President could invoke the Insurrection Act

2   lawfully and the President could ask them to do whatever the

3   President wanted to do, which would be, Hey, bring guns in

4   here or help me put down a riot or do whatever it is.

5           Stewart's good-faith reliance on that is why he

6   did what he did.  They brought guns to Virginia, left them

7   there.  They went in and worked their permitted speaking

8   events.  But they were ready.  Like any military, they were

9   ready to react at President Trump's request, they were ready

10  to defend speakers if they needed to defend speakers.

11  They've done it hundreds of times across the country.  And

12  so that's what you're going to hear.

13          The government wants to bring you this narrative

14  that they came in here to support President Trump, prevent

15  Biden from becoming President, and that was their mission.

16  And it was not.  It was not their mission.

17          The bulk of the evidence you're going to see is

18  going to be to the contrary of what the government has told

19  you this morning.  The bulk of the evidence, when you see --

20  when they take 200 text messages out of 50,000 text messages

21  and a few hours of video out of hundreds of hours of video

22  and weeks of time in these people's lives, as opposed to the

23  one day, you will then see that one day put into context.

24          What were they really there to do?  What was their

25  purpose?  And you're going to find that out.  And you're

1  going to find out that it's different than what the

2  government has told you here in opening.  It's going to be

3  different than what they put on in their case-in-chief.

4        We expect that you're going to hear from

5  co-defendants in this case potentially that have pled and

6  entered pleas as the government puts on witnesses.  We're

7  going to hear -- and then we're going to be able to

8  cross-examine those witnesses.

9        You know, they've got witnesses or defendants that

10  came in and pled to these charges and are going to try to

11  offer testimony against our clients; however, when you --

12  when we get to cross-examine them, you're going to see how

13  these pleas, not necessarily were coerced but where their

14  statements were exaggerated.  There are misstatements under

15  sworn plea documents about the involvement of our clients in

16  some of these things.

17        One that we -- we understand that

18  William Todd Wilson, we expect to see him come in here and

19  testify.  And in William Wilson's plea, he indicated that

20  Stewart Rhodes on the night of January 6th got on the phone

21  with someone in a hotel room and said, "Put me in touch with

22  the President," trying to implicate, trying to connect

23  Stewart with President Trump.

24        Why did he say that?  We don't know.  But you're

25  going to hear that that phone call doesn't exist.  Yet he

1    swore to it in court.  And so when he comes in here to

2    testify, we're going to be able to cross-examine him about

3    that.

4            And you're going to see where the government's

5    case starts to have holes.  They've got co-defendants that

6    have pled and offered testimony that's not exactly true,

7    that's exaggerated.

8            You're going to see, when you take the 200 text

9    messages and add several more to it, how the picture is not

10   quite what you saw in opening today.

11           You're going to get a different picture of this

12   case than what the government has sold you here in opening.

13           Understand that Stewart Rhodes, if you rationally

14   and reasonably believe that the Insurrection Act, if invoked

15   legally by President Trump, applied to him and the

16   Oath Keepers, which he'll testify that he believed it

17   applied to him, he's done nothing wrong.

18           His trip to D.C., the bringing of guns to Virginia

19   was completely lawful.  They were not an overt act in

20   furtherance of a conspiracy.

21           The rampant texting and open letters for Trump to

22   invoke the Insurrection Act is nothing more than free speech

23   and bravado, not an overt act in furtherance of a

24   conspiracy.

25           Had Stewart decided to storm the Capitol himself

1   on Trump's failure to invoke the Insurrection Act, then we'd

2   have a different situation altogether.

3          But the government -- in all the stuff the

4   government is going to bring you, they're going to try tell

5   you that Stewart coordinated an attack on the Capitol, that

6   he ordered an attack on the Capitol, and that this was his

7   plan all along.

8          Yet they're never going to be able to show you one

9   text message, one communication, or one credible witness,

10  other than one co-defendant who's not credible, one credible

11  witness who's going to say Stewart Rhodes had a plan;

12  Stewart Rhodes wanted to do this; Stewart Rhodes asked us to

13  go in.

14         Now, a few people did go in.  But you'll hear text

15  messages or you'll see text messages from him later saying,

16  when that happened, well, they were off the mission.

17         Yes, you'll see him outside texting with people,

18  but not like Mr. Nestler says where he's like a general

19  outside the building while everybody else goes in.  He's

20  texting with lots of people about where they were working

21  security details, where people were.

22         But you're also going to hear, probably from the

23  FBI and other witnesses, the communications were awful that

24  day.  People would, the cell towers were overwhelmed, people

25  would text, wouldn't get them for an hour.  People couldn't

1    make phone calls.

2           So there's really a lot of that stuff that you see

3    that the government may not give you an accurate

4    representation on, but we will.  We'll bring witnesses.

5    We'll explain what was happening that day and who he was

6    communicating with that day and what was going on that day.

7           The government -- or the evidence is going to show

8    that in addition to all these text messages and videos, that

9    they've interviewed hundreds of witnesses, civilian and law

10   enforcement.  Every one of the witnesses will corroborate

11   there was no plan.  Stewart didn't have a plan.  We were

12   there to work security.

13          I'm just going to ask you to keep your eye on the

14   evidence.  Don't let the inflammatory videos, the text

15   messages, don't let them get you mad.  Our clients are on

16   trial here.  Their liberty is at stake.  The government has

17   the burden of proof, and I'm going to ask you to hold the

18   government to that burden of proof.

19          And remember the judge's instructions.  You can't

20   start really thinking about this case or deliberating about

21   this case until the end, until you've seen all the evidence.

22   Give us an opportunity to put on our evidence at the end,

23   and then the judge will give you the opportunity to apply

24   the law of that evidence.

25          Thank you very much.

1           THE COURT:  Okay.  Thank you, Mr. Linder.

2           Okay.  Ladies and gentlemen, we are going to take

3   our lunch break.  This morning, just given the way I expect

4   the rest of the openings to go, it makes sense to break for

5   lunch now.

6           So it's 12:30 now.  We'll get started again back

7   at 1:30.  Thank you very much for your time and your

8   attention this morning.

9           Just the same reminders that I will give you

10  regularly:  No media research, no review of media, no

11  independent research; please, no communicating amongst even

12  yourselves about the case until you have the opportunity to

13  do so after all the evidence is in.

14          Thank you very much.  We'll see you shortly.

15          COURTROOM DEPUTY:  All rise for the jury.

16          (Jury exited the courtroom.)

17          THE COURT:  Okay, everyone.  You can have a seat

18  for a second.

19          You know, I'm more than happy to give counsel rope

20  in openings and even in closings, but there are some lines

21  that you can't go over in opening.  You cannot refer to the

22  fact that your clients are in jail or at least probably not

23  a good idea to do that.

24          Probably not a good -- you cannot suggest to the

25  jury about any amount of time they may be facing if they are

1    convicted.  That is a no-no.

2            And I'll ask you all to avoid discussions or

3    commentary about what's happened in media and in Congress,

4    because I will say this:  If you get into it in your

5    openings and certainly if you get into it in

6    cross-examination, you are potentially opening the door to

7    evidence you do not want to have admitted in this case.  So

8    just be mindful of that, okay?

9            Thank you, everyone.  We'll see you at 1:30.

10           COURTROOM DEPUTY:  All rise.

11           (Recess from 12:33 p.m. to 1:30 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 3, 2022_____    

                        William P. Zaremba, RMR, CRR

1154

**COURTROOM
DEPUTY: [8]** 1028/2
1028/6 1067/23
1068/12 1068/14
1132/18 1151/15
1152/10
**DEPUTY CLERK: [1]**
1132/9
**MR MANZO: [1]**
1050/20
**MR. BRIGHT: [10]**
1056/22 1057/14
1057/17 1057/25
1058/8 1058/20 1059/9
1059/17 1059/21
1059/25
**MR. CRISP: [8]**
1029/4 1058/24 1059/5
1066/5 1066/7 1067/2
1067/6 1067/10
**MR. FISCHER: [9]**
1060/7 1062/8 1062/23
1063/14 1064/3
1064/13 1064/20
1066/13 1067/9
**MR. GEYER: [5]**
1052/9 1052/11 1053/3
1053/21 1066/10
**MR. LINDER: [22]**
1041/14 1041/25
1042/5 1065/11
1065/13 1065/18
1065/22 1132/12
1133/1 1133/25 1135/6
1136/21 1139/14
1139/17 1139/20
1139/22 1140/18
1141/11 1141/19
1141/23 1145/12
1145/15
**MR. MANZO: [4]**
1050/25 1051/24
1052/1 1055/1
**MR. NESTLER: [35]**
1042/24 1043/3
1045/10 1045/12
1049/4 1050/17
1054/10 1058/6 1060/6
1061/16 1061/25
1062/4 1065/9 1082/25
1088/22 1089/9 1090/7
1090/14 1090/23
1096/13 1097/5 1099/4
1105/11 1111/7
1111/10 1115/19
1117/8 1120/12 1121/6
1123/1 1128/6 1133/22
1136/20 1141/3 1145/9
**MR. WOODWARD: [9]**
1043/16 1044/5
1044/17 1044/20
1048/2 1048/4 1049/13
1050/5 1066/2
**MS. RAKOCZY: [3]**
1029/18 1030/1
1030/10
**THE COURT: [94]**

1029/25 1030/6
1030/13 1041/23
1042/1 1042/6 1042/25
1043/13 1044/2
1044/15 1044/19
1045/9 1045/11
1045/17 1048/3 1048/6
1049/10 1049/21
1050/7 1050/18
1050/22 1051/21
1051/25 1052/7
1052/10 1053/1
1053/20 1053/22
1054/12 1055/2
1057/11 1057/16
1057/18 1058/3 1058/7
1058/12 1058/23
1059/4 1059/8 1059/14
1059/19 1059/23
1060/1 1061/13
1061/20 1062/3 1062/7
1062/20 1062/24
1063/22 1064/6
1064/16 1064/22
1065/10 1065/12
1065/15 1065/19
1065/25 1066/4 1066/6
1066/8 1066/11
1066/16 1066/18
1067/3 1067/7 1067/11
1067/16 1067/24
1068/16 1088/18
1131/25 1132/6
1132/10 1132/13
1132/20 1133/23
1135/2 1139/13
1139/16 1139/18
1139/21 1140/15
1141/4 1141/6 1141/12
1141/21 1145/10
1145/13 1151/1
1151/17

**'**
**'fuck** [1] 1112/6
**'Let's** [1] 1124/4
**'turned** [1] 1123/18

**0**
**0268** [1] 1039/25
**0299** [2] 1038/18
1039/4
**0481** [3] 1038/18
1039/1 1067/18
**08077** [1] 1026/13
**0826** [1] 1038/17
**0952** [2] 1038/17
1038/22

**1**
**10** [5] 1028/12 1066/14
1072/14 1107/9 1132/2
**100** [1] 1124/9
**10:00** [1] 1065/16
**10th** [2] 1127/23
1128/3
**11** [4] 1036/2 1036/11

**1140** [3] 1038/17
1038/19 1066/20
**11:50** [1] 1132/8
**12** [1] 1070/2
**1262** [3] 1038/17
1038/25 1039/6
**12:00** [1] 1132/2
**12:05** [3] 1132/3
1132/7 1132/8
**12:30** [1] 1151/6
**12:33** [1] 1152/11
**12th** [1] 1099/2
**13** [4] 1037/4 1142/6
1143/9 1143/18
**14** [3] 1089/2 1112/18
1115/6
**1460** [1] 1025/12
**14th** [1] 1098/5
**15** [5] 1024/4 1028/9
1040/24 1068/18
1132/3
**15 minutes** [1] 1065/7
**16** [4] 1037/1 1037/13
1065/2 1070/1
**163** [1] 1050/9
**17** [6] 1035/15 1045/14
1045/16 1047/15
1057/8 1138/6
**17110** [1] 1025/15
**1792** [1] 1145/7
**1797** [1] 1083/4
**17th** [1] 1128/13
**18** [1] 1138/6
**1808** [1] 1026/3
**1:00** [2] 1093/14
1109/13
**1:15** [1] 1065/8
**1:25** [1] 1109/16
**1:30** [3] 1151/7 1152/9
1152/11
**1st** [1] 1106/7

**2**
**20** [1] 1137/23
**200** [2] 1146/20 1148/8
**20001** [1] 1027/5
**20010** [1] 1026/4
**20036** [1] 1026/9
**2006** [1] 1026/12
**2009** [1] 1032/13
**202** [4] 1024/17 1026/4
1026/9 1027/5
**2020** [20] 1046/4
1046/6 1046/8 1071/9
1083/20 1092/12
1094/14 1094/15
1094/16 1096/9
1096/19 1098/6
1098/18 1099/2
1099/19 1104/1 1106/6
1108/20 1117/17
1129/20
**2021** [8] 1071/22
1083/15 1085/7
1088/25 1109/1
1126/10 1130/6
1131/10

20579 [1] 1024/17
**20th** [5] 1083/6
1083/15 1093/24
1100/6 1100/13
**21** [1] 1036/4
**21061-3065** [1]
1026/18
**214** [3] 1025/5 1025/9
1060/12
**22** [9] 1035/16 1036/3
1036/3 1037/3 1038/8
1039/4 1040/1 1040/3
1040/5
**22-15** [2] 1024/4
1028/9
**224** [1] 1131/15
**22nd** [1] 1099/24
**23rd** [1] 1100/17
**25** [1] 1036/13
**250** [1] 1135/12
**252-7277** [1] 1024/17
**252-9900** [1] 1025/5
**253** [1] 1029/24
**2615** [1] 1026/9
**27** [3] 1036/5 1036/7
1046/5
**276** [1] 1030/19
**281** [1] 1030/19
**288** [1] 1060/10
**292** [1] 1031/15
**2:24** [1] 1112/17
**2:30** [1] 1113/4
**2:35** [1] 1088/25
**2:40** [3] 1114/1 1115/7
1122/22

**3**
**30** [4] 1035/14 1066/5
1066/6 1066/7
**300** [3] 1026/17
1092/16 1136/4
**3065** [1] 1026/18
**30th** [4] 1046/6 1046/8
1104/1 1108/20
**318** [1] 1025/12
**31st** [1] 1104/14
**3249** [1] 1027/5
**3300** [2] 1025/3 1025/7
**333** [1] 1027/4
**348** [1] 1056/13
**352-2615** [1] 1026/9
**354-3249** [1] 1027/5
**361** [2] 1048/14
1048/18
**364** [1] 1029/15
**365** [1] 1048/20
**3rd** [5] 1046/4 1046/16
1094/15 1106/7
1117/17

**4**
**40** [1] 1104/4
**40-plus** [2] 1062/12
1063/15
**403** [2] 1048/5 1048/6
**4031** [1] 1025/15
**410** [1] 1026/18

**44** [2] 1036/5 1037/6
**445-2009** [1] 1032/13
**45** [4] 1036/8 1037/8
1057/8 1065/11
**46** [5] 1036/11 1037/11
1038/5 1038/20 1039/4
**4676** [1] 1025/16
**47** [3] 1035/13 1035/14
1036/15
**48** [1] 1036/19
**487-1460** [1] 1025/12
**4:00** [1] 1124/21

**5**
**50** [1] 1029/24
**50,000** [1] 1146/20
**56** [1] 1037/13
**57** [1] 1036/7
**5708** [1] 1026/13
**5:46 a.m** [1] 1122/18
**5th** [5] 1094/23 1105/1
1108/25 1142/5 1142/7

**6**
**6-foot-4** [2] 1085/14
1118/12
**601** [2] 1024/16 1026/7
**607-5708** [1] 1026/13
**629** [1] 1032/13
**66** [1] 1107/1
**6:54** [1] 1046/16
**6th** [59] 1036/6 1036/9
1037/7 1037/9 1040/7
1054/3 1060/19
1071/22 1072/4 1072/8
1072/13 1072/19
1083/16 1085/6
1088/25 1090/19
1092/25 1093/14
1094/8 1097/6 1099/9
1100/3 1100/4 1100/7
1100/16 1100/23
1101/15 1101/18
1101/20 1101/24
1102/1 1102/4 1103/9
1105/14 1105/23
1106/15 1109/4 1109/5
1112/2 1117/21 1122/2
1123/22 1124/8
1124/20 1127/14
1128/8 1130/6 1131/10
1133/8 1135/14
1135/15 1135/19
1137/22 1139/7
1139/25 1142/5 1142/7
1143/14 1147/20

**7**
**7 and** [1] 1115/10
**700** [2] 1025/4 1025/8
**71301** [1] 1025/11
**717** [1] 1025/16
**72** [1] 1035/17
**720-7777** [1] 1025/9
**7277** [1] 1024/17
**7310** [1] 1026/17
**7447** [1] 1026/4

**7**

**75219 [2]** 1025/4 1025/8
**768 [1]** 1031/15
**7777 [1]** 1025/9
**787-0826 [1]** 1026/18
**7:10 [1]** 1046/23
**7:54 [1]** 1047/1
**7th [2]** 1094/16 1124/21

**8**

**819 [1]** 1025/11
**856 [1]** 1026/13
**8th [1]** 1125/19

**9**

**900 [1]** 1026/8
**94 [1]** 1035/12
**9900 [1]** 1025/5
**996-7447 [1]** 1026/4
**9:30 [1]** 1024/6
**9th [3]** 1095/19 1096/9 1097/12

**A**

**a.m [4]** 1024/6 1122/18 1124/21 1132/8
**abide [1]** 1035/7
**abiding [1]** 1108/4
**ability [5]** 1034/7 1040/15 1087/5 1134/2 1145/21
**able [10]** 1036/24 1048/1 1057/14 1057/20 1069/17 1069/18 1134/5 1147/7 1148/2 1149/8
**able-bodied [1]** 1057/14
**abolish [1]** 1099/8
**abort [1]** 1099/8
**about [129]** 1030/1 1031/23 1033/4 1034/4 1036/6 1036/12 1036/12 1036/13 1036/14 1036/16 1036/23 1037/9 1037/25 1038/7 1038/10 1038/10 1039/2 1040/7 1040/14 1041/9 1041/17 1042/7 1042/9 1042/12 1042/14 1042/20 1043/1 1043/11 1046/19 1047/1 1047/6 1048/22 1051/12 1052/5 1053/24 1058/14 1058/18 1058/22 1060/20 1062/5 1063/2 1064/10 1064/16 1064/18 1065/8 1066/13 1067/14 1068/18 1070/24 1073/4 1073/6 1076/13 1077/3 1078/10 1078/12 1078/16 1078/18

1080/7 1080/15 1080/17 1080/18 1080/19 1080/23 1081/13 1082/2 1082/3 1082/4 1082/9 1082/13 1086/20 1088/6 1088/11 1088/15 1091/25 1092/8 1092/19 1092/22 1094/4 1096/24 1100/20 1102/3 1102/6 1104/24 1107/3 1107/7 1107/24 1108/13 1110/8 1110/22 1111/2 1111/2 1111/4 1113/11 1117/19 1119/24 1121/1 1123/11 1123/17 1124/16 1124/21 1125/8 1125/11 1125/25 1126/15 1127/11 1128/15 1128/15 1128/21 1129/15 1132/2 1132/3 1133/12 1133/15 1138/20 1139/5 1139/5 1144/1 1145/4 1145/19 1147/15 1148/2 1149/20 1150/20 1150/20 1151/12 1151/25 1152/3
**above [2]** 1030/22 1153/4
**above-titled [1]** 1153/4
**Abraham [1]** 1120/17
**absolutely [2]** 1038/14 1058/20
**accept [3]** 1039/8 1076/14 1094/25
**access [5]** 1091/14 1107/1 1108/5 1109/2 1110/23
**accessible [1]** 1053/12
**accompany [1]** 1123/6
**Accompanying [1]** 1105/5
**accomplish [4]** 1087/12 1095/14 1112/15 1121/24
**accomplished [4]** 1123/5 1123/12 1124/16 1124/17
**according [2]** 1096/4 1096/14
**account [3]** 1107/11 1125/13 1125/13
**accounts [1]** 1072/20
**accurate [2]** 1062/7 1150/3
**accurately [1]** 1034/4
**accused [1]** 1030/25
**across [8]** 1080/8 1082/5 1084/6 1086/13 1106/24 1107/4 1107/7 1146/11
**act [32]** 1034/5 1057/2 1072/10 1096/3 1096/5

1096/7 1096/15
1096/25 1097/7
1098/24 1099/6
1099/11 1101/11
1101/21 1103/5 1109/9
1110/8 1133/12
1133/13 1145/4 1145/6
1145/6 1145/16
1145/20 1145/22
1145/25 1146/1
1148/14 1148/19
1148/22 1148/23
1149/1
**action [11]** 1033/11
1092/13 1095/18
1097/19 1098/20
1099/18 1099/23
1110/2 1110/11 1128/1
1131/10
**actions [6]** 1060/14
1077/2 1085/4 1121/17
1123/21 1128/17
**activate [4]** 1098/12
1099/13 1099/13
1109/10
**actual [5]** 1035/22
1046/6 1057/5 1110/18
1113/13
**actually [28]** 1032/14
1034/20 1035/19
1037/2 1037/4 1037/6
1037/11 1039/17
1039/21 1045/16
1045/19 1046/10
1047/19 1053/3
1054/10 1064/4
1065/22 1092/20
1095/13 1110/23
1113/6 1113/14
1116/13 1124/19
1129/12 1131/1 1131/4
1131/13
**Adams [2]** 1083/4
1131/16
**add [4]** 1039/8 1043/1
1043/14 1148/9
**added [3]** 1046/9
1046/11 1123/5
**addendum [1]** 1059/12
**addition [5]** 1031/6
1031/23 1078/16
1102/1 1150/8
**additional [5]** 1039/8
1070/24 1076/5 1081/8
1105/13
**address [3]** 1059/17
1064/14 1115/13
**addressed [2]** 1029/18
1056/25
**addressing [1]** 1126/4
**adjudicating [1]**
1033/5
**administration [1]**
1034/2
**admissibility [2]**
1053/24 1055/12
**admissible [3]** 1049/16
1049/17 1077/11

limited [2] 1061/22
1152/7
**adopt [2]** 1032/20
1034/10
**adopted [1]** 1039/15
**adult [4]** 1046/3 1046/9
1046/14 1047/14
**advance [1]** 1034/15
**advice [1]** 1116/1
**advised [3]** 1031/9
1108/13 1108/16
**advocated [1]** 1057/7
**advocating [1]** 1128/4
**afar [1]** 1116/1
**affect [1]** 1040/15
**affiliate [2]** 1086/2
1086/17
**affirmatively [6]**
1035/15 1036/2 1036/4
1036/7 1037/2 1037/4
1037/7 1037/25
1036/1 1036/10
1043/20 1045/14
1047/5 1047/9 1047/16
1059/17 1066/14
1068/23 1069/2
1069/22 1072/19
1074/13 1074/17
1074/24 1075/6
1085/16 1090/19
1096/22 1101/17
1107/2 1107/15
1108/19 1109/22
1113/18 1115/8
1117/21 1118/16
1121/18 1121/19
1124/2 1127/20
1127/23 1132/14
1133/4 1138/13
1151/13
**afternoon [6]** 1046/8
1046/9 1060/2 1082/18
1122/1 1133/3
**afterwards [1]** 1090/16
**again [15]** 1038/6
1038/9 1042/2 1044/18
1049/6 1051/19 1064/7
1086/23 1086/23
1099/12 1112/19
1117/23 1119/13
1134/18 1151/6
**against [15]** 1049/16
1071/1 1074/10 1084/1
1084/23 1097/2 1103/1
1119/12 1125/23
1126/5 1126/16 1127/7
1129/16 1137/2
1147/11
**age [1]** 1080/12
**agent [6]** 1052/4
1063/4 1063/5 1064/8
1064/11 1129/6
**agents [4]** 1062/5
1074/3 1127/5 1129/11
**ago [4]** 1041/10
1041/19 1042/20
1143/4
**agree [5]** 1058/20

after [39] 1035/25

1087/15 1139/1
**agreed [7]** 1071/8
1102/11 1109/11
1129/19 1130/8
1131/12 1139/1
**agreement [7]** 1071/14
1071/20 1084/4
1087/11 1090/25
1129/23 1130/4
**agreements [1]** 1100/8
**ahead [1]** 1135/5
**aid [2]** 1081/8 1082/21
**aided [1]** 1027/7
**ain't [1]** 1122/4
**air [3]** 1053/12 1092/17
1116/21
**AL [1]** 1024/6
**Alabama [2]** 1104/12
1119/4
**alarm [1]** 1136/23
**alarmed [2]** 1096/8
1128/3
**alarms [1]** 1114/3
**alert [1]** 1082/9
**alerted [1]** 1066/19
**alerts [1]** 1080/21
**Alexandra [2]** 1024/15
1028/13
**Alexandria [1]** 1025/11
**align [1]** 1095/10
**alive [1]** 1091/8
**all [90]** 1028/2 1029/10
1029/20 1034/2 1034/8
1035/7 1036/2 1038/1
1039/1 1042/25
1048/14 1048/23
1049/5 1049/16
1050/18 1053/19
1056/12 1056/20
1057/7 1057/14 1059/6
1059/20 1062/24
1065/2 1065/6 1067/4
1067/16 1067/22
1067/25 1068/1 1068/9
1068/16 1069/3
1069/19 1070/11
1072/2 1072/24
1072/24 1073/17
1074/19 1075/20
1076/21 1078/14
1079/13 1084/23
1087/21 1092/14
1093/19 1094/6
1096/15 1098/9
1099/22 1100/18
1102/21 1110/2 1112/6
1118/10 1120/19
1125/5 1125/17
1125/17 1126/11
1126/19 1129/10
1131/17 1132/9
1132/11 1135/7
1135/21 1136/1 1136/5
1136/7 1139/24 1140/3
1141/7 1141/17
1141/17 1141/18
1141/19 1142/6 1143/6

**all... [9]** 1144/25
1149/3 1149/7 1150/8
1150/21 1151/13
1151/15 1152/2
1152/10

**all right [5]** 1062/24
1067/25 1141/17
1141/18 1141/19

**allegation [3]** 1054/1
1054/3 1072/18

**alleged [5]** 1033/23
1053/25 1072/7
1080/11 1102/9

**allegedly [4]** 1062/14
1072/12 1126/1 1136/1

**alleges [1]** 1071/7

**allow [3]** 1041/22
1056/8 1063/9

**allowed [2]** 1064/24
1134/13

**almost [2]** 1092/16
1124/15

**alone [4]** 1038/3
1076/18 1076/22
1118/10

**along [3]** 1075/18
1087/19 1149/7

**alongside [1]** 1105/24

**already [4]** 1061/18
1067/13 1102/19
1118/11

**also [35]** 1034/11
1034/15 1034/19
1035/17 1038/15
1038/22 1043/21
1046/23 1048/4 1048/6
1050/9 1053/4 1055/16
1061/1 1061/3 1078/18
1080/12 1080/16
1081/14 1081/21
1085/23 1086/11
1091/13 1102/11
1103/3 1105/11
1105/20 1106/19
1111/19 1119/4
1123/11 1124/22
1128/3 1135/22
1149/22

**altered [1]** 1098/2

**alternate [5]** 1070/4
1070/4 1070/7 1070/8
1070/10

**although [3]** 1041/5
1054/19 1079/6

**altogether [1]** 1149/2

**always [1]** 1120/15

**am [3]** 1042/8 1073/16
1073/19

**amass [1]** 1108/19

**amenable [1]** 1029/21

**Amendment [1]** 1139/1

**AMERICA [4]** 1024/3
1028/9 1083/2 1129/25

**America,' [1]** 1123/18

**American [1]** 1083/11
1095/15 1112/4
1134/22

**Amit P. Mehta [1]**
1028/4

**ammunition [1]**
1107/17

**among [1]** 1101/4

**amongst [2]** 1135/25
1151/11

**amount [2]** 1108/18
1151/25

**ample [1]** 1042/8

**analyst [1]** 1056/2

**analyzed [1]** 1044/18

**ancient [1]** 1138/3

**anew [1]** 1126/25

**anger [1]** 1136/23

**angered [1]** 1137/2

**animal [1]** 1053/4

**announce [2]** 1070/15
1094/3

**announced [1]** 1109/7

**another [12]** 1047/6
1061/17 1066/23
1087/1 1091/1 1091/14
1102/25 1110/15
1123/21 1125/3
1129/10 1138/8

**answer [5]** 1030/7
1040/8 1040/17
1077/14 1077/16

**answered [15]** 1036/2
1036/4 1036/7 1036/10
1036/18 1037/1 1037/4
1038/19 1038/22
1038/23 1039/1 1039/4
1039/5 1039/25
1134/11

**answers [1]** 1047/3

**anti [2]** 1056/16
1140/25

**anti-government [2]**
1056/16 1140/25

**anticipate [2]** 1136/16
1137/25

**anticipated [1]** 1133/7

**any [77]** 1029/3
1031/11 1034/17
1035/3 1036/20
1036/21 1037/15
1037/22 1040/5
1041/11 1043/10
1043/11 1043/11
1047/21 1049/1 1049/3
1049/8 1049/12
1049/22 1050/3 1050/5
1051/21 1053/15
1058/4 1058/13
1064/17 1064/18
1069/24 1070/6 1070/9
1070/17 1070/19
1070/21 1071/17
1073/3 1073/4 1073/4
1074/10 1075/10
1076/22 1077/2 1077/2
1077/5 1078/4 1078/18
1079/4 1079/8 1079/8
1079/11 1079/13
1079/15 1079/20

**1080/13** 1080/14
1080/14 1080/17
1080/19 1081/23
1082/3 1082/3 1082/4
1096/1 1101/4 1108/10
1110/11 1118/15
1125/22 1126/17
1131/5 1140/1 1142/24
1144/18 1146/8
1151/25

**anybody [5]** 1062/12
1066/25 1067/7
1097/18 1119/2

**anyone [7]** 1070/20
1078/8 1078/17 1079/4
1079/10 1079/16
1080/14

**anything [21]** 1037/24
1038/7 1038/10
1040/14 1043/1
1043/12 1043/14
1044/3 1059/15 1060/4
1062/22 1067/20
1089/21 1110/4 1126/1
1127/3 1138/1 1138/14
1141/13 1143/12
1144/14

**apart [1]** 1106/19

**Apologies [1]** 1135/5

**apologize [1]** 1068/5

**app [5]** 1091/16
1091/16 1092/3
1110/22 1115/17

**apparently [5]** 1046/13
1050/12 1054/21
1055/9 1123/4

**appear [1]** 1076/21

**APPEARANCES [4]**
1024/13 1024/20
1025/17 1026/20

**appeared [1]** 1081/15
1118/9

**applauding [1]**
1120/20

**Apple [1]** 1067/18

**applicable [2]** 1032/19
1039/20

**applied [2]** 1148/15
1148/17

**applies [1]** 1076/13

**apply [6]** 1042/22
1075/21 1076/14
1128/20 1134/5
1150/23

**applying [1]** 1068/21

**appointed [1]** 1113/16

**appreciate [2]** 1133/18
1134/12

**approach [1]** 1141/4

**approached [1]**
1089/11

**appropriate [1]**
1063/23

**appropriateness [1]**
1030/23

**approved [1]** 1065/6

**approximately [1]**

**apps [1]** 1091/23

**AR [1]** 1105/7

**AR-15-style [1]** 1105/7

**are [101]** 1028/23
1029/3 1029/3 1030/24
1031/19 1034/3
1034/17 1035/7
1035/18 1035/22
1035/24 1036/25
1038/17 1040/20
1041/3 1046/6 1047/14
1048/25 1049/1 1049/8
1049/11 1049/12
1050/5 1051/13
1052/19 1053/1
1054/22 1054/23
1056/16 1056/20
1058/10 1061/11
1063/10 1063/17
1065/15 1067/22
1068/8 1069/5 1069/7
1070/1 1070/3 1070/8
1072/18 1073/17
1074/20 1074/21
1075/7 1075/21 1076/1
1076/17 1078/7 1081/9
1081/16 1081/17
1081/19 1084/12
1085/2 1087/25 1088/1
1088/2 1088/3 1088/7
1089/9 1089/10 1092/4
1102/15 1104/19
1105/2 1108/3 1110/4
1110/14 1111/15
1111/16 1112/5 1122/6
1127/9 1128/20
1129/21 1132/1 1133/9
1133/9 1133/21 1134/6
1135/10 1136/8
1136/10 1140/10
1140/22 1140/23
1141/16 1142/22
1143/1 1143/8 1147/10
1147/14 1150/15
1151/2 1151/20
1151/22 1151/25
1152/6

**area [6]** 1063/11
1079/17 1108/23
1113/5 1120/23
1121/15

**areas [1]** 1142/9

**aren't [4]** 1058/13
1059/21 1094/25
1122/5

**arguably [3]** 1048/10
1054/16 1138/3

**argue [3]** 1063/23
1064/1 1081/21

**argument [3]** 1042/16
1064/15 1077/9

**arguments [4]** 1060/13
1075/24 1075/25
1076/4

**Arizona [3]** 1107/24
1111/19 1122/12

**Arlington [6]** 1084/7

1111/20 1112/3
1122/13

**armed [4]** 1083/10
1087/5 1096/15
1108/14

**armor [3]** 1103/13
1118/22 1118/24

**arms [2]** 1084/1
1095/20

**Army [9]** 1054/23
1054/25 1055/1 1055/2
1055/4 1084/19
1085/19 1085/25
1116/19

**around [12]** 1069/1
1081/3 1088/25
1100/18 1109/1
1109/13 1115/7
1116/18 1116/22
1121/14 1132/16
1142/9

**arrangements [1]**
1041/21

**arrest [1]** 1143/11

**arrested [1]** 1108/8

**arresting [2]** 1127/5
1128/13

**arrived [1]** 1111/14

**arsenal [11]** 1084/5
1096/15 1098/8 1107/4
1108/19 1111/21
1111/25 1112/3
1112/14 1124/8
1126/22

**articles [3]** 1034/19
1034/21 1080/10

**as [139]**

**ask [30]** 1029/16
1040/14 1043/23
1044/1 1044/2 1049/18
1062/5 1062/20
1062/21 1063/7
1064/11 1068/9
1070/21 1075/1 1075/3
1075/12 1079/2
1080/14 1082/22
1127/24 1131/19
1135/22 1137/3 1137/4
1138/22 1145/10
1146/2 1150/13
1150/17 1152/2

**asked [12]** 1032/9
1035/2 1040/12
1062/14 1062/14
1070/15 1077/12
1096/20 1104/14
1110/15 1122/7
1149/12

**asking [8]** 1032/7
1056/13 1058/9
1060/18 1061/1 1061/4
1062/15 1063/17

**asks [3]** 1040/3 1040/5
1077/9

**aspect [1]** 1129/13

**assassinated [1]**
1120/16

**A**

asserting [1] 1059/1
assisting [1] 1074/1
associate [5] 1101/17
 1117/22 1117/23
 1122/7 1125/16
associates [3] 1025/14
 1053/16 1144/18
assume [1] 1046/20
assumptions [1]
 1074/10
assured [1] 1110/18
atop [1] 1092/16
att.net [1] 1025/12
attack [9] 1084/9
 1088/23 1089/16
 1091/1 1109/4 1120/20
 1125/1 1149/5 1149/6
attacked [2] 1121/19
 1131/11
attacking [1] 1102/2
attempt [1] 1136/23
attendee [1] 1106/8
attending [1] 1102/3
attention [7] 1033/11
 1034/23 1042/15
 1052/11 1070/13
 1082/22 1151/8
attorney [1] 1133/15
ATTORNEY'S [3]
 1024/16 1063/1
 1073/18
attorney-client [1]
 1133/15
attorneys [4] 1073/22
 1079/8 1079/16
 1079/20
attributed [1] 1138/4
audio [8] 1096/12
 1097/4 1111/6 1111/9
 1113/13 1115/18
 1117/7 1128/5
authority [2] 1071/15
 1129/25
available [4] 1057/13
 1111/25 1143/22
 1143/24
avenue [5] 1025/3
 1025/7 1026/7 1027/4
 1053/15
avoid [7] 1031/10
 1079/11 1079/17
 1080/16 1080/19
 1139/18 1152/2
awaiting [2] 1111/21
 1121/16
away [6] 1040/9
 1066/22 1068/7
 1079/21 1109/6
 1124/11
awful [1] 1149/23

**B**

B-o-r-b-o-n [1] 1032/13
back [27] 1046/9
 1046/11 1048/23
 1051/19 1051/22
 1053/4 1067/25

1089/20 1092/25
 1104/3 1111/4 1111/19
 1111/24 1117/17
 1122/11 1122/14
 1122/19 1123/15
 1125/5 1125/6 1131/15
 1132/6 1132/21
 1137/16 1151/6
background [1] 1116/9
backwards [1] 1116/24
bad [3] 1102/9 1126/19
 1140/9
bags [1] 1107/16
ball [1] 1034/15
ballots [3] 1083/19
 1093/9 1115/2
ban [1] 1081/1
banded [1] 1083/12
banning [1] 1046/19
barely [1] 1038/6
BARRETT [2] 1025/3
 1027/4
based [14] 1037/14
 1037/18 1039/18
 1046/1 1048/5 1048/6
 1051/3 1054/6 1072/18
 1078/22 1080/4
 1081/18 1086/12
 1135/20
basic [1] 1097/23
basically [6] 1047/4
 1061/8 1062/19 1138/6
 1143/1 1145/7
basis [4] 1042/3
 1044/15 1052/13
 1137/20
battle [2] 1093/19
 1128/7
battlefield [2] 1085/7
 1120/6
bay [1] 1090/8 1116/6
be [137]
beacon [1] 1135/8
bear [1] 1130/23
bears [3] 1048/9
 1054/15 1054/15
became [3] 1100/11
 1100/13 1106/10
because [43] 1032/1
 1032/9 1032/22
 1034/20 1035/20
 1039/9 1040/9 1047/12
 1055/10 1056/7
 1056/23 1058/17
 1060/16 1063/24
 1064/11 1065/23
 1068/10 1069/12
 1073/5 1078/13
 1078/21 1080/4
 1086/23 1096/25
 1102/7 1102/18
 1102/24 1106/25
 1108/7 1108/10
 1113/15 1120/13
 1126/12 1127/17
 1128/6 1128/23
 1130/25 1136/25

1140/19 1144/15
 1152/4
become [3] 1031/4
 1039/13 1044/23
becoming [2] 1135/25
 1146/15
bedridden [1] 1041/20
bedrock [1] 1083/11
been [42] 1030/5
 1030/23 1033/3 1033/9
 1035/2 1035/6 1038/8
 1039/6 1039/14
 1041/10 1041/16
 1042/7 1042/15 1049/3
 1050/11 1050/23
 1052/13 1052/23
 1055/6 1055/7 1056/10
 1059/11 1061/17
 1061/22 1062/5
 1062/13 1063/8
 1063/13 1063/19
 1063/25 1065/23
 1067/5 1073/5 1073/7
 1077/15 1081/7
 1097/18 1098/2
 1099/19 1114/6
 1118/11 1120/24
before [27] 1024/9
 1031/4 1035/2 1035/3
 1038/2 1045/7 1045/8
 1048/25 1050/6 1060/4
 1069/3 1070/6 1076/5
 1076/21 1083/16
 1086/16 1087/25
 1101/22 1113/4
 1113/18 1114/25
 1133/4 1134/17
 1138/12 1138/19
 1139/3 1140/18
began [3] 1070/25
 1121/12 1128/13
begin [5] 1069/3
 1076/5 1082/23 1115/4
 1134/7
beginning [2] 1070/14
 1074/18
begun [1] 1122/16
behalf [1] 1132/23
behind [6] 1047/14
 1074/5 1109/15 1116/7
 1116/9 1116/14
being [8] 1029/20
 1068/2 1079/16
 1079/22 1102/9 1104/5
 1133/19 1134/25
belief [3] 1054/4
 1136/21 1138/16
believability [1]
 1076/20
believe [15] 1034/24
 1040/18 1044/12
 1044/13 1049/4 1050/5
 1052/1 1052/19
 1052/20 1062/4
 1076/22 1089/21
 1135/16 1140/23
 1148/14

believed [4] 1095/23
 1145/21 1145/24
 1148/16
believes [7] 1032/1
 1049/7 1064/4 1064/9
 1077/10 1135/15
 1142/16
belong [2] 1055/23
 1055/25
belonging [1] 1117/13
bench [14] 1029/15
 1029/16 1029/17
 1030/9 1031/17
 1031/22 1032/1 1032/5
 1032/8 1032/16
 1032/25 1033/18
 1040/19 1141/5
benches [1] 1074/4
Berryville [3] 1086/4
 1098/7 1125/6
Berwick [1] 1026/12
best [2] 1129/1
 1134/24
bestows [1] 1083/7
between [9] 1033/22
 1038/13 1044/7
 1065/14 1065/23
 1066/1 1106/7 1116/19
 1136/9
beyond [9] 1030/17
 1055/10 1073/9
 1077/20 1077/22
 1077/24 1078/5
 1130/23 1137/11
bias [6] 1035/15
 1036/9 1037/21
 1039/19 1039/19
 1062/2
biased [2] 1032/2
 1032/3
Biden [6] 1047/8
 1083/15 1094/17
 1094/25 1135/24
 1146/15
big [1] 1133/18
bigger [1] 1129/4
birthplace [1] 1135/8
bit [2] 1080/25 1132/17
black [1] 1085/17
blade [1] 1108/13
blaring [1] 1114/3
blog [1] 1078/18
board [3] 1088/4
 1091/17 1099/23
boasted [2] 1104/24
 1124/3
boastful [3] 1121/21
 1123/6 1123/11
boat [3] 1062/15
 1107/7 1144/4
boating [1] 1107/12
boats [1] 1086/13
bodied [1] 1057/14
body [6] 1031/2 1057/7
 1095/2 1103/13
 1118/22 1145/7
boilerplate [1] 1061/8
bonds [1] 1098/15

book [21] 1138/5

booking [1] 1103/14
books [1] 1080/9
Booth [1] 1120/16
Borbon [3] 1032/12
 1032/23 1033/23
Borbon's [6] 1032/20
 1033/1 1033/4 1033/7
 1033/12 1033/14
borne [1] 1047/23
both [16] 1033/7
 1037/21 1038/13
 1039/4 1046/3 1049/6
 1068/20 1073/25
 1081/19 1085/4 1087/1
 1103/22 1107/12
 1108/7 1117/5 1125/12
bottom [5] 1031/16
 1052/16 1087/21
 1113/7 1114/20
bound [1] 1115/3
box [1] 1070/2
boxes [2] 1052/18
 1115/3
boys [2] 1127/2 1127/4
Bradford [3] 1026/11
 1026/14 1028/19
Bradford Geyer [1]
 1028/19
bragging [1] 1124/16
branch [2] 1039/11
 1086/11
BRAND [1] 1026/3
brandwoodwardlaw.c
 om [1] 1026/5
bravado [1] 1148/23
bravely [1] 1090/8
 1116/6
breached [2] 1105/13
 1119/22
breaching [2] 1113/6
 1122/22
break [15] 1050/8
 1059/24 1065/13
 1065/16 1065/19
 1065/20 1065/22
 1065/25 1069/1
 1102/18 1129/1 1132/2
 1132/14 1151/3 1151/4
brief [3] 1052/4 1057/2
 1075/5
briefly [7] 1045/10
 1060/7 1070/23
 1073/11 1076/7
 1088/22 1128/15
BRIGHT [4] 1025/3
 1025/7 1028/15
 1073/22
bring [36] 1048/24
 1060/5 1063/3 1064/14
 1066/25 1067/8
 1067/22 1071/4 1080/3
 1104/10 1108/16
 1108/23 1111/21
 1135/17 1136/12
 1136/13 1136/22
 1138/24 1139/15
 1140/11 1142/18

**bring... [15]** 1142/20
1142/21 1142/22
1143/16 1144/3 1144/4
1144/4 1144/6 1144/12
1144/14 1144/15
1146/3 1146/13 1149/4
1150/4
**bringing [8]** 1060/22
1104/4 1104/6 1104/19
1104/19 1108/12
1136/16 1148/18
**broadcast [1]** 1119/10
**broadly [2]** 1091/3
1100/9
**broke [1]** 1113/21
**brother [1]** 1052/19
**brought [2]** 1103/19
1146/6
**Brown [21]** 1050/23
1051/6 1051/7 1051/15
1051/18 1051/22
1052/24 1053/7
1053/13 1053/25
1054/8 1054/11
1054/13 1054/20
1054/24 1055/6
1055/17 1055/24
1105/22 1106/2
1107/20
**Brown's [4]** 1050/10
1052/3 1052/19 1106/3
**Browns [1]** 1053/16
**building [43]** 1026/8
1083/19 1083/22
1085/8 1090/9 1092/15
1092/21 1093/12
1093/16 1094/8 1097/9
1103/20 1108/15
1113/3 1113/6 1113/24
1113/25 1114/4 1114/6
1114/11 1114/18
1114/18 1115/1 1115/7
1116/10 1117/10
1118/21 1119/11
1119/17 1119/17
1120/3 1120/4 1120/8
1120/10 1121/7
1121/12 1121/16
1124/9 1124/13
1130/14 1130/15
1131/11 1149/19
**built [1]** 1120/24
**bulk [3]** 1135/18
1146/17 1146/19
**bullets [1]** 1118/24
**bunch [1]** 1047/12
**bupkis [1]** 1053/7
**burden [14]** 1045/19
1045/24 1055/14
1077/21 1077/22
1130/23 1136/25
1137/4 1137/5 1137/11
1137/12 1137/17
1150/17 1150/18
**Burnie [1]** 1026/18
**bus [1]** 1104/5
**busted [1]** 1117/22

**busy [2]** 1111/10
1111/11

## C

**CAG [1]** 1086/15
**calculated [1]** 1035/22
**calculating [1]** 1108/5
**Caldwell [39]** 1026/16
1028/12 1028/21
1028/22 1062/10
1062/15 1062/16
1063/17 1063/24
1071/3 1072/16
1073/21 1086/1
1091/11 1098/7
1101/14 1101/19
1101/21 1103/22
1104/1 1104/3 1104/8
1106/21 1106/25
1107/2 1107/19 1109/6
1111/14 1120/22
1121/1 1121/4 1121/6
1123/20 1123/24
1124/3 1124/7 1125/7
1125/9 1131/23
**Caldwell's [4]** 1086/10
1098/7 1124/5 1125/6
**calendar [3]** 1094/10
1094/12 1094/13
**call [18]** 1057/13
1075/1 1075/12
1092/12 1095/18
1096/9 1097/2 1097/12
1097/18 1097/19
1106/12 1113/11
1113/12 1113/14
1113/19 1113/20
1119/4 1147/25
**call-up [1]** 1057/13
**called [23]** 1032/12
1033/11 1043/6 1056/2
1056/4 1065/3 1074/25
1075/2 1075/4 1084/16
1085/23 1086/9 1088/2
1089/6 1090/18 1094/5
1095/8 1097/23 1099/6
1107/11 1110/24
1120/23 1145/3
**calling [2]** 1091/16
1109/18
**calls [6]** 1042/11
1075/15 1092/3 1106/8
1112/22 1150/1
**came [4]** 1038/2
1052/11 1053/7
1053/17 1054/1 1054/2
1054/5 1062/13
1092/18 1146/14
1147/10
**can [44]** 1031/4
1034/17 1040/7 1041/1
1041/3 1041/19
1041/23 1043/22
1045/7 1045/8 1049/8
1051/11 1053/11
1055/9 1059/17
1059/22 1060/11
1062/20 1063/8

1081/14 1081/17
1081/25 1082/10
1088/15 1088/19
1088/20 1102/21
1125/12 1125/21
1125/22 1126/17
1126/24 1129/13
1132/7 1133/13 1137/2
1137/15 1137/15
1141/4 1142/9 1144/20
1151/17
**can't [16]** 1036/17
1041/20 1054/7 1063/5
1090/15 1116/16
1137/3 1137/15
1139/11 1141/9
1141/15 1141/16
1141/17 1144/20
1150/19 1151/21
**candidate [1]** 1047/8
**cannot [7]** 1080/13
1093/18 1130/25
1134/21 1138/13
1151/21 1151/24
**capitol [72]** 1072/8
1072/13 1083/19
1083/22 1084/9 1085/8
1088/23 1089/1 1089/5
1089/16 1089/17
1090/5 1090/23
1092/15 1093/16
1094/8 1095/9 1097/8
1100/18 1100/23
1100/25 1103/20
1105/14 1108/15
1109/4 1109/18
1109/25 1110/2
1110/16 1110/16
1111/12 1111/15
1111/18 1112/21
1113/5 1113/24 1114/3
1114/4 1114/7 1114/18
1115/22 1118/4
1118/13 1118/14
1118/22 1119/11 1119/5
1119/9 1119/11
1120/2 1120/21
1120/23 1121/15
1121/19 1123/8
1123/10 1123/13
1123/19 1124/1 1125/1
1126/1 1128/9 1130/14
1131/11 1142/23
1143/16 1144/5
1148/25 1149/5 1149/6
**Capitol Building [13]**
1083/19 1083/22
1085/8 1093/16 1094/8
1103/20 1108/15
1113/24 1114/4
1114/18 1119/11
1130/14 1131/11
**Capitol's [1]** 1090/2
**caption [1]** 1123/6
**captured [3]** 1047/22
1120/7 1121/1

**Caravans [1]** 1059/1
**Cardenas [1]** 1032/12
**care [1]** 1143/7
**careful [5]** 1034/1
1064/10 1085/3
1095/23 1095/24
**Carolina [10]** 1062/11
1062/12 1062/13
1062/18 1063/16
1103/17 1103/23
1103/25 1104/4
1107/22
**carpet [1]** 1053/5
**carriers [1]** 1092/4
**carrying [2]** 1072/11
1115/1
**case [106]** 1028/8
1029/22 1029/23
1031/3 1032/4 1032/11
1032/14 1032/14
1032/17 1032/19
1033/2 1033/4 1035/5
1036/24 1038/14
1039/13 1039/18
1041/8 1042/9 1050/24
1051/16 1056/8
1059/22 1060/15
1061/3 1061/6 1061/18
1063/9 1064/18
1068/22 1070/12
1070/20 1070/24
1070/24 1071/6
1072/21 1073/13
1074/1 1074/2 1074/9
1074/18 1074/25
1075/18 1075/19
1075/23 1075/24
1076/2 1076/13
1076/17 1077/5 1077/6
1077/8 1077/17 1078/7
1078/8 1078/10
1078/13 1078/16
1078/18 1078/21
1078/22 1079/2 1079/3
1079/9 1079/10
1079/15 1079/19
1079/21 1079/25
1080/4 1080/7 1080/8
1080/16 1080/17
1080/18 1080/19
1080/23 1081/2
1081/13 1081/16
1081/23 1082/3 1082/3
1082/4 1082/14 1131/2
1133/18 1134/1 1134/6
1135/20 1135/21
1136/24 1138/17
1139/12 1139/23
1140/4 1140/5 1144/22
1147/3 1147/5 1148/5
1148/12 1150/20
1150/21 1151/12
1152/7
**cases [5]** 1030/3
1030/22 1030/22
1060/18 1107/16
**categories [2]** 1049/3
1049/12

**caught [1]** 1059/19
**cause [4]** 1051/5
1055/7 1084/21
1108/10
**caution [1]** 1031/12
**cell [7]** 1072/20
1080/21 1125/2 1125/3
1126/11 1127/11
1149/24
**Cellebrite [9]** 1043/5
1043/10 1043/17
1043/21 1044/3
1044/13 1046/1 1046/6
1047/22
**center [1]** 1103/5
**certain [12]** 1048/16
1051/7 1056/14
1058/18 1059/13
1062/5 1072/19
1091/14 1092/6 1129/7
1129/18 1136/18
**certainly [9]** 1039/12
1041/3 1045/7 1055/13
1056/8 1057/23 1061/4
1063/5 1152/5
**certification [5]**
1101/16 1109/8
1112/11 1121/10
1128/9
**certified [2]** 1027/3
1127/23
**certify [6]** 1071/22
1072/4 1084/8 1122/10
1130/6 1153/2
**certifying [2]** 1111/12
1124/18
**CH [1]** 1027/4
**challenges [1]** 1135/13
**chamber [8]** 1090/12
1093/15 1115/3 1115/4
1116/5 1116/7 1116/8
1116/20
**chambers [1]** 1121/20
**Chambers' [1]** 1114/14
**chance [3]** 1075/23
1081/19 1101/7
**change [6]** 1040/20
1053/24 1080/20
1081/17 1083/9 1137/2
**channel [2]** 1066/22
1110/24
**chants [1]** 1117/9
**chapter [8]** 1085/11
1085/18 1085/22
1097/17 1099/20
1105/19 1115/24
1138/6
**characterize [1]**
1140/24
**charge [10]** 1071/12
1071/18 1071/23
1072/14 1086/6 1093/1
1093/3 1129/22 1130/3
1130/7
**charged [19]** 1050/23
1055/6 1061/6 1061/7
1061/7 1061/17
1061/18 1061/22

**C**

**charged... [11]** 1062/6
1062/6 1062/14 1063/8
1063/13 1063/19
1063/25 1064/8 1073/7
1078/1 1127/9
**charges [19]** 1060/15
1062/6 1063/3 1071/7
1071/7 1071/13
1071/19 1072/1 1072/2
1072/5 1072/9 1072/18
1072/25 1128/16
1129/16 1129/21
1129/23 1130/11
1147/10
**charging [3]** 1062/1
1063/6 1071/4
**chart [3]** 1088/11
1090/4 1090/17
**chat [31]** 1043/7
1043/7 1043/18
1043/22 1043/23
1044/1 1044/4 1044/8
1044/11 1045/1 1045/4
1045/6 1045/14
1045/15 1045/15
1046/7 1046/10
1046/11 1046/12
1046/12 1046/14
1046/15 1047/17
1047/18 1047/20
1047/23 1047/23
1099/24 1101/4
1106/12 1125/25
**chats [2]** 1101/3
1126/18
**cheered [1]** 1089/11
**chemical [1]** 1108/14
**chicken [1]** 1045/5
**chief [3]** 1074/25
1075/19 1147/3
**children [1]** 1046/3
**choice [1]** 1101/13
**choose [1]** 1074/19
**chose [1]** 1106/25
**Christmas [2]** 1101/1
1101/5
**chronology [1]**
1045/25
**CHS [1]** 1059/13
**Cinnaminson [1]**
1026/13
**circle [1]** 1114/21
**Circuit [4]** 1031/14
1039/14 1039/15
1039/15
**circumstances [4]**
1031/22 1033/3 1061/7
1127/19
**circumstantial [1]**
1044/5
**cites [2]** 1034/14
1034/19
**citing [1]** 1029/22
**citizens [2]** 1035/7
1135/10
**city [2]** 1107/12 1109/1
**civil [6]** 1039/10

1059/22 1072/12
1095/11 1101/15
1101/19
**Civil War [3]** 1095/1
1101/15 1101/19
**civilian [1]** 1150/9
**claiming [1]** 1063/18
**claims [1]** 1076/3
**clarify [1]** 1056/22
1061/9
**clash [1]** 1116/19
**class [1]** 1097/23
**clear [7]** 1034/19
1045/5 1045/21 1065/1
1067/16 1126/18
1126/19
**cleared [1]** 1068/7
**clearly [10]** 1034/16
1039/19 1047/16
1048/9 1053/12
1054/14 1055/15
1059/1 1061/11 1073/1
**clerks [2]** 1074/1
1115/1
**client [5]** 1029/2
1059/1 1133/15 1137/8
1139/25
**clients [14]** 1133/20
1135/18 1135/23
1136/15 1137/6
1140/13 1140/18
1141/16 1141/24
1142/4 1147/11
1147/15 1150/15
1151/22
**clients' [1]** 1140/1
**climbed [1]** 1120/23
**climbing [1]** 1124/3
**clip [1]** 1122/23
**clips [2]** 1110/25
1129/9
**close [3]** 1040/6
1082/22 1092/17
**closed [1]** 1052/18
**closing [3]** 1075/24
1075/25 1076/4
**closings [1]** 1151/20
**cloud [1]** 1091/22
**club [1]** 1046/20
**co [18]** 1032/17
1032/24 1033/8
1033/23 1054/1
1054/17 1055/18
1061/3 1061/3 1096/6
1099/13 1105/22
1113/8 1115/20
1117/18 1147/5 1148/5
1149/10
**co-conspirator [6]**
1054/1 1054/17
1055/18 1105/22
1115/20 1117/18
**co-conspirators [6]**
1033/23 1061/3 1061/3
1096/6 1099/13 1113/8
**co-defendant [1]**
1149/10
**co-defendants [4]**

1082/24 1033/8 1148/23
1148/5
**code [2]** 1085/5 1098/2
**coerced [1]** 1147/3
**colleague [1]** 1131/18
**colleagues [2]** 1083/1
1102/18
**collected [1]** 1069/23
**College [6]** 1071/22
1072/4 1115/2 1121/10
1128/10 1130/6
**colloquy [1]** 1040/2
**Colonel [1]** 1041/16
**Colonel Siemens [1]**
1041/16
**colorful [1]** 1123/6
**COLUMBIA [2]** 1024/1
1073/18
**column [1]** 1089/6
**combat [2]** 1089/3
1118/9
**combination [1]**
1073/24
**come [20]** 1028/7
1043/22 1043/23
1047/12 1053/6
1058/25 1063/20
1063/21 1069/18
1076/12 1079/7 1080/8
1082/5 1092/1 1138/7
1139/9 1140/10 1143/3
1143/9 1147/18
**comes [8]** 1041/5
1042/16 1045/22
1058/17 1058/22
1137/25 1138/8 1148/1
**Comfort [2]** 1106/23
1107/15
**coming [3]** 1030/16
1106/6 1127/5
**commander [2]**
1062/17 1086/15
**comment [3]** 1045/14
1046/22 1125/22
**commentary [1]**
1152/3
**comments [4]** 1076/25
1121/1 1125/17
1125/20
**commit [1]** 1063/24
**committed [1]** 1064/5
1064/9 1064/12 1104/5
1126/5
**committee [3]** 1036/6
1037/7 1037/25
**committing [1]** 1072/9
**common [1]** 1087/13
**communicate [3]**
1080/15 1082/2 1091/1
**communicated [3]**
1060/8 1091/2 1091/13
**communicating [4]**
1085/8 1115/16 1150/6
1151/11
**communication [2]**
1078/19 1149/9
**communications [7]**
1044/6 1081/1 1081/23

1133/16 1149/23
**compacter [1]** 1116/23
**company [1]** 1032/24
**comparatively [2]**
1060/24 1127/13
**compare [1]** 1060/19
**compel [1]** 1059/13
**compelled [1]** 1132/15
**complained [1]**
1124/10
**complaining [1]**
1110/3
**complete [1]** 1139/8
**completely [4]** 1032/18
1039/23 1137/24
1148/19
**complex [1]** 1034/1
**complicated [1]**
1102/15
**compressed [1]**
1116/23
**comprised [1]** 1143/4
**computer [1]** 1027/7
**computer-aided [1]**
1027/7
**concept [1]** 1057/7
**concern [1]** 1040/2
1040/5 1040/14
**concerned [4]** 1033/13
1040/8 1052/12
1058/14
**concerning [2]**
1048/11 1081/2
**concerns [1]** 1029/22
1030/4 1030/11
1038/10
**concluded [1]** 1068/23
**conclusion [3]** 1073/4
1140/10 1140/11
**conclusions [1]**
1033/20
**concocted [1]** 1083/10
**concurrent [1]** 1034/5
**conduct [6]** 1034/7
1040/22 1076/10
1080/5 1102/25 1103/1
**conducted [2]** 1056/3
1104/22
**conference [5]**
1091/16 1096/9
1097/12 1106/8 1141/5
**conferenced [1]**
1113/18
**confident [1]** 1042/8
**confines [1]** 1081/22
**confirm [1]** 1118/1
**confiscated [1]** 1108/8
**confuse [1]** 1058/24
**confusion [2]** 1032/23
1033/9
**Congress [46]** 1071/24
1083/18 1083/22
1083/23 1084/8
1084/10 1092/11
1092/23 1092/24
1093/19 1093/24
1094/7 1094/7 1095/15

1098/21 1099/8 1100/4
1101/6 1101/15
1101/21 1102/2
1111/12 1112/10
1115/5 1116/11 1117/9
1120/12 1121/7
1121/20 1122/8 1122/9
1124/6 1124/10
1124/13 1124/18
1124/19 1127/23
1128/8 1130/8 1130/12
1131/12 1139/2
1139/10 1139/19
1145/8 1152/3
**Congress's [10]**
1071/21 1072/3
1093/18 1097/9 1109/4
1111/3 1112/11 1119/1
1121/18 1130/5
**congressional [1]**
1084/19
**connect [1]** 1147/22
**connected [1]** 1061/5
1061/11 1062/12
1070/20 1079/10
**connecting [1]**
1130/18
**connection [1]**
1070/17
**Conner's [1]** 1034/9
**Connie [3]** 1043/8
1046/2 1117/18
**Connie Meggs [2]**
1043/8 1117/18
**Connnie [2]** 1046/23
1105/12
**Connnie Meggs [2]**
1046/23 1105/12
**consent [1]** 1029/16
1030/8 1030/12 1031/5
1031/7 1032/25
**consenting [1]**
1029/21
**consequently [1]**
1037/17
**consider [5]** 1051/11
1075/22 1076/20
1082/14 1135/13
**considered [2]**
1081/22 1138/4
**considering [1]** 1127/6
**consistent [1]** 1131/20
1142/8
**conspiracy [39]**
1033/7 1048/12
1048/13 1054/16
1055/19 1063/18
1071/6 1071/11
1071/11 1071/12
1071/13 1071/18
1071/19 1071/23
1071/24 1087/8
1087/10 1087/14
1087/16 1087/18
1087/21 1088/1 1088/9
1088/24 1091/5 1100/8
1103/6 1105/13
1111/19 1122/12

1160

**C**

**conspiracy... [9]**
1129/14 1129/21
1129/22 1129/22
1130/3 1130/7 1130/10
1148/20 1148/24

**conspirator [13]**
1054/1 1054/17
1055/18 1088/16
1090/3 1090/16
1105/22 1107/15
1107/16 1113/15
1115/20 1117/5
1117/18

**conspirators [47]**
1033/23 1061/3 1061/3
1087/22 1088/3 1088/7
1088/11 1088/12
1089/10 1090/8
1090/10 1090/25
1091/13 1092/2 1092/7
1095/23 1096/6
1096/16 1098/14
1099/13 1103/12
1105/17 1107/10
1107/20 1107/21
1107/23 1108/13
1109/1 1109/24
1112/12 1112/24
1113/8 1113/22
1113/23 1115/6 1116/3
1117/1 1117/12
1118/25 1119/24
1120/8 1120/9 1120/20
1121/11 1122/14
1122/22 1128/14

**conspirators' [2]**
1103/4 1119/14

**conspired [1]** 1087/24

**Constitution [11]**
1027/4 1083/7 1083/18
1084/23 1093/5
1093/12 1093/21
1094/6 1094/9 1115/5
1142/16

**constitutional [8]**
1031/1 1084/25
1089/19 1099/10
1100/15 1142/14
1121/8 1142/14

**consult [1]** 1069/18

**contact [3]** 1079/7
1079/13 1080/9

**contacted [1]** 1144/24

**contains [1]** 1071/6

**contemplated [1]**
1029/20

**content [4]** 1072/19
1072/22 1072/23
1127/12

**context [4]** 1081/18
1136/17 1140/20
1146/23

**contingent [8]** 1090/17
1104/11 1104/14
1113/22 1119/3 1119/5
1119/16 1120/1

**continue [7]** 1040/25

1057/11 1059/2 1116/24
1116/1 1121/23
1128/10

**continued [9]** 1025/1
1026/1 1027/1 1110/1
1111/17 1124/20
1125/25 1127/21
1135/8

**continues [1]** 1055/11

**continuing [1]** 1042/3

**contrary [4]** 1033/11
1045/12 1143/17
1146/18

**contrast [1]** 1032/20

**contributed [1]**
1045/16

**controls [1]** 1093/6

**controversy [1]**
1143/23

**conversation [3]**
1051/17 1079/12
1079/12

**convict [2]** 1136/25
1137/14

**convicted [1]** 1152/1

**convince [1]** 1101/8

**cooperating [1]**
1058/17

**cooperator [3]** 1054/6
1054/11 1054/13

**cooperators [1]**
1051/16

**coordinate [2]** 1086/25
1144/21

**coordinated [5]**
1062/11 1103/22
1118/9 1144/25 1149/5

**coordinating [4]**
1086/6 1103/15
1112/22 1120/6

**coordination [1]**
1103/8

**copies [1]** 1060/11

**cops [1]** 1123/15

**core [1]** 1083/5

**correct [3]** 1057/16
1057/17 1153/3

**correctly [1]** 1134/6

**corridor [1]** 1079/15

**corroborate [1]**
1150/10

**corroborates [1]**
1054/18

**corroborating [1]**
1055/15

**corroborative [1]**
1055/17

**corrupt [1]** 1081/7

**costly [1]** 1081/5

**could [24]** 1033/9
1037/9 1037/13
1037/17 1041/14
1041/18 1057/25
1064/1 1064/2 1080/9
1083/23 1083/23
1088/19 1108/23
1138/24 1139/16
1139/18 1144/3 1144/4

1145/25 1146/1 1146/2
**couldn't [3]** 1125/3
1141/8 1149/25

**counsel [11]** 1029/8
1031/5 1041/9 1043/4
1049/6 1049/7 1075/13
1075/14 1132/15
1141/22 1151/19

**count [9]** 1071/12
1071/18 1071/23
1072/1 1072/5 1072/9
1083/19 1129/22
1137/12

**Count 1 [1]** 1071/12
**Count 2 [1]** 1071/18
**Count 3 [1]** 1072/1
**Count 4 [1]** 1071/23
**Count 5 [1]** 1072/5
**Count 6 [1]** 1072/9

**counter [1]** 1054/22

**counties [1]** 1047/12

**counting [1]** 1093/9

**country [9]** 1081/3
1084/10 1086/19
1095/6 1134/20
1135/16 1142/9
1142/13 1146/11

**country's [1]** 1131/15

**counts [2]** 1072/14
1093/19

**Counts 7 [1]** 1072/14

**couple [3]** 1031/23
1066/18 1136/4

**course [17]** 1062/1
1065/25 1065/25
1068/22 1076/12
1078/25 1091/2 1092/2
1094/18 1102/15
1104/7 1108/21
1111/11 1111/25
1124/5 1126/21 1127/4

**court [47]** 1024/1
1027/2 1027/3 1028/3
1028/23 1029/19
1029/22 1029/24
1030/11 1030/18
1030/19 1031/6 1031/8
1031/16 1031/18
1031/21 1032/15
1032/18 1032/19
1033/13 1034/4
1034/17 1034/18
1035/14 1035/20
1038/2 1039/7 1039/16
1040/12 1044/23
1045/18 1048/20
1049/6 1052/12
1052/13 1053/23
1056/25 1058/10
1060/9 1060/11
1060/13 1061/8 1062/9
1082/17 1133/2
1141/20 1148/1

**Court's [6]** 1029/23
1034/7 1034/23 1035/8
1061/1 1061/10

**courthouse [4]** 1051/4

1145/24 1146/1 1146/2
1143/21

**courtroom [17]** 1069/8
1069/21 1070/7 1074/9
1074/12 1078/22
1078/24 1079/11
1080/1 1080/5 1082/9
1082/16 1088/2 1132/5
1132/19 1135/4
1151/16

**courts [1]** 1081/3

**cover [7]** 1061/10
1068/20 1088/8
1096/11 1096/17
1096/25 1110/8

**covered [3]** 1049/2
1049/8 1049/12

**cowboy [2]** 1084/14
1112/25

**CR [1]** 1024/4

**craft [1]** 1118/19

**created [3]** 1032/22
1033/22 1143/4

**creating [1]** 1033/19

**credibility [3]** 1033/21
1076/19 1087/1

**credible [3]** 1149/9
1149/10 1149/19

**crime [5]** 1063/20
1064/9 1071/4 1126/5
1137/15

**crimes [6]** 1063/24
1063/25 1064/4
1064/12 1073/7 1127/8

**criminal [10]** 1028/8
1030/21 1031/2 1033/8
1033/25 1040/24
1070/24 1077/17
1079/2 1087/15

**Crisp [9]** 1025/14
1025/14 1028/20
1029/2 1058/23 1066/4
1066/15 1067/13
1073/23

**crisplegal.com [1]**
1025/16

**critical [2]** 1097/10
1127/12

**cross [10]** 1042/11
1061/24 1075/4
1075/13 1075/14
1138/8 1147/8 1147/12
1148/2 1152/6

**cross-examination [3]**
1061/24 1075/4 1152/6

**cross-examine [5]**
1075/13 1075/14
1147/8 1147/12 1148/2

**cross-examined [1]**
1042/11

**cross-examines [1]**
1138/8

**crossed [1]** 1143/11

**crowd [3]** 1085/14
1089/1 1089/11

**Crowl [1]** 1115/20

**CRR [2]** 1153/2 1153/8

**curative [1]** 1033/10

**current [1]** 1143/5

**custom [1]** 1083/5

**cycled [1]** 1101/4

**D**

**D.C [43]** 1024/5
1024/17 1026/4 1026/9
1027/5 1040/10
1040/11 1051/15
1054/2 1054/21
1062/16 1084/9 1086/5
1086/14 1097/19
1098/9 1098/12 1099/1
1101/23 1102/1
1103/19 1104/5 1105/1
1105/2 1105/23
1106/12 1106/18
1107/1 1107/5 1107/11
1108/3 1108/7 1108/14
1108/23 1108/25
1109/14 1111/22
1113/16 1119/12
1122/19 1135/7
1135/19 1148/18

**D.C. [4]** 1031/14
1039/15 1106/12
1106/13

**D.C. Circuit [2]**
1031/14 1039/15

**D.C. discussion [1]**
1106/13

**D.C. planning [1]**
1106/12

**Dallas [2]** 1025/4
1025/8

**damage [2]** 1072/7
1130/13

**damned [1]** 1124/1

**dark [1]** 1126/1

**data [1]** 1127/11

**date [2]** 1100/14
1153/7

**dating [1]** 1131/14

**daughter [5]** 1046/3
1046/4 1046/9 1046/14
1047/19

**David [2]** 1026/16
1028/21

**David Fischer [1]**
1028/21

**day [33]** 1024/7
1030/16 1040/13
1040/15 1041/2 1083/7
1083/16 1083/17
1093/11 1093/23
1094/4 1097/16 1101/1
1102/7 1106/7 1114/11
1118/11 1118/20
1128/12 1133/6
1136/15 1137/7 1137/9
1138/13 1138/13
1142/24 1142/25
1146/23 1146/23
1149/24 1150/5 1150/6
1150/6

**Day 1 [1]** 1138/13
**Day 2 [1]** 1138/13

**days [8]** 1046/5

days... **[7]** 1046/13
1094/11 1095/3
1095/16 1096/5 1127/5
1127/20
**de [1]** 1099/20
**de facto [1]** 1099/20
**deadline [2]** 1099/10
1100/16
**deal [1]** 1060/3
**dealing [1]** 1133/10
**dealt [1]** 1031/13
**decades [1]** 1143/18
**December [16]**
1050/25 1092/10
1098/16 1098/18
1098/22 1099/2
1099/19 1099/24
1100/17 1104/1
1104/14 1106/6 1106/7
1106/10 1108/20
1131/9
**decide [5]** 1073/8
1076/22 1077/3
1078/22 1080/4
**decided [1]** 1148/25
**decidedly [1]** 1118/6
**deciding [1]** 1031/17
**decision [4]** 1034/9
1057/4 1063/6 1078/8
**decisions [2]** 1063/2
1078/14
**declaration [2]** 1112/7
1112/13
**declare [3]** 1083/20
1083/23 1093/9
**declares [1]** 1093/19
**declaring [1]** 1094/16
**decorated [1]** 1055/3
**deemed [2]** 1035/13
1035/16
**defend [5]** 1084/22
1089/16 1126/6
1146/10 1146/10
**defendant [36]** 1025/2
1025/13 1026/2
1026/11 1026/15
1028/9 1028/10
1028/11 1028/11
1028/12 1028/16
1028/18 1028/19
1028/20 1028/21
1028/24 1031/7
1032/16 1032/17
1075/9 1075/15
1075/17 1077/17
1077/19 1077/21
1077/25 1078/5
1085/10 1086/16
1089/20 1089/25
1090/9 1101/23
1105/17 1130/16
1149/10
**Defendant 10 [1]**
1028/12
**Defendant 4 [1]**
1028/11
**Defendant Caldwell [1]**
1028/21

**Defendant Harrelson [1]**
1028/19
**Defendant Meggs [1]**
1028/18
**Defendant Rhodes [1]**
1028/16
**Defendant Watkins [1]**
1028/20
**defendant's [5]**
1034/13 1035/14
1075/3 1075/15
1102/24
**defendants [100]**
1024/7 1028/22
1029/21 1030/2 1032/9
1032/24 1033/8
1034/11 1035/10
1035/12 1035/17
1036/20 1036/22
1036/23 1037/16
1037/17 1037/19
1037/22 1038/15
1049/16 1049/17
1049/18 1049/19
1061/2 1071/1 1071/8
1071/10 1071/13
1071/20 1072/2 1072/5
1072/14 1072/19
1072/24 1073/4 1073/5
1073/9 1073/15
1073/19 1073/24
1074/15 1074/16
1075/7 1083/9 1083/21
1084/4 1084/12
1086/24 1087/3 1087/8
1087/24 1088/2 1088/9
1088/14 1088/16
1091/2 1091/4 1091/10
1091/20 1095/13
1097/5 1097/7 1097/12
1098/19 1100/2 1100/7
1100/13 1102/11
1103/11 1108/1 1108/4
1108/22 1109/9
1114/22 1114/25
1116/11 1118/17
1121/21 1124/16
1127/8 1127/12 1128/7
1128/14 1128/16
1128/24 1129/17
1129/19 1129/23
1130/4 1130/7 1130/11
1130/19 1130/24
1131/3 1131/11 1136/9
1136/10 1147/5 1147/9
1148/5
**defendants' [9]**
1034/22 1074/18
1075/11 1088/23
1103/8 1109/3 1119/13
1121/17 1124/21
**defense [25]** 1039/9
1043/4 1043/12 1049/6
1049/7 1053/2 1057/11
1057/21 1059/12
1060/13 1060/16
1060/17 1060/21
1061/1 1061/9 1067/7

1067/20 1073/9 1073/16
1073/19 1074/8 1075/5
1075/11 1075/14
1122/19 1135/17
**defensive [4]** 1144/9
1144/11 1145/2 1145/3
**defer [1]** 1030/11
**deferring [1]** 1030/14
**defined [1]** 1100/9
**definitely [1]** 1133/7
**definitive [1]** 1044/10
**degree [3]** 1031/12
1085/3 1095/22
**delay [2]** 1041/9
1071/16
**delaying [1]** 1041/3
**delete [8]** 1072/22
1125/15 1125/17
1125/20 1125/23
1126/14 1126/24
1127/18
**deleted [6]** 1072/19
1126/11 1126/12
1127/12 1127/15
1130/19
**deletes [1]** 1127/2
**deliberate [2]** 1070/3
1138/13
**deliberating [1]**
1150/20
**deliberations [5]**
1068/23 1069/19
1075/22 1076/6
1082/20
**delivered [5]** 1069/22
1078/20 1095/19
1099/1 1105/21
**democracy [1]**
1083/11
**democratic [2]** 1083/5
1135/11
**deniability [1]** 1096/6
**denied [11]** 1030/16
1030/24 1031/24
1034/13 1035/20
1040/21 1040/24
1047/25 1048/18
1048/19 1050/12
**Department [5]**
1035/21 1039/10
1039/23 1063/2 1116/6
**departures [1]** 1031/10
**depose [1]** 1041/22
**depositing [1]** 1107/16
**deposition [5]** 1040/23
1041/1 1041/2 1041/4
1041/11
**Deputy [3]** 1080/1
1082/9 1082/16
**derailed [1]** 1128/9
**derives [1]** 1084/22
**descended [1]** 1084/9
**describe [1]** 1076/7
**describing [1]** 1124/2
**descriptive [1]** 1123/6
**design [1]** 1089/13
**desperate [3]** 1098/19
1098/23 1100/14

1130/12
**destruction [1]** 1072/6
**detailed [1]** 1069/6
**details [2]** 1070/24
1149/21
**determine [2]** 1076/16
1076/18
**development [1]**
1041/25
**deviated [1]** 1031/19
**device [1]** 1055/19
**diagram [1]** 1114/17
**did [51]** 1029/22
1038/22 1039/2 1039/7
1043/22 1045/4 1045/4
1045/4 1045/6 1047/19
1057/5 1060/16
1070/16 1086/20
1088/16 1089/15
1094/21 1096/23
1097/5 1097/7 1098/24
1099/11 1099/15
1101/17 1101/21
1102/5 1102/17
1108/12 1109/8 1112/9
1112/10 1118/1 1123/9
1124/19 1125/18
1131/13 1136/22
1137/6 1137/8 1137/10
1138/23 1139/1
1141/12 1142/24
1143/15 1144/13
1144/22 1146/6 1146/6
1147/24 1149/14
**did you [1]** 1138/23
**didn't [16]** 1061/20
1063/24 1065/4
1067/20 1098/14
1100/4 1112/17
1126/14 1133/4 1139/2
1139/10 1141/6 1141/7
1141/11 1144/14
1150/11
**die [1]** 1099/25
**different [16]** 1033/20
1047/6 1058/19
1086/11 1087/19
1106/8 1106/11 1108/3
1129/13 1136/7 1138/1
1143/21 1147/1 1147/3
1148/11 1149/2
**difficult [2]** 1030/7
1034/6
**digestible [1]** 1129/2
**digital [1]** 1127/11
**diligent [1]** 1035/6
**dinner [1]** 1124/24
**dire [9]** 1034/17
1035/13 1035/24
1035/25 1036/1
1036/10 1038/12
1038/13 1134/17
**direct [3]** 1075/2
1075/12 1091/24
**directed [1]** 1117/9
**directions [2]** 1062/16
1121/16

**directly [1]** 1130/25
**disabuse [1]** 1055/23
**disagree [1]** 1061/14
**disagrees [1]** 1043/9
**disaster [1]** 1143/20
**discharged [1]** 1031/8
**discharging [1]**
1071/24 1130/8
**disclose [1]** 1070/8
**discretion [4]** 1031/9
1031/17 1063/11
1064/7
**discuss [9]** 1078/7
1079/4 1080/3 1082/10
1092/11 1096/10
1107/24 1108/12
1126/2
**discussed [8]** 1034/14
1054/22 1079/16
1126/14 1133/9
1145/11 1145/14
1145/17
**discussing [1]** 1121/12
**discussion [2]** 1079/18
1106/13
**discussions [6]**
1044/21 1044/22
1044/22 1079/18
1107/6 1152/2
**disguise [1]** 1110/17
**dismiss [1]** 1065/4
**disobey [1]** 1085/2
**disorder [1]** 1072/12
**disparities [1]** 1033/21
**dispel [1]** 1144/7
**disposing [1]** 1030/21
**dispositions [1]**
1060/15
**dispute [2]** 1051/10
1081/20
**disregard [3]** 1077/6
1133/24 1141/22
**disrupt [2]** 1083/22
1119/1
**distance [1]** 1092/15
**distinctive [1]** 1112/25
**distort [1]** 1081/25
**distracts [1]** 1069/16
**district [10]** 1024/1
1024/1 1024/10
1032/11 1032/15
1034/9 1073/18
1092/14 1144/14
1144/15
**Division [2]** 1039/10
1039/22
**divulged [1]** 1134/10
**Dixon [1]** 1031/14
**DNA [6]** 1050/12
1051/2 1053/16
1055/11 1055/22
1056/3
**do [66]** 1030/11
1030/12 1035/9
1035/11 1036/16
1043/1 1044/25 1047/8
1051/10 1051/14
1060/18 1063/17

do... [54] 1067/20
1068/10 1074/10
1074/12 1075/8 1079/5
1079/18 1079/25
1082/3 1082/5 1082/8
1082/12 1082/14
1082/15 1083/12
1087/17 1090/25
1094/1 1094/20
1098/25 1100/20
1101/9 1102/11
1102/15 1109/11
1110/3 1110/9 1112/9
1112/10 1116/12
1122/7 1125/25 1126/2
1127/1 1130/21 1131/5
1133/14 1134/21
1137/3 1139/3 1141/8
1141/9 1141/17 1142/4
1144/20 1144/20
1146/2 1146/3 1146/4
1146/24 1149/12
1151/13 1151/23
1152/7

do you have [2]
1036/16 1043/1

document [1] 1093/5

documents [2]
1072/17 1147/15

does [11] 1029/15
1029/16 1030/8
1031/16 1061/10
1066/25 1067/7 1075/9
1075/11 1112/13
1136/17

doesn't [5] 1034/15
1042/22 1056/9
1063/20 1147/25

dog [3] 1052/25 1053/4
1053/13

dog's [1] 1053/1

doing [12] 1071/10
1074/9 1089/19
1109/17 1109/19
1110/3 1116/2 1117/10
1121/7 1124/13 1126/1
1128/4

Dolan [1] 1117/5

dollars [1] 1108/20

dome [1] 1092/16

don't [40] 1030/6
1034/20 1040/17
1044/12 1044/24
1045/2 1048/17
1048/21 1049/4 1050/2
1050/5 1051/13 1056/6
1056/11 1058/24
1061/14 1063/20
1064/1 1065/13
1065/20 1067/4 1067/6
1067/13 1078/13
1080/2 1087/16
1087/19 1089/21
1091/22 1092/19
1092/19 1101/9
1101/10 1126/18
1127/2 1137/17 1140/8

1147/3 1150/1
1150/15

Donald [3] 1083/14
1094/18 1096/20

Donald Trump [2]
1094/18 1096/20

done [12] 1034/18
1038/12 1038/14
1044/1 1125/8 1129/1
1132/14 1142/6
1143/17 1143/19
1146/11 1148/17

Donovan [1] 1115/20

door [2] 1116/8 1152/6

doors [8] 1089/5
1090/2 1090/5 1090/9
1114/14 1119/23
1122/22 1130/13

doubt [9] 1042/10
1055/10 1073/10
1077/20 1077/22
1077/24 1078/5
1130/23 1137/11

Douyon [1] 1066/18

down [9] 1082/19
1095/14 1103/24
1116/4 1116/14
1117/24 1125/22
1134/9 1146/4

dozens [1] 1101/3

Dozer [1] 1115/24

draw [1] 1073/4

dressed [2] 1089/2
1118/8

drive [2] 1026/12
1097/7

driving [2] 1066/20
1107/12

drove [6] 1054/21
1098/9 1108/22 1125/2
1125/5 1128/8

Due [1] 1086/14

dues [1] 1086/3

dues-paying [1]
1086/3

Dulles [1] 1040/11

Dunn [3] 1118/5
1118/7 1118/9

during [38] 1035/3
1035/12 1049/23
1056/11 1068/22
1069/12 1069/19
1069/21 1070/11
1070/17 1073/7
1076/24 1079/9
1082/20 1084/3
1086/23 1087/14
1088/5 1088/10 1092/1
1092/22 1094/10
1098/1 1099/6 1099/21
1103/10 1105/8
1105/15 1110/20
1110/23 1111/1
1115/12 1117/15
1118/6 1122/24
1123/17 1127/10

duties [3] 1071/25

1094/5

duty [6] 1031/7
1076/14 1078/1
1089/19 1117/11
1121/8

dwindled [1] 1100/11

**E**

each [24] 1069/11
1070/10 1073/8 1075/3
1075/16 1075/23
1076/3 1084/4 1084/11
1086/16 1087/18
1087/20 1087/24
1098/15 1101/22
1103/15 1104/12
1106/19 1115/13
1119/18 1122/2 1129/5
1129/12 1134/7

earlier [7] 1050/12
1104/11 1110/21
1114/25 1119/24
1120/5 1122/17

early [2] 1048/10
1126/10

easier [1] 1129/2

easily [1] 1084/14

east [6] 1089/1
1114/22 1114/23
1119/17 1119/23
1122/22

easy [3] 1099/24
1107/1 1131/4

ECF [5] 1029/15
1048/14 1050/9
1060/10 1060/12

ECF 214 [1] 1060/12

ECF 288 [1] 1060/10

echo [1] 1030/4

Ed [3] 1107/24 1111/18
1122/12

Ed Vallejo [2] 1107/24
1122/12

Edmund [1] 1026/2

Edward [3] 1025/10
1028/12 1028/16

Edward Tarpley [1]
1028/16

Edwards [2] 1028/14
1060/8

edwardtarpley [1]
1025/12

effect [5] 1047/2
1047/7 1054/7 1076/18
1141/14

effective [2] 1031/4
1034/6

effectively [1] 1033/10

efficient [3] 1034/8
1074/7 1076/11

efforts [3] 1103/11
1109/3 1121/23

egg [1] 1045/5

eight [1] 1041/18

either [5] 1041/21
1044/21 1048/23
1077/11 1138/1

elderly [1] 1041/18

1094/5

elected [1] 1089/18

election [27] 1048/11
1071/10 1083/20
1083/24 1084/8
1086/20 1092/12
1092/13 1093/10
1093/11 1093/22
1094/2 1094/3 1094/14
1094/18 1094/19
1094/19 1095/5
1096/19 1106/7
1111/13 1117/17
1117/19 1122/10
1124/18 1127/24
1129/20

electoral [7] 1071/22
1072/4 1083/19 1115/2
1121/10 1128/10
1130/6

electronic [1] 1080/12

electronically [1]
1078/18

element [3] 1077/25
1078/4 1137/12

elements [1] 1031/11

elevator [1] 1079/15

elicited [1] 1037/24

eliciting [1] 1052/2

Ellipse [2] 1102/4
1109/15

ELMER [4] 1024/6
1025/2 1028/10 1071/1

else [12] 1038/21
1038/23 1039/5 1044/7
1060/4 1063/25
1070/20 1078/17
1079/17 1133/5
1138/14 1149/19

email [11] 1024/18
1024/19 1025/5 1025/9
1025/12 1025/16
1026/5 1026/10
1026/14 1026/19
1080/14

emails [1] 1091/24

Empire [1] 1026/17

employed [2] 1035/21
1039/10

encounter [1] 1079/10

encountered [1]
1118/4

encouraged [2]
1072/21 1125/7

encouraging [1]
1095/9

encryption [1] 1091/20

end [24] 1069/6
1069/21 1070/8
1075/20 1076/4 1078/9
1087/10 1088/15
1091/20 1091/20
1093/18 1093/25
1102/23 1120/14
1128/19 1129/5 1134/5
1135/20 1135/21
1136/24 1137/7

1094/5 1150/21
1150/22

ended [1] 1096/23

ending [1] 1113/20

enemies [1] 1084/23

enforcement [7]
1064/4 1072/10
1084/21 1143/5
1144/21 1144/25
1150/10

engage [1] 1114/14

engendered [1] 1033/6

enough [3] 1106/3
1116/10 1122/17

ensure [1] 1034/2

enter [2] 1087/15
1087/18

entered [12] 1070/6
1071/13 1071/20
1087/8 1108/15 1113/5
1114/22 1117/1
1129/23 1130/4
1132/19 1147/6

entering [1] 1116/10

entire [2] 1063/15
1093/6

entirely [1] 1069/4

entitled [1] 1081/19

entry [1] 1107/12

equality [1] 1135/9

equipment [1] 1108/21

equitable [1] 1033/24

erect [1] 1034/5

error [1] 1039/16

escalating [1] 1121/24

escaped [1] 1124/11

escort [1] 1114/15

especially [3] 1091/19
1092/7 1106/21

essential [1] 1031/11

essentially [2] 1032/8
1047/6 1047/11

establish [2] 1045/20
1055/8

established [2]
1030/24 1081/14

ET [1] 1024/6

evacuate [1] 1114/8

evacuating [1] 1114/7

evaluate [2] 1088/13
1134/3

evaluation [1] 1033/16

even [29] 1032/2
1053/14 1070/6 1074/8
1077/4 1078/10
1078/13 1079/1
1081/17 1086/19
1087/16 1092/17
1094/5 1095/16 1097/6
1100/22 1102/8 1102/9
1104/24 1107/10
1118/21 1119/20
1121/23 1127/23
1134/23 1137/9
1138/25 1151/11
1151/20

evening [3] 1029/10
1117/21 1122/1

**event [3]** 1070/4
1143/15 1144/18
**events [11]** 1040/13
1103/5 1136/5 1137/22
1142/5 1142/7 1143/17
1143/18 1143/19
1144/24 1146/8
**eventually [1]** 1119/22
**ever [6]** 1036/19
1036/21 1037/15
1057/5 1069/24 1083/3
**every [10]** 1035/1
1077/17 1077/24
1083/7 1093/8 1108/22
1134/7 1137/12
1137/12 1150/10
**everybody [3]** 1029/1
1068/2 1149/19
**everybody's [1]** 1065/1
**everyone [13]** 1028/5
1028/6 1028/25 1032/4
1067/24 1068/15
1116/18 1125/15
1132/6 1132/10
1132/20 1151/17
1152/9
**everything [8]** 1038/21
1038/23 1039/5
1081/11 1115/14
1116/2 1127/2 1133/5
**evidence [115]** 1033/4
1033/21 1043/11
1044/6 1045/23
1047/18 1047/19
1047/24 1048/12
1049/23 1049/25
1049/25 1050/1
1050/10 1050/13
1050/14 1050/21
1051/2 1051/3 1051/3
1051/7 1051/18
1051/20 1051/22
1053/24 1054/18
1055/14 1056/7
1056/15 1060/14
1069/15 1070/20
1073/2 1073/3 1074/6
1074/21 1074/22
1075/6 1075/7 1075/10
1075/11 1075/20
1076/1 1076/3 1076/3
1076/19 1077/9
1078/15 1081/20
1081/21 1084/3 1087/7
1087/14 1087/23
1088/6 1088/10
1088/13 1088/15
1100/2 1101/25
1102/14 1103/7
1103/11 1106/1
1106/20 1107/14
1108/1 1118/5 1118/15
1120/18 1127/7 1127/7
1128/21 1128/23
1129/7 1129/16
1129/18 1129/18
1130/20 1131/3

1134/3 1134/5 1135/17
1136/6 1136/13
1136/16 1137/7
1137/25 1138/11
1138/23 1139/9
1139/14 1140/3
1141/18 1142/2 1142/3
1142/3 1142/12
1142/18 1142/19
1143/2 1143/16 1144/6
1145/5 1146/17
1146/19 1150/7
1150/14 1150/21
1150/22 1150/24
1151/13 1152/7
**evidentiary [3]** 1033/6
1033/15 1034/3
**exact [5]** 1054/8
1054/8 1114/24
1119/23 1120/8
**exactly [6]** 1036/22
1037/1 1046/18
1087/17 1093/13
1148/6
**exaggerated [2]**
1147/14 1148/7
**examination [7]**
1061/24 1075/2 1075/4
1075/6 1075/13
1075/16 1152/6
**examine [5]** 1075/13
1075/14 1147/8
1147/12 1148/2
**examined [1]** 1042/11
**examines [1]** 1138/8
**example [6]** 1062/9
1063/23 1079/14
1081/14 1082/13
1135/9
**examples [1]** 1089/25
**Excel [1]** 1043/5
**except [2]** 1039/1
1061/22
**exceptions [2]** 1030/20
1031/20
**excerpt [1]** 1031/13
**excess [1]** 1053/18
**exclusive [1]** 1077/7
**exculpatory [1]**
1138/23
**excuse [3]** 1037/12
1048/15 1055/20
**excused [1]** 1102/24
**execution [2]** 1071/17
1130/1
**exhausted [1]** 1118/10
**exist [4]** 1091/21
1091/22 1134/23
1147/25
**existence [2]** 1087/14
1135/12
**exit [1]** 1047/19
**exited [4]** 1044/4
1047/18 1132/5
1151/16
**exiting [1]** 1047/22
**expect [8]** 1074/22

1136/3 1136/19 1147/4
1147/18 1151/3
**experience [3]** 1030/24
1086/12 1087/4
**experienced [1]**
1081/3
**expert [2]** 1127/10
1142/14
**experts [1]** 1043/11
**explain [9]** 1032/4
1069/4 1073/11
1073/13 1080/25
1087/9 1129/7 1130/22
1150/5
**explained [4]** 1032/15
1097/23 1101/14
1112/3
**explaining [2]** 1088/22
1124/7
**explanation [1]** 1057/2
**explanatory [1]**
1058/10
**explosive [1]** 1055/19
**explosives [7]** 1051/7
1051/9 1054/5 1054/11
1054/14 1054/19
1106/2
**exposed [1]** 1035/6
**express [1]** 1031/6
**expressed [1]** 1077/4
**extends [1]** 1080/12
**extensive [3]** 1051/3
1053/3 1103/11
**extensively [1]**
1029/19
**extent [9]** 1038/3
1040/2 1042/6 1047/21
1049/13 1055/12
1061/22 1076/22
1133/16
**extract [1]** 1046/1
**extracted [1]** 1043/19
**extraction [5]** 1043/5
1044/14 1044/17
1046/4 1046/6
**extremely [2]** 1142/11
1142/12
**extremism [1]** 1056/17
**extremist [1]** 1056/17
**eye [4]** 1031/10
1084/15 1084/15
1150/13

**F**

**F.2d [1]** 1031/15
**F.Supp.2d [1]** 1032/13
**F2F [1]** 1092/8
**face [4]** 1062/6 1092/8
1092/8 1128/16
**Facebook [6]** 1078/20
1091/11 1125/9
1125/12 1125/13
1127/18
**faced [1]** 1135/12
**facilitate [1]** 1056/5
**facing [1]** 1151/25
**fact [14]** 1030/21

1043/22 1055/22
1056/23 1063/15
1063/19 1074/10
1082/8 1091/25
1118/16 1151/22
**fact-finders [2]**
1033/19 1034/5
**fact-finding [1]** 1031/2
**facto [1]** 1099/20
**facts [7]** 1043/11
1076/17 1076/18
1077/4 1077/5 1080/6
1134/6
**factual [3]** 1052/13
1081/22 1137/20
**failed [1]** 1078/4
**fails [1]** 1101/11
**failure [1]** 1149/1
**fair [12]** 1032/2 1032/3
1033/24 1034/8
1036/17 1037/9
1037/14 1037/18
1040/16 1063/7
1076/11 1134/14
**fairly [2]** 1036/24
1052/4
**faith [2]** 1145/24
1146/5
**familiar [2]** 1039/13
1044/23
**families [1]** 1114/9
**family [7]** 1040/6
1040/6 1043/6 1046/12
1052/24 1053/14
1078/25
**far [5]** 1030/14 1031/25
1039/23 1040/9
1053/18
**farm [4]** 1086/4
1104/15 1104/18
1125/6
**father [1]** 1046/21
**fault [1]** 1044/12
**FBI [14]** 1051/10
1056/2 1062/5 1063/4
1063/5 1064/3 1064/11
1074/2 1106/3 1127/5
1128/13 1129/6
1129/11 1149/23
**fear [1]** 1035/8
**featured [2]** 1105/6
1105/11
**February [1]** 1126/10
**federal [4]** 1039/11
1040/23 1093/12
1094/9
**feeds [2]** 1080/22
1080/22
**feel [3]** 1066/25
1069/25 1132/15
**feelings [1]** 1037/9
**feet [2]** 1092/16 1116/7
**fell [1]** 1057/8
**fellow [6]** 1078/11
1078/13 1080/2 1082/9
1082/11 1120/9
**felt [2]** 1114/13

**Ferguson [1]** 1143/21
**Ferguson Courthouse**
**[1]** 1143/21
**fetter [1]** 1034/6
**few [13]** 1076/5
1089/25 1095/16
1098/5 1111/14 1116/7
1128/20 1128/22
1129/11 1136/4
1140/23 1146/21
1149/14
**fewer [1]** 1127/13
**fibers [1]** 1053/4
**fiery [1]** 1099/1
**Fifth [1]** 1139/1
**fight [4]** 1095/20
1097/2 1097/14
1122/16
**fighting [2]** 1097/24
1128/7
**figuring [1]** 1107/3
**file [1]** 1064/24
**filed [14]** 1029/9
1029/12 1034/11
1040/22 1041/9
1042/17 1050/11
1056/11 1056/13
1057/1 1059/11
1059/11 1059/21
1141/7
**fill [2]** 1136/7 1136/13
**filled [1]** 1134/10
**filmed [1]** 1105/8
**final [4]** 1035/10
1037/1 1070/9 1078/9
**finally [12]** 1032/7
1072/14 1076/4
1079/20 1082/17
1086/1 1092/6 1093/21
1106/15 1121/17
1130/19 1131/9
**financial [1]** 1129/8
**find [14]** 1034/24
1052/14 1063/9
1069/14 1069/15
1077/23 1078/1 1078/3
1078/5 1079/14
1088/16 1135/23
1146/25 1147/1
**finders [1]** 1033/19
1034/5
**finding [2]** 1031/2
1044/10
**fine [3]** 1067/12
1088/21 1132/17
**fingerprints [1]** 1052/2
**finish [1]** 1074/13
**finished [4]** 1075/3
1075/5 1075/17
1132/22
**firearms [14]** 1052/21
1084/5 1086/7 1098/9
1103/13 1104/23
1105/9 1107/4 1107/17
1108/2 1108/21
1111/22 1112/3 1129/9
**firefighters [1]** 1143/6

**F**

**firepower [2]** 1108/6
1109/2
**firing [1]** 1105/7
**first [18]** 1029/14
1041/7 1041/7 1042/10
1042/18 1062/22
1065/18 1071/12
1074/14 1081/11
1084/13 1117/20
1128/23 1129/22
1131/15 1132/22
1138/7 1138/10
**Fischer [9]** 1026/16
1026/16 1028/21
1061/21 1062/4 1062/7
1062/20 1066/11
1073/24
**fischerandputzi [1]**
1026/19
**fit [4]** 1088/12 1097/24
1129/10 1136/15
**fits [1]** 1129/3
**five [13]** 1035/18
1036/10 1038/15
1047/9 1065/3 1072/2
1072/24 1073/9 1084/4
1084/12 1088/8
1088/14 1133/20
**flag [2]** 1100/22
1108/17
**flagged [2]** 1038/8
1039/6
**flaw [1]** 1044/13
**fled [1]** 1127/20
**fleeing [1]** 1121/20
**flew [1]** 1108/22
**flip [2]** 1088/19
1088/20
**floated [1]** 1041/7
**floor [2]** 1132/13
1132/25
**Florida [19]** 1046/20
1047/11 1047/11
1050/24 1085/11
1085/18 1090/4
1097/17 1099/17
1099/20 1099/24
1104/21 1104/22
1105/19 1105/22
1106/12 1107/20
1113/22 1123/7
**fluence [1]** 1084/17
**flying [1]** 1100/23
**focus [2]** 1129/13
1129/17
**focused [3]** 1084/20
1100/14 1106/9
**foiled [1]** 1128/12
**folks [2]** 1065/4
1066/25
**follicle [1]** 1053/13
**follow [3]** 1034/25
1073/12 1144/19
**followed [2]** 1038/3
1101/5 1124/7
**followers [14]** 1084/18
1085/1 1092/13

1096/8 1098/19
1098/23 1099/16
1099/24 1109/19
1110/5 1123/16
1125/17
**following [9]** 1040/12
1064/12 1066/19
1071/9 1079/22
1092/13 1095/5
1096/19 1129/20
**foot [2]** 1085/14
1118/12
**force [36]** 1071/8
1071/15 1071/16
1083/13 1086/9 1087/6
1089/18 1090/11
1096/1 1096/15
1096/25 1097/7
1097/15 1098/8
1098/13 1100/10
1102/12 1103/24
1104/6 1106/22
1109/12 1112/14
1116/24 1116/24
1121/24 1126/16
1129/19 1129/24
1130/1 1131/6 1135/24
1135/24 1141/25
1143/2 1144/10 1145/2
**forced [6]** 1114/25
1115/7 1115/9 1119/1
1123/13 1130/14
**Forces [1]** 1087/5
**forcibly [5]** 1105/13
1113/24 1120/3 1128/8
1141/25
**forcing [1]** 1120/10
**foregoing [1]** 1153/3
**forensic [2]** 1044/13
1051/22
**formal [5]** 1058/2
1071/3 1087/9 1115/2
1128/18
**formally [4]** 1083/19
1093/9 1093/19
1099/21
**formation [5]** 1089/4
1089/6 1089/7 1113/23
1119/18
**formed [1]** 1098/15
**former [7]** 1054/24
1055/4 1084/19
1084/19 1084/20
1089/15 1143/4
**FormerFeds [1]**
1026/12
**formerfedsgroup.com
[1]** 1026/14
**formerly [1]** 1093/2
**forming [1]** 1090/25
**forth [1]** 1137/25
**forward [14]** 1048/10
1055/11 1090/1
1098/16 1101/16
1116/24 1116/24
1124/3 1134/14 1138/7
1138/8 1139/15 1143/3

**found [5]** 1051/5
1051/8 1051/15
1054/19 1054/20
**founder [2]** 1067/19
1084/15
**founding [1]** 1110/13
**four [6]** 1032/9
1036/18 1070/3 1083/7
1093/8 1141/18
**fourth [1]** 1085/16
**frame [1]** 1116/8
**frankly [3]** 1041/4
1053/14 1053/19
**free [3]** 1069/25
1133/11 1148/22
**freedom [3]** 1092/16
1115/24 1135/9
**friends [1]** 1078/25
**front [7]** 1025/15
1089/4 1100/23 1103/4
1117/24 1131/19
1134/12
**fuck [2]** 1112/7 1126/9
**fucked [1]** 1123/25
**fulfilling [1]** 1130/9
**full [6]** 1032/20
1034/10 1105/15
1136/14 1138/15
1140/12
**fullest [1]** 1070/12
**functioning [1]**
1099/20
**further [6]** 1033/12
1067/1 1067/8 1080/25
1082/14 1087/5
**furtherance [3]**
1054/16 1148/20
1148/23
**furthering [1]** 1087/20
**Furthermore [1]**
1081/16

**G**

**gain [1]** 1087/1
**gained [1]** 1087/4
**game [2]** 1063/7
1102/17
**gaps [2]** 1136/7
1136/14
**gather [1]** 1121/14
**gathering [1]** 1095/9
**Gator [4]** 1085/15
1085/20 1106/13
1106/14
**Gator 6 [2]** 1106/13
1106/14
**gave [2]** 1091/7 1125/2
**gear [6]** 1089/3
1094/20 1103/14
1108/21 1118/9
1129/10
**gearing [1]** 1103/13
**general [1]** 1068/21
1085/7 1120/5 1149/18
**Generally [1]** 1081/6
**generation [1]** 1110/13
**gentleman [1]** 1039/21

**gentlemen [25]**
1067/25 1068/17
1082/25 1089/23
1090/24 1097/25
1100/24 1101/20
1110/7 1112/20
1116/25 1122/9
1124/15 1126/3 1128/6
1131/2 1131/18 1132/1
1132/21 1133/3
1133/23 1139/4
1140/16 1141/21
1151/2
**geographic [2]**
1103/16 1106/19
**George [1]** 1083/4
**Georgia [2]** 1104/12
1119/4
**German [1]** 1119/21
**get [35]** 1048/23
1052/15 1059/24
1061/21 1062/16
1062/21 1064/1
1064/11 1065/18
1066/23 1068/4
1080/22 1086/13
1090/14 1090/23
1091/12 1107/4
1112/17 1116/13
1116/16 1120/2 1132/7
1134/13 1137/16
1138/5 1138/12
1138/14 1139/4
1147/12 1148/11
1149/25 1150/15
1151/6 1152/4 1152/5
**gets [2]** 1138/10
1138/11
**getting [5]** 1063/11
1068/5 1095/1 1101/22
1126/21
**Geyer [7]** 1026/11
1028/19 1052/8
1053/22 1056/2 1066/8
1073/23
**give [17]** 1049/22
1050/1 1062/8 1068/17
1069/6 1069/7 1070/12
1094/12 1096/5
1096/10 1136/14
1137/18 1150/3
1150/22 1150/23
1151/9 1151/19
**given [5]** 1030/4
1079/23 1011/4
1136/11 1151/3
**gives [1]** 1134/4
**giving [1]** 1115/25
**Glen [1]** 1026/18
**gmail.com [1]** 1025/9
**go [24]** 1043/22
1043/23 1047/2 1069/1
1069/18 1078/17
1089/15 1101/16
1102/17 1107/7 1110/1
1122/11 1126/1 1133/8
1135/5 1137/15

1138/10 1138/12
1142/9 1144/18
1149/13 1149/14
1151/4 1151/21
**go ahead [1]** 1135/5
**goal [5]** 1083/24
1100/9 1103/9 1112/15
1121/24
**goals [2]** 1087/20
1103/6
**goes [5]** 1030/15
1056/1 1064/3 1119/6
1149/19
**going [131]**
**good [12]** 1028/8
1028/25 1044/11
1052/9 1052/10
1082/25 1108/10
1133/3 1145/24 1146/5
1151/23 1151/24
**Good morning [5]**
1028/8 1028/25 1052/9
1052/10 1082/25
**good-faith [1]** 1146/5
**got [12]** 1041/5
1055/25 1083/17
1110/23 1123/14
1124/24 1137/19
1138/14 1138/15
1147/9 1147/20 1148/5
**GoToMeeting [5]**
1091/16 1096/8 1097/2
1097/12 1106/8
**gotten [1]** 1143/11
**govern [1]** 1135/10
**government [109]**
1024/14 1028/14
1029/15 1029/16
1029/21 1030/2 1030/8
1030/13 1031/5
1032/25 1042/11
1042/21 1043/17
1043/24 1045/6
1045/24 1047/25
1049/14 1052/15
1055/9 1055/14 1056/3
1056/5 1056/8 1056/14
1056/16 1057/19
1058/12 1060/6
1060/10 1060/12
1060/17 1060/21
1060/25 1061/14
1063/18 1071/15
1072/6 1073/8 1073/14
1073/16 1074/2
1074/14 1074/25
1075/1 1075/3 1075/5
1075/6 1075/13
1075/17 1077/21
1077/24 1078/3
1082/23 1083/3 1084/2
1084/10 1087/6
1092/20 1093/6 1095/5
1097/2 1126/5 1126/16
1127/4 1129/25
1130/13 1130/22
1131/12 1135/22
1136/3 1136/11

**government... [37]**
1136/12 1136/17
1136/21 1137/17
1137/23 1138/2
1138/10 1138/10
1138/16 1140/6 1140/6
1140/21 1140/25
1141/8 1141/13
1141/24 1141/25
1142/14 1142/17
1142/18 1143/8
1143/13 1144/1 1144/7
1144/8 1145/18
1146/13 1146/18
1147/2 1147/6 1148/12
1149/3 1149/4 1150/3
1150/7 1150/16
1150/18
**government's [9]**
1044/12 1051/21
1052/22 1060/19
1062/10 1068/24
1074/17 1140/22
1148/4
**Governor [1]** 1026/17
**governor's [1]** 1110/13
**grade [1]** 1030/22
**graduate [1]** 1084/18
**grammar [1]** 1098/3
**grand [5]** 1070/25
1072/22 1127/6 1127/8
1130/20
**grant [2]** 1031/17
1058/10
**granted [1]** 1032/21
**granting [2]** 1031/22
1032/15
**gravity [1]** 1031/13
**gray [2]** 1085/12
1086/2
**Great [1]** 1029/6
**Greene [1]** 1113/15
**grenade [1]** 1050/11
**grenades [21]** 1050/24
1051/12 1051/13
1051/15 1051/18
1051/23 1051/24
1052/3 1052/5 1052/23
1053/2 1053/6 1053/9
1054/4 1054/19
1054/23 1054/24
1055/5 1055/8 1106/3
1107/21
**grew [1]** 1098/19
**ground [1]** 1106/17
**grounds [4]** 1111/15
1112/21 1113/6
1121/14
**group [72]** 1035/7
1036/15 1036/21
1038/7 1054/2 1062/18
1089/2 1090/10
1091/24 1093/8 1095/3
1097/22 1098/6 1098/8
1099/7 1100/17
1100/22 1101/1
1101/12 1103/18

1104/9 1104/21
1104/22 1105/4
1105/22 1106/17
1106/19 1109/14
1109/17 1109/23
1110/1 1111/4 1111/17
1111/23 1112/10
1112/17 1112/23
1113/5 1113/10
1115/10 1115/11
1115/15 1116/12
1116/14 1116/25
1117/2 1117/23 1118/4
1118/12 1118/23
1119/7 1119/20
1120/13 1122/5
1122/11 1122/15
1122/18 1123/2 1123/4
1123/9 1123/12
1123/21 1126/4
1140/25 1140/25
1141/1 1141/1 1141/1
1141/2 1142/11
**group's [3]** 1106/20
1111/4 1118/6
**grouped [1]** 1084/16
**groups [4]** 1101/23
1103/18 1104/13
1106/20
**groups' [2]** 1096/13
1112/4
**guarding [3]** 1096/15
1112/3 1122/13
**guards [1]** 1102/9
**guerilla [2]** 1112/8
1112/13
**guess [5]** 1043/10
1047/15 1063/7
1064/13 1077/14
**guilt [4]** 1033/5
1033/17 1073/3 1073/4
**guilty [14]** 1072/24
1073/9 1077/20
1077/22 1078/1 1078/6
1088/17 1102/14
1131/20 1131/21
1131/22 1131/22
1131/23 1135/23
**guns [11]** 1052/16
1086/13 1096/16
1108/8 1122/13 1124/8
1126/22 1126/22
1146/3 1146/6 1148/18
**guy [1]** 1107/22
**guys [2]** 1047/14
1134/17

**H**

**Hackett [1]** 1105/12
**had [96]** 1029/1 1031/6
1035/3 1035/6 1035/18
1035/20 1036/3 1036/9
1036/14 1036/19
1036/21 1036/22
1036/22 1037/1 1037/3
1037/6 1037/8 1037/11
1037/15 1038/2 1038/5

1038/10 1038/20
1039/4 1039/9 1039/17
1040/5 1040/14
1042/20 1047/11
1047/12 1050/11
1051/7 1051/17
1052/20 1053/15
1054/4 1054/11
1054/13 1056/10
1056/13 1059/10
1060/8 1060/12 1065/3
1068/2 1068/6 1068/6
1069/11 1083/5
1094/18 1099/19
1101/25 1104/3 1106/2
1109/11 1112/3
1112/16 1113/11
1114/6 1114/15
1115/17 1116/11
1116/15 1117/15
1118/10 1118/11
1119/20 1119/24
1120/24 1121/3 1122/3
1122/20 1123/5
1123/12 1124/8
1124/16 1124/17
1125/8 1125/9 1125/16
1126/6 1126/22
1127/16 1127/23
1134/9 1135/18
1143/11 1143/18
1144/24 1145/20
1145/21 1148/25
1149/11
**hadn't [1]** 1052/13
**hair [4]** 1053/13
1053/13 1053/14
1085/19
**Haldeman [1]** 1034/16
**half [7]** 1036/14
1113/12 1114/5
1119/24 1138/2 1139/9
1139/23
**Haller [4]** 1026/6
1026/7 1028/17
1073/23
**hallerjulia [1]** 1026/10
**halls [1]** 1114/4
**hallway [3]** 1116/4
1116/15 1130/17
**hand [19]** 1050/11
1050/24 1051/12
1051/12 1051/14
1051/23 1051/24
1052/23 1053/1 1053/6
1053/9 1054/4 1054/19
1054/22 1054/24
1055/5 1055/8 1070/21
1078/3
**handful [2]** 1140/7
1140/8
**handle [1]** 1068/7
**hands [8]** 1068/10
1068/12 1089/4
1109/10 1109/21
1110/5 1118/22
1119/18

1124/4
**happen [5]** 1068/18
1080/22 1082/5 1082/7
1120/25
**happened [5]** 1082/13
1096/23 1136/15
1149/16 1152/3
**happening [1]** 1150/5
**happens [2]** 1046/25
1078/22
**happy [1]** 1151/19
**hard [1]** 1034/24
1099/9 1100/15
**harder [1]** 1100/5
**harm [1]** 1142/23
**Harrelson [41]** 1026/11
1028/11 1028/19
1028/22 1071/2 1072/6
1072/15 1073/20
1085/16 1085/18
1085/24 1086/10
1089/9 1090/5 1097/13
1104/22 1105/7
1105/24 1106/5
1106/16 1107/18
1109/5 1114/2 1115/8
1115/11 1117/3 1117/4
1118/4 1118/14
1118/21 1118/25
1120/9 1121/11
1122/20 1123/1
1126/10 1126/13
1126/17 1126/24
1127/14 1131/21
**Harrisburg [1]** 1025/15
**Harry [1]** 1118/5
**Harry Dunn [1]** 1118/5
**has [52]** 1030/2 1030/2
1030/18 1031/3
1031/18 1034/16
1034/18 1035/1
1037/21 1038/8
1038/12 1041/10
1041/16 1041/19
1042/13 1042/15
1042/20 1043/9
1044/23 1045/18
1045/24 1050/23
1051/18 1054/8 1055/6
1055/14 1058/18
1061/17 1062/13
1063/8 1063/12
1063/13 1063/19
1064/9 1073/8 1077/24
1078/4 1084/16
1092/24 1094/6 1094/7
1101/7 1102/25
1111/16 1135/3
1135/12 1136/11
1138/25 1146/18
1147/2 1148/12
1150/16
**hasn't [2]** 1042/21
1063/25
**hat [2]** 1084/14
1112/25
**hate [1]** 1137/1

1030/23 1031/16
1032/9 1032/21
1032/22 1032/23
1033/1 1033/3 1033/5
1033/9 1033/11
1033/14 1033/16
1033/19 1033/22
1034/2 1035/8 1035/10
1036/16 1037/20
1038/4 1038/15 1039/3
1040/20 1042/10
1043/1 1043/4 1043/10
1044/24 1045/6
1047/22 1049/3 1049/4
1049/20 1050/2
1052/23 1053/16
1056/2 1056/4 1057/22
1059/14 1060/2
1060/10 1062/5 1063/4
1065/2 1065/6 1065/15
1065/23 1066/19
1068/1 1068/10
1068/18 1068/23
1069/22 1069/24
1070/1 1070/4 1072/24
1073/5 1073/6 1073/25
1074/15 1075/5
1075/16 1075/23
1076/5 1077/4 1077/15
1079/23 1081/3 1081/6
1081/7 1081/19
1082/17 1082/19
1083/5 1092/15
1095/20 1096/16
1097/18 1098/2 1099/7
1101/12 1107/9 1108/8
1109/20 1112/5
1113/13 1122/15
1124/9 1126/4 1127/2
1131/4 1132/20
1134/20 1137/13
1138/25 1139/8
1139/24 1142/24
1147/5 1148/5 1148/6
1149/2 1150/11
1151/12 1151/17
1152/7
**haven't [3]** 1044/1
1138/19 1138/19
**having [8]** 1030/3
1030/5 1036/6 1079/11
1079/13 1113/21
1121/9 1124/24
**he [148]**
**he said [5]** 1112/4
1119/10 1120/12
1123/25 1126/8
**he'll [1]** 1152/7
**he's [24]** 1041/17
1041/20 1050/25
1052/16 1055/4
1084/13 1084/14
1084/18 1084/18
1084/18 1085/11
1085/19 1086/2 1090/3
1113/16 1126/3 1138/4
1139/3 1139/14

**he's... [5]** 1142/12
1142/14 1148/17
1149/18 1149/19
**head [2]** 1117/24
1119/10
**headed [3]** 1115/15
1119/4 1122/18
**headline [5]** 1066/24
1067/3 1067/4 1067/18
1082/13
**headlines [1]** 1094/4
**health [1]** 1041/19
**hear [57]** 1033/4
1058/3 1084/3 1085/4
1086/6 1086/22 1088/6
1089/6 1091/25 1092/8
1098/11 1099/21
1100/19 1101/25
1103/3 1103/10 1104/7
1106/1 1106/20 1108/1
1109/23 1110/22
1110/25 1114/12
1116/21 1116/22
1117/15 1118/5
1118/15 1123/17
1125/11 1127/10
1129/6 1129/16
1129/18 1132/23
1133/12 1133/15
1133/17 1135/16
1136/7 1137/6 1139/4
1141/23 1143/2
1143/10 1143/25
1144/17 1144/23
1145/5 1145/16
1146/12 1147/4 1147/7
1147/25 1149/14
1149/22
**heard [24]** 1036/13
1036/20 1036/21
1037/11 1037/12
1037/14 1037/15
1038/5 1038/20 1039/3
1043/11 1043/11
1052/12 1058/12
1066/20 1066/21
1078/14 1114/13
1123/24 1131/17
1137/23 1138/1
1138/15 1138/25
**hearing [1]** 1079/17
**hearings [3]** 1037/7
1037/25 1038/3
**heavily [2]** 1052/24
1053/9
**heavy [4]** 1081/9
1107/9 1114/13
1116/21
**heeded [1]** 1097/13
**heightened [2]**
1033/14 1035/4
**held [2]** 1056/24
1118/17
**hell [1]** 1100/19
**Heller [1]** 1057/4
**helmets [1]** 1103/13
**help [16]** 1074/21

1089/16 1094/11
1096/21 1114/17
1115/14 1118/10
1118/15 1119/2 1119/5
1129/17 1136/17
1143/24 1146/4
**helpful [2]** 1055/23
1118/7
**helps [1]** 1069/15
**her [25]** 1029/8 1070/5
1071/5 1075/10 1078/1
1085/23 1097/21
1097/22 1097/22
1109/23 1110/21
1111/4 1111/4 1111/17
1115/17 1116/12
1116/14 1116/14
1116/15 1116/18
1118/2 1123/11
1123/12 1123/12
1123/16
**here [48]** 1030/16
1034/10 1034/20
1035/22 1037/20
1040/10 1045/24
1045/25 1048/25
1049/3 1053/25
1055/12 1068/2
1074/11 1078/22
1082/18 1084/14
1085/12 1086/2 1088/4
1089/21 1090/3
1090/17 1098/3
1099/25 1101/24
1102/1 1103/24 1108/3
1112/18 1113/17
1119/6 1122/24 1133/8
1133/19 1133/21
1134/9 1134/12
1134/18 1136/2
1144/25 1146/4
1146/14 1147/2
1147/18 1148/1
1148/12 1150/16
**here's [4]** 1035/24
1036/8 1090/18 1119/7
**herself [2]** 1046/5
1046/14
**Hey [1]** 1146/3
**hid [1]** 1130/20
**hiding [3]** 1126/19
1126/21 1127/7
**hierarchal [1]** 1104/16
**high [1]** 1104/8
**high-powered [1]**
1104/8
**highest [1]** 1137/12
**highlight [1]** 1088/12
**Highway [1]** 1086/17
**him [25]** 1041/22
1041/22 1066/19
1071/4 1078/1 1086/14
1090/19 1096/5 1101/7
1101/12 1101/17
1110/3 1110/18
1117/23 1120/13
1127/24 1139/2

1147/18 1148/2
1148/15 1148/17
1149/15 1149/17
**himself [8]** 1054/24
1055/17 1111/14
1112/21 1122/21
1123/1 1139/5 1148/25
**hinder [1]** 1071/16
**hinted [1]** 1077/5
**his [114]** 1033/2
1033/5 1033/7 1033/8
1033/23 1034/10
1039/22 1040/2 1040/8
1041/7 1043/19 1044/7
1046/9 1046/21
1046/22 1047/3
1047/16 1048/12
1050/24 1052/19
1052/20 1052/24
1052/25 1053/16
1053/24 1054/5
1054/15 1055/8 1055/9
1055/11 1055/18
1058/5 1065/14 1070/5
1075/9 1084/15
1084/17 1084/21
1085/1 1085/3 1085/4
1085/4 1085/9 1086/14
1089/20 1090/1
1090/20 1091/9
1092/13 1095/18
1095/20 1095/22
1095/23 1096/5 1096/8
1096/22 1097/14
1098/18 1098/23
1099/7 1099/9 1099/12
1099/16 1099/23
1100/17 1100/22
1101/6 1101/12
1102/25 1103/1
1104/17 1105/1 1106/2
1106/5 1106/14 1107/8
1108/18 1108/19
1109/18 1110/9
1110/12 1112/25
1113/1 1113/21
1117/18 1117/23
1118/22 1119/10
1119/20 1120/5 1120/8
1120/13 1120/22
1122/11 1122/20
1123/2 1123/20
1123/20 1123/25
1124/11 1125/2 1125/3
1125/12 1125/14
1125/16 1126/13
1127/15 1134/16
1139/1 1139/12
1142/13 1144/18
1148/18 1149/6
**history [7]** 1083/9
1110/13 1133/7 1138/3
1142/7 1142/8 1143/10
**hold [11]** 1057/5
1074/10 1090/8
1090/15 1094/12
1107/16 1116/16

1150/17
**holding [1]** 1118/10
**holes [1]** 1148/5
**home [3]** 1098/7
1125/5 1127/20
**homework [1]** 1064/20
**homophobic [1]**
1141/1
**Honor [39]** 1028/8
1029/5 1029/18
1042/24 1043/3
1043/16 1045/10
1048/2 1049/13
1050/17 1050/20
1052/9 1053/7 1053/21
1055/1 1056/22 1058/1
1058/8 1058/21 1059/9
1059/18 1060/6 1060/7
1060/9 1061/12
1061/16 1061/18
1062/8 1062/23
1063/14 1064/13
1065/9 1066/3 1066/5
1066/10 1066/13
1067/9 1067/10 1133/1
**HONORABLE [2]**
1024/9 1028/3
**hope [3]** 1028/25
1029/12 1068/2
**hoped [1]** 1068/6
**hoping [1]** 1117/24
**horde [1]** 1116/6
**host [2]** 1034/19
1063/12
**hotel [11]** 1106/23
1107/3 1111/20
1111/24 1112/2
1112/19 1122/13
1122/14 1126/23
1129/8 1147/21
**hotels [1]** 1103/14
**hotmail.com [1]**
1026/19
**hour [11]** 1046/17
1046/18 1065/24
1066/13 1066/13
1086/5 1101/5 1114/5
1114/25 1119/24
1149/25
**hours [4]** 1136/4
1136/10 1146/21
1146/21
**house [14]** 1052/18
1092/24 1093/1 1093/2
1093/6 1093/15
1109/15 1114/20
1115/4 1115/12 1117/2
1117/14 1121/2
1123/14
**how [29]** 1037/13
1049/23 1055/24
1060/22 1062/16
1063/20 1068/20
1073/13 1077/3
1081/21 1089/6
1093/13 1095/4
1098/11 1099/21

1116/21 1116/22
1124/2 1124/22
1127/12 1129/3 1129/7
1135/9 1136/15
1142/16 1147/12
1148/9
**however [5]** 1041/17
1069/20 1075/10
1136/6 1147/11
**huddle [1]** 1113/21
**Hughes [3]** 1024/15
1028/14 1073/17
**human [2]** 1079/6
1105/8
**human-shaped [1]**
1105/8
**Humans [1]** 1102/15
**hundred [1]** 1136/4
**hundreds [6]** 1136/8
1136/10 1143/19
1146/11 1146/21
1150/9
**Hunt [1]** 1125/22
**hurdles [1]** 1034/6
**hurricane [2]** 1053/10
1143/20
**hybrid [1]** 1032/8
**Hydro [1]** 1119/6

**I**

**I am [2]** 1042/8
1073/19
**I apologize [1]** 1068/5
**I assume [1]** 1046/20
**I believe [5]** 1044/13
1052/1 1052/19
1052/20 1062/4
**I can [4]** 1059/22
1060/11 1082/10
1088/20
**I don't [7]** 1034/20
1040/17 1050/5
1065/20 1089/21
1101/10 1126/18
**I guess [3]** 1047/15
1063/7 1064/13
**I have [7]** 1035/8
1042/10 1049/4 1050/2
1060/10 1077/4
1079/23
**I just [6]** 1048/18
1048/19 1059/20
1061/9 1073/2 1107/21
**I know [2]** 1040/9
1134/21
**I mean [13]** 1042/10
1044/15 1049/24
1062/20 1062/25
1062/25 1063/9
1063/10 1065/16
1065/19 1082/12
1127/3 1140/7
**I think [16]** 1029/19
1030/10 1039/22
1045/23 1047/1
1051/11 1056/1
1056/20 1058/9

**I** 1049/5 1050/14

**I think... [7]** 1058/10
1059/17 1062/21
1063/14 1063/14
1101/6 1133/6
**I thought [3]** 1048/23
1059/19 1064/12
**I told [1]** 1095/22
**I understand [1]**
1031/25
**I want [3]** 1069/3
1076/7 1080/25
**I was [5]** 1034/20
1040/11 1052/12
1058/8 1066/11
**I will [17]** 1032/3
1042/6 1056/8 1059/1
1066/14 1069/6 1070/7
1070/23 1073/11
1073/14 1075/20
1076/4 1077/11
1084/11 1092/11
1151/9 1152/4
**I'd [2]** 1063/8 1064/17
**I'll [16]** 1038/25 1050/1
1056/6 1059/24 1062/8
1064/10 1064/13
1064/20 1065/1 1065/5
1065/15 1080/3
1088/22 1107/24
1145/10 1152/2
**I'm [27]** 1029/11
1030/14 1031/23
1045/3 1048/17 1049/9
1049/22 1050/22
1053/23 1056/19
1059/14 1059/19
1059/23 1063/9 1064/6
1064/14 1066/11
1068/9 1068/18
1089/21 1104/19
1132/17 1134/18
1136/18 1150/13
1150/17 1151/19
**I'm going [5]** 1045/3
1068/9 1068/18
1134/18 1150/17
**I'm just [1]** 1089/21
**I'm not [5]** 1029/11
1030/14 1053/23
1063/9 1064/14
**I'm not sure [2]** 1049/9
1056/19
**I'm sorry [4]** 1048/17
1050/22 1059/14
1059/19
**I've [4]** 1039/13
1058/12 1067/4
1067/13
**idea [4]** 1057/18
1084/23 1126/19
1151/23
**identified [4]** 1035/18
1035/25 1036/5 1049/3
**identify [1]** 1070/15
**ignore [2]** 1034/23
1140/16
**ignoring [1]** 1081/4

1028/10 1071/1
**illegal [5]** 1102/10
1103/1 1137/9 1137/10
1144/15
**Illinois [1]** 1115/24
**iMessage [1]** 1044/21
**imflammatory [1]**
1136/1
**immediate [1]** 1112/18
**immediately [8]**
1070/21 1074/17
1079/17 1080/1
1097/13 1118/11
1121/12 1121/19
**impact [2]** 1056/12
1062/22
**impaneled [1]** 1036/25
**impartial [6]** 1036/17
1037/10 1037/14
1037/18 1040/16
1134/14
**impeachment [1]**
1061/24
**impede [1]** 1072/10
**impeded [1]** 1032/21
**implicate [1]** 1147/22
**implication [1]**
1100/24
**imploring [1]** 1099/5
**importance [3]** 1031/3
1129/17 1134/1
**important [10]** 1069/4
1070/10 1073/13
1094/11 1100/3 1133/6
1133/25 1134/20
1137/16 1138/22
**importantly [1]**
1133/20
**impossible [1]** 1100/5
**impression [3]**
1060/17 1060/21
1060/25
**impressive [1]** 1084/17
**improper [1]** 1033/15
**inadequate [1]**
1044/10
**inadvertently [1]**
1082/13
**inapplicable [1]**
1045/20
**inauguration [7]**
1083/7 1083/16
1093/23 1097/24
1098/4 1120/25
1128/12
**Inauguration Day [3]**
1083/7 1083/16
1128/12
**incident [1]** 1072/12
**incidentally [1]** 1103/3
**include [3]** 1049/2
1049/5 1091/23
**included [5]** 1056/23
1095/7 1098/6 1115/8
1117/2
**includes [2]** 1080/17
1081/12

1035/16 1052/24
1057/1 1062/14
1063/16 1063/16
1069/24 1074/1
1078/19 1082/4
1083/13 1084/1 1084/5
1091/6 1092/3 1094/24
1096/1 1098/19
1102/12 1103/12
1103/13 1103/20
1103/24 1105/17
1105/20 1107/6
1107/14 1107/20
1107/22 1107/24
1109/11 1112/14
1114/1 1116/3 1118/12
1121/11 1131/6
**incomplete [1]**
1140/10
**inconsistent [1]**
1033/22
**incorrect [1]** 1140/10
**increase [1]** 1031/13
**increases [1]** 1031/21
**increasing [1]** 1031/12
**increasingly [2]**
1096/8 1098/23
**incriminate [1]**
1125/21
**incriminating [5]**
1125/10 1125/15
1125/20 1126/15
1130/19
**Indeed [1]** 1099/19
**independent [2]**
1080/6 1151/11
**independently [1]**
1055/16
**indicated [4]** 1043/4
1043/16 1061/19
1147/19
**indicates [3]** 1043/18
1043/21 1044/3
**indicating [1]** 1041/5
**indication [2]** 1045/15
1077/3
**indicted [4]** 1051/6
1073/5 1140/13
1140/18
**indictment [8]** 1070/25
1071/3 1071/6 1071/7
1072/2 1072/25 1073/2
1073/3
**individual [3]** 1033/8
1039/12 1061/17
**individually [1]**
1057/23
**individuals [12]**
1038/16 1061/5
1061/10 1062/5
1062/19 1063/17
1063/19 1073/6
1073/25 1074/3 1074/7
1106/2
**inexplicably [1]**
1033/15
**infantry [1]** 1126/8

**inflammatory [4]**
1137/9 1137/18
1137/19 1150/14
**influence [1]** 1137/19
**information [6]**
1052/14 1052/15
1081/8 1111/2 1111/4
1134/10
**informed [1]** 1122/18
**inherent [1]** 1039/19
**initially [1]** 1125/9
**Inn [2]** 1106/23
1107/15
**innocence [3]** 1033/17
1075/10 1077/18
**innocent [1]** 1077/18
**inside [16]** 1052/18
1072/13 1083/18
1083/22 1085/9
1089/19 1090/9
1092/20 1100/19
1113/24 1114/10
1115/2 1117/10 1121/7
1124/13 1130/14
**insofar [2]** 1040/19
1040/24
**instance [3]** 1104/1
1104/13 1143/10
**instigators [1]** 1110/17
**instruct [5]** 1075/20
1076/13 1077/1 1082/1
1110/9
**instructed [4]** 1034/4
1072/21 1125/14
1130/20
**instruction [6]** 1033/10
1034/23 1035/8 1050/2
1079/23 1138/9
**instructions [19]**
1035/1 1049/19
1049/22 1050/3 1065/5
1068/19 1068/19
1069/6 1070/9 1074/13
1076/5 1078/9 1078/15
1087/10 1095/19
1097/11 1128/19
1138/6 1150/19
**insured [1]** 1102/8
**Insurrection [22]**
1057/2 1096/3 1096/5
1096/17 1096/21
1096/24 1097/7 1109/9
1110/8 1133/12
1133/13 1145/4 1145/6
1145/6 1145/16
1145/20 1145/22
1145/25 1146/1
1148/14 1148/22
1149/1
**Insurrection Act [11]**
1145/4 1145/6 1145/6
1145/16 1145/20
1145/22 1145/25
1146/1 1148/14
1148/22 1149/1
**intelligent [1]** 1031/7
**intend [4]** 1042/23

**intended [1]** 1069/7
1074/21 1076/2
**intends [2]** 1049/14
1058/4
**intent [4]** 1102/24
1110/3 1130/24
1130/24
**intentions [1]** 1112/4
**intents [1]** 1142/22
**interest [3]** 1030/1
1033/24 1117/16
**interesting [1]** 1064/17
**interests [1]** 1030/3
**interfere [1]** 1072/10
**interfered [1]** 1130/16
**interfering [1]** 1072/12
**interim [1]** 1041/12
**Internet [3]** 1080/13
1081/1 1082/2
**interrupt [5]** 1049/21
1050/22 1064/6 1135/2
1141/6
**interrupted [1]** 1121/9
**interview [1]** 1099/6
**interviewed [1]** 1150/9
**interviews [1]** 1091/8
**intimidate [1]** 1089/18
**introduce [2]** 1056/7
1056/9
**introduced [2]** 1050/1
1074/23
**introducing [1]**
1084/11
**introduction [2]**
1134/16 1134/18
**invading [1]** 1116/19
**investigate [1]** 1080/13
**investigation [3]**
1061/11 1080/6
1129/14
**invitations [1]** 1091/15
**invited [1]** 1097/22
**invoke [8]** 1096/21
1109/8 1133/13
1145/21 1145/25
1146/1 1148/22 1149/1
**invoked [2]** 1097/6
1148/14
**involve [1]** 1081/14
**involved [4]** 1033/19
1061/2 1079/21
1124/25
**involvement [1]**
1147/15
**involves [1]** 1140/2
**irritant [1]** 1108/14
**is [301]**
**is there [1]** 1045/15
**Isaacs [1]** 1090/3
**isn't [1]** 1102/10
**issue [12]** 1029/18
1033/17 1041/1
1046/25 1049/19
1058/24 1064/7
1064/17 1073/7
1080/14 1081/16
1143/18

**I**

**issued [2]** 1054/23 1097/18
**issues [6]** 1030/21 1033/20 1050/6 1098/3 1133/11 1133/17
**it [151]**
**it's [58]** 1036/14 1038/14 1039/14 1039/23 1040/25 1043/5 1044/11 1045/4 1045/5 1045/21 1045/23 1047/7 1047/15 1048/7 1048/7 1049/24 1049/25 1049/25 1051/3 1051/10 1051/12 1051/20 1052/23 1053/18 1053/18 1053/19 1054/10 1054/16 1055/15 1055/16 1055/19 1058/25 1063/1 1063/7 1063/10 1064/16 1065/16 1068/1 1094/13 1099/24 1113/12 1113/14 1120/15 1127/25 1132/2 1133/14 1133/25 1134/23 1134/24 1134/24 1135/9 1137/12 1137/16 1139/21 1144/9 1147/1 1147/2 1151/6
**items [2]** 1081/17 1129/9
**its [26]** 1030/8 1032/15 1038/12 1038/14 1045/8 1045/24 1048/1 1048/11 1049/14 1051/21 1056/14 1060/9 1060/12 1074/25 1075/6 1075/18 1075/24 1092/11 1092/16 1093/25 1101/16 1107/1 1116/11 1122/8 1124/19 1135/12
**itself [13]** 1039/11 1083/18 1084/10 1084/22 1086/18 1090/12 1098/14 1099/15 1102/10 1103/21 1113/25 1131/10 1131/12

**J**

**J6 [1]** 1110/24
**jail [5]** 1108/11 1137/15 1140/13 1141/16 1151/22
**James [9]** 1025/7 1028/15 1090/16 1090/19 1104/13 1104/17 1119/6 1119/8 1119/25
**James Lee Bright [1]**

**January [70]** 1036/6 1036/9 1037/7 1037/9 1040/7 1054/3 1060/19 1071/22 1072/4 1072/8 1072/13 1072/19 1083/6 1083/15 1083/16 1085/6 1088/25 1090/19 1092/10 1092/25 1093/14 1093/23 1094/8 1097/6 1098/17 1099/9 1100/3 1100/4 1100/6 1100/7 1100/13 1100/16 1100/23 1101/15 1101/18 1101/24 1102/1 1102/4 1103/9 1105/1 1105/14 1105/23 1106/15 1108/25 1109/4 1109/5 1112/2 1117/21 1122/2 1123/22 1124/8 1124/20 1124/21 1125/19 1127/14 1127/23 1128/3 1128/8 1128/13 1130/6 1131/10 1133/8 1135/13 1135/15 1135/19 1137/22 1139/7 1139/25 1143/14 1147/20
**January 10th [1]** 1128/3
**January 5th [1]** 1105/1
**January 6th [47]** 1036/6 1036/9 1037/7 1037/9 1060/19 1071/22 1072/4 1072/8 1072/13 1072/19 1083/16 1085/6 1088/25 1090/19 1092/25 1093/14 1094/8 1099/9 1100/3 1100/4 1100/7 1100/16 1100/23 1101/15 1101/18 1101/24 1102/1 1103/9 1105/14 1105/23 1106/15 1109/4 1112/2 1117/21 1122/2 1123/22 1124/8 1124/20 1127/14 1128/8 1130/6 1131/10 1135/15 1137/22 1139/7 1143/14 1147/20
**Jason [1]** 1117/5
**jcrisp [1]** 1025/16
**Jeff [1]** 1083/1
**Jeffrey [2]** 1024/14 1028/13
**Jeffrey Nestler [1]** 1028/13
**jeffrey.nestler [1]** 1024/19
**jeopardizing [1]** 1033/23
**Jeremy [7]** 1050/10 1051/7 1052/19

**Jeremy Brown [2]** 1105/22 1107/20
**Jeremy Brown's [1]** 1106/3
**Jessica [15]** 1025/14 1028/12 1028/24 1071/2 1072/6 1072/9 1085/21 1090/10 1097/21 1105/18 1107/19 1110/20 1115/16 1130/16 1131/22
**Jessica Watkins [9]** 1028/12 1072/6 1072/9 1085/21 1090/10 1097/21 1105/18 1107/19 1131/22
**jlbrightlaw [1]** 1025/9
**job [7]** 1038/13 1038/14 1088/13 1114/10 1128/15 1128/17 1134/21
**jobs [2]** 1121/7 1124/14
**Joe [3]** 1083/15 1094/17 1135/24
**Joe Biden [3]** 1083/15 1094/17 1135/24
**John [2]** 1040/23 1083/4
**John Siemens [1]** 1040/23
**Johns [1]** 1120/16
**Johns Wilkes Booth [1]** 1120/16
**Johnston [1]** 1025/11
**join [1]** 1087/11
**joining [1]** 1048/12
**joint [6]** 1033/18 1034/12 1097/9 1115/4 1122/8 1130/5
**Jonathan [2]** 1025/14 1028/20
**Jonathan Crisp [1]** 1028/20
**Joseph [1]** 1105/12
**Joseph Hackett [1]** 1105/12
**Joshua [5]** 1090/16 1104/13 1119/6 1119/8 1119/25
**Joshua James [3]** 1119/6 1119/8 1119/25
**Jr [2]** 1025/10 1026/2
**judge [18]** 1024/10 1034/8 1036/24 1050/3 1051/4 1051/5 1067/6 1076/8 1087/8 1088/14 1102/23 1128/18 1130/22 1134/4 1134/11 1134/16 1137/3 1150/23
**Judge Mehta [5]** 1087/8 1088/14 1102/23 1128/18 1130/22

**judges [1]** 1076/17
**judicial [1]** 1034/1
**judiciary's [1]** 1033/24
**Juli [2]** 1026/6 1028/17
**JULIA [1]** 1026/7
**juncture [1]** 1032/9
**juries [1]** 1134/23
**jurisprudence [1]** 1134/22
**juror [26]** 1032/23 1033/9 1035/1 1035/20 1038/17 1038/17 1038/17 1038/18 1038/18 1038/19 1038/22 1039/1 1039/4 1039/6 1039/17 1039/25 1040/4 1040/16 1055/23 1066/20 1066/23 1067/17 1070/5 1079/1 1079/2 1081/24
**Juror 0299 [2]** 1038/18 1039/4
**Juror 0481 [2]** 1038/18 1039/1
**Juror 0952 [1]** 1038/17
**Juror 1140 [3]** 1038/17 1038/19 1066/20
**Juror 1262 [2]** 1038/17 1039/6
**juror's [3]** 1035/21 1039/9 1040/17
**jurors [30]** 1033/3 1034/3 1034/22 1034/25 1035/12 1036/25 1037/1 1037/15 1060/5 1065/23 1066/19 1068/13 1069/9 1069/12 1070/4 1070/4 1070/8 1070/11 1076/14 1076/16 1078/11 1078/13 1080/2 1081/4 1081/6 1082/9 1082/11 1127/6 1127/8 1128/17
**jury [49]** 1024/9 1030/3 1030/5 1030/19 1030/23 1031/1 1031/2 1031/18 1032/1 1032/8 1032/10 1032/22 1033/12 1033/18 1034/5 1035/4 1035/19 1037/20 1038/17 1039/21 1041/4 1049/25 1056/11 1064/1 1065/1 1065/5 1067/23 1070/2 1070/14 1070/25 1072/22 1076/9 1079/10 1130/20 1132/5 1132/18 1132/19 1133/6 1133/7 1134/1 1134/8 1134/14 1134/19 1134/20 1138/6 1138/9 1151/15 1151/16 1151/25

**judges [1]** 1029/10 1029/15 1030/1 1030/4 1040/8 1044/11 1044/15 1045/16 1048/4 1048/18 1048/19 1049/24 1053/25 1056/15 1058/1 1059/6 1059/15 1059/20 1061/9 1065/1 1065/15 1067/16 1068/17 1068/20 1071/3 1073/2 1073/5 1075/25 1080/2 1084/6 1084/9 1084/9 1084/10 1088/19 1089/21 1089/25 1092/18 1094/5 1094/12 1096/25 1097/5 1105/16 1106/24 1107/21 1109/22 1110/17 1112/19 1113/4 1114/22 1114/24 1116/7 1117/12 1119/7 1120/25 1122/1 1122/23 1124/22 1126/4 1136/11 1136/22 1138/11 1139/16 1141/7 1145/10 1145/18 1150/13 1151/3 1151/9 1152/8
**justice [7]** 1030/3 1035/21 1039/10 1039/23 1063/10 1072/16 1112/5
**justification [2]** 1032/5 1118/17

**K**

**Kathryn [2]** 1024/14 1028/13
**Kathryn Rakoczy [1]** 1028/13
**kathryn.rakoczy [1]** 1024/18
**keen [1]** 1117/16
**keep [6]** 1060/18 1094/11 1115/14 1129/3 1143/24 1150/13
**Keeper [1]** 1111/18
**Keepers [50]** 1036/13 1036/16 1037/12 1037/22 1038/6 1038/20 1038/23 1039/2 1042/12 1054/2 1056/24 1058/1 1058/15 1061/2 1062/13 1066/21 1067/19 1084/16 1084/22 1085/11 1085/19 1085/23 1086/3 1086/17 1086/22 1086/23 1086/24 1089/12 1089/12 1089/13 1091/18 1094/24

1169

**Keepers... [18]**
1095/17 1097/17
1100/22 1100/24
1106/9 1106/14
1115/25 1122/15
1123/23 1125/23
1125/25 1137/22
1139/6 1140/24 1143/1
1143/22 1144/17
1148/16
**Keepers' [3]** 1042/9
1042/14 1091/5
**keeping [1]** 1143/1
**Kelly [34]** 1026/2
1028/10 1045/14
1046/2 1046/21
1047/10 1051/17
1051/17 1071/2 1072/5
1072/15 1085/10
1085/16 1089/20
1090/1 1090/4 1094/24
1097/16 1099/16
1101/1 1105/12
1105/20 1106/16
1107/8 1107/18 1113/9
1117/3 1117/15 1118/1
1118/12 1118/13
1121/2 1123/2 1131/21
**Kelly Meggs [16]**
1047/10 1051/17
1089/20 1105/20
1106/16 1107/8
1107/18 1113/9 1117/3
1117/15 1118/1
1118/12 1118/13
1121/2 1123/2 1131/21
**Kelly Meggs' [1]**
1045/14
**Kenneth [14]** 1026/11
1028/11 1071/2 1072/5
1072/15 1085/16
1090/5 1106/5 1107/18
1117/3 1117/4 1118/14
1127/14 1131/21
**Kenneth Harrelson [6]**
1028/11 1085/16
1106/5 1117/3 1127/14
1131/21
**kept [2]** 1084/24
1116/6
**key [1]** 1036/8
**kicks [1]** 1094/20
**kid [2]** 1102/17
1102/20
**killed [1]** 1124/9
**killing [2]** 1047/2
1117/19
**kind [4]** 1041/21
1052/15 1054/4
1143/15
**kinds [1]** 1136/1
**King [1]** 1138/4
**King Solomon [1]**
1138/4
**knew [4]** 1038/6
1100/3 1100/4 1144/16
**knives [1]** 1108/14

1038/23 1039/2 1040/9
1040/12 1045/2
1048/21 1049/8 1050/2
1051/13 1051/14
1051/16 1053/25
1055/24 1056/6
1056/11 1061/14
1062/25 1064/10
1065/13 1067/4
1070/19 1080/1 1080/3
1087/13 1092/19
1096/24 1101/10
1101/24 1113/14
1118/24 1126/12
1127/3 1128/20
1129/15 1133/4 1133/4
1134/21 1135/7 1137/1
1144/20 1147/9
1147/24 1151/19
**knowing [1]** 1130/25
**knowledge [4]** 1037/18
1042/14 1063/4 1087/4
**known [1]** 1041/17
**knows [1]** 1055/24

**L**

**LA [1]** 1025/11
**ladies [25]** 1067/25
1068/17 1082/25
1089/23 1090/24
1097/25 1100/24
1101/20 1110/7
1112/20 1116/25
1122/9 1124/15 1126/3
1128/6 1131/2 1131/17
1132/1 1132/21 1133/3
1133/23 1139/3
1140/16 1141/21
1151/2
**laid [1]** 1095/7
**land [1]** 1107/13
**language [2]** 1126/7
1126/7
**large [3]** 1032/3
1037/20 1114/21
**largely [3]** 1139/9
1140/13 1140/19
**larger [1]** 1088/12
**LASSITER [1]** 1025/3
**last [14]** 1029/10
1032/15 1049/6
1052/12 1054/22
1056/10 1056/11
1059/10 1092/25
1133/24 1137/23
1138/2 1140/16
1141/22
**late [7]** 1029/10
1030/17 1041/5 1095/1
1105/19 1124/20
1127/25
**latent [1]** 1039/19
**later [18]** 1045/16
1046/5 1046/13
1046/22 1047/13
1051/11 1054/20
1068/5 1093/24 1095/3

1111/14 1112/18
1122/8 1123/2 1149/15
**Latin [1]** 1120/15
**latter [1]** 1067/2
**law [38]** 1026/3 1026/7
1029/23 1034/4 1063/9
1064/4 1064/18
1071/17 1072/10
1073/12 1075/9
1075/21 1076/13
1076/14 1077/1
1078/15 1080/6
1084/18 1084/21
1085/3 1093/12
1093/18 1094/9
1095/22 1100/3 1103/2
1108/4 1118/18
1128/19 1134/4
1142/15 1143/5
1143/11 1144/19
1144/21 1144/24
1150/9 1150/24
**lawful [8]** 1071/8
1071/14 1083/25
1098/13 1129/19
1129/24 1142/1
1148/19
**lawfully [3]** 1072/11
1144/12 1146/2
**Lawn [2]** 1025/3
1025/7
**laws [6]** 1071/11
1108/3 1108/13 1130/1
1144/19 1145/7
**lawyer [4]** 1070/19
1075/15 1077/10
1077/13
**lawyers [12]** 1073/24
1074/2 1074/4 1074/8
1074/22 1074/22
1075/3 1075/11
1075/25 1076/25
1076/25 1077/8
**layman's [1]** 1135/23
**layout [2]** 1109/13
1114/17
**lead [3]** 1047/11
1103/8 1106/15
**lead-up [2]** 1103/8
1106/15
**leader [12]** 1084/16
1085/10 1085/22
1090/17 1099/20
1099/22 1103/25
1104/13 1106/17
1113/16 1115/24
1120/1
**leaders [6]** 1063/16
1088/9 1089/12
1094/24 1104/14
1104/25
**leadership [2]** 1106/6
1122/15
**leading [3]** 1062/17
1090/10 1103/20
**learn [1]** 1092/22
**learned [1]** 1098/15

1041/10 1045/18
1056/20 1129/6
1151/22
**leather [1]** 1115/3
**leather-bound [1]**
1115/3
**leave [2]** 1079/17
1135/3
**leaves [2]** 1046/7
1046/11
**led [8]** 1033/14
1085/23 1103/18
1113/23 1115/10
1115/11 1115/16
1119/6
**Lee [2]** 1025/7 1028/15
**left [7]** 1045/15
1084/15 1085/12
1085/22 1113/7
1121/12 1146/6
**legal [16]** 1052/17
1068/21 1069/4
1076/11 1081/22
1087/9 1096/11
1096/16 1096/25
1110/8 1133/14
1133/16 1133/17
1134/24 1134/25
1137/13
**legally [1]** 1148/15
**legislature [1]** 1092/23
**legitimate [1]** 1094/25
**length [2]** 1108/13
1128/25
**lengthy [1]** 1034/1
1128/18
**lessons [1]** 1098/15
**let [20]** 1029/10
1029/15 1038/3
1040/14 1044/2 1049/8
1049/21 1056/6 1058/3
1062/21 1078/12
1080/1 1080/2 1104/21
1126/8 1134/7 1135/2
1137/17 1150/14
1150/15
**let's [12]** 1053/25
1056/3 1056/15
1064/16 1102/16
1109/3 1109/13
1121/17 1123/25
1127/1 1128/15
1141/17
**lets [1]** 1127/18
**letters [3]** 1091/6
1099/5 1148/21
**level [1]** 1044/24
**liberty [3]** 1112/5
1137/14 1150/16
**licensed [1]** 1102/8
**lie [1]** 1125/7
**life [2]** 1052/20
1084/24
**light [1]** 1030/5
**like [39]** 1043/14
1045/22 1058/21
1063/8 1064/17

1085/19 1085/24
1086/10 1091/10
1091/11 1091/15
1092/4 1094/13 1098/3
1099/16 1100/8
1104/16 1106/11
1114/13 1116/23
1120/5 1123/15
1124/12 1127/17
1129/7 1129/9 1132/16
1133/10 1136/22
1137/5 1137/21
1138/11 1138/17
1143/23 1146/8
1149/18 1149/18
**likely [2]** 1100/12
1104/7
**limine [5]** 1048/20
1050/11 1056/13
1058/9 1141/8
**limiting [4]** 1049/19
1049/22 1050/2 1050/3
**Lincoln [1]** 1120/17
**Linder [18]** 1025/2
1025/3 1028/15
1041/13 1065/10
1066/14 1073/22
1132/11 1132/23
1132/25 1135/2 1135/5
1139/13 1140/15
1140/17 1141/4
1145/10 1151/1
**Linder's [1]** 1132/14
**line [8]** 1031/16
1052/16 1087/21
1090/11 1116/5
1122/19 1140/16
1144/7
**lineage [1]** 1052/21
**lines [2]** 1075/18
1151/20
**lingo [1]** 1092/8
**link [2]** 1105/5 1123/7
**linked [1]** 1080/24
1140/6
**links [1]** 1091/15
**list [3]** 1035/14
1035/18 1038/16
**listen [2]** 1101/10
1134/2
**listening [2]** 1069/16
1097/11
**little [8]** 1038/2 1068/5
1068/5 1080/25 1102/7
1111/10 1111/11
1132/16
**live [3]** 1092/7 1092/17
1139/2
**lived [2]** 1040/9 1086/4
**lives [1]** 1146/22
**LLC [2]** 1025/14
1026/12
**local [1]** 1144/21
**located [2]** 1106/23
1113/2
**location [6]** 1051/8
1051/8 1079/15

**L**

location... **[3]** 1081/15 1104/15 1104/18
locked **[3]** 1047/11 1069/20 1141/16
locks **[1]** 1114/14
log **[1]** 1091/15
log-in **[1]** 1091/15
logged **[1]** 1092/4
logical **[1]** 1029/13
long **[4]** 1030/24 1104/19 1127/1 1143/4
longer **[1]** 1041/19
look **[11]** 1059/24 1064/17 1069/24 1088/19 1088/20 1127/3 1134/14 1137/9 1137/19 1140/9 1141/15
looked **[2]** 1118/2 1121/3
looking **[4]** 1066/11 1124/25 1133/21 1140/3
looks **[1]** 1094/13
lose **[2]** 1094/19 1108/7
lost **[1]** 1094/18
lot **[7]** 1038/6 1102/19 1118/8 1133/17 1133/18 1138/5 1150/2
lots **[2]** 1061/4 1149/20
loud **[3]** 1087/17 1095/25 1131/4
Louis **[2]** 1024/15 1028/14
loves **[1]** 1142/13
lower **[1]** 1120/23
lunch **[9]** 1065/14 1065/17 1065/20 1069/1 1069/2 1132/14 1138/13 1151/3 1151/5

**M**

mad **[1]** 1150/15
made **[9]** 1042/21 1055/16 1063/6 1089/14 1100/7 1121/1 1125/22 1131/4 1141/22
magic **[1]** 1096/4
magistrate **[1]** 1051/4
magistrate judge **[1]** 1051/4
magnitude **[1]** 1091/2
maintenance **[1]** 1031/2
major **[1]** 1094/16
majority **[2]** 1038/1 1052/17
make **[22]** 1029/13 1041/21 1044/10 1048/21 1059/6 1060/22 1074/6 1074/10 1074/15 1074/16 1074/19 1076/25 1078/14 1081/13 1094/21

1102/20 1134/9
1143/22 1143/23
1150/1
makes **[4]** 1047/5 1063/2 1077/9 1151/4
making **[2]** 1092/3 1103/14
man **[5]** 1090/18 1099/22 1107/20 1123/21 1128/2
managed **[1]** 1103/19
management **[1]** 1034/6
manner **[2]** 1034/7 1076/11
manpower **[1]** 1108/6
mansion **[1]** 1110/14
many **[18]** 1037/13 1059/21 1069/14 1086/18 1087/24 1088/6 1088/7 1091/13 1092/19 1094/1 1095/5 1100/8 1121/10 1133/10 1134/8 1135/12 1135/13 1137/8
Manzo **[6]** 1024/15 1028/14 1050/15 1050/19 1073/17 1094/11
map **[1]** 1107/10
mapping **[1]** 1081/15
maps **[1]** 1107/6
march **[3]** 1051/2 1051/20 1111/17
marched **[1]** 1089/5
Marines **[1]** 1054/25
marital **[2]** 1042/19 1042/22
marshal **[1]** 1080/2
massive **[1]** 1114/18
match **[1]** 1053/8
materials **[1]** 1059/13
matter **[6]** 1031/9 1031/21 1070/3 1097/2 1097/15 1153/4
matters **[6]** 1029/4 1029/8 1068/6 1109/9 1109/20 1110/4
may **[42]** 1030/15 1041/2 1045/10 1056/22 1057/22 1059/5 1059/14 1063/12 1065/19 1069/25 1074/16 1074/18 1074/19 1075/3 1075/5 1075/7 1075/16 1075/17 1076/24 1077/8 1077/15 1077/16 1078/10 1078/12 1078/16 1078/17 1078/23 1078/23 1078/25 1079/1 1079/4 1079/5 1079/7 1080/5 1081/13 1092/14 1133/1 1137/5 1137/9

1151/25
maybe **[1]** 1136/4
MD **[1]** 1026/18
me **[33]** 1029/10 1029/15 1030/14 1034/19 1037/12 1040/14 1044/2 1045/21 1048/15 1048/24 1049/21 1052/14 1052/15 1055/20 1056/6 1057/20 1058/3 1062/21 1063/20 1063/22 1066/18 1069/24 1070/22 1078/12 1079/19 1080/1 1080/2 1104/21 1126/8 1134/7 1135/2 1146/4 1147/21
mean **[19]** 1030/6 1030/15 1042/10 1044/15 1048/7 1049/24 1058/24 1062/20 1062/25 1062/25 1063/9 1063/10 1065/16 1065/19 1080/8 1082/12 1112/13 1127/3 1140/7
meaning **[8]** 1035/15 1072/3 1081/18 1101/12 1101/20 1104/10 1117/23 1127/4
means **[16]** 1030/14 1038/12 1070/3 1075/1 1078/9 1080/13 1080/16 1083/25 1091/21 1096/1 1112/14 1125/11 1125/12 1126/21 1131/5 1134/2
meant **[4]** 1069/5 1094/18 1104/8 1142/23
meanwhile **[5]** 1103/22 1111/18 1116/25 1120/4 1127/20
mechanical **[1]** 1027/6
media **[18]** 1034/19 1034/21 1034/24 1035/3 1035/4 1072/20 1080/15 1080/18 1082/4 1082/6 1091/11 1134/12 1138/2 1138/19 1139/19 1151/10 1151/10 1152/3
meet **[3]** 1083/23 1093/7 1122/9
meeting **[5]** 1083/22 1084/8 1124/20 1128/2 1130/12
meetings **[2]** 1092/9 1106/11
Meggs **[100]** 1026/2 1028/10 1028/18

1031/25 1032/7
1040/22 1041/5
1042/20 1043/6 1043/8
1043/8 1044/7 1045/13
1045/15 1046/2 1046/9
1046/21 1046/21
1046/23 1047/5
1047/10 1047/13
1047/23 1051/17
1051/17 1054/7
1054/10 1054/13
1054/18 1055/16
1071/2 1072/5 1072/15
1073/20 1085/10
1085/16 1089/9
1089/20 1090/1 1090/4
1091/10 1094/24
1097/13 1097/16
1098/11 1099/16
1099/19 1099/22
1100/17 1101/1
1104/22 1104/24
1105/3 1105/5 1105/7
1105/12 1105/20
1105/24 1106/1
1106/16 1107/8
1107/10 1107/18
1108/16 1109/5
1111/21 1113/4 1113/9
1113/11 1113/18
1113/20 1113/21
1114/2 1115/8 1115/11
1117/3 1117/15
1117/18 1117/22
1118/1 1118/4 1118/12
1118/13 1118/25
1120/9 1121/2 1121/11
1122/5 1122/11
1122/21 1123/2 1123/4
1123/5 1126/10
1126/14 1126/17
1127/1 1131/21
Meggs' **[21]** 1029/14 1030/9 1035/19 1039/7 1042/19 1043/18 1043/25 1044/3 1045/3 1045/14 1046/1 1046/19 1047/1 1047/9 1047/16 1048/9 1048/15 1054/14 1085/18 1101/5 1105/12
Meggs's **[1]** 1029/16
MEHTA **[7]** 1024/9 1028/4 1087/8 1088/14 1102/23 1128/18 1130/22
member **[8]** 1054/24 1055/4 1086/3 1086/17 1101/3 1111/19 1119/20 1122/12
members **[29]** 1040/6 1071/24 1074/11 1084/7 1084/20 1086/18 1088/1 1089/15 1091/17 1091/24 1098/8 1105/13

1114/1 1114/9
1115/10 1117/9
1118/23 1119/3 1119/7
1120/12 1121/6
1121/20 1124/5
1124/10 1124/13
1126/1 1130/8 1141/14
1143/3
members-only **[1]** 1091/17
memo **[1]** 1041/6
memorably **[1]** 1104/8
memory **[1]** 1082/20 1082/21
men **[2]** 1057/14 1138/3
mention **[3]** 1073/15 1073/19 1134/18
mentioned **[6]** 1070/19 1096/17 1104/11 1107/21 1110/21 1134/16
mere **[1]** 1031/8
merely **[2]** 1079/22 1116/11
Merit **[1]** 1027/2
message **[29]** 1043/6 1043/7 1043/25 1044/25 1045/13 1046/19 1046/24 1046/25 1097/14 1097/17 1099/23 1101/5 1104/2 1104/17 1104/25 1105/5 1107/2 1107/2 1109/16 1109/22 1111/23 1113/12 1119/10 1122/3 1125/7 1125/16 1127/18 1127/25 1149/9
messages **[33]** 1043/20 1044/25 1085/6 1091/6 1091/12 1091/21 1091/25 1092/1 1097/21 1098/1 1112/22 1112/23 1120/19 1125/10 1125/15 1126/11 1126/13 1126/15 1126/18 1127/13 1127/15 1127/16 1128/25 1129/8 1136/9 1140/20 1146/20 1146/20 1148/9 1149/15 1149/15 1150/8 1150/15
messaging **[4]** 1091/17 1091/24 1091/24 1123/16
met **[8]** 1045/24 1055/14 1083/18 1092/7 1098/6 1127/24 1136/24 1136/25
metallic **[1]** 1114/14
Metropolitan **[1]** 1116/5
Michael **[1]** 1113/15
mid **[1]** 1069/1

**M**

**mid-morning [1]**
1069/1

**middle [4]** 1032/11
1034/9 1113/9 1114/21

**might [9]** 1063/4
1064/11 1070/9
1070/18 1081/15
1087/18 1098/2
1129/11 1138/23

**Mike [1]** 1093/4

**military [16]** 1084/21
1086/11 1089/3 1089/3
1089/14 1089/15
1095/9 1104/16
1118/18 1119/18
1126/4 1126/7 1134/19
1143/5 1143/5 1146/8

**military-like [1]**
1104/16

**military-style [1]**
1119/18

**militia [21]** 1056/16
1056/17 1056/19
1056/21 1056/25
1057/6 1057/7 1057/9
1057/12 1057/13
1057/18 1057/20
1057/23 1057/24
1058/2 1058/6 1059/2
1085/23 1085/24
1097/22 1141/14

**militias [1]** 1057/3

**million [1]** 1100/20

**millions [1]** 1095/9

**mind [6]** 1048/9
1048/12 1053/24
1054/15 1095/2 1137/2

**mindful [1]** 1152/8

**mine [1]** 1065/14

**minimum [3]** 1041/7
1055/7 1058/11

**Minuta [2]** 1119/7
1119/9

**minute [6]** 1029/3
1032/16 1046/22
1047/3 1107/25
1113/12

**minutes [18]** 1045/14
1045/16 1047/5 1047/9
1047/13 1047/15
1065/7 1065/11 1066/5
1066/6 1066/7 1066/14
1068/19 1107/9
1111/14 1112/18
1113/20 1132/3

**mischaracterization [4]**
1140/6 1140/11
1140/14 1140/19

**missed [2]** 1059/14
1059/23

**mission [4]** 1124/17
1146/15 1146/16
1149/16

**misstatements [1]**
1147/14

**mob [2]** 1116/15
1124/2

**mobile [1]** 1092/5

**mode [2]** 1030/21
1031/11

**modern [1]** 1133/6

**modified [1]** 1145/8

**modify [1]** 1057/25

**moment [2]** 1038/25
1097/19

**momentarily [1]**
1032/4

**money [1]** 1108/19

**moniker [1]** 1085/20

**monitoring [1]**
1111/20

**month [1]** 1106/6

**months [5]** 1043/19
1053/10 1054/20
1106/10 1137/23

**more [37]** 1031/21
1037/24 1043/1 1048/8
1055/20 1055/20
1064/19 1067/20
1068/9 1068/11
1073/21 1074/6
1075/21 1079/3 1086/5
1087/11 1092/22
1098/19 1100/12
1100/12 1100/13
1100/14 1100/14
1100/14 1101/25
1102/16 1106/5
1107/24 1110/22
1116/12 1129/2
1129/12 1136/16
1139/8 1148/9 1148/22
1151/19

**Moreover [1]** 1033/18

**morning [25]** 1024/7
1028/8 1028/25
1048/25 1052/9
1052/10 1059/16
1060/2 1065/2 1068/2
1068/4 1068/7 1069/1
1082/18 1082/25
1092/18 1102/4
1104/25 1112/1
1122/17 1132/2
1132/22 1146/18
1151/3 1151/8

**most [10]** 1045/22
1070/12 1091/25
1094/16 1109/14
1133/5 1133/7 1133/20
1134/20 1134/24

**mostly [2]** 1089/14
1126/4

**motion [37]** 1029/14
1029/14 1030/15
1031/24 1034/12
1034/13 1034/13
1034/15 1034/19
1034/22 1034/25
1035/19 1039/7
1040/22 1040/24
1041/4 1042/19
1043/15 1043/17
1047/25 1048/15
1048/20 1050/9

**motions [7]** 1029/9
1040/19 1040/20
1042/17 1057/1
1059/21 1076/24

**motives [1]** 1103/1

**move [3]** 1104/21
1109/23 1132/16

**moved [1]** 1066/22

**movements [1]** 1111/2

**moving [3]** 1089/3
1098/16 1109/24

**Mr. [135]**

**Mr. Bright [1]** 1073/22

**Mr. Brown [15]**
1050/23 1051/6
1051/15 1051/18
1051/22 1053/7
1053/25 1054/8
1054/11 1054/13
1054/20 1054/24
1055/6 1055/17
1055/24

**Mr. Brown's [1]** 1052/3

**Mr. Caldwell [6]**
1062/10 1062/15
1062/16 1063/17
1063/24 1073/21

**Mr. Crisp [6]** 1029/2
1058/23 1066/4
1066/15 1067/13
1073/23

**Mr. Douyon [1]**
1066/18

**Mr. Edwards [1]**
1060/8

**Mr. Elmer [1]** 1071/1

**Mr. Fischer [6]**
1061/21 1062/4 1062/7
1062/20 1066/11
1073/24

**Mr. Geyer [5]** 1052/8
1053/22 1056/2 1066/8
1073/23

**Mr. Harrelson [1]**
1073/20

**Mr. Kelly [1]** 1071/2

**Mr. Kenneth [1]** 1071/2

**Mr. Linder [15]**
1041/13 1065/10
1066/14 1073/22
1132/11 1132/23
1132/25 1135/2 1135/5
1139/13 1140/15
1140/17 1141/4
1145/10 1151/1

**Mr. Linder's [1]**
1132/14

**Mr. Manzo [4]** 1050/15
1050/19 1073/17
1094/11

**Mr. Meggs [16]**

**Mr. [135]**
1032/7 1040/22 1041/5
1042/20 1043/6 1044/7
1046/9 1046/21 1054/7
1054/10 1054/13
1054/18 1055/16
1073/20

**Mr. Meggs' [16]**
1029/14 1030/9
1035/19 1039/7
1042/19 1043/18
1043/25 1044/3 1045/3
1046/1 1046/19 1047/1
1047/16 1048/9
1048/15 1054/14

**Mr. Meggs's [1]**
1029/16

**Mr. Nestler [11]**
1042/22 1045/2
1047/15 1049/1
1050/14 1058/4 1065/8
1073/16 1082/24
1131/25 1149/18

**Mr. Rhodes [6]**
1056/13 1057/7
1073/20 1132/24
1137/8 1144/18

**Mr. Rhodes' [1]** 1041/8

**Mr. Siemens [2]**
1041/16 1042/13

**Mr. Siemens' [4]**
1041/1 1041/2 1041/6
1042/7

**Mr. Tarpley [1]**
1073/22

**Mr. Thomas Caldwell
 [1]** 1071/3

**Mr. Trump [1]** 1047/10

**Mr. Vallejo [1]** 1107/25

**Mr. Woodward [7]**
1043/9 1043/14 1045/9
1048/17 1048/21
1049/11 1073/23

**Mr. Woodward's [1]**
1045/12

**Ms. [13]** 1029/7 1030/6
1047/5 1047/9 1071/2
1073/16 1073/17
1073/21 1073/23
1088/3 1088/3 1088/18
1131/18

**Ms. Haller [1]** 1073/23

**Ms. Hughes [1]**
1073/17

**Ms. Jessica [1]** 1071/2

**Ms. Meggs [1]** 1047/5

**Ms. Meggs' [1]** 1047/9

**Ms. Rakoczy [5]**
1030/6 1073/16 1088/3
1088/18 1131/18

**Ms. Rohde [1]** 1088/3

**Ms. Watkins [1]**
1073/21

**Ms. Watkins' [1]**
1029/7

**much [9]** 1052/6
1059/25 1100/5
1124/23 1132/4

**Mr. Meggs [16]**
1131/17 1150/25
1151/7 1151/14

**multi [1]** 1032/17

**multi-co-defendant [1]**
1032/17

**multiple [3]** 1033/19
1084/6 1096/20

**muscled [1]** 1123/15

**music [1]** 1105/6

**must [20]** 1030/25
1031/6 1052/23 1073/2
1076/20 1076/22
1077/13 1077/13
1078/5 1078/21 1079/7
1080/4 1080/16
1082/20 1084/24
1093/13 1093/14
1093/14 1093/17
1094/24

**mutual [1]** 1087/22

**my [23]** 1035/6 1040/9
1049/5 1052/1
1053/24 1059/1
1064/14 1065/2 1065/5
1070/9 1076/7 1076/10
1077/2 1077/3 1078/9
1083/1 1083/1 1090/23
1120/2 1131/18
1136/21 1137/8
1138/16

**N**

**name [5]** 1041/6
1041/7 1041/10 1083/1
1106/14

**named [3]** 1105/22
1118/5 1119/21

**names [3]** 1070/16
1088/7 1106/11

**Nancy [1]** 1093/2

**Nancy Pelosi [1]**
1121/2

**Nancy's [1]** 1117/24

**narrative [3]** 1119/13
1119/14 1146/13

**national [2]** 1092/23
1104/14

**nationalism [1]**
1056/18

**nationalist [1]** 1056/19

**nationally [1]** 1103/16

**Nationals [1]** 1102/17

**Nats [1]** 1102/20

**natural [1]** 1079/6

**nature [1]** 1144/11

**Navy [2]** 1086/12
1086/14

**necessarily [1]**
1147/13

**necessary [10]**
1083/12 1083/25
1094/21 1096/1
1100/10 1101/20
1102/12 1109/11
1110/9 1131/6

**need [17]** 1034/21
1041/21 1042/7 1050/6

**N**

need... [13] 1058/16
1060/4 1066/25 1067/8
1068/10 1082/15
1097/23 1100/18
1101/2 1120/12
1125/17 1126/14
1128/20
needed [11] 1068/7
1092/7 1095/24
1099/17 1102/18
1108/5 1109/9 1109/10
1116/12 1116/12
1146/10
needs [2] 1101/10
1101/11
negative [1] 1081/25
Nestler [14] 1024/14
1028/13 1042/22
1045/2 1047/15 1049/1
1050/14 1058/4 1065/8
1073/16 1082/24
1083/1 1131/25
1149/18
networking [1]
1078/19
never [10] 1050/2
1056/24 1057/8
1077/23 1096/23
1096/23 1097/6
1137/15 1143/18
1149/8
nevertheless [3]
1032/14 1035/1 1055/3
new [5] 1041/8
1041/25 1051/3
1051/20 1138/18
news [9] 1080/7
1080/10 1080/19
1080/21 1081/2
1081/24 1082/3 1082/5
1094/16
newsfeed [1] 1067/19
newspapers [2]
1080/9 1094/4
next [13] 1047/3
1085/10 1085/21
1094/4 1117/4 1121/12
1122/17 1128/22
1131/14 1134/15
1134/19 1138/17
1140/23
nice [4] 1029/1 1068/1
1068/2 1108/17
nickname [2] 1085/15
1113/17
night [12] 1094/3
1101/19 1108/25
1117/17 1122/8 1123/3
1123/22 1124/7
1124/20 1125/2
1127/14 1147/20
nine [5] 1037/6
1037/12 1038/5
1053/10 1054/20
NJ [1] 1026/13
no [38] 1024/4 1028/9
1028/9 1030/7 1035/8

1038/24 1039/1 1039/5
1041/19 1042/10
1044/7 1047/17
1051/24 1053/8
1062/23 1065/16
1067/6 1067/9 1067/10
1069/23 1082/14
1097/2 1097/15
1101/12 1110/3
1130/25 1135/18
1140/15 1142/23
1150/11 1151/10
1151/10 1151/10
1151/11 1152/1 1152/1
no-no [1] 1152/1
nobody [3] 1042/15
1062/11 1064/24
non [1] 1130/10
non-conspiracy [1]
1130/10
none [4] 1032/24
1037/10 1063/19
1132/15
Nonetheless [1]
1081/9
noon [1] 1105/2
norm [1] 1031/19
normal [1] 1030/20
north [14] 1025/15
1062/11 1062/12
1062/13 1062/18
1063/16 1103/17
1103/23 1103/25
1104/4 1107/22
1114/19 1115/4
1115/10
North Carolina [10]
1062/11 1062/12
1062/13 1062/18
1063/16 1103/17
1103/23 1103/25
1104/4 1107/22
Northwest [1] 1040/10
not [209]
note [8] 1029/22
1035/12 1035/13
1035/17 1042/6
1051/11 1097/25
1105/3
notebook [1] 1069/11
notebooks [4] 1069/17
1069/19 1069/20
1069/22
noted [1] 1035/19
notes [5] 1069/12
1069/13 1069/14
1069/24 1082/21
nothing [13] 1053/17
1079/3 1086/20
1109/17 1122/4 1137/8
1137/10 1138/18
1138/18 1138/19
1138/20 1148/17
1148/22
notice [4] 1088/8
1115/21 1117/22
1121/3

1070/1
notification [1]
1080/23
notifications [1]
1080/20
notion [2] 1042/13
1055/23
notwithstanding [2]
1055/11 1068/3
November [15]
1046/16 1048/10
1092/9 1092/12
1094/15 1094/15
1094/23 1095/19
1096/9 1097/12 1098/5
1105/19 1106/7
1117/17 1131/8
November 3rd [1]
1106/7
now [54] 1029/3
1030/16 1030/24
1035/18 1038/16
1042/17 1044/21
1050/12 1051/1 1051/6
1056/15 1057/22
1068/18 1070/23
1073/1 1073/11 1076/7
1077/17 1091/1
1092/11 1094/10
1094/12 1094/14
1097/11 1098/18
1100/2 1101/3 1101/22
1104/7 1105/19
1106/19 1110/14
1110/20 1112/16
1112/20 1114/5 1115/6
1116/3 1118/3 1118/13
1119/3 1121/9 1122/14
1127/10 1128/2
1128/15 1130/10
1131/17 1132/2
1132/23 1133/4
1143/15 1151/5 1151/6
NPR [2] 1066/21
1066/21
number [12] 1029/9
1037/11 1037/13
1037/15 1037/17
1042/17 1066/23
1073/25 1085/18
1128/24 1128/24
1128/25
numbers [4] 1035/10
1035/22 1035/23
1089/17
NW [4] 1024/16 1026/3
1026/7 1027/4

**O**

Oak [2] 1025/3 1025/7
oath [58] 1036/13
1036/16 1037/12
1037/22 1038/6
1038/20 1038/23
1039/2 1042/9 1042/12
1042/14 1054/2
1056/24 1058/1

1062/13 1066/21
1067/19 1068/13
1084/16 1084/22
1084/23 1085/11
1085/19 1085/23
1086/3 1086/17
1086/22 1086/23
1086/24 1089/12
1089/12 1089/13
1091/5 1091/18
1094/24 1095/17
1097/17 1100/22
1100/24 1106/9
1106/14 1111/18
1115/25 1122/15
1123/23 1125/23
1125/25 1126/6
1137/22 1139/6
1140/24 1143/1 1143/7
1143/22 1144/17
1148/16
Oath Keepers [50]
1036/13 1036/16
1037/12 1037/22
1038/6 1038/20
1038/23 1039/2
1042/12 1054/2
1056/24 1058/1
1058/15 1061/2
1062/13 1066/21
1067/19 1084/16
1084/22 1085/11
1085/19 1085/23
1086/3 1086/17
1086/22 1086/23
1086/24 1089/12
1089/12 1089/13
1091/18 1094/24
1095/17 1097/17
1100/22 1100/24
1106/9 1106/14
1115/25 1122/15
1123/23 1125/23
1125/25 1137/22
1139/6 1140/24 1143/1
1143/22 1144/17
1148/16
Oath Keepers' [3]
1042/9 1042/14 1091/5
oaths [1] 1084/22
object [4] 1060/14
1077/8 1136/18
1141/10
objecting [1] 1077/10
objection [8] 1035/18
1048/5 1077/12
1077/15 1133/22
1136/20 1141/3 1145/9
objections [2] 1034/3
1076/25
observed [1] 1036/6
obstruct [5] 1071/19
1071/20 1072/10
1130/4 1131/13
obstructed [1] 1130/11
obstruction [2] 1072/2
1072/16

obtaining [1] 1072/23
obvious [1] 1100/24
obviously [2] 1056/25
1081/11
occasional [2] 1030/20
1031/20
occasionally [1]
1081/3
occasions [1] 1096/21
occupy [1] 1097/8
occur [2] 1093/14
1121/25
occurred [3] 1043/19
1135/19 1136/5
occurs [1] 1080/5
October [5] 1024/5
1046/4 1046/6 1046/8
1153/7
odds [1] 1057/20
off [10] 1066/22
1092/15 1093/12
1110/17 1110/19
1124/11 1126/11
1141/17 1143/15
1149/16
offense [5] 1077/25
1078/2 1078/4 1078/6
1080/11
offenses [3] 1030/22
1031/13 1051/5
offensive [2] 1144/10
1145/1
offer [2] 1075/17
1147/11
offered [1] 1148/6
offers [1] 1077/9
office [6] 1024/16
1039/17 1063/1
1073/18 1094/6
1096/22
officer [4] 1118/5
1118/7 1118/9 1118/22
Officer Dunn [2]
1118/7 1118/9
officers [14] 1062/17
1072/11 1072/13
1090/8 1090/21 1114/3
1114/15 1116/9
1116/19 1118/14
1118/15 1120/2
1130/17 1143/5
offices [3] 1026/7
1117/13 1118/3
official [9] 1027/3
1071/19 1071/21
1072/3 1072/11 1094/7
1096/13 1130/4
1130/11
officials [1] 1144/25
often [5] 1051/13
1084/14 1094/10
1101/4 1102/15
Ohio [9] 1059/2
1085/22 1085/24
1097/22 1103/17
1103/18 1113/22
1115/19 1125/5
Ohioans [1] 1103/19

**O**

OK [1] 1108/17
okay [40] 1029/6
1030/13 1040/12
1041/23 1042/1
1043/13 1045/9
1049/10 1050/7
1051/25 1052/7
1053/20 1053/23
1056/10 1058/3 1058/7
1061/13 1062/24
1064/22 1065/12
1066/16 1067/11
1067/21 1067/24
1069/2 1085/15
1085/20 1088/21
1102/4 1102/7 1112/6
1123/7 1131/25 1132/6
1132/20 1145/15
1151/1 1151/2 1151/17
1152/8
old [2] 1126/11
1126/24
omnibus [1] 1060/9
once [9] 1075/21
1090/9 1093/8 1102/22
1129/12 1131/17
1135/12 1139/8
1139/23
one [69] 1035/5
1035/19 1036/1
1037/22 1038/19
1039/25 1040/1 1044/7
1046/17 1046/18
1046/22 1048/18
1048/18 1048/18
1049/16 1049/17
1051/16 1055/3
1056/10 1059/9
1059/23 1067/17
1068/9 1068/11
1069/24 1073/21
1074/8 1081/11
1082/18 1082/18
1084/17 1087/1
1090/24 1091/1
1091/14 1096/7
1101/25 1102/16
1102/25 1104/17
1108/22 1119/20
1126/12 1127/8 1129/6
1129/10 1131/14
1133/5 1133/7 1134/7
1135/14 1135/14
1135/15 1138/3 1138/5
1143/10 1143/11
1143/11 1143/15
1143/18 1146/23
1146/23 1147/17
1149/8 1149/9 1149/9
1149/10 1149/10
1150/10
one-off [1] 1143/15
ones [1] 1052/17
online [3] 1080/17
1081/12 1082/7
only [32] 1030/25
1031/19 1036/3

1036/20 1037/3
1037/24 1038/9 1041/5
1045/14 1046/10
1048/10 1049/17
1058/6 1070/2 1073/7
1074/21 1076/2
1076/17 1080/4 1080/8
1081/12 1081/20
1090/20 1091/17
1091/21 1101/7
1122/16 1127/15
1131/19 1145/2
op [1] 1106/12
open [4] 1091/6 1099/4
1141/20 1148/21
opening [39] 1024/9
1042/18 1042/23
1045/8 1048/1 1048/15
1048/16 1048/25
1049/2 1049/5 1049/15
1049/18 1049/23
1049/24 1049/24
1050/4 1050/6 1050/16
1056/15 1058/5
1062/22 1064/14
1068/24 1074/15
1074/16 1074/17
1074/19 1074/20
1074/24 1076/1
1082/23 1135/21
1136/23 1141/7 1147/2
1148/10 1148/12
1151/21 1152/6
openings [9] 1056/12
1059/16 1059/18
1060/1 1065/7 1068/25
1151/4 1151/20 1152/5
operate [2] 1068/20
1075/18
operating [1] 1143/14
operations [1] 1113/16
opinion [2] 1077/3
1077/5
opportunities [1]
1081/24
opportunity [10]
1034/2 1074/15
1083/17 1083/21
1098/14 1099/12
1131/9 1150/22
1150/23 1151/12
oppose [3] 1071/8
1087/6 1129/19
opposed [2] 1059/3
1146/22
opposing [2] 1071/15
1129/24
options [1] 1100/11
order [9] 1028/7
1029/11 1029/12
1060/9 1061/1 1061/10
1071/4 1085/1 1118/18
ordered [1] 1149/6
ordering [1] 1090/1
orderly [1] 1076/11
orders [1] 1085/2
ordinarily [2] 1062/25

org [1] 1125/23
organization [11]
1038/7 1058/18
1058/19 1086/4
1086/17 1086/18
1086/19 1086/25
1087/2 1089/14
1104/17
organized [1] 1056/16
organizer [1] 1106/11
organizing [1] 1107/3
orient [1] 1114/17
original [2] 1095/11
1098/2
originally [1] 1052/11
other [66] 1043/11
1044/25 1052/1
1053/14 1056/19
1057/1 1059/9 1060/14
1060/23 1067/17
1069/19 1071/7 1072/1
1072/21 1073/6
1073/25 1074/2 1074/4
1074/7 1075/14 1077/8
1078/3 1078/19
1079/15 1080/18
1081/20 1084/4 1085/6
1086/8 1087/24 1088/1
1088/11 1098/15
1102/5 1103/11
1103/15 1103/19
1104/12 1104/13
1104/25 1105/16
1106/1 1107/10
1107/17 1107/19
1111/1 1111/2 1113/7
1114/10 1116/25
1118/23 1119/6
1119/23 1120/19
1122/2 1122/14
1125/23 1126/15
1127/16 1127/17
1130/10 1135/25
1136/9 1141/14
1149/10 1149/23
other's [1] 1119/19
others [20] 1058/9
1069/15 1084/5
1085/14 1085/20
1086/14 1097/14
1101/6 1104/22 1105/7
1106/16 1107/8
1108/13 1108/16
1113/2 1120/9 1125/21
1130/21 1137/8
1145/24
otherwise [3] 1043/12
1057/6 1080/15
our [45] 1031/3 1037/1
1037/3 1043/16
1043/23 1048/5 1052/3
1056/12 1057/2
1059/12 1060/5 1083/3
1083/7 1084/10
1084/10 1092/20
1092/22 1093/6
1123/14 1126/18

1132/1 1132/14
1132/22 1133/20
1135/18 1135/23
1136/15 1137/6
1137/13 1138/5
1139/25 1140/5
1140/13 1140/18
1141/24 1142/4
1142/17 1147/11
1147/15 1150/15
1150/22 1151/3
ours [1] 1132/25
out [50] 1032/11
1034/9 1039/13
1040/11 1042/16
1044/16 1047/24
1048/20 1056/24
1057/5 1060/18
1067/11 1069/23
1070/9 1072/11
1085/14 1087/17
1087/20 1090/21
1090/23 1091/12
1095/7 1095/25 1097/8
1099/8 1100/8 1100/20
1101/8 1107/3 1107/9
1109/25 1111/16
1118/18 1119/10
1120/2 1120/3 1123/4
1123/7 1125/1 1126/18
1126/19 1128/9 1131/4
1134/10 1138/23
1140/20 1146/20
1146/21 1146/25
1147/1
outburst [1] 1143/12
outfitted [1] 1111/24
outlets [1] 1094/16
outlook.com [1]
1026/10
outside [14] 1074/9
1078/23 1079/11
1082/10 1085/8 1086/5
1087/2 1090/9 1117/13
1118/3 1120/4 1144/3
1149/17 1149/19
over [40] 1029/9
1034/17 1035/23
1038/25 1049/7
1050/21 1051/2
1051/19 1054/22
1059/11 1060/8
1078/21 1079/3
1084/13 1084/15
1085/12 1085/17
1085/17 1086/1 1090/3
1090/16 1092/14
1093/17 1099/17
1099/21 1100/1 1101/7
1113/17 1114/5
1115/21 1119/6
1127/21 1128/22
1133/21 1134/12
1134/15 1138/17
1140/23 1144/5
1151/21
overall [1] 1128/25

overarching [1]
1033/24
overhear [1] 1079/18
overhearing [1]
1079/12
overlooking [1] 1085/7
overnight [1] 1069/21
overreach [1] 1140/7
overrule [1] 1077/15
overruled [1] 1077/12
overruling [1] 1048/5
overt [2] 1148/19
1148/23
overthrow [3] 1099/8
1141/25 1143/16
overtook [1] 1095/4
overview [1] 1088/24
overwhelmed [1]
1149/24
own [19] 1052/20
1062/1 1085/23
1095/23 1096/7
1099/16 1101/6
1105/24 1108/9
1108/19 1109/10
1109/20 1110/4
1114/16 1120/7
1123/20 1125/13
1126/13 1127/15
owned [1] 1052/19

**P**

P. [1] 1028/4
P.A [1] 1026/16
p.m [13] 1046/16
1088/25 1093/14
1109/13 1109/16
1112/17 1113/4 1114/1
1115/7 1122/22 1132/8
1152/11 1152/11
PA [1] 1025/15
page [1] 1059/6
pages [1] 1069/23
paid [1] 1102/8
panel [4] 1032/3
1037/3 1067/23
1132/18
pants [1] 1120/13
paralegals [1] 1074/1
parallel [1] 1095/13
paramedics [1] 1143/6
parameters [2]
1145/11 1145/13
paramilitary [1]
1140/25
paratrooper [1]
1084/19
Park [1] 1026/3
Parler [2] 1091/11
1123/16
Parliament [2] 1095/12
1095/15
part [25] 1032/18
1054/2 1056/21
1057/12 1057/24
1059/2 1063/18 1079/4
1090/4 1096/17
1097/10 1097/21

part... **[13]** 1106/5
1107/8 1108/18
1120/22 1122/20
1123/11 1123/20
1124/2 1125/14
1126/22 1132/22
1134/25 1135/18
**parted [1]** 1089/2
**participating [1]**
1134/8
**participation [1]**
1134/13
**particular [9]** 1039/25
1040/4 1049/11 1064/9
1068/22 1073/9
1077/25 1078/4
1088/16
**particularly [5]** 1030/5
1031/20 1033/13
1058/17 1063/6
**parties [5]** 1034/2
1051/11 1070/15
1079/8 1079/16
**parts [1]** 1092/24
**party [2]** 1045/19
1074/10
**pass [3]** 1060/11
1125/16 1127/24
**passed [3]** 1104/17
1111/1 1111/4
**password [1]** 1091/14
**past [5]** 1034/15
1090/7 1090/11 1114/2
1130/17
**patch [2]** 1084/15
1089/20
**patriotic [2]** 1142/12
1142/13
**patriots [12]** 1100/19
1110/4 1110/6 1110/17
1110/17 1110/19
1110/19 1119/11
1119/12 1119/14
1122/3 1123/19
**Patton [3]** 1029/23
1030/18 1031/14
**Paul [2]** 1103/25
1107/22
**Paul Stamey [1]**
1103/25
**Pause [2]** 1066/17
1067/15
**paused [1]** 1116/11
**pay [2]** 1034/23
1082/22
**paying [1]** 1042/15
1086/3
**peace [2]** 1143/1
1143/24
**peace-keeping [1]**
1143/1
**peaceful [4]** 1083/6
1131/13 1133/11
1135/10
**pedigree [1]** 1084/17
**Pelosi [5]** 1093/2
1117/14 1117/16

**Pelosi's [1]** 1118/3
**pen [1]** 1069/11
**Pence [8]** 1093/4
1109/7 1109/17
1111/16 1112/10
1114/7 1123/18
1123/25
**pencil [1]** 1069/11
**pennant [1]** 1102/21
**Pennsylvania [3]**
1026/7 1032/12 1034/9
**people [45]** 1038/1
1038/4 1038/5 1043/21
1043/22 1047/7
1053/14 1057/8
1060/23 1062/14
1063/15 1069/14
1072/22 1079/7
1087/11 1087/15
1087/24 1089/2
1092/19 1094/1 1095/4
1095/5 1095/10 1102/5
1104/4 1110/15 1111/1
1112/4 1114/12
1116/22 1117/9
1118/17 1124/25
1127/16 1135/13
1143/6 1143/7 1143/7
1149/14 1149/17
1149/20 1149/21
1149/24 1149/24
1149/25
**people's [4]** 1038/11
1085/6 1127/17
1146/22
**pepper [1]** 1116/21
**per [1]** 1029/8
**percent [10]** 1036/2
1036/4 1036/7 1036/11
1036/18 1036/21
1037/2 1037/5 1037/10
1037/13
**perched [1]** 1092/16
**peremptory [1]**
1035/20
**perfect [2]** 1134/24
1134/24
**perhaps [5]** 1030/17
1032/2 1057/25
1061/22 1092/17
**permit [1]** 1069/12
**permitted [3]** 1078/7
1144/24 1146/7
**person [25]** 1039/2
1039/6 1039/7 1056/4
1056/6 1064/9 1071/4
1083/8 1085/17
1087/18 1089/4 1093/1
1093/2 1093/10
1093/17 1093/22
1093/24 1094/3 1094/4
1094/5 1103/24 1121/2
1125/3 1127/18 1131/1
**person's [2]** 1087/20
1130/24
**personal [1]** 1134/10
**personally [1]** 1101/18

**persons [1]** 1081/12
**perspective [1]**
1139/24
**pertaining [1]** 1060/14
**perverts [1]** 1084/25
**petty [1]** 1030/22
**phillip [3]** 1025/2
1025/6 1028/15
**philosophy [1]**
1084/25
**phone [23]** 1043/19
1044/18 1080/21
1091/21 1092/3 1092/3
1092/4 1110/21
1112/22 1113/1
1113/11 1113/12
1115/17 1120/19
1125/2 1125/4 1126/13
1127/15 1129/8 1135/3
1147/20 1147/25
1150/1
**phones [7]** 1044/14
1072/20 1085/6
1126/12 1127/11
1127/13 1127/17
**photo [1]** 1113/3
**photographs [2]**
1053/11 1129/9
**phrase [2]** 1086/22
1096/24
**physical [2]** 1089/18
1129/9
**physically [1]** 1084/7
**picture [7]** 1129/4
1136/14 1136/15
1139/24 1140/12
1148/9 1148/11
**piece [1]** 1108/17
**pieces [2]** 1129/2
1129/18
**pierce [1]** 1045/19
**pissed [2]** 1110/16
1110/19
**pitchforks [1]** 1101/9
**place [12]** 1031/3
1081/11 1092/9
1092/20 1093/15
1094/14 1110/12
1114/16 1114/24
1124/4 1133/8 1135/8
**placed [1]** 1068/13
**places [2]** 1143/21
1143/22
**plain [1]** 1091/5
**Plaintiff [1]** 1024/4
**plan [17]** 1061/4
1083/10 1091/1 1095/4
1095/17 1095/25
1096/10 1096/25
1097/1 1098/12
1109/10 1111/5 1111/8
1149/7 1149/11
1150/11 1150/11
**planned [7]** 1086/12
1091/4 1101/23
1104/12 1106/20
1128/10 1131/5

**planning [6]** 1052/25
1101/15 1103/8
1106/12 1106/12
**plans [3]** 1098/16
1103/14 1128/12
**platforms [2]** 1044/25
1091/20
**plausible [1]** 1096/6
**played [17]** 1088/9
1089/8 1090/6 1090/13
1090/22 1096/12
1097/4 1099/3 1105/10
1111/6 1111/9 1115/18
1120/11 1121/5
1122/25 1128/5
1145/18
**plays [1]** 1117/7
**plea [2]** 1147/15
1147/19
**pleaded [1]** 1072/24
**pleas [2]** 1147/6
1147/13
**please [16]** 1028/5
1028/6 1067/24
1068/12 1068/14
1082/8 1082/9 1132/6
1132/10 1133/1 1135/3
1140/15 1140/17
1141/4 1141/22
1151/11
**pled [3]** 1147/5
1147/10 1148/6
**plot [2]** 1127/21
1128/14
**plotting [1]** 1087/5
**plus [2]** 1062/12
1063/15
**podcast [1]** 1112/1
**podcasts [1]** 1091/8
**podium [1]** 1132/16
**point [6]** 1030/7
1034/10 1062/21
1087/19 1108/9
1139/11
**pointed [1]** 1099/8
**points [1]** 1107/11
**police [25]** 1072/13
1089/14 1089/15
1090/7 1090/11
1090/21 1095/10
1108/7 1114/3 1114/7
1114/14 1116/5 1116/6
1116/9 1116/19
1116/24 1118/5
1118/14 1118/15
1118/19 1118/22
1119/12 1120/1
1124/25 1130/16
**police's [1]** 1111/3
**political [1]** 1142/10
**politicians [1]** 1124/10
**popping [1]** 1101/4
**portion [1]** 1103/10
**portray [1]** 1143/12
**position [5]** 1035/11
1045/3 1061/10
1096/14 1103/5
**possession [7]**

**planning [6]** 1052/25
1101/15 1103/8
1106/12 1106/12
1050/23
1055/6 1055/8 1055/10
1055/13 1055/18
**possible [1]** 1063/10
1070/16
**post [1]** 1032/14
**post-trial [1]** 1032/14
**posted [1]** 1095/16
**posterboard [1]**
1088/4
**posting [1]** 1078/19
1082/6
**postings [3]** 1080/18
1081/13 1082/4
**posture [1]** 1033/12
**potential [2]** 1033/19
1141/15
**potentially [2]** 1147/5
1152/6
**Potomac [4]** 1084/6
1086/8 1086/13
1106/24
**Potomac River [1]**
1084/6
**power [32]** 1071/9
1071/14 1083/4 1083/6
1083/8 1083/14 1084/1
1094/21 1095/21
1096/2 1096/22
1097/10 1098/13
1098/21 1098/24
1099/14 1100/6
1100/10 1100/12
1102/13 1109/12
1110/10 1116/15
1121/25 1127/22
1128/11 1129/20
1129/24 1131/7
1131/13 1133/11
1142/1
**powered [1]** 1104/8
**PowerPoint [1]**
1145/18
**preaches [1]** 1085/1
**precisely [1]** 1034/18
**preclude [1]** 1042/19
1048/15 1048/20
1060/13
**precludes [1]** 1061/1
**preclusion [1]** 1042/18
**preconceived [1]**
1037/21
**preconceptions [1]**
1036/17
**predicted [1]** 1109/17
**preferable [1]** 1030/21
**prejudice [2]** 1037/21
1053/19
**prejudicial [4]** 1038/9
1048/7 1048/8 1055/20
**preliminary [6]** 1029/4
1029/7 1065/5 1068/6
1068/19 1074/13
**prepare [2]** 1095/2
1097/14
**prepared [6]** 1029/3
1098/8 1098/12
1121/23 1131/8 1131/8

1175

**P**

**preparing** [1] 1103/9
**preponderance** [2]
1045/23 1055/13
**presence** [3] 1029/7
1082/10 1118/6
**present** [11] 1028/23
1028/24 1029/2 1075/7
1075/23 1098/14
1099/15 1128/2 1129/6
1136/6 1140/23
**presentation** [7]
1046/1 1052/3 1056/14
1074/6 1129/1 1133/5
1145/19
**presented** [10]
1034/18 1035/10
1049/24 1051/4 1051/6
1052/13 1081/20
1131/9 1134/6 1140/4
**presents** [2] 1075/6
1138/16
**preserved** [1] 1031/1
**preside** [1] 1093/17
**presidency** [1] 1083/8
1099/14
**president** [45] 1047/10
1083/14 1083/14
1091/7 1093/3 1093/16
1093/23 1094/5
1096/22 1096/23
1097/6 1098/24 1099/5
1099/5 1099/11
1101/17 1102/3 1109/7
1109/8 1109/19
1110/10 1112/9
1112/10 1114/7
1120/17 1123/18
1123/25 1127/25
1131/14 1131/16
1131/16 1133/13
1135/25 1145/20
1145/21 1145/25
1146/1 1146/2 1146/3
1146/9 1146/14
1146/15 1147/22
1147/23 1148/15
**President Abraham
 Lincoln** [1] 1120/17
**President Trump** [16]
1091/7 1096/22
1096/23 1097/6
1098/24 1099/5 1099/5
1099/11 1101/17
1109/8 1110/10 1112/9
1127/25 1146/14
1147/23 1148/15
**President Trump's** [1]
1102/3
**President-Elect** [2]
1083/14 1094/5
**President-Then** [1]
1047/10
**Presidential** [19]
1071/9 1071/9 1083/3
1083/20 1084/1
1086/20 1092/12
1093/10 1094/2

**preparing** 1096/19 1098/13
1098/20 1100/10
1100/12 1102/13
1124/18 1129/20
**presiding** [1] 1028/4
**presumably** [1] 1056/5
**presumed** [2] 1038/4
1077/18
**presumption** [3]
1034/24 1039/18
1077/18
**pretrial** [2] 1145/11
1145/14
**pretty** [1] 1052/5
**Prettyman** [1] 1027/4
**prevent** [15] 1071/16
1071/24 1072/22
1084/7 1095/21
1098/20 1100/5 1110/9
1112/11 1130/1 1130/8
1135/24 1139/11
1142/1 1146/14
**prevented** [2] 1033/4
1130/12
**preventing** [1] 1121/25
**prime** [1] 1103/5
**principles** [1] 1068/21
**print** [1] 1082/6
**prior** [6] 1035/24
1046/17 1046/18
1099/22 1114/5
1128/11
**prison** [1] 1133/21
**privilege** [5] 1042/22
1045/18 1045/20
1045/20 1139/1
**privileges** [1] 1045/22
**pro** [3] 1118/18
1118/18 1118/18
**probable** [2] 1051/5
1055/7
**probably** [8] 1058/25
1069/1 1069/10 1070/1
1134/3 1149/22
1151/22 1151/24
**probative** [5] 1048/8
1053/19 1055/15
1055/20 1055/21
**probe** [1] 1122/19
**problem** [1] 1045/5
**problems** [2] 1041/20
1081/4
**procedure** [3] 1040/24
1095/8 1143/14
**procedures** [1]
1073/12
**proceed** [1] 1073/14
**proceeded** [1] 1032/23
**proceeding** [8] 1033/5
1033/18 1071/19
1071/21 1072/3 1130/5
1130/5 1130/11
**proceedings** [7]
1024/9 1027/6 1028/23
1033/25 1036/7
1072/17 1153/4
**process** [10] 1032/22

**preparing** 1081/25 1097/10
1114/8 1134/8 1134/22
1134/22
**produce** [1] 1075/10
**produced** [1] 1027/7
**proffer** [4] 1042/7
1042/21 1043/2 1045/7
**Programs** [1] 1039/11
**projected** [1] 1094/19
**projecting** [1] 1094/17
**proof** [10] 1077/22
1123/5 1136/25 1137/4
1137/5 1137/11
1137/13 1137/17
1150/17 1150/18
**proper** [2] 1052/13
1140/3
**properly** [1] 1077/10
**property** [3] 1072/7
1072/7 1130/13
**prosecute** [1] 1063/3
**prosecuting** [1]
1039/18
**prosecution** [2]
1060/20 1063/1
**prosecutor's** [1]
1039/17
**prosecutorial** [2]
1063/11 1064/7
**prosecutors** [2]
1073/17 1074/8
**prospective** [1]
1040/17
**protect** [4] 1116/20
1126/6 1142/8 1143/7
**protecting** [1] 1090/11
1116/6
**ProtonMail** [2] 1091/23
1091/23
**proud** [1] 1121/22
**prove** [7] 1045/3
1055/9 1075/9 1077/21
1078/4 1130/23
1141/24
**proved** [2] 1073/8
1130/25
**proven** [2] 1077/20
1077/24
**Proverbs** [2] 1138/5
1138/6
**proves** [1] 1087/14
**provide** [4] 1030/8
1062/15 1070/23
1128/18
**provided** [1] 1095/3
**provides** [3] 1048/11
1050/3 1087/9
**providing** [4] 1042/12
1088/23 1102/6 1103/4
**provision** [2] 1042/9
1042/14
**proximity** [1] 1107/1
**public** [4] 1030/2
1041/10 1091/6
1114/10
**publicly** [3] 1041/7
1091/3 1096/20

**preparing** 1038/8
1040/3 1040/5
**Question 45** [2] 1036/8
1037/8
**Question 46** [4]
1036/11 1037/11
1038/5 1038/20
**questioning** [3] 1067/1
1067/8 1144/7
**questionnaire** [1]
1070/17
**questionnaires** [1]
1134/11
**questions** [12]
1035/16 1036/8 1039/1
1061/2 1061/5 1075/2
1075/4 1075/12 1076/1
1076/12 1080/14
1134/11
**quick** [9] 1086/9
1088/19 1088/20
1096/15 1098/8
1103/24 1104/6
1106/22 1144/10
**Quick Reaction Force**
[6] 1086/9 1098/8
1103/24 1104/6
1106/22 1144/10
**quickly** [1] 1124/15
**quirk** [1] 1094/1
**quite** [7] 1030/14
1041/20 1042/8
1048/17 1048/21
1053/14 1148/10
**quitting** [1] 1122/5
**quote** [4] 1095/18
1099/9 1108/10
1110/18
**quoting** [1] 1095/11

**R**

**race** [1] 1119/4
**racism** [1] 1056/17
**racist** [2] 1056/17
1140/25
**raise** [4] 1034/13
1068/10 1068/12
1070/21
**raised** [1] 1029/20
**Rakoczy** [7] 1024/14
1028/13 1030/6
1073/16 1088/3
1088/18 1131/18
**rally** [4] 1091/9 1099/1
1102/4 1107/11
**rampant** [1] 1148/21
**ran** [2] 1119/16
1124/11
**random** [1] 1060/18
**randomly** [1] 1070/7
**range** [2] 1057/8
1105/8
**rather** [5] 1081/7
1095/25 1108/3
1108/22 1113/12
**rationally** [1] 1148/13
**rats** [1] 1124/12
**re** [1] 1081/5

**Q**

**QRF** [16] 1062/11
1062/12 1062/15
1086/9 1098/8 1106/22
1107/3 1107/9 1107/11
1111/20 1112/19
1122/13 1126/23
1143/14 1144/2 1144/9
**QRFs** [2] 1096/14
1143/25 1145/1
**qualified** [1] 1035/13
1035/17 1036/1 1036/3
1036/10 1036/14
1036/15 1036/20
1065/3
**question** [53] 1035/16
1036/2 1036/3 1036/4
1036/5 1036/6 1036/8
1036/11 1036/11
1036/12 1036/12
1036/15 1036/18
1036/19 1036/19
1037/2 1037/3 1037/4
1037/6 1037/8 1037/11
1037/24 1037/25
1038/5 1038/8 1038/9
1038/19 1038/20
1038/22 1039/2
1039/25 1040/1 1040/1
1040/3 1040/5 1043/20
1043/25 1046/17
1046/18 1049/15
1055/12 1055/24
1056/1 1058/16
1058/19 1062/21
1077/1 1077/9 1077/12
1077/13 1077/14
1077/15 1099/25

**pull** [3] 1088/4 1090/21
1120/3
**punked** [1] 1111/16
**purpose** [6] 1034/20
1048/13 1087/12
1093/8 1102/25
1146/25
**pursuant** [1] 1040/23
**push** [11] 1080/20
1080/22 1090/7
1090/14 1090/14
1090/14 1116/4
1116/16 1116/16
1116/16 1130/17
**pushed** [4] 1090/20
1114/2 1116/18
1116/18
**put** [19] 1030/10
1051/14 1056/4 1056/6
1074/25 1075/11
1087/16 1103/4 1108/7
1126/8 1136/17
1139/24 1140/9 1144/2
1146/4 1146/23 1147/3
1147/21 1150/22
**puts** [1] 1147/6
**putting** [1] 1138/11
**PUTZI** [1] 1026/16

**Question 22** [3] 1038/8

re-trials [1] 1081/5
reach [2] 1087/22
1131/19
reached [1] 1084/4
reaching [1] 1140/2
react [1] 1146/9
reaction [9] 1086/9
1096/15 1098/8
1103/24 1104/6
1106/22 1144/10
1144/10 1144/10
Reactive [1] 1145/2
read [7] 1065/5
1078/18 1080/7
1080/10 1082/7
1082/14 1138/19
reading [1] 1080/16
ready [9] 1067/22
1068/8 1098/9 1105/2
1109/2 1112/17 1146/8
1146/9 1146/9
real [5] 1036/8 1097/1
1099/25 1142/2 1142/3
realize [3] 1070/18
1094/2 1134/1
realized [2] 1124/19
1124/22
really [10] 1034/15
1058/14 1063/10
1136/14 1139/25
1141/6 1141/7 1146/24
1150/2 1150/20
Realtime [1] 1027/3
reason [7] 1031/25
1070/6 1102/1 1102/16
1129/11 1137/13
1138/9
reasonable [8]
1055/10 1073/10
1077/20 1077/22
1077/24 1078/5
1130/23 1137/11
reasonably [1]
1148/14
reasoning [2] 1032/20
1034/10
reasons [9] 1031/23
1031/23 1032/15
1051/13 1057/10
1063/12 1081/10
1082/1 1102/21
rebellion [1] 1083/10
rebut [1] 1081/20
rebuttal [1] 1075/17
recall [4] 1038/1
1106/14 1110/7 1122/9
recap [1] 1053/25
receive [2] 1045/4
1045/6
received [1] 1105/20
recent [1] 1133/6
recently [3] 1041/6
1041/18 1057/3
Recess [2] 1132/8
1152/11
recesses [1] 1069/21
recipient's [1] 1125/13

recognizable [1]
1084/14
recognize [1] 1070/18
recollection [1] 1038/2
reconnaissance [1]
1115/25
reconsider [1] 1050/10
record [5] 1041/10
1041/15 1048/4
1067/17 1153/3
recorded [5] 1027/6
1096/7 1097/1 1110/25
1128/4
recording [3] 1111/1
1115/23 1123/1
records [3] 1129/8
1129/8 1129/8
recovered [1] 1106/3
recovering [2] 1052/4
1052/5
recovery [1] 1127/11
recreational [1]
1105/23
recruit [3] 1084/17
1091/12 1097/14
recruiting [2] 1084/20
1103/12
recruits [1] 1097/22
red [3] 1047/12 1086/2
1089/10
redirect [2] 1075/5
1075/16
refer [9] 1048/1
1056/20 1057/19
1058/15 1073/14
1086/24 1088/5
1141/15 1151/21
reference [1] 1050/15
referenced [1] 1050/15
references [1] 1139/18
referred [4] 1057/9
1057/22 1086/14
1100/15
referring [5] 1049/9
1052/16 1073/16
1073/20 1105/3
refers [1] 1043/17
reflect [1] 1081/15
refuse [2] 1079/25
1094/25
refused [1] 1032/25
regard [2] 1031/8
1072/1
regarding [11] 1033/6
1033/20 1041/6
1042/18 1050/10
1057/1 1059/12
1060/14 1061/2 1061/5
1125/18
regardless [1] 1110/10
regional [1] 1094/23
Registered [1] 1027/2
regular [2] 1070/11
1085/24
regularly [1] 1151/10
related [3] 1074/9
1129/21 1136/9
relayed [1] 1051/16

relevant [7] 1054/15
1055/19 1059/15
1061/18 1062/1 1129/3
1139/21
reliability [1] 1033/21
reliance [1] 1146/5
relief [1] 1143/20
reloading [1] 1122/6
rely [2] 1034/17
1082/20
remain [3] 1069/20
1145/11 1145/13
remained [1] 1085/7
remains [1] 1077/19
remarks [1] 1069/5
remedied [1] 1033/10
remember [6] 1054/7
1069/15 1126/3 1127/7
1134/5 1150/19
reminded [2] 1111/23
1112/16
reminders [1] 1151/9
remove [1] 1125/12
removed [3] 1039/24
1040/13 1046/5
removes [1] 1046/14
renamed [1] 1046/12
renewed [1] 1034/12
repeat [1] 1078/12
report [13] 1043/10
1043/17 1043/21
1044/3 1044/12
1044/16 1044/17
1046/7 1047/22
1051/10 1051/19
1079/19 1082/15
reporter [6] 1027/2
1027/2 1027/3 1027/3
1110/23 1110/25
reporters [1] 1082/17
represent [1] 1083/1
representation [1]
1150/4
representations [1]
1045/13
representatives [8]
1089/18 1092/25
1093/1 1093/7 1114/9
1114/20 1115/12
1117/2
Representatives' [1]
1093/15
request [11] 1030/9
1030/16 1032/21
1033/1 1040/19
1040/25 1041/8
1041/11 1065/22
1119/10 1146/9
requested [3] 1032/25
1039/9 1060/13
requesting [1] 1040/25
require [3] 1034/1
1075/9 1094/9
required [7] 1033/4
1043/24 1075/8
1083/17 1091/14
1115/5 1122/9

Requiring [1] 1034/4
research [8] 1080/9
1080/13 1081/1
1081/23 1082/3
1144/19 1151/10
1151/11
reserve [2] 1066/2
1066/9
residents [1] 1092/14
resolution [1] 1033/16
resolve [1] 1048/24
resolved [1] 1048/24
respect [6] 1036/9
1036/25 1045/17
1050/3 1051/22
1130/10
respective [1] 1101/23
respond [2] 1045/10
1077/11
responded [3] 1035/15
1101/19 1122/11
responding [1]
1081/13
responds [6] 1046/22
1046/23 1047/3
1047/10 1047/14
1047/15
response [7] 1060/10
1110/18 1111/3 1111/3
1112/18 1118/1 1119/9
responses [1] 1037/25
responsibilities [3]
1069/8 1076/8 1076/8
responsibility [5]
1033/8 1076/10
1076/16 1077/7 1081/9
rest [8] 1089/10
1096/16 1105/4
1112/16 1113/4
1113/10 1122/21
1151/4
restated [1] 1031/14
restaurant [1] 1125/1
restricted [2] 1113/5
1121/15
result [1] 1128/16
resulted [1] 1033/1
resulting [1] 1081/4
results [6] 1048/11
1055/11 1081/25
1086/20 1117/19
1124/18
resume [2] 1124/19
1132/3
resumed [1] 1122/8
retire [2] 1070/2
1075/22
retrieving [1] 1107/16
returned [2] 1065/3
1070/25
reversible [1] 1053/10
review [6] 1035/5
1080/23 1081/2
1081/23 1082/3
1151/10
reviewed [1] 1035/3
reviewing [1] 1093/9

rhetoric [1] 1098/22
RHODES [87] 1024/6
1025/2 1028/10
1028/16 1028/22
1056/13 1057/7 1071/1
1072/15 1072/21
1073/20 1084/13
1084/20 1085/3
1085/19 1085/24
1086/10 1090/18
1090/18 1091/7 1091/7
1094/20 1094/23
1095/16 1095/19
1095/22 1096/4 1096/9
1096/14 1096/20
1097/1 1098/6 1098/11
1098/18 1099/1 1099/4
1099/6 1099/11
1099/12 1099/16
1100/15 1101/3
1106/16 1108/7
1108/12 1108/18
1109/5 1109/16
1109/22 1110/1 1110/5
1110/12 1110/18
1111/21 1112/16
1112/21 1112/25
1113/2 1113/11
1113/15 1113/17
1120/4 1120/18
1121/13 1121/14
1122/3 1124/24
1125/14 1127/21
1127/24 1128/3
1131/20 1132/24
1137/8 1138/25 1139/5
1140/24 1142/11
1142/23 1142/24
1144/18 1145/17
1147/20 1148/13
1149/11 1149/12
1149/15
Rhodes' [16] 1041/8
1084/25 1090/19
1092/12 1096/7
1097/11 1097/17
1098/22 1108/9 1110/7
1119/4 1119/10 1120/6
1121/16 1128/4
1145/23
rid [1] 1126/21
rifle [2] 1118/10
1118/24
rifles [5] 1084/6
1104/19 1105/7
1107/17 1114/15
right [30] 1029/25
1030/25 1042/25
1044/19 1045/2
1048/14 1050/18
1054/12 1059/4 1059/8
1062/3 1062/24
1064/23 1064/24
1067/16 1067/22
1067/25 1068/10
1068/12 1068/16
1069/3 1095/14 1101/9

# R

**right... [7]** 1117/4
1132/11 1134/20
1138/7 1141/17
1141/18 1141/19
**righteousness [1]**
1118/20
**riot [3]** 1090/11 1116/5
1146/4
**rioters [1]** 1060/15
**rioters' [1]** 1111/2
**riots [1]** 1143/22
**rise [5]** 1028/2 1068/9
1132/9 1151/15
1152/10
**risk [3]** 1032/23 1033/9
1033/22
**Ritchie [1]** 1026/17
**river [6]** 1084/6 1086/8
1086/13 1106/24
1107/4 1107/7
**RMR [2]** 1153/2 1153/8
**Road [1]** 1026/3
**Robert [1]** 1119/7
**Roberto [1]** 1119/7
**Roberto Minuta [1]**
1119/7
**robs [1]** 1081/24
**rock [1]** 1105/6
**rocket.chat [1]**
1091/17
**Rohde [1]** 1088/3
**role [9]** 1033/7 1087/20
1088/8 1103/4 1106/6
1134/1 1137/22 1139/6
1139/6
**roles [1]** 1140/1
**roll [1]** 1065/7
**rolled [1]** 1123/22
**rolling [1]** 1117/24
**room [1]** 1147/21
**rope [1]** 1151/19
**rote [1]** 1031/9
**rotting [1]** 1108/11
**Rotunda [10]** 1090/20
1114/21 1114/23
1114/24 1115/9 1117/1
1117/6 1117/13 1120/2
1130/18
**Route [1]** 1107/1
**Route 66 [1]** 1107/1
**routes [1]** 1107/6
**routine [1]** 1083/5
**row [1]** 1085/17
**RSS [1]** 1080/22
**rude [1]** 1079/22
**rule [8]** 1030/15
1040/23 1076/11
1076/24 1081/4
1081/10 1141/11
1141/12
**rules [3]** 1069/4
1073/12 1075/21
**run [2]** 1053/16
1102/20
**RV [13]** 1051/15
1052/23 1052/24
1053/10 1054/2 1054/5

1054/20 1055/5
1105/24 1106/2 1106/4

# S

**sacred [1]** 1116/20
**safety [4]** 1038/11
1040/6 1051/13
1114/15
**said [47]** 1030/18
1031/18 1032/18
1035/5 1036/14
1036/22 1037/13
1038/9 1038/10
1038/15 1039/16
1045/18 1047/16
1051/18 1054/6
1054/18 1059/10
1066/20 1067/19
1087/23 1088/16
1089/13 1096/9 1097/1
1099/7 1107/22 1112/4
1113/14 1117/23
1119/10 1120/5
1120/12 1121/3 1122/2
1123/12 1123/24
1123/25 1124/4 1126/8
1126/24 1127/1
1127/21 1131/4 1141/9
1141/13 1142/15
1147/21
**same [18]** 1034/14
1045/13 1046/8
1051/19 1059/6
1075/18 1079/23
1097/16 1112/2
1114/24 1119/18
1119/23 1120/8 1121/2
1122/18 1124/12
1126/22 1151/9
**samples [1]** 1053/5
**sanction [1]** 1031/5
**sanctioned [1]** 1057/6
**sat [1]** 1134/17
**Saturday [1]** 1094/15
**save [1]** 1064/20
**saw [10]** 1066/24
1067/3 1067/17
1067/18 1092/18
1109/6 1135/20
1138/12 1138/17
1148/10
**say [19]** 1030/11
1032/5 1043/12 1058/1
1058/12 1064/11
1079/3 1087/16 1094/8
1095/25 1102/16
1112/19 1136/23
1136/24 1141/13
1145/24 1147/24
1149/11 1152/4
**saying [6]** 1061/21
1063/10 1077/11
1078/17 1096/4
1149/15
**says [7]** 1047/4 1085/2
1093/21 1093/24
1094/7 1138/7 1149/18

**scaffolding [1]** 1090/20
**Scare [1]** 1100/9
**scene [1]** 1080/11
**scheduled [1]** 1142/5
**scheme [1]** 1088/13
**schlep [1]** 1104/9
**schlepping [1]**
1107/23
**School [2]** 1084/18
1142/15
**scores [1]** 1136/10
**screaming [3]** 1100/19
1117/5 1120/1
**screw [1]** 1101/6
**screwed [1]** 1111/16
**scrutiny [2]** 1033/14
1035/5
**sea [1]** 1107/13
**search [1]** 1140/2
**searched [1]** 1051/8
**seat [4]** 1070/9
1070/10 1132/20
1151/17
**seated [10]** 1028/5
1028/6 1035/2 1035/2
1039/21 1067/24
1068/14 1084/13
1132/7 1132/10
**seats [2]** 1069/10
1070/7
**second [8]** 1046/14
1071/18 1085/21
1129/15 1130/3 1139/9
1139/23 1151/18
**secret [3]** 1081/23
1091/3 1114/6
**secretly [3]** 1096/7
1097/1 1128/4
**secure [2]** 1091/19
1092/7
**secured [1]** 1121/15
**security [13]** 1042/10
1042/12 1042/15
1102/6 1102/9 1102/9
1103/4 1142/4 1142/6
1143/17 1144/23
1149/21 1150/12
**seditious [2]** 1071/12
1129/22
**see [48]** 1042/16
1044/21 1053/11
1063/20 1064/18
1065/15 1074/11
1079/20 1092/1
1096/19 1098/2
1102/20 1103/7
1105/15 1105/16
1107/2 1107/6 1107/14
1107/18 1109/23
1110/2 1110/3 1117/24
1118/16 1119/5
1119/25 1120/18
1122/2 1122/23
1127/13 1128/21
1135/16 1137/6
1138/18 1138/23
1139/23 1146/17
1146/19 1146/23

1148/4 1148/8 1149/15
1149/17 1151/22
1151/14 1152/9
**seeing [1]** 1080/19
**seeking [3]** 1040/25
1045/19 1081/7
**seems [3]** 1057/20
1060/25 1138/7
**seen [6]** 1043/10
1092/15 1122/4 1136/2
1138/19 1150/21
**sees [1]** 1081/12
**segment [1]** 1129/5
**seized [1]** 1083/21
**selected [3]** 1032/2
1040/16 1070/7
**selection [5]** 1033/13
1035/4 1056/11
1070/14 1134/8
**selective [1]** 1060/20
**self [2]** 1058/10
1125/20
**self-explanatory [1]**
1058/10
**self-incriminating [1]**
1125/20
**semiautomatic [2]**
1084/6 1107/17
**semper [1]** 1120/14
**Senate [14]** 1090/12
1092/25 1093/3 1093/7
1114/18 1115/1 1115/3
1115/11 1115/16
1116/4 1116/7 1116/8
1123/14 1130/18
**Senators [4]** 1099/6
1101/2 1114/8 1116/13
**send [1]** 1091/6
**sending [2]** 1113/3
1120/19
**sends [1]** 1046/19
**sense [12]** 1029/13
1030/17 1035/6 1046/6
1048/22 1055/17
1068/17 1069/7
1087/13 1094/12
1141/12 1151/4
**sent [19]** 1043/6
1043/7 1043/20
1043/25 1045/13
1085/5 1104/25 1105/5
1107/10 1109/16
1109/22 1111/15
1121/20 1122/3 1123/2
1123/4 1123/7 1125/9
1127/16
**sentences [2]** 1133/21
1141/15
**separate [3]** 1058/16
1059/11 1071/11
**separately [1]** 1115/14
**Serbia [1]** 1095/4
**series [1]** 1126/12
**serious [3]** 1041/19
1070/12 1133/10
**seriously [1]** 1134/21
**seriousness [1]**

**servants [1]** 1114/10
**serve [4]** 1034/20
1079/9 1106/17
1116/20
**server [1]** 1091/22
**service [3]** 1070/5
1086/14 1114/6
**serving [5]** 1079/1
1079/2 1134/18
1134/19 1134/19
**session [15]** 1024/7
1028/3 1071/21 1072/3
1093/13 1093/18
1093/18 1093/25
1097/9 1115/5 1119/2
1121/18 1122/8
1129/4 1129/10/5
**set [3]** 1105/6 1108/25
1121/25
**settings [1]** 1080/20
**seven [6]** 1115/10
1115/11 1116/3 1117/1
1134/4 1134/15
**Seventh [2]** 1039/14
1039/15
**several [6]** 1088/5
1092/9 1125/10
1144/24 1145/8 1148/9
**severance [1]** 1033/1
**sexist [1]** 1141/1
**shaped [1]** 1105/8
**shaping [1]** 1098/16
**share [2]** 1082/8
1101/7
**shatter [1]** 1083/10
**she [20]** 1029/3
1040/10 1066/20
1077/20 1085/23
1097/22 1097/23
1103/19 1108/15
1111/3 1111/10
1111/11 1115/16
1115/17 1116/1
1116/15 1116/16
1123/12 1123/17
1130/17
**she's [2]** 1085/22
1085/25
**Shepherd [1]** 1119/21
**shifts [1]** 1077/23
**shirt [1]** 1085/17
**shit [2]** 1101/8 1126/20
**shitting [1]** 1120/13
**short [2]** 1051/6
1118/25
**shorthand [2]** 1085/5
1096/2
**shortly [2]** 1090/16
1151/14
**should [31]** 1029/3
1031/19 1031/21
1045/6 1058/10 1065/6
1070/21 1073/1 1073/6
1074/20 1077/2 1077/3
1077/6 1078/17
1079/11 1079/17
1079/19 1079/25

**should... [13]** 1080/7
1080/20 1080/23
1081/21 1082/2 1085/1
1100/20 1101/24
1105/2 1113/14
1128/20 1129/15
1132/15
**shoulders [1]** 1119/19
**shouldn't [1]** 1063/21
**show [23]** 1043/24
1065/4 1087/7 1087/23
1088/10 1098/1 1100/2
1102/14 1131/3 1136/1
1136/3 1136/12 1137/7
1142/2 1142/3 1142/4
1142/12 1142/19
1142/20 1142/21
1142/23 1149/8 1150/7
**showed [1]** 1049/4
**showing [4]** 1047/19
1107/15 1108/4
1109/14
**shows [8]** 1043/5
1046/4 1046/7 1046/10
1046/11 1076/3 1091/8
1108/5
**Shut [2]** 1047/4 1126/8
**sic [2]** 1037/17
1120/14
**side [23]** 1043/12
1053/12 1067/7
1075/23 1076/3 1077/9
1081/20 1086/8 1089/1
1090/19 1113/3
1114/19 1114/19
1114/20 1114/22
1118/19 1119/16
1119/17 1119/20
1119/23 1120/7
1120/22 1122/22
**sidearm [1]** 1104/20
**sidearms [1]** 1104/19
**sides [2]** 1073/25
1081/19
**Siemens [4]** 1040/23
1041/16 1041/16
1042/13
**Siemens' [4]** 1041/1
1041/2 1041/6 1042/7
**sight [1]** 1091/5
**signal [14]** 1044/22
1091/23 1091/24
1092/1 1092/3 1099/23
1101/3 1109/16
1111/23 1112/22
1126/11 1126/15
1127/16 1127/17
**signed [2]** 1061/8
1097/19
**significance [1]**
1081/18
**significant [2]** 1108/18
1133/21
**significantly [1]**
1032/21
**similarly [4]** 1089/2
1089/3 1101/14

**simple [1]** 1030/7
**simply [7]** 1033/11
1047/23 1060/22
1087/10 1088/7
1116/10 1118/16
**simultaneously [1]**
1102/25
**since [2]** 1083/3
1133/8
**single [4]** 1032/16
1035/1 1037/22 1093/7
**sir [7]** 1041/14 1059/25
1132/12 1139/17
1139/20 1139/22
1145/12
**sit [1]** 1140/18
**site [3]** 1081/15
1106/25 1123/17
**sites [2]** 1078/20
1091/14
**sitting [7]** 1064/22
1065/23 1070/2 1074/3
1085/21 1086/1 1112/2
**situation [2]** 1111/20
1149/2
**situations [1]** 1131/3
**six [6]** 1041/18 1047/5
1047/13 1134/3 1134/4
1134/15
**size [1]** 1118/12
**skeptical [1]** 1031/21
**skin [1]** 1053/13
**skip [1]** 1038/25
**skipped [1]** 1102/16
**slicked [1]** 1085/13
**slipping [1]** 1109/6
**smaller [1]** 1129/2
**smoke [1]** 1116/22
**SMS [1]** 1044/20
**snippet [2]** 1105/16
1136/11
**snippets [1]** 1136/2
**so [106]** 1029/6 1029/9
1029/14 1030/4
1030/13 1030/17
1031/16 1031/22
1032/5 1032/19 1034/8
1035/22 1036/14
1036/15 1037/20
1038/12 1039/23
1040/18 1040/19
1041/10 1041/21
1042/13 1043/23
1044/1 1044/24 1045/2
1045/14 1045/17
1046/6 1046/10
1047/11 1047/14
1047/15 1047/21
1047/25 1049/4
1049/19 1050/7
1051/18 1055/7
1055/12 1057/18
1059/5 1059/22 1060/2
1060/20 1061/4 1061/8
1061/17 1062/19
1062/20 1062/25
1064/24 1065/1 1065/1

1068/4 1068/9 1068/17
1069/3 1069/25
1071/10 1075/8 1079/5
1079/25 1082/9
1082/22 1088/19
1088/20 1090/18
1094/7 1094/8 1098/2
1098/25 1100/19
1102/4 1108/23
1109/20 1110/4
1113/13 1114/5
1124/21 1125/3 1126/6
1129/12 1130/21
1132/7 1132/11
1132/22 1133/8
1133/18 1134/12
1134/14 1134/25
1141/9 1141/17 1144/3
1144/13 1146/12
1148/1 1150/2 1151/6
1151/13 1152/7
**So I think [1]** 1034/8
**So it's [1]** 1039/23
**social [8]** 1072/20
1078/19 1080/15
1080/18 1082/4 1082/6
1091/11 1123/16
**social-media [1]**
1082/6
**society [1]** 1135/11
**sold [1]** 1148/12
**soldiers' [1]** 1084/22
**sole [2]** 1077/6 1093/8
**solemn [1]** 1081/9
1115/4
**Solomon [1]** 1138/4
**some [42]** 1029/13
1029/22 1029/22
1030/11 1035/10
1041/17 1041/21
1042/13 1042/20
1046/5 1048/22
1049/14 1050/12
1052/14 1053/12
1054/4 1063/9 1064/19
1068/6 1068/20 1069/4
1070/23 1073/11
1073/12 1073/24
1082/7 1087/12 1091/4
1091/10 1098/3
1104/19 1104/19
1122/13 1127/18
1131/3 1134/9 1136/18
1137/5 1140/9 1140/22
1147/16 1151/20
**somebody [10]**
1044/11 1046/7
1046/10 1046/11
1061/23 1063/8
1063/12 1063/25
1064/8 1137/14
**somehow [2]** 1077/4
1112/11
**someone [7]** 1070/19
1078/23 1079/24
1102/16 1127/24
1137/1 1147/21

1039/14 1041/23
1042/2 1043/6 1051/10
1053/6 1054/6 1101/24
1125/11 1129/3
**sometimes [10]** 1074/3
1074/4 1074/7 1074/11
1074/12 1081/4
1081/25 1085/5 1085/5
1092/2
**somewhere [1]**
1091/22
**son [8]** 1043/18
1043/25 1044/4 1045/3
1046/3 1046/19
1047/14 1047/16
**son's [2]** 1046/22
1046/24
**soon [2]** 1065/4
1079/19
**sophisticated [1]**
1044/21
**sorry [7]** 1048/17
1050/22 1059/14
1059/19 1059/23
1064/6 1066/11
**sort [6]** 1036/9 1040/13
1042/13 1045/4
1063/11 1094/6
**sought [1]** 1081/6
**sound [2]** 1031/9
1081/10
**south [5]** 1114/20
1115/4 1115/12 1117/1
1117/12
**southeast [1]** 1090/17
1104/11 1119/3 1119/5
1119/16 1120/1
**Southern [1]** 1046/20
**Spartans [1]** 1123/15
**spawned [1]** 1033/12
**speak [2]** 1070/22
1126/8
**Speaker [5]** 1093/2
1117/14 1117/16
1118/3 1121/1
**Speaker Pelosi's [1]**
1118/3
**speakers [3]** 1142/9
1146/10 1146/10
**speaking [5]** 1081/6
1143/17 1146/7
**special [2]** 1091/15
1135/7
**specific [4]** 1034/16
1043/24 1045/1
1057/10
**specifically [4]**
1056/23 1103/18
1106/25 1125/14
**specificity [1]** 1044/24
**specifics [1]** 1101/22
**specifies [1]** 1093/13
**speculate [2]** 1073/6
1077/14
**speculation [1]** 1033/6
**sped [2]** 1119/9 1125/1
**speech [3]** 1099/1

1091/8 1148/22
**speeches [2]** 1091/8
1142/10
**spell [1]** 1087/19
**spelling [1]** 1098/3
**spend [2]** 1102/19
1138/11
**spent [2]** 1108/18
1108/20
**spirit [1]** 1095/2
**spirited [1]** 1124/11
**split [1]** 1115/9
**spoke [4]** 1085/5
1092/2 1104/2 1126/6
**spouse [2]** 1040/9
1040/15
**sprang [1]** 1131/10
**spray [2]** 1108/15
1116/22
**spreadsheet [2]**
1043/5 1044/9
**spree [2]** 1047/2
1117/19
**squarely [1]** 1034/10
**Sr [1]** 1026/16
**stack [4]** 1089/6
1113/23 1114/1 1115/6
**staff [2]** 1094/6 1114/9
**staffer [1]** 1084/19
**stage [4]** 1030/4
1084/5 1088/8 1120/24
**staged [2]** 1106/23
1108/2
**staggering [1]** 1095/14
**staging [1]** 1106/21
**stairs [3]** 1089/5
1113/23 1114/22
**stake [2]** 1137/14
1150/16
**Stamey [6]** 1103/25
1104/2 1104/2 1104/5
1104/9 1107/22
**stand [5]** 1075/12
1077/16 1100/7
1131/18 1132/16
**standard [2]** 1045/21
1143/14
**standards [1]** 1045/22
**standing [1]** 1112/19
**stands [1]** 1085/14
**stanley [3]** 1026/2
1026/5 1028/17
**Stanley Woodward [1]**
1028/17
**start [13]** 1068/8
1068/23 1084/11
1088/22 1093/14
1101/15 1101/18
1101/19 1103/17
1109/13 1115/15
1126/24 1150/20
**started [9]** 1046/2
1067/13 1068/4 1100/8
1109/14 1109/24
1132/7 1145/7 1151/6
**starting [3]** 1068/5
1106/10 1127/14
**starts [1]** 1067/20

**S**

**starts... [1]** 1148/5
**state [8]** 1031/24
1048/9 1048/12
1054/15 1057/6 1059/2
1076/15 1085/24
**stated [2]** 1034/16
1115/20
**statement [27]**
1042/19 1042/23
1045/7 1045/8 1046/17
1046/18 1047/1 1047/6
1047/6 1047/9 1047/16
1048/1 1048/7 1048/9
1054/6 1054/8 1054/9
1054/14 1054/16
1054/17 1055/16
1074/16 1074/17
1074/19 1074/24
1082/23 1133/24
**statements [18]**
1024/9 1042/18
1048/16 1048/21
1049/1 1049/5 1049/8
1049/9 1049/11
1049/14 1074/16
1074/20 1074/24
1075/24 1076/1 1077/2
1141/22 1147/14
**STATES [25]** 1024/1
1024/3 1024/10 1028/9
1029/24 1030/18
1030/19 1031/15
1032/12 1057/15
1071/16 1071/17
1083/2 1084/2 1087/4
1087/6 1089/1 1093/4
1093/5 1093/17
1093/23 1114/6 1126/5
1129/23 1130/2
**stationed [2]** 1086/7
1117/12
**stations [1]** 1094/3
**Statue [1]** 1092/16
**status [3]** 1033/14
1062/1 1086/25
**stay [2]** 1096/22
1098/24
**Steal [1]** 1110/24
**stenography [1]**
1027/6
**step [8]** 1067/11
1074/14 1095/4 1095/4
1095/8 1095/8 1095/17
1095/17
**steps [4]** 1089/1
1095/7 1117/25
1121/13
**STEWART [31]** 1024/6
1025/2 1028/10 1071/1
1072/15 1072/21
1084/13 1085/3 1091/7
1094/20 1096/20
1106/16 1112/21
1113/17 1131/20
1138/25 1139/5
1140/24 1142/23
1142/24 1145/17

**strikes [1]** 1135/10
**strong [3]** 1036/23
1037/8 1091/20
**struck [1]** 1035/14
**structure [1]** 1135/13
**studied [1]** 1142/15
**stuff [3]** 1138/24
1149/3 1150/2
**style [4]** 1089/3 1089/4
1105/7 1119/18
**subconsciously [1]**
1137/1
**subgroups [1]** 1115/13
**subject [2]** 1051/5
1061/23
**submit [1]** 1044/10
**submitted [2]** 1078/8
1078/10
**subordinates [1]**
1104/18
**subpoena [1]** 1056/7
**subscription [1]**
1080/21
**substantial [4]**
1032/22 1082/8
1082/12 1082/15
**substantially [1]**
1048/8
**substitute [1]** 1069/5
**succeed [1]** 1087/5
**successes [1]** 1124/22
**successfully [1]**
1121/9
**such [12]** 1030/22
1031/3 1031/3 1033/5
1033/11 1033/21
1036/16 1036/23
1037/8 1054/23
1078/20 1079/18
**suddenly [1]** 1070/18
**sufficiency [1]** 1044/9
**sufficient [2]** 1039/12
1042/21
**suggest [3]** 1044/7
1118/16 1151/24
**suggested [1]** 1042/20
**suggesting [1]**
1047/17
**suggestion [1]**
1047/21
**suggests [1]** 1034/22
**suit [2]** 1085/12 1086/2
**suite [6]** 1025/4 1025/8
1026/8 1026/17
1117/13 1118/3
**summarize [1]** 1129/7
**summarized [1]**
1073/2
**summer [1]** 1029/19
**sun [1]** 1108/25
**supplement [3]**
1034/12 1034/14
1041/14
**support [4]** 1035/11
1047/8 1075/24
1146/14
**supported [1]** 1057/3
**supporters [1]** 1091/9

**supposed [1]** 1135/10
**supremacism [1]**
1056/18
**supremacist [1]**
1056/18
**Supreme [6]** 1029/23
1029/24 1030/18
1030/19 1031/18
1045/18
**Supreme Court [5]**
1029/24 1030/18
1030/19 1031/18
1045/18
**Supreme Court's [1]**
1029/23
**sure [11]** 1030/14
1042/5 1045/11 1049/9
1056/19 1059/6
1060/22 1094/21
1102/12 1106/2
1122/17
**surge [1]** 1090/1
**surging [1]** 1124/3
**surprises [1]** 1138/20
**surprising [1]** 1047/7
**surround [1]** 1100/18
**surrounding [1]**
1100/20
**surveillance [1]**
1107/14
**surveying [2]** 1085/8
1120/5
**surveys [2]** 1034/14
1034/17
**suspect [2]** 1045/22
1102/7
**sustain [1]** 1077/12
**sustained [2]** 1077/11
1133/23
**swarming [1]** 1095/8
**swear [1]** 1065/1
**swore [2]** 1143/6
1148/1
**sworn [8]** 1030/5
1065/5 1068/11
1076/14 1093/11
1093/22 1126/6
1147/15
**system [3]** 1134/24
1134/25 1137/13

**T**

**T-Mobile [1]** 1092/5
**table [2]** 1066/12
1074/4
**tactical [2]** 1103/14
1108/21
**tainted [1]** 1033/16
**take [49]** 1029/10
1029/11 1041/1 1041/1
1041/4 1041/24 1042/2
1050/6 1050/7 1058/21
1059/24 1060/4 1065/6
1065/19 1068/25
1069/12 1069/13
1069/17 1077/2
1082/21 1088/19

1089/25
1092/13 1093/15
1095/20 1098/20
1099/18 1109/9
1109/20 1110/2
1110/12 1112/12
1124/1 1127/25 1132/1
1132/2 1132/14 1133/8
1134/21 1139/2 1140/7
1140/8 1140/9 1143/7
1144/4 1146/20 1148/8
1151/2
**taken [4]** 1041/3
1069/25 1122/20
1140/20
**takes [3]** 1061/9
1092/20 1123/7
**taking [5]** 1069/14
1082/18 1084/1
1100/25 1110/4
**talk [15]** 1064/16
1064/18 1078/10
1078/12 1078/16
1079/6 1079/8 1079/24
1099/17 1099/22
1100/1 1110/7 1126/19
1128/15 1145/4
**talked [7]** 1042/20
1048/22 1060/20
1102/3 1102/6 1144/1
1145/19
**talkie [3]** 1091/16
1110/22 1115/17
**talking [3]** 1052/5
1113/17 1120/6
**tampering [1]** 1072/16
**tape [4]** 1051/12
1051/14 1053/10
1053/11
**taped [1]** 1051/13
**targets [1]** 1105/8
**Tarpley [3]** 1025/10
1028/16 1073/22
**team [6]** 1059/12
1074/11 1090/4
1103/15 1106/17
1119/22
**teams [3]** 1086/7
1086/8 1103/16
**teargassed [1]**
1123/14
**technically [2]** 1081/17
1086/3
**technology [1]**
1044/20
**television [2]** 1080/10
1082/6
**tell [17]** 1040/7
1064/10 1069/1
1078/23 1078/25
1079/1 1080/2 1088/14
1102/23 1114/13
1137/21 1137/24
1141/16 1143/9 1144/1
1144/2 1149/4
**telling [5]** 1080/1
1101/6 1109/19 1116/1
1141/8

**Stewart Rhodes [23]**
1071/1 1072/15
1072/21 1084/13
1085/3 1091/7 1094/20
1096/20 1106/16
1112/21 1113/17
1131/20 1138/25
1139/5 1140/24
1142/23 1142/24
1145/17 1147/20
1148/13 1149/11
1149/12 1149/12
**Stewart Rhodes' [1]**
1145/23
**Stewart's [1]** 1146/5
**stick [2]** 1056/15
1141/18
**sticking [2]** 1111/7
1111/7
**sticky [1]** 1053/11
**still [11]** 1040/10
1051/18 1058/9 1065/8
1066/8 1087/22 1103/1
1114/8 1115/16
1121/15 1127/25
**stolen [1]** 1095/6
**stop [18]** 1071/14
1083/13 1083/24
1096/1 1097/9 1098/13
1099/14 1100/4 1100/9
1109/4 1109/7 1109/12
1110/24 1118/24
1127/22 1128/11
1129/24 1131/6
**stopped [2]** 1108/6
1121/18
**stopping [2]** 1111/12
1124/17
**stored [3]** 1127/15
1127/17 1144/13
**stories [6]** 1080/7
1080/10 1080/17
1081/2 1081/24 1082/4
**storm [4]** 1117/6
1119/11 1124/4
1148/25
**stormed [4]** 1085/9
1110/13 1116/14
1123/13
**storming [5]** 1095/11
1095/15 1110/15
1110/16 1111/12
**story [6]** 1066/21
1080/24 1082/5
1118/19 1137/21
1138/15
**Street [3]** 1024/16
1025/11 1025/15
**streets [3]** 1095/8
1095/10 1143/24
**strike [6]** 1035/14
1038/16 1039/8 1039/8
1039/12 1039/16

**tells [3]** 1066/18
1067/18 1126/17
**temporary [1]** 1124/22
**ten [2]** 1036/3 1106/8
**tendency [1]** 1079/6
**tens [1]** 1108/20
**term [4]** 1057/20
1084/21 1096/22
1143/25
**termed [1]** 1095/18
**terms [6]** 1049/23
1053/18 1056/14
1058/11 1133/14
1135/23
**terrace [1]** 1120/24
**terrific [1]** 1082/17
**test [1]** 1055/22
**tested [1]** 1135/15
**testifies [2]** 1061/23
1062/1
**testify [11]** 1041/22
1063/5 1129/12
1129/13 1138/7 1139/2
1139/11 1143/3
1147/19 1148/2
1148/16
**testifying [1]** 1139/12
**testimony [12]** 1042/8
1042/9 1052/3 1069/15
1070/20 1076/21
1082/19 1139/12
1145/23 1145/23
1147/11 1148/6
**testing [3]** 1053/3
1056/3 1118/23
**tests [1]** 1053/17
**Texas [3]** 1090/19
1125/2 1127/21
**text [18]** 1080/15
1111/15 1112/22
1113/13 1125/7 1136/8
1137/18 1140/8
1140/19 1146/20
1146/20 1148/8 1149/9
1149/14 1149/15
1149/25 1150/8
1150/14
**texting [3]** 1148/21
1149/17 1149/20
**texts [4]** 1136/1 1136/4
1136/4 1136/22
**than [26]** 1037/24
1048/8 1055/20
1055/20 1056/19
1067/20 1068/6 1079/3
1086/5 1095/25
1101/25 1102/16
1108/3 1108/4 1108/22
1113/12 1129/12
1136/19 1138/1
1141/14 1147/1 1147/3
1148/12 1148/22
1149/10 1151/19
**thank [24]** 1045/9
1050/20 1053/21
1053/22 1059/7
1059/25 1061/12

1068/14 1088/21
1131/24 1131/25
1132/4 1132/7 1133/1
1134/25 1135/6
1139/21 1150/25
1151/1 1151/7 1151/14
1152/9
**thank you [22]** 1045/9
1050/20 1053/21
1053/22 1059/25
1061/12 1066/10
1068/1 1068/14
1088/21 1131/24
1131/25 1132/4 1132/7
1133/1 1134/25 1135/6
1139/21 1150/25
1151/1 1151/7 1151/14
**Thankfully [1]** 1128/12
**thanking [1]** 1134/7
**Thanks [1]** 1029/6
**that [629]**
**that's [52]** 1030/1
1036/2 1036/11
1036/21 1039/6
1039/14 1041/23
1041/25 1042/2
1042/15 1044/12
1045/19 1046/20
1046/25 1048/18
1052/5 1052/20
1054/12 1056/7
1058/19 1059/15
1062/22 1064/7
1066/24 1067/4
1067/12 1100/6 1102/2
1102/7 1110/5 1110/14
1112/7 1115/2 1115/14
1117/4 1119/25
1120/15 1121/6 1123/1
1123/9 1123/19
1127/13 1130/13
1136/19 1138/5
1138/12 1138/24
1140/4 1141/17
1146/12 1148/6 1148/7
**that.Okay [1]** 1132/17
**their [128]** 1035/11
1038/16 1046/3
1058/19 1062/1 1062/2
1063/16 1068/25
1070/16 1071/25
1072/11 1072/20
1073/21 1074/11
1075/25 1075/25
1076/1 1079/8 1079/12
1081/17 1083/17
1083/24 1086/25
1087/2 1087/3 1087/5
1089/4 1089/17
1089/17 1089/19
1090/11 1090/25
1091/4 1091/12 1092/4
1092/8 1095/5 1095/14
1095/24 1095/25
1096/10 1096/14
1096/14 1098/12
1098/16 1099/13

1100/11 1101/23
1102/8 1102/17
1102/18 1102/20
1103/6 1104/22 1105/9
1105/24 1108/2 1108/5
1108/6 1108/8 1108/23
1109/2 1109/10
1109/20 1110/4
1110/12 1110/16
1112/15 1113/5 1113/6
1114/2 1114/9 1114/9
1114/15 1114/25
1115/7 1115/9 1116/4
1117/6 1117/10
1117/10 1118/4 1119/1
1119/18 1120/10
1120/13 1121/7 1121/7
1121/20 1121/23
1121/24 1121/24
1122/19 1124/8
1124/12 1124/14
1124/17 1125/15
1126/7 1126/11
1126/11 1126/15
1127/12 1128/12
1128/14 1128/16
1130/9 1130/14 1135/3
1138/17 1139/6 1139/6
1142/7 1142/7 1142/8
1143/9 1144/12
1145/18 1145/18
1146/7 1146/15
1146/16 1146/24
1147/3 1147/13
1150/16
**theirs [1]** 1056/9
**thelinderfirm.com [1]**
1025/6
**them [72]** 1029/11
1035/5 1037/1 1037/3
1037/6 1037/23 1038/3
1038/6 1039/3 1039/3
1055/10 1059/19
1065/2 1067/8 1067/22
1069/15 1069/16
1074/1 1074/5 1074/11
1075/2 1079/1 1079/12
1079/13 1079/23
1081/8 1081/24
1082/21 1089/11
1096/10 1098/25
1100/20 1100/20
1101/4 1101/8 1101/8
1103/4 1103/20 1105/1
1105/14 1108/24
1109/19 1110/2
1111/23 1114/15
1116/7 1118/8 1120/3
1124/9 1125/10
1125/12 1125/24
1126/7 1127/5 1127/7
1130/17 1133/20
1136/25 1137/2 1140/9
1141/16 1144/4 1144/4
1144/13 1144/15
1144/21 1145/3 1146/2
1146/6 1147/12

**theme [2]** 1140/5
1140/5
**themes [1]** 1133/18
**themself [1]** 1057/22
**themselves [15]**
1056/20 1056/24
1057/5 1057/9 1057/9
1057/23 1058/1
1070/15 1086/24
1117/12 1118/18
1119/2 1135/10
1143/22 1143/23
**then [45]** 1038/8
1046/25 1047/8
1047/10 1048/14
1049/6 1050/2 1050/5
1057/25 1065/7
1065/21 1066/22
1067/20 1068/24
1069/2 1079/5 1082/15
1090/3 1101/11
1103/15 1104/2
1104/16 1107/19
1107/23 1108/10
1109/24 1111/3
1112/12 1113/11
1113/22 1113/24
1115/23 1117/21
1118/23 1124/22
1125/5 1125/10
1132/13 1134/4
1139/24 1145/25
1146/23 1147/7 1149/1
1150/23
**then-candidate [1]**
1047/8
**then-President Trump
[1]** 1145/25
**theory [5]** 1052/22
1052/22 1057/12
1062/10 1144/8
**there [74]** 1029/2
1029/9 1032/19
1034/11 1035/4
1035/19 1039/13
1040/14 1041/2 1041/8
1042/8 1042/17 1044/2
1044/5 1044/5 1044/6
1044/9 1044/16
1045/15 1049/1
1049/11 1050/5 1050/9
1050/11 1053/3
1053/12 1054/23
1055/25 1056/10
1059/5 1059/7 1059/9
1059/11 1059/15
1059/21 1060/4
1063/12 1064/4 1070/1
1081/1 1081/9 1085/17
1088/7 1089/10
1090/14 1101/24
1105/17 1114/12
1114/19 1115/6 1116/5
1116/16 1117/4 1118/8
1118/15 1126/12
1126/17 1128/20
1129/21 1136/8

1138/20 1138/24
1142/4 1142/7 1143/21
1144/13 1146/7
1146/24 1147/14
1150/11 1150/12
1151/20
**there's [23]** 1032/11
1040/22 1042/7
1047/17 1047/21
1048/14 1050/12
1052/2 1053/8 1055/7
1055/12 1064/17
1064/18 1086/1
1112/25 1113/7 1113/9
1119/12 1130/25
1138/8 1138/20
1143/23 1150/2
**thereby [1]** 1033/23
**therefore [5]** 1035/8
1044/1 1054/17
1055/18 1133/25
**therein [1]** 1057/3
**thereof [1]** 1031/12
**these [86]** 1028/23
1029/7 1033/3 1036/21
1036/23 1036/25
1037/12 1037/16
1037/18 1037/22
1044/14 1049/12
1052/22 1053/1 1053/6
1054/19 1054/22
1054/23 1055/23
1058/4 1058/13
1060/18 1063/24
1063/25 1066/25
1069/5 1072/18
1072/19 1073/9 1074/7
1074/13 1081/6 1083/9
1083/21 1084/4 1086/8
1086/24 1087/3 1088/7
1088/8 1088/14
1088/16 1088/23
1091/23 1095/7
1095/13 1097/7
1098/19 1099/4 1100/2
1100/13 1103/5 1103/7
1103/11 1108/1 1108/4
1108/22 1109/3 1109/9
1112/12 1114/21
1114/25 1116/11
1117/12 1118/17
1119/13 1119/13
1124/15 1124/21
1127/8 1127/12 1128/6
1128/13 1128/16
1129/16 1129/19
1131/11 1136/9
1136/22 1137/8 1144/3
1146/22 1147/10
1147/13 1147/16
1150/8
**they [216]**
**they'd [2]** 1061/22
1124/8
**they'll [2]** 1136/18
1136/24
**they're [21]** 1049/9

they're... [20] 1049/11
1076/2 1079/22
1079/22 1087/17
1102/14 1108/3 1112/6
1112/7 1117/5 1133/10
1133/16 1135/25
1137/17 1141/14
1142/11 1143/4 1144/2
1149/4 1149/8
they've [11] 1136/24
1142/6 1143/10
1143/17 1143/19
1143/19 1143/20
1146/11 1147/9 1148/5
1150/9
thick [2] 1108/17
1123/13
thing [4] 1054/23
1101/9 1122/23
1129/15
things [13] 1063/17
1090/24 1102/16
1128/20 1133/9
1133/10 1135/25
1136/17 1137/6 1140/8
1140/9 1140/20
1147/16
think [35] 1029/19
1030/10 1034/8
1035/11 1039/22
1045/23 1047/1
1049/12 1049/19
1051/11 1056/1
1056/20 1058/9
1058/10 1058/16
1059/17 1062/21
1063/7 1063/14
1063/14 1064/1
1065/20 1067/6 1067/7
1070/10 1073/3 1077/4
1092/19 1101/6
1101/10 1126/18
1127/2 1129/15 1133/6
1134/13
thinking [2] 1131/1
1150/20
thinks [1] 1055/9
third [4] 1066/15
1071/23 1085/12
1130/7
this [193]
This is [1] 1028/8
Thomas [9] 1026/16
1028/12 1071/3
1072/16 1086/1
1101/14 1107/19
1121/4 1131/23
Thomas Caldwell [6]
1072/16 1086/1
1101/14 1107/19
1121/4 1131/23
those [51] 1029/11
1030/4 1031/22
1031/22 1036/1 1036/3
1036/5 1036/13 1037/8
1038/3 1040/20 1049/8
1052/17 1052/21

1058/11 1063/19
1065/4 1068/7 1068/19
1068/23 1074/3
1081/24 1082/1 1088/1
1088/12 1092/9 1096/4
1096/10 1101/2
1102/21 1103/1
1114/22 1115/3
1115/13 1116/9 1117/8
1119/23 1123/21
1124/12 1125/20
1126/22 1133/16
1135/14 1135/14
1135/15 1136/14
1144/19 1147/8
though [4] 1097/6
1108/12 1134/23
1137/9
thought [4] 1048/23
1053/15 1059/19
1064/12
thousands [3] 1102/5
1108/20 1136/8
thread [2] 1046/2
1046/5
three [13] 1032/24
1034/14 1036/20
1049/3 1049/12
1071/11 1103/18
1113/14 1113/18
1129/21 1134/9
1138/11 1138/17
three-way [2] 1113/14
1113/18
through [14] 1035/12
1035/23 1060/1
1068/21 1078/18
1092/3 1095/1 1114/3
1118/11 1119/23
1124/12 1125/2
1134/17 1145/8
throughout [4]
1077/19 1077/23
1086/19 1142/6
throwing [1] 1044/16
Thursday [1] 1049/6
Thus [1] 1120/15
tie [4] 1053/5 1053/6
1053/15 1086/2
tied [1] 1051/22
time [38] 1029/20
1041/3 1041/17
1042/20 1043/7
1043/18 1043/24
1044/18 1044/18
1046/14 1047/17
1047/18 1048/22
1048/24 1054/22
1058/19 1058/21
1060/2 1068/9 1068/11
1070/17 1079/9 1097/9
1099/17 1099/25
1100/11 1101/9
1102/19 1109/6
1110/20 1112/20
1120/8 1129/12 1132/7
1143/4 1146/22 1151/7

times [8] 1059/5
1069/20 1081/14
1088/5 1135/14
1135/15 1145/8
1146/11
timing [1] 1065/16
timing-wise [1]
1065/16
titled [1] 1153/4
today [15] 1030/19
1067/20 1084/12
1086/16 1087/25
1088/2 1098/1 1112/5
1133/4 1136/2 1137/24
1138/1 1138/18
1140/19 1148/10
Todd [1] 1147/18
together [8] 1083/12
1087/11 1093/7
1098/12 1106/20
1111/7 1129/10 1140/9
told [29] 1043/9
1049/25 1054/10
1054/13 1067/5
1095/22 1095/23
1098/23 1099/16
1100/22 1104/3 1104/9
1105/1 1106/1 1106/16
1107/8 1110/2 1110/5
1110/12 1112/5 1112/6
1112/7 1113/2 1117/18
1117/22 1118/23
1143/8 1146/18 1147/2
tonight [1] 1097/18
too [5] 1041/5 1088/7
1095/1 1095/24
1127/25
took [14] 1051/15
1052/14 1052/20
1053/4 1069/10 1092/9
1094/14 1099/21
1106/5 1110/11
1115/21 1115/21
1123/9 1123/19
tools [4] 1104/6 1104/7
1126/19 1126/21
top [2] 1064/14
1114/19
torches [1] 1101/8
torn [1] 1069/23
total [1] 1136/3
touch [1] 1147/21
towards [9] 1089/5
1090/1 1109/25
1115/10 1115/12
1115/15 1116/4 1117/2
1129/5
towers [2] 1026/17
1149/24
track [4] 1050/25
1094/11 1115/14
1129/3
tracked [2] 1092/4
1125/3
tradition [1] 1131/14
traditions [1] 1031/4
tragically [1] 1052/20

trailer [2] 1092/20
1116/2
training [7] 1087/3
1097/23 1103/12
1104/23 1104/24
1105/9 1105/20
traitors [4] 1099/7
1121/8 1124/4 1124/5
transcript [4] 1024/9
1027/6 1082/19 1153/3
transcription [1]
1027/7
transfer [26] 1034/12
1071/8 1071/14 1083/6
1083/13 1083/25
1094/22 1095/21
1096/2 1097/10
1098/13 1098/20
1099/14 1100/6 1100/9
1109/12 1110/10
1121/25 1127/22
1128/11 1129/20
1129/24 1131/7
1131/13 1133/11
1142/1
transferred [3] 1083/3
1100/13 1102/13
transition [1] 1131/15
transmitted [1]
1097/16
transpired [1] 1034/21
trash [1] 1116/23
travel [4] 1041/18
1041/19 1041/20
1103/14
treason [4] 1117/6
1117/8 1117/8 1117/8
treated [2] 1060/23
1060/23
trial [85] 1024/9
1029/15 1029/17
1029/17 1030/9
1030/16 1030/19
1030/23 1030/25
1031/8 1031/11
1031/18 1031/22
1032/1 1032/5 1032/8
1032/10 1032/14
1032/16 1032/24
1032/25 1033/12
1034/6 1034/7 1039/16
1040/20 1040/25
1041/4 1041/9 1042/4
1051/1 1055/11
1067/19 1068/20
1069/3 1069/5 1069/7
1069/13 1069/22
1070/11 1070/18
1071/5 1073/7 1073/13
1074/14 1076/10
1076/12 1076/24
1077/19 1077/23
1084/3 1084/12
1086/16 1086/18
1086/23 1087/7
1087/10 1087/15
1087/25 1088/5
1088/10 1088/15

1094/10 1098/1
1099/21 1102/23
1103/10 1105/15
1110/23 1111/1
1115/13 1117/15
1118/6 1122/24
1123/17 1127/10
1128/19 1128/21
1128/25 1137/25
1150/16
trials [5] 1031/19
1034/1 1081/5 1133/6
1133/8
trick [1] 1100/21
tried [12] 1030/3
1083/9 1090/7 1090/10
1090/20 1095/14
1101/16 1116/4
1116/23 1120/3
1130/17 1141/25
tries [1] 1079/24
trip [1] 1148/18
trips [1] 1134/9
troops [6] 1085/9
1090/1 1099/13 1110/9
1110/12 1120/5
trouble [1] 1124/23
Troy [1] 1028/14
trucks [2] 1105/24
1111/25
true [9] 1032/18
1045/17 1057/11
1081/12 1081/17
1102/2 1102/22
1139/24 1148/6
Trump [25] 1047/10
1047/10 1083/14
1091/7 1094/18
1096/20 1096/22
1096/23 1097/6
1098/24 1099/5 1099/5
1099/11 1101/17
1109/8 1110/2 1110/10
1112/9 1127/25 1145/3
1145/25 1146/14
1147/23 1148/15
1148/21
Trump's [3] 1102/3
1146/9 1149/1
trusted [1] 1090/18
truth [1] 1140/2
try [17] 1053/5 1053/5
1060/19 1065/18
1071/14 1087/7
1088/11 1115/13
1129/23 1132/3
1137/24 1141/24
1143/13 1143/15
1144/1 1147/10 1149/4
trying [8] 1066/23
1090/8 1114/8 1116/20
1135/23 1135/24
1147/22 1147/22
Tuesday [1] 1094/15
tunnels [1] 1124/12
turn [6] 1068/24

1182

**T**

turn... **[5]** 1070/9
1073/11 1079/21
1109/3 1121/17
turned **[5]** 1050/21
1051/2 1051/19
1066/22 1098/22
TV **[3]** 1091/8 1094/3
1139/2
tweets **[1]** 1080/17
twice **[1]** 1047/20
Twitter **[2]** 1078/20
1080/22
two **[29]** 1037/3
1037/25 1038/9 1041/9
1041/11 1041/12
1046/13 1065/18
1065/23 1066/1
1082/17 1083/16
1085/18 1087/11
1090/7 1091/6 1092/24
1093/24 1095/3 1099/4
1101/5 1103/20
1105/12 1111/24
1113/20 1115/9
1120/25 1122/1 1134/9
TX **[2]** 1025/4 1025/8
type **[1]** 1103/5
typos **[1]** 1098/3
tyrannis **[1]** 1120/14
tyrants **[1]** 1120/15

**U**

U.S **[3]** 1024/16 1071/9
1072/7
U.S. **[2]** 1063/1
1073/18
U.S. Attorney's Office
**[2]** 1063/1 1073/18
ultimate **[1]** 1033/16
ultimately **[6]** 1031/17
1032/2 1032/7 1050/1
1055/25 1127/6
unable **[1]** 1070/5
unbroken **[1]** 1131/14
uncomfortable **[1]**
1101/2
unconstitutional **[1]**
1085/2
unconventional **[1]**
1105/21
under **[13]** 1033/3
1056/6 1060/17
1060/21 1061/7
1063/21 1068/13
1090/4 1093/18 1094/6
1100/3 1119/8 1147/14
underground **[1]**
1124/12
understand **[14]**
1031/25 1058/8
1059/22 1061/20
1073/1 1074/20
1074/21 1076/2
1101/11 1135/18
1139/10 1140/8
1147/17 1148/13
understanding **[2]**

understands **[1]**
1142/16
undertook **[1]** 1103/12
undoubtedly **[2]**
1055/22 1081/8
undue **[1]** 1031/10
unfairly **[1]** 1060/23
unfathomed **[1]**
1120/20
Unfortunately **[1]**
1081/2
unindicted **[1]** 1061/3
unique **[2]** 1033/12
1042/14
united **[26]** 1024/1
1024/3 1024/10 1028/9
1029/24 1030/18
1030/19 1031/15
1032/12 1057/14
1071/16 1071/17
1083/2 1084/2 1087/4
1087/6 1089/1 1093/4
1093/5 1093/17
1093/23 1114/6
1121/21 1126/5
1129/25 1130/2
United States **[12]**
1029/24 1030/18
1030/19 1031/15
1032/12 1071/17
1084/2 1089/1 1093/4
1093/17 1093/23
1114/6
United States of **[2]**
1028/9 1129/25
University **[1]** 1046/20
unlawful **[3]** 1087/12
1102/24 1103/9
unless **[1]** 1077/19
unlike **[1]** 1047/18
unlikely **[1]** 1079/24
unreasonable **[1]**
1031/10
unrebutted **[1]** 1045/25
unsend **[2]** 1125/11
1127/18
unsent **[1]** 1125/10
until **[17]** 1070/8
1074/18 1077/20
1078/8 1078/9 1078/14
1078/20 1079/4
1093/19 1094/7
1124/21 1138/8
1138/14 1138/15
1150/21 1150/21
1151/12
unwarranted **[2]**
1032/6 1033/6
up **[48]** 1029/3 1029/11
1029/11 1041/1
1041/24 1042/2 1047/4
1047/12 1048/24
1050/6 1050/7 1053/6
1053/7 1053/17
1057/13 1058/21
1058/25 1060/4
1060/11 1060/22

1069/14 1076/12
1083/13 1084/1 1088/4
1089/5 1089/14
1094/12 1095/20
1097/19 1098/25
1101/5 1103/8 1103/13
1106/15 1113/23
1114/22 1118/12
1120/23 1124/7 1126/9
1129/1 1131/6 1139/2
1141/16
upon **[11]** 1037/14
1037/18 1039/18
1046/1 1054/6 1054/15
1082/13 1083/8
1083/21 1084/9 1103/6
upset **[1]** 1086/19
urge **[1]** 1110/1
us **[15]** 1040/7 1043/9
1045/5 1049/8 1067/18
1068/1 1090/15
1100/19 1116/17
1123/25 1134/10
1134/11 1134/13
1149/12 1150/22
usdoj.gov **[2]** 1024/18
1024/19
use **[32]** 1042/3
1042/23 1045/7 1045/8
1048/15 1049/14
1056/14 1057/20
1058/5 1058/13
1071/16 1082/2
1086/13 1087/13
1088/11 1088/15
1089/17 1091/11
1094/10 1096/1
1096/25 1097/7
1097/15 1098/12
1100/10 1105/3
1112/14 1121/24
1130/1 1131/5 1135/24
1141/25
used **[17]** 1038/13
1052/24 1053/10
1057/19 1080/8
1084/17 1086/25
1087/3 1089/24 1091/5
1091/20 1095/11
1096/2 1119/24
1125/22 1145/1
1145/19
user **[2]** 1110/15
1115/23
users' **[1]** 1091/21
USF **[1]** 1046/19
using **[10]** 1083/13
1096/10 1102/12
1107/7 1109/11
1110/20 1113/1
1119/17 1126/16
1131/6
usually **[2]** 1087/16
1087/19

**V**

Vallejo **[6]** 1107/24

1112/1 1112/16
1122/12
valuable **[1]** 1098/15
value **[2]** 1030/23
1076/19
vans **[1]** 1105/25
various **[2]** 1112/23
1112/23
vast **[2]** 1038/1
1052/17
vehicle **[1]** 1105/23
venue **[1]** 1034/12
1040/20
verdict **[6]** 1069/22
1075/22 1077/6
1078/21 1131/19
1140/3
verdicts **[1]** 1033/22
Verizon **[1]** 1092/5
verse **[1]** 1138/6
version **[2]** 1095/15
1139/8
versus **[5]** 1028/9
1029/24 1030/18
1031/14 1032/12
very **[24]** 1035/6
1038/2 1042/10 1051/5
1052/15 1052/23
1057/10 1057/10
1059/21 1059/25
1063/15 1079/24
1086/19 1097/16
1101/2 1105/5 1112/2
1124/20 1126/5 1132/4
1137/16 1150/25
1151/7 1151/14
veteran **[3]** 1085/19
1085/25 1086/11
veterans **[1]** 1126/4
via **[1]** 1080/14
vice **[8]** 1093/3 1093/16
1109/6 1109/19 1112/9
1114/7 1123/18
1123/25
Vice President Pence
**[1]** 1123/25
video **[29]** 1089/8
1090/6 1090/13
1090/22 1099/3 1105/6
1105/6 1105/10
1105/11 1105/15
1107/15 1109/24
1115/20 1120/7
1120/11 1121/1 1121/5
1122/20 1122/25
1123/2 1123/4 1123/7
1129/9 1136/4 1136/11
1138/12 1138/18
1146/21 1146/21
videos **[7]** 1136/2
1136/22 1137/19
1140/20 1145/18
1146/14 1150/18
view **[3]** 1080/7
1080/10 1082/7
viewed **[2]** 1035/3
1057/23

views **[3]** 1036/16
1036/23 1058/18
violated **[1]** 1071/10
violence **[4]** 1089/22
1089/23 1119/12
1135/19
violent **[5]** 1098/23
1141/1 1142/11
1142/24 1143/11
violently **[2]** 1090/20
1101/21
VIPs **[1]** 1102/6
Virginia **[12]** 1084/7
1086/5 1098/7 1106/24
1107/5 1108/2 1124/24
1125/6 1144/3 1144/13
1146/6 1148/18
vis **[2]** 1033/7 1033/7
vis-à-vis **[1]** 1033/7
visit **[1]** 1080/10
voice **[1]** 1112/22
voir **[9]** 1034/17
1035/12 1035/24
1035/25 1036/1
1036/10 1038/12
1038/13 1134/17
volume **[1]** 1128/23
vote **[5]** 1101/16
1112/12 1121/10
1122/10 1128/10
votes **[3]** 1071/22
1072/4 1130/6
vs **[1]** 1024/5

**W**

waging **[1]** 1128/10
wait **[3]** 1074/18
1138/14 1138/15
waiting **[1]** 1069/11
waive **[1]** 1139/1
waived **[1]** 1029/7
waiver **[2]** 1031/4
1032/9
walk **[2]** 1079/21
1088/18
walkie **[3]** 1091/16
1110/22 1115/17
walkie-talkie **[3]**
1091/16 1110/22
1115/17
walls **[1]** 1141/18
want **[14]** 1047/7
1056/4 1056/7 1069/3
1076/7 1078/14
1080/25 1127/2
1136/12 1136/24
1139/10 1140/11
1141/6 1152/7
wanted **[10]** 1059/6
1061/9 1065/13
1099/11 1102/19
1102/20 1109/20
1112/11 1146/3
1149/12
wanting **[3]** 1046/13
1047/2 1060/22
wants **[3]** 1031/25

wants... **[2]** 1062/4
1146/13
war **[10]** 1095/1
1101/15 1101/19
1108/2 1108/23 1112/8
1112/13 1128/7 1128/8
1128/11
warfare **[1]** 1105/21
Warrior **[2]** 1106/13
1119/21
was **[177]**
Washington **[15]**
1024/5 1024/17 1026/4
1026/9 1027/5 1054/1
1054/3 1054/5 1054/21
1062/13 1062/16
1083/4 1131/16 1135/7
1135/19
wasn't **[1]** 1063/6
watched **[1]** 1037/6
watching **[2]** 1120/6
1133/4
water **[1]** 1086/12
Watkins **[50]** 1025/14
1028/12 1028/20
1028/24 1071/2 1072/6
1072/9 1073/21
1085/21 1086/10
1089/9 1090/10
1091/10 1097/13
1097/21 1098/6
1098/11 1103/18
1103/22 1104/3 1104/9
1105/18 1107/19
1108/14 1109/6
1109/22 1110/20
1111/15 1111/17
1113/4 1113/7 1114/2
1115/8 1115/10
1115/16 1115/25
1116/1 1116/3 1116/12
1116/14 1116/22
1116/23 1120/9
1121/11 1122/21
1123/11 1125/5 1125/7
1130/16 1131/22
Watkins' **[3]** 1029/7
1111/1 1115/19
way **[35]** 1030/10
1053/18 1056/4
1058/15 1070/21
1071/4 1081/15 1082/8
1082/12 1087/19
1090/11 1090/20
1092/15 1100/18
1105/1 1112/1 1113/6
1113/14 1113/18
1114/2 1114/25 1115/7
1115/9 1116/4 1117/6
1118/17 1119/1
1120/10 1123/14
1125/6 1126/17 1129/2
1130/14 1130/25
1151/3
ways **[2]** 1091/4 1107/3
we **[141]**
we believe **[2]** 1135/16

We need **[1]** 1100/18
we will **[7]** 1068/23
1068/24 1073/12
1082/22 1132/23
1136/6 1150/4
we'd **[3]** 1048/22
1058/21 1149/1
we'll **[23]** 1042/2
1042/16 1050/7 1060/2
1065/4 1065/7 1065/20
1065/25 1068/25
1069/1 1088/11
1094/10 1103/17
1115/13 1115/15
1132/2 1132/3 1132/14
1150/4 1150/5 1151/6
1151/14 1152/9
we're **[26]** 1042/3
1052/2 1059/5 1059/6
1060/1 1064/22 1066/2
1066/23 1068/4 1088/4
1098/1 1104/18 1129/5
1133/10 1136/13
1137/4 1138/24
1142/19 1142/20
1142/22 1143/16
1144/6 1145/4 1147/6
1147/7 1148/2
we've **[8]** 1032/1
1041/17 1051/19
1056/25 1068/7 1129/1
1132/22 1136/25
weapons **[13]** 1052/1
1099/14 1104/8
1104/10 1104/15
1108/2 1108/12
1108/23 1111/25
1112/15 1126/15
1144/3 1144/12
weaps **[2]** 1104/9
1107/23
wearing **[2]** 1084/14
1085/17
weather **[1]** 1068/3
Webex **[1]** 1049/7
website **[4]** 1080/14
1091/6 1091/18
1095/17
websites **[1]** 1081/14
Wednesday **[3]**
1064/21 1064/22
1064/25
Wednesdays **[1]**
1106/13
week **[2]** 1056/11
1102/19
weekend **[9]** 1029/1
1029/10 1035/23
1049/7 1059/12 1060/8
1068/3 1098/5 1098/10
weeks **[17]** 1041/9
1041/11 1041/12
1041/19 1052/14
1083/16 1093/24
1108/19 1120/25
1122/1 1128/22 1134/3
1134/15 1138/11

1146/22
weigh **[1]** 1076/20
weight **[2]** 1056/1
1076/18
weird **[1]** 1094/1
welcome **[2]** 1067/25
1132/21
well **[23]** 1041/23
1042/2 1044/2 1048/6
1056/3 1057/11 1058/3
1062/8 1063/14
1063/22 1063/24
1064/3 1064/6 1064/13
1074/25 1076/19
1080/21 1090/18
1091/3 1102/7 1105/17
1141/12 1149/16
went **[10]** 1035/12
1035/23 1053/4
1085/15 1085/20
1089/16 1117/1
1117/19 1142/15
1146/7
were **[111]** 1029/9
1029/12 1035/2
1035/13 1035/16
1035/23 1035/24
1036/1 1036/3 1036/5
1036/13 1038/13
1038/16 1038/16
1040/9 1040/13
1040/16 1042/17
1043/8 1043/20
1048/23 1051/15
1052/17 1052/18
1052/18 1052/18
1054/19 1054/20
1054/21 1055/5
1057/12 1058/2
1060/22 1060/23
1060/23 1061/5 1061/6
1061/6 1061/7 1062/15
1062/17 1064/5 1065/3
1086/8 1089/12
1089/17 1089/19
1094/16 1096/17
1097/12 1098/11
1103/9 1108/4 1108/5
1108/6 1109/1 1110/6
1110/16 1110/18
1114/7 1114/12 1115/1
1115/6 1116/23 1117/9
1117/10 1118/8 1118/8
1118/19 1118/20
1119/14 1119/15
1120/7 1120/10 1121/8
1121/21 1121/21
1121/21 1121/21
1123/13 1124/11
1124/13 1124/16
1124/22 1124/23
1124/25 1127/17
1128/7 1128/12 1131/8
1131/8 1142/4 1142/5
1142/8 1143/3 1143/21
1144/23 1145/1 1146/8
1146/8 1146/9 1146/24

1148/19 1149/16
1149/20 1149/21
1149/23 1149/24
1150/11
weren't **[3]** 1102/8
1141/9 1141/13
west **[5]** 1113/3
1119/16 1120/7
1120/22 1120/23
wet **[1]** 1068/3
what **[108]** 1030/14
1032/7 1032/18
1032/19 1034/18
1034/20 1034/21
1035/23 1035/24
1037/14 1037/20
1038/12 1040/20
1044/15 1045/21
1048/17 1048/21
1054/7 1054/12
1054/18 1057/21
1058/4 1058/14
1060/17 1062/6
1062/25 1064/10
1067/2 1067/4 1069/7
1074/25 1076/3
1077/14 1078/22
1078/23 1080/5 1081/8
1082/12 1087/17
1088/15 1089/23
1094/13 1095/7
1095/13 1095/17
1097/3 1097/15
1097/22 1107/11
1109/19 1110/5
1112/10 1112/13
1113/13 1114/13
1118/1 1120/15 1122/2
1122/7 1123/5 1123/9
1123/12 1124/16
1125/8 1125/11
1125/18 1127/3 1128/3
1131/1 1131/5 1133/14
1134/3 1134/13
1135/17 1135/20
1136/12 1136/14
1136/19 1137/17
1137/23 1138/12
1138/17 1138/22
1138/23 1139/6 1139/6
1139/18 1139/25
1140/7 1140/22
1141/23 1141/23
1143/15 1144/20
1145/6 1145/11
1145/13 1146/6
1146/12 1146/18
1146/24 1146/24
1147/1 1147/3 1148/10
1148/12 1150/5 1150/6
what's **[6]** 1044/16
1054/8 1068/18 1115/2
1138/22 1152/3
whatever **[12]** 1030/15
1069/25 1070/6
1081/13 1083/12
1083/25 1094/21

1110/9 1146/2 1146/4
WhatsApp **[1]** 1044/22
when **[54]** 1035/4
1040/10 1041/8
1045/22 1046/7
1046/10 1046/11
1051/14 1052/12
1054/5 1059/5 1059/23
1061/6 1069/10
1070/25 1073/15
1073/19 1075/2 1075/4
1075/16 1075/22
1077/8 1079/3 1087/9
1087/15 1088/10
1090/25 1093/13
1105/1 1105/15
1108/15 1110/15
1114/13 1114/14
1122/7 1123/18
1123/19 1123/24
1124/24 1128/8
1130/17 1131/9 1134/4
1134/17 1138/16
1143/3 1144/17
1146/19 1146/20
1147/11 1147/12
1148/1 1148/8 1149/16
where **[27]** 1038/5
1041/2 1042/16
1051/17 1053/11
1065/15 1079/15
1088/12 1108/2
1109/14 1110/14
1111/15 1113/2
1114/24 1115/1
1119/25 1138/5
1143/10 1143/21
1143/23 1144/13
1145/4 1147/13 1148/4
1149/18 1149/20
1149/21
whether **[29]** 1031/17
1035/2 1036/9 1036/12
1040/3 1040/5 1041/2
1049/15 1056/12
1057/6 1058/14
1061/17 1061/21
1062/5 1063/2 1063/3
1063/7 1064/3 1064/8
1064/8 1069/13 1073/6
1073/8 1082/6 1110/10
1133/12 1133/13
1133/14 1145/20
which **[29]** 1029/12
1029/12 1030/8
1034/18 1035/22
1036/15 1038/8
1039/15 1042/6
1043/17 1043/19
1044/22 1048/14
1049/9 1061/7 1065/6
1071/13 1071/19
1075/18 1076/22
1077/25 1092/4
1095/25 1105/8
1114/19 1126/14
1139/9 1146/3 1148/16

**W**

while [10] 1041/18
1055/22 1085/9
1086/16 1112/2
1115/11 1118/21
1120/2 1120/19
1149/19
Whip [1] 1113/17
white [7] 1056/17
1056/18 1056/18
1056/18 1085/13
1089/10 1109/15
White House [1]
1109/15
who [66] 1035/15
1035/24 1036/1 1036/3
1036/5 1036/13 1037/8
1037/11 1037/15
1037/17 1038/2
1039/17 1039/21
1043/12 1052/19
1053/14 1054/2 1054/6
1055/24 1055/25
1056/2 1058/18 1061/5
1061/11 1062/14
1062/15 1062/17
1063/17 1065/3
1067/17 1070/8
1070/19 1073/17
1075/15 1076/21
1084/12 1087/25
1088/1 1089/18
1093/10 1093/22
1099/19 1105/13
1105/22 1107/22
1111/19 1114/12
1114/12 1115/20
1115/25 1117/1
1118/17 1119/6
1122/14 1124/13
1125/5 1125/18 1126/4
1127/5 1127/6 1128/2
1128/3 1129/6 1135/14
1139/5 1150/5
who's [4] 1094/5
1099/25 1149/10
1149/11
Whoever [1] 1135/3
whole [2] 1063/12
1122/23
whom [7] 1032/24
1035/7 1035/13
1035/20 1039/7 1079/7
1103/19
whose [2] 1066/23
1114/10
why [14] 1032/4
1042/7 1061/6 1063/5
1063/12 1080/25
1100/6 1102/13
1127/13 1129/3
1138/12 1139/10
1146/5 1147/24
wife [7] 1035/21
1039/9 1039/22 1044/7
1047/3 1105/12
1117/18
Wilkes [1] 1120/16

wife [3] 1032/3 1034/13
1034/23 1035/9 1038/1
1042/6 1042/8 1047/25
1049/25 1052/4 1052/4
1053/23 1056/5 1056/8
1056/12 1059/1
1065/23 1066/14
1066/15 1068/20
1068/20 1068/23
1068/24 1069/4 1069/6
1069/8 1069/17
1069/18 1069/20
1069/23 1069/24
1070/2 1070/7 1070/23
1073/11 1073/12
1073/13 1073/14
1074/13 1074/3 1074/8
1074/15 1074/22
1075/1 1075/12
1075/13 1075/14
1075/20 1075/23
1076/4 1077/11
1082/19 1082/22
1084/3 1084/11 1085/4
1087/7 1087/8 1087/13
1087/23 1088/14
1092/11 1092/22
1093/10 1093/22
1100/2 1101/6 1101/8
1101/10 1101/11
1101/12 1101/25
1102/14 1102/23
1103/3 1103/7 1103/10
1107/14 1108/1
1114/12 1114/12
1114/17 1118/5 1119/5
1128/18 1129/2 1129/6
1129/17 1129/18
1130/22 1131/3
1131/18 1132/13
1132/23 1134/3
1135/17 1136/6 1136/6
1136/7 1136/23
1137/25 1138/18
1139/9 1141/21
1143/10 1144/15
1144/17 1145/24
1146/23 1150/4
1150/10 1150/23
1151/9 1152/4
William [7] 1026/16
1027/2 1090/3 1147/18
1147/19 1153/2 1153/8
William Isaacs [1]
1090/3
William Todd Wilson
[1] 1147/18
willing [1] 1099/25
Wilson [1] 1147/18
Wilson's [1] 1147/19
win [1] 1101/18
winner [9] 1083/20
1083/23 1093/10
1093/20 1093/21
1093/25 1094/2
1094/17 1094/25
wise [1] 1065/16

wish [5] 1056/2
1068/25 1069/13
1069/25 1079/4
withdrawn [1] 1077/13
within [13] 1047/15
1057/8 1061/11
1081/22 1087/1
1093/15 1103/15
1113/20 1114/5
1121/15 1141/18
1145/11 1145/13
without [5] 1041/11
1078/17 1095/1
1134/22 1134/23
witness [13] 1033/20
1041/17 1042/11
1058/15 1058/17
1058/18 1061/25
1070/19 1075/16
1076/23 1077/16
1149/9 1149/11
witnesses [24]
1069/16 1070/16
1075/1 1075/12
1076/20 1076/21
1077/1 1079/9 1079/16
1079/21 1128/24
1136/8 1136/13
1140/22 1142/20
1142/22 1143/8 1147/6
1147/8 1147/9 1149/23
1150/4 1150/9 1150/10
woman [1] 1085/21
won [1] 1128/7
won't [3] 1057/20
1065/16 1113/13
wood [1] 1108/17
Woodward [10] 1026/2
1026/3 1028/17 1043/9
1043/14 1045/9
1048/17 1048/21
1049/11 1073/23
Woodward's [1]
1045/12
word [11] 1056/19
1057/18 1058/6
1066/21 1095/11
1098/4 1105/3 1111/21
1112/19 1117/22
1124/25
words [18] 1047/1
1056/16 1058/4 1085/4
1095/23 1095/24
1096/4 1096/7 1096/10
1099/9 1108/9 1110/16
1120/7 1123/12
1123/25 1124/5
1124/11 1128/4
wore [1] 1089/20
work [13] 1074/9
1092/11 1092/17
1092/20 1102/9
1102/17 1109/4
1114/16 1116/11
1117/10 1144/19
1144/20 1150/12
worked [5] 1039/17

working [6] 1040/11
1089/19 1104/18
1134/14 1144/23
1149/20
works [4] 1039/22
1039/22 1093/13
1142/16
world [3] 1087/2
1134/25 1135/9
worrisome [1] 1040/10
worry [1] 1067/14
worth [1] 1134/3
would [83] 1030/4
1030/10 1030/11
1032/5 1032/21
1032/22 1032/23
1033/1 1033/3 1033/5
1033/11 1033/14
1033/16 1033/18
1033/22 1034/5
1034/25 1034/25
1036/23 1038/4
1040/15 1043/12
1043/14 1047/7 1049/2
1049/15 1049/15
1049/18 1049/19
1053/12 1053/16
1057/17 1059/2
1061/14 1061/21
1061/23 1063/9
1063/22 1065/22
1075/18 1077/14
1094/17 1094/20
1095/20 1096/5
1096/10 1096/16
1098/25 1099/7 1100/5
1100/12 1100/23
1100/25 1101/18
1101/19 1101/21
1104/4 1104/9 1106/17
1107/9 1107/23 1108/7
1108/8 1108/10
1108/16 1109/7 1110/8
1110/12 1112/12
1112/14 1117/20
1122/7 1122/11 1124/9
1126/18 1127/5 1127/6
1134/23 1135/22
1137/21 1146/3
1149/24 1149/25
wouldn't [4] 1047/22
1063/23 1108/9
1149/25
write [2] 1069/25
1094/4
writing [2] 1087/16
1131/5
wrong [5] 1044/16
1048/18 1086/21
1137/24 1148/17
wrote [17] 1030/19
1032/19 1091/7
1094/23 1097/21
1099/23 1100/17
1101/1 1101/17
1107/9 1108 1107/13

1137/18 1122/3 1122/5
1122/15 1123/18
1123/21
WTF [1] 1047/14

**Y**

Yale [3] 1084/18
1095/22 1142/15
Yale Law School [2]
1084/18 1142/15
Yeah [1] 1040/8
1064/11 1065/19
year [5] 1051/3 1083/4
1093/1 1102/21 1138/2
years [7] 1083/7
1093/8 1131/15
1135/12 1142/6 1143/9
1143/18
yelled [3] 1109/23
1116/16 1120/16
yelling [2] 1089/11
1121/6
yellow [1] 1116/8
yes [26] 1029/4 1030/7
1038/19 1038/22
1039/4 1039/5 1040/1
1041/14 1042/24
1043/3 1048/3 1048/6
1049/13 1050/17
1050/25 1057/6
1061/16 1064/16
1065/9 1066/7 1066/10
1132/12 1139/17
1139/20 1139/22
1149/17
yet [4] 1028/24 1122/4
1147/25 1149/8
you [379]
you'd [2] 1067/11
1132/16
you'll [36] 1068/21
1086/6 1089/6 1092/8
1096/24 1097/25
1098/11 1099/21
1104/7 1105/16 1106/1
1106/19 1107/2 1107/6
1107/18 1109/23
1116/21 1116/22
1117/15 1119/25
1120/18 1125/11
1126/12 1127/10
1127/13 1129/6
1133/24 1134/21
1135/17 1139/10
1139/24 1140/16
1144/23 1149/14
1149/15 1149/17
you're [39] 1044/15
1048/4 1058/14 1065/8
1066/8 1079/1 1079/2
1086/22 1088/6
1091/25 1110/22
1110/25 1122/23
1123/17 1128/21
1133/5 1133/12
1133/15 1133/17
1134/2 1135/14 1137/1
1139/4 1141/23 1143/2

**you're... [14]** 1143/25
1145/5 1145/16
1146/12 1146/17
1146/25 1146/25
1147/4 1147/12
1147/24 1148/4 1148/8
1148/11 1149/22
**you've [12]** 1036/12
1078/14 1078/20
1131/17 1134/9 1136/2
1137/22 1138/1
1138/14 1138/15
1138/15 1150/21
**you,' [1]** 1112/6
**younger [3]** 1046/19
1046/22 1046/24
**your [99]** 1028/8
1029/2 1029/5 1029/18
1040/15 1040/15
1042/24 1043/1 1043/3
1043/15 1043/16
1045/10 1048/2 1049/2
1049/13 1050/17
1050/20 1052/9 1053/7
1053/21 1055/1 1056/8
1056/22 1057/21
1058/1 1058/8 1058/2
1059/9 1059/18 1060/6
1060/7 1060/9 1061/12
1061/16 1061/18
1062/8 1062/21
1062/22 1062/23
1063/14 1064/13
1065/9 1066/3 1066/5
1066/10 1066/13
1067/9 1067/10
1068/10 1068/12
1068/22 1069/8
1069/10 1069/17
1069/19 1069/19
1069/22 1069/22
1070/12 1070/21
1075/22 1075/22
1076/6 1076/8 1076/14
1076/16 1077/6 1078/1
1078/8 1078/11
1078/13 1078/21
1080/2 1080/21
1080/21 1082/8
1082/10 1082/20
1082/21 1087/13
1088/13 1095/2
1125/17 1125/20
1128/15 1128/17
1133/1 1134/1 1134/1
1134/12 1134/21
1137/2 1141/6 1141/16
1150/13 1151/7 1151/7
1151/22 1152/4
**Your Honor [38]**
1028/8 1029/5 1029/18
1042/24 1043/3
1043/16 1045/10
1048/2 1049/13
1050/17 1050/20
1052/9 1053/7 1055/1
1056/22 1058/1 1058/8

1059/18 1060/6 1060/7
1060/9 1061/12
1061/16 1061/18
1062/8 1062/23
1063/14 1064/13
1065/9 1066/3 1066/5
1066/10 1066/13
1067/9 1067/10 1133/1
**yours [1]** 1132/13
**yourself [4]** 1040/6
1079/14 1137/4 1137/5
**yourselves [3]** 1070/11
1138/22 1151/12

**Z**

**Zach [2]** 1047/13
1047/23
**Zach Meggs [2]**
1047/13 1047/23
**Zachary [3]** 1043/8
1045/13 1045/15
**Zachary Meggs [2]**
1043/8 1045/15
**Zaremba [3]** 1027/2
1153/2 1153/8
**zealously [1]** 1031/1
**Zello [7]** 1091/15
1110/21 1110/21
1110/22 1110/24
1115/17 1115/23
**zero [9]** 1036/22
1036/22 1037/1 1037/2
1037/10 1037/10
1037/14 1037/16
1037/19
**Zoom [1]** 1041/22
**Zsuzsa [1]** 1026/6