```
1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2
      * * * * * * * * * * * * * * *   )
3     UNITED STATES OF AMERICA,       )     Criminal Action
                                      )      No. 22-00015
4                      Plaintiff,     )
                                      )
5        vs.                          )     AFTERNOON SESSION
                                      )
6     ELMER STEWART RHODES, III,      )     Washington, D.C.
      et al.,                         )     October 3, 2022
7                                     )
                       Defendants.    )     1:33 p.m.
8                                     )
      * * * * * * * * * * * * * * *   )
9


10
                 TRANSCRIPT OF JURY TRIAL - DAY 4
11           BEFORE THE HONORABLE AMIT P. MEHTA,
                 UNITED STATES DISTRICT JUDGE
12


13
      APPEARANCES:
14
      FOR THE GOVERNMENT:     KATHRYN L. RAKOCZY, ESQ.
15                            TROY A. EDWARDS, JR., ESQ.
                              JEFFREY S. NESTLER, ESQ.
16                            LOUIS MANZO, ESQ.
                              UNITED STATES ATTORNEY'S OFFICE
17                              FOR THE DISTRICT OF COLUMBIA
                              601 D Street, Northwest
18                            Washington, D.C. 20579

19                            ALEXANDRA S. HUGHES, ESQ.
                              JUSTIN T. SHER, ESQ.
20                            U.S. DEPARTMENT OF JUSTICE
                              950 Pennsylvania Avenue, Northwest
21                            Washington, D.C. 20530

22
      FOR THE DEFENDANT       PHILLIP A. LINDER, ESQ.
23            RHODES:         JAMES L. BRIGHT, ESQ.
                              EDWARD L. TARPLEY, JR., ESQ.
24                            BARRETT BRIGHT LASSITER LINDER
                              3300 Oak Lawn Avenue
25                            Suite 700
                              Dallas, Texas 75219
```

```
 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANT          STANLEY E. WOODWARD, JR., ESQ.
              MEGGS:             BRAND WOODWARD LAW
 3                                1808 Park Road, Northwest
                                  Washington, D.C. 20010
 4
                                  JULI HALLER, ESQ.
 5                                LAW OFFICES OF JULI HALLER
                                  601 Pennsylvania Avenue, Northwest
 6                                Suite 900
                                  Washington, D.C. 20036
 7

 8     FOR THE DEFENDANT          BRADFORD L. GEYER, ESQ.
              HARRELSON:         FORMERFEDSGROUP.COM, LLC
 9                                141 I Route 130 South
                                  Suite 303
10                                Cinnaminson, New Jersey 08077

11
       FOR THE DEFENDANT          JONATHAN W. CRISP, ESQ.
12            WATKINS:           CRISP AND ASSOCIATES, LLC
                                  4031 North Front Street
13                                Harrisburg, Pennsylvania 17110

14
       FOR THE DEFENDANT          DAVID W. FISCHER, SR., ESQ.
15            CALDWELL:          FISCHER & PUTZI, P.A.
                                  7310 Governor Ritchie Highway
16                                Glen Burnie, Maryland 21061

17
       REPORTED BY:              LISA EDWARDS, RDR, CRR
18                                Official Court Reporter
                                  United States District Court for the
19                                 District of Columbia
                                  333 Constitution Avenue, Northwest
20                                Room 6706
                                  Washington, D.C. 20001
21                                (202) 354-3269

22

23

24

25
```

I N D E X


Opening Statement by Mr. Fischer                    Page 1191

Opening Statement by Mr. Crisp                      Page 1228



                                    Direct      Cross        Red.


WITNESSES FOR THE GOVERNMENT:

Michael Palian                      1254



EXHIBITS RECEIVED IN EVIDENCE                                PAGE


Government's Exhibit No. 6605                                1261
Government's Exhibit No. 1050.1                              1265
Government's Exhibit No. 1653                                1268
Government's Exhibit No. 1051.1                              1271
Government's Exhibit No. 1051.3                              1281
Government's Exhibit No. 22.V.2                              1285
Government's Exhibit No. 1056.0926.0226                      1288
Government's Exhibit No. 6615.A                              1300
Government's Exhibit No. 6616.A                              1316
Government's Exhibit No. 6617.A                              1322
Government's Exhibit No. 6615.B, C & D                       1330

```
 1              THE COURT:  Please be seated, everybody.

 2              So.  Defense counsel, I don't know if we ever

 3    formally mapped out how we'll do this for your

 4    cross-examinations.  I know Mr. Linder at one point had said

 5    you all had at least planned to kind of assign a primary to

 6    each Government witness to do the examination.

 7              MR. LINDER:  Yes, your Honor.

 8              THE COURT:  So after the Government has rested,

 9    I'll just turn to the defense generally and say:

10    Cross-examination?  Whoever pops up, I'll assume that's the

11    lead.  And then I'll go right down the list in the

12    indictment after that cross-examination is done.  Okay?

13              MR. LINDER:  Yes, your Honor.

14              MR. WOODWARD:  I think we may do different orders

15    for different witnesses.  Can we do the pop-up piece for

16    second and third as well?  In other words, if Mr. Linder is

17    cross-examining the Government's first witness first, it may

18    not be myself on behalf of Mr. Meggs going second,

19    necessarily.  It may be another one of my colleagues.

20    And we -- as many of us as possible are hoping not to cross,

21    because we want to move this along as efficiently as

22    possible.

23              THE COURT:  Maybe I'm not following.  But I don't

24    care who goes first.  I'll assume you all have worked that

25    out amongst yourselves.  But if there's further desire to
```

 1    cross-examine, I'll just go right down the list.  And if you
 2    want to do some additional cross --
 3              MR. WOODWARD:  We'll make it work.
 4              THE COURT:  -- I will assume that any subsequent
 5    cross-examination is likely to be limited that's
 6    client-specific.
 7              MR. WOODWARD:  Exactly.
 8              THE COURT:  But, you know, if it's a little bit
 9    greater than that, I get it.
10              MR. BRIGHT:  We actually talked about that as
11    recently as this morning.
12              THE COURT:  I just want to make sure we had that
13    sorted out.
14              So, Mr. Fischer, you're going to be next?
15              MR. FISCHER:  Yes, your Honor.
16              THE COURT:  Okay.
17              THE COURTROOM DEPUTY:  Jury panel.
18              (Whereupon, the jury entered the courtroom at 1:35
19    p.m. and the following proceedings were had:)
20              THE COURT:  Please be seated, everybody.  Welcome
21    back, ladies and gentlemen.  I hope you had a nice lunch
22    break.
23              So we are going to continue with our opening
24    statements.
25              Mr. Fischer on behalf of Mr. Caldwell.

1          MR. FISCHER:  Thank you, your Honor.

2          May it please the Court, your Honor.

3          First of all, ladies and gentlemen, I want to

4    again thank you very much on behalf of Mr. Caldwell, who is

5    my client, who is seated there in the gray jacket and red

6    tie.  I want to thank you very much for your service.

7          Ladies and gentlemen, the Government told you this

8    morning -- or they explained to you Mr. Caldwell's role in

9    their conspiracy theory that they're putting forward.  They

10   are claiming that Mr. Caldwell was the coordinator of a QRF,

11   an armed force that would be called upon to attack the

12   United States Capitol.

13         Ladies and gentlemen, his role was smaller

14   compared to everybody else.  You could see he's the -- he

15   was on their chart.  He wasn't the leader.  They're claiming

16   his role is just that one thing:  the coordinator of a QRF,

17   ladies and gentlemen.

18         Now, first of all, before I go on to other things,

19   let me talk about the QRF, for example, ladies and

20   gentlemen.  The QRF, quick reaction force.  Reaction:  The

21   verb is to react.  It's not to act; it's to react.

22         Anybody who has served five seconds in the United

23   States military or in law enforcement knows that a quick

24   reaction force, or a quick response team, reacts to

25   emergency situations.  It's a "break the glass in case of

1    emergency" group of people, typically EMTs or extra

2    personnel, to come in as a rescue unit.

3              By definition, a quick reaction force would not be

4    used to attack anything, including the United States

5    Capitol.

6              Ladies and gentlemen, the Government, the FBI, has

7    interviewed hundreds of Oath Keepers, hundreds of witnesses,

8    people who know the Oath Keepers.  They've asked them over

9    and over the purpose of the QRF:  What's QRF?  Not one

10   single, solitary person they have interviewed has said that

11   the QRF was meant to attack the United States Capitol.

12             So any suggestion that the QRF, the purpose of a

13   QRF, was to attack anything in Washington, D.C., on

14   January 6th is an absolute abject lie, 100 percent.  Ladies

15   and gentlemen, the Government, the FBI, has gone through

16   dozens -- probably more than that -- of phones, cell phones.

17   They've seized cell phones from Defendants, from witnesses,

18   defendants in other cases.  They've seized -- they have more

19   cell phones regarding this case than an Apple store has in

20   stock.

21             They have taken the guts out of those phones.  You

22   can do a mirrored copy.  What they do -- you take your

23   phone -- they can take all of the guts out of your phone and

24   get a mirrored copy.  They can see your texts, your tweets,

25   your emails.  They can see Signal messages, which are

1    encrypted messages.  They can see everything, ladies and

2    gentlemen.

3            Effectively, they have read the mail, the personal

4    correspondence, the messages from all the Oath Keepers and

5    people like Mr. Caldwell, who is not a member of the Oath

6    Keepers.  They have read all of these messages, tens of

7    thousands of messages, ladies and gentlemen.  And they can't

8    point to you one message that says:  The quick reaction

9    force was designed to attack the United States Capitol.  Not

10   one.

11           But they can show you lots of pictures of guns.

12   They can tell you some of the Defendants said nasty things

13   about Nancy Pelosi.  That's a distraction, ladies and

14   gentlemen.

15           Where is the single, solitary human being who will

16   take the witness stand over there, raise their right hand

17   and say that the Oath Keepers had a plan, through the QRF,

18   to specifically attack the United States Capitol with a QRF?

19           That person doesn't exist, ladies and gentlemen.

20   But they keep searching for them.  Maybe one day they will

21   find that person who will come in here and say that.

22           In fact, ladies and gentlemen, you will not hear

23   from one single, solitary human being -- keep in mind,

24   ladies and gentlemen, they have had dozens of investigators

25   scouring the country, going after people who were at this

Opening Statement by Mr. Fischer

1    protest.  I mean, they have spared no expense.  They have

2    turned over every rock, every stone.  They've gone into

3    every court.  They've asked every possible person they

4    could.  They -- they interview people alone.  They interview

5    people over Zoom.  They interview people with their lawyers.

6    They interview cooperators.

7            There is not a single, solitary human being who

8    has said that the Oath Keepers, or Thomas Caldwell, had any

9    plan to go into the United States Capitol on January 6th.

10   So why do they keep suggesting that?  Where is that human

11   being?  Where is that person who's going to come in and take

12   that witness chair and put their right hand up and say:

13   Yeah.  Three weeks before January 6th, we all sat around and

14   had a plan to come into the Capitol; we're going to attack

15   it?

16           No, ladies and gentlemen.  What they do is they

17   selective edit social media postings.  They selectively

18   edit.  And they take the most outrageous statements that

19   politically attuned and politically active people make.  You

20   know, ladies and gentlemen, if I took AOC's phone and got

21   the guts out of it, I could cobble together something that

22   would make her --

23           MR. NESTLER:  Objection.

24           MR. FISCHER:  I'll withdraw it.

25           So, ladies and gentlemen, let me be clear:  I will

Opening Statement by Mr. Fischer

1    be heard.  This is the biggest bait-and-switch in the

2    history of the American justice system, what they're doing

3    here.  They stood here -- Mr. Nestler stood there.  He

4    called -- and I have it written down.  He called Stewart

5    Rhodes the general, the general overlooking the battlefield,

6    as his troops stormed the Capitol.

7         They said they descended upon D.C. to attack our

8    country.

9         He said:  They had a concrete plan for armed

10   rebellion up to and including the use of force.

11        In other words, ladies and gentlemen, the theory

12   that the Government is telling you today is that Stewart

13   Rhodes concocted a military-style plan to take over the

14   United States Capitol.  They were very clear about that.

15   And that Mr. Caldwell played a little part in it.  He

16   coordinated a QRF.  He coordinated the QRF, you know, the

17   group that was going to be called upon to use military force

18   to take over the Capitol.

19        Oh, by the way -- I'm going to go back to the QRF

20   just for a second, ladies and gentlemen, lest I digress.

21        On November 14th of 2020, there was a Trump rally

22   in Washington, D.C., the Million MAGA March.  The Oath

23   Keepers did security.  In fact, Mr. Nestler referred to

24   that.  They came up.  They did security at that event.  They

25   also had an armed QRF in Virginia for that event.  It was on

1    a Saturday.  And guess what, ladies and gentlemen?  Congress

2    wasn't in session that day.

3          December 12th, there was another Trump rally in

4    D.C.  The Oath Keepers came again to do security.  They had

5    an armed QRF, the emergency response team, the quick

6    reaction force, on that day.  It was on a Saturday.  The

7    United States Congress was not in session on that day.

8          Ladies and gentlemen, the Oath Keepers have used

9    QRFs all around the country on prior events.  They've used

10   QRFs in Ferguson, Missouri, when they were trying to protect

11   minority businesses.  They used a QRF in Louisville,

12   Kentucky, when there were riots that were threatening to

13   burn down the city.  They went out to protect and serve the

14   population of Louisville, Kentucky, to make sure the good,

15   hardworking people didn't have their property destroyed.

16         And they had a QRF in 2019, I believe it was, in

17   Louisville, Kentucky.  And guess what, ladies and gentlemen:

18   They also had a boat.  You know this little fantasy that

19   there was going to be armed commandos coming into

20   Washington, D.C., to take over the Capitol by boat is, quite

21   frankly, laughable.  It's absolutely a joke.

22         They had a boat in Louisville, Kentucky, to cross

23   from Indiana across the Ohio River to the state of Kentucky

24   in the event that their members, something would happen to

25   them, somebody did something really bad, somebody went on a

1    killing spree, somebody drove a car through a crowd,

2    something to get their people out.  They planned.  They

3    prepared.

4           Ladies and gentlemen, they have used QRFs for

5    years, armed QRFs.  Quite frankly, ladies and gentlemen, the

6    reason -- the real reason why, my understanding from the

7    evidence is, is that the QRFs had weapons that were in

8    Virginia is because it's legal to have weapons in Virginia

9    in a hotel room.  Now, you can argue whether that's a smart

10   thing or a dumb thing.  I'm Switzerland on that, ladies and

11   gentlemen.  I'm neutral.

12          But the reality is they didn't bring guns into

13   D.C. because they know it's illegal to have them in D.C.

14   That's why they didn't bring them in.

15          When they were in other cities around the country,

16   they carried firearms.  They carried firearms.  They didn't

17   shoot anybody.  They didn't kill anybody.  They protected

18   citizens, is what they were doing.

19          Now, I know you may disagree with that mission.  I

20   have my own personal opinion, ladies and gentlemen, but I'm

21   Switzerland today.  I'm Switzerland.  I'm neutral.  You may

22   have your own personal opinion about that.

23          But the fact of the matter is, the QRF was not in

24   the remotest way, in any way, designed to attack the United

25   States Capitol Building.  And that's why we are all gathered

Opening Statement by Mr. Fischer

1    here today.

2              Now, I want to go back.  I said they characterized

3    Mr. Rhodes as the general on the battlefield.  They

4    characterized the plan as something Mr. Rhodes concocted.

5              They said Mr. Rhodes did all this.  He is the

6    leader.  He's the big cheese, the head honcho.  Right?

7              Well, ladies and gentlemen, something you should

8    know:  Stewart Rhodes didn't even get charged until January

9    of this year.  Mr. Caldwell was charged --

10             MR. NESTLER:  Objection.

11             THE COURT:  Ladies and gentlemen, you will ignore

12   that last statement.  The objection is sustained.  You will

13   ignore -- disregard that last statement about the timing of

14   the charges.

15             MR. FISCHER:  The first person to be charged in

16   this case was Thomas Caldwell.  He was charged on -- he was

17   arrested on January 19th of 2021, just a short time after

18   January 6th.

19             At that time, ladies and gentlemen, the same

20   folks, Mr. Nestler and his colleagues, who have been telling

21   you that Stewart Rhodes is the general and had a plan, what

22   they didn't tell you is is that 20 months ago when

23   Mr. Caldwell was placed under arrest, they were claiming the

24   same thing about Mr. Caldwell.  They were claiming that

25   Mr. Caldwell was the mastermind of a sophisticated plan to

Opening Statement by Mr. Fischer

1    attack the United States Capitol Building.

2            They were claiming that Mr. Caldwell's plan began

3    in November just after the election.  They claimed that

4    Mr. Caldwell was training up a tactical band of fighters.

5            Yes, ladies and gentlemen.  This disabled vet over

6    here was training up a tactical band of fighters for the

7    purpose of attacking the United States Capitol.

8            They clearly claimed it was premeditated and that

9    it went back to early November, the plan did, to

10   specifically stop the certification of the Electoral

11   College.  That was the plan, ladies and gentlemen.

12           They had a name for it.  They called it the

13   January 6th operation that Mr. Caldwell was in charge of.

14           They claimed, ladies and gentlemen, that

15   Mr. Caldwell -- let me be specific:  The specific thing the

16   Government specifically said about Mr. Caldwell was that he

17   specifically masterminded and concocted a military-style

18   plan to specifically train up a band of tactical fighters to

19   specifically attack the United States Capitol.  This plan

20   specifically began in early November of 2020.  And it was

21   specifically aimed at attacking the United States Capitol

22   for the specific purpose of stopping the Electoral College

23   certification.

24           Could I be more specific?

25           Ladies and gentlemen, that's what they were saying

Opening Statement by Mr. Fischer

1    20 months ago.  So here's the bait-and-switch:  Now it's

2    Stewart Rhodes.  Now Caldwell is just some little guy here

3    who coordinated a QRF.  Hogwash.

4            Ladies and gentlemen, let me say this:  I'll give

5    you a little background here.  January 17th, 2021 --

6    actually, back up.  January 14th, 2021.  *The New Yorker*

7    Magazine publishes an article and they identify Jessica

8    Watkins, who's one of the Defendants over here -- she's at

9    the trial table -- and her friend, Donovan Crowl, who's not

10   here today -- they identified them as having gone inside the

11   United States Capitol Building.  And I think the Government

12   showed that picture of them.  They were kind of goofy, "Hey,

13   we're rocking in the mezzanine," that type of thing.

14           Well, they had that picture.  And so they were

15   identified.  They were outed.  The national media descended

16   on their house -- or I should say on Jessica Watkins's house

17   in small-town Ohio.

18           They were surrounded.  She was surrounded.  You

19   had Wolf Blitzer; you had the satellite dish.  They're all

20   around there looking for comment.  She literally got run out

21   of town because of the media.

22           She wanted to find a place to go to get away from

23   the media.  She had her friend Donovan Crowl contact

24   Commander Tom.  Very important.  Commander Tom.  Mr. Crowl

25   gets on the phone.  He contacts Commander Crowl -- that's

1    Mr. Caldwell -- Commander Tom, I should say, calls

2    Mr. Caldwell.

3            "Mr. Caldwell, we are -- Jessica is being hounded

4    by the media.  Can we come up to your place and stay for a

5    few days until this subsides?"

6            Mr. Caldwell said:  "Sure.  Come on up."

7            They had been there before.  Now, they mentioned

8    November 14th, the Million MAGA March.

9            It's a little confusing, lots of dates being

10   thrown out here.

11           But prior to November 14th, that march, the Oath

12   Keepers came up to Mr. Caldwell's farm and they stayed

13   there.  They camped out on his farm.  You see, ladies and

14   gentlemen, Mr. Caldwell had never met the Oath Keepers until

15   November 8th of 2020, when he was at a Republican rally in

16   the Shenandoah Valley and there were a lot of speakers out

17   there.  They were all sad.  Trump lost.  Everybody is sad.

18   We got screwed.  You know, everybody knows how this works.

19   They're all sad.  They're having a rally.

20           Stewart Rhodes is there by happenstance.

21   Mr. Caldwell had never heard of the Oath Keepers, had never

22   heard of Stewart Rhodes before.

23           He ends up getting introduced to Stewart Rhodes

24   because Stewart Rhodes is looking for a farm or some type of

25   big property to be able to have the Oath Keepers, who are

1    coming from all over the country, to have a rally point

2    outside of D.C. where they can camp at.

3            Now, I don't know, ladies and gentlemen -- a lot

4    of us can afford to spend a couple hundred, 300 bucks on a

5    hotel room.  A lot of people can't.  They camp out.  They

6    use campers.  And there were about a couple dozen, three

7    dozen, maybe, Oath Keepers who camped out on Mr. Caldwell's

8    farm on November 14th of 2020, including Jessica Watkins and

9    Donovan Crowl.

10            So it was natural for them to call up and say to

11    Commander Tom:  "Can we come up and stay on your farm for a

12    few days?"  He allowed them.  They came up.  They weren't

13    hiding.  The evidence will show they're out and about;

14    they're painting a barn out in the middle of his farm.

15    They're going to Lowe's.  They're going out to a restaurant.

16    Literally, ladies and gentlemen, nobody is hiding anything.

17            But unbeknownst to everybody, the FBI had quickly

18    moved, and the FBI quickly got an arrest warrant for Jessica

19    Watkins and Donovan Crowl.

20            So on January 17th, a call comes from Ohio to the

21    Shenandoah Valley.  And it's Ms. Watkins's roommate:  "Hey,

22    Jessica.  The FBI is here, and I think they've got a warrant

23    for you."

24            Ms. Watkins turns herself in.  The evidence will

25    show Mr. Caldwell and his wife encouraged Ms. Watkins to

1    turn herself in, although she was going to turn herself in

2    anyway, but, you know, people are always going to have --

3    you know, a little stunned when you find out you have a

4    warrant out for your arrest.

5            She turned herself in immediately.  She left the

6    farm, went back with her and Crowl back -- they went back to

7    Ohio.

8            At this point -- you have to understand, ladies

9    and gentlemen, Mr. Caldwell had no idea that within 36

10   hours, the FBI would be surrounding his house with an army

11   of agents and other personnel.  There had to be at least up

12   to 25 personnel there, automatic weapons, an armored

13   vehicle, a battering ram, a drone, machine guns, a laser dot

14   that was put on Mrs. Caldwell's forehead during the arrest.

15           They arrested Mr. Caldwell.  Now I'm going to

16   fast-forward a little bit, ladies and gentlemen, because I

17   want to keep this interesting.

18           They then questioned Mr. Caldwell.  He agrees to

19   speak with them.  They arrest him.  He's struggling.

20   Again -- I'm going to explain his injuries and his health in

21   a minute here.

22           But he's struggling.  But despite that fact, he

23   agrees to speak with the FBI.  He's by himself.  They put

24   him in a room.  They sequester him in a room.  And two FBI

25   agents, including Agent Palian, who is here today I believe

1    at the trial table, Agent Palian questioned Mr. Caldwell,

2    and his partner, questioned him for almost three hours.

3         Ladies and gentlemen, Mr. Caldwell asks:  "Why are

4    you here and why are you arresting me?"

5         The FBI said to him:  "Oh, we're arresting you for

6    trespassing."

7         Well, that wasn't true, ladies and gentlemen.  At

8    that time, when Mr. Caldwell was arrested, he was the -- he

9    was charged with the most serious charge that at that point

10   had been leveled against any person that was allegedly

11   involved in January 6th.  The most serious charge.  So they

12   didn't tell him the full truth on that.

13        He asked:  "Are you recording me?"

14        Basically suggested -- he asked, "Are you

15   recording me?"  Kind of said -- to be clear, he indicated --

16   he said something to the agent, "Do you have a shoe phone?"

17   And for those of who you may remember the 1960s show *Get*

18   *Smart*, one of the memes in that show is the -- Don Adams,

19   he's a spy; he has a shoe phone that not only you can call

20   from, but it's a tape recorder.

21        Agent Palian says something to the effect of:

22   "Oh, I wish I had a shoe phone."  In other words, I'm not

23   recording you.  They did.  And quite frankly, I'm glad they

24   did, ladies and gentlemen, because Mr. Caldwell sat down and

25   answered every one of their questions.  And what did they

1    question him about, ladies and gentlemen?  What did the

2    Government not tell you in opening argument?

3            They asked Mr. Caldwell:  "Mr. Caldwell, did you

4    go inside the United States Capitol on January 6th?"

5            "No, I didn't."

6            MR. NESTLER:  Objection.

7            MR. FISCHER:  Objection?  What?

8            THE COURT:  It's overruled.  It's opening

9    statement.

10            MR. FISCHER:  They asked Mr. Caldwell again:  "Did

11    you go in the United States Capitol?"

12            "No, I didn't."

13            They said to Mr. Caldwell:  "Mr. Caldwell, do you

14    remember Martha Stewart?  You know, the woman who likes to

15    cook.  Do you remember Martha Stewart?  You know the Martha

16    Stewart law.  You lie to the FBI, that's a felony.  Did you

17    go into the Capitol, Mr. Caldwell?"

18            "No, I did not."

19            "Mr. Caldwell, one more time:  Did you go in the

20    United States Capitol?"

21            "No, I did not."

22            "Mr. Caldwell, what if I were to tell you that we

23    have a picture of you and your wife inside the United States

24    Capitol Building?  What would you say about that?"

25            "I would say it must be Photoshopped, sir, because

1    I have never in my life been in the United States Capitol

2    Building."

3            And there it was, ladies and gentlemen.  Here it

4    comes.  The *Law & Order* moment.  Oh, you know the show.  You

5    hear the chimes.  Ding, ding.  Here they come in for the

6    kill.  Here's the picture.  They've got the goods on

7    Mr. Caldwell.

8            The agent had the picture.  He knew.  It was

9    Mr. Caldwell taking a picture of the back of his wife's head

10   while inside the United States Capitol.

11           They knew they had him, ladies and gentlemen.

12   They came in.  The agent comes in for the kill.

13           He says:  "Sir, how do you explain -- how do you

14   explain, sir -- if you weren't in the Capitol, how do you

15   explain this?"

16           At that point, Mr. Caldwell said:  "Well, first of

17   all, the woman you just pointed to right here, that's not my

18   wife.  And, oh, by the way, sir, you might notice it looks

19   like there's drywall and a seam coming off the wall.  And

20   you might notice also" -- it's hard to see on this, but in

21   person, you'll see -- "you can also see the nail pops coming

22   out of the wall."

23           Yes, ladies and gentlemen.  The FBI, as one of

24   their main reasons for arresting Mr. Caldwell, believed that

25   he had stormed into the United States Capitol based on a

1   picture -- I don't know if this is coming up on the

2   screen -- where you can clearly see that this is

3   construction tunnel.

4           Mr. Caldwell pointed that out.  He said:  "Sir,

5   this is a construction tunnel."

6           Agent Palian's response.  Quote:  "All right.  So

7   this really isn't inside, then, is it?"

8           That's the picture that caused the FBI to surround

9   Mr. Caldwell's house with an army of agents.

10          But, ladies and gentlemen, that was the high

11  watermark of the FBI's investigation, because it only got

12  worse from there.  Because the agents, during this

13  interview, and before they interviewed him, before they were

14  recording him, they asked him:  "Mr. Caldwell, how do you

15  explain the fact that these Oath Keepers, Jessica Watkins

16  and Donovan Crowl, keep calling you the commander?  How do

17  you explain that, sir?  You obviously must be the commander

18  of the Oath Keepers.  But -- come on.  Let's put two plus

19  two together.  You have to be the commander of the Oath

20  Keepers, sir."

21          Well, ladies and gentlemen, Mr. Caldwell had a

22  response.  And his response --

23          MR. NESTLER:  Objection.  Hearsay.

24          MR. FISCHER:  Hearsay?

25          THE COURT:  It is hearsay.  I mean -- it is.  It

```
 1      is.
 2                  MR. FISCHER:  Your Honor --
 3                  THE COURT:  If you want to approach.  But I
 4      mean -- I think we're supposed to use the phones, the phones
 5      at the table.
 6                  MR. FISCHER:  Oh.
 7                  (Whereupon, the following proceedings were had at
 8      sidebar outside the presence of the jury:)
 9                  THE COURT:  Thanks, Mr. Fischer.
10                  Can you hear me?  Can you hear me okay,
11      Mr. Fischer?
12                  THE COURTROOM DEPUTY:  Mr. Fischer?
13                  MR. FISCHER:  Judge, can you hear me?
14                  THE COURT:  Yes.
15                  MR. FISCHER:  I can hear you, your Honor.
16                  THE COURT:  Okay.  Thanks, Mr. Fischer.  Sorry
17      about that.
18                  I mean, it is technically hearsay.  These are
19      prior consistent statements, and they're not otherwise
20      admissible.  I've given you a little bit of rope because
21      you're going after the investigation, which seems to be fair
22      play.  But absent your client being there to testify -- I
23      don't know if you're making that commitment now -- I don't
24      know that you can get into exactly what he was going to say,
25      because otherwise it's not going to be admissible.
```

Opening Statement by Mr. Fischer

1        MR. FISCHER:  Your Honor, I'm making that

2    commitment now.

3        THE COURT:  Okay.  Mr. Nestler, do you still

4    object?

5        MR. NESTLER:  I'm sorry, your Honor.  I could not

6    hear earlier.  The other phone wasn't working.

7        THE COURT:  He said he's making a commitment now

8    that Mr. Caldwell will be testifying.

9        MR. NESTLER:  I still object.  It's still hearsay.

10   Mr. Caldwell can't say what he said earlier.  It's still an

11   out-of-court statement that's being introduced for the

12   truth.

13       THE COURT:  Mr. Fischer, if you would -- look,

14   there's a world in which I could see this coming in, but I'm

15   not sure what that world is right now.  So if you just would

16   avoid the prior consistent statements of your client for

17   present purposes, because it may come in, but it would

18   depend on the circumstances.  And it's not simply a matter

19   of whether he testifies or not.

20       MR. FISCHER:  Well, your Honor, I need to -- I

21   gave a statement.  And he's prepared to testify that's what

22   he told the FBI.  And I mean, the fact that he gave a

23   statement and corrected him on multiple things is very

24   important.  I don't see how that's hearsay whatsoever.  I

25   mean, it's -- he's telling the same thing.  And it's -- I

Opening Statement by Mr. Fischer

 1    mean...

 2              THE COURT:  Look, he cannot get on the witness

 3    stand and say, "I told the FBI A, B and C previously."

 4    You'll agree with me he can't just come in and testify about

 5    prior consistent statements.  Right?

 6              MR. FISCHER:  Okay.  I'll rephrase it.

 7              THE COURT:  Okay.  Thank you.

 8              (Whereupon, the following proceedings were had in

 9    open court:)

10              THE COURT:  So the objection is sustained.

11              MR. FISCHER:  So, ladies and gentlemen, I'll show

12    you Picture No. 2.  Yes, ladies and gentlemen, the commander

13    of the Oath Keepers is a retired lieutenant commander in the

14    United States Navy with almost 20 years of service to this

15    country.  That was the commander of the Oath Keepers, ladies

16    and gentlemen.  The FBI believed that Mr. Caldwell was the

17    commander of the Oath Keepers because somebody called him

18    the commander.

19              That was the basis, ladies and gentlemen.  That

20    was the entire basis upon which they went in and searched

21    his house, with one exception, ladies and gentlemen:  There

22    was some other powerful evidence.  Very powerful evidence,

23    ladies and gentlemen.

24              They absolutely -- the agent had an issue with a

25    Facebook message that said:  "I'm such an instigator."

Opening Statement by Mr. Fischer

1   Mr. Caldwell said:  "I'm such an instigator.  I'm such an

2   instigator."  He also said:  "Storming the castle."

3          Now, ladies and gentlemen, the evidence is going

4   to show that those phrases in context were actually movie

5   lines from an 1980, 1990s classic movie *The Princess Bride*.

6   These were the reasons, ladies and gentlemen, why

7   Mr. Caldwell had his house searched and he was immediately

8   placed under arrest.

9          Now, ladies and gentlemen, I would point out,

10  again, his house was surrounded.  While they're doing the

11  interview, the evidence is going to show, *The Washington*

12  *Post* was calling up for comment.

13         He was the first person charged in a major

14  January 6th case.

15         Ladies and gentlemen, the Government mentioned

16  something about Zello to you in opening argument.  Zello is

17  a walkie-talkie app.  It's not my thing.  I guess it's --

18  you know, people use it, but it's a walkie-talkie -- it lets

19  you use your cell phone like a walkie-talkie.

20         The FBI thought Mr. Caldwell was on Zello on

21  January 6th.  They thought he was on Zello communicating

22  with Jessica Watkins and other members of the Oath Keepers.

23         Recently, ladies and gentlemen, the FBI figured

24  out that Mr. Caldwell's phone, which they've had in their

25  possession since he was arrested -- and Mr. Caldwell's phone

1    doesn't have the -- he was not using Zello on January 6th.

2    Another thing they got wrong.

3             Ladies and gentlemen, they thought -- they looked

4    at Facebook messages and they saw one in particular, ladies

5    and gentlemen, that really concerned them.  And I

6    understand -- I understand why it concerned them.  I'll cut

7    them some slack.

8             There was a message from Mr. Caldwell, who was

9    ex-military, obviously, is talking in military language.

10   And he says that on January 5th that he and his wife and a

11   couple of other elderly veterans were going in to

12   Washington, D.C., to do a, quote, "prestrike recce on the

13   target area," unquote.

14            I understand.  January 6th, what happened the next

15   day, I could understand where the FBI would have believed

16   that maybe there was something nefarious about Mr. Caldwell

17   talking about a -- going to a target area and doing a

18   prestrike recce.

19            Ladies and gentlemen, unfortunately, the FBI

20   didn't investigate that.  They just arrested before they

21   went out to find out what Mr. Caldwell meant by that.

22            Now, I'm not going to say what it is, but they

23   asked that question of Mr. Caldwell while he was being

24   interrogated.

25            Ladies and gentlemen, the prestrike recce, the

Opening Statement by Mr. Fischer

1    thing -- another reason why the FBI thought that

2    Mr. Caldwell led and commanded and masterminded a plot to

3    attack the United States Capitol, ladies and gentlemen, here

4    is the results of the prestrike recce.

5         I will read this out.  Quote:  "Federal Triangle

6    will be about 12th and Pennsylvania.  The White House and

7    Ellipse are 14th and Constitution, one block west and one

8    block south.  Practically right there."

9         And here we go, ladies and gentlemen:  The object

10    of a recce.  Quote:  "Just got back from recce.  Lots of

11    fresh Porta Potties."

12         Yes, ladies and gentlemen.  The prestrike recce

13    was actually a group of older Americans who were concerned

14    that the evidence will show that when they went to this

15    protest the next day on January 6th, because all the

16    businesses had been closed, and they had no room -- no place

17    to use the toilet.  They were concerned about the Porta

18    Potties.

19         Ladies and gentlemen, let me be clear about

20    something.  I did not come here, and I'm not going to come

21    to you five weeks from now, or whenever we're finished,

22    begging you to find a reasonable doubt as to whether

23    Mr. Caldwell is guilty or not.

24         I came here to clear his name.  That's why I'm

25    here.  And that's why I'm talking today.

Opening Statement by Mr. Fischer

1    Ladies and gentlemen, what is taking place against

2  Mr. Caldwell and his wife, who will testify, this retired

3  couple in the Shenandoah Valley who went to a protest to

4  watch the president speak, and now they're in this mess,

5  what happened to these two people and what's going on, quite

6  frankly, is an absolute outrage.  It's an absolute outrage,

7  ladies and gentlemen.

8    I told you about the investigation.  I guess I

9  won't tell you anything about how they thought Mr. Caldwell

10  had blue eyes when he has brown eyes or the fact they got

11  his age wrong or even the fact, ladies and gentlemen, that

12  they thought mistakenly that Mr. Caldwell was a fugitive

13  from justice.  Yes, ladies and gentlemen.  At Mr. Caldwell's

14  detention hearing, a federal prosecutor told a magistrate

15  judge mistakenly that Mr. Caldwell was a fugitive from

16  justice at his bail hearing.

17    Ladies and gentlemen, the FBI -- you think it

18  can't get worse?  I'll tell you, it gets worse.  The FBI,

19  when they went out to Mr. Caldwell's farm after doing

20  probably 22 minutes of investigation, tops -- when they went

21  out to Mr. Caldwell's farm, they did not realize that

22  Mr. Caldwell used to work for the FBI.  They didn't know

23  that.  He was a GS-13 for the FBI.  And they did not know

24  that.

25    Now, I want to be clear.  He was only there for a

1    little less than a year before he had issues that caused

2    him -- his medical issues -- that caused him to leave.  But

3    they didn't even realize -- they couldn't even confirm that

4    until two months later.

5            That's how thorough their investigation was when

6    they named Mr. Caldwell the number one suspect in

7    January 6th.  That's how thorough it was, ladies and

8    gentlemen.

9            Now, ladies and gentlemen, I know -- being here in

10   Washington, I know what you're thinking right now.  You're

11   probably saying to yourself:  You know what happens next.

12   You know what the evidence is going to show, because you

13   know how people in Washington in powerful positions and

14   bureaucracies -- you know how anxious they are to go out and

15   admit their mistakes.  Right?  And I'm sure you're probably

16   thinking that the FBI went out the next day and said:  "Hey,

17   we screwed up, and we told you that we're arresting a guy

18   who plotted and planned to take over the United States

19   Capitol.  In fact, he's an elderly veteran who did no such

20   thing."

21           But, of course, ladies and gentlemen, they didn't

22   do that.  Instead, what they've done for the past 20 months

23   is try to dig up evidence to support their theory instead of

24   letting evidence take them to a person who's guilty.  And

25   that's what they've been doing for 20 months.  For 20

Opening Statement by Mr. Fischer

1    months.

2            By the way, ladies and gentlemen, the Government

3    is not going to disagree with me that Mr. Caldwell never

4    went into the United States Capitol.  They're not going to

5    disagree with me that Mr. Caldwell -- they inaccurately

6    believed he held a leadership role, a commander of the Oath

7    Keepers.  They're not going to disagree, because they claim

8    that, ladies and gentlemen.

9            They're not going to disagree about -- I don't

10   anticipate anything I've made -- claims as far as what they

11   found out about Mr. Caldwell when they interviewed him.

12           And I want to be clear, ladies and gentlemen.

13   Mr. Caldwell, they've spared no expense in charging people.

14   They've gone through the statute books.  They've dusted off

15   statutes like seditious conspiracy.  The last time --

16           MR. NESTLER:  Objection.

17           THE COURT:  Overruled.

18           Go ahead, Mr. Fischer.  Just stay within the

19   confines of the case, please.

20           MR. FISCHER:  They have charged and -- they have

21   spared no expense, ladies and gentlemen.  But the one charge

22   that Mr. Caldwell has not -- is not before you, the one

23   thing he has not been charged with, is lying to the FBI.

24   Think about that.

25           And you know, ladies and gentlemen, the interview

Opening Statement by Mr. Fischer

1    I talked about -- I have to tell you, it's a defense

2    lawyer's worst nightmare to have a client speak to the FBI.

3    We have heart attacks.  We have cardiac arrests when clients

4    speak with law enforcement.  We're like robots.  People call

5    us up:  "Don't talk.  Don't talk."

6            "But I'm innocent."

7            "Don't talk."  We always say it.  We're like

8    robots.  We say the same thing over and over again, ladies

9    and gentlemen.

10           But at this time, the Government -- the FBI had

11   Mr. Caldwell on the hooks.  He's under arrest and he's

12   talking and he's talking.  He has diarrhea of the mouth,

13   ladies and gentlemen.  He's a Chatty Cathy doll.  He won't

14   shut up.  He keeps talking and talking and talking.  He's

15   answering question after question after question.

16           Ladies and gentlemen -- and after three hours,

17   with the number one suspect at that time in January 6th

18   right in their midst, and he's talking, guess who ended the

19   interview?  The FBI.  The FBI ended the interview.

20           Ladies and gentlemen, I suspect they knew they had

21   it wrong.  They still --

22           MR. NESTLER:  Objection.

23           THE COURT:  Overruled.

24           MR. FISCHER:  Now, ladies and gentlemen, the

25   Government brought up a lot of messages, a lot of things,

1    nasty things that are said, political things that are said.

2    Let's make one thing clear, ladies and gentlemen:  There was

3    no January 6th Trump rally planned in D.C. until after the

4    middle of December.

5         It was on December 19th when President Trump sent

6    out this tweet that basically said:  It's going to be wild.

7    Come to D.C.  And that's when the rally was planned, ladies

8    and gentlemen.  That's when it was announced on, December

9    19th.

10        So when you see the Government putting up

11   statements that were said on November 3rd and November 7th

12   and November -- all these things, and early December, keep

13   in mind, ladies and gentlemen, nobody knew that there would

14   be a Trump rally in Washington on January 6th until around

15   December 19th.

16        So everything they're talking about in November up

17   until mid-December has nothing to do with the United States

18   Capitol Building.  It has nothing to do with it.

19        And in fact, ladies and gentlemen, that's why I

20   said the bait-and-switch.  The Government has changed its

21   theory.  It was Caldwell running something going back to

22   November 3rd, but -- and the specific purpose was to stop

23   the Electoral College certification.  Oh, now it's this

24   nebulous, vague charge of seditious conspiracy to use force

25   at any time from November 3rd on to any time after, you

Opening Statement by Mr. Fischer

1    know -- after the election.  They changed their theory,

2    ladies and gentlemen, because apparently they figured out

3    that how could Mr. Caldwell concoct a plan to stop the

4    certification in early November when nobody even knew there

5    was going to be a Trump rally in D.C. on January 6th until

6    Trump tweets this out?

7            So they've changed their theory, ladies and

8    gentlemen.  Very convenient.

9            Ladies and gentlemen, they're going to try to

10   convince you -- they understand, ladies and gentlemen, that

11   as we stand here today, that we're in Washington, D.C.

12   We're not -- as they say, we're not in Peoria, Illinois.

13   Right?  It's a different culture here, different than the

14   culture where most of these Defendants come from.

15           And they understand that if they put inflammatory

16   things before you, like nasty things that are said against

17   politicians on the left, that they can do that and it will

18   cover up the fact that they have no evidence.

19           So they're going to put a bunch of things in --

20   you're going to hear Tom Caldwell said something bad about

21   Nancy Pelosi.  Okay?  Tom Caldwell said -- made a joke about

22   Mike Pence.  Caldwell said this about antifa.

23           And I should point out, ladies and gentlemen, the

24   Oath Keepers and Mr. Caldwell, their number one concern was

25   antifa.  Now, I understand, ladies and gentlemen, there's

1    some disagreement on antifa.  Okay?  I'm actually one of

2    those rare people that watches all sides.

3              And some people think that antifa is the most

4    violent, vicious organization in the world and you can't

5    walk the streets at night.

6              Other people think it's overblown and it's just

7    people just blowing smoke up about peaceful protesters.

8              Again, I'm Switzerland.  But I'm going to tell you

9    what, ladies and gentlemen:  The Defendant -- Mr. Caldwell,

10   the evidence is going to show there was a real fear that

11   antifa would attack Trump protesters.  There was a fear.

12             The evidence will show that at that Trump rally on

13   December 12th, there were actually five Trump supporters

14   that were stabbed that evening.

15             You know, folks, these are older folks.  Just like

16   the Porta Potties.  When you get a little older, you get

17   concerned about things like that.  You fear -- I don't

18   necessarily fear for my safety.  But somebody who's much

19   older than me, ladies and gentlemen, they have fears.  They

20   come to a city they don't know very well.  They see things

21   on Fox News and Newsmax.  And they get fearful.

22             And all they're doing is trying to protect people,

23   not trying to attack anything.

24             Now, ladies and gentlemen, look:  I'm not about to

25   say that what happened on January 6th was something that we

1   shouldn't be concerned about.  It was a black eye on our

2   country.  And there were lots of people -- by the way, I'd

3   point out, Mr. Caldwell did not assault any police officers,

4   didn't assault any police officers, didn't go inside the

5   Capitol, didn't hurt anybody, didn't have bear spray, didn't

6   do any of that.

7            He went down to Washington, D.C., on a date with

8   his wife.  He was with his wife the whole time.  Ladies and

9   gentlemen, they weren't even planning -- the evidence will

10  show they weren't even planning to go to the Capitol.  It

11  wasn't until President Trump said, after his speech, "Let's

12  go down to the Capitol," they marched down to the Capitol.

13           I want to talk about a couple more things, ladies

14  and gentlemen.

15           Mr. Caldwell, the evidence will show, is a 100

16  percent service-connected disabled veteran.  What that

17  means, ladies and gentlemen, is that this man's body has

18  injury after injury after injury that was obtained in the

19  defense of everybody in this courtroom.

20           This man has three -- the evidence will show he

21  has three fused discs in his lumbar spine.  He has two fused

22  discs in his cervical spine.  Four and a half months before

23  January 6th, he had a discectomy in his thoracic spine.  He

24  has a screw that holds in his shoulder.  He has mobility in

25  his arms, but he can't bring his arms back like this.  He

Opening Statement by Mr. Fischer

1    can't bench press.  He could put his arms up over his head;

2    he could do -- he's got some motion there, ladies and

3    gentlemen.  I don't want to overstate it.  But he's 100

4    percent service-connected disabled.

5         Ladies and gentlemen, for the past 15 years he's

6    used a cane as needed.  And again, I want to be completely

7    above-board with you.  He doesn't have to use a cane every

8    second of the day.  But when he was in D.C., he was carrying

9    a flag, an American flag, that was half a staff.  And

10   occasionally, as he's walking, he would have to use the cane

11   to walk with.

12        When Agent Palian went to his house, he was

13   surprised because the Caldwells' house is all on one floor

14   and it's really spread out.  There are no steps in the

15   house.  No steps in the house, ladies and gentlemen.

16        Now, you might ask -- you might be a little

17   skeptical -- because he did end up marching from the Ellipse

18   to Capitol Hill.  And eventually, he did end up walking up

19   the Capitol steps and onto the inaugural balcony.  And you

20   may wonder:  This lawyer is telling me that his client has

21   all these injuries and all these disabilities.  How was he

22   able to do that?

23        Well, ladies and gentlemen, the evidence is going

24   to show that, as The Beatles said -- as The Beatles song

25   went, Mr. Caldwell got by with a little help from his

1    friends.  He's prescribed opiates, Opana.  And shall I say

2    he took a little more than the prescribed dose of Opana.

3              He was able to struggle to the --

4              MR. NESTLER:  Objection.

5              MR. FISCHER:  I think the Court already ruled on

6    this.

7              THE COURT:  I thought I did, too.

8              MR. MANZO:  Your Honor, can we approach?

9              THE COURT:  Pick up the phones, please.

10             (Whereupon, the following proceedings were had at

11   sidebar outside the presence of the jury:)

12             THE COURT:  Mr. Manzo.

13             MR. MANZO:  Your Honor, we filed a motion *in*

14   *limine* in two parts.  The first part was that the

15   service-disabled veteran would not come in.  Defense counsel

16   is ignoring that.  The second thing was Opana would come in,

17   with a limiting instruction that that cannot negate anyone's

18   mental state.

19             So we've litigated this extensively.  The medical

20   records are not coming in.  We've litigated the 100 percent

21   service-disabled veteran.  And it's just being ignored.

22             THE COURT:  I'm not sure that's true.  I think

23   what -- the limitations were that I wouldn't let in tons of

24   medical records.  I assume Mr. Fischer is previewing what

25   his client is going to testify to, either directly or

1    through his wife.  I don't think I excluded the fact that he

2    took Opana from the evidence.

3              Now, I may give a limiting instruction when it's

4    introduced.  But I'm not going to give a limiting

5    instruction now.

6              MR. MANZO:  Then I -- you know, I think our

7    problem is, with the service-disabled -- 100 percent --

8              THE COURT:  I think that's hardly something that's

9    going to stick with the jury.  So if he crossed the line

10   there and -- crossed a line, I think it's okay.  No harm, no

11   foul.

12             MR. MANZO:  Thank you.

13             (Whereupon, the following proceedings were had in

14   open court:)

15             THE COURT:  The objection is overruled.

16             MR. FISCHER:  So, ladies and gentlemen, the

17   Caldwells walk down to the peace fountain.  Mr. Caldwell

18   sees the peace fountain.  It's like manna from heaven.  He's

19   been walking.  His back is killing him.  They go to the

20   peace fountain.  They sit down.

21             By the way, I'd point out:  For somebody who had a

22   conspiracy to try to overthrow the United States Government

23   or stop the election, or whatever the Government is

24   claiming, Mr. Caldwell spent the day taking pictures, taking

25   selfies.  Him and Mrs. Caldwell took hundreds of pictures of

Opening Statement by Mr. Fischer

1    themselves.  They were goofing around.  They were having a

2    good time.  It doesn't appear, I think the evidence is going

3    to show, when you see the pictures -- it doesn't appear like

4    people who were bent on trying to do anything illegal that

5    day.

6         But then after about an hour, there was -- people

7    started marching up towards the Capitol.  I want to point

8    out, ladies and gentlemen, they're at the peace fountain.

9    I'm sure you're familiar with that.  The walkway from the

10   peace fountain to the Capitol steps that morning had been

11   blocked off with bike racks.  The evidence is going to show

12   that well before the Caldwells arrived at the peace

13   fountain, other protesters had taken these bike racks and --

14   I don't know where they took them to.  They're no longer in

15   the picture anywhere.

16        So the walkway, which quite frankly I just walked

17   up a couple of nights ago, which is typically public access,

18   that walkway right up to the Capitol steps was wide open

19   when they got there.  There were no signs up saying:  "Stay

20   off."  There were no police out there, ladies and gentlemen.

21   There were no -- there was nothing blocking access to the

22   Capitol steps.  People were walking up.  There was a throng

23   of people that were already walking up.

24        Mr. Caldwell and his wife walked up slowly.  They

25   walked up.  Mr. Caldwell, who by the way, ladies and

Opening Statement by Mr. Fischer

1    gentlemen, the evidence is going to show, he's actually a

2    native of this city.  A native of this city.  He was born

3    in -- for several years -- for -- up until elementary

4    school, he was born and raised on Shepherd Street in

5    Northeast Washington.  During the military, he came back.

6    He lived in Anacostia.

7           But he hasn't been in D.C. in a long time.  When

8    he was a kid, ladies and gentlemen, the evidence is going to

9    show, those Capitol steps were wide open.  He used to run up

10   and down those stairs.

11          In fact, that was that way for a long time, ladies

12   and gentlemen.  The Capitol grounds, the evidence is going

13   to show, although it wasn't -- it didn't have a permit for a

14   demonstration that day, the west side Capitol grass is

15   traditionally a demonstration area.

16          Mr. Caldwell, the evidence will show, remembers

17   when Vietnam War protesters literally saturated the west

18   side of the Capitol, the Capitol steps, the balcony.  That's

19   what he remembers.  Him and his wife had no idea there was

20   anything illegal about being where they were at.  It's the

21   people's house, ladies and gentlemen.

22          Now, a couple other things, ladies and gentlemen.

23   You have to understand, when you're trying to interpret

24   social media messages that other people put out and you're

25   not privy -- you don't know the person, you don't know this

Opening Statement by Mr. Fischer

 1    person, you don't know their sense of humor, you don't know

 2    their personality -- these are quick messages.  Sometimes

 3    you have to go up there and speak into your phone and

 4    sometime the things don't come out the way -- sometimes you

 5    type and it doesn't come out the way.

 6            One of Mr. Caldwell's biggest problems, you're

 7    going to see, is that he used the pronoun "we" a lot, as in,

 8    quote, "We" stormed the Capitol, we did this, we did that.

 9            He didn't mean his wife and himself.  He was

10    referring to the crowd in general.  This is what the

11    Government is doing.  They're taking things out of context.

12    "We stormed the barriers."  Mr. Caldwell couldn't storm his

13    way out of a paper bag, ladies and gentlemen.

14            And by the way, I might add, although this

15    happened -- just to show you the injuries -- I neglected to

16    mention one thing the evidence is going to show:  Bone on

17    bone in his hips.  The evidence is going to show

18    Mr. Caldwell about five months ago had a total hip

19    replacement because of injuries that were still there on

20    January 6th.

21            This is the guy, ladies and gentlemen, that the

22    FBI said led an attack into the United States Capitol.

23            Ladies and gentlemen, this, quite frankly, is

24    outrageous.  And we ask you -- when I come back here, I'm

25    going to ask you to exonerate Mr. Caldwell.

1          Thank you very much.

2          THE COURT:  Mr. Fischer, thank you very much.

3          Mr. Crisp.

4          MR. CRISP:  Thank you, your Honor.

5          May it please the Court, opposing counsel and

6   members of the panel.

7          My name is Jonathan Crisp, and I have the

8   privilege of representing Jessica Watkins.

9          This is not a case of the organization the Oath

10  Keepers.  The judge told you that as part of the voir dire.

11  The Government -- and obviously the discussions about Oath

12  Keepers will be prevalent throughout the course of this

13  trial.

14         And the Oath Keepers themselves will be at the

15  heart -- and the organization will be at the heart of the

16  Government's thrust because the name has become to many, as

17  well as to the Government, an ominous invocation of a

18  right-wing extremist organization, and once you're

19  associated with it, you're demonized forever.

20         But this case is about the individuals.  And in my

21  case, all I care about is Jessica.  And we'll talk a little

22  bit about Jessica and who she is.

23         When it comes to her case, it is about being

24  misled and mistaken.  You will learn that Jessica is

25  somewhat of an enigma.  You will learn that she was once in

1    the Army and served in the famous Ranger regiment, one of

2    the Army's special operations units.

3         You will learn that she was discharged early from

4    her enlistment contract, something that has haunted her for

5    the duration of her life.

6         You will learn that she then served as a

7    firefighter, as an EMS in various capacities after being

8    discharged, and that at the time that she went into the

9    Capitol, she owned a bar in Woodstock, Ohio, and was a

10    barkeeper.

11         You will learn her desire to serve and protect

12    ultimately is what took her to D.C. this day.  What you will

13    also learn is that Jessica is a transgender woman, and that

14    has impacted who she is and her relationships with the Oath

15    Keepers and those around her.

16         She's never felt like she's fit in as a result.

17    And a lot of things that she did that day was to try and fit

18    in, good and bad.

19         Now, you will also hear about the context of what

20    she did, because improper context can mislead and lead to

21    mistakes and conclusions.

22         Before we delve into that, it is important to note

23    a few things.  The judge talked to you a little bit about

24    your role as a jury.  You are the gatekeepers.  Whatever

25    happened, whatever has been said about this case, is of no

1    consequence.  The only thing that matters is what you hear

2    in this courtroom in the next coming weeks.

3            Whether you've heard it in the media or in any

4    other fashion, you decide what they did or what they didn't

5    do.  And that is important.  And that has always been a

6    jury's role.  And that is the crux of serving as a juror.

7            And the Government has to convince you beyond

8    any -- all or any reasonable doubt that they are guilty of

9    these acts, and in this case, that Jessica in essence

10   conspired to do all the things that they've alleged she's

11   done.

12           The simple fact that she's on trial is of no

13   consequence except to say that she's here.

14           Now, why was she part of a militia associated with

15   the Oath Keepers and when?  You will hear evidence that she

16   formed something called the Ohio State Regular Militia when

17   she was in Ohio, and that it was her desire to have this

18   organization -- she was a protest junkie, for want of a

19   better phrase.  She wanted to go to various protests,

20   wherever they were, and help law enforcement.  And she was a

21   medic by trade.  She wanted to help people.  If people got

22   injured, she was there to help.  And that's what she did.

23   She followed protest to protest to protest.  That was her

24   thing.

25           She formed this OSRM with a friend named Donovan

1    Crowl, her boyfriend Montana, and then she ultimately picked

2    up two individuals by the name of Bernie and Sandra Parker,

3    two 60-something-year-old couple who were there to help.

4    Obviously, they were limited in what they could do.  But you

5    also will learn that those are the people, minus Montana

6    Siniff, that she took with her to D.C. that day.

7            Now, she heard about the Oath Keepers in

8    January -- in the 2019 timeframe.  And she got involved with

9    them for the first time in the riots that occurred in the

10   aftermath of the death of Breonna Taylor.  And she was in

11   Louisville to help protect businesses, as my colleague has

12   said earlier.

13           And it was there that she first had some exposure

14   to what the Oath Keepers did and the flaws that were

15   inherent in the organization itself.  And you'll hear about

16   the difficulties that existed in that context.

17           You've also heard snippets of how the Government

18   intends to seek to contextualize what it believes she

19   intended to do to overthrow the government.  And this is an

20   important part.  Context is everything.

21           You can take a lot of different things and cut and

22   paste -- like those old magazine letters -- and make

23   anything out of it that you want.  That is not to say that

24   offensive things weren't said.  But what you're going to

25   hear from the timeline is this:  There was a November 9th

1    go-to meeting.  The Government is right.  She was a part of

2    that.  There were discussions about a QRF on the

3    November 14th MAGA -- Million MAGA March.  So the

4    discussions about whatever was being said by Jessica at that

5    time had nothing to do with January 6th because, again,

6    there was no January 6th at this time.

7         You will not hear evidence that there was a plan

8    to have a protest on January 6th at this time.

9         There was a discussion about QRF and what weapons

10   could be brought in, and they want to make sure they're not

11   violating any laws.

12        Then you will also hear, interestingly, about her

13   recruitment efforts for the OSRM.  You'll hear texts and

14   conversations she had with various recruits.  The Government

15   will put in, undoubtedly, discussions she had with a Recruit

16   Leah, and maybe some others, about her efforts to have a

17   boot camp.  And you'll need to understand why.  Because

18   anytime you're in a setting like a riot and things are going

19   south, if you don't know how to react and aren't trained in

20   how to respond, it can make it worse.

21        So she's talking about how having people trained

22   up, fighting fit for inauguration.  Those comments were

23   made.  Undoubtedly.

24        And if you want to paint them in a particular

25   light, it sounds ominous as hell.  But the context matters.

Opening Statement by Mr. Crisp

1      You will also hear texts and conversations

2   regarding those same recruits, about how the organization

3   was to be run, meaning the OSRM, and what was to be

4   tolerated, and behavior that was to be tolerated and not

5   tolerated.

6      One of the many reasons you'll know she wasn't

7   planning anything in November, as it pertains to

8   January 6th, was because she was running a boot camp from

9   the 3rd to the 9th.  So whoever else they could get to come

10  to this training was supposed to occur in that week time

11  period.

12     Now, ultimately, you'll hear that it didn't

13  happen, in large part because she ended up breaking her rib

14  and her arm shortly beforehand, which prevented her from

15  being able to hold any kind of training.

16     But the bottom line is, up until the very end, the

17  first time you will ever hear that she ever knew anything

18  was going on on January 6th was December 30th.  And it

19  wasn't in a discussion with Stewart Rhodes.  It was in a

20  discussion with Mr. Caldwell and someone else from whom you

21  may hear that something might be going on.

22     You will also hear that she never met up with

23  Stewart Rhodes at any point in time and that the only time

24  she ever knew that he was there was after the fact.

25     She never had conversations with him about what

1   was going to happen, where she was supposed to be and what

2   she was supposed to do.  And what you will hear is that,

3   yes, as part of a protest junkie, any excuse I can get to go

4   into D.C. that day, let's do a security detail.  It's going

5   to be Roger Stone; now it's going to be somebody else.  Who

6   it ends up being is ultimately irrelevant because it was

7   people who were related to legislatures, allegedly.  But

8   that's why they were there.

9           And I want you to take a close look, when you have

10  an opportunity again, to the video that they show with her

11  walking down the street with some of the other Oath Keepers.

12  And they're taking a stroll.  It is not the actions and

13  demeanor of individuals that you would think are engaging in

14  a seditious activity.

15          Now, as I said earlier, her focus has been for

16  many, many years safety and medical support.  You also will

17  hear that day when she walked into the Capitol, or stormed

18  in, if you want to use the Government's vernacular, she had

19  medical supplies in her rucksack.

20          The only offensive thing you could arguably say

21  she had was pepper spray, which she never deployed.  She was

22  there to help people.

23          Now, no one is going to say -- and certainly

24  you're not going to hear from me -- that what she did in

25  going to that building was okay.  It wasn't.  And the things

1    that she said were at times offensive and just plain wrong.

2           But it matters as to why she was there.  It

3    matters as to why she went in.  She goes up the steps with

4    her colleagues and she stands at the top of the steps -- and

5    you're going to see video of her taking pictures of everyone

6    in the crowd with her back to the building.  After the doors

7    are opened, she gets in the line and goes in with everybody

8    else.

9           That's how that played out.  And that was at 2:40,

10   well over an hour after the building had already been

11   breached by people not even remotely related to her.

12          Why do we talk about context as well?  Because the

13   Zello chats sound incredibly damning if you listen to it in

14   a vacuum again.  "We're boots on the ground, 20, 30 to 40

15   people.  Sticking to the plan."

16          What is the plan?  To get the people they're

17   walking with to the Capitol where Trump had said, "Go down

18   to the Capitol" -- and there were supposed to be other

19   speakers there.  That's what they were going to do, and then

20   they were going to make sure that people didn't get hurt and

21   it didn't get ugly.  That's the plan.

22          You can twist the plan any way you want.  But

23   understand that's the prism.

24          Because you have to think and put these things in

25   context.  If they were there to overthrow -- let's think

1    about this.  Are you going to have a Zello chat with people

2    that aren't even there, that aren't even participating in

3    this alleged overthrow, who aren't talking to the other

4    people that you're with?

5            And the Government will want you to accept that

6    she could hear everything that was being said on the Zello

7    chat.  But I would submit to you the evidence will show

8    quite the opposite.

9            It was a riot.  You can't hear yourself think.

10   When you hear and see these videos, listen to how noisy it

11   is.  Listen to how loud it is.  And see what she does with

12   her phone when she places it back in her pouch.  And ask

13   yourself:  How likely is it she heard what was being said?

14           Now, the QRF.  You'll hear evidence that Jessica

15   brought weapons to Winchester, Virginia, and at that point

16   left them there because she had no idea whether there was

17   going to be a QRF at this event, and said:  "I don't think

18   there is.  Let it go."

19           Two hours away, depending upon traffic.  At least.

20   Not within ready reach.  And you'll hear that it was at

21   Jedediah Crowl's place that she did that.

22           One of the things that we're going to talk about

23   is something called a condition precedent.  And the idea is,

24   when we talk about the Insurrection Act and what the

25   individuals thought was going on, it's with -- the concept

1    that they were there -- again, as my colleague mentioned

2    earlier -- to react.  If the president did a particular

3    thing, then this would happen.  That never happened;

4    therefore, they never did a particular thing.  They never

5    came in with weapons.  They were never asked to.

6         So the whole QRF thing that they want to paint as

7    an overthrow unit was not that at all.  It was a condition

8    precedent that never occurred.  They had hoped that it would

9    for their own various reasons.

10        The Government also staked their claim on a very

11   key idea:  that the Oath Keepers were the leaders of the

12   Capitol attack.  Twice Government counsel referenced this:

13   An attack of this magnitude, the Oath Keepers created the

14   entirety of the January 6th riot.

15        The evidence doesn't remotely support that.  How

16   are they able to incite a riot they weren't present for and

17   that they had no influence on when it occurred an hour

18   before they got there?  You will not hear that Stewart

19   Rhodes, Jessica Watkins, Kelly Meggs, led the charge on the

20   other side of the Capitol saying:  "Get in the building" or,

21   "Hey, people, start a riot."

22        That's what they want you to accept, that it was

23   because of them that this happened.  And it's patently

24   untrue.  The evidence will not support that.

25        It's a causal fallacy.  It's something akin to:

1    Every time I go to sleep, the sun goes down.  Therefore,

2    going to sleep causes the sun to set.  That is not true.

3    The sun doesn't rise and fall on the Oath Keepers, and

4    there's no evidence that they were responsible for what

5    happened that day.  Did they join it?  Did they go into the

6    building?  Some of them, yes.  Did Jessica?  Yes, much to

7    her regret.

8         And when they're in the Capitol and they say,

9    Yeah, we did this, we did that, the Government wants to say

10   she was at the vanguard, leading the way into any of the

11   buildings.

12        Even on the east side, where she was, she was well

13   behind.  Hundreds of people behind.  You'll get to see the

14   video.  At least a hundred people went in that building

15   before she got in that building.  At least.

16        And in the hallway, the Senate hallway, where she

17   was stuck and wedged like a sardine, she wasn't close to the

18   police in that respect.  She wasn't the vanguard there.

19        They're not the leaders of what happened that day.

20   They joined it in some respects, but they didn't breach that

21   Capitol.

22        And because they said and accepted some bombastic

23   language saying, We did this, we stormed -- yes, but not the

24   Oath Keepers, the individuals who were there.  Again,

25   context.

 1          And you will also come to understand through the
 2   evidence that she believed the election was -- certification
 3   was done by the time she got there.  Her messages stating,
 4   Trump failed us, Pence backed out -- when she's in the
 5   Rotunda, you'll hear that she says:  "We took the effing
 6   Capitol," not we stopped the count, not we forced
 7   congresspeople out.
 8          At that point, she was a rioter like everybody
 9   else.  There was no effort to overturn the election.  There
10   was no effort once she got in the building to say, QRF,
11   we're in the building, we can get it, come on down, hold the
12   building.
13          The Government will play, undoubtedly, a video, or
14   an audio of when the people were sitting outside, saying,
15   "Ready to go."  I think they even referenced it in opening.
16   "QRF standing by."  If this really was what the Government
17   is trying to say it is, why didn't they do it then and
18   there?  Because -- I can tell you this:  Jessica had no
19   idea.  None.
20          Now, here's a couple -- few things I'll leave you
21   with:  She never came back after she left the building.  She
22   was worried about the curfew and didn't want to violate the
23   law.  She wasn't trying to come back the next day.  She
24   never posted anything saying, I'm coming back.  She left.
25   We got to get out of here.  There is a curfew.  Let's go.

Opening Statement by Mr. Crisp

1        Again, still trying to at least adhere in some

2   respects, after otherwise wrong behavior, that she was

3   following the law.

4        You'll hear that she turned herself in,

5   voluntarily, and left messages:  "If the FBI is coming to

6   look for me, here's how you get ahold of me."  And then she

7   goes down to the police station and says:  "I'm wanted for

8   questioning.  Here I am."

9        You'll also learn that she made four separate

10   statements to the FBI.  She waived her rights against

11   self-incrimination on four separate occasions.  Why?

12        We talk a lot of times about people taking the

13   witness stand and whether you should hold that against them,

14   because we have concerns that if you say, "I'm invoking my

15   right against self-incrimination," that you're going to

16   automatically assume you've got something to hide.

17        Jessica walks in on four separate occasions and

18   talks and says:  "What do you want to know?  This is what I

19   thought.  This is what I did.  Here's my phone.  Here's the

20   passwords.  Here's my accounts to Parler, to whatever."

21        These are not the actions of somebody who was

22   trying to overthrow the government.

23        And, members of the jury, after you hear the full

24   context of what she did, nobody is going to say you're going

25   to be proud of her or give her a medal.  But I do believe

 1    that you will find her not guilty of everything except the

 2    civil disorder.

 3              I thank you.

 4              THE COURT:  Mr. Crisp, thank you.

 5              Mr. Woodward, do you wish to make an opening

 6    statement on behalf of Mr. Meggs?

 7              MR. WOODWARD:  No, your Honor.  We'll reserve at

 8    this time.

 9              THE COURT:  Okay.  Mr. Geyer, on behalf of

10    Mr. Harrelson, do you wish to make an opening statement?

11              MR. GEYER:  On behalf of Mr. Harrelson, we

12    reserve, your Honor.

13              THE COURT:  Ladies and gentlemen, what all this

14    now means is that we are through the opening statements, and

15    the next phase of our trial will be hearing the Government

16    begin its case in chief.

17              So instead of starting with a witness now, why

18    don't we take our afternoon break.  It's slightly -- it's

19    just about five of.  So why don't we plan to resume at 3:15,

20    and then we'll go as close to the end of the day as we can.

21              Thank you all very much.

22              (Whereupon, the jury exited the courtroom at 2:54

23    p.m.)

24              (Thereupon a recess was taken, after which the

25    following proceedings were had:)

Opening Statement by Mr. Crisp

1    THE COURT:  Have a seat, everyone.

2         Just to make sure, before we roll into the

3    Government's case, is there anything -- well, let me ask

4    this:  Mr. Nestler, do you expect to take the rest of the

5    afternoon with your first witness?

6         MR. NESTLER:  Yes.

7         THE COURT:  Okay.  And is there any evidentiary

8    issues I need to be aware of that we need to resolve before

9    this witness testifies?

10        MR. NESTLER:  Yes.  We believe that some

11   discussion about statements that the defense is now

12   objecting to need to be addressed before the jury comes

13   back, because they'll be introduced through Special Agent

14   Palian.

15        THE COURT:  Okay.  So is this the subject of

16   Mr. Woodward's motion?  Is that what we're talking about?

17   Or something more specific than that?

18        MR. NESTLER:  I believe Mr. Woodward's general

19   motion would cover what their objection is.  But we don't

20   know the specific statements that he is objecting to.

21        THE COURT:  Right.  So how do you all think -- we

22   can talk about the categories of statements that you're

23   objecting to, Mr. Woodward.  I mean, the first --

24        MR. WOODWARD:  I think the issue is Mr. Nestler

25   has claimed that they don't know which statements we're

```
 1    objecting to.  As I indicated in the motion, we provided

 2    very specific objections to 300 statements.

 3            We've met with the Government at length about

 4    this, including as recently as Saturday morning.  And what

 5    we endeavored to do on Saturday morning is to group these

 6    statements into categories that we could then bring to the

 7    Court's attention, have your Honor either make a definitive

 8    ruling, or at least indicate where your Honor is leaning,

 9    and that that would allow us to resolve at least our

10    disputes as to statements that the Government expects to

11    introduce this week.

12            And so I'm happy to get into more detail.  I did

13    not think it prudent to provide your Honor with a list of --

14    I think the first week is going to be 100 statements they're

15    seeking to admit.  And so, instead, we have categorized

16    these as described in the motion.

17            THE COURT:  Okay.  Well, why don't we just take a

18    couple of minutes here.  I mean, this is precisely what I

19    wanted to avoid, which is why I had hoped we could actually

20    deal with all this pretrial.

21            MR. WOODWARD:  I understand, your Honor.

22            THE COURT:  And you can tell me you understand,

23    Mr. Woodward, but, you know, this is exactly what I wanted

24    to avoid.

25            Your first category is statements that the
```

Palian - DIRECT - By Ms. Rakoczy

1   Defendants made before the Defendants are alleged to have

2   begun any conduct in furtherance of any alleged conspiracy.

3          Why is that not admissible as to individual

4   Defendants?

5          MR. WOODWARD:  They're not relevant.

6          THE COURT:  I mean, it depends on what the

7   statement is.  You can't just tell me 100 statements aren't

8   relevant.

9          MR. WOODWARD:  I -- it's not 100 statements.  In

10  fact, there are just three or four.

11         THE COURT:  I'm assuming -- maybe I shouldn't

12  assume -- it's a third and a third and a third.

13         MR. WOODWARD:  No, sir.  Again, I do think that,

14  again, we can resolve these simply by getting the Court's

15  impression on the general objections and what the Court's

16  view is on, for example, 801(d)(2)(E), and what proffer the

17  Government need make.

18         The Government has identified a handful of

19  statements that they acknowledge are preconspiracy and claim

20  that the statements are evidence of preplanning of a

21  conspiracy and that the Government need not provide any

22  proffer about what the conspiracy is that the statements are

23  in furtherance of.

24         We obviously take issue with --

25         THE COURT:  Well, but they're not in furtherance

1    of the conspiracy; they're planning of the conspiracy.

2            So as I understand it, these are statements made

3    by particular Defendants -- they would be admissible only

4    against particular Defendants -- either going to their state

5    of mind -- well, primarily going to their state of mind, and

6    perhaps even more than that, depending upon what the

7    statement is.

8            And I guess I'm at a loss to understand why

9    something like that wouldn't be relevant if it has some

10   connection to the conspiracy that's alleged.

11           MR. WOODWARD:  Your Honor, let me break that down

12   first, because you've solved at least one disagreement,

13   which was whether those statements would be admissible as

14   against all of the alleged Defendants or against only the

15   declarant.

16           We submit that they would only be admissible as

17   against the declarant.  We agree with your Honor.  That is

18   an issue that we --

19           THE COURT:  And does the Government think

20   otherwise?

21           MR. WOODWARD:  Yes.  The Government has submitted

22   that such statements would be admissible as against all of

23   the Defendants if they were admissible as against one

24   Defendant under a rule that rendered the statement

25   nonhearsay.

```
 1                THE COURT:  Mr. Edwards?

 2                MR. EDWARDS:  Yes, your Honor.

 3                So, your Honor, I just respectfully disagree with

 4     a couple of points from Mr. Woodward.

 5                What's going on here is his objection is forcing

 6     the Government to kind of crystallize a day at which the

 7     conspiracy began, which is, of course, not what the

 8     Government has to do here.

 9                Instead, some of these statements -- and it might

10     be more helpful to just read the statements that we're

11     dealing with one by one, which I understand the Court didn't

12     want to do.  But some of these statements from Mr. Rhodes

13     are to other co-conspirators in early November, which is

14     within the timeline of the charged conspiracy.

15                THE COURT:  Right.  I mean, there's no date

16     specific.  I looked at the indictment again and it says, I

17     think, early November.  So there's no precise date.  There's

18     no sort of November 1, November 2, November 3.  Presumably,

19     it's --

20                MR. EDWARDS:  Correct.

21                THE COURT:  -- at least no earlier than November

22     3, but --

23                MR. EDWARDS:  Correct.  Some of these statements

24     are from Mr. Rhodes to other co-conspirators, including

25     Mr. Meggs, in which they discuss precisely the topic that we
```

 1    are going to trial about:  certain statements about intent

 2    of stopping the Biden Administration from taking the White

 3    House.

 4              Some courts have referred to evidence around the

 5    beginning of a conspiracy as the matrix of circumstantial

 6    evidence.  We propose that these statements are more than

 7    just statements of intent from Mr. Rhodes as to himself or

 8    Mr. Meggs, who's in that chat.  These are statements that

 9    form the beginning conditions of this conspiracy.

10              They're different than post-conspiracy statements,

11    for example, consciousness-of-guilt statements that the D.C.

12    Circuit has articulated may not be in furtherance.

13              These statements are precisely, one, within the

14    timeline of the charged conspiracy, and, two, on the topic

15    that we're talking about here.

16              THE COURT:  I guess -- I want to be clear here.

17    Are these statements that the Government is contending are

18    made in furtherance of the conspiracy?

19              MR. EDWARDS:  Yes.

20              THE COURT:  If the answer is yes, then we're in a

21    very different world than what Mr. Woodward has suggested,

22    which is these are statements that precede the conspiracy.

23    So, for example, I don't know if you're talking about

24    statements from June, July, August.  If that's the case,

25    then arguably they do precede the conspiracy.

1          MR. EDWARDS:  There is one statement which

2    Mr. Meggs has identified in his motion from September.  So

3    if we want to go down kind of chronologically here, one

4    statement is on September 20th.

5          THE COURT:  Are these coming in in order through

6    the agent?

7          MR. EDWARDS:  Some are -- mostly, your Honor,

8    they're coming in chronologically, though we're going to --

9    it will kind of bounce a little bit back and forth.

10          THE COURT:  Okay.

11          MR. EDWARDS:  So there's a statement September

12    20th, 2020.  Kelly Meggs sends a message to other members

13    that eventually are part of this conspiracy, says:  "Great

14    day, guys.  I am beat.  That was great training."  And he

15    attaches photographs from the training.

16          This statement from Mr. Meggs is -- certainly goes

17    against Mr. Meggs as a statement of a party opponent and a

18    statement of his intent when they're discussing and engaging

19    in training in September.

20          But more importantly, as it relates to the

21    conspiracy later, there is a message that Mr. Meggs sends

22    January 5th at 9:00 a.m. in which he attaches a link that

23    includes a video from that training and some of these

24    photographs from that training.

25          THE COURT:  All right.  So -- I mean, I don't

 1    think there's a -- are you objecting to that coming in, the

 2    September statement?

 3            MR. WOODWARD:  Yes.

 4            THE COURT:  Well, that's overruled.  I mean, that

 5    statement comes in.  It's an admission against Mr. Meggs.

 6    It's admissible against Mr. Meggs.  And it does link up with

 7    events during the conspiracy.  So I don't see where the

 8    objection is to the relevance of that statement.

 9            And -- you know, it doesn't come in against any

10    other Defendants except insofar as the video then gets shown

11    to others during the course of the conspiracy.

12            MR. EDWARDS:  And your Honor, just to add to that,

13    it's messages to members who had participated in that

14    training who are also co-conspirators.

15            THE COURT:  Right.  I mean, I assume you'll

16    identify who it is; and to the extent that, you know, you're

17    going to argue effect on a listener, or at a minimum, just

18    presence, it confirms their presence at the training.

19            MR. EDWARDS:  Correct; and their association that

20    builds the relationships that ends up forming the

21    conspiracy.

22            THE COURT:  Right.

23            MR. EDWARDS:  So moving down, Mr. Meggs has

24    identified another statement the day before the election:

25    "Well, as has been said for 244 years prior, tomorrow

1      determines the fate of our republic.  May God bless America

2      and let freedom continue to ring.  U.S., U.S., U.S."

3              Your Honor, this is a statement within the charged

4      timeline of the conspiracy.  It's in November.  And he talks

5      about the Election Day being --

6              THE COURT:  Well, I don't --

7              MR. EDWARDS:  -- determining the fate of our

8      republic.

9              THE COURT:  -- I don't -- who's he saying it to?

10             MR. EDWARDS:  Apologies.  He's messaging this to a

11     Signal group chat known as the intel leadership sharing

12     secured, which includes Mr. Rhodes and other

13     co-conspirators.

14             THE COURT:  I mean, look, I don't know whether

15     that's a co-conspirator statement in the sense it doesn't

16     sound like something to me that's actually in furtherance of

17     the conspiracy.  But at a minimum, it's admissible against

18     Mr. Meggs for his state of mind and -- for his state of

19     mind.  I mean, it's not being offered for the truth.

20             MR. WOODWARD:  We don't disagree.

21             THE COURT:  Okay.

22             MR. EDWARDS:  It's the Government's position that

23     some of these statements we are going to get into, in

24     particular, Mr. Rhodes's statements next, these are that

25     matrix of circumstantial evidence that form the beginning of

1    this conspiracy, precisely because, you know, as early as

2    1913, when the Supreme Court in *Heike* said that the

3    Government isn't put to a burden of crystallizing a day in

4    time in which that conspiracy formed, these are messages in

5    which Meggs and Stewart Rhodes and others are discussing how

6    important the election is such that the fate of their own

7    republic relies on it.  So that is forming the basis for

8    this conspiracy.

9            THE COURT:  But let me just ask, for present

10    purposes, because I've got to give our court reporter a

11    break.

12            If these are coming in this afternoon, is there

13    any objection to having them come in without a limiting

14    instruction?  And if I conclude at the end of the day that

15    some of these statements ought to only be limited to

16    these -- to particular Defendants, I'll give them that

17    limiting instruction?  I have asked at the end of this trial

18    that we have something to present to the jury with respect

19    to statements as to -- against whom statements can be

20    considered.

21            MR. WOODWARD:  No, there is not an objection.

22    However, we would want to make sure that all statements are

23    handled consistently through the trial.  And so is it your

24    Honor's typical practice to provide a limiting instruction

25    every time a statement admissible as against one Defendant

 1    is admitted?

 2              THE COURT:  That would have been -- that's my

 3    intention.  That is my intention, when it's obvious.  But

 4    given that here we are about to open the Government's case

 5    in chief -- I had asked all these issues to be vetted in

 6    advance of trial.  They have not been, despite my repeated

 7    requests that they be vetted in advance of trial.  And I am

 8    left on the cusp of trying to move this trial forward

 9    without being able to rule on particular statements.

10              So if the objection is that as to a particular

11    statement, you want me to give a limiting instruction, you

12    can object.  I'll consider it.  But at the end of the day,

13    what I've heard so far is that those statements are

14    admissible, and if at the end of the day you've convinced me

15    that they're only admissible as to certain Defendants, I can

16    instruct the jury at some point, certainly before they

17    retire, as to who -- as to against whom these statements are

18    admissible.

19              The truth of the matter is, this is a

20    six-week-long trial.

21              MR. WOODWARD:  I do understand, your Honor.

22              THE COURT:  And what's admitted today, nobody is

23    going to remember any limiting instruction that I gave on

24    the first day of trial.  And so it's more important to have

25    that in place by the time they go to deliberate than perhaps

1    it is of urgency to give that limiting instruction today.

2            MR. WOODWARD:  We don't disagree, your Honor.  We

3    remain frustrated at the Government's unwillingness to

4    satisfy its obligation under *United States v. Gatling*, 96

5    F.3d 1511, that it must proffer how a statement is in

6    furtherance of a conspiracy and that it must do that with

7    independent evidence.

8            THE COURT:  That is all true.  The problem is,

9    it's now 3:05 and you're asking me to get the Government to

10   make proffers about statements that needed to be vetted

11   prior to us beginning this trial.

12           MR. WOODWARD:  This -- neither now nor last

13   evening's filing was the first time we lodged this complaint

14   with the Government.

15           THE COURT:  But you didn't raise it with me.

16           MR. WOODWARD:  Understood, your Honor.

17           THE COURT:  And I'm the one who has to make the

18   decisions.

19           Remember we talked about this last week?  I said

20   we'd come in on a Saturday in order to hash all this out.  I

21   assumed -- I didn't hear anything -- that we were going to

22   be fine today, and we're not.

23           So here's what's going to happen:  The statements

24   are going to come in unless I think there's a problem.  You

25   can make your objection for the record.  And we will be here

1    after 5:00 today to deal with whatever statements need to be

2    dealt with until we're ready to go home.

3                THE COURTROOM DEPUTY:  All rise.

4                MR. EDWARDS:  Thank you, your Honor.

5                THE COURTROOM DEPUTY:  Court stands in recess.

6                (Thereupon a recess was taken, after which the

7    following proceedings were had:)

8                THE COURT:  Please have a seat, everybody.  Thank

9    you.

10                THE COURTROOM DEPUTY:  Jury panel.

11                (Whereupon, the jury entered the courtroom at 3:20

12    p.m. and the following proceedings were had:)

13                THE COURT:  Please be seated, everybody.

14                Ms. Rakoczy, your first witness.

15                MS. RAKOCZY:  Yes, your Honor.  Thank you.  The

16    Government calls Special Agent Michael Palian.

17            MICHAEL PALIAN, GOVERNMENT WITNESS, SWORN.

18                THE COURT:  Agent Palian, welcome.

19                THE WITNESS:  Thank you.

20                THE COURT:  Ms. Rakoczy, whenever you're ready.

21                MS. RAKOCZY:  Thank you, your Honor.

22                          DIRECT EXAMINATION

23    BY MS. RAKOCZY:

24    Q.  Good afternoon.

25    A.  Good afternoon.

 1    Q.  In a loud and clear voice, could you please introduce

 2    yourself to the ladies and gentlemen of the jury.

 3    A.  My name is Michael Palian.  Palian is spelled

 4    P-A-L-I-A-N.

 5    Q.  Sir, where are you employed?

 6    A.  I'm employed with the FBI.

 7    Q.  And what does the FBI stand for?

 8    A.  Federal Bureau of Investigation.

 9    Q.  I'd like to talk a little bit about your background, if

10    that's okay.  Could you tell the jury a little bit about

11    your educational background?

12    A.  Sure.  I graduated from college with a bachelor's degree

13    in chemistry.  I completed graduate school and obtained my

14    Ph.D. in bio-organic chemistry in 2002.

15    Q.  What type of work did you do upon graduating?

16    A.  Upon graduating, I enrolled in the FBI Academy.  I was

17    accepted to the FBI Academy.

18    Q.  And have you been employed by the FBI ever since, more

19    or less?

20    A.  Yes, I have.

21    Q.  If I could direct your attention to January 6th of 2021.

22    As of that morning, what was your role within the FBI?

23    A.  On January 6th, I was assigned to a healthcare fraud

24    squad.

25    Q.  Okay.  And that morning, where were you working?

1    A.  I was working from home that morning.

2    Q.  And could you explain why?

3    A.  Because of COVID.

4    Q.  Okay.  Special Agent Palian, at some point in time were

5    you asked to report into Washington, D.C., into the

6    District, for your job?

7    A.  Yes, I was.

8    Q.  Could you explain to the jury why?

9    A.  At about 3:30 in the afternoon, we received an email,

10   because of the riot that was going on at the Capitol at the

11   time, that we needed to respond to be able to address the

12   threats.

13   Q.  So did you go into the city?

14   A.  I did.

15   Q.  Okay.  And where did you go, first?

16   A.  At first we went to a staging area.  We rallied.  We put

17   together our gear.  And we were given assignments.

18   Q.  What does it mean that you went to a staging area?

19   A.  I'm sorry.  This was an area outside of the riot area

20   where -- it was a secure area where agents could assemble

21   and receive instructions.

22   Q.  Okay.  And after you assembled and got ready for work,

23   where were you directed to go?

24   A.  We were directed to go to the Capitol facility.

25   Q.  Okay.  And were you -- did you go to the actual Capitol

1    Building itself?

2    A.  No, not at that time.

3    Q.  Okay.  Roughly what time of day was this?

4    A.  We moved out at approximately 4:30 p.m.

5    Q.  Okay.  When you approached the Capitol grounds, can you

6    describe what you saw and heard?

7    A.  Sure.  As we approached the Capitol, it was -- it was

8    still chaotic.  There were still a lot of protesters around.

9    You could tell that there had been an incident in the area.

10   Bike racks were everywhere.  Police and emergency vehicles

11   were coming and going from the area.

12   Q.  You said you went to a building on the Capitol grounds,

13   but not the Capitol Building itself.  Is that right?

14   A.  That's correct.

15   Q.  Can you describe, without giving the exact building you

16   went to, just the nature of the building?

17   A.  Sure.  The building had been secured at that time.  It

18   was the facility where the United States senators were being

19   kept.

20   Q.  Okay.  What were you assigned to do when you got there?

21   A.  When we got there, we were assigned to guard the United

22   States senators.

23   Q.  So did you go someplace where United States senators

24   were assembled?

25   A.  Yes, we did.

1    Q.  Can you describe what that scene was like?

2    A.  Again, it was chaotic.  There was -- I think shock would

3    be the best word to describe what the senators were feeling

4    at that point.  There was some crying.  Everybody was

5    running around kind of -- it was chaotic, I think is the

6    best way to put it.

7    Q.  You said there was crying.  Did you actually witness

8    senators or members of Congress crying?

9    A.  I did.

10   Q.  How long did you stay there?

11   A.  We stayed at that location until about 7:30 in the

12   evening, at which time we walked the senators back to the

13   Senate chamber in the Capitol Building.

14   Q.  Can you describe -- were you the only agent who was

15   there guarding the senators or were there many FBI agents?

16   A.  There was about 70 of us at the time.

17   Q.  Did you say 7-0?

18   A.  7-0 agents.  Yes.

19   Q.  Okay.  And so you said at some point in time you left

20   and escorted the senators somewhere?

21   A.  Yes, we did.  We escorted them to the Senate chamber.

22   Q.  How did you get there, without telling us the

23   precise route?  Can you describe generally how you got

24   there?

25   A.  It was underground.

1    Q.   Okay.  And again, was it sort of roughly 70 agents

2    walking with senators back to the Capitol?

3    A.   Yeah.  I think at the time, there was probably 80, 85

4    senators with us and, you know, the 70 agents.  We walked

5    with them.  We kept them -- we guarded them and then we

6    brought them to the Senate chamber.

7    Q.   Did you have an understanding of why you were escorting

8    them in that direction at that time?

9    A.   Yeah.  My understanding was they were going to resume

10   Senate business that day.

11   Q.   Did you actually walk into the Capitol Building then

12   with the senators who you were responsible for?

13   A.   I did.

14   Q.   Can you describe what that scene was like?

15   A.   Again, it was chaotic.  It looked like a bomb had gone

16   off there in there.  There was pepper spray, teargas

17   everywhere, on the floor and on the walls.  Walls -- windows

18   broken, doors broken, lots of debris in the hallways.

19   Q.   Was there anything about the air that struck you in the

20   building?

21   A.   Yeah.  If you took your mask off, you started to inhale

22   the pepper spray that had been sprayed all through the day.

23   So we all had to keep our COVID masks on to make sure that

24   we didn't start coughing and hacking ourselves.

25   Q.   Did you then stay at the -- outside the Senate chamber

1   for some time?

2   A.  We stayed outside the Senate chamber for a brief amount

3   of time and then were asked to go patrol the interior of the

4   Capitol.

5           MS. RAKOCZY:  If I could, with the Court's

6   permission, show an exhibit just to the special agent before

7   publishing to the jury.

8           If we could bring up, just for the special agent,

9   Government's Exhibit 6605.

10  BY MS. RAKOCZY:

11  Q.  Special Agent Palian, I put on the screen a photograph

12  that's been labeled Government's Exhibit 6605.  It should be

13  on your screen, but you look as though perhaps it's not.

14  Maybe you need to turn on the screen.

15          THE COURT:  Sorry, Agent Palian.  Mr. Douyon will

16  have that come up for you, if it's not yet.

17          THE WITNESS:  Sorry.  I'm being impatient.

18          (The Courtroom Deputy assists with audiovisual

19  equipment.)

20          THE COURT:  I want to make sure, jury, that what's

21  come up is not on your screens just yet.  It is on your

22  screen?

23          UNIDENTIFIED JUROR:  No.

24          THE COURT:  It is not on your --

25          UNIDENTIFIED JUROR:  It's on my screen.

```
 1              THE COURT:  That's really strange.
 2              (The Courtroom Deputy assists with audiovisual
 3    equipment.)
 4              MR. NESTLER:  For the record, we just took it
 5    down.
 6              THE COURTROOM DEPUTY:  I'll call John Cramer.
 7              THE COURT:  Yeah.  Let's do that.
 8              Do you have hard copies?
 9              MS. RAKOCZY:  No, I do not.
10              THE COURT:  That's okay.
11              MS. RAKOCZY:  But we also don't need to -- we can
12    move past this.  Let me just lay a foundation.
13              THE COURT:  Well, let me just ask:  Is there going
14    to be any objection to 6605?
15              MR. WOODWARD:  No objection.
16              THE COURT:  So let's go ahead and admit 6605 and
17    publish it to the jury.
18              (Whereupon, Government's Exhibit No. 6605 was
19    entered into evidence.)
20              MS. RAKOCZY:  Thank you, your Honor.
21    BY MS. RAKOCZY:
22    Q.  Special Agent Palian, I think we're all now seeing on
23    the screen Government's Exhibit 6605.
24              Do you recognize this photograph?
25    A.  Yes, I do.  I took it.
```

1    Q.  And where did you take this?

2    A.  I took this in the ante-chamber outside the Senate

3    chambers.

4    Q.  And when did you take this?

5    A.   I believe it was approximately 7:30, 7:45 I took that

6    photo.

7    Q.  On which day?

8    A.  On January 6th, 2001 -- 2021.  I apologize.

9    Q.  And is this a fair and accurate copy of the photograph

10   that you took?

11   A.  It is.

12   Q.  Could you describe for the jury what we're seeing here?

13   A.  Sure.  This is part of the force that brought the

14   senators back to the Senate chamber.  This is an FBI SWAT

15   team, I believe from our Baltimore office, and part of our

16   WFO office.

17   Q.  And is WFO -- what does that stand for?

18   A.  Washington field office.  Sorry.

19   Q.  When you say this is part of the SWAT team, are you

20   referring to the individuals in camouflage and helmets?

21   A.  Yes.

22   Q.  Thank you.

23        MS. RAKOCZY:  We can take that photograph down,

24   please.

25

1    BY MS. RAKOCZY:

2    Q.  Special Agent Palian, eventually that evening, did you

3    leave for the day and go home?

4    A.  Yes.  We left the Capitol at approximately 11:00 p.m.

5    Q.  The next day, January 7th -- well, I guess, did you get

6    a little bit of time after that?  Maybe a few hours --

7    A.  Since we had worked so -- yes.  Since we had worked so

8    late, the other emergency shifts had come on and they were

9    taking the 7th, so we didn't resume work again till the 8th.

10   Q.  And so as of Friday, January 8th, did your role within

11   the FBI switch?  Did your focus switch?

12   A.  Yeah.  Our focus switched to the investigation itself of

13   what happened at the Capitol riot.

14   Q.  Would you describe -- were just a few people at your

15   Washington field office of the FBI focused on that, or was

16   basically everyone thrown into focusing on investigating

17   that incident?

18   A.  Almost all available agents were thrown into focusing on

19   that.

20   Q.  Did you then continue investigating what had happened at

21   the Capitol on January 6th basically from that point in time

22   through today?

23   A.  Yes, I did.

24   Q.  During the course of your investigation, was your

25   attention drawn to video that showed a group of people

 1     walking up steps outside the Capitol?

 2     A.  Yes, it was.

 3     Q.  And can you describe the video that I'm talking about

 4     here?

 5     A.  Sure.  In that video, there was a group of

 6     individuals -- at the time, we believed it was between 12

 7     and 14 -- dressed in military attire, wearing combat

 8     helmets, moving in a coordinated fashion up the Capitol

 9     stairs on the east side of the Capitol.

10     Q.  And what, if anything, was significant to you about that

11     video?

12     A.  It was significant to me because it appeared to be a

13     coordinated effort to get into the Capitol.

14     Q.  And so did you look into the people in that video?

15     A.  Yes, we did.

16              MS. RAKOCZY:  Your Honor, at this point in time,

17     the Government will seek to admit a video that has been

18     labeled Government's Exhibit 1050.  That's 1050.  It is an

19     exhibit that we seek to admit pursuant to authentication by

20     a business records certification, by the photojournalist

21     that captured the video, and we have that certificate.  I

22     don't know if it's the Court's practice to review them at

23     the moment of entry, or we'll just sort of move through

24     that.

25              THE COURT:  I'm sorry.  It's 10 --

 1           MS. RAKOCZY:  1050.  We would move into -- we
 2     would authenticate that clip with the business
 3     certification, and we are actually moving in just a clip
 4     from that video, Exhibit 1050.1.
 5           THE COURT:  Any objection to 1050.1?
 6           MR. GEYER:  No, your Honor.
 7           MS. HALLER:  No, your Honor, just as long as it's
 8     complete, which is -- the full context.
 9           THE COURT:  Well, 1050.1 will be admitted.
10           (Whereupon, Government's Exhibit No. 1050.1 was
11     entered into evidence.)
12           THE COURT:  If there's any concern about the rule
13     of completeness, you all will have to let me know, because I
14     haven't seen it.
15           So -- go ahead.
16           MS. RAKOCZY:  Thank you, your Honor.  With the
17     Court's permission, we will now show for the jury Exhibit
18     1050.1.
19           And if we could play the video and just pause it
20     as soon as we bring it up.
21           (Whereupon, segments of Government's Exhibit No.
22     1050.1 were published in open court.)
23     BY MS. RAKOCZY:
24     Q.  Special Agent Palian, we now see on the screen -- we
25     stopped at zero seconds in to Exhibit 1050.1.  Do you

1    recognize the video footage that we are looking at?

2    A.  I do recognize the footage, yes.

3    Q.  And can you describe or -- you can actually use, with

4    your finger, to point on the screen if there's a particular

5    place that we see what you were talking about earlier.

6    A.  Sure.  Right here.

7            MS. RAKOCZY:  Your Honor, may the record reflect

8    that the witness just drew a blob that is roughly in the

9    shape of the number 7 sort of across the screen coming

10   across the top and then coming down at an angle along the

11   right side?

12           Thank you, your Honor.

13           THE COURT:  If you want to do that -- I mean, just

14   describe it.  I don't need to certify it --

15           MS. RAKOCZY:  Yes, your Honor.

16           THE COURT:  -- unless there's an objection about

17   the description.

18           MS. RAKOCZY:  Thank you, your Honor.

19           For the record, I have just cleared the screen.

20           If we could just now play the clip all the way

21   through, please.

22           (Whereupon, Government's Exhibit No. 1050.1 was

23   published in open court.)

24   BY MS. RAKOCZY:

25   Q.  Special Agent Palian, did you ever investigate -- did

1  you continue to investigate that group that we saw in that

2  video?

3  A.  We did continue to investigate.  Yes.

4          MR. WOODWARD:  I'm sorry, your Honor.  For the

5  record, we do -- defense counsel does request that the

6  entire video be admitted, not the clip of the video.  The

7  entire video is only 52 seconds long.

8          THE COURT:  Ms. Rakoczy?

9          MS. RAKOCZY:  No objection.

10         THE COURT:  Okay.  So let's play the entire video.

11  I don't know which exhibit that is.  Is that 1050?

12         MS. RAKOCZY:  Yes, your Honor.  If you could just

13  give us one second.

14         If we could return to that issue, your Honor.  I

15  apologize.  I didn't realize that we'd have to play the

16  entire video.  But we can play it again when we resume the

17  testimony tomorrow.

18         THE COURT:  Okay.

19  BY MS. RAKOCZY:

20  Q.  Special Agent Palian, did you ever find any video

21  footage that showed that group elsewhere on the Capitol

22  grounds or in the Capitol Building?

23  A.  Yes.  We did find video of them elsewhere.

24  Q.  Can you describe where?

25  A.  Sure.  After they ascended the east side Capitol steps,

1    we found video of them outside what's commonly referred to

2    as the Rotunda doors leading inside to the Capitol.

3                 MS. RAKOCZY:  Let's now actually -- to orient the

4    jury a little bit, let's -- I'm going to bring out a poster

5    board exhibit that's been marked for the record as

6    Government's Exhibit 1653.  This is a map of the Capitol.

7    And I can show it to the witness now.

8                 THE COURT:  Is there any defense objection to

9    1653?

10                 MR. WOODWARD:  No, your Honor.

11                 MS. RAKOCZY:  I'm actually showing the defense

12    Exhibit 1653 now.

13                 THE COURT:  So 1653 will be admitted without

14    objection.

15                 (Whereupon, Government's Exhibit No. 1653 was

16    entered into evidence.)

17                 THE COURT:  You can go ahead and publish it to the

18    jury.

19                 MS. RAKOCZY:  Thank you, your Honor.  With the

20    Court's indulgence, I'm just going to put this easel up so

21    everybody can see.

22    BY MS. RAKOCZY:

23    Q.  Special Agent Palian, do you recognize what we see in

24    Exhibit 1653?

25    A.  Yes, I do.

1    Q.  What is it?

2    A.  That is a map of the exterior of the United States

3    Capitol and some of the surrounding grounds.

4    Q.  If we were standing on this side, as we are, of this

5    exhibit, which side of the Capitol Building are we looking

6    at?

7    A.  So the side that's facing out in the exhibit is the east

8    side of the Capitol.

9    Q.  Okay.

10             MS. RAKOCZY:  And may I have the witness step down

11   just to show the jury?

12   BY MS. RAKOCZY:

13   Q.  If you could, I wanted you to speak while you're away

14   from the microphone, but if you could just --

15             THE COURT:  Agent Palian, if you could use the

16   lapel mic once you're off the stand.

17             THE WITNESS:  Sure.

18             MS. RAKOCZY:  Thank you.

19             THE WITNESS:  Thank you.

20             Can you hear me okay?

21   BY MS. RAKOCZY:

22   Q.  Special Agent Palian, the area where we had just seen

23   individuals ascending the steps of the Capitol, can you

24   point out where that is?

25   A.  Sure.  The individuals we just saw were ascending the

 1    Capitol in the center staircase of the east side of the

 2    Capitol right here.

 3    Q.  And you've just pointed to the area -- the staircase

 4    immediately under the dome.  Is that right?

 5    A.  That is correct.

 6    Q.  Okay.  And you said that -- you described that you

 7    eventually found some video that showed that same group

 8    appearing to have walked up the steps and gotten closer to

 9    the entrance?

10    A.  Correct.  Where they got closer to the entrance was

11    right around here.  And these are the doors I was just

12    describing.

13    Q.  Is it fair to say you just pointed to an area that's a

14    little bit further up the steps under the dome?

15    A.  Yes.

16    Q.  Thank you.

17         You can retake the stand.

18    A.  Thank you.

19         MS. RAKOCZY:  Let's now -- before we move to that

20    next video, we do have the full clip of Exhibit 1050, so if

21    we could bring that up on the screen and just play it all

22    the way through, that would be great.  Thank you.

23         (Whereupon, Government's Exhibit No. 1050 was

24    published in open court.)

25         MS. RAKOCZY:  If we could now bring up

1271

 1    Government's Exhibit 1051.  I suppose, before we do that,

 2    your Honor, at this point in time --

 3    BY MS. RAKOCZY:

 4    Q.  Special Agent Palian, this video that we were talking

 5    about that appeared to depict that same group having marched

 6    up the stairs, did you review that footage prior to your

 7    testimony here today?

 8    A.  I did.

 9    Q.  And did that clip that we prepared appear to be a fair

10    and accurate clip of the video we've been talking about?

11    A.  It was fair and accurate.  Yes.

12            MS. RAKOCZY:  Your Honor, we are seeking to move

13    into evidence Government's Exhibit 1051.1.  That comes from

14    a video that's been labeled 1051.  The video was taken by a

15    journalist named Ford Fischer, and we are seeking to

16    authenticate it and admit it pursuant to a 902(11)

17    certificate.

18            THE COURT:  Is there any objection to 1051.1?

19            MR. GEYER:  No objection.

20            MR. LINDER:  No objection, your Honor.

21            THE COURT:  So 1051.1 will be admitted.

22            (Whereupon, Government's Exhibit No. 1051.1 was

23    entered into evidence.)

24            MS. RAKOCZY:  Thank you, your Honor.

25            If we could please play the video clip now.

1           (Whereupon, segments of Government's Exhibit No.

2   1051.1 were published in open court.)

3           MS. RAKOCZY:  Pause the clip now, please.

4           Or just play it again and pause it at the start.

5   Could you just play it till ten seconds, please.

6           (Whereupon, segments of Government's Exhibit No.

7   1051.1 were published in open court.)

8           MS. RAKOCZY:  Just for the record, we just played

9   the clip all the way through, and now have resumed playing

10  and paused at 10 seconds into the clip.

11  BY MS. RAKOCZY:

12  Q.  Special Agent Palian, can we see in the video screen

13  right now people who resemble the group that you saw

14  marching up the stairs in the prior video?

15  A.  Yes.  I can see those individuals.

16  Q.  And could you point them out, I guess, with your finger

17  by circling them?

18  A.  Sure.

19  Q.  Just for the record, you've drawn a left -- a circle

20  around the left side of the video screen.  Is that right?

21  A.  Yes.

22  Q.  Okay.  Did you notice -- when you watched this video in

23  real time back in the early stages of this investigation,

24  was there anything on these individuals that suggested to

25  you a clue as to their identity?

```
1   A.  Yeah.  We could see from the hats and the T-shirts that
2   they had some sort of an affiliation.
3   Q.  Okay.  Was there a name that you could make out of that
4   affiliation?
5   A.  Yes.  We could make out Oath Keepers.
6   Q.  Okay.  At the time, were you familiar with what -- or
7   who the Oath Keepers were?
8   A.  At the time, I was not, no.
9   Q.  Okay.  Did you investigate who that group was?
10  A.  We did.
11  Q.  Based on -- did you find a website for that
12  organization?
13  A.  Yeah.  The organization had a website at the time.  Yes.
14  Q.  And based on what you read on that organization's
15  website, what was or who were the Oath Keepers?
16  A.  The Oath Keepers described themselves as a nonpartisan
17  association of former military and law enforcement who
18  were -- their mission was to defend the Constitution against
19  all enemies, foreign and domestic.
20  Q.  Was there any information on the group's website about
21  who the leader of the group was?
22  A.  Yes.  The website labeled the -- named the leader of the
23  Oath Keepers as Elmer Stewart Rhodes.
24  Q.  And during the course of this investigation, have you
25  met Elmer Stewart Rhodes?
```

1    A.  During the course of the investigation, I did.  At the

2    time, I had not yet.

3    Q.  And would you recognize Mr. Rhodes if you saw him again

4    in person?

5    A.  I would.

6            MS. RAKOCZY:  Your Honor, with the Court's

7    permission, may the witness look around the courtroom to see

8    if he recognizes where the individual is?

9            THE WITNESS:  I see Mr. Rhodes.

10   BY MS. RAKOCZY:

11   Q.  Could you describe where he's seated and what he's

12   wearing?

13   A.  Sure.  He is seated at Defendants' table.  He is, from

14   where I am, furthest to the left.  He has on a black mask,

15   what appears to be a black suit and a black eye patch and

16   glasses.

17           MS. RAKOCZY:  Your Honor, may the record reflect

18   the in-court identification of Defendant Rhodes?

19           THE COURT:  Any objection?

20           MR. LINDER:  No objection.

21           THE COURT:  The record will reflect an in-court

22   identification of Mr. Rhodes.

23           MS. RAKOCZY:  Thank you, your Honor.

24   BY MS. RAKOCZY:

25   Q.  Special Agent Palian, in the course of your

1    investigation, did you have the occasion to review messages

2    that were sent by Mr. Rhodes to individuals in his

3    organization, the Oath Keepers?

4    A.  I did review those messages.  Yes.

5    Q.  And based on those messages, did you learn anything

6    about the organizational structure of this group, the Oath

7    Keepers?

8    A.  Yes.  We learned that the organization -- that the Oath

9    Keepers had state organizations and then a national

10   organization above those.  Not every state had an Oath

11   Keepers association, but many did.

12   Q.  And did you find any messages where individuals talked

13   about a Florida chapter or subgroup of the Oath Keepers?

14   A.  Yes.  We did find those messages.

15   Q.  In those messages, did anyone identify themselves as

16   being a leader of the Florida group of Oath Keepers in the

17   time period of late 2020 -- late December of 2020 into

18   January of 2021?

19   A.  Right.  In late December of 2020, Kelly Meggs was the

20   leader of the Florida Oath Keepers.

21   Q.  And are you aware of what Kelly Meggs looks like?

22   A.  Yes, I am.

23   Q.  How are you aware of that?

24   A.  I'm aware of that from reviewing video and through the

25   investigation in general.

Palian - DIRECT - By Ms. Rakoczy

1    Q.  And have you also seen photographs of Mr. Kelly Meggs?

2    A.  I have.

3    Q.  Would you recognize him if you saw him here today?

4    A.  I would.

5    Q.  Could you please look around the courtroom and let us

6    know if you see Mr. Meggs?

7    A.  I do see Mr. Meggs.

8    Q.  Could you describe where he's seated?

9    A.  He is seated, I would say, third from the left.  He has

10   on reading glasses, a gray suit and a mask kind of half over

11   his face, not covering his nose.

12          MS. RAKOCZY:  May the record reflect the in-court

13   identification of Defendant Kelly Meggs?

14          THE COURT:  Any objection?

15          MR. WOODWARD:  No objection.

16          THE COURT:  The record will reflect an in-court

17   identification of Mr. Meggs.

18   BY MS. RAKOCZY:

19   Q.  Special Agent Palian, during the course of your

20   investigation, did you read any messages that suggested that

21   Mr. Meggs had a deputy or an assistant leading the chapter

22   of Oath Keepers from Florida?

23   A.  Yes, I did.

24   Q.  And can you describe who that person was?

25   A.  That person was Kenneth Harrelson.

Palian - DIRECT - By Ms. Rakoczy

1    Q.  Are you familiar with what Mr. Harrelson looks like?

2    A.  I am.

3    Q.  Would you recognize him if you saw him again?

4    A.  I would.

5    Q.  And how do you know what Mr. Harrelson looks like?

6    A.  I know Mr. Harrelson from the investigation and from

7    images and photos I've seen.

8    Q.  If you could, look around the courtroom.  Could you let

9    us know if you see Mr. Harrelson here today?

10   A.  Sure.  Mr. Harrelson is at the Defendants' table on the

11   far right next to Mr. Meggs.  He is wearing a black shirt

12   and a mask over his face.

13          MS. RAKOCZY:  Your Honor, may the record reflect

14   the in-court identification of Defendant Kenneth Harrelson?

15          THE COURT:  Any objection, Mr. Geyer?

16          MR. GEYER:  No.  No objection.

17          THE COURT:  The in-court identification of

18   Mr. Harrelson will be reflected on the record.

19   BY MS. RAKOCZY:

20   Q.  Special Agent Palian, in the course of your

21   investigation, did you learn as to whether there were any

22   members of the Oath Keepers organization from the state of

23   Ohio?

24   A.  Yes.  There were members from Ohio.

25   Q.  Okay.  And were you aware of a dues-paying individual

 1    named Jessica Watkins?

 2    A.  Yes.  I'm aware of that individual.

 3    Q.  And are you familiar with what Ms. Watkins looks like?

 4    A.  I am.

 5    Q.  And can you describe -- how do you know what she looks

 6    like?

 7    A.  I've interviewed Ms. Watkins several times.

 8    Q.  Could you describe -- would you recognize her if you saw

 9    her again?

10    A.  I would recognize her.

11    Q.  Okay.  Could you look around the courtroom and, if you

12    see her, could you tell us where she's seated and what she's

13    wearing?

14    A.  Ms. Watkins is between Mr. Rhodes and Mr. Meggs.  She is

15    wearing what appears to be a black vest, a shirt -- black

16    and white shirt underneath, glasses and a bun.

17              MS. RAKOCZY:  Your Honor, may the record reflect

18    the in-court identification of Defendant Jessica Watkins?

19              THE COURT:  Any objection, Mr. Crisp?

20              MR. CRISP:  Subject to a black sweater, no

21    objection, your Honor.

22              THE COURT:  Thank you.

23              THE WITNESS:  Sweater.  I apologize.

24              THE COURT:  The record will reflect the in-court

25    identification with a black sweater.

 1    BY MS. RAKOCZY:

 2    Q.  Special Agent Palian --

 3            MS. RAKOCZY:  If we could bring back up again

 4    Exhibit 1051 and just begin playing again around five -- you

 5    can just let it play through, about ten seconds in.

 6            (Whereupon, segments of Government's Exhibit No.

 7    1051 were published in open court.)

 8            MS. RAKOCZY:  If you could pause now.

 9    BY MS. RAKOCZY:

10    Q.  Do you recognize in this video frame any of the

11    individuals we just talked about based on what you know from

12    the investigation?  Are you able to recognize anyone in that

13    frame?

14    A.  Yes.  I can recognize Mr. Harrelson in that frame.

15    Q.  Could you circle where he is?

16    A.  (Indicates.)

17    Q.  And for the record, you've just circled an individual

18    who's in -- roughly in the middle of the photograph sort of

19    just underneath an American flag wearing a camouflage

20    baseball cap that seems to say Oath Keepers across the back.

21    Is that right?

22    A.  That's correct.

23            MS. RAKOCZY:  If we could just play again through

24    another five seconds or so, until about 15 seconds.

25            (Whereupon, segments of Government's Exhibit No.

1    1051 were published in open court.)

2         MS. RAKOCZY:  If you could pause.

3    BY MS. RAKOCZY:

4    Q.  Do you recognize, Special Agent Palian, any of the

5    individuals recognized -- depicted now at 16 seconds into

6    the video?

7    A.  Yes.  I recognize Mr. Meggs.

8    Q.  And could you circle where he is?

9    A.  (Indicates.)

10   Q.  You've just circled the person basically directly in the

11   middle of the photograph.  Is that right?

12   A.  That's correct.

13        MS. RAKOCZY:  If we have the ability, would it be

14   possible to bring up Government's Exhibit 1051.3 at this

15   time?

16        MR. WOODWARD:  Your Honor, I'm not sure the

17   Government has established the requisite foundation for

18   1051.3.

19        MS. RAKOCZY:  If we could hold on, then, I can lay

20   some foundation.  Thank you, your Honor.

21   BY MS. RAKOCZY:

22   Q.  Special Agent Palian --

23        MS. RAKOCZY:  If we could just go back to 1051.1.

24   BY MS. RAKOCZY:

25   Q.  Does it appear the person you just circled and indicated

Palian - DIRECT - By Ms. Rakoczy

 1    and identified as being Mr. Meggs is wearing a backpack or

 2    something on his back?

 3    A.   Yeah.  I'd call it a vest.  I'm not sure if it's a

 4    backpack or not.

 5    Q.   Okay.  Is there -- are there patches on the back of that

 6    vest or backpack?

 7    A.   There appear to be two patches on the back of the vest.

 8    Q.   Have you, during this investigation, located a close-up

 9    photograph that appears to be of those items?

10    A.   We have located that close-up photo.  Yes.

11            MS. RAKOCZY:  At this point in time, the

12    Government would seek to move into evidence and publish

13    Government's Exhibit 1051.3, which is what the agent just

14    testified about.

15            THE COURT:  Any objection?

16            MR. WOODWARD:  No.

17            THE COURT:  So 1051.3 will be admitted.

18            (Whereupon, Government's Exhibit No. 1051.3 was

19    entered into evidence.)

20            MS. RAKOCZY:  If we can now publish Exhibit

21    1051.3, please.

22            (Whereupon, Government's Exhibit No. 1051.3 was

23    published in open court.)

24    BY MS. RAKOCZY:

25    Q.   Special Agent Palian, we see Exhibit 1051.3 on the

1    screen right now.  Is this the close-up photograph you were

2    talking about?

3    A.  This is the close-up photograph.  Yes.

4    Q.  In the course of your investigation, have you seen the

5    patch on the left anywhere else?

6    A.  Yes.  I've seen it on other Oath Keepers and I've

7    also -- I believe I've seen it on their website.

8    Q.  Okay.  And the patch on the right, could you read that?

9    A.  The patch on the right says:  "I don't believe in

10   anything.  I'm just here for the violence."

11   Q.  Have you seen that patch anywhere else in this

12   investigation?

13   A.  Just on Mr. Meggs.

14           MS. RAKOCZY:  If we could take down that exhibit

15   now.  Thank you.

16   BY MS. RAKOCZY:

17   Q.  Special Agent Palian, in the course of your

18   investigation, did you learn of a human being named Thomas

19   Caldwell?

20   A.  Yes.  I'm aware of Mr. Caldwell.

21   Q.  And did you find any evidence to suggest that

22   Mr. Caldwell was on the grounds of the Capitol on

23   January 6th?

24   A.  Yes.  We found that evidence.

25   Q.  During the course of your investigation, did you seize a

1    cellular telephone that was believed to be the cellular

2    telephone of Mr. Thomas Caldwell?

3    A.  We did seize that phone.

4    Q.  Okay.  Let me first ask you, before I ask you the next

5    question, have you ever met Thomas Caldwell?

6    A.  I have met Mr. Caldwell.

7    Q.  Would you recognize him if you saw him again?

8    A.  I would.

9    Q.  If you could, could you look around the courtroom and

10   tell us where Mr. Caldwell is seated, if you recognize him,

11   and what he's wearing?

12   A.  I see Mr. Caldwell directly behind you.  Grayish suit,

13   red tie.

14           MS. RAKOCZY:  Your Honor, may the record reflect

15   the in-court identification of Defendant Thomas Caldwell?

16           MR. FISCHER:  No objection.

17           THE COURT:  Thank you, Mr. Fischer.  The in-court

18   identification of Mr. Caldwell will be reflected on the

19   record.

20           MS. RAKOCZY:  Thank you.

21           At this point in time, your Honor, the Government

22   is prepared to read a stipulation about the authenticity of

23   Mr. Caldwell's phone, which I believe is unobjected to by

24   all defense counsel.  It's just about Defendant Caldwell's

25   phone.

1     MR. FISCHER:  No objection.

2     MS. RAKOCZY:  Thank you, your Honor.  For the

3  record, I'm reading from Government's Exhibit 3000, which is

4  a stipulation.

5     Ladies and gentlemen, on January 19th of 2021, the

6  FBI collected the following items of evidence from Defendant

7  Caldwell's home.  We then list items.  But among other

8  items, most pertinently, Item 22, Government's Exhibit 22, a

9  black Samsung phone in blue case with power cord.

10     Forensic examiners from FBI CART, or the computer

11  analysis response team, connected the cellular telephone

12  labeled Government's Exhibit 22 to an exam machine and used

13  data extraction and processing tools to create a master copy

14  forensic image or acquisition of the data on the phone.

15     The parties agree and stipulate that this master

16  copy forensic image consists of authentic data that was

17  contained on Government's Exhibit 22 at the time it was

18  collected from the Defendant -- from Defendant Caldwell on

19  or about January 19th of 2021.

20  BY MS. RAKOCZY:

21  Q.  Special Agent Palian, did you review the data extracted

22  from Defendant Caldwell's phone, Government's Exhibit 22?

23  A.  I did review that data.  Yes.

24  Q.  And were there some videos saved on that phone, among

25  other data?

```
 1    A.  There were.

 2    Q.  Okay.  Prior to trial, have you reviewed the photograph

 3    that has been marked for identification -- sorry -- the

 4    video that has been marked for identification as

 5    Government's Exhibit 22.V.2?

 6    A.  Yes, I have.

 7    Q.  Okay.  And did that appear to be a fair and authentic

 8    copy of a video taken from Defendant Caldwell's phone?

 9    A.  It was.

10            MS. RAKOCZY:  Your Honor, at this time, we'd seek

11    to publish and move into evidence Government's Exhibit

12    22.V.2.

13            THE COURT:  Is there any objection?

14            MR. FISCHER:  No objection.

15            THE COURT:  22.V.2 will be admitted.

16            (Whereupon, Government's Exhibit No. 22.V.2 was

17    entered into evidence.)

18            MS. RAKOCZY:  Thank you, your Honor.

19            If we could please publish that to the jury.

20            (Whereupon, segments of Government's Exhibit No.

21    22.V.2 were published in open court.)

22            MS. RAKOCZY:  If we could pause the video now,

23    please.

24    BY MS. RAKOCZY:

25    Q.  Special Agent Palian, do you recognize the area where
```

1    this video was filmed?

2    A.  Yes, I do.

3    Q.  And where is that?

4    A.  This was on the west side of the Capitol.

5    Q.  And did the data on this video from the phone suggest

6    that the video had been taken on January 6th, 2021?

7    A.  Yes, it did.

8    Q.  Special Agent Palian, are you -- did you find any video

9    evidence in this case that suggested that Defendant Rhodes

10   was on the Capitol grounds on January 6th of 2021?

11   A.  We did find that evidence.  Yes.

12           MS. RAKOCZY:  Your Honor, at this point in time, I

13   would seek to read a stipulation regarding Government's

14   Exhibit 1056, certain Capitol CCTV footage which I believe

15   is agreed to by all the parties.

16           MR. WOODWARD:  No objection.

17           THE COURT:  So with the series in 1056, is there a

18   particular --

19           MS. RAKOCZY:  So we are going to read a

20   stipulation, your Honor, about Government's Exhibit 1056 --

21           THE COURT:  Okay.

22           MS. RAKOCZY:  -- to lay a foundation for certain

23   footage that will follow.

24           Thank you, your Honor.  The Court's indulgence.

25           THE COURT:  Ms. Rakoczy, if you're having trouble

1    putting your hands on a stipulation, why don't we play the

2    video and then we can always --

3                MS. RAKOCZY:  Thank you, your Honor.

4                THE COURT:  -- read the stipulation later.

5                MS. RAKOCZY:  I appreciate that.

6    BY MS. RAKOCZY:

7    Q.  Special Agent Palian, have you reviewed Capitol

8    surveillance video footage from January 6th of 2021?

9    A.  Yes.  We've reviewed a lot of video from that day.

10   Q.  Does that include video footage from the west exterior

11   side of the U.S. Capitol Building?

12   A.  Yes.

13   Q.  And is that footage from the afternoon of the 6th to

14   include the general time period of about 2:00 p.m. through

15   4:00 p.m.?

16   A.  Yes.  It does include 2:00 p.m. to 4:00 p.m.

17   Q.  And did you review footage from a camera that is labeled

18   camera 926?

19   A.  Yes.

20               MS. RAKOCZY:  If we could bring up on the screen

21   now Government's Exhibit 1056.0926.0226.

22   BY MS. RAKOCZY:

23   Q.  And while we are bringing that up, Special Agent Palian,

24   does this video clip show footage from camera 927 at about

25   2:26 p.m. on the 6th?

1    A.  Yes, it does.

2         MS. RAKOCZY:  If we could just play that clip

3    through.

4         (Whereupon, Government's Exhibit No.

5    1056.0926.0226 was published in open court.)

6         MS. RAKOCZY:  If you could pause it now.

7         THE COURT:  Hang on, Ms. Rakoczy.

8         1056.0926.0226 will be admitted into evidence.

9         (Whereupon, Government's Exhibit No.

10   1056.0926.0226 was entered into evidence.)

11        MS. RAKOCZY:  Thank you, your Honor.

12        If you could actually go back to two seconds into

13   the video footage and pause it.

14        (Whereupon, segments of Government's Exhibit No.

15   1056.0926.0226 were published in open court.)

16        MS. RAKOCZY:  That's great.

17   BY MS. RAKOCZY:

18   Q.  Special Agent Palian, we've paused the video clip at two

19   seconds into the video footage.  Do you recognize anyone in

20   the footage at this time?

21   A.  I recognize Mr. Rhodes in this footage.

22   Q.  Would you mind circling him on your screen?

23   A.  (Complies.)

24   Q.  For the record, you've drawn a blue circle at the bottom

25   left of the screen around an individual wearing a jacket and

1    a black cowboy-style hat.  Is that correct?

2    A.  Yes.  That's correct.

3    Q.  Thank you.

4         MS. RAKOCZY:  We can take that exhibit down,

5    please.  Thank you.

6    BY MS. RAKOCZY:

7    Q.  Special Agent Palian, during the course of this

8    investigation, did you have occasion to investigate some of

9    the events that preceded January 6th of 2020 [sic]?

10   A.  We did investigate prior to January of 2020 [sic].  Yes.

11   Q.  I'd like to spend some time now in your testimony going

12   back to the time period of November of 2020.  Okay?

13   A.  Of course.

14   Q.  Do you recall the day, November 3rd of 2020?

15   A.  Yes.  I do recall that day.

16   Q.  Was anything going on that day?

17   A.  That was the day of the presidential election in the

18   United States.

19        MS. RAKOCZY:  Your Honor, may I approach the

20   witness?

21        THE COURT:  You may.

22   BY MS. RAKOCZY:

23   Q.  I'm going to approach you with Government's Exhibit 1532

24   which is, for the record, a very large calendar, or series

25   of calendars.  If you could just point out the day that

1    Election Day was, I'd appreciate it.

2    A.  Election Day was the first Tuesday in November, November

3    3rd.

4    Q.  For the record --

5            THE COURT:  Ms. Rakoczy, unless you're going to

6    use that, could you just turn it around?

7            MS. RAKOCZY:  Yes.

8            THE COURT:  Thank you.

9    BY MS. RAKOCZY:

10    Q.  Just for the record, Special Agent Palian, did I just

11    write the words "Election Day" on the date you indicated was

12    November 3rd, the day of the presidential election?

13    A.  You did.

14    Q.  Special Agent Palian, were you generally monitoring the

15    news that day when the election results were coming in?

16    A.  Generally, I was.  Yes.

17    Q.  That evening, do you recall whether the news outlets

18    were calling the election for one particular candidate or

19    whether it was a little too close to call that night?

20    A.  Yeah.  My recollection was that the news outlets did not

21    call it that night, that it was several days afterwards.

22    Q.  Were there any -- was there any indication of anyone in

23    particular being in the lead in the election, if you

24    remember?

25    A.  No.  I do.  Most major news outlets were putting

1    President Biden in the lead, but they hadn't called the

2    election yet.

3    Q.  And I should have asked you, just for the record, who

4    were the two presidential candidates of the two main

5    political parties for that U.S. presidential election?

6    A.  The two candidates were Donald Trump and Joseph Biden.

7    Q.  Special Agent Palian, in the course of this

8    investigation, have you had the opportunity to -- did you

9    have the opportunity to obtain a search warrant to search

10   and seize the cell phone of Defendant Rhodes?

11   A.  Yes.  I did seize that phone.

12           MS. RAKOCZY:  And at this point in time, your

13   Honor, the Government would seek to read into the record

14   another portion of Government's Exhibit 3000, a stipulation

15   about the physical evidence in this case, which I believe

16   all parties agreed to and that no parties object to.

17           MR. LINDER:  No objection.

18           THE COURT:  So the stipulation is 3000?

19           MS. RAKOCZY:  It's stipulation 3000.  We'll now

20   read from Paragraph 1.  It's a stipulation that covers a

21   large number of the physical evidence items, your Honor.

22   We'd read from it at portions.

23           Ladies and gentlemen, on May 3rd of 2021, the FBI

24   collected the following item of evidence from Defendant

25   Rhodes:  Government's Exhibit 1, an Apple iPhone 12 Pro Max.

Palian - DIRECT - By Ms. Rakoczy

1    Forensic examiners from the FBI's computer analysis response

2    team connected the cellular telephone to an exam machine and

3    used data extraction and processing tools to create a master

4    copy forensic image/acquisition of the data on the phone.

5    The parties agree and stipulate that this master copy

6    forensic image consists of authentic data that was contained

7    on Government's Exhibit 1 at the time it was collected from

8    Defendant Rhodes.

9    BY MS. RAKOCZY:

10   Q.  Special Agent Palian, have you reviewed the data that

11   was extracted from Defendant Rhodes's cellular telephone?

12            THE COURT:  Can you hang on, Ms. Rakoczy.

13            Ladies and gentlemen, I want to just provide you

14   with one instruction here.

15            You may hear through -- during this trial that the

16   Government acquired certain evidence by virtue of a search

17   warrant.  I think Ms. Rakoczy used that term.

18            To the extent the Government -- to the extent you

19   become -- to the extent you are told about a search warrant,

20   you are being told that simply as a way to explain how the

21   Government acquired that evidence.

22            You should draw no inference from the fact that

23   the Government obtained a search warrant about guilt or

24   innocence.  It's simply being provided to you as information

25   as far as background to how the Government acquired the

Palian - DIRECT - By Ms. Rakoczy

1  evidence.

2  MR. FISCHER:  Your Honor, may I have one minute

3  with counsel?

4  (Mr. Fischer confers with Ms. Rakoczy privately.)

5  BY MS. RAKOCZY:

6  Q.  Special Agent Palian, in looking at the data on

7  Mr. Rhodes's phone, did you find that there was evidence of

8  text messages?

9  A.  Yes.  There was -- there were a lot of text messages.

10  Q.  Were there also evidence of messages sent using an

11  application called Signal?

12  A.  Yes.  Mr. Rhodes used Signal frequently.

13  Q.  Are you familiar with what Signal is?

14  A.  I am.

15  Q.  How are you familiar with that?

16  A.  Through this investigation and through personal use.

17  Q.  In the course of becoming familiar with Signal, can you

18  explain to the jury what Signal is?

19  A.  Sure.  Signal is an end-to-end messaging app, much like

20  WhatsApp or just any of the other messaging apps.  The

21  difference between Signal is that encryption occurs once the

22  message is sent.  It's sent to the recipient, and then once

23  the recipient gets that message, it's decrypted.

24  Q.  Did you find just a small number of Signal messages or a

25  large number of Signal messages on Defendant Rhodes's phone?

1    A.  We found a very large number of Signal messages.

2    Q.  And have you reviewed those messages in your

3    investigation?

4    A.  Yes, we have.

5    Q.  Did you find messages on Defendant Rhodes's phone from

6    the time period of the night of November 3rd of 2020 into

7    the morning hours of November 4th of 2020?

8    A.  Yes, we did.

9    Q.  Okay.  I'd now like to talk about some of those

10   messages.

11          MS. RAKOCZY:  And so at this point in time, your

12   Honor, the Government will refer to a number of Signal

13   messages that have been prepared for display to the jury

14   from Government's Exhibit 6615.A, which is on Page 142 of

15   the Government's exhibit list.

16          And just for the record, these are messages from

17   Defendant Rhodes's cell phone, Government's Exhibit 1, for

18   the period of November 3rd, 2020, through November 5th of

19   2020.  And it consists of certain component messages whose

20   exhibits numbers I can read into the record, or they're part

21   of the exhibit list.

22          THE COURT:  Okay.

23          MS. RAKOCZY:  At this point in time, the

24   Government would move those exhibits and those messages into

25   evidence and seek permission to publish them to the jury.

 1              THE COURT:  This is 6615.A only or the entirety of

 2      the --

 3              MS. RAKOCZY:  Yes, your Honor.  Just 6615.A.

 4              THE COURT:  Any objection to 6615.A?

 5              MR. WOODWARD:  Your Honor, we do have some

 6      questions about the foundation of these exhibits.  They are

 7      clearly not the messages taken from Mr. Rhodes's phone and

 8      so --

 9              THE COURT:  Hang on.  Hang on.  Hang on.  Let's

10      not have a speaking objection.  If you have an objection,

11      get on the telephone and we can talk about it.

12              MR. WOODWARD:  Foundation, your Honor.

13              THE COURT:  Get on the phone.

14              (Whereupon, the following proceedings were had at

15      sidebar outside the presence of the jury:)

16              THE COURT:  Mr. Woodward, I guess I'm not

17      understanding the objection, given that you all have

18      stipulated to the authenticity of these messages.

19              MR. WOODWARD:  Can you hear me, your Honor?

20              THE COURT:  I can.

21              MR. WOODWARD:  The exhibit itself appears to be a

22      PowerPoint-type document and not an extraction from

23      Cellebrite.  I suppose our concern would be by whom and how

24      do we know that the data in the document is, in fact, the

25      same as the data from the -- the data that was taken from

Palian - DIRECT - By Ms. Rakoczy

1    the phone.

2              So there's dates, there's times, there's from,

3    sends, and the text.  There's obvious human error.  Did the

4    agent create the PowerPoint?

5              THE COURT:  Ms. Rakoczy, do you --

6              MS. RAKOCZY:  Yes, your Honor.  Because the Signal

7    messages are very small in font, when you look at them in a

8    Cellebrite report, we did take the data and feed it through

9    a macro to make the messages more easy to read.  That's the

10   format they're in currently.

11             I can -- I was prepared to lay that foundation

12   once the exhibit was up on the screen so that the -- it

13   would be clear what everyone was looking at.  But that is

14   the foundation.

15             THE COURT:  Okay.  Well, why don't you go ahead --

16   before it's published to the jury, go ahead and lay that

17   foundation.

18             And, Mr. Woodward, if you still have an objection,

19   you'll let me know.  But it sounds like this is the

20   original, but just magnified.

21             MR. WOODWARD:  What I heard Ms. Rakoczy to say is

22   he used a program, a macro, to create the exhibit.  If that

23   is the case, and the witness is prepared to testify to that,

24   then we won't have an objection.

25             THE COURT:  Okay.  Thank you.  I appreciate that.

```
 1              (Whereupon, the following proceedings were had in

 2      open court:)

 3              THE COURT:  So why don't you go ahead and show the

 4      witness 6615.A.  And we'll hold off on publishing it to the

 5      jury just yet.

 6              MS. RAKOCZY:  Sure.  We'll just sort of lay the

 7      foundation because I think we're having some difficulty

 8      showing just to Special Agent Palian.

 9      BY MS. RAKOCZY:

10      Q.  So, Special Agent Palian, could you explain to the jury,

11      when data gets extracted from a phone, is there -- are there

12      some programs that the FBI uses to make that data readable

13      to normal humans who aren't technical experts?

14      A.  Yes.  So many times, data will come over in a database.

15      It's not readable to you and I.  So what we have is

16      extraction programs.  One of those programs is called

17      Cellebrite.  That program can place the data from that phone

18      into a readable format -- in several formats, actually.  It

19      can come out as a PDF; it can come out as an executable file

20      that you can read and manipulate.

21              THE COURT REPORTER:  I'm sorry.  What file?

22              THE WITNESS:  A PDF file.

23              THE COURT REPORTER:  Or?

24              THE WITNESS:  Or an Excel file.

25
```

Palian - DIRECT - By Ms. Rakoczy

1    BY MS. RAKOCZY:

2    Q.  Special Agent Palian, even when the data comes out in a

3    form that's in English, but in an Excel spreadsheet or a

4    PDF, is the font very small?

5    A.  It can be.

6    Q.  So in order to help the jury and the judge to be able to

7    see those messages when we talk about them in court, did you

8    assist the trial team in coming up with a way to display

9    those messages?

10   A.  Yes, I did.

11   Q.  Could you explain to the judge and the jury what you

12   did?

13   A.  Sure.  We had a Cellebrite extraction, so it had

14   Mr. Rhodes's -- and some of the other Defendants too -- it

15   had their text messages.  We took that off of the Excel

16   spreadsheet and placed it into a Word document and then just

17   blew up the font.

18   Q.  And did you see the data from the original Cellebrite

19   extractions, by and large?

20   A.  Yes, I did.  I did it all.

21   Q.  And so is the data that's displayed in this new format

22   basically the same data that came from the phone?

23   A.  Yes.  It's exactly the same data.  We didn't transcribe

24   it or anything.  It came directly from the Excel into the

25   Word document.

```
1    Q.  Thank you.
2           MS. RAKOCZY:  At this point in time, your Honor,
3    the Government would seek to admit Exhibit 6615.A.
4           THE COURT:  Any objections, Mr. Woodward?
5           MR. LINDER:  No objection.
6           THE COURT:  Mr. Woodward?
7           MR. WOODWARD:  No, sir.
8           THE COURT:  So 6615.A will be admitted.
9           (Whereupon, Government's Exhibit No. 6615.A was
10   entered into evidence.)
11          MS. RAKOCZY:  Thank you.
12          We will now publish that PDF document to the
13   Court, starting with Page 1.
14   BY MS. RAKOCZY:
15   Q.  All right.  Now that we see it on the screen, could you
16   just orient us, Special Agent Palian, to how this -- how
17   these messages are going to be displayed?
18   A.  Sure.  I'm going to draw on the slide, if that's okay.
19   Q.  That would be great.  Thank you.
20   A.  The top left corner is the date that the message was
21   sent.  Next to that is the time in Eastern time that the
22   message was sent.  This is who the message was sent from.
23   Right there is who the message was sent to.  In this case,
24   it was sent to a chat group, and that was the name of the
25   chat group.  Sometimes it's sent to a person.  If it's
```

1    direct message from person to person, there will be a name

2    there.  If it's sent to a chat group, the name of the chat

3    group will appear there.

4    Q.  And if I could stop you for one second before you go on,

5    when we see names in the "to" and "from" fields of these

6    exhibits, where is that data coming from?  How does -- how

7    does this slide know the name of the sender or receiver?

8    A.  Sure.  That name is in the phone itself.  And it could

9    come from -- it usually comes from the contact book.

10   Q.  The user of the phone's contact book --

11   A.  Yes.

12   Q.  -- in the phone?

13   A.  I'm sorry.  The contact book of the user of the phone.

14   Q.  Okay.  If there is no name that the user of the phone

15   has associated, does a phone number sometimes show up?

16   A.  Yes.  A phone number will show up.

17   Q.  And you mentioned on the right side of the screen that

18   sometimes we'll see in the "to" field a name of a group

19   chat.  Could you just explain that a little bit more?

20   A.  Sure.  In Signal, and some of the other messaging apps,

21   when you have a group chat, which is a chat with more than

22   two people, you can give that chat a name.  And those names

23   can change sometimes.  But the name of the chat will be

24   displayed in the "to" column instead of the, you know, maybe

25   two to 30 people that were in that chat.

1    Q.  Okay.  And this particular chat is called old leadership

2    chat.  Is that right?

3    A.  Yes.

4    Q.  Did the chat have a different name earlier in the chat's

5    history?

6    A.  It did.

7    Q.  Do you remember exactly -- based on going through the

8    evidence in the phone, do you remember roughly when this

9    chat was started by the people who started this Signal group

10    chat?

11    A.  This was an old one.  I don't remember the exact date.

12    But it was prior to November 4th of 2020.

13    Q.  Okay.  And did that chat have a different name when it

14    was first created?

15    A.  It did.

16    Q.  Do you recall what that name was?

17    A.  Yeah.  It was leadership intel sharing secured chat.

18    Q.  At the time the phone was searched and seized by law

19    enforcement, though, had the name changed to something else?

20    A.  Yes.  It had changed to something else.

21    Q.  And that's what we see here, old leadership chat?

22    A.  Correct.

23    Q.  Okay.  So if you could continue to just explain the

24    layout of these slides, please.

25    A.  Sure.  Right here, we put the body of the text message.

 1    So this was the content that was transmitted.  And then down

 2    here -- whoops.  I'm going to get rid of this for a second.

 3            Right here is the exhibit number.  The first

 4    number in that exhibit number is the item of evidence.  So

 5    Item 1 would be Mr. Rhodes's phone.  S means it came from

 6    Signal.  696 means it was the 696th group chat that was in

 7    that phone under Signal.  And then 12,106 means that it was

 8    the 12,106th message that was sent within the old leadership

 9    chat.

10    Q.  Thank you, Special Agent Palian.

11            MS. RAKOCZY:  If we could clear that out.  Thank

12    you.

13    BY MS. RAKOCZY:

14    Q.  So on November 4th of 2020, was there a Signal group

15    chat in Mr. Rhodes's phone called old leadership chat, or

16    maybe, at the time, leadership intel sharing secured?

17    A.  Yes, there was.

18    Q.  And did someone named Chris send a message to that chat

19    at 1:20:22 a.m.?

20    A.  Yes.

21    Q.  What did Mr. Chris say?

22    A.  "Well, what's the game plan?  How are we drawing our

23    battle lines as we are now all going to be public enemy No.

24    1 by the tyrants?"

25    Q.  Did Mr. Rhodes respond to that message?

1    A.  He did.

2    Q.  And if we could just note in the bottom left corner of

3    the screen we see this is message 12,106.  Is that right?

4    A.  Correct.

5    Q.  And if we could proceed to the next page of the exhibit.

6    The very next message is 12,107.  Is that right?

7    A.  Yes.

8    Q.  Does that mean it was the very next message in the chat?

9    A.  Yes, it does.

10   Q.  Okay.  So at 1:35 a.m., what did the message from

11   Stewart Rhodes read?

12   A.  Mr. Rhodes sent:  "1.  Remain calm.  2.  It ain't over

13   till it's over.  3.  Don't give legitimacy to an

14   illegitimate fraudulent fraud-infested system.  4.  If that

15   system declares Biden the winner, I won't ever recognize him

16   as the legitimate president because of that fraud, and to

17   add to that, his corruption, his being a" --

18   Q.  Does it continue on the next page?

19   A.  It does.

20   Q.  If we could proceed one page, please.

21   A.  -- "a Chi-com puppet, and all the unconstitutional crap

22   he plans to do.  5.  Continue to plan to defeat the domestic

23   enemies of the Constitution."

24   Q.  In the very next message, did Mr. Rhodes continue to

25   voice an opinion about what should happen now?

1    A.  Yes, he did.

2    Q.  Turning now to Page 3 of that -- sorry -- Page 4 of that

3    exhibit, could you read the message Mr. Rhodes sent at

4    1:39:46 a.m.?

5    A.  Sure.  "The left, including the Democrat party, has

6    taken off the mask and revealed their totalitarian Marxist

7    American-hating and hate-filled agenda.  They seek our

8    destruction.  They will seek the destruction of all we swore

9    to defend.  We must defeat them, even if one of them

10   occupies the White House."

11   Q.  Turning to the very next page of the exhibit, is this

12   message the next message in the chain?

13   A.  Yes, it is.

14   Q.  And who sent this message?

15   A.  Okay Gator 1, which was Kelly Meggs.

16   Q.  How do you know that's Kelly Meggs's name?

17   A.  We saw it in several places during the investigation,

18   including within his cell phone.

19   Q.  And what did Mr. Meggs then respond to what Mr. Rhodes

20   had said?

21           MS. RAKOCZY:  Sorry.  Going back to the slide

22   previous.

23           THE WITNESS:  He --

24           MS. RAKOCZY:  Sorry.  The -- Page 5.  The next

25   one.  Yeah.  This one.

1          THE WITNESS:  He responded by saying:  "Us."

2    BY MS. RAKOCZY:

3    Q.  And then going on to the next message in the chain, can

4    you describe this message?

5    A.  Sure.  This is from a user named FL to the old

6    leadership chat sent on November 4th, 2020, at 1:42 and 17

7    seconds in the morning.  And it says:  "There is nothing

8    more dangerous than a patriot fighting for his country.  We

9    have not begun to do deplorable shit yet."

10          MS. RAKOCZY:  If we could move to the next

11   exhibit -- the next page in this exhibit, please, Page 7.

12   BY MS. RAKOCZY:

13   Q.  This is a message from November 4th, the next day, now,

14   at 9:05 p.m.  Is that right?

15   A.  Yes, it is.

16   Q.  Did Mr. Rhodes send a message to that same chat

17   referencing something called a QRF?

18   A.  He did.

19   Q.  Okay.  Could you read that message, please?

20   A.  Sure.  "We are establishing QRF for D.C., but we are

21   also establishing regional QRFs in each of the major regions

22   of the nation, all either combat arms or LEO veterans with

23   needed trained support MOS veterans.  We will get it done."

24   Q.  Special Agent Palian, are you aware of what the acronym

25   QRF stands for?

1   A.  I am.

2   Q.  How are you aware of that?

3   A.  Through this investigation.

4   Q.  And how have you seen that term -- what have you seen

5   that term used to refer to?

6   A.  The term refers to a quick reaction force.

7   Q.  And are you aware of whether that is a term that is

8   sometimes used by military or law enforcement agencies or

9   outfits?

10  A.  It is.

11  Q.  Have you seen references by Mr. Rhodes elsewhere in the

12  messages in his phone to the term "QRF" or quick reaction

13  force?

14  A.  Yes.  Many places.

15  Q.  And this message, it shows Mr. Rhodes discussing a QRF

16  the day after the election in 2020.  Is that right?

17  A.  That's correct.

18          MS. RAKOCZY:  If we could proceed to the next page

19  of this exhibit, please.

20  BY MS. RAKOCZY:

21  Q.  Just about ten minutes later, at 9:16 p.m., did

22  Mr. Rhodes send another message to that same chat around the

23  same theme?

24  A.  He did.

25  Q.  What did he say?

1    A.  "As General Washington told the troops before the Battle

2    of Long Island in 1776, quote, 'The time is now near at hand

3    which must probably determine whether Americans are to be

4    freemen or slaves, whether they are to have any property

5    they can call their own, whether their houses and farms are

6    to be pillaged and destroyed and themselves consigned to a

7    state of wretchedness from'" --

8    Q.  If we could continue.

9    A.  -- "'from which no human effort will deliver them.  The

10   fate of unborn millions will now depend, under God, on the

11   courage and conduct of this Army.  Our cruel and unrelenting

12   enemy leaves us only the choice of brave resistance or the

13   most abject submission.  We have therefore to resolve to

14   conquer or die,' end quote, George Washington."

15   Q.  And then finally for this exhibit, Special Agent Palian,

16   if we can turn to Page 10, the next page of this exhibit.

17   The following morning, November 5th, at 11:14 a.m., did

18   Mr. Rhodes send another message reacting to the election --

19   the sort of pending election results?

20   A.  He did.

21   Q.  And could you read the jury what he said?  And is this

22   message to the same chat?

23   A.  This is from the same chat.  Yes.

24   Q.  Could you read this message to the jury, please.

25   A.  Sure.  "We must refuse to accept Biden as the legitimate

1  winner.  Call out the fraud and theft.  Protect and defend

2  all who are publicly standing against it (officials, reps,

3  media, the people and President Trump)."

4         MS. RAKOCZY:  Your Honor, may we address the Court

5  through the phones briefly, before we move to the next

6  exhibit?

7         THE COURT:  You may.

8         (Whereupon, the following proceedings were had at

9  sidebar outside the presence of the jury:)

10         MS. RAKOCZY:  This is mostly for Mr. Woodward.  We

11  were going to turn next to the messages from Mr. Meggs's

12  phone.  And I wasn't sure if he had any objection to those

13  exhibits, the physical evidence coming in, or if he was okay

14  with just Mr. Meggs's phone.

15         THE COURT:  Go ahead, Mr. Woodward.

16         MR. WOODWARD:  Oh, you have to push the button.

17  Sorry.

18         There is a stipulation to Mr. Meggs's phone.  Is

19  that correct?

20         MS. RAKOCZY:  Correct.

21         MR. WOODWARD:  As for the others?

22         MS. RAKOCZY:  So just similar to the others.  Yes.

23         MR. WOODWARD:  No objection.

24         MS. RAKOCZY:  Thank you.

25         MR. WOODWARD:  Thank you.

```
 1                THE COURT:  Thank you.
 2                (Whereupon, the following proceedings were had in
 3     open court:)
 4                MS. RAKOCZY:  Thank you, your Honor.
 5     BY MS. RAKOCZY:
 6     Q.  Special Agent Palian, I would like to step back now and
 7     turn your attention from Defendant Rhodes in the period
 8     following the election to Defendant Kelly Meggs.
 9                During the course of this investigation, did law
10     enforcement apply for and obtain a search warrant to seize
11     and search Defendant Kelly Meggs's phone?
12     A.  We did apply for that search warrant and receive it.
13     Yes.
14                MS. RAKOCZY:  Your Honor, at this point in time, I
15     would continue, from Government's Exhibit 3000, the
16     stipulation regarding physical evidence, and would seek
17     leave to just read a quick stipulation to the jury about
18     that device.
19                Thank you, your Honor.
20                Your Honor, and ladies and gentlemen, the parties
21     in this case stipulate and agree that during the course of
22     this investigation, the FBI collected the following items of
23     evidence from Defendant Kelly Meggs's person or the vicinity
24     of him, or from his phone, including Government's Exhibit
25     No. 7, which was Mr. Meggs's cellular telephone.
```

1          Forensic examiners from FBI CART connected the

2     cellular telephone labeled Government's Exhibit 7 to an exam

3     machine and used data extraction and processing tools to

4     create a master copy forensic image or acquisition of the

5     data on the phone.  The parties agree and stipulate that

6     this master copy forensic image consists of authentic data

7     that was contained on Government's Exhibit 7 at the time it

8     was collected from Defendant Meggs.

9          Thank you, your Honor.

10    BY MS. RAKOCZY:

11    Q.  Special Agent Palian, have you had a chance to review

12    some of the data that was extracted from Defendant Meggs's

13    cellular telephone?

14    A.  I have.

15    Q.  And are you aware of whether there were any text

16    messages on that cellular telephone?

17    A.  There were text messages.

18    Q.  Were there also some Signal app messages?

19    A.  There were.

20    Q.  Okay.  I would like to direct your attention now to

21    Government's Exhibit 6616.A.  For the record, these contain

22    certain text messages extracted from Defendant Kelly Meggs's

23    cellular telephone, Government's Exhibit No. 77.  This is

24    referenced on Page 143 of the Government's exhibit list.

25    These are messages from the time period of November 3rd,

1    2020.

2                  And at this point in time, the Government would

3    seek to admit these messages in Government's Exhibit 6616.A

4    as evidence at this time.

5                  MR. WOODWARD:  Your Honor, we do object to the

6    last page of the exhibit as lacking foundation.

7                  THE COURT:  Ms. Rakoczy, could you just grab the

8    phone line real quick?  And if you could bring the last page

9    of the exhibit up just for -- not for jury's observation,

10   but mine only.

11                 MS. RAKOCZY:  With the Court's indulgence, I may

12   have to pass that up.  Or we could put it on the screen just

13   for the Court, if that's possible.

14                 THE COURTROOM DEPUTY:  You can connect it.

15                 MS. RAKOCZY:  Can the Court see it now?  It's just

16   for the Court at this point in time.  So just for the

17   record, this is the message with the exhibit number.

18                 THE COURT:  Let's get on the phone, Ms. Rakoczy.

19                 (Whereupon, the following proceedings were had at

20   sidebar outside the presence of the jury:)

21                 THE COURT:  So what's the last page?

22                 MS. RAKOCZY:  It's the page that should be

23   displayed right now.  For the record, the exhibit number of

24   the particular message is 7.D-1002, 150.

25                 THE COURT:  What's the objection, Mr. Woodward?

MR. WOODWARD: The objection is to the last page of the exhibit, your Honor.

THE COURT: The one that's up on the screen?

MR. WOODWARD: No, sir.

MS. RAKOCZY: Sorry.

THE COURT: The blank page?

MR. WOODWARD: It is not blank in the copy that I have, your Honor.

Ms. Rakoczy, there's text at the top of my copy.

MS. RAKOCZY: Yeah. I think there's something strange about the way this is displaying right now. I apologize.

THE COURT: Ms. Rakoczy, did you intend to show that last page?

MS. RAKOCZY: We can skip it right now, your Honor.

THE COURT: Let's go ahead -- if you've got it, bring it up and I'll take a look at it.

MS. RAKOCZY: For the Court's indulgence, I think the file got corrupted when it got transferred into the trial presentation software.

Yes, your Honor. I believe it's on the screen now.

THE COURT: Okay. Can you pull it up? I can't read it.

 1            MS. RAKOCZY:  Yes, your Honor.

 2            THE COURT:  So what's the objection, Mr. Woodward?

 3            MR. WOODWARD:  I have no idea where this came

 4    from.  It appears to be a comment.  I don't know who it's a

 5    comment to.  I don't know how it was extracted or how it was

 6    otherwise prepared.  And it's included in the document that

 7    the Government is seeking to admit as an exhibit.

 8            THE COURT:  Okay.

 9            MS. RAKOCZY:  Yes, your Honor.  This is -- the

10    last page of this exhibit comes from Mr. Meggs's Facebook

11    account which was searched pursuant to a warrant.  I would,

12    before getting to this last page, lay the foundation of

13    that, those facts.  That's Government's Exhibit 2003 -- or

14    2000.  Sorry.

15            THE COURT:  So why don't we show the text messages

16    and then lay the foundation, Ms. Rakoczy.  Then I'll ask

17    Mr. Woodward whether he still has an objection to this last

18    page.

19            MR. WOODWARD:  Thank you, your Honor.

20            THE COURT:  Thank you.

21            MS. RAKOCZY:  Thank you.

22            (Whereupon, the following proceedings were had in

23    open court:)

24            THE COURT:  So the objection will be overruled.

25    The first, I guess, four pages of the exhibit can be shown

```
 1    to the jury at this time.
 2              MS. RAKOCZY:  Thank you, your Honor.
 3              At this point in time, we've brought up Page 1 of
 4    Government's Exhibit 661.A [sic].
 5    BY MS. RAKOCZY:
 6    Q.  Special Agent Palian, do you recognize this text message
 7    chain?
 8    A.  Yes, I do.
 9    Q.  Is this one that was extracted from Defendant Kelly
10    Meggs's cellular telephone?
11    A.  It was extracted from that phone.  Yes.
12    Q.  And what was the date of the extraction -- of these
13    messages?
14    A.  The date of the messages were November 3rd, 2020.
15    Q.  And was this to a group text message chat?
16    A.  It was.  Yes.
17    Q.  Did that text message chat have a name in Defendant
18    Meggs's phone?
19    A.  Yeah.  It was named family chat.
20    Q.  And do you recall -- well, let's see.  Was this first
21    message from someone who you recognize as a name of a family
22    member?
23    A.  Yes.  We recognize that as the Defendant's wife, Connie
24    Meggs.
25    Q.  Okay.  What message did Connie Meggs send at 7:11 p.m.?
```

```
 1    A.  At 7:11 p.m. she stated:  "Trump wins Kentucky.  I'm so
 2    nervous."
 3    Q.  And if we could proceed to the next page, did Mr. Meggs
 4    respond?
 5    A.  He did.
 6    Q.  What did he say?
 7    A.  "I'm gonna go on a killing spree."
 8    Q.  On the next page, did he continue?
 9    A.  "Pelosi first."
10    Q.  And then on the next page, did Connie Meggs respond?
11    A.  Mrs. Meggs did respond.  Yes.
12    Q.  What did she say?
13    A.  "Shut the fuck up.  You're getting me stressed."
14    Q.  Special Agent Palian, during the course of this
15    investigation, did the FBI also apply for and obtain a
16    search warrant to seize and search data from Defendant Kelly
17    Meggs's Facebook account?
18    A.  Yes, we did.
19    Q.  And have you reviewed the data that was extracted from
20    that Facebook search warrant?
21    A.  I did review the Facebook data.
22    Q.  And have you reviewed the trial exhibits prepared from
23    that Facebook extraction?
24    A.  Yes.
25    Q.  And did those appear to be fair and accurate copies of
```

Palian - DIRECT - By Ms. Rakoczy

1    messages that you saw in the Facebook search warrant return?

2    A.  Yeah.  They were fair and accurate.

3           MS. RAKOCZY:  At this point in time, your Honor,

4    the Government would seek to also move to admit the final

5    page of Government's Exhibit 6616.A.

6           THE COURT:  Mr. Woodward?

7           MR. WOODWARD:  The Court's indulgence.

8           No objection, your Honor.

9           THE COURT:  The final page will be admitted.

10           (Whereupon, Government's Exhibit No. 6616.A was

11    entered into evidence.)

12           MS. RAKOCZY:  Thank you, your Honor.

13           If we could publish, please.  We'll turn to the

14    final page of this exhibit and zoom in a little bit.

15           (Whereupon, Government's Exhibit No. 6616.A was

16    published in open court.)

17    BY MS. RAKOCZY:

18    Q.  Special Agent Palian, when data comes back from

19    Facebook, does it come back in this fairly dense unpretty

20    format?

21    A.  It does.

22    Q.  Okay.  Did we then copy and paste that data onto this

23    exhibit?

24    A.  Yes.

25    Q.  Has the time been changed just to change from universal

1    time to Eastern Standard Time?

2    A.  It has been changed.  Yes.

3    Q.  Otherwise, is this the same data from the Facebook

4    search warrant return?

5    A.  Correct.  It's the same data.

6    Q.  Can you explain what type of Facebook content we're

7    looking at here?

8    A.  Sure.  On the 9th of November 2020, Mr. Meggs commented

9    on a post that was originally posted on November 7th.

10   Q.  Okay.  And what did Mr. Meggs say?

11   A.  You'll have to excuse me.  The grammar is really poor.

12   "Then do it.  A lot of people here are talking.  I don't see

13   anybody doing.  I used to say, hell, yeah, and let's go.

14   Then I did it.  Now I laugh when I see people say it.  If

15   you're waiting for it to come to your street, you're gonna

16   die.  You aren't trained.  You don't have any experience,

17   and you might do some shooting, but that's not combat or

18   riot.  This is face to face, not far away.  If you're ready

19   to really join the fight, DM me.  If you're gonna keep

20   talking on Facebook, remember there are people doing shit."

21        MS. RAKOCZY:  If we can take that exhibit down

22   now, please.  Thank you.

23   BY MS. RAKOCZY:

24   Q.  Special Agent Palian, shifting --

25        THE COURT:  Ms. Rakoczy, can you all get on the

1    phone real quick before we proceed to the next exhibits.

2              Ladies and gentlemen, just indulge us when we get

3    on the phone.  These are just legal issues I've got to work

4    out with the parties before the exhibits can be presented.

5              (Whereupon, the following proceedings were had at

6    sidebar outside the presence of the jury:)

7              THE COURT:  So is -- just looking at those texts,

8    they seem to be only admissible against Mr. Meggs.  Do you

9    all agree with that?

10             MS. RAKOCZY:  I think we would be prepared again

11   to get into a lengthy discussion of this, your Honor.  But

12   it is our position there are certain statements of intent

13   that are made by Mr. Meggs and Mr. Rhodes in the period

14   immediately after the election that is circumstantial

15   evidence of their thoughts and planning in these early times

16   of the conspiracy and therefore are admissible against the

17   larger group, the entire group of co-conspirators.

18             THE COURT:  Even though the statement -- none of

19   those statements, except for perhaps the last one, were in

20   furtherance of the conspiracy?

21             MS. RAKOCZY:  Yes, your Honor.  They are

22   statements of the state of mind and intent of some of the

23   co-conspirators during the early stages in which we allege

24   the conspiracy is coming together.

25             THE COURT:  Okay.  I'll hold off on providing a

1    limiting instruction at this point.  But we'll have this

2    conversation a little bit later.

3                MS. RAKOCZY:  Yes, your Honor.

4                THE COURT:  Thank you.

5                (Whereupon, the following proceedings were had in

6    open court:)

7    BY MS. RAKOCZY:

8    Q.  Special Agent Palian, if I could turn your attention now

9    from Defendant Meggs to Defendant Jessica Watkins.  During

10   the course of this investigation, did the FBI obtain a

11   search warrant to seize and search data from Ms. Meggs's

12   Facebook account?

13               THE COURT:  You mean Ms. Watkins?

14               MS. RAKOCZY:  Watkins.

15   BY MS. RAKOCZY:

16   Q.  Ms. Watkins's Facebook account.

17   A.  We did for Ms. Watkins's Facebook account.  Yes.

18   Q.  Thank you.

19               And during the course of this investigation, did

20   you review that data?

21   A.  I did review that data.

22   Q.  And was some of that data prepared in a similar way to

23   show the jury certain messages that are exhibits in this

24   trial?

25   A.  Yes, it was.

1    Q.  During the course of this investigation, did law

2    enforcement also obtain the cellular telephone of Ms. Meggs?

3    A.  Ms. Watkins?

4    Q.  Ms. Watkins.

5    A.  Yes, we did.

6                MS. RAKOCZY:  And at this point in time, your

7    Honor, the Government would seek to read part of

8    Government's Exhibit 3000 regarding that piece of physical

9    evidence seized from Ms. Watkins.

10               THE COURT:  You don't need permission,

11   Ms. Rakoczy.  As long as it's admitted, you can go ahead and

12   just read the --

13               MS. RAKOCZY:  Thank you.  I'm not sure I formally

14   moved to admit this exhibit because it is -- it pertains to

15   a number of physical evidence stipulations that I think the

16   parties are still working out our -- their positions on.

17               THE COURT:  Well, to the extent that it's being

18   read into the record, those stipulations will be admitted.

19               MS. RAKOCZY:  Yes, your Honor.  Thank you.

20               So I believe there's no objection to the contents

21   from Ms. Watkins's cellular telephone coming into evidence.

22               THE COURT:  Mr. Crisp?

23               MR. CRISP:  No.  The only issue we would have,

24   your Honor, is going back on cross for a rule of

25   completeness component.  That's all.  Thank you.

1           MS. RAKOCZY:  Thank you, your Honor.

2           So reading from Government's Exhibit 3000, another

3    stipulation regarding physical evidence, on January 17th of

4    2021, the FBI collected certain items of evidence from

5    Defendant Watkins's home, to include Government's

6    Exhibit 192, a Samsung cellular telephone model -- I won't

7    read the model number.

8           Forensic examiners from the FBI CART unit

9    connected the cellular telephone labeled Government's

10   Exhibit 192 to an exam machine and used data extraction and

11   processing tools to create a master copy forensic

12   image/acquisition of the data on the phone, and the parties

13   here agree and stipulate that this master copy forensic

14   image consists of authentic data that was contained on

15   Government's Exhibit 192 at the time it was collected on or

16   about January 17th of 2021.

17   BY MS. RAKOCZY:

18   Q.  Special Agent Palian, have you also reviewed the data

19   that was extracted from Defendant Watkins's cell phone?

20   A.  We did.

21   Q.  And during the course of this investigation, have you

22   assisted in preparing some messages from that phone for

23   display to this jury as trial exhibits?

24   A.  Yes, I have.

25   Q.  Does Government's Exhibit 6617.A, which is also from

1    Page 143 of the Government's exhibit list, contain some

2    messages that were seized from Ms. Watkins's Facebook

3    account and cellular telephone from the time period

4    November 3rd through November 9th of 2020?

5    A.  Yes.

6              MS. RAKOCZY:  At this point in time, your Honor,

7    the Government seeks to move into evidence Government's

8    Exhibit 6617.A.

9              MR. WOODWARD:  The Court's indulgence.

10             No objection.

11             THE COURT:  It will be admitted.

12             (Whereupon, Government's Exhibit No. 6617.A was

13    entered into evidence.)

14             MS. RAKOCZY:  With the Court's permission, we'll

15    now publish some of these messages, beginning on the first

16    page of that exhibit, 6617.A --

17             THE COURT REPORTER:  I'm sorry.  If you could just

18    restate that.

19             MS. RAKOCZY:  With the Court's permission, we'll

20    now publish that exhibit, Exhibit 6617.A, to the jury,

21    bringing up the first page and zooming in on the messages.

22             (Whereupon, Government's Exhibit No. 6617.A was

23    published in open court.)

24    BY MS. RAKOCZY:

25    Q.  Special Agent Palian, are these the messages that come

1    from Defendant Watkins's Facebook account?

2    A.  Yes.

3    Q.  We see here that the first author has a username of

4    Jolly Roger.  Do you know who that user is?

5    A.  Yes.  That user is Ms. Watkins.

6    Q.  Okay.  And she's exchanging messages here with someone

7    named Daniel Mullin.  Is that right?

8    A.  Correct.

9    Q.  Is that an acquaintance of hers, to the best of your

10   knowledge?

11   A.  I believe so.

12   Q.  Okay.  And could you read what Ms. Watkins wrote on

13   November 6th of 2020?

14   A.  Sure.  November 6th, 2020:  "Infowars/Alex Jones put out

15   the call for all conservatives to go to every state house in

16   the country tomorrow at noon."

17   Q.  Does Mr. Mullin then respond that he would, but his wife

18   already had plans for him?

19   A.  He does.

20   Q.  How did Ms. Watkins respond?

21   A.  "Is this not more important?  Is she a Trump voter?  We

22   are literally going to lose America, our democracy, our way

23   of life if we don't stand up."

24   Q.  And what does she say next?

25   A.  "I feel we need to make sacrifices to stop this coup.

1    If we don't, we will lose this country forever."

2             MS. RAKOCZY:  If we could bring that page down,

3    please, and go to the next page of the exhibit.

4    BY MS. RAKOCZY:

5    Q.  Are we looking now at some text messages extracted from

6    Ms. Watkins's phone?

7    A.  Yes, we are.

8    Q.  Beginning with the first message we see there displayed,

9    is this a message that Ms. Watkins sent on November 9th of

10   2020 in the afternoon?

11   A.  Yes.  She did send that message then.

12   Q.  Who did she send it to?

13   A.  An individual named Recruit Leah.

14   Q.  And is that the way this person was saved in

15   Ms. Watkins's contacts on her phone?

16   A.  Not exactly.  It's truncated.  Where it says OS, it was

17   actually OSRM.

18   Q.  Okay.  In helping the Government to build this macro to

19   display these exhibits for trial, to make the text a font

20   size that was big enough to read, did the name in the "to"

21   field get cut off sometimes?

22   A.  It did.

23   Q.  But you recall, from having actually reviewed the data,

24   that it said OSRM?

25   A.  That's correct.  It did say OSRM.

```
 1    Q.  Do you know what OSRM stands for?

 2    A.  I do.  It stands for Ohio State Regular Militia.

 3    Q.  Okay.  Are you familiar with what the Ohio State Regular

 4    Militia is?

 5    A.  I am.

 6    Q.  What is it?

 7    A.  It is Ms. Watkins's militia that she founded and ran.

 8    Q.  Okay.  And so this person is listed in her phone as

 9    Recruit Leah - OSRM?

10    A.  Yes.

11    Q.  What did Ms. Watkins write to Recruit Leah on

12    November 9th?

13    A.  "Everyone from my group are locals.  We know each other,

14    and so I started my own unit.  Only through Oath Keepers

15    have I been able to network with other patriots."

16    Q.  Did she send then another message to that same person on

17    the next page?

18    A.  Yes, she did.

19    Q.  What did she say?

20    A.  "If you want to do that, then basic training is

21    mandatory.  Then take time off work in advance.  Jan. 3rd

22    through 9th.  I need you fighting fit by inauguration."

23    Q.  Were there other individuals saved in the contacts on

24    Ms. Watkins's phone who had the word "recruit" before their

25    names?
```

```
 1    A.  Yes.

 2    Q.  Let's look at some additional messages to such people.

 3    If we could turn to the next page, please.  Do we see a

 4    message to another recruit in Ms. Watkins's phone?

 5    A.  Yes, we do.

 6    Q.  What did she say on November 9th at 5:52 p.m. to someone

 7    listed as Recruit RJ?

 8    A.  She said:  "We are connected with other militia units

 9    from all over, though, and we coordinate our missions with

10    theirs."

11    Q.  And if we could continue to the next page, please.  That

12    same day, a little bit later, did Ms. Watkins send a message

13    to a different person in her phone saved as Recruit Steve -

14    OSRM?

15    A.  Yes, she did.  Pardon me.

16    Q.  Did she send a message to Recruit Steve - OSRM?

17    A.  Yes, she did.

18    Q.  And what did she say to that person?

19    A.  "We all use Zello, though, for operations."

20    Q.  In the course of this investigation, did you learn what

21    Zello is?

22    A.  I did.

23    Q.  Could you explain to the jury what Zello is?

24    A.  Sure.  Zello is an app that you can load on your phone.

25    It turns your phone into basically a walkie-talkie.  It
```

1    doesn't just go from person to person, but you can have

2    groups, so that if you had 30, 40 people in a group, they

3    would all receive your push-talk message.

4    Q.  Special Agent Palian, turning back now to Mr. Rhodes,

5    did you obtain from Mr. Rhodes's phone certain messages from

6    the period of November 9th of 2020?

7    A.  I did.

8    Q.  Also from November 7th of 2020?

9    A.  Also from November 7th.

10   Q.  Did you assist in preparing some of those messages for

11   display to the jury here in this trial?

12   A.  I did.

13   Q.  And specifically, Government's Exhibit 6615.B and C and

14   D, did you help prepare those exhibits for trial?

15   A.  I did.

16   Q.  Did you review them prior to your testimony here today?

17   A.  I have reviewed them.

18   Q.  Do they all contain messages from -- Signal messages

19   from Mr. Rhodes's phone from those time periods?

20   A.  They do.

21        MS. RAKOCZY:  At this point in time, your Honor,

22   the Government seeks to admit Government's Exhibits 6615.B

23   as in boy, C as in cat and D as dog into evidence.

24        THE COURT:  Any objections?

25        MR. WOODWARD:  Yes, your Honor.  We -- several

 1    objections, your Honor.  These are extensive.

 2              THE COURT:  Okay.

 3              (Whereupon, the following proceedings were had at

 4    sidebar outside the presence of the jury:)

 5              THE COURT:  Mr. Woodward?

 6              MR. WOODWARD:  Yes, your Honor.

 7              So by way of some context, the very first exhibit

 8    that they used had text messages on it that was not on this

 9    chart that we've been working through.  And so just looking

10    at Exhibit B here, there are 30 messages.  And so I guess

11    I'm not -- we've not seen all these before with respect to

12    Mr. Rhodes.

13              THE COURT:  Could somebody put it up on my screen?

14    Because I don't see it.

15              MS. RAKOCZY:  Yes, your Honor.

16              THE COURT:  Okay.

17              MR. WOODWARD:  So with respect to Mr. Rhodes's

18    reposting of a statement by somebody else, that would be

19    double hearsay.  And it's not clear to us that the

20    Government has established any exception.  So I'm referring

21    specifically to Page 8.  "Here is his written advice to us."

22    And he's reposting something that this Serbian national had

23    provided.  Looking at this now in the spreadsheet, it looks

24    like he is not saying it, but the Serbian national is saying

25    it.

1          THE COURT:  It's not double hearsay, because this

2     isn't being -- these are co-conspirator statements.  This is

3     something that's being forwarded as part of the plan.  At

4     least that's how it's being pitched.

5          So -- I mean, the fact that it's forwarded from

6     somebody arguably is an adoption of what the statement says.

7     And the fact that it's been forwarded on to the old

8     leadership chat, which I gather is another group of Oath

9     Keepers, is consistent with the idea that this is a

10     co-conspirator statement.

11          MR. WOODWARD:  Well, except that we submit that

12     the Government has not yet laid the foundation for why there

13     is a conspiracy on November 7th and how this statement is in

14     furtherance of any conspiracy through independent evidence

15     separate and apart from the statement.

16          THE COURT:  I don't think you have to worry about

17     that, because there's plenty of activity on the back end of

18     this, and there's plenty in terms of the relationships of

19     these folks independent of the statements themselves.

20          So this is not a case where the co-conspirator --

21     the conspiracy is being based just simply on the

22     statement -- the *prima facie* case, since it's not only these

23     statements and other statements, but all of the activity

24     that they undertook in dates that followed.

25          So I don't think there's any real question that

Palian - DIRECT - By Ms. Rakoczy

1    this isn't based just on the statement itself.

2             MR. WOODWARD:  Could the Government please refresh

3    my recollection as to the other exhibits that it's seeking

4    to admit?

5             MS. RAKOCZY:  In terms of the -- now?  It's

6    6615.B, C and D.

7             MR. WOODWARD:  Your Honor, we've stated the basis

8    of our objection.  We understand the Court's position.

9             THE COURT:  Thank you.

10            (Whereupon, the following proceedings were had in

11   open court:)

12            THE COURT:  The objection will be overruled.

13            MS. RAKOCZY:  Thank you, your Honor.

14            THE COURT:  6615 -- right?

15            MS. RAKOCZY:  Yes, your Honor.

16            THE COURT:  Exhibits 6615.B and C and D will be

17   admitted.

18            (Whereupon, Government's Exhibit Nos. 6615.B, C

19   and D were entered into evidence.)

20            MS. RAKOCZY:  Thank you, your Honor.

21            We would now seek to publish the first page of

22   6615.B.

23            (Whereupon, Government's Exhibit No. 6615.B was

24   published in open court.)

25

1   BY MS. RAKOCZY:

2   Q.  Special Agent Palian, these are messages from around the

3   time of November 7th, 2020.  Is that right?

4   A.  Yes, they are.

5   Q.  Okay.  And these are to which group chat?

6   A.  This is to the old leadership chat.

7   Q.  And whose phone is that from?

8   A.  This is from Mr. Rhodes's phone.

9   Q.  In the earlier messages, did we see that Defendant Kelly

10  Meggs was part of that chat?

11  A.  Yes, he was.

12  Q.  Okay.  And so far as you know, he was still part of this

13  chat at this time, a few days later, on November 7th?

14  A.  So far as I know, yes.

15  Q.  Okay.  If you could read the message on November 7th at

16  12:21 p.m. from somebody called BL Swagger.  Could you read

17  that message?

18  A.  Of course.  "They just named Uncle Joe the 46th

19  president."  Crying emoji, crying emoji.

20          MS. RAKOCZY:  If we could go to the next page,

21  please.

22  BY MS. RAKOCZY:

23  Q.  Did Mr. Rhodes respond to that message?

24  A.  He did.

25  Q.  What did he say?

1    A.  "Trump must not concede."

2    Q.  And turning to the next page, did he continue?  Or did

3    someone else respond to Mr. Rhodes?

4    A.  Someone else responded by saying:  "I don't see him

5    doing that."

6            MS. RAKOCZY:  And if we can go to the next

7    message, please.

8    BY MS. RAKOCZY:

9    Q.  Did Mr. Rhodes continue his thought from the prior

10   message?

11   A.  He did.

12   Q.  What did he say?

13   A.  "And we must now do what the people of Serbia did when

14   Milosevic stole their election:  Refuse to accept it, march

15   en masse on the nation's Capitol."

16   Q.  Are you aware of, just generally speaking, what in

17   history Mr. Rhodes is referring to here?

18   A.  I am.

19   Q.  What was -- what generally happened in Serbia involving

20   someone named Milosevic?

21           MR. WOODWARD:  Objection, your Honor.

22           THE COURT:  Overruled.

23           THE WITNESS:  In the 1990s, Slobodan Milosevic was

24   the president of Serbia.  It was a contested election.

25   There was a lot of claims of fraud.

1    BY MS. RAKOCZY:

2    Q.  Proceeding to the next page of this exhibit, please,

3    what did Mr. Rhodes say in the next message?

4    A.  In the next image, he said:  "Here, a Serbian patriot

5    who admires America spells out what they did."

6    Q.  And does he then give a link to a BitChute website?

7    A.  Yes.

8    Q.  Have you gone to that website?

9    A.  I have.

10          MS. RAKOCZY:  If we could continue to the next

11   page.

12   BY MS. RAKOCZY:

13   Q.  Depicted here in what's been referred to as Government's

14   Exhibit 1.S.696.12971.W, do we see a screenshot of a

15   website?

16   A.  Yes, we do.

17   Q.  And is this where that link from the prior message goes

18   to?

19   A.  Yes, it does.

20   Q.  Okay.  And is there a video that the gentleman we see

21   here gives on that website?

22   A.  He did post a video.  Yes.

23          MS. RAKOCZY:  If we could go to the next page.

24   BY MS. RAKOCZY:

25   Q.  Returning to the message thread, did Mr. Rhodes continue

1    to send messages about things said by a person he referred

2    to as the Serbian author of that video?

3    A.   He did continue to send messages.

4    Q.   Okay.  What did Mr. Rhodes say?

5    A.   Mr. Rhodes said:  "I am in direct context" -- I think he

6    meant contact -- "with the Serbian author of that video.

7    His videos are excellent.  Here is his written advice to

8    us."

9    Q.   And on the next page, what did he say?

10   A.   "Quote:  'What we have done and what you probably need

11   to do:  peaceful protests, good, well played round 1.  A

12   complete civil disobedience.  They are not your

13   representatives.  They are foreign puppet government.'"

14   Q.   On the next page?

15   A.   "Connect with the local police and start organize by

16   neighborhoods to stay safe (we didn't need this step.)  We

17   swarmed the streets and started confronting the opponents.

18   I know, not nice, but it must be done if the institutions

19   stop to exist."

20   Q.   Does this message continue on the next page?

21   A.   Yes.

22   Q.   What does he continue to say?

23   A.   "Millions gathered in our capital.  There were no

24   barricades strong enough to stop them, nor police determined

25   enough to stop them.  Police and military aligned with the

1    people after few hours of fistfight.  We stormed the

2    parliament."

3    Q.  And what does parliament refer to?

4    A.  Parliament is a representative version of government.

5    It's their Congress.

6    Q.  Okay.

7    A.  The European version of Congress, I guess I'd say.

8    Q.  Continuing on the next page, what does that message

9    continue to say?

10    A.  "And burned down fake state television.  We won.

11    However, we made a mistake.  We have not removed all of his

12    people from their position.  That was the only mistake."

13    Q.  And continuing on the next page?

14    A.  "They are going to fight to the end.  You must do the

15    same.  Take that glorious flag from the chest, that old flag

16    your ancestors flew while fighting for liberty.  Kiss your

17    old Garand and your Bible."

18    Q.  Special Agent Palian, these messages were sent on

19    November 7th of 2020.  Is that right?

20    A.  That's correct.

21    Q.  Are you aware of whether anything of significance with

22    respect to the presidential election had occurred around

23    November 7th of 2020?

24    A.  Yeah.  On or about November 7th, the major news medias

25    all called the election for President Biden.

Palian - DIRECT - By Ms. Rakoczy

 1            MS. RAKOCZY:  If we could move to the next page of

 2      this exhibit, 6615.E.  So we'd be going to Page 13.

 3      BY MS. RAKOCZY:

 4      Q.  Did -- I cut off a little early, but does the message

 5      actually continue one more slide?

 6      A.  It does.

 7      Q.  Okay.  What did it say?

 8      A.  "Do what you need to do.  You have it in your genes.

 9      Make your grandparents proud and make your future grandsons

10      proud.  God bless America."

11      Q.  If we could turn to the next slide, did Mr. Rhodes then

12      pick up and start speaking as himself again in addressing

13      the old leadership chat?

14      A.  Yes, he did.

15      Q.  What did he say in that next message?

16      A.  He corrected his typo and he said:  "Meant direct

17      contact.  The man was right.  We need to march on D.C. right

18      now so President Trump knows he has our support as those

19      around him whisper in his ear that it's no use and he should

20      give up."

21      Q.  Okay.

22            MS. RAKOCZY:  Continue to the next page.

23            THE WITNESS:  "And we need to pressure the GOP

24      Congress critters to have his back and not give in either.

25      Direct pressure.  Positive pressure.  And standing up to the

1    communists in the street."

2    BY MS. RAKOCZY:

3    Q.  Does the message continue on the next page?

4    A.  It does.  Mr. Rhodes says:  "It's critical."

5    Q.  Okay.

6              MS. RAKOCZY:  If we could turn now to the next

7    page of the exhibit.

8    BY MS. RAKOCZY:

9    Q.  About six hours later, on November 7th at 6:21 p.m., did

10   Mr. Rhodes send some similar messages to the old leadership

11   chat?

12   A.  He did.

13   Q.  What did he say in these messages, beginning on Page 17

14   of the exhibit?

15   A.  "And the coup isn't over.  I predict the left will steal

16   the U.S. Senate majority as well.  Watch Georgia.  We now

17   live in Ameri-Venezuela."

18   Q.  Does the message continue on the next -- or did he send

19   a similar message on the next page?

20   A.  He did.

21   Q.  What did he say?

22   A.  "The answer must be to refuse to accept, acknowledge,

23   respect or obey any of these imposters or their pretend

24   legislation.  And get your gear squared away and ready to

25   fight."

1  Q.  Special Agent Palian, did Mr. Rhodes send that similar

2  series of messages involving that advice from the person he

3  described as a Serbian patriot to other Signal group chats?

4  A.  He did send it to other Signal chats, yes.

5  Q.  If we could turn to the next page of this exhibit, do we

6  see on the screen that Mr. Rhodes is sending a message to a

7  chat called F.O.S.?

8  A.  Yes.  He did send it to F.O.S.

9  Q.  Okay.  And have you read through that Signal group chat

10  on Mr. Rhodes's phone?

11  A.  I have.

12  Q.  And based on what you read in there, do you have a sense

13  of what F.O.S. stands for?

14  A.  Yes.  F.O.S. stands for Friends of Stone.

15  Q.  And was a user who used the name Roger Stone in that

16  chat?

17  A.  Roger Stone was in that chat.  Yes.

18  Q.  Are you generally familiar with the name Roger Stone?

19  A.  I am generally familiar with Mr. Stone.

20  Q.  And who do you know that person to be, just very

21  generally?

22  A.  Just very generally, he is a -- reported to be a

23  confidant of President Trump and a Republican operative.

24  Q.  And did Mr. Rhodes then, in the slides that are going to

25  follow here, send those same messages from his,

1    quote-unquote, "Serbian patriot contact," advocating for the

2    steps that they themselves took in Serbia to be applied here

3    in the U.S.?

4    A.  Yes.  He did send those same messages to the Friends of

5    Stone chat.

6            MS. RAKOCZY:  So if we could just page through the

7    next few pages.

8            THE COURT:  Counsel, we're approaching 5:00.  So

9    if you could find a natural stopping point.

10           MS. RAKOCZY:  Yes.  I think, your Honor, if we can

11   just page down to Page 20 -- the last page of that exhibit,

12   I think we can see that he's sending the same messages we

13   just read in that other chart.

14   BY MS. RAKOCZY:

15   Q.  Is that right, Special Agent?

16   A.  Yes.  Those are the same messages.

17   Q.  And then on the very last page of that slide, did Mr.

18   Rhodes send a new message -- did he send another message at

19   the end of that to the Friends of Stone chat?

20   A.  Yes, he did.

21   Q.  And what did he say on November 7th at 12:19 p.m.?

22   A.  He said:  "What's the plan?  We need to roll ASAP.  I'm

23   on my way to D.C. right now with my Oath Keepers tactical

24   leaders for a possible D.C. op to do a leaders recon and

25   make plans.  I'm available to meet face to face."

```
 1                MS. RAKOCZY:  Thank you, your Honor.  I think that
 2     would be a good logical stopping point.
 3                THE COURT:  Why don't you step on down, Special
 4     Agent.
 5                THE WITNESS:  I'm sorry?
 6                THE COURT:  You can step down.
 7                THE WITNESS:  Thank you.
 8                (Witness excused.)
 9                MS. RAKOCZY:  Thank you, your Honor.
10                THE COURT:  Okay, ladies and gentlemen.  One small
11     step.  We have completed day one.  So thank you all for your
12     time and attention.  We are really grateful and continue to
13     be very grateful for your service.
14                Just the same reminders I have given you
15     consistently, and will continue to, not to communicate about
16     the case, no independent research, and please avoid all
17     media.  In particular, I'll ask you to please avoid *The*
18     *Washington Post* online, at least as of tonight and perhaps
19     going forward.  There is coverage of the case.  And I'll ask
20     you to avoid that website this evening.
21                Thank you very much.  We will see you all tomorrow
22     morning.
23                (Whereupon, the jury exited the courtroom at 5:00
24     p.m. and the following proceedings were had:)
25                THE COURT:  Have a seat, everybody.
```

1          Okay.  So let's turn our attention back to

2     Mr. Woodward's motion.  I don't know what the best way to go

3     about doing this is, other than trying to capture -- at

4     least at present, the best way to do this is in these

5     general categories.

6          I guess, Mr. Woodward, I don't know -- why don't

7     you come on up.  Again, Topic 1 or Category 1 is statements

8     of the Defendants made before Defendants are alleged to have

9     begun any conduct in furtherance of any of the alleged

10    conspiracies.

11         I think the only statements that have been

12    admitted thus far are all from early November, which is sort

13    of on or around the time the Government contends the

14    conspiracy has started.

15         MR. WOODWARD:  I don't believe the Government is

16    intending to admit any other statements other than we've

17    seen today already.  But the Government can correct me if

18    I'm wrong about that.

19         THE COURT:  I think Mr. Edwards mentioned

20    something from September, but we talked about how that would

21    connect up.

22         MR. WOODWARD:  You already overruled my objection

23    on the September texts, your Honor.

24         THE COURT:  Right.  Okay.  So does that cover

25    what's in your first category of statements?

1          MR. WOODWARD:  I believe so, sir.  Yes.

2          THE COURT:  Your second category is statements

3    alleged to be evidence of planning any alleged conspiracy.

4          What do you mean by that?  I mean, that would seem

5    to be kind of co-conspirator-type statements.

6          MR. WOODWARD:  Yes, your Honor.  And we appreciate

7    the Government providing the case citation on this over the

8    break.

9          We think there's two manifestly distinct

10   categories of evidence that can come in with respect to a

11   conspiracy.

12         Where there -- the case law cited by the

13   Government pertains to efforts in furtherance of planning

14   the conspiracy, which some courts have held is admissible to

15   show the agreement aspect of the conspiracy.  We understand

16   that.

17         Separate and apart from any evidence the

18   Government may seek to admit that shows preplanning of a

19   conspiracy, there is 801(d)(2)(E).  And --

20         THE COURT:  Mr. Crisp, your client would like to

21   be excused.  Is that okay for present purposes?  I mean,

22   she'll return.

23         MR. CRISP:  Yes, your Honor.

24         THE COURT:  Okay.

25         Go ahead.  I'm sorry to interrupt.

1          MR. WOODWARD:  So we understand the Government's

2   position with respect to evidence of preplanning to show an

3   agreement for a conspiracy.

4          Taking that bucket of evidence aside, what we are

5   challenging is the admissibility of otherwise hearsay

6   testimony that the Government is seeking to admit against

7   all of the Co-Defendants under 801(d)(2)(E).

8          In this district, and this circuit, for a

9   statement to be admissible under 801(d)(2)(E), the

10  Government must show by a preponderance of the evidence that

11  the statement is in furtherance of a conspiracy and they

12  must establish the existence of the conspiracy through

13  evidence independent of the statements themselves.

14         The statements we saw here today may arguably --

15  and the Government is free to argue this -- show preplanning

16  in furtherance of a conspiracy.  But those statements ought

17  not be admitted as against all of the Defendants under

18  801(d)(2)(E) because the Government cannot establish the

19  existence of a conspiracy, and by that I mean any agreement

20  as between at least two individuals to participate in the

21  conspiracy.

22         And so we're simply arguing that 801(d)(2)(E) is

23  not applicable to the statements we saw today.

24         THE COURT:  So why isn't it in the following

25  sense?  And we had at least two conspirators on that Signal

 1    chat.  Let's use those for now, Mr. Rhodes's Signal chat,

 2    the ones that we were just talking about; in particular, the

 3    Serbian patriot info that he forwards on.  There's at least

 4    two members of the conspiracy, alleged conspiracy, on that

 5    Signal chat:  Mr. Rhodes, of course, and Mr. Meggs.  I don't

 6    know whether the Government alleges whether anybody else is

 7    on that Signal chat.

 8            It is at least reasonable, an inference, that

 9    these are statements in the early planning stages of what

10    the Government has alleged the conspiracy will encompass and

11    the actions to carry out the conspiracy.

12            So why isn't that enough at this point to

13    establish it as a co-conspirator statement?

14            MR. WOODWARD:  Because the D.C. Circuit says it's

15    not enough.  Because the D.C. Circuit requires the Court to

16    find by a preponderance of the evidence that there has been

17    an agreement to engage in a conspiracy.  And planning, by

18    definition, is not an agreement to engage in a conspiracy.

19            THE COURT:  I don't -- maybe the case law says

20    otherwise, but I'm not sure how one can always distinguish

21    what one is planning versus something that is truly in

22    furtherance of.

23            MR. WOODWARD:  I believe this case provides a

24    perfect example of why the Government -- why there is an

25    increased burden for the Government, because now we're

1    bootstrapping statements that otherwise wouldn't be

2    admissible as against these Defendants, in particular

3    those -- not Mr. Meggs and not Mr. Rhodes.

4            THE COURT:  Let me ask you this:  At least from

5    the Government's perspective -- again, this is all from the

6    Government's perspective -- what Mr. Rhodes is doing is

7    sending out a call, effectively, to other members of the

8    Oath Keepers who are in leadership.  So just by virtue of to

9    whom he is communicating, it's to an enclosed, finite group

10   of people.

11           If this was a Facebook message sent out to the

12   public, I might actually agree with you.

13           However, that's not what this is.  This is a

14   statement by Mr. Rhodes to members of his own organization.

15   Right?

16           MR. WOODWARD:  Yes, sir.

17           THE COURT:  So if it is that, we are talking about

18   a statement in which he is saying:  "This is what we need to

19   do."  And the definition of what the objectives of this

20   conspiracy are, as alleged in the indictment, is to resist

21   the transfer of power by force and the execution of laws by

22   force.

23           And those statements arguably support those

24   objectives and are in furtherance of those objectives,

25   because he is telling people:  "This is what we need to do.

1     This is what you signed up for."

2             I'm at a loss to understand why that's not enough.

3             MR. WOODWARD:  Well, you're referring specifically

4     to the chat that went to the Signal group.  But the

5     Government also introduced evidence that this -- that these

6     particular texts were sent to a Signal group that is not an

7     Oath Keepers Signal group.  The Friends of Stone group is

8     not alleged to be an Oath Keepers group.

9             In addition, the --

10            THE COURT:  Are you suggesting that the statement

11    to the Friends of Stone should somehow only be admitted

12    against Mr. Rhodes?

13            MR. WOODWARD:  No.  I'm merely countering the

14    observation that this was a call to action to the Oath

15    Keepers specifically.  In addition to the Friends of Stone

16    chat, evidence we have not yet seen, but we will see, are

17    the two letters that Mr. Rhodes will be alleged to have

18    authored and posted on the Oath Keepers website, all of

19    which incorporate some of what this chat is.

20            So we disagree that the chats, taken singularly,

21    represent any evidence of a conspiracy at this point as

22    opposed to musing about --

23            THE COURT:  You can't be suggesting that I can't,

24    for example, take later -- I can't take into account later

25    actions that the Government has proffered, through its

1    opening and otherwise, that this group of people, including

2    Mr. Meggs, took.

3            And so the Serbian texts, for example, the

4    Government will argue, and has argued, sort of bears a

5    resemblance of what happened in the weeks and months leading

6    up to January 6th and then what happened on January 6th.

7            So in terms of a conspiracy and the objective of

8    the conspiracy, it seems to me I can take the output, that

9    is, the outcome of the advice or the directive, and measure

10   it up against what he has said and evaluate whether that's

11   something that was in furtherance of the conspiracy.

12           Because it looks like, although it will be a month

13   later, months later, some of the things he was asking his

14   followers to do came to fruition.

15           MR. WOODWARD:  We think that's a slippery slope,

16   your Honor, especially with respect to hearsay.  The purpose

17   of 801(d)(2)(E) is to allow co-conspirator statements to

18   come in as against the other conspirators.

19           This is --

20           THE COURT:  Let me ask you this:  At a minimum,

21   you would agree it comes in against Mr. Meggs?

22           MR. WOODWARD:  I would not agree that it comes in

23   as to Mr. Meggs.  There's no evidence in the chat that he

24   accepted the statement or otherwise adopted its admission.

25           THE COURT:  Well, but no, it goes to, at a

1    minimum, his state of mind.  He's on the chat.  He's

2    listening to what Mr. Rhodes says.  He's the Florida leader

3    of Oath Keepers.

4         MR. WOODWARD:  I don't believe the Government has

5    met that foundation.  They haven't suggested that he is

6    listening to Mr. Rhodes or otherwise that he --

7         THE COURT:  I thought that the special agent

8    testified that Mr. Meggs was on the group chat.  He was part

9    of the old leaders group chat, or whatever it was called.

10         MR. WOODWARD:  Well, your Honor, I must confess

11    that there are a number of text messages in my inbox now

12    that I have not read.

13         THE COURT:  Come on.  You cannot possibly be

14    arguing that the Government has to somehow show that he

15    physically eyeballed the text message.  There's no possible

16    way they can do that absent his own testimony.

17         MR. WOODWARD:  I think --

18         THE COURT:  So it is a *prima facie* case, it seems

19    to me, of his having received it and would have read it by

20    virtue of being on the group chat and being among the

21    leadership group.  And you can argue --

22         MS. HALLER:  Objection.

23         THE COURT:  Are you actually -- if -- you get to

24    come up, but you can't object to something I'm saying just

25    out of turn.

```
 1            MS. HALLER:  Well, it --

 2            THE COURT:  No.  If you'd like to come up,

 3     Ms. Haller, do so.  But right now I'm addressing

 4     Mr. Woodward.  You know, I'm trying to have some semblance

 5     of organization here.

 6            In any event, I'm not buying the notion that

 7     somehow the Government has to establish that he actually

 8     read this.

 9            MR. WOODWARD:  To be admissible as against

10     Mr. Meggs?

11            THE COURT:  Correct.  I mean, at a minimum, he's

12     on the chat.  We know that.  We know he is a high-level --

13     or the head of the Florida Oath Keepers.  He's part of the

14     leadership.  And presumably, as a member of that leadership,

15     he would have reviewed these messages.

16            MR. WOODWARD:  All allegedly.  But yes.  I take

17     your point, your Honor.

18            THE COURT:  I mean, if you need more than that to

19     establish foundation for effect on the listener, or just to

20     go to his state of mind -- I mean, if you have evidence or

21     have a case that says you've got to actually establish that

22     somebody eyeballed it, but -- I mean, ever since email has

23     come out --

24            MR. WOODWARD:  I don't have that case, your Honor.

25            THE COURT:  I mean, you know, you get an email and
```

1    you assume that somebody received it absent some reason to

2    think that they didn't.  And I don't know why this would be

3    any different.

4            MR. WOODWARD:  I understand.  I still would not

5    concede that the statement is admissible as against all the

6    members of the conspiracy, and that is something that is

7    still -- I don't know if your Honor is getting at whether we

8    have standing to object to it if it's --

9            THE COURT:  No.  No.  It's sort of all for one,

10   all for -- whatever the statement is.

11           MR. WOODWARD:  And so we do think that your Honor

12   cannot take future evidence of the conspiracy that is

13   admitted by the Government and use that as part of the

14   foundation the Government must establish to demonstrate by a

15   preponderance of the evidence that a conspiracy existed at

16   the time that a specific message was sent.  It has to be a

17   starting point.

18           THE COURT:  Okay.  I agree.  But you find me a

19   case that says if, for example, Person A and Person B said,

20   Let's decide to kill Person C, and Person C gets killed,

21   that I can't consider the death of Person C as reflecting

22   that, when A and B spoke, that that was in furtherance of

23   the conspiracy in establishing the conspiracy.

24           MR. WOODWARD:  Okay.  I accept the challenge.

25           THE COURT:  I mean, you would agree with me that I

1    could consider the murder as an act that establishes that

2    the earlier statements were part of planning of the

3    conspiracy in its early stages.  I mean, a conspiracy just

4    doesn't happen like that.

5           MR. WOODWARD:  But again, that's where I'm making

6    a very specific distinction between evidence in furtherance

7    of a conspiracy generally and 801(d)(2)(E) and when a

8    statement is admissible as nonhearsay as against every

9    member of the conspiracy and for time immemorial.

10          THE COURT:  So I also think the case law says that

11   even if the defendant -- even if a co-defendant hasn't

12   joined the conspiracy, statements prior to the entry of the

13   conspiracy can be admitted against that co-defendant.

14          MR. WOODWARD:  Exactly.

15          THE COURT:  Right?

16          MR. WOODWARD:  And that's why I think the rule is

17   so precise, because now we're admitting statements about

18   planning of a conspiracy, not in furtherance of, but

19   planning in -- in anticipation --

20          THE COURT:  I don't understanding how you're

21   making a distinction between planning and in furtherance of.

22   I mean, isn't that by definition in furtherance of?  If I'm

23   making a plan to conspire, how is that not in furtherance of

24   the conspiracy?

25          MR. WOODWARD:  Because planning isn't criminal;

1    it's not until we form the conspiracy, until we've reached

2    that agreement, that the conspiracy becomes an act that

3    is --

4              THE COURT:  So if I invite you to join a

5    conspiracy, I say, "Mr. Woodward, you and I, let's go out

6    and kill Person C," and you haven't said yes yet; you say,

7    "Let me think about it," that -- I agree with you:  There's

8    no meeting of the minds at that point.

9              But if you say, "Okay.  Let's do it," do you mean

10   to tell me that's not a co-conspirator statement?  Because

11   it's planning?

12             MR. WOODWARD:  If my response was, "I don't know,

13   your Honor.  Do you think we can get away with it?"  And

14   then later you create that conspiracy with some other

15   person, I don't believe that my response "I don't know; I

16   don't know if we can get away with it" would be admissible

17   as to all of the other conspirators.

18             THE COURT:  Fair.  Because that -- we just talked

19   about -- there's no meeting of the minds there yet.

20             I mean -- look, I think the point is -- and I'll

21   look at the cases.  I haven't read the cases.  And maybe the

22   distinction you're talking about has some grounding in the

23   case law.

24             But again, we know what the conduct is at the back

25   end.  It matches at least with respect to these statements

1    at the front end.

2          If you want to call them planning, preplanning of

3    the conspiracy, they seem to me to be just that:  planning

4    of the conspiracy in anticipation of what they are going to

5    conspire to do.

6          Now, I'll take a look.

7          I mean, Mr. Edwards, are these case that you sent

8    me sort of on this topic?

9          MR. EDWARDS:  Yes, your Honor.  You know, there's

10   a -- if I can address a few points first.  I think it might

11   be helpful.

12         So first off, the case law is clear.  In

13   *Bourjaily*, the Supreme Court has said --

14         THE COURT REPORTER:  *"Bourjaily"*?

15         MR. EDWARDS:  *"Bourjaily."*  I apologize --

16         THE COURT:  I don't think we're talking about the

17   wine.

18         (Laughter.)

19         MR. EDWARDS:  In that case, the Supreme Court made

20   it clear that the courts can consider the statements in

21   determining whether or not there is a conspiracy.  What was

22   left open by the Supreme Court was whether or not the courts

23   can only consider those statements.

24         THE COURT:  Right.

25         MR. EDWARDS:  Now, circuit courts across this

1    country have ruled that the courts -- that the parties --

2    sorry -- that trial courts must rely on something else in

3    addition to those statements.  That's not the same thing as

4    saying that the Court cannot rule on those statements.

5            I just want to step back to first principles from

6    *Bourjaily*.

7            Now --

8            THE COURT:  I always called it *Bourjaily,* but what

9    do I know?

10           MR. EDWARDS:  *Bourjaily*.  Now, for the purposes of

11   the Court's question of what the Court can consider in terms

12   of future conduct or the events, I would just point to the

13   Court Rule 104, which appears to allow the Court to consider

14   a number of pieces of evidence, including hearsay, to

15   determine whether or not certain factual predicates have

16   been met, including whether there's been a conspiracy.

17           I think the reason we're struggling in terms of

18   whether or not there's a difference between planning the

19   conspiracy and in furtherance of the conspiracy is because,

20   in the Government's position, there is no difference.

21           When two people, particularly two co-conspirators

22   that are charged, are discussing the very purposes and the

23   objectives of the charged conspiracy -- by the way, within

24   the timeline of the charged conspiracy -- to me, it's a

25   no-brainer that these statements are in furtherance of that

1    conspiracy.  They are planning those objectives together in

2    this Signal chat.

3              THE COURT:  So what about Mr. Woodward's

4    contention that -- I mean, it's true that there's no

5    response from Mr. Meggs.  And leave aside the question of

6    whether it can be admissible against him for his state of

7    mind.

8              But why is this not Mr. Rhodes just sort of

9    pontificating on his own at this point rather than actually

10   reaching an agreement with someone to carry out these acts?

11             MR. EDWARDS:  Again, I think, your Honor, that

12   standard would require the Government to prove in isolation

13   one statement, that that somehow must be sufficient to prove

14   that there is a conspiracy.

15             But that's not how this works.  The courts have

16   been clear that there is this matrix of circumstantial

17   evidence that can be considered.  And so to answer your

18   specific question, in this chat, Stewart Rhodes is sending

19   messages out to other co-conspirators, including Mr. Meggs.

20   And --

21             THE COURT:  I mean, it's certainly true -- the

22   following is certainly true, which is, one -- I mean, the

23   Government, through its proffers, you know, they've

24   established a *prima facie* case of a conspiracy.  I don't

25   think there's any doubt about that.  That's part of -- these

1    folks are part of the same organization.  They acted in

2    concert, at a minimum, on January the 6th.  They're in

3    communications with each other in advance of January the

4    6th.

5            So there's no doubt that the *prima facie* case has

6    been met here.

7            Now the question is:  Is this a statement in

8    furtherance of?  And it's also true that, you know, the

9    recruiting of people, for example, or the urging of conduct

10   in furtherance of the conspiracy also is a statement in

11   furtherance of the conspiracy.  I guess that's your

12   position.

13           MR. EDWARDS:  Correct.  And it's -- this fine line

14   drawing as to when exactly in that precise moment the

15   conspiracy has been formed is not something the Government

16   must prove to prove that these statements were in

17   furtherance.  It's a broad, liberally construed principle

18   that these statements -- that statements like this can be

19   considered in furtherance of the conspiracy.

20           This is Stewart Rhodes -- it's the leader of the

21   conspiracy -- recruiting other members who, by the way, join

22   a go-to meeting with him a few days later to discuss these

23   very principles and others.

24           THE COURT:  Are there subsequent statements that

25   sort of follow up on some of the statements we've seen this

1   afternoon?

2           MR. EDWARDS:  So just to answer your specific

3   question as to whether Mr. Meggs had responded and was kind

4   of agreeing, he did respond with the word "us."

5           THE COURT:  Oh, right.  You're right.

6           MR. EDWARDS:  So I just wanted to clarify that.

7           THE COURT:  But that wasn't --

8           MR. EDWARDS:  That was one of the -- it was not

9   the -- so if you were referring to the Serbian plan

10  message --

11          THE COURT:  Right.  It was the earlier one.

12          MR. EDWARDS:  Similar timeframe, though, I believe

13  on the same day, like -- I can clarify that.

14          If your Honor could just repeat the other question

15  you asked.  I apologize.

16          THE COURT:  Whether there are statements in the

17  ensuing days, communications among Mr. Rhodes and others who

18  have been charged, that sort of follow up on some of what

19  Mr. Rhodes has said here on the 7th.

20          MR. EDWARDS:  Yes.  There are a number of messages

21  Stewart Rhodes made to that same Signal chat on November 7th

22  and I believe 8th.  I just want to, before I say that,

23  clarify.

24          I'm sorry.  Mr. Meggs is then contributing to that

25  chat on the 8th, the very next day.

1    And then that builds into the November 9th go-to

2    meeting day, which is the day there's a -- you know, the

3    go-to meeting is had with Mr. Rhodes, and Mr. Meggs and

4    others all participate on this conference call.

5    And so it's the Government's position that --

6    again, in *United States versus Smith*, Judge Learned Hand

7    talked about the lunacy of discussing whether or not

8    something happened within the timeline of the conspiracy or

9    before.  It talked -- he specifically articulated that even

10   if it's outside the charged timeline of the conspiracy, the

11   ultimate question for the judge to answer is:  Is it

12   relevant and is it relevant to the formation of this

13   conspiracy?

14   And so the Government's position is this is not

15   close.  There are cases that exist that we've sent to the

16   Court where they discuss evidence that occurred six months

17   before, two years before.  And to -- this is -- we're

18   talking in the timeline of the charged conspiracy.  It is

19   November 2020.

20   THE COURT:  All right.  So let's leave it here for

21   now, which is, let me take a look at the cases this evening

22   and I'll give you a final ruling in the morning.  Okay?

23   MR. EDWARDS:  And, your Honor, if I could just

24   highlight one additional point, your Honor's ruling earlier

25   on the September statement from Mr. Meggs, which involved

1    the training.

2              THE COURT:  The what?

3              MR. EDWARDS:  The training.  He sent a

4    photograph --

5              THE COURT:  Right.

6              MR. EDWARDS:  -- which I believe he said his was a

7    good training.

8              If I understood your Honor's ruling earlier, it

9    was at least coming in against Mr. Meggs.  We just would

10   reiterate -- the Government's point on this is that it

11   should be considered as to the whole of the conspiracy

12   later, given the fact that he sends this out in November --

13   January 5th, refers back to this point -- and I'd like to

14   cite just one case that highlights this concept -- it's

15   *United States versus Del Purgatorio*, 411 F.2d 84 -- for this

16   idea that when there is evidence that predates the charged

17   conspiracy that can bring into context evidence that existed

18   within the conspiracy, that evidence can come in as evidence

19   of that conspiracy.

20             In that case, it was the relevance of a specific

21   number and an association among the principals of the

22   conspiracy.

23             We'd argue it's the same concept here.  He sends

24   out to his co-conspirators a link that is a mash-up of

25   photos and videos that include the training they did in

1    September in which he actually sent that message to the same

2    co-conspirators.

3              THE COURT:  Okay.  Well, let's then deal with this

4    last category that Mr. Woodward has identified:  statements

5    by those not alleged to be co-conspirators solely for

6    context.

7              MR. WOODWARD:  Your Honor, I think we actually

8    blew through most of those.

9              THE COURT:  Okay.  I thought there were 300 of

10   these.

11             MR. WOODWARD:  So I just -- because I don't assume

12   that your Honor will hear me again on this tomorrow morning,

13   I do want to raise three factual points.

14             THE COURT:  Well, wait a minute.  Are we not then

15   dealing with Category 3?

16             MR. WOODWARD:  I don't know -- I don't think we --

17   let me make sure we need to.  I think that all of the

18   statements that I was referring to have now come in.

19             THE COURT:  So let me be very clear about this on

20   the record.

21             You have told me that there are 300 statements

22   that fit into one of these three categories.  There were not

23   300 statements admitted this morning.  So are you telling me

24   that the motion *in limine* you filed is limited to the

25   statements that were filed -- that were introduced into

1    evidence this afternoon?

2        MR. WOODWARD:  No.  The motion *in limine* was

3    limited to the evidence that we anticipate being admitted

4    this week.

5        THE COURT:  Okay.  So have we then -- I mean, is

6    there anything more to talk about, then, with respect to

7    these three categories?  I mean, this is sort of a

8    prospective discussion.  In other words, I thought we were

9    trying to resolve the admissibility of evidence moving

10   forward, not just what was admitted this afternoon.

11       MR. WOODWARD:  The messages that will come in in

12   the following weeks fall within these three categories, yes.

13   But the Government and defense counsel's expectation is that

14   your initial rulings were going to clarify for counsel what

15   is worth bringing to the Court's attention and not, because

16   we're not going to object to every single statement and have

17   you overrule us.  We simply wanted to clarify what the

18   Court's position would be, for example, with respect to the

19   admission of preplanning.

20           There are other statements from other individuals

21   later on in the timeframe, later November, December, even

22   early January, that we would submit are evidence of

23   preplanning, not evidence formally in furtherance of the

24   conspiracy, because the Government has not established

25   through independent evidence at that time a co-conspirator

1      having adopted the conspiracy.

2              However, we accept the Government's

3      characterization of that -- of those statements as evidence

4      of preplanning.

5              THE COURT:  Okay.

6              MR. WOODWARD:  Your Honor, three factual

7      clarifications:  The statement by Mr. Meggs cited by the

8      Government comes before Mr. Rhodes's statements concerning

9      the Serbian.

10             THE COURT:  Right.  It was a few days before.

11             MR. WOODWARD:  In addition, Mr. Rhodes was not

12     then the leader of the Florida Oath Keepers.  He did not

13     become --

14             THE COURT:  You mean Mr. Meggs?

15             MR. WOODWARD:  Mr. Meggs.

16             THE COURT:  Oh, it wasn't until December.

17             MR. WOODWARD:  Yes, sir.

18             THE COURT:  But he was on the chat.

19             MR. WOODWARD:  And we do not believe he was on the

20     chat, but I will confirm that.

21             THE COURT:  On November 7th, he wasn't on the

22     chat?

23             MR. WOODWARD:  He wasn't on that specific chat

24     that the Government was citing to.

25             THE COURT:  I'm talking about the leadership op

```
 1    chats.
 2              MR. WOODWARD:  Yes, your Honor.  The old
 3    leadership -- the chat called old leadership --
 4              THE COURT:  Right.
 5              MR. WOODWARD:  -- he was not on that chat at the
 6    time that the message was sent.
 7              THE COURT:  I thought the agent testified -- maybe
 8    I'm misrecollecting -- that Mr. Meggs was on the old
 9    leadership chat as of November the 7th.
10              MR. WOODWARD:  And I have a note to myself to
11    confirm that, because I may -- that may come up in
12    cross-examination.
13              THE COURT:  Okay.  He did testify to that?
14              MR. WOODWARD:  I --
15              THE COURT:  Am I --
16              MR. EDWARDS:  I think he did testify to that, your
17    Honor.
18              THE COURT:  That's what I thought.  Okay.
19              MR. EDWARDS:  Specifically, to the fact that
20    Mr. Meggs was on the chat and responded?  Yes.
21              THE COURT:  Right.
22              MR. EDWARDS:  Yes.
23              THE COURT:  Because he responded on the 4th and he
24    was in that chat.  It was the leadership chat.  So, yes --
25    okay.  So he's on that leadership string.
```

1    MR. WOODWARD:  I guess my point is that I'm not

2    sure that he received the message in question that we're

3    challenging the -- I'm not sure.

4    THE COURT:  Okay.  I mean, if you've got some

5    evidence that he exited the chat between the 4th and the

6    7th, I'm happy to hear it.  But if there's no such evidence,

7    I'd assume he was on the chat because he was on it three

8    days earlier.

9    MR. WOODWARD:  I only flag it insofar as your

10    Honor is going to make a ruling that it is not admissible as

11    against co-conspirators, but it would be admissible --

12    THE COURT:  Okay.

13    MR. WOODWARD:  -- against Mr. Meggs because he --

14    the effect on the listener or he otherwise adopted it.

15    THE COURT:  Okay.  So what's Point 3?

16    MR. WOODWARD:  That was it for me.  I lost track

17    of the numbers, sir.

18    THE COURT:  Okay.  All right.

19    MR. EDWARDS:  It might be helpful -- we had a

20    response at least to the third bucket.  I don't know if

21    Mr. Woodward wants to address the third bucket, because it

22    does cover some -- I mean, it was a broad category that

23    included third-party statements for context.

24    THE COURT:  Well, this is to the point I was

25    trying to make earlier, which is it's very hard to make

1    these kind of calls in context -- I mean, in a vacuum.  I

2    mean, I think my general impression, which I think is

3    consistent with the case law, is if there are statements of

4    third parties surrounding the statements of co-conspirators

5    or Defendants, that provide context for the statement of the

6    Defendant, then those are admissible.

7         Now, I suppose there's an open question, depending

8    upon what the statement is, whether it is a co-conspirator

9    statement.  So, for example, if a co-conspirator is

10   reporting to a third party about what the conspiracy is

11   doing, but the third party isn't part of the conspiracy,

12   then maybe that's not a co-conspirator statement and only is

13   admissible as to the Defendant.  But absent looking at that

14   statement, that's not a call I can make.

15        MR. WOODWARD:  Right.  And I appreciate the

16   position that defense counsel has put your Honor in by not

17   bringing you 800 -- or 362 chats in advance of trial.

18        I think, to think out loud, this may not be a case

19   where we ask you for limiting instructions throughout the

20   course of the trial.

21        THE COURT:  You will or will not?

22        MR. WOODWARD:  Will not.

23        THE COURT:  Okay.  Maybe I'm misunderstanding.

24   You will not ask for repeated motions -- limiting

25   instructions or any limiting instruction at any point?

1        MR. WOODWARD:  Repeated limiting instructions

2    every time a statement is admitted as against one Defendant

3    only.

4        THE COURT:  Okay.  Well, what I would -- as I

5    said, what I had intended to do -- because, frankly, I don't

6    know how many of these there are.  But to the extent that we

7    have them, I'm happy to give the limiting instruction at

8    that point.

9        And if it becomes a habit, then I'll just -- you

10   know, that's the reason for some summary document that we

11   can send back to the jury that reflects that issue so they

12   themselves have something like that that reflects the

13   rulings of the Court and the agreement of the parties as to

14   who the evidence is admissible against.

15       MR. WOODWARD:  I think your Honor mentioned that

16   this morning, and defense counsel discussed it.  We think

17   it's virtually impossible for your Honor to give limiting

18   instructions in a manner -- say, 160 chats.  Right?  And so

19   while the course is typically to do that when the jury is

20   hearing the statement so that it registers in their mind in

21   that way, this may not be the appropriate case for that

22   approach.

23       THE COURT:  Okay.

24       MR. WOODWARD:  If I may.

25       THE COURT:  Thank you.

1          Just quickly -- I mean, look, this motion *in*

2     *limine* to preclude the Government's usage of certain terms

3     at trial, the terms that you all wanted excluded, I think a

4     number of you said those terms in your opening, so I'm not

5     sure the motion continues to have the weight perhaps it had

6     when it was filed.

7          Now, you know, we'll see what particular witnesses

8     say and if you have an objection; but, you know, I just

9     wanted to note that, that some of those words were used that

10    you all had asked to be precluded.

11         All right.  There is now this sealed motion at

12    357, and perhaps we can talk about this without emptying the

13    courtroom.  Can we all agree to do that in a -- in a

14    high-level way?

15              THE COURT REPORTER:  Judge, is this sealed?

16              THE COURT:  No.  This is not sealed.

17         Mr. Bright, what are you specifically seeking?  I

18    mean, these are materials that I ordered disclosed based

19    upon my review of them?

20              MR. BRIGHT:  I'm so sorry, your Honor.  Are we on

21    my addendum to the motion to compel?

22              THE COURT:  Correct.

23              MR. BRIGHT:  May I approach?

24              THE COURT:  Yes.

25              MR. BRIGHT:  Thank you, sir.

1          We went ahead and filed --

2          THE COURT:  And just, again, be mindful we're on

3     the public record.

4          MR. BRIGHT:  Absolutely.  Without question.  So

5     this dovetails kind of on what I believe was discussed at

6     the original motion to compel that then led to a discussion

7     of others that you would then look at in camera.

8          And I believe Ms. Rakoczy -- I don't want to speak

9     out of turn, your Honor, but two weeks ago --

10         THE COURT:  I mean, I know what the history is

11    so --

12         MR. BRIGHT:  Okay.

13         THE COURT:  -- the question is:  What are you

14    asking for at this point?  Because these are things that I

15    reviewed in camera --

16         MR. BRIGHT:  Yes.

17         THE COURT:  -- and ordered disclosed.

18         MR. BRIGHT:  Yes.

19         THE COURT:  So you're now asking for something on

20    top of that.  So tell me what that is.

21         MR. BRIGHT:  I believe the motion states that we

22    were asking to have you further -- order a further

23    disclosure of the -- under a protective order is fine, so we

24    are willing not to disclose it, but the information in the

25    binders that was given to us has what I would argue is some

1    fairly exculpatory information regarding --

2             THE COURT:  I know what the --

3             MR. BRIGHT:  We need to know if that individual is

4    somebody who we know that we need to be able to subpoena,

5    whether it's on the Government's witness list or not.

6             THE COURT:  So are you asking me for the identity

7    of the human source?

8             MR. BRIGHT:  I am, sir.

9             THE COURT:  Do you not have that?

10            MR. BRIGHT:  No.  It was blacked out on everything

11   that we reviewed.

12            THE COURT:  Okay.  All right.  So is there any

13   objection to providing the -- to identifying who that source

14   is?

15            MS. RAKOCZY:  Yes, your Honor.  We could file

16   something brief on that tonight.  But it's not a person

17   who's on anyone's witness list and we don't have reason to

18   think that that person has further information pertinent to

19   this case.

20            And we're happy to supplement that, though, if you

21   would give us leave, in a very brief way.

22            THE COURT:  Sure.  I mean, you don't have to

23   necessarily -- maybe I'm misunderstanding what Mr. Bright is

24   asking for and what you're saying, which is, there were

25   reports, summary reports, of what a human source told an

 1    agent.  I ordered that disclosed.

 2              I thought I heard Mr. Bright say:  I'd like to

 3    know who that source is so that we can, A, know if the

 4    Government is calling the person so we can use it for

 5    cross-examination; and, B, even if it's not in the

 6    Government's case, that may be somebody that we'd like to

 7    call in our case in chief.  So I need to know who that is.

 8              And the Government's position is that you're not

 9    prepared to disclose who that is to the defense subject to a

10    protective order?

11              MS. RAKOCZY:  Yes, your Honor.

12              THE COURT:  Okay.  So we'll have to hash it out,

13    depending upon what they file and their reason for why they

14    want to withhold the identity.

15              MR. BRIGHT:  Yes, your Honor.

16              THE COURT:  I think I kind of know what they're

17    going to say, but we'll have to see what --

18              MR. BRIGHT:  And I would state that the manner in

19    which the reports were written -- there are, obviously, a

20    series of reports.  There may be ten.  The only ones we were

21    interested in were the one -- and it's addressed in the

22    motion under seal -- in the very first one, and then the

23    last two reports regarding the events that we need to find

24    out about.

25              THE COURT:  Right.  Right.

```
1           MR. BRIGHT:  It was difficult to tell from the

2    writing of those whether those two reports were the same CHS

3    or whether there could have been two.  Just to clarify, so

4    kind of what we're looking for is either one and one or one

5    and two.

6           THE COURT:  Right.  Well, Ms. Rakoczy can clarify

7    that for us either now or in her -- in whatever papers the

8    Government files.

9           MS. RAKOCZY:  Yes, your Honor.  I think in the

10   papers would be better so I don't speak incorrectly.

11          THE COURT:  Okay.  That's fine.

12          Look, I also don't think this is a front-burner

13   issue in the sense that, I mean, if the person is not in the

14   Government's case in chief, then it seems to me that there's

15   probably limited availability to use the information.  But

16   let's get it resolved sooner rather than later.

17          MR. BRIGHT:  Obviously, your Honor, I'll refrain

18   from any thoughts and comments until I get what they will be

19   filing.

20          Thank you, sir.

21          THE COURT:  Thank you.

22          MR. NESTLER:  Just something very small on the

23   record.

24          Juror 1262 this morning, your Honor, indicated he

25   had a spouse who worked for the civil division at the
```

 1    Department of Justice in the federal programs branch.  We

 2    checked his questionnaire.  I believe his spouse or partner

 3    works for the federal courts branch, or the national courts

 4    branch at the civil division.  I only say that because some

 5    members of the prosecution team may have family who work for

 6    the federal programs branch.  I wanted to make clear this is

 7    a different branch of the civil division that this juror's

 8    spouse works for.

 9              THE COURT:  Okay.

10              MR. NESTLER:  Thank you.

11              THE COURT:  Thank you.

12              MR. LINDER:  Your Honor, if I could clear up one

13    thing on the motion *in limine*.  The motion *in limine* --

14              THE COURT:  Everyone, just for the benefit of our

15    court reporters, who are working hard here, please don't

16    begin your arguments until you've arrived at a microphone,

17    whether you're at the table or at the podium.  I understand

18    it takes some getting used to.

19              MR. LINDER:  Thank you, your Honor.

20              The confusion -- and I apologize for the confusion

21    on the motion *in limine*.  The motion *in limine* on the terms

22    of art that has been used in the media to describe our

23    clients -- the motion *in limine* was to prevent the

24    Government from coming in and saying that, in opening:

25    These people are racist; they're, you know, anti-government.

1      We fully understand there's going to be witnesses

2   that come in and say in their opinions they think these

3   things about them, which was why I wanted to address it in

4   opening.  But I believe you might not have had all that

5   information.

6          THE COURT:  Okay.

7          MR. LINDER:  It was to prevent them from labeling

8   them that, as the media has done.

9          THE COURT:  Okay.

10          MR. LINDER:  So...

11          THE COURT:  Okay.  Well, I don't know that we

12   would spend the time.

13          Mr. Woodward?

14          MR. WOODWARD:  I'd also request clarification on

15   the motion for a Rule 15 deposition.  We're not continuing

16   the trial.  We still want the deposition.  The Government

17   has advised that they will not agree to do the deposition.

18   And so -- we can make it happen in the next few weeks, and

19   so I can file a motion for reconsideration that omits the

20   piece about continuing the trial.

21          THE COURT:  You don't have to refile anything.

22          I mean, look, I have to tell you, Mr. Woodward,

23   based on the Defendants' openings -- and as I sort of

24   observed earlier -- it's not at all clear to me that this

25   witness has terribly unique information.  And we've already

1    heard commitments from defense counsel -- at least two --

2    that their clients will be testifying; in particular,

3    Mr. Rhodes, who will undoubtedly be able to supply the very

4    information that you want to get from this witness.

5         Now, in fairness, Mr. Rhodes can be

6    cross-examined.  He has, you know, certain incentives that

7    perhaps a third party does not.  I get all that.

8         On the other hand, I think everything you've

9    suggested is largely uncontested, which is that, you know,

10   they provided security; they've done it for years.  They've

11   worked with local law enforcement sometimes to do that.  I

12   don't know that any of that is going to be contested by the

13   Government when Mr. Rhodes testifies.  And, frankly, you'll

14   probably get it out on cross-examination before he does

15   testify.

16        MR. WOODWARD:  I think, your Honor, that -- of

17   course, we reserve our prerogative on how to present the

18   evidence, just as the Government does in their case in

19   chief.

20        And so our ask and our desire is to present at

21   least some of that evidence through an individual that has

22   not been charged, is not otherwise alleged to be part of the

23   conspiracy and, as you point out, does not have any motive

24   to provide testimony that is helpful to these Defendants.

25        We don't believe it is an imposition to take his

1    testimony.

2            You know, and something that I think Mr. Linder

3    suggested:  I couldn't identify a rule that would allow us

4    to do his testimony remotely, but we're open to that.  And

5    short of that, we don't think we would need long with him.

6    And we have a few days coming up when we're not otherwise

7    sitting in trial.  So we can make all the arrangements and

8    would ask --

9            THE COURT:  Look, I mean, talk to the Government.

10   If they're going to object, let me know tomorrow.  I'll

11   rule.

12           Look, the bottom line is I've got a lot of

13   flexibility on this.  This does come very late, you know.

14   That in and of itself could be reason to deny it.  I mean,

15   you know, we've already started trial.  This is something

16   that you've known about for at least two weeks, and probably

17   potentially even longer -- potentially could have known

18   about it through your client.

19           But talk to them.  You know, if they are prepared,

20   for example, to do a remote deposition so that people don't

21   have to travel, and the gentleman would be available, I

22   mean, that's admissible.  I mean, he doesn't have to testify

23   live.  But so long as his testimony is subject to

24   cross-examination, it seems to me -- I mean, I have taken

25   remote deposition testimony and had it admissible in a case

 1    before.  I don't think that's a problem.

 2           What is a problem is live testimony that's remote.

 3    That's the problem.

 4           MR. WOODWARD:  Yeah.  We'll talk to the

 5    Government.

 6           THE COURT:  All right.

 7           MR. WOODWARD:  Thank you, sir.

 8           THE COURT:  Okay.  Anything else?

 9           MR. FISCHER:  Very briefly, your Honor.

10           The defense would request at least another

11    table --

12           THE COURT:  I've asked.  I've asked.

13           MR. FISCHER:  Thank you.

14           THE COURT:  Mr. Fischer, while you're up there,

15    there was a request from pretrial services filed last week,

16    because Mr. Caldwell is geographically here, to remove him

17    from, I think, the ankle monitor.

18           Does the Government have any objection to that

19    based upon request by pretrial?

20           MR. NESTLER:  No, your Honor.  Not for the

21    duration of the trial.

22           THE COURT:  Okay.  So -- I don't know that we have

23    a pretrial officer here, but I'll post something that

24    reflects that it's okay to have the monitor taken off of him

25    while he's in trial.

1          MR. FISCHER:  Thank you, your Honor.

2          THE COURT:  Okay?  Anything else?

3          We'll see everybody -- we'll start at 9:30.

4   Again, text Mr. Douyon if there are preliminary matters that

5   anybody wants to raise so we can get started before 9:30.

6   Thank you very much.  Have a good night, everybody.  Please

7   don't wait for me.

8          (Proceedings concluded.)

1          **<u>CERTIFICATE</u>**

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10             Dated this 3rd day of October, 2022.

11

12         <u>/s/ Lisa Edwards, RDR, CRR</u>
           Official Court Reporter
13         United States District Court for the
             District of Columbia
14         333 Constitution Avenue, Northwest
           Washington, D.C. 20001
15         (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'** '

**'from** [1] - 1307:9
**'The** [1] - 1307:2
**'what** [1] - 1334:10

**/**

**/s** [1] - 1378:12

**0**

**08077** [1] - 1187:10

**1**

**1** [14] - 1246:18,
1291:20, 1291:25,
1292:7, 1294:17,
1299:13, 1302:5,
1302:24, 1303:12,
1304:15, 1314:3,
1334:11, 1341:7
**1.S.696.12971.W** [1]
- 1333:14
**10** [3] - 1264:25,
1272:10, 1307:16
**100** [8] - 1192:14,
1221:15, 1222:3,
1223:20, 1224:7,
1243:14, 1244:7,
1244:9
**104** [1] - 1354:13
**1050** [6] - 1264:18,
1265:1, 1267:11,
1270:20, 1270:23
**1050.1** [9] - 1188:13,
1265:4, 1265:5,
1265:9, 1265:10,
1265:18, 1265:22,
1265:25, 1266:22
**1051** [5] - 1271:1,
1271:14, 1279:4,
1279:7, 1280:1
**1051.1** [8] - 1188:14,
1271:13, 1271:18,
1271:21, 1271:22,
1272:2, 1272:7,
1280:23
**1051.3** [9] - 1188:15,
1280:14, 1280:18,
1281:13, 1281:17,
1281:18, 1281:21,
1281:22, 1281:25
**1056** [3] - 1286:14,
1286:17, 1286:20
**1056.0926.0226** [6] -

1188:16, 1287:21,
1288:5, 1288:8,
1288:10, 1288:15
**1191** [1] - 1188:3
**11:00** [1] - 1263:4
**11:14** [1] - 1307:17
**12** [2] - 1264:6,
1291:25
**12,106** [2] - 1302:7,
1303:3
**12,106th** [1] - 1302:8
**12,107** [1] - 1303:6
**1228** [1] - 1188:4
**1254** [1] - 1188:9
**1261** [1] - 1188:13
**1262** [1] - 1371:24
**1265** [1] - 1188:13
**1268** [1] - 1188:14
**1271** [1] - 1188:14
**1281** [1] - 1188:15
**1285** [1] - 1188:15
**1288** [1] - 1188:16
**12:19** [1] - 1339:21
**12:21** [1] - 1331:16
**12th** [3] - 1196:3,
1213:6, 1220:13
**13** [1] - 1336:2
**130** [1] - 1187:9
**1300** [1] - 1188:16
**1316** [1] - 1188:17
**1322** [1] - 1188:17
**1330** [1] - 1188:18
**14** [1] - 1264:7
**141** [1] - 1187:9
**142** [1] - 1294:14
**143** [2] - 1310:24,
1322:1
**14th** [7] - 1195:21,
1200:6, 1201:8,
1201:11, 1202:8,
1213:7, 1232:3
**15** [3] - 1222:5,
1279:24, 1373:15
**150** [1] - 1311:24
**1511** [1] - 1253:5
**1532** [1] - 1289:23
**16** [1] - 1280:5
**160** [1] - 1366:18
**1653** [7] - 1188:14,
1268:6, 1268:9,
1268:12, 1268:13,
1268:15, 1268:24
**17** [2] - 1305:6,
1337:13
**17110** [1] - 1187:13
**1776** [1] - 1307:2
**17th** [4] - 1200:5,
1202:20, 1321:3,
1321:16

**1808** [1] - 1187:3
**1913** [1] - 1251:2
**192** [3] - 1321:6,
1321:10, 1321:15
**1960s** [1] - 1204:17
**1980** [1] - 1211:5
**1990s** [2] - 1211:5,
1332:23
**19th** [6] - 1198:17,
1218:5, 1218:9,
1218:15, 1284:5,
1284:19
**1:20:22** [1] - 1302:19
**1:33** [1] - 1186:7
**1:35** [2] - 1190:18,
1303:10
**1:39:46** [1] - 1304:4
**1:42** [1] - 1305:6

**2**

**2** [3] - 1210:12,
1246:18, 1303:12
**20** [8] - 1198:22,
1200:1, 1210:14,
1215:22, 1215:25,
1235:14, 1339:11
**2000** [1] - 1313:14
**20001** [2] - 1187:20,
1378:14
**2001** [1] - 1262:8
**20010** [1] - 1187:3
**2002** [1] - 1255:14
**2003** [1] - 1313:13
**20036** [1] - 1187:6
**2019** [2] - 1196:16,
1231:8
**202** [2] - 1187:21,
1378:15
**2020** [33] - 1195:21,
1199:20, 1201:15,
1202:8, 1248:12,
1275:17, 1275:19,
1289:9, 1289:10,
1289:12, 1289:14,
1294:6, 1294:7,
1294:18, 1294:19,
1301:12, 1302:14,
1305:6, 1306:16,
1311:1, 1314:14,
1317:8, 1322:4,
1323:13, 1323:14,
1324:10, 1327:6,
1327:8, 1331:3,
1335:19, 1335:23,
1358:19
**2021** [14] - 1198:17,
1200:5, 1200:6,
1255:21, 1262:8,

1275:18, 1284:5,
1284:19, 1286:6,
1286:10, 1287:8,
1291:23, 1321:4,
1321:16
**2022** [2] - 1186:6,
1378:10
**20530** [1] - 1186:21
**20579** [1] - 1186:18
**20th** [2] - 1248:4,
1248:12
**21061** [1] - 1187:16
**22** [6] - 1214:20,
1284:8, 1284:12,
1284:17, 1284:22
**22-00015** [1] - 1186:3
**22.V.2** [6] - 1188:15,
1285:5, 1285:12,
1285:15, 1285:16,
1285:21
**244** [1] - 1249:25
**25** [1] - 1203:12
**2:00** [2] - 1287:14,
1287:16
**2:26** [1] - 1287:25
**2:40** [1] - 1235:9
**2:54** [1] - 1241:22

**3**

**3** [7] - 1186:6,
1246:18, 1246:22,
1303:13, 1304:2,
1360:15, 1364:15
**30** [4] - 1235:14,
1300:25, 1327:2,
1328:10
**300** [5] - 1202:4,
1243:2, 1360:9,
1360:21, 1360:23
**3000** [7] - 1284:3,
1291:14, 1291:18,
1291:19, 1309:15,
1320:8, 1321:2
**303** [1] - 1187:9
**30th** [1] - 1233:18
**3300** [1] - 1186:24
**333** [2] - 1187:19,
1378:14
**354-3269** [2] -
1187:21, 1378:15
**357** [1] - 1367:12
**36** [1] - 1203:9
**362** [1] - 1365:17
**3:05** [1] - 1253:9
**3:15** [1] - 1241:19
**3:20** [1] - 1254:11
**3:30** [1] - 1256:9
**3rd** [15] - 1218:11,

1218:22, 1218:25,
1233:9, 1289:14,
1290:3, 1290:12,
1291:23, 1294:6,
1294:18, 1310:25,
1314:14, 1322:4,
1325:21, 1378:10

**4**

**4** [3] - 1186:10,
1303:14, 1304:2
**40** [2] - 1235:14,
1327:2
**4031** [1] - 1187:12
**411** [1] - 1359:15
**46th** [1] - 1331:18
**4:00** [2] - 1287:15,
1287:16
**4:30** [1] - 1257:4
**4th** [7] - 1294:7,
1301:12, 1302:14,
1305:6, 1305:13,
1363:23, 1364:5

**5**

**5** [2] - 1303:22,
1304:24
**52** [1] - 1267:7
**5:00** [3] - 1254:1,
1339:8, 1340:23
**5:52** [1] - 1326:6
**5th** [5] - 1212:10,
1248:22, 1294:18,
1307:17, 1359:13

**6**

**60-something-year-
old** [1] - 1231:3
**601** [2] - 1186:17,
1187:5
**6605** [7] - 1188:13,
1260:9, 1260:12,
1261:14, 1261:16,
1261:18, 1261:23
**661.A** [1] - 1314:4
**6615** [1] - 1330:14
**6615.A** [9] - 1188:16,
1294:14, 1295:1,
1295:3, 1295:4,
1297:4, 1299:3,
1299:8, 1299:9
**6615.B** [8] - 1188:18,
1327:13, 1327:22,
1330:6, 1330:16,
1330:18, 1330:22,

1380

1330:23
  **6615.E** [1] - 1336:2
  **6616.A** [6] - 1188:17,
1310:21, 1311:3,
1316:5, 1316:10,
1316:15
  **6617.A** [7] - 1188:17,
1321:25, 1322:8,
1322:12, 1322:16,
1322:20, 1322:22
  **6706** [1] - 1187:20
  **696** [1] - 1302:6
  **696th** [1] - 1302:6
  **6:21** [1] - 1337:9
  **6th** [43] - 1192:14,
1194:9, 1194:13,
1198:18, 1199:13,
1204:11, 1205:4,
1211:14, 1211:21,
1212:1, 1212:14,
1213:15, 1215:7,
1217:17, 1218:3,
1218:14, 1219:5,
1220:25, 1221:23,
1227:20, 1232:5,
1232:6, 1232:8,
1233:8, 1233:18,
1237:14, 1255:21,
1255:23, 1262:8,
1263:21, 1282:23,
1286:6, 1286:10,
1287:8, 1287:13,
1287:25, 1289:9,
1323:13, 1323:14,
1347:6, 1356:2,
1356:4

## 7

  **7** [5] - 1266:9,
1305:11, 1309:25,
1310:2, 1310:7
  **7-0** [2] - 1258:17,
1258:18
  **7.D-1002** [1] -
1311:24
  **70** [3] - 1258:16,
1259:1, 1259:4
  **700** [1] - 1186:25
  **7310** [1] - 1187:15
  **75219** [1] - 1186:25
  **77** [1] - 1310:23
  **7:11** [2] - 1314:25,
1315:1
  **7:30** [2] - 1258:11,
1262:5
  **7:45** [1] - 1262:5
  **7th** [20] - 1218:11,
1263:5, 1263:9,

1317:9, 1327:8,
1327:9, 1329:13,
1331:3, 1331:13,
1331:15, 1335:19,
1335:23, 1335:24,
1337:9, 1339:21,
1357:19, 1357:21,
1362:21, 1363:9,
1364:6

## 8

  **8** [1] - 1328:21
  **80** [1] - 1259:3
  **800** [1] - 1365:17
  **801(d)(2)(E** [6] -
1244:16, 1343:9,
1343:18, 1343:22,
1347:17, 1351:7
  **801(d)(2)(E)** [2] -
1342:19, 1343:7
  **84** [1] - 1359:15
  **85** [1] - 1259:3
  **8th** [5] - 1201:15,
1263:9, 1263:10,
1357:22, 1357:25

## 9

  **900** [1] - 1187:6
  **902(11** [1] - 1271:16
  **926** [1] - 1287:18
  **927** [1] - 1287:24
  **950** [1] - 1186:20
  **96** [1] - 1253:4
  **9:00** [1] - 1248:22
  **9:05** [1] - 1305:14
  **9:16** [1] - 1306:21
  **9:30** [2] - 1377:3,
1377:5
  **9th** [10] - 1231:25,
1233:9, 1317:8,
1322:4, 1324:9,
1325:12, 1325:22,
1326:6, 1327:6,
1358:1

## A

  **a.m** [5] - 1248:22,
1302:19, 1303:10,
1304:4, 1307:17
  **ability** [2] - 1280:13,
1378:7
  **abject** [2] - 1192:14,
1307:13
  **able** [12] - 1201:25,
1222:22, 1223:3,

1233:15, 1237:16,
1252:9, 1256:11,
1279:12, 1298:6,
1325:15, 1369:4,
1374:3
  **above-board** [1] -
1222:7
  **absent** [4] - 1208:22,
1348:16, 1350:1,
1365:13
  **absolute** [3] -
1192:14, 1214:6
  **absolutely** [3] -
1196:21, 1210:24,
1368:4
  **Academy** [2] -
1255:16, 1255:17
  **accept** [7] - 1236:5,
1237:22, 1307:25,
1332:14, 1337:22,
1350:24, 1362:2
  **accepted** [3] -
1238:22, 1255:17,
1347:24
  **access** [2] - 1225:17,
1225:21
  **account** [8] -
1313:11, 1315:17,
1319:12, 1319:16,
1319:17, 1322:3,
1323:1, 1346:24
  **accounts** [1] -
1240:20
  **accurate** [6] -
1262:9, 1271:10,
1271:11, 1315:25,
1316:2, 1378:4
  **acknowledge** [2] -
1244:19, 1337:22
  **acquaintance** [1] -
1323:9
  **acquired** [3] -
1292:16, 1292:21,
1292:25
  **acquisition** [2] -
1284:14, 1310:4
  **acronym** [1] -
1305:24
  **act** [3] - 1191:21,
1351:1, 1352:2
  **Act** [1] - 1236:24
  **acted** [1] - 1356:1
  **Action** [1] - 1186:3
  **action** [1] - 1346:14
  **actions** [4] -
1234:12, 1240:21,
1344:11, 1346:25
  **active** [1] - 1194:19
  **activity** [3] - 1234:14,
1329:17, 1329:23

acts [2] - 1230:9,
1355:10
  **actual** [1] - 1256:25
  **Adams** [1] - 1204:18
  **add** [3] - 1227:14,
1249:12, 1303:17
  **addendum** [1] -
1367:21
  **addition** [4] - 1346:9,
1346:15, 1354:3,
1362:11
  **additional** [3] -
1190:2, 1326:2,
1358:24
  **address** [5] -
1256:11, 1308:4,
1353:10, 1364:21,
1373:3
  **addressed** [2] -
1242:12, 1370:21
  **addressing** [2] -
1336:12, 1349:3
  **adhere** [1] - 1240:1
  **Administration** [1] -
1247:2
  **admires** [1] - 1333:5
  **admissibility** [2] -
1343:5, 1361:9
  **admissible** [31] -
1208:20, 1208:25,
1244:3, 1245:3,
1245:13, 1245:16,
1245:22, 1245:23,
1249:6, 1250:17,
1251:25, 1252:14,
1252:15, 1252:18,
1318:8, 1318:16,
1342:14, 1343:9,
1345:2, 1349:9,
1350:5, 1351:8,
1352:16, 1355:6,
1364:10, 1364:11,
1365:6, 1365:13,
1366:14, 1375:22,
1375:25
  **admission** [3] -
1249:5, 1347:24,
1361:19
  **admit** [16] - 1215:15,
1243:15, 1261:16,
1264:17, 1264:19,
1271:16, 1299:3,
1311:3, 1313:7,
1316:4, 1320:14,
1327:22, 1330:4,
1341:16, 1342:18,
1343:6
  **admitted** [24] -
1252:1, 1252:22,
1265:9, 1267:6,

1268:13, 1271:21,
1281:17, 1285:15,
1288:8, 1299:8,
1316:9, 1320:11,
1320:18, 1322:11,
1330:17, 1341:12,
1343:17, 1346:11,
1350:13, 1351:13,
1360:23, 1361:3,
1361:10, 1366:2
  **admitting** [1] -
1351:17
  **adopted** [3] -
1347:24, 1362:1,
1364:14
  **adoption** [1] - 1329:6
  **advance** [5] -
1252:6, 1252:7,
1325:21, 1356:3,
1365:17
  **advice** [4] - 1328:21,
1334:7, 1338:2,
1347:9
  **advised** [1] -
1373:17
  **advocating** [1] -
1339:1
  **affiliation** [2] -
1273:2, 1273:4
  **afford** [1] - 1202:4
  **aftermath** [1] -
1231:10
  **AFTERNOON** [1] -
1186:5
  **afternoon** [1] -
1241:18, 1242:5,
1251:12, 1254:24,
1254:25, 1256:9,
1287:13, 1324:10,
1357:1, 1361:1,
1361:10
  **afterwards** [1] -
1290:21
  **age** [1] - 1214:11
  **agencies** [1] -
1306:8
  **agenda** [1] - 1304:7
  **Agent** [63] - 1203:25,
1204:1, 1204:21,
1207:6, 1222:12,
1242:13, 1254:16,
1254:18, 1256:4,
1260:11, 1260:15,
1261:22, 1263:2,
1265:24, 1266:25,
1267:20, 1268:23,
1269:15, 1269:22,
1271:4, 1272:12,
1274:25, 1276:19,
1277:20, 1279:2,

1381

1280:4, 1280:22,
1281:25, 1282:17,
1284:21, 1285:25,
1286:8, 1287:7,
1287:23, 1288:18,
1289:7, 1290:10,
1290:14, 1291:7,
1292:10, 1293:6,
1297:8, 1297:10,
1298:2, 1299:16,
1302:10, 1305:24,
1307:15, 1309:6,
1310:11, 1314:6,
1315:14, 1316:18,
1317:24, 1319:8,
1321:18, 1322:25,
1327:4, 1331:2,
1335:18, 1338:1,
1339:15, 1340:4
  **agent** [13] - 1204:16,
1206:8, 1206:12,
1210:24, 1248:6,
1258:14, 1260:6,
1260:8, 1281:13,
1296:4, 1348:7,
1363:7, 1370:1
  **agents** [10] -
1203:11, 1203:25,
1207:9, 1207:12,
1256:20, 1258:15,
1258:18, 1259:1,
1259:4, 1263:18
  **ago** [5] - 1198:22,
1200:1, 1225:17,
1227:18, 1368:9
  **agree** [16] - 1210:4,
1245:17, 1284:15,
1292:5, 1309:21,
1310:5, 1318:9,
1321:13, 1345:12,
1347:21, 1347:22,
1350:18, 1350:25,
1352:7, 1367:13,
1373:17
  **agreed** [2] - 1286:15,
1291:16
  **agreeing** [1] - 1357:4
  **agreement** [8] -
1342:15, 1343:3,
1343:19, 1344:17,
1344:18, 1352:2,
1355:10, 1366:13
  **agrees** [2] - 1203:18,
1203:23
  **ahead** [12] - 1216:18,
1261:16, 1265:15,
1268:17, 1296:16,
1296:16, 1297:3,
1308:15, 1312:17,
1320:11, 1342:25,

1368:1
  **ahold** [1] - 1240:6
  **aimed** [1] - 1199:21
  **ain't** [1] - 1303:12
  **air** [1] - 1259:19
  **akin** [1] - 1237:25
  **al** [1] - 1186:6
  **ALEXANDRA** [1] -
1186:19
  **aligned** [1] - 1334:25
  **allege** [1] - 1318:23
  **alleged** [17] -
1230:10, 1236:3,
1244:1, 1244:2,
1245:10, 1245:14,
1341:8, 1341:9,
1342:3, 1344:4,
1344:10, 1345:20,
1346:8, 1346:17,
1360:5, 1374:22
  **allegedly** [3] -
1204:10, 1234:7,
1349:16
  **alleges** [1] - 1344:6
  **allow** [4] - 1243:9,
1347:17, 1354:13,
1375:3
  **allowed** [1] - 1202:12
  **almost** [3] - 1204:2,
1210:14, 1263:18
  **alone** [1] - 1194:4
  **Ameri** [1] - 1337:17
  **Ameri-Venezuela** [1]
- 1337:17
  **America** [4] - 1250:1,
1323:22, 1333:5,
1336:10
  **AMERICA** [1] -
1186:3
  **American** [4] -
1195:2, 1222:9,
1279:19, 1304:7
  **American-hating** [1]
- 1304:7
  **Americans** [2] -
1213:13, 1307:3
  **AMIT** [1] - 1186:11
  **amount** [1] - 1260:2
  **Anacostia** [1] -
1226:6
  **analysis** [2] -
1284:11, 1292:1
  **ancestors** [1] -
1335:16
  **AND** [1] - 1187:12
  **angle** [1] - 1266:10
  **ankle** [1] - 1376:17
  **announced** [1] -
1218:8
  **answer** [5] -

1247:20, 1337:22,
1355:17, 1357:2,
1358:11
  **answered** [1] -
1204:25
  **answering** [1] -
1217:15
  **ante** [1] - 1262:2
  **ante-chamber** [1] -
1262:2
  **anti** [1] - 1372:25
  **anti-government** [1]
- 1372:25
  **anticipate** [2] -
1216:10, 1361:3
  **anticipation** [2] -
1351:19, 1353:4
  **antifa** [5] - 1219:22,
1219:25, 1220:1,
1220:3, 1220:11
  **anxious** [1] -
1215:14
  **anytime** [1] -
1232:18
  **anyway** [1] - 1203:2
  **AOC's** [1] - 1194:20
  **apart** [2] - 1329:15,
1342:17
  **apologies** [1] -
1250:10
  **apologize** [7] -
1262:8, 1267:15,
1278:23, 1312:12,
1353:15, 1357:15,
1372:20
  **app** [4] - 1211:17,
1293:19, 1310:18,
1326:24
  **appear** [8] - 1225:2,
1225:3, 1271:9,
1280:25, 1281:7,
1285:7, 1300:3,
1315:25
  **aPPEARANCES** [1] -
1186:13
  **APPEARANCES** [1] -
1187:1
  **appeared** [2] -
1264:12, 1271:5
  **appearing** [1] -
1270:8
  **Apple** [2] - 1192:19,
1291:25
  **applicable** [1] -
1343:23
  **application** [1] -
1293:11
  **applied** [1] - 1339:2
  **apply** [3] - 1309:10,
1309:12, 1315:15

  **appreciate** [5] -
1287:5, 1290:1,
1296:25, 1342:6,
1365:15
  **approach** [6] -
1208:3, 1223:8,
1289:19, 1289:23,
1366:22, 1367:23
  **approached** [2] -
1257:5, 1257:7
  **approaching** [1] -
1339:8
  **appropriate** [1] -
1366:21
  **apps** [2] - 1293:20,
1300:20
  **area** [14] - 1212:13,
1212:17, 1226:15,
1256:16, 1256:18,
1256:19, 1256:20,
1257:9, 1257:11,
1269:22, 1270:3,
1270:13, 1285:25
  **arguably** [5] -
1234:20, 1247:25,
1329:6, 1343:14,
1345:23
  **argue** [7] - 1197:9,
1249:17, 1343:15,
1347:4, 1348:21,
1359:23, 1368:25
  **argued** [1] - 1347:4
  **arguing** [2] -
1343:22, 1348:14
  **argument** [2] -
1205:2, 1211:16
  **arguments** [1] -
1372:16
  **arm** [1] - 1233:14
  **armed** [6] - 1191:11,
1195:9, 1195:25,
1196:5, 1196:19,
1197:5
  **armored** [1] -
1203:12
  **arms** [4] - 1221:25,
1222:1, 1305:22
  **Army** [2] - 1229:1,
1307:11
  **army** [2] - 1203:10,
1207:9
  **Army's** [1] - 1229:2
  **arrangements** [1] -
1375:7
  **arrest** [7] - 1198:23,
1202:18, 1203:4,
1203:14, 1203:19,
1211:8, 1217:11
  **arrested** [5] -
1198:17, 1203:15,

1204:8, 1211:25,
1212:20
  **arresting** [4] -
1204:4, 1204:5,
1206:24, 1215:17
  **arrests** [1] - 1217:3
  **arrived** [2] - 1225:12,
1372:16
  **art** [1] - 1372:22
  **article** [1] - 1200:7
  **articulated** [2] -
1247:12, 1358:9
  **ASAP** [1] - 1339:22
  **ascended** [1] -
1267:25
  **ascending** [2] -
1269:23, 1269:25
  **aside** [2] - 1343:4,
1355:5
  **aspect** [1] - 1342:15
  **assault** [2] - 1221:3,
1221:4
  **assemble** [1] -
1256:20
  **assembled** [2] -
1256:22, 1257:24
  **assign** [1] - 1189:5
  **assigned** [3] -
1255:23, 1257:20,
1257:21
  **assignments** [1] -
1256:17
  **assist** [2] - 1298:8,
1327:10
  **assistant** [1] -
1276:21
  **assisted** [1] -
1321:22
  **assists** [2] - 1260:18,
1261:2
  **associated** [3] -
1228:19, 1230:14,
1300:15
  **ASSOCIATES** [1] -
1187:12
  **association** [4] -
1249:19, 1273:17,
1275:11, 1359:21
  **assume** [10] -
1189:10, 1189:24,
1190:4, 1223:24,
1240:16, 1244:12,
1249:15, 1350:1,
1360:11, 1364:7
  **assumed** [1] -
1253:21
  **assuming** [1] -
1244:11
  **attaches** [2] -
1248:15, 1248:22

1382

**attack** [17] - 1191:11, 1192:4, 1192:11, 1192:13, 1193:9, 1193:18, 1194:14, 1195:7, 1197:24, 1199:1, 1199:19, 1213:3, 1220:11, 1220:23, 1227:22, 1237:12, 1237:13
**attacking** [2] - 1199:7, 1199:21
**attacks** [1] - 1217:3
**attention** [9] - 1243:7, 1255:21, 1263:25, 1309:7, 1310:20, 1319:8, 1340:12, 1341:1, 1361:15
**attire** [1] - 1264:7
**ATTORNEY'S** [1] - 1186:16
**attuned** [1] - 1194:19
**audio** [1] - 1239:14
**audiovisual** [2] - 1260:18, 1261:2
**August** [1] - 1247:24
**authentic** [5] - 1284:16, 1285:7, 1292:6, 1310:6, 1321:14
**authenticate** [2] - 1265:2, 1271:16
**authentication** [1] - 1264:19
**authenticity** [2] - 1283:22, 1295:18
**author** [3] - 1323:3, 1334:2, 1334:6
**authored** [1] - 1346:18
**automatic** [1] - 1203:12
**automatically** [1] - 1240:16
**availability** [1] - 1371:15
**available** [3] - 1263:18, 1339:25, 1375:21
**Avenue** [5] - 1186:20, 1186:24, 1187:5, 1187:19, 1378:14
**avoid** [6] - 1209:16, 1243:19, 1243:24, 1340:16, 1340:17, 1340:20
**aware** [13] - 1242:8, 1275:21, 1275:23, 1275:24, 1277:25,

1278:2, 1282:20, 1305:24, 1306:2, 1306:7, 1310:15, 1332:16, 1335:21

## B

**bachelor's** [1] - 1255:12
**backed** [1] - 1239:4
**background** [4] - 1200:5, 1255:9, 1255:11, 1292:25
**backpack** [3] - 1281:1, 1281:4, 1281:6
**bad** [3] - 1196:25, 1219:20, 1229:18
**bag** [1] - 1227:13
**bail** [1] - 1214:16
**bait** [3] - 1195:1, 1200:1, 1218:20
**bait-and-switch** [3] - 1195:1, 1200:1, 1218:20
**balcony** [2] - 1222:19, 1226:18
**Baltimore** [1] - 1262:15
**band** [3] - 1199:4, 1199:6, 1199:18
**bar** [1] - 1229:9
**barkeeper** [1] - 1229:10
**barn** [1] - 1202:14
**BARRETT** [1] - 1186:24
**barricades** [1] - 1334:24
**barriers** [1] - 1227:12
**baseball** [1] - 1279:20
**based** [12] - 1206:25, 1273:11, 1273:14, 1275:5, 1279:11, 1301:7, 1329:21, 1330:1, 1338:12, 1367:18, 1373:23, 1376:19
**basic** [1] - 1325:20
**basis** [4] - 1210:19, 1210:20, 1251:7, 1330:7
**battering** [1] - 1203:13
**battle** [1] - 1302:23
**Battle** [1] - 1307:1
**battlefield** [2] - 1195:5, 1198:3

**bear** [1] - 1221:5
**bears** [1] - 1347:4
**beat** [1] - 1248:14
**Beatles** [2] - 1222:24
**become** [3] - 1228:16, 1292:19, 1362:13
**becomes** [2] - 1352:2, 1366:9
**becoming** [1] - 1293:17
**BEFORE** [1] - 1186:11
**beforehand** [1] - 1233:14
**began** [3] - 1199:2, 1199:20, 1246:7
**begging** [1] - 1213:22
**begin** [3] - 1241:16, 1279:4, 1372:16
**beginning** [7] - 1247:5, 1247:9, 1250:25, 1253:11, 1322:15, 1324:8, 1337:13
**begun** [3] - 1244:2, 1305:9, 1341:9
**behalf** [6] - 1189:18, 1190:25, 1191:4, 1241:6, 1241:9, 1241:11
**behavior** [2] - 1233:4, 1240:2
**behind** [3] - 1238:13, 1283:12
**believes** [1] - 1231:18
**bench** [1] - 1222:1
**benefit** [1] - 1372:14
**bent** [1] - 1225:4
**Bernie** [1] - 1231:2
**best** [6] - 1258:3, 1258:6, 1323:9, 1341:2, 1341:4, 1378:7
**better** [2] - 1230:19, 1371:10
**between** [8] - 1264:6, 1278:14, 1293:21, 1343:20, 1351:6, 1351:21, 1354:18, 1364:5
**beyond** [1] - 1230:7
**Bible** [1] - 1335:17
**Biden** [6] - 1247:2, 1291:1, 1291:6, 1303:15, 1307:25, 1335:25
**big** [3] - 1198:6,

1201:25, 1324:20
**biggest** [2] - 1195:1, 1227:6
**bike** [3] - 1225:11, 1225:13, 1257:10
**binders** [1] - 1368:25
**bio** [1] - 1255:14
**bio-organic** [1] - 1255:14
**bit** [15] - 1190:8, 1203:16, 1208:20, 1228:22, 1229:23, 1248:9, 1255:9, 1255:10, 1263:6, 1268:4, 1270:14, 1300:19, 1316:14, 1319:2, 1326:12
**BitChute** [1] - 1333:6
**BL** [1] - 1331:16
**black** [11] - 1221:1, 1274:14, 1274:15, 1277:11, 1278:15, 1278:20, 1278:25, 1284:9, 1289:1
**blacked** [1] - 1369:10
**blank** [2] - 1312:6, 1312:7
**bless** [2] - 1250:1, 1336:10
**blew** [2] - 1298:17, 1360:8
**Blitzer** [1] - 1200:19
**blob** [1] - 1266:8
**block** [2] - 1213:7, 1213:8
**blocked** [1] - 1225:11
**blocking** [1] - 1225:21
**blowing** [1] - 1220:7
**blue** [3] - 1214:10, 1284:9, 1288:24
**board** [2] - 1222:7, 1268:5
**boat** [3] - 1196:18, 1196:20, 1196:22
**body** [2] - 1221:17, 1301:25
**bomb** [1] - 1259:15
**bombastic** [1] - 1238:22
**bone** [2] - 1227:16, 1227:17
**book** [3] - 1300:9, 1300:10, 1300:13
**books** [1] - 1216:14
**boot** [2] - 1232:17, 1233:8
**boots** [1] - 1235:14

**bootstrapping** [1] - 1345:1
**born** [2] - 1226:2, 1226:4
**bottom** [4] - 1233:16, 1288:24, 1303:2, 1375:12
**bounce** [1] - 1248:9
**Bourjaily** [6] - 1353:13, 1353:14, 1353:15, 1354:6, 1354:8, 1354:10
**boy** [1] - 1327:23
**boyfriend** [1] - 1231:1
**BRADFORD** [1] - 1187:8
**brainer** [1] - 1354:25
**branch** [5] - 1372:1, 1372:3, 1372:4, 1372:6, 1372:7
**BRAND** [1] - 1187:2
**brave** [1] - 1307:12
**breach** [1] - 1238:20
**breached** [1] - 1235:11
**break** [6] - 1190:22, 1191:25, 1241:18, 1245:11, 1251:11, 1342:8
**breaking** [1] - 1233:13
**Breonna** [1] - 1231:10
**Bride** [1] - 1211:5
**brief** [3] - 1260:2, 1369:16, 1369:21
**briefly** [2] - 1308:5, 1376:9
**Bright** [3] - 1367:17, 1369:23, 1370:2
**BRIGHT** [18] - 1186:23, 1186:24, 1190:10, 1367:20, 1367:23, 1367:25, 1368:4, 1368:12, 1368:16, 1368:18, 1368:21, 1369:3, 1369:8, 1369:10, 1370:15, 1370:18, 1371:1, 1371:17
**bring** [16] - 1197:12, 1197:14, 1221:25, 1243:6, 1260:8, 1265:20, 1268:4, 1270:21, 1270:25, 1279:3, 1280:14, 1287:20, 1311:8, 1312:18, 1324:2, 1359:17

1383

**bringing** [4] -
1287:23, 1322:21,
1361:15, 1365:17
**broad** [2] - 1356:17,
1364:22
**broken** [2] - 1259:18
**brought** [6] -
1217:25, 1232:10,
1236:15, 1259:6,
1262:13, 1314:3
**brown** [1] - 1214:10
**bucket** [3] - 1343:4,
1364:20, 1364:21
**bucks** [1] - 1202:4
**build** [1] - 1324:18
**building** [16] -
1234:25, 1235:6,
1235:10, 1237:20,
1238:6, 1238:14,
1238:15, 1239:10,
1239:11, 1239:12,
1239:21, 1257:12,
1257:15, 1257:16,
1257:17, 1259:20
**Building** [13] -
1197:25, 1199:1,
1200:11, 1205:24,
1206:2, 1218:18,
1257:1, 1257:13,
1258:13, 1259:11,
1267:22, 1269:5,
1287:11
**buildings** [1] -
1238:11
**builds** [2] - 1249:20,
1358:1
**bun** [1] - 1278:16
**bunch** [1] - 1219:19
**burden** [2] - 1251:3,
1344:25
**Bureau** [1] - 1255:8
**bureaucracies** [1] -
1215:14
**burn** [1] - 1196:13
**burned** [1] - 1335:10
**burner** [1] - 1371:12
**Burnie** [1] - 1187:16
**business** [3] -
1259:10, 1264:20,
1265:2
**businesses** [3] -
1196:11, 1213:16,
1231:11
**button** [1] - 1308:16
**buying** [1] - 1349:6
**BY** [61] - 1187:17,
1254:23, 1260:10,
1261:21, 1263:1,
1265:23, 1266:24,
1267:19, 1268:22,

1269:12, 1269:21,
1271:3, 1272:11,
1274:10, 1274:24,
1276:18, 1277:19,
1279:1, 1279:9,
1280:3, 1280:21,
1280:24, 1281:24,
1282:16, 1284:20,
1285:24, 1287:6,
1287:22, 1288:17,
1289:6, 1289:22,
1290:9, 1292:9,
1293:5, 1297:9,
1298:1, 1299:14,
1302:13, 1305:2,
1305:12, 1306:20,
1309:5, 1310:10,
1314:5, 1316:17,
1317:23, 1319:7,
1319:15, 1321:17,
1322:24, 1324:4,
1331:1, 1331:22,
1332:8, 1333:1,
1333:12, 1333:24,
1336:3, 1337:2,
1337:8, 1339:14

# C

**Caldwell** [101] -
1190:25, 1191:4,
1191:10, 1193:5,
1194:8, 1195:15,
1198:9, 1198:16,
1198:23, 1198:24,
1198:25, 1199:4,
1199:13, 1199:15,
1199:16, 1200:2,
1201:1, 1201:2,
1201:3, 1201:6,
1201:14, 1201:21,
1202:25, 1203:9,
1203:15, 1203:18,
1204:1, 1204:3,
1204:8, 1204:24,
1205:3, 1205:10,
1205:13, 1205:17,
1205:19, 1205:22,
1206:7, 1206:9,
1206:16, 1206:24,
1207:4, 1207:14,
1207:21, 1209:8,
1209:10, 1210:16,
1211:1, 1211:7,
1211:20, 1212:8,
1212:16, 1212:21,
1212:23, 1213:2,
1213:23, 1214:2,
1214:9, 1214:12,
1214:15, 1214:22,

1215:6, 1216:3,
1216:5, 1216:11,
1216:13, 1216:22,
1217:11, 1218:21,
1219:3, 1219:20,
1219:21, 1219:22,
1219:24, 1220:9,
1221:3, 1221:15,
1222:25, 1224:17,
1224:24, 1224:25,
1225:24, 1225:25,
1226:16, 1227:12,
1227:18, 1227:25,
1233:20, 1282:19,
1282:20, 1282:22,
1283:2, 1283:5,
1283:6, 1283:10,
1283:12, 1283:15,
1283:18, 1284:18,
1376:16
**CALDWELL** [1] -
1187:15
**Caldwell's** [17] -
1191:8, 1199:2,
1201:12, 1202:7,
1203:14, 1207:9,
1211:24, 1211:25,
1214:13, 1214:19,
1214:21, 1227:6,
1283:23, 1283:24,
1284:7, 1284:22,
1285:8
**Caldwells** [2] -
1224:17, 1225:12
**Caldwells'** [1] -
1222:13
**calendar** [1] -
1289:24
**calendars** [1] -
1289:25
**calm** [1] - 1303:12
**camera** [5] -
1287:17, 1287:18,
1287:24, 1368:7,
1368:15
**camouflage** [2] -
1262:20, 1279:19
**camp** [4] - 1202:2,
1202:5, 1232:17,
1233:8
**camped** [2] -
1201:13, 1202:7
**campers** [1] - 1202:6
**candidate** [1] -
1290:18
**candidates** [2] -
1291:4, 1291:6
**cane** [3] - 1222:6,
1222:7, 1222:10
**cannot** [6] - 1210:2,

1223:17, 1343:18,
1348:13, 1350:12,
1354:4
**cap** [1] - 1279:20
**capacities** [1] -
1229:7
**capital** [1] - 1334:23
**Capitol** [92] -
1191:12, 1192:5,
1192:11, 1193:9,
1193:18, 1194:9,
1194:14, 1195:6,
1195:14, 1195:18,
1196:20, 1197:25,
1199:1, 1199:7,
1199:19, 1199:21,
1200:11, 1205:4,
1205:11, 1205:17,
1205:20, 1205:24,
1206:1, 1206:10,
1206:14, 1206:25,
1213:3, 1215:19,
1216:4, 1218:18,
1221:5, 1221:10,
1221:12, 1222:18,
1222:19, 1225:7,
1225:10, 1225:18,
1225:22, 1226:9,
1226:12, 1226:14,
1226:18, 1227:8,
1227:22, 1229:9,
1234:17, 1235:17,
1235:18, 1237:12,
1237:20, 1238:8,
1238:21, 1239:6,
1256:10, 1256:24,
1256:25, 1257:5,
1257:7, 1257:12,
1257:13, 1258:13,
1259:2, 1259:11,
1260:4, 1263:4,
1263:13, 1263:21,
1264:1, 1264:8,
1264:9, 1264:13,
1267:21, 1267:22,
1267:25, 1268:2,
1268:6, 1269:3,
1269:5, 1269:8,
1269:23, 1270:1,
1270:2, 1282:22,
1286:4, 1286:10,
1286:14, 1287:7,
1287:11, 1332:15
**capture** [1] - 1341:3
**captured** [1] -
1264:21
**car** [1] - 1197:1
**cardiac** [1] - 1217:3
**care** [2] - 1189:24,
1228:21

**carried** [2] - 1197:16
**carry** [2] - 1344:11,
1355:10
**carrying** [1] - 1222:8
**CART** [3] - 1284:10,
1310:1, 1321:8
**case** [51] - 1191:25,
1192:19, 1198:16,
1211:14, 1216:19,
1228:9, 1228:20,
1228:21, 1228:23,
1229:25, 1230:9,
1241:16, 1242:3,
1247:24, 1252:4,
1284:9, 1286:9,
1291:15, 1296:23,
1299:23, 1309:21,
1329:20, 1329:22,
1340:16, 1340:19,
1342:7, 1342:12,
1344:19, 1344:23,
1348:18, 1349:21,
1349:24, 1350:19,
1351:10, 1352:23,
1353:7, 1353:12,
1353:19, 1355:24,
1356:5, 1359:14,
1359:20, 1365:3,
1365:18, 1366:21,
1369:19, 1370:6,
1370:7, 1371:14,
1374:18, 1375:25
**cases** [5] - 1192:18,
1352:21, 1358:15,
1358:21
**castle** [1] - 1211:2
**cat** [1] - 1327:23
**categories** [7] -
1242:22, 1243:6,
1341:5, 1342:10,
1360:22, 1361:7,
1361:12
**categorized** [1] -
1243:15
**Category** [2] -
1341:7, 1360:15
**category** [5] -
1243:25, 1341:25,
1342:2, 1360:4,
1364:22
**Cathy** [1] - 1217:13
**causal** [1] - 1237:25
**caused** [3] - 1207:8,
1215:1, 1215:2
**causes** [1] - 1238:2
**CCTV** [1] - 1286:14
**cell** [8] - 1192:16,
1192:17, 1192:19,
1211:19, 1291:10,
1294:17, 1304:18,

1321:19
**Cellebrite** [5] -
1295:23, 1296:8,
1297:17, 1298:13,
1298:18
**cellular** [16] - 1283:1,
1284:11, 1292:2,
1292:11, 1309:25,
1310:2, 1310:13,
1310:16, 1310:23,
1314:10, 1320:2,
1320:21, 1321:6,
1321:9, 1322:3
**center** [1] - 1270:1
**certain** [14] - 1247:1,
1252:15, 1286:14,
1286:22, 1292:16,
1294:19, 1310:22,
1318:12, 1319:23,
1321:4, 1327:5,
1354:15, 1367:2,
1374:6
**certainly** [5] -
1234:23, 1248:16,
1252:16, 1355:21,
1355:22
**certificate** [2] -
1264:21, 1271:17
**CERTIFICATE** [1] -
1378:1
**certification** [7] -
1199:10, 1199:23,
1218:23, 1219:4,
1239:2, 1264:20,
1265:3
**certify** [2] - 1266:14,
1378:4
**cervical** [1] - 1221:22
**chain** [3] - 1304:12,
1305:3, 1314:7
**chair** [1] - 1194:12
**challenge** [1] -
1350:24
**challenging** [2] -
1343:5, 1364:3
**chamber** [7] -
1258:13, 1258:21,
1259:6, 1259:25,
1260:2, 1262:2,
1262:14
**chambers** [1] -
1262:3
**chance** [1] - 1310:11
**change** [2] -
1300:23, 1316:25
**changed** [7] -
1218:20, 1219:1,
1219:7, 1301:19,
1301:20, 1316:25,
1317:2

**chaotic** [4] - 1257:8,
1258:2, 1258:5,
1259:15
**chapter** [2] -
1275:13, 1276:21
**characterization** [1]
- 1362:3
**characterized** [2] -
1198:2, 1198:4
**charge** [6] - 1199:13,
1204:9, 1204:11,
1216:21, 1218:24,
1237:19
**charged** [19] -
1198:8, 1198:9,
1198:15, 1198:16,
1204:9, 1211:13,
1216:20, 1216:23,
1246:14, 1247:14,
1250:3, 1354:22,
1354:23, 1354:24,
1357:18, 1358:10,
1358:18, 1359:16,
1374:22
**charges** [1] -
1198:14
**charging** [1] -
1216:13
**chart** [3] - 1191:15,
1328:9, 1339:13
**chat** [78] - 1236:1,
1236:7, 1247:8,
1250:11, 1299:24,
1299:25, 1300:2,
1300:19, 1300:21,
1300:22, 1300:23,
1300:25, 1301:1,
1301:2, 1301:4,
1301:9, 1301:10,
1301:13, 1301:17,
1301:21, 1302:6,
1302:9, 1302:15,
1302:18, 1303:8,
1305:6, 1305:16,
1306:22, 1307:22,
1307:23, 1314:15,
1314:17, 1314:19,
1329:8, 1331:5,
1331:6, 1331:10,
1331:13, 1336:13,
1337:11, 1338:7,
1338:9, 1338:16,
1338:17, 1339:5,
1339:19, 1344:1,
1344:5, 1344:7,
1346:4, 1346:16,
1346:19, 1347:23,
1348:1, 1348:8,
1348:9, 1348:20,
1349:12, 1355:2,

1355:18, 1357:21,
1357:25, 1362:18,
1362:20, 1362:22,
1362:23, 1363:3,
1363:5, 1363:9,
1363:20, 1363:24,
1364:5, 1364:7
**chat's** [1] - 1301:4
**chats** [7] - 1235:13,
1338:3, 1338:4,
1346:20, 1363:1,
1365:17, 1366:18
**Chatty** [1] - 1217:13
**checked** [1] - 1372:2
**cheese** [1] - 1198:6
**chemistry** [2] -
1255:13, 1255:14
**chest** [1] - 1335:15
**Chi** [1] - 1303:21
**Chi-com** [1] -
1303:21
**chief** [5] - 1241:16,
1252:5, 1370:7,
1371:14, 1374:19
**chimes** [1] - 1206:5
**choice** [1] - 1307:12
**Chris** [2] - 1302:18,
1302:21
**chronologically** [2] -
1248:3, 1248:8
**CHS** [1] - 1371:2
**Cinnaminson** [1] -
1187:10
**circle** [4] - 1272:19,
1279:15, 1280:8,
1288:24
**circled** [3] - 1279:17,
1280:10, 1280:25
**circling** [2] -
1272:17, 1288:22
**circuit** [2] - 1343:8,
1353:25
**Circuit** [3] - 1247:12,
1344:14, 1344:15
**circumstances** [1] -
1209:18
**circumstantial** [4] -
1247:5, 1250:25,
1318:14, 1355:16
**citation** [1] - 1342:7
**cite** [1] - 1359:14
**cited** [2] - 1342:12,
1362:7
**cities** [1] - 1197:15
**citing** [1] - 1362:24
**citizens** [1] - 1197:18
**city** [5] - 1196:13,
1220:20, 1226:2,
1256:13
**civil** [5] - 1241:2,

1334:12, 1371:25,
1372:4, 1372:7
**claim** [3] - 1216:7,
1237:10, 1244:19
**claimed** [4] - 1199:3,
1199:8, 1199:14,
1242:25
**claiming** [6] -
1191:10, 1191:15,
1198:23, 1198:24,
1199:2, 1224:24
**claims** [2] - 1216:10,
1332:25
**clarification** [1] -
1373:14
**clarifications** [1] -
1362:7
**clarify** [7] - 1357:6,
1357:13, 1357:23,
1361:14, 1361:17,
1371:3, 1371:6
**classic** [1] - 1211:5
**clear** [20] - 1194:25,
1195:14, 1204:15,
1213:19, 1213:24,
1214:25, 1216:12,
1218:2, 1247:16,
1255:1, 1296:13,
1302:11, 1328:19,
1353:12, 1353:20,
1355:16, 1360:19,
1372:6, 1372:12,
1373:24
**cleared** [1] - 1266:19
**clearly** [3] - 1199:8,
1207:2, 1295:7
**client** [9] - 1190:6,
1191:5, 1208:22,
1209:16, 1217:2,
1222:20, 1223:25,
1342:20, 1375:18
**client-specific** [1] -
1190:6
**clients** [3] - 1217:3,
1372:23, 1374:2
**clip** [14] - 1265:2,
1265:3, 1266:20,
1267:6, 1270:20,
1271:9, 1271:10,
1271:25, 1272:3,
1272:9, 1272:10,
1287:24, 1288:2,
1288:18
**close** [9] - 1234:9,
1238:17, 1241:20,
1281:8, 1281:10,
1282:1, 1282:3,
1290:19, 1358:15
**close-up** [4] -
1281:8, 1281:10,

1282:1, 1282:3
**closed** [1] - 1213:16
**closer** [2] - 1270:8,
1270:10
**clue** [1] - 1272:25
**Co** [1] - 1343:7
**co** [27] - 1246:13,
1246:24, 1249:14,
1250:13, 1250:15,
1318:17, 1318:23,
1329:2, 1329:10,
1329:20, 1342:5,
1344:13, 1347:17,
1351:11, 1351:13,
1352:10, 1354:21,
1355:19, 1359:24,
1360:2, 1360:5,
1361:25, 1364:11,
1365:4, 1365:8,
1365:9, 1365:12
**co-conspirator** [11] -
1250:15, 1329:2,
1329:10, 1329:20,
1344:13, 1347:17,
1352:10, 1361:25,
1365:8, 1365:9,
1365:12
**co-conspirator-
type** [1] - 1342:5
**co-conspirators** [13]
- 1246:13, 1246:24,
1249:14, 1250:13,
1318:17, 1318:23,
1354:21, 1355:19,
1359:24, 1360:2,
1360:5, 1364:11,
1365:4
**co-defendant** [2] -
1351:11, 1351:13
**Co-Defendants** [1] -
1343:7
**cobble** [1] - 1194:21
**colleague** [2] -
1231:11, 1237:1
**colleagues** [3] -
1189:19, 1198:20,
1235:4
**collected** [8] -
1284:6, 1284:18,
1291:24, 1292:7,
1309:22, 1310:8,
1321:4, 1321:15
**college** [1] - 1255:12
**College** [3] -
1199:11, 1199:22,
1218:23
**Columbia** [2] -
1187:19, 1378:13
**COLUMBIA** [2] -
1186:1, 1186:17

1385

**column** [1] - 1300:24
**com** [1] - 1303:21
**combat** [3] - 1264:7, 1305:22, 1317:17
**coming** [26] - 1196:19, 1202:1, 1206:19, 1206:21, 1207:1, 1209:14, 1223:20, 1230:2, 1239:24, 1240:5, 1248:5, 1248:8, 1249:1, 1251:12, 1257:11, 1266:9, 1266:10, 1290:15, 1298:8, 1300:6, 1308:13, 1318:24, 1320:21, 1359:9, 1372:24, 1375:6
**commanded** [1] - 1213:2
**commander** [9] - 1207:16, 1207:17, 1207:19, 1210:12, 1210:13, 1210:15, 1210:17, 1210:18, 1216:6
**Commander** [5] - 1200:24, 1200:25, 1201:1, 1202:11
**commandos** [1] - 1196:19
**comment** [4] - 1200:20, 1211:12, 1313:4, 1313:5
**commented** [1] - 1317:8
**comments** [2] - 1232:22, 1371:18
**commitment** [3] - 1208:23, 1209:2, 1209:7
**commitments** [1] - 1374:1
**commonly** [1] - 1268:1
**communicate** [1] - 1340:15
**communicating** [2] - 1211:21, 1345:9
**communications** [2] - 1356:3, 1357:17
**communists** [1] - 1337:1
**compared** [1] - 1191:14
**compel** [2] - 1367:21, 1368:6
**complaint** [1] - 1253:13
**complete** [3] -

1265:8, 1334:12, 1378:6
**completed** [2] - 1255:13, 1340:11
**completely** [1] - 1222:6
**completeness** [2] - 1265:13, 1320:25
**complies** [1] - 1288:23
**component** [2] - 1294:19, 1320:25
**computer** [2] - 1284:10, 1292:1
**concede** [2] - 1332:1, 1350:5
**concept** [3] - 1236:25, 1359:14, 1359:23
**concern** [3] - 1219:24, 1265:12, 1295:23
**concerned** [6] - 1212:5, 1212:6, 1213:13, 1213:17, 1220:17, 1221:1
**concerning** [1] - 1362:8
**concerns** [1] - 1240:14
**concert** [1] - 1356:2
**conclude** [1] - 1251:14
**concluded** [1] - 1377:8
**conclusions** [1] - 1229:21
**concoct** [1] - 1219:3
**concocted** [3] - 1195:13, 1198:4, 1199:17
**concrete** [1] - 1195:9
**condition** [2] - 1236:23, 1237:7
**conditions** [1] - 1247:9
**conduct** [6] - 1244:2, 1307:11, 1341:9, 1352:24, 1354:12, 1356:9
**conference** [1] - 1358:4
**confers** [1] - 1293:4
**confess** [1] - 1348:10
**confidant** [1] - 1338:23
**confines** [1] - 1216:19
**confirm** [3] - 1215:3,

1362:20, 1363:11
**confirms** [1] - 1249:18
**confronting** [1] - 1334:17
**confusing** [1] - 1201:9
**confusion** [2] - 1372:20
**Congress** [6] - 1196:1, 1196:7, 1258:8, 1335:5, 1335:7, 1336:24
**congresspeople** [1] - 1239:7
**connect** [3] - 1311:14, 1334:15, 1341:21
**connected** [7] - 1221:16, 1222:4, 1284:11, 1292:2, 1310:1, 1321:9, 1326:8
**connection** [1] - 1245:10
**Connie** [3] - 1314:23, 1314:25, 1315:10
**conquer** [1] - 1307:14
**consciousness** [1] - 1247:11
**consciousness-of-guilt** [1] - 1247:11
**consequence** [2] - 1230:1, 1230:13
**conservatives** [1] - 1323:15
**consider** [7] - 1252:12, 1350:21, 1351:1, 1353:20, 1353:23, 1354:11, 1354:13
**considered** [4] - 1251:20, 1355:17, 1356:19, 1359:11
**consigned** [1] - 1307:6
**consistent** [5] - 1208:19, 1209:16, 1210:5, 1329:9, 1365:3
**consistently** [2] - 1251:23, 1340:15
**consists** [5] - 1284:16, 1292:6, 1294:19, 1310:6, 1321:14
**conspiracies** [1] - 1341:10
**conspiracy** [106] -

1191:9, 1216:15, 1218:24, 1224:22, 1244:2, 1244:21, 1244:22, 1245:1, 1245:10, 1246:7, 1246:14, 1247:5, 1247:9, 1247:10, 1247:14, 1247:18, 1247:22, 1247:25, 1248:13, 1248:21, 1249:7, 1249:11, 1249:21, 1250:4, 1250:17, 1251:1, 1251:4, 1251:8, 1253:6, 1318:16, 1318:20, 1318:24, 1329:13, 1329:14, 1329:21, 1341:14, 1342:3, 1342:11, 1342:14, 1342:15, 1342:19, 1343:3, 1343:11, 1343:12, 1343:16, 1343:19, 1343:21, 1344:4, 1344:10, 1344:11, 1344:17, 1344:18, 1345:20, 1346:21, 1347:7, 1347:8, 1347:11, 1350:6, 1350:12, 1350:15, 1350:23, 1351:3, 1351:7, 1351:9, 1351:12, 1351:13, 1351:18, 1351:24, 1352:1, 1352:2, 1352:5, 1352:14, 1353:3, 1353:4, 1353:21, 1354:16, 1354:19, 1354:23, 1354:24, 1355:1, 1355:14, 1355:24, 1356:10, 1356:11, 1356:15, 1356:19, 1356:21, 1358:8, 1358:10, 1358:13, 1358:18, 1359:11, 1359:17, 1359:18, 1359:19, 1359:22, 1361:24, 1362:1, 1365:10, 1365:11, 1374:23
**conspirator** [12] - 1250:15, 1329:2, 1329:10, 1329:20, 1342:5, 1344:13, 1347:17, 1352:10, 1361:25, 1365:8, 1365:9, 1365:12
**conspirators** [16] - 1246:13, 1246:24, 1249:14, 1250:13,

1318:17, 1318:23, 1343:25, 1347:18, 1352:17, 1354:21, 1355:19, 1359:24, 1360:2, 1360:5, 1364:11, 1365:4
**conspire** [2] - 1351:23, 1353:5
**conspired** [1] - 1230:10
**constitutes** [1] - 1378:4
**Constitution** [5] - 1187:19, 1213:7, 1273:18, 1303:23, 1378:14
**construction** [2] - 1207:3, 1207:5
**construed** [1] - 1356:17
**CONT'D** [1] - 1187:1
**contact** [7] - 1200:23, 1300:9, 1300:10, 1300:13, 1334:6, 1336:17, 1339:1
**contacts** [3] - 1200:25, 1324:15, 1325:23
**contain** [3] - 1310:21, 1322:1, 1327:18
**contained** [4] - 1284:17, 1292:6, 1310:7, 1321:14
**contending** [1] - 1247:17
**contends** [1] - 1341:13
**content** [2] - 1302:1, 1317:6
**contention** [1] - 1355:4
**contents** [1] - 1320:20
**contested** [2] - 1332:24, 1374:12
**context** [19] - 1211:4, 1227:11, 1229:19, 1229:20, 1231:16, 1231:20, 1232:25, 1235:12, 1235:25, 1238:25, 1240:24, 1265:8, 1328:7, 1334:5, 1359:17, 1360:6, 1364:23, 1365:1, 1365:5
**contextualize** [1] - 1231:18
**continue** [27] -

1386

1190:23, 1250:2,
1263:20, 1267:1,
1267:3, 1301:23,
1303:18, 1303:22,
1303:24, 1307:8,
1309:15, 1315:8,
1326:11, 1332:2,
1332:9, 1333:10,
1333:25, 1334:3,
1334:20, 1334:22,
1335:9, 1336:5,
1336:22, 1337:3,
1337:18, 1340:12,
1340:15
  **continues** [1] -
1367:5
  **continuing** [4] -
1335:8, 1335:13,
1373:15, 1373:20
  **contract** [1] - 1229:4
  **contributing** [1] -
1357:24
  **convenient** [1] -
1219:8
  **conversation** [1] -
1319:2
  **conversations** [3] -
1232:14, 1233:1,
1233:25
  **convince** [2] -
1219:10, 1230:7
  **convinced** [1] -
1252:14
  **cook** [1] - 1205:15
  **cooperators** [1] -
1194:6
  **coordinate** [1] -
1326:9
  **coordinated** [5] -
1195:16, 1200:3,
1264:8, 1264:13
  **coordinator** [2] -
1191:10, 1191:16
  **copies** [2] - 1261:8,
1315:25
  **copy** [15] - 1192:22,
1192:24, 1262:9,
1284:13, 1284:16,
1285:8, 1292:4,
1292:5, 1310:4,
1310:6, 1312:7,
1312:9, 1316:22,
1321:11, 1321:13
  **cord** [1] - 1284:9
  **corner** [2] - 1299:20,
1303:2
  **correct** [23] -
1246:20, 1246:23,
1249:19, 1257:14,
1270:5, 1270:10,

1279:22, 1280:12,
1289:1, 1289:2,
1301:22, 1303:4,
1306:17, 1308:19,
1308:20, 1317:5,
1323:8, 1324:25,
1335:20, 1341:17,
1349:11, 1356:13,
1367:22
  **corrected** [2] -
1209:23, 1336:16
  **correspondence** [1]
- 1193:4
  **corrupted** [1] -
1312:20
  **corruption** [1] -
1303:17
  **coughing** [1] -
1259:24
  **counsel** [12] -
1189:2, 1223:15,
1228:5, 1237:12,
1267:5, 1283:24,
1293:3, 1339:8,
1361:14, 1365:16,
1366:16, 1374:1
  **counsel's** [1] -
1361:13
  **count** [1] - 1239:6
  **countering** [1] -
1346:13
  **country** [11] -
1193:25, 1195:8,
1196:9, 1197:15,
1202:1, 1210:15,
1221:2, 1305:8,
1323:16, 1324:1,
1354:1
  **coup** [2] - 1323:25,
1337:15
  **couple** [11] - 1202:4,
1202:6, 1212:11,
1214:3, 1221:13,
1225:17, 1226:22,
1231:3, 1239:20,
1243:18, 1246:4
  **courage** [1] -
1307:11
  **course** [30] -
1215:21, 1228:12,
1246:7, 1249:11,
1263:24, 1273:24,
1274:1, 1274:25,
1276:19, 1277:20,
1282:4, 1282:17,
1282:25, 1289:7,
1289:13, 1291:7,
1293:17, 1309:9,
1309:21, 1315:14,
1319:10, 1319:19,

1320:1, 1321:21,
1326:20, 1331:18,
1344:5, 1365:20,
1366:19, 1374:17
  **COURT** [285] -
1186:1, 1189:1,
1189:8, 1189:23,
1190:4, 1190:8,
1190:12, 1190:16,
1190:20, 1198:11,
1205:8, 1207:25,
1208:3, 1208:9,
1208:14, 1208:16,
1209:3, 1209:7,
1209:13, 1210:2,
1210:7, 1210:10,
1216:17, 1217:23,
1223:7, 1223:9,
1223:12, 1223:22,
1224:8, 1224:15,
1228:2, 1241:4,
1241:9, 1241:13,
1242:1, 1242:7,
1242:15, 1242:21,
1243:17, 1243:22,
1244:6, 1244:11,
1244:25, 1245:19,
1246:1, 1246:15,
1246:21, 1247:16,
1247:20, 1248:5,
1248:10, 1248:25,
1249:4, 1249:15,
1249:22, 1250:6,
1250:9, 1250:14,
1250:21, 1251:9,
1252:2, 1252:22,
1253:8, 1253:15,
1253:17, 1254:8,
1254:13, 1254:18,
1254:20, 1260:15,
1260:20, 1260:24,
1261:1, 1261:7,
1261:10, 1261:13,
1261:16, 1264:25,
1265:5, 1265:9,
1265:12, 1266:13,
1266:16, 1267:8,
1267:10, 1267:18,
1268:8, 1268:13,
1268:17, 1269:15,
1271:18, 1271:21,
1274:19, 1274:21,
1276:14, 1276:16,
1277:15, 1277:17,
1278:19, 1278:22,
1278:24, 1281:15,
1281:17, 1283:17,
1285:13, 1285:15,
1286:17, 1286:21,
1286:25, 1287:4,
1288:7, 1289:21,

1290:5, 1290:8,
1291:18, 1292:12,
1294:22, 1295:1,
1295:4, 1295:9,
1295:13, 1295:16,
1295:20, 1296:5,
1296:15, 1296:25,
1297:3, 1297:21,
1297:23, 1299:4,
1299:6, 1299:8,
1308:7, 1308:15,
1309:1, 1311:7,
1311:18, 1311:21,
1311:25, 1312:3,
1312:6, 1312:13,
1312:17, 1312:24,
1313:2, 1313:8,
1313:15, 1313:20,
1313:24, 1316:6,
1316:9, 1317:25,
1318:7, 1318:18,
1318:25, 1319:4,
1319:13, 1320:10,
1320:17, 1320:22,
1322:11, 1322:17,
1327:24, 1328:2,
1328:5, 1328:13,
1328:16, 1329:1,
1329:16, 1330:9,
1330:12, 1330:14,
1330:16, 1332:22,
1339:8, 1340:3,
1340:6, 1340:10,
1340:25, 1341:19,
1341:24, 1342:2,
1342:20, 1342:24,
1343:24, 1344:19,
1345:4, 1345:17,
1346:10, 1346:23,
1347:20, 1347:25,
1348:7, 1348:13,
1348:18, 1348:23,
1349:2, 1349:11,
1349:18, 1349:25,
1350:9, 1350:18,
1350:25, 1351:10,
1351:15, 1351:20,
1352:4, 1352:18,
1353:14, 1353:16,
1353:24, 1354:8,
1355:3, 1355:21,
1356:24, 1357:5,
1357:7, 1357:11,
1357:16, 1358:20,
1359:2, 1359:5,
1360:3, 1360:9,
1360:14, 1360:19,
1361:5, 1362:5,
1362:10, 1362:14,
1362:16, 1362:18,
1362:21, 1362:25,

1363:4, 1363:7,
1363:13, 1363:15,
1363:18, 1363:21,
1363:23, 1364:4,
1364:12, 1364:15,
1364:18, 1364:24,
1365:21, 1365:23,
1366:4, 1366:23,
1366:25, 1367:15,
1367:16, 1367:22,
1367:24, 1368:2,
1368:10, 1368:13,
1368:17, 1368:19,
1369:2, 1369:6,
1369:9, 1369:12,
1369:22, 1370:12,
1370:16, 1370:25,
1371:6, 1371:11,
1371:21, 1372:9,
1372:11, 1372:14,
1373:6, 1373:9,
1373:11, 1373:21,
1375:9, 1376:6,
1376:8, 1376:12,
1376:14, 1376:22,
1377:2
  **Court** [24] - 1187:18,
1187:18, 1191:2,
1223:5, 1228:5,
1246:11, 1251:2,
1299:13, 1308:4,
1311:13, 1311:15,
1311:16, 1344:15,
1353:13, 1353:19,
1353:22, 1354:4,
1354:11, 1354:13,
1358:16, 1366:13,
1378:12, 1378:13
  **court** [37] - 1194:3,
1209:11, 1210:9,
1224:14, 1251:10,
1254:5, 1265:22,
1266:23, 1270:24,
1272:2, 1272:7,
1274:18, 1274:21,
1276:12, 1276:16,
1277:14, 1277:17,
1278:18, 1278:24,
1279:7, 1280:1,
1281:23, 1283:15,
1283:17, 1285:21,
1288:5, 1288:15,
1297:2, 1298:7,
1309:3, 1313:23,
1316:16, 1319:6,
1322:23, 1330:11,
1330:24, 1372:15
  **Court's** [19] - 1243:7,
1244:14, 1244:15,
1260:5, 1264:22,
1265:17, 1268:20,

1387

1274:6, 1286:24,
1311:11, 1312:19,
1316:7, 1322:9,
1322:14, 1322:19,
1330:8, 1354:11,
1361:15, 1361:18
   **COURTROOM** [7] -
1190:17, 1208:12,
1254:3, 1254:5,
1254:10, 1261:6,
1311:14
   **Courtroom** [2] -
1260:18, 1261:2
   **courtroom** [12] -
1190:18, 1221:19,
1230:2, 1241:22,
1254:11, 1274:7,
1276:5, 1277:8,
1278:11, 1283:9,
1340:23, 1367:13
   **courts** [10] - 1247:4,
1342:14, 1353:20,
1353:22, 1353:25,
1354:1, 1354:2,
1355:15, 1372:3
   **cover** [4] - 1219:18,
1242:19, 1341:24,
1364:22
   **coverage** [1] -
1340:19
   **covering** [1] -
1276:11
   **covers** [1] - 1291:20
   **COVID** [2] - 1256:3,
1259:23
   **cowboy** [1] - 1289:1
   **cowboy-style** [1] -
1289:1
   **Cramer** [1] - 1261:6
   **crap** [1] - 1303:21
   **create** [7] - 1284:13,
1292:3, 1296:4,
1296:22, 1310:4,
1321:11, 1352:14
   **created** [2] -
1237:13, 1301:14
   **Criminal** [1] - 1186:3
   **criminal** [1] -
1351:25
   **Crisp** [7] - 1188:4,
1228:3, 1228:7,
1241:4, 1278:19,
1320:22, 1342:20
   **CRISP** [6] - 1187:11,
1187:12, 1228:4,
1278:20, 1320:23,
1342:23
   **critical** [1] - 1337:4
   **critters** [1] - 1336:24
   **cross** [15] - 1189:4,

1189:10, 1189:12,
1189:17, 1189:20,
1190:1, 1190:2,
1190:5, 1196:22,
1320:24, 1363:12,
1370:5, 1374:6,
1374:14, 1375:24
   **Cross** [1] - 1188:7
   **cross-examination**
[7] - 1189:10, 1189:12,
1190:5, 1363:12,
1370:5, 1374:14,
1375:24
   **cross-**
**examinations** [1] -
1189:4
   **cross-examine** [1] -
1190:1
   **cross-examined** [1]
- 1374:6
   **cross-examining** [1]
- 1189:17
   **crossed** [2] - 1224:9,
1224:10
   **crowd** [3] - 1197:1,
1227:10, 1235:6
   **Crowl** [9] - 1200:9,
1200:23, 1200:24,
1200:25, 1202:9,
1202:19, 1203:6,
1207:16, 1231:1
   **Crowl's** [1] - 1236:21
   **CRR** [3] - 1187:17,
1378:3, 1378:12
   **cruel** [1] - 1307:11
   **crux** [1] - 1230:6
   **crying** [5] - 1258:4,
1258:7, 1258:8,
1331:19
   **crystallize** [1] -
1246:6
   **crystallizing** [1] -
1251:3
   **culture** [2] - 1219:13,
1219:14
   **curfew** [2] - 1239:22,
1239:25
   **cusp** [1] - 1252:8
   **cut** [4] - 1212:6,
1231:21, 1324:21,
1336:4

# D

   **D.C** [34] - 1186:6,
1186:18, 1186:21,
1187:3, 1187:6,
1187:20, 1192:13,
1195:7, 1195:22,

1196:4, 1196:20,
1197:13, 1202:2,
1212:12, 1218:3,
1218:7, 1219:5,
1219:11, 1221:7,
1222:8, 1226:7,
1229:12, 1231:6,
1234:4, 1247:11,
1256:5, 1305:20,
1336:17, 1339:23,
1339:24, 1344:14,
1344:15, 1378:14
   **Dallas** [1] - 1186:25
   **damning** [1] -
1235:13
   **dangerous** [1] -
1305:8
   **Daniel** [1] - 1323:7
   **data** [46] - 1284:13,
1284:14, 1284:16,
1284:21, 1284:23,
1284:25, 1286:5,
1292:3, 1292:4,
1292:6, 1292:10,
1293:6, 1295:24,
1295:25, 1296:8,
1297:11, 1297:12,
1297:14, 1297:17,
1298:2, 1298:18,
1298:21, 1298:22,
1298:23, 1300:6,
1310:3, 1310:5,
1310:6, 1310:12,
1315:16, 1315:19,
1315:21, 1316:18,
1316:22, 1317:3,
1317:5, 1319:11,
1319:20, 1319:21,
1319:22, 1321:10,
1321:12, 1321:14,
1321:18, 1324:23
   **database** [1] -
1297:14
   **date** [8] - 1221:7,
1246:15, 1246:17,
1290:11, 1299:20,
1301:11, 1314:12,
1314:14
   **Dated** [1] - 1378:10
   **dates** [3] - 1201:9,
1296:2, 1329:24
   **DAVID** [1] - 1187:14
   **DAY** [1] - 1186:10
   **days** [9] - 1201:5,
1202:12, 1290:21,
1331:13, 1356:22,
1357:17, 1362:10,
1364:8, 1375:6
   **deal** [3] - 1243:20,
1254:1, 1360:3

   **dealing** [2] -
1246:11, 1360:15
   **dealt** [1] - 1254:2
   **death** [2] - 1231:10,
1350:21
   **debris** [1] - 1259:18
   **December** [13] -
1196:3, 1218:4,
1218:5, 1218:8,
1218:12, 1218:15,
1218:17, 1220:13,
1233:18, 1275:17,
1275:19, 1361:21,
1362:16
   **decide** [2] - 1230:4,
1350:20
   **decisions** [1] -
1253:18
   **declarant** [2] -
1245:15, 1245:17
   **declares** [1] -
1303:15
   **decrypted** [1] -
1293:23
   **defeat** [2] - 1303:22,
1304:9
   **defend** [3] - 1273:18,
1304:9, 1308:1
   **Defendant** [41] -
1220:9, 1245:24,
1251:25, 1274:18,
1276:13, 1277:14,
1278:18, 1283:15,
1283:24, 1284:6,
1284:18, 1284:22,
1285:8, 1286:9,
1291:10, 1291:24,
1292:8, 1292:11,
1293:25, 1294:5,
1294:17, 1309:7,
1309:8, 1309:11,
1309:23, 1310:8,
1310:12, 1310:22,
1314:9, 1314:17,
1315:16, 1319:9,
1321:5, 1321:19,
1323:1, 1331:9,
1365:6, 1365:13,
1366:2
   **DEFENDANT** [5] -
1186:22, 1187:2,
1187:8, 1187:11,
1187:14
   **defendant** [3] -
1351:11, 1351:13
   **Defendant's** [1] -
1314:23
   **defendants** [1] -
1192:18
   **Defendants** [23] -

1186:7, 1192:17,
1193:12, 1200:8,
1219:14, 1244:1,
1244:4, 1245:3,
1245:4, 1245:14,
1245:23, 1249:10,
1251:16, 1252:15,
1298:14, 1341:8,
1343:7, 1343:17,
1345:2, 1365:5,
1374:24
   **Defendants'** [3] -
1274:13, 1277:10,
1373:23
   **defense** [16] -
1189:2, 1189:9,
1217:1, 1221:19,
1223:15, 1242:11,
1267:5, 1268:8,
1268:11, 1283:24,
1361:13, 1365:16,
1366:16, 1370:9,
1374:1, 1376:10
   **definition** [4] -
1192:3, 1344:18,
1345:19, 1351:22
   **definitive** [1] -
1243:7
   **degree** [1] - 1255:12
   **Del** [1] - 1359:15
   **deliberate** [1] -
1252:25
   **deliver** [1] - 1307:9
   **delve** [1] - 1229:22
   **demeanor** [1] -
1234:13
   **democracy** [1] -
1323:22
   **Democrat** [1] -
1304:5
   **demonized** [1] -
1228:19
   **demonstrate** [1] -
1350:14
   **demonstration** [2] -
1226:14, 1226:15
   **dense** [1] - 1316:19
   **deny** [1] - 1375:14
   **DEPARTMENT** [1] -
1186:20
   **Department** [1] -
1372:1
   **depict** [1] - 1271:5
   **depicted** [2] -
1280:5, 1333:13
   **deplorable** [1] -
1305:9
   **deployed** [1] -
1234:21
   **deposition** [5] -

1388

1373:15, 1373:16, 1373:17, 1375:20, 1375:25
**deputy** [1] - 1276:21
**Deputy** [2] - 1260:18, 1261:2
**DEPUTY** [7] - 1190:17, 1208:12, 1254:3, 1254:5, 1254:10, 1261:6, 1311:14
**descended** [2] - 1195:7, 1200:15
**describe** [20] - 1257:6, 1257:15, 1258:1, 1258:3, 1258:14, 1258:23, 1259:14, 1262:12, 1263:14, 1264:3, 1266:3, 1266:14, 1267:24, 1274:11, 1276:8, 1276:24, 1278:5, 1278:8, 1305:4, 1372:22
**described** [4] - 1243:16, 1270:6, 1273:16, 1338:3
**describing** [1] - 1270:12
**description** [1] - 1266:17
**designed** [2] - 1193:9, 1197:24
**desire** [4] - 1189:25, 1229:11, 1230:17, 1374:20
**despite** [2] - 1203:22, 1252:6
**destroyed** [2] - 1196:15, 1307:6
**destruction** [2] - 1304:8
**detail** [2] - 1234:4, 1243:12
**detention** [1] - 1214:14
**determine** [2] - 1307:3, 1354:15
**determined** [1] - 1334:24
**determines** [1] - 1250:1
**determining** [2] - 1250:7, 1353:21
**device** [1] - 1309:18
**diarrhea** [1] - 1217:12
**die** [2] - 1307:14, 1317:16
**difference** [3] -

1293:21, 1354:18, 1354:20
**different** [12] - 1189:14, 1189:15, 1219:13, 1231:21, 1247:10, 1247:21, 1301:4, 1301:13, 1326:13, 1350:3, 1372:7
**difficult** [1] - 1371:1
**difficulties** [1] - 1231:16
**difficulty** [1] - 1297:7
**dig** [1] - 1215:23
**digress** [1] - 1195:20
**ding** [2] - 1206:5
**dire** [1] - 1228:10
**direct** [6] - 1255:21, 1300:1, 1310:20, 1334:5, 1336:16, 1336:25
**DIRECT** [1] - 1254:22
**Direct** [1] - 1188:7
**directed** [2] - 1256:23, 1256:24
**direction** [1] - 1259:8
**directive** [1] - 1347:9
**directly** [4] - 1223:25, 1280:10, 1283:12, 1298:24
**disabilities** [1] - 1222:21
**disabled** [6] - 1199:5, 1221:16, 1222:4, 1223:15, 1223:21, 1224:7
**disagree** [9] - 1197:19, 1216:3, 1216:5, 1216:7, 1216:9, 1246:3, 1250:20, 1253:2, 1346:20
**disagreement** [2] - 1220:1, 1245:12
**discectomy** [1] - 1221:23
**discharged** [2] - 1229:3, 1229:8
**disclose** [2] - 1368:24, 1370:9
**disclosed** [3] - 1367:18, 1368:17, 1370:1
**disclosure** [1] - 1368:23
**discs** [2] - 1221:21, 1221:22
**discuss** [3] - 1246:25, 1356:22,

1358:16
**discussed** [2] - 1366:16, 1368:5
**discussing** [5] - 1248:18, 1251:5, 1306:15, 1354:22, 1358:7
**discussion** [7] - 1232:9, 1233:19, 1233:20, 1242:11, 1318:11, 1361:8, 1368:6
**discussions** [4] - 1228:11, 1232:2, 1232:4, 1232:15
**dish** [1] - 1200:19
**disobedience** [1] - 1334:12
**disorder** [1] - 1241:2
**display** [5] - 1294:13, 1298:8, 1321:23, 1324:19, 1327:11
**displayed** [5] - 1298:21, 1299:17, 1300:24, 1311:23, 1324:8
**displaying** [1] - 1312:11
**disputes** [1] - 1243:10
**disregard** [1] - 1198:13
**distinct** [1] - 1342:9
**distinction** [3] - 1351:6, 1351:21, 1352:22
**distinguish** [1] - 1344:20
**distraction** [1] - 1193:13
**district** [2] - 1343:8, 1378:13
**District** [4] - 1187:18, 1187:19, 1256:6, 1378:13
**DISTRICT** [4] - 1186:1, 1186:1, 1186:11, 1186:17
**division** [3] - 1371:25, 1372:4, 1372:7
**DM** [1] - 1317:19
**document** [7] - 1295:22, 1295:24, 1298:16, 1298:25, 1299:12, 1313:6, 1366:10
**dog** [1] - 1327:23
**doll** [1] - 1217:13

**dome** [2] - 1270:4, 1270:14
**domestic** [2] - 1273:19, 1303:22
**Don** [1] - 1204:18
**Donald** [1] - 1291:6
**done** [9] - 1189:12, 1215:22, 1230:11, 1239:3, 1305:23, 1334:10, 1334:18, 1373:8, 1374:10
**Donovan** [6] - 1200:9, 1200:23, 1202:9, 1202:19, 1207:16, 1230:25
**doors** [4] - 1235:6, 1259:18, 1268:2, 1270:11
**dose** [1] - 1223:2
**dot** [1] - 1203:13
**double** [2] - 1328:19, 1329:1
**doubt** [4] - 1213:22, 1230:8, 1355:25, 1356:5
**Douyon** [2] - 1260:15, 1377:4
**dovetails** [1] - 1368:5
**down** [32] - 1189:11, 1190:1, 1195:4, 1196:13, 1204:24, 1221:7, 1221:12, 1224:17, 1224:20, 1226:10, 1234:11, 1235:17, 1238:1, 1239:11, 1240:7, 1245:11, 1248:3, 1249:23, 1261:5, 1262:23, 1266:10, 1269:10, 1282:14, 1289:4, 1302:1, 1317:21, 1324:2, 1335:10, 1339:11, 1340:3, 1340:6
**dozen** [2] - 1202:6, 1202:7
**dozens** [2] - 1192:16, 1193:24
**draw** [2] - 1292:22, 1299:18
**drawing** [2] - 1302:22, 1356:14
**drawn** [3] - 1263:25, 1272:19, 1288:24
**dressed** [1] - 1264:7
**drew** [1] - 1266:8
**drone** [1] - 1203:13
**drove** [1] - 1197:1
**drywall** [1] - 1206:19

**dues** [1] - 1277:25
**dues-paying** [1] - 1277:25
**dumb** [1] - 1197:10
**duration** [2] - 1229:5, 1376:21
**during** [22] - 1203:14, 1207:12, 1226:5, 1249:7, 1249:11, 1263:24, 1273:24, 1274:1, 1276:19, 1281:8, 1282:25, 1289:7, 1292:15, 1304:17, 1309:9, 1309:21, 1315:14, 1318:23, 1319:9, 1319:19, 1320:1, 1321:21
**dusted** [1] - 1216:14

## E

**ear** [1] - 1336:19
**early** [16] - 1199:9, 1199:20, 1218:12, 1219:4, 1229:3, 1246:13, 1246:17, 1251:1, 1272:23, 1318:15, 1318:23, 1336:4, 1341:12, 1344:9, 1351:3, 1361:22
**easel** [1] - 1268:20
**east** [5] - 1238:12, 1264:9, 1267:25, 1269:7, 1270:1
**Eastern** [2] - 1299:21, 1317:1
**easy** [1] - 1296:9
**edit** [2] - 1194:17, 1194:18
**educational** [1] - 1255:11
**EDWARD** [1] - 1186:23
**EDWARDS** [36] - 1186:15, 1187:17, 1246:2, 1246:20, 1246:23, 1247:19, 1248:1, 1248:7, 1248:11, 1249:12, 1249:19, 1249:23, 1250:7, 1250:10, 1250:22, 1254:4, 1353:9, 1353:15, 1353:19, 1353:25, 1354:10, 1355:11, 1356:13, 1357:2, 1357:6, 1357:8, 1357:12, 1357:20,

1358:23, 1359:3,
1359:6, 1363:16,
1363:19, 1363:22,
1364:19, 1378:3
**Edwards** [4] -
1246:1, 1341:19,
1353:7, 1378:12
**effect** [4] - 1204:21,
1249:17, 1349:19,
1364:14
**effectively** [2] -
1193:3, 1345:7
**efficiently** [1] -
1189:21
**effing** [1] - 1239:5
**effort** [4] - 1239:9,
1239:10, 1264:13,
1307:9
**efforts** [3] - 1232:13,
1232:16, 1342:13
**either** [7] - 1223:25,
1243:7, 1245:4,
1305:22, 1336:24,
1371:4, 1371:7
**elderly** [2] - 1212:11,
1215:19
**election** [23] -
1199:3, 1219:1,
1224:23, 1239:2,
1239:9, 1249:24,
1251:6, 1289:17,
1290:12, 1290:15,
1290:18, 1290:23,
1291:2, 1291:5,
1306:16, 1307:18,
1307:19, 1309:8,
1318:14, 1332:14,
1332:24, 1335:22,
1335:25
**Election** [4] - 1250:5,
1290:1, 1290:2,
1290:11
**Electoral** [3] -
1199:10, 1199:22,
1218:23
**elementary** [1] -
1226:3
**Ellipse** [2] - 1213:7,
1222:17
**ELMER** [1] - 1186:6
**Elmer** [2] - 1273:23,
1273:25
**elsewhere** [3] -
1267:21, 1267:23,
1306:11
**email** [3] - 1256:9,
1349:22, 1349:25
**emails** [1] - 1192:25
**emergency** [5] -
1191:25, 1192:1,

1196:5, 1257:10,
1263:8
**emoji** [2] - 1331:19
**employed** [3] -
1255:5, 1255:6,
1255:18
**emptying** [1] -
1367:12
**EMS** [1] - 1229:7
**EMTs** [1] - 1192:1
**en** [1] - 1332:15
**enclosed** [1] -
1345:9
**encompass** [1] -
1344:10
**encouraged** [1] -
1202:25
**encrypted** [1] -
1193:1
**encryption** [1] -
1293:21
**end** [16] - 1222:17,
1222:18, 1233:16,
1241:20, 1251:14,
1251:17, 1252:12,
1252:14, 1293:19,
1307:14, 1329:17,
1335:14, 1339:19,
1352:25, 1353:1
**end-to-end** [1] -
1293:19
**endeavored** [1] -
1243:5
**ended** [3] - 1217:18,
1217:19, 1233:13
**ends** [3] - 1201:23,
1234:6, 1249:20
**enemies** [2] -
1273:19, 1303:23
**enemy** [2] - 1302:23,
1307:12
**enforcement** [9] -
1191:23, 1217:4,
1230:20, 1273:17,
1301:19, 1306:8,
1309:10, 1320:2,
1374:11
**engage** [2] -
1344:17, 1344:18
**engaging** [2] -
1234:13, 1248:18
**English** [1] - 1298:3
**enigma** [1] - 1228:25
**enlistment** [1] -
1229:4
**enrolled** [1] -
1255:16
**ensuing** [1] -
1357:17
**entered** [13] -

1190:18, 1254:11,
1261:19, 1265:11,
1268:16, 1271:23,
1281:19, 1285:17,
1288:10, 1299:10,
1316:11, 1322:13,
1330:19
**entire** [6] - 1210:20,
1267:6, 1267:7,
1267:10, 1267:16,
1318:17
**entirety** [2] -
1237:14, 1295:1
**entrance** [2] -
1270:9, 1270:10
**entry** [2] - 1264:23,
1351:12
**equipment** [2] -
1260:19, 1261:3
**error** [1] - 1296:3
**escorted** [2] -
1258:20, 1258:21
**escorting** [1] -
1259:7
**especially** [1] -
1347:16
**ESQ** [14] - 1186:14,
1186:15, 1186:15,
1186:16, 1186:19,
1186:19, 1186:22,
1186:23, 1186:23,
1187:2, 1187:4,
1187:8, 1187:11,
1187:14
**essence** [1] - 1230:9
**establish** [7] -
1343:12, 1343:18,
1344:13, 1349:7,
1349:19, 1349:21,
1350:14
**established** [4] -
1280:17, 1328:20,
1355:24, 1361:24
**establishes** [1] -
1351:1
**establishing** [3] -
1305:20, 1305:21,
1350:23
**et** [1] - 1186:6
**European** [1] -
1335:7
**evaluate** [1] -
1347:10
**evening** [6] -
1220:14, 1258:12,
1263:2, 1290:17,
1340:20, 1358:21
**evening's** [1] -
1253:13
**event** [5] - 1195:24,

1195:25, 1196:24,
1236:17, 1349:6
**events** [5] - 1196:9,
1249:7, 1289:9,
1354:12, 1370:23
**eventually** [4] -
1222:18, 1248:13,
1263:2, 1270:7
**everywhere** [2] -
1257:10, 1259:17
**EVIDENCE** [1] -
1188:11
**evidence** [119] -
1197:7, 1202:13,
1202:24, 1210:22,
1211:3, 1211:11,
1213:14, 1215:12,
1215:23, 1215:24,
1219:18, 1220:10,
1220:12, 1221:9,
1221:15, 1221:20,
1222:23, 1224:2,
1225:2, 1225:11,
1226:1, 1226:8,
1226:12, 1226:16,
1227:16, 1227:17,
1230:15, 1232:7,
1236:7, 1236:14,
1237:15, 1237:24,
1238:4, 1239:2,
1244:20, 1247:4,
1247:6, 1250:25,
1253:7, 1261:19,
1265:11, 1268:16,
1271:13, 1271:23,
1281:12, 1281:19,
1282:21, 1282:24,
1284:6, 1285:11,
1285:17, 1286:9,
1286:11, 1288:8,
1288:10, 1291:15,
1291:21, 1291:24,
1292:16, 1292:21,
1293:1, 1293:7,
1293:10, 1294:25,
1299:10, 1301:8,
1302:4, 1308:13,
1309:16, 1309:23,
1311:4, 1316:11,
1318:15, 1320:9,
1320:15, 1320:21,
1321:3, 1321:4,
1322:7, 1322:13,
1327:23, 1329:14,
1330:19, 1342:3,
1342:10, 1342:17,
1343:2, 1343:4,
1343:10, 1343:13,
1344:16, 1346:5,
1346:16, 1346:21,

1347:23, 1349:20,
1350:12, 1350:15,
1351:6, 1354:14,
1355:17, 1358:16,
1359:16, 1359:17,
1359:18, 1361:1,
1361:3, 1361:9,
1361:22, 1361:23,
1361:25, 1362:3,
1364:5, 1364:6,
1366:14, 1374:18,
1374:21
**evidentiary** [1] -
1242:7
**ex** [1] - 1212:9
**ex-military** [1] -
1212:9
**exact** [2] - 1257:15,
1301:11
**exactly** [8] - 1190:7,
1208:24, 1243:23,
1298:23, 1301:7,
1324:16, 1351:14,
1356:14
**exam** [4] - 1284:12,
1292:2, 1310:2,
1321:10
**EXAMINATION** [1] -
1254:22
**examination** [8] -
1189:6, 1189:10,
1189:12, 1190:5,
1363:12, 1370:5,
1374:14, 1375:24
**examinations** [1] -
1189:4
**examine** [1] - 1190:1
**examined** [1] -
1374:6
**examiners** [4] -
1284:10, 1292:1,
1310:1, 1321:8
**examining** [1] -
1189:17
**example** [12] -
1191:19, 1244:16,
1247:11, 1247:23,
1344:24, 1346:24,
1347:3, 1350:19,
1356:9, 1361:18,
1365:9, 1375:20
**Excel** [4] - 1297:24,
1298:3, 1298:15,
1298:24
**excellent** [1] -
1334:7
**except** [5] - 1230:13,
1241:1, 1249:10,
1318:19, 1329:11
**exception** [2] -

1210:21, 1328:20
**exchanging** [1] -
1323:6
**excluded** [2] -
1224:1, 1367:3
**exculpatory** [1] -
1369:1
**excuse** [2] - 1234:3,
1317:11
**excused** [2] -
1340:8, 1342:21
**executable** [1] -
1297:19
**execution** [1] -
1345:21
**Exhibit** [92] -
1188:13, 1188:13,
1188:14, 1188:14,
1188:15, 1188:15,
1188:17, 1188:17,
1188:18, 1260:9,
1260:12, 1261:18,
1261:23, 1264:18,
1265:4, 1265:10,
1265:17, 1265:21,
1265:25, 1266:22,
1268:6, 1268:12,
1268:15, 1268:24,
1270:20, 1270:23,
1271:1, 1271:13,
1271:22, 1272:1,
1272:6, 1279:4,
1279:6, 1279:25,
1280:14, 1281:13,
1281:18, 1281:20,
1281:22, 1281:25,
1284:3, 1284:8,
1284:12, 1284:17,
1284:22, 1285:5,
1285:11, 1285:16,
1285:20, 1286:14,
1286:20, 1287:21,
1288:4, 1288:9,
1288:14, 1289:23,
1291:14, 1291:25,
1292:7, 1294:14,
1294:17, 1299:3,
1299:9, 1309:15,
1309:24, 1310:2,
1310:7, 1310:21,
1310:23, 1311:3,
1313:13, 1314:4,
1316:5, 1316:10,
1316:15, 1320:8,
1321:2, 1321:6,
1321:10, 1321:15,
1321:25, 1322:8,
1322:12, 1322:20,
1322:22, 1327:13,

1328:10, 1330:18,
1330:23, 1333:14
**exhibit** [48] - 1260:6,
1264:19, 1267:11,
1268:5, 1269:5,
1269:7, 1282:14,
1289:4, 1294:15,
1294:21, 1295:21,
1296:12, 1296:22,
1302:3, 1302:4,
1303:5, 1304:3,
1304:11, 1305:11,
1306:19, 1307:15,
1307:16, 1308:6,
1310:24, 1311:6,
1311:9, 1311:17,
1311:23, 1312:2,
1313:7, 1313:10,
1313:25, 1316:14,
1316:23, 1317:21,
1320:14, 1322:1,
1322:16, 1322:20,
1324:3, 1328:7,
1333:2, 1336:2,
1337:7, 1337:14,
1338:5, 1339:11
**Exhibits** [2] -
1327:22, 1330:16
**EXHIBITS** [1] -
1188:11
**exhibits** [13] -
1294:20, 1294:24,
1295:6, 1300:6,
1308:13, 1315:22,
1318:1, 1318:4,
1319:23, 1321:23,
1324:19, 1327:14,
1330:3
**exist** [3] - 1193:19,
1334:19, 1358:15
**existed** [3] -
1231:16, 1350:15,
1359:17
**existence** [2] -
1343:12, 1343:19
**exited** [3] - 1241:22,
1340:23, 1364:5
**exonerate** [1] -
1227:25
**expect** [1] - 1242:4
**expectation** [1] -
1361:13
**expects** [1] -
1243:10
**expense** [3] -
1194:1, 1216:13,
1216:21
**experience** [1] -
1317:16
**experts** [1] - 1297:13

**explain** [16] -
1203:20, 1206:13,
1206:14, 1206:15,
1207:15, 1207:17,
1256:2, 1256:8,
1292:20, 1293:18,
1297:10, 1298:11,
1300:19, 1301:23,
1317:6, 1326:23
**explained** [1] -
1191:8
**exposure** [1] -
1231:13
**extensive** [1] -
1328:1
**extensively** [1] -
1223:19
**extent** [6] - 1249:16,
1292:18, 1292:19,
1320:17, 1366:6
**exterior** [2] - 1269:2,
1287:10
**extra** [1] - 1192:1
**extracted** [11] -
1284:21, 1292:11,
1297:11, 1310:12,
1310:22, 1313:5,
1314:9, 1314:11,
1315:19, 1321:19,
1324:5
**extraction** [9] -
1284:13, 1292:3,
1295:22, 1297:16,
1298:13, 1310:3,
1314:12, 1315:23,
1321:10
**extractions** [1] -
1298:19
**extremist** [1] -
1228:18
**eye** [2] - 1221:1,
1274:15
**eyeballed** [2] -
1348:15, 1349:22
**eyes** [2] - 1214:10

# F

**F.2d** [1] - 1359:15
**F.3d** [1] - 1253:5
**F.O.S** [4] - 1338:7,
1338:8, 1338:13,
1338:14
**face** [6] - 1276:11,
1277:12, 1317:18,
1339:25
**Facebook** [18] -
1210:25, 1212:4,
1313:10, 1315:17,

1315:20, 1315:21,
1315:23, 1316:1,
1316:19, 1317:3,
1317:6, 1317:20,
1319:12, 1319:16,
1319:17, 1322:2,
1323:1, 1345:11
**facie** [4] - 1329:22,
1348:18, 1355:24,
1356:5
**facility** [2] - 1256:24,
1257:18
**facing** [1] - 1269:7
**fact** [22] - 1193:22,
1195:23, 1197:23,
1203:22, 1207:15,
1209:22, 1214:10,
1214:11, 1215:19,
1218:19, 1219:18,
1224:1, 1226:11,
1230:12, 1233:24,
1244:10, 1292:22,
1295:24, 1329:5,
1329:7, 1359:12,
1363:19
**facts** [1] - 1313:13
**factual** [3] - 1354:15,
1360:13, 1362:6
**failed** [1] - 1239:4
**fair** [9] - 1208:21,
1262:9, 1270:13,
1271:9, 1271:11,
1285:7, 1315:25,
1316:2, 1352:18
**fairly** [2] - 1316:19,
1369:1
**fairness** [1] - 1374:5
**fake** [1] - 1335:10
**fall** [2] - 1238:3,
1361:12
**fallacy** [1] - 1237:25
**familiar** [10] - 1225:9,
1273:6, 1277:1,
1278:3, 1293:13,
1293:15, 1293:17,
1325:3, 1338:18,
1338:19
**family** [3] - 1314:19,
1314:21, 1372:5
**famous** [1] - 1229:1
**fantasy** [1] - 1196:18
**far** [8] - 1216:10,
1252:13, 1277:11,
1292:25, 1317:18,
1331:12, 1331:14,
1341:12
**farm** [9] - 1201:12,
1201:13, 1201:24,
1202:8, 1202:11,
1202:14, 1203:6,

1214:19, 1214:21
**farms** [1] - 1307:5
**fashion** [2] - 1230:4,
1264:8
**fast** [1] - 1203:16
**fast-forward** [1] -
1203:16
**fate** [5] - 1250:1,
1250:7, 1251:6,
1307:10
**FBI** [53] - 1192:6,
1192:15, 1202:17,
1202:18, 1202:22,
1203:10, 1203:23,
1203:24, 1204:5,
1205:16, 1206:23,
1207:8, 1209:22,
1210:3, 1210:16,
1211:20, 1211:23,
1212:15, 1212:19,
1213:1, 1214:17,
1214:18, 1214:22,
1214:23, 1215:16,
1216:23, 1217:2,
1217:10, 1217:19,
1227:22, 1240:5,
1240:10, 1255:6,
1255:7, 1255:16,
1255:17, 1255:18,
1255:22, 1258:15,
1262:14, 1263:11,
1263:15, 1284:6,
1284:10, 1291:23,
1297:12, 1309:22,
1310:1, 1315:15,
1319:10, 1321:4,
1321:8
**FBI's** [2] - 1207:11,
1292:1
**fear** [4] - 1220:10,
1220:11, 1220:17,
1220:18
**fearful** [1] - 1220:21
**fears** [1] - 1220:19
**Federal** [1] - 1255:8
**federal** [5] - 1213:5,
1214:14, 1372:1,
1372:3, 1372:6
**feed** [1] - 1296:8
**felony** [1] - 1205:16
**felt** [1] - 1229:16
**Ferguson** [1] -
1196:10
**few** [14] - 1201:5,
1202:12, 1229:23,
1239:20, 1263:6,
1263:14, 1331:13,
1335:1, 1339:7,
1353:10, 1356:22,
1362:10, 1373:18,

1375:6
**field** [4] - 1262:18, 1263:15, 1300:18, 1324:21
**fields** [1] - 1300:5
**fight** [3] - 1317:19, 1335:14, 1337:25
**fighters** [3] - 1199:4, 1199:6, 1199:18
**fighting** [4] - 1232:22, 1305:8, 1325:22, 1335:16
**figured** [2] - 1211:23, 1219:2
**file** [8] - 1297:19, 1297:21, 1297:22, 1297:24, 1312:20, 1369:15, 1370:13, 1373:19
**filed** [6] - 1223:13, 1360:24, 1360:25, 1367:6, 1368:1, 1376:15
**files** [1] - 1371:8
**filing** [2] - 1253:13, 1371:19
**filled** [1] - 1304:7
**filmed** [1] - 1286:1
**final** [4] - 1316:4, 1316:9, 1316:14, 1358:22
**finally** [1] - 1307:15
**fine** [4] - 1253:22, 1356:13, 1368:23, 1371:11
**finger** [2] - 1266:4, 1272:16
**finished** [1] - 1213:21
**finite** [1] - 1345:9
**firearms** [2] - 1197:16
**firefighter** [1] - 1229:7
**first** [40] - 1189:17, 1189:24, 1191:3, 1191:18, 1198:15, 1206:16, 1211:13, 1223:14, 1231:9, 1231:13, 1233:17, 1242:5, 1242:23, 1243:14, 1243:25, 1245:12, 1252:24, 1253:13, 1254:14, 1256:15, 1256:16, 1283:4, 1290:2, 1301:14, 1302:3, 1313:25, 1314:20, 1315:9, 1322:15, 1322:21, 1323:3,

1324:8, 1328:7, 1330:21, 1341:25, 1353:10, 1353:12, 1354:5, 1370:22
**FISCHER** [28] - 1187:14, 1187:15, 1190:15, 1191:1, 1194:24, 1198:15, 1205:7, 1205:10, 1207:24, 1208:2, 1208:6, 1208:13, 1208:15, 1209:1, 1209:20, 1210:6, 1210:11, 1216:20, 1217:24, 1223:5, 1224:16, 1283:16, 1284:1, 1285:14, 1293:2, 1376:9, 1376:13, 1377:1
**Fischer** [15] - 1188:3, 1190:14, 1190:25, 1208:9, 1208:11, 1208:12, 1208:16, 1209:13, 1216:18, 1223:24, 1228:2, 1271:15, 1283:17, 1293:4, 1376:14
**fistfight** [1] - 1335:1
**fit** [5] - 1229:16, 1229:17, 1232:22, 1325:22, 1360:22
**five** [7] - 1191:22, 1213:21, 1220:13, 1227:18, 1241:19, 1279:4, 1279:24
**FL** [1] - 1305:5
**flag** [6] - 1222:9, 1279:19, 1335:15, 1364:9
**flaws** [1] - 1231:14
**flew** [1] - 1335:16
**flexibility** [1] - 1375:13
**floor** [2] - 1222:13, 1259:17
**Florida** [7] - 1275:13, 1275:16, 1275:20, 1276:22, 1348:2, 1349:13, 1362:12
**focus** [3] - 1234:15, 1263:11, 1263:12
**focused** [1] - 1263:15
**focusing** [2] - 1263:16, 1263:18
**folks** [5] - 1198:20, 1220:15, 1329:19, 1356:1
**follow** [4] - 1286:23, 1338:25, 1356:25,

1357:18
**followed** [2] - 1230:23, 1329:24
**followers** [1] - 1347:14
**following** [29] - 1189:23, 1190:19, 1208:7, 1210:8, 1223:10, 1224:13, 1240:3, 1241:25, 1254:7, 1254:12, 1284:6, 1291:24, 1295:14, 1297:1, 1307:17, 1308:8, 1309:2, 1309:8, 1309:22, 1311:19, 1313:22, 1318:5, 1319:5, 1328:3, 1330:10, 1340:24, 1343:24, 1355:22, 1361:12
**font** [4] - 1296:7, 1298:4, 1298:17, 1324:19
**footage** [15] - 1266:1, 1266:2, 1267:21, 1271:6, 1286:14, 1286:23, 1287:8, 1287:10, 1287:13, 1287:17, 1287:24, 1288:13, 1288:19, 1288:20, 1288:21
**FOR** [9] - 1186:1, 1186:14, 1186:17, 1186:22, 1187:2, 1187:8, 1187:11, 1187:14, 1188:8
**force** [14] - 1191:11, 1191:20, 1191:24, 1192:3, 1193:9, 1195:10, 1195:17, 1196:6, 1218:24, 1262:13, 1306:6, 1306:13, 1345:21, 1345:22
**forced** [1] - 1239:6
**forcing** [1] - 1246:5
**Ford** [1] - 1271:15
**foregoing** [1] - 1378:4
**forehead** [1] - 1203:14
**foreign** [2] - 1273:19, 1334:13
**forensic** [12] - 1284:10, 1284:14, 1284:16, 1292:1, 1292:4, 1292:6, 1310:1, 1310:4,

1310:6, 1321:8, 1321:11, 1321:13
**forever** [2] - 1228:19, 1324:1
**form** [4] - 1247:9, 1250:25, 1298:3, 1352:1
**formally** [1] - 1189:3, 1320:13, 1361:23
**format** [4] - 1296:10, 1297:18, 1298:21, 1316:20
**formation** [1] - 1358:12
**formats** [1] - 1297:18
**formed** [4] - 1230:16, 1230:25, 1251:4, 1356:15
**former** [1] - 1273:17
**FORMERFEDSGR OUP.COM** [1] - 1187:8
**forming** [2] - 1249:20, 1251:7
**forth** [1] - 1248:9
**forward** [5] - 1191:9, 1203:16, 1252:8, 1340:19, 1361:10
**forwarded** [3] - 1329:3, 1329:5, 1329:7
**forwards** [1] - 1344:3
**foul** [1] - 1224:11
**foundation** [17] - 1261:12, 1280:17, 1280:20, 1286:22, 1295:6, 1295:12, 1296:11, 1296:14, 1296:17, 1297:7, 1311:6, 1313:12, 1313:16, 1329:12, 1348:5, 1349:19, 1350:14
**founded** [1] - 1325:7
**fountain** [6] - 1224:17, 1224:18, 1224:20, 1225:8, 1225:10, 1225:13
**four** [6] - 1221:22, 1240:9, 1240:11, 1240:17, 1244:10, 1313:25
**Fox** [1] - 1220:21
**frame** [3] - 1279:10, 1279:13, 1279:14
**frankly** [8] - 1196:21, 1197:5, 1204:23, 1214:6, 1225:16, 1227:23, 1366:5, 1374:13
**fraud** [5] - 1255:23,

1303:14, 1303:16, 1308:1, 1332:25
**fraud-infested** [1] - 1303:14
**fraudulent** [1] - 1303:14
**free** [1] - 1343:15
**freedom** [1] - 1250:2
**freemen** [1] - 1307:4
**frequently** [1] - 1293:12
**fresh** [1] - 1213:11
**Friday** [1] - 1263:10
**friend** [3] - 1200:9, 1200:23, 1230:25
**Friends** [6] - 1338:14, 1339:4, 1339:19, 1346:7, 1346:11, 1346:15
**friends** [1] - 1223:1
**from'** [1] - 1307:7
**Front** [1] - 1187:12
**front** [2] - 1353:1, 1371:12
**front-burner** [1] - 1371:12
**fruition** [1] - 1347:14
**frustrated** [1] - 1253:3
**fuck** [1] - 1315:13
**fugitive** [2] - 1214:12, 1214:15
**full** [5] - 1204:12, 1240:23, 1265:8, 1270:20, 1378:5
**fully** [1] - 1373:1
**furtherance** [30] - 1244:2, 1244:23, 1244:25, 1247:12, 1247:18, 1250:16, 1253:6, 1318:20, 1329:14, 1341:9, 1342:13, 1343:11, 1343:16, 1344:22, 1345:24, 1347:11, 1350:22, 1351:6, 1351:18, 1351:21, 1351:22, 1351:23, 1354:19, 1354:25, 1356:8, 1356:10, 1356:11, 1356:17, 1356:19, 1361:23
**furthest** [1] - 1274:14
**fused** [2] - 1221:21
**future** [3] - 1336:9, 1350:12, 1354:12

# G

**game** [1] - 1302:22
**Garand** [1] - 1335:17
**gatekeepers** [1] - 1229:24
**gather** [1] - 1329:8
**gathered** [2] - 1197:25, 1334:23
**Gatling** [1] - 1253:4
**Gator** [1] - 1304:15
**gear** [2] - 1256:17, 1337:24
**general** [11] - 1195:5, 1198:3, 1198:21, 1227:10, 1242:18, 1244:15, 1275:25, 1287:14, 1341:5, 1365:2
**General** [1] - 1307:1
**generally** [11] - 1189:9, 1258:23, 1290:14, 1290:16, 1332:16, 1332:19, 1338:18, 1338:19, 1338:21, 1338:22, 1351:7
**genes** [1] - 1336:8
**gentleman** [2] - 1333:20, 1375:21
**gentlemen** [124] - 1190:21, 1191:3, 1191:7, 1191:13, 1191:17, 1191:20, 1192:6, 1192:15, 1193:2, 1193:7, 1193:14, 1193:19, 1193:22, 1193:24, 1194:16, 1194:20, 1194:25, 1195:11, 1195:20, 1196:1, 1196:8, 1196:17, 1197:4, 1197:5, 1197:11, 1197:20, 1198:7, 1198:11, 1198:19, 1199:5, 1199:11, 1199:14, 1199:25, 1200:4, 1201:14, 1202:3, 1202:16, 1203:9, 1203:16, 1204:3, 1204:7, 1204:24, 1205:1, 1206:3, 1206:11, 1206:23, 1207:10, 1207:21, 1210:11, 1210:12, 1210:16, 1210:19, 1210:21, 1210:23, 1211:3, 1211:6,

1211:9, 1211:15, 1211:23, 1212:3, 1212:5, 1212:19, 1212:25, 1213:3, 1213:9, 1213:12, 1213:19, 1214:1, 1214:7, 1214:11, 1214:13, 1214:17, 1215:8, 1215:9, 1215:21, 1216:2, 1216:8, 1216:12, 1216:21, 1216:25, 1217:9, 1217:13, 1217:16, 1217:20, 1217:24, 1218:2, 1218:8, 1218:13, 1218:19, 1219:2, 1219:8, 1219:9, 1219:10, 1219:23, 1219:25, 1220:9, 1220:19, 1220:24, 1221:9, 1221:14, 1221:17, 1222:3, 1222:5, 1222:15, 1222:23, 1224:16, 1225:8, 1225:20, 1226:1, 1226:8, 1226:12, 1226:21, 1226:22, 1227:13, 1227:21, 1227:23, 1241:13, 1255:2, 1284:5, 1291:23, 1292:13, 1309:20, 1318:2, 1340:10
**geographically** [1] - 1376:16
**George** [1] - 1307:14
**Georgia** [1] - 1337:16
**Geyer** [2] - 1241:9, 1277:15
**GEYER** [5] - 1187:8, 1241:11, 1265:6, 1271:19, 1277:16
**given** [7] - 1208:20, 1252:4, 1256:17, 1295:17, 1340:14, 1359:12, 1368:25
**glad** [1] - 1204:23
**glass** [1] - 1191:25
**glasses** [3] - 1274:16, 1276:10, 1278:16
**Glen** [1] - 1187:16
**glorious** [1] - 1335:15
**go-to** [4] - 1232:1, 1356:22, 1358:1, 1358:3
**God** [3] - 1250:1,

1307:10, 1336:10
**gonna** [3] - 1315:7, 1317:15, 1317:19
**goods** [1] - 1206:6
**goofing** [1] - 1225:1
**goofy** [1] - 1200:12
**GOP** [1] - 1336:23
**Government** [106] - 1189:6, 1189:8, 1191:7, 1192:6, 1192:15, 1195:12, 1199:16, 1200:11, 1205:2, 1215:15, 1216:2, 1217:10, 1217:25, 1218:10, 1218:20, 1224:22, 1224:23, 1227:11, 1228:11, 1228:17, 1230:7, 1231:17, 1232:1, 1232:14, 1236:5, 1237:10, 1237:12, 1238:9, 1239:13, 1239:16, 1241:15, 1243:3, 1243:10, 1244:17, 1244:18, 1244:21, 1245:19, 1245:21, 1246:6, 1246:8, 1247:17, 1251:3, 1253:9, 1253:14, 1254:16, 1264:17, 1280:17, 1281:12, 1283:21, 1291:13, 1292:16, 1292:18, 1292:21, 1292:23, 1292:25, 1294:12, 1294:24, 1299:3, 1311:2, 1313:7, 1316:4, 1320:7, 1322:7, 1324:18, 1327:22, 1328:20, 1329:12, 1330:2, 1341:13, 1341:15, 1341:17, 1342:7, 1342:13, 1342:18, 1343:6, 1343:10, 1343:15, 1343:18, 1344:6, 1344:10, 1344:24, 1344:25, 1346:5, 1346:25, 1347:4, 1348:4, 1348:14, 1349:7, 1350:13, 1350:14, 1355:12, 1355:23, 1356:15, 1361:13, 1361:24, 1362:8, 1362:24, 1370:4, 1371:8, 1372:24, 1373:16, 1374:13, 1374:18, 1375:9,

1376:5, 1376:18
**GOVERNMENT** [3] - 1186:14, 1188:8, 1254:17
**government** [5] - 1231:19, 1240:22, 1334:13, 1335:4, 1372:25
**government's** [11] - 1188:13, 1188:13, 1188:14, 1188:14, 1188:15, 1188:15, 1188:16, 1188:16, 1188:17, 1188:17, 1188:18
**Government's** [93] - 1189:17, 1228:16, 1234:18, 1242:3, 1250:22, 1252:4, 1253:3, 1260:9, 1260:12, 1261:18, 1261:23, 1264:18, 1265:10, 1265:21, 1266:22, 1268:6, 1268:15, 1270:23, 1271:1, 1271:13, 1271:22, 1272:1, 1272:6, 1279:6, 1279:25, 1280:14, 1281:13, 1281:18, 1281:22, 1284:3, 1284:8, 1284:12, 1284:17, 1284:22, 1285:5, 1285:11, 1285:16, 1285:20, 1286:13, 1286:20, 1287:21, 1288:4, 1288:9, 1288:14, 1289:23, 1291:14, 1291:25, 1292:7, 1294:14, 1294:15, 1294:17, 1299:9, 1309:15, 1309:24, 1310:2, 1310:7, 1310:21, 1310:23, 1310:24, 1311:3, 1313:13, 1314:4, 1316:5, 1316:10, 1316:15, 1320:8, 1321:2, 1321:5, 1321:9, 1321:15, 1321:25, 1322:1, 1322:7, 1322:12, 1322:22, 1327:13, 1327:22, 1330:18, 1330:23, 1333:13, 1343:1, 1345:5, 1345:6, 1354:20, 1358:5, 1358:14, 1359:10, 1362:2, 1367:2, 1369:5,

1370:6, 1370:8, 1371:14
**Governor** [1] - 1187:15
**grab** [1] - 1311:7
**graduate** [1] - 1255:13
**graduated** [1] - 1255:12
**graduating** [2] - 1255:15, 1255:16
**grammar** [1] - 1317:11
**grandparents** [1] - 1336:9
**grandsons** [1] - 1336:9
**grass** [1] - 1226:14
**grateful** [2] - 1340:12, 1340:13
**gray** [2] - 1191:5, 1276:10
**grayish** [1] - 1283:12
**great** [5] - 1248:13, 1248:14, 1270:22, 1288:16, 1299:19
**greater** [1] - 1190:9
**ground** [1] - 1235:14
**grounding** [1] - 1352:22
**grounds** [7] - 1226:12, 1257:5, 1257:12, 1267:22, 1269:3, 1282:22, 1286:10
**group** [45] - 1192:1, 1195:17, 1213:13, 1243:5, 1250:11, 1263:25, 1264:5, 1267:1, 1267:21, 1270:7, 1271:5, 1272:13, 1273:9, 1273:21, 1275:6, 1275:16, 1299:24, 1299:25, 1300:2, 1300:3, 1300:18, 1300:21, 1301:9, 1302:6, 1302:14, 1314:15, 1318:17, 1325:13, 1327:2, 1329:8, 1331:5, 1338:3, 1338:9, 1345:9, 1346:4, 1346:6, 1346:7, 1346:8, 1347:1, 1348:8, 1348:9, 1348:20, 1348:21
**group's** [1] - 1273:20
**groups** [1] - 1327:2
**GS-13** [1] - 1214:23

**guard** [1] - 1257:21
**guarded** [1] - 1259:5
**guarding** [1] - 1258:15
**guess** [16] - 1196:1, 1196:17, 1211:17, 1214:8, 1217:18, 1245:8, 1247:16, 1263:5, 1272:16, 1295:16, 1313:25, 1328:10, 1335:7, 1341:6, 1356:11, 1364:1
**guilt** [2] - 1247:11, 1292:23
**guilty** [4] - 1213:23, 1215:24, 1230:8, 1241:1
**guns** [3] - 1193:11, 1197:12, 1203:13
**guts** [3] - 1192:21, 1192:23, 1194:21
**guy** [3] - 1200:2, 1215:17, 1227:21
**guys** [1] - 1248:14

## H

**habit** [1] - 1366:9
**hacking** [1] - 1259:24
**half** [3] - 1221:22, 1222:9, 1276:10
**HALLER** [5] - 1187:4, 1187:5, 1265:7, 1348:22, 1349:1
**Haller** [1] - 1349:3
**hallway** [2] - 1238:16
**hallways** [1] - 1259:18
**Hand** [1] - 1358:6
**hand** [4] - 1193:16, 1194:12, 1307:2, 1374:8
**handful** [1] - 1244:18
**handled** [1] - 1251:23
**hands** [1] - 1287:1
**hang** [5] - 1288:7, 1292:12, 1295:9
**happenstance** [1] - 1201:20
**happy** [4] - 1243:12, 1364:6, 1366:7, 1369:20
**hard** [4] - 1206:20, 1261:8, 1364:25, 1372:15

**hardly** [1] - 1224:8
**hardworking** [1] - 1196:15
**harm** [1] - 1224:10
**Harrelson** [11] - 1241:10, 1241:11, 1276:25, 1277:1, 1277:5, 1277:6, 1277:9, 1277:10, 1277:14, 1277:18, 1279:14
**HARRELSON** [1] - 1187:8
**Harrisburg** [1] - 1187:13
**hash** [2] - 1253:20, 1370:12
**hat** [1] - 1289:1
**hate** [1] - 1304:7
**hate-filled** [1] - 1304:7
**hating** [1] - 1304:7
**hats** [1] - 1273:1
**haunted** [1] - 1229:4
**head** [4] - 1198:6, 1206:9, 1222:1, 1349:13
**health** [1] - 1203:20
**healthcare** [1] - 1255:23
**hear** [39] - 1193:22, 1206:5, 1208:10, 1208:13, 1208:15, 1209:6, 1219:20, 1229:19, 1230:1, 1230:15, 1231:15, 1231:25, 1232:7, 1232:12, 1232:13, 1233:1, 1233:12, 1233:17, 1233:21, 1233:22, 1234:2, 1234:17, 1234:24, 1236:6, 1236:9, 1236:10, 1236:14, 1236:20, 1237:18, 1239:5, 1240:4, 1240:23, 1253:21, 1269:20, 1292:15, 1295:19, 1360:12, 1364:6
**heard** [12] - 1195:1, 1201:21, 1201:22, 1230:3, 1231:7, 1231:17, 1236:13, 1252:13, 1257:6, 1296:21, 1370:2, 1374:1
**hearing** [4] - 1214:14, 1214:16, 1241:15, 1366:20

**hearsay** [11] - 1207:23, 1207:24, 1207:25, 1208:18, 1209:9, 1209:24, 1328:19, 1329:1, 1343:5, 1347:16, 1354:14
**heart** [3] - 1217:3, 1228:15
**heaven** [1] - 1224:18
**Heike** [1] - 1251:2
**held** [2] - 1216:6, 1342:14
**hell** [2] - 1232:25, 1317:13
**helmets** [2] - 1262:20, 1264:8
**help** [9] - 1222:25, 1230:20, 1230:21, 1230:22, 1231:3, 1234:22, 1298:6, 1327:14
**helpful** [4] - 1246:10, 1353:11, 1364:19, 1374:24
**helping** [1] - 1324:18
**hereby** [1] - 1378:3
**herself** [5] - 1202:24, 1203:1, 1203:5, 1240:4
**hide** [1] - 1240:16
**hiding** [2] - 1202:13, 1202:16
**high** [3] - 1207:10, 1349:12, 1367:14
**high-level** [2] - 1349:12, 1367:14
**highlight** [1] - 1358:24
**highlights** [1] - 1359:14
**Highway** [1] - 1187:15
**Hill** [1] - 1222:18
**himself** [4] - 1203:23, 1227:9, 1247:7, 1336:12
**hip** [1] - 1227:18
**hips** [1] - 1227:17
**history** [4] - 1195:2, 1301:5, 1332:17, 1368:10
**hogwash** [1] - 1200:3
**hold** [6] - 1233:15, 1239:11, 1240:13, 1280:19, 1297:4, 1318:25
**holds** [1] - 1221:24
**home** [5] - 1254:2,

1256:1, 1263:3, 1284:7, 1321:5
**honcho** [1] - 1198:6
**Honor** [155] - 1189:7, 1189:13, 1190:15, 1191:1, 1191:2, 1208:2, 1208:15, 1209:1, 1209:5, 1209:20, 1223:8, 1223:13, 1228:4, 1241:7, 1241:12, 1243:7, 1243:8, 1243:13, 1243:21, 1245:11, 1245:17, 1246:2, 1246:3, 1248:7, 1249:12, 1250:3, 1252:21, 1253:2, 1253:16, 1254:4, 1254:15, 1254:21, 1261:20, 1264:16, 1265:6, 1265:7, 1265:16, 1266:7, 1266:12, 1266:15, 1266:18, 1267:4, 1267:12, 1267:14, 1268:10, 1268:19, 1271:2, 1271:12, 1271:20, 1271:24, 1274:6, 1274:17, 1274:23, 1277:13, 1278:17, 1278:21, 1280:16, 1280:20, 1283:14, 1283:21, 1284:2, 1285:10, 1285:18, 1286:12, 1286:20, 1286:24, 1287:3, 1288:11, 1289:19, 1291:13, 1291:21, 1293:2, 1294:12, 1295:3, 1295:5, 1295:12, 1295:19, 1296:6, 1299:2, 1308:4, 1309:4, 1309:14, 1309:19, 1309:20, 1310:9, 1311:5, 1312:2, 1312:8, 1312:16, 1312:22, 1313:1, 1313:9, 1313:19, 1314:2, 1316:3, 1316:8, 1316:12, 1318:11, 1318:21, 1319:3, 1320:7, 1320:19, 1320:24, 1321:1, 1322:6, 1327:21, 1327:25, 1328:1, 1328:6, 1328:15, 1330:7, 1330:13, 1330:15, 1330:20, 1332:21,

1339:10, 1340:1, 1340:9, 1341:23, 1342:6, 1342:23, 1347:16, 1348:10, 1349:17, 1349:24, 1350:7, 1350:11, 1352:13, 1353:9, 1355:11, 1357:14, 1358:23, 1360:7, 1360:12, 1362:6, 1363:2, 1363:17, 1364:10, 1365:16, 1366:15, 1366:17, 1367:20, 1368:9, 1369:15, 1370:11, 1370:15, 1371:9, 1371:17, 1371:24, 1372:12, 1372:19, 1374:16, 1376:9, 1376:20, 1377:1
**Honor's** [3] - 1251:24, 1358:24, 1359:8
**HONORABLE** [1] - 1186:11
**hooks** [1] - 1217:11
**hope** [1] - 1190:21
**hoped** [2] - 1237:8, 1243:19
**hoping** [1] - 1189:20
**hotel** [2] - 1197:9, 1202:5
**hounded** [1] - 1201:3
**hour** [3] - 1225:6, 1235:10, 1237:17
**hours** [8] - 1203:10, 1204:2, 1217:16, 1236:19, 1263:6, 1294:7, 1335:1, 1337:9
**House** [3] - 1213:6, 1247:3, 1304:10
**house** [13] - 1200:16, 1203:10, 1207:9, 1210:21, 1211:7, 1211:10, 1222:12, 1222:13, 1222:15, 1226:21, 1323:15
**houses** [1] - 1307:5
**HUGHES** [1] - 1186:19
**human** [9] - 1193:15, 1193:23, 1194:7, 1194:10, 1282:18, 1296:3, 1307:9, 1369:7, 1369:25
**humans** [1] - 1297:13
**humor** [1] - 1227:1
**hundred** [2] -

1394

**hundreds** [4] - 1192:7, 1224:25, 1238:13

**hurt** [2] - 1221:5, 1235:20

# I

**idea** [9] - 1203:9, 1226:19, 1236:16, 1236:23, 1237:11, 1239:19, 1313:3, 1329:9, 1359:16

**identification** [12] - 1274:18, 1274:22, 1276:13, 1276:17, 1277:14, 1277:17, 1278:18, 1278:25, 1283:15, 1283:18, 1285:3, 1285:4

**identified** [7] - 1200:10, 1200:15, 1244:18, 1248:2, 1249:24, 1281:1, 1360:4

**identify** [4] - 1200:7, 1249:16, 1275:15, 1375:3

**identifying** [1] - 1369:13

**identity** [3] - 1272:25, 1369:6, 1370:14

**ignore** [2] - 1198:11, 1198:13

**ignored** [1] - 1223:21

**ignoring** [1] - 1223:16

**Ill** [1] - 1186:6

**illegal** [3] - 1197:13, 1225:4, 1226:20

**illegitimate** [1] - 1303:14

**Illinois** [1] - 1219:12

**image** [7] - 1284:14, 1284:16, 1292:6, 1310:4, 1310:6, 1321:14, 1333:4

**image/acquisition** [2] - 1292:4, 1321:12

**images** [1] - 1277:7

**immediately** [4] - 1203:5, 1211:7, 1270:4, 1318:14

**immemorial** [1] - 1351:9

**impacted** [1] - 1229:14

**impatient** [1] - 1260:17

**important** [8] - 1200:24, 1209:24, 1229:22, 1230:5, 1231:20, 1251:6, 1252:24, 1323:21

**importantly** [1] - 1248:20

**imposition** [1] - 1374:25

**impossible** [1] - 1366:17

**imposters** [1] - 1337:23

**impression** [2] - 1244:15, 1365:2

**improper** [1] - 1229:20

**IN** [1] - 1188:11

**in-court** [10] - 1274:18, 1274:21, 1276:12, 1276:16, 1277:14, 1277:17, 1278:18, 1278:24, 1283:15, 1283:17

**inaccurately** [1] - 1216:5

**inaugural** [1] - 1222:19

**inauguration** [2] - 1232:22, 1325:22

**inbox** [1] - 1348:11

**incentives** [1] - 1374:6

**incident** [2] - 1257:9, 1263:17

**incite** [1] - 1237:16

**include** [5] - 1287:10, 1287:14, 1287:16, 1321:5, 1359:25

**included** [2] - 1313:6, 1364:23

**includes** [2] - 1248:23, 1250:12

**including** [13] - 1192:4, 1195:10, 1202:8, 1203:25, 1243:4, 1246:24, 1304:5, 1304:18, 1309:24, 1347:1, 1354:14, 1354:16, 1355:19

**incorporate** [1] - 1346:19

**incorrectly** [1] - 1371:10

**increased** [1] - 1344:25

**incredibly** [1] - 1235:13

**incrimination** [2] - 1240:11, 1240:15

**independent** [6] - 1253:7, 1329:14, 1329:19, 1340:16, 1343:13, 1361:25

**Indiana** [1] - 1196:23

**indicate** [1] - 1243:8

**indicated** [5] - 1204:15, 1243:1, 1280:25, 1290:11, 1371:24

**indicates** [2] - 1279:16, 1280:9

**indication** [1] - 1290:22

**indictment** [3] - 1189:12, 1246:16, 1345:20

**individual** [9] - 1244:3, 1274:8, 1277:25, 1278:2, 1279:17, 1288:25, 1324:13, 1369:3, 1374:21

**individuals** [18] - 1228:20, 1231:2, 1234:13, 1236:25, 1238:24, 1262:20, 1264:6, 1269:23, 1269:25, 1272:15, 1272:24, 1275:2, 1275:12, 1279:11, 1280:5, 1325:23, 1343:20, 1361:20

**indulge** [1] - 1318:2

**indulgence** [6] - 1268:20, 1286:24, 1311:11, 1312:19, 1316:7, 1322:9

**inference** [2] - 1292:22, 1344:8

**infested** [1] - 1303:14

**inflammatory** [1] - 1219:15

**influence** [1] - 1237:17

**info** [1] - 1344:3

**information** [9] - 1273:20, 1292:24, 1368:24, 1369:1, 1369:18, 1371:15, 1373:5, 1373:25, 1374:4

**infowars/Alex** [1] - 1323:14

**inhale** [1] - 1259:21

**inherent** [1] - 1231:15

**initial** [1] - 1361:14

**injured** [1] - 1230:22

**injuries** [4] - 1203:20, 1222:21, 1227:15, 1227:19

**injury** [3] - 1221:18

**innocence** [1] - 1292:24

**innocent** [1] - 1217:6

**inside** [7] - 1200:10, 1205:4, 1205:23, 1206:10, 1207:7, 1221:4, 1268:2

**insofar** [2] - 1249:10, 1364:9

**instead** [6] - 1215:22, 1215:23, 1241:17, 1243:15, 1246:9, 1300:24

**instigator** [3] - 1210:25, 1211:1, 1211:2

**institutions** [1] - 1334:18

**instruct** [1] - 1252:16

**instruction** [13] - 1223:17, 1224:3, 1224:5, 1251:14, 1251:17, 1251:24, 1252:11, 1252:23, 1253:1, 1292:14, 1319:1, 1365:25, 1366:7

**instructions** [5] - 1256:21, 1365:19, 1365:25, 1366:1, 1366:18

**Insurrection** [1] - 1236:24

**intel** [3] - 1250:11, 1301:17, 1302:16

**intend** [1] - 1312:13

**intended** [2] - 1231:19, 1366:5

**intending** [1] - 1341:16

**intends** [1] - 1231:18

**intent** [5] - 1247:1, 1247:7, 1248:18, 1318:12, 1318:22

**intention** [2] - 1252:3

**interested** [1] - 1370:21

**interesting** [1] - 1203:17

**interestingly** [1] - 1232:12

**interior** [1] - 1260:3

**interpret** [1] - 1226:23

**interrogated** [1] - 1212:24

**interrupt** [1] - 1342:25

**interview** [9] - 1194:4, 1194:5, 1194:6, 1207:13, 1211:11, 1216:25, 1217:19

**interviewed** [5] - 1192:7, 1192:10, 1207:13, 1216:11, 1278:7

**introduce** [2] - 1243:11, 1255:1

**introduced** [6] - 1201:23, 1209:11, 1224:4, 1242:13, 1346:5, 1360:25

**investigate** [7] - 1212:20, 1266:25, 1267:1, 1267:3, 1273:9, 1289:8, 1289:9

**investigating** [2] - 1263:16, 1263:20

**investigation** [35] - 1207:11, 1208:21, 1214:8, 1214:20, 1215:5, 1263:12, 1263:24, 1272:23, 1273:24, 1274:1, 1275:1, 1275:25, 1276:20, 1277:6, 1277:21, 1279:12, 1281:8, 1282:4, 1282:12, 1282:18, 1282:25, 1289:8, 1291:8, 1293:16, 1294:3, 1304:17, 1306:3, 1309:9, 1309:22, 1315:15, 1319:10, 1319:19, 1320:1, 1321:21, 1326:20

**Investigation** [1] - 1255:8

**investigators** [1] - 1193:24

**invite** [1] - 1352:4

**invocation** [1] - 1228:17

**invoking** [1] - 1240:14

**involved** [3] - 1204:11, 1231:8, 1358:25

**involving** [2] -

1332:19, 1338:2
**iPhone** [1] - 1291:25
**irrelevant** [1] - 1234:6
**Island** [1] - 1307:2
**isolation** [1] - 1355:12
**issue** [8] - 1210:24, 1242:24, 1244:24, 1245:18, 1267:14, 1320:23, 1366:11, 1371:13
**issues** [5] - 1215:1, 1215:2, 1242:8, 1252:5, 1318:3
**Item** [2] - 1284:8, 1302:5
**item** [2] - 1291:24, 1302:4
**items** [7] - 1281:9, 1284:6, 1284:7, 1284:8, 1291:21, 1309:22, 1321:4
**itself** [8] - 1231:15, 1257:1, 1257:13, 1263:12, 1295:21, 1300:8, 1330:1, 1375:14

## J

**jacket** [2] - 1191:5, 1288:25
**JAMES** [1] - 1186:23
**Jan** [1] - 1325:21
**January** [57] - 1192:14, 1194:9, 1194:13, 1198:8, 1198:17, 1198:18, 1199:13, 1200:5, 1200:6, 1202:20, 1204:11, 1205:4, 1211:14, 1211:21, 1212:1, 1212:10, 1212:14, 1213:15, 1215:7, 1217:17, 1218:3, 1218:14, 1219:5, 1220:25, 1221:23, 1227:20, 1231:8, 1232:5, 1232:6, 1232:8, 1233:8, 1233:18, 1237:14, 1248:22, 1255:21, 1255:23, 1262:8, 1263:5, 1263:10, 1263:21, 1275:18, 1282:23, 1284:5, 1284:19, 1286:6, 1286:10, 1287:8, 1289:9,

1289:10, 1321:3, 1321:16, 1347:6, 1356:2, 1356:3, 1359:13, 1361:22
**Jedediah** [1] - 1236:21
**JEFFREY** [1] - 1186:15
**Jersey** [1] - 1187:10
**Jessica** [23] - 1200:7, 1200:16, 1201:3, 1202:8, 1202:18, 1202:22, 1207:15, 1211:22, 1228:8, 1228:21, 1228:22, 1228:24, 1229:13, 1230:9, 1232:4, 1236:14, 1237:19, 1238:6, 1239:18, 1240:17, 1278:1, 1278:18, 1319:9
**job** [1] - 1256:6
**Joe** [1] - 1331:18
**John** [1] - 1261:6
**join** [4] - 1238:5, 1317:19, 1352:4, 1356:21
**joined** [2] - 1238:20, 1351:12
**joke** [2] - 1196:21, 1219:21
**Jolly** [1] - 1323:4
**JONATHAN** [1] - 1187:11
**Jonathan** [1] - 1228:7
**Jones** [1] - 1323:14
**Joseph** [1] - 1291:6
**journalist** [1] - 1271:15
**JR** [3] - 1186:15, 1186:23, 1187:2
**Judge** [1] - 1358:6
**judge** [8] - 1208:13, 1214:15, 1228:10, 1229:23, 1298:6, 1298:11, 1358:11, 1367:15
**JUDGE** [1] - 1186:11
**JULI** [2] - 1187:4, 1187:5
**July** [1] - 1247:24
**June** [1] - 1247:24
**junkie** [2] - 1230:18, 1234:3
**JUROR** [2] - 1260:23, 1260:25
**Juror** [1] - 1371:24
**juror** [1] - 1230:6

**juror's** [1] - 1372:7
**jury** [50] - 1190:17, 1190:18, 1208:8, 1223:11, 1224:9, 1229:24, 1240:23, 1241:22, 1242:12, 1251:18, 1252:16, 1254:10, 1254:11, 1255:2, 1255:10, 1256:8, 1260:7, 1260:20, 1261:17, 1262:12, 1265:17, 1268:4, 1268:18, 1269:11, 1285:19, 1293:18, 1294:13, 1294:25, 1295:15, 1296:16, 1297:5, 1297:10, 1298:6, 1298:11, 1307:21, 1307:24, 1308:9, 1309:17, 1311:20, 1314:1, 1318:6, 1319:23, 1321:23, 1322:20, 1326:23, 1327:11, 1328:4, 1340:23, 1366:11, 1366:19
**JURY** [1] - 1186:10
**jury's** [2] - 1230:6, 1311:9
**JUSTICE** [1] - 1186:20
**Justice** [1] - 1372:1
**justice** [3] - 1195:2, 1214:13, 1214:16
**JUSTIN** [1] - 1186:19

## K

**KATHRYN** [1] - 1186:14
**keep** [8] - 1193:20, 1193:23, 1194:10, 1203:17, 1207:16, 1218:12, 1259:23, 1317:19
**Keepers** [62] - 1192:7, 1192:8, 1193:4, 1193:6, 1193:17, 1194:8, 1195:23, 1196:4, 1196:8, 1201:12, 1201:14, 1201:21, 1201:25, 1202:7, 1207:15, 1207:18, 1207:20, 1210:15, 1210:17, 1211:22, 1216:7, 1219:24, 1228:10, 1228:12, 1228:14,

1229:15, 1230:15, 1231:7, 1231:14, 1234:11, 1237:11, 1237:13, 1238:3, 1238:24, 1273:5, 1273:7, 1273:15, 1273:16, 1273:23, 1275:3, 1275:7, 1275:9, 1275:11, 1275:13, 1275:16, 1275:20, 1276:22, 1277:22, 1279:20, 1282:6, 1325:14, 1329:9, 1339:23, 1345:8, 1346:7, 1346:8, 1346:15, 1346:18, 1348:3, 1349:13, 1362:12
**keeps** [1] - 1217:14
**Kelly** [15] - 1237:19, 1248:12, 1275:19, 1275:21, 1276:1, 1276:13, 1304:15, 1304:16, 1309:8, 1309:11, 1309:23, 1310:22, 1314:9, 1315:16, 1331:9
**Kenneth** [2] - 1276:25, 1277:14
**Kentucky** [6] - 1196:12, 1196:14, 1196:17, 1196:22, 1196:23, 1315:1
**kept** [2] - 1257:19, 1259:5
**key** [1] - 1237:11
**kid** [1] - 1226:8
**kill** [5] - 1197:17, 1206:6, 1206:12, 1350:20, 1352:6
**killed** [1] - 1350:20
**killing** [3] - 1197:1, 1224:19, 1315:7
**kind** [15] - 1189:5, 1200:12, 1204:15, 1233:15, 1246:6, 1248:3, 1248:9, 1258:5, 1276:10, 1342:5, 1357:3, 1365:1, 1368:5, 1370:16, 1371:4
**kiss** [1] - 1335:16
**knowledge** [1] - 1323:10
**known** [1] - 1250:11, 1375:16, 1375:17
**knows** [3] - 1191:23, 1201:18, 1336:18

## L

**labeled** [8] - 1260:12, 1264:18, 1271:14, 1273:22, 1284:12, 1287:17, 1310:2, 1321:9
**labeling** [1] - 1373:7
**lacking** [1] - 1311:6
**ladies** [124] - 1190:21, 1191:3, 1191:7, 1191:13, 1191:17, 1191:19, 1192:6, 1192:14, 1193:1, 1193:7, 1193:13, 1193:19, 1193:22, 1193:24, 1194:16, 1194:20, 1194:25, 1195:11, 1195:20, 1196:1, 1196:8, 1196:17, 1197:4, 1197:5, 1197:10, 1197:20, 1198:7, 1198:11, 1198:19, 1199:5, 1199:11, 1199:14, 1199:25, 1200:4, 1201:13, 1202:3, 1202:16, 1203:8, 1203:16, 1204:3, 1204:7, 1204:24, 1205:1, 1206:3, 1206:11, 1206:23, 1207:10, 1207:21, 1210:11, 1210:12, 1210:15, 1210:19, 1210:21, 1210:23, 1211:3, 1211:6, 1211:9, 1211:15, 1211:23, 1212:3, 1212:4, 1212:19, 1212:25, 1213:3, 1213:9, 1213:12, 1213:19, 1214:1, 1214:7, 1214:11, 1214:13, 1214:17, 1215:7, 1215:9, 1215:21, 1216:2, 1216:8, 1216:12, 1216:21, 1216:25, 1217:8, 1217:13, 1217:16, 1217:20, 1217:24, 1218:2, 1218:7, 1218:13, 1218:19, 1219:2, 1219:7, 1219:9, 1219:10, 1219:23, 1219:25, 1220:9, 1220:19, 1220:24, 1221:8, 1221:13,

1221:17, 1222:2,
1222:5, 1222:15,
1222:23, 1224:16,
1225:8, 1225:20,
1225:25, 1226:8,
1226:11, 1226:21,
1226:22, 1227:13,
1227:21, 1227:23,
1241:13, 1255:2,
1284:5, 1291:23,
1292:13, 1309:20,
1318:2, 1340:10
**laid** [1] - 1329:12
**language** [2] -
1212:9, 1238:23
**lapel** [1] - 1269:16
**large** [6] - 1233:13,
1289:24, 1291:21,
1293:25, 1294:1,
1298:19
**largely** [1] - 1374:9
**larger** [1] - 1318:17
**laser** [1] - 1203:13
**LASSITER** [1] -
1186:24
**last** [19] - 1198:12,
1198:13, 1216:15,
1253:12, 1253:19,
1311:6, 1311:8,
1311:21, 1312:1,
1312:14, 1313:10,
1313:12, 1313:17,
1318:19, 1339:11,
1339:17, 1360:4,
1370:23, 1376:15
**late** [5] - 1263:8,
1275:17, 1275:19,
1375:13
**laugh** [1] - 1317:14
**laughable** [1] -
1196:21
**Laughter** [1] -
1353:18
**Law** [1] - 1206:4
**LAW** [2] - 1187:2,
2187:5
**law** [18] - 1191:23,
1205:16, 1217:4,
1230:20, 1239:23,
1240:3, 1273:17,
1301:18, 1306:8,
1309:9, 1320:1,
1342:12, 1344:19,
1351:10, 1352:23,
1353:12, 1365:3,
1374:11
**Lawn** [1] - 1186:24
**laws** [2] - 1232:11,
1345:21
**lawyer** [1] - 1222:20

**lawyer's** [1] - 1217:2
**lawyers** [1] - 1194:5
**lay** [8] - 1261:12,
1280:19, 1286:22,
1296:11, 1296:16,
1297:6, 1313:12,
1313:16
**layout** [1] - 1301:24
**lead** [4] - 1189:11,
1229:20, 1290:23,
1291:1
**leader** [9] - 1191:15,
1198:6, 1273:21,
1273:22, 1275:16,
1275:20, 1348:2,
1350:20, 1362:12
**leaders** [5] -
1237:11, 1238:19,
1339:24, 1348:9
**leadership** [23] -
1216:6, 1250:11,
1301:1, 1301:17,
1301:21, 1302:8,
1302:15, 1302:16,
1305:6, 1329:8,
1331:6, 1336:13,
1337:10, 1345:8,
1348:21, 1349:14,
1362:25, 1363:3,
1363:9, 1363:24,
1363:25
**leading** [4] -
1238:10, 1268:2,
1276:21, 1347:5
**Leah** [4] - 1232:16,
1324:13, 1325:9,
1325:11
**leaning** [1] - 1243:8
**learn** [12] - 1228:24,
1228:25, 1229:3,
1229:6, 1229:11,
1229:13, 1231:5,
1240:9, 1275:5,
1277:21, 1282:18,
1326:20
**Learned** [1] - 1358:6
**learned** [1] - 1275:8
**least** [25] - 1189:5,
1203:11, 1236:19,
1238:14, 1238:15,
1240:1, 1243:8,
1243:9, 1245:12,
1246:21, 1329:4,
1340:18, 1341:4,
1343:20, 1343:25,
1344:3, 1344:8,
1345:4, 1352:25,
1359:9, 1364:20,
1374:1, 1374:21,
1375:16, 1376:10

**leave** [7] - 1215:2,
1239:20, 1263:3,
1309:17, 1355:5,
1358:20, 1369:21
**leaves** [1] - 1307:12
**led** [4] - 1213:2,
1227:22, 1237:19,
1368:6
**left** [20] - 1203:5,
1219:17, 1236:16,
1239:21, 1239:24,
1240:5, 1252:8,
1258:19, 1263:4,
1272:19, 1272:20,
1274:14, 1276:9,
1282:5, 1288:25,
1299:20, 1303:2,
1304:5, 1337:15,
1353:22
**legal** [2] - 1197:8,
1318:3
**legislation** [1] -
1337:24
**legislatures** [1] -
1234:7
**legitimacy** [1] -
1303:13
**legitimate** [2] -
1303:16, 1307:25
**length** [1] - 1243:3
**lengthy** [1] - 1318:11
**LEO** [1] - 1305:22
**less** [2] - 1215:1,
1255:19
**lest** [1] - 1195:20
**letters** [2] - 1231:22,
1346:17
**letting** [1] - 1215:24
**level** [2] - 1349:12,
1367:14
**leveled** [1] - 1204:10
**liberally** [1] -
1307:6
**liberty** [1] - 1335:16
**lie** [2] - 1192:14,
1205:16
**lieutenant** [1] -
1210:13
**life** [3] - 1206:1,
1229:5, 1323:23
**light** [1] - 1232:25
**likely** [2] - 1190:5,
1236:13
**limine** [9] - 1223:14,
1360:24, 1361:2,
1367:2, 1372:13,
1372:21, 1372:23
**limitations** [1] -
1223:23
**limited** [6] - 1190:5,

1231:4, 1251:15,
1360:24, 1361:3,
1371:15
**limiting** [16] -
1223:17, 1224:3,
1224:4, 1251:13,
1251:17, 1251:24,
1252:11, 1252:23,
1253:1, 1319:1,
1365:19, 1365:24,
1365:25, 1366:1,
1366:7, 1366:17
**Linder** [3] - 1189:4,
1189:16, 1375:2
**LINDER** [12] -
1186:22, 1186:24,
1189:7, 1189:13,
1271:20, 1274:20,
1291:17, 1299:5,
1372:12, 1372:19,
1373:7, 1373:10
**line** [7] - 1224:9,
1224:10, 1233:16,
1235:7, 1311:8,
1356:13, 1375:12
**lines** [2] - 1211:5,
1302:23
**link** [5] - 1248:22,
1249:6, 1333:6,
1333:17, 1359:24
**Lisa** [1] - 1378:12
**LISA** [2] - 1187:17,
1378:3
**list** [10] - 1189:11,
1190:1, 1243:13,
1284:7, 1294:15,
1294:21, 1310:24,
1322:1, 1369:5,
1369:17
**listed** [2] - 1325:8,
1326:7
**listen** [3] - 1235:13,
1236:10, 1236:11
**listener** [3] -
1249:17, 1349:19,
1364:14
**listening** [2] -
1348:2, 1348:6
**literally** [4] -
1200:20, 1202:16,
1226:17, 1323:22
**litigated** [2] -
1223:19, 1223:20
**live** [3] - 1337:17,
1375:23, 1376:2
**lived** [1] - 1226:6
**LLC** [2] - 1187:8,
1187:12
**load** [1] - 1326:24
**local** [2] - 1334:15,

1374:11
**locals** [1] - 1325:13
**located** [2] - 1281:8,
1281:10
**location** [1] -
1258:11
**lodged** [1] - 1253:13
**logical** [1] - 1340:2
**look** [26] - 1209:13,
1210:2, 1220:24,
1234:9, 1240:6,
1250:14, 1260:13,
1264:14, 1274:7,
1276:5, 1277:8,
1278:11, 1283:9,
1296:7, 1312:18,
1326:2, 1352:20,
1352:21, 1353:6,
1358:21, 1367:1,
1368:7, 1371:12,
1373:22, 1375:9,
1375:12
**looked** [3] - 1212:3,
1246:16, 1259:15
**looking** [13] -
1200:20, 1201:24,
1266:1, 1269:5,
1293:6, 1296:13,
1317:7, 1318:7,
1324:5, 1328:9,
1328:23, 1365:13,
1371:4
**looks** [8] - 1206:18,
1275:21, 1277:1,
1277:5, 1278:3,
1278:5, 1328:23,
1347:12
**lose** [2] - 1323:22,
1324:1
**loss** [2] - 1245:8,
1346:2
**lost** [2] - 1201:17,
1364:16
**loud** [3] - 1236:11,
1255:1, 1365:18
**LOUIS** [1] - 1186:16
**Louisville** [5] -
1196:11, 1196:14,
1196:17, 1196:22,
1231:11
**Lowe's** [1] - 1202:15
**lumbar** [1] - 1221:21
**lunacy** [1] - 1358:7
**lunch** [1] - 1190:21
**lying** [1] - 1216:23

---

**M**

---

**machine** [5] -

1397

1203:13, 1284:12,
1292:2, 1310:3,
1321:10
  **macro** [3] - 1296:9,
1296:22, 1324:18
  **MAGA** [4] - 1195:22,
1201:8, 1232:3
  **Magazine** [1] -
1200:7
  **magazine** [1] -
1231:22
  **magistrate** [1] -
1214:14
  **magnified** [1] -
1296:20
  **magnitude** [1] -
1237:13
  **mail** [1] - 1193:3
  **main** [2] - 1206:24,
1291:4
  **major** [4] - 1211:13,
1290:25, 1305:21,
1335:24
  **majority** [1] -
1337:16
  **man** [2] - 1221:20,
1336:17
  **man's** [1] - 1221:17
  **mandatory** [1] -
1325:21
  **manifestly** [1] -
1342:9
  **manipulate** [1] -
1297:20
  **manna** [1] - 1224:18
  **manner** [2] -
1366:18, 1370:18
  **MANZO** [5] -
1186:16, 1223:8,
1223:13, 1224:6,
1224:12
  **Manzo** [1] - 1223:12
  **map** [2] - 1268:6,
1269:2
  **mapped** [1] - 1189:3
  **March** [3] - 1195:22,
1201:8, 1232:3
  **march** [3] - 1201:11,
1332:14, 1336:17
  **marched** [2] -
1221:12, 1271:5
  **marching** [3] -
1222:17, 1225:7,
1272:14
  **marked** [3] - 1268:5,
1285:3, 1285:4
  **Martha** [3] - 1205:14,
1205:15
  **Marxist** [1] - 1304:6
  **Maryland** [1] -

1187:16
  **mash** [1] - 1359:24
  **mash-up** [1] -
1359:24
  **mask** [5] - 1259:21,
1274:14, 1276:10,
1277:12, 1304:6
  **masks** [1] - 1259:23
  **masse** [1] - 1332:15
  **master** [8] - 1284:13,
1284:15, 1292:3,
1292:5, 1310:4,
1310:6, 1321:11,
1321:13
  **mastermind** [1] -
1198:25
  **masterminded** [2] -
1199:17, 1213:2
  **matches** [1] -
1352:25
  **materials** [1] -
1367:18
  **matrix** [3] - 1247:5,
1250:25, 1355:16
  **matter** [3] - 1197:23,
1209:18, 1252:19
  **matters** [5] - 1230:1,
1232:25, 1235:2,
1235:3, 1377:4
  **Max** [1] - 1291:25
  **mean** [57] - 1194:1,
1207:25, 1208:4,
1208:18, 1209:22,
1209:25, 1227:9,
1242:23, 1243:18,
1244:6, 1246:15,
1248:25, 1249:4,
1249:15, 1250:14,
1250:19, 1256:18,
1266:13, 1303:8,
1319:13, 1329:5,
1342:4, 1342:21,
1343:19, 1349:11,
1349:18, 1349:20,
1349:22, 1349:25,
1350:25, 1351:3,
1351:22, 1352:9,
1352:20, 1353:7,
1355:4, 1355:21,
1355:22, 1361:5,
1361:7, 1362:14,
1364:4, 1364:22,
1365:1, 1365:2,
1367:1, 1367:18,
1368:10, 1369:22,
1371:13, 1373:22,
1375:9, 1375:14,
1375:22, 1375:24
  **mean..** [1] - 1210:1
  **meaning** [1] - 1233:3

**means** [5] - 1221:17,
1241:14, 1302:5,
1302:6, 1302:7
  **meant** [4] - 1192:11,
1212:21, 1334:6,
1336:16
  **measure** [1] - 1347:9
  **medal** [1] - 1240:25
  **media** [11] - 1194:17,
1200:15, 1200:21,
1200:23, 1201:4,
1226:24, 1230:3,
1308:3, 1340:17,
1372:22, 1373:8
  **medias** [1] - 1335:24
  **medic** [1] - 1230:21
  **medical** [5] - 1215:2,
1223:19, 1223:24,
1234:16, 1234:19
  **meet** [1] - 1339:25
  **meeting** [6] - 1232:1,
1352:8, 1352:19,
1356:22, 1358:2,
1358:3
  **Meggs** [64] -
1189:18, 1237:19,
1241:6, 1246:25,
1247:8, 1248:2,
1248:12, 1248:16,
1248:17, 1248:21,
1249:5, 1249:6,
1249:23, 1250:18,
1251:5, 1275:19,
1275:21, 1276:1,
1276:6, 1276:7,
1276:13, 1276:17,
1276:21, 1277:11,
1277:14, 1280:7,
1281:1, 1282:13,
1304:15, 1304:19,
1309:8, 1310:8,
1314:24, 1314:25,
1315:3, 1315:10,
1315:11, 1317:8,
1317:10, 1318:8,
1318:13, 1319:9,
1320:2, 1331:10,
1344:5, 1345:3,
1347:2, 1347:21,
1347:23, 1348:8,
1349:10, 1355:5,
1355:19, 1357:3,
1357:24, 1358:3,
1358:25, 1359:9,
1362:7, 1362:14,
1362:15, 1363:8,
1363:20, 1364:13
  **MEGGS** [1] - 1187:2
  **Meggs's** [14] -
1304:16, 1308:11,

1308:14, 1308:18,
1309:11, 1309:23,
1309:25, 1310:12,
1310:22, 1313:10,
1314:10, 1314:18,
1315:17, 1319:11
  **MEHTA** [1] - 1186:11
  **member** [4] - 1193:5,
1314:22, 1349:14,
1351:9
  **members** [15] -
1196:24, 1211:22,
1228:6, 1240:23,
1248:12, 1249:13,
1258:8, 1277:22,
1277:24, 1344:4,
1345:7, 1345:14,
1350:6, 1356:21,
1372:5
  **memes** [1] - 1204:18
  **mental** [1] - 1223:18
  **mention** [1] -
1227:16
  **mentioned** [6] -
1201:7, 1211:15,
1237:1, 1300:17,
1341:19, 1366:15
  **merely** [1] - 1346:13
  **mess** [1] - 1214:4
  **message** [75] -
1193:8, 1210:25,
1212:8, 1248:12,
1248:21, 1293:22,
1293:23, 1299:20,
1299:22, 1299:23,
1300:1, 1301:25,
1302:8, 1302:18,
1302:25, 1303:3,
1303:6, 1303:8,
1303:10, 1303:24,
1304:3, 1304:12,
1304:14, 1305:3,
1305:4, 1305:13,
1305:16, 1305:19,
1306:15, 1306:22,
1307:18, 1307:22,
1307:24, 1311:17,
1311:24, 1314:6,
1314:15, 1314:17,
1314:21, 1314:25,
1324:8, 1324:9,
1324:11, 1325:16,
1326:4, 1326:12,
1326:16, 1327:3,
1331:15, 1331:17,
1331:23, 1332:7,
1332:10, 1333:3,
1333:17, 1333:25,
1334:20, 1335:8,
1336:4, 1336:15,

1337:3, 1337:18,
1337:19, 1338:6,
1339:18, 1345:11,
1348:15, 1350:16,
1357:10, 1360:1,
1363:6, 1364:2
  **messages** [85] -
1192:25, 1193:1,
1193:4, 1193:6,
1193:7, 1212:4,
1217:25, 1226:24,
1227:2, 1239:3,
1240:5, 1249:13,
1251:4, 1275:1,
1275:4, 1275:5,
1275:12, 1275:14,
1275:15, 1276:20,
1293:8, 1293:9,
1293:10, 1293:24,
1293:25, 1294:1,
1294:2, 1294:5,
1294:10, 1294:13,
1294:16, 1294:19,
1294:24, 1295:7,
1295:18, 1296:7,
1296:9, 1298:7,
1298:9, 1298:15,
1299:17, 1306:12,
1308:11, 1310:16,
1310:17, 1310:18,
1310:22, 1310:25,
1311:3, 1313:15,
1314:13, 1314:14,
1316:1, 1319:23,
1321:22, 1322:2,
1322:15, 1322:21,
1322:25, 1323:6,
1324:5, 1326:2,
1327:5, 1327:10,
1327:18, 1328:8,
1328:10, 1331:2,
1331:9, 1334:1,
1334:3, 1335:18,
1337:10, 1337:13,
1338:2, 1338:25,
1339:4, 1339:12,
1339:16, 1348:11,
1349:15, 1355:19,
1357:20, 1361:11
  **messaging** [4] -
1250:10, 1293:19,
1293:20, 1300:20
  **met** [9] - 1201:14,
1233:22, 1243:3,
1273:25, 1283:5,
1283:6, 1348:5,
1354:16, 1356:6
  **mezzanine** [1] -
1200:13
  **mic** [1] - 1269:16

**Michael** [3] - 1188:9, 1254:16, 1255:3
**MICHAEL** [1] - 1254:17
**microphone** [2] - 1269:14, 1372:16
**mid** [1] - 1218:17
**mid-December** [1] - 1218:17
**middle** [4] - 1202:14, 1218:4, 1279:18, 1280:11
**midst** [1] - 1217:18
**might** [12] - 1206:18, 1206:20, 1222:16, 1227:14, 1233:21, 1246:9, 1317:17, 1345:12, 1353:10, 1364:19, 1373:4
**Mike** [1] - 1219:22
**military** [11] - 1191:23, 1195:13, 1195:17, 1199:17, 1212:9, 1226:5, 1264:7, 1273:17, 1306:8, 1334:25
**military-style** [2] - 1195:13, 1199:17
**militia** [3] - 1230:14, 1325:7, 1326:8
**Militia** [3] - 1230:16, 1325:2, 1325:4
**Million** [3] - 1195:22, 1201:8, 1232:3
**millions** [2] - 1307:10, 1334:23
**Milosevic** [3] - 1332:14, 1332:20, 1332:23
**mind** [12] - 1193:23, 1218:13, 1245:5, 1250:18, 1250:19, 1288:22, 1318:22, 1348:1, 1349:20, 1355:7, 1366:20
**mindful** [1] - 1368:2
**minds** [2] - 1352:8, 1352:19
**mine** [1] - 1311:10
**minimum** [6] - 1249:17, 1250:17, 1347:20, 1348:1, 1349:11, 1356:2
**minority** [1] - 1196:11
**minus** [1] - 1231:5
**minute** [3] - 1203:21, 1293:2, 1360:14
**minutes** [3] - 1214:20, 1243:18,

1306:21
**mirrored** [2] - 1192:22, 1192:24
**mislead** [1] - 1229:20
**misled** [1] - 1228:24
**misrecollecting** [1] - 1363:8
**mission** [2] - 1197:19, 1273:18
**missions** [1] - 1326:9
**Missouri** [1] - 1196:10
**mistake** [2] - 1335:11, 1335:12
**mistaken** [1] - 1228:24
**mistakenly** [2] - 1214:12, 1214:15
**mistakes** [2] - 1215:15, 1229:21
**misunderstanding** [2] - 1365:23, 1369:23
**mobility** [1] - 1221:24
**model** [2] - 1321:6, 1321:7
**moment** [3] - 1206:4, 1264:23, 1356:14
**monitor** [2] - 1376:17, 1376:24
**monitoring** [1] - 1290:14
**Montana** [2] - 1231:1, 1231:5
**month** [1] - 1347:12
**months** [11] - 1198:22, 1200:1, 1215:4, 1215:22, 1215:25, 1216:1, 1221:22, 1227:18, 1347:5, 1347:13, 1358:16
**morning** [17] - 1190:11, 1191:8, 1225:10, 1243:4, 1243:5, 1255:22, 1255:25, 1256:1, 1294:7, 1305:7, 1307:17, 1340:22, 1358:22, 1360:12, 1360:23, 1366:16, 1371:24
**MOS** [1] - 1305:23
**most** [9] - 1194:18, 1204:9, 1204:11, 1219:14, 1220:3, 1284:8, 1290:25, 1307:13, 1360:8

**mostly** [2] - 1248:7, 1308:10
**motion** [24] - 1222:2, 1223:13, 1242:16, 1242:19, 1243:1, 1243:16, 1248:2, 1341:2, 1360:24, 1361:2, 1367:1, 1367:5, 1367:11, 1367:21, 1368:6, 1368:21, 1370:22, 1372:13, 1372:21, 1372:23, 1373:15, 1373:19
**motions** [1] - 1365:24
**motive** [1] - 1374:23
**mouth** [1] - 1217:12
**move** [15] - 1189:21, 1252:8, 1261:12, 1264:23, 1265:1, 1270:19, 1271:12, 1281:12, 1285:11, 1294:24, 1305:10, 1308:5, 1316:4, 1322:7, 1336:1
**moved** [3] - 1202:18, 1257:4, 1320:14
**movie** [2] - 1211:4, 1211:5
**moving** [4] - 1249:23, 1264:8, 1265:3, 1361:9
**MR** [217] - 1189:7, 1189:13, 1189:14, 1190:3, 1190:7, 1190:10, 1190:15, 1191:1, 1194:23, 1194:24, 1198:10, 1198:15, 1205:6, 1205:7, 1205:10, 1207:23, 1207:24, 1208:2, 1208:6, 1208:13, 1208:15, 1209:1, 1209:5, 1209:9, 1209:20, 1210:6, 1210:11, 1216:16, 1216:20, 1217:22, 1217:24, 1223:4, 1223:5, 1223:8, 1223:13, 1224:6, 1224:12, 1224:16, 1228:4, 1241:7, 1241:11, 1242:6, 1242:10, 1242:18, 1242:24, 1243:21, 1244:5, 1244:9, 1244:13, 1245:11, 1245:21, 1246:2, 1246:20,

1246:23, 1247:19, 1248:1, 1248:7, 1248:11, 1249:3, 1249:12, 1249:19, 1249:23, 1250:7, 1250:10, 1250:20, 1250:22, 1251:21, 1252:21, 1253:2, 1253:12, 1253:16, 1254:4, 1261:4, 1261:15, 1265:6, 1267:4, 1268:10, 1271:19, 1271:20, 1274:20, 1276:15, 1277:16, 1278:20, 1280:16, 1281:16, 1283:16, 1284:1, 1285:14, 1286:16, 1291:17, 1293:2, 1295:5, 1295:12, 1295:19, 1295:21, 1296:21, 1299:5, 1299:7, 1308:16, 1308:11, 1308:21, 1308:23, 1308:25, 1311:5, 1312:1, 1312:4, 1312:7, 1313:3, 1313:19, 1316:7, 1320:23, 1322:9, 1327:25, 1328:6, 1328:17, 1329:11, 1330:2, 1330:7, 1332:21, 1341:15, 1341:22, 1342:1, 1342:6, 1342:23, 1343:1, 1344:14, 1344:23, 1345:16, 1346:3, 1346:13, 1347:15, 1347:22, 1348:4, 1348:10, 1348:17, 1349:9, 1349:16, 1349:24, 1350:4, 1350:11, 1350:24, 1351:5, 1351:14, 1351:16, 1351:25, 1352:12, 1353:9, 1353:15, 1353:19, 1353:25, 1354:10, 1355:11, 1356:13, 1357:2, 1357:6, 1357:8, 1357:12, 1357:20, 1358:23, 1359:3, 1359:6, 1360:7, 1360:11, 1360:16, 1361:2, 1361:11, 1362:6, 1362:11, 1362:15, 1362:17, 1362:19, 1362:23, 1363:2, 1363:5, 1363:10, 1363:14,

1363:16, 1363:19, 1363:22, 1364:1, 1364:9, 1364:13, 1364:16, 1364:19, 1365:15, 1365:22, 1366:1, 1366:15, 1366:24, 1367:20, 1367:23, 1367:25, 1368:4, 1368:12, 1368:16, 1368:18, 1368:21, 1369:3, 1369:8, 1369:10, 1370:15, 1370:18, 1371:1, 1371:17, 1371:22, 1372:10, 1372:12, 1372:19, 1373:7, 1373:10, 1373:14, 1374:16, 1376:4, 1376:7, 1376:9, 1376:13, 1376:20, 1377:1
**MS** [191] - 1254:15, 1254:21, 1254:23, 1260:5, 1260:10, 1261:9, 1261:11, 1261:20, 1261:21, 1262:23, 1263:1, 1264:16, 1265:1, 1265:7, 1265:16, 1265:23, 1266:7, 1266:15, 1266:18, 1266:24, 1267:9, 1267:12, 1267:19, 1268:3, 1268:11, 1268:19, 1268:22, 1269:10, 1269:12, 1269:18, 1269:21, 1270:19, 1270:25, 1271:3, 1271:12, 1271:24, 1272:3, 1272:8, 1272:11, 1274:6, 1274:10, 1274:17, 1274:23, 1274:24, 1276:12, 1276:18, 1277:13, 1277:19, 1278:17, 1279:1, 1279:3, 1279:8, 1279:9, 1279:23, 1280:2, 1280:3, 1280:13, 1280:19, 1280:21, 1280:23, 1280:24, 1281:11, 1281:20, 1281:24, 1282:14, 1282:16, 1283:14, 1283:20, 1284:2, 1284:20, 1285:10, 1285:18, 1285:22, 1285:24, 1286:12, 1286:19, 1286:22, 1287:3, 1287:5,

1287:6, 1287:20,
1287:22, 1288:2,
1288:6, 1288:11,
1288:16, 1288:17,
1289:4, 1289:6,
1289:19, 1289:22,
1290:7, 1290:9,
1291:12, 1291:19,
1292:9, 1293:5,
1294:11, 1294:23,
1295:3, 1296:6,
1297:6, 1297:9,
1298:1, 1299:2,
1299:11, 1299:14,
1302:11, 1302:13,
1304:21, 1304:24,
1305:2, 1305:10,
1305:12, 1306:18,
1306:20, 1308:4,
1308:10, 1308:20,
1308:22, 1308:24,
1309:4, 1309:5,
1309:14, 1310:10,
1311:11, 1311:15,
1311:22, 1312:5,
1312:10, 1312:15,
1312:19, 1313:1,
1313:9, 1313:21,
1314:2, 1314:5,
1316:3, 1316:12,
1316:17, 1317:21,
1317:23, 1318:10,
1318:21, 1319:3,
1319:7, 1319:14,
1319:15, 1320:6,
1320:13, 1320:19,
1321:1, 1321:17,
1322:6, 1322:14,
1322:19, 1322:24,
1324:2, 1324:4,
1327:21, 1328:15,
1330:5, 1330:13,
1330:15, 1330:20,
1331:1, 1331:20,
1331:22, 1332:6,
1332:8, 1333:1,
1333:10, 1333:12,
1333:23, 1333:24,
1336:1, 1336:3,
1336:22, 1337:2,
1337:6, 1337:8,
1339:6, 1339:10,
1339:14, 1340:1,
1340:9, 1348:22,
1349:1, 1369:15,
1370:11, 1371:9
  **Mullin** [2] - 1323:7,
1323:17
  **multiple** [1] -
1209:23
  **murder** [1] - 1351:1

**musing** [1] - 1346:22
**must** [19] - 1205:25,
1207:17, 1253:5,
1253:6, 1304:9,
1307:3, 1307:25,
1332:1, 1332:13,
1334:18, 1335:14,
1337:22, 1343:10,
1343:12, 1348:10,
1350:14, 1354:2,
1355:13, 1356:16

**N**

**nail** [1] - 1206:21
**name** [26] - 1199:12,
1213:24, 1228:7,
1228:16, 1231:2,
1255:3, 1273:3,
1299:24, 1300:1,
1300:2, 1300:7,
1300:8, 1300:14,
1300:18, 1300:22,
1300:23, 1301:4,
1301:13, 1301:16,
1301:19, 1304:16,
1314:17, 1314:21,
1324:20, 1338:15,
1338:18
  **named** [13] - 1215:6,
1230:25, 1271:15,
1273:22, 1278:1,
1282:18, 1302:18,
1305:5, 1314:19,
1323:7, 1324:13,
1331:18, 1332:20
  **names** [3] - 1300:5,
1300:22, 1325:25
  **Nancy** [2] - 1193:13,
1219:21
  **nasty** [3] - 1193:12,
1218:1, 1219:16
  **nation** [1] - 1305:22
  **nation's** [1] -
1332:15
  **national** [5] -
1200:15, 1275:9,
1328:22, 1328:24,
1372:3
  **native** [2] - 1226:2
  **natural** [2] - 1202:10,
1303:9
  **nature** [1] - 1257:16
  **Navy** [1] - 1210:14
  **near** [1] - 1307:2
  **nebulous** [1] -
1218:24
  **necessarily** [3] -
1189:19, 1220:18,

1369:23
  **need** [29] - 1209:20,
1232:17, 1242:8,
1242:12, 1244:17,
1244:21, 1254:1,
1260:14, 1261:11,
1266:14, 1320:10,
1323:25, 1325:22,
1334:10, 1334:16,
1336:8, 1336:17,
1336:23, 1339:22,
1345:18, 1345:25,
1349:18, 1360:17,
1369:3, 1369:4,
1370:7, 1370:23,
1375:5
  **needed** [4] - 1222:6,
1253:10, 1256:11,
1305:23
  **nefarious** [1] -
1212:16
  **negate** [1] - 1223:17
  **neglected** [1] -
1227:15
  **neighborhoods** [1] -
1334:16
  **nervous** [1] - 1315:2
  **NESTLER** [17] -
1186:15, 1194:23,
1198:10, 1205:6,
1207:23, 1209:5,
1209:9, 1216:16,
1217:22, 1223:4,
1242:6, 1242:10,
1242:18, 1261:4,
1371:22, 1372:10,
1376:20
  **Nestler** [6] - 1195:3,
1195:23, 1198:20,
1209:3, 1242:4,
1242:24
  **network** [1] -
1325:15
  **neutral** [2] - 1197:11,
1197:21
  **never** [16] - 1201:14,
1201:21, 1206:1,
1216:3, 1229:16,
1233:22, 1233:25,
1234:21, 1237:3,
1237:4, 1237:5,
1237:8, 1239:21,
1239:24
  **New** [2] - 1187:10,
1200:6
  **new** [1] - 1298:21,
1339:18
  **News** [1] - 1220:21
  **news** [5] - 1290:15,
1290:17, 1290:20,

1290:25, 1335:24
  **Newsmax** [1] -
1220:21
  **next** [64] - 1190:14,
1212:14, 1213:15,
1215:11, 1215:16,
1230:2, 1239:23,
1241:15, 1250:24,
1263:5, 1270:20,
1277:11, 1283:4,
1299:21, 1303:5,
1303:6, 1303:8,
1303:18, 1303:24,
1304:11, 1304:12,
1304:24, 1305:3,
1305:10, 1305:11,
1305:13, 1306:18,
1307:16, 1308:5,
1308:11, 1315:3,
1315:8, 1315:10,
1318:1, 1323:24,
1324:3, 1325:17,
1326:3, 1326:11,
1331:20, 1332:2,
1332:6, 1333:2,
1333:3, 1333:4,
1333:10, 1333:23,
1334:9, 1334:14,
1334:20, 1335:8,
1335:13, 1336:1,
1336:11, 1336:15,
1336:22, 1337:3,
1337:6, 1337:18,
1337:19, 1338:5,
1339:7, 1357:25,
1373:18
  **nice** [2] - 1190:21,
1334:18
  **night** [5] - 1220:5,
1290:19, 1290:21,
1294:6, 1377:6
  **nightmare** [1] -
1217:2
  **nights** [1] - 1225:17
  **no-brainer** [1] -
1354:25
  **nobody** [5] -
1202:16, 1218:13,
1219:4, 1240:24,
1252:22
  **noisy** [1] - 1236:10
  **none** [2] - 1239:19,
1318:18
  **nonhearsay** [2] -
1245:25, 1351:8
  **nonpartisan** [1] -
1273:16
  **noon** [1] - 1323:16
  **normal** [1] - 1297:13
  **North** [1] - 1187:12

**Northeast** [1] -
1226:5
**Northwest** [6] -
1186:17, 1186:20,
1187:3, 1187:5,
1187:19, 1378:14
**Nos** [1] - 1330:18
**nose** [1] - 1276:11
**note** [4] - 1229:22,
1303:2, 1363:10,
1367:9
**notes** [1] - 1378:5
**nothing** [5] -
1218:17, 1218:18,
1225:21, 1232:5,
1305:7
**notice** [3] - 1206:18,
1206:20, 1272:22
**notion** [1] - 1349:6
**November** [70] -
1195:21, 1199:3,
1199:9, 1199:20,
1201:8, 1201:11,
1201:15, 1202:8,
1218:11, 1218:12,
1218:16, 1218:22,
1218:25, 1219:4,
1231:25, 1232:3,
1233:7, 1246:13,
1246:17, 1246:18,
1246:21, 1250:4,
1289:12, 1289:14,
1290:2, 1290:12,
1294:6, 1294:7,
1294:18, 1301:12,
1302:14, 1305:6,
1305:13, 1307:17,
1310:25, 1314:14,
1317:8, 1317:9,
1322:4, 1323:13,
1323:14, 1324:9,
1325:12, 1326:6,
1327:6, 1327:8,
1327:9, 1329:13,
1331:3, 1331:13,
1331:15, 1335:19,
1335:23, 1335:24,
1337:9, 1339:21,
1341:12, 1357:21,
1358:1, 1358:19,
1359:12, 1361:21,
1362:21, 1363:9
**number** [23] -
1215:6, 1217:17,
1219:24, 1266:9,
1291:21, 1293:24,
1293:25, 1294:1,
1294:12, 1300:15,
1300:16, 1302:3,
1302:4, 1311:17,

1400

1311:23, 1320:15, 1321:7, 1348:11, 1354:14, 1357:20, 1359:21, 1367:4
**numbers** [2] - 1294:20, 1364:17

# O

**Oak** [1] - 1186:24
**Oath** [62] - 1192:7, 1192:8, 1193:4, 1193:5, 1193:17, 1194:8, 1195:22, 1196:4, 1196:8, 1201:11, 1201:14, 1201:21, 1201:25, 1202:7, 1207:15, 1207:18, 1207:19, 1210:13, 1210:15, 1210:17, 1211:22, 1216:6, 1219:24, 1228:9, 1228:11, 1228:14, 1229:14, 1230:15, 1231:7, 1231:14, 1234:11, 1237:11, 1237:13, 1238:3, 1238:24, 1273:5, 1273:7, 1273:15, 1273:16, 1273:23, 1275:3, 1275:6, 1275:8, 1275:10, 1275:13, 1275:16, 1275:20, 1276:22, 1277:22, 1279:20, 1282:6, 1325:14, 1329:8, 1339:23, 1345:8, 1346:7, 1346:8, 1346:14, 1346:18, 1348:3, 1349:13, 1362:12
**obey** [1] - 1337:23
**object** [10] - 1209:4, 1209:9, 1213:9, 1252:12, 1291:16, 1311:5, 1348:24, 1350:8, 1361:16, 1375:10
**objecting** [5] - 1242:12, 1242:20, 1242:23, 1243:1, 1249:1
**objection** [68] - 1194:23, 1198:10, 1198:12, 1205:6, 1205:7, 1207:23, 1210:10, 1216:16, 1217:22, 1223:4, 1224:15, 1242:19,

1246:5, 1249:8, 1251:13, 1251:21, 1252:10, 1253:25, 1261:14, 1261:15, 1265:5, 1266:16, 1267:9, 1268:8, 1268:14, 1271:18, 1271:19, 1271:20, 1274:19, 1274:20, 1276:14, 1276:15, 1277:15, 1277:16, 1278:19, 1278:21, 1281:15, 1283:16, 1284:1, 1285:13, 1285:14, 1286:16, 1291:17, 1295:4, 1295:10, 1295:17, 1296:18, 1296:24, 1299:5, 1308:12, 1308:23, 1311:25, 1312:1, 1313:2, 1313:17, 1313:24, 1316:8, 1320:20, 1322:10, 1330:8, 1330:12, 1332:21, 1341:22, 1348:22, 1367:8, 1369:13, 1376:18
**objections** [5] - 1243:2, 1244:15, 1299:4, 1327:24, 1328:1
**objective** [1] - 1347:7
**objectives** [5] - 1345:19, 1345:24, 1354:23, 1355:1
**obligation** [1] - 1253:4
**observation** [2] - 1311:9, 1346:14
**observed** [1] - 1373:24
**obtain** [6] - 1291:9, 1309:10, 1315:15, 1319:10, 1320:2, 1327:5
**obtained** [3] - 1221:18, 1255:13, 1292:23
**obvious** [2] - 1252:3, 1296:3
**obviously** [7] - 1207:17, 1212:9, 1228:11, 1231:4, 1244:24, 1370:19, 1371:17
**occasion** [2] - 1275:1, 1289:8
**occasionally** [1] -

1222:10
**occasions** [2] - 1240:11, 1240:17
**occupies** [1] - 1304:10
**occur** [1] - 1233:10
**occurred** [5] - 1231:9, 1237:8, 1237:17, 1335:22, 1358:16
**occurs** [1] - 1293:21
**October** [2] - 1186:6, 1378:10
**OF** [6] - 1186:1, 1186:3, 1186:10, 1186:17, 1186:20, 1187:5
**offensive** [3] - 1231:24, 1234:20, 1235:1
**offered** [1] - 1250:19
**office** [4] - 1262:15, 1262:16, 1262:18, 1263:15
**OFFICE** [1] - 1186:16
**officer** [1] - 1376:23
**officers** [2] - 1221:3, 1221:4
**OFFICES** [1] - 1187:5
**Official** [1] - 1187:18
**official** [1] - 1378:12
**officials** [1] - 1308:2
**Ohio** [11] - 1196:23, 1200:17, 1202:20, 1203:7, 1229:9, 1230:16, 1230:17, 1277:23, 1277:24, 1325:2, 1325:3
**old** [17] - 1231:22, 1301:1, 1301:11, 1301:21, 1302:8, 1302:15, 1305:5, 1329:7, 1331:6, 1335:15, 1335:17, 1336:13, 1337:10, 1348:9, 1363:2, 1363:3, 1363:8
**older** [4] - 1213:13, 1220:15, 1220:16, 1220:19
**ominous** [2] - 1228:17, 1232:25
**omits** [1] - 1373:19
**once** [7] - 1228:18, 1228:25, 1239:10, 1269:16, 1293:21, 1293:22, 1296:12
**one** [74] - 1189:4, 1189:19, 1191:16,

1192:9, 1193:8, 1193:10, 1193:20, 1193:23, 1200:8, 1204:18, 1204:25, 1205:19, 1206:23, 1210:21, 1212:4, 1213:7, 1215:6, 1216:21, 1216:22, 1217:17, 1218:2, 1219:24, 1220:1, 1222:13, 1227:6, 1227:16, 1229:1, 1233:6, 1234:23, 1236:22, 1245:12, 1245:23, 1246:11, 1247:13, 1248:1, 1248:3, 1251:25, 1253:17, 1267:13, 1290:18, 1292:14, 1293:2, 1297:16, 1300:4, 1301:11, 1303:20, 1304:9, 1304:25, 1312:3, 1314:9, 1318:19, 1336:5, 1340:10, 1340:11, 1344:20, 1344:21, 1350:9, 1355:13, 1355:22, 1357:8, 1357:11, 1358:24, 1359:14, 1360:22, 1366:2, 1370:21, 1370:22, 1371:4, 1372:12
**ones** [2] - 1344:2, 1370:20
**online** [1] - 1340:18
**op** [1] - 1339:24, 1362:25
**Opana** [4] - 1223:1, 1223:2, 1223:16, 1224:2
**open** [27] - 1210:9, 1224:14, 1225:18, 1226:9, 1252:4, 1265:22, 1266:23, 1270:24, 1272:2, 1272:7, 1279:7, 1280:1, 1281:23, 1285:21, 1288:5, 1288:15, 1297:2, 1309:3, 1313:23, 1316:16, 1319:6, 1322:23, 1330:11, 1330:24, 1353:22, 1365:7, 1375:4
**opened** [1] - 1235:7
**opening** [12] - 1190:23, 1205:2, 1205:8, 1211:16, 1239:15, 1241:5,

1241:10, 1241:14, 1347:1, 1367:4, 1372:24, 1373:4
**Opening** [2] - 1188:3, 1188:4
**openings** [1] - 1373:23
**operation** [1] - 1199:13
**operations** [2] - 1229:2, 1326:19
**operative** [1] - 1338:23
**opiates** [1] - 1223:1
**opinion** [3] - 1197:20, 1197:22, 1303:25
**opinions** [1] - 1373:2
**opponent** [1] - 1248:17
**opponents** [1] - 1334:17
**opportunity** [3] - 1234:10, 1291:8, 1291:9
**opposed** [1] - 1346:22
**opposing** [1] - 1228:5
**opposite** [1] - 1236:8
**order** [6] - 1248:5, 1253:20, 1298:6, 1368:22, 1368:23, 1370:10
**Order** [1] - 1206:4
**ordered** [3] - 1367:18, 1368:17, 1370:1
**orders** [1] - 1189:14
**organic** [1] - 1255:14
**organization** [16] - 1220:4, 1228:9, 1228:15, 1228:18, 1230:18, 1231:15, 1233:2, 1273:12, 1273:13, 1275:3, 1275:8, 1275:10, 1277:22, 1345:14, 1349:5, 1356:1
**organization's** [1] - 1273:14
**organizational** [1] - 1275:6
**organizations** [1] - 1275:9
**organize** [1] - 1334:15
**orient** [2] - 1268:3, 1299:16
**original** [3] -

1401

1296:20, 1298:18,
1368:6
**originally** [1] -
1317:9
**OS** [1] - 1324:16
**OSRM** [10] - 1230:25,
1232:13, 1233:3,
1324:17, 1324:24,
1324:25, 1325:1,
1325:9, 1326:14,
1326:16
**otherwise** [15] -
1208:19, 1208:25,
1240:2, 1245:20,
1313:6, 1317:3,
1343:5, 1344:20,
1345:1, 1347:1,
1347:24, 1348:6,
1364:14, 1374:22,
1375:6
**ought** [2] - 1251:15,
1343:16
**ourselves** [1] -
1259:24
**out-of-court** [1] -
1209:11
**outcome** [1] - 1347:9
**outed** [1] - 1200:15
**outfits** [1] - 1306:9
**outlets** [3] - 1290:17,
1290:20, 1290:25
**output** [1] - 1347:8
**outrage** [2] - 1214:6
**outrageous** [2] -
1194:18, 1227:24
**outside** [16] -
1202:2, 1208:8,
1223:11, 1239:14,
1256:19, 1259:25,
1260:2, 1262:2,
1264:1, 1268:1,
1295:15, 1308:9,
1311:20, 1318:6,
1328:4, 1358:10
**overblown** [1] -
1220:6
**overlooking** [1] -
1195:5
**overrule** [1] -
1361:17
**overruled** [9] -
1205:8, 1216:17,
1217:23, 1224:15,
1249:4, 1313:24,
1330:12, 1332:22,
1341:22
**overstate** [1] -
1222:3
**overthrow** [6] -
1224:22, 1231:19,

1235:25, 1236:3,
1237:7, 1240:22
**overturn** [1] - 1239:9
**own** [9] - 1197:20,
1197:22, 1237:9,
1251:6, 1307:5,
1325:14, 1345:14,
1348:16, 1355:9
**owned** [1] - 1229:9

## P

**P-A-L-I-A-N** [1] -
1255:4
**P.A** [1] - 1187:15
**p.m** [20] - 1186:7,
1190:19, 1241:23,
1254:12, 1257:4,
1263:4, 1287:14,
1287:15, 1287:16,
1287:25, 1305:14,
1306:21, 1314:25,
1315:1, 1326:6,
1331:16, 1337:9,
1339:21, 1340:24
**page** [51] - 1303:5,
1303:18, 1303:20,
1304:11, 1305:11,
1306:18, 1307:16,
1311:6, 1311:8,
1311:21, 1311:22,
1312:1, 1312:6,
1312:14, 1313:10,
1313:12, 1313:18,
1315:3, 1315:8,
1315:10, 1316:5,
1316:9, 1316:14,
1322:16, 1322:21,
1324:2, 1324:3,
1325:17, 1326:3,
1326:11, 1330:21,
1331:20, 1332:2,
1333:2, 1333:11,
1333:23, 1334:9,
1334:14, 1334:20,
1335:8, 1335:13,
1336:1, 1336:22,
1337:3, 1337:7,
1337:19, 1338:5,
1339:6, 1339:11,
1339:17
**Page** [16] - 1188:3,
1188:4, 1294:14,
1299:13, 1304:2,
1304:24, 1305:11,
1307:16, 1310:24,
1314:3, 1322:1,
1328:21, 1336:2,
1337:13, 1339:11
**PAGE** [1] - 1188:11

pages [2] - 1313:25,
1339:7
**paint** [2] - 1232:24,
1237:6
**painting** [1] -
1202:14
**PALIAN** [1] - 1254:17
**Palian** [63] - 1188:9,
1203:25, 1204:1,
1204:21, 1222:12,
1242:14, 1254:16,
1254:18, 1255:3,
1256:4, 1260:11,
1260:15, 1261:22,
1263:2, 1265:24,
1266:25, 1267:20,
1268:23, 1269:15,
1269:22, 1271:4,
1272:12, 1274:25,
1276:19, 1277:20,
1279:2, 1280:4,
1280:22, 1281:25,
1282:17, 1284:21,
1285:25, 1286:8,
1287:7, 1287:23,
1288:18, 1289:7,
1290:10, 1290:14,
1291:7, 1292:10,
1293:6, 1297:8,
1297:10, 1298:2,
1299:16, 1302:10,
1305:24, 1307:15,
1309:6, 1310:11,
1314:6, 1315:14,
1316:18, 1317:24,
1319:8, 1321:18,
1322:25, 1327:4,
1331:2, 1335:18,
1338:1
**Palian's** [1] - 1207:6
**panel** [3] - 1190:17,
1228:6, 1254:10
**paper** [1] - 1227:13
**papers** [2] - 1371:7,
1371:10
**Paragraph** [1] -
1291:20
**pardon** [1] - 1326:15
**Park** [1] - 1187:3
**Parker** [1] - 1231:2
**Parler** [1] - 1240:20
**parliament** [3] -
1335:2, 1335:3,
1335:4
**part** [25] - 1195:15,
1223:14, 1228:10,
1230:14, 1231:20,
1232:1, 1233:13,
1234:3, 1248:13,
1262:13, 1262:15,

1262:19, 1294:20,
1320:7, 1329:3,
1331:10, 1331:12,
1348:8, 1349:13,
1350:13, 1351:2,
1355:25, 1356:1,
1365:11, 1374:22
**participate** [2] -
1343:20, 1358:4
**participated** [1] -
1249:13
**participating** [1] -
1236:2
**particular** [22] -
1212:4, 1232:24,
1237:2, 1237:4,
1245:3, 1245:4,
1250:24, 1251:16,
1252:9, 1252:10,
1266:4, 1286:18,
1290:18, 1290:23,
1301:1, 1311:24,
1340:17, 1344:2,
1345:2, 1346:6,
1367:7, 1374:2
**particularly** [1] -
1354:21
**parties** [14] -
1284:15, 1286:15,
1291:5, 1291:16,
1292:5, 1309:20,
1310:5, 1318:4,
1320:16, 1321:12,
1354:1, 1365:4,
1366:13
**partner** [2] - 1204:2,
1372:2
**parts** [1] - 1223:14
**party** [6] - 1248:17,
1304:5, 1364:23,
1365:10, 1365:11,
1374:7
**pass** [1] - 1311:12
**passwords** [1] -
1240:20
**past** [3] - 1215:22,
1222:5, 1261:12
**paste** [2] - 1231:22,
1316:22
**patch** [5] - 1274:15,
1282:5, 1282:8,
1282:9, 1282:11
**patches** [2] - 1281:5,
1281:7
**patently** [1] -
1237:23
**patriot** [5] - 1305:8,
1333:4, 1338:3,
1339:1, 1344:3
**patriots** [1] - 1325:15

**patrol** [1] - 1260:3
**pause** [8] - 1265:19,
1272:3, 1272:4,
1279:8, 1280:2,
1285:22, 1288:6,
1288:13
**paused** [2] -
1272:10, 1288:18
**paying** [1] - 1277:25
**PDF** [4] - 1297:19,
1297:22, 1298:4,
1299:12
**peace** [6] - 1224:17,
1224:18, 1224:20,
1225:8, 1225:10,
1225:12
**peaceful** [2] -
1220:7, 1334:11
**Pelosi** [3] - 1193:13,
1219:21, 1315:9
**Pence** [1] - 1219:22,
1239:4
**pending** [1] -
1307:19
**Pennsylvania** [4] -
1186:20, 1187:5,
1187:13, 1213:6
**people** [68] - 1192:1,
1192:8, 1193:5,
1193:25, 1194:4,
1194:5, 1194:19,
1196:15, 1197:2,
1202:5, 1203:2,
1211:18, 1214:5,
1215:13, 1216:13,
1217:4, 1220:2,
1220:3, 1220:6,
1220:7, 1220:22,
1221:2, 1225:4,
1225:6, 1225:22,
1225:23, 1226:24,
1230:21, 1231:5,
1232:21, 1234:7,
1234:22, 1235:11,
1235:15, 1235:16,
1235:20, 1236:1,
1236:4, 1237:21,
1238:13, 1238:14,
1239:14, 1240:12,
1263:14, 1263:25,
1264:14, 1272:13,
1300:22, 1300:25,
1301:9, 1308:3,
1317:12, 1317:14,
1317:20, 1326:2,
1327:2, 1332:13,
1335:1, 1335:12,
1345:10, 1345:25,
1347:1, 1354:21,
1356:9, 1372:25,

1402

1375:20
  **people's** [1] -
1226:21
  **Peoria** [1] - 1219:12
  **pepper** [3] - 1234:21,
1259:16, 1259:22
  **percent** [5] -
1192:14, 1221:16,
1222:4, 1223:20,
1224:7
  **perfect** [1] - 1344:24
  **perhaps** [8] - 1245:6,
1252:25, 1260:13,
1318:19, 1340:18,
1367:5, 1367:12,
1374:7
  **period** [11] -
1233:11, 1275:17,
1287:14, 1289:12,
1294:6, 1294:18,
1309:7, 1310:25,
1318:13, 1322:3,
1327:6
  **periods** [1] - 1327:19
  **permission** [7] -
1260:6, 1265:17,
1274:7, 1294:25,
1320:10, 1322:14,
1322:19
  **permit** [1] - 1226:13
  **Person** [6] - 1350:19,
1350:20, 1350:21,
1352:6
  **person** [36] -
1192:10, 1193:19,
1193:21, 1194:3,
1194:11, 1198:15,
1204:10, 1206:21,
1211:13, 1215:24,
1226:25, 1227:1,
1274:4, 1276:24,
1276:25, 1280:10,
1280:25, 1299:25,
1300:1, 1309:23,
1324:14, 1325:8,
1325:16, 1326:13,
1326:18, 1327:1,
1334:1, 1338:2,
1338:20, 1352:15,
1369:16, 1369:18,
1370:4, 1371:13
  **personal** [4] -
1193:3, 1197:20,
1197:22, 1293:16
  **personality** [1] -
1227:2
  **personnel** [3] -
1192:2, 1203:11,
1203:12
  **perspective** [2] -

1345:5, 1345:6
  **pertains** [3] - 1233:7,
1320:14, 1342:13
  **pertinent** [1] -
1369:18
  **pertinently** [1] -
1284:8
  **Ph.D** [1] - 1255:14
  **phase** [1] - 1241:15
  **PHILLIP** [1] -
1186:22
  **phone** [77] -
1192:23, 1194:20,
1200:25, 1204:16,
1204:19, 1204:22,
1209:6, 1211:19,
1211:24, 1211:25,
1227:3, 1236:12,
1240:19, 1283:3,
1283:23, 1283:25,
1284:9, 1284:14,
1284:22, 1284:24,
1285:8, 1286:5,
1291:10, 1291:11,
1292:4, 1293:7,
1293:25, 1294:5,
1294:17, 1295:7,
1295:13, 1296:1,
1297:11, 1297:17,
1298:22, 1300:8,
1300:12, 1300:13,
1300:14, 1300:15,
1300:16, 1301:8,
1301:18, 1302:5,
1302:7, 1302:15,
1304:18, 1306:12,
1308:12, 1308:14,
1308:18, 1309:11,
1309:24, 1310:5,
1311:8, 1311:18,
1314:11, 1314:18,
1318:1, 1318:3,
1321:12, 1321:19,
1321:22, 1324:6,
1324:15, 1325:8,
1325:24, 1326:4,
1326:13, 1326:24,
1326:25, 1327:5,
1327:19, 1331:7,
1331:8, 1338:10
  **phone's** [1] -
1300:10
  **phones** [9] -
1192:16, 1192:17,
1192:19, 1192:21,
1208:4, 1223:9,
1308:5
  **photo** [2] - 1262:6,
1281:10
  **photograph** [11] -

1260:11, 1261:24,
1262:9, 1262:23,
1279:18, 1280:11,
1281:9, 1282:1,
1282:3, 1285:2,
1359:4
  **photographs** [3] -
1248:15, 1248:24,
1276:1
  **photojournalist** [1] -
1264:20
  **photos** [2] - 1277:7,
1359:25
  **Photoshopped** [1] -
1205:25
  **phrase** [1] - 1230:19
  **phrases** [1] - 1211:4
  **physical** [7] -
1291:15, 1291:21,
1308:13, 1309:16,
1320:8, 1320:15,
1321:3
  **physically** [1] -
1348:15
  **pick** [2] - 1223:9,
1336:12
  **picked** [1] - 1231:1
  **picture** [9] - 1200:12,
1200:14, 1205:23,
1206:6, 1206:8,
1206:9, 1207:1,
1207:8, 1225:15
  **Picture** [1] - 1210:12
  **pictures** [5] -
1193:11, 1224:24,
1224:25, 1225:3,
1235:5
  **piece** [3] - 1189:15,
1320:8, 1373:20
  **pieces** [1] - 1354:14
  **pillaged** [1] - 1307:6
  **pitched** [1] - 1329:4
  **place** [8] - 1200:22,
1201:4, 1213:16,
1214:1, 1236:21,
1252:25, 1266:5,
1297:17
  **placed** [3] - 1198:23,
1211:8, 1298:16
  **places** [3] - 1236:12,
1304:17, 1306:14
  **plain** [1] - 1235:1
  **Plaintiff** [1] - 1186:4
  **plan** [26] - 1193:17,
1194:9, 1194:14,
1195:9, 1195:13,
1198:4, 1198:21,
1198:25, 1199:2,
1199:9, 1199:11,
1199:18, 1199:19,

1219:3, 1232:7,
1235:15, 1235:16,
1235:21, 1235:22,
1241:19, 1302:22,
1303:22, 1329:3,
1339:22, 1351:23,
1357:9
  **planned** [5] - 1189:5,
1197:2, 1215:18,
1218:3, 1218:7
  **planning** [20] -
1221:9, 1221:10,
1233:7, 1245:1,
1318:15, 1342:3,
1342:13, 1344:9,
1344:17, 1344:21,
1351:2, 1351:18,
1351:19, 1351:21,
1351:25, 1352:11,
1353:2, 1353:3,
1354:18, 1355:1
  **plans** [3] - 1303:22,
1323:18, 1339:25
  **play** [15] - 1208:22,
1239:13, 1265:19,
1266:20, 1267:10,
1267:15, 1267:16,
1270:21, 1271:25,
1272:4, 1272:5,
1279:5, 1279:23,
1287:1, 1288:2
  **played** [4] - 1195:15,
1235:9, 1272:8,
1334:11
  **playing** [2] - 1272:9,
1279:4
  **plenty** [2] - 1329:17,
1329:18
  **plot** [1] - 1213:2
  **plotted** [1] - 1215:18
  **plus** [1] - 1207:18
  **podium** [1] - 1372:17
  **point** [60] - 1189:4,
1193:8, 1202:1,
1203:8, 1204:9,
1206:16, 1211:9,
1219:23, 1221:3,
1224:21, 1225:7,
1233:23, 1236:15,
1239:8, 1252:16,
1256:4, 1258:4,
1258:19, 1263:21,
1264:16, 1266:4,
1269:24, 1271:2,
1272:16, 1281:11,
1283:21, 1286:12,
1289:25, 1291:12,
1294:11, 1294:23,
1299:2, 1309:14,
1311:2, 1311:16,

1314:3, 1316:3,
1319:1, 1320:6,
1322:6, 1327:21,
1339:9, 1340:2,
1344:12, 1346:21,
1349:17, 1350:17,
1352:8, 1352:20,
1354:12, 1355:9,
1358:24, 1359:10,
1359:13, 1364:1,
1364:24, 1365:25,
1366:8, 1368:14,
1374:23
  **Point** [1] - 1364:15
  **pointed** [4] -
1206:17, 1207:4,
1270:3, 1270:13
  **points** [3] - 1246:4,
1353:10, 1360:13
  **police** [9] - 1221:3,
1221:4, 1225:20,
1238:18, 1240:7,
1257:10, 1334:15,
1334:24, 1334:25
  **political** [2] - 1218:1,
1291:5
  **politically** [2] -
1194:19
  **politicians** [1] -
1219:17
  **pontificating** [1] -
1355:9
  **poor** [1] - 1317:11
  **pop** [1] - 1189:15
  **pop-up** [1] - 1189:15
  **pops** [2] - 1189:10,
1206:21
  **population** [1] -
1196:14
  **Porta** [3] - 1213:11,
1213:17, 1220:16
  **portion** [1] - 1291:14
  **portions** [1] -
1291:22
  **position** [12] -
1250:22, 1318:12,
1330:8, 1335:12,
1343:2, 1354:20,
1356:12, 1358:5,
1358:14, 1361:18,
1365:16, 1370:8
  **positions** [2] -
1215:13, 1320:16
  **positive** [1] -
1336:25
  **possession** [1] -
1211:25
  **possible** [7] -
1189:20, 1189:22,
1194:3, 1280:14,

1403

1311:13, 1339:24,
1348:15
  **possibly** [1] -
1348:13
  **Post** [2] - 1211:12,
1340:18
  **post** [4] - 1247:10,
1317:9, 1333:22,
1376:23
  **post-conspiracy** [1]
- 1247:10
  **posted** [3] - 1239:24,
1317:9, 1346:18
  **poster** [1] - 1268:4
  **postings** [1] -
1194:17
  **potentially** [2] -
1375:17
  **Potties** [3] - 1213:11,
1213:18, 1220:16
  **pouch** [1] - 1236:12
  **power** [2] - 1284:9,
1345:21
  **powerful** [3] -
1210:22, 1215:13
  **PowerPoint** [2] -
1295:22, 1296:4
  **PowerPoint-type** [1]
- 1295:22
  **practically** [1] -
1213:8
  **practice** [2] -
1251:24, 1264:22
  **precede** [2] -
1247:22, 1247:25
  **preceded** [1] -
1289:9
  **precedent** [2] -
1236:23, 1237:8
  **precise** [4] -
1246:17, 1258:23,
1351:17, 1356:14
  **precisely** [4] -
1243:18, 1246:25,
1247:13, 1251:1
  **preclude** [1] - 1367:2
  **precluded** [1] -
1367:10
  **preconspiracy** [1] -
1244:19
  **predates** [1] -
1359:16
  **predicates** [1] -
1354:15
  **predict** [1] - 1337:15
  **preliminary** [1] -
1377:4
  **premeditated** [1] -
1199:8
  **prepare** [1] - 1327:14

  **prepared** [13] -
1197:3, 1209:21,
1271:9, 1283:22,
1294:13, 1296:11,
1296:23, 1313:6,
1315:22, 1318:10,
1319:22, 1370:9,
1375:19
  **preparing** [2] -
1321:22, 1327:10
  **preplanning** [8] -
1244:20, 1342:18,
1343:2, 1343:15,
1353:2, 1361:19,
1361:23, 1362:4
  **preponderance** [3] -
1343:10, 1344:16,
1350:15
  **prerogative** [1] -
1374:17
  **prescribed** [2] -
1223:1, 1223:2
  **presence** [9] -
1208:8, 1223:11,
1249:18, 1295:15,
1308:9, 1311:20,
1318:6, 1328:4
  **present** [8] -
1209:17, 1237:16,
1251:9, 1251:18,
1341:4, 1342:21,
1374:17, 1374:20
  **presentation** [1] -
1312:21
  **presented** [1] -
1318:4
  **president** [5] -
1214:4, 1237:2,
2303:16, 1331:19,
1332:24
  **President** [7] -
1218:5, 1221:11,
1291:1, 1308:3,
1335:25, 1336:18,
1338:23
  **presidential** [5] -
1289:17, 1290:12,
1291:4, 1291:5,
1335:22
  **press** [1] - 1222:1
  **pressure** [3] -
1336:23, 1336:25
  **prestrike** [5] -
1212:12, 1212:18,
1212:25, 1213:4,
1213:12
  **presumably** [2] -
1246:18, 1349:14
  **pretend** [1] - 1337:23
  **pretrial** [4] - 1243:20,

1376:15, 1376:19,
1376:23
  **prevalent** [1] -
1228:12
  **prevent** [2] -
1372:23, 1373:7
  **prevented** [1] -
1233:14
  **previewing** [1] -
1223:24
  **previous** [1] -
1304:22
  **previously** [1] -
1210:3
  **prima** [4] - 1329:22,
1348:18, 1355:24,
1356:5
  **primarily** [1] - 1245:5
  **primary** [1] - 1189:5
  **Princess** [1] - 1211:5
  **principals** [1] -
1359:21
  **principle** [1] -
1356:17
  **principles** [2] -
1354:5, 1356:23
  **prism** [1] - 1235:23
  **privately** [1] - 1293:4
  **privilege** [1] - 1228:8
  **privy** [1] - 1226:25
  **Pro** [1] - 1291:25
  **problem** [6] - 1224:7,
1253:8, 1253:24,
1376:1, 1376:2,
1376:3
  **problems** [1] -
1227:6
  **proceed** [5] - 1303:5,
1303:20, 1306:18,
1315:3, 1318:1
  **proceeding** [1] -
1333:2
  **Proceedings** [1] -
1377:8
  **proceedings** [20] -
1190:19, 1208:7,
1210:8, 1223:10,
1224:13, 1241:25,
1254:7, 1254:12,
1295:14, 1297:1,
1308:8, 1309:2,
1311:19, 1313:22,
1318:5, 1319:5,
1328:3, 1330:10,
1340:24, 1378:6
  **processing** [4] -
1284:13, 1292:3,
1310:3, 1321:11
  **produced** [1] -
1378:6

  **proffer** [3] - 1244:16,
1244:22, 1253:5
  **proffered** [1] -
1346:25
  **proffers** [2] -
1253:10, 1355:23
  **program** [2] -
1296:22, 1297:17
  **programs** [5] -
1297:12, 1297:16,
1372:1, 1372:6
  **pronoun** [1] - 1227:7
  **property** [3] -
1196:15, 1201:25,
1307:4
  **propose** [1] - 1247:6
  **prosecution** [1] -
1372:5
  **prosecutor** [1] -
1214:14
  **prospective** [1] -
1361:8
  **protect** [6] - 1196:10,
1196:13, 1220:22,
1229:11, 1231:11,
1308:1
  **protected** [1] -
1197:17
  **protective** [2] -
1368:23, 1370:10
  **protest** [9] - 1194:1,
1213:15, 1214:3,
1230:18, 1230:23,
1232:8, 1234:3
  **protesters** [5] -
1220:7, 1220:11,
1225:13, 1226:17,
1257:8
  **protests** [2] -
1230:19, 1334:11
  **proud** [3] - 1240:25,
1336:9, 1336:10
  **prove** [4] - 1355:12,
1355:13, 1356:16
  **provide** [6] -
1243:13, 1244:21,
1251:24, 1292:13,
1365:5, 1374:24
  **provided** [4] -
1243:1, 1292:24,
1328:23, 1374:10
  **provides** [1] -
1344:23
  **providing** [3] -
1318:25, 1342:7,
1369:13
  **prudent** [1] -
1243:13
  **public** [4] - 1225:17,
1302:23, 1345:12,

1368:3
  **publicly** [1] - 1308:2
  **publish** [1] -
1261:17, 1268:17,
1281:12, 1281:20,
1285:11, 1285:19,
1294:25, 1299:12,
1316:13, 1322:15,
1322:20, 1330:21
  **published** [15] -
1265:22, 1266:23,
1270:24, 1272:2,
1272:7, 1279:7,
1280:1, 1281:23,
1285:21, 1288:5,
1288:15, 1296:16,
1316:16, 1322:23,
1330:24
  **publishes** [1] -
1200:7
  **publishing** [2] -
1260:7, 1297:4
  **pull** [1] - 1312:24
  **puppet** [2] - 1303:21,
1334:13
  **Purgatorio** [1] -
1359:15
  **purpose** [6] - 1192:9,
1192:12, 1199:7,
1199:22, 1218:22,
1347:16
  **purposes** [5] -
1209:17, 1251:10,
1342:21, 1354:10,
1354:22
  **pursuant** [3] -
1264:19, 1271:16,
1313:11
  **push** [2] - 1308:16,
1327:3
  **push-talk** [1] -
1327:3
  **put** [20] - 1194:12,
1203:14, 1203:23,
1207:18, 1219:15,
1219:19, 1222:1,
1226:24, 1232:15,
1235:24, 1251:3,
1256:16, 1258:6,
1260:11, 1268:20,
1301:25, 1311:12,
1323:14, 1328:13,
1365:16
  **putting** [4] - 1191:9,
1218:10, 1287:1,
1290:25
  **PUTZI** [1] - 1187:15

# Q

**QRF** [32] - 1191:10,
1191:16, 1191:19,
1191:20, 1192:9,
1192:11, 1192:12,
1192:13, 1193:17,
1193:18, 1195:16,
1195:19, 1195:25,
1196:5, 1196:11,
1196:16, 1197:23,
1200:3, 1232:2,
1232:9, 1236:14,
1236:17, 1237:6,
1239:10, 1239:16,
1305:17, 1305:20,
1305:25, 1306:12,
1306:15
**QRFs** [6] - 1196:9,
1196:10, 1197:4,
1197:5, 1197:7,
1305:21
**questioned** [3] -
1203:18, 1204:1,
1204:2
**questioning** [1] -
1240:8
**questionnaire** [1] -
1372:2
**questions** [2] -
1204:25, 1295:6
**quick** [12] - 1191:20,
1191:23, 1191:24,
1192:3, 1193:8,
1196:5, 1227:2,
1306:6, 1306:12,
1309:17, 1311:8,
1318:1
**quickly** [3] -
1202:17, 1202:18,
1367:1
**quite** [7] - 1196:20,
1197:5, 1204:23,
1214:5, 1225:16,
1227:23, 1236:8
**quote** [9] - 1207:6,
1212:12, 1213:5,
1213:10, 1227:8,
1307:2, 1307:14,
1334:10, 1339:1
**quote-unquote** [1] -
1339:1

# R

**racist** [1] - 1372:25
**racks** [1] - 1225:11,
1225:13, 1257:10
**raise** [4] - 1193:16,

1253:15, 1360:13,
1377:5
**raised** [1] - 1226:4
**Rakoczy** [20] -
1254:14, 1254:20,
1267:8, 1286:25,
1288:7, 1290:5,
1292:12, 1292:17,
1293:4, 1296:5,
1296:21, 1311:7,
1311:18, 1312:9,
1312:13, 1313:16,
1317:25, 1320:11,
1368:8, 1371:6
**RAKOCZY** [189] -
1186:14, 1254:15,
1254:21, 1254:23,
1260:5, 1260:10,
1261:9, 1261:11,
1261:20, 1261:21,
1262:23, 1263:1,
1264:16, 1265:1,
1265:16, 1265:23,
1266:7, 1266:15,
1266:18, 1266:24,
1267:9, 1267:12,
1267:19, 1268:3,
1268:11, 1268:19,
1268:22, 1269:10,
1269:12, 1269:18,
1269:21, 1270:19,
1270:25, 1271:3,
1271:12, 1271:24,
1272:3, 1272:8,
1272:11, 1274:6,
1274:10, 1274:17,
1274:23, 1274:24,
1276:12, 1276:18,
1277:13, 1277:19,
1278:17, 1279:1,
1279:3, 1279:8,
1279:9, 1279:23,
1280:2, 1280:3,
1280:13, 1280:19,
1280:21, 1280:23,
1280:24, 1281:11,
1281:20, 1281:24,
1282:14, 1282:16,
1283:14, 1283:20,
1284:2, 1284:20,
1285:10, 1285:18,
1285:22, 1285:24,
1286:12, 1286:19,
1286:22, 1287:3,
1287:5, 1287:6,
1287:20, 1287:22,
1288:2, 1288:6,
1288:11, 1288:16,
1288:17, 1289:4,
1289:6, 1289:19,
1289:22, 1290:7,

1290:9, 1291:12,
1291:19, 1292:9,
1293:5, 1294:11,
1294:23, 1295:3,
1296:6, 1297:6,
1297:9, 1298:1,
1299:2, 1299:11,
1299:14, 1302:11,
1302:13, 1304:21,
1304:24, 1305:2,
1305:10, 1305:12,
1306:18, 1306:20,
1308:4, 1308:10,
1308:20, 1308:22,
1308:24, 1309:4,
1309:5, 1309:14,
1310:10, 1311:11,
1311:15, 1311:22,
1312:5, 1312:10,
1312:15, 1312:19,
1313:1, 1313:9,
1313:21, 1314:2,
1314:5, 1316:3,
1316:12, 1316:17,
1317:21, 1317:23,
1318:10, 1318:21,
1319:3, 1319:7,
1319:14, 1319:15,
1320:6, 1320:13,
1320:19, 1321:1,
1321:17, 1322:6,
1322:14, 1322:19,
1322:24, 1324:2,
1324:4, 1327:21,
1328:15, 1330:5,
1330:13, 1330:15,
1330:20, 1331:1,
1331:20, 1331:22,
1332:6, 1332:8,
1333:1, 1333:10,
1333:12, 1333:23,
1333:24, 1336:1,
1336:3, 1336:22,
1337:2, 1337:6,
1337:8, 1339:6,
1339:10, 1339:14,
1340:1, 1340:9,
1369:15, 1370:11,
1371:9
**rallied** [1] - 1256:16
**rally** [10] - 1195:21,
1196:3, 1201:15,
1201:19, 1202:1,
1218:3, 1218:7,
1218:14, 1219:5,
1220:12
**ram** [1] - 1203:13
**ran** [1] - 1325:7
**Ranger** [1] - 1229:1
**rare** [1] - 1220:2

rather [2] - 1355:9,
1371:16
**RDR** [3] - 1187:17,
1378:3, 1378:12
**reach** [1] - 1236:20
**reached** [1] - 1352:1
**reaching** [1] -
1355:10
**react** [4] - 1191:21,
1232:19, 1237:2
**reacting** [1] -
1307:18
**reaction** [8] -
1191:20, 1191:24,
1192:3, 1193:8,
1196:6, 1306:6,
1306:12
**reacts** [1] - 1191:24
**read** [39] - 1193:3,
1193:6, 1213:5,
1246:10, 1273:14,
1276:20, 1282:8,
1283:22, 1286:13,
1286:19, 1287:4,
1291:13, 1291:20,
1291:22, 1294:20,
1296:9, 1297:20,
1303:11, 1304:3,
1305:19, 1307:21,
1307:24, 1309:17,
1312:25, 1320:7,
1320:12, 1320:18,
1321:7, 1323:12,
1324:20, 1331:15,
1331:16, 1338:9,
1338:12, 1339:13,
1348:12, 1348:19,
1349:8, 1352:21
**readable** [3] -
1297:12, 1297:15,
1297:18
**reading** [3] -
1276:10, 1284:3,
1321:2
**Ready** [1] - 1239:15
**ready** [6] - 1236:20,
1254:2, 1254:20,
1256:22, 1317:18,
1337:24
**real** [6] - 1197:6,
1220:10, 1272:23,
1311:8, 1318:1,
1329:25
**reality** [1] - 1197:12
**realize** [3] - 1214:21,
1215:3, 1267:15
**really** [9] - 1196:25,
1207:7, 1212:5,
1222:14, 1239:16,
1261:1, 1317:11,

1317:19, 1340:12
**reason** [9] - 1197:6,
1213:1, 1350:1,
1354:17, 1366:10,
1369:17, 1370:13,
1375:14
**reasonable** [3] -
1213:22, 1230:8,
1344:8
**reasons** [4] -
1206:24, 1211:6,
1233:6, 1237:9
**rebellion** [1] -
1195:10
**recce** [7] - 1212:12,
1212:18, 1212:25,
1213:4, 1213:10,
1213:12
**receive** [3] - 1256:21,
1309:12, 1327:3
**RECEIVED** [1] -
1188:11
**received** [4] -
1256:9, 1348:19,
1350:1, 1364:2
**receiver** [1] - 1300:7
**recently** [3] -
1190:11, 1211:23,
1243:4
**recess** [3] - 1241:24,
1254:5, 1254:6
**recipient** [2] -
1293:22, 1293:23
**recognize** [23] -
1261:24, 1266:1,
1266:2, 1268:23,
1274:3, 1276:3,
1277:3, 1278:8,
1278:10, 1279:10,
1279:12, 1279:14,
1280:4, 1280:7,
1283:7, 1283:10,
1285:25, 1288:19,
1288:21, 1303:15,
1314:6, 1314:21,
1314:23
**recognized** [1] -
1280:5
**recognizes** [1] -
1274:8
**recollection** [2] -
1290:20, 1330:3
**recon** [1] - 1339:24
**reconsideration** [1] -
1373:19
**record** [35] -
1253:25, 1261:4,
1266:7, 1266:19,
1267:5, 1268:5,
1272:8, 1272:19,

1274:17, 1274:21, 1276:12, 1276:16, 1277:13, 1277:18, 1278:17, 1278:24, 1279:17, 1283:14, 1283:19, 1284:3, 1288:24, 1289:24, 1290:4, 1290:10, 1291:3, 1291:13, 1294:16, 1294:20, 1310:21, 1311:17, 1311:23, 1320:18, 1360:20, 1368:3, 1371:23
**recorder** [1] - 1204:20
**recording** [4] - 1204:13, 1204:15, 1204:23, 1207:14
**records** [3] - 1223:20, 1223:24, 1264:20
**Recruit** [7] - 1232:15, 1324:13, 1325:9, 1325:11, 1326:7, 1326:13, 1326:16
**recruit** [2] - 1325:24, 1326:4
**recruiting** [2] - 1356:9, 1356:21
**recruitment** [1] - 1232:13
**recruits** [2] - 1232:14, 1233:2
**Red** [1] - 1188:7
**red** [2] - 1191:5, 1283:13
**refer** [3] - 1294:12, 1306:5, 1335:3
**referenced** [3] - 1237:12, 1239:15, 1310:24
**references** [1] - 1306:11
**referencing** [1] - 1305:17
**referred** [5] - 1195:23, 1247:4, 1268:1, 1333:13, 1334:1
**referring** [7] - 1227:10, 1262:20, 1328:20, 1332:17, 1346:3, 1357:9, 1360:18
**refers** [2] - 1306:6, 1359:13
**refile** [1] - 1373:21
**reflect** [9] - 1266:7,

1274:17, 1274:21, 1276:12, 1276:16, 1277:13, 1278:17, 1278:24, 1283:14
**reflected** [2] - 1277:18, 1283:18
**reflecting** [1] - 1350:21
**reflects** [3] - 1366:11, 1366:12, 1376:24
**refrain** [1] - 1371:17
**refresh** [1] - 1330:2
**refuse** [3] - 1307:25, 1332:14, 1337:22
**regarding** [8] - 1192:19, 1233:2, 1286:13, 1309:16, 1320:8, 1321:3, 1369:1, 1370:23
**regiment** [1] - 1229:1
**regional** [1] - 1305:21
**regions** [1] - 1305:21
**registers** [1] - 1366:20
**regret** [1] - 1238:7
**Regular** [3] - 1230:16, 1325:2, 1325:3
**reiterate** [1] - 1359:10
**related** [2] - 1234:7, 1235:11
**relates** [1] - 1248:20
**relationships** [3] - 1229:14, 1249:20, 1329:18
**relevance** [2] - 1249:8, 1359:20
**relevant** [5] - 1244:5, 1244:8, 1245:9, 1358:12
**relies** [1] - 1251:7
**rely** [1] - 1354:2
**remain** [2] - 1253:3, 1303:12
**remember** [10] - 1204:17, 1205:14, 1205:15, 1252:23, 1253:19, 1290:24, 1301:7, 1301:8, 1301:11, 1317:20
**remembers** [2] - 1226:16, 1226:19
**reminders** [1] - 1340:14
**remote** [3] - 1375:20, 1375:25, 1376:2
**remotely** [3] -

1235:11, 1237:15, 1375:4
**remotest** [1] - 1197:24
**remove** [1] - 1376:16
**removed** [1] - 1335:11
**rendered** [1] - 1245:24
**repeat** [1] - 1357:14
**repeated** [3] - 1252:6, 1365:24, 1366:1
**rephrase** [1] - 1210:6
**replacement** [1] - 1227:19
**report** [2] - 1256:5, 1296:8
**REPORTED** [1] - 1187:17
**reported** [1] - 1338:22
**REPORTER** [5] - 1297:21, 1297:23, 1322:17, 1353:14, 1367:15
**reporter** [1] - 1251:10
**Reporter** [2] - 1187:18, 1378:12
**reporters** [1] - 1372:15
**reporting** [1] - 1365:10
**reports** [6] - 1369:25, 1370:19, 1370:20, 1370:23, 1371:2
**reposting** [2] - 1328:18, 1328:22
**represent** [1] - 1346:21
**representative** [1] - 1335:4
**representatives** [1] - 1334:13
**representing** [1] - 1228:8
**reps** [1] - 1308:2
**republic** [3] - 1250:1, 1250:8, 1251:7
**Republican** [2] - 1201:15, 1338:23
**request** [5] - 1267:5, 1373:14, 1376:10, 1376:15, 1376:19
**requests** [1] - 1252:7
**require** [1] - 1355:12
**requires** [1] - 1344:15

**requisite** [1] - 1280:17
**rescue** [1] - 1192:2
**research** [1] - 1340:16
**resemblance** [1] - 1347:5
**resemble** [1] - 1272:13
**reserve** [3] - 1241:7, 1241:12, 1374:17
**resist** [1] - 1345:20
**resistance** [1] - 1307:12
**resolve** [5] - 1242:8, 1243:9, 1244:14, 1307:13, 1361:9
**resolved** [1] - 1371:16
**respect** [12] - 1238:18, 1251:18, 1328:11, 1328:17, 1335:22, 1337:23, 1342:10, 1343:2, 1347:16, 1352:25, 1361:6, 1361:18
**respectfully** [1] - 1246:3
**respects** [2] - 1238:20, 1240:2
**respond** [12] - 1232:20, 1256:11, 1302:25, 1304:19, 1315:4, 1315:10, 1315:11, 1323:17, 1323:20, 1331:23, 1332:3, 1357:4
**responded** [5] - 1305:1, 1332:4, 1357:3, 1363:20, 1363:23
**response** [11] - 1191:24, 1196:5, 1207:6, 1207:22, 1284:11, 1292:1, 1352:12, 1352:15, 1355:5, 1364:20
**responsible** [2] - 1238:4, 1259:12
**rest** [1] - 1242:4
**restate** [1] - 1322:18
**restaurant** [1] - 1202:15
**rested** [1] - 1189:8
**result** [1] - 1229:16
**results** [3] - 1213:4, 1290:15, 1307:19
**resume** [4] - 1241:19, 1259:9, 1263:9, 1267:16

**resumed** [1] - 1272:9
**retake** [1] - 1270:17
**retire** [1] - 1252:17
**retired** [2] - 1210:13, 1214:2
**return** [4] - 1267:14, 1316:1, 1317:4, 1342:22
**returning** [1] - 1333:25
**revealed** [1] - 1304:6
**review** [13] - 1264:22, 1271:6, 1275:1, 1275:4, 1284:21, 1284:23, 1287:17, 1310:11, 1315:21, 1319:20, 1319:21, 1327:16, 1367:19
**reviewed** [13] - 1285:2, 1287:7, 1287:9, 1292:10, 1294:2, 1315:19, 1315:22, 1321:18, 1324:23, 1327:17, 1349:15, 1368:15, 1369:11
**reviewing** [1] - 1275:24
**RHODES** [2] - 1186:6, 1186:23
**Rhodes** [83] - 1195:5, 1195:13, 1198:3, 1198:4, 1198:5, 1198:8, 1198:21, 1200:2, 1201:20, 1201:22, 1201:23, 1201:24, 1233:19, 1233:23, 1237:19, 1246:12, 1246:24, 1247:7, 1250:12, 1251:5, 1273:23, 1273:25, 1274:3, 1274:9, 1274:18, 1274:22, 1275:2, 1278:14, 1286:9, 1288:21, 1291:10, 1291:25, 1292:8, 1293:12, 1302:25, 1303:11, 1303:12, 1303:24, 1304:3, 1304:19, 1305:16, 1306:11, 1306:15, 1306:22, 1307:18, 1309:7, 1318:13, 1327:4, 1328:12, 1331:23, 1332:3, 1332:9, 1332:17, 1333:3, 1333:25, 1334:4,

1334:5, 1336:11,
1337:4, 1337:10,
1338:1, 1338:6,
1338:24, 1339:18,
1344:5, 1345:3,
1345:6, 1345:14,
1346:12, 1346:17,
1348:2, 1348:6,
1355:8, 1355:18,
1356:20, 1357:17,
1357:19, 1357:21,
1358:3, 1362:11,
1374:3, 1374:5,
1374:13
  **Rhodes's** [17] -
1250:24, 1292:11,
1293:7, 1293:25,
1294:5, 1294:17,
1295:7, 1298:14,
1302:5, 1302:15,
1327:5, 1327:19,
1328:17, 1331:8,
1338:10, 1344:1,
1362:8
  **rib** [1] - 1233:13
  **rid** [1] - 1302:2
  **right-wing** [1] -
1228:18
  **rights** [1] - 1240:10
  **ring** [1] - 1250:2
  **riot** [9] - 1232:18,
1236:9, 1237:14,
1237:16, 1237:21,
1256:10, 1256:19,
1263:13, 1317:18
  **rioter** [1] - 1239:8
  **riots** [2] - 1196:12,
1231:9
  **rise** [2] - 1238:3,
1254:3
  **Ritchie** [1] - 1187:15
  **River** [1] - 1196:23
  **RJ** [1] - 1326:7
  **Road** [1] - 1187:3
  **robots** [2] - 1217:4,
1217:8
  **rock** [1] - 1194:2
  **rocking** [1] - 1200:13
  **Roger** [5] - 1234:5,
1323:4, 1338:15,
1338:17, 1338:18
  **role** [8] - 1191:8,
1191:13, 1191:16,
1216:6, 1229:24,
1230:6, 1255:22,
1263:10
  **roll** [2] - 1242:2,
1339:22
  **Room** [1] - 1187:24
  **room** [5] - 1197:9,

1202:5, 1203:24,
1213:16
  **roommate** [1] -
1202:21
  **rope** [1] - 1208:20
  **Rotunda** [2] -
1239:5, 1268:2
  **roughly** [5] - 1257:3,
1259:1, 1266:8,
1279:18, 1301:8
  **round** [1] - 1334:11
  **route** [1] - 1258:23
  **Route** [1] - 1187:9
  **rucksack** [1] -
1234:19
  **Rule** [2] - 1354:13,
1373:15
  **rule** [6] - 1245:24,
1252:9, 1265:12,
1320:24, 1351:16,
1354:4, 1375:3,
1375:11
  **ruled** [2] - 1223:5,
1354:1
  **ruling** [5] - 1243:8,
1358:22, 1358:24,
1359:8, 1364:10
  **rulings** [2] - 1361:14,
1366:13
  **run** [3] - 1200:20,
1226:9, 1233:3
  **running** [3] -
1218:21, 1233:8,
1258:5

## S

  **sacrifices** [1] -
1323:25
  **sad** [3] - 1201:17,
1201:19
  **safe** [1] - 1334:16
  **safety** [2] - 1220:18,
1234:16
  **Samsung** [2] -
1284:9, 1321:6
  **Sandra** [1] - 1231:2
  **sardine** [1] - 1238:17
  **sat** [2] - 1194:13,
1204:24
  **satellite** [1] -
1200:19
  **satisfy** [1] - 1253:4
  **saturated** [1] -
1226:17
  **Saturday** [5] -
1196:1, 1196:6,
1243:4, 1243:5,
1253:20

  **saved** [4] - 1284:24,
1324:14, 1325:23,
1326:13
  **saw** [14] - 1212:4,
1257:6, 1267:1,
1269:25, 1272:13,
1274:3, 1276:3,
1277:3, 1278:8,
1283:7, 1304:17,
1316:1, 1343:14,
1343:23
  **scene** [2] - 1258:1,
1259:14
  **school** [2] - 1226:4,
1255:13
  **scouring** [1] -
1193:25
  **screen** [27] - 1207:2,
1260:11, 1260:13,
1260:14, 1260:22,
1260:25, 1261:23,
1265:24, 1266:4,
1266:9, 1266:19,
1270:21, 1272:12,
1272:20, 1282:1,
1287:20, 1288:22,
1288:25, 1296:12,
1299:15, 1300:17,
1303:3, 1311:12,
1312:3, 1312:22,
1328:13, 1338:6
  **screens** [1] -
1260:21
  **screenshot** [1] -
1333:14
  **screw** [1] - 1221:24
  **screwed** [2] -
1201:18, 1215:17
  **seal** [1] - 1370:22
  **sealed** [3] - 1367:11,
1367:15, 1367:16
  **seam** [1] - 1206:19
  **search** [15] - 1291:9,
1292:16, 1292:19,
1292:23, 1309:10,
1309:11, 1309:12,
1315:16, 1315:20,
1316:1, 1317:4,
1319:11
  **searched** [4] -
1210:20, 1211:7,
1301:18, 1313:11
  **searching** [1] -
1193:20
  **seat** [3] - 1242:1,
1254:8, 1340:25
  **seated** [10] - 1189:1,
1190:20, 1191:5,
1254:13, 1274:11,
1274:13, 1276:8,

1276:9, 1278:12,
1283:10
  **second** [9] -
1189:16, 1189:18,
1195:20, 1222:8,
1223:16, 1267:13,
1300:4, 1302:2,
1342:2
  **seconds** [12] -
1191:22, 1265:25,
1267:7, 1272:5,
1272:10, 1279:5,
1279:24, 1280:5,
1288:12, 1288:19,
1305:7
  **secure** [1] - 1256:20
  **secured** [4] -
1250:12, 1257:17,
1301:17, 1302:16
  **security** [5] -
1195:23, 1195:24,
1196:4, 1234:4,
1374:10
  **seditious** [3] -
1216:15, 1218:24,
1234:14
  **see** [61] - 1191:14,
1192:24, 1192:25,
1193:1, 1201:13,
1206:20, 1206:21,
1207:2, 1209:14,
1209:24, 1218:10,
1220:20, 1225:3,
1227:7, 1235:5,
1236:10, 1236:11,
1238:13, 1249:7,
1265:24, 1266:5,
1268:21, 1268:23,
1272:12, 1272:15,
1273:1, 1274:7,
1274:9, 1276:6,
1276:7, 1277:9,
1278:12, 1281:25,
1283:12, 1298:7,
1298:18, 1299:15,
1300:5, 1300:18,
1301:21, 1303:3,
1311:15, 1314:20,
1317:12, 1317:14,
1323:3, 1324:8,
1326:3, 1328:14,
1331:9, 1332:4,
1333:14, 1333:20,
1338:6, 1339:12,
1340:21, 1346:16,
1367:7, 1370:17,
1377:3
  **seeing** [2] - 1261:22,
1262:12
  **seek** [17] - 1231:18,

1264:17, 1264:19,
1281:12, 1285:10,
1286:13, 1291:13,
1294:25, 1299:3,
1304:7, 1304:8,
1309:16, 1311:3,
1316:4, 1320:7,
1330:21, 1342:18
  **seeking** [7] -
1243:15, 1271:12,
1271:15, 1313:7,
1330:3, 1343:6,
1367:17
  **seeks** [2] - 1322:7,
1327:22
  **seem** [3] - 1318:8,
1342:4, 1353:3
  **sees** [1] - 1224:18
  **segments** [7] -
1265:21, 1272:1,
1272:6, 1279:6,
1279:25, 1285:20,
1288:14
  **seize** [7] - 1282:25,
1283:3, 1291:10,
1291:11, 1309:10,
1315:16, 1319:11
  **seized** [5] - 1192:17,
1192:18, 1301:18,
1320:9, 1322:2
  **selective** [1] -
1194:17
  **selectively** [1] -
1194:17
  **self** [2] - 1240:11,
1240:15
  **self-incrimination**
[2] - 1240:11, 1240:15
  **selfies** [1] - 1224:25
  **semblance** [1] -
1349:4
  **Senate** [10] -
1238:16, 1258:13,
1258:21, 1259:6,
1259:10, 1259:25,
1260:2, 1262:2,
1262:14, 1337:16
  **senators** [12] -
1257:18, 1257:22,
1257:23, 1258:3,
1258:8, 1258:12,
1258:15, 1258:20,
1259:2, 1259:4,
1259:12, 1262:14
  **send** [22] - 1302:18,
1305:16, 1306:22,
1307:18, 1314:25,
1324:11, 1324:12,
1325:16, 1326:12,
1326:16, 1334:1,

1334:3, 1337:10,
1337:18, 1338:1,
1338:4, 1338:8,
1338:25, 1339:4,
1339:18, 1366:11
**sender** [1] - 1300:7
**sending** [4] - 1338:6,
1339:12, 1345:7,
1355:18
**sends** [5] - 1248:12,
1248:21, 1296:3,
1359:12, 1359:23
**sense** [5] - 1227:1,
1250:15, 1338:12,
1343:25, 1371:13
**sent** [27] - 1218:5,
1275:2, 1293:10,
1293:22, 1299:21,
1299:22, 1299:23,
1299:24, 1299:25,
1300:2, 1302:8,
1303:12, 1304:3,
1304:14, 1305:6,
1324:9, 1335:18,
1345:11, 1346:6,
1350:16, 1353:7,
1358:15, 1359:3,
1360:1, 1363:6
**separate** [5] -
1240:9, 1240:11,
1240:17, 1329:15,
1342:17
**September** [9] -
1248:2, 1248:4,
1248:11, 1248:19,
1249:2, 1341:20,
1341:23, 1358:25,
1360:1
**sequester** [1] -
1203:24
**Serbia** [4] - 1332:13,
1332:19, 1332:24,
1339:2
**Serbian** [11] -
1328:22, 1328:24,
1333:4, 1334:2,
1334:6, 1338:3,
1339:1, 1344:3,
1347:3, 1357:9,
1362:9
**series** [4] - 1286:17,
1289:24, 1338:2,
1370:20
**serious** [2] - 1204:9,
1204:11
**serve** [2] - 1196:13,
1229:11
**served** [3] - 1191:22,
1229:1, 1229:6
**service** [8] - 1191:6,

1210:14, 1221:16,
1222:4, 1223:15,
1223:21, 1224:7,
1340:13
**service-connected**
[2] - 1221:16, 1222:4
**service-disabled** [3]
- 1223:15, 1223:21,
1224:7
**services** [1] -
1376:15
**serving** [1] - 1230:6
**session** [2] - 1196:2,
1196:7
**SESSION** [1] -
1186:5
**set** [1] - 1238:2
**setting** [1] - 1232:18
**several** [6] - 1226:3,
1278:7, 1290:21,
1297:18, 1304:17,
1327:25
**shall** [1] - 1223:1
**shape** [1] - 1266:9
**sharing** [3] -
1250:11, 1301:17,
1302:16
**Shenandoah** [3] -
1201:16, 1202:21,
1214:3
**Shepherd** [1] -
1226:4
**SHER** [1] - 1186:19
**shifting** [1] - 1317:24
**shifts** [1] - 1263:8
**shirt** [1] - 1277:11,
1278:15, 1278:16
**shirts** [1] - 1273:1
**shit** [2] - 1305:9,
1317:20
**shock** [1] - 1258:2
**shoe** [3] - 1204:16,
1204:19, 1204:22
**shoot** [1] - 1197:17
**shooting** [1] -
1317:17
**short** [2] - 1198:17,
1375:5
**shortly** [1] - 1233:14
**shoulder** [1] -
1221:24
**show** [44] - 1193:11,
1202:13, 1202:25,
1204:17, 1204:18,
1206:4, 1210:11,
1211:4, 1211:11,
1213:14, 1215:12,
1220:10, 1220:12,
1221:10, 1221:15,
1221:20, 1222:24,

1225:3, 1225:11,
1226:1, 1226:9,
1226:13, 1226:16,
1227:15, 1227:16,
1227:17, 1234:10,
1236:7, 1260:6,
1265:17, 1268:7,
1269:11, 1287:24,
1297:3, 1300:15,
1300:16, 1312:13,
1313:15, 1319:23,
1342:15, 1343:2,
1343:10, 1343:15,
1348:14
**showed** [4] -
1200:12, 1263:25,
1267:21, 1270:7
**showing** [2] -
1268:11, 1297:8
**shown** [2] - 1249:10,
1313:25
**shows** [1] - 1306:15,
1342:18
**shut** [2] - 1217:14,
1315:13
**sic** [1] - 1289:9
**sic]** [2] - 1289:10,
1314:4
**side** [16] - 1226:14,
1226:18, 1237:20,
1238:12, 1264:9,
1266:11, 1267:25,
1269:4, 1269:5,
1269:7, 1269:8,
1270:1, 1272:20,
1286:4, 1287:11,
1300:17
**sidebar** [7] - 1208:8,
1223:11, 1295:15,
1308:9, 1311:20,
1318:6, 1328:4
**sides** [1] - 1220:2
**signal** [1] - 1293:19
**Signal** [32] -
1192:25, 1250:11,
1293:11, 1293:12,
1293:13, 1293:17,
1293:18, 1293:21,
1293:24, 1293:25,
1294:1, 1294:12,
1296:6, 1300:20,
1301:9, 1302:6,
1302:7, 1302:14,
1310:18, 1327:18,
1338:3, 1338:4,
1338:9, 1343:25,
1344:1, 1344:5,
1344:7, 1346:4,
1346:6, 1346:7,
1355:2, 1357:21

**signed** [1] - 1346:1
**significance** [1] -
1335:21
**significant** [2] -
1264:10, 1264:12
**signs** [1] - 1225:19
**similar** [6] - 1308:22,
1319:22, 1337:10,
1337:19, 1338:1,
1357:12
**simple** [1] - 1230:12
**simply** [7] - 1209:18,
1244:14, 1292:20,
1292:24, 1329:21,
1343:22, 1361:17
**single** [5] - 1192:10,
1193:15, 1193:23,
1194:7, 1361:16
**singularly** [1] -
1346:20
**Siniff** [1] - 1231:6
**sit** [1] - 1224:20
**sitting** [2] - 1239:14,
1375:7
**situations** [1] -
1191:25
**six** [3] - 1252:20,
1337:9, 1358:16
**six-week-long** [1] -
1252:20
**size** [1] - 1324:20
**skeptical** [1] -
1222:17
**skip** [1] - 1312:15
**slack** [1] - 1212:7
**slaves** [1] - 1307:4
**sleep** [2] - 1238:1,
1238:2
**slide** [6] - 1299:18,
1300:7, 1304:21,
1336:5, 1336:11,
1339:17
**slides** [2] - 1301:24,
1338:24
**slightly** [1] - 1241:18
**slippery** [1] -
1347:15
**Slobodan** [1] -
1332:23
**slope** [1] - 1347:15
**slowly** [1] - 1225:24
**small** [6] - 1200:17,
1293:24, 1296:7,
1298:4, 1340:10,
1371:22
**small-town** [1] -
1200:17
**smaller** [1] - 1191:13
**smart** [1] - 1197:9
**Smart** [1] - 1204:18

**Smith** [1] - 1358:6
**smoke** [1] - 1220:7
**snippets** [1] -
1231:17
**so..** [1] - 1373:10
**social** [2] - 1194:17,
1226:24
**software** [1] -
1312:21
**solely** [1] - 1360:5
**solitary** [4] -
1192:10, 1193:15,
1193:23, 1194:7
**solved** [1] - 1245:12
**someone** [9] -
1233:20, 1302:18,
1314:21, 1323:6,
1326:6, 1332:3,
1332:4, 1332:20,
1355:10
**someplace** [1] -
1257:23
**sometime** [1] -
1227:4
**sometimes** [9] -
1227:2, 1227:4,
1299:25, 1300:15,
1300:18, 1300:23,
1306:8, 1324:21,
1374:11
**somewhat** [1] -
1228:25
**somewhere** [1] -
1258:20
**song** [1] - 1222:24
**soon** [1] - 1265:20
**sooner** [1] - 1371:16
**sophisticated** [1] -
1198:25
**sorry** [23] - 1208:16,
1209:5, 1256:19,
1260:15, 1260:17,
1262:18, 1264:25,
1267:4, 1285:3,
1297:21, 1300:13,
1304:2, 1304:21,
1304:24, 1308:17,
1312:5, 1313:14,
1322:17, 1340:5,
1342:25, 1354:2,
1357:24, 1367:20
**sort** [17] - 1246:18,
1259:1, 1264:23,
1266:9, 1273:2,
1279:18, 1297:6,
1307:19, 1341:12,
1347:4, 1350:9,
1353:8, 1355:8,
1356:25, 1357:18,
1361:7, 1373:23

sorted [1] - 1190:13
sound [2] - 1235:13, 1250:16
sounds [2] - 1232:25, 1296:19
source [4] - 1369:7, 1369:13, 1369:25, 1370:3
south [2] - 1213:8, 1232:19
South [1] - 1187:9
spared [3] - 1194:1, 1216:13, 1216:21
speakers [2] - 1201:16, 1235:19
speaking [3] - 1295:10, 1332:16, 1336:12
Special [54] - 1242:13, 1254:16, 1256:4, 1260:11, 1261:22, 1263:2, 1265:24, 1266:25, 1267:20, 1268:23, 1269:22, 1271:4, 1272:12, 1274:25, 1276:19, 1277:20, 1279:2, 1280:4, 1280:22, 1281:25, 1282:17, 1284:21, 1285:25, 1286:8, 1287:7, 1287:23, 1288:18, 1289:7, 1290:10, 1290:14, 1291:7, 1292:10, 1293:6, 1297:8, 1297:10, 1298:2, 1299:16, 1302:10, 1305:24, 1307:15, 1309:6, 1310:11, 1314:6, 1315:14, 1316:18, 1319:8, 1321:18, 1322:25, 1327:4, 1331:2, 1335:18, 1338:1, 1339:15, 1340:3
special [5] - 1229:2, 1260:6, 1260:8, 1317:24, 1348:7
specific [16] - 1190:6, 1199:15, 1199:22, 1199:24, 1218:22, 1242:17, 1242:20, 1243:2, 1246:16, 1350:16, 1351:6, 1355:18, 1357:2, 1359:20, 1362:23
specifically [15] - 1193:18, 1199:10,

1199:16, 1199:17, 1199:18, 1199:19, 1199:20, 1199:21, 1327:13, 1328:21, 1346:3, 1346:15, 1358:9, 1363:19, 1367:17
speech [1] - 1221:11
spelled [1] - 1255:3
spells [1] - 1333:5
spend [3] - 1202:4, 1289:11, 1373:12
spent [1] - 1224:24
spine [3] - 1221:21, 1221:22, 1221:23
spouse [3] - 1371:25, 1372:2, 1372:8
spray [4] - 1221:5, 1234:21, 1259:16, 1259:22
sprayed [1] - 1259:22
spread [1] - 1222:14
spreadsheet [3] - 1298:3, 1298:16, 1328:23
spree [2] - 1197:1, 1315:7
spy [1] - 1204:19
squad [1] - 1255:24
squared [1] - 1337:24
SR [1] - 1187:14
stabbed [1] - 1220:14
staff [1] - 1222:9
stages [4] - 1272:23, 1318:23, 1344:9, 1351:3
staging [2] - 1256:16, 1256:18
staircase [1] - 1270:1, 1270:3
stairs [4] - 1226:10, 1264:9, 1271:6, 1272:14
staked [1] - 1237:10
stand [9] - 1193:16, 1210:3, 1219:11, 1240:13, 1255:7, 1262:17, 1269:16, 1270:17, 1323:23
Standard [1] - 1317:1
standard [1] - 1355:12
standing [5] - 1239:16, 1269:4, 1308:2, 1336:25,

1350:8
stands [7] - 1235:4, 1254:5, 1305:25, 1325:1, 1325:2, 1338:13, 1338:14
STANLEY [1] - 1187:2
start [6] - 1237:21, 1259:24, 1272:4, 1334:15, 1336:12, 1377:3
started [9] - 1225:7, 1259:21, 1301:9, 1325:14, 1334:17, 1341:14, 1375:15, 1377:5
starting [3] - 1241:17, 1299:13, 1350:17
State [3] - 1230:16, 1325:2, 1325:3
state [17] - 1196:23, 1223:18, 1245:4, 1245:5, 1250:18, 1275:9, 1275:10, 1277:22, 1307:7, 1318:22, 1323:15, 1335:10, 1348:1, 1349:20, 1355:6, 1370:18
statement [58] - 1198:12, 1198:13, 1205:9, 1209:11, 1209:21, 1209:23, 1241:6, 1241:10, 1244:7, 1245:7, 1245:24, 1248:1, 1248:4, 1248:11, 1248:16, 1248:17, 1248:18, 1249:2, 1249:5, 1249:8, 1249:24, 1250:3, 1250:15, 1251:25, 1252:11, 1253:5, 1318:18, 1328:18, 1329:6, 1329:10, 1329:13, 1329:15, 1329:22, 1330:1, 1343:9, 1343:11, 1344:13, 1345:14, 1345:18, 1346:10, 1347:24, 1350:5, 1350:10, 1351:8, 1352:10, 1355:13, 1356:7, 1356:10, 1358:25, 1361:16, 1362:7, 1365:5, 1365:8, 1365:9, 1365:12, 1365:14, 1366:2, 1366:20

Statement [2] - 1188:3, 1188:4
statements [98] - 1190:24, 1194:18, 1208:19, 1209:16, 1210:5, 1218:11, 1240:10, 1241:14, 1242:11, 1242:20, 1242:22, 1242:25, 1243:2, 1243:6, 1243:10, 1243:14, 1243:25, 1244:7, 1244:9, 1244:19, 1244:20, 1244:22, 1245:2, 1245:13, 1245:22, 1246:9, 1246:10, 1246:12, 1246:23, 1247:1, 1247:6, 1247:7, 1247:8, 1247:10, 1247:11, 1247:13, 1247:17, 1247:22, 1247:24, 1250:23, 1250:24, 1251:15, 1251:19, 1251:22, 1252:9, 1252:13, 1252:17, 1253:10, 1253:23, 1254:1, 1318:12, 1318:19, 1318:22, 1329:2, 1329:19, 1329:23, 1341:7, 1341:11, 1341:16, 1341:25, 1342:2, 1342:5, 1343:13, 1343:14, 1343:16, 1343:23, 1344:9, 1345:1, 1345:23, 1347:17, 1351:2, 1351:12, 1351:17, 1352:25, 1353:20, 1353:23, 1354:3, 1354:4, 1354:25, 1356:16, 1356:18, 1356:24, 1356:25, 1357:16, 1360:4, 1360:18, 1360:21, 1360:23, 1360:25, 1361:20, 1362:3, 1362:8, 1364:23, 1365:3, 1365:4
states [1] - 1368:21
STATES [4] - 1186:1, 1186:3, 1186:11, 1186:16
States [39] - 1187:18, 1191:12, 1191:23, 1192:4, 1192:11, 1193:9, 1193:18, 1194:9, 1195:14,

1196:7, 1197:25, 1199:1, 1199:7, 1199:19, 1199:21, 1200:11, 1205:4, 1205:11, 1205:20, 1205:23, 1206:1, 1206:10, 1206:25, 1210:14, 1213:3, 1215:18, 1216:4, 1218:17, 1224:22, 1227:22, 1253:4, 1257:18, 1257:22, 1257:23, 1269:2, 1289:18, 1358:6, 1359:15, 1378:13
stating [1] - 1239:3
station [1] - 1240:7
statute [1] - 1216:14
statutes [1] - 1216:15
stay [7] - 1201:4, 1202:11, 1216:18, 1225:19, 1258:10, 1259:25, 1334:16
stayed [3] - 1201:12, 1258:11, 1260:2
steal [1] - 1337:15
stenographic [1] - 1378:5
step [7] - 1269:10, 1309:6, 1334:16, 1340:3, 1340:6, 1340:11, 1354:5
steps [16] - 1222:14, 1222:15, 1222:19, 1225:10, 1225:18, 1225:22, 1226:9, 1226:18, 1235:3, 1235:4, 1264:1, 1267:25, 1269:23, 1270:8, 1270:14, 1339:2
Steve [2] - 1326:13, 1326:16
STEWARD [1] - 1186:6
Stewart [22] - 1195:4, 1195:12, 1198:8, 1198:21, 1200:2, 1201:20, 1201:22, 1201:23, 1201:24, 1205:14, 1205:15, 1205:16, 1233:19, 1233:23, 1237:18, 1251:5, 1273:23, 1273:25, 1303:11, 1355:18, 1356:20, 1357:21
stick [1] - 1224:9
sticking [1] -

1235:15

**still** [16] - 1209:3, 1209:9, 1209:10, 1217:21, 1227:19, 1240:1, 1257:8, 1296:18, 1313:17, 1320:16, 1331:12, 1350:4, 1350:7, 1373:16

**stipulate** [5] - 1284:15, 1292:5, 1309:21, 1310:5, 1321:13

**stipulated** [1] - 1295:18

**stipulation** [14] - 1283:22, 1284:4, 1286:13, 1286:20, 1287:1, 1287:4, 1291:14, 1291:18, 1291:19, 1291:20, 1308:18, 1309:16, 1309:17, 1321:3

**stipulations** [2] - 1320:15, 1320:18

**stock** [1] - 1192:20

**stole** [1] - 1332:14

**Stone** [10] - 1234:5, 1338:14, 1338:15, 1338:17, 1338:18, 1339:5, 1339:19, 1346:7, 1346:11, 1346:15

**stone** [2] - 1194:2, 1338:19

**stood** [2] - 1195:3

**stop** [9] - 1199:10, 1218:22, 1219:3, 1224:23, 1300:4, 1323:25, 1334:19, 1334:24, 1334:25

**stopped** [2] - 1239:6, 1265:25

**stopping** [4] - 1199:22, 1247:2, 1339:9, 1340:2

**store** [1] - 1192:19

**storm** [1] - 1227:12

**stormed** [7] - 1195:6, 1206:25, 1227:8, 1227:12, 1234:17, 1238:23, 1335:1

**storming** [1] - 1211:2

**strange** [2] - 1261:1, 1312:11

**Street** [3] - 1186:17, 1187:12, 1226:4

**street** [3] - 1234:11, 1317:15, 1337:1

**streets** [2] - 1220:5, 1334:17

**stressed** [1] - 1315:13

**string** [1] - 1363:25

**stroll** [1] - 1234:12

**strong** [1] - 1334:24

**struck** [1] - 1259:19

**structure** [1] - 1275:6

**struggle** [1] - 1223:3

**struggling** [3] - 1203:19, 1203:22, 1354:17

**stuck** [1] - 1238:17

**stunned** [1] - 1203:3

**style** [3] - 1195:13, 1199:17, 1289:1

**subgroup** [1] - 1275:13

**subject** [4] - 1242:15, 1278:20, 1370:9, 1375:23

**submission** [1] - 1307:13

**submit** [4] - 1236:7, 1245:16, 1329:11, 1361:22

**submitted** [1] - 1245:21

**subpoena** [1] - 1369:4

**subsequent** [2] - 1190:4, 1356:24

**subsides** [1] - 1201:5

**sufficient** [1] - 1355:13

**suggest** [2] - 1282:21, 1286:5

**suggested** [8] - 1204:14, 1247:21, 1272:24, 1276:20, 1286:9, 1348:5, 1374:9, 1375:3

**suggesting** [3] - 1194:10, 1346:10, 1346:23

**suggestion** [1] - 1192:12

**suit** [3] - 1274:15, 1276:10, 1283:12

**Suite** [3] - 1186:25, 1187:6, 1187:9

**summary** [2] - 1366:10, 1369:25

**sun** [3] - 1238:1, 1238:2, 1238:3

**supplement** [1] - 1369:20

**supplies** [1] - 1234:19

**supply** [1] - 1374:3

**support** [7] - 1215:23, 1234:16, 1237:15, 1237:24, 1305:23, 1336:18, 1345:23

**supporters** [1] - 1220:13

**suppose** [3] - 1271:1, 1295:23, 1365:7

**supposed** [5] - 1208:4, 1233:10, 1234:1, 1234:2, 1235:18

**Supreme** [4] - 1251:2, 1353:13, 1353:19, 1353:22

**surprised** [1] - 1222:13

**surround** [1] - 1207:8

**surrounded** [3] - 1200:18, 1211:10

**surrounding** [3] - 1203:10, 1269:3, 1365:4

**surveillance** [1] - 1287:8

**suspect** [3] - 1215:6, 1217:17, 1217:20

**sustained** [2] - 1198:12, 1210:10

**Swagger** [1] - 1331:16

**swarmed** [1] - 1334:17

**SWAT** [2] - 1262:14, 1262:19

**sweater** [3] - 1278:20, 1278:23, 1278:25

**switch** [5] - 1195:1, 1200:1, 1218:20, 1263:11

**switched** [1] - 1263:12

**Switzerland** [4] - 1197:10, 1197:21, 1220:8

**swore** [1] - 1304:8

**SWORN** [1] - 1254:17

**system** [2] - 1195:2, 1303:14, 1303:15

**T**

**T-shirts** [1] - 1273:1

**table** [7] - 1200:9, 1204:1, 1208:5, 1274:13, 1277:10, 1372:17, 1376:11

**tactical** [4] - 1199:4, 1199:6, 1199:18, 1339:23

**talkie** [4] - 1211:17, 1211:18, 1211:19, 1326:25

**talks** [2] - 1240:18, 1250:4

**tape** [1] - 1204:20

**target** [2] - 1212:13, 1212:17

**TARPLEY** [1] - 1186:23

**Taylor** [1] - 1231:10

**team** [8] - 1191:24, 1196:5, 1262:15, 1262:19, 1284:11, 1292:2, 1298:8, 1372:5

**teargas** [1] - 1259:16

**technical** [1] - 1297:13

**technically** [1] - 1208:18

**telephone** [17] - 1283:1, 1283:2, 1284:11, 1292:2, 1292:11, 1295:11, 1309:25, 1310:2, 1310:13, 1310:16, 1310:23, 1314:10, 1320:2, 1320:21, 1321:6, 1321:9, 1322:3

**television** [1] - 1335:10

**ten** [4] - 1272:5, 1279:5, 1306:21, 1370:20

**tens** [1] - 1193:6

**term** [6] - 1292:17, 1306:4, 1306:5, 1306:6, 1306:7, 1306:12

**terms** [9] - 1329:18, 1330:5, 1347:7, 1354:11, 1354:17, 1367:2, 1367:3, 1367:4, 1372:21

**terribly** [1] - 1373:25

**testified** [3] - 1281:14, 1348:8,

1363:7

**testifies** [3] - 1209:19, 1242:9, 1374:13

**testify** [10] - 1208:22, 1209:21, 1210:4, 1214:2, 1223:25, 1296:23, 1363:13, 1363:16, 1374:15, 1375:22

**testifying** [2] - 1209:8, 1374:2

**testimony** [12] - 1267:17, 1271:7, 1289:11, 1327:16, 1343:6, 1348:16, 1374:24, 1375:1, 1375:4, 1375:23, 1375:25, 1376:2

**Texas** [1] - 1186:25

**text** [19] - 1293:8, 1293:9, 1296:3, 1298:15, 1301:25, 1310:15, 1310:17, 1310:22, 1312:9, 1313:15, 1314:6, 1314:15, 1314:17, 1324:5, 1324:19, 1328:8, 1348:11, 1348:15, 1377:4

**texts** [7] - 1192:24, 1232:13, 1233:1, 1318:7, 1341:23, 1346:6, 1347:3

**THE** [315] - 1186:1, 1186:11, 1186:14, 1186:17, 1186:22, 1187:2, 1187:8, 1187:11, 1187:14, 1188:8, 1189:1, 1189:8, 1189:23, 1190:4, 1190:8, 1190:12, 1190:16, 1190:17, 1190:20, 1198:11, 1205:8, 1207:25, 1208:3, 1208:9, 1208:12, 1208:14, 1208:16, 1209:3, 1209:7, 1209:13, 1210:2, 1210:7, 1210:10, 1216:17, 1217:23, 1223:7, 1223:9, 1223:12, 1223:22, 1224:8, 1224:15, 1228:2, 1241:4, 1241:9, 1241:13, 1242:1, 1242:7, 1242:15, 1242:21, 1243:17, 1243:22,

1410

1244:6, 1244:11,
1244:25, 1245:19,
1246:1, 1246:15,
1246:21, 1247:16,
1247:20, 1248:5,
1248:10, 1248:25,
1249:4, 1249:15,
1249:22, 1250:6,
1250:9, 1250:14,
1250:21, 1251:9,
1252:2, 1252:22,
1253:8, 1253:15,
1253:17, 1254:3,
1254:5, 1254:8,
1254:10, 1254:13,
1254:18, 1254:19,
1254:20, 1260:15,
1260:17, 1260:20,
1260:24, 1261:1,
1261:6, 1261:7,
1261:10, 1261:13,
1261:16, 1264:25,
1265:5, 1265:9,
1265:12, 1266:13,
1266:16, 1267:8,
1267:10, 1267:18,
1268:8, 1268:13,
1268:17, 1269:15,
1269:17, 1269:19,
1271:18, 1271:21,
1274:9, 1274:19,
1274:21, 1276:14,
1276:16, 1277:15,
1277:17, 1278:19,
1278:22, 1278:23,
1278:24, 1281:15,
1281:17, 1283:17,
1285:13, 1285:15,
1286:17, 1286:21,
1286:25, 1287:4,
1288:7, 1289:21,
1290:5, 1290:8,
1291:18, 1292:12,
1294:22, 1295:1,
1295:4, 1295:9,
1295:13, 1295:16,
1295:20, 1296:5,
1296:15, 1296:25,
1297:3, 1297:21,
1297:22, 1297:23,
1297:24, 1299:4,
1299:6, 1299:8,
1304:23, 1305:1,
1308:7, 1308:15,
1309:1, 1311:7,
1311:14, 1311:18,
1311:21, 1311:25,
1312:3, 1312:6,
1312:13, 1312:17,
1312:24, 1313:2,
1313:8, 1313:15,

1313:20, 1313:24,
1316:6, 1316:9,
1317:25, 1318:7,
1318:18, 1318:25,
1319:4, 1319:13,
1320:10, 1320:17,
1320:22, 1322:11,
1322:17, 1327:24,
1328:2, 1328:5,
1328:13, 1328:16,
1329:1, 1329:16,
1330:9, 1330:12,
1330:14, 1330:16,
1332:22, 1332:23,
1336:23, 1339:8,
1340:3, 1340:5,
1340:6, 1340:7,
1340:10, 1340:25,
1341:19, 1341:24,
1342:2, 1342:20,
1342:24, 1343:24,
1344:19, 1345:4,
1345:17, 1346:10,
1346:23, 1347:20,
1347:25, 1348:7,
1348:13, 1348:18,
1348:23, 1349:2,
1349:11, 1349:18,
1349:25, 1350:9,
1350:18, 1350:25,
1351:10, 1351:15,
1351:20, 1352:4,
1352:18, 1353:14,
1353:16, 1353:24,
1354:8, 1355:3,
1355:21, 1356:24,
1357:5, 1357:7,
1357:11, 1357:16,
1358:20, 1359:2,
1359:5, 1360:3,
1360:9, 1360:14,
1360:19, 1361:5,
1362:5, 1362:10,
1362:14, 1362:16,
1362:18, 1362:21,
1362:25, 1363:4,
1363:7, 1363:13,
1363:15, 1363:18,
1363:21, 1363:23,
1364:4, 1364:12,
1364:15, 1364:18,
1364:24, 1365:21,
1365:23, 1366:4,
1366:23, 1366:25,
1367:15, 1367:16,
1367:22, 1367:24,
1368:2, 1368:10,
1368:13, 1368:17,
1368:19, 1369:2,
1369:6, 1369:9,
1369:12, 1369:22,

1370:12, 1370:16,
1370:25, 1371:6,
1371:11, 1371:21,
1372:9, 1372:11,
1372:14, 1373:6,
1373:9, 1373:11,
1373:21, 1375:9,
1376:6, 1376:8,
1376:12, 1376:14,
1376:22, 1377:2
**theft** [1] - 1308:1
**theirs** [1] - 1326:10
**theme** [1] - 1306:23
**themselves** [9] -
1225:1, 1228:14,
1273:16, 1275:15,
1307:6, 1329:19,
1339:2, 1343:13,
1366:12
**theory** [6] - 1191:9,
1195:11, 1215:23,
1218:21, 1219:1,
1219:7
**therefore** [4] -
1237:4, 1238:1,
1307:13, 1318:16
**Thereupon** [2] -
1241:24, 1254:6
**they've** [19] - 1192:8,
1192:17, 1192:18,
1194:2, 1194:3,
1196:9, 1202:22,
1206:6, 1211:24,
1215:22, 1215:25,
1216:13, 1216:14,
1219:7, 1230:10,
1355:23, 1374:10
**thinking** [2] -
1215:10, 1215:16
**third** [12] - 1189:16,
1244:12, 1276:9,
1364:20, 1364:21,
1364:23, 1365:4,
1365:10, 1365:11,
1374:7
**third-party** [1] -
1364:23
**Thomas** [6] - 1194:8,
1198:16, 1282:18,
1283:2, 1283:5,
1283:15
**thoracic** [1] -
1221:23
**thorough** [2] -
1215:5, 1215:7
**thoughts** [2] -
1318:15, 1371:18
**thousands** [1] -
1193:7
**thread** [1] - 1333:25

**threatening** [1] -
1196:12
**threats** [1] - 1256:12
**three** [13] - 1194:22,
1202:6, 1204:2,
1217:16, 1221:20,
1221:21, 1244:10,
1360:13, 1360:22,
1361:7, 1361:12,
1362:6, 1364:7
**throng** [1] - 1225:22
**throughout** [2] -
1228:12, 1365:19
**thrown** [1] - 1201:10,
1263:16, 1263:18
**thrust** [1] - 1228:16
**tie** [2] - 1191:6,
1283:13
**timeframe** [3] -
1231:8, 1357:12,
1361:21
**timeline** [8] -
1231:25, 1246:14,
1247:14, 1250:4,
1354:24, 1358:8,
1358:10, 1358:18
**timing** [1] - 1198:13
**today** [19] - 1195:12,
1197:21, 1198:1,
1200:10, 1203:25,
1213:25, 1219:11,
1252:22, 1253:1,
1253:22, 1254:1,
1263:22, 1271:7,
1276:3, 1277:9,
1327:16, 1341:17,
1343:14, 1343:23
**together** [5] -
1194:21, 1207:19,
1256:17, 1318:24,
1355:1
**toilet** [1] - 1213:17
**tolerated** [3] -
1233:4, 1233:5
**Tom** [6] - 1200:24,
1201:1, 1202:11,
1219:20, 1219:21
**tomorrow** [6] -
1249:25, 1267:17,
1323:16, 1340:21,
1360:12, 1375:10
**tonight** [2] - 1340:18,
1369:16
**tons** [1] - 1223:23
**took** [17] - 1194:20,
1223:2, 1224:2,
1224:25, 1225:14,
1229:12, 1231:6,
1239:5, 1259:21,
1261:4, 1261:25,

1262:2, 1262:5,
1262:10, 1298:15,
1339:2, 1347:2
**tools** [4] - 1284:13,
1292:3, 1310:3,
1321:11
**top** [5] - 1235:4,
1266:10, 1299:20,
1312:9, 1368:20
**topic** [3] - 1246:25,
1247:14, 1353:8
**Topic** [1] - 1341:7
**tops** [1] - 1214:20
**total** [1] - 1227:18
**totalitarian** [1] -
1304:6
**towards** [1] - 1225:7
**town** [2] - 1200:17,
1200:21
**track** [1] - 1364:16
**trade** [1] - 1230:21
**traditionally** [1] -
1226:15
**traffic** [1] - 1236:19
**train** [1] - 1199:18
**trained** [4] - 1232:19,
1232:21, 1305:23,
1317:16
**training** [16] -
1199:4, 1199:6,
1233:10, 1233:15,
1248:14, 1248:15,
1248:19, 1248:23,
1248:24, 1249:14,
1249:18, 1325:20,
1359:1, 1359:3,
1359:7, 1359:25
**transcribe** [1] -
1298:23
**TRANSCRIPT** [1] -
1186:10
**transcript** [2] -
1378:5, 1378:6
**transfer** [1] - 1345:21
**transferred** [1] -
1312:20
**transgender** [1] -
1229:13
**transmitted** [1] -
1302:1
**travel** [1] - 1375:21
**trespassing** [1] -
1204:6
**TRIAL** [1] - 1186:10
**trial** [34] - 1200:9,
1204:1, 1228:13,
1230:12, 1241:15,
1247:1, 1251:17,
1251:23, 1252:6,
1252:7, 1252:8,

1411

1252:20, 1252:24,
1253:11, 1285:2,
1292:15, 1298:8,
1312:21, 1315:22,
1319:24, 1321:23,
1324:19, 1327:11,
1327:14, 1354:2,
1365:17, 1365:20,
1367:3, 1373:16,
1373:20, 1375:7,
1375:15, 1376:21,
1376:25
  **Triangle** [1] - 1213:5
**troops** [2] - 1195:6,
1307:1
  **trouble** [1] - 1286:25
**TROY** [1] - 1186:15
**true** [10] - 1204:7,
1223:22, 1238:2,
1253:8, 1355:4,
1355:21, 1355:22,
1356:8, 1378:4,
1378:5
  **truly** [1] - 1344:21
**Trump** [20] -
1195:21, 1196:3,
1201:17, 1218:3,
1218:5, 1218:14,
1219:5, 1219:6,
1220:11, 1220:12,
1220:13, 1221:11,
1235:17, 1239:4,
1291:6, 1315:1,
1323:21, 1332:1,
1336:18, 1338:23
  **Trump)** [1] - 1308:3
**truncated** [1] -
1324:16
  **truth** [4] - 1204:12,
1209:12, 1250:19,
1252:19
  **try** [4] - 1215:23,
1219:9, 1224:22,
1229:17
  **trying** [14] - 1196:10,
1220:22, 1220:23,
1225:4, 1226:23,
1239:17, 1239:23,
1240:1, 1240:22,
1252:8, 1341:3,
1349:4, 1361:9,
1364:25
  **Tuesday** [1] - 1290:2
**tunnel** [2] - 1207:3,
1207:5
  **turn** [17] - 1189:9,
1203:1, 1260:14,
1290:6, 1307:16,
1308:11, 1309:7,
1316:13, 1319:8,

1326:3, 1336:11,
1337:6, 1338:5,
1341:1, 1348:25,
1368:9
  **turned** [3] - 1194:2,
1203:5, 1240:4
  **turning** [4] - 1304:2,
1304:11, 1327:4,
1332:2
  **turns** [2] - 1202:24,
1326:25
  **tweet** [1] - 1218:6
**tweets** [2] - 1192:24,
1219:6
  **twice** [1] - 1237:12
**twist** [1] - 1235:22
**two** [34] - 1203:24,
1207:18, 1207:19,
1214:5, 1215:4,
1221:21, 1223:14,
1231:2, 1231:3,
1236:19, 1247:14,
1281:7, 1288:12,
1288:18, 1291:4,
1291:6, 1300:22,
1300:25, 1342:9,
1343:20, 1343:25,
1344:4, 1346:17,
1354:21, 1358:17,
1368:9, 1370:23,
1371:2, 1371:3,
1371:5, 1374:1,
1375:16
  **type** [7] - 1200:13,
1201:24, 1227:5,
1255:15, 1295:22,
1317:6, 1342:5
  **typical** [1] - 1251:24
**typically** [3] - 1192:1,
1225:17, 1366:19
  **typo** [1] - 1336:16
**tyrants** [1] - 1302:24

## U

**U.S** [8] - 1186:20,
1250:2, 1287:11,
1291:5, 1337:16,
1339:3
  **ugly** [1] - 1235:21
**ultimate** [1] -
1358:11
  **ultimately** [4] -
1229:12, 1231:1,
1233:12, 1234:6
  **unbeknownst** [1] -
1202:17
  **unborn** [1] - 1307:10
**Uncle** [1] - 1331:18

**unconstitutional** [1]
- 1303:21
  **uncontested** [1] -
1374:9
  **under** [14] - 1198:23,
1211:8, 1217:11,
1245:24, 1253:4,
1270:4, 1270:14,
1302:7, 1307:10,
1343:7, 1343:9,
1343:17, 1368:23,
1370:22
  **underground** [1] -
1258:25
  **underneath** [1] -
1278:16, 1279:19
  **understood** [2] -
1253:16, 1359:8
  **undertook** [1] -
1329:24
  **undoubtedly** [4] -
1232:15, 1232:23,
1239:13, 1374:3
  **unfortunately** [1] -
1212:19
  **UNIDENTIFIED** [2] -
1260:23, 1260:25
  **unique** [1] - 1373:25
**unit** [4] - 1192:2,
1237:7, 1321:8,
1325:14
  **United** [38] -
1191:12, 1191:22,
1192:4, 1192:11,
1193:9, 1193:18,
1194:9, 1195:14,
1196:7, 1197:24,
1199:1, 1199:7,
1199:19, 1199:21,
1200:11, 1205:4,
1205:11, 1205:20,
1205:23, 1206:1,
1206:10, 1206:25,
1210:14, 1213:3,
1215:18, 1216:4,
1218:17, 1224:22,
1227:22, 1253:4,
1257:18, 1257:21,
1257:23, 1269:2,
1289:18, 1358:6,
1359:15, 1378:13
  **united** [1] - 1187:18
**UNITED** [4] - 1186:1,
1186:3, 1186:11,
1186:16
  **units** [2] - 1229:2,
1326:8
  **universal** [1] -
1316:25
  **unless** [3] - 1253:24,

1266:16, 1290:5
  **unobjected** [1] -
1283:23
  **unpretty** [1] -
1316:19
  **unquote** [2] -
1212:13, 1339:1
  **unrelenting** [1] -
1307:11
  **untrue** [1] - 1237:24
**unwillingness** [1] -
1253:3
  **up** [106] - 1189:10,
1189:15, 1194:12,
1195:10, 1195:24,
1199:4, 1199:6,
1199:18, 1200:6,
1201:4, 1201:6,
1201:12, 1201:23,
1202:10, 1202:11,
1202:12, 1203:11,
1207:1, 1211:12,
1215:17, 1215:23,
1217:5, 1217:14,
1217:25, 1218:10,
1218:16, 1219:18,
1220:7, 1222:1,
1222:17, 1222:18,
1223:9, 1225:7,
1225:17, 1225:18,
1225:19, 1225:22,
1225:23, 1225:24,
1225:25, 1226:3,
1226:9, 1227:3,
1231:2, 1232:22,
1233:13, 1233:16,
1233:22, 1234:6,
1235:3, 1249:6,
1249:20, 1260:8,
1260:16, 1260:21,
1264:1, 1264:8,
1265:20, 1268:20,
1270:8, 1270:14,
1270:21, 1270:25,
1271:6, 1272:14,
1279:3, 1280:14,
1281:8, 1281:10,
1282:1, 1282:3,
1287:20, 1287:23,
1296:12, 1298:8,
1298:17, 1300:15,
1300:16, 1311:9,
1311:12, 1312:3,
1312:18, 1312:24,
1314:3, 1315:13,
1322:21, 1323:23,
1328:13, 1336:12,
1336:20, 1336:25,
1341:7, 1341:21,
1346:1, 1347:6,

1347:10, 1348:24,
1349:2, 1356:25,
1357:18, 1359:24,
1363:11, 1372:12,
1375:6, 1376:14
  **urgency** [1] - 1253:1
**urging** [1] - 1356:9
**usage** [1] - 1367:2
**user** [7] - 1300:10,
1300:13, 1300:14,
1305:5, 1323:4,
1323:5, 1338:15
  **username** [1] -
1323:3
  **uses** [1] - 1297:12

## V

**vacuum** [2] -
1235:14, 1365:1
  **vague** [1] - 1218:24
**Valley** [3] - 1201:16,
1202:21, 1214:3
  **vanguard** [2] -
1238:10, 1238:18
  **various** [4] - 1229:7,
1230:19, 1232:14,
1237:9
  **vehicle** [1] - 1203:13
**vehicles** [1] -
1257:10
  **Venezuela** [1] -
1337:17
  **verb** [1] - 1191:21
**vernacular** [1] -
1234:18
  **version** [2] - 1335:4,
1335:7
  **versus** [3] - 1344:21,
1358:6, 1359:15
  **vest** [4] - 1278:15,
1281:3, 1281:6,
1281:7
  **vet** [1] - 1199:5
**veteran** [4] -
1215:19, 1221:16,
1223:15, 1223:21
  **veterans** [3] -
1212:11, 1305:22,
1305:23
  **vetted** [1] - 1252:5,
1252:7, 1253:10
  **vicinity** [1] - 1309:23
**vicious** [1] - 1220:4
**video** [58] - 1234:10,
1235:5, 1238:14,
1239:13, 1248:23,
1249:10, 1263:25,
1264:3, 1264:5,

1412

1264:11, 1264:14, 1264:17, 1264:21, 1265:4, 1265:19, 1266:1, 1267:2, 1267:6, 1267:7, 1267:10, 1267:16, 1267:20, 1267:23, 1268:1, 1270:7, 1270:20, 1271:4, 1271:10, 1271:14, 1271:25, 1272:12, 1272:14, 1272:20, 1272:22, 1275:24, 1279:10, 1280:6, 1285:4, 1285:8, 1285:22, 1286:1, 1286:5, 1286:6, 1286:8, 1287:2, 1287:8, 1287:9, 1287:10, 1287:24, 1288:13, 1288:18, 1288:19, 1333:20, 1333:22, 1334:2, 1334:6

**videos** [4] - 1236:10, 1284:24, 1334:7, 1359:25
**Vietnam** [1] - 1226:17
**view** [1] - 1244:16
**violate** [1] - 1239:22
**violating** [1] - 1232:11
**violence** [1] - 1282:10
**violent** [1] - 1220:4
**Virginia** [4] - 1195:25, 1197:8, 1236:15
**virtually** [1] - 1366:17
**virtue** [3] - 1292:16, 1345:8, 1348:20
**voice** [2] - 1255:1, 1303:25
**voir** [1] - 1228:10
**voluntarily** [1] - 1240:5
**voter** [1] - 1323:21
**vs** [1] - 1186:5

## W

**wait** - 1360:14, 1377:7
**waiting** [1] - 1317:15
**waived** [1] - 1240:10
**walk** [4] - 1220:5, 1222:11, 1224:17,

1259:11
**walked** [7] - 1225:16, 1225:24, 1225:25, 1234:17, 1258:12, 1259:4, 1270:8
**walkie** [4] - 1211:17, 1211:18, 1211:19, 1326:25
**walkie-talkie** [4] - 1211:17, 1211:18, 1211:19, 1326:25
**walking** [9] - 1222:10, 1222:18, 1224:19, 1225:22, 1225:23, 1234:11, 1235:17, 1259:2, 1264:1
**walks** [1] - 1240:17
**walkway** [1] - 1225:9, 1225:16, 1225:18
**wall** [2] - 1206:19, 1206:22
**walls** [2] - 1259:17
**wants** [3] - 1238:9, 1364:21, 1377:5
**War** [1] - 1226:17
**warrant** [15] - 1202:18, 1202:22, 1203:4, 1291:9, 1292:17, 1292:19, 1292:23, 1309:10, 1309:12, 1313:11, 1315:16, 1315:20, 1316:1, 1317:4, 1319:11
**washington** [1] - 1187:6
**Washington** [23] - 1186:6, 1186:18, 1186:21, 1187:3, 1187:20, 1192:13, 1195:22, 1196:20, 1211:11, 1212:12, 1215:10, 1215:13, 1218:14, 1219:11, 1221:7, 1226:5, 1256:5, 1262:18, 1263:15, 1307:1, 1307:14, 1340:18, 1378:14
**watch** [2] - 1214:4, 1337:16
**watched** [1] - 1272:22
**watches** [1] - 1220:2
**watermark** [1] - 1207:11
**Watkins** [26] - 1200:8, 1202:8,

1202:19, 1202:24, 1202:25, 1207:15, 1211:22, 1228:8, 1237:19, 1278:1, 1278:3, 1278:7, 1278:14, 1278:18, 1319:9, 1319:13, 1319:14, 1320:3, 1320:4, 1320:9, 1323:5, 1323:12, 1323:20, 1324:9, 1325:11, 1326:12
**WATKINS** [1] - 1187:12
**Watkins's** [14] - 1200:16, 1202:21, 1319:16, 1319:17, 1320:21, 1321:5, 1321:19, 1322:2, 1323:1, 1324:6, 1324:15, 1325:7, 1325:24, 1326:4
**weapons** [6] - 1197:7, 1197:8, 1203:12, 1232:9, 1236:15, 1237:5
**wearing** [9] - 1264:7, 1274:12, 1277:11, 1278:13, 1278:15, 1279:19, 1281:1, 1283:11, 1288:25
**website** [12] - 1273:11, 1273:13, 1273:15, 1273:20, 1273:22, 1282:7, 1333:6, 1333:8, 1333:15, 1333:21, 1340:20, 1346:18
**wedged** [1] - 1238:17
**week** [7] - 1233:10, 1243:11, 1243:14, 1252:20, 1253:19, 1361:4, 1376:15
**weeks** [8] - 1194:13, 1213:21, 1230:2, 1347:5, 1361:12, 1368:9, 1373:18, 1375:16
**weight** [1] - 1367:5
**welcome** [2] - 1190:20, 1254:18
**west** [5] - 1213:7, 1226:14, 1226:17, 1286:4, 1287:10
**WFO** [2] - 1262:16, 1262:17
**WhatsApp** [1] - 1293:20
**whatsoever** [1] -

1209:24
**whisper** [1] - 1336:19
**White** [3] - 1213:6, 1247:2, 1304:10
**white** [1] - 1278:16
**whole** [3] - 1221:8, 1237:6, 1359:11
**whoops** [1] - 1302:2
**wide** [2] - 1225:18, 1226:9
**wife** [13] - 1202:25, 1205:23, 1206:18, 1212:10, 1214:2, 1221:8, 1224:1, 1225:24, 1226:19, 1227:9, 1314:23, 1323:17
**wife's** [1] - 1206:9
**wild** [1] - 1218:6
**willing** [1] - 1368:24
**Winchester** [1] - 1236:15
**windows** [1] - 1259:17
**wine** [1] - 1353:17
**wing** [1] - 1228:18
**winner** [2] - 1303:15, 1308:1
**wins** [1] - 1315:1
**wish** [3] - 1204:22, 1241:5, 1241:10
**withdraw** [1] - 1194:24
**withhold** [1] - 1370:14
**WITNESS** [15] - 1254:17, 1254:19, 1260:17, 1269:17, 1269:19, 1274:9, 1278:23, 1297:22, 1297:24, 1304:23, 1305:1, 1332:3, 1336:23, 1340:5, 1340:7
**witness** [23] - 1189:6, 1189:17, 1193:16, 1194:12, 1210:2, 1240:13, 1241:17, 1242:5, 1242:9, 1254:14, 1258:7, 1266:8, 1268:7, 1269:10, 1274:7, 1289:20, 1296:23, 1297:4, 1340:8, 1369:5, 1369:17, 1373:25, 1374:4
**WITNESSES** [1] - 1188:8

**witnesses** [5] - 1189:15, 1192:7, 1192:17, 1367:7, 1373:1
**Wolf** [1] - 1200:19
**woman** [3] - 1205:14, 1206:17, 1229:13
**won** [1] - 1335:10
**wonder** [1] - 1222:20
**Woodstock** [1] - 1229:9
**Woodward** [23] - 1241:5, 1242:23, 1243:23, 1246:4, 1247:21, 1295:16, 1296:18, 1299:4, 1299:6, 1308:10, 1308:15, 1311:25, 1313:2, 1313:17, 1316:6, 1328:5, 1341:6, 1349:4, 1352:5, 1360:4, 1364:21, 1373:13, 1373:22
**WOODWARD** [106] - 1187:2, 1187:2, 1189:14, 1190:3, 1190:7, 1241:7, 1242:24, 1243:21, 1244:5, 1244:9, 1244:13, 1245:11, 1245:21, 1249:3, 1250:20, 1251:21, 1252:21, 1253:2, 1253:12, 1253:16, 1261:15, 1267:4, 1268:10, 1276:15, 1280:16, 1281:16, 1286:16, 1295:5, 1295:12, 1295:19, 1295:21, 1296:21, 1299:7, 1308:16, 1308:21, 1308:23, 1308:25, 1311:5, 1312:1, 1312:4, 1312:7, 1313:3, 1313:19, 1316:7, 1322:9, 1327:25, 1328:6, 1328:17, 1329:11, 1330:2, 1330:7, 1332:21, 1341:15, 1341:22, 1342:1, 1342:6, 1343:1, 1344:14, 1344:23, 1345:16, 1346:3, 1346:13, 1347:15, 1347:22, 1348:4, 1348:10, 1348:17, 1349:9,

1349:16, 1349:24, 1350:4, 1350:11, 1350:24, 1351:5, 1351:14, 1351:16, 1351:25, 1352:12, 1360:7, 1360:11, 1360:16, 1361:2, 1361:11, 1362:6, 1362:11, 1362:15, 1362:17, 1362:19, 1362:23, 1363:2, 1363:5, 1363:10, 1363:14, 1364:1, 1364:9, 1364:13, 1364:16, 1365:15, 1365:22, 1366:1, 1366:15, 1366:24, 1373:14, 1374:16, 1376:4, 1376:7

**Woodward's** [4] - 1242:16, 1242:18, 1341:2, 1355:3

**Word** [2] - 1298:16, 1298:25

**word** [3] - 1258:3, 1325:24, 1357:4

**words** [6] - 1189:16, 1195:11, 1204:22, 1290:11, 1361:8, 1367:9

**works** [4] - 1201:18, 1355:15, 1372:3, 1372:8

**world** [4] - 1209:14, 1209:15, 1220:4, 1247:21

**worried** [1] - 1239:22

**worry** [1] - 1329:16

**worse** [4] - 1207:12, 1214:18, 1232:20

**worst** [1] - 1217:2

**worth** [1] - 1361:15

**wretchedness** [1] - 1307:7

**write** [2] - 1290:11, 1325:11

**writing** [1] - 1371:2

**written** [4] - 1195:4, 1328:21, 1334:7, 1370:19

**wrote** [1] - 1323:12

## Y

**year** [2] - 1198:9, 1215:1

**years** [8] - 1197:5, 1210:14, 1222:5, 1226:3, 1234:16,

1249:25, 1358:17, 1374:10

**Yorker** [1] - 1200:6

**yourself** [4] - 1215:11, 1236:9, 1236:13, 1255:2

**yourselves** [1] - 1189:25

## Z

**Zello** [12] - 1211:16, 1211:20, 1211:21, 1212:1, 1235:13, 1236:1, 1236:6, 1326:19, 1326:21, 1326:23, 1326:24

**zero** [1] - 1265:25

**zoom** [1] - 1316:14

**Zoom** [1] - 1194:5

**zooming** [1] - 1322:21