# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion to Stay Sentencing, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is granted and, accordingly, that the sentencing hearing scheduled for December 20, 2023 is hereby vacated. A sentencing hearing shall be set after the United States Supreme Court hands down a ruling in *Fischer v. United States*.

_____     _____
Date                                              Honorable Amit P. Mehta
                                                        United States District Court