4/22/2021

Patient Provider Med Orders



**CALDWELL, THOMAS EDWARD**  
PCP-041468  
SEGREGATION-SHU-04 / SEGREGATION-SHU-04-04 **RELEASED\*\***  
Include Records from Previous Bookings

3 ALERTS  HOLD APPLIED: (none)  M (66) 08/21/1954  
PRIORITY NEEDS: No  CMT: 01/19/2021 13:55  
RLS: 03/12/2021 19:10

## MEDICATION ORDERS

Add Med   Group   Titration   History   Active (0)   ☑ Show Inactive (15)

| Medication | #Units | Route | Freq | QOH / Refills | Refill Sent | Source | Provider | Start/End | |
|---|---|---|---|---|---|---|---|---|---|
| ZYRTEC 10MG TAB | 1 | PO | QAM | 4 / 0 | | KOC | OTTOLINI, S | 03/09/2021 03/12/2021 | Select |
| COLD RELIEF MULTI-SEV-DAY 325-10-200-5 TAB | 2 | PO | TID | 10 / 0 | | KOC | OTTOLINI, S | 03/09/2021 03/12/2021 | Select |
| AMITRIPTYLINE HCL 50MG TAB | 1 | PO | QHS | 16 / 0 | | KOC | OBER, P | 02/26/2021 03/12/2021 | Select |
| CLONIDINE HCL 0.1MG TAB | 1 | PO | BID | 32 / 0 | | KOC | OBER, P | 02/26/2021 03/12/2021 | Select |
| COLD RELIEF 325-10-5 TAB | 2 | PO | TID | 0 / 0 | | KOC | OTTOLINI, S | 02/23/2021 02/28/2021 | Select |
| IBUPROFEN 600MG TAB | 1 | PO | TID | 18 / 0 | | KOC | OTTOLINI, S | 02/15/2021 03/12/2021 | Select |
| IBUPROFEN 200MG TAB | 3 | PO | TID | 0 / 0 | | KOC | OTTOLINI, S | 02/06/2021 02/11/2021 | Select |
| ACETAMINOPHEN 325MG TAB | 2 | PO | TID | 2 / 0 | | KOC | OTTOLINI, S | 01/24/2021 01/29/2021 | Select |
| OMEPRAZOLE 20MG CAP | 1 | PO | QAM | 11 / 10 | 02/14/2021 09:28 | KOC | OTTOLINI, S | 01/23/2021 03/12/2021 | Select |
| HYDROCORTISONE 20MG TAB | 1 | PO | QAM | 11 / 0 | 02/15/2021 08:52 | KOC | OTTOLINI, S | 01/21/2021 03/12/2021 | Select |
| DHEA 25MG CAP | 1 | PO | BID | 15 / 10 | 02/14/2021 09:28 | KOC | OTTOLINI, S | 01/21/2021 03/12/2021 | Select |
| CLONIDINE HCL 0.1MG TAB | 1 | PO | BID | 5 / 0 | | KOC | OBER, P | 01/20/2021 01/24/2021 | Select |
| Comments: Hold for BP <100/60, HR <60, or RR <16 | | | | | | | | | |
| ACETAMINOPHEN 325MG TAB | 2 | PO | TID | 18 / 0 | | KOC | OBER, P | 01/20/2021 01/24/2021 | Select |
| Comments: PRN pain -- ibuprofen OR acetaminophen | | | | | | | | | |
| IMODIUM A-D 2MG TAB | 2 | PO | BID | 18 / 0 | | KOC | OBER, P | 01/20/2021 01/24/2021 | Select |
| Comments: PRN diarrhea | | | | | | | | | |
| LANSOPRAZOLE 30MG DR CAP | 1 | PO | QAM | 5 / 11 | | KOC | OTTOLINI, S | 01/20/2021 01/22/2021 | Select |

1   15 items   Page Size 50