<pre>
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
     * * * * * * * * * * * * * * * *   )
 3   UNITED STATES OF AMERICA,         )    Criminal Action
                                       )     No. 22-00015
 4                   Plaintiff,        )
                                       )
 5     vs.                             )    **AFTERNOON SESSION**
                                       )
 6   ELMER STEWART RHODES, III,        )    Washington, D.C.
     et al.,                           )    October 12, 2022
 7                                     )
                     Defendants.       )    1:40 p.m.
 8   * * * * * * * * * * * * * * * *   )

 9


10              TRANSCRIPT OF JURY TRIAL - DAY 9
11           BEFORE THE HONORABLE AMIT P. MEHTA,
                UNITED STATES DISTRICT JUDGE
12


13   APPEARANCES:

14
     FOR THE GOVERNMENT:     KATHRYN L. RAKOCZY, ESQ.
15                           TROY A. EDWARDS, JR., ESQ.
                             JEFFREY S. NESTLER, ESQ.
16                           LOUIS MANZO, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
17                             FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest
18                           Washington, D.C. 20579

19                           ALEXANDRA S. HUGHES, ESQ.
                             JUSTIN T. SHER, ESQ.
20                           U.S. DEPARTMENT OF JUSTICE
                             950 Pennsylvania Avenue, Northwest
21                           Washington, D.C. 20530

22
     FOR THE DEFENDANT       PHILLIP A. LINDER, ESQ.
23            RHODES:        JAMES L. BRIGHT, ESQ.
                             EDWARD L. TARPLEY, JR., ESQ.
24                           BARRETT BRIGHT LASSITER LINDER
                             3300 Oak Lawn Avenue
25                           Suite 700
                             Dallas, Texas 75219
</pre>

```
1    APPEARANCES, CONT'D:

2    FOR THE DEFENDANT          STANLEY E. WOODWARD, JR., ESQ.
             MEGGS:            BRAND WOODWARD LAW
3                              1808 Park Road, Northwest
                               Washington, D.C. 20010
4
                               JULI HALLER, ESQ.
5                              LAW OFFICES OF JULI HALLER
                               601 Pennsylvania Avenue, Northwest
6                              Suite 900
                               Washington, D.C. 20036
7

8    FOR THE DEFENDANT          BRADFORD L. GEYER, ESQ.
             HARRELSON:        FORMERFEDSGROUP.COM, LLC
9                              141 I Route 130 South
                               Suite 303
10                             Cinnaminson, New Jersey 08077

11
     FOR THE DEFENDANT          JONATHAN W. CRISP, ESQ.
12           WATKINS:          CRISP AND ASSOCIATES, LLC
                               4031 North Front Street
13                             Harrisburg, Pennsylvania 17110

14
     FOR THE DEFENDANT          DAVID W. FISCHER, SR., ESQ.
15           CALDWELL:         FISCHER & PUTZI, P.A.
                               7310 Governor Ritchie Highway
16                             Glen Burnie, Maryland 21061

17
     REPORTED BY:              LISA EDWARDS, RDR, CRR
18                             Official Court Reporter
                               United States District Court for the
19                               District of Columbia
                               333 Constitution Avenue, Northwest
20                             Room 6706
                               Washington, D.C. 20001
21                             (202) 354-3269

22

23

24

25
```

1

<u>I N D E X</u>

2

3

                           <u>Direct</u>     <u>Cross</u>     <u>Red.</u>

4

5

<u>WITNESSES FOR THE GOVERNMENT:</u>

6

Terry Cummings                   2842
                                 2856

7

                                 2862      2865

8

Kelsey Harris              2887

9

10

<u>EXHIBITS RECEIVED IN EVIDENCE</u>               <u>PAGE</u>

11

Defendant Harrelson's Exhibit H-1       2854

12

Government's Exhibit No. 5201.1        2880

13

Government's Exhibit No. 6863          2890
Government's Exhibit No. 6868          2894

14

Government's Exhibit No. 6860          2900
Government's Exhibit Nos. 6850, 6856, 6857,

15

   6858 and 6959                   2905
Government's Exhibit No. 6864          2913

16

Government's Exhibit No. 4653          2926
Government's Exhibit Nos. 710.3 and 710.4   2928

17

Government's Exhibit No. 6871          2932
Government's Exhibit No. 6860.1        2940

18

Government's Exhibit Nos. 4800, 4800.1,
   4800.2, 4801, 4801.1-4801.9, 4802, 4802.1,

19

   4802.2, 4803, 4804, 4804.1, 4804.2, 4805,
   4805.1, 4805.4, 4808 and 4809         2945

20

21

22

23

24

25

```
 1              THE COURT:  Please be seated, everyone.

 2              I think we've got everybody back.  All right.  So

 3      there were a couple of open issues from this morning, one

 4      concerning the firearm and the other concerning the Facebook

 5      posting by Mr. Meggs.  Do I understand correctly that the

 6      firearm issue has been resolved by the parties?

 7              MR. WOODWARD:  We're going to stipulate to

 8      authenticity -- defense counsel will stipulate to the

 9      authenticity of the firearms the Government seeks to

10      introduce that were obtained from Messrs. Dolan, Moerschel

11      and Hackett.

12              THE COURT:  Okay.  Does that then just leave the

13      open issue about the Facebook posting?

14              MR. WOODWARD:  We also have one more text message

15      we'd like to call to the Court's attention before the jury

16      is brought in.

17              THE COURT:  With respect to this witness or --

18              MR. WOODWARD:  No.

19              THE COURT:  Is it the same issue or a similar

20      issue?

21              MR. WOODWARD:  No.  It is a hearsay objection as

22      well as an objection to whether it can be admitted as

23      against all the Defendants as a co-conspirator statement.

24              THE COURT:  Okay.  Let me take care of the first

25      issue, then.
```

1          So I've looked at the cases that you had cited,

2     Mr. Woodward.  And the *Abroms* case, A-B-R-O-M-S, from the

3     Fifth Circuit, simply is just a case about the discretion a

4     trial judge has in excluding portions that a defendant had

5     requested be admitted under Rule 106.  And the Court of

6     Appeals there upheld the decision by the trial court not to

7     include the entirety of a tape.  And the Court said that

8     there was an alternative way, through cross-examination, to

9     make the point that the Defendant was trying to make that

10    the portion that was played was only, you know, a snippet of

11    the overall conversation.

12          So I'm not quite sure how that case supports your

13    position.

14          And then the *Devous* case -- D-E-V-O-U-S -- and I

15    may have just missed it, Mr. Woodward.  I didn't even see

16    Rule 106 cited in that case.  I mean, I both read it and

17    searched for it, and I didn't see it referenced.  If I'm

18    off, please let me know.

19          MR. WOODWARD:  No, your Honor.  I think that the

20    Court is correct that both cases stand for the proposition

21    that the Court has broad discretion on the admission of

22    evidence.  The corollary to the decisions by the circuits in

23    each is that the Court is well within its discretion to

24    preclude evidence that would ultimately be misleading where

25    context is missing.

 1          THE COURT:  So, you know, I'm not sure that's

 2    accurate.  I certainly haven't seen a case where Rule 106 is

 3    used as a rule of preclusion -- or exclusion, I should say.

 4    Now, arguably, you know, under -- it could be excluded under

 5    Rule 403 to say that something would be misleading if it

 6    wasn't completed, and I guess I could exclude it that way.

 7          But I'm not sure 106 can be used as a rule of

 8    exclusion.

 9          Look, here's what the Circuit has said about

10    Rule 106.  It really hasn't had much reason to talk about

11    it, but I think the last and most significant discussion

12    about it is from *U.S. versus Sutton*, 801 F.2d 1346.  The

13    Court talks about 106 a fair amount in that case.

14          "Rule 106 can adequately fulfill its function only

15    by permitting the admission of some otherwise inadmissible

16    evidence.  When the court finds in fairness that the

17    proffered evidence should be considered contemporaneously, a

18    contrary construction raises a specter of distorted and

19    misleading trials and creates difficulties for both

20    litigants and the trial court."

21          The Court goes on to sort of suggest a procedure

22    by which to deal with this.

23          The Circuit then continues:  "Moreover, under this

24    approach, the trial court can focus solely on issues of

25    distortion and timing as mandated by Rule 106.  The trial

 1    court has wide range of discretion to expeditiously

 2    structure the inquiry, as the judge did in this case, by

 3    requiring the Defendant's attorney to point to specific

 4    passages of the transcript that ought to have been admitted,

 5    to avert the distorting effect of the portions already

 6    introduced by the Government.  In addition, the provision of

 7    Rule 106 grounding admission on fairness reasonably should

 8    be interpreted to incorporate the common law requirements

 9    that the evidence be relevant and be necessary to qualify or

10    explain the already introduced evidence already taken out of

11    context."

12            So, you know, again, the Circuit doesn't sort of

13    frame it in terms of a rule of exclusion.  And I think the

14    bottom line here is that the circumstances of this

15    particular Facebook message, even though we don't know what

16    Mr. Meggs was posting in response to, what we do know is

17    that this wasn't, you know, a direct message that he

18    received from someone else and that he was responding

19    directly to that other person's unique message to him.

20            And so the need for context it seems to me to be a

21    little less pressing in this situation than it might be in a

22    different one where it involved a direct message between a

23    defendant and someone else.

24            And, you know, I guess I'm a little hard pressed

25    to even -- given the content, to even conceive of what it

 1   might provide, quote-unquote, "context" for, I mean, given

 2   what the contents are.

 3        But the bottom line is that, I mean, there is

 4   probative value to it.  It bears on Mr. Meggs's state of

 5   mind.  And we can talk about the basis for admissibility in

 6   a moment.

 7        But it certainly has probative value as to his

 8   state of mind.  The timing of it is, I think, December 23rd,

 9   which is weeks before the events of January 6th.  It's

10   during a period that the Defendants allegedly are actively

11   planning.

12        And it reflects his views about, arguably, the

13   Government would argue, you know, the connection between

14   violence and the political landscape at the time.

15        And to the extent that there's an absence of

16   evidence about what he was responding to, I don't think, you

17   know, the prejudice outweighs the probative value of it,

18   substantially or otherwise, given -- particularly given the

19   absence of any proffer from Mr. Meggs about what he might

20   have been responding to.

21        I mean, it may be too much to ask him to recall

22   what he might have been responding to, but I certainly don't

23   have any proffer from the -- from the defense as to what it

24   might have been.

25        So I think based on -- so for those reasons, I'll

1    allow it to be admitted.

2         Insofar as its admissibility -- can we bring it

3    back up?  I mean, we had talked about it falling within a

4    hearsay exception.  It's not clear to me it's hearsay at

5    all.

6         This is a photograph of a -- it's a meme of a Home

7    Depot ad showing a guillotine with prices of various parts.

8    And I think there's a statement to the effect of:  You can

9    use your government COVID check or something like that to

10   build something like this.  Right?  "DIY project and ideas:

11   Something you can do with your $600 stimulus check."

12         I mean, clearly, the meme itself is not offered

13   for the truth of what is presented.  And then his

14   statement -- if you could scroll down -- is -- that

15   accompanies it is:  "We need to get these politicians and

16   let them know who runs this country."

17         I mean, I don't think the Government is

18   introducing that for the truth; that is, get -- actually, he

19   was intending to get the politicians, although I suppose --

20   well, it's not what it's being admitted for.

21         And so it's not hearsay, so we don't need to worry

22   about whether it's, you know, under Rule 803(3) or whether

23   it's only admissible against Mr. Meggs as a party opponent,

24   or as a co-conspirator statement.

25         So I think it comes in for that purpose, and as

1    not hearsay and bearing on Mr. Meggs's state of mind.

2             Okay.  What's the other issue?  And is that

3    something that's going to come up this afternoon?

4             MR. WOODWARD:  We think this will come up soon.

5             There is a video that is sent to a chat by

6    Mr. Meggs.  And the Government is seeking to admit that

7    video as -- well, I mean, we are objecting because both --

8    the video itself is hearsay.  There is not sufficient proof

9    that Mr. Meggs adopted the statement.  In fact, the text

10   message that he sends with a link to the video provides --

11   or says --

12            THE COURT:  So, Mr. Woodward, can I interrupt you?

13   I mean, can you give me some context?  I'm not quite sure

14   what -- to what the video is posted, what are the contents,

15   who's the speaker on the video.  Those facts would be

16   helpful to fill in my understanding of what you're objecting

17   to.

18            MR. WOODWARD:  Sure.  So this is the video.  Well,

19   the clip is two minutes and 39 seconds.  It's something

20   called the Haggman report, H-A-G-G-M-A-N.  It is another one

21   of these podcast political things.  But in it, he says some

22   pretty inflammatory -- makes some pretty inflammatory

23   statements.

24            And the Government is seeking to have Mr. Meggs

25   adopt those statements and, thus, the statements would be

1    admitted against the conspiracy.

2          THE COURT:  So what's the relationship between the

3    Haggman statements and Mr. Meggs?  Does he repost them or

4    does he put them on Signal?  What's the context of this?

5          MR. WOODWARD:  He posts a link to the video, and

6    here he writes:  "I'm not making any suggestion in any way,

7    but this was sent as an FYI."

8          And this is a link to the video that the

9    Government wants to play for the jury.

10         THE COURT:  "Sent as an FYI"?  I don't understand

11   what that means.

12         MR. WOODWARD:  I believe he is insinuating that

13   somebody sent him the video --

14         THE COURT:  Oh, I see.

15         MR. WOODWARD:  -- and now he is reposting it in

16   the D.C. Op chat.

17         THE COURT:  Okay.  And so the objection is that

18   it's hearsay, but I gather the Government is not seeking to

19   admit it for the truth of what's on the video, but rather

20   the effect it has both on Mr. Meggs and anybody else that

21   watched it?

22         MR. WOODWARD:  Well, what this third person said,

23   that is -- that is hearsay.

24         Now, if the Government wants --

25         THE COURT:  Well, maybe it is.  It depends on the

1      purpose for which it's being admitted.

2              MR. WOODWARD:  I'll let the Government speak to

3      whether this is effect on the listener or adopted admission

4      or what -- you know, I think they can't lay the foundation

5      for any of the either exceptions or nonhearsay rules because

6      of what was Mr. Meggs says when he posts the video.

7              THE COURT:  Well, somebody tell me what the video

8      says and what the purpose is for seeking to introduce it.

9              MR. MANZO:  So two things.  One is we would

10     dispute Mr. Woodward's assertion that Mr. Meggs is not

11     adopting -- we think this is a statement of future intent.

12     It goes to his state of mind.

13             And just to -- so you can have the background of

14     this before I show the actual video, Mr. Meggs says:  "I'm

15     not making any suggestions in any way.  But this was sent as

16     an FYI."

17             And he includes the link.

18             We think that's a "not making any suggestions,

19     wink-wink."

20             Then he follows up by saying:  "I have called for

21     the same here.  I agree.  Other than QRF teams outside the

22     city likely have done prior.  My point is we should at least

23     know that this is going around."

24             So the video talks about armed patriots going to

25     Washington, D.C.  He is saying:  This is out there.  And

1    he's saying:  I call for something very similar.

2            So we think that it's very important, relevant

3    evidence about his state of mind and goes to his intent.

4            On top of that, he also posted the same link in a

5    private Facebook conversation with another individual.  And

6    he posted the link, which again includes the video about how

7    armed patriots needs to go to D.C. to take over the

8    government or take their Capitol back.  And then he says to

9    this other individual:  "You guys going to carry?"  As in

10   carry weapons.

11           And the other individual says:  "No."

12           So this is a link he is posting multiple times.

13   We think it's directly on point.  And we don't think there's

14   any issue here.  And we can pull up the video if you'd like,

15   your Honor.

16           THE COURT:  I mean, I take it the Government is

17   not going to -- well, I don't know.  Let me ask you all.

18   Are you planning to argue -- I mean, if what the contents of

19   the video are is that there are, in fact, armed patriots

20   planning to come to Washington, do you plan to argue that

21   that was truthful and that Mr. Meggs knew there were other

22   armed patriots coming to D.C. and that he, with that

23   knowledge and understanding, did what he did?

24           MR. MANZO:  I think we're arguing that it's

25   consistent with his -- it's a statement of intent, that this

1    is what is going on; I am joining that movement.

2              THE COURT:  Right.  Right.  But I want to be clear

3    that you're not arguing -- or you won't be arguing that

4    this, in fact, was happening; in other words, getting up and

5    saying:  Ladies and gentlemen, you know there were other

6    armed groups and people coming to the District of Columbia

7    because you heard it on the video.

8              But rather, your contention is going to be:  You

9    can understand what Mr. Meggs was intending because this was

10   the video he was posting and --

11             MR. MANZO:  Correct, your Honor.

12             THE COURT:  -- urging others to essentially get

13   with the same plan.

14             MR. MANZO:  Correct.  And we've cut the video

15   down.  I believe it's about a six- or seven-minute video.

16   We were just planning on playing the first two minutes.  But

17   if the defense wants the rule of completeness, we're happy

18   to play the whole video.

19             MR. WOODWARD:  That doesn't solve the problem,

20   your Honor.

21             I mean, Mr. Manzo admits the text that --

22   following the video being sent, there's some discussion on

23   this chat about whether guns can even be brought to D.C.  A

24   number of folks reiterate that they can't be brought.

25             Mr. Meggs again follows up and says:  "Like I said

1    before, I was just sharing a video that someone forwarded

2    me.  A heads-up, if you will."

3              It's difficult to understand how the jury would

4    divorce the statement in the video from the truth of what

5    was being said there.  I think Mr. Meggs --

6              THE COURT:  Well, I mean, I can instruct them,

7    though.  I mean, when the video plays, I can say, you know:

8    Ladies and gentlemen, this is not being offered for the

9    truth for what the person on the video is saying, but rather

10   as evidence of Mr. Meggs's state of mind when he sent the

11   video link along to others.

12             MR. WOODWARD:  Well, we think it's just as

13   plausible -- and, in fact, we have argued throughout the

14   case -- that Mr. Meggs's state of mind was that there were

15   going to be armed folks in Washington and they were going

16   there for security.  But that's not -- now we're going down

17   a rabbit hole of what the defense theory is.  And the

18   question here is whether or not the Government actually is

19   seeking to admit this for some purpose other than the truth

20   of what is asserted.

21             They are suggesting that they're not arguing that

22   Mr. Meggs was going to Washington to --

23             THE COURT:  No.  I --

24             MR. WOODWARD:  -- cause violence?  I mean, that's

25   their whole theory of the case.

1            THE COURT:  Correct.  But as I understand the

2      video -- and maybe I need to see it -- but the way it's been

3      described, it is simply someone else suggesting that this is

4      what patriots are doing or should do.

5            And the fact that Mr. Meggs has seen this video

6      and is sending it along to others -- and, you know, one can

7      interpret whatever he says about the video, but it's not

8      being offered for the truth of what's in the video.  It's

9      being offered to bear on his state of mind and what his

10     thinking was at the time.  Why would somebody send that

11     video if not, you know, intending to do what the Government

12     alleges he's done?  I mean, that's the basic idea.

13            And obviously, you know, your views are different,

14     which is that this was sort of in the heat of, you know, a

15     difficult political environment and this was rhetorical and

16     not meant to be taken seriously.

17            MR. WOODWARD:  That's -- just to be clear, that's

18     not our view on this one.  Our view on this one is that the

19     Oath Keepers perceived a real threat to, among others, the

20     president, and --

21            THE COURT:  Okay.  Well, then --

22            MR. WOODWARD:  -- this is proof of --

23            THE COURT:  But again, if that's your view, then

24     that can be presented through either contemporaneous text

25     messages or in some other way.  It doesn't make it

1    inadmissible.

2           MR. WOODWARD:  It does not, which is why I didn't

3    want to have that debate.  I think it's inadmissible because

4    the Government is actually wanting the jury to believe the

5    content of the video.

6           THE COURT:  Well, you say that, but they said just

7    the opposite.

8           I'm taking the Government at its word that it's

9    not going to make the argument that I suggested it cannot

10   make, which is that, you know, what the gentleman on the

11   video says is, in fact, true; that is, patriots are coming

12   to Washington and they are bringing arms.  They can't get up

13   and argue that.

14          They can't, for example, say:  This is what, in

15   fact, happened, ladies and gentlemen.  You know this was

16   happening because you heard the guy in the video say it's

17   happening, and Mr. Meggs joined in that plan and was

18   encouraging people to join in that same plan.  They can't

19   make that argument.

20          But they can say:  You can understand what

21   Mr. Meggs's state of mind is and what he was thinking in the

22   weeks before January 6th because he's sending around this

23   very inflammatory video that's suggesting, you know, people

24   should take arms to Washington, D.C.  I mean, that is fair

25   game.

```
 1            MR. WOODWARD:  As always, we appreciate the

 2    Court's very careful consideration of the --

 3            THE COURT:  You --

 4            MR. WOODWARD:  No, no.  Sincerely.  I mean, this

 5    is not an easy case, so...

 6            THE COURT:  Look, I mean, I'm not trying to

 7    simply -- I don't want it to be perceived that, you know,

 8    the Government brings something up and you say you object

 9    and I'm overruling the objection.  But, I mean, genuinely,

10    this is admissible as nonhearsay.  It's certainly probative;

11    and, you know, however prejudicial it may be, it doesn't

12    outweigh its probative value.

13            MR. WOODWARD:  Understood, your Honor.  Thank you.

14            THE COURT:  You can't unring what clients do.

15            THE COURTROOM DEPUTY:  Jury panel.

16            (Whereupon, the jury entered the courtroom at 2:00

17    p.m. and the following proceedings were had:)

18            THE COURT:  Please be seated, everyone.  Welcome

19    back, ladies and gentlemen.  Sorry for the delay.  We were

20    dealing with some legal matters and those took a little

21    longer than expected.  But we have resolved them and we're

22    ready to proceed.

23            So -- is our witness in the courtroom or is he

24    outside?

25            There he is.  Okay.  Why don't you come on back
```

1    up, Mr. Cummings.

2             (The witness retakes the witness stand.)

3                        CROSS-EXAMINATION

4    BY MR. GEYER:

5    Q.  Mr. Cummings.  Nice to meet you.

6    A.  Good afternoon.

7    Q.  My name is Brad Geyer and I represent Ken Harrelson, who

8    you know.  I just want to clarify this for the record.  You

9    and I have never met.

10   A.  That is correct.

11   Q.  And we've never spoken before.

12   A.  No.

13   Q.  So when it was said that you had spoken to one of Ken

14   Harrelson's prior counsels, it wasn't me.

15   A.  I don't recall saying that.

16             THE COURT:  I think he said he helped

17   Mr. Harrelson's wife obtain counsel.

18             MR. GEYER:  Oh.

19   BY MR. GEYER:

20   Q.  It was with his wife, Angel.  Is that correct?

21   A.  Right.  She needed a power of attorney and I helped her

22   get an attorney to help her do that.

23   Q.  Okay.  And that was because they both lost their

24   employment, including Ken lost his job as --

25             MR. MANZO:  Objection, your Honor.

```
 1                    THE COURT:  Sustained.
 2                    Ladies and gentlemen, you'll disregard Mr. Geyer's
 3       commentary.
 4       BY MR. GEYER:
 5       Q.  So around January 3rd, a few days before January 6th,
 6       Ken changed his mind and opted to go to the event on
 7       January 6th.  Is that correct?
 8       A.  I don't recall if he changed his mind.  I thought he was
 9       going all along.  But I don't recall what he was thinking at
10       that time.
11       Q.  Okay.  And was a major factor for going that these
12       security details involved either state elected
13       representatives or even congressional representatives?  Was
14       that your understanding at the time?
15       A.  For our purposes, I understood that it was a state
16       representative.
17       Q.  Okay.  And it was Jason Dolan who had picked you up and
18       then picked up Ken?
19       A.  Correct.
20       Q.  And that was on the 4th; is that correct?
21       A.  Yes.
22       Q.  January 4th?
23                    And the trip was completed on January 7th, when
24       Dolan dropped you off?
25       A.  Yes.
```

1    Q.  During that entire time, was there any -- was there ever

2    any mention of an insurrection?

3    A.  No.

4              MR. MANZO:  Objection, your Honor.

5              THE COURT:  It's overruled.  He can answer.

6              THE WITNESS:  No.

7    BY MR. GEYER:

8    Q.  Was there any ever -- was there ever any mention of

9    attacking the Capitol?

10   A.  No.

11             MR. MANZO:  Objection again.

12             THE COURT:  It's overruled.

13   BY MR. GEYER:

14   Q.  Attacking police?

15   A.  No.

16   Q.  Attacking elected officials or elected representatives?

17   A.  No.

18   Q.  Wouldn't that be totally contrary to Oath Keeper

19   philosophy and doctrine?

20             MR. MANZO:  Objection, your Honor.

21             THE COURT:  That's sustained.

22   BY MR. GEYER:

23   Q.  Was there ever any mention of certification of the

24   College that you recall?

25   A.  I do not recall conversations about that.

1    Q.  You certainly never heard it from Mr. Harrelson?

2    A.  Well, if I don't recall it, then I don't recall it from

3    anybody.

4    Q.  Okay.  Fair point.

5            You mentioned that, on the walk over from the

6    Ellipse to the Capitol, at one point Mr. Meggs said:  "They

7    are breaching."

8            Isn't that correct?

9    A.  Yes, I believe that is correct.  Or "They breached the

10   Capitol."

11   Q.  But you didn't hear the entire conversation or context

12   of the conversation that prompted Mr. Meggs to say that, did

13   you?

14   A.  No, I did not.

15   Q.  And you didn't know exactly what preceded him saying

16   that?

17   A.  No.

18   Q.  And he could have also said other things after that

19   about that exchange, couldn't he have?

20   A.  Yes.

21   Q.  And that would be normal in the ordinary course of human

22   contact and interaction?

23   A.  He could have had conversations that I didn't hear

24   because I was not right next to him all the time.

25   Q.  Okay.  But he said:  "They have breached," didn't he?

 1    A.  That is what I remember.

 2    Q.  He did not say:  "We have breached"?

 3    A.  Correct.

 4    Q.  I want to rewind one more time and then we'll go in

 5    chronological order.

 6            The gun cases.  I believe the Government has

 7    introduced two exhibits, which are no longer here.  But

 8    under Florida law -- you came from Florida -- you're

 9    allowed, if you have proper licensure, to own, possess and

10    carry weapons.  Isn't that true?

11    A.  Yes.

12    Q.  And was there anything at all wrong or -- let alone

13    illegal about --

14            MR. MANZO:  Objection.

15            THE COURT:  Let him finish.

16    BY MR. GEYER:

17    Q.  Were you -- do you believe you were permitted to

18    transfer whatever it was you transferred from Florida to

19    Virginia and keep them in a hotel room?

20    A.  I believed that was legal.  Yes.

21    Q.  And there isn't anything unusual about a QRF in relation

22    to January 6th either, is there?

23    A.  Again, in this case, it would be -- depending upon what

24    your definition of a QRF is.

25    Q.  Okay.  Were there other Oath Keeper events, to your

1    knowledge, where members would bring their weapons and where

2    they would be properly stored in a centralized location?

3    A.  I did not participate in other Oath Keeper events, so I

4    don't know.

5    Q.  Okay.  Had you heard that happened?

6    A.  No.

7              MR. MANZO:  Objection.

8              THE COURT:  Sustained.

9    BY MR. GEYER:

10   Q.  At some point, you tendered those weapons to the

11   Government.  Isn't that correct?  I believe it was one

12   weapon and some ammunition.  Isn't that correct?

13   A.  They gave me a subpoena for the weapons and I turned

14   them over.  Yes.

15   Q.  Okay.  You haven't been arrested?

16   A.  No.

17   Q.  And the guns, as far as you know, haven't been

18   impounded?

19   A.  I turned them over.  What happened with that -- and I'm

20   not familiar with what the actual procedures might occur for

21   them to be impounded.  I don't know.

22   Q.  Let me not -- I don't want to put too fine of a point on

23   it, but couldn't it be that you're going to get those

24   weapons back at the end of this investigation?

25   A.  That is what I have been told.  Yes.

1    Q.   Okay.  On the 5th, were you at the event on the evening

2    of the 5th?  I believe it was a Women's -- a Women for Trump

3    event in front of the Supreme Court.

4    A.   There were two stages, two platforms, one in front of

5    the Supreme Court and one over closer to the Capitol.  I was

6    at the one over by the Capitol.

7    Q.   Were you, quote, "on duty," unquote?

8    A.   If you want to look at it that way, yes.  We had been

9    requested to watch over those rallies.  Yes.

10   Q.   Were you in plainclothes --

11   A.   Yes.

12   Q.   -- blending in, so to speak, or in Oath Keeper regalia?

13   A.   I wasn't wearing anything that identified me as an Oath

14   Keeper at that time.

15   Q.   About what time did you return to the hotel?

16   A.   I don't recall.

17   Q.   What did you do that evening?

18   A.   I believe -- I'm -- I think it was -- we picked up some

19   food, and Jason, Ken and I ended up just having some food in

20   our rooms.

21   Q.   You testified that you didn't recall if Ken and Jason

22   Dolan were in the minivan that escorted you over to the

23   Ellipse?

24   A.   That is correct.

25   Q.   Isn't it true that Ken and Jason Dolan had their

1    equipment in a vehicle that was in a parking garage that

2    only opened at 6:00 a.m. on the 6th?

3    A.  Actually, now that you mention it, yeah.  I didn't

4    remember that, but that does jog my memory.

5    Q.  And is it the case that Jason Dolan and Ken Harrelson

6    joined you all, who left around 6:00 a.m., sometime later at

7    the Ellipse?

8    A.  Well, since you jogged my memory about their equipment

9    being in that car and the parking garage hours, then, yes,

10   they would have had to have arrived later.

11   Q.  And on that day, you were not wearing PPE?

12   A.  No.

13   Q.  And Ken and Jason were not wearing PPE either?

14   A.  I don't recall what they were wearing.

15   Q.  I'm going to try to show you -- we'll see how far we

16   get -- but I'd like to show you a video of the security

17   detail later on, and hopefully you'll be able to see that.

18          But when -- at the Ellipse, you were standing in,

19   around and among lots of bike racks?  Do you know what I

20   mean by a bike rack?  If you've been in Washington, D.C.,

21   you know --

22   A.  Oh.  The mobile -- yeah, the portable barriers?

23   Q.  Yes.

24   A.  Yes.

25   Q.  And were you behind the barriers, actually working?

1    A.  When we were around the Ellipse, we weren't working.

2    Q.  But you were allowed in the VIP area that cleared Secret

3    Service security?

4    A.  Yes.

5    Q.  And at some point, did there come a time when there was

6    a security detail staging for a movement from the Ellipse to

7    the Capitol?

8    A.  Yes.

9    Q.  And you all started to form up.  Isn't that correct?

10   A.  Yes.

11   Q.  And some people had to retrieve their PPEs that the

12   Secret Service asked they store outside the secure area.

13   Isn't that correct?

14   A.  Yes.

15   Q.  And so you began together with a security detail.  Isn't

16   that correct?

17   A.  Would you repeat your question, please?

18   Q.  Sure.

19        There was a security detail that included the

20   Meggs contingent and Harrelson, Dolan and Tom Burgess.  And

21   everybody was together with the VIPs or protectees that had

22   to be moved from the Ellipse to a scheduled licensed event

23   at the Capitol.  And you all left initially in a group.

24        But at some point, those that had stowed their

25   PPEs at the request of the Secret Service had to go over and

1      get those PPEs --

2                   MR. MANZO:  Objection as to form.

3                   MR. GEYER:  Agreed.

4      BY MR. GEYER:

5      Q.  Do you have a recollection of the security detail

6      splitting into Harrelson, Dolan and Burgess, who went with

7      the protectees, and the remainder, who stayed behind and

8      retrieved those PPEs?

9      A.  When we left the VIP area, the majority of the Oath

10     Keepers did go to the area where the equipment was left with

11     someone to watch over it.  It was stacked underneath the

12     speakers outside of the Ellipse area.  Yes.  They went there

13     to retrieve their gear and don it and then start to walk to

14     the Capitol.

15     Q.  Okay.  And wasn't a decision made, because there were

16     protectees involved in very large crowds, that Burgess,

17     Dolan and Harrelson should continue on with the protectees

18     to get them safely to the Congress?

19     A.  That I don't recall.

20     Q.  Okay.

21                   MR. GEYER:  I have a video that I'd like to

22     publish to the witness, if I may, of that security detail

23     that broke off.  I believe if --

24                   THE COURT:  Well, Mr. Geyer, let's not describe

25     what it is.  If the witness can recognize it and

 1    authenticate it, then we can have it shown.  But I don't

 2    know whether he can do that.

 3              MR. GEYER:  Okay.  May I, your Honor?

 4              THE COURT:  Sure.  Why don't we show it -- make

 5    sure the volume is not on and we'll see if Mr. Cummings can

 6    verify the video.

 7              MR. GEYER:  It's a surveillance video that doesn't

 8    have any volume.

 9              THE COURT REPORTER:  Is there a number, for the

10    record, of what's being published?

11              MR. GEYER:  I'll mark this Defense Exhibit H-1.

12              (Whereupon, segments of Defendant Harrelson's

13    Exhibit H-1 were published to the witness.)

14    BY MR. GEYER:

15    Q.  Directing your attention to the lower left of the

16    screen, if you can.

17              Do you recognize that as the part of the security

18    detail that went on ahead of you?  Would you like me to

19    replay it?

20    A.  Yeah.  If you would replay it, please.

21              (Whereupon, segments of Defendant Harrelson's

22    Exhibit H-1 were published to the witness.)

23    BY MR. GEYER:

24    Q.  Lower left.

25    A.  Okay.  I can identify them.  Yes.

1    Q.  Okay.

2    A.  I wasn't aware that they had split off from the rest of

3    us.

4    Q.  And was that -- to the best of your recollection, was

5    that Tom Burgess, Jason Dolan and Ken Harrelson escorting

6    protectees to their next scheduled event?

7              MR. MANZO:  Objection.

8              THE COURT:  It's overruled.  To the extent he has

9    a recollection.

10             THE WITNESS:  I recognize Ken and Jason.  And I

11   don't know the other person.

12   BY MR. GEYER:

13   Q.  So the timestamp on the video is 18:38, which is minus

14   five on the CCTV camera, so it should be 1:38.  And it

15   begins at six, so that's 1:44.  So this would be 1:44 p.m.

16   Is this a fair and accurate depiction as you saw that day

17   and as you remember the part of the security detail that

18   parted ways with you at the Ellipse?

19   A.  All I can say about this is that I recognize them.  I

20   wasn't aware that that detail had broken off from the Kelly

21   Meggs group.  So I can't say that they were doing a

22   particular detail or what they were doing.  But I do

23   recognize and can identify that they were there at that

24   time.

25             THE COURT:  Mr. Geyer, do you want to have this

1    admitted?

2              MR. GEYER:  Yes, I would.

3              THE COURT:  Is there any objection to having this

4    admitted?

5              MR. MANZO:  Just to the extent that Mr. Cummings

6    was not present, did not have any personal knowledge.

7              THE COURT:  Well, that's not a basis of an

8    objection.

9              So if there's no objection to its admissibility,

10   then I will admit it.  And if you want to ask -- show it to

11   the jury and if you want to ask Mr. Cummings to identify the

12   people he recognizes, he can do that.

13             (Whereupon, Defendant Harrelson's Exhibit No. H-1

14   was entered into evidence.)

15             (Whereupon, segments of Defendant Harrelson's

16   Exhibit H-1 were published in open court.)

17   BY MR. GEYER:

18   Q.  Do you recognize the gentleman that's speaking to the

19   police officer there with an Oath Keepers shirt on and a

20   badge and no PPE?

21   A.  From that angle, I can't.

22   Q.  I'll continue.  We'll go on to the next one.

23             (Whereupon, segments of Defendant Harrelson's

24   Exhibit H-1 were published in open court.)

25

1    BY MR. GEYER:

2    Q.  Now, the gentleman at the lower left, also with an Oath

3    Keeper shirt on -- he has got a hat and almost like a burka,

4    a tan burka underneath his hat.

5         Do you recognize who that is?

6    A.  I don't recall who was dressed like that.

7         (Whereupon, segments of Defendant Harrelson's

8    Exhibit H-1 were published in open court.)

9    BY MR. GEYER:

10   Q.  Okay.  The gentleman that has his hand on one of his

11   protectees' shoulders who's looking perpendicular to the way

12   the protective detail is moving, do you recognize him?

13   A.  Yeah.  That looks like Ken.

14   Q.  Okay.  I'm going to ask you, while I play this, is this

15   a new dance craze or is this just how you walk in a

16   protective detail?

17        (Whereupon, segments of Defendant Harrelson's

18   Exhibit H-1 were published in open court.)

19        THE WITNESS:  Okay.  And what is it you want me to

20   do again?

21   BY MR. GEYER:

22   Q.  Is -- based on your experience in working with

23   protective details, is what he's doing there what you would

24   expect somebody to do who is responsible for somebody else's

25   well-being in a protective service detail?

```
 1    A.  I have never worked in a protective detail before.

 2    Q.  Okay.  Fair enough.

 3    A.  But I would anticipate one of them -- in this case,

 4    Ken -- to be walking along behind them to make sure that

 5    everyone stays together and everyone knows where they're

 6    going.

 7              MR. GEYER:  Thank you very much for your time

 8    today.

 9              THE COURT:  Thank you, Mr. Geyer.

10              Mr. Crisp?

11              MR. CRISP:  Thank you.

12                        CROSS-EXAMINATION

13    BY MR. CRISP:

14    Q.  Good afternoon, sir.  My name is Jonathan Crisp and I

15    represent Jessica Watkins.

16              So you met with the Government approximately four

17    to five times over the course of your interactions with

18    them?

19    A.  Yes.

20    Q.  And you've had lengthy discussions with them when you

21    met with them?

22    A.  Yes.

23    Q.  In those meetings you discussed what has formed

24    essentially the substance of your testimony here today.

25    A.  I'm sorry.  Would you repeat yourself, please?
```

1    Q.  Sure.

2         In those meetings you have discussed what

3    essentially has formed the substance of your testimony here

4    today.

5    A.  Correct.

6    Q.  And you haven't said anything different in court that

7    you haven't already told the Government.

8    A.  During direct, that is correct.

9    Q.  Okay.  And you also testified in a grand jury.  Right?

10   A.  Yes.

11   Q.  And the Government asked you similar questions in the

12   grand jury as what they have asked you here today?

13   A.  Yes.

14   Q.  Okay.  So I want to talk with you about your

15   understanding of the QRF.

16        You indicated at one point in the grand jury, or

17   in your testimony to the grand jury, that you believed that

18   it was going to be used if law enforcement was overwhelmed.

19        THE COURT:  So that's -- the objection is

20   sustained to that.

21        MR. CRISP:  I'll rephrase the question.

22   BY MR. CRISP:

23   Q.  Your understanding of the QRF was that it was to be used

24   if law enforcement was overwhelmed.

25   A.  I don't recall putting it in quite those terms.

Cummings - CROSS - By Mr. Crisp

1    Q.  What about if people were being seriously injured?

2    A.  I probably did say that.  Yes.

3    Q.  Okay.

4        MR. CRISP:  The Court's indulgence, if I may, your

5    Honor.

6    BY MR. CRISP:

7    Q.  Similarly, you believe QRF was to be a defensive

8    presence?

9    A.  Again, that term "QRF" seems to be used in a variety of

10   ways.

11   Q.  Okay.  The fact that there were weapons being brought --

12   you brought a weapon to Virginia.  Yes?

13   A.  I did bring a weapon to Virginia.  Yes.

14   Q.  Okay.  And you stored it in a hotel room outside of

15   D.C.?

16   A.  Yes.

17   Q.  And you did that with at least one or two other people?

18   A.  Yes.

19   Q.  And you have heard the phrase "QRF."  Right?

20   A.  I've heard of the phrase.  Yes.

21   Q.  And you've heard that hotel room being phrased as a QRF

22   hotel?

23   A.  Excuse me?  I'm sorry.

24   Q.  You've heard that room being phrased -- or that hotel

25   being phrased as a QRF hotel?

1    A.  I have heard people use that term.

2    Q.  Okay.  That is not something that you necessarily

3    thought of it at that time.  Is that fair to say?

4    A.  Yes.

5    Q.  Okay.  Did you have an understanding that at some point,

6    if things got very bad or violent in the city, that people

7    would come in with weapons?

8    A.  Yes.

9    Q.  Okay.  And it was only if things got violent and out of

10   control that you would come in?

11   A.  That the weapons would be brought over.  Correct.

12   Q.  Yes.

13            And you would use your weapon and only your

14   weapon?

15   A.  That was my understanding, if the weapons were brought

16   and I felt there was a need, that I would be using my own

17   weapon.  And that is why I brought it.

18   Q.  You didn't bring that weapon to give to somebody else to

19   use.

20   A.  I did not.

21   Q.  Okay.  And that would have been something that would

22   have surprised you if that was anyone's understanding.

23   A.  Yes.

24   Q.  Okay.  There was no time in which you were ever told to

25   go get your weapon while -- on the 5th or the 6th.  Right?

1    A.  We were never told that.

2    Q.  I'm asking about you.  You were never told?

3    A.  I was never told to do that.

4    Q.  Okay.  You were never told anything like, Hey, weapons

5    or the QRF itself is being activated.  You never heard that

6    phrase?

7    A.  No.

8    Q.  And more broadly, you never heard of a specific request

9    at any point in time on the 6th to bring in weapons.

10    A.  I did not.

11    Q.  And to my earlier point, just so I'm clear, those

12    weapons were not going to be used offensively?

13    A.  As far as I'm aware, there was never an offensive

14    intention for those weapons.

15    Q.  Okay.  And certainly not something that you would have

16    engaged in?

17    A.  That is correct.

18    Q.  I want to talk about -- you had discussed some

19    conversations on Signal and hearing people expressing

20    frustration on Signal chats.

21            Do you remember talking about that?

22    A.  Yes.

23    Q.  And there are times when people would say inappropriate

24    things.  Right?

25    A.  Yes.

1    Q.  And when those were said, others on those Signal chats

2    would shut it down and say:  That's not right, that's not

3    appropriate, stop?

4    A.  Yes.

5    Q.  Okay.  You also never heard conversations or discussions

6    about using burner phones on the 5th or the 6th?

7    A.  That is correct.

8    Q.  Or at any point in time, for that matter?

9    A.  Right.

10   Q.  I want to talk about the concept of the breach of the

11   Capitol.  You were asked a couple of different ways about

12   conversations you had walking towards the Capitol.

13           Do you know of what I speak?

14   A.  Yes.

15   Q.  All right.  And at the time you heard that the Capitol

16   was breached, your understanding was that people who had

17   been attending the rally had broken off and done something.

18   Correct?

19   A.  If that's what I said, I would have not necessarily been

20   accurate, because I didn't know who it was.

21   Q.  Okay.  You certainly didn't think it was part of the

22   people you were with.

23   A.  No.

24   Q.  Okay.  One final question regarding the use -- well,

25   what you were there to do.  Your understanding is you were

1    there to help people regardless of who it was if they needed

2    it?

3    A.  Yes.

4                MR. CRISP:  Thank you, sir.

5                THE COURT:  Mr. Fischer?

6                        CROSS-EXAMINATION

7    BY MR. FISCHER:

8    Q.  Good afternoon, Mr. Cummings.  Just a few questions,

9    sir.

10   A.  Good afternoon.

11   Q.  Thank you.

12               First of all, how old are you, sir?

13   A.  66.

14   Q.  Okay.  And you're familiar -- you mentioned a woman

15   named Connie Meggs who was in Washington, D.C., on

16   January 6th.  Is that correct?

17   A.  That's correct.

18   Q.  And would it be fair to say that Mrs. Meggs was in her

19   late 50s?  Would that be fair to say?

20   A.  I really couldn't tell you.

21   Q.  Well, could you give us a guess, an educated guess, how

22   old she was?

23   A.  Maybe late 40s to 50.  Yes.

24   Q.  Okay.  Sir, the AR-15 that you have here today, just --

25   first of all, AR, you're familiar with that term, that it

1    means -- that it stands for ArmaLite rifle.  Is that

2    correct?  ArmaLite rifle.  Is that correct?

3    A.  Yes.

4    Q.  Okay.  It's not a machine gun.  Correct?

5    A.  That is correct.

6    Q.  It's a semiautomatic firearm.  Correct?

7    A.  Yes.

8    Q.  Okay.  And a lot of people -- just so there's no

9    confusion, AR does not stand for assault rifle and it does

10   not stand for automatic rifle.  Correct?

11   A.  That is correct.

12   Q.  Okay.  And, sir, you had -- you had a gun case.  It

13   was -- contained a gun case.  Is that right?

14   A.  That is correct.

15   Q.  And sir, I believe -- could you tell us how much you

16   paid for the firearm?

17   A.  $800 or $900.

18   Q.  So those are fairly expensive guns.  Correct?

19   A.  Yes.

20   Q.  And one of the reasons -- the reason you keep it in the

21   case is to prevent it from getting dented or scratched or

22   damaged in some way.  Is that correct?

23   A.  I use a case for transport.

24   Q.  Well, certainly, sir, you'd agree you're not going to

25   take that $800 or $900 firearm and just throw it in the back

1    of a trunk without a case.  Is that right?

2    A.  That is right.

3    Q.  Okay.  And, sir, when you dropped that -- when you

4    dropped the firearm off at the hotel you talked about in

5    Virginia, isn't it true the person who received that firearm

6    in the hotel room was a slender white male of medium build?

7    A.  Yes.

8    Q.  Sir, would it be fair to say that the Oath Keepers

9    organization, as you viewed it when you were among them

10   going to D.C. and when you were in Washington, D.C., was a

11   fairly disorganized group?

12           MR. MANZO:  Objection.  Calls for an opinion.

13           THE COURT:  Overruled.

14           THE WITNESS:  Yes.

15   BY MR. FISCHER:

16   Q.  Okay.  And certainly --

17           MR. FISCHER:  The Court's indulgence.

18   BY MR. FISCHER:

19   Q.  And, sir, as far as the QRF, isn't it true the reason

20   why the conditions for any firearm ever brought into D.C.,

21   based on your knowledge, was, number one, if there had been

22   massive rioting and an attack on innocent people and, number

23   two, the police did not respond or did nothing to stop it?

24   Isn't that correct?

25   A.  Yes.

1    Q.  Okay.  And, sir, you certainly didn't see any member of

2    the Oath Keepers with an AR-15 in Washington, D.C., on

3    January 6th.  Is that correct, sir?

4    A.  I did not.

5    Q.  Okay.  And this is very important, sir, and I'll end

6    with this.  Sir, obviously, you admitted that you brought a

7    firearm to a hotel room and that you are a member of the

8    Oath Keepers at the time.  Is that correct?

9    A.  That is correct.

10   Q.  And you would agree, sir, you haven't been charged with

11   any crime.  Is that right?

12   A.  That is correct.

13              MR. FISCHER:  Thank you.

14              THE WITNESS:  I have nothing else, your Honor.

15              THE COURT:  Thank you, Mr. Fischer.

16              Mr. Manzo, any redirect?

17              MR. MANZO:  Thank you, your Honor.

18              Ms. Rohde, would you mind pulling up 6860, Slide

19   29?

20              THE COURT:  Could you state the exhibit number

21   again?

22              MR. MANZO:  6860, Slide 29.

23                        REDIRECT EXAMINATION

24   BY MR. MANZO:

25   Q.  Sir, on cross-examination, you were asked a number of

```
 1    questions about some of the statements on Signal.
 2              Do you remember that?
 3    A.  Yes.
 4    Q.  I'm showing you a statement -- well, let me back up for
 5    a second.
 6              Were you in the Florida Signal group for the Oath
 7    Keepers?
 8    A.  Yes.
 9    Q.  And do you remember seeing a statement on the screen
10    right now where Mr. Rhodes said:  "Let's adopt the Q slogan
11    of WWG1WGA:  Where we go one, we go all.  We nullify
12    together.  We defy together.  We resist together.  We defend
13    together.  They come for one of us, they come for all of
14    us."
15              MR. MANZO:  Can you go to the next slide,
16    Ms. Rohde?
17    BY MR. MANZO:
18    Q.  And then at the bottom:  "This is the path of the
19    founders.  It's what they did."
20              Do you remember seeing this slide --
21    A.  No.
22    Q.  -- or this quote?
23    A.  No.
24    Q.  Okay.
25              MR. MANZO:  Ms. Rohde, can you go to 31?
```

```
 1    BY MR. MANZO:

 2    Q.  Sir, I'm reading you a slide from -- or a statement from

 3    Kelly Meggs.  Do you remember this?  "We are militia.  We

 4    don't have to play by their rules.  We make the rules.  We

 5    the people."

 6    A.  I don't remember seeing this.  No.

 7    Q.  And just to back up for a second --

 8              MR. MANZO:  Can we go to 30.

 9    BY MR. MANZO:

10    Q.  And this is the quote I read to you earlier from Stewart

11    Rhodes.  Is that fair?

12    A.  It looks like it's from Stewart.  Yes.

13    Q.  Was Mr. Rhodes the same person -- was Mr. Rhodes the

14    person who said to suck up the teargas on the afternoon of

15    January 6th?

16    A.  Yes.

17              MR. MANZO:  Can we go to Slide 39?

18    BY MR. MANZO:

19    Q.  Do you remember this statement where it said:  "Exactly.

20    We failed to this point to being a well-regulated militia.

21    We cannot fail letting these Chi-comms getting into office"?

22              And the following slide, 40:  "I guess I should

23    have said that's their plan.  Obviously, I'm all in to

24    disrupt it."

25              MR. WOODWARD:  Your Honor, we would just object to
```

1    Mr. Manzo reading the text.

2              THE COURT:  Okay.  If you want to ask the witness

3    to read the text, that's fine.

4              MR. MANZO:  Can you back up one slide, Ms. Rohde.

5    BY MR. MANZO:

6    Q.  Mr. Cummings, can you read the text on Slide 39?

7    A.  If 39 is one of those presented now, then yes.

8    "Exactly.  We failed to this point to be a well-regulated

9    militia.  We cannot fail letting these Chi-comms getting

10   into office."

11             MR. MANZO:  Can you go to the next slide,

12   Ms. Rohde.

13   BY MR. MANZO:

14   Q.  And what does the next slide say, Mr. Cummings?

15   A.  "I guess we should have said that's their plan.

16   Obviously, I'm all in to disrupt it."

17   Q.  Do you remember reading this line about disrupting the,

18   quote-unquote, "Chi-comms" from getting into office?

19   A.  I don't.

20             MR. WOODWARD:  Your Honor, may we approach?

21             THE WITNESS:  And looking at who they're from, I

22   don't recognize those handles either.

23             MR. WOODWARD:  Your Honor, objection.  Move to

24   strike.

25             (Whereupon, the following proceedings were had at

1    sidebar outside the presence of the jury:)

2            MR. WOODWARD:  I'm not sure they are in evidence.

3            MR. MANZO:  They're not in evidence.  I'm asking

4    the witness if he remembers them.  He was asked on

5    cross-examination which -- if he heard about violent

6    rhetoric.  And so the Signal chat, these are -- I'm asking

7    him questions about these.  I cannot move these into

8    evidence.

9            MR. WOODWARD:  Then we would object to him reading

10   him also.

11           THE COURT:  You're the one who asked him to read

12   them.

13           MR. WOODWARD:  Well, yeah.  We object, your Honor.

14           THE COURT:  Are you objecting to your own

15   objection?

16           MR. BRIGHT:  To read them privately and then say

17   whether he recognizes them instead of out loud.

18           I think what Mr. Woodward meant is the Government

19   asks him if he's read them.  He says no.  By reading them

20   aloud, he's sort of mentally publishing them to the jury

21   without entering them into evidence.

22           MR. CRISP:  I would agree.

23           And second, that I don't believe, since it's in

24   evidence, that the curative instruction is appropriate here.

25   It should just be:  Do you recognize this?  Have you ever

1    seen this?  If he has --

2             THE COURT:  So let me first say, I was under the

3    impression that these were in evidence already, since I

4    didn't hear an objection.

5             So now that I'm now told they're not in evidence,

6    Mr. Manzo, I'm not sure how you can show these to him and

7    have it published to the jury.

8             MR. MANZO:  Can I ask him one more question and

9    say:  Can you read this silently?  And if you recognize

10   this, say yes.

11            MR. CRISP:  No, Judge.  I think we need to have

12   the jury instructed to disregard what they've heard

13   regarding this.

14            THE COURT:  Well, I guess -- I mean, I can do

15   that, I suppose, if the Government is going to --

16            Are you going to introduce them as some point?

17            MR. MANZO:  In about 15 minutes.

18            THE COURT:  So they're going to hear about it

19   anyway.

20            I mean, I gather the point you're trying to make

21   is that:  Okay.  He didn't know the plan, and part of the

22   reason he didn't know the plan is because he hadn't read

23   these messages.  Is that the idea?

24            MR. MANZO:  Correct, your Honor.

25            THE COURT:  So you can either -- look, you can do

 1    it either -- one of two ways:  You can either put them into

 2    evidence and then re-call this witness to say he hadn't seen

 3    them, or we can have him take a look at them now and

 4    indicate to the jury whether he's seen them before or not.

 5             MR. BRIGHT:  He's already indicated on all the

 6    previous ones he's never seen them.  Mr. Manzo has indicated

 7    he only has one more to show them.  We can go on to the next

 8    witness and re-call him or let the jury be instructed they

 9    should disregard them until they're properly entered into

10    evidence with the next witness.

11             THE COURT:  I'm sorry, Mr. Bright.  I'm not

12    following.  But -- look, if these are going to be admitted

13    into evidence, you're right that, arguably, the proper order

14    of evidence should have been to put them in and then ask him

15    about it.  That hasn't happened.  So we have one of two

16    options.  Either we say no harm, no foul, because they will

17    come in anyway, or I could actually instruct the jury to

18    disregard all of them, have them put into evidence and then

19    re-call this witness.

20             MR. WOODWARD:  No harm, no foul.

21             THE COURT:  So we're going with no harm, no foul?

22             MS. HALLER:  Your Honor, if I may.  Juli Haller.

23             If we started with a simple question to the

24    witness, if he were a member of the OK FL hangout chat, it

25    might fix things because there's been no foundation laid.

 1    We don't know if you were, in fact, a member of the chat.

 2              MR. CRISP:  This is Jonathan Crisp.  I believe he

 3    testified that he was.

 4              THE COURT:  Right.  I thought he testified that he

 5    was part of a Florida Oath Keepers chat.  He may not have

 6    affirmatively said he knew it was called OK Florida hangout,

 7    but there has been testimony to the effect that that's what

 8    this chat is.

 9              So -- all right.  So if we're all in agreement, he

10    can look at one more slide, say he hasn't seen it, and we'll

11    be done with it.

12              Right, Mr. Manzo?

13              MR. MANZO:  Correct, your Honor.

14              THE COURT:  Thank you.

15              (Whereupon, the following proceedings were had in

16    open court:)

17              THE COURT:  So we'll proceed as discussed at the

18    bench.

19              MR. MANZO:  Now, Ms. Rohde, can you pull up

20    Slide 50.

21    BY MR. MANZO:

22    Q.  Mr. Cummings, could you read Slide 50 silently to

23    yourself?  And then, when you're done with Slide 50, let us

24    know and I'll have you read the next three slides as well.

25              THE COURT:  Mr. Manzo, is it your intention to

1    have the jury see this?

2              MR. MANZO:  No, because it's not admitted.

3              THE COURT:  I thought that's different than what

4    we just talked about.

5              MR. MANZO:  Excuse me, your Honor?

6              THE COURT:  It's different than what we just

7    talked about.

8              MR. MANZO:  I thought this was the instruction, to

9    have the witness read it silently.  Apologies.

10             THE COURT:  No.  The instruction was to show it to

11   him, show it to the jury, and he can then answer whether

12   he's seen it or not.

13             MR. MANZO:  Understood.

14             Yes.  Can we please publish this to the jury?

15   BY MR. MANZO:

16   Q.  Mr. Cummings, can you silently read this slide?

17   A.  I did.

18             THE COURT:  Well, he actually does need to read it

19   for the record.

20             MR. MANZO:  Sorry.  I thought that was the exact

21   opposite --

22             THE COURT:  No, no.

23             MR. MANZO:  -- of what they wanted.

24   BY MR. MANZO:

25   Q.  Sir, can you please read this slide into the record?

1    A.  "Great article to post here, Cat Daddy.  Time for a gut

2    check from everyone in this room.  If this is our course,

3    where do you fit in?  This is where we are.  We have been

4    invaded.  Patriots are going to stand and we have to lead

5    them.  Make sure you are really ready, not just talking.

6    The country is gonna need us."

7              MR. MANZO:  Ms. Rohde, can we go to the next

8    slide.

9    BY MR. MANZO:

10   Q.  What does this say?

11   A.  "We need much larger numbers PDQ."

12   Q.  The next one?

13   A.  "We have millions."

14   Q.  The next one?

15   A.  "Once they see it start."

16   Q.  The next one?

17   A.  "We need to wait patiently and then be the leaders."

18   Q.  Mr. Cummings, do you remember reading these slides, or

19   these statements?

20   A.  I don't recall reading them.

21   Q.  Is it fair to say you weren't involved in all the

22   planning for the trip up to Washington, D.C.?

23   A.  No, I was not.

24   Q.  I want to ask you a couple of questions about the very

25   important person that you were protecting, VIP.  Correct?

2875

1    Did you ever know her name?

2    A.  No.

3    Q.  Did you know where she lived?

4    A.  No.

5    Q.  When did you learn about the intricacies of the

6    operation to protect her?

7    A.  I believe before we left Florida, Kelly stated that we'd

8    been requested to provide escort for VIPs to go from the

9    Ellipse to the Capitol.

10   Q.  Did you receive any information about her emergency

11   point of contact?

12   A.  No.

13   Q.  Any information at all about her?

14   A.  No.

15   Q.  You were asked a number of questions -- let me back up

16   for one more second -- well, one more question about the

17   VIP.  When you got to the Capitol, you said earlier that you

18   saw people scaling walls.  Is that correct?

19   A.  Yes.

20   Q.  That's the point where -- how many Oath Keepers stayed

21   with the protectee and how many Oath Keepers left the

22   protectee?

23   A.  I recall at least one stayed.  There may have been more

24   than one, but it wasn't a large group.

25   Q.  Do you remember testifying in the grand jury that it was

1    only one?

2    A.  I don't remember exactly.  No.

3         MR. MANZO:  The Court's indulgence briefly.

4         Ms. Rohde, can you pull up 1501.

5         MS. ROHDE:  1501?

6         MR. MANZO:  Or 5201.

7    BY MR. MANZO:

8    Q.  Mr. Cummings, have you reviewed your grand jury

9    transcript prior to testifying today?

10   A.  I reviewed about two-thirds of it.

11   Q.  Okay.  And I'm going to direct your attention to what is

12   Page 17, Line 9 to 15.  And it's highlighted on your screen.

13        Can you read that?

14   A.  "We stopped and left the lady that we were" --

15   Q.  Can you actually read the question, starting on Page 9?

16   A.  Oh, sorry.  "When you got closer to the Capitol and you

17   saw people climbing on the walls" --

18        UNIDENTIFIED COUNSEL:  Objection, your Honor.

19        THE COURT REPORTER:  Who is speaking, please?

20        MR. WOODWARD:  This is Stanley Woodward.

21        THE COURT:  Hold on a second.  Is this being shown

22   to the jury or no?

23        THE COURTROOM DEPUTY:  No.

24        MR. MANZO:  No.  Impeaching prior statement under

25   oath.

1        THE COURT:  I understand.

2        MR. WOODWARD:  I believe that he has not laid the

3    foundation for impeachment testimony like this.

4        THE COURT:  There's a basis to use the grand jury

5    transcript.  He said he doesn't have a firm recollection.

6    So it's fair game.

7        Mr. Manzo, go ahead.

8    BY MR. MANZO:

9    Q.  Sir, I'm showing you Lines 9 to 15.  Can you read it

10   silently and then, after you've read it silently, look up

11   and let me know if that refreshes your recollection as to

12   what you saw at the Capitol?

13   A.  Okay.  Yeah.

14   Q.  So do you remember just Jeremy Brown staying behind or

15   more than Jeremy Brown?

16   A.  I know he did.  Whether anyone else did, I -- I can't

17   say definitely one way or the other.

18   Q.  Then based on your prior statement --

19        MR. MANZO:  I'd seek to admit Lines 9 to 15 at

20   this point.

21        MR. CRISP:  Your Honor, this was not done -- this

22   was not a proper impeachment.  He didn't ask proper --

23        THE COURT:  I know.  I agree.  He hasn't been

24   impeached.

25        So if you want to do it, then you have to --

1           MR. MANZO:  Okay.

2    BY MR. MANZO:

3    Q.  Do you remember testifying in front of the grand jury?

4    A.  I do.

5    Q.  And do you remember swearing an oath to tell the truth?

6    A.  I do.

7    Q.  And do you remember telling the grand jury, to the

8    question, "When you get closer to the Capitol, you saw

9    people climbing the walls.  Where did your team go?"

10          And you answered:  "We stopped and left the lady

11   that we were escorting from the Ellipse to the Capitol.  We

12   left her behind and Jeremy Brown had stayed with her.  And

13   the rest of us walked around the north side of the Capitol

14   over to the east side near the ceiling for the Visitors

15   Center."

16          Is that what you stated in the grand jury?

17   A.  It looks like that's what I said.

18   Q.  Thank you.

19          MR. MANZO:  I'd seek to move this portion into

20   evidence.

21          MR. CRISP:  It's still not -- it's not even proper

22   to read that.  He should have shown it to him:  Does that

23   refresh your recollection?  And if it doesn't, then at that

24   point --

25          THE COURT:  Hang on.  Hang on.

```
1              MR. MANZO:  We did all that.

2              THE COURT:  Please get on the phones quickly, so

3       we get this settled.

4              (Whereupon, the following proceedings were had at

5       sidebar outside the presence of the jury:)

6              THE COURT:  First of all, there's no requirement,

7       when using a transcript of a prior statement, that you first

8       need to have the person's recollection refreshed.  It's --

9       certainly not in my courtroom, and there's no Rule of

10      Evidence that says that's required.

11             Secondly, he was equivocal about how many people

12      he recalled going with the protectee.  At that point, it was

13      appropriate to use his prior inconsistent statement.  He can

14      look at the transcript and he can be asked:  Do you remember

15      this question and do you remember giving this answer?  And

16      effectively, that's all that's happened here.

17             MR. CRISP:  Right.  My argument is he shouldn't

18      have read it.  He should have said:  Do you remember telling

19      the grand jury there's only one person?  And not just

20      reading it verbatim.  I don't think the verbatim transcript

21      comes in.

22             THE COURT:  Well, Mr. Crisp, I have a different

23      understanding.  I mean, you can impeach with a prior

24      inconsistent statement and the prior inconsistent statement

25      comes in.  And in this case, the prior inconsistent
```

1    statement is that only Jeremy Brown stayed with her and the

2    rest of us walked around the north side of the Capitol.

3            And it's entirely appropriate to put in the prior

4    inconsistent statement, particularly if it's under oath.

5            MR. CRISP:  I understand your position, Judge.

6    Thank you.

7            THE COURT:  Okay.

8            (Whereupon, the following proceedings were had in

9    open court:)

10           THE COURT:  The objection is overruled.  That

11   portion and that portion alone of the grand jury transcript

12   will be admitted.

13           THE COURT REPORTER:  Is there a number for the

14   record?

15           MR. MANZO:  Yes.  5201.1.

16           (Whereupon, Government's Exhibit No. 5201.1 was

17   entered into evidence.)

18   BY MR. MANZO:

19   Q.  You were asked on redirect about whether the Oath

20   Keepers -- or on cross-examination about whether the Oath

21   Keepers had a specific plan to disrupt the congressional

22   proceedings on January 6th.

23           Do you remember that?

24   A.  Yes.

25   Q.  Did you know what was going on inside the United States

```
1    Capitol on January 6th?

2    A.  As far as what the news had reported and knowing the

3    schedule, that Congress was supposed to be in session to

4    certify the election.

5    Q.  How did you know that?

6    A.  That had been reported in the news prior to that, that

7    they were going to be meeting to do that.  That's -- if I

8    remember correctly, that's one of the reasons why the VIPs

9    from Florida wanted to be there.  They wanted to attend the

10   certification.

11   Q.  And what type of news did you consume before

12   January 6th?

13   A.  Online news sources or cable news, you know, Fox or -- I

14   couldn't give you, like, a definite source for that

15   information.  It seemed to be a fairly common -- commonly

16   reported item at that time.

17   Q.  You said on cross-examination that, on the way to D.C.,

18   if you had heard specific talk about breaching the Capitol,

19   you would have left or called the police or something like

20   that.  Correct?

21   A.  Correct.

22   Q.  When you first heard talk on January 6th outside the

23   United States Capitol about potentially breaching the

24   Capitol, what did you do?

25   A.  We continued with our task.
```

Cummings - REDIRECT - By Mr. Manzo

1    Q.  Well, what did you do after that?  Did you go inside the

2    Capitol?

3    A.  No.

4    Q.  What did you do?

5    A.  I stayed outside and observed.

6    Q.  You heard some questions about Kelly Meggs allegedly

7    helping someone.

8              Do you remember that?

9    A.  Yes.

10   Q.  Before -- when you were outside the Capitol, did Kelly

11   Meggs say anything about needing to go help people?

12   A.  I did not hear that.  No.

13   Q.  You said earlier in your direct testimony that the ride

14   home was sober.  Is that correct?

15             THE COURT REPORTER:  I'm sorry.  Was what?

16   BY MR. MANZO:

17   Q.  The ride home was somber.  Is that correct?

18             MS. HALLER:  Objection to form.  Leading.

19             THE COURT:  It's okay.  It's just directing him to

20   the prior testimony.  It's overruled.

21   BY MR. MANZO:

22   Q.  In your estimation, if somebody had done a good thing to

23   help people, would you expect the ride home to be somber?

24             MR. WOODWARD:  Objection.

25             MR. FISCHER:  Objection.

```
 1                    MR. MANZO:  Based on his experience as a citizen
 2       of the world.
 3                    THE COURT:  I will overrule it.
 4                    Go ahead.
 5       BY MR. MANZO:
 6       Q.  If somebody had done something great to help somebody,
 7       would you expect that person to be happy or somber heading
 8       home?
 9                    THE COURT:  Well, that -- that question is -- that
10       objection is sustained because --
11                    MR. MANZO:  I'll move on.
12                    THE COURT:  -- the person in question wasn't in
13       the car -- the person in question, I don't believe, was in
14       the car on the way back.
15       BY MR. MANZO:
16       Q.  You were asked earlier, I think by Mr. Fischer, if you'd
17       been charged in this case.  Is that correct?
18       A.  Yes.
19       Q.  Did you have any intent, in the period of November 2020
20       to January 2021, to stop the presidential transfer of power?
21       A.  No.
22       Q.  Did you send any messages consistent with that intent?
23                    THE COURT:  I'll sustain the objection.  I don't
24       think there was one, but I'll sustain it anyway.
25                    MR. MANZO:  I want to pull up the defense exhibit
```

 1    with the pass, if I could.

 2              MR. WOODWARD:  Yes.  I've got it.

 3              THE COURT:  Thank you, Mr. Woodward.

 4              MR. MANZO:  Thank you.

 5    BY MR. MANZO:

 6    Q.  Sir, you testified on cross-examination about this pass.

 7    Is that correct?

 8    A.  Yes.

 9    Q.  And is this a pass for an event at the Ellipse?

10    A.  Yes.

11              MR. MANZO:  Ms. Rohde, can you pull up the map.

12    1671, already in evidence.

13    BY MR. MANZO:

14    Q.  And, if possible, Mr. Cummings, do you recognize what

15    this is?

16    A.  It looks like the central part of Washington, D.C., from

17    what I can see, from what little I know of it.

18    Q.  Do you recognize where the U.S. Capitol is?

19    A.  Yes.

20    Q.  Can you circle that?

21    A.  (Complies.)

22              MR. MANZO:  For the record, he circled the gray

23    building in the middle right-hand corner of the screen.

24    BY MR. MANZO:

25    Q.  Sir, do you know where the Ellipse is, or the White

```
 1   House?
 2   A.  The contrast on this is terrible.  I believe it's in
 3   this area.
 4            MR. MANZO:  For the record, the witness circled an
 5   area to the left about -- on the map about an inch above the
 6   Tidal Basin or the round blue area on the left-hand side of
 7   the screen.
 8   BY MR. MANZO:
 9   Q.  Sir, so the --
10            MR. MANZO:  We can take that down, Ms. Rohde.
11   BY MR. MANZO:
12   Q.  The pass that Mr. Woodward showed you, that was for the
13   Ellipse.  Correct?
14   A.  Yes.
15   Q.  And can you actually read the words on the pass here?
16   A.  "Save America March presented by Women for America
17   First, VIP silver seating, Washington, D.C., January 6th,
18   2021."
19   Q.  Did this pass give anyone permission to breach the
20   Capitol down the street?
21   A.  I would not think it would.
22            MR. CRISP:  Objection, your Honor.
23            THE COURT:  Sustained.
24   BY MR. MANZO:
25   Q.  Did this pass give anyone permission to do anything at
```

1    the United States Capitol?

2    A.  I would say no.  I wouldn't anticipate it would.

3    Q.  Did this pass have anything to do with the riots at the

4    U.S. Capitol?

5                MR. WOODWARD:  Objection.

6                THE COURT:  Sustained.  I think he's already

7    answered the question.

8                MR. MANZO:  Thank you.  No further questions.

9                MR. WOODWARD:  Your Honor, may we approach

10   briefly?

11               THE COURT:  Can I excuse the witness or not?

12               MR. WOODWARD:  Not yet.

13               (Whereupon, the following proceedings were had at

14   sidebar outside the presence of the jury:)

15               MR. WOODWARD:  Mr. Manzo asked the witness about

16   whether he heard if Mr. Meggs had been asked to help anybody

17   inside the Capitol.  We would submit that he has opened the

18   door now to the testimony the Court had previously precluded

19   on our cross-examination about what he had heard and what

20   his understanding was of what Mr. Meggs had done after he

21   came out of the Capitol.

22               THE COURT:  I don't think he has.  There was a

23   question concerning Mr. Meggs having helped somebody inside.

24   And the question was about what he heard prior to

25   Mr. Meggs's entry into the Capitol Building.  I don't think

```
 1    that opens up the door to anything about what was said after
 2    he exited.
 3              So I don't think it opens the door.
 4              MR. WOODWARD:  Thank you, your Honor.
 5              THE COURT:  Thank you.
 6              (Whereupon, the following proceedings were had in
 7    open court:)
 8              THE COURT:  Mr. Cummings, thank you for coming to
 9    Washington.  Thank you for your time and your testimony.
10    You're excused.  Safe travels home.
11              (Witness excused.)
12              MR. MANZO:  The Government would call Special
13    Agent Kelsey Harris.
14              KELSEY HARRIS, GOVERNMENT WITNESS, SWORN
15              THE COURT:  Agent Harris, welcome.
16              THE WITNESS:  Good afternoon.
17              THE COURT:  Good afternoon.
18                        DIRECT EXAMINATION
19    BY MR. MANZO:
20    Q.  Sir, in loud, clear voice, could you please introduce
21    yourself to the jury.
22    A.  My name is Kelsey Harris.  First name K-E-L-S-E-Y.
23    H-A-R-R-I-S.
24    Q.  Sir, what do you do for a living?
25    A.  I'm a special agent for the FBI.
```

1    Q.   How long have you been doing that?

2    A.   For about five and a half years.

3    Q.   What types of crimes have you investigated?

4    A.   I've investigated complex financial crimes, healthcare

5    fraud, and currently I serve on the JTTF where I do

6    investigate international domestic terrorism and weapons of

7    mass destruction.

8    Q.   What does JTTF stand for?

9    A.   That's the joint terrorism task force.

10   Q.   What field office do you work out of?

11   A.   The Tampa field office.

12   Q.   Back on January 1st, 2020 [sic], in that period, what

13   types of crimes were you investigating?

14   A.   International and domestic terrorism.

15   Q.   Soon after January 6th, 2021, were you assigned specific

16   offenses to investigate?

17   A.   Yes, I was.

18   Q.   What were those?

19   A.   Cases involving the breach of the United States Capitol

20   on January 6th.

21   Q.   Approximately how many cases involving the breach of the

22   Capitol have you been involved in investigating?

23   A.   Several dozen.

24   Q.   In February of 2021, did you become the case agent in

25   charge of investigating Kenneth Harrelson?

 1    A.  Yes, I was.

 2    Q.  How did you receive that assignment?

 3    A.  I believe it came in via a lead from the Washington

 4    field office.

 5    Q.  Can you summarize briefly the type of work you've done

 6    in investigating Mr. Harrelson?

 7    A.  Throughout the investigation, I've conducted interviews,

 8    reviewed evidence, including videos, search warrant, arrest

 9    warrant and other basic investigative means.

10    Q.  And based on your investigation, what was

11    Mr. Harrelson's role in the Oath Keepers?

12    A.  He was the ground team lead on January 6th.

13              MR. MANZO:  Ms. Rohde, can you pull up Exhibit

14    6863, Slide 10.

15    BY MR. MANZO:

16    Q.  Sir, what is this exhibit, 6863, Slide 10?

17    A.  This appears to be a Signal message.

18    Q.  And how do you know that it's a Signal message?  Have

19    you reviewed other Signal messages?

20    A.  Yes, I have.

21    Q.  Have you compared this message to the Signal extract

22    directly from a phone?

23    A.  I have.

24    Q.  How are they different?

25    A.  The messages in the phone are very voluminous.  This is

```
 1    more of a summary.

 2    Q.  Well, is it the same words but in bigger format?

 3    A.  Yes.  In -- just a different presentation here on this

 4    bubble.

 5    Q.  And have you reviewed specifically the D.C. Op Jan 6,

 6    '21 chat?

 7    A.  Yes, I have.

 8    Q.  And is this from the phone of Stewart Rhodes?

 9    A.  Yes, it is.

10    Q.  Have you reviewed all the slides in slide -- or in

11    Exhibit 6860?

12    A.  Yes, I have.

13    Q.  6863.  Sorry.

14    A.  Yes, I have.

15    Q.  And are they fair and accurate copies of the original

16    chat in the D.C. Op Jan 6, '21 from Stewart Rhodes's phone?

17    A.  They are.

18              MR. MANZO:  Your Honor, I seek to move in 6863.

19              MR. WOODWARD:  The Court's indulgence.

20              No objection, your Honor.

21              THE COURT:  All right.  6863 will be admitted.

22              (Whereupon, Government's Exhibit No. 6863 was

23    entered into evidence.)

24              MR. MANZO:  And can we publish Slide 10 to the

25    jury.
```

```
 1              THE COURT:  Just to be clear, there are multiple
 2     slides on here.  Are you seeking to admit all of them or
 3     just the one?
 4              MR. MANZO:  We're seeking to admit all of the
 5     exhibit.
 6              THE COURT:  Okay.
 7              MR. MANZO:  This is just one slide to publish now.
 8              THE COURT:  Okay.
 9     BY MR. MANZO:
10     Q.  Mr. Harris, can you see the exhibit in front of you?
11     A.  Yes, I can.
12     Q.  Can you first walk the jury through briefly the numbers
13     in the bottom left-hand corner.
14              MR. MANZO:  Ms. Rohde, can you pull up or enlarge
15     the 1.S area.  Thank you.
16     BY MR. MANZO:
17     Q.  Just so the jury understands, what does the 1 signify in
18     this slide?
19     A.  The 1 signifies that that's Mr. Stewart Rhodes's phone.
20     Q.  And what does S signify?
21     A.  S signifies a Signal message.
22     Q.  And what does 159 signify?
23     A.  159 signifies the actual chat from Mr. Rhodes's phone.
24     Q.  And so that's the D.C. Jan 6 Op chat?
25     A.  Yes.  That's correct.
```

1   Q.  And what does 695 signify?

2   A.  695 would be the actual message from the 159 chat.

3   Q.  Okay.  Thank you.

4           Now, going back here on Slide 10, can you tell the

5   jury what the time and date of this slide is?

6   A.  The date is January 3rd, 2021, at 6:22 p.m.

7   Q.  And this is from OK Gator 1.  Who is OK Gator 1?

8   A.  That's Mr. Kelly Meggs.

9   Q.  How do you know that?

10  A.  Just from phone records and how he was saved in

11  Mr. Rhodes's phone.

12  Q.  What does this message say?

13  A.  "Added Gator 6, ground team lead in Florida.  He needs

14  to be in the call as well so I will repost."

15  Q.  Agent Harris, have you met Mr. Harrelson?

16  A.  Yes, I have.

17  Q.  If asked to identify him in court, would you be able to?

18  A.  Yes, I would.

19  Q.  Could you please look around the courtroom and identify

20  him by where he's seated and an article of clothing he's

21  wearing?

22  A.  Mr. Harrelson is seated to my left with the blue suit

23  and purple tie and the white mask.

24          MR. MANZO:  May the record reflect an in-court

25  identification of the Defendant?

```
1              THE COURT:  Any objection?

2              MR. GEYER:  No objection, your Honor.

3              THE COURT:  The record will reflect an in-court

4    identification of Mr. Harrelson.

5    BY MR. MANZO:

6    Q.  Sir, you said before that you'd been involved in

7    investigating numerous offenses stemming from the

8    January 6th investigations.  Are there any other subjects

9    charged in this case who you've helped to investigate?

10   A.  Yes.

11   Q.  Who?

12   A.  Mr. Kelly Meggs.

13   Q.  What type of investigation have you done into Mr. Meggs?

14   A.  I've reviewed messages, reviewed video, as well as read

15   other statements.

16             MR. MANZO:  And, Ms. Rohde, can you pull up Slide

17   6868 -- Exhibit 6868, rather.  And can you go to Slide 7,

18   please.

19   BY MR. MANZO:

20   Q.  Sir, looking at Exhibit 6868, what is this?

21   A.  This appears to be a Facebook message.

22   Q.  And how do you know that?

23   A.  From the numbers at the bottom left corner.

24             MR. MANZO:  Ms. -- we'll return to that in a

25   minute.
```

Harris - DIRECT - By Mr. Manzo

```
 1   BY MR. MANZO:
 2   Q.  Can you describe what Facebook messages look like when
 3   they're received from Facebook?
 4   A.  Yes.  They usually come in a form of a PDF with usually,
 5   depending on the range of records we receive, hundreds to
 6   thousands of pages, but in the form of a PDF with lots of
 7   data.
 8   Q.  And have you or members of your team put 6868 into a
 9   format that's more easily read for the jury?
10   A.  Yes, we have.
11   Q.  Have you checked to make sure that's fair and accurate?
12   A.  I have.
13            MR. MANZO:  Your Honor, we'd seek to move 6868 in
14   its entirety into evidence.
15            THE COURT:  Mr. Woodward?  Ms. Haller?
16            MR. WOODWARD:  No objection.
17            THE COURT:  6868 will be admitted.
18            (Whereupon, Government's Exhibit No. 6868 was
19   entered into evidence.)
20   BY MR. MANZO:
21   Q.  Agent Harris, can you look at Slide 7 here, which is up
22   on the board --
23            MR. MANZO:  First of all, can you go to the bottom
24   left-hand corner of the page, Ms. Rohde?
25
```

```
 1   BY MR. MANZO:

 2   Q.  Just to walk the jury through this, what does 2000 mean?

 3   A.  That's Facebook.

 4   Q.  What does T stand for?

 5   A.  That's the thread from Facebook.

 6   Q.  And what does the 1070 mean?

 7   A.  1070 is the actual message in that thread.

 8   Q.  Is it the page number on the Facebook --

 9   A.  Yes, it is.

10   Q.  -- return?

11           MR. MANZO:  Okay.  Can you click out.

12   BY MR. MANZO:

13   Q.  What's the time and date of this message?

14   A.  December 22nd, 2020, at 6:52 p.m.

15   Q.  And who sent this message?

16   A.  Mr. Kelly Meggs.

17   Q.  And who did he send it to?

18   A.  A Facebook user named Ray Brennan.

19   Q.  What does Kelly Meggs say?

20   A.  "I was named the state lead of Florida today."

21   Q.  Okay.  Would you mind setting up the easel?

22   A.  (Assists counsel.)

23   Q.  Sir, have you ever met Kelly Meggs?

24   A.  No, sir, I have not.

25   Q.  Have you reviewed pictures of him?
```

```
 1    A.  I have.

 2    Q.  If asked to identify him in court, would you be able to?

 3    A.  I would.

 4    Q.  Can you look around the courtroom and see if he's here?

 5    A.  Mr. Meggs is seated to Mr. Harrelson's right with the

 6    gray suit and the white mask.

 7              MR. MANZO:  May the record reflect an in-court

 8    identification of the Defendant?

 9              MR. WOODWARD:  No objection.

10              THE COURT:  The record will reflect an in-court

11    identification of Mr. Meggs.

12    BY MR. MANZO:

13    Q.  With the Court's permission, I'd ask you to step down

14    and look at the board that we just set up, which is Exhibit

15    1530, and I'd ask you to just continue to keep your voice up

16    so that the court reporter can hear.

17              Looking at the board, can you point out who you've

18    been involved in investigating as your role in this case?

19    A.  Yes.  Like I said before, I've been involved in

20    investigating Mr. Kelly Meggs, Mr. Kenneth Harrelson,

21    Mr. Joseph Hackett.

22    Q.  And what is the moniker underneath some of these names?

23    A.  Mr. Kelly Meggs's moniker is OK Gator 1.  Mr. Kenneth

24    Harrelson is OK Gator 6.  Mr. Joseph Hackett, Ahab and

25    Faith.  Mr. David Moerschel, Hatsy, H-A-T-S-Y.  Mr. Jason
```

1    Dolan, Turmoil.  Mr. William Isaacs.  Mrs. Connie Meggs.

2    Mr. Graydon Young goes by GenX Patriot.  Mr. Caleb Berry,

3    a/k/a Breacher.  Mr. Jeremy Brown, who goes by GG Sol.  And

4    I believe Mr. Kenneth Bittner here, Gator Kane.

5    Q.  Just to orient the jury, in the people you've just

6    named, who were you able to identify as having gone inside

7    the Capitol?

8    A.  Members of the stack here, Mr. Meggs, Mr. Harrelson.  I

9    also identified throughout my investigation everyone except

10   Mr. Jeremy Brown remained outside.

11   Q.  And what about Mr. Bittner on the right?

12   A.  Yes.  As well.

13   Q.  Where was his location on January 6th?

14   A.   Mr. Bittner was -- I believe he wasn't at the -- with

15   the group inside.

16   Q.  He was at the --

17   A.  Not with the group.

18   Q.  Was he in a different state?

19   A.  Yes.

20   Q.  What state was that?

21   A.  I believe Mr. Bittner was -- I don't recall if he was

22   still in Florida or not.

23   Q.  Okay.

24           MR. MANZO:  Going forward here, I'd like to pull

25   up Slide [sic] 6860 and start at Page 1 here.

1    BY MR. MANZO:

2    Q.   Have you reviewed 6860 prior to your testimony?

3    A.   Yes, sir, I have.

4    Q.   And what is 6860?

5    A.   It is a Signal thread.

6    Q.   And whose phone is this from?

7    A.   Mr. Rhodes's.

8    Q.   And which thread is it?

9    A.   The OK FL hangout.

10   Q.   And have you taken the data from Signal and put it in a

11   more easily readable form for the jury?

12   A.   Yes, we have.

13   Q.   Have you maintained --

14            MS. HALLER:  Objection.  I'm sorry.  I don't mean

15   to interrupt the witness.  It's just -- Gator is not OK

16   Gator 1.

17            MR. GEYER:  And Gator is not OK Gator -- I'm

18   sorry.  Gator is --

19            THE COURT:  I'm sorry.  Can we avoid testimonial

20   objections?  Let's have him finish questioning and then

21   we'll take it up.

22            Thank you.

23   BY MR. MANZO:

24   Q.   Have you reviewed 6860?

25   A.   Yes, sir.

1    Q.  And is this a fair and accurate copy of the OK Florida

2    hangout Signal chat from Mr. Rhodes's phone?

3    A.  Yes, sir.

4            MR. MANZO:  We'd seek to move in 6860.

5            THE COURT:  Why don't we get on the phone, please.

6            (Whereupon, the following proceedings were had at

7    sidebar outside the presence of the jury:)

8            THE COURT:  So in terms of it being admitted, it's

9    the same foundation we had that's been admitted otherwise.

10           Mr. Manzo, is Gator on this referring to Mr. Meggs

11   or someone else?

12           MR. MANZO:  It's referring to Mr. Bittner.

13           THE COURT:  Mr. Bittner.  Okay.  I assume you will

14   elicit that from the witness?

15           MR. MANZO:  Yes.

16           THE COURT:  Okay.  Any other concerns or

17   objections?

18           MR. GEYER:  No.

19           MS. HALLER:  Thank you, your Honor.

20           MR. MANZO:  So everyone knows, this is the

21   90-slide exhibit.  So it's a number of slides.  So if

22   there's objections --

23           THE COURT:  I'm sorry.  It's what?

24           MR. MANZO:  90 slides.  This is the main Signal

25   chat for Florida.  So if there's other objections, it might

1    be wise to do it now.

2              THE COURT:  Well, you know, I assume these were

3    turned over last night.  If there are specific objections,

4    they would have been hopefully previewed.  But let's admit

5    it.  If there's something that pops up that you all think is

6    problematic, let me know.  But let's go ahead and publish

7    them at this point.

8              (Whereupon, the following proceedings were had in

9    open court:)

10             THE COURT:  6860 will be admitted.

11             (Whereupon, Government's Exhibit No. 6860 was

12   entered into evidence.)

13   BY MR. MANZO:

14   Q.  Sir, can you please read who sent this message that's on

15   6860, Slide 1?

16   A.  Yes, sir.  This message was sent by Gator.

17   Q.  And what does it say?

18   A.  "Be careful what you say.  Remember what Stewart said on

19   our call last night.  We are strictly defensive in posture.

20   And don't talk about doing anything to anyone.  That's

21   called, quote-unquote, 'conspiring.'"

22   Q.  Who sent this message?

23   A.  Mr. Bittner, Kenneth Bittner.

24   Q.  And how do you know that Mr. Bittner is Gator?

25   A.  It was verified through cell phone records and from how

1    it was saved in Mr. Rhodes's phone.

2    Q.  Were there any marks around the word "conspiring" in

3    this slide?

4    A.  Yes.  There were quotation marks around "conspiring."

5    Q.  What was the date this message was sent?

6    A.  November 19th, 2020.

7    Q.  Approximately how many days after the November 9th

8    GoToMeeting call with Stewart Rhodes was this message sent?

9    A.  Ten days later.

10    Q.  Now, are you aware of whether or not Florida Oath

11    Keepers hosted GoToMeetings?

12    A.  Yes, I am.

13    Q.  What are GoToMeetings -- or GoToMeeting?

14    A.  GoToMeeting is a conference call platform where users

15    can host calls via audio or audio and video.

16          MR. MANZO:  Your Honor, at this point, we'd seek

17    to move in Exhibits 2100 to 2107, which are business records

18    from GoToMeeting pursuant to a 902(11) certification.

19          MS. HALLER:  I'm sorry, your Honor.  Foundation.

20          (Whereupon, the following proceedings were had at

21    sidebar outside the presence of the jury:)

22          THE COURT:  What is the exhibit again, please?

23          MR. MANZO:  2100 to 2107.  And we're seeking just

24    to mark them for identification.  We'll be working off of

25    some summary exhibits later on.

```
 1              MS. HALLER:  So they're just being marked at this
 2     time?  Okay.  Thank you.
 3              THE COURT:  Thank you.
 4              (Whereupon, the following proceedings were had in
 5     open court:)
 6     BY MR. MANZO:
 7     Q.  Have you reviewed Government's Exhibits 2100 to 2107?
 8     A.  Yes.
 9     Q.  And can you describe the records, generally?
10     A.  GoToMeeting business returns.
11     Q.  Are they voluminous in nature?
12     A.  Yes, sir, they are.
13     Q.  Can you describe what some of the Excel sheets look
14     like?
15     A.  They have several rows and several columns of data,
16     including dates, times, users, IP addresses and various
17     other lines.
18     Q.  Okay.  And have you summarized these exhibits to put
19     them in a format more digestible to the jury?
20     A.  Yes, I have.
21              MR. MANZO:  Your Honor, at this point, we'd seek
22     to admit 6850, 6856, 6857, 6858 and 6859.
23              THE COURT:  Can you just state those exhibits one
24     more time?
25              MR. MANZO:  6850, 6856, 6857, 6858 and 6859.
```

```
 1                  UNIDENTIFIED COUNSEL:  Your Honor, we object.
 2                  THE COURT REPORTER:  Who's speaking, please?
 3                  MR. WOODWARD:  Mr. Woodward.
 4                  (Whereupon, the following proceedings were had at
 5      sidebar outside the presence of the jury:)
 6                  MR. WOODWARD:  I think he just needs to see the
 7      exhibit before he can confirm that they are the ones that he
 8      created.
 9                  MR. MANZO:  He's reviewed them before his
10      testimony.  It's unnecessary, but we're happy to do it.
11                  THE COURT:  Let's verify that the exhibits are
12      what he's created and then we'll move them in.
13                  (Whereupon, the following proceedings were had in
14      open court:)
15                  MR. MANZO:  Ms. Rohde, can you pull up 6850 for
16      the witness.
17      BY MR. MANZO:
18      Q.  Sir, do you recognize 6850?
19      A.  Yes, I do.
20      Q.  Is this the summary chart that you helped to create and
21      certify for its accuracy?
22      A.  Yes.  It is a GoToMeeting summary chart.
23      Q.  And what about 6856?
24                  MR. MANZO:  Can we pull that up?
25
```

```
 1    BY MR. MANZO:

 2    Q.  What about 6856?

 3    A.  It is also a GoToMeeting summary.

 4    Q.  And did you create this and help to certify its

 5    accuracy?

 6    A.  Yes, I did.

 7    Q.  What about 6857?  What is this?

 8    A.  This is also a GoToMeeting summary exhibit.

 9    Q.  Did you create this and help to ensure its accuracy?

10    A.  Yes, sir, I did.

11    Q.  What about 6858?

12    A.  This is also a GoToMeeting summary.

13    Q.  And did you create this or help to ensure its accuracy?

14    A.  Yes, I did.

15    Q.  What about 6859?  What is this?

16    A.  This is also a GoToMeeting summary.

17    Q.  And did you ensure that this is accurate or help to

18    create this?

19    A.  Yes.

20            MR. MANZO:  Your Honor, at this point, I'd seek to

21    move these exhibits in.

22            MR. WOODWARD:  No objection.

23            THE COURT:  So it's 6850, 6856, you said?

24            MR. MANZO:  Yes.  6857, 6858, 6859.

25            THE COURT:  Those will all be admitted.
```

```
 1                   (Whereupon, Government's Exhibit Nos. 6850, 6856,
 2       6857, 6858 and 6859 were entered into evidence.)
 3                   MR. MANZO:  Ms. Rohde, can you pull up 6850.
 4       BY MR. MANZO:
 5       Q.  Okay.  Do you see 6850 in front of you?
 6       A.  Yes, I do.
 7       Q.  And looking at 6850, can you just briefly describe to
 8       the jury what each column means?
 9                   MR. MANZO:  Ms. Rohde, can you just zoom in on the
10       top half of the portion here -- of the page.
11       BY MR. MANZO:
12       Q.  Looking at this, Agent Harris, what is this a summary
13       of?
14       A.  This is a summary of a list of GoToMeetings calls.
15       Q.  Okay.  And for which person?
16       A.  Mr. Harrelson.
17       Q.  And looking at the first column, what does that say?
18       A.  Session subject.
19       Q.  The second column?
20       A.  Participant name.
21       Q.  The third column?
22       A.  Participant type.
23       Q.  Fourth column?
24       A.  Participant start time.
25       Q.  Next column?
```

1    A.  Participant end time.

2    Q.  Next one?

3    A.  Participant IP.

4    Q.  Next?

5    A.  Participant city.

6    Q.  And final?

7    A.  Participant state.

8    Q.  In reviewing this record, did you notice any change in

9    the username that Mr. Harrelson used before and after

10   November 3rd, 2020?

11   A.  Yes, sir, I did.

12   Q.  What did you notice?

13   A.  The username switched from Mr. Harrelson's true name to

14   Gator 6.

15   Q.  Did something happen on November 3rd, 2020?

16   A.  Yes.

17   Q.  What happened?

18   A.  It was the 2020 presidential election.

19   Q.  I'm going to ask the same question for Mr. Meggs.

20   Before November 3rd, 2020, did Mr. Meggs ever employ a

21   moniker?

22   A.  No, sir.

23   Q.  After November 3rd, 2020, did Mr. Meggs employ a

24   moniker?

25   A.  He did.

1    Q.  And what was that moniker, to the best of your memory

2    here?  I can pull up the chart if you don't remember.

3    A.  OK Gator 1.

4    Q.  Before November 3rd, 2020, was Mr. Harrelson ever an

5    organizer of a GoToMeeting?

6    A.  No, sir.

7    Q.  And then after November 3rd, 2021, can you tell the jury

8    what we're looking at here in the third column of your

9    exhibit?

10   A.  Yes.  The third column shows the participant type, and

11   there were two types, which was attendee or organizer.

12   And -- yes, Mr. Harrelson did become an organizer of several

13   of the GoToMeetings calls.

14   Q.  Okay.

15            MR. MANZO:  Can we pull up 6857, Ms. Rohde.  Can

16   we go to page --

17   BY MR. MANZO:

18   Q.  Well, first of all, what is 6857?

19   A.  This is a summary of a list of GoToMeetings calls.

20            MR. MANZO:  Ms. Rohde, can you just zoom in on the

21   top couple of rows.  Perfect.  Thank you.

22   BY MR. MANZO:

23   Q.  And can you just walk the jury through what you did

24   here?

25   A.  Yes.  We sorted the GoToMeetings calls, starting with

 1    the dates and times of the call, and put those in

 2    chronological order starting from top to bottom, with the

 3    meeting ID list for the different calls that had their own

 4    meeting ID.

 5             We also organized it via the subject line, which,

 6    in this case, was Oath Keepers national call, members only;

 7    the duration of the total call; the organizer; as well as

 8    some of the participants with the name they used to log into

 9    the call, as well as their true name.

10    Q.  So where it says participant ID, that's the name or

11    phone number that they used to log into the call.  Is that

12    correct?

13    A.  Yes.  That is correct.

14    Q.  And name is what you've been able to figure out is their

15    true identity?

16    A.  Yes.  That's correct.

17             MR. MANZO:  Ms. Rohde, can we go to Page 7.  Can

18    you go to the very bottom here, the final call on

19    12-30-2020.  Just highlight the first couple of rows.

20    Perfect.  We just need the first two.

21    BY MR. MANZO:

22    Q.  Okay.  So can you tell the jury what happened on

23    12-30-2020?

24    A.  Yes.  So on 12-30-2020, a GoToMeetings call was hosted

25    by Mr. Harrelson which lasted 32 minutes.  The subject of

1    that call was Florida D.C. Op planning chat.

2    Q.  And in the selection of attendees over the right, who

3    have you noted?

4    A.  I've noted Gator 6, which is Mr. Harrelson, and

5    Mr. Kelly Meggs, who logged in with his phone number.

6    Q.  And just tell the jury how you figured out it was

7    Gator 6.

8            MR. MANZO:  Ms. Rohde, can you pull up 6850 again.

9    Can you zoom in from the left of participant name over to

10   include the participant IP column.  Just go all the way

11   down, actually.  Thank you.

12   BY MR. MANZO:

13   Q.  So we're looking at a summary exhibit for Kenny

14   Harrelson for his GoToMeeting calls with the Florida Oath

15   Keepers.  Is that correct?

16   A.  Yes.

17   Q.  Okay.  And the participant name:  Before November 6th,

18   what is it?

19   A.  Kenneth Harrelson.

20   Q.  After November 6th, what is it?

21   A.  Gator 6.

22   Q.  And looking over at the far right-hand column, where it

23   says participant IP, what does that mean?

24   A.  Participant IP is the IP address for the user that

25   logged into the call.

1    Q.  And what is an IP address generally?

2    A.  IP address, or internet protocol address, is the address

3    that an internet provider assigns a particular owner of that

4    service.

5    Q.  And so what did you understand based on the IP address

6    information for Kenneth Harrelson and then for Gator 6?

7    A.  That they were the same.

8    Q.  And IP information, is that -- if you have a phone

9    that's logging onto Wi-Fi, does that create the IP address?

10   A.  Yes.

11          MR. MANZO:  Ms. Rohde, can you pull up 6856.  And

12   can you just zoom in on the first quarter, upper portion.

13   Perfect.

14   BY MR. MANZO:

15   Q.  What is 656, generally?

16   A.  It is a GoToMeeting summary.

17   Q.  And for which person?

18   A.  Mr. Meggs.

19   Q.  And where it says participant IP here, there's nothing

20   next to it.  Do you know why that is?

21          MR. WOODWARD:  Your Honor, we'll stipulate that

22   Mr. Meggs is Gator.  We don't need to go through this.

23          MR. MANZO:  Okay.  We can go down.

24          MR. WOODWARD:  OK Gator 1.

25          THE COURT:  Okay.

```
 1                    MR. MANZO:  That's fine.
 2                    Can you go down to where it has -- this portion
 3     here.
 4     BY MR. MANZO:
 5     Q.  So now looking down in the December 3rd period through
 6     December 11th, does Mr. Meggs now appear to be logging in
 7     using a Proton Mail address?
 8     A.  Yes.
 9     Q.  What is Proton Mail?
10     A.  Proton Mail is an email service that is usually more
11     secured.  It's end-to-end encrypted versus a service such as
12     Google, which isn't encrypted.
13     Q.  So if you, as an FBI agent, went and got a search
14     warrant that was signed off by a judge and you served it on
15     Proton Mail, what content would Proton Mail return to you?
16     A.  You wouldn't get content.
17     Q.  And where is Proton Mail based, to the best of your
18     knowledge?
19     A.  I believe --
20                    MR. WOODWARD:  Objection.  Relevance.
21                    THE COURT:  I'm sorry.  What was the objection?
22                    MR. WOODWARD:  Relevance.
23                    THE COURT:  It's overruled.
24                    THE WITNESS:  I believe the company is based in
25     Switzerland.
```

1    BY MR. MANZO:

2    Q.  Okay.  So looking at the zoomed-in part here on this

3    exhibit, where it says, OKGator1@protonmail.com, organizer,

4    then it's got an IP address, and then Barcelona and then

5    Catalunya -- do you see that?

6    A.  Yes.

7    Q.  Is there any information, based on your investigation of

8    reading many Kelly Meggs messages, that Kelly Meggs was in

9    Barcelona in December of 2020?

10   A.  I have not seen anything to suggest that Mr. Meggs

11   traveled to Barcelona.  No.

12   Q.  Is there anything that would explain how Mr. Meggs

13   appeared to be in Barcelona when you have no other

14   information of that point?

15   A.  Possibly with a VPN.

16   Q.  What is a VPN?

17   A.  VPN stands for virtual private network.  It's a way to

18   hide or anonymize your IP address.

19           MR. MANZO:  I want to bring up now 6864, which we

20   would seek to admit pursuant to a business records

21   certification.

22           THE COURT:  Sorry.  This is 6864?

23           MR. MANZO:  Yes.

24           THE COURT:  Any objection?

25           MR. WOODWARD:  The Court's indulgence.

```
 1                THE COURT:  Mr. Woodward?

 2                MR. WOODWARD:  No objection, your Honor.

 3                THE COURT:  6864 will be admitted.

 4                (Whereupon, Government's Exhibit No. 6864 was

 5      entered into evidence.)

 6      BY MR. MANZO:

 7      Q.  Sir, what is this exhibit?

 8      A.  These are bank records for Mr. Kelly Meggs.

 9      Q.  And going down, can you --

10                MR. MANZO:  Ms. Rohde, turn to Page 6.

11      BY MR. MANZO:

12      Q.  And Agent Harris, can you read the top line there next

13      to 11-25?

14                MR. MANZO:  And can you zoom in on that.  Thank

15      you.

16                THE WITNESS:  This appears to be a purchase for

17      Proton Mail.

18      BY MR. MANZO:

19      Q.  And is Proton Mail a free service or a paid service?

20      A.  Both.  There is a free version and you can pay for the

21      paid version, which unlocks more features.

22                MR. MANZO:  If you can just go, Ms. Rohde, to Page

23      17.

24      BY MR. MANZO:

25      Q.  Looking at 1-25 payment -- is there another payment to
```

Harris - DIRECT - By Mr. Manzo

1    Proton Mail there?

2    A.  Yes.  It was a recurring payment.

3    Q.  Okay.

4              MR. MANZO:  Can we turn back to 6857, and go to

5    Page 7, Ms. Rohde.  Highlight the second paragraph.

6    BY MR. MANZO:

7    Q.  Now, are you familiar with some of the operational

8    security measures that the Oath Keepers of Florida were

9    taking post the November election?

10             THE COURT:  Mr. Manzo, can we -- let's take our

11   afternoon break before we move on to a different topic or

12   different issue.

13             Ladies and gentlemen, it's a little after 3:30.

14   We will resume at about -- just before 3:50.  We'll see you

15   shortly.

16             (Whereupon, the jury exited the courtroom at 3:32

17   p.m. and the following proceedings were had:)

18             THE COURT:  Agent Harris, you may step down.  I

19   just ask you not to discuss your testimony with anyone over

20   the break.

21             THE WITNESS:  Yes, sir.

22             THE COURT:  Thank you all.  See you shortly.

23             (Thereupon a recess was taken, after which the

24   following proceedings were had:)

25             THE COURT:  Please have a seat, everyone.  Thank

```
 1    you.

 2              MR. EDWARDS:  Hi, your Honor.  I had spoken with

 3    Mr. Linder.  We had flagged this for J.C.  We know the Court

 4    set a deadline for Mr. Linder for Thursday morning.  We just

 5    want to flag it for your Honor that it's ripe.  He filed

 6    last night.  I know it was late.  So we're happy to address

 7    it today at the end of the day, or if you want to stick to

 8    the Court's original schedule, that's fine too.  But we just

 9    wanted to flag it before the jury came back.

10              THE COURT:  Okay.  I mean, I did read the -- I

11    read the brief.  I didn't know whether -- well, let me ask

12    Mr. Linder.

13              Are you expecting to submit anything in addition

14    to the brief, specifically any other emails or text messages

15    or anything else to substantiate your position?

16              MR. LINDER:  No, sir.  The brief was about all I

17    could get done on short notice.  But -- there is nothing

18    else I need to submit.  I mean, I think that we can prove

19    there was an attorney-client relationship.  It's going to

20    come down to the nature of the messages that the Court is

21    going to have to --

22              THE COURT:  Okay.  Well, we can deal with this in

23    the morning, I suppose, but -- or maybe right after we

24    adjourn for the day.  Let's just have the discussion then.

25    I mean, part of the reason I gave you the time was to see
```

1    whether there were surrounding text messages or other

2    communications that you thought might bear on the particular

3    message or messages that the Government wants to introduce.

4            And you didn't provide me with any last night, or

5    refer to any.  And I don't know whether you've had a chance

6    to identify those, potentially.

7            MR. LINDER:  Well, this kind of begs the question.

8    If I provide those in filings, then I'm putting all these

9    communications out there.

10           THE COURT:  No.  I mean -- well, you don't have to

11   do it that way.  I mean, if you think it's something that I

12   ought to look at, you know, under seal, you can submit them

13   for that purpose.  I mean, if you genuinely think they are

14   attorney-client communications, then I think it would be

15   appropriate to submit them under seal in the first instance.

16   And I can take a look at them and then decide whether they

17   support your position or not.

18           MR. LINDER:  Okay.  Then I guess, for the sake of

19   doing that -- because there's hundreds and hundreds of

20   communications.  So I guess, if the Government wants to tell

21   me which ones they -- if they're wanting to open them all

22   up, that's a bigger chore, and say that none of them are

23   attorney-client privileged; or if they're just seeking to

24   admit a few, that's a much more -- an easier task for me to

25   submit to the Court.  Kind of like these text messages.

 1          So if they say, Hey, we want to admit these

 2     three --

 3          THE COURT:  Right.  So -- well, maybe I'm

 4     misunderstanding the state of play.  But I understood that

 5     what teed this up was that there were at least one, maybe

 6     two, specific messages than the filter team had recently

 7     identified as not privileged.

 8          MR. LINDER:  Correct.

 9          THE COURT:  So that, I think, is obviously easier.

10     To the extent that the Government -- what you're suggesting

11     is that there may be other messages.  I don't know that they

12     have access to any of that or are in a position to identify

13     any of that.  And in particular, I assume they would not be,

14     absent your decision to tell me affirmatively you're going

15     to seek an advice-of-counsel defense -- or instruction.

16          MR. LINDER:  Correct.

17          I had basically withdrawn that advice-of-counsel

18     instruction, or put it on the record that we thought we were

19     going to do that, to try to protect these messages.

20          They're aware that between Ms. SoRelle's phone and

21     Mr. Rhodes's phone, there's 600 or 700 potentially

22     privileged communications that they have not -- now, they've

23     received a couple of these that have come through -- I think

24     they got these before Ms. SoRelle's arrest, which is why

25     they've got this as an exhibit.

```
 1                And so there is a lot there, and they know there's

 2      a lot there.  And so if there's a few key ones they want to

 3      put in, which is -- L.T. and I are going to talk later

 4      today.

 5                THE COURT:  Okay.

 6                THE COURT REPORTER:  L.T., did you say?

 7                MR. LINDER:  Yes.

 8                THE COURT:  Mr. Edwards.

 9                MR. LINDER:  I mean Mr. Edwards.  Sorry.

10                If there are just a few, it's easier for me to

11      surround those with the texts before and after for the Court

12      to look at.

13                THE COURT:  Okay.  You know, as I said, those are

14      the easier ones, and I think you would agree with me.  And I

15      don't know the extent to which the Government is in any

16      position to identify any of that unless the filter team

17      gives them those kind of emails --

18                MR. EDWARDS:  We can, your Honor.

19                THE COURT:  -- or communications.

20                MR. EDWARDS:  I mean, there's a couple issues.  So

21      one is a threshold issue, and I know the Court is aware of

22      our position.  We would submit that we're kind of having a

23      back-and-forth here as to whether the defense has even met

24      its burden --

25                THE COURT:  Right.
```

```
 1              MR. EDWARDS:  -- in the first instance that
 2    they've established this relationship.
 3              THE COURT:  I mean, this is a longer conversation.
 4    Let's hold off.  Let's bring the jury in.  Let's get our
 5    evidence in until 5:00 today and then we can resume this
 6    conversation.
 7              MR. EDWARDS:  Sure.  Thank you, your Honor.
 8              MR. LINDER:  Thank you.
 9              THE COURTROOM DEPUTY:  Jury panel.
10              (Whereupon, the jury entered the courtroom at 3:55
11    p.m. and the following proceedings were had:)
12              THE COURT:  Please be seated, everyone.  Ladies
13    and gentlemen, welcome back.  We are in the homestretch and
14    we'll go today about as close to 5:00 as is reasonable.
15              Thank you, everyone.
16              Agent Harris, why don't you come on back up.
17              (The witness retakes the stand.)
18    BY MR. MANZO:
19    Q.  Good afternoon, sir.  Agent Harris, do you understand
20    that you're still under oath?
21    A.  Yes, sir.
22              MR. MANZO:  Ms. Rohde, can we turn back to 6857
23    and go to Page 7.  We were discussing operational security
24    where we last left off.
25
```

1    BY MR. MANZO:

2    Q.  Just to refresh the jury's memory here, what is,

3    generally, 6857?

4    A.  This is a GoToMeeting summary.

5           MR. MANZO:  And can you highlight the second

6    paragraph, Ms. Rohde.

7    BY MR. MANZO:

8    Q.  Looking at this second paragraph here, what date was

9    this call?

10   A.  December 23rd, 2020.

11   Q.  And then just to go over to the right, where it says

12   participant ID, is there someone named Hackett -- or Ahab?

13   A.  Yes.  At the bottom.  Ahab.

14   Q.  And then you identified the true identity as Joseph

15   Hackett.  Is that correct?

16   A.  Yes, sir.

17   Q.  Can you step down, with the Court's permission, and just

18   point to Joseph Hackett on the board?

19   A.  Mr. Hackett is here.

20   Q.  And you pointed to the third row, first name on the

21   left.

22           And then the moniker under Joseph Hackett?

23   A.  Ahab/Faith.

24   Q.  Thank you.  You can take your seat again.

25   A.  (Complies.)

2921

```
 1              MR. MANZO:  Ms. Rohde, can you pull up 6858.

 2    BY MR. MANZO:

 3    Q.  What is 6858, generally?

 4    A.  This is also a GoToMeeting summary.

 5    Q.  And who is this for?

 6    A.  Mr. Hackett.

 7              MR. MANZO:  Ms. Rohde, can you zoom in on the

 8    first nine or ten rows of this exhibit?  That's perfect.

 9    Actually, you can cut that in half, probably, just a couple

10    down in the yellow.

11              Thank you.

12    BY MR. MANZO:

13    Q.  Okay, Agent.  Looking at this, do you see the

14    participant name section?

15    A.  Yes, sir.

16    Q.  And what is the participant name before November 3rd?

17    A.  Before November 3rd, it was Joe Hackett.

18    Q.  Then after November 3rd, what is it?

19    A.  J.W.

20              MR. MANZO:  Ms. Rohde, can you zoom in now just

21    going down on participant name.  Just go down to about --

22    there.  Perfect.

23    BY MR. MANZO:

24    Q.  And over time, does J.W. then turn into a new name?

25    A.  Yes.  It turns into Ahab.
```

1    Q.  Okay.

2              MR. MANZO:  Now, Ms. Rohde, if you could just zoom

3    in on the participant IP section.

4    BY MR. MANZO:

5    Q.  Agent Harris, looking at this, do you see any consistent

6    IPs between Joseph Hackett, J.W. and Ahab?

7    A.  Yes.  The IPs ending in 65.

8    Q.  Can you just circle those on the screen?

9    A.  (Complies.)

10             MR. MANZO:  And can you bring that down,

11   Ms. Rohde.

12   BY MR. MANZO:

13   Q.  Now, looking at the final left -- final two columns on

14   the right --

15             MR. MANZO:  Ms. Rohde, can you blow up those

16   columns?

17   BY MR. MANZO:

18   Q.  Sir, do you recognize the first five or six names here

19   for the participant city and participant state?  Can you say

20   those?

21   A.  Miami, Florida.

22   Q.  And then?

23   A.  Sarasota, Florida.

24   Q.  Okay.

25   A.  Followed by Prague, North Bergen and Overland Park.

1    Q.  Are you aware of where Mr. Hackett actually lives?

2    A.  Yes.  He resides in Sarasota, Florida.

3    Q.  And then looking down here where it says Sarasota,

4    Florida, in the yellow section, do those line up with the IP

5    address ending in 65?

6    A.  It's blocked, but I believe so.  Yes.

7         MR. MANZO:  Can you, Ms. Rohde, zoom in now on the

8    whole row at 12-17.

9    BY MR. MANZO:

10   Q.  We're looking at the GoToMeeting on 12-17 for the OK

11   national call.  Can you state the location of that call --

12   of the IP log-in.

13   A.  Yes.  For 12-17, there were three different log-ins.

14   Two of those were Florence, which is in Italy, and another

15   one in Los Angeles, California.

16   Q.  Is it possible for one person to be in two locations at

17   once across the world from each other?

18   A.  Not physically.

19   Q.  So based on this information, what do you understand

20   that Mr. Hackett is using in this -- in his GoToMeeting

21   log-ins?

22   A.  It appears he's using a VPN.

23   Q.  Okay.  And what is a VPN again?

24   A.  A VPN, or a virtual private network, is a way to hide or

25   disguise your IP address.

1    Q.  And have you encountered these in other investigations

2    you've had?

3    A.  Yes, sir, I have.

4    Q.  Sir --

5         MR. MANZO:  Can we now turn to 6859, Ms. Rohde.

6    BY MR. MANZO:

7    Q.  What is 6859?

8    A.  This is also a GoToMeeting summary exhibit.

9    Q.  And is this for Ahab, the user also known as Joe

10   Hackett?

11   A.  Yes, it is.

12   Q.  And what does it mean when it says participant email?

13   A.  The participant email for the GoToMeeting call was

14   usually the email address associated with the log-in

15   information.

16   Q.  So when Ahab logged in for these session subjects on the

17   left, did he also include the participant email of

18   JohnWillow23@protonmail.com sometimes?

19   A.  That's correct.

20   Q.  And looking at this, are you aware of the true identity

21   of who JohnWillow23@protonmail turned out to be?

22   A.  Yes.  Mr. Joseph Hackett.

23   Q.  Are you aware that after January 6th, 2021, the FBI

24   executed a search warrant on the gmail account of Graydon

25   Young?

1          MS. HALLER:  Objection to form.  Leading.  "Do you
2     know whether or not" would be the appropriate manner.
3          THE COURT:  It's overruled.
4     BY MR. MANZO:
5     Q.  Mr. Harris, do you know whether or not Graydon Young had
6     a search warrant executed on his gmail account?
7     A.  Yes, sir.  I'm aware of a search warrant executed on the
8     account.
9     Q.  With the Court's permission, Mr. -- Agent Harris, would
10    you step down and point to Graydon Young on the board.
11    A.  Mr. Young is here on the bottom left corner, and
12    Mr. Young goes by GenX or GenX Patriot.
13    Q.  Have you reviewed returns from Google for that warrant?
14    A.  I have.
15          MR. MANZO:  Ms. Rohde, can you pull up 4653.  And
16    can you go to the first and then the second page here.
17    BY MR. MANZO:
18    Q.  Agent Harris, do you recognize what 4653 is?
19    A.  Yes, I do.
20    Q.  What is this?
21    A.  This is a photograph that was attached to this email
22    here.
23          MR. MANZO:  Your Honor, I'd seek to move in 4653.
24          THE COURT:  Is there any objection?
25          UNIDENTIFIED COUNSEL:  Relevance, your Honor.

```
 1                THE COURT REPORTER:  Who's speaking, please?
 2                MR. WOODWARD:  Woodward.
 3                MR. MANZO:  I'll establish it in one minute.
 4                THE COURT:  Can you just flip to the handwritten
 5     note?
 6                The objection is overruled.  I'm sorry.  What was
 7     the number again?
 8                MR. MANZO:  4653.
 9                THE COURT:  So 4653 will be admitted.
10                (Whereupon, Government's Exhibit No. 4653 was
11     entered into evidence.)
12                MR. MANZO:  Can we go to the first page.
13     BY MR. MANZO:
14     Q.  So, Agent Harris, just to reorient yourself, is this a
15     return from a search warrant executed on
16     GraydonPYoung@gmail.com?
17     A.  Yes, sir, it is.
18     Q.  Can you read the "to" and "from" address in this email?
19     A.  The email was to GraydonPYoung@gmail.com and it was from
20     JohnWillow23@protonmail.com.
21     Q.  And is that the same John Willow in the earlier exhibit
22     that logged in using the username Ahab?
23     A.  Yes, it is.
24     Q.  And Ahab, is that the same person that had the same IP
25     as John Hackett?
```

1    A.  Joe Hackett.  Not John; Joe Hackett.

2    Q.  Joe Hackett.  Is that correct?

3    A.  Yes, sir.

4    Q.  And then what does this message say here at 4653?

5    A.  The subject line was "test" and the body says:  "I

6    believe we only need to do this when important info is at

7    hand, like locations, identities, ops planning."

8    Q.  And then is there an attachment to this email?

9    A.  Yes.  There was a photograph attached.

10              MR. MANZO:  Can you go to it.  Can we zoom in on

11    that.

12    BY MR. MANZO:

13    Q.  And can you read what the photograph attachment says

14    here?

15    A.  Yes.  It's a handwritten note that reads:  "Secure comms

16    test.  Good talk tonight, guys.  Rally point in North Port,

17    Charlotte at Gray's, if transportation is possible.  All

18    Proton Mails.  May consider an RP that won't burn anyone.

19    Comms.  Work in progress.  Messages in cursive to eliminate

20    digital reads.  Plans for recruitment and meetings."

21    Q.  After January 6th, 2021, did the FBI execute a search

22    warrant on Joseph Hackett's house?

23    A.  Yes.

24    Q.  Have you reviewed items recovered from his residence?

25    A.  I have.

1        MR. MANZO:  Ms. Rohde, can we pull up 710.3 and

2    710.4.

3    BY MR. MANZO:

4    Q.  Agent Harris, do you recognize 710.3 and 710.4?

5    A.  Yes, I do.

6    Q.  Are these fair and accurate photos of items recovered

7    from Mr. Hackett's house?

8    A.  They are.

9        MR. MANZO:  Your Honor, at this time, we'd seek to

10   move in 710.3 and 710.4.

11       MR. WOODWARD:  Could we see 710.3?

12       MR. FISCHER:  We need to see it, please.

13       MR. WOODWARD:  No objection.

14       THE COURT:  710.3 and 710.4 will be admitted.

15       (Whereupon, Government's Exhibit Nos. 710.3 and

16   710.4 were entered into evidence.)

17       MR. MANZO:  Ms. Rohde, can you zoom in on the top

18   left of the flag and all the way down.  Thank you.

19   BY MR. MANZO:

20   Q.  Just to reorient the jury, are 710.3 and 710.4

21   photographs of items recovered from Mr. Hackett's house?

22   A.  Yes, sir.

23   Q.  Can you tell the jury what 710.3 is here?

24   A.  This is an Oath Keepers of Florida chapter vetting form.

25   Q.  And what's the date?

```
1    A.  December 17th, 2020.

2    Q.  Name?

3    A.  Joseph Hackett.

4    Q.  And we can skip down to the email portion here.  What is

5    the email?

6    A.  JohnWillow23@protonmail.com.

7    Q.  And, sir, this is the same email account that the user

8    Ahab used.  Correct?

9    A.  Yes.

10   Q.  And it's the same email account that emailed Young about

11   secure comms.  Is that correct?

12   A.  That's correct.

13          MR. MANZO:  Can we go to the next slide, 710.4.

14   BY MR. MANZO:

15   Q.  So zooming in here, can you read to the jury what 710.4

16   is?

17   A.  Yes.  It's a handwritten note that says:  "Sir, that is

18   the second time I filled out the vetting form.  It's no big

19   deal to do it again, but I'm guessing we lost all that stuff

20   and are starting over.  No need to reply unless there's

21   something I should know about."

22   Q.  And again, this is a piece of paper recovered from

23   Mr. Hackett's house post-January 6th?

24   A.  Yes.  That's correct.

25          MR. MANZO:  Ms. Rohde, can you pull up 710.4, Page
```

1    2, and 4653, side by side.

2    BY MR. MANZO:

3    Q.  Sir, can you describe whether these two pieces of paper

4    with the handwritten notes have -- appear to have similar or

5    dissimilar handwriting?

6            MR. WOODWARD:  Objection.

7    BY MR. MANZO:

8    Q.  Can you describe the handwriting?

9            MR. WOODWARD:  Objection.

10           THE COURT:  Well, that he can do.

11           THE WITNESS:  Yes.  The handwriting on both of the

12   notes are in cursive.

13   BY MR. MANZO:

14   Q.  And to be fair, you don't have any specialized training

15   in handwriting.  Is that fair?

16   A.  I do not.

17   Q.  Thank you.

18           MR. MANZO:  Let's turn back to 6860 for a second

19   here, Ms. Rohde.

20   BY MR. MANZO:

21   Q.  Looking at the first page of 6860, what medium did Gator

22   use, who you've already identified as Mr. Bittner, use to

23   send this message?

24   A.  Signal.

25   Q.  What is Signal?

 1   A.  Signal is a messaging app where the messages are

 2   end-to-end encrypted.

 3   Q.  Can you make phone calls on Signal?

 4   A.  Yes.

 5   Q.  If you made a phone call on Signal, would that go

 6   through a telephone carrier, like T-Mobile or Verizon?

 7   A.  No, it would not.

 8   Q.  Would T-Mobile or Verizon have any record of that?

 9   A.  They would not.

10   Q.  Nevertheless, did individuals on the board here make

11   phone calls using traditional telephone carriers as well?

12   A.  Yes, they did.

13   Q.  Have you reviewed records associated with these calls?

14   A.  Yes, I have.

15   Q.  When a telecom company provides records to the FBI, can

16   you describe what they look like?

17   A.  Usually they're -- the returns are very large,

18   multiple -- sometimes hundreds or thousands of lines of

19   data.

20   Q.  And have you summarized call detail records for Kelly

21   Meggs and Kenneth Harrelson in this case?

22   A.  Yes, I have.

23   Q.  Have you done that just to ensure -- or to aid the jury

24   in understanding the records?

25   A.  Yes.

1    Q.  And were those earlier records voluminous?

2    A.  Very much so.

3              MR. MANZO:  Your Honor, I'd seek -- well, let's

4    show 2406 and 2407.  We'll mark for identification 2406 and

5    2407.

6              And then can we show the witness 6871.

7    BY MR. MANZO:

8    Q.  Sir, looking at 6871, have you seen this before?

9    A.  Yes, I have.

10   Q.  What is this?

11   A.  This is a summary of call detail records for Mr. Meggs

12   and Mr. Harrelson.

13   Q.  Did you help to create this and ensure that it's

14   accurate?

15   A.  Yes, I did.

16             MR. MANZO:  Your Honor, at this time, we'd seek to

17   move in 6871.

18             MR. WOODWARD:  No objection.

19             THE COURT:  6871 will be admitted.

20             (Whereupon, Government's Exhibit No. 6871 was

21   entered into evidence.)

22             MR. MANZO:  Ms. Rohde, can you zoom in on the top

23   paragraph, the first part.  Thank you.

24   BY MR. MANZO:

25   Q.  Looking at this first paragraph here, can you walk the

1    jury basically through what you've done here?

2    A.  Yes.  So we summarized calls between November 3rd and

3    November 31st, focusing on calls that were 30 seconds or

4    longer, and focusing on Mr. Meggs and Mr. Harrelson for that

5    time period.

6    Q.  And who here did Mr. Meggs talk to on the phone?

7    A.  So during this time period, Mr. Meggs talked to

8    Mr. Roberto Minuta.

9    Q.  And again, this would not include any calls used via

10   Signal.  These are just telecom calls.  Is that fair?

11   A.  Correct.  They are traditional telephone calls.

12            MR. MANZO:  Ms. Rohde, can we go to the next

13   month.

14   BY MR. MANZO:

15   Q.  In December, can you walk the jury through basically

16   what your -- what you summarized here?

17   A.  Yes.  For -- this is December 1st through the 31st, so

18   the whole month.  And these were calls Mr. Meggs and

19   Mr. Harrelson made, starting with November -- December 11th

20   from a received call from Stewart Rhodes to Mr. Meggs.

21   Q.  Can you just point to Stewart Rhodes on the board?

22   A.  (Complies.)

23   Q.  And then did there appear to be any calls with Joshua

24   James?

25   A.  Yes.  There were two calls to Mr. James on December 26th

1    and three more calls to -- or received by Mr. James, rather,

2    on December 30th, 2020.

3    Q.  And can you identify Mr. James on the board?

4    A.  Right here.

5    Q.  And then that last column -- or last row there says G.

6    Douglas Smith.  Is Mr. Douglas Smith on the board?

7    A.  No.

8    Q.  Do you know who Mr. Doug Smith is, generally?

9    A.  Yes.  I believe Mr. Douglas Smith is who has been

10   referred to as Ranger Doug.

11   Q.  Thank you.

12           MR. MANZO:  Can we just go to the final month here

13   of January.

14   BY MR. MANZO:

15   Q.  Who is speaking in these calls or connecting in these

16   calls that you've identified?

17   A.  Between this time period of January 1st through

18   January 3rd of 2021, there's calls from -- the first call is

19   Mr. Harrelson to Mr. Meggs, followed by calls from Mr. Meggs

20   to Mr. Dolan, Mr. Meggs to Mr. Donald Siekerman, Mr. Meggs

21   to Mr. Michael Greene, and another call from Michael Greene

22   to Mr. Meggs.

23   Q.  And can you just identify Mr. Siekerman and Mr. Greene

24   on the board?

25   A.  The very top here is Mr. Greene, Mr. Michael Greene.

 1    And then next to him is Mr. Donald Siekerman.

 2    Q.  Thank you, sir.

 3         MR. MANZO:  Can we go to 6860 now.  Slide 2.

 4    BY MR. MANZO:

 5    Q.  Can you just re-orient the jury, what Signal group are

 6    we in right now?

 7    A.  This is the OK FL hangout group.

 8    Q.  And what phone did this come from?

 9    A.  Mr. Rhodes's phone.

10    Q.  Who is speaking here?

11    A.  OK Gator 1, who is Mr. Kelly Meggs.

12    Q.  And what's the date?

13    A.  November 22nd, 2020.

14    Q.  What does Mr. Meggs say?

15    A.  "Like we were told on the call the other night, training

16    is coming if all kinds.  Let's just all commit to get

17    involved.  Even as instructors like you, Kate, get involved

18    in it and help train people locally.  We need everyone to

19    work together and train each other."

20         MR. MANZO:  Can we go to the next slide.

21    BY MR. MANZO:

22    Q.  Did someone named Not Me respond?

23    A.  Yes.

24    Q.  Is Not Me on the board?

25    A.  Not Me is not on the board.

1    Q.  What did he do in response?

2    A.  Not Me posted a URL to a Florida State statute.

3            MR. MANZO:  Ms. Rohde, can you pull up 6860.1.

4    BY MR. MANZO:

5    Q.  Is this the screenshot of the link if you clicked on it?

6    A.  Yes, it is.

7            MR. MANZO:  Your Honor, at this time, we'd seek to

8    move in 6860.1.

9            THE COURT:  Any objection?

10           MR. CRISP:  The Court's indulgence.  If I may,

11   your Honor.

12           THE COURT:  Sorry.  Are you going to get on the

13   phones or just chat amongst yourselves?

14           MR. CRISP:  Chat amongst the attorneys.

15           (Counsel confer privately.)

16           MR. WOODWARD:  We do object, your Honor.  We

17   probably should get on the phone to explain the objection.

18           (Whereupon, the following proceedings were had at

19   sidebar outside the presence of the jury:)

20           MR. WOODWARD:  They're not charged with any

21   Florida statute.  I mean, to suggest the jury review a legal

22   statute and then have discussions about whether they were

23   violating any is not appropriate.

24           THE COURT:  Well, is there any followup from

25   Mr. Meggs to this?

```
 1                MR. MANZO:  Yes.  There's followup from other
 2      conspirators.  I don't know off the top of my head -- I
 3      don't remember who it is.  But I can show you if I click
 4      through here.  But basically our point is that they're
 5      talking about training, and the other person in this chat
 6      throws up this statute, which involves Florida code.  And
 7      again, we could -- we're happy to have a limiting
 8      instruction that they're not charged with violating any
 9      code.  But they're discussing basically whether it's legal
10      or not, what they're doing.
11                So I think it's highly relevant to state of mind
12      and their intent.  Even members in their own group recognize
13      this is an extremely sensitive conversation.
14                MR. CRISP:  It goes to their alleged state of mind
15      to violate an alleged Florida statute for which they're
16      asking the jury to potentially draw some form of a
17      conclusion.
18                MR. MANZO:  Your Honor, they're --
19                THE COURT:  Hang on.  Can I see what comes after
20      this, please?
21                MR. MANZO:  Yes.
22                MR. CRISP:  The jury can't see this.  Right,
23      Judge?
24                THE COURT:  Correct.
25                MR. WOODWARD:  This is actually not what comes
```

1    after it.  This is what the Government was intending to

2    show.  There are a number of members that come after this in

3    the complete chat.

4              MR. MANZO:  Ms. Rohde, can you go back up to the

5    Florida statute and go down?  Then go down again.

6              These are consecutive messages.  I don't

7    understand.

8              MR. WOODWARD:  I agree that it is.  Yes.

9              THE COURT:  I'm sorry.  Can we start at the

10    Florida statute one more time?

11              MR. MANZO:  Yes.

12              THE COURT:  And then the next slide.

13              MR. MANZO:  Yes.  This is Bittner.

14              THE COURT:  Next slide, please.

15              Next slide.

16              Next slide.

17              I think what I'll do -- I'll allow the Florida

18    statute in, because it provides context for what follows.  I

19    mean, without the statute, it doesn't really explain what

20    these folks are talking about afterwards.  And -- but I will

21    instruct the jury that they haven't been charged with a

22    violation of any Florida law and that they are not to

23    construe this as any legal principles that will be

24    controlling their deliberations ultimately.

25              MR. WOODWARD:  We would also object that they

1    haven't laid the foundation that Gator or Bittner has joined

2    the conspiracy at this point through separate independent

3    evidence, such that it would not be admissible as a

4    co-conspirator statement.

5              THE COURT:  Well, they are -- look, I mean, I take

6    it the Government believes Bittner is part of the

7    conspiracy?

8              MR. MANZO:  Yes, your Honor.

9              MR. WOODWARD:  Bittner is a firearms instructor,

10   your Honor.

11             THE COURT:  I'm sorry?

12             MR. WOODWARD:  Bittner is a firearms instructor.

13             THE COURT:  Okay.  He is an Oath Keeper.  He's

14   been admitted to the OK Florida hangout.  And there is an

15   allegation that the Defendants prepared to train and did

16   train.

17             These discussions in this chat are about training

18   and in particular the Florida statute references

19   paramilitary training.  He's a participant in the planning

20   and discussion of those potential trainings.  And, you know,

21   ultimately, co-conspirator statements are admissible even if

22   the -- as long as it's about concerted activity.  It doesn't

23   even have to be unlawful activity.

24             And so, you know, if this is coming in as a

25   co-conspirator statement -- I mean, we also have statements

1    responding from the likes of Mr. Meggs, OK Gator, to that

2    text message.  And so, at a minimum, it's providing some

3    context for the -- the responses that come immediately

4    after.

5              Can I just -- can you go through it one at a time

6    so I can see the timestamps?

7              Okay.  So, I mean, these all come in relatively

8    quick succession.  There are in order, successive comments,

9    and they come within, you know, minutes of the initial

10   posting of the statute.

11             So I'll allow the statute to come in, subject to

12   the limiting instruction that I'll give the jury.

13             MR. MANZO:  Thank you, your Honor.

14             (Whereupon, the following proceedings were had in

15   open court:)

16             THE COURT REPORTER:  Counsel, if you're going to

17   use it, can I get the number of the exhibit.

18             MR. MANZO:  This is 6860.1.

19             (Whereupon, Government's Exhibit No. 6860.1 was

20   entered into evidence.)

21   BY MR. MANZO:

22   Q.  Agent Harris, just to back up --

23             MR. MANZO:  Can we go to 6860 and Slide 2.

24   BY MR. MANZO:

25   Q.  Just to summarize here, OK Gator 1 says what?

1   A.  "Like we were told on the call the other night, training

2   is coming if all kinds.  Let's just all commit to get

3   involved.  Even as instructors like you, Kate.  Get involved

4   in it and help train people locally.  We need everyone to

5   work together and train each other."

6   Q.  And did somebody respond to that?

7   A.  Yes.  Not Me responded with a link to a Florida state

8   statute.

9   Q.  Is Not Me on the board?

10  A.  No.

11  Q.  Dd you click on that Florida State statute?

12  A.  I did.

13          MR. MANZO:  Ms. Rohde, can you go to 6860.1.

14  BY MR. MANZO:

15  Q.  And is this the image that -- or the link that appears

16  when you click on the webpage?

17  A.  Yes, it is.

18          MR. MANZO:  Your Honor, is this an appropriate

19  time for the limiting instruction?

20          THE COURT:  Are you going to ask further questions

21  about this or just move on?

22          MR. MANZO:  One.

23          THE COURT:  Ask your one question and then I'll

24  give it.

25          MR. MANZO:  Ms. Rohde, can you zoom in on the

1    statute No. 70.29 [sic] down to the second paragraph.

2    BY MR. MANZO:

3    Q.  Agent Harris, can you read 790.29?

4    A.  Yes.  790.29 is the Florida state statute for the

5    paramilitary training, teaching or participation, which is

6    prohibited.  "This act shall be known and may be cited as

7    the state antiparamilitary training act.  As used in this

8    section, the term 'civil disorder' means a public

9    disturbance involving acts of violence by an assemblage of

10    three or more persons, which disturbance causes an immediate

11    danger of, or results in, damage or injury to the property

12    or person of any other individual within the United States."

13    Q.  Thank you, Agent.

14            THE COURT:  Why don't you take this down and we'll

15    do the next -- just take this down.

16            Ladies and gentlemen, I want to provide you with

17    an instruction about this particular exhibit, and in

18    particular you've seen and will have in evidence a portion

19    of a Florida statute.

20            These Defendants are not charged with violating

21    any Florida statute or any other Florida law.  You will not

22    be asked to make any determination of whether their conduct

23    is consistent with or in violation of Florida law either in

24    your deliberations formally to return a verdict or even

25    amongst yourselves informally as you deliberate in this

Harris - DIRECT - By Mr. Manzo

 1    case.

 2              This statute will not be among the instructions

 3    you receive at the end of the case.  It is simply being

 4    offered to you to provide context about the discussions that

 5    were happening among the individuals on this particular chat

 6    and to give you an understanding of what they were referring

 7    to in subsequent messages, as you will see.

 8              MR. MANZO:  Thank you, Ms. Rohde.  Can we go back

 9    now to 6860 and the slide following the link to the statute.

10    BY MR. MANZO:

11    Q.  Who responds to that?

12    A.  Gator responds, which is --

13    Q.  Who is he?

14    A.  -- Mr. Kenneth Bittner.

15    Q.  What does he say?

16    A.  He says:  "It's going to take more than pistol

17    instruction I can provide."

18    Q.  Did somebody respond next?

19    A.  Yes.  Not Me responded again and said --

20    Q.  Does Gator respond again?

21    A.  He says:  "Understood.  However, I don't feel we are

22    promoting" -- in quotes -- "a 'civil disturbance.'  If

23    anything, we're going to end it."

24    Q.  Did the statute that you read earlier include a

25    paragraph about a civil disturbance?

1    A.  Yes, it did.

2    Q.  Going forward to the next slide, who responded next?

3    A.  Not Me responded and said:  "It isn't up to your

4    interpretation.  It would be up to a judge."

5    Q.  And next?

6    A.  Gator responded:  "Understood."

7    Q.  Next slide.

8    A.  OK Gator 1.

9    Q.  Who's OK Gator 1?

10   A.  Mr. Kelly Meggs.  He said:  "Local mom and pops, that's

11   all they need.  The ability to protect themselves leaves us

12   to fight the bigger fight and not protect them."

13   Q.  Going back to 6860, Slide 2, is it fair to say OK

14   Gator 1 is referencing training in this video -- or in this

15   slide?

16   A.  Yes.

17   Q.  And that's Kelly Meggs?

18   A.  Yes, sir.

19   Q.  Prior to your testimony today, have you reviewed

20   Government's Exhibit 4800 to 4809 from Combat Art?

21   A.  Yes, I have.

22   Q.  And are those business records?

23   A.  Yes, they are.

24   Q.  And did the Government receive those pursuant to a

25   subpoena?

 1    A.  Yes.

 2                MR. MANZO:  Pursuant to a 902(11) business records

 3    certification, the Government would seek to admit 4800 to

 4    4809.

 5                MR. WOODWARD:  No objection, your Honor.

 6                THE COURT:  4800 to 4809 will be admitted.  Does

 7    that also include the decimals?

 8                MR. MANZO:  Yes.

 9                THE COURT:  Okay.  So --

10                MR. MANZO:  Which are clips, or parts of the

11    larger exhibits.

12                THE COURT:  Right.  So 4800, 4800.1, 4800.2, 4801,

13    4801.1 through .9, 4802, 4802.1 and .2, 4803, 4804,

14    including .1 and .2, 4805, including .1 through .4, and 4808

15    and 4809 are all admitted.

16                (Whereupon, Government's Exhibit Nos. 4800,

17    4800.1, 4800.2, 4801, 4801.1 through 4801.9, 4802, 4802.1

18    and 4802.2, 4803, 4804, 4804.1 and 4804.2, 4805, 4805.1

19    through 4805.4, 4808 and 4809 were entered into evidence.)

20                MR. MANZO:  Ms. Rohde, can you pull up 4807.1.

21    Can we scroll down to the bottom of this email and the next

22    page up, actually.  And can you zoom in on the bottom

23    section.

24    BY MR. MANZO:

25    Q.  Agent Harris, can you read this message?

1    A.  "I am interested in the rifle 1 five-hour private class

2    for five people.  I just wanted to know if this can be done

3    on a Sunday."

4    Q.  Who sent this message?

5    A.  Mr. Kelly Meggs.

6            MR. MANZO:  Ms. Rohde, can we go up to the next

7    section here.

8    BY MR. MANZO:

9    Q.  And we'll go up to the to/from column, which I think is

10   on the page up in a second, but can you read the return

11   email from somebody.

12   A.  "Hey, Kelly.  I see you have already purchased your

13   private training.  What classes did you want to do?  How

14   many students will be there?  What are their full names?

15   How many people need rental guns and gear?  Looking forward

16   to class.  Andrew Smrecek."

17           MR. MANZO:  Ms. Rohde, can we go up to the next

18   page.  And can you go down to the very bottom.

19   BY MR. MANZO:

20   Q.  And this is from -- relating to the previous message.

21   Correct?

22   A.  Yes, it is.

23   Q.  What date was this sent?

24   A.  September 11th, 2020.

25   Q.  Who sent it?

 1    A.  Andrew Smrecek from Combat Art Training.

 2              MR. MANZO:  Can we go up one message here.

 3    BY MR. MANZO:

 4    Q.  Did Kelly Meggs respond to that message?

 5    A.  Yes, he did.

 6    Q.  What did he say?

 7    A.  "Okay.  We did the five-person for five hours, but I may

 8    have more people interested.  No rental gear will be needed.

 9    I can give you a partial list.  We will want a rifle 1, but

10    a slight bit more advanced because we have some experience.

11    I think one or two are ex-military.  If there are more than

12    five, is that okay?  And how much per person so I can let

13    them know?  Participants:  Kelly Meggs, Zack Meggs and

14    Kenneth Harrelson."

15              MR. MANZO:  Ms. Rohde, can we go up to the next

16    slide.

17    BY MR. MANZO:

18    Q.  And did, in the middle of the slide, Mr. Smrecek

19    respond?

20    A.  Yes, he did.

21    Q.  What did he say?

22    A.  "How many extra people?  It will be $120 per extra

23    person.  As long as everyone is doing well, I am happy to

24    move on to more advanced drills."

25              MR. MANZO:  Can we now pull up 4807.2.  And

1    enlarge that top section.

2    BY MR. MANZO:

3    Q.  Who sent this message in 4807.2?

4    A.  Mr. Kelly Meggs.

5    Q.  What did he say?

6    A.  "Participants:  Kelly Meggs, Zack Meggs, Kenneth

7    Harrelson, Connie Meggs, Chris Brown, Joe Hackett.

8    Potentially two more, but not 100 percent at this point.

9    Alondra Propes, Michael Propes."

10   Q.  And what date was this sent?

11   A.  This was sent on September 12th, 2020.

12   Q.  And looking now at 4807.3 --

13            MR. MANZO:  Can you go down to -- up one part.

14   And then up one more part again.  Sorry.

15            Can you zoom in on that bottom message.

16   BY MR. MANZO:

17   Q.  Does Kelly Meggs send an email?

18   A.  Yes, he did.

19   Q.  What does he say?

20   A.  "We are wondering what types of rifles are needed.  My

21   wife, son and I all have CORE rifle systems, truck guns,

22   like a smaller AR shoots 223/556.  I also have an AK that

23   shoots 762.  The others all have ARs.  Also, how much ammo

24   is recommended per person?"

25   Q.  Does Mr. Andrew Smrecek respond?

1    A.  He did.

2    Q.  What does he say?

3    A.  "AK-47s and AR-15s are the best options.  400 rounds per

4    person is recommended.  You will get most out of the day.

5    200 rounds minimum.  Each rifle should have quality setup

6    sights, slings.  I will bring quality two-point slings they

7    can buy for $25.  I sew them by hand.  Three magazines (more

8    magazines is always better)."

9    Q.  And I'll stop you there.

10           Agent Harris, did you also investigate what the

11   rifle 1 class consisted of?

12   A.  Yes, I did.

13           MR. MANZO:  Ms. Rohde, can you pull up 4805.1.

14   BY MR. MANZO:

15   Q.  What is 4805.1?

16   A.  This is a description of the rifle 1 class offered by

17   Combat Art Training.

18           MR. MANZO:  Ms. Rohde, can you zoom in on the part

19   where it says "Learn how to use."

20   BY MR. MANZO:

21   Q.  Can you read this, Agent Harris?

22   A.  "Learn how to use the most effective tool for

23   gunfighting and become a rifleman.  Rifles are easy to

24   shoot, but being able to shoot well does not make you a

25   rifleman.  This rifle classes teaches you how to gunfight at

 1    close distance with a rifle in a fast and effective manner.

 2    Zero your rifle sights before class at 50 yards."

 3    Q.  Are you aware of where Combat Art used as a training

 4    facility?

 5    A.  I am.

 6    Q.  What is that?

 7    A.  It's a facility called Ares Training Facility.

 8              MR. MANZO:  Can you pull up now, Ms. Rohde,

 9    Government Exhibit 4802.2.

10    BY MR. MANZO:

11    Q.  Sir, have you reviewed 4802.2 previously?

12    A.  Yes, I have.

13    Q.  And is this one of the videos that was returned as part

14    of the subpoena?

15    A.  Yes, it is.

16              MR. MANZO:  Can you play 4802.2, Ms. Rohde.

17              (Whereupon, segments of Government's Exhibit No.

18    4802.2 were published in open court.)

19              MR. MANZO:  Can you pause it there.  Just run it

20    forward one second.

21              (Whereupon, segments of Government's Exhibit No.

22    4802.2 were published in open court.)

23              MR. MANZO:  Pause it.

24    BY MR. MANZO:

25    Q.  I'm pausing it at one minute here.  Do you recognize the

1    individual in the knee position?

2    A.  Yes, I do.

3    Q.  Without naming a full name, who does that person appear

4    to be to you?

5    A.  The son of Kelly and Connie Meggs.

6              MR. MANZO:  Can you finish the video, Ms. Rohde.

7              (Whereupon, segments of Government's Exhibit No.

8    4802.2 were published in open court.)

9              MR. MANZO:  Now can we pull up 4802.1.1, I

10   believe.

11             MR. GEYER:  We have an objection.  We don't have

12   that, your Honor.

13             MR. MANZO:  It's a screenshot of a video that you

14   have.

15             THE COURT:  Is there still an objection?

16             MR. WOODWARD:  We don't have it.

17             MR. MANZO:  You're looking at it.

18             MR. WOODWARD:  I have a video.  I don't have

19   the --

20             MR. MANZO:  Pause it at 3:28.

21             MR. WOODWARD:  Okay.

22             THE COURT:  Okay.  So 4802.1.1 is admitted.

23             MR. WOODWARD:  Sir, I don't believe -- I have an

24   objection.  I don't think the foundation has been laid for

25   how this exhibit was created.

```
 1                 THE COURT:  Fair enough.
 2    BY MR. MANZO:
 3    Q.  Did we receive or did you receive or the FBI receive
 4    this video in response to a subpoena to Combat Art?
 5    A.  Yes.  This was part of the returns from Combat Art.
 6                 MR. MANZO:  I believe this exhibit has already
 7    been admitted.
 8                 Any further objection?
 9                 THE COURT:  Any further objection, Mr. Woodward?
10                 MR. WOODWARD:  I guess I'm not clear.  What were
11    we trying to admit here?  Is this a video or a screenshot?
12                 MR. MANZO:  The whole video has already been
13    admitted.  We're going to admit two screenshots and then
14    we're going to admit the video -- or then we're going to
15    show the video.
16                 MR. WOODWARD:  No objection, your Honor.
17                 THE COURT:  Thank you.
18    BY MR. MANZO:
19    Q.  Agent Harris, looking at 4802.1.1, what is this a
20    picture of?
21    A.  This is a -- this is the still from a video that was
22    received from Combat Art Training.
23    Q.  Can you identify any of the individuals in this still?
24    A.  Yes.  From left to right is Mr. Kenneth Harrelson.  In
25    the center is Mr. Joseph Hackett.  And to his right with the
```

```
 1    pink ear protection is Ms. Connie Meggs.

 2    Q.  And is the fourth person somebody not on the board

 3    relevant to this investigation?

 4    A.  That's correct.

 5            MR. MANZO:  Can we go to 4802.1.2.

 6    BY MR. MANZO:

 7    Q.  Looking at this, what is 4802.1.2?

 8    A.  This is also a still image from the same video.

 9    Q.  And can you identify anybody in this photo?

10    A.  On the right is Mr. Kelly Meggs and on the left is

11    Andrew Smrecek of Combat Art Training.

12            MR. MANZO:  I seek to move this into evidence.

13            THE COURT:  4802.1.1 and .2 will be admitted.

14            (Whereupon, Government's Exhibit Nos. 4802.1.1 and

15    4802.1.2 were entered into evidence.)

16            MR. MANZO:  Can we now play 4802.1.3, which

17    includes a transcript.

18            MR. WOODWARD:  Sorry.  What was the number?

19            MR. MANZO:  4802.1.3.T.

20            THE COURT REPORTER:  You gave two different

21    numbers, counsel.

22            MR. WOODWARD:  I don't have it.

23            MS. HALLER:  I don't have it either.

24            MR. MANZO:  4802.1.3.T.

25            MR. WOODWARD:  We don't have the exhibit, your
```

```
 1    Honor.

 2            MR. MANZO:  Then we'll just play the video, which

 3    is 4802.1.3.

 4            THE COURT:  Hang on.  Can you all pick up the

 5    phones, please.

 6            (Whereupon, the following proceedings were had at

 7    sidebar outside the presence of the jury:)

 8            THE COURT:  So 4802 is the full video?

 9            MR. MANZO:  Yes.  4802 is the full video.  I'm

10    just confirming that with Ms. Rohde, who's got her exhibit

11    list right in front of me.

12            4802.1.3 is the whole video.

13            MR. WOODWARD:  We don't have that.

14            MS. HALLER:  Can you tell us where this would be

15    if you produced it?  Because we can't find it.

16            MR. MANZO:  It's in the subpoena return.

17            MS. HALLER:  For Andrew, we don't have it.  The

18    highest number we have is 4802.1, which is the MP4.  But you

19    keep saying 4802.1.1 or .2.

20            MR. MANZO:  It's literally the video that

21    Mr. Woodward was looking at on his screen.

22            THE COURT:  My understanding -- correct me if I'm

23    wrong, Mr. Manzo -- Mr. Woodward and Ms. Haller, you have

24    4802.  Correct?

25            MS. HALLER:  We have 4802.1.  Yes.
```

```
 1                THE COURT:  Okay.  Hang on.  You have 4802.  I'm
 2      not talking about .1.  4802.
 3                MR. WOODWARD:  We do not have 4802.  The
 4      Government's exhibits that they provided us for the -- this
 5      trial or for today?
 6                THE COURT:  You don't have the full video of this?
 7                MR. WOODWARD:  I'm sure the Government produced
 8      the whole video in discovery.  But in the exhibits that they
 9      provided us, they did not include 4802.  They've only
10      included excerpts of 4802.
11                THE COURT:  So --
12                MR. MANZO:  I'm seeking -- this is excerpts from
13      4802.
14                MS. HALLER:  We don't have 4802.
15                MR. MANZO:  I'm literally looking at it on
16      Mr. Woodward's screen.
17                MS. HALLER:  No.  That's an excerpt.  That's
18      not --
19                MR. MANZO:  4802.1 is the video itself.
20                MS. HALLER:  We have 4802.1.
21                MR. MANZO:  That's the full video.
22                MS. HALLER:  So then what's 4802?  And what's
23      4802.1.2?
24                MR. MANZO:  It --
25                THE COURT:  48 --
```

```
 1              MR. MANZO:  Go ahead, your Honor.

 2              THE COURT:  No.  Go ahead.  4802.1 is the video.

 3              MR. WOODWARD:  We have that.

 4              THE COURT:  You have the video.

 5              Everything that follows are excerpts from this

 6     video.  The video is now in evidence.  And if you want

 7     Mr. Manzo to lay the foundation that these are excerpts from

 8     the video, I can ask him to do that.

 9              MS. HALLER:  Thank you, your Honor.

10              MR. WOODWARD:  We would object to any transcript

11     coming in under the best evidence rule.

12              THE COURT:  We've talked about this before.  The

13     jury knows the transcript is not the evidence.  As I said in

14     the past, transcripts are potentially admissible in this

15     district, in this circuit, but we all need to figure out

16     what we're going to do about that before the end of this

17     trial.

18              MR. WOODWARD:  Yes, sir.

19              MR. MANZO:  Your Honor, just so we're clear, the

20     exhibit I'm seeking to admit is a clip plus the transcript.

21     I do apologize to the defense.  I do not know if I provided

22     this transcript in advance.  But it is a transcript of

23     this --

24              MR. WOODWARD:  We have not seen it and have no

25     ability to verify the accuracy of the transcript.  So we --
```

 1                MR. MANZO:  We can deal with that tomorrow, then.

 2       That's fine.

 3                THE COURT:  Can you play the clip without the

 4       transcript?

 5                MR. MANZO:  Yes.

 6                THE COURT:  Why don't you play the video clip

 7       without the transcript.

 8                MR. MANZO:  Easy peasy.

 9                MS. HALLER:  Thank you.

10                MR. WOODWARD:  Thank you.

11                (Whereupon, the following proceedings were had in

12       open court:)

13       BY MR. MANZO:

14       Q.  So up in front of you, Agent Harris, is 4802.1.3.  Do

15       you recognize this video?

16       A.  Yes, I do.

17       Q.  Is this a clip of a slightly longer video that the

18       Government received from Combat Art Training?

19       A.  Yes, it is.

20       Q.  And the people that you've identified in the still

21       picture moments ago, were they on the same video?

22       A.  Yes.  It was from the same video.

23       Q.  Thank you.

24                MR. MANZO:  I'd seek to move this into evidence,

25       4802.1.3.

 1                THE COURT:  It will be admitted.

 2                (Whereupon, Government's Exhibit No. 4802.1.3 was

 3      entered into evidence.)

 4                (Whereupon, segments of Government's Exhibit No.

 5      4802.1.3 were published in open court.)

 6      BY MR. MANZO:

 7      Q.  Agent Harris, did you hear how Mr. Smrecek described a

 8      rifle being -- as opposed to a pistol?

 9      A.  Yes.

10      Q.  What did Mr. Smrecek say?

11      A.  He described a rifle as a very offensive weapon.

12                MR. MANZO:  Can we turn to 4800.1.

13      BY MR. MANZO:

14      Q.  Have you reviewed 4800.1 before?

15      A.  Yes, I have.

16      Q.  And is this another business record received from Combat

17      Arts?

18      A.  It is.

19                MR. MANZO:  Your Honor, I'd seek to move this into

20      evidence.

21                THE COURT:  I think it's in.

22                MR. MANZO:  Can you zoom in, Ms. Rohde, on the

23      name and date section here?

24      BY MR. MANZO:

25      Q.  First of all, Agent Harris, what is this document

1    generally?

2    A.  It is a waiver of liability that must be signed prior to

3    training at Combat Art Training.

4    Q.  And who signed this document?

5    A.  Mr. Joseph Hackett, Kenneth Harrelson, Ms. Connie Meggs

6    and Mr. Kelly Meggs.

7    Q.  What date did they sign this?

8    A.  September 20th of 2020.

9              MR. MANZO:  Can we go to 4800.2.

10   BY MR. MANZO:

11   Q.  And is this another waiver form?

12   A.  Yes, it is.

13   Q.  Who signed this form?

14   A.  Mr. Kenneth Harrelson, Mrs. Connie Meggs and Mr. Kelly

15   Meggs.

16   Q.  What date?

17   A.  October 25th of 2020.

18             MR. MANZO:  Can we go to 4807.4.

19             THE COURT:  Sorry.  Can you just go back one to

20   4800.1?  I didn't catch the date.

21             MR. MANZO:  Sorry, your Honor.

22             Can we go to 4800.1.

23             THE COURT:  Okay.  Thank you.

24   BY MR. MANZO:

25   Q.  For the jury again, who signed the form on 4800.1?

1    A.  Mr. Joseph Hackett, Mr. Kenneth Harrelson, Mrs. Connie

2    Meggs and Mr. Kelly Meggs.

3              MR. MANZO:  Now going to 4802.2 -- sorry.  4807.4.

4              Can you zoom in on 4807.4.

5    BY MR. MANZO:

6    Q.  Agent Harris, what is 4807.4?

7    A.  An email from Combat Art Training.

8    Q.  And what does it say?

9    A.  "Customer:  Kelly Meggs.  Phone number:  352-" --

10   Q.  You don't have to read the phone number into the record.

11             Can you go down to the "What"?

12   A.  "Black Friday Sale, group class:  Five hours of private

13   training for up to five people.  Save $200.  When:  Sunday,

14   December 6th, 2020, at 10:00 a.m."

15   Q.  What's the subject of this email?

16   A.  "New appointment, Black Friday Sale, group class, five

17   hours of private training for up to five people.  Save

18   $200."

19   Q.  When was it sent?

20   A.  This was sent on Friday, November 27th of 2020.

21   Q.  I'm showing you 4802.2.

22             MR. MANZO:  Sorry.  Can you go to 4801.5.

23   BY MR. MANZO:

24   Q.  Sir, what is 4801.5?

25   A.  This is a photograph of the members who completed the

1    class.

2    Q.  And can you identify anyone in this photo?

3    A.  Yes.  From left to right -- at the far left is someone

4    who's not on the board, but starting second to left, it's

5    Mr. Kenneth Harrelson, Mr. Joseph Hackett, Mr. Andrew

6    Smrecek from Combat Art Training, Mr. Kelly Meggs, their

7    son, and Mrs. Connie Meggs with the white hat.

8    Q.  And the person on the far right is not on the board?

9    A.  That's correct.

10             MR. MANZO:  I'd seek to move this into evidence if

11   it hasn't already been moved in.

12             MR. WOODWARD:  It has.

13             MR. MANZO:  And can you go to 4801.6.

14             MS. HALLER:  For the record, can you identify the

15   date?

16   BY MR. MANZO:

17   Q.  Was this received from Combat Art pursuant to a

18   subpoena?

19   A.  Yes, it was.

20   Q.  Based on your investigation, does the attire and

21   landscape in the picture of 4801.5 appear to be consistent

22   with the video produced -- the video previously shown?

23   A.  Yes.

24   Q.  And are you aware that the Oath Keepers of -- including

25   Kelly Meggs and Kenneth Harrelson participated in multiple

1    training classes as shown by the waiver form that they

2    signed?

3    A.   Yes.

4    Q.   Moving on to 4801.6, who's in 4801.6?

5    A.   I can't tell from this photograph.

6    Q.   Okay.  Moving on to 4801.8, who's in this photograph?

7    A.   That's Mrs. Connie Meggs.

8              MR. MANZO:  And this might be a good spot to stop

9    unless we can keep going.  It's a new subject after this.

10             THE COURT:  So this is the last of these exhibits

11   from this series?

12             MR. MANZO:  Yes.

13             THE COURT:  So let's break for the day, ladies and

14   gentlemen.  It's almost 5:00.  We will begin again tomorrow

15   at 9:30.  We look forward to seeing you.  Have a nice

16   evening.

17             (Whereupon, the jury exited the courtroom at 4:55

18   p.m. and the following proceedings were had:)

19             THE COURT:  Agent Harris, you can step down.  I'll

20   just remind you not to discuss your testimony with anyone

21   overnight, sir.

22             THE WITNESS:  Yes, sir.

23             THE COURT:  Thank you.

24             (Witness excused.)

25             THE COURT:  Have a seat, everyone.

 1          So we were discussing previously the

 2     attorney-client privilege issue.

 3          I think -- I don't know how much more there is to

 4     say other than I had essentially, I thought, invited

 5     Mr. Linder to present any additional evidence he wanted me

 6     to consider in addition to his pleading, and then we talked

 7     about whether there were other similar exhibits the

 8     Government might be trying to admit.

 9          MR. LINDER:  Your Honor, I see it kind of as a

10     two-pronged question.  The first threshold issue is:  Do you

11     believe there's an attorney-client relationship?

12          THE COURT:  Right.

13          MR. LINDER:  I believe the law is pretty wide open

14     on that, based on what we briefed and the fact that she was

15     consulting with them, Latinos for Trump and other political

16     organizations from the spring of 2020, and that's how they

17     became involved, that there was a -- at least the client

18     expected an attorney-client relationship.  And the case law

19     is pretty clear on that.

20          I think the confusing part on this is going to be

21     the individual messages and whether those qualify as being

22     protected or not.

23          So I -- I mean, if the Court thinks there's not an

24     attorney-client relationship, then it becomes wide open.

25          THE COURT:  Well, first of all, until now, the

1    Government has not asked me -- let's leave aside the

2    advice-of-counsel defense.  The Government has not asked at

3    any point until -- and I'm not sure they're asking today --

4    to get access to these emails and communications between

5    Mr. Rhodes and Ms. SoRelle, irrespective of whether you

6    advanced the defense.

7            So if I don't have to reach the question of

8    whether there was an attorney-client relationship, all the

9    better, it seems to me.

10           That said, if there are individual communications,

11   then obviously I will need to make -- you know, on a kind of

12   communication-by-communication basis, and I'm happy to do --

13   and I will do that.

14           But as I said, I just want to be clear that I

15   don't feel compelled to reach the question of whether there

16   was a relationship if the issue can be resolved on the

17   narrower ground of whether a particular communication is an

18   attorney-client communication.

19           MR. LINDER:  Okay.  And I responded just trying

20   to -- with the wide-open approach of trying to shut down

21   full discovery of all of the messages.  If there's a narrow

22   approach, which I think they want to offer two or three, he

23   and I can talk about that tonight and then bring that in

24   before court in the morning and say:  Here's the two or

25   three they want to offer.

```
 1              THE COURT:  I mean -- okay.
 2              MR. EDWARDS:  Just for our record, I know we've
 3      made it clear in our filing that the broader issue -- we
 4      just disagree with Mr. Linder right now that the law is
 5      clear on this.  We think they've not met their burden.
 6              THE COURT:  I understand.
 7              MR. EDWARDS:  But I understand the Court's desire
 8      to take a narrower approach.
 9              The narrower approach, to be clear -- earlier, the
10      Court had suggested Mr. Linder could provide certain things
11      under seal.  We just want to be clear.  We have the messages
12      that --
13              THE COURT:  Well, when I said under seal, I meant
14      not in the public record.
15              MR. EDWARDS:  Understood.  I just want you to know
16      the Government has it, and we're happy to hand those up now
17      for the court to review the kind of messages before and
18      after the December 29th relevant texts --
19              THE COURT:  Okay.
20              MR. EDWARDS:  -- we tried to get in on Friday.
21              THE COURT:  Yes.  I'd like to --
22              MR. EDWARDS:  We think that will be helpful for
23      the Court to see that the Government's position is that --
24      set aside whether a relationship exists -- that this is not
25      a communication from a client to an attorney.
```

```
 1                THE COURT:  Okay.  No.  I'd welcome the
 2      opportunity to look at those.
 3                MR. LINDER:  And we have no objection to the
 4      Government -- they've got it printed.  It's ready to go.
 5                THE COURT:  Okay.  And do -- it's been a while.
 6      I've read it earlier, but do we have the actual
 7      communication you all want to have admitted?
 8                MR. EDWARDS:  I've highlighted in yellow the --
 9                THE COURT:  Okay.
10                MR. EDWARDS:  -- specific messages.  Everything
11      that's not in yellow is just the surrounding context for the
12      Court to make this determination.
13                THE COURT:  Got you.  Okay.
14                MR. EDWARDS:  I want to flag, though -- in both
15      briefings, the parties have flagged a second set of
16      communications, which is where -- you can also take a
17      narrower approach or the broader approach.
18                So there's this December 10th message that
19      Mr. Linder handed you last week.  And you took a look at it.
20      Just to refresh the Court's recollection, there are other
21      individuals in that thread.  There are about two or three
22      other individuals.  I think Mr. Linder says two.  The cover
23      page we have identified three, and the additional
24      individuals in the group thread query whether one left; but
25      regardless, it's surplusage if somebody else was on there.
```

1    The Government's position here is that it's not

2    attorney-client communications.  There are other people in

3    this thread.

4            So we would request access to that message.  And

5    I'd flag for the Court that -- what we flagged in our

6    footnote:  The Government received that message in Rhodes's

7    phone.

8            To be very careful, we've not gone back and looked

9    at it -- it's not on our exhibit list -- ever since this

10    issue cropped up.

11            THE COURT:  Okay.  Could I have that exhibit to

12    review, too, or -- the 12-10 message?

13            MR. LINDER:  Yes, your Honor.

14            THE COURT:  And who do we think is on the

15    communication in addition to Mr. Rhodes and Ms. SoRelle?

16            MR. LINDER:  The two people that are participating

17    in the conversation are a gentlemen named Dave Roberts and

18    Greg Smith, who are political consultants that have worked

19    with Mr. Rhodes and Ms. SoRelle over several months, all

20    throughout this election procedure.  So Republican Party

21    donors, political consultants.

22            I don't know if -- there may have been a fifth

23    person, but these are the only ones that are talking during

24    the string.  And the string goes on for a couple of weeks.

25    But we've got one that was flagged.  I can give that back to

1    you also.

2         THE COURT:  Okay.  I'll look at it.  I mean, I'll

3    look at it.

4         I think, Mr. Linder, you would agree with me that

5    a lawyer's advice on political issues is typically not

6    considered subject to attorney-client privilege.  Now, you

7    know, there could be instances, like having to deal with

8    compliance with disclosure rules or, you know, that kind of

9    thing.  But --

10        MR. LINDER:  Understood, your Honor.

11        THE COURT:  -- I don't know if that's what this is

12   about.

13        MR. EDWARDS:  Yeah, and I don't know.  I do --

14   without looking at it, you know, I just want to flag -- if

15   the Court is starting to veer toward this could be that kind

16   of communication, I'd move -- revert back to our broader

17   argument, that the relationship --

18        THE COURT:  No, no.  I understand.  Like I said,

19   it's better to start narrow; and if I can't resolve it on

20   that ground, then we may need to tackle the broader

21   question.  I would just as well start narrower and then go

22   from there.

23        MR. EDWARDS:  Your Honor, I apologize for being a

24   little sloppy.  I realized on the way here, after I printed

25   this exhibit for the Court, the timestamp column got cut and

1    moved to the back.  So you'll be able to see the minutes and

2    hours on the back, which is a little frustrating.  I

3    apologize for that.

4             THE COURT:  That's okay.

5             So this -- the 12-10, all I have is just the

6    actual communication?  I don't have anything else?

7             MR. LINDER:  I will print the other ones and have

8    them before court tomorrow.

9             THE COURT:  Okay.  All right.

10            MR. LINDER:  Unless you want to look -- I have

11   them on my computer.  If you want to sit here and scroll on

12   my computer now.

13            THE COURT:  No.  If you would either just email

14   them to J.C. --

15            MR. LINDER:  I'll do that.

16            THE COURT:  -- that would be helpful.

17            MR. LINDER:  Sure.  Thank you, sir.

18            THE COURT:  All right?  Anything else we need to

19   talk about before we adjourn and resume tomorrow morning?

20            MR. LINDER:  I don't think so.

21            THE COURT:  Why don't we just plan to be here at

22   9:15 so I can rule on these issues and we'll go from there.

23            MR. LINDER:  Thank you, sir.

24            MR. EDWARDS:  Thank you.

25            THE COURT:  Thank you, everybody.  Have a good

1    night.  Do not wait for me, please.

2              THE COURTROOM DEPUTY:  This Court stands in

3    recess.

4              (Proceedings concluded.)

1                          <u>**CERTIFICATE**</u>

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10             Dated this 12th day of October, 2022.

11

12             <u>/s/ Lisa Edwards, RDR, CRR</u>
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

2972

**$**

**$120** [1] - 2947:22
**$200** [2] - 2960:13, 2960:18
**$25** [1] - 2949:7
**$600** [1] - 2832:11
**$800** [2] - 2863:17, 2863:25
**$900** [2] - 2863:17, 2863:25

**'**

**'21** [2] - 2890:6, 2890:16
**'civil** [2] - 2942:8, 2943:22
**'conspiring** [1] - 2900:21

**/**

**/s** [1] - 2971:12

**0**

**08077** [1] - 2825:10

**1**

**1** [22] - 2891:17, 2891:19, 2892:7, 2896:23, 2897:25, 2898:16, 2900:15, 2907:3, 2910:24, 2935:11, 2940:25, 2944:8, 2944:9, 2944:14, 2945:14, 2946:1, 2947:9, 2949:11, 2949:16, 2955:2
**1-25** [1] - 2913:25
**1.S** [1] - 2891:15
**10** [4] - 2889:14, 2889:16, 2890:24, 2892:4
**100** [1] - 2948:8
**106** [9] - 2828:5, 2828:16, 2829:2, 2829:7, 2829:10, 2829:13, 2829:14, 2829:25, 2830:7
**1070** [2] - 2895:6, 2895:7
**10:00** [1] - 2960:14
**10th** [1] - 2966:18

**11-25** [1] - 2913:13
**11th** [3] - 2911:6, 2933:19, 2946:24
**12** [1] - 2824:6
**12-10** [2] - 2967:12, 2969:5
**12-17** [3] - 2923:8, 2923:10, 2923:13
**12-30-2020** [3] - 2908:19, 2908:23, 2908:24
**12th** [2] - 2948:11, 2971:10
**130** [1] - 2825:9
**1346** [1] - 2829:12
**141** [1] - 2825:9
**15** [4] - 2870:17, 2876:12, 2877:9, 2877:19
**1501** [2] - 2876:4, 2876:5
**1530** [1] - 2896:15
**159** [3] - 2891:22, 2891:23, 2892:2
**1671** [1] - 2884:12
**17** [2] - 2876:12, 2913:23
**17110** [1] - 2825:13
**17th** [1] - 2929:1
**1808** [1] - 2825:3
**18:38** [1] - 2853:13
**19th** [1] - 2901:6
**1:38** [1] - 2853:14
**1:40** [1] - 2824:7
**1:44** [2] - 2853:15
**1st** [3] - 2888:12, 2933:17, 2934:17

**2**

**2** [8] - 2930:1, 2935:3, 2940:23, 2944:13, 2945:13, 2945:14, 2953:13, 2954:19
**200** [1] - 2949:5
**2000** [1] - 2895:2
**20001** [2] - 2825:20, 2971:14
**20010** [1] - 2825:3
**20036** [1] - 2825:6
**202** [2] - 2825:21, 2971:15
**2020** [22] - 2883:19, 2888:12, 2895:14, 2901:6, 2906:10, 2906:15, 2906:18, 2906:20, 2906:23, 2907:4, 2912:9,

**2920:10**, 2929:1, 2934:2, 2935:13, 2946:24, 2948:11, 2959:8, 2959:17, 2960:14, 2960:20, 2963:16
**2021** [9] - 2883:20, 2885:18, 2888:15, 2888:24, 2892:6, 2907:7, 2924:23, 2927:21, 2934:18
**2022** [2] - 2824:6, 2971:10
**20530** [1] - 2824:21
**20579** [1] - 2824:18
**20th** [1] - 2959:8
**2100** [3] - 2901:17, 2901:23, 2902:7
**21061** [1] - 2825:16
**2107** [3] - 2901:17, 2901:23, 2902:7
**22-00015** [1] - 2824:3
**223/556** [1] - 2948:22
**22nd** [2] - 2895:14, 2935:13
**23rd** [2] - 2831:8, 2920:10
**2406** [2] - 2932:4
**2407** [2] - 2932:4, 2932:5
**25th** [1] - 2959:17
**26th** [1] - 2933:25
**27th** [1] - 2960:20
**2842** [1] - 2826:6
**2854** [1] - 2826:11
**2856** [1] - 2826:6
**2862** [1] - 2826:7
**2865** [1] - 2826:7
**2880** [1] - 2826:12
**2887** [1] - 2826:8
**2890** [1] - 2826:13
**2894** [1] - 2826:13
**29** [2] - 2865:19, 2865:22
**2900** [1] - 2826:14
**2905** [1] - 2826:15
**2913** [1] - 2826:15
**2926** [1] - 2826:16
**2928** [1] - 2826:16
**2932** [1] - 2826:17
**2940** [1] - 2826:17
**2945** [1] - 2826:19
**29th** [1] - 2965:18
**2:00** [1] - 2841:16

**3**

**30** [2] - 2867:8, 2933:3

**303** [1] - 2825:9
**30th** [1] - 2934:2
**31** [1] - 2866:25
**31st** [2] - 2933:3, 2933:17
**32** [1] - 2908:25
**3300** [1] - 2824:24
**333** [2] - 2825:19, 2971:14
**352** [1] - 2960:9
**354-3269** [2] - 2825:21, 2971:15
**39** [4] - 2833:19, 2867:17, 2868:6, 2868:7
**3:28** [1] - 2951:20
**3:30** [1] - 2914:13
**3:32** [1] - 2914:16
**3:50** [1] - 2914:14
**3:55** [1] - 2919:10
**3rd** [14] - 2843:5, 2892:6, 2906:10, 2906:15, 2906:20, 2906:23, 2907:4, 2907:7, 2911:5, 2921:16, 2921:17, 2921:18, 2933:2, 2934:18

**4**

**4** [1] - 2945:14
**40** [1] - 2867:22
**400** [1] - 2949:3
**403** [1] - 2829:5
**4031** [1] - 2825:12
**40s** [1] - 2862:23
**4653** [9] - 2826:16, 2925:15, 2925:18, 2925:23, 2926:8, 2926:9, 2926:10, 2927:4, 2930:1
**48** [1] - 2955:25
**4800** [6] - 2826:18, 2944:20, 2945:3, 2945:6, 2945:12, 2945:16
**4800.1** [8] - 2826:18, 2945:12, 2945:17, 2958:12, 2958:14, 2959:20, 2959:22, 2959:25
**4800.2** [4] - 2826:18, 2945:12, 2945:17, 2959:9
**4801** [3] - 2826:18, 2945:12, 2945:17
**4801.1** [2] - 2945:13, 2945:17

**4801.1-4801.9** [1] - 2826:18
**4801.5** [2] - 2960:22, 2960:24, 2961:21
**4801.6** [3] - 2961:13, 2962:4
**4801.8** [1] - 2962:6
**4801.9** [1] - 2945:17
**4802** [14] - 2826:18, 2945:13, 2945:17, 2954:8, 2954:9, 2954:24, 2955:1, 2955:2, 2955:3, 2955:9, 2955:10, 2955:13, 2955:14, 2955:22
**4802.1** [8] - 2826:18, 2945:13, 2945:17, 2954:18, 2954:25, 2955:19, 2955:20, 2956:2
**4802.1.1** [6] - 2951:9, 2951:22, 2952:19, 2953:13, 2953:14, 2954:19
**4802.1.2** [4] - 2953:5, 2953:7, 2953:15, 2955:23
**4802.1.3** [7] - 2953:16, 2954:3, 2954:12, 2957:14, 2957:25, 2958:2, 2958:5
**4802.1.3.T** [2] - 2953:19, 2953:24
**4802.2** [10] - 2826:19, 2945:18, 2950:9, 2950:11, 2950:16, 2950:18, 2950:22, 2951:8, 2960:3, 2960:21
**4803** [3] - 2826:19, 2945:13, 2945:18
**4804** [3] - 2826:19, 2945:13, 2945:18
**4804.1** [2] - 2826:19, 2945:18
**4804.2** [2] - 2826:19, 2945:18
**4805** [3] - 2826:19, 2945:14, 2945:18
**4805.1** [4] - 2826:19, 2945:18, 2949:13, 2949:15
**4805.4** [2] - 2826:19, 2945:19
**4807.1** [1] - 2945:20
**4807.2** [2] - 2947:25, 2948:3
**4807.3** [1] - 2948:12

**4807.4** [4] - 2959:18, 2960:3, 2960:4, 2960:6
**4808** [3] - 2826:19, 2945:14, 2945:19
**4809** [6] - 2826:19, 2944:20, 2945:4, 2945:6, 2945:15, 2945:19
**4:55** [1] - 2962:17
**4th** [2] - 2843:20, 2843:22

**5**

**50** [5] - 2862:23, 2872:20, 2872:22, 2872:23, 2950:2
**50s** [1] - 2862:19
**5201** [1] - 2876:6
**5201.1** [3] - 2826:12, 2880:15, 2880:16
**5:00** [3] - 2919:5, 2919:14, 2962:14
**5th** [4] - 2848:1, 2848:2, 2859:25, 2861:6

**6**

**6** [11] - 2890:5, 2890:16, 2891:24, 2892:13, 2896:24, 2906:14, 2909:4, 2909:7, 2909:21, 2910:6, 2913:10
**600** [1] - 2917:21
**601** [2] - 2824:17, 2825:5
**65** [2] - 2922:7, 2923:5
**656** [1] - 2910:15
**66** [1] - 2862:13
**6706** [1] - 2825:20
**6850** [11] - 2826:14, 2902:22, 2902:25, 2903:15, 2903:18, 2904:23, 2905:1, 2905:3, 2905:5, 2905:7, 2909:8
**6856** [8] - 2826:14, 2902:22, 2902:25, 2903:23, 2904:2, 2904:23, 2905:1, 2910:11
**6857** [11] - 2826:14, 2902:22, 2902:25, 2904:7, 2904:24, 2905:2, 2907:15,

2907:18, 2914:4, 2919:22, 2920:3
**6858** [1] - 2826:15, 2902:22, 2902:25, 2904:11, 2904:24, 2905:2, 2921:1, 2921:3
**6859** [7] - 2902:22, 2902:25, 2904:15, 2904:24, 2905:2, 2924:5, 2924:7
**6860** [18] - 2826:14, 2865:18, 2865:22, 2890:11, 2897:25, 2898:2, 2898:4, 2898:24, 2899:4, 2900:10, 2900:11, 2900:15, 2930:18, 2930:21, 2935:3, 2940:23, 2943:9, 2944:13
**6860.1** [6] - 2826:17, 2936:3, 2936:8, 2940:18, 2940:19, 2941:13
**6863** [7] - 2826:13, 2889:14, 2889:16, 2890:13, 2890:18, 2890:21, 2890:22
**6864** [5] - 2826:15, 2912:19, 2912:22, 2913:3, 2913:4
**6868** [8] - 2826:13, 2893:17, 2893:20, 2894:8, 2894:13, 2894:17, 2894:18
**6871** [6] - 2826:17, 2932:6, 2932:8, 2932:17, 2932:19, 2932:20
**695** [2] - 2892:1, 2892:2
**6959** [1] - 2826:15
**6:00** [2] - 2849:2, 2849:6
**6:22** [1] - 2892:6
**6:52** [1] - 2895:14
**6th** [28] - 2831:9, 2840:22, 2843:5, 2843:7, 2846:22, 2849:2, 2859:25, 2860:9, 2861:6, 2862:16, 2865:3, 2867:15, 2880:22, 2881:1, 2881:12, 2881:22, 2885:17, 2888:15, 2888:20, 2889:12, 2893:8, 2897:13, 2909:17, 2909:20, 2924:23,

2927:21, 2929:23, 2960:14

**7**

**7** [5] - 2893:17, 2894:21, 2908:17, 2914:5, 2919:23
**70.29** [1] - 2942:1
**700** [2] - 2824:25, 2917:21
**710.3** [9] - 2826:16, 2928:1, 2928:4, 2928:10, 2928:11, 2928:14, 2928:15, 2928:20, 2928:23
**710.4** [10] - 2826:16, 2928:2, 2928:4, 2928:10, 2928:14, 2928:16, 2928:20, 2929:13, 2929:15, 2929:25
**7310** [1] - 2825:15
**75219** [1] - 2824:25
**762** [1] - 2948:23
**790.29** [2] - 2942:3, 2942:4
**7th** [1] - 2843:23

**8**

**801** [1] - 2829:12
**803(3** [1] - 2832:22

**9**

**9** [6] - 2824:10, 2876:12, 2876:15, 2877:9, 2877:19, 2945:13
**90** [1] - 2899:24
**90-slide** [1] - 2899:21
**900** [1] - 2825:6
**902(11** [2] - 2901:18, 2945:2
**950** [1] - 2824:20
**9:15** [1] - 2969:22
**9:30** [1] - 2962:15
**9th** [1] - 2901:7

**A**

**a.m** [3] - 2849:2, 2849:6, 2960:14
**a/k/a** [1] - 2897:3
**ability** [3] - 2944:11,

2956:25, 2971:7
**able** [7] - 2849:17, 2892:17, 2896:2, 2897:6, 2908:14, 2949:24, 2969:1
**Abroms** [1] - 2828:2
**ABROMS** [1] - 2828:2
**absence** [2] - 2831:15, 2831:19
**absent** [1] - 2917:14
**access** [3] - 2917:12, 2964:4, 2967:4
**accompanies** [1] - 2832:15
**account** [5] - 2924:24, 2925:6, 2925:8, 2929:7, 2929:10
**accuracy** [5] - 2903:21, 2904:5, 2904:9, 2904:13, 2956:25
**accurate** [10] - 2829:2, 2853:16, 2861:20, 2890:15, 2894:11, 2899:1, 2904:17, 2928:6, 2932:14, 2971:4
**act** [2] - 2942:6, 2942:7
**Action** [1] - 2824:3
**activated** [1] - 2860:5
**actively** [1] - 2831:10
**activity** [2] - 2939:22, 2939:23
**acts** [1] - 2942:9
**actual** [7] - 2835:14, 2847:20, 2891:23, 2892:2, 2895:7, 2966:6, 2969:6
**ad** [1] - 2832:7
**added** [1] - 2892:13
**addition** [4] - 2830:6, 2915:13, 2963:6, 2967:15
**additional** [2] - 2963:5, 2966:23
**address** [15] - 2909:24, 2910:1, 2910:2, 2910:5, 2910:9, 2911:7, 2912:4, 2912:18, 2915:6, 2923:5, 2923:25, 2924:14, 2926:18
**addresses** [1] - 2902:16
**adequately** [1] -

2829:14
**adjourn** [2] - 2915:24, 2969:19
**admissibility** [3] - 2831:5, 2832:2, 2854:9
**admissible** [5] - 2832:23, 2841:10, 2939:3, 2939:21, 2956:14
**admission** [4] - 2828:21, 2829:15, 2830:7, 2835:3
**admit** [18] - 2833:6, 2834:19, 2838:19, 2854:10, 2877:19, 2891:2, 2891:4, 2900:4, 2902:22, 2912:20, 2916:24, 2917:1, 2945:3, 2952:11, 2952:13, 2952:14, 2956:20, 2963:8
**admits** [1] - 2837:21
**admitted** [32] - 2827:22, 2828:5, 2830:4, 2832:1, 2832:20, 2834:1, 2835:1, 2854:1, 2854:4, 2854:6, 2871:12, 2873:2, 2880:12, 2890:21, 2894:17, 2899:8, 2899:9, 2900:10, 2904:25, 2913:3, 2926:9, 2928:14, 2932:19, 2939:14, 2945:6, 2945:15, 2951:22, 2952:7, 2952:13, 2953:13, 2958:1, 2966:7
**adopt** [2] - 2833:25, 2866:10
**adopted** [2] - 2833:9, 2835:3
**adopting** [1] - 2835:11
**advance** [1] - 2956:22
**advanced** [3] - 2947:10, 2947:24, 2964:6
**advice** [4] - 2917:15, 2917:17, 2964:2, 2968:5
**advice-of-counsel** [3] - 2917:15, 2917:17, 2964:2
**affirmatively** [2] - 2872:6, 2917:14

2974

**AFTERNOON** [1] - 2824:5

**afternoon** [10] - 2833:3, 2842:6, 2856:14, 2862:8, 2862:10, 2867:14, 2887:16, 2887:17, 2914:11, 2919:19

**afterwards** [1] - 2938:20

**Agent** [26] - 2887:13, 2887:15, 2892:15, 2894:21, 2905:12, 2913:12, 2919:16, 2919:19, 2921:13, 2922:5, 2925:9, 2925:18, 2926:14, 2928:4, 2940:22, 2942:3, 2942:13, 2945:25, 2949:10, 2949:21, 2952:19, 2957:14, 2958:7, 2958:25, 2960:6, 2962:19

**agent** [4] - 2887:25, 2888:24, 2911:13, 2914:18

**ago** [1] - 2957:21

**agree** [8] - 2835:21, 2863:24, 2865:10, 2869:22, 2877:23, 2918:14, 2938:8, 2968:4

**agreed** [1] - 2851:3

**agreement** [1] - 2872:9

**Ahab** [10] - 2896:24, 2920:12, 2920:13, 2921:25, 2922:6, 2924:9, 2924:16, 2926:22, 2926:24, 2929:8

**Ahab/Faith** [1] - 2920:23

**ahead** [6] - 2852:18, 2877:7, 2883:4, 2900:6, 2956:1, 2956:2

**aid** [1] - 2931:23

**AK** [1] - 2948:22

**AK-47s** [1] - 2949:3

**al** [1] - 2824:6

**ALEXANDRA** [1] - 2824:19

**allegation** [1] - 2939:15

**alleged** [2] - 2937:14, 2937:15

**allegedly** [2] - 2831:10, 2882:6

**alleges** [1] - 2839:12

**allow** [3] - 2832:1, 2938:17, 2940:11

**allowed** [2] - 2846:9, 2850:2

**almost** [2] - 2855:3, 2962:14

**Alondra** [1] - 2948:9

**alone** [2] - 2846:12, 2880:11

**aloud** [1] - 2869:20

**alternative** [1] - 2828:8

**AMERICA** [1] - 2824:3

**America** [2] - 2885:16

**AMIT** [1] - 2824:11

**ammo** [1] - 2948:23

**ammunition** [1] - 2847:12

**amount** [1] - 2829:13

**AND** [1] - 2825:12

**Andrew** [6] - 2946:16, 2947:1, 2948:25, 2953:11, 2954:17, 2961:5

**Angel** [1] - 2842:20

**Angeles** [1] - 2923:15

**angle** [1] - 2854:21

**anonymize** [1] - 2912:18

**answer** [3] - 2844:5, 2873:11, 2879:15

**answered** [2] - 2878:10, 2886:7

**anticipate** [2] - 2856:3, 2886:2

**antiparamilitary** [1] - 2942:7

**anyway** [3] - 2870:19, 2871:17, 2883:24

**apologies** [1] - 2873:9

**apologize** [3] - 2956:21, 2968:23, 2969:3

**app** [1] - 2931:1

**Appeals** [1] - 2828:6

**appear** [5] - 2911:6, 2930:4, 2933:23, 2951:3, 2961:21

**APPEARANCES** [1] - 2825:1

**aPPEARANCES** [1] - 2824:13

**appeared** [1] - 2912:13

**appointment** [1] - 2960:16

**appreciate** [1] - 2841:1

**approach** [9] - 2829:24, 2868:20, 2886:9, 2964:20, 2964:22, 2965:8, 2965:9, 2966:17

**appropriate** [8] - 2861:3, 2869:24, 2879:13, 2880:3, 2916:15, 2925:2, 2936:23, 2941:18

**AR** [3] - 2862:25, 2863:9, 2948:22

**AR-15** [2] - 2862:24, 2865:2

**AR-15s** [1] - 2949:3

**area** [9] - 2850:2, 2850:12, 2851:9, 2851:10, 2851:12, 2885:3, 2885:5, 2885:6, 2891:15

**Ares** [1] - 2950:7

**arguably** [3] - 2829:4, 2831:12, 2871:13

**argue** [4] - 2831:13, 2836:18, 2836:20, 2840:13

**argued** [1] - 2838:13

**arguing** [4] - 2836:24, 2837:3, 2838:21

**argument** [4] - 2840:9, 2840:19, 2879:17, 2968:17

**ArmaLite** [2] - 2863:1, 2863:2

**armed** [6] - 2835:24, 2836:7, 2836:19, 2836:22, 2837:6, 2838:15

**arms** [2] - 2840:12, 2840:24

**arrest** [2] - 2889:8, 2917:24

**arrested** [1] - 2847:15

**arrived** [1] - 2849:10

**ARs** [1] - 2948:23

**Art** [13] - 2944:20, 2947:1, 2949:17, 2950:3, 2952:4, 2952:5, 2952:22, 2953:11, 2957:18, 2959:3, 2960:7, 2961:6, 2961:17

**article** [2] - 2874:1,

2892:20

**Arts** [1] - 2958:17

**aside** [2] - 2964:1, 2965:24

**assault** [1] - 2863:9

**assemblage** [1] - 2942:9

**asserted** [1] - 2838:20

**assertion** [1] - 2835:10

**assigned** [1] - 2888:15

**assignment** [1] - 2889:2

**assigns** [1] - 2910:3

**assists** [1] - 2895:22

**associated** [2] - 2924:14, 2931:13

**ASSOCIATES** [1] - 2825:12

**assume** [3] - 2899:13, 2900:2, 2917:13

**attached** [2] - 2925:21, 2927:9

**attachment** [2] - 2927:8, 2927:13

**attack** [1] - 2864:22

**attacking** [3] - 2844:9, 2844:14, 2844:16

**attend** [1] - 2881:9

**attendee** [1] - 2907:11

**attendees** [1] - 2909:2

**attending** [1] - 2861:17

**attention** [3] - 2827:15, 2852:15, 2876:11

**attire** [1] - 2961:20

**attorney** [15] - 2830:3, 2842:21, 2842:22, 2915:19, 2916:14, 2916:23, 2963:2, 2963:11, 2963:18, 2963:24, 2964:8, 2964:18, 2965:25, 2967:2, 2968:6

**ATTORNEY'S** [1] - 2824:16

**attorney-client** [11] - 2915:19, 2916:14, 2916:23, 2963:2, 2963:11, 2963:18, 2963:24, 2964:8, 2964:18, 2967:2,

2968:6

**attorneys** [1] - 2936:14

**audio** [2] - 2901:15

**authenticate** [1] - 2852:1

**authenticity** [2] - 2827:8, 2827:9

**automatic** [1] - 2863:10

**Avenue** [5] - 2824:20, 2824:24, 2825:5, 2825:19, 2971:14

**avert** [1] - 2830:5

**avoid** [1] - 2898:19

**aware** [12] - 2853:2, 2853:20, 2860:13, 2901:10, 2917:20, 2918:21, 2923:1, 2924:20, 2924:23, 2925:7, 2950:3, 2961:24

**B**

**back-and-forth** [1] - 2918:23

**background** [1] - 2835:13

**bad** [1] - 2859:6

**badge** [1] - 2854:20

**bank** [1] - 2913:8

**Barcelona** [4] - 2912:4, 2912:9, 2912:11, 2912:13

**BARRETT** [1] - 2824:24

**barriers** [2] - 2849:22, 2849:25

**based** [13] - 2831:25, 2855:22, 2864:21, 2877:18, 2883:1, 2889:10, 2910:5, 2911:17, 2911:24, 2912:7, 2923:19, 2961:20, 2963:14

**basic** [2] - 2839:12, 2889:9

**Basin** [1] - 2885:6

**basis** [4] - 2831:5, 2854:7, 2877:4, 2964:12

**bear** [2] - 2839:9, 2916:2

**bearing** [1] - 2833:1

**bears** [1] - 2831:4

**became** [1] - 2963:17

**become** [3] - 2888:24, 2907:12, 2949:23

**becomes** [1] - 2963:24

**BEFORE** [1] - 2824:11

**began** [1] - 2850:15

**begin** [1] - 2962:14

**begins** [1] - 2853:15

**begs** [1] - 2916:7

**behind** [5] - 2849:25, 2851:7, 2856:4, 2877:14, 2878:12

**believes** [1] - 2939:6

**bench** [1] - 2872:18

**Bergen** [1] - 2922:25

**Berry** [1] - 2897:2

**best** [6] - 2853:4, 2907:1, 2911:17, 2949:3, 2956:11, 2971:7

**better** [2] - 2964:9, 2968:19

**better)** [1] - 2949:8

**between** [8] - 2830:22, 2831:13, 2834:2, 2917:20, 2922:6, 2933:2, 2934:17, 2964:4

**big** [1] - 2929:18

**bigger** [3] - 2890:2, 2916:22, 2944:12

**bike** [2] - 2849:19, 2849:20

**bit** [1] - 2947:10

**Bittner** [16] - 2897:4, 2897:11, 2897:14, 2897:21, 2899:12, 2899:13, 2900:23, 2900:24, 2930:22, 2938:13, 2939:1, 2939:6, 2939:9, 2939:12, 2943:14

**black** [1] - 2960:12

**Black** [1] - 2960:16

**blending** [1] - 2848:12

**blocked** [1] - 2923:6

**blow** [1] - 2922:15

**blue** [2] - 2885:6, 2892:22

**board** [6] - 2894:22, 2896:14, 2896:17, 2920:18, 2925:10, 2931:10, 2933:21, 2934:3, 2934:6, 2934:24, 2935:24, 2935:25, 2941:9, 2953:2, 2961:4,

2961:8

**body** [1] - 2927:5

**bottom** [14] - 2830:14, 2831:3, 2866:18, 2891:13, 2893:23, 2894:23, 2908:2, 2908:18, 2920:13, 2925:11, 2945:21, 2945:22, 2946:18, 2948:15

**Brad** [1] - 2842:7

**BRADFORD** [1] - 2825:8

**BRAND** [1] - 2825:2

**breach** [4] - 2861:10, 2885:19, 2888:19, 2888:21

**breached** [4] - 2845:9, 2845:25, 2846:2, 2861:16

**Breacher** [1] - 2897:3

**breaching** [3] - 2845:7, 2881:18, 2881:23

**break** [3] - 2914:11, 2914:20, 2962:13

**Brennan** [1] - 2895:18

**brief** [3] - 2915:11, 2915:14, 2915:16

**briefed** [1] - 2963:14

**briefings** [1] - 2966:15

**briefly** [5] - 2876:3, 2886:10, 2889:5, 2891:12, 2905:7

**Bright** [1] - 2871:11

**BRIGHT** [4] - 2824:23, 2824:24, 2869:16, 2871:5

**bring** [10] - 2832:2, 2847:1, 2858:13, 2859:18, 2860:9, 2912:19, 2919:4, 2922:10, 2949:6, 2964:23

**bringing** [1] - 2840:12

**brings** [1] - 2841:8

**broad** [1] - 2828:21

**broader** [4] - 2965:3, 2966:17, 2968:16, 2968:20

**broadly** [1] - 2860:8

**broke** [1] - 2851:23

**broken** [2] - 2853:20, 2861:17

**brought** [10] - 2827:16, 2837:23,

2837:24, 2858:11, 2858:12, 2859:11, 2859:15, 2859:17, 2864:20, 2865:6

**Brown** [7] - 2877:14, 2877:15, 2878:12, 2880:1, 2897:3, 2897:10, 2948:7

**bubble** [1] - 2890:4

**build** [2] - 2832:10, 2864:6

**building** [1] - 2884:23

**Building** [1] - 2886:25

**burden** [2] - 2918:24, 2965:5

**Burgess** [4] - 2850:20, 2851:6, 2851:16, 2853:5

**burka** [1] - 2855:3, 2855:4

**burn** [1] - 2927:18

**burner** [1] - 2861:6

**Burnie** [1] - 2825:16

**business** [6] - 2901:17, 2902:10, 2912:20, 2944:22, 2945:2, 2958:16

**buy** [1] - 2949:7

**BY** [136] - 2825:17, 2842:4, 2842:19, 2843:4, 2844:7, 2844:13, 2844:22, 2846:16, 2847:9, 2851:4, 2852:14, 2852:23, 2853:12, 2854:17, 2855:1, 2855:9, 2855:21, 2856:13, 2857:22, 2858:6, 2862:7, 2864:15, 2864:18, 2865:24, 2866:17, 2867:1, 2867:9, 2867:18, 2868:5, 2868:13, 2872:21, 2873:15, 2873:24, 2874:9, 2876:7, 2877:8, 2878:2, 2880:18, 2882:16, 2882:21, 2883:5, 2883:15, 2884:5, 2884:13, 2884:24, 2885:8, 2885:11, 2885:24, 2887:19, 2889:15, 2891:9, 2891:16, 2893:5, 2893:19, 2894:1, 2894:20, 2895:1, 2895:12, 2896:12,

2898:1, 2898:23, 2900:13, 2902:6, 2903:17, 2904:1, 2905:4, 2905:11, 2907:17, 2907:22, 2908:21, 2909:12, 2910:14, 2911:4, 2912:1, 2913:6, 2913:11, 2913:18, 2913:24, 2914:6, 2919:18, 2920:1, 2920:7, 2921:2, 2921:12, 2921:23, 2922:4, 2922:12, 2922:17, 2923:9, 2924:6, 2925:4, 2925:17, 2926:13, 2927:12, 2928:3, 2928:19, 2929:14, 2930:2, 2930:7, 2930:13, 2930:20, 2932:7, 2932:24, 2933:14, 2934:14, 2935:4, 2935:21, 2936:4, 2940:21, 2940:24, 2941:14, 2942:2, 2943:10, 2945:24, 2946:8, 2946:19, 2947:3, 2947:17, 2948:2, 2948:16, 2949:14, 2949:20, 2950:10, 2950:24, 2952:2, 2952:18, 2953:6, 2957:13, 2958:6, 2958:13, 2958:24, 2959:10, 2959:24, 2960:5, 2960:23, 2961:16

---

## C

**cable** [1] - 2881:13

**CALDWELL** [1] - 2825:15

**Caleb** [1] - 2897:2

**California** [1] - 2923:15

**camera** [1] - 2853:14

**cannot** [4] - 2840:9, 2867:21, 2868:9, 2869:7

**Capitol** [36] - 2836:8, 2844:9, 2845:6, 2845:10, 2848:5, 2848:6, 2850:7, 2850:23, 2851:14, 2861:11, 2861:12, 2861:15, 2875:9, 2875:17, 2876:16,

2877:12, 2878:8, 2878:11, 2878:13, 2880:2, 2881:1, 2881:18, 2881:23, 2881:24, 2882:2, 2882:10, 2884:18, 2885:20, 2886:1, 2886:4, 2886:17, 2886:21, 2886:25, 2888:19, 2888:22, 2897:7

**car** [3] - 2849:9, 2883:13, 2883:14

**care** [1] - 2827:24

**careful** [3] - 2841:2, 2900:18, 2967:8

**carrier** [1] - 2931:6

**carriers** [1] - 2931:11

**carry** [3] - 2836:9, 2836:10, 2846:10

**case** [29] - 2828:2, 2828:3, 2828:12, 2828:14, 2828:16, 2829:2, 2829:13, 2830:2, 2838:14, 2838:25, 2841:5, 2846:23, 2849:5, 2856:3, 2863:12, 2863:13, 2863:21, 2863:23, 2864:1, 2879:25, 2883:17, 2888:24, 2893:9, 2896:18, 2908:6, 2931:21, 2943:1, 2943:3, 2963:18

**cases** [5] - 2828:1, 2828:20, 2846:6, 2888:19, 2888:21

**Cat** [1] - 2874:1

**Catalunya** [1] - 2912:5

**catch** [1] - 2959:20

**causes** [1] - 2942:10

**CCTV** [1] - 2853:14

**ceiling** [1] - 2878:14

**cell** [1] - 2900:25

**Center** [1] - 2878:15

**center** [1] - 2952:25

**central** [1] - 2884:16

**centralized** [1] - 2847:2

**certain** [1] - 2965:10

**certainly** [11] - 2829:2, 2831:7, 2831:22, 2841:10, 2845:1, 2860:15, 2861:21, 2863:24, 2864:16, 2865:1, 2879:9

**CERTIFICATE** [1] -

2971:1
  **certification** [5] -
2844:23, 2881:10,
2901:18, 2912:21,
2945:3
  **certify** [4] - 2881:4,
2903:21, 2904:4,
2971:4
  **chance** [1] - 2916:5
  **change** [1] - 2906:8
  **changed** [2] -
2843:6, 2843:8
  **chapter** [1] - 2928:24
  **charge** [1] - 2888:25
  **charged** [7] -
2865:10, 2883:17,
2893:9, 2936:20,
2937:8, 2938:21,
2942:20
  **Charlotte** [1] -
2927:17
  **chart** [3] - 2903:20,
2903:22, 2907:2
  **chat** [22] - 2833:5,
2834:16, 2837:23,
2869:6, 2871:24,
2872:1, 2872:5,
2872:8, 2890:6,
2890:16, 2891:23,
2891:24, 2892:2,
2899:2, 2899:25,
2909:1, 2936:13,
2936:14, 2937:5,
2938:3, 2939:17,
2943:5
  **chats** [2] - 2860:20,
2861:1
  **check** [3] - 2832:9,
2832:11, 2874:2
  **checked** [1] -
2894:11
  **Chi** [3] - 2867:21,
2868:9, 2868:18
  **Chi-comms** [3] -
2867:21, 2868:9,
2868:18
  **chore** [1] - 2916:22
  **Chris** [1] - 2948:7
  **chronological** [2] -
2846:5, 2908:2
  **Cinnaminson** [1] -
2825:10
  **circle** [2] - 2884:20,
2922:8
  **circled** [2] - 2884:22,
2885:4
  **circuit** [1] - 2956:15
  **Circuit** [4] - 2828:3,
2829:9, 2829:23,
2830:12

  **circuits** [1] - 2828:22
  **circumstances** [1] -
2830:14
  **cited** [3] - 2828:1,
2828:16, 2942:6
  **citizen** [1] - 2883:1
  **city** [4] - 2835:22,
2859:6, 2906:5,
2922:19
  **civil** [1] - 2943:25
  **clarify** [1] - 2842:8
  **class** [8] - 2946:1,
2946:16, 2949:11,
2949:16, 2950:2,
2960:12, 2960:16,
2961:1
  **classes** [3] -
2946:13, 2949:25,
2962:1
  **clear** [14] - 2832:4,
2837:2, 2839:17,
2860:11, 2887:20,
2891:1, 2952:10,
2956:19, 2963:19,
2964:14, 2965:3,
2965:5, 2965:9,
2965:11
  **cleared** [1] - 2850:2
  **clearly** [1] - 2832:12
  **click** [4] - 2895:11,
2937:3, 2941:11,
2941:16
  **clicked** [1] - 2936:5
  **client** [13] - 2915:19,
2916:14, 2916:23,
2963:2, 2963:11,
2963:17, 2963:18,
2963:24, 2964:8,
2964:18, 2965:25,
2967:2, 2968:6
  **clients** [1] - 2841:14
  **climbing** [2] -
2876:17, 2878:9
  **clip** [5] - 2833:19,
2956:20, 2957:3,
2957:6, 2957:17
  **clips** [1] - 2945:10
  **close** [2] - 2919:14,
2950:1
  **closer** [3] - 2848:5,
2876:16, 2878:8
  **clothing** [1] -
2892:20
  **co** [5] - 2827:23,
2832:24, 2939:4,
2939:21, 2939:25
  **co-conspirator** [5] -
2827:23, 2832:24,
2939:4, 2939:21,
2939:25

  **code** [2] - 2937:6,
2937:9
  **College** [1] - 2844:24
  **COLUMBIA** [2] -
2824:1, 2824:17
  **Columbia** [3] -
2825:19, 2837:6,
2971:13
  **column** [13] -
2905:8, 2905:17,
2905:19, 2905:21,
2905:23, 2905:25,
2907:8, 2907:10,
2909:10, 2909:22,
2934:5, 2946:9,
2968:25
  **columns** [3] -
2902:15, 2922:13,
2922:16
  **Combat** [14] -
2944:20, 2947:1,
2949:17, 2950:3,
2952:4, 2952:5,
2952:22, 2953:11,
2957:18, 2958:16,
2959:3, 2960:7,
2961:6, 2961:17
  **coming** [8] -
2836:22, 2837:6,
2840:11, 2887:8,
2935:16, 2939:24,
2941:2, 2956:11
  **commentary** [1] -
2843:3
  **comments** [1] -
2940:8
  **commit** [2] -
2935:16, 2941:2
  **common** [2] -
2830:8, 2881:15
  **commonly** [1] -
2881:15
  **comms** [6] -
2867:21, 2868:9,
2868:18, 2927:15,
2927:19, 2929:11
  **communication** [9] -
2964:12, 2964:17,
2964:18, 2965:25,
2966:7, 2967:15,
2968:16, 2969:6
  **communication-by-
communication** [1] -
2964:12
  **communications**
[10] - 2916:2, 2916:9,
2916:14, 2916:20,
2917:22, 2918:19,
2964:4, 2964:10,
2966:16, 2967:2

  **company** [2] -
2911:24, 2931:15
  **compared** [1] -
2889:21
  **compelled** [1] -
2964:15
  **complete** [2] -
2938:3, 2971:6
  **completed** [3] -
2829:6, 2843:23,
2960:25
  **completeness** [1] -
2837:17
  **complex** [1] - 2888:4
  **compliance** [1] -
2968:8
  **complies** [4] -
2884:21, 2920:25,
2922:9, 2933:22
  **computer** [2] -
2969:11, 2969:12
  **conceive** [1] -
2830:25
  **concept** [1] -
2861:10
  **concerning** [3] -
2827:4, 2886:23
  **concerns** [1] -
2899:16
  **concerted** [1] -
2939:22
  **concluded** [1] -
2970:4
  **conclusion** [1] -
2937:17
  **conditions** [1] -
2864:20
  **conduct** [1] -
2942:22
  **conducted** [1] -
2889:7
  **confer** [1] - 2936:15
  **conference** [1] -
2901:14
  **confirm** [1] - 2903:7
  **confirming** [1] -
2954:10
  **confusing** [1] -
2963:20
  **confusion** [1] -
2863:9
  **Congress** [2] -
2851:18, 2881:3
  **congressional** [2] -
2843:13, 2880:21
  **connecting** [1] -
2934:15
  **connection** [1] -
2831:13
  **Connie** [10] -

  2862:15, 2897:1,
2948:7, 2951:5,
2953:1, 2959:5,
2959:14, 2960:1,
2961:7, 2962:7
  **consecutive** [1] -
2938:6
  **consider** [2] -
2927:18, 2963:6
  **consideration** [1] -
2841:2
  **considered** [2] -
2829:17, 2968:6
  **consisted** [1] -
2949:11
  **consistent** [5] -
2836:25, 2883:22,
2922:5, 2942:23,
2961:21
  **conspiracy** [3] -
2834:1, 2939:2,
2939:7
  **conspirator** [5] -
2827:23, 2832:24,
2939:4, 2939:21,
2939:25
  **conspirators** [1] -
2937:2
  **conspiring** [2] -
2901:2, 2901:4
  **constitutes** [1] -
2971:4
  **Constitution** [2] -
2825:19, 2971:14
  **construction** [1] -
2829:18
  **construe** [1] -
2938:23
  **consultants** [2] -
2967:18, 2967:21
  **consulting** [1] -
2963:15
  **consume** [1] -
2881:11
  **CONT'D** [1] - 2825:1
  **contact** [2] -
2845:22, 2875:11
  **contained** [1] -
2863:13
  **contemporaneous**
[1] - 2839:24
  **contemporaneousl
y** [1] - 2829:17
  **content** [4] -
2830:25, 2840:5,
2911:15, 2911:16
  **contention** [1] -
2837:8
  **contents** [3] -
2831:2, 2833:14,

2836:18
  **context** [11] -
2828:25, 2830:11,
2830:20, 2831:1,
2833:13, 2834:4,
2845:11, 2938:18,
2940:3, 2943:4,
2966:11
  **contingent** [1] -
2850:20
  **continue** [3] -
2851:17, 2854:22,
2896:15
  **continued** [1] -
2881:25
  **continues** [1] -
2829:23
  **contrary** [2] -
2829:18, 2844:18
  **contrast** [1] - 2885:2
  **control** [1] - 2859:10
  **controlling** [1] -
2938:24
  **conversation** [8] -
2828:11, 2836:5,
2845:11, 2845:12,
2919:3, 2919:6,
2937:13, 2967:17
  **conversations** [5] -
2844:25, 2845:23,
2860:19, 2861:5,
2861:12
  **copies** [1] - 2890:15
  **copy** [1] - 2899:1
  **CORE** [1] - 2948:21
  **corner** [5] - 2884:23,
2891:13, 2893:23,
2894:24, 2925:11
  **corollary** [1] -
2828:22
  **correct** [73] -
2828:20, 2837:11,
2837:14, 2839:1,
2842:10, 2842:20,
2843:7, 2843:19,
2843:20, 2845:8,
2845:9, 2846:3,
2847:11, 2847:12,
2848:24, 2850:9,
2850:13, 2850:16,
2857:5, 2857:8,
2859:11, 2860:17,
2861:7, 2861:18,
2862:16, 2862:17,
2863:2, 2863:4,
2863:5, 2863:6,
2863:10, 2863:11,
2863:14, 2863:18,
2863:22, 2864:24,
2865:3, 2865:8,

2865:9, 2865:12,
2870:24, 2872:13,
2874:25, 2875:18,
2881:20, 2881:21,
2882:14, 2882:17,
2883:17, 2884:7,
2885:13, 2891:25,
2908:12, 2908:13,
2908:16, 2909:15,
2917:8, 2917:16,
2920:15, 2924:19,
2927:2, 2929:8,
2929:11, 2929:12,
2929:24, 2933:11,
2937:24, 2946:21,
2953:4, 2954:22,
2954:24, 2961:9
  **correctly** [2] -
2827:5, 2881:8
  **COUNSEL** [3] -
2876:18, 2903:1,
2925:25
  **counsel** [9] - 2827:8,
2842:17, 2895:22,
2917:15, 2917:17,
2936:15, 2940:16,
2953:21, 2964:2
  **counsels** [1] -
2842:14
  **country** [2] -
2832:16, 2874:6
  **couple** [9] - 2827:3,
2861:11, 2874:24,
2907:21, 2908:19,
2917:23, 2918:20,
2921:9, 2967:24
  **course** [3] - 2845:21,
2856:17, 2874:2
  **court** [32] - 2828:6,
2829:16, 2829:20,
2829:24, 2830:1,
2854:16, 2854:24,
2855:8, 2855:18,
2857:6, 2872:16,
2880:9, 2887:7,
2892:17, 2892:24,
2893:3, 2896:2,
2896:7, 2896:10,
2896:16, 2900:9,
2902:5, 2903:14,
2940:15, 2950:18,
2950:22, 2951:8,
2957:12, 2958:5,
2964:24, 2965:17,
2969:8
  **COURT** [217] -
2824:1, 2827:1,
2827:12, 2827:17,
2827:19, 2827:24,
2829:1, 2833:12,

2834:2, 2834:10,
2834:14, 2834:17,
2834:25, 2835:7,
2836:16, 2837:2,
2837:12, 2838:6,
2838:23, 2839:1,
2839:21, 2839:23,
2840:6, 2841:3,
2841:6, 2841:14,
2841:18, 2842:16,
2843:1, 2844:5,
2844:12, 2844:21,
2846:15, 2847:8,
2851:24, 2852:4,
2852:9, 2853:8,
2853:25, 2854:3,
2854:7, 2856:9,
2857:19, 2862:5,
2864:13, 2865:15,
2865:20, 2868:2,
2869:11, 2869:14,
2870:2, 2870:14,
2870:18, 2870:25,
2871:11, 2871:21,
2872:4, 2872:14,
2872:17, 2872:25,
2873:3, 2873:6,
2873:10, 2873:18,
2873:22, 2876:19,
2876:21, 2877:1,
2877:4, 2877:23,
2878:25, 2879:2,
2879:6, 2879:22,
2880:7, 2880:10,
2880:13, 2882:15,
2882:19, 2883:3,
2883:9, 2883:12,
2883:23, 2884:3,
2885:23, 2886:6,
2886:11, 2886:22,
2887:5, 2887:8,
2887:15, 2887:17,
2890:21, 2891:1,
2891:6, 2891:8,
2893:1, 2893:3,
2894:15, 2894:17,
2896:10, 2898:19,
2899:5, 2899:8,
2899:13, 2899:16,
2899:23, 2900:2,
2900:10, 2901:22,
2902:3, 2902:23,
2903:2, 2903:11,
2904:23, 2904:25,
2910:25, 2911:21,
2911:23, 2912:22,
2912:24, 2913:1,
2913:3, 2914:10,
2914:18, 2914:22,
2914:25, 2915:10,
2915:22, 2916:10,

2917:3, 2917:9,
2918:5, 2918:6,
2918:8, 2918:13,
2918:19, 2918:25,
2919:3, 2919:12,
2925:3, 2925:24,
2926:1, 2926:4,
2926:9, 2928:14,
2930:10, 2932:19,
2936:9, 2936:12,
2936:24, 2937:19,
2937:24, 2938:9,
2938:12, 2938:14,
2939:5, 2939:11,
2939:13, 2940:16,
2941:20, 2941:23,
2942:14, 2945:6,
2945:9, 2945:12,
2951:15, 2951:22,
2952:1, 2952:9,
2952:17, 2953:13,
2953:20, 2954:4,
2954:8, 2954:22,
2955:1, 2955:6,
2955:11, 2955:25,
2956:2, 2956:4,
2956:12, 2957:3,
2957:6, 2958:1,
2958:21, 2959:19,
2959:23, 2962:10,
2962:13, 2962:19,
2962:23, 2962:25,
2963:12, 2963:25,
2965:1, 2965:6,
2965:13, 2965:19,
2965:21, 2966:1,
2966:5, 2966:9,
2966:13, 2967:11,
2967:14, 2968:2,
2968:11, 2968:18,
2969:4, 2969:9,
2969:13, 2969:16,
2969:18, 2969:21,
2969:25
  **Court** [27] - 2825:18,
2825:18, 2828:5,
2828:7, 2828:20,
2828:21, 2828:23,
2829:13, 2829:21,
2848:3, 2848:5,
2886:18, 2915:3,
2915:20, 2916:25,
2918:11, 2918:21,
2963:23, 2965:10,
2965:23, 2966:12,
2967:5, 2968:15,
2968:25, 2970:2,
2971:12, 2971:13
  **Court's** [14] -
2827:15, 2841:2,
2858:4, 2864:17,

2876:3, 2890:19,
2896:13, 2912:25,
2915:8, 2920:17,
2925:9, 2936:10,
2965:7, 2966:20
  **COURTROOM** [4] -
2841:15, 2876:23,
2919:9, 2970:2
  **courtroom** [8] -
2841:16, 2841:23,
2879:9, 2892:19,
2896:4, 2914:16,
2919:10, 2962:17
  **cover** [1] - 2966:22
  **COVID** [1] - 2832:9
  **craze** [1] - 2855:15
  **create** [7] - 2903:20,
2904:4, 2904:9,
2904:13, 2904:18,
2910:9, 2932:13
  **created** [3] - 2903:8,
2903:12, 2951:25
  **creates** [1] - 2829:19
  **crime** [1] - 2865:11
  **crimes** [3] - 2888:3,
2888:4, 2888:13
  **Criminal** [1] - 2824:3
  **Crisp** [4] - 2856:10,
2856:14, 2872:2,
2879:22
  **CRISP** [21] -
2825:11, 2825:12,
2856:11, 2856:13,
2857:21, 2857:22,
2858:4, 2858:6,
2862:4, 2869:22,
2870:11, 2872:2,
2877:21, 2878:21,
2879:17, 2880:5,
2885:22, 2936:10,
2936:14, 2937:14,
2937:22
  **cropped** [1] -
2967:10
  **CROSS** [3] - 2842:3,
2856:12, 2862:6
  **Cross** [1] - 2826:3
  **cross** [7] - 2828:8,
2865:25, 2869:5,
2880:20, 2881:17,
2884:6, 2886:19
  **CROSS-**
**EXAMINATION** [3] -
2842:3, 2856:12,
2862:6
  **cross-examination**
[7] - 2828:8, 2865:25,
2869:5, 2880:20,
2881:17, 2884:6,
2886:19

crowds [1] - 2851:16
CRR [3] - 2825:17,
2971:3, 2971:12
Cummings [15] -
2826:6, 2842:1,
2842:5, 2852:5,
2854:5, 2854:11,
2862:8, 2868:6,
2868:14, 2872:22,
2873:16, 2874:18,
2876:8, 2884:14,
2887:8
curative [1] -
2869:24
cursive [2] -
2927:19, 2930:12
customer [1] -
2960:9
cut [3] - 2837:14,
2921:9, 2968:25

**D**

D.C [28] - 2824:6,
2824:18, 2824:21,
2825:3, 2825:6,
2825:20, 2834:16,
2835:25, 2836:7,
2836:22, 2837:23,
2840:24, 2849:20,
2858:15, 2862:15,
2864:10, 2864:20,
2865:2, 2874:22,
2881:17, 2884:16,
2885:17, 2890:5,
2890:16, 2891:24,
2909:1, 2971:14
Daddy [1] - 2874:1
Dallas [1] - 2824:25
damage [1] -
2942:11
damaged [1] -
2863:22
dance [1] - 2855:15
danger [1] - 2942:11
data [4] - 2894:7,
2898:10, 2902:15,
2931:19
date [14] - 2892:5,
2892:6, 2895:13,
2901:5, 2920:8,
2928:25, 2935:12,
2946:23, 2948:10,
2958:23, 2959:7,
2959:16, 2959:20,
2961:15
Dated [1] - 2971:10
dates [2] - 2902:16,
2908:1

Dave [1] - 2967:17
David [1] - 2896:25
DAVID [1] - 2825:14
DAY [1] - 2824:10
days [3] - 2843:5,
2901:7, 2901:9
dd [1] - 2941:11
deadline [1] - 2915:4
deal [5] - 2829:22,
2915:22, 2929:19,
2957:1, 2968:7
dealing [1] - 2841:20
debate [1] - 2840:3
December [15] -
2831:8, 2895:14,
2911:5, 2911:6,
2912:9, 2920:10,
2929:1, 2933:15,
2933:17, 2933:19,
2933:25, 2934:2,
2960:14, 2965:18,
2966:18
decide [1] - 2916:16
decimals [1] -
2945:7
decision [3] -
2828:6, 2851:15,
2917:14
decisions [1] -
2828:22
defend [1] - 2866:12
Defendant [11] -
2826:11, 2828:9,
2852:12, 2852:21,
2854:13, 2854:15,
2854:23, 2855:7,
2855:17, 2892:25,
2896:8
DEFENDANT [5] -
2824:22, 2825:2,
2825:8, 2825:11,
2825:14
defendant [2] -
2828:4, 2830:23
Defendant's [1] -
2830:3
Defendants [5] -
2824:7, 2827:23,
2831:10, 2939:15,
2942:20
defense [10] -
2827:8, 2831:23,
2837:17, 2838:17,
2883:25, 2917:15,
2918:23, 2956:21,
2964:2, 2964:6
Defense [1] -
2852:11
defensive [2] -
2858:7, 2900:19

definite [1] - 2881:14
definitely [1] -
2877:17
definition [1] -
2846:24
defy [1] - 2866:12
delay [1] - 2841:19
deliberate [1] -
2942:25
deliberations [2] -
2938:24, 2942:24
dented [1] - 2863:21
DEPARTMENT [1] -
2824:20
depiction [1] -
2853:16
Depot [1] - 2832:7
DEPUTY [4] -
2841:15, 2876:23,
2919:9, 2970:2
describe [8] -
2851:24, 2894:2,
2902:9, 2902:13,
2905:7, 2930:3,
2930:8, 2931:16
described [3] -
2839:3, 2958:7,
2958:11
description [1] -
2949:16
desire [1] - 2965:7
destruction [1] -
2888:7
detail [16] - 2849:17,
2850:6, 2850:15,
2850:19, 2851:5,
2851:22, 2852:18,
2853:17, 2853:20,
2853:22, 2855:12,
2855:16, 2855:25,
2856:1, 2931:20,
2932:11
details [2] - 2843:12,
2855:23
determination [2] -
2942:22, 2966:12
Devous [1] - 2828:14
DEVOUS [1] -
2828:14
different [15] -
2830:22, 2839:13,
2857:6, 2861:11,
2873:3, 2873:6,
2879:22, 2889:24,
2890:3, 2897:18,
2908:3, 2914:11,
2914:12, 2923:13,
2953:20
difficult [2] - 2838:3,
2839:15

difficulties [1] -
2829:19
digestible [1] -
2902:19
digital [1] - 2927:20
Direct [1] - 2826:3
direct [5] - 2830:17,
2830:22, 2857:8,
2876:11, 2882:13
DIRECT [1] -
2887:18
directing [2] -
2852:15, 2882:19
directly [3] -
2830:19, 2836:13,
2889:22
disagree [1] - 2965:4
disclosure [1] -
2968:8
discovery [2] -
2955:8, 2964:21
discretion [4] -
2828:3, 2828:21,
2828:23, 2830:1
discuss [2] -
2914:19, 2962:20
discussed [4] -
2856:23, 2857:2,
2860:18, 2872:17
discussing [3] -
2919:23, 2937:9,
2963:1
discussion [4] -
2829:11, 2837:22,
2915:24, 2939:20
discussions [5] -
2856:20, 2861:5,
2936:22, 2939:17,
2943:4
disguise [1] -
2923:25
disorder' [1] - 2942:8
disorganized [1] -
2864:11
dispute [1] - 2835:10
disregard [4] -
2843:2, 2870:12,
2871:9, 2871:18
disrupt [3] - 2867:24,
2868:16, 2880:21
disrupting [1] -
2868:17
dissimilar [1] -
2930:5
distance [1] - 2950:1
distorted [1] -
2829:18
distorting [1] -
2830:5
distortion [1] -

2829:25
district [2] - 2956:15,
2971:13
DISTRICT [4] -
2824:1, 2824:1,
2824:11, 2824:17
District [4] -
2825:18, 2825:19,
2837:6, 2971:13
disturbance [4] -
2942:9, 2942:10,
2943:22, 2943:25
divorce [1] - 2838:4
DIY [1] - 2832:10
doctrine [1] -
2844:19
document [2] -
2958:25, 2959:4
Dolan [12] - 2827:10,
2843:17, 2843:24,
2848:22, 2848:25,
2849:5, 2850:20,
2851:6, 2851:17,
2853:5, 2897:1,
2934:20
domestic [2] -
2888:6, 2888:14
don [1] - 2851:13
Donald [2] - 2934:20,
2935:1
done [15] - 2835:22,
2839:12, 2861:17,
2872:11, 2872:23,
2877:21, 2882:22,
2883:6, 2886:20,
2889:5, 2893:13,
2915:17, 2931:23,
2933:1, 2946:2
donors [1] - 2967:21
door [3] - 2886:18,
2887:1, 2887:3
Doug [1] - 2934:8,
2934:10
Douglas [3] - 2934:6,
2934:9
down [34] - 2832:14,
2837:15, 2838:16,
2861:2, 2885:10,
2885:20, 2896:13,
2909:11, 2910:23,
2911:2, 2911:5,
2913:9, 2914:18,
2915:20, 2920:17,
2921:10, 2921:21,
2922:10, 2923:3,
2925:10, 2928:18,
2929:4, 2938:5,
2942:1, 2942:14,
2942:15, 2945:21,
2946:18, 2948:13,

2960:11, 2962:19, 2964:20
**dozen** [1] - 2888:23
**draw** [1] - 2937:16
**dressed** [1] - 2855:6
**drills** [1] - 2947:24
**dropped** [3] - 2843:24, 2864:3, 2864:4
**duration** [1] - 2908:7
**during** [5] - 2831:10, 2844:1, 2857:8, 2933:7, 2967:23
**duty** [1] - 2848:7

# E

**ear** [1] - 2953:1
**easel** [1] - 2895:21
**easier** [4] - 2916:24, 2917:9, 2918:10, 2918:14
**easily** [2] - 2894:9, 2898:11
**east** [1] - 2878:14
**easy** [3] - 2841:5, 2949:23, 2957:8
**educated** [1] - 2862:21
**EDWARD** [1] - 2824:23
**Edwards** [3] - 2918:8, 2918:9, 2971:12
**EDWARDS** [19] - 2824:15, 2825:17, 2915:2, 2918:18, 2918:20, 2919:1, 2919:7, 2965:2, 2965:7, 2965:15, 2965:20, 2965:22, 2966:8, 2966:10, 2966:14, 2968:13, 2968:23, 2969:24, 2971:3
**effect** [5] - 2830:5, 2832:8, 2834:20, 2835:3, 2872:7
**effective** [2] - 2949:22, 2950:1
**effectively** [1] - 2879:16
**either** [13] - 2835:5, 2839:24, 2843:12, 2846:22, 2849:13, 2868:22, 2870:25, 2871:1, 2871:16, 2942:23, 2953:23, 2969:13

**elected** [3] - 2843:12, 2844:16
**election** [4] - 2881:4, 2906:18, 2914:9, 2967:20
**elicit** [1] - 2899:14
**eliminate** [1] - 2927:19
**Ellipse** [14] - 2845:6, 2848:23, 2849:7, 2849:18, 2850:1, 2850:6, 2850:22, 2851:12, 2853:18, 2875:9, 2878:11, 2884:9, 2884:25, 2885:13
**ELMER** [1] - 2824:6
**email** [19] - 2911:10, 2924:12, 2924:13, 2924:14, 2924:17, 2925:21, 2926:18, 2926:19, 2927:8, 2929:4, 2929:5, 2929:7, 2929:10, 2945:21, 2946:11, 2948:17, 2960:7, 2960:15, 2969:13
**emailed** [1] - 2929:10
**emails** [3] - 2915:14, 2918:17, 2964:4
**emergency** [1] - 2875:10
**employ** [2] - 2906:20, 2906:23
**employment** [1] - 2842:24
**encountered** [1] - 2924:1
**encouraging** [1] - 2840:18
**encrypted** [3] - 2911:11, 2911:12, 2931:2
**end** [11] - 2847:24, 2865:5, 2906:1, 2911:11, 2915:7, 2931:2, 2943:3, 2943:23, 2956:16
**end-to-end** [2] - 2911:11, 2931:2
**ended** [1] - 2848:19
**ending** [2] - 2922:7, 2923:5
**enforcement** [2] - 2857:18, 2857:24
**engaged** [1] - 2860:16
**enlarge** [2] - 2891:14, 2948:1

**ensure** [5] - 2904:9, 2904:13, 2904:17, 2931:23, 2932:13
**entered** [17] - 2841:16, 2854:14, 2871:9, 2880:17, 2890:23, 2894:19, 2900:12, 2905:2, 2913:5, 2919:10, 2926:11, 2928:16, 2932:21, 2940:20, 2945:19, 2953:15, 2958:3
**entering** [1] - 2869:21
**entire** [2] - 2844:1, 2845:11
**entirely** [1] - 2880:3
**entirety** [2] - 2828:7, 2894:14
**entry** [1] - 2886:25
**environment** [1] - 2839:15
**equipment** [3] - 2849:1, 2849:8, 2851:10
**equivocal** [1] - 2879:11
**escort** [1] - 2875:8
**escorted** [1] - 2848:22
**escorting** [2] - 2853:5, 2878:11
**ESQ** [14] - 2824:14, 2824:15, 2824:15, 2824:16, 2824:19, 2824:19, 2824:22, 2824:23, 2824:23, 2825:2, 2825:4, 2825:8, 2825:11, 2825:14
**essentially** [4] - 2837:12, 2856:24, 2857:3, 2963:4
**establish** [1] - 2926:3
**established** [1] - 2919:2
**estimation** [1] - 2882:22
**et** [1] - 2824:6
**evening** [3] - 2848:1, 2848:17, 2962:16
**event** [6] - 2843:6, 2848:1, 2848:3, 2850:22, 2853:6, 2884:9
**events** [3] - 2831:9, 2846:25, 2847:3
**Evidence** [1] -

2879:10
**EVIDENCE** [1] - 2826:10
**evidence** [50] - 2828:22, 2828:24, 2829:16, 2829:17, 2830:9, 2830:10, 2831:16, 2836:3, 2838:10, 2854:14, 2869:2, 2869:3, 2869:8, 2869:21, 2869:24, 2870:3, 2870:5, 2871:2, 2871:10, 2871:13, 2871:14, 2871:18, 2878:20, 2880:17, 2884:12, 2889:8, 2890:23, 2894:14, 2894:19, 2900:12, 2905:2, 2913:5, 2919:5, 2926:11, 2928:16, 2932:21, 2939:3, 2940:20, 2942:18, 2945:19, 2953:12, 2953:15, 2956:6, 2956:11, 2956:13, 2957:24, 2958:3, 2958:20, 2961:10, 2963:5
**ex** [1] - 2947:11
**ex-military** [1] - 2947:11
**exact** [1] - 2873:20
**exactly** [4] - 2845:15, 2867:19, 2868:8, 2876:2
**examination** [7] - 2828:8, 2865:25, 2869:5, 2880:20, 2881:17, 2884:6, 2886:19
**EXAMINATION** [5] - 2842:3, 2856:12, 2862:6, 2865:23, 2887:18
**example** [1] - 2840:14
**Excel** [1] - 2902:13
**except** [1] - 2897:9
**exception** [1] - 2832:4
**exceptions** [1] - 2835:5
**excerpt** [1] - 2955:17
**excerpts** [4] - 2955:10, 2955:12, 2956:5, 2956:7
**exchange** [1] - 2845:19
**exclude** [1] - 2829:6

**excluded** [1] - 2829:4
**excluding** [1] - 2828:4
**exclusion** [3] - 2829:3, 2829:8, 2830:13
**excuse** [3] - 2858:23, 2873:5, 2886:11
**excused** [3] - 2887:10, 2887:11, 2962:24
**execute** [1] - 2927:21
**executed** [4] - 2924:24, 2925:6, 2925:7, 2926:15
**exhibit** [27] - 2865:20, 2883:25, 2889:16, 2891:5, 2891:10, 2899:21, 2901:22, 2903:7, 2904:8, 2907:9, 2909:13, 2912:3, 2913:7, 2917:25, 2921:8, 2924:8, 2926:21, 2940:17, 2942:17, 2951:25, 2952:6, 2953:25, 2954:10, 2956:20, 2967:9, 2967:11, 2968:25
**Exhibit** [44] - 2826:11, 2826:12, 2826:13, 2826:13, 2826:14, 2826:14, 2826:15, 2826:16, 2826:16, 2826:17, 2826:17, 2826:18, 2852:11, 2852:13, 2852:22, 2854:13, 2854:16, 2854:24, 2855:8, 2855:18, 2880:16, 2889:13, 2890:11, 2890:22, 2893:17, 2893:20, 2894:18, 2896:14, 2900:11, 2900:5, 2913:4, 2926:10, 2928:15, 2932:20, 2940:19, 2944:20, 2945:16, 2950:9, 2950:17, 2950:21, 2951:7, 2953:14, 2958:2, 2958:4
**Exhibits** [2] - 2901:17, 2902:7
**EXHIBITS** [1] - 2826:10
**exhibits** [11] -

2846:7, 2901:25,
2902:18, 2902:23,
2903:11, 2904:21,
2945:11, 2955:4,
2955:8, 2962:10,
2963:7

**exists** [1] - 2965:24

**exited** [3] - 2887:2,
2914:16, 2962:17

**expect** [3] - 2855:24,
2882:23, 2883:7

**expected** [2] -
2841:21, 2963:18

**expecting** [1] -
2915:13

**expeditiously** [1] -
2830:1

**expensive** [1] -
2863:18

**experience** [3] -
2855:22, 2883:1,
2947:10

**explain** [4] -
2830:10, 2912:12,
2936:17, 2938:19

**expressing** [1] -
2860:19

**extent** [5] - 2831:15,
2853:8, 2854:5,
2917:10, 2918:15

**extra** [2] - 2947:22

**extract** [1] - 2889:21

**extremely** [1] -
2937:13

---

# F

**F.2d** [1] - 2829:12

**Facebook** [11] -
2827:4, 2827:13,
2830:15, 2836:5,
2893:21, 2894:2,
2894:3, 2895:3,
2895:5, 2895:8,
2895:18

**facility** [2] - 2950:4,
2950:7

**Facility** [1] - 2950:7

**fact** [10] - 2833:9,
2836:19, 2837:4,
2838:13, 2839:5,
2840:11, 2840:15,
2858:11, 2872:1,
2963:14

**factor** [1] - 2843:11

**facts** [1] - 2833:15

**fail** [2] - 2867:21,
2868:9

**failed** [2] - 2867:20,

---

2868:8

**fair** [21] - 2829:13,
2840:24, 2845:4,
2853:16, 2856:2,
2859:3, 2862:18,
2862:19, 2864:8,
2867:11, 2874:21,
2877:6, 2890:15,
2894:11, 2899:1,
2928:6, 2930:14,
2930:15, 2933:10,
2944:13, 2952:1

**fairly** [3] - 2863:18,
2864:11, 2881:15

**fairness** [2] -
2829:16, 2830:7

**Faith** [1] - 2896:25

**falling** [1] - 2832:3

**familiar** [4] -
2847:20, 2862:14,
2862:25, 2914:7

**far** [8] - 2847:17,
2849:15, 2860:13,
2864:19, 2881:2,
2909:22, 2961:3,
2961:8

**fast** [1] - 2950:1

**FBI** [6] - 2887:25,
2911:13, 2924:23,
2927:21, 2931:15,
2952:3

**features** [1] -
2913:21

**February** [1] -
2888:24

**felt** [1] - 2859:16

**few** [5] - 2843:5,
2862:8, 2916:24,
2918:2, 2918:10

**Fi** [1] - 2910:9

**field** [3] - 2888:10,
2888:11, 2889:4

**Fifth** [1] - 2828:3

**fifth** [1] - 2967:22

**fight** [2] - 2944:12

**figure** [2] - 2908:14,
2956:15

**figured** [1] - 2909:6

**filed** [1] - 2915:5

**filing** [1] - 2965:3

**filings** [1] - 2916:8

**fill** [1] - 2833:16

**filled** [1] - 2929:18

**filter** [2] - 2917:6,
2918:16

**final** [6] - 2861:24,
2906:6, 2908:18,
2922:13, 2934:12

**financial** [1] - 2888:4

**fine** [5] - 2847:22,

---

2868:3, 2911:1,
2915:8, 2957:2

**finish** [3] - 2846:15,
2898:20, 2951:6

**firearm** [9] - 2827:4,
2827:6, 2863:6,
2863:16, 2863:25,
2864:4, 2864:5,
2864:20, 2865:7

**firearms** [3] - 2827:9,
2939:9, 2939:12

**firm** [1] - 2877:5

**First** [1] - 2885:17

**first** [30] - 2827:24,
2837:16, 2862:12,
2862:25, 2870:2,
2879:6, 2879:7,
2881:22, 2887:22,
2891:12, 2894:23,
2905:17, 2907:18,
2908:19, 2908:20,
2910:12, 2916:15,
2919:1, 2920:20,
2921:8, 2922:18,
2925:16, 2926:12,
2930:21, 2932:23,
2932:25, 2934:18,
2958:25, 2963:10,
2963:25

**Fischer** [3] - 2862:5,
2865:15, 2883:16

**FISCHER** [9] -
2825:14, 2825:15,
2862:7, 2864:15,
2864:17, 2864:18,
2865:13, 2882:25,
2928:12

**fit** [1] - 2874:3

**five** [13] - 2853:14,
2856:17, 2888:2,
2922:18, 2946:1,
2946:2, 2947:7,
2947:12, 2960:12,
2960:13, 2960:16,
2960:17

**five-hour** [1] -
2946:1

**five-person** [1] -
2947:7

**fix** [1] - 2871:25

**FL** [3] - 2871:24,
2898:9, 2935:7

**flag** [6] - 2915:5,
2915:9, 2928:18,
2966:14, 2967:5,
2968:14

**flagged** [4] - 2915:3,
2966:15, 2967:5,
2967:25

**flip** [1] - 2926:4

---

**Florence** [1] -
2923:14

**Florida** [39] - 2846:8,
2846:18, 2866:6,
2872:5, 2872:6,
2875:7, 2881:9,
2892:13, 2895:20,
2897:22, 2899:1,
2899:25, 2901:10,
2909:1, 2909:14,
2914:8, 2922:21,
2922:23, 2923:2,
2923:4, 2928:24,
2936:2, 2936:21,
2937:6, 2937:15,
2938:5, 2938:10,
2938:17, 2938:22,
2939:14, 2939:18,
2941:7, 2941:11,
2942:4, 2942:19,
2942:21, 2942:23

**focus** [1] - 2829:24

**focusing** [2] -
2933:3, 2933:4

**folks** [3] - 2837:24,
2838:15, 2938:20

**followed** [2] -
2922:25, 2934:19

**following** [25] -
2837:22, 2841:17,
2867:22, 2868:25,
2871:12, 2872:15,
2879:4, 2880:8,
2886:13, 2887:6,
2899:6, 2900:8,
2901:20, 2902:4,
2903:4, 2903:13,
2914:17, 2914:24,
2919:11, 2936:18,
2940:14, 2943:9,
2954:6, 2957:11,
2962:18

**follows** [4] -
2835:20, 2837:25,
2938:18, 2956:5

**followup** [2] -
2936:24, 2937:1

**food** [2] - 2848:19

**footnote** [1] - 2967:6

**FOR** [9] - 2824:1,
2824:14, 2824:17,
2824:22, 2825:2,
2825:8, 2825:11,
2825:14, 2826:5

**force** [1] - 2888:9

**foregoing** [1] -
2971:4

**form** [14] - 2850:9,
2851:2, 2882:18,
2894:4, 2894:6,

---

2898:11, 2925:1,
2928:24, 2929:18,
2937:16, 2959:11,
2959:13, 2959:25,
2962:1

**formally** [1] -
2942:24

**format** [3] - 2890:2,
2894:9, 2902:19

**formed** [2] - 2856:23,
2857:3

**FORMERFEDSGR
OUP.COM** [1] - 2825:8

**forth** [1] - 2918:23

**forward** [5] -
2897:24, 2944:2,
2946:15, 2950:20,
2962:15

**forwarded** [1] -
2838:1

**foul** [3] - 2871:16,
2871:20, 2871:21

**foundation** [8] -
2835:4, 2871:25,
2877:3, 2899:9,
2901:19, 2939:1,
2951:24, 2956:7

**founders** [1] -
2866:19

**four** [1] - 2856:16

**fourth** [2] - 2905:23,
2953:2

**Fox** [1] - 2881:13

**frame** [1] - 2830:13

**fraud** [1] - 2888:5

**free** [2] - 2913:19,
2913:20

**Friday** [4] - 2960:12,
2960:16, 2960:20,
2965:20

**front** [7] - 2848:3,
2848:4, 2878:3,
2891:10, 2905:5,
2954:11, 2957:14

**Front** [1] - 2825:12

**frustrating** [1] -
2969:2

**frustration** [1] -
2860:20

**fulfill** [1] - 2829:14

**full** [8] - 2946:14,
2951:3, 2954:8,
2954:9, 2955:6,
2955:21, 2964:21,
2971:5

**function** [1] -
2829:14

**future** [1] - 2835:11

**FYI** [3] - 2834:7,
2834:10, 2835:16

2981

# G

**game** [2] - 2840:25, 2877:6
**garage** [2] - 2849:1, 2849:9
**gather** [2] - 2834:18, 2870:20
**Gator** [31] - 2892:7, 2892:13, 2896:23, 2896:24, 2897:4, 2898:15, 2898:16, 2898:17, 2898:18, 2899:10, 2900:16, 2900:24, 2906:14, 2907:3, 2909:4, 2909:7, 2909:21, 2910:6, 2910:22, 2910:24, 2930:21, 2935:11, 2939:1, 2940:1, 2940:25, 2943:20, 2944:8, 2944:9, 2944:14
**gator** [2] - 2943:12, 2944:6
**gear** [3] - 2851:13, 2946:15, 2947:8
**generally** [7] - 2902:9, 2910:1, 2910:15, 2920:3, 2921:3, 2934:8, 2959:1
**gentleman** [4] - 2840:10, 2854:18, 2855:2, 2855:10
**gentlemen** [10] - 2837:5, 2838:8, 2840:15, 2841:19, 2843:2, 2914:13, 2919:13, 2942:16, 2962:14, 2967:17
**genuinely** [2] - 2841:9, 2916:13
**GenX** [3] - 2897:2, 2925:12
**GEYER** [29] - 2825:8, 2842:4, 2842:18, 2842:19, 2843:4, 2844:7, 2844:13, 2844:22, 2846:16, 2847:9, 2851:3, 2851:4, 2851:21, 2852:3, 2852:7, 2852:11, 2852:14, 2852:23, 2853:12, 2854:2, 2854:17, 2855:1, 2855:9, 2855:21, 2856:7, 2893:2, 2898:17,

2899:18, 2951:11
**Geyer** [4] - 2842:7, 2851:24, 2853:25, 2856:9
**Geyer's** [1] - 2843:2
**GG** [1] - 2897:3
**given** [4] - 2830:25, 2831:1, 2831:18
**Glen** [1] - 2825:16
**gmail** [2] - 2924:24, 2925:6
**gonna** [1] - 2874:6
**Google** [2] - 2911:12, 2925:13
**GoToMeeting** [19] - 2901:8, 2901:13, 2901:14, 2901:18, 2902:10, 2903:22, 2904:3, 2904:8, 2904:12, 2904:16, 2907:5, 2909:14, 2910:16, 2920:4, 2921:4, 2923:10, 2923:20, 2924:8, 2924:13
**GoToMeetings** [7] - 2901:11, 2901:13, 2905:14, 2907:13, 2907:19, 2907:25, 2908:24
**Government** [41] - 2827:9, 2830:6, 2831:13, 2832:17, 2833:6, 2833:24, 2834:9, 2834:18, 2834:24, 2835:2, 2836:16, 2838:18, 2839:11, 2840:4, 2840:8, 2841:8, 2846:6, 2847:11, 2856:16, 2857:7, 2857:11, 2869:18, 2870:15, 2887:12, 2916:3, 2916:20, 2917:10, 2918:15, 2938:1, 2939:6, 2944:24, 2945:3, 2950:9, 2955:7, 2957:18, 2963:8, 2964:1, 2964:2, 2965:16, 2966:4, 2967:6
**GOVERNMENT** [3] - 2824:14, 2826:5, 2887:14
**government** [2] - 2832:9, 2836:8
**Government's** [22] - 2880:16, 2890:22, 2894:18, 2900:11,

2902:7, 2905:1, 2913:4, 2926:10, 2928:15, 2932:20, 2940:19, 2944:20, 2945:16, 2950:17, 2950:21, 2951:7, 2953:14, 2955:4, 2958:2, 2958:4, 2965:23, 2967:1
**government's** [11] - 2826:12, 2826:13, 2826:13, 2826:14, 2826:14, 2826:14, 2826:15, 2826:16, 2826:16, 2826:17, 2826:17, 2826:18
**Governor** [1] - 2825:15
**grand** [12] - 2857:9, 2857:12, 2857:16, 2857:17, 2875:25, 2876:8, 2877:4, 2878:3, 2878:7, 2878:16, 2879:19, 2880:11
**gray** [2] - 2884:22, 2896:6
**Gray's** [1] - 2927:17
**Graydon** [4] - 2897:2, 2924:24, 2925:5, 2925:10
**GraydonPYoung@ gmail.com** [2] - 2926:16, 2926:19
**great** [2] - 2874:1, 2883:6
**Greene** [5] - 2934:21, 2934:23, 2934:25
**Greg** [1] - 2967:18
**ground** [4] - 2889:12, 2892:13, 2964:17, 2968:20
**grounding** [1] - 2830:7
**group** [13] - 2850:23, 2853:21, 2864:11, 2866:6, 2875:24, 2897:15, 2897:17, 2935:5, 2935:7, 2937:12, 2960:12, 2960:16, 2966:24
**groups** [1] - 2837:6
**guess** [10] - 2829:6, 2830:24, 2862:21, 2867:22, 2868:15, 2870:14, 2916:18, 2916:20, 2952:10
**guessing** [1] - 2929:19

**guillotine** [1] - 2832:7
**gun** [2] - 2846:6, 2863:4, 2863:12, 2863:13
**gunfight** [1] - 2949:25
**gunfighting** [1] - 2949:23
**guns** [5] - 2837:23, 2847:17, 2863:18, 2946:15, 2948:21
**gut** [1] - 2874:1
**guy** [1] - 2840:16
**guys** [2] - 2836:9, 2927:16

# H

**H-1** [9] - 2826:11, 2852:11, 2852:13, 2852:22, 2854:13, 2854:16, 2854:24, 2855:8, 2855:18
**H-A-G-G-M-A-N** [1] - 2833:20
**H-A-R-R-I-S** [1] - 2887:23
**H-A-T-S-Y** [1] - 2896:25
**Hackett** [25] - 2827:11, 2896:21, 2896:24, 2920:12, 2920:15, 2920:18, 2920:19, 2920:22, 2921:6, 2921:17, 2922:6, 2923:1, 2923:20, 2924:10, 2924:22, 2926:25, 2927:1, 2927:2, 2929:3, 2948:7, 2952:25, 2959:5, 2960:1, 2961:5
**Hackett's** [4] - 2927:22, 2928:7, 2928:21, 2929:23
**Haggman** [2] - 2833:20, 2834:3
**half** [3] - 2888:2, 2905:10, 2921:9
**Haller** [3] - 2871:22, 2894:15, 2954:23
**HALLER** [20] - 2825:4, 2825:5, 2871:22, 2882:18, 2898:14, 2899:19, 2901:19, 2902:1, 2925:1, 2953:23, 2954:14, 2954:17,

2954:25, 2955:14, 2955:17, 2955:20, 2955:22, 2956:9, 2957:9, 2961:14
**hand** [9] - 2855:10, 2884:23, 2885:6, 2891:13, 2894:24, 2909:22, 2927:7, 2949:7, 2965:16
**handed** [1] - 2966:19
**handles** [1] - 2868:22
**handwriting** [4] - 2930:5, 2930:8, 2930:11, 2930:15
**handwritten** [4] - 2926:4, 2927:15, 2929:17, 2930:4
**hang** [5] - 2878:25, 2937:19, 2954:4, 2955:1
**hangout** [6] - 2871:24, 2872:6, 2898:9, 2899:2, 2935:7, 2939:14
**happy** [8] - 2837:17, 2883:7, 2903:10, 2915:6, 2937:7, 2947:23, 2964:12, 2965:16
**hard** [1] - 2830:24
**harm** [3] - 2871:16, 2871:20, 2871:21
**Harrelson** [37] - 2842:7, 2845:1, 2849:5, 2850:20, 2851:6, 2851:17, 2853:5, 2888:25, 2889:6, 2892:15, 2892:22, 2893:4, 2896:20, 2896:24, 2897:8, 2905:16, 2906:9, 2907:4, 2907:12, 2908:25, 2909:4, 2909:14, 2909:19, 2910:6, 2931:21, 2932:12, 2933:4, 2933:19, 2934:19, 2947:14, 2948:7, 2952:24, 2959:5, 2959:14, 2960:1, 2961:5, 2961:25
**HARRELSON** [1] - 2825:8
**Harrelson's** [13] - 2826:11, 2842:14, 2842:17, 2852:12, 2852:21, 2854:13, 2854:15, 2854:23,

2982

2855:7, 2855:17,
2889:11, 2896:5,
2906:13
  **HARRIS** [1] -
2887:14
  **Harris** [29] - 2826:8,
2887:13, 2887:15,
2887:22, 2891:10,
2892:15, 2894:21,
2905:12, 2913:12,
2914:18, 2919:16,
2919:19, 2922:5,
2925:5, 2925:9,
2925:18, 2926:14,
2928:4, 2940:22,
2942:3, 2945:25,
2949:10, 2949:21,
2952:19, 2957:14,
2958:7, 2958:25,
2960:6, 2962:19
  **Harrisburg** [1] -
2825:13
  **hat** [3] - 2855:3,
2855:4, 2961:7
  **Hatsy** [1] - 2896:25
  **head** [1] - 2937:2
  **heading** [1] - 2883:7
  **heads** [1] - 2838:2
  **heads-up** [1] -
2838:2
  **healthcare** [1] -
2888:4
  **hear** [7] - 2845:11,
2845:23, 2870:4,
2870:18, 2882:12,
2896:16, 2958:7
  **heard** [21] - 2837:7,
2840:16, 2845:1,
2847:5, 2858:19,
2858:20, 2858:21,
2858:24, 2859:1,
2860:5, 2860:8,
2861:5, 2861:15,
2869:5, 2870:12,
2881:18, 2881:22,
2882:6, 2886:16,
2886:19, 2886:24
  **hearing** [1] - 2860:19
  **hearsay** [8] -
2827:21, 2832:4,
2832:21, 2833:1,
2833:8, 2834:18,
2834:23
  **heat** [1] - 2839:14
  **help** [13] - 2842:22,
2862:1, 2882:11,
2882:23, 2883:6,
2886:16, 2904:4,
2904:9, 2904:13,
2904:17, 2932:13,

2935:18, 2941:4
  **helped** [5] - 2842:16,
2842:21, 2886:23,
2893:9, 2903:20
  **helpful** [3] - 2833:16,
2965:22, 2969:16
  **helping** [1] - 2882:7
  **hereby** [1] - 2971:3
  **hi** [1] - 2915:2
  **hide** [2] - 2912:18,
2923:24
  **highest** [1] - 2954:18
  **highlight** [3] -
2908:19, 2914:5,
2920:5
  **highlighted** [2] -
2876:12, 2966:8
  **highly** [1] - 2937:11
  **Highway** [1] -
2825:15
  **hold** [2] - 2876:21,
2919:4
  **hole** [1] - 2838:17
  **Home** [1] - 2832:6
  **home** [5] - 2882:14,
2882:17, 2882:23,
2883:8, 2887:10
  **homestretch** [1] -
2919:13
  **Honor** [67] - 2828:19,
2836:15, 2837:11,
2837:20, 2841:13,
2842:25, 2844:4,
2844:20, 2852:3,
2858:5, 2865:14,
2865:17, 2867:25,
2868:20, 2868:23,
2869:13, 2870:24,
2871:22, 2872:13,
2873:5, 2876:18,
2877:21, 2885:22,
2886:9, 2887:4,
2890:18, 2890:20,
2893:2, 2894:13,
2899:19, 2901:16,
2901:19, 2902:21,
2903:1, 2904:20,
2910:21, 2913:2,
2915:2, 2915:5,
2918:18, 2919:7,
2925:23, 2925:25,
2928:9, 2932:3,
2932:16, 2936:7,
2936:11, 2936:16,
2937:18, 2939:8,
2939:10, 2940:13,
2941:18, 2945:5,
2951:12, 2952:16,
2954:1, 2956:1,
2956:9, 2956:19,

2958:19, 2959:21,
2963:9, 2967:13,
2968:10, 2968:23
  **HONORABLE** [1] -
2824:11
  **hopefully** [2] -
2849:17, 2900:4
  **host** [1] - 2901:15
  **hosted** [2] - 2901:11,
2908:24
  **hotel** [10] - 2846:19,
2848:15, 2858:14,
2858:21, 2858:22,
2858:24, 2858:25,
2864:4, 2864:6,
2865:7
  **hour** [1] - 2946:1
  **hours** [5] - 2849:9,
2947:7, 2960:12,
2960:17, 2969:2
  **house** [4] - 2927:22,
2928:7, 2928:21,
2929:23
  **House** [1] - 2885:1
  **HUGHES** [1] -
2824:19
  **human** [1] - 2845:21
  **hundreds** [4] -
2894:5, 2916:19,
2931:18

I

  **ID** [4] - 2908:3,
2908:4, 2908:10,
2920:12
  **idea** [2] - 2839:12,
2870:23
  **ideas** [1] - 2832:10
  **identification** [6] -
2892:25, 2893:4,
2896:8, 2896:11,
2901:24, 2932:4
  **identified** [8] -
2848:13, 2897:9,
2917:7, 2920:14,
2930:22, 2934:16,
2957:20, 2966:23
  **identify** [16] -
2852:25, 2853:23,
2854:11, 2892:17,
2892:19, 2896:2,
2897:6, 2916:6,
2917:12, 2918:16,
2934:3, 2934:23,
2952:23, 2953:9,
2961:2, 2961:14
  **identities** [1] -
2927:7

  **identity** [3] -
2908:15, 2920:14,
2924:20
  **III** [1] - 2824:6
  **illegal** [1] - 2846:13
  **image** [2] - 2941:15,
2953:8
  **immediate** [1] -
2942:10
  **immediately** [1] -
2940:3
  **impeach** [1] -
2879:23
  **impeached** [1] -
2877:24
  **impeaching** [1] -
2876:24
  **impeachment** [2] -
2877:3, 2877:22
  **important** [4] -
2836:2, 2865:5,
2874:25, 2927:6
  **impounded** [2] -
2847:18, 2847:21
  **impression** [1] -
2870:3
  **IN** [1] - 2826:10
  **in-court** [4] -
2892:24, 2893:3,
2896:7, 2896:10
  **inadmissible** [3] -
2829:15, 2840:1,
2840:3
  **inappropriate** [1] -
2860:23
  **inch** [1] - 2885:5
  **include** [7] - 2828:7,
2909:10, 2924:17,
2933:9, 2943:24,
2945:7, 2955:9
  **included** [2] -
2850:19, 2955:10
  **includes** [3] -
2835:17, 2836:6,
2953:17
  **including** [6] -
2842:24, 2889:8,
2902:16, 2945:14,
2961:24
  **inconsistent** [5] -
2879:13, 2879:24,
2879:25, 2880:4
  **incorporate** [1] -
2830:8
  **independent** [1] -
2939:2
  **indicate** [1] - 2871:4
  **indicated** [3] -
2857:16, 2871:5,
2871:6

  **identity** [3] -
  **individual** [7] -
2836:5, 2836:9,
2836:11, 2942:12,
2951:1, 2963:21,
2964:10
  **individuals** [6] -
2931:10, 2943:5,
2952:23, 2966:21,
2966:22, 2966:24
  **indulgence** [6] -
2858:4, 2864:17,
2876:3, 2890:19,
2912:25, 2936:10
  **inflammatory** [3] -
2833:22, 2840:23
  **info** [1] - 2927:6
  **informally** [1] -
2942:25
  **information** [9] -
2875:10, 2875:13,
2881:15, 2910:6,
2910:8, 2912:7,
2912:14, 2923:19,
2924:15
  **initial** [1] - 2940:9
  **injured** [1] - 2858:1
  **injury** [1] - 2942:11
  **innocent** [1] -
2864:22
  **inquiry** [1] - 2830:2
  **inside** [6] - 2880:25,
2882:1, 2886:17,
2886:23, 2897:6,
2897:15
  **insinuating** [1] -
2834:12
  **insofar** [1] - 2832:2
  **instance** [2] -
2916:15, 2919:1
  **instances** [1] -
2968:7
  **instead** [1] - 2869:17
  **instruct** [1] - 2838:6,
2871:17, 2938:21
  **instructed** [2] -
2870:12, 2871:8
  **instruction** [10] -
2869:24, 2873:8,
2873:10, 2917:15,
2917:18, 2937:8,
2940:12, 2941:19,
2942:17, 2943:17
  **instructions** [1] -
2943:2
  **instructor** [2] -
2939:9, 2939:12
  **instructors** [2] -
2935:17, 2941:3
  **insurrection** [1] -
2844:2

**intending** [4] - 2832:19, 2837:9, 2839:11, 2938:1
**intent** [6] - 2835:11, 2836:3, 2836:25, 2883:19, 2883:22, 2937:12
**intention** [2] - 2860:14, 2872:25
**interaction** [1] - 2845:22
**interactions** [1] - 2856:17
**interested** [2] - 2946:1, 2947:8
**international** [2] - 2888:6, 2888:14
**internet** [2] - 2910:2, 2910:3
**interpret** [1] - 2839:7
**interpretation** [1] - 2944:4
**interpreted** [1] - 2830:8
**interrupt** [2] - 2833:12, 2898:15
**interviews** [1] - 2889:7
**intricacies** [1] - 2875:5
**introduce** [5] - 2827:10, 2835:8, 2870:16, 2887:20, 2916:3
**introduced** [3] - 2830:6, 2830:10, 2846:7
**introducing** [1] - 2832:18
**invaded** [1] - 2874:4
**investigate** [4] - 2888:6, 2888:16, 2893:9, 2949:10
**investigated** [2] - 2888:3, 2888:4
**investigating** [7] - 2888:13, 2888:22, 2888:25, 2889:6, 2893:7, 2896:18, 2896:20
**investigation** [8] - 2847:24, 2889:7, 2889:10, 2893:13, 2897:9, 2912:7, 2953:3, 2961:20
**investigations** [2] - 2893:8, 2924:1
**investigative** [1] - 2889:9
**invited** [1] - 2963:4

**involved** [13] - 2830:22, 2843:12, 2851:16, 2874:21, 2888:22, 2893:6, 2896:18, 2896:19, 2935:17, 2941:3, 2963:17
**involves** [1] - 2937:6
**involving** [3] - 2888:19, 2888:21, 2942:9
**IP** [19] - 2902:16, 2906:3, 2909:10, 2909:23, 2909:24, 2910:1, 2910:2, 2910:5, 2910:8, 2910:9, 2910:19, 2912:4, 2912:18, 2922:3, 2923:4, 2923:12, 2923:25, 2926:24
**IPs** [2] - 2922:6, 2922:7
**irrespective** [1] - 2964:5
**Isaacs** [1] - 2897:1
**issue** [14] - 2827:6, 2827:13, 2827:19, 2827:20, 2827:25, 2833:2, 2836:14, 2914:12, 2918:21, 2963:2, 2963:10, 2964:16, 2965:3, 2967:10
**issues** [5] - 2827:3, 2829:24, 2918:20, 2968:5, 2969:22
**Italy** [1] - 2923:14
**item** [1] - 2881:16
**items** [3] - 2927:24, 2928:6, 2928:21
**itself** [4] - 2832:12, 2833:8, 2860:5, 2955:19

---

## J

**J.C** [2] - 2915:3, 2969:14
**J.W** [3] - 2921:19, 2921:24, 2922:6
**James** [4] - 2933:24, 2933:25, 2934:1, 2934:3
**JAMES** [1] - 2824:23
**Jan** [3] - 2890:5, 2890:16, 2891:24
**January** [30] - 2831:9, 2840:22,

2843:5, 2843:7, 2843:22, 2843:23, 2846:22, 2862:16, 2865:3, 2867:15, 2880:22, 2881:1, 2881:12, 2881:22, 2883:20, 2885:17, 2888:12, 2888:15, 2888:20, 2889:12, 2892:6, 2893:8, 2897:13, 2924:23, 2927:21, 2929:23, 2934:13, 2934:17, 2934:18
**Jason** [9] - 2843:17, 2848:19, 2848:21, 2848:25, 2849:5, 2849:13, 2853:5, 2853:10, 2896:25
**JEFFREY** [1] - 2824:15
**Jeremy** [6] - 2877:14, 2877:15, 2878:12, 2880:1, 2897:3, 2897:10
**Jersey** [1] - 2825:10
**Jessica** [1] - 2856:15
**job** [1] - 2842:24
**Joe** [6] - 2921:17, 2924:9, 2927:1, 2927:2, 2948:7
**jog** [1] - 2849:4
**jogged** [1] - 2849:8
**John** [3] - 2926:21, 2926:25, 2927:1
**JohnWillow23@ protonmail** [1] - 2924:21
**JohnWillow23@ protonmail.com** [3] - 2924:18, 2926:20, 2929:6
**join** [1] - 2840:18
**joined** [3] - 2840:17, 2849:6, 2939:1
**joining** [1] - 2837:1
**joint** [1] - 2888:9
**Jonathan** [2] - 2856:14, 2872:2
**JONATHAN** [1] - 2825:11
**Joseph** [13] - 2896:21, 2896:24, 2920:14, 2920:18, 2920:22, 2922:6, 2924:22, 2927:22, 2929:3, 2952:25, 2959:5, 2960:1, 2961:5
**Joshua** [1] - 2933:23

**JR** [3] - 2824:15, 2824:23, 2825:2
**JTTF** [2] - 2888:5, 2888:8
**Judge** [3] - 2870:11, 2880:5, 2937:23
**JUDGE** [1] - 2824:11
**judge** [4] - 2828:4, 2830:2, 2911:14, 2944:4
**Juli** [1] - 2871:22
**JULI** [2] - 2825:4, 2825:5
**jury** [72] - 2827:15, 2834:9, 2838:3, 2840:4, 2841:15, 2841:16, 2854:11, 2857:9, 2857:12, 2857:16, 2857:17, 2869:1, 2869:20, 2870:7, 2870:12, 2871:4, 2871:8, 2871:17, 2873:1, 2873:11, 2873:14, 2875:25, 2876:8, 2876:22, 2877:4, 2878:3, 2878:7, 2878:16, 2879:5, 2879:19, 2880:11, 2886:14, 2887:21, 2890:25, 2891:12, 2891:17, 2892:5, 2894:9, 2895:2, 2897:5, 2898:11, 2899:7, 2901:21, 2902:19, 2903:5, 2905:8, 2907:7, 2907:23, 2908:22, 2909:6, 2914:16, 2915:9, 2919:4, 2919:9, 2919:10, 2928:20, 2928:23, 2929:15, 2931:23, 2933:1, 2933:15, 2935:5, 2936:19, 2936:21, 2937:16, 2937:22, 2938:21, 2940:12, 2954:7, 2956:13, 2959:25, 2962:17
**JURY** [1] - 2824:10
**jury's** [1] - 2920:2
**JUSTICE** [1] - 2824:20
**JUSTIN** [1] - 2824:19

---

## K

**K-E-L-S-E-Y** [1] - 2887:22

**Kane** [1] - 2897:4
**Kate** [2] - 2935:17, 2941:3
**KATHRYN** [1] - 2824:14
**keep** [5] - 2846:19, 2863:20, 2896:15, 2954:19, 2962:9
**Keeper** [7] - 2844:18, 2846:25, 2847:3, 2848:12, 2848:14, 2855:3, 2939:13
**Keepers** [19] - 2839:19, 2851:10, 2854:19, 2864:8, 2865:2, 2865:8, 2866:7, 2872:5, 2875:20, 2875:21, 2880:20, 2880:21, 2889:11, 2901:11, 2908:6, 2909:15, 2914:8, 2928:24, 2961:24
**Kelly** [35] - 2853:20, 2867:3, 2875:7, 2882:6, 2882:10, 2892:8, 2893:12, 2895:16, 2895:19, 2895:23, 2896:20, 2896:23, 2909:5, 2912:8, 2913:8, 2931:20, 2935:11, 2944:10, 2944:17, 2946:5, 2946:12, 2947:4, 2947:13, 2948:4, 2948:6, 2948:17, 2951:5, 2953:10, 2959:6, 2959:14, 2960:2, 2960:9, 2961:6, 2961:25
**Kelsey** [3] - 2826:8, 2887:13, 2887:22
**KELSEY** [1] - 2887:14
**Ken** [14] - 2842:7, 2842:13, 2842:24, 2843:6, 2843:18, 2848:19, 2848:21, 2848:25, 2849:5, 2849:13, 2853:5, 2853:10, 2855:13, 2856:4
**Kenneth** [17] - 2888:25, 2896:20, 2896:23, 2897:4, 2900:23, 2909:19, 2910:6, 2931:21, 2943:14, 2947:14, 2948:6, 2952:24,

2959:5, 2959:14,
2960:1, 2961:5,
2961:25
  **Kenny** [1] - 2909:13
  **key** [1] - 2918:2
  **kind** [9] - 2916:7,
2916:25, 2918:17,
2918:22, 2963:9,
2964:11, 2965:17,
2968:8, 2968:15
  **kinds** [3] - 2935:16,
2941:2
  **knee** [1] - 2951:1
  **knowing** [1] - 2881:2
  **knowledge** [5] -
2836:23, 2847:1,
2854:6, 2864:21,
2911:18
  **known** [2] - 2924:9,
2942:6
  **knows** [3] - 2856:5,
2899:20, 2956:13

## L

  **L.T** [2] - 2918:3,
2918:6
  **ladies** [9] - 2837:5,
2838:8, 2840:15,
2841:19, 2843:2,
2914:13, 2919:12,
2942:16, 2962:13
  **lady** [2] - 2876:14,
2878:10
  **laid** [4] - 2871:25,
2877:2, 2939:1,
2951:24
  **landscape** [2] -
2831:14, 2961:21
  **large** [3] - 2851:16,
2875:24, 2931:17
  **larger** [2] - 2874:11,
2945:11
  **LASSITER** [1] -
2824:24
  **last** [10] - 2829:11,
2900:3, 2900:19,
2915:6, 2916:4,
2919:24, 2934:5,
2962:10, 2966:19
  **lasted** [1] - 2908:25
  **late** [3] - 2862:19,
2862:23, 2915:6
  **Latinos** [1] - 2963:15
  **law** [10] - 2830:8,
2846:8, 2857:18,
2857:24, 2938:22,
2942:21, 2942:23,
2963:13, 2963:18,

2965:4
  **LAW** [2] - 2825:2,
2825:5
  **Lawn** [1] - 2824:24
  **lawyer's** [1] - 2968:5
  **lay** [2] - 2835:4,
2956:7
  **lead** [5] - 2874:4,
2889:3, 2889:12,
2892:13, 2895:20
  **leaders** [1] - 2874:17
  **leading** [2] -
2882:18, 2925:1
  **learn** [2] - 2875:5,
2949:22
  **Learn** [1] - 2949:19
  **least** [5] - 2835:22,
2858:17, 2875:23,
2917:5, 2963:17
  **leave** [2] - 2827:12,
2964:1
  **leaves** [1] - 2944:11
  **left** [32] - 2849:6,
2850:23, 2851:9,
2851:10, 2852:15,
2852:24, 2855:2,
2875:7, 2875:21,
2876:14, 2878:10,
2878:12, 2881:19,
2885:5, 2885:6,
2891:13, 2892:22,
2893:23, 2894:24,
2909:9, 2919:24,
2920:21, 2922:13,
2924:17, 2925:11,
2928:18, 2952:24,
2953:10, 2961:3,
2961:4, 2966:24
  **left-hand** [3] -
2885:6, 2891:13,
2894:24
  **legal** [5] - 2841:20,
2846:20, 2936:21,
2937:9, 2938:23
  **lengthy** [1] - 2856:20
  **less** [1] - 2830:21
  **letting** [2] - 2867:21,
2868:9
  **liability** [1] - 2959:2
  **licensed** [1] -
2850:22
  **licensure** [1] -
2846:9
  **likely** [1] - 2835:22
  **limiting** [1] - 2937:7,
2940:12, 2941:19
  **LINDER** [23] -
2824:22, 2824:24,
2915:16, 2916:7,
2916:18, 2917:8,

2917:16, 2918:7,
2918:9, 2919:8,
2963:9, 2963:13,
2964:19, 2966:3,
2967:13, 2967:16,
2968:10, 2969:7,
2969:10, 2969:15,
2969:17, 2969:20,
2969:23
  **Linder** [9] - 2915:3,
2915:4, 2915:12,
2963:5, 2965:4,
2965:10, 2966:19,
2966:22, 2968:4
  **line** [7] - 2830:14,
2831:3, 2868:17,
2908:5, 2913:12,
2923:4, 2927:5
  **Line** [1] - 2876:12
  **lines** [2] - 2902:17,
2931:18
  **Lines** [2] - 2877:9,
2877:19
  **link** [12] - 2833:10,
2834:5, 2834:8,
2835:17, 2836:4,
2836:6, 2836:12,
2838:11, 2936:5,
2941:7, 2941:15,
2943:9
  **Lisa** [1] - 2971:12
  **LISA** [2] - 2825:17,
2971:3
  **list** [6] - 2905:14,
2907:19, 2908:3,
2947:9, 2954:11,
2967:9
  **listener** [1] - 2835:3
  **literally** [2] -
2954:20, 2955:15
  **litigants** [1] -
2829:20
  **lived** [1] - 2875:3
  **lives** [1] - 2923:1
  **living** [1] - 2887:24
  **LLC** [2] - 2825:8,
2825:12
  **local** [1] - 2944:10
  **locally** [2] - 2935:18,
2941:4
  **location** [3] - 2847:2,
2897:13, 2923:11
  **locations** [2] -
2923:16, 2927:7
  **log** [6] - 2908:8,
2908:11, 2923:12,
2923:13, 2923:21,
2924:14
  **log-in** [2] - 2923:12,
2924:14

log-ins [2] - 2923:13,
2923:21
  **logged** [4] - 2909:5,
2909:25, 2924:16,
2926:22
  **logging** [2] - 2910:9,
2911:6
  **look** [26] - 2829:9,
2841:6, 2848:8,
2870:25, 2871:3,
2871:12, 2872:10,
2877:10, 2879:14,
2892:19, 2894:2,
2894:21, 2896:4,
2896:14, 2902:13,
2916:12, 2916:16,
2918:12, 2931:16,
2939:5, 2962:15,
2966:2, 2966:19,
2968:2, 2968:3,
2969:10
  **looked** [2] - 2828:1,
2967:8
  **looking** [31] -
2855:11, 2868:21,
2893:20, 2896:17,
2905:7, 2905:12,
2905:17, 2907:8,
2909:13, 2909:22,
2911:5, 2912:2,
2913:25, 2920:8,
2921:13, 2922:5,
2922:13, 2923:3,
2923:10, 2924:20,
2930:21, 2932:8,
2932:25, 2946:15,
2948:12, 2951:17,
2952:19, 2953:7,
2954:21, 2955:15,
2968:14
  **looks** [4] - 2855:13,
2867:12, 2878:17,
2884:16
  **Los** [1] - 2923:15
  **lost** [3] - 2842:23,
2842:24, 2929:19
  **loud** [2] - 2869:17,
2887:20
  **LOUIS** [1] - 2824:16
  **lower** [3] - 2852:15,
2852:24, 2855:2

## M

  **machine** [1] - 2863:4
  **magazines** [2] -
2949:7, 2949:8
  **Mail** [9] - 2911:7,
2911:9, 2911:10,
2911:15, 2911:17,

2913:17, 2913:19,
2914:1
  **Mails** [1] - 2927:18
  **main** [1] - 2899:24
  **maintained** [1] -
2898:13
  **major** [1] - 2843:11
  **majority** [1] - 2851:9
  **male** [1] - 2864:6
  **mandated** [1] -
2829:25
  **manner** [2] - 2925:2,
2950:1
  **Manzo** [13] -
2837:21, 2865:16,
2868:1, 2870:6,
2871:6, 2872:12,
2872:25, 2877:7,
2886:15, 2899:10,
2914:10, 2954:23,
2956:7
  **MANZO** [311] -
2824:16, 2835:9,
2836:24, 2837:11,
2837:14, 2842:25,
2844:4, 2844:11,
2844:20, 2846:14,
2847:7, 2851:2,
2853:7, 2854:5,
2864:12, 2865:17,
2865:22, 2866:14,
2866:15, 2866:17,
2866:25, 2867:1,
2867:8, 2867:9,
2867:17, 2867:18,
2868:4, 2868:5,
2868:11, 2868:13,
2869:3, 2870:8,
2870:17, 2870:24,
2872:13, 2872:19,
2872:21, 2873:2,
2873:5, 2873:8,
2873:13, 2873:15,
2873:20, 2873:23,
2873:24, 2874:7,
2874:9, 2876:3,
2876:6, 2876:7,
2876:24, 2877:8,
2877:19, 2878:1,
2878:2, 2878:19,
2879:1, 2880:15,
2880:18, 2882:16,
2882:21, 2883:1,
2883:5, 2883:11,
2883:15, 2883:25,
2884:4, 2884:5,
2884:11, 2884:13,
2884:22, 2884:24,
2885:4, 2885:8,
2885:10, 2885:11,

2985

2885:24, 2886:8, 2887:12, 2887:19, 2889:13, 2889:15, 2890:18, 2890:24, 2891:4, 2891:7, 2891:9, 2891:14, 2891:16, 2892:24, 2893:5, 2893:16, 2893:19, 2893:24, 2894:20, 2894:23, 2895:1, 2895:11, 2895:12, 2896:7, 2896:12, 2897:24, 2898:1, 2898:23, 2899:4, 2899:12, 2899:15, 2899:20, 2899:24, 2900:13, 2901:16, 2901:23, 2902:6, 2902:21, 2902:25, 2903:9, 2903:15, 2903:17, 2903:24, 2904:1, 2904:20, 2904:24, 2905:3, 2905:4, 2905:9, 2905:11, 2907:15, 2907:17, 2907:20, 2907:22, 2908:17, 2908:21, 2909:8, 2909:12, 2910:11, 2910:14, 2910:23, 2911:1, 2911:4, 2912:1, 2912:19, 2912:23, 2913:6, 2913:10, 2913:11, 2913:14, 2913:18, 2913:22, 2913:24, 2914:4, 2914:6, 2919:18, 2919:22, 2920:1, 2920:5, 2920:7, 2921:1, 2921:2, 2921:7, 2921:12, 2921:20, 2921:23, 2922:2, 2922:4, 2922:10, 2922:12, 2922:15, 2922:17, 2923:7, 2923:9, 2924:5, 2924:6, 2925:4, 2925:15, 2925:17, 2925:23, 2926:3, 2926:8, 2926:12, 2926:13, 2927:10, 2927:12, 2928:1, 2928:3, 2928:9, 2928:17, 2928:19, 2929:13, 2929:14, 2929:25, 2930:2, 2930:7, 2930:13, 2930:18, 2930:20, 2932:3,

2932:7, 2932:16, 2932:22, 2932:24, 2933:12, 2933:14, 2934:12, 2934:14, 2935:3, 2935:4, 2935:20, 2935:21, 2936:3, 2936:4, 2936:7, 2937:1, 2937:18, 2937:21, 2938:4, 2938:11, 2938:13, 2939:8, 2940:13, 2940:18, 2940:21, 2940:23, 2940:24, 2941:13, 2941:14, 2941:18, 2941:22, 2941:25, 2942:2, 2943:8, 2943:10, 2945:2, 2945:8, 2945:10, 2945:20, 2945:24, 2946:6, 2946:8, 2946:17, 2946:19, 2947:2, 2947:3, 2947:15, 2947:17, 2947:25, 2948:2, 2948:13, 2948:16, 2949:13, 2949:14, 2949:18, 2949:20, 2950:8, 2950:10, 2950:16, 2950:19, 2950:23, 2950:24, 2951:6, 2951:9, 2951:13, 2951:17, 2951:20, 2952:2, 2952:6, 2952:12, 2952:18, 2953:5, 2953:6, 2953:12, 2953:16, 2953:19, 2953:24, 2954:2, 2954:9, 2954:16, 2954:20, 2955:12, 2955:15, 2955:19, 2955:21, 2955:24, 2956:1, 2956:19, 2957:1, 2957:5, 2957:8, 2957:13, 2957:24, 2958:6, 2958:12, 2958:13, 2958:19, 2958:22, 2958:24, 2959:9, 2959:10, 2959:18, 2959:21, 2959:24, 2960:3, 2960:5, 2960:22, 2960:23, 2961:10, 2961:13, 2961:16, 2962:8, 2962:12
  **map** [2] - 2884:11, 2885:5
  **March** [1] - 2885:16
  **mark** [3] - 2852:11,

2901:24, 2932:4
  **marked** [1] - 2902:1
  **marks** [2] - 2901:2, 2901:4
  **Maryland** [1] - 2825:16
  **mask** [2] - 2892:23, 2896:6
  **mass** [1] - 2888:7
  **massive** [1] - 2864:22
  **matter** [1] - 2861:8
  **matters** [1] - 2841:20
  **mean** [46] - 2828:16, 2831:1, 2831:3, 2831:21, 2832:3, 2832:12, 2832:17, 2833:7, 2833:13, 2836:16, 2836:18, 2837:21, 2838:6, 2838:7, 2838:24, 2839:12, 2840:24, 2841:4, 2841:6, 2841:9, 2849:20, 2870:14, 2870:20, 2879:23, 2895:2, 2895:6, 2898:14, 2909:23, 2915:10, 2915:18, 2915:25, 2916:10, 2916:11, 2916:13, 2918:9, 2918:20, 2919:3, 2924:12, 2936:21, 2938:19, 2939:5, 2939:25, 2940:7, 2963:23, 2965:1, 2968:2
  **means** [5] - 2834:11, 2863:1, 2889:9, 2905:8, 2942:8
  **meant** [3] - 2839:16, 2869:18, 2965:13
  **measures** [1] - 2914:8
  **medium** [2] - 2864:6, 2930:21
  **meet** [1] - 2842:5
  **meeting** [3] - 2881:7, 2908:3, 2908:4
  **meetings** [3] - 2856:23, 2857:2, 2927:20
  **MEGGS** [1] - 2825:2
  **Meggs** [96] - 2827:5, 2830:16, 2831:19, 2832:23, 2833:6, 2833:9, 2833:24, 2834:3, 2834:20, 2835:6, 2835:10, 2835:14, 2836:21,

2837:9, 2837:25, 2838:5, 2838:22, 2839:5, 2840:17, 2845:6, 2845:12, 2850:20, 2853:21, 2862:15, 2862:18, 2867:3, 2882:6, 2882:11, 2886:16, 2886:20, 2886:23, 2892:8, 2893:12, 2893:13, 2895:16, 2895:19, 2895:23, 2896:5, 2896:11, 2896:20, 2897:1, 2897:8, 2899:10, 2906:19, 2906:20, 2906:23, 2909:5, 2910:18, 2910:22, 2911:6, 2912:8, 2912:10, 2912:12, 2913:8, 2931:21, 2932:11, 2933:4, 2933:6, 2933:7, 2933:18, 2933:20, 2934:19, 2934:20, 2934:22, 2935:11, 2935:14, 2936:25, 2940:1, 2944:10, 2944:17, 2946:5, 2947:4, 2947:13, 2948:4, 2948:6, 2948:7, 2948:17, 2951:5, 2953:1, 2953:10, 2959:5, 2959:6, 2959:14, 2959:15, 2960:2, 2960:9, 2961:6, 2961:7, 2961:25, 2962:7
  **Meggs's** [7] - 2831:4, 2833:1, 2838:10, 2838:14, 2840:21, 2886:25, 2896:23
  **MEHTA** [1] - 2824:11
  **member** [4] - 2865:1, 2865:7, 2871:24, 2872:1
  **members** [7] - 2847:1, 2894:8, 2897:8, 2908:6, 2937:12, 2938:2, 2960:25
  **meme** [2] - 2832:6, 2832:12
  **memory** [4] - 2849:4, 2849:8, 2907:1, 2920:2
  **mentally** [1] - 2869:20
  **mention** [4] - 2844:2,

2844:8, 2844:23, 2849:3
  **mentioned** [2] - 2845:5, 2862:14
  **message** [36] - 2827:14, 2830:15, 2830:17, 2830:19, 2830:22, 2833:10, 2889:17, 2889:18, 2889:21, 2891:21, 2892:2, 2892:12, 2893:21, 2895:7, 2895:13, 2895:15, 2900:14, 2900:16, 2900:22, 2901:5, 2901:8, 2916:3, 2927:4, 2930:23, 2940:2, 2945:25, 2946:4, 2946:20, 2947:2, 2947:4, 2948:3, 2948:15, 2966:18, 2967:4, 2967:6, 2967:12
  **messages** [25] - 2839:25, 2870:23, 2883:22, 2889:19, 2889:25, 2893:14, 2894:2, 2912:8, 2915:14, 2915:20, 2916:1, 2916:3, 2916:25, 2917:6, 2917:11, 2917:19, 2927:19, 2931:1, 2938:6, 2943:7, 2963:21, 2964:21, 2965:11, 2965:17, 2966:10
  **messaging** [1] - 2931:1
  **Messrs** [1] - 2827:10
  **met** [7] - 2842:9, 2856:16, 2856:21, 2892:15, 2895:23, 2918:23, 2965:5
  **Miami** [1] - 2922:21
  **Michael** [4] - 2934:21, 2934:25, 2948:9
  **middle** [2] - 2884:23, 2947:18
  **might** [11] - 2830:21, 2831:1, 2831:19, 2831:22, 2831:24, 2847:20, 2871:25, 2899:25, 2916:2, 2962:8, 2963:8
  **military** [1] - 2947:11
  **militia** [3] - 2867:3, 2867:20, 2868:9
  **millions** [1] -

2986

2874:13
  **mind** [15] - 2831:5,
2831:8, 2833:1,
2835:12, 2836:3,
2838:10, 2838:14,
2839:9, 2840:21,
2843:6, 2843:8,
2865:18, 2895:21,
2937:11, 2937:14
  **minimum** [2] -
2940:2, 2949:5
  **minivan** [1] -
2848:22
  **minus** [1] - 2853:13
  **Minuta** [1] - 2933:8
  **minute** [4] - 2837:15,
2893:25, 2926:3,
2950:25
  **minutes** [6] -
2833:19, 2837:16,
2870:17, 2908:25,
2940:9, 2969:1
  **misleading** [3] -
2828:24, 2829:5,
2829:19
  **missed** [1] - 2828:15
  **missing** [1] -
2828:25
  **misunderstanding**
[1] - 2917:4
  **Mobile** [2] - 2931:6,
2931:8
  **mobile** [1] - 2849:22
  **Moerschel** [2] -
2827:10, 2896:25
  **mom** [1] - 2944:10
  **moment** [1] - 2831:6
  **moments** [1] -
2957:21
  **moniker** [6] -
2896:22, 2896:23,
2906:21, 2906:24,
2907:1, 2920:22
  **month** [3] - 2933:13,
2933:18, 2934:12
  **months** [1] - 2967:19
  **moreover** [1] -
2829:23
  **morning** [5] -
2827:3, 2915:4,
2915:23, 2964:24,
2969:19
  **most** [3] - 2829:11,
2949:4, 2949:22
  **move** [22] - 2868:23,
2869:7, 2878:19,
2883:11, 2890:18,
2894:13, 2899:4,
2901:17, 2903:12,
2904:21, 2914:11,

2925:23, 2928:10,
2932:17, 2936:8,
2941:21, 2947:24,
2953:12, 2957:24,
2958:19, 2961:10,
2968:16
  **moved** [3] - 2850:22,
2961:11, 2969:1
  **movement** [2] -
2837:1, 2850:6
  **moving** [3] -
2855:12, 2962:4,
2962:6
  **MP4** [1] - 2954:18
  **MR** [484] - 2827:7,
2827:14, 2827:18,
2827:21, 2828:19,
2833:4, 2833:18,
2834:5, 2834:12,
2834:15, 2834:22,
2835:2, 2835:9,
2836:24, 2837:11,
2837:14, 2837:19,
2838:12, 2838:24,
2839:17, 2839:22,
2840:2, 2841:1,
2841:4, 2841:13,
2842:4, 2842:18,
2842:19, 2842:25,
2843:4, 2844:4,
2844:7, 2844:11,
2844:13, 2844:20,
2844:22, 2846:14,
2846:16, 2847:7,
2847:9, 2851:2,
2851:3, 2851:4,
2851:21, 2852:3,
2852:7, 2852:11,
2852:14, 2852:23,
2853:7, 2853:12,
2854:2, 2854:5,
2854:17, 2855:1,
2855:9, 2855:21,
2856:7, 2856:11,
2856:13, 2857:21,
2857:22, 2858:4,
2858:6, 2862:4,
2862:7, 2864:12,
2864:15, 2864:17,
2864:18, 2865:13,
2865:17, 2865:22,
2865:24, 2866:15,
2866:17, 2866:25,
2867:1, 2867:8,
2867:9, 2867:17,
2867:18, 2867:25,
2868:4, 2868:5,
2868:11, 2868:13,
2868:20, 2868:23,
2869:2, 2869:3,

2869:9, 2869:13,
2869:16, 2869:22,
2870:8, 2870:11,
2870:17, 2870:24,
2871:5, 2871:20,
2872:2, 2872:13,
2872:19, 2872:21,
2873:2, 2873:5,
2873:8, 2873:13,
2873:15, 2873:20,
2873:23, 2873:24,
2874:7, 2874:9,
2876:3, 2876:6,
2876:7, 2876:20,
2876:24, 2877:2,
2877:8, 2877:19,
2877:21, 2878:1,
2878:2, 2878:19,
2878:21, 2879:1,
2879:17, 2880:5,
2880:15, 2880:18,
2882:16, 2882:21,
2882:24, 2882:25,
2883:1, 2883:5,
2883:11, 2883:15,
2883:25, 2884:2,
2884:4, 2884:5,
2884:11, 2884:13,
2884:22, 2884:24,
2885:4, 2885:8,
2885:10, 2885:11,
2885:22, 2885:24,
2886:5, 2886:8,
2886:9, 2886:12,
2886:15, 2887:4,
2887:12, 2887:19,
2889:13, 2889:15,
2890:18, 2890:19,
2890:24, 2891:4,
2891:7, 2891:9,
2891:14, 2891:16,
2892:24, 2893:2,
2893:5, 2893:16,
2893:19, 2893:24,
2894:1, 2894:13,
2894:16, 2894:20,
2894:23, 2895:1,
2895:11, 2895:12,
2896:7, 2896:9,
2896:12, 2897:24,
2898:1, 2898:17,
2898:23, 2899:4,
2899:12, 2899:15,
2899:18, 2899:20,
2899:24, 2900:13,
2901:16, 2901:23,
2902:6, 2902:21,
2902:25, 2903:3,
2903:6, 2903:9,
2903:15, 2903:17,
2903:24, 2904:1,

2904:20, 2904:22,
2904:24, 2905:3,
2905:4, 2905:9,
2905:11, 2907:15,
2907:17, 2907:20,
2907:22, 2908:17,
2908:21, 2909:8,
2909:12, 2910:11,
2910:14, 2910:21,
2910:23, 2910:24,
2911:1, 2911:4,
2911:20, 2911:22,
2912:1, 2912:19,
2912:23, 2912:25,
2913:2, 2913:6,
2913:10, 2913:11,
2913:14, 2913:18,
2913:22, 2913:24,
2914:4, 2914:6,
2915:2, 2915:16,
2916:7, 2916:18,
2917:8, 2917:16,
2918:7, 2918:9,
2918:18, 2918:20,
2919:1, 2919:7,
2919:8, 2919:18,
2919:22, 2920:1,
2920:5, 2920:7,
2921:1, 2921:2,
2921:7, 2921:12,
2921:20, 2921:23,
2922:2, 2922:4,
2922:10, 2922:12,
2922:15, 2922:17,
2923:7, 2923:9,
2924:5, 2924:6,
2925:4, 2925:15,
2925:17, 2925:23,
2926:2, 2926:3,
2926:8, 2926:12,
2926:13, 2927:10,
2927:12, 2928:1,
2928:3, 2928:9,
2928:11, 2928:12,
2928:13, 2928:17,
2928:19, 2929:13,
2929:14, 2929:25,
2930:2, 2930:6,
2930:7, 2930:9,
2930:13, 2930:18,
2930:20, 2932:3,
2932:7, 2932:16,
2932:18, 2932:22,
2932:24, 2933:12,
2933:14, 2934:12,
2934:14, 2935:3,
2935:4, 2935:20,
2935:21, 2936:3,
2936:4, 2936:7,
2936:10, 2936:14,
2936:16, 2936:20,

2937:1, 2937:14,
2937:18, 2937:21,
2937:22, 2937:25,
2938:4, 2938:8,
2938:11, 2938:13,
2938:25, 2939:8,
2939:9, 2939:12,
2940:13, 2940:18,
2940:21, 2940:23,
2940:24, 2941:13,
2941:14, 2941:18,
2941:22, 2941:25,
2942:2, 2943:8,
2943:10, 2945:2,
2945:5, 2945:8,
2945:10, 2945:20,
2945:24, 2946:6,
2946:8, 2946:17,
2946:19, 2947:2,
2947:3, 2947:15,
2947:17, 2947:25,
2948:2, 2948:13,
2948:16, 2949:13,
2949:14, 2949:18,
2949:20, 2950:8,
2950:10, 2950:16,
2950:19, 2950:23,
2950:24, 2951:6,
2951:9, 2951:11,
2951:13, 2951:16,
2951:17, 2951:18,
2951:20, 2951:21,
2951:23, 2952:2,
2952:6, 2952:10,
2952:12, 2952:16,
2952:18, 2953:5,
2953:6, 2953:12,
2953:16, 2953:18,
2953:19, 2953:22,
2953:24, 2953:25,
2954:2, 2954:9,
2954:13, 2954:16,
2954:20, 2955:3,
2955:7, 2955:12,
2955:15, 2955:19,
2955:21, 2955:24,
2956:1, 2956:3,
2956:10, 2956:18,
2956:19, 2956:24,
2957:1, 2957:5,
2957:8, 2957:10,
2957:13, 2957:24,
2958:6, 2958:12,
2958:13, 2958:19,
2958:22, 2958:24,
2959:9, 2959:10,
2959:18, 2959:21,
2959:24, 2960:3,
2960:5, 2960:22,
2960:23, 2961:10,
2961:12, 2961:13,

2961:16, 2962:8,
2962:12, 2963:9,
2963:13, 2964:19,
2965:2, 2965:7,
2965:15, 2965:20,
2965:22, 2966:3,
2966:8, 2966:10,
2966:14, 2967:13,
2967:16, 2968:10,
2968:13, 2968:23,
2969:7, 2969:10,
2969:15, 2969:17,
2969:20, 2969:23,
2969:24
  **MS** [19] - 2871:22,
2876:5, 2882:18,
2898:14, 2899:19,
2901:19, 2902:1,
2925:1, 2953:23,
2954:14, 2954:17,
2954:25, 2955:14,
2955:17, 2955:20,
2955:22, 2956:9,
2957:9, 2961:14
  **multiple** [4] -
2836:12, 2891:1,
2931:18, 2961:25
  **must** [1] - 2959:2

**N**

  **name** [21] - 2842:7,
2856:14, 2875:1,
2887:22, 2905:20,
2906:13, 2908:8,
2908:9, 2908:10,
2908:14, 2909:9,
2909:17, 2920:20,
2921:14, 2921:16,
2921:21, 2921:24,
2929:2, 2951:3,
2958:23
  **named** [7] - 2862:15,
2895:18, 2895:20,
2897:6, 2920:12,
2935:22, 2967:17
  **names** [3] - 2896:22,
2922:18, 2946:14
  **naming** [1] - 2951:3
  **narrow** [2] - 2964:21,
2968:19
  **narrower** [5] -
2964:17, 2965:8,
2965:9, 2966:17,
2968:21
  **national** [2] - 2908:6,
2923:11
  **nature** [2] - 2902:11,
2915:20
  **near** [1] - 2878:14

  **necessarily** [2] -
2859:2, 2861:19
  **necessary** [1] -
2830:9
  **need** [25] - 2830:20,
2832:15, 2832:21,
2839:2, 2859:16,
2870:11, 2873:18,
2874:6, 2874:11,
2874:17, 2879:8,
2908:20, 2910:22,
2915:18, 2927:6,
2928:12, 2929:20,
2935:18, 2941:4,
2944:11, 2946:15,
2956:15, 2964:11,
2968:20, 2969:18
  **needed** [4] -
2842:21, 2862:1,
2947:8, 2948:20
  **needing** [1] -
2882:11
  **needs** [3] - 2836:7,
2892:13, 2903:6
  **NESTLER** [1] -
2824:15
  **network** [2] -
2912:17, 2923:24
  **never** [13] - 2842:9,
2842:11, 2845:1,
2856:1, 2860:1,
2860:2, 2860:3,
2860:4, 2860:5,
2860:8, 2860:13,
2861:5, 2871:6
  **nevertheless** [1] -
2931:10
  **New** [1] - 2825:10
  **new** [4] - 2855:15,
2921:24, 2960:16,
2962:9
  **news** [5] - 2881:2,
2881:6, 2881:11,
2881:13
  **next** [36] - 2845:24,
2853:6, 2854:22,
2866:15, 2868:11,
2868:14, 2871:7,
2871:10, 2872:24,
2874:7, 2874:12,
2874:14, 2874:16,
2905:25, 2906:2,
2906:4, 2910:20,
2913:12, 2929:13,
2933:12, 2935:1,
2935:20, 2938:12,
2938:14, 2938:15,
2938:16, 2942:15,
2943:18, 2944:2,
2944:5, 2944:7,

2945:21, 2946:6,
2946:17, 2947:15
  **nice** [2] - 2842:5,
2962:15
  **night** [7] - 2900:3,
2900:19, 2915:6,
2916:4, 2935:15,
2941:1, 2970:1
  **nine** [1] - 2921:8
  **none** [1] - 2916:22
  **nonhearsay** [2] -
2835:5, 2841:10
  **normal** [1] - 2845:21
  **North** [3] - 2825:12,
2922:25, 2927:16
  **north** [2] - 2878:13,
2880:2
  **Northwest** [6] -
2824:17, 2824:20,
2825:3, 2825:5,
2825:19, 2971:14
  **Nos** [7] - 2826:14,
2826:16, 2826:18,
2905:1, 2928:15,
2945:16, 2953:14
  **note** [3] - 2926:5,
2927:15, 2929:17
  **noted** [2] - 2909:3,
2909:4
  **notes** [3] - 2930:4,
2930:12, 2971:5
  **nothing** [4] -
2864:23, 2865:14,
2910:19, 2915:17
  **notice** [3] - 2906:8,
2906:12, 2915:17
  **November** [20] -
2883:19, 2901:6,
2901:7, 2906:10,
2906:15, 2906:20,
2906:23, 2907:4,
2907:7, 2909:17,
2909:20, 2914:9,
2921:16, 2921:17,
2921:18, 2933:2,
2933:3, 2933:19,
2935:13, 2960:20
  **nullify** [1] - 2866:11
  **number** [19] -
2837:24, 2852:9,
2864:21, 2864:22,
2865:20, 2865:25,
2875:15, 2880:13,
2895:8, 2899:21,
2908:11, 2909:5,
2926:7, 2938:2,
2940:17, 2953:18,
2954:18, 2960:9,
2960:10
  **numbers** [4] -

2874:11, 2891:12,
2893:23, 2953:21
  **numerous** [1] -
2893:7

**O**

  **Oak** [1] - 2824:24
  **oath** [4] - 2876:25,
2878:5, 2880:4,
2919:20
  **Oath** [26] - 2839:19,
2844:18, 2846:25,
2847:3, 2848:12,
2848:13, 2851:9,
2854:19, 2855:2,
2864:8, 2865:2,
2865:8, 2866:6,
2872:5, 2875:20,
2875:21, 2880:19,
2880:20, 2889:11,
2901:10, 2908:6,
2909:14, 2914:8,
2928:24, 2939:13,
2961:24
  **object** [8] - 2841:8,
2867:25, 2869:9,
2869:13, 2903:1,
2936:16, 2938:25,
2956:10
  **objecting** [3] -
2833:7, 2833:16,
2869:14
  **objection** [57] -
2827:21, 2827:22,
2834:17, 2841:9,
2842:25, 2844:4,
2844:11, 2844:20,
2846:14, 2847:7,
2851:2, 2853:7,
2854:3, 2854:8,
2854:9, 2857:19,
2864:12, 2868:23,
2869:15, 2870:4,
2876:18, 2880:10,
2882:18, 2882:24,
2882:25, 2883:10,
2883:23, 2885:22,
2886:5, 2890:20,
2893:1, 2893:2,
2894:16, 2896:9,
2898:14, 2904:22,
2911:20, 2911:21,
2912:24, 2913:2,
2925:1, 2925:24,
2926:6, 2928:13,
2930:6, 2930:9,
2932:18, 2936:9,
2936:17, 2945:5,
2951:11, 2951:15,

2951:24, 2952:8,
2952:9, 2952:16,
2966:3
  **objections** [5] -
2898:20, 2899:17,
2899:22, 2899:25,
2900:3
  **observed** [1] -
2882:5
  **obtain** [1] - 2842:17
  **obtained** [1] -
2827:10
  **obviously** [6] -
2839:13, 2865:6,
2867:23, 2868:16,
2917:9, 2964:11
  **occur** [1] - 2847:20
  **October** [3] - 2824:6,
2959:17, 2971:10
  **OF** [6] - 2824:1,
2824:3, 2824:10,
2824:17, 2824:20,
2825:5
  **offenses** [2] -
2888:16, 2893:7
  **offensive** [2] -
2860:13, 2958:11
  **offensively** [1] -
2860:12
  **offer** [2] - 2964:22,
2964:25
  **offered** [6] - 2832:12,
2838:8, 2839:8,
2839:9, 2943:4,
2949:16
  **OFFICE** [1] - 2824:16
  **office** [6] - 2867:21,
2868:10, 2868:18,
2888:10, 2888:11,
2889:4
  **officer** [1] - 2854:19
  **OFFICES** [1] -
2825:5
  **official** [1] - 2971:12
  **Official** [1] - 2825:18
  **officials** [1] -
2844:16
  **OK** [21] - 2871:24,
2872:6, 2892:7,
2896:23, 2896:24,
2898:9, 2898:15,
2898:17, 2899:1,
2907:3, 2910:24,
2923:10, 2935:7,
2935:11, 2939:14,
2940:1, 2940:25,
2944:8, 2944:9,
2944:13
  **OKGator1 @**
**protonmail.com** [1] -

2912:3
**old** [2] - 2862:12, 2862:22
**once** [2] - 2874:15, 2923:17
**one** [68] - 2827:3, 2827:14, 2830:22, 2833:20, 2835:9, 2839:6, 2839:18, 2842:13, 2845:6, 2846:4, 2847:11, 2848:4, 2848:5, 2848:6, 2854:22, 2855:10, 2856:3, 2857:16, 2858:17, 2861:24, 2863:20, 2864:21, 2866:11, 2866:13, 2868:4, 2868:7, 2869:11, 2870:8, 2871:1, 2871:7, 2871:15, 2872:10, 2874:12, 2874:14, 2874:16, 2875:16, 2875:23, 2875:24, 2876:1, 2877:17, 2879:19, 2881:8, 2883:24, 2891:3, 2891:7, 2902:23, 2906:2, 2917:5, 2918:21, 2923:15, 2923:16, 2926:3, 2938:10, 2940:5, 2941:22, 2941:23, 2947:2, 2947:11, 2948:13, 2948:14, 2950:13, 2950:20, 2950:25, 2959:19, 2966:24, 2967:25
**ones** [7] - 2871:6, 2903:7, 2916:21, 2918:2, 2918:14, 2967:23, 2969:7
**online** [1] - 2881:13
**Op** [5] - 2834:16, 2890:5, 2890:16, 2891:24, 2909:1
**open** [22] - 2827:3, 2827:13, 2854:16, 2854:24, 2855:8, 2855:18, 2872:16, 2880:9, 2887:7, 2900:9, 2902:5, 2903:14, 2916:21, 2940:15, 2950:18, 2950:22, 2951:8, 2957:12, 2958:5, 2963:13, 2963:24, 2964:20
**opened** [2] - 2849:2,

2886:17
**opens** [2] - 2887:1, 2887:3
**operation** [1] - 2875:6
**operational** [2] - 2914:7, 2919:23
**opinion** [1] - 2864:12
**opponent** [1] - 2832:23
**opportunity** [1] - 2966:2
**opposed** [1] - 2958:8
**opposite** [2] - 2840:7, 2873:21
**ops** [1] - 2927:7
**opted** [1] - 2843:6
**options** [2] - 2871:16, 2949:3
**order** [4] - 2846:5, 2871:13, 2908:2, 2940:8
**ordinary** [1] - 2845:21
**organization** [1] - 2864:9
**organizations** [1] - 2963:16
**organized** [1] - 2908:5
**organizer** [5] - 2907:5, 2907:11, 2907:12, 2908:7, 2912:3
**orient** [2] - 2897:5, 2935:5
**original** [2] - 2890:15, 2915:8
**otherwise** [3] - 2829:15, 2831:18, 2899:9
**ought** [2] - 2830:4, 2916:12
**outside** [17] - 2835:21, 2841:24, 2850:12, 2851:12, 2858:14, 2869:1, 2879:5, 2881:22, 2882:5, 2882:10, 2886:14, 2897:10, 2899:7, 2901:21, 2903:5, 2936:19, 2954:7
**outweigh** [1] - 2841:12
**outweighs** [1] - 2831:17
**overall** [1] - 2828:11
**Overland** [1] - 2922:25

**overnight** [1] - 2962:21
**overrule** [1] - 2883:3
**overruled** [9] - 2844:5, 2844:12, 2853:8, 2864:13, 2880:10, 2882:20, 2911:23, 2925:3, 2926:6
**overruling** [1] - 2841:9
**overwhelmed** [2] - 2857:18, 2857:24
**own** [5] - 2846:9, 2859:16, 2869:14, 2908:3, 2937:12
**owner** [1] - 2910:3

---

# P

**P.A** [1] - 2825:15
**p.m** [8] - 2824:7, 2841:17, 2853:15, 2892:6, 2895:14, 2914:17, 2919:11, 2962:18
**page** [11] - 2894:24, 2895:8, 2905:10, 2907:16, 2925:16, 2926:12, 2930:21, 2945:22, 2946:10, 2946:18, 2966:23
**PAGE** [1] - 2826:10
**Page** [9] - 2876:12, 2876:15, 2897:25, 2908:17, 2913:10, 2913:22, 2914:5, 2919:23, 2929:25
**pages** [1] - 2894:6
**paid** [3] - 2863:16, 2913:19, 2913:21
**panel** [2] - 2841:15, 2919:9
**paper** [2] - 2929:22, 2930:3
**paragraph** [7] - 2914:5, 2920:6, 2920:8, 2932:23, 2932:25, 2942:1, 2943:25
**paramilitary** [2] - 2939:19, 2942:5
**Park** [2] - 2825:3, 2922:25
**parking** [2] - 2849:1, 2849:9
**part** [16] - 2852:17, 2853:17, 2861:21, 2870:21, 2872:5,

2884:16, 2912:2, 2915:25, 2932:23, 2939:6, 2948:13, 2948:14, 2949:18, 2950:13, 2952:5, 2963:20
**parted** [1] - 2853:18
**partial** [1] - 2947:9
**participant** [26] - 2905:20, 2905:22, 2905:24, 2906:1, 2906:3, 2906:5, 2906:7, 2907:10, 2908:10, 2909:9, 2909:10, 2909:17, 2909:23, 2909:24, 2910:19, 2920:12, 2921:14, 2921:16, 2921:21, 2922:3, 2922:19, 2924:12, 2924:13, 2924:17, 2939:19
**participants** [3] - 2908:8, 2947:13, 2948:6
**participate** [1] - 2847:3
**participated** [1] - 2961:25
**participating** [1] - 2967:16
**participation** [1] - 2942:5
**particular** [10] - 2830:15, 2853:22, 2910:3, 2916:2, 2917:13, 2939:18, 2942:17, 2942:18, 2943:5, 2964:17
**particularly** [2] - 2831:18, 2880:4
**parties** [2] - 2827:6, 2966:15
**parts** [2] - 2832:7, 2945:10
**party** [1] - 2832:23
**Party** [1] - 2967:20
**pass** [8] - 2884:1, 2884:6, 2884:9, 2885:12, 2885:15, 2885:19, 2885:25, 2886:3
**passages** [1] - 2830:4
**past** [1] - 2956:14
**path** [1] - 2866:18
**patiently** [1] - 2874:17
**Patriot** [2] - 2897:2, 2925:12

**patriots** [7] - 2835:24, 2836:7, 2836:19, 2836:22, 2839:4, 2840:11, 2874:4
**pause** [3] - 2950:19, 2950:23, 2951:20
**pausing** [1] - 2950:25
**pay** [1] - 2913:20
**payment** [3] - 2913:25, 2914:2
**PDF** [2] - 2894:4, 2894:6
**PDQ** [1] - 2874:11
**peasy** [1] - 2957:8
**Pennsylvania** [3] - 2824:20, 2825:5, 2825:13
**people** [35] - 2837:6, 2840:18, 2840:23, 2850:11, 2854:12, 2858:1, 2858:17, 2859:1, 2859:6, 2860:19, 2860:23, 2861:16, 2861:22, 2862:1, 2863:8, 2864:22, 2867:5, 2875:18, 2876:17, 2878:9, 2879:11, 2882:11, 2882:23, 2897:5, 2935:18, 2941:4, 2946:2, 2946:15, 2947:8, 2947:22, 2957:20, 2960:13, 2960:17, 2967:2, 2967:16
**per** [4] - 2947:12, 2947:22, 2948:24, 2949:3
**perceived** [2] - 2839:19, 2841:7
**percent** [1] - 2948:8
**perfect** [5] - 2907:21, 2908:20, 2910:13, 2921:8, 2921:22
**period** [7] - 2831:10, 2883:19, 2888:12, 2911:5, 2933:5, 2933:7, 2934:17
**permission** [5] - 2885:19, 2885:25, 2896:13, 2920:17, 2925:9
**permitted** [1] - 2846:17
**permitting** [1] - 2829:15
**perpendicular** [1] - 2855:11

person [26] -
2834:22, 2838:9,
2853:11, 2864:5,
2867:13, 2867:14,
2874:25, 2879:19,
2883:7, 2883:12,
2883:13, 2905:15,
2910:17, 2923:16,
2926:24, 2937:5,
2942:12, 2947:7,
2947:12, 2947:23,
2948:24, 2949:4,
2951:3, 2953:2,
2961:8, 2967:23
person's [2] -
2830:19, 2879:8
personal [1] - 2854:6
persons [1] -
2942:10
PHILLIP [1] -
2824:22
philosophy [1] -
2844:19
phone [28] -
2889:22, 2889:25,
2890:8, 2890:16,
2891:19, 2891:23,
2892:10, 2892:11,
2898:6, 2899:2,
2899:5, 2900:25,
2901:1, 2908:11,
2909:5, 2910:8,
2917:20, 2917:21,
2931:3, 2931:5,
2931:11, 2933:6,
2935:8, 2935:9,
2936:17, 2960:9,
2960:10, 2967:7
phones [4] - 2861:6,
2879:2, 2936:13,
2954:5
photo [2] - 2953:9,
2961:2
photograph [7] -
2832:6, 2925:21,
2927:9, 2927:13,
2960:25, 2962:5,
2962:6
photographs [1] -
2928:21
photos [1] - 2928:6
phrase [3] - 2858:19,
2858:20, 2860:6
phrased [3] -
2858:21, 2858:24,
2858:25
physically [1] -
2923:18
pick [1] - 2954:4
picked [3] - 2843:17,

2843:18, 2848:18
picture [3] - 2952:20,
2957:21, 2961:21
pictures [1] -
2895:25
piece [1] - 2929:22
pieces [1] - 2930:3
pink [1] - 2953:1
pistol [2] - 2943:16,
2958:8
plainclothes [1] -
2848:10
Plaintiff [1] - 2824:4
plan [10] - 2836:20,
2837:13, 2840:17,
2840:18, 2867:23,
2868:15, 2870:21,
2870:22, 2880:21,
2969:21
planning [8] -
2831:11, 2836:18,
2836:20, 2837:16,
2874:22, 2909:1,
2927:7, 2939:19
plans [1] - 2927:20
platform [1] -
2901:14
platforms [1] -
2848:4
plausible [1] -
2838:13
play [10] - 2834:9,
2837:18, 2855:14,
2867:4, 2917:4,
2950:16, 2953:16,
2954:2, 2957:3,
2957:6
played [1] - 2828:10
playing [1] - 2837:16
plays [1] - 2838:7
pleading [1] - 2963:6
plus [1] - 2956:20
podcast [1] -
2833:21
point [39] - 2828:9,
2830:3, 2835:22,
2836:13, 2845:4,
2845:6, 2847:10,
2847:22, 2850:5,
2850:24, 2857:16,
2859:5, 2860:9,
2860:11, 2861:8,
2867:20, 2868:8,
2870:16, 2870:20,
2875:11, 2875:20,
2877:20, 2878:24,
2879:12, 2896:17,
2900:7, 2901:16,
2902:21, 2904:20,
2912:14, 2920:18,

2925:10, 2927:16,
2933:21, 2937:4,
2939:2, 2948:8,
2949:6, 2964:3
pointed [1] - 2920:20
police [4] - 2844:14,
2854:19, 2864:23,
2881:19
political [7] -
2831:14, 2833:21,
2839:15, 2963:15,
2967:18, 2967:21,
2968:5
politicians [2] -
2832:15, 2832:19
pops [2] - 2900:5,
2944:10
Port [1] - 2927:16
portable [1] -
2849:22
portion [9] -
2828:10, 2878:19,
2880:11, 2905:10,
2910:12, 2911:2,
2929:4, 2942:18
portions [2] -
2828:4, 2830:5
position [10] -
2828:13, 2880:5,
2915:15, 2916:17,
2917:12, 2918:16,
2918:22, 2951:1,
2965:23, 2967:1
possess [1] - 2846:9
possible [3] -
2884:14, 2923:16,
2927:17
possibly [1] -
2912:15
post [3] - 2874:1,
2914:9, 2929:23
post-January [1] -
2929:23
posted [4] - 2833:14,
2836:4, 2836:6,
2936:2
posting [6] - 2827:5,
2827:13, 2830:16,
2836:12, 2837:10,
2940:10
posts [2] - 2834:5,
2835:6
posture [1] - 2900:19
potential [1] -
2939:20
potentially [6] -
2881:23, 2916:6,
2917:21, 2937:16,
2948:8, 2956:14
power [2] - 2842:21,

2883:20
PPE [3] - 2849:11,
2849:13, 2854:20
PPEs [4] - 2850:11,
2850:25, 2851:1,
2851:8
Prague [1] - 2922:25
preceded [1] -
2845:15
preclude [1] -
2828:24
precluded [1] -
2886:18
preclusion [1] -
2829:3
prejudice [1] -
2831:17
prejudicial [1] -
2841:11
prepared [1] -
2939:15
presence [9] -
2858:8, 2869:1,
2879:5, 2886:14,
2899:7, 2901:21,
2903:5, 2936:19,
2954:7
present [2] - 2854:6,
2963:5
presentation [1] -
2890:3
presented [4] -
2832:13, 2839:24,
2868:7, 2885:16
president [1] -
2839:20
presidential [2] -
2883:20, 2906:18
pressed [1] -
2830:24
pressing [1] -
2830:21
pretty [4] - 2833:22,
2963:13, 2963:19
prevent [1] - 2863:21
previewed [1] -
2900:4
previous [2] -
2871:6, 2946:20
previously [4] -
2886:18, 2950:11,
2961:22, 2963:1
prices [1] - 2832:7
principles [1] -
2938:23
print [1] - 2969:7
printed [2] - 2966:4,
2968:24
private [7] - 2836:5,
2912:17, 2923:24,

2946:1, 2946:13,
2960:12, 2960:17
privately [2] -
2869:16, 2936:15
privilege [2] -
2963:2, 2968:6
privileged [3] -
2916:23, 2917:7,
2917:22
probative [5] -
2831:4, 2831:7,
2831:17, 2841:10,
2841:12
problem [1] -
2837:19
problematic [1] -
2900:6
procedure [2] -
2829:21, 2967:20
procedures [1] -
2847:20
proceed [2] -
2841:22, 2872:17
Proceedings [1] -
2970:4
proceedings [23] -
2841:17, 2868:25,
2872:15, 2879:4,
2880:8, 2880:22,
2886:13, 2887:6,
2899:6, 2900:8,
2901:20, 2902:4,
2903:4, 2903:13,
2914:17, 2914:24,
2919:11, 2936:18,
2940:14, 2954:6,
2957:11, 2962:18,
2971:6
produced [4] -
2954:15, 2955:7,
2961:22, 2971:6
proffer [2] - 2831:19,
2831:23
proffered [1] -
2829:17
progress [1] -
2927:19
prohibited [1] -
2942:6
project [1] - 2832:10
promoting [1] -
2943:22
prompted [1] -
2845:12
pronged [1] -
2963:10
proof [2] - 2833:8,
2839:22
proper [5] - 2846:9,
2871:13, 2877:22,

2990

2878:21
  **properly** [2] -
2847:2, 2871:9
  **property** [1] -
2942:11
  **Propes** [2] - 2948:9
  **proposition** [1] -
2828:20
  **protect** [4] - 2875:6,
2917:19, 2944:11,
2944:12
  **protected** [1] -
2963:22
  **protectee** [3] -
2875:21, 2875:22,
2879:12
  **protectees** [5] -
2850:21, 2851:7,
2851:16, 2851:17,
2853:6
  **protectees'** [1] -
2855:11
  **protecting** [1] -
2874:25
  **protection** [1] -
2953:1
  **protective** [5] -
2855:12, 2855:16,
2855:23, 2855:25,
2856:1
  **protocol** [1] - 2910:2
  **Proton** [10] - 2911:7,
2911:9, 2911:10,
2911:15, 2911:17,
2913:17, 2913:19,
2914:1, 2927:18
  **prove** [1] - 2915:18
  **provide** [8] - 2831:1,
2875:8, 2916:4,
2916:8, 2942:16,
2943:4, 2943:17,
2965:10
  **provided** [3] -
2955:4, 2955:9,
2956:21
  **provider** [1] - 2910:3
  **provides** [3] -
2833:10, 2931:15,
2938:18
  **providing** [1] -
2940:2
  **provision** [1] -
2830:6
  **public** [2] - 2942:8,
2965:14
  **publish** [5] -
2851:22, 2873:14,
2890:24, 2891:7,
2900:6
  **published** [12] -

2852:10, 2852:13,
2852:22, 2854:16,
2854:24, 2855:8,
2855:18, 2870:7,
2950:18, 2950:22,
2951:8, 2958:5
  **publishing** [1] -
2869:20
  **pull** [26] - 2836:14,
2872:19, 2876:4,
2883:25, 2884:11,
2889:13, 2891:14,
2893:16, 2897:24,
2903:15, 2903:24,
2905:3, 2907:2,
2907:15, 2909:8,
2910:11, 2921:1,
2925:15, 2928:1,
2929:25, 2936:3,
2945:20, 2947:25,
2949:13, 2950:8,
2951:9
  **pulling** [1] - 2865:18
  **purchase** [1] -
2913:16
  **purchased** [1] -
2946:12
  **purple** [1] - 2892:23
  **purpose** [5] -
2832:25, 2835:1,
2835:8, 2838:19,
2916:13
  **purposes** [1] -
2843:15
  **pursuant** [5] -
2901:18, 2912:20,
2944:24, 2945:2,
2961:17
  **put** [12] - 2834:4,
2847:22, 2871:1,
2871:14, 2871:18,
2880:3, 2894:8,
2898:10, 2902:18,
2908:1, 2917:18,
2918:3
  **putting** [2] - 2857:25,
2916:8
  **PUTZI** [1] - 2825:15

### Q

  **QRF** [12] - 2835:21,
2846:21, 2846:24,
2857:15, 2857:23,
2858:7, 2858:9,
2858:19, 2858:21,
2858:25, 2860:5,
2864:19
  **qualify** [2] - 2830:9,
2963:21

  **quality** [2] - 2949:5,
2949:6
  **quarter** [1] - 2910:12
  **query** [1] - 2966:24
  **questioning** [1] -
2898:20
  **questions** [9] -
2857:11, 2862:8,
2866:1, 2869:7,
2874:24, 2875:15,
2882:6, 2886:8,
2941:20
  **quick** [1] - 2940:8
  **quickly** [1] - 2879:2
  **quite** [3] - 2828:12,
2833:13, 2857:25
  **quotation** [1] -
2901:4
  **quote** [6] - 2831:1,
2848:7, 2866:22,
2867:10, 2868:18,
2900:21
  **quote-unquote** [3] -
2831:1, 2868:18,
2900:21
  **quotes** [1] - 2943:22

### R

  **rabbit** [1] - 2838:17
  **rack** [1] - 2849:20
  **racks** [1] - 2849:19
  **raises** [1] - 2829:18
  **RAKOCZY** [1] -
2824:14
  **rallies** [1] - 2848:9
  **rally** [2] - 2861:17,
2927:16
  **range** [2] - 2830:1,
2894:5
  **Ranger** [1] - 2934:10
  **rather** [5] - 2834:19,
2837:8, 2838:9,
2893:17, 2934:1
  **Ray** [1] - 2895:18
  **RDR** [3] - 2825:17,
2971:3, 2971:12
  **re** [4] - 2871:2,
2871:8, 2871:19,
2935:5
  **re-call** [3] - 2871:2,
2871:8, 2871:19
  **re-orient** [1] - 2935:5
  **reach** [2] - 2964:7,
2964:15
  **read** [38] - 2828:16,
2867:10, 2868:3,
2868:6, 2869:11,
2869:16, 2869:19,

2870:9, 2870:22,
2872:22, 2872:24,
2873:9, 2873:16,
2873:18, 2873:25,
2876:13, 2876:15,
2877:9, 2877:10,
2878:22, 2879:18,
2885:15, 2893:14,
2894:9, 2900:14,
2913:12, 2915:10,
2915:11, 2926:18,
2927:13, 2929:15,
2942:3, 2943:24,
2945:25, 2946:10,
2949:21, 2960:10,
2966:6
  **readable** [1] -
2898:11
  **reading** [9] - 2867:2,
2868:1, 2868:17,
2869:9, 2869:19,
2874:18, 2874:20,
2879:20, 2912:8
  **reads** [2] - 2927:15,
2927:20
  **ready** [3] - 2841:22,
2874:5, 2966:4
  **real** [2] - 2839:19
  **realized** [1] -
2968:24
  **really** [4] - 2829:10,
2862:20, 2874:5,
2938:19
  **reason** [5] - 2829:10,
2863:20, 2864:19,
2870:22, 2915:25
  **reasonable** [1] -
2919:14
  **reasonably** [1] -
2830:7
  **reasons** [3] -
2831:25, 2863:20,
2881:8
  **recalled** [1] -
2879:12
  **receive** [8] - 2875:10,
2889:2, 2894:5,
2943:3, 2944:24,
2952:3
  **received** [1] -
2830:18, 2864:5,
2894:3, 2917:23,
2933:20, 2934:1,
2952:22, 2957:18,
2958:16, 2961:17,
2967:6
  **RECEIVED** [1] -
2826:10
  **recently** [1] - 2917:6
  **recess** [2] - 2914:23,

2970:3
  **recognize** [20] -
2851:25, 2852:17,
2853:10, 2853:19,
2853:23, 2854:18,
2855:5, 2855:12,
2868:22, 2869:25,
2870:9, 2884:14,
2884:18, 2903:18,
2922:18, 2925:18,
2928:4, 2937:12,
2950:25, 2957:15
  **recognizes** [2] -
2854:12, 2869:17
  **recollection** [8] -
2851:5, 2853:4,
2853:9, 2877:5,
2877:11, 2878:23,
2879:8, 2966:20
  **recommended** [2] -
2948:24, 2949:4
  **record** [19] - 2842:8,
2852:10, 2873:19,
2873:25, 2880:14,
2884:22, 2885:4,
2892:24, 2893:3,
2896:7, 2896:10,
2906:8, 2917:18,
2931:8, 2958:16,
2960:10, 2961:14,
2965:2, 2965:14
  **records** [15] -
2892:10, 2894:5,
2900:25, 2901:17,
2902:9, 2912:20,
2913:8, 2931:13,
2931:15, 2931:20,
2931:24, 2932:1,
2932:11, 2944:22,
2945:2
  **recovered** [4] -
2927:24, 2928:6,
2928:21, 2929:22
  **recruitment** [1] -
2927:20
  **recurring** [1] -
2914:2
  **Red** [1] - 2826:3
  **redirect** [2] -
2865:16, 2880:19
  **REDIRECT** [1] -
2865:23
  **refer** [1] - 2916:5
  **referenced** [1] -
2828:17
  **references** [1] -
2939:18
  **referencing** [1] -
2944:14
  **referred** [1] -

2934:10
**referring** [3] - 2899:10, 2899:12, 2943:6
**reflect** [4] - 2892:24, 2893:3, 2896:7, 2896:10
**reflects** [1] - 2831:12
**refresh** [3] - 2878:23, 2920:2, 2966:20
**refreshed** [1] - 2879:8
**refreshes** [1] - 2877:11
**regalia** [1] - 2848:12
**regarding** [2] - 2861:24, 2870:13
**regardless** [2] - 2862:1, 2966:25
**regulated** [2] - 2867:20, 2868:8
**reiterate** [1] - 2837:24
**relating** [1] - 2946:20
**relation** [1] - 2846:21
**relationship** [10] - 2834:2, 2915:19, 2919:2, 2963:11, 2963:18, 2963:24, 2964:8, 2964:16, 2965:24, 2968:17
**relatively** [1] - 2940:7
**relevance** [3] - 2911:20, 2911:22, 2925:25
**relevant** [5] - 2830:9, 2836:2, 2937:11, 2953:3, 2965:18
**remainder** [1] - 2851:7
**remained** [1] - 2897:10
**remember** [27] - 2846:1, 2849:4, 2853:17, 2860:21, 2866:2, 2866:9, 2866:20, 2867:3, 2867:6, 2867:19, 2868:17, 2874:18, 2875:25, 2876:2, 2877:14, 2878:3, 2878:5, 2878:7, 2879:14, 2879:15, 2879:18, 2880:23, 2881:8, 2882:8, 2900:18, 2907:2, 2937:3
**remembers** [1] - 2869:4

**remind** [1] - 2962:20
**rental** [2] - 2946:15, 2947:8
**reorient** [2] - 2926:14, 2928:20
**repeat** [2] - 2850:17, 2856:25
**rephrase** [1] - 2857:21
**replay** [2] - 2852:19, 2852:20
**reply** [1] - 2929:20
**report** [1] - 2833:20
**reported** [3] - 2881:2, 2881:6, 2881:16
**REPORTED** [1] - 2825:17
**REPORTER** [9] - 2852:9, 2876:19, 2880:13, 2882:15, 2903:2, 2918:6, 2926:1, 2940:16, 2953:20
**reporter** [1] - 2896:16
**Reporter** [2] - 2825:18, 2971:12
**repost** [2] - 2834:3, 2892:14
**reposting** [1] - 2834:15
**represent** [2] - 2842:7, 2856:15
**representative** [1] - 2843:16
**representatives** [3] - 2843:13, 2844:16
**Republican** [1] - 2967:20
**request** [3] - 2850:25, 2860:8, 2967:4
**requested** [3] - 2828:5, 2848:9, 2875:8
**required** [1] - 2879:10
**requirement** [1] - 2879:6
**requirements** [1] - 2830:8
**requiring** [1] - 2830:3
**residence** [1] - 2927:24
**resides** [1] - 2923:2
**resist** [1] - 2866:12
**resolve** [1] - 2968:19
**resolved** [3] -

2827:6, 2841:21, 2964:16
**respect** [1] - 2827:17
**respond** [8] - 2864:23, 2935:22, 2941:6, 2943:18, 2943:20, 2947:4, 2947:19, 2948:25
**responded** [6] - 2941:7, 2943:19, 2944:2, 2944:3, 2944:6, 2964:19
**responding** [5] - 2830:18, 2831:16, 2831:20, 2831:22, 2940:1
**responds** [2] - 2943:11, 2943:12
**response** [3] - 2830:16, 2936:1, 2952:4
**responses** [1] - 2940:3
**responsible** [1] - 2855:24
**rest** [3] - 2853:2, 2878:13, 2880:2
**results** [1] - 2942:11
**resume** [3] - 2914:14, 2919:5, 2969:19
**retakes** [2] - 2842:2, 2919:17
**retrieve** [2] - 2850:11, 2851:13
**retrieved** [1] - 2851:8
**return** [8] - 2848:15, 2893:24, 2895:10, 2911:15, 2926:15, 2942:24, 2946:10, 2954:16
**returned** [1] - 2950:13
**returns** [4] - 2902:10, 2925:13, 2931:17, 2952:5
**revert** [1] - 2968:16
**review** [3] - 2936:21, 2965:17, 2967:12
**reviewed** [19] - 2876:8, 2876:10, 2889:8, 2889:19, 2890:5, 2890:10, 2893:14, 2895:25, 2898:2, 2898:24, 2902:7, 2903:9, 2925:13, 2927:24, 2931:13, 2944:19, 2950:11, 2958:14
**reviewing** [1] -

2906:8
**rewind** [1] - 2846:4
**rhetoric** [1] - 2869:6
**rhetorical** [1] - 2839:15
**Rhodes** [11] - 2866:10, 2867:11, 2867:13, 2890:8, 2901:8, 2933:20, 2933:21, 2964:5, 2967:15, 2967:19
**RHODES** [2] - 2824:6, 2824:23
**Rhodes's** [10] - 2890:16, 2891:19, 2891:23, 2892:11, 2898:7, 2899:2, 2901:1, 2917:21, 2935:9, 2967:6
**ride** [3] - 2882:13, 2882:17, 2882:23
**rifle** [15] - 2863:1, 2863:2, 2863:9, 2863:10, 2946:1, 2947:9, 2948:21, 2949:5, 2949:11, 2949:16, 2949:25, 2950:1, 2950:2, 2958:8, 2958:11
**rifleman** [2] - 2949:23, 2949:25
**rifles** [2] - 2948:20, 2949:23
**right-hand** [2] - 2884:23, 2909:22
**rioting** [1] - 2864:22
**riots** [1] - 2886:3
**ripe** [1] - 2915:5
**Ritchie** [1] - 2825:15
**Road** [1] - 2825:3
**Roberto** [1] - 2933:8
**Roberts** [1] - 2967:17
**Rohde** [58] - 2865:18, 2866:16, 2866:25, 2868:4, 2868:12, 2872:19, 2874:7, 2876:4, 2884:11, 2885:10, 2889:13, 2891:14, 2893:16, 2894:24, 2903:15, 2905:3, 2905:9, 2907:15, 2907:20, 2908:17, 2909:8, 2910:11, 2913:10, 2913:22, 2914:5, 2919:22, 2920:6, 2921:1, 2921:7, 2921:20, 2922:2, 2922:11,

2922:15, 2923:7, 2924:5, 2925:15, 2928:1, 2928:17, 2929:25, 2930:19, 2932:22, 2933:12, 2936:3, 2938:4, 2941:13, 2941:25, 2943:8, 2945:20, 2946:6, 2946:17, 2947:15, 2949:13, 2949:18, 2950:8, 2950:16, 2951:6, 2954:10, 2958:22
**ROHDE** [1] - 2876:5
**role** [2] - 2889:11, 2896:18
**room** [7] - 2846:19, 2858:14, 2858:21, 2858:24, 2864:6, 2865:7, 2874:2
**Room** [1] - 2825:20
**rooms** [1] - 2848:20
**round** [1] - 2885:6
**rounds** [2] - 2949:3, 2949:5
**Route** [1] - 2825:9
**row** [3] - 2920:20, 2923:8, 2934:5
**rows** [4] - 2902:15, 2907:21, 2908:19, 2921:8
**RP** [1] - 2927:18
**Rule** [10] - 2828:5, 2828:16, 2829:2, 2829:5, 2829:10, 2829:14, 2829:25, 2830:7, 2832:22, 2879:9
**rule** [6] - 2829:3, 2829:7, 2830:13, 2837:17, 2956:11, 2969:22
**rules** [4] - 2835:5, 2867:4, 2968:8
**run** [1] - 2950:19
**runs** [1] - 2832:16

**S**

**safe** [1] - 2887:10
**safely** [1] - 2851:18
**sake** [1] - 2916:18
**Sale** [2] - 2960:12, 2960:16
**Sarasota** [3] - 2922:23, 2923:2, 2923:3
**save** [3] - 2885:16, 2960:13, 2960:17

2992

**saved** [2] - 2892:10, 2901:1
**saw** [5] - 2853:16, 2875:18, 2876:17, 2877:12, 2878:8
**scaling** [1] - 2875:18
**schedule** [2] - 2881:3, 2915:8
**scheduled** [2] - 2850:22, 2853:6
**scratched** [1] - 2863:21
**screen** [8] - 2852:16, 2866:9, 2876:12, 2884:23, 2885:7, 2922:8, 2954:21, 2955:16
**screenshot** [3] - 2936:5, 2951:13, 2952:11
**screenshots** [1] - 2952:13
**scroll** [3] - 2832:14, 2945:21, 2969:11
**seal** [4] - 2916:12, 2916:15, 2965:11, 2965:13
**search** [7] - 2889:8, 2911:13, 2924:24, 2925:6, 2925:7, 2926:15, 2927:21
**searched** [1] - 2828:17
**seat** [3] - 2914:25, 2920:24, 2962:25
**seated** [6] - 2827:1, 2841:18, 2892:20, 2892:22, 2896:5, 2919:12
**seating** [1] - 2885:17
**second** [17] - 2866:5, 2867:7, 2869:23, 2875:16, 2876:21, 2905:19, 2914:5, 2920:5, 2920:8, 2925:16, 2929:18, 2930:18, 2942:1, 2946:10, 2950:20, 2961:4, 2966:15
**secondly** [1] - 2879:11
**seconds** [2] - 2833:19, 2933:3
**Secret** [3] - 2850:2, 2850:12, 2850:25
**section** [8] - 2921:14, 2922:3, 2923:4, 2942:8, 2945:23, 2946:7, 2948:1, 2958:23

**secure** [3] - 2850:12, 2927:15, 2929:11
**secured** [1] - 2911:11
**security** [13] - 2838:16, 2843:12, 2849:16, 2850:3, 2850:6, 2850:15, 2850:19, 2851:5, 2851:22, 2852:17, 2853:17, 2914:8, 2919:23
**see** [31] - 2828:15, 2828:17, 2834:14, 2839:2, 2849:15, 2849:17, 2852:5, 2865:1, 2873:1, 2874:15, 2884:17, 2891:10, 2896:4, 2903:6, 2905:5, 2912:5, 2914:14, 2914:22, 2915:25, 2921:13, 2922:5, 2928:11, 2928:12, 2937:19, 2937:22, 2940:6, 2943:7, 2946:12, 2963:9, 2965:23, 2969:1
**seeing** [4] - 2866:9, 2866:20, 2867:6, 2962:15
**seek** [20] - 2877:19, 2878:19, 2890:18, 2894:13, 2899:4, 2901:16, 2902:21, 2904:20, 2912:20, 2917:15, 2925:23, 2928:9, 2932:3, 2932:16, 2936:7, 2945:3, 2953:12, 2957:24, 2958:19, 2961:10
**seeking** [11] - 2833:6, 2833:24, 2834:18, 2835:8, 2838:19, 2891:2, 2891:4, 2901:23, 2916:23, 2955:12, 2956:20
**seeks** [1] - 2827:9
**segments** [10] - 2852:12, 2852:21, 2854:15, 2854:23, 2855:7, 2855:17, 2950:17, 2950:21, 2951:7, 2958:4
**selection** [1] - 2909:2
**semiautomatic** [1] - 2863:6

**send** [5] - 2839:10, 2883:22, 2895:17, 2930:23, 2948:17
**sending** [2] - 2839:6, 2840:22
**sends** [1] - 2833:10
**sensitive** [1] - 2937:13
**sent** [21] - 2833:5, 2834:7, 2834:10, 2834:13, 2835:15, 2837:22, 2838:10, 2895:15, 2900:14, 2900:16, 2900:22, 2901:5, 2901:8, 2946:4, 2946:23, 2946:25, 2948:3, 2948:10, 2948:11, 2960:19, 2960:20
**separate** [1] - 2939:2
**September** [3] - 2946:24, 2948:11, 2959:8
**series** [1] - 2962:11
**seriously** [2] - 2839:16, 2858:1
**serve** [1] - 2888:5
**served** [1] - 2911:14
**Service** [3] - 2850:3, 2850:12, 2850:25
**service** [6] - 2855:25, 2910:4, 2911:10, 2911:11, 2913:19
**session** [3] - 2881:3, 2905:18, 2924:16
**SESSION** [1] - 2824:5
**set** [4] - 2896:14, 2915:4, 2965:24, 2966:15
**setting** [1] - 2895:21
**settled** [1] - 2879:3
**setup** [1] - 2949:5
**seven** [1] - 2837:15
**seven-minute** [1] - 2837:15
**several** [5] - 2888:23, 2902:15, 2907:12, 2967:19
**sew** [1] - 2949:7
**shall** [1] - 2942:6
**sharing** [1] - 2838:1
**sheets** [1] - 2902:13
**SHER** [1] - 2824:19
**shirt** [2] - 2854:19, 2855:3
**shoot** [2] - 2949:24
**shoots** [2] - 2948:22, 2948:23
**short** [1] - 2915:17

**shortly** [2] - 2914:15, 2914:22
**shoulders** [1] - 2855:11
**show** [14] - 2835:14, 2849:15, 2849:16, 2852:4, 2854:10, 2870:6, 2871:7, 2873:10, 2873:11, 2932:4, 2932:6, 2937:3, 2938:2, 2952:15
**showed** [1] - 2885:12
**showing** [4] - 2832:7, 2866:4, 2877:9, 2960:21
**shown** [5] - 2852:1, 2876:21, 2878:22, 2961:22, 2962:1
**shows** [1] - 2907:10
**shut** [2] - 2861:2, 2964:20
**sic** [3] - 2888:12, 2897:25, 2942:1
**side** [6] - 2878:13, 2878:14, 2880:2, 2885:6, 2930:1
**sidebar** [8] - 2869:1, 2879:5, 2886:14, 2899:7, 2901:21, 2903:5, 2936:19, 2954:7
**Siekerman** [3] - 2934:20, 2934:23, 2935:1
**sights** [2] - 2949:6, 2950:2
**sign** [1] - 2959:7
**Signal** [23] - 2834:4, 2860:19, 2860:20, 2861:1, 2866:1, 2866:6, 2869:6, 2889:17, 2889:18, 2889:19, 2889:21, 2891:21, 2898:5, 2898:10, 2899:2, 2899:24, 2930:24, 2930:25, 2931:1, 2931:3, 2931:5, 2933:10, 2935:5
**signed** [6] - 2911:14, 2959:2, 2959:4, 2959:13, 2959:25, 2962:2
**significant** [1] - 2829:11
**signifies** [3] - 2891:19, 2891:21, 2891:23

**signify** [4] - 2891:17, 2891:20, 2891:22, 2892:1
**silently** [6] - 2870:9, 2872:22, 2873:9, 2873:16, 2877:10
**silver** [1] - 2885:17
**similar** [5] - 2827:19, 2836:1, 2857:11, 2930:4, 2963:7
**similarly** [1] - 2858:7
**simple** [1] - 2871:23
**simply** [4] - 2828:3, 2839:3, 2841:7, 2943:3
**sincerely** [1] - 2841:4
**sit** [1] - 2969:11
**situation** [1] - 2830:21
**six** [3] - 2837:15, 2853:15, 2922:18
**skip** [1] - 2929:4
**slender** [1] - 2864:6
**Slide** [19] - 2865:18, 2865:22, 2867:17, 2868:6, 2872:20, 2872:22, 2872:23, 2889:14, 2889:16, 2890:24, 2892:4, 2893:16, 2893:17, 2894:21, 2897:25, 2900:15, 2935:3, 2940:23, 2944:13
**slide** [28] - 2866:15, 2866:20, 2867:2, 2867:22, 2868:4, 2868:11, 2868:14, 2872:10, 2873:16, 2873:25, 2874:8, 2890:10, 2891:7, 2891:18, 2892:5, 2901:3, 2929:13, 2935:20, 2938:12, 2938:14, 2938:15, 2938:16, 2943:9, 2944:2, 2944:7, 2944:15, 2947:16, 2947:18
**slides** [6] - 2872:24, 2874:18, 2890:10, 2891:2, 2899:21, 2899:24
**slight** [1] - 2947:10
**slightly** [1] - 2957:17
**slings** [2] - 2949:6
**slogan** [1] - 2866:10
**sloppy** [1] - 2968:24
**smaller** [1] - 2948:22
**Smith** [5] - 2934:6,

2934:8, 2934:9, 2967:18

**Smrecek** [8] - 2946:16, 2947:1, 2947:18, 2948:25, 2953:11, 2958:7, 2958:10, 2961:6

**snippet** [1] - 2828:10

**so..** [1] - 2841:5

**sober** [3] - 2882:14

**Sol** [1] - 2897:3

**solely** [1] - 2829:24

**solve** [1] - 2837:19

**somber** [3] - 2882:17, 2882:23, 2883:7

**someone** [10] - 2830:18, 2830:23, 2838:1, 2839:3, 2851:11, 2882:7, 2899:11, 2920:12, 2935:22, 2961:3

**sometime** [1] - 2849:6

**sometimes** [2] - 2924:18, 2931:18

**son** [3] - 2948:21, 2951:5, 2961:7

**soon** [2] - 2833:4, 2888:15

**SoRelle** [3] - 2964:5, 2967:15, 2967:19

**SoRelle's** [2] - 2917:20, 2917:24

**sorry** [26] - 2841:19, 2856:25, 2858:23, 2871:11, 2873:20, 2876:16, 2882:15, 2890:13, 2898:14, 2898:18, 2898:19, 2899:23, 2901:19, 2911:21, 2912:22, 2918:9, 2926:6, 2936:12, 2938:9, 2939:11, 2948:14, 2953:18, 2959:19, 2959:21, 2960:3, 2960:22

**sort** [4] - 2829:21, 2830:12, 2839:14, 2869:20

**sorted** [1] - 2907:25

**source** [1] - 2881:14

**sources** [1] - 2881:13

**South** [1] - 2825:9

**speaker** [1] - 2833:15

**speakers** [1] - 2851:12

**speaking** [6] - 2854:18, 2876:19, 2903:2, 2926:1, 2934:15, 2935:10

**Special** [1] - 2887:12

**special** [1] - 2887:25

**specialized** [1] - 2930:14

**specific** [8] - 2830:3, 2860:8, 2880:21, 2881:18, 2888:15, 2900:3, 2917:6, 2966:10

**specifically** [2] - 2890:5, 2915:14

**specter** [1] - 2829:18

**split** [1] - 2853:2

**splitting** [1] - 2851:6

**spoken** [3] - 2842:11, 2842:13, 2915:2

**spot** [1] - 2962:8

**spring** [1] - 2963:16

**SR** [1] - 2825:14

**stack** [1] - 2897:8

**stacked** [1] - 2851:11

**stages** [1] - 2848:4

**staging** [1] - 2850:6

**stand** [8] - 2828:20, 2842:2, 2863:9, 2863:10, 2874:4, 2888:8, 2895:4, 2919:17

**standing** [1] - 2849:18

**stands** [3] - 2863:1, 2912:17, 2970:2

**STANLEY** [1] - 2825:2

**Stanley** [1] - 2876:20

**start** [7] - 2851:13, 2874:15, 2897:25, 2905:24, 2938:9, 2968:19, 2968:21

**started** [2] - 2850:9, 2871:23

**starting** [7] - 2876:15, 2907:25, 2908:2, 2929:20, 2933:19, 2961:4, 2968:15

**state** [25] - 2831:4, 2831:8, 2833:1, 2835:12, 2836:3, 2838:10, 2838:14, 2839:9, 2840:21, 2843:12, 2843:15, 2865:20, 2895:20, 2897:18, 2897:20,

2902:23, 2906:7, 2917:4, 2922:19, 2923:11, 2937:11, 2937:14, 2941:7, 2942:4, 2942:7

**State** [2] - 2936:2, 2941:11

**statement** [22] - 2827:23, 2832:8, 2832:14, 2832:24, 2833:9, 2835:11, 2836:25, 2838:4, 2866:4, 2866:9, 2867:2, 2867:19, 2876:24, 2877:18, 2879:7, 2879:13, 2879:24, 2880:1, 2880:4, 2939:4, 2939:25

**statements** [9] - 2833:23, 2833:25, 2834:3, 2866:1, 2874:19, 2893:15, 2939:21, 2939:25

**STATES** [4] - 2824:1, 2824:3, 2824:11, 2824:16

**States** [7] - 2825:18, 2880:25, 2881:23, 2886:1, 2888:19, 2942:12, 2971:13

**statute** [21] - 2936:2, 2936:21, 2936:22, 2937:6, 2937:15, 2938:5, 2938:10, 2938:18, 2938:19, 2939:18, 2940:10, 2940:11, 2941:8, 2941:11, 2942:1, 2942:4, 2942:19, 2942:21, 2943:2, 2943:9, 2943:24

**stayed** [6] - 2851:7, 2875:20, 2875:23, 2878:12, 2880:1, 2882:5

**staying** [1] - 2877:14

**stays** [1] - 2856:5

**stemming** [1] - 2893:7

**stenographic** [1] - 2971:5

**step** [5] - 2896:13, 2914:18, 2920:17, 2925:10, 2962:19

**STEWARD** [1] - 2824:6

**Stewart** [9] - 2867:10, 2867:12, 2890:8, 2890:16,

2891:19, 2900:18, 2901:8, 2933:20, 2933:21

**stick** [1] - 2915:7

**still** [8] - 2878:21, 2897:22, 2919:20, 2951:15, 2952:21, 2952:23, 2953:8, 2957:20

**stimulus** [1] - 2832:11

**stipulate** [3] - 2827:7, 2827:8, 2910:21

**stop** [5] - 2861:3, 2864:23, 2883:20, 2949:9, 2962:8

**stopped** [2] - 2876:14, 2878:10

**store** [1] - 2850:12

**stored** [2] - 2847:2, 2858:14

**stowed** [1] - 2850:24

**street** [1] - 2885:20

**Street** [2] - 2824:17, 2825:12

**strictly** [1] - 2900:19

**strike** [1] - 2868:24

**string** [2] - 2967:24

**structure** [1] - 2830:2

**students** [1] - 2946:14

**stuff** [1] - 2929:19

**subject** [8] - 2905:18, 2908:5, 2908:25, 2927:5, 2940:11, 2960:15, 2962:9, 2968:6

**subjects** [2] - 2893:8, 2924:16

**submit** [7] - 2886:17, 2915:13, 2915:18, 2916:12, 2916:15, 2916:25, 2918:22

**subpoena** [6] - 2847:13, 2944:25, 2950:14, 2952:4, 2954:16, 2961:18

**subsequent** [1] - 2943:7

**substance** [2] - 2856:24, 2857:3

**substantially** [1] - 2831:18

**substantiate** [1] - 2915:15

**succession** [1] - 2940:8

**successive** [1] -

2940:8

**suck** [1] - 2867:14

**sufficient** [1] - 2833:8

**suggest** [3] - 2829:21, 2912:10, 2936:21

**suggested** [2] - 2840:9, 2965:10

**suggesting** [4] - 2838:21, 2839:3, 2840:23, 2917:10

**suggestion** [1] - 2834:6

**suggestions** [2] - 2835:15, 2835:18

**suit** [2] - 2892:22, 2896:6

**Suite** [3] - 2824:25, 2825:6, 2825:9

**summarize** [2] - 2889:5, 2940:25

**summarized** [4] - 2902:18, 2931:20, 2933:2, 2933:16

**summary** [17] - 2890:1, 2901:25, 2903:20, 2903:22, 2904:3, 2904:8, 2904:12, 2904:16, 2905:12, 2905:14, 2907:19, 2909:13, 2910:16, 2920:4, 2921:4, 2924:8, 2932:11

**Sunday** [2] - 2946:3, 2960:13

**support** [1] - 2916:17

**supports** [1] - 2828:12

**suppose** [3] - 2832:19, 2870:15, 2915:23

**supposed** [1] - 2881:3

**Supreme** [2] - 2848:3, 2848:5

**surplusage** [1] - 2966:25

**surprised** [1] - 2859:22

**surround** [1] - 2918:11

**surrounding** [2] - 2916:1, 2966:11

**surveillance** [1] - 2852:7

**sustain** [2] - 2883:23, 2883:24

2994

sustained [7] - 2843:1, 2844:21, 2847:8, 2857:20, 2883:10, 2885:23, 2886:6
Sutton [1] - 2829:12
swearing [1] - 2878:5
switched [1] - 2906:13
Switzerland [1] - 2911:25
SWORN [1] - 2887:14
systems [1] - 2948:21

**T**

T-Mobile [2] - 2931:6, 2931:8
tackle [1] - 2968:20
talks [2] - 2829:13, 2835:24
Tampa [1] - 2888:11
tan [1] - 2855:4
tape [1] - 2828:7
TARPLEY [1] - 2824:23
task [3] - 2881:25, 2888:9, 2916:24
teaches [1] - 2949:25
teaching [1] - 2942:5
team [6] - 2878:9, 2889:12, 2892:13, 2894:8, 2917:6, 2918:16
teams [1] - 2835:21
teargas [1] - 2867:14
teed [1] - 2917:5
telecom [2] - 2931:15, 2933:10
telephone [3] - 2931:6, 2931:11, 2933:11
ten [2] - 2901:9, 2921:8
tendered [1] - 2847:10
term [4] - 2858:9, 2859:1, 2862:25, 2942:8
terms [3] - 2830:13, 2857:25, 2899:8
terrible [1] - 2885:2
terrorism [3] - 2888:6, 2888:9, 2888:14

Terry [1] - 2826:6
test [2] - 2927:5, 2927:16
testified [5] - 2848:21, 2857:9, 2872:3, 2872:4, 2884:6
testifying [3] - 2875:25, 2876:9, 2878:3
testimonial [1] - 2898:19
testimony [14] - 2856:24, 2857:3, 2857:17, 2872:7, 2877:3, 2882:13, 2882:20, 2886:18, 2887:9, 2898:2, 2903:10, 2914:19, 2944:19, 2962:20
Texas [1] - 2824:25
text [11] - 2827:14, 2833:9, 2837:21, 2839:24, 2868:1, 2868:3, 2868:6, 2915:14, 2916:1, 2916:25, 2940:2
texts [2] - 2918:11, 2965:18
THE [242] - 2824:1, 2824:11, 2824:14, 2824:17, 2824:22, 2825:2, 2825:8, 2825:11, 2825:14, 2826:5, 2827:1, 2827:12, 2827:17, 2827:19, 2827:24, 2829:1, 2833:12, 2834:2, 2834:10, 2834:14, 2834:17, 2834:25, 2835:7, 2836:16, 2837:2, 2837:12, 2838:6, 2838:23, 2839:1, 2839:21, 2839:23, 2840:6, 2841:3, 2841:6, 2841:14, 2841:15, 2841:18, 2842:16, 2843:1, 2844:5, 2844:6, 2844:12, 2844:21, 2846:15, 2847:8, 2851:24, 2852:4, 2852:9, 2853:8, 2853:10, 2853:25, 2854:3, 2854:7, 2855:19, 2856:9, 2857:19, 2862:5, 2864:13, 2864:14, 2865:14, 2865:15,

2865:20, 2868:2, 2868:21, 2869:11, 2869:14, 2870:2, 2870:14, 2870:18, 2870:25, 2871:11, 2871:21, 2872:4, 2872:14, 2872:17, 2872:25, 2873:3, 2873:6, 2873:10, 2873:18, 2873:22, 2876:19, 2876:21, 2876:23, 2877:1, 2877:4, 2877:23, 2878:25, 2879:2, 2879:6, 2879:22, 2880:7, 2880:10, 2880:13, 2882:15, 2882:19, 2883:3, 2883:9, 2883:12, 2883:23, 2884:3, 2885:23, 2886:6, 2886:11, 2886:22, 2887:5, 2887:8, 2887:15, 2887:16, 2887:17, 2890:21, 2891:1, 2891:6, 2891:8, 2893:1, 2893:3, 2894:15, 2894:17, 2896:10, 2898:19, 2899:5, 2899:8, 2899:13, 2899:16, 2899:23, 2900:2, 2900:10, 2901:22, 2902:3, 2902:23, 2903:2, 2903:11, 2904:23, 2904:25, 2910:25, 2911:21, 2911:23, 2911:24, 2912:22, 2912:24, 2913:1, 2913:3, 2913:16, 2914:10, 2914:18, 2914:21, 2914:22, 2914:25, 2915:10, 2915:22, 2916:10, 2917:3, 2917:9, 2918:5, 2918:6, 2918:8, 2918:13, 2918:19, 2918:25, 2919:3, 2919:9, 2919:12, 2925:3, 2925:24, 2926:1, 2926:4, 2926:9, 2928:14, 2930:10, 2930:11, 2932:19, 2936:9, 2936:12, 2936:24, 2937:19, 2937:24, 2938:9, 2938:12, 2938:14, 2939:5, 2939:11, 2939:13, 2940:16,

2941:20, 2941:23, 2942:14, 2945:6, 2945:9, 2945:12, 2951:15, 2951:22, 2952:1, 2952:9, 2952:17, 2953:13, 2953:20, 2954:4, 2954:8, 2954:22, 2955:1, 2955:6, 2955:11, 2955:25, 2956:2, 2956:4, 2956:12, 2957:3, 2957:6, 2958:1, 2958:21, 2959:19, 2959:23, 2962:10, 2962:13, 2962:19, 2962:22, 2962:23, 2962:25, 2963:12, 2963:25, 2965:1, 2965:6, 2965:13, 2965:19, 2965:21, 2966:1, 2966:5, 2966:9, 2966:13, 2967:11, 2967:14, 2968:2, 2968:11, 2968:18, 2969:4, 2969:9, 2969:13, 2969:16, 2969:18, 2969:21, 2969:25, 2970:2
themselves [1] - 2944:11
theory [2] - 2838:17, 2838:25
Thereupon [1] - 2914:23
they've [7] - 2870:12, 2917:22, 2917:25, 2919:2, 2955:9, 2965:5, 2966:4
thinking [3] - 2839:10, 2840:21, 2843:9
thinks [1] - 2963:23
third [5] - 2834:22, 2905:21, 2907:8, 2907:10, 2920:20
thirds [1] - 2876:10
thousands [2] - 2894:6, 2931:18
thread [7] - 2895:5, 2895:7, 2898:5, 2898:8, 2966:21, 2966:24, 2967:3
threat [1] - 2839:19
three [10] - 2872:24, 2917:2, 2923:13, 2934:1, 2942:10, 2949:7, 2964:22, 2964:25, 2966:21,

2966:23
threshold [2] - 2918:21, 2963:10
throughout [4] - 2838:13, 2889:7, 2897:9, 2967:20
throw [1] - 2863:25
throws [1] - 2937:6
Thursday [1] - 2915:4
Tidal [1] - 2885:6
tie [1] - 2892:23
timestamp [2] - 2853:13, 2968:25
timestamps [1] - 2940:6
timing [2] - 2829:25, 2831:8
to/from [1] - 2946:9
today [14] - 2856:8, 2856:24, 2857:4, 2857:12, 2862:24, 2876:9, 2895:20, 2915:7, 2918:4, 2919:5, 2919:14, 2944:19, 2955:5, 2964:3
together [9] - 2850:15, 2850:21, 2856:5, 2866:12, 2866:13, 2935:19, 2941:5
Tom [2] - 2850:20, 2853:5
tomorrow [4] - 2957:1, 2962:14, 2969:8, 2969:19
tonight [2] - 2927:16, 2964:23
took [2] - 2841:20, 2966:19
tool [1] - 2949:22
top [10] - 2836:4, 2905:10, 2907:21, 2908:2, 2913:12, 2928:17, 2932:22, 2934:25, 2937:2, 2948:1
topic [1] - 2914:11
total [1] - 2908:7
totally [1] - 2844:18
toward [1] - 2968:15
towards [1] - 2861:12
traditional [2] - 2931:11, 2933:11
train [6] - 2935:18, 2935:19, 2939:15, 2939:16, 2941:4, 2941:5

**Training** [9] - 2947:1, 2949:17, 2950:7, 2952:22, 2953:11, 2957:18, 2959:3, 2960:7, 2961:6
**training** [15] - 2930:14, 2935:15, 2937:5, 2939:17, 2939:19, 2941:1, 2942:5, 2942:7, 2944:14, 2946:13, 2950:3, 2959:3, 2960:13, 2960:17, 2962:1
**trainings** [1] - 2939:20
**transcript** [18] - 2830:4, 2876:9, 2877:5, 2879:7, 2879:14, 2879:20, 2880:11, 2953:17, 2956:10, 2956:13, 2956:20, 2956:22, 2956:25, 2957:4, 2957:7, 2971:5, 2971:6
**TRANSCRIPT** [1] - 2824:10
**transcripts** [1] - 2956:14
**transfer** [2] - 2846:18, 2883:20
**transferred** [1] - 2846:18
**transport** [1] - 2863:23
**transportation** [1] - 2927:17
**traveled** [1] - 2912:11
**travels** [1] - 2887:10
**trial** [7] - 2828:4, 2828:6, 2829:20, 2829:24, 2829:25, 2955:5, 2956:17
**TRIAL** [1] - 2824:10
**trials** [1] - 2829:19
**tried** [1] - 2965:20
**trip** [2] - 2843:23, 2874:22
**TROY** [1] - 2824:15
**truck** [1] - 2948:21
**true** [12] - 2840:11, 2846:10, 2848:25, 2864:5, 2864:19, 2906:13, 2908:9, 2908:15, 2920:14, 2924:20, 2971:4, 2971:5
**Trump** [2] - 2848:2,

2963:15
**trunk** [1] - 2864:1
**truth** [8] - 2832:13, 2832:18, 2834:19, 2838:4, 2838:9, 2838:19, 2839:8, 2878:5
**truthful** [1] - 2836:21
**try** [2] - 2849:15, 2917:19
**trying** [7] - 2828:9, 2841:6, 2870:20, 2952:11, 2963:8, 2964:19, 2964:20
**Turmoil** [1] - 2897:1
**turn** [7] - 2913:10, 2914:4, 2919:22, 2921:24, 2924:5, 2930:18, 2958:12
**turned** [4] - 2847:13, 2847:19, 2900:3, 2924:21
**turns** [1] - 2921:25
**two** [30] - 2833:19, 2835:9, 2837:16, 2846:7, 2848:4, 2858:17, 2864:23, 2871:1, 2871:15, 2876:10, 2907:11, 2908:20, 2917:6, 2922:13, 2923:14, 2923:16, 2930:3, 2933:25, 2947:11, 2948:8, 2949:6, 2952:13, 2953:20, 2963:10, 2964:22, 2964:24, 2966:21, 2966:22, 2967:16
**two-point** [1] - 2949:6
**two-pronged** [1] - 2963:10
**two-thirds** [1] - 2876:10
**type** [5] - 2881:11, 2889:5, 2893:13, 2905:22, 2907:10
**types** [4] - 2888:3, 2888:13, 2907:11, 2948:20
**typically** [1] - 2968:5

**U**

**U.S** [4] - 2824:20, 2829:12, 2884:18, 2886:4
**ultimately** [3] - 2828:24, 2938:24,

2939:21
**under** [16] - 2828:5, 2829:4, 2829:23, 2832:22, 2846:8, 2870:2, 2876:24, 2880:4, 2916:12, 2916:15, 2919:20, 2920:22, 2956:11, 2965:11, 2965:13
**underneath** [3] - 2851:11, 2855:4, 2896:22
**understood** [8] - 2841:13, 2843:15, 2873:13, 2917:4, 2943:21, 2944:6, 2965:15, 2968:10
**UNIDENTIFIED** [3] - 2876:18, 2903:1, 2925:25
**unique** [1] - 2830:19
**United** [6] - 2880:25, 2881:23, 2886:1, 2888:19, 2942:12, 2971:13
**UNITED** [4] - 2824:1, 2824:3, 2824:11, 2824:16
**united** [1] - 2825:18
**unlawful** [1] - 2939:23
**unless** [4] - 2918:16, 2929:20, 2962:9, 2969:10
**unlocks** [1] - 2913:21
**unnecessary** [1] - 2903:10
**unquote** [4] - 2831:1, 2848:7, 2868:18, 2900:21
**unring** [1] - 2841:14
**unusual** [1] - 2846:21
**up** [82] - 2832:3, 2833:3, 2833:4, 2835:20, 2836:14, 2837:4, 2837:25, 2838:2, 2840:12, 2841:8, 2842:1, 2843:17, 2843:18, 2848:18, 2848:19, 2850:9, 2865:18, 2866:4, 2867:7, 2867:14, 2868:4, 2872:19, 2874:22, 2875:15, 2876:4, 2877:10, 2883:25, 2884:11, 2887:1, 2889:13, 2891:14,

2893:16, 2894:21, 2895:21, 2896:14, 2896:15, 2897:25, 2898:21, 2900:5, 2903:15, 2903:24, 2905:3, 2907:2, 2907:15, 2909:8, 2910:11, 2912:19, 2916:22, 2917:5, 2919:16, 2921:1, 2922:15, 2923:4, 2925:15, 2928:1, 2929:25, 2936:3, 2937:6, 2938:4, 2940:22, 2944:3, 2944:4, 2945:20, 2945:22, 2946:6, 2946:9, 2946:10, 2946:17, 2947:2, 2947:15, 2947:25, 2948:13, 2948:14, 2949:13, 2950:8, 2951:9, 2954:4, 2957:14, 2960:13, 2960:17, 2965:16, 2967:10
**upheld** [1] - 2828:6
**upper** [1] - 2910:12
**urging** [1] - 2837:12
**URL** [1] - 2936:2
**user** [4] - 2895:18, 2909:24, 2924:9, 2929:7
**username** [3] - 2906:9, 2906:13, 2926:22
**users** [2] - 2901:14, 2902:16

**V**

**value** [4] - 2831:4, 2831:7, 2831:17, 2841:12
**variety** [1] - 2858:9
**various** [2] - 2832:7, 2902:16
**veer** [1] - 2968:15
**vehicle** [1] - 2849:1
**verbatim** [2] - 2879:20
**verdict** [1] - 2942:24
**verified** [1] - 2900:25
**verify** [3] - 2852:6, 2903:11, 2956:25
**Verizon** [2] - 2931:6, 2931:8
**version** [2] - 2913:20, 2913:21

**versus** [2] - 2829:12, 2911:11
**vetting** [2] - 2928:24, 2929:18
**via** [4] - 2889:3, 2901:15, 2908:5, 2933:9
**video** [77] - 2833:5, 2833:7, 2833:8, 2833:10, 2833:14, 2833:15, 2833:18, 2834:5, 2834:8, 2834:13, 2834:19, 2835:6, 2835:7, 2835:14, 2835:24, 2836:6, 2836:14, 2836:19, 2837:7, 2837:10, 2837:14, 2837:15, 2837:18, 2837:22, 2838:1, 2838:4, 2838:7, 2838:9, 2838:11, 2839:2, 2839:5, 2839:7, 2839:8, 2839:11, 2840:5, 2840:11, 2840:16, 2840:23, 2849:16, 2851:21, 2852:6, 2852:7, 2853:13, 2893:14, 2901:15, 2944:14, 2951:6, 2951:13, 2951:18, 2952:4, 2952:11, 2952:12, 2952:14, 2952:15, 2952:21, 2953:8, 2954:2, 2954:8, 2954:9, 2954:12, 2954:20, 2955:6, 2955:8, 2955:19, 2955:21, 2956:2, 2956:4, 2956:6, 2956:8, 2957:6, 2957:15, 2957:17, 2957:21, 2957:22, 2961:22
**videos** [2] - 2889:8, 2950:13
**view** [3] - 2839:18, 2839:23
**viewed** [1] - 2864:9
**views** [2] - 2831:12, 2839:13
**violate** [1] - 2937:15
**violating** [3] - 2936:23, 2937:8, 2942:20
**violation** [2] - 2938:22, 2942:23
**violence** [3] - 2831:14, 2838:24,

2996

2942:9
**violent** [3] - 2859:6, 2859:9, 2869:5
**VIP** [5] - 2850:2, 2851:9, 2874:25, 2875:17, 2885:17
**VIPs** [3] - 2850:21, 2875:8, 2881:8
**Virginia** [4] - 2846:19, 2858:12, 2858:13, 2864:5
**virtual** [2] - 2912:17, 2923:24
**Visitors** [1] - 2878:14
**voice** [2] - 2887:20, 2896:15
**volume** [2] - 2852:5, 2852:8
**voluminous** [3] - 2889:25, 2902:11, 2932:1
**VPN** [6] - 2912:15, 2912:16, 2912:17, 2923:22, 2923:23, 2923:24
**vs** [1] - 2824:5

---

## W

**wait** [2] - 2874:17, 2970:1
**waiver** [3] - 2959:2, 2959:11, 2962:1
**walk** [8] - 2845:5, 2851:13, 2855:15, 2891:12, 2895:2, 2907:23, 2932:25, 2933:15
**walked** [2] - 2878:13, 2880:2
**walking** [2] - 2856:4, 2861:12
**walls** [3] - 2875:18, 2876:17, 2878:9
**wants** [5] - 2834:9, 2834:24, 2837:17, 2916:3, 2916:20
**warrant** [9] - 2889:8, 2889:9, 2911:14, 2924:24, 2925:6, 2925:7, 2925:13, 2926:15, 2927:22
**Washington** [21] - 2824:6, 2824:18, 2824:21, 2825:3, 2825:20, 2835:25, 2836:20, 2838:15, 2838:22, 2840:12, 2840:24, 2849:20,

---

2862:15, 2864:10, 2865:2, 2874:22, 2884:16, 2885:17, 2887:9, 2889:3, 2971:14
**washington** [1] - 2825:6
**watch** [2] - 2848:9, 2851:11
**watched** [1] - 2834:21
**Watkins** [1] - 2856:15
**WATKINS** [1] - 2825:12
**ways** [4] - 2853:18, 2858:10, 2861:11, 2871:1
**weapon** [9] - 2847:12, 2858:12, 2858:13, 2859:13, 2859:14, 2859:17, 2859:18, 2859:25, 2958:11
**weapons** [15] - 2836:10, 2846:10, 2847:1, 2847:10, 2847:13, 2847:24, 2858:11, 2859:7, 2859:11, 2859:15, 2860:4, 2860:9, 2860:12, 2860:14, 2888:6
**wearing** [5] - 2848:13, 2849:11, 2849:13, 2849:14, 2892:21
**webpage** [1] - 2941:16
**week** [1] - 2966:19
**weeks** [3] - 2831:9, 2840:22, 2967:24
**welcome** [4] - 2841:18, 2887:15, 2919:13, 2966:1
**well-being** [1] - 2855:25
**well-regulated** [2] - 2867:20, 2868:8
**White** [1] - 2884:25
**white** [4] - 2864:6, 2892:23, 2896:6, 2961:7
**whole** [7] - 2837:18, 2838:25, 2923:8, 2933:18, 2952:12, 2954:12, 2955:8
**Wi** [1] - 2910:9
**Wi-Fi** [1] - 2910:9
**wide** [4] - 2830:1,

---

2963:13, 2963:24, 2964:20
**wide-open** [1] - 2964:20
**wife** [3] - 2842:17, 2842:20, 2948:21
**William** [1] - 2897:1
**Willow** [1] - 2926:21
**wink** [2] - 2835:19
**wink-wink** [1] - 2835:19
**wise** [1] - 2900:1
**withdrawn** [1] - 2917:17
**Witness** [2] - 2887:11, 2962:24
**witness** [24] - 2827:17, 2841:23, 2842:2, 2851:22, 2851:25, 2852:13, 2852:22, 2868:2, 2869:4, 2871:2, 2871:8, 2871:10, 2871:19, 2871:24, 2873:9, 2885:4, 2886:11, 2886:15, 2898:15, 2899:14, 2903:16, 2919:17, 2932:6
**WITNESS** [13] - 2844:6, 2853:10, 2855:19, 2864:14, 2865:14, 2868:21, 2887:14, 2887:16, 2911:24, 2913:16, 2914:21, 2930:11, 2962:22
**WITNESSES** [1] - 2826:5
**woman** [1] - 2862:14
**Women** [2] - 2848:2, 2885:16
**Women's** [1] - 2848:2
**wondering** [1] - 2948:20
**WOODWARD** [83] - 2825:2, 2825:2, 2827:7, 2827:14, 2827:18, 2827:21, 2828:19, 2833:4, 2833:18, 2834:5, 2834:12, 2834:15, 2834:22, 2835:2, 2837:19, 2838:12, 2838:24, 2839:17, 2839:22, 2840:2, 2841:1, 2841:4, 2841:13, 2867:25, 2868:20, 2868:23,

---

2869:2, 2869:9, 2869:13, 2871:20, 2876:20, 2877:2, 2882:24, 2884:2, 2886:5, 2886:9, 2886:12, 2886:15, 2887:4, 2890:19, 2894:16, 2896:9, 2903:3, 2903:6, 2904:22, 2910:21, 2910:24, 2911:20, 2911:22, 2912:25, 2913:2, 2926:2, 2928:11, 2928:13, 2930:6, 2930:9, 2932:18, 2936:16, 2936:20, 2937:25, 2938:8, 2938:25, 2939:9, 2939:12, 2945:5, 2951:16, 2951:18, 2951:21, 2951:23, 2952:10, 2952:16, 2953:18, 2953:22, 2953:25, 2954:13, 2955:3, 2955:7, 2956:3, 2956:10, 2956:18, 2956:24, 2957:10, 2961:12
**Woodward** [13] - 2828:2, 2828:15, 2833:12, 2869:18, 2876:20, 2884:3, 2885:12, 2894:15, 2903:3, 2913:1, 2952:9, 2954:21, 2954:23
**woodward** [1] - 2926:2
**Woodward's** [2] - 2835:10, 2955:16
**word** [2] - 2840:8, 2901:2
**words** [3] - 2837:4, 2885:15, 2890:2
**world** [2] - 2883:2, 2923:17
**worry** [1] - 2832:21
**writes** [1] - 2834:6
**WWG1WGA** [1] - 2866:11

---

## Y

**yards** [1] - 2950:2
**years** [1] - 2888:2
**yellow** [4] - 2921:10, 2923:4, 2966:8, 2966:11
**Young** [5] - 2897:2,

---

2924:25, 2925:5, 2925:10, 2929:10
**young** [2] - 2925:11, 2925:12
**yourself** [4] - 2856:25, 2872:23, 2887:21, 2926:14
**yourselves** [2] - 2936:13, 2942:25

---

## Z

**Zack** [2] - 2947:13, 2948:6
**zero** [1] - 2950:2
**zoom** [18] - 2905:9, 2907:20, 2909:9, 2910:12, 2913:14, 2921:7, 2921:20, 2922:2, 2923:7, 2927:10, 2928:17, 2932:22, 2941:25, 2945:22, 2948:15, 2949:18, 2958:22, 2960:4
**zoomed** [1] - 2912:2
**zoomed-in** [1] - 2912:2
**zooming** [1] - 2929:15