IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )   CR No. 22-15
                                 )   Washington, D.C.
          vs.                    )   October 26, 2022
                                 )   9:30 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )   Day 19
          Defendants.            )   Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn L. Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               kathryn.rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com

                                 James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                         Juli Zsuzsa Haller
                                     LAW OFFICES OF JULIA HALLER
                                     601 Pennsylvania Avenue, NW
                                     Suite 900
                                     S. Building
                                     Washington, D.C. 20036
                                     (202) 352-2615
                                     Email: hallerjulia@outlook.com


For Defendant
Kenneth Harrelson:                   Bradford L. Geyer
                                     FormerFeds LLC
                                     2006 Berwick Drive
                                     Cinnaminson, NJ 08077
                                     (856) 607-5708
                                     Email:
                                     Bradford@formerfedsgroup.com


For Defendant
Thomas E. Caldwell:                  David William Fischer, Sr.
                                     FISCHER & PUTZI, P.A.
                                     7310 Governor Ritchie Highway
                                     Empire Towers, Suite 300
                                     Glen Burnie, MD 21061-3065
                                     (410) 787-0826
                                     Email:
                                     fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES              DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

LANELLE HAWA           5408
CHRISTOPHER OWENS      5430  5454    5460
JASON MCINTYRE         5462

– – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                          ADMITTED

9053                                  5412

9054                                  5421

1056.0213.0240                        5435

8000.2, 8000.3, 8002                  5438

8001                                  5452

2126                                  5467

2122                                  5469

2123, 2124 AND 2125                   5471

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                                ADMITTED

WATKINS 14                                    5457

5398



P R O C E E D I N G S

(Sealed, ex parte proceedings)



5400



19          (Open court)

20          COURTROOM DEPUTY:  So we're back on.

21          Good morning, Your Honor.  This is Criminal Case

22   No. 22-15, the United States of America versus Defendant

23   No. 1, Elmer Stewart Rhodes III; Defendant 2, Kelly Meggs;

24   Defendant 3, Kenneth Harrelson; Defendant 4, Jessica

25   Watkins; and Defendant 10, Thomas Edward Caldwell.

1          Kathryn Rakoczy, Jeffrey Nestler, Alexandra

2    Hughes, Troy Edwards, and Louis Manzo for the government.

3          Phillip Linder, James Lee Bright, and Edward

4    Tarpley for Defendant Rhodes.

5          Juli Haller for Defendant Meggs.

6          Bradford Geyer for Defendant Harrelson.

7          Jonathan Crisp for Defendant Watkins.

8          And David Fischer for Defendant Caldwell.

9          Defendants Meggs, Harrelson, Watkins, and Caldwell

10   there present in the courtroom for these proceedings.

11          Defendant Stewart Rhodes has had his appearance

12   waived.

13          THE COURT:  Okay.  Good morning, everyone.

14          So I understand Mr. Woodward is expecting that he

15   will be back by Monday, and hopefully Mr. Rhodes will also

16   be available Monday, although that is an uncertain matter.

17   So I've reconsidered the request with respect Officers Dunn

18   and Special Agent Lazarus, so we'll delay their testimony

19   until Monday.  So we'll finish with the other four witnesses

20   presumably today and we'll pick up, hopefully, on Monday

21   with those two witnesses with Mr. Woodward present.

22          Anything else we need to take up before we begin?

23          MR. NESTLER:  Just to clarify, Your Honor, if

24   Mr. Rhodes is not back on Monday, does Your Honor intend to

25   have us come in just to have those two witnesses, or are we

1    going to just be down until Mr. Rhodes is back, which is

2    potentially till Thursday?

3            THE COURT:  I think it probably just makes sense

4    to be just down till Thursday.  I mean, I don't think either

5    witness is going to take -- my sense is we're talking about

6    a couple of hours.  I don't know if it makes a lot of sense

7    to drag the jury in for two hours and counsel from out of

8    town.

9            MR. NESTLER:  That makes sense, Your Honor.

10            Just for scheduling purposes, do we have any sense

11    on Sunday of when we're going to hear about whether

12    Mr. Rhodes is tested whether we can plan to be here on

13    Monday with witnesses.

14            THE COURT:  I don't.  We're still trying to work

15    those details out.  But as soon as I know something I'll let

16    you know.  My hope is we'll be able to get a test early in

17    the day and get something to you all certainly by 5:00,

18    although I gather -- what are you all contemplating in terms

19    of your travel plans to be?

20            MR. LINDER:  I'm staying here.

21            THE COURT:  You're staying here.

22            MR. BRIGHT:  I'm leaving this afternoon,

23    Your Honor, but I'll be back Sunday no matter what.  Even if

24    that's a dead week in terms of testimony, we're going to be

25    using it as a defense team to prep so I'm going to be here

1    Sunday no matter what.

2            THE COURT:  Mr. Crisp, what are your travel plans?

3            MR. CRISP:  When did you say we were going to

4    break after today?

5            THE COURT:  Well, if we get through the remaining

6    witnesses today, I think so, although Mr. Nestler suggests

7    that we could talk about jury instructions either --

8    probably tomorrow morning.  Truth be told, I haven't looked

9    at them but I can do that before.

10           MR. CRISP:  Based on that, because of other

11   things, I was intending to go back home, which is, you know,

12   is about three hours away, but, I mean -- and then go back

13   on Monday in the evening.  But I have the opportunity to

14   kind of regroup and have the time to go home.

15           THE COURT:  Sure.

16           The only question was just in terms of -- I guess

17   it's less of an issue for you than the other counsel, but

18   I just want to give you all enough notice so that you can

19   make your travel plans to be back Monday if that's how we're

20   going to proceed.

21           MR. CRISP:  We are still at this point, based on

22   that, I would certainly say we're going into the week of the

23   14th, correct?

24           THE COURT:  Some of that will depend on you.

25           MR. CRISP:  Well, understanding that my client

 1    will exercise her right to present a defense, I understand
 2    that.
 3            But the issue, I guess, then becomes can the --
 4    I would like to hook up with the government but I'd like to
 5    figure out when we could start calling our witnesses, when
 6    the government is realistically going to end their witnesses
 7    since we're backed up.
 8            MR. NESTLER:  So if I could chime in.
 9            One, we do think it might make sense to sit on
10    Monday.  I know it's odd to bring the jury back in after a
11    couple days' delay, but given Mr. Woodward's and
12    Ms. Haller's interest in crossing Officer Dunn, it could
13    last a good chunk of the day to call Officer Dunn and
14    Special Agent Lazarus.
15            And if we do have an interest in moving this
16    forward, I know on our side, we do, I assume on the defense
17    side there is as well, and we can get in almost a full day
18    on Monday, it might make sense to do that regardless of
19    Mr. Rhodes' status considering that he waived his presence
20    for those two witnesses.
21            And then if Mr. Rhodes is back, that's great, we
22    can pick up with the rest of our case.  If not, we'll have,
23    I guess, Tuesday and Wednesday off, and then come back on
24    Thursday.  It could be a proposal to actually make some
25    progress.

1          And to answer Mr. Crisp's question, which I think

2     is valid, we think there's probably about three days of

3     evidence left after Mr. Rhodes -- from our case after

4     Mr. Rhodes returns.  That raises the question of next

5     Friday.  We're still only planning to sit a half-day, it's

6     my understanding.  If Your Honor was planning to move all of

7     Your Honor's Friday afternoon schedules around to have us be

8     here a full day on Friday, we can discuss that, just let us

9     know what Your Honor would like, we'd certainly have an

10     interest in our side in resting as soon as we can.

11          MR. CRISP:  You're saying the worst case Thursday

12     to finish up?

13          MR. NESTLER:  To be clear, we have three days, we

14     believe, of evidence after Officer Dunn and Special Agent

15     Lazarus.

16          MR. CRISP:  Which would be Tuesday, Wednesday,

17     Thursday.

18          Again, I'm not holding you to it, I'm just trying

19     to understand the timeline.  Theoretically, we're starting

20     the defense case-in-chief on Friday.

21          THE COURT:  All right.

22          MR. NESTLER:  Correct.

23          THE COURT:  Well, look, if everybody is

24     comfortable with Monday, we can bring the jurors back for

25     those two witnesses, and we can -- if everybody is here, we

 1    can use Tuesday to discuss jury instructions or at least

 2    make some productive use of the down time.

 3            MR. NESTLER:  That makes sense, Your Honor.

 4            Just so the record's clear, if we discuss jury

 5    instructions without Mr. Rhodes' presence, we would want

 6    Mr. Rhodes to waive his presence if we were discussing that

 7    amount of substance without him.

 8            THE COURT:  Right.

 9            MR. LINDER:  I don't think that will be a problem

10    probably, Your Honor.  I would concur with Mr. Nestler.  If

11    we're going to do the two officers on Monday, Mr. Rhodes

12    already waived his presence there so if we continue doing

13    that.

14            THE COURT:  I was trying to think through in terms

15    of you all travel schedule.

16            Look, if everybody is happy to be back and do this

17    on Monday, we'll bring the jurors back for those two

18    witnesses.  If Mr. Rhodes is not here and then we'll do that

19    and then we'll use the time as wisely as we can until we can

20    get him back.

21            MR. LINDER:  Okay.  Thank you.

22            MR. NESTLER:  So in light of Your Honor's

23    reconsidering of Officer Dunn and Special Agent Lazarus, we

24    might not finish or complete today then -- sorry, we might

25    not be able to fill a full day today.  We have three other

```
 1    witnesses.  We'll go as long as we can.  We do have a
 2    custodian from Facebook.  He's flying in today from Texas,
 3    and so he's prepared to testify tomorrow, and so we will
 4    handle our schedule as we can just to give Your Honor a
 5    heads-up.
 6              THE COURT:  When do you expect him to be here
 7    today?
 8              MR. MANZO:  6:00.
 9              THE COURT:  Okay.  I mean, we'll --
10              And what's his expected testimony?
11              MR. NESTLER:  He is discussing the unsent messages
12    that Mr. Caldwell made and going through some of the
13    nitty-gritty of how that works on Facebook.
14              THE COURT:  Okay.
15              MR. NESTLER:  The Court's indulgence.
16              (Government counsel conferred off the record.)
17              MR. NESTLER:  We'll work on his scheduling.
18    I'm not sure if it makes sense to have the jury come in
19    tomorrow to hear his testimony and only his testimony.  So
20    we'll work on that and report back.
21              THE COURT:  Okay.
22              COURTROOM DEPUTY:  Jury panel.
23              (Jury entered the courtroom.)
24              THE COURT:  Okay.  Please be seated and
25    good morning, everyone.  Welcome back.  It is nice to have
```

```
1    you with us again.
2              So we are ready to proceed with additional
3    testimony and evidence this morning.
4              Ms. Hughes, your next witness.
5              MS. HUGHES:  Good morning.  The government calls
6    United States Secret Service Agent Lanelle Hawa.
7              COURTROOM DEPUTY:  Raise your right hand.
8              (Witness is placed under oath.)
9              COURTROOM DEPUTY:  Thank you.
10             THE COURT:  All right.  Agent Hawa, welcome.
11                           - - -
12   LANELLE HAWA, WITNESS FOR THE GOVERNMENT, SWORN
13                     DIRECT EXAMINATION
14                           - - -
15   BY MS. HUGHES:
16        Q    Good morning.
17        A    Good morning.
18        Q    Could you please introduce yourself to the ladies
19   and gentlemen of the jury by stating and spelling your name.
20        A    Sure.
21             Good morning.  I am Lanelle Hawa.  First name is
22   L-a-n-e-l-l-e.  Last name is H-a-w-a.
23        Q    Where do you work?
24        A    The United States Secret Service.
25        Q    What is your title?
```

1          A     Inspector.

2          Q     What is the mission of the United States Secret

3     Service?

4          A     Well, we have a dual mission of protective in

5     nature as well as investigative.  And we protect some of the

6     highest members of our government, the President, Vice

7     President, their families, foreign heads of state who visit

8     the United States, anyone who we are tasked to protect per

9     an Executive Order.

10              We also investigate crimes having any relation to

11     the financial infrastructure in the United States.

12          Q     And is the Secret Service part of the executive

13     office -- the executive -- part of an executive department,

14     pardon?

15          A     Yes.

16          Q     Which department is it a part of?

17          A     The Department of Homeland Security.

18          Q     How long have you been with Secret Service?

19          A     24 years.

20          Q     And does the Secret Service have discrete

21     divisions within it?

22          A     Yes.

23          Q     What division are you a member of?

24          A     I am currently a member of the Inspection

25     Division.

5410

1      Q    What does the Inspection Division do?

2      A    We handle internal affairs, investigations, as

3  well as compliance reviews of our offices in the

4  United States, as well as abroad.

5      Q    Were you working on January 6th, 2021?

6      A    Yes, I was.

7      Q    Were you working in the same division that you're

8  working in now?

9      A    I was not.

10     Q    What division were you working in on January 6th,

11  2021?

12     A    I was working in the Liaison Division.

13     Q    What are the responsibilities of the Liaison

14  Division?

15     A    The Liaison Division responsibilities, as it

16  relates to my assignment, which was I was assigned to the

17  United States Capitol, my roles and duties included helping

18  to facilitate any visits of our protectees to the U.S.

19  Capitol or surrounding buildings on the Capitol complex and

20  just help them navigate movements around the Capitol and the

21  Capitol complex, to include motorcade arrivals and

22  departures, any access control issues, and working in sync

23  with Capitol Police and the Senate Sergeant at Arms and the

24  House Sergeant at Arms and other entities within the Secret

25  Service.

1     Q    On January 6th, were you physically at the

2     United States Capitol?

3     A    Yes, I was.

4     Q    I want to talk more about that day now.

5          Did the Secret Service have any protectees

6     visiting the United States Capitol on January 6th, 2021?

7     A    Yes.

8     Q    Was one of those protectees the Vice President?

9     A    Yes.

10    Q    Did members of the Vice President's family

11    accompany him?

12    A    Yes.

13    Q    And just to be clear, who was the Vice President

14    on January 6th, 2021?

15    A    Michael Pence.

16         MS. HUGHES:  If we can bring up just for the

17    witness Government's Exhibit 9053, Ms. Rohde.

18         And this is a multi page, so if you wouldn't mind

19    just scrolling through it.

20    BY MS. HUGHES:

21    Q    Special Agent Hawa, have you seen this document

22    before?

23    A    Yes, I have.

24    Q    What is this document?

25    A    So this is a Head of State worksheet that agents

5412

```
 1    assigned to the Liaison Division who are assigned to the
 2    U.S. Capitol, we would use this sheet.
 3         Q    I'm just going to pause you right there.
 4              Just to be clear, is this a fair and accurate copy
 5    of the Head of State worksheet that you sent in advance of
 6    the Vice President's visit on January 6tht?
 7         A    Yes, it is.
 8              MS. HUGHES:  The government seeks to admit and
 9    publish Government's Exhibit 9053.
10              THE COURT:  Any objection?
11              MS. HALLER:  No objection.
12              MR. FISCHER:  No objection.
13              THE COURT:  All right.  9053 is admitted.
14                                   (Government's Exhibit 9053
                                        received into evidence.)
15
16              MS. HUGHES:  Ms. Rohde, if you could zoom in on
17    the top area here.  Thank you.
18    BY MS. HUGHES:
19         Q    So what is this email, first of all?
20         A    So this is the coversheet, if you will, to the
21    attachment we saw earlier.
22              It's just my -- this is an indication that I'm
23    sending, this email, this Head of State notification to
24    members who will be involved in helping us coordinate the
25    visit of the Vice President and his family to the Capitol on
```

1    January 6th.  So it would have gone to members of the Senate

2    Sergeant at Arms, the House Sergeant at Arms, the

3    Capitol Police, and members of my team over at the Capitol

4    and other agents.

5         Q    What is the subject line of this email?

6         A    The subject line is "HOS," which stands for Head

7    of State, "notification:  Visit of Vice President Michael

8    Pence, Ms. Pence and Charlotte Pence to the U.S. Capitol

9    (S-214/House and Senate floors) on Wednesday, January 6th

10   2021."

11        Q    Who is Charlotte Pence?

12        A    Charlotte Pence is their daughter, Michael Pence

13   and Mrs. Pence's daughter.

14        Q    What is the date of this email there?

15        A    Date of the email is January 5th, 2021.

16        Q    And why was the Vice President visiting the

17   United States Capitol on January 6th, 2021?

18        A    My understanding was he was going to participate

19   in the certification of the Electoral College votes.

20        Q    If we could please move to the second page of this

21   exhibit.

22             And, Ms. Rohde, if we could just focus on the

23   itinerary at the bottom.

24             Okay.  So first of all, what is this document in

25   whole?

5414

1          A     So, again, it's used to help us provide

2    information to those entities at the Capitol who are going

3    to be helping us facilitate the visit of a protectee, in

4    this instance, the Vice President and his family, to the

5    Capitol.

6                So we present an itinerary that we have to the

7    best of our knowledge at the time that we send the document

8    over, which we can alter at any time as information becomes

9    available to us.  And we just give them -- we would be

10   presenting information such as the location of the motorcade

11   arrival, points of entry motorcade arrival, and then where

12   the protectee would -- locations that protectee might be

13   visiting while on Capitol Grounds.

14         Q     What time was the Vice President supposed to

15   arrive on January 6th?

16         A     12:30 p.m.

17         Q     And where was he supposed to go after his arrival?

18         A     Our understanding was he was going to go to his

19   office, which is indicated by S-214, it's a ceremonial

20   office that's located within the Senate side of the Capitol,

21   in the main Capitol building.

22         Q     Could you just explain this S-214, that's the Vice

23   President's office?

24         A     Correct.

25         Q     Is this always -- is this the Vice President's

1    permanent office at the United States Capitol?

2        A    That's my understanding.

3        Q    What floor is his office on?

4        A    The second floor.

5            MS. HUGHES:  And we can take that down.

6    Thank you, Ms. Rohde.

7    BY MS. HUGHES:

8        Q    On January 6th, 2021, did Vice President Pence, in

9    fact, travel to the United States Capitol?

10       A    Yes, he did.

11       Q    What time did he arrive?

12       A    Right about 12:30 p.m.

13       Q    And who was accompanying him?

14       A    His wife and his daughter Charlotte, as well as

15   his Secret Service detail and other members of his staff.

16       Q    Where did he arrive?

17       A    The Senate carriage.

18       Q    What were your responsibilities when he arrived at

19   the United States Capitol?

20       A    My role is to greet the motorcade, meet the

21   motorcade and help facilitate, giving the agents who are

22   going to be accompanying him access to the Capitol and then

23   navigating and basically leading them to where they'll be

24   going throughout the day.

25       Q    Where did he go after he arrived?

1      A      We went to his office S-214.

2      Q      Did he stay in his office?

3      A      For a little bit but not for the entire day, no.

4      Q      Where did he go next?

5      A      He then moved over to the Senate Chamber.

6      Q      And did he remain in the Senate Chamber?

7      A      He did not.

8      Q      Where did he go.

9      A      From there, we went over to the House Chamber.

10     Q      And then did he eventually leave the House Chamber

11 and go back to the Senate Chamber again?

12     A      Yes, he did.

13     Q      Why did he leave the House Chamber?

14     A      My understanding was there was an objection to one

15 of the votes that they were attempting to certify.

16     Q      Did there come a point when you began receiving

17 updates about the security situation on the exterior of the

18 Capitol?

19     A      Yes.

20     Q      Could you please explain what you were being

21 informed about.

22     A      Sure.

23            So we were getting information -- I was getting

24 information from my Capitol Police counterpart that there

25 had been a breach on the west side of the Capitol on the

1    lawn, on the same side of the -- where the inaugural stage

2    or platform was being built, and that there was some

3    unauthorized individuals who had breached the security

4    perimeter and the snow fencing that was set up along the

5    lawn, and obviously it was causing concern.

6           And at some point, I could hear the fighting that

7    was ensuing between the officers, the Capitol Police

8    officers and the individuals, you know, a ruckus, if you

9    will, as they were attempting to get them to leave the area

10   that they were unauthorized to be in.

11   Q     And just to be clear, do you have a

12   U.S. Capitol Police radio?

13   A     I do not.

14   Q     How are you hearing this?  How are you hearing

15   this struggle?

16   A     So I was assigned for that visit.  I get assigned,

17   in that instance, two or three Capitol Police Officers will

18   be dedicated to that visit to stay with me throughout the

19   duration of the visit.

20         MS. HUGHES:  If we could put up what has already

21   been introduced as part of a montage, but put up just for

22   the witness for now, Government's Exhibit 9052.

23         And again, this was admitted as part of the larger

24   montage and pursuant to a stipulation regarding the

25   authenticity of Capitol Police closed circuit TV footage,

1    Government's Exhibit 3001, that we seek to publish at this

2    point just this clip.

3              MS. HALLER:  No objection.

4              MS. HUGHES:  Okay.  If we could bring that up.

5              (Video played continuously)

6    BY MS. HUGHES:

7         Q    Okay.

8              First of all, Special Agent Hawa, have you seen

9    this video before?

10        A    Yes.

11        Q    What is this facing?

12        A    So we are facing, this would be if we were

13   standing on the East Plaza looking at the main Capitol

14   Building.  So the Senate would be on our right and the House

15   side would be on our left as we look at it.

16        Q    And what are these vehicles in front of the east

17   door of the Capitol?

18        A    So the vehicles that we're looking at on the

19   plaza, that's the Vice President's motorcade.

20        Q    Is the Vice President in his motorcade at 1:59

21   p.m.?

22        A    He is not.

23             MS. HUGHES:  If we could play the video,

24   Ms. Rohde.

25

5419

BY MS. HUGHES:

Q    Why is the motorcade moving at this point if
Vice President Pence is not inside of those vehicles?

A    So we made a decision, based on information that
was being passed to us from the agents in the motorcade, who
made us aware of the fact that there was a growing crowd on
the Plaza of unknown and unauthorized individuals who
appeared to be breaching the bike rack that was set on the
Plaza, that they were fearful that they were going to make
their way to the motorcade, which is obviously not what we
want to have happen.

And we made a decision to relocate the motorcade
so we would have -- it would be available to us in the event
that we decided to remove Vice President Pence and his
family from the Capitol without being impeded by
unauthorized individuals.

Q    So what was --

THE COURT:  Ms. Hughes, I'm sorry.

Agent Hawa, could I just ask you to bring the
microphone a little bit closer.  Thank you.

THE WITNESS:  Sure.

BY MS. HUGHES:

Q    So what would have happened -- just to be
specific, what was the concern if this group of unauthorized
individuals reached the motorcade, from a security

1    perspective, what was the sort of concern there?

2        A    Well, we never want -- for safety concern, we

3    never want individuals mixed in with our motorcade if we

4    have to leave quickly, we never want to have anyone impeding

5    the motorcade or preventing us from leaving at our

6    discretion.  And we never want anybody to have the ability

7    to place anything or touch the vehicles because, obviously,

8    that causes a concern for us from a security standpoint.

9        Q    Did the Vice President at a certain point move

10   from the Senate to his ceremonial office, the office we

11   talked about before?

12       A    After we came back from the House side?

13       Q    Correct.

14       A    Yes.

15       Q    And can you explain again, how does he get from

16   the Senate Chamber to his office?  What is the route?

17       A    There's a like a back hallway or lobby area, if

18   you will, that separates the backside of the Senate Chamber

19   and his office.  So he would just come out the back doors of

20   the Senate Chamber, walk across a hallway, and then into his

21   office.

22       Q    How long was the Vice President in the ceremonial

23   office?

24       A    From the time we came back, probably -- gosh, we

25   walked back over -- we walked back over from the House

1    probably around 1:15 or so, and then he stayed for a few

2    minutes in the Senate Chamber, and then he was in his office

3    until around 2:30 or so, 2:25, 2:30.

4         Q    Did he at a certain point leave his ceremonial

5    office?

6         A    Be -- yes, he did.

7         Q    Why did he leave his ceremonial office?

8         A    We decided to relocate the Vice President to a

9    more secure location based on the security breach that was

10   occurring at the Capitol.

11            MS. HUGHES:  If we could please put up again just

12   for the witness Government's Exhibit 9054.

13            Again, this was a clip that was part of the

14   broader montage that is being introduced pursuant to a

15   stipulation regarding the authenticity of

16   U.S. Capitol Police closed-circuit TV, and this is

17   Government's Exhibit 9054.

18            THE COURT:  1950 --

19            MR. FISCHER:  No objection.

20            MS. HALLER:  No objection.

21            THE COURT:  9054 is admitted.

22                                (Government's Exhibit 9054
                                    received into evidence.)
23

24            (Video played)

25

5422

BY MS. HUGHES:

Q    Okay.  If we could just explain, what are we
looking at here, what's in the beginning of this video?

A    So the doors that we're looking at to the right of
the screen, those doors lead into this back lobby area that
I mentioned.  That kind of separates the backside of the
Senate Chamber and where the Vice President's office is.

Q    And, Special Agent Hawa, you can actually touch
the screen so could you identify these doors that lead to
the Vice President's office?

A    Sure.

So they don't go directly into his office, they
lead into a hallway that separates the office from the
backside of the Senate Chamber.

Q    And at 2:25 p.m., which is the time stamp at the
top of this video, is the Vice President, in fact, behind
those doors?

A    He is not directly behind those doors, but he's in
the office, in the office area, yes.

Q    Do those doors lead to his office?

A    Yes.

Q    And who else is in this video?

A    That's one of the agents assigned to the Vice
President's detail.

Q    Do you see yourself in this video?

5423

1      A     Yes, I'm on the landing of the staircase.

2      Q     And at this time, what is -- first of all, where

3   does this hallway lead?

4      A     Which hallway?

5      Q     The stairs right that we're looking at that you

6   are on?

7      A     So those stairs, we refer to them as the member

8   stairs, and they lead down to the first floor.

9      Q     And at this time at 2:25, had you seen rioters

10  inside the building?

11     A     Yes.

12     Q     Where had you seen them in relation to this

13  hallway?

14     A     So when you go down the stairs if you were to

15  button hook at the bottom of the stairs, that would place

16  you in the elevator landing right outside of the -- or

17  inside of the Senate carriage, kind of the arrival area of

18  the Senate carriage, and there were protesters that had

19  gathered in the foyer area by the elevator landing.

20          MS. HUGHES:  And, Ms. Rohde, we can play this

21  video.

22          COURTROOM DEPUTY:  I think we're having a

23  technical issue if we can hold off for one second.

24          THE COURT:  Is that monitor out?

25          COURTROOM DEPUTY:  One of the monitors isn't

```
 1   working.
 2           THE COURT:  You're able to see anything from the
 3   neighboring monitor?
 4           A JUROR:  Yes, I'm good.
 5           THE COURT:  Okay.  Terrific.  Let's give John a
 6   call and maybe he can look at it over the break.
 7           Ms. Hughes, thank you.
 8           MS. HUGHES:  Ms. Rohde, we can play the video.
 9           (Video played)
10           MS. HUGHES:  Ms. Rohde, if we could pause in
11   30 seconds here at a minute -- approximately 1 minute.
12   BY MS. HUGHES:
13      Q    And, Special Agent Hawa, you mentioned that there
14   were rioters seen in the building.  How did you ensure that
15   the pathway at this time was cleared?
16      A    Well, I had walked up and down those stairs
17   several times.  I had reached out to my Capitol Police
18   counterparts and we did our best to ensure that nobody, no
19   unauthorized individuals kind of breached that pathway that
20   we were attempting to cross as we made our way to the secure
21   location.
22      Q    And who do we see on the screen right now, paused
23   at a minute and 2 seconds?
24      A    So you see Vice President Pence.
25      Q    Could you circle the individuals as you're
```

1    identifying them.

2        A    Sure.

3             So Vice President Pence.  This is his daughter.

4    And Mrs. Pence.  And this is his detail leader behind him.

5        Q    So from the bottom of the screen to the top, it's

6    his detail leader, Vice President Pence, his daughter

7    Charlotte, and his wife?

8        A    Correct.

9        Q    And so you were explaining what are the protocols

10   for evacuating the Vice President from his office when

11   you've seen rioters in the building at the base of this

12   stairwell.  Could you please explain sort of how did you

13   ensure his safety when the building has already been

14   breached?

15       A    It was difficult.  It was definitely difficult.

16            I think the most challenging part of that was

17   attempting to secure additional Capitol Police counterparts

18   to assist us when they were having to deal with the rioters,

19   and obviously a much bigger issue on the House side and now

20   the Senate side and out on the inaugural platform.

21            And it was coming from all angles at that point.

22   So, as I mentioned, you know, we did our best.  I think, at

23   that point, the protesters that we'd seen at the base of the

24   stairs had kind of been rerouted by some Capitol Police

25   officers and were not an immediate threat at the base of the

```
 1   stairs at that time.
 2           And we just, as quickly and safely as we could, we
 3   moved them to a secure location with the resources that we
 4   had.
 5           We rely heavily on our shift at that point, and as
 6   I mentioned, the dedicated Capitol Police officers that were
 7   given to us to assist us at the time.
 8           MS. HUGHES:  We can keep playing.  Thank you,
 9   Ms. Rohde.
10           (Video played)
11   BY MS. HUGHES:
12   Q    Is it fair to say that the timing of this
13   evacuation was important at 2:26?
14   A    Yes.
15   Q    And can you explain sort of why it was important,
16   why you were moving quickly, why is it important to do this
17   evacuation at this time?
18   A    It was important based on what the terrain looked
19   like at the base of those stairs and where we were
20   attempting to go.
21           And it was important because we knew that we had
22   unauthorized individuals who had already breached the House
23   side who were making their way over to the Senate side and
24   we had unauthorized individuals who had breached the Senate
25   side and at some point, had we waited much longer, the
```

5427

1    concern obviously was we would get trapped in the Senate

2    Chamber, which is obviously not something we would want to

3    have happen.

4         Q    Special Agent Hawa, where -- in big terms, not

5    specifically, but where was the Vice President relocated?

6         A    He was -- we were still on complex.  We moved him

7    to a loading-dock area.

8         Q    A loading-dock area?

9         A    Correct.

10        Q    And what is your understanding about whether or

11   not the certification proceedings continued?

12        A    My understanding was they did not continue at that

13   point.

14        Q    Why had the certification proceedings stopped?

15        A    Because multiple entities who were involved in the

16   proceeding were being either relocated to secure locations

17   or evacuated from the complex.

18        Q    Did -- how long was the Vice President in this

19   secure location?

20        A    We were in the secure location for several hours,

21   probably about five hours, give or take.

22        Q    Did there come a time when the Vice President

23   returned back to the Senate Chamber?

24        A    Yes, yes.

25        Q    Why was he able to return back?

5428

1    A    We brought him back into the Senate office once we

2    knew there had been a thorough sweep by Capitol Police and

3    other entities that had responded to the Capitol to assist

4    in evacuating -- in getting the unauthorized individuals out

5    of the Capitol, and there had been the thorough sweep to

6    ensure there was no devices or anything that we needed to be

7    concerned about as far as safety.

8    Q    And you said sweep the Capitol sort of in this

9    area versus this way.  What's entailed with securing the

10   Capitol after an incursion of this kind?

11   A    Sure, there's a great deal entailed.  Obviously,

12   we had multiple agencies respond that evening to assist from

13   multiple federal and local agencies to come with their K-9

14   dogs to sweep for explosives, and just, again, doing the

15   sweeps for unauthorized individuals in and around the

16   complex before we would bring him back into the areas that

17   we knew he was going to be visiting that evening.

18   Q    Would the Vice President have been permitted to

19   return had there been unauthorized individuals still in the

20   Capitol Building?  Would that have been a circumstance that

21   you, Secret Service, would have recommended he be permitted

22   to leave the secure location in?

23   A    We would make our recommendations based on what we

24   knew the conditions of the areas he was going to go visit.

25   We would certainly make our recommendations based on what we

```
 1   knew at the time.
 2        Q    And if there were unauthorized persons still in
 3   the building, what would your recommendation have been?
 4        A    My recommendation would have been that we not go
 5   in, we not go back to the areas where those unauthorized
 6   individuals were.
 7        Q    At approximately what time did he return to the
 8   Senate Chamber?
 9        A    I want to say it was sometime between 7:00 and
10   8:00 p.m.
11        Q    And was the certification of the 2020 Presidential
12   Election ultimately completed?
13        A    Yes.
14             MS. HUGHES:  No further questions.
15             THE COURT:  Okay.
16             MR. LINDER:  No questions, Your Honor.
17             MS. HALLER:  No questions, Your Honor.
18             MR. GEYER:  No questions, Your Honor.
19             THE COURT:  Mr. Crisp.
20             MR. CRISP:  No, Your Honor.
21             THE COURT:  Mr. Fischer.
22             MR. FISCHER:  No, Your Honor.
23             THE COURT:  Okay.  Agent Hawa, thank you very much
24   for your time and your testimony.  You may step down.
25             THE WITNESS:  Thank you, Your Honor.
```

```
 1                 THE COURT:  All right.  Is the government ready
 2    with its next witness?
 3                 MS. HUGHES:  Yes, Your Honor.
 4                 The government calls Officer Christopher Owens.
 5                 COURTROOM DEPUTY:  Please raise your right hand.
 6                 (Witness is placed under oath.)
 7                 COURTROOM DEPUTY:  Thank you.
 8                 THE COURT:  All right.  Officer Owens, welcome.
 9    I'll ask you to remove your mask if you're comfortable doing
10    so.  Thank you, sir.
11                        -  -  -
12    CHRISTOPHER OWENS, WITNESS FOR THE GOVERNMENT, SWORN
13                        DIRECT EXAMINATION
14                        -  -  -
15    BY MS. HUGHES:
16         Q    Good morning.
17         A    Good morning.
18         Q    Could you please introduce yourself to the ladies
19    and gentlemen of the jury by stating and spelling your name.
20         A    Yes.
21                 Good morning.  I'm Officer Christopher Owens.
22    My first name is spelled C-h-r-i-s-t-o-p-h-e-r.  My last
23    name is spelled O-w-e-n-s.
24         Q    Where are you employed?
25         A    I'm currently employed by the Metropolitan Police
```

5431

1    Department.

2         Q    How long have you been with the Metropolitan

3    Police Department?

4         A    I've been with the Metropolitan Police Department

5    for a little over three years.

6         Q    Where are you assigned?

7         A    I'm currently assigned to the Fifth District, but

8    I'm detailed to the Metropolitan Police Academy.

9         Q    What does that detail entail?  What are you doing

10   at the Metropolitan Police Academy?

11        A    I am the lead instructor for our -- currently

12   detailed to the continuing studies branch and I'm the lead

13   instructor for a class entitled "Active Bystandership for

14   Law Enforcement."

15        Q    What does that class entail?

16             What do you teach as part of that course?

17        A    That is a class that I teach other officers as a

18   part of their continuing education requirements for each

19   year.  Mostly deals with de-escalation, preventing

20   misconduct, reducing mistakes and promoting health and

21   wellness amongst our officers.

22        Q    How long have you been assigned this detail?

23        A    I am currently on a 90-day detail.

24        Q    Were you working on January 6th, 2021?

25        A    Yes, ma'am.

5432

1    Q    Where were you assigned on January 6th, 2021?

2    A    On January 6th, 2021, I was assigned to CDU

3    Platoon 51.

4    Q    What does CDU means?

5    A    CDU stands for civil disturbance unit.

6    Q    I want to talk a little bit more about your

7    experiences that day.

8    A    Okay.

9    Q    First of all, when did you report for duty on

10   January 6th?

11   A    We had roll call late morning on January 6th,

12   maybe 10:00 or 11:00 a.m., I don't remember exactly the

13   start time of roll call, but it was late morning.

14   Q    And you mentioned that you were assigned to CDU,

15   the civil disturbance unit.  What are the responsibilities

16   of the CDU?

17   A    CDU is commonly referred to as riot police.  We go

18   out for parades, protests, riots, and protect people and

19   property.

20   Q    Where did you report for duty?

21   A    I reported to the Fifth District roll call room.

22   Q    Where did you go from there?

23   A    From there, we were dispatched to a staging area

24   at Vermont Avenue and H Street, Northwest.

25   Q    How long did you stay at the staging location?

1     A    Staging location, we were there just for a short
2  period of time.  We were -- shortly after we arrived, we
3  were deployed along I Street as a parade was starting from
4  Black Lives Matter Plaza down I Street towards the Capitol.
5     Q    Once you were deployed, where did you go?
6     A    We staged up along I Street for a short period of
7  time until the 10-33 came out over the radio at which time
8  we responded back to our vehicles and headed to the Capitol.
9     Q    What is a 10-33?
10     A    10-33 is our emergency call sign for an officer in
11  trouble, an officer needs help.
12     Q    And so when you get this officer in trouble
13  notification, this 10-33, what do you do?
14     A    We drop everything we're doing and head to that
15  location.
16     Q    Where do you head to?  Where specifically do you
17  go?
18     A    So that day we were responded back to our vehicles
19  at Vermont and H, and we loaded up in our vehicles and went
20  Code 1 from that location to the U.S. Capitol.
21     Q    What does Code 1 mean?
22     A    Code 1 means lights and sirens.
23     Q    When you arrive at the U.S. Capitol, what are you
24  wearing at this point in terms of protective gear?
25     A    We're wearing our full patrol uniforms, our body

1    armor, our helmets, our gas masks, and our protective

2    gloves.

3         Q    At a certain point, do you enter the United States

4    Capitol?

5         A    Yes.

6         Q    Had you been inside the United States Capitol

7    prior to January 6th?

8         A    No, I have not.

9         Q    What was the scene like on the exterior of the

10   Capitol when you arrived?

11        A    Surreal is the best word I can use.  There were --

12   just looked to be thousands of people all around the Capitol

13   protesting, throwing things, chanting, yelling, all kinds of

14   stuff I never expected to see that day.

15        Q    And how did you enter the Capitol, through what

16   entrance did you go through?

17        A    We went through an entrance just beyond the guard

18   posts on the, I believe it was the north -- it would be the

19   northwest corner of the building.

20        Q    And what was the situation inside the Capitol when

21   you entered the building?

22        A    When we first entered, it was very quiet and

23   empty.

24             MS. HUGHES:  And I want to pull up just for the

25   witness Government's Exhibit 1056.0213.0240.

1          And you can play the first few seconds, Ms. Rohde.

2          THE COURT:  I'm sorry, can you state that exhibit

3    number again, Ms. Hughes.

4          MS. HUGHES:  Certainly.  1056.0213.0240.

5          THE COURT:  Okay.  Thank you.

6          (Video played)

7    BY MS. HUGHES:

8     Q    And have you seen this clip before, Officer Owens?

9     A    Yes, ma'am.

10    Q    And is this a fair and accurate depiction --

11         You can keep playing, Ms. Rohde, just for a few

12    more minutes --

13         Is this a fair and accurate depiction of your

14    platoon entering the Capitol and proceeding down one of the

15    Senate hallways?

16    A    Yes, ma'am.

17         MS. HUGHES:  Pursuant to government's stipulation

18    3001 regarding the authenticity of U.S. Capitol Police CCTV

19    footage, the government seeks to admit and publish this

20    video.

21         MS. HALLER:  No objection, Your Honor.

22         THE COURT:  Okay.  It will be admitted.

23                   (Government's Exhibit 1056.0213.0240
                              received into evidence.)
24

25         MS. HUGHES:  Okay.  So if we go back to the

5436

```
 1   beginning, Ms. Rohde.
 2              (Video played continuously)
 3   BY MS. HUGHES:
 4      Q     So if you could please explain, where is this in
 5   the United States Capitol?
 6      A     This is right about where we entered near the
 7   Senate Chamber floors.
 8      Q     And when you said "We entered the Capitol," how
 9   many MPD officers, how many Metropolitan Police Division
10   officers are you with?
11      A     A CDU platoon is composed of a total of 33
12   officers, 28 officers, four sergeants and one lieutenant.
13   I believe we were a few officers short that day, so maybe
14   about 38 to 30 of us in total.
15      Q     And could you read the time stamp on the top of
16   this video?
17      A     "Wednesday, January 6th, 2021, 2:40 p.m."
18              MS. HUGHES:  And we can keep playing, Ms. Rohde.
19   BY MS. HUGHES:
20      Q     Do you know where you were headed when you go into
21   the Capitol?  Do you have a sense of where you're responding
22   to specifically inside the complex?
23      A     At first, I did not, no.
24      Q     And is this your -- do you recognize this as your
25   platoon entering the building?
```

1    A    Yes, ma'am.

2    Q    And so if you could give a sense, do you know sort

3 of in terms of this lineup, where would you have fallen?

4    A    I was probably somewhere right in this group of

5 officers here that's coming through the picture now.  I was

6 towards the front of our lines.

7    Q    And in terms of you mentioned this is close to the

8 Senate Chamber.  Do you know where you are presently in

9 relation to the Senate Chamber?

10    A    Yes, ma'am.  As we're turning up that hallway

11 there where we're making that left-hand turn, the Senate

12 Chamber is on the right of where we are.

13    Q    And what reports were you given regarding the

14 security circumstance inside the Capitol at this time at

15 2:41?

16    A    That the Capitol had been forcibly breached.

17    Q    Now, when you turn this hallway in a moment, what

18 do you see as you round this bend?

19    A    As we turned that hallway, I saw a large group of

20 rioters coming down the hallway towards us.

21         MS. HUGHES:  At this point, the government seeks

22 to admit Government's Exhibit 8000.2, 8000.3, and 8002.

23 These are -- we're seeking to admit this these pursuant to a

24 stipulation between the government and the defendants

25 regarding the authenticity of Metropolitan Police Department

```
 1   Officers Christopher Owens' and Caleb Willis' body-worn
 2   camera, which has previously been signed and is Government's
 3   Exhibit 3003.
 4           MS. HALLER:  The same objection as yesterday,
 5   Your Honor.
 6           THE COURT:  Okay.  Objection is noted but those
 7   exhibits will be admitted.  So 8000.2, .3, and then 8002,
 8   correct?
 9           MS. HUGHES:  Correct.
10           THE COURT:  Okay.
11               (Government's Exhibits 8000.2, 8000.3 and 8002
                                      received into evidence.)
12
13           MS. HUGHES:  If we could start with 8002.
14           (Video played)
15   BY MS. HUGHES:
16       Q    Okay.  So just to begin with, what is this video
17   from?
18       A    This would be from a body-worn camera.
19       Q    Is this from your body-worn camera?
20       A    Yes, ma'am.
21       Q    And can you explain, what is body-worn camera?
22       A    So a body-worn camera, our department -- each
23   officer in our department is issued one, we wear it on the
24   center of our chest, and it records our interactions with
25   the public when we respond to calls for service.
```

1      Q     Do you have to actually turn on the camera?

2      A     Most times, yes, but there is a safety feature

3   built in where if a sergeant deploys -- or, I'm sorry,

4   removes a taser from its holster, it will automatically

5   activate every body-worn camera within a certain distance

6   from that holster.

7      Q     So did you activate your body-worn camera at this

8   point?

9      A     I did not, ma'am.

10     Q     So is your assumption this was activated by one of

11  these safety features?

12     A     Yes, ma'am.

13           MS. HUGHES:  If we could play, please, Ms. Rohde,

14  and pause at 25 seconds.

15           (Video played)

16  BY MS. HUGHES:

17     Q     So we're not hearing sound currently,

18  Officer Owens.  Does the body-worn camera pick up sound?

19     A     Yes, ma'am.  It has a built --

20           MS. HUGHES:  We can pause there.

21           THE WITNESS:  Yes, ma'am, it does pick up sound.

22  It has a two-minute buffer where it's constantly recording.

23  So when we actually -- when the body-worn camera is actually

24  activated, whether by touch or by the removal of a taser,

25  the prior two minutes have been captured and there's no

5440

1    audio.  The audio starts when either we activate them
2    personally or the taser is removed and activates it
3    remotely.
4    BY MS. HUGHES:
5        Q    So it wasn't that this hallway was quiet, it's
6    just that it was buffering and loading in the preceding
7    time?
8        A    Yes, ma'am.
9        Q    And the image that we just viewed is a
10   confrontation.  Was that what you were -- was that the
11   immediate interaction you had when you turned that corner?
12       A    Not exactly.
13            When we turned the corner, there was a short
14   period of time where we faced off with the rioters that were
15   coming down the hallway and there's a short period of time
16   where it was a standstill before the actual violence
17   started.
18       Q    Could you please explain that preceding time.
19       A    As we were turning down and walking down the
20   hallway, when it was noticed that the rioters were coming
21   down the hallway at us, we were ordered by our officials to
22   form into a line formation, a stack-line formation, and clog
23   the hallway to prevent anyone from proceeding further beyond
24   us.
25       Q    And at a certain point, did your line of police

1    officers and the line of rioters collide?

2         A    Yes, ma'am.

3         Q    Could you please explain that moment.

4         A    I'm not a small person, I'm about 6-foot, 200

5    pounds.

6              When the lines collided, when we were given the

7    order to advance because the protesters were kicking in

8    doors in the hallway, the surge of us against the surge of

9    the rioters coming at us lifted me up off my feet.

10             Like I said, it was just a surreal moment when,

11   you know, I was just literally lifted up off the ground and

12   realized that this was a very unique situation for all of

13   us, at which time we -- our platoon continued to try to

14   press forward and remove the pro -- or the rioters from the

15   hallway and push them back.

16             MS. HUGHES:  If we could please keep playing,

17   Ms. Rohde.

18             (Video played)

19   BY MS. HUGHES:

20        Q    So you can see that you're pushing rioters down.

21   Is your objective to clear them from this hallway?

22        A    Yes, our objective was to move them back where

23   they had come from and out of that hallway to keep them away

24   from the Senate floor.

25             MS. HUGHES:  If we could please keep playing.

```
 1              (Video played continuously)
 2   BY MS. HUGHES:
 3        Q    If we could pause right there.
 4              One of the rioters seemed to say something to you.
 5   Did you hear that on the video?
 6        A    Yes, ma'am.
 7        Q    What did he say?
 8        A    He said, "No mercy here."
 9        Q    And did he say something else after that?
10        A    I missed it.  If you could replay it.
11              MS. HUGHES:  We can go back a few seconds.
12   BY MS. HUGHES:
13        Q    Did you hear it that time?
14        A    Yes.  He said, "All for Pelosi."
15        Q    What are we looking a here?  Do you know what
16   you're facing at the end of the hallway?
17        A    So right here is where that initial confrontation
18   kind of took a pause.  We had moved the rioters back
19   probably 15 or 20 yards from our initial contact.  This is
20   the end, in that same hallway where it starts to join up
21   with another hallway that's perpendicular to it.
22        Q    And are you armed at this point?
23        A    Yes, ma'am, I'm armed.
24        Q    And what are the security concerns with having
25   individuals on the ground while you're armed?
```

1    A    While we are in that physical confrontation with
2    the rioters, we were -- rioters were grabbing for things on
3    my vest.  At one point, I had someone who was on their knees
4    grab ahold of my sidearm and try to remove my sidearm from
5    my holster.
6           We had officers that had their badges ripped off,
7    magazines for their weapons removed from their belts, their
8    helmets pulled off, their gas masks pulled off.
9           The rioters were just trying to grab and take
10   anything they could get their hands on from us.
11          MS. HUGHES:  If we could keep playing, Ms. Rohde.
12          (Video played)
13          MS. HUGHES:  If we could pull up Government's
14   Exhibit 8000.3.
15          (Video played)
16          MS. HUGHES:  And we can pause right here.
17   BY MS. HUGHES:
18    Q    Is this still your body-worn camera,
19   Officer Owens?
20    A    Yes, ma'am.
21          MS. HUGHES:  If we could pause Ms. Rohde, at seven
22   seconds.
23          (Video played)
24   BY MS. HUGHES:
25    Q    So, first of all, is this the same hallway we

```
 1   viewed in 8000.2, the one we just viewed?

 2        A    Yes, ma'am.

 3        Q    And is this -- could you read -- there's a time

 4   stamp on the upper right corner of your body worn.  Could

 5   you please tell the ladies and gentlemen of the jury what

 6   time this is?

 7        A    14:46 and 10 seconds, which would be 2:46 and 10

 8   seconds.

 9             MS. HUGHES:  If you could keep playing.

10             (Video played)

11             MS. HUGHES:  If we could pause there again.

12   BY MS. HUGHES:

13        Q    What do you hear them chanting, the rioters

14   chanting at you?

15        A    Lots of different things.  "This is our House.  We

16   feed your families.  You work for us.  We pay your

17   salaries."  Things of that nature.

18             MS. HUGHES:  If we could bring up Government's

19   Exhibit 8002.

20             (Video played continuously)

21   BY MS. HUGHES:

22        Q    Is this your body-worn camera?

23        A    I believe so.

24        Q    Why don't we play a little bit longer.

25
```

BY MS. HUGHES:

Q    So, Officer Owens --

If we could pause there.

-- so this is the same interaction, correct?

A    Yes, ma'am.

Q    But it's off to the left of where the previous video was?

A    Yes, ma'am, this is not my body-worn camera.

MS. HALLER:  Objection; leading.

THE COURT:  It's overruled.  Okay.  It's okay. You can answer.

BY MS. HUGHES:

Q    So you can explain why we're seeing the same interaction from two different perspectives?

A    This is a body-worn camera of another officer. I'm actually in this frame but just did center there.

Q    Could you please identify yourself in this?

A    I would be the one, two, three, third officer from the left.

Q    And you can actually touch the screen, you can circle yourself.

A    (Witness complied.)

MS. HUGHES:  And the officer circled the officer three individuals from the left.

```
 1    BY MS. HUGHES:
 2        Q    And so are you -- from this perspective, is it
 3    clear that you're on the front of this line?
 4        A    Yes, ma'am.
 5             MS. HUGHES:  If we could please keep playing, and
 6    we can pause it at a minute and 30 seconds, Ms. Rohde.
 7             (Video played)
 8    BY MS. HUGHES:
 9        Q    So is this the phalanx of officers that is behind
10    you?
11        A    Yes, ma'am.
12             MS. HUGHES:  We can keep playing.  Thank you.
13             (Video played)
14             MS. HUGHES:  And we can actually pause here for
15    just a moment.
16    BY MS. HUGHES:
17        Q    Could you please explain, where is this line of
18    officers in relation to these two statues on either side in
19    the enclaves?
20        A    We're in between those two statues and forward
21    stacked up line-by-line in our platoon.
22        Q    At a certain point, does the crowd that we were
23    previously viewing from your body cam, does that fill in,
24    are there more individuals?
25        A    Yes.
```

1      Q    How does this group of officers, your group of

2  officers, your platoon, compare with the number of rioters

3  who ultimately filled into this space?

4      A    We were significantly outnumbered.

5           MS. HUGHES:  You can keep playing.  Thank you,

6  Ms. Rohde.

7           (Video played)

8           MS. HUGHES:  If you can pause there for a moment,

9  Ms. Rohde.

10 BY MS. HUGHES:

11     Q    You see officers with their hands on the officers

12 in front of them.  What is happening here?  What are you

13 trained to do in a circumstance like this?

14     A    Part of our training is to place our hands on the

15 person in front of us.  It serves two purposes:  One, it

16 lets the officer in front keep his vision forward and he

17 knows that there's an officer behind him.  But it also

18 allows us basically a bit of safety so we don't get pulled

19 forward ahead of our own advance and get separated from our

20 platoon.

21     Q    And are you bracing against each other in

22 anticipation of a force coming against you as well?

23     A    Yes, ma'am.

24          MS. HUGHES:  If we could please keep playing.

25          (Video played)

5448

```
1              MS. HUGHES:  And I'll just pause there for a
2    moment.
3    BY MS. HUGHES:
4         Q    Do you hear the tambourine that we heard at the
5    beginning of one of your body-worn camera clips?
6         A    Yes, ma'am.
7              MS. HUGHES:  If we could please keep playing,
8    Ms. Rohde.
9              (Video played)
10   BY MS. HUGHES:
11        Q    And I'm going to ask you in a moment what one of
12   your sergeants says.  So just at 2:46, if we could pause it,
13   but in the meantime, if you could please just listen to what
14   he is saying.
15             MS. HALLER:  Objection; hearsay.  The video is the
16   best evidence.
17             THE COURT:  It's overruled.  Go ahead.
18             (Video played continuously)
19             MS. HUGHES:  And we can go back just five seconds,
20   Ms. Rohde.  It might actually be hard to hear on the
21   speaker.
22   BY MS. HUGHES:
23        Q    Do you hear what he's saying here?
24        A    I heard little bits and pieces of it.
25             I heard, "We can't" --
```

```
1       Q    Did you hear something about shots fired?

2       A    Yes.

3       Q    What did you hear specifically with regard to

4  shots fired?

5       A    There was a call that came out over our radio for

6  shots fired within the Capitol.

7       Q    What is the timestamp on the video at this point?

8       A    14:46. and 57 seconds.

9            MS. HUGHES:  If we could keep playing, Ms. Rohde.

10           (Video played continuously)

11           MS. HUGHES:  If we could pause here.

12  BY MS. HUGHES:

13      Q    Do you hear what the rioters are chanting?

14      A    Yes, ma'am.

15      Q    What are they chanting.

16      A    "Mitch McConnell."

17      Q    Are they saying "Mitch McConnell" or is it

18  possible they are using another word in front of McConnell?

19      A    They could have been using another word.

20      Q    If we could go back just a few seconds.  Just what

21  you hear, if you could just repeat what they're chanting.

22           MS. HUGHES:  If we could pause there.

23  BY MS. HUGHES:

24      Q    What are they saying?

25      A    It sounds like they're saying "Bitch McConnell."
```

1    Q    And where, again, is this hallway?  What hallway

2  is this?

3    A    This is the same hallway we have been in the

4  entire time.  Behind this line of officers, behind my

5  platoon is the main doors to the Senate floor.

6    Q    And who is Mitch McConnell?

7    A    He is a Republican Senator.

8         MS. HUGHES:  If we could please keep playing.

9         (Video played)

10         MS. HUGHES:  And we could pause here.

11  BY MS. HUGHES:

12    Q    What do you hear the rioters saying now?

13    A    They were saying, they work for us on a bullhorn.

14    Q    And if we could just go back another five seconds

15  and if you could just listen closely again to these five

16  seconds.

17         (Video played)

18  BY MS. HUGHES:

19    Q    Do you hear what they're yelling now?

20    A    Something about "hold the line."

21         MS. HUGHES:  If we could please keep playing,

22  Ms. Rohde, and we can pause at 4 minutes, 40 seconds.

23         (Video played)

24         MS. HUGHES:  You can actually pause here for a

25  second.

BY MS. HUGHES:

Q    So this officer whose body-worn camera this is, appears to be pushing on the officers in front of him.  What is your recollection about what was happening at the front of the line to cause the officers in the back to have to brace themselves in this way?

A    The rioters were trying to advance; they were punching, kicking, swinging flagpoles and two-by-fours, and basically just trying to fight their way through our line.

MS. HUGHES:  We can keep playing, thank you, Ms. Rohde.

(Video played)

MS. HUGHES:  If we could pause here.

BY MS. HUGHES:

Q    Where is this line now in relation to this alcove with the statute now?

A    We had been pushed back about probably ten yards.

MS. HUGHES:  And we can keep playing.  Thank you, Ms. Rohde.

(Video played)

BY MS. HUGHES:

Q    Were the rioters ultimately able to advance down that hallway?

A    No, ma'am.

Q    How were you able, so outnumbered, to keep them at

5452

1   bay?

2       A    Better training and just sheer will and

3   determination to not let them advance and do our job that we

4   were there to do.

5            MS. HUGHES:  If we could bring up Government's

6   Exhibit 8001 just for the witness.  This is being admitted

7   pursuant to a 902(11) Certificate of Authenticity.  The

8   government seeks to admit and publish.

9            THE COURT:  Okay, 8001 is admitted.

10                              (Government's Exhibit 8001
                                    received into evidence.)
11

12  BY MS. HUGHES:

13      Q    Officer Owens, do you see yourself in this photo?

14      A    Yes, ma'am.

15      Q    Could you please circle yourself.

16      A    (Witness complied.)

17      Q    And for the record, you've circled yourself two

18  officers back on the right.

19            Where is this photo in relation to this

20  confrontation, in term of the timeline of this

21  confrontation?

22      A    This was, I believe, after the initial surge when

23  we were able to fend off the rioters and start pushing them

24  back and gaining ground down the hallway.

25      Q    Were you ultimately able -- and let me just pause

5453

```
 1   for a moment.
 2           Do you know what is behind you in this hallway?
 3      A    Yes, ma'am.  At the end of the hallway, you can
 4   see two very large brown doors.  That's the main entrance to
 5   the Senate floor.
 6      Q    At a certain point, were you able to leave this
 7   hallway?  Had you successfully cleared the hallway?
 8      A    Yes, ma'am.
 9      Q    Where did you go?
10      A    From this hallway, we were taken to the Rotunda to
11   begin clearing out rioters that were in the Rotunda.
12      Q    What time were you able -- what time were you
13   supposed to be off duty this day?
14      A    I believe we were scheduled to be off duty
15   somewhere around 8:00 p.m., 8:00 or 9:00 p.m. that night.
16      Q    And what time did you ultimately leave the
17   United States Capitol?
18      A    Around 8:00 or 9:00 p.m. that evening.
19      Q    Did you suffer any physical injuries that day?
20      A    Yes, ma'am.  My arms and legs were bruised and
21   bloodied and battered.  Other than that, I didn't have any
22   significant injuries from that day.
23      Q    What time did you report for duty the next day?
24      A    Right around the same time, around 10:00 or 11:00
25   a.m., after getting home about 7:00 a.m. in the morning,
```

```
1    after a long night.
2              MS. HUGHES:  No further questions.
3              MR. LINDER:  No questions, Your Honor.
4              MS. HALLER:  No questions, Your Honor.
5              MR. GEYER:  No questions, Your Honor.
6              THE COURT:  Mr. Crisp.
7              MR. CRISP:  The Court's indulgence, if I may,
8    Your Honor.
9              I do have a few questions.
10                    -  -  -
11                 CROSS-EXAMINATION
12   BY MR. CRISP:
13        Q    Good morning, sir.
14        A    Good morning.
15        Q    I don't know nearly as well as you obviously --
16   can you hear me well enough?
17        A    Yes, sir.
18        Q    Sorry about that.
19        A    No problem.
20        Q    The interior of the Capitol in terms of layout.
21   So what I wanted to find out, if I may, is, are you --
22              If I can just show this to the witness, please?
23              Do you see the diagram in front of you, sir?
24        A    Yes, sir.
25        Q    All right.
```

5455

1           That's marked as the second floor plan, which as

2    I understand it, would be essentially the first floor as you

3    come up the steps on the east side; is that accurate?

4           A    I believe so.

5           Q    All right.  Based on the orientation that you're

6    looking at right there, that will be with your back facing

7    outside, of course, to the Supreme Court building, yes?

8           A    The Supreme Court building would be, if we're

9    looking at this where it says second principal floor plan

10   would be beyond that, below that.

11          Q    Roger.

12               So it would behind you.

13               If you're standing --

14          A    Yes, if I'm facing the picture, it would be behind

15   us.

16          Q    Now, if you can -- I don't know this.  If you can

17   indicate to me where you first came in -- excuse me, I'm not

18   trying to do that there, sorry.

19               On that map, if you can point out the area where

20   you first came in and described where you first were.

21          A    We entered -- our platoon entered the Capitol

22   right around -- there's a door right around here that we

23   entered into the Capitol from.

24          Q    Okay.

25               And, for the record, where you've indicated,

5456

```
 1    because at some point we'll remove this, is on the lower

 2    right-hand corner of the diagram to the right of the steps

 3    on the far right Senate Chamber side; is that accurate?

 4         A    Yeah, if the door was actually -- there's like a

 5    little tunnel below the stairs right there that goes from

 6    side to side where you can pass underneath the stairs, and

 7    the door was just under that side of the stairs.

 8         Q    All right.

 9              And if you can indicate for me where you were

10    standing in your line of officers at the end where we

11    watched that video, please.

12         A    So we would have been right in this hallway here.

13    So I probably was somewhere right around here during most of

14    that video.

15         Q    Okay.

16              So as I understand that, where you've indicated --

17              MR. CRISP:  Your Honor, absent any objection,

18    I would ask to publish this for the jurors, please?

19              THE COURT:  Is there an exhibit number?

20              MR. CRISP:  I was calling it Watkins 14,

21    Your Honor.

22              THE COURT:  Okay.

23              Any objection?

24              MS. HUGHES:  No objection.

25              THE COURT:  Watkins 14 is admitted.
```

5457

```
1                                    (Defendant Watkins Exhibit 14
                                      received into evidence.)
2

3    BY MR. CRISP:

4        Q    Sir, where you've drawn the line, as I understand

5    it, where you started and where you essentially finished is

6    right adjacent to what's called the Old Senate Chamber,

7    right?

8        A    Throughout that entire hallway, yeah, from where

9    that circular oval area is straight back towards the Senate

10   Chamber, we were up and down that aisle or that hallway.

11       Q    And so I can understand and the panel of our

12   jurors members, if they don't want, you have the Great

13   Rotunda in the center and then to the right of that as I'm

14   oriented on the map, there's a smaller circle.  What area is

15   that called?

16       A    I don't know what the official name of that is to

17   be honest with you.

18       Q    Okay.

19            So we'll call it the smaller circle for record

20   purposes.

21       A    Perfect.

22       Q    So as I understand it, you started out at about

23   the -- you know, if you can -- I will scroll up here.

24   There's a scale drawing at the bottom that shows feet, so

25   we'll say that area that you said -- that you say you were
```

5458

```
1    in -- I'll scroll back down.  Apparently I need Mr. Woodward
2    here to help me out with my technology, Judge.  He'll be
3    happy to hear that.
4              All right.  So the area that you were in, we will
5    say is about 64 feet, does that seem accurate based on this
6    scale?
7         A    Based on the scale, yes, that would encompass a
8    good portion of that hallway.
9         Q    Okay.
10             And you started at, you know, maybe a few feet
11   back from the entryway to that hallway from the smaller
12   circle room?
13        A    Actually, I believe we started, had our initial
14   confrontation probably right around where it says S-227 and
15   S-230.  That would be about where we started the initial
16   confrontation with the rioters.
17        Q    Okay.
18             So that was where the line would have started for
19   you?
20        A    Yes, sir.
21        Q    Okay.
22             And S-230, I assume they're just Senate rooms of
23   one form or another?
24        A    You've got me on that.
25        Q    Okay.
```

```
 1              But certainly what's indicated on the map is S-230
 2    and S-227 is where you started, and that area is where you
 3    went back and forth in front of that where the beginning of
 4    the smaller circle room is?
 5         A    Yes, sir.
 6         Q    Okay.  Thank you.
 7              MR. CRISP:  Thank you, Judge.  Sir, I have no
 8    further questions.
 9              THE COURT:  Mr. Fischer, any questions.
10              MR. FISCHER:  No cross.
11              THE COURT:  Okay.  Any redirect examination?
12              MS. HUGHES:  Just one question, Your Honor.
13              If we could bring up defense's exhibit one more
14    time.
15              Thank you so much.
16
17
18
19
20
21
22
23
24
25
```

```
 1                            - - -

 2                     REDIRECT EXAMINATION

 3   BY MS. HUGHES:

 4       Q    So just to be clear, if the rioters had succeeded

 5   in pushing against you, where would they have reached?

 6       A    They would have reached the Senate Chamber located

 7   right there.

 8            MS. HUGHES:  No further questions.

 9            THE COURT:  Okay.  Officer Owens, thank you very

10   much for your time and testimony.  You may step down, sir.

11            THE WITNESS:  Thank you.

12            MR. CRISP:  I don't know if I moved for the

13   admission of Watkins 14 -- did I move for the admission?

14   I know I moved for publication but I wanted to make sure I

15   had the admission.

16            THE COURT:  I don't know.

17            It's -- Watkins 14 is admitted since it was

18   published.

19            MR. CRISP:  Thank you.

20            MS. HUGHES:  Are we going to take our break,

21   Your Honor, or we have another witness.

22            THE COURT:  How long do you expect the witness to

23   be?

24            MS. HUGHES:  30 minutes.

25            THE COURT:  Why don't we go ahead and take the
```

```
 1    break then?
 2              We'll take our morning break a little early.
 3    Ladies and gentlemen, it's now almost 10 of 11:00.  So
 4    we will plan to resume a little bit after 11:05.  Thank you,
 5    all, very much.
 6              COURTROOM DEPUTY:  All rise.
 7              (Jury exited the courtroom.)
 8              THE COURT:  All right.  This is the government's
 9    final witness for the day?
10              MS. HUGHES:  Correct, Your Honor.
11              THE COURT:  Okay.
12              MS. HUGHES:  We had Officer Dunn ready to go.
13              THE COURT:  I understand.
14              All right.  We'll see you all in a little bit.
15              (Recess from 10:53 a.m. to 11:14 a.m.)
16              COURTROOM DEPUTY:  All rise.
17              THE COURT:  Please be seated, everyone.
18              All right.  Everybody ready to go?
19              MS. HUGHES:  Yes, Your Honor.
20              THE COURT:  Let's bring them in, JC.
21              COURTROOM DEPUTY:  Jury panel.
22              (Jury entered the courtroom.)
23              THE COURT:  All right.  Please have a seat,
24    everybody.
25              Ms. Hughes.
```

5462

```
 1              MS. HUGHES:  The government calls Jason McIntyre.

 2              COURTROOM DEPUTY:  Please raise your right hand.

 3              (Witness is placed under oath.)

 4              COURTROOM DEPUTY:  Thank you.

 5              THE COURT:  All right.  Good morning,

 6    Mr. McIntyre.

 7              THE WITNESS:  Good morning.

 8              THE COURT:  Welcome.

 9                         - - -

10    JASON McINTYRE, WITNESS FOR THE GOVERNMENT, SWORN

11                    DIRECT EXAMINATION

12                         - - -

13    BY MS. HUGHES:

14         Q    Good morning.

15         A    Good morning.

16         Q    Could you please introduce yourself to the ladies

17    and gentlemen of the jury by stating and spelling your name?

18         A    Yes.  My name is Jason McIntyre, J-a-s-o-n.  Last

19    name is McIntyre, M-c-I-n-t-y-r-e.

20         Q    Where did you work?

21         A    I work for the Architect of the Capitol.

22         Q    What is your position in the Architect of the

23    Capitol's office?

24         A    I am the Deputy Superintendent for the

25    United States Capitol and Capitol Visitor Center.
```

1      Q    How long have you worked for the Architect of the

2  Capitol?

3      A    Fourteen years plus.

4      Q    How long have you been the Deputy Superintendent?

5      A    Since 2019.

6      Q    What is your educational background?

7      A    I'm a registered fire protection engineer.

8  So four years of collegiate education, as well as I've been

9  practicing as a fire protection engineer for almost 20

10 years.

11     Q    What is the mission of the office of the Architect

12 of the Capitol?

13     A    We are responsible for the care, the maintenance,

14 the historic preservation, and construction activities that

15 occur on the Capitol campus.

16     Q    What is involved in maintaining and preserving the

17 United States Capitol?

18     A    My office in the Capitol Superintendent's Office,

19 be employ 225 tradesmen and women who maintain and care for

20 the building on a day-to-day basis, anywhere from the

21 cleaning activities to major construction, as well as all

22 maintenance activities from the wide range of construction

23 trades.

24     Q    Were you working on January 6th, 2021?

25     A    I was working virtually on the 6th.

5464

1      Q    Did you come to learn at a certain point that the

2  Capitol Building had been damaged on January 6th, 2021?

3      A    Yes.

4      Q    What steps did you take after learning that the

5  building had been damaged?

6      A    My boss, who was in the building on the 6th, and I

7  put in -- the afternoon of the -- beginning as early as the

8  afternoon of the 6th, began putting in place what we call

9  our disaster assessment teams.

10          Our disaster assessment teams are a range of

11  different trades people and engineers that work for the

12  Architect of the Capitol, and we began planning when to come

13  to the building when it was safe, when the Capitol Police

14  cleared us to come to the building so that we could begin

15  walking and identifying what damage there was, the extent of

16  that damage, if it was a critical life safety issue or if it

17  was something that we could work with the occupants and with

18  the Capitol Police to correct.

19      Q    And when did these teams actually deploy?  What

20  day did they arrive on the Capitol to do this evaluation?

21      A    We got to the Capitol on the morning of the 7th, a

22  little bit before 5:00 a.m.

23      Q    What was the state of the Capitol?  What did you

24  observe?

25      A    In my walk-through, I led a team of four

1    individuals, and we walked through about a third of the

2    Capitol immediately.

3            My team identified things from broken windows to

4    damaged furniture in the building, broken doors, exterior

5    doors that were damaged and/or broken, as well as some

6    graffiti, blood stains, things of that nature.

7        Q    Are you familiar with doors that are known as the

8    Columbus Doors at the United States Capitol?

9        A    Yes.

10       Q    Where are these doors located?

11       A    The Columbus Doors are the east front center

12   Rotunda entrance to the United States Capitol.

13           MS. HUGHES:  And if we could please bring up and

14   publish Government's Exhibit 1083.2.  This has already been

15   admitted into evidence.

16           And if we could just pause -- play this and pause

17   it for five seconds, Ms. Rohde.

18           (Video played)

19   BY MS. HUGHES:

20       Q    Are these what I've been referring to as the

21   Columbus Doors?

22       A    Yes, this is two sets of doors here.  One set of

23   doors is the Columbus Doors, and then the other set of doors

24   that has glass here is what we would commonly refer to as

25   the east front Rotunda entrance.

1    Q    And that is what I wanted you to explain.

2         So there are two doors here.  So if you could

3    first explain what are the east Rotunda doors?

4    A    I can draw on this, correct?

5    Q    Yes, correct.

6    A    These doors here that you show with the glass,

7    those are bronze doors that have multiple panes of glass in

8    them.  Those are the doors that you would see on an everyday

9    basis.

10        The door surround, so this area here, it goes all

11   the way around, as well as the door that you see on this

12   side of this still shot, those are called the Columbus

13   Doors.  They are normally held in an open position.  They're

14   more ceremonial, they're a piece of artwork.

15   Q    And could you explain how do these two sets of

16   doors open?

17   A    The Columbus Doors open towards the building.  So

18   if you are standing from where this camera shot is, those

19   Columbus Doors currently are in the open position, they

20   swing toward the building.

21        The east front Rotunda doors, the ones with the

22   panes of glass, they swing out toward the outside towards

23   the viewer here who's taking this video.

24        MS. HUGHES:  If we could please bring up just for

25   the witness Government's Exhibit 2126.

BY MS. HUGHES:

Q    And do you recognize this picture?

A    Yes.

Q    Is this a photo you took?

A    Yes, this is a photo I took.

Q    And was this photo taken in front of those doors, in front of the east Rotunda doors?

A    Yes, it is.

You can see in the background the Columbus Doors through the glass.

Q    And is this a fair and accurate copy of that photo you yourself took?

A    It is, yes.

MS. HUGHES:  Could we please admit and publish Government's Exhibit 2126.

MS. HALLER:  No objection.

(Government's Exhibit 2126
received into evidence.)

BY MS. HUGHES:

Q    Okay.

So this sign, could you just read what it says on this sign?

A    It says, "Emergency exit only.  Push until alarm sounds.  (3 seconds)  Door will unlock in 15 seconds."

Q    So could you explain what this sign is referring

1    to with respect to how the east Rotunda doors open?

2        A    On the Capitol campus, we have to comply with

3    codes and standards in order to make sure that people can

4    safely egress the building.

5            In doing so, we follow what's called the life

6    safety code.  The life safety code requires if you have a

7    means of egress, which this door is a means of egress from

8    the building, it requires that it be able to be opened

9    immediately from the inside; however, if you have security

10   needs, you can install security -- your security system and

11   you have to have an electronic interface between the door

12   hardware and the electronic security equipment.

13           In addition, by code, you are required to have

14   this sign that tells a person who would be in the building

15   how can I get out of this door if I need to in the event of

16   a fire.

17           MS. HUGHES:  And we can take that down.

18           If we can please show just for the witness

19   Government's Exhibit 2122.

20   BY MS. HUGHES:

21       Q    What is this a photo of?

22       A    This is a photo of the Columbus Doors in the

23   closed position.

24       Q    And is this a fair and accurate copy of a

25   photograph of these closed Columbus Doors?

1          A     Yes, it is.

2                MS. HUGHES:  Government seeks to admit and publish

3     Government's Exhibit 2122.

4                MS. HALLER:  No objection.

5                THE COURT:  2122 is admitted.

6                                    (Government's Exhibit 2122
                                      received into evidence.)
7

8     BY MS. HUGHES:

9          Q     Okay.  So what are we looking at here?

10         A     This is a picture of the Columbus Doors that are

11    at the east front Rotunda entrance.  These doors are from

12    1863.  They are a sculpted, bronze depiction of the life of

13    Christopher Columbus.

14               And so, in total, it's a little over -- it's about

15    17 feet tall.  They weigh about 20,000 pounds.  And here

16    we're showing them in the closed position, which is fairly

17    rare for the building since they are held in the open

18    position.

19               Again, we talked about from a means of egress

20    perspective for someone to leave this exit, it would be

21    pretty tough for them to open a pair of doors that weigh

22    20,000 pounds.

23               MS. HUGHES:  We can take down that photo,

24    thank you, Ms. Rohde.

25

BY MS. HUGHES:

Q    On January 7th, 2021, when you toured the building
was there damage observed both to the Columbus Doors and to
the east Rotunda doors, the glass doors that are in front of
those doors?

A    Yes.

Q    What kinds of damage was observed?

A    The major damage that we identified that -- at our
first initial assessment on the 7th was broken glass, three
panes of glass broken to the east front Rotunda doors.

The door closer to the door had been pulled off
the track.  The door closer is at the top of the door and
it's actually, because of the size of the doors, it's built
into the door, and then it has an arm that attaches to the
door frame.  That arm had been broken so it was hanging
outside of the door, as well as the door handles themselves
to the east front Rotunda doors; one had been pulled off and
the other one was well on its way to being pulled off, it
was damaged beyond repair.

MS. HUGHES:  And if we could pull up Government's
Exhibit 2123.

Now, Government's Exhibit 2124, this is just for
the witness, please, Ms. Rohde.

And Government's Exhibit 2125.

5471

BY MS. HUGHES:

 Q Are these photos of the damage you just described?

 A Yes, they are.

 Q And are these fair and accurate copies of photographs documenting the damages that these doors incurred?

 A Yes.

  MS. HUGHES:  Government seeks to admit and publish Government's Exhibits 2123, 2124, and 2125.

  MS. HALLER:  We would just like a foundation set as to who took the pictures, but otherwise, no objection.

  MS. HUGHES:  I mean --

  THE COURT:  It's overruled.  The foundation doesn't require him to identify who took the photos as long as he identifies that they're fair and accurate.  So they'll be admitted.

  MS. HUGHES:  Thank you.

     (Government's Exhibits 2123, 2124 and 2125
        received into evidence.)

BY MS. HUGHES:

 Q If we could bring up Government's Exhibit 2123. Is this a photograph of the missing door handle you described?

 A Yes, it is.

 Q What door is this on?

5472

1    A    These are on the east front Rotunda doors.

2    Q    If we can bring up Government's Exhibit 2124.

3         What is this a photograph of?

4    A    This was taken another couple steps away from the

5    door, showing the three broken panes of glass, as well as

6    the general damage to the door and the surround.

7         There's broken shards of glass on the floor -- or

8    on the ground here, as well as the missing door handle.  And

9    the residue from chemical irritants that had been used on

10   the day of the 6th.

11   Q    So could you start by just circling the damaged

12   panes?

13   A    Yes.

14   Q    So the witness has identified the top two panes of

15   glass in this photograph and in the bottom left pane.

16        And you mentioned that there's chemical irritant

17   as well.  Could you just explain what you're seeing on this

18   photograph that indicates chemical irritant?

19   A    Yes.

20        On the bottom part of the door here, you can see

21   the white hazy staining.  That was indicative of the

22   chemical irritant residue.  After it was sprayed into the

23   air, it settles to the ground.  And so much of that -- this

24   would -- again, this was taken very early on the morning of

25   the 7th.  That chemical irritant would have been on the

5473

```
 1    walking surfaces at this point, as well as on different
 2    areas of the door, as well as the Columbus Doors.
 3         Q    If we could go to Government's Exhibit 2125.
 4              And is this the hinge you were describing?
 5         A    Yes, it is.
 6              You can see that this top section here, that small
 7    piece of metal, and I don't want to circle it to block the
 8    picture, but this small piece of metal here is the pin that
 9    would hold that arm in the track assembly.
10              So that has been pulled to an extent where that
11    has come out of the track.  And then as it was no longer
12    attached to the door, when those doors -- as those doors
13    were continued to be opened and closed, it became wedged
14    between the door and the door frame.
15         MS. HUGHES:  We can bring that down.  Thank you,
16    Ms. Rohde.
17    BY MS. HUGHES:
18         Q    Now, just to be clear, does the Architect of the
19    Capitol provide an assessment about what caused this damage?
20         A    No, we do not.
21         Q    What are your responsibilities as the Architect of
22    the Capitol?
23         A    Our responsibilities are to identify if there is
24    damage, what the extent of that damage is, how to correct
25    that damage, and then for our team to either make those
```

5474

1    repairs with the men and women who work for us or to

2    contract out to someone if we do not have those skills or

3    abilities.

4         Q    Were these doors, both the east Rotunda doors and

5    the Columbus Doors themselves, preserved, or was there an

6    assessment done of their state prior to January 6th?

7         A    The Columbus Doors, the decorative bronze doors

8    that tell the story of Christopher Columbus, those were

9    maintained and preserved just months before January 6th.

10        Q    Why?

11        A    Our -- the Architect of the Capitol employs a

12   curatorial team who is responsible for the care and

13   maintenance of major works of art within the building.

14             And this being one of those major works of art,

15   they maintain it from just a traditional maintenance

16   perspective, but also we had an inauguration coming up and

17   this is a very ceremonial door for a Presidential

18   inauguration.

19             So in the late fall time frame, they had -- their

20   curatorial team come out and review these doors and identify

21   if anything needed to be completed on these doors prior to

22   the inaugural.

23        Q    And did this allow an accurate assessment about

24   the damage that was done on January 6th?

25        A    It did.

1           They were able to compare photographs from that

2    September time frame of 2022 [sic] to the mid-January of

3    2021 when they were able to get back on site to review the

4    condition of the doors.

5        Q    Was there an assessment prepared for the cost of

6    repairing both the east Rotunda doors and the Columbus

7    Doors?

8        A    Yes, there was.

9        Q    What was the total dollar amount required to

10   repair the east Rotunda doors?

11       A    Our estimate was $10,175 -- I'm sorry, $10,063.

12   My apologies.

13       Q    $10,063?

14       A    10,063.

15       Q    What does this approximately $10,000 amount

16   include?

17       A    It included the replacement of the missing door

18   handle, the replacement of the broken door handle, the

19   repair of the top of the door where the door closer arm had

20   bent the top of the metal door, as well as repair of the

21   glass and replacement of the door closers themselves.

22       Q    Was there a cost assessment made for repairing the

23   Columbus Doors, those ornate doors?

24       A    Yes, there was.

25       Q    What was the total cost of repairing those doors?

5476

```
1         A      $24,175.

2         Q      And what does that $24,000 amount include?

3         A      The major items that had been damaged on those

4    doors, again, they're from 1863, they're effectively a work

5    of art.  Much of the damage that had occurred to those doors

6    was scratches down to bare metal.  There was missing and

7    broken ornaments on the door.  If you can imagine, those

8    doors have things such as conquistadors with swords.  Those

9    swords were broken off and they also needed to clean off the

10   chemical irritant residue off of those doors.

11        Q      You'd mentioned that these doors were refurbished

12   prior to the inauguration.  What role do those doors play in

13   the inauguration of a president?

14        A      This entrance is a ceremonial entrance for most

15   events in the Capitol.

16               For a Presidential inauguration, this is the door

17   where traditionally the outgoing President and the incoming

18   President will leave the building together and then the

19   incoming President bids farewell to the outgoing President.

20               MS. HUGHES:  No further questions.

21               MR. LINDER:  No questions, Your Honor.

22               MS. HALLER:  No questions, Your Honor.

23               MR. GEYER:  No questions, Your Honor.

24               MR. CRISP:  No, Your Honor.

25               MR. FISCHER:  No cross.
```

5477

1            THE COURT:  Okay.  Mr. McIntyre, thank you very

2    much for your time and testimony.  You may step down, sir.

3            THE WITNESS:  Thank you.

4            THE COURT:  All right.  Could I ask everybody to

5    get on the phones.

6            (Bench conference)

7            THE COURT:  So am I correct that we are sort of at

8    the end of our witnesses for the day and no other evidence?

9            MR. NESTLER:  That's correct, Your Honor.

10            THE COURT:  All right.

11            (Open court)

12            THE COURT:  Okay.  So, ladies and gentlemen, we

13    have actually come to the end of our day and the end of the

14    week for two reasons.

15            One, as you are aware, Mr. Rhodes is absent, so we

16    have gone as far as we can in some respects.  Also, you've

17    noticed perhaps that Mr. Woodward is out, he also had a

18    health issue.

19            So we've gone as far as we can in terms of

20    presentation of evidence without having both of them present

21    for the presentation of that evidence.  Some things happened

22    and we can't plan for them and, regrettably, it's delaying

23    the presentation of evidence and getting to point where we

24    can get this case to you all.

25            So here's where we stand.  We will be breaking for

```
 1   today, no court Thursday, no court Friday.
 2             We are hopeful, and unfortunately I can't make any
 3   promises, to re-start Monday.  It will depend on Mr. Rhodes'
 4   availability.  And so look out on your phones for a message
 5   from Mr. Douyon to let you know whether we will be able to
 6   proceed on Monday, and hopefully we'll be able to do that.
 7   So that's where we stand.  We want to thank you again for
 8   your time and your attention.
 9             Just a reminder over this next few days to please
10   avoid any media coverage of the case, please do not discuss
11   it, and please do not do any independent research.  We
12   thank you very much.  We apologize for the interruption.  It
13   was not something we expected.  Have a very nice long
14   weekend.  Thank you, everybody.
15             MR. NESTLER:  Your Honor, can we get on the phone.
16             THE COURT:  Sure.  Sorry.
17             (Bench conference)
18             MR. NESTLER:  We were under the impression we were
19   going to sit on Monday no matter what to do Officers Dunn
20   and Lazarus.
21             THE COURT:  Oh, that's right.
22             Let's just leave it as -- we'll just leave it as
23   is and JC will contact them one way or the other.
24             MS. HALLER:  Thank you, Your Honor.
25             THE COURT:  And we'll prayer it will be a full
```

 1   day.  I don't want to preview that it may be a short day at

 2   this point.

 3          MR. NESTLER:  No, we understand goes that.  We

 4   just wanted to make sure they knew they would be coming on

 5   Monday even if it's not a full day.

 6          THE COURT:  Okay.

 7          MR. NESTLER:  It might make sense to give another

 8   admonishment for media consumption given the length of time.

 9          MS. HALLER:  Well, Your Honor, if I may, given the

10   uncertainty of maybe a day because we don't know Mr. Rhodes,

11   it may be best to leave it as it is right now.

12          THE COURT:  So we've all been in agreement that

13   we're coming back Monday to do Officer Dunn and the other

14   officer irrespective of Mr. Rhodes' availability.  So I can

15   amend what I said and tell them that they will be here

16   Monday morning at minimum, okay?

17          (Open court)

18          THE COURT:  One slight amendment, ladies and

19   gentlemen, of our schedule.

20          You should expect to be here Monday morning.  How

21   long we go on Monday morning will depend in part on

22   Mr. Rhodes' availability, but certainly plan to be here

23   Monday morning, and we will have further information about

24   how far we can go on Monday.  Okay?

25          Again, I think I already said this but if

1    I haven't, just please be conscious of avoiding the media as

2    you have been throughout.  I look forward to seeing you all

3    next Monday.  Thank you, everyone.

4                THE COURTROOM DEPUTY:  All rise.

5                (Jury exited the courtroom.)

6                THE COURT:  All right.  Please have a seat,

7    everyone.

8                So the suggestion was made whether we can deal

9    with jury instructions in the time that we've now been

10    afforded, and where do you all think you are on that?

11    I will tell you, I have not read them, but I can certainly

12    get up to speed this afternoon if you all are prepared to

13    discuss them tomorrow, but I want to get everybody's

14    temperature on that.

15                MR. NESTLER:  That's fine with the government,

16    Your Honor.  We submitted the proposed jury instructions

17    along with the proposed verdict form.  I'd say we're 90

18    percent of the way there in terms of the parties' agreement.

19                THE COURT:  I guess the alternative is as follows.

20    And I don't know what the travel plans are for counsel, but

21    we can reconvene at 2:00.  By then I'll have a chance to

22    look through them and we can then talk about them at 2:00,

23    instead of having to break for the whole afternoon.  So we

24    can theoretically take care of all of this, hopefully, at

25    least -- get as much as we can get done today and if there

1    are issues that are still need to be resolved, we can hold
2    that for another day.
3           Mr. Crisp.
4           MR. CRISP:  Your intent was to go over and
5    finalize instructions today?
6           THE COURT:  Well, I think my intent is to try and
7    get as much as work done as we can with respect to any
8    disputes that there may be as to the instructions that can
9    get resolved today.  I understand that there may be
10   additional instructions that need to be either inserted or
11   removed depending upon what the defense case looks like and
12   the rest of the government's case.
13          MR. CRISP:  Sure.
14          No, I guess part of me still thinks it's a bit
15   premature; that's why I was going to say that.
16          And I don't necessarily disagree with Mr. Nestler
17   in terms of being pretty close.
18          So understanding that, I think it may --
19   I'm not sure we're going to get to the end of the road and
20   if we only have a little bit more to go, I'd rather wait on
21   that.
22          And particularly -- go ahead.
23          THE COURT:  Well, I think what I'm -- what I
24   suspect is the primary focus is the substantive jury
25   instructions.  And so on the assumption that every single

```
1   count goes back to the jury, let's at least take a look at
2   those substantive instructions and see where the disputes
3   lie.
4            MR. CRISP:  Okay.
5            THE COURT:  And in terms of the other
6   instructions, you know, that is a bit of a moving target,
7   understandably, depending upon what happens in the coming
8   weeks, okay?
9            MR. CRISP:  I would concur with that course of
10  action.  Thank you.
11           THE COURT:  Just try and use every hour we can to
12  move things forward.
13           MR. CRISP:  Thank you, sir.
14           THE COURT:  So let's plan to reconvene at 2:00.
15  That'll give me some time to review everything, and then we
16  can reconvene at 2:00 and see what we can get accomplished.
17  Okay?
18           MR. NESTLER:  Just logistically, Mr. Rhodes is not
19  present, just for the record.  We're going to have to make
20  sure Mr. Rhodes is waiving his presence during that
21  discussion.
22           THE COURT:  Mr. Linder,  Mr. Bright.
23           MR. LINDER:  We will waive his presence for these
24  discussions.  I understand that once we get through our
25  case, we may have a change and I'll want him there for that.
```

1          THE COURT:  Thank you, everyone.

2          (Recess from 11:41 a.m. to 2:00 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 26, 2022_____ 

           William P. Zaremba, RMR, CRR

5485

**A JUROR: [1]** 5424/4
**BY MR. CRISP: [2]**
5454/12 5457/3
**BY MS. HUGHES: [52]**
5408/15 5411/20
5412/18 5415/7 5418/6
5418/25 5419/22
5421/25 5424/12
5426/11 5430/15
5435/7 5436/3 5436/19
5438/15 5439/16
5440/4 5441/19 5442/2
5442/12 5443/17
5443/24 5444/12
5444/21 5444/25
5445/12 5445/25
5446/8 5446/16
5447/10 5448/3
5448/10 5448/22
5449/12 5449/23
5450/11 5450/18
5451/1 5451/14
5451/21 5452/12
5460/3 5462/13
5465/19 5467/1
5467/19 5468/20
5469/8 5469/25
5470/25 5471/20
5473/17
**COURTROOM**
**DEPUTY: [16]** 5398/3
5398/7 5400/20
5407/22 5408/7 5408/9
5423/22 5423/25
5430/5 5430/7 5461/6
5461/16 5461/21
5462/2 5462/4 5480/4
**DEFENDANT KELLY**
**MEGGS: [11]** 5398/11
5398/15 5398/19
5398/23 5399/8
5399/12 5399/15
5399/22 5400/4
5400/11 5400/17
**MR. BRIGHT: [1]**
5402/22
**MR. CRISP: [19]**
5403/3 5403/10
5403/21 5403/25
5405/11 5405/16
5429/20 5454/7
5456/17 5456/20
5459/7 5460/12
5460/19 5476/24
5481/4 5481/13 5482/4
5482/9 5482/13
**MR. FISCHER: [5]**
5412/12 5421/19
5429/22 5459/10
5476/25
**MR. GEYER: [3]**
5429/18 5454/5
5476/23
**MR. LINDER: [7]**
5402/20 5406/9
5406/21 5429/16
5454/3 5476/21

**MR. MANZO: [1]**
5407/8
**MR. NESTLER: [17]**
5401/23 5402/9 5404/8
5405/13 5405/22
5406/3 5406/22
5407/11 5407/15
5407/17 5477/9
5478/15 5478/18
5479/3 5479/7 5480/15
5482/18
**MS. HALLER: [15]**
5412/11 5418/3
5421/20 5429/17
5435/21 5438/4 5445/9
5448/15 5454/4
5467/16 5469/4
5471/10 5476/22
5478/24 5479/9
**MS. HUGHES: [78]**
5408/5 5411/16 5412/8
5412/16 5415/5
5417/20 5418/4
5418/23 5421/11
5423/20 5424/8
5424/10 5426/8
5429/14 5430/3
5434/24 5435/4
5435/17 5435/25
5436/18 5437/21
5438/9 5438/13
5439/13 5439/20
5441/16 5441/25
5442/11 5443/3
5443/13 5443/16
5443/21 5444/9
5444/11 5444/18
5445/23 5446/5
5446/12 5446/14
5447/5 5447/8 5447/24
5448/1 5448/7 5448/19
5449/9 5449/11
5449/22 5450/8
5450/10 5450/21
5450/24 5451/10
5451/13 5451/18
5452/5 5454/2 5456/24
5459/12 5460/8
5460/20 5460/24
5461/10 5461/12
5461/19 5462/1
5465/13 5466/24
5467/14 5468/17
5469/2 5469/23
5470/20 5471/8
5471/12 5471/17
5473/15 5476/20
**THE COURT: [93]**
5398/6 5398/10
5398/12 5398/16
5398/20 5399/6 5399/9
5399/14 5399/21
5400/3 5400/8 5400/13
5400/18 5401/13
5402/3 5402/14
5402/21 5403/2 5403/5
5403/15 5403/24

5406/5 5406/14 5407/6
5407/9 5407/14
5407/21 5407/24
5408/10 5412/10
5412/13 5419/18
5421/18 5421/21
5423/24 5424/2 5424/5
5429/15 5429/19
5429/21 5429/23
5430/1 5430/8 5435/2
5435/5 5435/22 5438/6
5438/10 5445/10
5448/17 5452/9 5454/6
5456/19 5456/22
5456/25 5459/9
5459/11 5460/9
5460/16 5460/22
5460/25 5461/8
5461/11 5461/13
5461/17 5461/20
5461/23 5462/5 5462/8
5469/5 5471/13 5477/1
5477/4 5477/7 5477/10
5477/12 5478/16
5478/21 5478/25
5479/6 5479/12
5479/18 5480/6
5480/19 5481/6
5481/23 5482/5
5482/11 5482/14
5482/22 5483/1
**THE WITNESS: [6]**
5419/21 5429/25
5439/21 5460/11
5462/7 5477/3

**$**
**$10,000 [1]** 5475/15
**$10,063 [2]** 5475/11
5475/13
**$10,175 [1]** 5475/11
**$24,000 [1]** 5476/2
**$24,175 [1]** 5476/1

**.**
**.3 [1]** 5438/7

**0**
**08077 [1]** 5394/9
**0826 [1]** 5394/14

**1**
**10 [4]** 5400/25 5444/7
5444/7 5461/3
**10,063 [1]** 5475/14
**10-33 [4]** 5433/7
5433/9 5433/10
5433/13
**1056.0213.0240 [3]**
5434/25 5435/4
5435/23
**1083.2 [1]** 5465/14
**10:00 [2]** 5432/12
5453/24
**10:53 [1]** 5461/15
**11 [1]** 5452/7
**11:00 [3]** 5432/12
5453/24 5461/3

**11:14 [1]** 5461/15
**11:41 [1]** 5483/2
**12:30 [2]** 5414/16
5415/12
**14 [5]** 5456/20 5456/25
5457/1 5460/13
5460/17
**1460 [1]** 5393/12
**14:46 [2]** 5444/7
5449/8
**14th [1]** 5403/23
**15 [4]** 5392/4 5400/22
5442/19 5467/24
**17 [1]** 5469/15
**17110 [1]** 5393/15
**1863 [2]** 5469/12
5476/4
**19 [1]** 5392/7
**1950 [1]** 5421/18
**1:15 [1]** 5421/1
**1:59 [1]** 5418/20

**2**
**20 [2]** 5442/19 5463/9
**20,000 [2]** 5469/15
5469/22
**200 [1]** 5441/4
**20001 [1]** 5395/5
**20036 [1]** 5394/5
**2006 [1]** 5394/8
**2019 [1]** 5463/5
**202 [3]** 5392/18 5394/5
5395/5
**2020 [1]** 5429/11
**2021 [16]** 5410/5
5410/11 5411/6
5411/14 5413/10
5413/15 5413/17
5415/8 5431/24 5432/1
5432/2 5436/17
5463/24 5464/2 5470/2
5475/3
**2022 [3]** 5392/5 5475/2
5484/7
**20579 [1]** 5392/17
**21061-3065 [1]**
5394/14
**2122 [4]** 5468/19
5469/3 5469/5 5469/6
**2123 [4]** 5470/21
5471/9 5471/18
5471/21
**2124 [4]** 5470/22
5471/9 5471/18 5472/2
**2125 [4]** 5470/24
5471/9 5471/18 5473/3
**2126 [3]** 5466/25
5467/15 5467/17
**214 [5]** 5393/5 5393/9
5414/19 5414/22
5416/1
**22-15 [2]** 5392/4
5400/22
**225 [1]** 5463/19
**227 [2]** 5458/14 5459/2
**230 [3]** 5458/15
5458/22 5459/1

**24 [1]** 5409/19
**25 [1]** 5439/14
**252-7277 [1]** 5392/18
**252-9900 [1]** 5393/5
**26 [2]** 5392/5 5484/7
**2615 [1]** 5394/5
**28 [1]** 5436/12
**2:00 [5]** 5480/21
5480/22 5482/14
5482/16 5483/2
**2:25 [3]** 5421/3
5422/15 5423/9
**2:26 [1]** 5426/13
**2:30 [2]** 5421/3 5421/3
**2:40 [1]** 5436/17
**2:41 [1]** 5437/15
**2:46 [2]** 5444/7
5448/12

**3**
**30 [3]** 5436/14 5446/6
5460/24
**30 seconds [1]**
5424/11
**300 [1]** 5394/13
**3001 [2]** 5418/1
5435/18
**3003 [1]** 5438/3
**3065 [1]** 5394/14
**318 [1]** 5393/12
**3249 [1]** 5395/5
**33 [5]** 5433/7 5433/9
5433/10 5433/13
5436/11
**3300 [2]** 5393/3 5393/7
**333 [1]** 5395/4
**352-2615 [1]** 5394/5
**354-3249 [1]** 5395/5
**38 [1]** 5436/14

**4**
**40 [1]** 5450/22
**4031 [1]** 5393/15
**410 [1]** 5394/14
**412-4676 [1]** 5393/16
**4676 [1]** 5393/16
**487-1460 [1]** 5393/12

**5**
**51 [1]** 5432/3
**57 [1]** 5449/8
**5708 [1]** 5394/9
**5:00 [2]** 5402/17
5464/22
**5th [1]** 5413/15

**6**
**6-foot [1]** 5441/4
**601 [2]** 5392/17 5394/3
**607-5708 [1]** 5394/9
**64 [1]** 5458/5
**6:00 [1]** 5407/8
**6th [26]** 5410/5
5410/10 5411/1 5411/6
5411/14 5413/1 5413/9
5413/17 5414/15
5415/8 5431/24 5432/1
5432/2 5432/10
5432/11 5434/7

**6th... [10]** 5436/17
5463/24 5463/25
5464/2 5464/6 5464/8
5472/10 5474/6 5474/9
5474/24
**6tht [1]** 5412/6

**7**
**700 [2]** 5393/4 5393/8
**71301 [1]** 5393/11
**717 [1]** 5393/16
**720-7777 [1]** 5393/9
**7277 [1]** 5392/18
**7310 [1]** 5394/13
**75219 [2]** 5393/4
5393/8
**7777 [1]** 5393/9
**787-0826 [1]** 5394/14
**7:00 [2]** 5429/9
5453/25
**7th [4]** 5464/21 5470/2
5470/9 5472/25

**8**
**8000.2 [4]** 5437/22
5438/7 5438/11 5444/1
**8000.3 [3]** 5437/22
5438/11 5443/14
**8001 [3]** 5452/6 5452/9
5452/10
**8002 [5]** 5437/22
5438/7 5438/11
5438/13 5444/19
**819 [1]** 5393/14
**856 [1]** 5394/9
**8:00 [4]** 5429/10
5453/15 5453/15
5453/18

**9**
**90 [1]** 5480/17
**90-day [1]** 5431/23
**900 [1]** 5394/4
**902 [1]** 5452/7
**9052 [1]** 5417/22
**9053 [4]** 5411/17
5412/9 5412/13
5412/14
**9054 [4]** 5421/12
5421/17 5421/21
5421/22
**9900 [1]** 5393/5
**9:00 [2]** 5453/15
5453/18
**9:30 [1]** 5392/6

**A**
**a.m [8]** 5392/6 5432/12
5453/25 5453/25
5461/15 5461/15
5464/22 5483/2
**abilities [1]** 5474/3
**ability [1]** 5420/6
**able [15]** 5402/16
5406/25 5424/2
5427/25 5451/22
5451/25 5452/23

**about [34]** 5402/5
5402/11 5403/7
5403/12 5405/2 5411/4
5415/12 5416/17
5416/21 5420/11
5427/10 5427/21
5428/7 5432/6 5436/6
5436/14 5441/4 5449/1
5450/20 5451/4
5451/17 5453/25
5454/18 5457/22
5458/5 5458/15 5465/1
5469/14 5469/15
5469/19 5473/19
5474/23 5479/23
5480/22
**above [1]** 5484/4
**above-titled [1]** 5484/4
**abroad [1]** 5410/4
**absent [2]** 5456/17
5477/15
**Academy [2]** 5431/8
5431/10
**access [2]** 5410/22
5415/22
**accompany [1]**
5411/11
**accompanying [2]**
5415/13 5415/22
**accomplished [1]**
5482/16
**accurate [11]** 5412/4
5435/10 5435/13
5455/3 5456/3 5458/5
5467/11 5468/24
5471/4 5471/15
5474/23
**across [1]** 5420/20
**action [1]** 5482/10
**activate [3]** 5439/5
5439/7 5440/1
**activated [2]** 5439/10
5439/24
**activates [1]** 5440/2
**Active [1]** 5431/13
**activities [3]** 5463/14
5463/21 5463/22
**actual [1]** 5440/16
**actually [15]** 5404/24
5422/8 5439/1 5439/23
5439/23 5445/16
5445/20 5446/14
5448/20 5450/24
5456/4 5458/13
5464/19 5470/13
5477/13
**addition [1]** 5468/13
**additional [3]** 5408/2
5425/17 5481/10
**adjacent [1]** 5457/6
**admission [3]** 5460/13
5460/13 5460/15
**admit [8]** 5412/8
5435/19 5437/22
5437/23 5452/8

**admitted [14]** 5396/11
5397/3 5412/13
5417/23 5421/21
5435/22 5438/7 5452/6
5452/9 5456/25
5460/17 5465/15
5469/5 5471/16
**admonishment [1]**
5479/8
**advance [6]** 5412/5
5441/7 5447/19 5451/7
5451/22 5452/3
**affairs [1]** 5410/2
**afforded [1]** 5480/10
**after [17]** 5403/4
5404/10 5405/3 5405/3
5405/14 5414/17
5415/25 5420/12
5428/10 5433/2 5442/9
5452/22 5453/25
5454/1 5461/4 5464/4
5472/22
**afternoon [6]** 5402/22
5405/7 5464/7 5464/8
5480/12 5480/23
**again [18]** 5405/18
5408/1 5414/1 5416/11
5417/23 5420/15
5421/11 5421/13
5428/14 5435/3
5444/11 5450/1
5450/15 5469/19
5472/24 5476/4 5478/7
5479/25
**against [4]** 5441/8
5447/21 5447/22
5460/5
**agencies [2]** 5428/12
5428/13
**Agent [13]** 5401/18
5404/14 5405/14
5406/23 5408/6
5408/10 5411/21
5418/8 5419/19 5422/8
5424/13 5427/4
5429/23
**Agent Hawa [2]**
5419/19 5429/23
**agents [5]** 5411/25
5413/4 5415/21 5419/5
5422/23
**agreement [2]** 5479/12
5480/18
**ahead [4]** 5447/19
5448/17 5460/25
5481/22
**ahold [1]** 5443/4
**aided [1]** 5395/7
**air [1]** 5472/23
**aisle [1]** 5457/10
**AL [1]** 5392/6
**alarm [1]** 5467/23
**alcove [1]** 5451/15
**Alexandra [1]** 5392/15
5401/1
**Alexandria [1]** 5393/11
**all [46]** 5402/17

5405/6 5405/21
5406/15 5408/10
5412/13 5412/19
5413/24 5418/8 5423/2
5425/21 5430/1 5430/8
5432/9 5434/12
5434/13 5441/12
5442/14 5443/25
5454/25 5455/5 5456/8
5458/4 5461/5 5461/6
5461/8 5461/14
5461/14 5461/16
5461/18 5461/23
5462/5 5463/21
5466/10 5477/24
5477/10 5477/24
5479/12 5480/2 5480/4
5480/6 5480/10
5480/12 5480/24
**All right [2]** 5461/8
5477/10
**allow [1]** 5474/23
**allows [1]** 5447/18
**almost [3]** 5404/17
5461/3 5463/9
**along [3]** 5417/4
5433/3 5433/6 5480/17
**already [6]** 5406/12
5417/20 5425/13
5426/22 5465/14
5479/25
**also [7]** 5401/15
5409/10 5447/17
5474/16 5476/9
5477/16 5477/17
**alter [1]** 5414/8
**alternative [1]** 5480/19
**although [3]** 5401/16
5402/18 5403/6
**always [4]** 5414/25
5416/7
**am [6]** 5408/21
5409/24 5431/11
5431/23 5462/24
5477/7
**amend [1]** 5479/15
**amendment [1]**
5479/18
**AMERICA [2]** 5392/3
5400/22
**AMIT [1]** 5392/9
**amongst [1]** 5431/21
**amount [4]** 5406/7
5475/9 5475/15 5476/2
**angles [1]** 5425/21
**another [10]** 5442/21
5445/15 5449/18
5449/19 5450/14
5458/23 5460/21
5472/4 5479/7 5481/2
**answer [2]** 5405/1
5445/11
**anticipation [1]**
5447/22
**any [17]** 5402/10
5409/10 5410/18
5410/22 5411/5
5412/10 5414/8

5453/19 5453/21
5456/17 5456/23
5459/9 5459/11 5478/2
5478/10 5478/11
5481/7
**anybody [1]** 5420/6
**anyone [3]** 5409/8
5420/4 5440/23
**anything [6]** 5401/22
5420/7 5424/2 5428/6
5443/10 5474/21
**anywhere [1]** 5463/20
**apologies [1]** 5475/12
**apologize [1]** 5478/12
**Apparently [1]** 5458/1
**appearance [1]**
5401/11
**APPEARANCES [4]**
5392/13 5392/20
5393/17 5394/16
**appeared [1]** 5419/8
**appears [1]** 5451/3
**approximately [3]**
5424/11 5429/7
5475/15
**Architect [8]** 5462/21
5462/22 5463/1
5463/11 5464/12
5473/18 5473/21
5474/11
**are [78]** 5401/25
5402/18 5403/2
5403/21 5408/2 5409/8
5409/23 5410/13
5412/1 5414/2 5415/21
5417/14 5417/14
5418/12 5418/16
5422/2 5423/6 5425/9
5430/24 5431/6 5431/9
5432/15 5433/23
5436/10 5437/8
5437/12 5437/23
5442/15 5442/22
5442/24 5443/1 5446/2
5446/24 5447/12
5447/21 5449/13
5449/15 5449/17
5449/18 5449/24
5454/21 5460/20
5463/13 5464/10
5465/7 5465/7 5465/10
5465/11 5465/20
5466/2 5466/3 5466/7
5466/8 5466/12
5466/13 5466/18
5466/19 5468/13
5469/9 5469/10
5469/11 5469/12
5469/17 5470/4 5471/2
5471/3 5471/4 5472/1
5473/21 5473/23
5477/7 5477/15 5478/2
5480/10 5480/12
5480/20 5481/1 5481/1
**area [18]** 5412/17
5417/9 5420/17 5422/5
5422/19 5423/17
5423/19 5427/7 5427/8

# A

**area...** [9] 5428/9
5432/23 5455/19
5457/9 5457/14
5457/25 5458/4 5459/2
5466/10
**areas** [4] 5428/16
5428/24 5429/5 5473/2
**arm** [4] 5470/14
5470/15 5473/9
5475/19
**armed** [3] 5442/22
5442/23 5442/25
**armor** [1] 5434/1
**arms** [5] 5410/23
5410/24 5413/2 5413/2
5453/20
**around** [15] 5405/7
5410/20 5421/1 5421/3
5428/15 5434/12
5453/15 5453/18
5453/24 5453/24
5455/22 5455/22
5456/13 5458/14
5466/11
**arrival** [4] 5414/11
5414/11 5414/17
5423/17
**arrivals** [1] 5410/21
**arrive** [5] 5414/15
5415/11 5415/16
5433/23 5464/20
**arrived** [4] 5415/18
5415/25 5433/2
5434/10
**art** [3] 5474/13 5474/14
5476/5
**artwork** [1] 5466/14
**as** [105]
**ask** [5] 5419/19 5430/9
5448/11 5456/18
5477/4
**assembly** [1] 5473/9
**assessment** [8] 5464/9
5464/10 5470/9
5473/19 5474/6
5474/23 5475/5
5475/22
**assigned** [12] 5410/16
5412/1 5412/1 5417/16
5417/16 5422/23
5431/6 5431/7 5431/22
5432/1 5432/2 5432/14
**assignment** [1]
5410/16
**assist** [4] 5425/18
5426/7 5428/3 5428/12
**ASSOCIATES** [1]
5393/14
**assume** [2] 5404/16
5458/22
**assumption** [2]
5439/10 5481/25
**att.net** [1] 5393/12
**attached** [1] 5473/12
**attaches** [1] 5470/14
**attachment** [1]
5412/21

**attempting** [5]  5406/15  5416/14
5417/9 5424/20
5425/17 5426/20
**attention** [1] 5478/8
**ATTORNEY'S** [1]
5392/16
**audio** [2] 5440/1
5440/1
**authenticity** [5]
5417/25 5421/15
5435/18 5437/25
5452/7
**automatically** [1]
5439/4
**availability** [3] 5478/4
5479/14 5479/22
**available** [3] 5401/16
5414/9 5419/13
**Avenue** [5] 5393/3
5393/7 5394/3 5395/4
5432/24
**avoid** [1] 5478/10
**avoiding** [1] 5480/1
**aware** [3] 5419/6
5477/15
**away** [3] 5403/12
5441/23 5472/4

# B

**back** [52]  5400/20
5401/15 5401/24
5402/1 5402/23
5403/11 5403/12
5403/19 5404/10
5404/21 5404/23
5405/24 5406/16
5406/17 5406/20
5407/20 5407/25
5416/11 5420/12
5420/17 5420/19
5420/24 5420/25
5420/25 5422/5
5427/23 5427/25
5428/1 5428/16 5429/5
5433/8 5433/18
5435/25 5441/15
5441/22 5442/11
5442/18 5448/19
5449/20 5450/14
5451/5 5451/17
5452/18 5452/24
5455/6 5457/9 5458/1
5458/11 5459/3 5475/3
5479/13 5482/1
**backed** [1] 5404/7
**background** [2] 5463/6
5467/9
**backside** [3] 5420/18
5422/6 5422/14
**badges** [1] 5443/6
**bare** [1] 5476/6
**BARRETT** [2] 5393/3
5395/4
**base** [4] 5425/11
5425/23 5425/25
5426/19
**based** [10] 5403/10
5403/21 5419/4 5421/9

**Cr.** 5492/15  5467/14 5428/22
5428/24 5455/5 5458/5
5458/7
**basically** [3] 5415/23
5447/18 5451/9
**basis** [2] 5463/20
5466/9
**battered** [1] 5453/21
**bay** [1] 5452/1
**be** [88] 5401/15
5401/16 5402/1 5402/4
5402/12 5402/16
5402/19 5402/23
5402/24 5402/25
5403/8 5403/19
5404/24 5405/7
5405/13 5405/16
5406/9 5406/16
5406/25 5407/6
5407/24 5411/13
5412/4 5412/24 5414/3
5414/9 5414/12
5415/22 5415/23
5417/10 5417/11
5417/18 5418/12
5418/14 5418/15
5419/8 5419/13
5419/23 5421/6 5428/6
5428/17 5428/21
5434/12 5434/18
5435/22 5438/7
5438/18 5444/7
5445/18 5448/20
5451/3 5453/13
5453/14 5455/2 5455/6
5455/8 5455/10
5455/14 5457/17
5458/2 5458/15 5460/4
5460/23 5461/17
5463/19 5468/8 5468/8
5468/14 5469/20
5471/16 5473/13
5473/18 5474/21
5477/25 5478/5 5478/6
5478/25 5479/1 5479/4
5479/11 5479/15
5479/20 5479/22
5480/1 5481/1 5481/8
5481/9 5481/10
**Be -- yes** [1] 5421/6
**became** [1] 5473/13
**because** [8] 5403/10
5420/7 5426/21
5427/15 5441/7 5456/1
5470/13 5479/10
**becomes** [2] 5404/3
5414/8
**been** [39] 5409/18
5416/25 5417/17
5425/13 5425/24
5428/2 5428/5 5428/18
5428/19 5428/20
5429/3 5429/4 5431/2
5431/4 5431/22 5434/6
5437/16 5438/2
5439/25 5449/19
5450/3 5451/17
5456/12 5463/4 5463/8

**been...** 5465/20  5470/11
5470/15 5470/17
5472/9 5472/25
5473/10 5476/3
5479/12 5480/2 5480/9
**before** [11] 5392/9
5401/22 5403/9
5411/22 5418/9
5420/11 5428/16
5435/8 5440/16
5464/22 5474/9
**began** [3] 5416/16
5464/8 5464/12
**begin** [4] 5401/22
5438/16 5453/11
5464/14
**beginning** [5] 5422/3
5436/1 5448/5 5459/3
5464/7
**behind** [10] 5422/16
5422/18 5425/4 5446/9
5447/17 5450/4 5450/4
5453/2 5455/12
5455/14
**being** [10] 5416/20
5417/2 5419/5 5419/15
5421/14 5427/16
5452/6 5470/18
5474/14 5481/17
**believe** [8] 5405/14
5434/18 5436/13
5444/23 5452/22
5453/14 5455/4
5458/13
**below** [2] 5455/10
5456/5
**belts** [1] 5443/7
**Bench** [2] 5477/6
5478/17
**bend** [1] 5437/18
**bent** [1] 5475/20
**Berwick** [1] 5394/8
**best** [6] 5414/7
5424/18 5425/22
5434/11 5448/16
5479/11
**Better** [1] 5452/2
**between** [6] 5417/7
5429/9 5437/24
5446/20 5468/11
5473/14
**beyond** [4] 5434/17
5440/23 5455/10
5470/19
**bids** [1] 5476/19
**big** [1] 5427/4
**bigger** [1] 5425/19
**bike** [1] 5419/8
**bit** [11] 5416/3 5419/20
5432/6 5444/24
5447/18 5461/4
5461/14 5464/22
5481/14 5481/20
5482/6
**Bitch** [1] 5449/25
**bits** [1] 5448/24
**Black** [1] 5433/4

**block** [1] 5473/7
**blood** [1] 5465/6
**bloodied** [1] 5453/21
**body** [18] 5433/25
5438/1 5438/18
5438/19 5438/21
5438/22 5439/5 5439/7
5439/18 5439/23
5443/18 5444/4
5444/22 5445/8
5445/15 5446/23
5448/5 5451/2
**body-worn** [15] 5438/1
5438/18 5438/19
5438/21 5438/22
5439/5 5439/7 5439/18
5439/23 5443/18
5444/22 5445/8
5445/15 5448/5 5451/2
**boss** [1] 5464/6
**both** [4] 5470/3 5474/4
5475/6 5477/20
**bottom** [6] 5413/23
5415/25 5425/5
5457/24 5472/15
5472/20
**brace** [1] 5451/6
**bracing** [1] 5447/21
**Bradford** [3] 5394/7
5394/10 5401/6
**branch** [1] 5431/12
**breach** [2] 5416/25
5421/9
**breached** [6] 5417/3
5424/19 5425/14
5426/22 5426/24
5437/16
**breaching** [1] 5419/8
**break** [6] 5403/4
5424/6 5460/20 5461/1
5461/2 5480/23
**breaking** [1] 5477/25
**BRIGHT** [4] 5393/3
5393/7 5401/3 5438/22
**bring** [16] 5404/10
5405/24 5406/17
5411/16 5418/4
5419/19 5428/16
5444/18 5452/5
5459/13 5461/20
5465/13 5466/24
5471/21 5472/2
5473/15
**broader** [1] 5421/14
**broken** [11] 5465/3
5465/4 5465/5 5470/9
5470/10 5470/15
5472/5 5472/7 5475/18
5476/7 5476/9
**bronze** [3] 5466/7
5469/12 5474/7
**brought** [1] 5428/1
**brown** [1] 5453/4
**bruised** [1] 5453/20
**buffer** [1] 5439/22
**buffering** [1] 5440/6
**building** [30] 5394/4
5414/21 5418/14

**B**

building... [27] 5423/10 5424/14 5425/11 5425/13 5428/20 5429/3 5434/19 5434/21 5436/25 5455/7 5455/8 5463/20 5464/2 5464/5 5464/6 5464/13 5464/14 5465/4 5466/17 5466/20 5468/4 5468/8 5468/14 5469/17 5470/2 5474/13 5476/18
buildings [1] 5410/19
built [4] 5417/2 5439/3 5439/19 5470/13
bullhorn [1] 5450/13
Burnie [1] 5394/14
button [1] 5423/15
Bystandership [1] 5431/13

**C**

C-h-r-i-s-t-o-p-h-e-r [1] 5430/22
Caldwell [5] 5394/12 5400/25 5401/8 5401/9 5407/12
Caleb [1] 5438/1
call [9] 5404/13 5424/6 5432/11 5432/13 5432/21 5433/10 5449/5 5457/19 5464/8
called [4] 5457/6 5457/15 5466/12 5468/5
calling [2] 5404/5 5456/20
calls [4] 5408/5 5430/4 5438/25 5462/1
cam [1] 5446/23
came [6] 5420/12 5420/24 5433/7 5449/5 5455/17 5455/20
camera [17] 5438/2 5438/18 5438/19 5438/21 5438/22 5439/1 5439/5 5439/7 5439/18 5439/23 5443/18 5444/22 5445/8 5445/15 5448/5 5451/2 5466/18
campus [2] 5463/15 5468/2
can [91] 5402/12 5403/9 5403/18 5404/3 5404/17 5404/22 5405/8 5405/10 5405/24 5405/25 5406/1 5406/19 5406/19 5407/1 5407/4 5411/16 5414/8 5415/5 5420/15 5422/8 5423/20 5423/23 5424/6 5424/8 5426/8 5426/15 5434/11 5435/1 5435/2 5435/11
5439/20 5441/20 5442/11 5443/16 5445/11 5445/13 5445/20 5445/20 5446/6 5446/12 5446/14 5447/5 5447/8 5448/19 5450/22 5450/24 5451/10 5451/18 5453/3 5454/16 5454/22 5455/16 5455/16 5455/19 5456/6 5456/9 5457/11 5457/23 5466/4 5467/9 5468/3 5468/10 5468/15 5468/17 5468/18 5469/23 5472/2 5472/20 5473/6 5473/15 5476/7 5477/16 5477/19 5477/24 5478/15 5479/14 5479/24 5480/8 5480/11 5480/21 5480/22 5480/24 5480/25 5481/1 5481/7 5481/8 5482/11 5482/16 5482/16
can't [3] 5448/25 5477/22 5478/2
Capitol [90] 5410/17 5410/19 5410/19 5410/20 5410/21 5410/23 5411/2 5411/6 5412/2 5412/25 5413/3 5413/3 5413/8 5413/17 5414/2 5414/5 5414/13 5414/20 5414/21 5415/1 5415/9 5415/19 5415/22 5416/18 5416/24 5416/25 5417/7 5417/12 5417/17 5417/25 5418/13 5418/17 5419/15 5421/10 5421/16 5424/17 5425/17 5425/24 5426/6 5428/2 5428/3 5428/5 5428/8 5428/10 5428/20 5433/4 5433/8 5433/20 5433/23 5434/4 5434/6 5434/10 5434/12 5434/15 5434/20 5435/14 5435/18 5436/5 5436/8 5436/21 5437/14 5437/16 5449/6 5453/17 5454/20 5455/21 5462/5 5462/21 5462/25 5462/25 5463/2 5463/12 5463/15 5463/17 5463/18 5464/2 5464/12 5464/13 5464/18 5464/20 5464/21 5464/23 5465/2 5465/8
5473/19 5473/22 5474/11 5476/15
Capitol Building [2] 5428/20 5464/2
Capitol Grounds [1] 5414/13
Capitol Police [8] 5410/23 5413/3 5416/24 5417/25 5424/17 5425/17 5464/13 5464/18
Capitol's [1] 5462/23
captured [1] 5439/25
care [4] 5463/13 5463/19 5474/12 5480/24
carriage [3] 5415/17 5423/17 5423/18
case [10] 5400/21 5404/22 5405/5 5405/11 5405/20 5477/11 5481/11 5481/12 5482/25
cause [1] 5451/5
caused [1] 5473/19
causes [1] 5420/8
causing [1] 5417/5
CCTV [1] 5435/18
CDU [7] 5432/2 5432/4 5432/5 5432/14 5432/16 5432/17 5436/11
center [5] 5438/24 5445/16 5457/13 5462/25 5465/11
ceremonial [8] 5414/19 5420/10 5420/22 5421/4 5421/7 5466/14 5474/17 5476/14
certain [8] 5420/9 5421/4 5434/3 5439/5 5440/25 5446/22 5453/6 5464/1
certainly [5] 5402/17 5403/22 5405/9 5428/25 5435/4 5459/1 5479/22 5480/11
Certificate [1] 5452/7
certification [4] 5413/19 5427/11 5427/14 5429/11
Certified [1] 5395/3
certify [2] 5416/15 5484/2
CH [1] 5395/4
challenging [1] 5425/16
Chamber [23] 5416/5 5416/6 5416/9 5416/10 5416/11 5416/13 5420/16 5420/20 5421/2 5422/7 5422/14 5427/2 5427/23 5429/8 5436/7 5437/8 5437/9 5437/12
chance [1] 5480/21
change [1] 5482/25
chanting [6] 5434/13 5444/13 5444/14 5449/13 5449/15 5449/21
Charlotte [5] 5413/8 5413/11 5413/12 5415/14 5425/7
chemical [6] 5472/9 5472/16 5472/18 5472/22 5472/25 5476/10
chest [1] 5438/24
chief [1] 5405/20
chime [1] 5404/8
Christopher [6] 5430/4 5430/12 5430/21 5438/1 5469/13 5474/8
chunk [1] 5404/13
Cinnaminson [1] 5394/9
circle [8] 5424/25 5445/21 5452/15 5457/14 5457/19 5458/12 5459/4 5473/7
circled [2] 5445/23 5452/17
circling [1] 5472/11
circuit [2] 5417/25 5421/16
circular [1] 5457/9
circumstance [3] 5428/20 5437/14 5447/13
civil [2] 5432/5 5432/15
clarify [1] 5401/23
class [3] 5431/13 5431/15 5431/17
clean [1] 5476/9
cleaning [1] 5463/21
clear [9] 5405/13 5406/4 5411/13 5412/4 5417/11 5441/21 5446/3 5460/4 5473/18
cleared [3] 5424/15 5453/7 5464/14
clearing [1] 5453/11
client [1] 5403/25
clip [3] 5418/2 5421/13 5435/8
clips [1] 5448/5
clog [1] 5440/22
close [2] 5437/7 5481/17
closed [6] 5417/25 5421/16 5468/23 5468/25 5469/16 5473/13
closed-circuit [1] 5421/16
closely [1] 5450/15
closer [4] 5419/20 5470/11 5470/12 5475/19
5460/6
chance [1] 5480/21
closers [1] 5475/21
code [6] 5433/20 5433/21 5433/22 5468/6 5468/6 5468/13
codes [1] 5468/3
College [1] 5413/19
collegiate [1] 5463/8
collide [1] 5441/1
collided [1] 5441/6
COLUMBIA [1] 5392/1
Columbus [19] 5465/8 5465/11 5465/21 5465/23 5466/12 5466/17 5466/19 5467/9 5468/22 5468/25 5469/10 5469/13 5470/3 5473/2 5474/5 5474/7 5474/8 5475/6 5475/23
come [15] 5401/25 5404/23 5407/18 5416/16 5420/19 5427/22 5428/13 5441/23 5455/3 5464/1 5464/12 5464/14 5473/11 5474/20 5477/13
comfortable [2] 5405/24 5430/9
coming [11] 5425/21 5437/5 5437/20 5440/15 5440/20 5441/9 5447/22 5474/16 5479/9 5479/13 5482/7
commonly [2] 5432/17 5465/24
compare [2] 5447/2 5475/1
complete [1] 5406/24
completed [2] 5429/12 5474/21
complex [6] 5410/19 5410/21 5427/6 5427/17 5428/16 5436/22
compliance [1] 5410/3
complied [2] 5445/22 5452/16
comply [1] 5468/2
composed [1] 5436/11
computer [1] 5395/7
computer-aided [1] 5395/7
concern [6] 5417/5 5419/24 5420/1 5420/2 5420/8 5427/1
concerned [1] 5428/7
concerns [1] 5442/24
concur [2] 5406/10 5482/9
condition [1] 5475/4
conditions [1] 5428/24
conference [2] 5477/6 5478/17
conferred [1] 5407/16
confrontation [7] 5440/10 5442/17

**confrontation... [5]**
5443/1 5452/20
5452/21 5458/14
5458/16
**conquistadors [1]**
5476/8
**conscious [1]** 5480/1
**considering [1]**
5404/19
**constantly [1]** 5439/22
**Constitution [1]**
5395/4
**construction [3]**
5463/14 5463/21
5463/22
**consumption [1]**
5479/8
**contact [2]** 5442/19
5478/23
**contemplating [1]**
5402/18
**continue [2]** 5406/12
5427/12
**continued [6]** 5393/1
5394/1 5395/1 5427/11
5441/13 5473/13
**continuing [2]** 5431/12
5431/18
**continuously [6]**
5418/5 5436/2 5442/1
5444/20 5448/18
5449/10
**contract [1]** 5474/2
**control [1]** 5410/22
**coordinate [1]** 5412/24
**copies [1]** 5471/4
**copy [3]** 5412/4
5467/11 5468/24
**corner [5]** 5434/19
5440/11 5440/13
5444/4 5456/2
**correct [17]** 5403/23
5405/22 5414/24
5420/13 5425/8 5427/9
5438/8 5438/9 5445/4
5461/10 5464/18
5466/4 5466/5 5473/24
5477/7 5477/9 5484/3
**cost [3]** 5475/5
5475/22 5475/25
**could [84]** 5403/7
5404/5 5404/8 5404/12
5404/24 5408/18
5412/16 5413/20
5413/22 5414/22
5416/20 5417/6
5417/20 5418/4
5418/23 5419/19
5421/11 5422/2 5422/9
5424/10 5424/25
5425/12 5426/2
5430/18 5436/4
5436/15 5437/2
5438/13 5439/13
5440/18 5441/3
5441/16 5441/25
5442/3 5442/10

5443/13 5443/21
5444/3 5444/4 5444/9
5444/11 5444/18
5445/3 5445/17 5446/5
5446/17 5447/24
5448/7 5448/12
5448/13 5449/9
5449/11 5449/19
5449/20 5449/21
5449/22 5450/8
5450/10 5450/14
5450/15 5450/21
5451/13 5452/5
5452/15 5459/13
5462/16 5464/14
5464/17 5465/13
5465/16 5466/2
5466/15 5466/24
5467/14 5467/21
5467/25 5470/20
5471/21 5472/11
5472/17 5473/3 5477/4
**Could you [1]** 5472/17
**counsel [4]** 5402/7
5403/17 5407/16
5480/20
**count [1]** 5482/1
**counterpart [1]**
5416/24
**counterparts [2]**
5424/18 5425/17
5404/11 5472/4
**course [3]** 5431/16
5455/7 5482/9
**court [10]** 5392/1
5395/2 5395/3 5400/19
5455/7 5455/8 5477/11
5478/1 5478/1 5479/17
**Court's [2]** 5407/15
5454/7
**courtroom [5]** 5401/10
5407/23 5461/7
5461/22 5480/5
**coverage [1]** 5478/10
**coversheet [1]** 5412/20
**CR [1]** 5392/4
**crimes [1]** 5409/10
**Criminal [1]** 5400/21
**Crisp [7]** 5393/14
5393/14 5401/7 5403/2
5429/19 5454/6 5481/3
**Crisp's [1]**
**crisplegal.com [1]**
5393/16
**critical [1]** 5464/16
**cross [5]** 5396/4
5424/20 5454/11
5459/10 5476/25
**CROSS-EXAMINATION
[1]** 5454/11
**crossing [1]** 5404/12
**crowd [3]** 5419/6
5446/22
**CRR [2]** 5484/2 5484/8
**curatorial [2]** 5474/12
5474/20

currently [7] 5392/12
5430/25 5431/7
5431/11 5431/23
5439/17 5466/19
**custodian [1]** 5407/2

**D**

**D.C [4]** 5392/5 5392/17
5394/5 5395/5
**Dallas [2]** 5393/4
5393/8
**damage [13]** 5464/15
5464/16 5470/3 5470/7
5470/8 5471/2 5472/6
5473/19 5473/24
5473/24 5473/25
5474/24 5476/5
**damaged [7]** 5464/2
5464/5 5465/4 5465/5
5470/19 5472/11
5476/3
**damages [1]** 5471/5
**date [3]** 5413/14
5413/15 5484/7
**daughter [5]** 5413/12
5413/13 5415/14
5425/3 5425/6
**David [2]** 5394/12
5401/8
**day [31]** 5392/7
5402/17 5404/13
5404/17 5405/5 5405/8
5406/25 5411/4
5415/24 5416/3
5431/23 5432/7
5433/18 5434/14
5436/13 5453/13
5452/19 5453/22
5453/23 5461/9
5463/20 5463/20
5464/20 5472/10
5477/8 5477/13 5479/1
5479/1 5479/5 5479/10
5481/2
**days [3]** 5405/2
5405/13 5478/9
**days' [1]** 5404/11
**de [1]** 5431/19
**de-escalation [1]**
5431/19
**dead [1]** 5402/24
**deal [3]** 5425/18
5428/11 5480/8
**deals [1]** 5431/19
**decided [2]** 5419/14
5421/8
**decision [2]** 5419/4
5419/12
**decorative [1]** 5474/7
**dedicated [2]** 5417/18
5426/6
**Defendant [17]** 5393/2
5393/13 5394/2 5394/7
5394/11 5400/22
5400/23 5400/24
5400/24 5400/25
5401/4 5401/5 5401/6
5401/7 5401/8 5401/11

**Defendant Meggs [1]**
5401/5
**Defendant Stewart
Rhodes [1]** 5401/11
**DEFENDANT'S [1]**
5397/3
**defendants [2]** 5392/7
5401/9 5437/24
**defense [5]** 5402/25
5404/1 5404/16
5405/20 5481/11
**defense's [1]** 5459/13
**definitely [1]** 5425/15
**delay [2]** 5401/18
5404/11
**delaying [1]** 5477/22
**department [9]**
5409/13 5409/16
5409/17 5431/1 5431/3
5431/4 5437/25
5438/22 5438/23
**departures [1]** 5410/22
**depend [3]** 5403/24
5478/3 5479/21
**depending [2]** 5481/11
5482/7
**depiction [1]** 5435/10
5435/13 5469/12
**deploy [1]** 5464/19
**deployed [2]** 5433/3
5433/5
**deploys [1]** 5439/3
**Deputy [2]** 5462/24
5463/4
**described [3]** 5455/20
5471/2 5471/23
**describing [1]** 5473/4
**detail [7]** 5415/15
5422/24 5425/4 5425/6
5431/9 5431/22
5431/23
**detailed [2]** 5431/8
5431/12
**details [1]** 5402/15
**determination [1]**
5452/3
**devices [1]** 5428/6
**diagram [2]** 5454/23
5456/2
**did [60]** 5403/3 5411/5
5411/10 5415/8
5415/10 5415/11
5415/16 5415/25
5416/2 5416/4 5416/6
5416/7 5416/8 5416/10
5416/12 5416/13
5416/16 5420/9 5421/4
5421/6 5421/7 5424/14
5424/18 5425/12
5425/22 5427/12
5427/18 5427/22
5429/7 5432/9 5432/20
5432/22 5432/25
5433/5 5434/15
5436/13 5436/23
5439/7 5439/9 5440/25
5442/5 5442/7 5442/9

5449/1 5449/3 5453/9
5453/16 5453/19
5453/23 5460/13
5462/20 5464/1 5464/4
5464/19 5464/20
5464/20 5474/23
5464/23 5474/23
5474/25
**did you [11]** 5424/14
5432/9 5432/20
5434/15 5439/7
5442/13 5453/16
5453/23 5462/20
5464/4 5464/23
**didn't [1]** 5453/21
**different [4]** 5444/15
5445/14 5464/11
5473/1
**difficult [2]** 5425/15
5425/15
**DIRECT [4]** 5396/4
5408/13 5430/13
5462/11
**directly [2]** 5422/12
5422/18
**disagree [1]** 5481/16
**disaster [2]** 5464/9
5464/10
**discrete [1]** 5409/20
**discretion [1]** 5420/6
**discuss [5]** 5405/8
5406/1 5406/4 5478/10
5480/13
**discussing [2]** 5406/6
5407/11
**discussion [1]** 5482/21
**discussions [1]**
5482/24
**dispatched [1]**
5432/23
**disputes [1]** 5481/8
5482/2
**distance [1]** 5439/5
**DISTRICT [5]** 5392/1
5392/1 5392/10 5431/7
5432/21
**disturbance [2]** 5432/5
5432/15
**division [10]** 5409/23
5409/25 5410/1 5410/7
5410/10 5410/12
5410/14 5410/15
5412/1 5436/9
**divisions [1]** 5409/21
**do [61]** 5402/10 5403/9
5404/9 5404/15
5404/16 5404/18
5406/11 5406/16
5406/18 5407/1 5407/6
5408/23 5410/1
5417/11 5417/13
5422/20 5422/25
5424/22 5426/16
5431/16 5433/13
5433/13 5433/16
5433/16 5434/3
5436/20 5436/21
5436/24 5437/2 5437/8

**D**

do... **[31]** 5437/18
5439/1 5442/15
5444/13 5447/13
5448/4 5448/23
5449/13 5450/12
5450/19 5452/3 5452/4
5452/13 5453/2 5454/9
5454/23 5455/18
5460/22 5464/20
5466/15 5467/2
5473/20 5474/2
5476/12 5478/6
5478/10 5478/11
5478/11 5478/19
5479/13 5480/10
**do you [13]** 5407/6
5408/23 5431/16
5433/16 5433/16
5434/3 5444/13 5448/4
5448/23 5449/13
5450/12 5450/19
5480/10
**do you have [3]**
5417/11 5436/21
5439/1
**do you know [5]**
5436/20 5437/2 5437/8
5442/15 5453/2
**do you recognize [2]**
5436/24 5467/2
**do you see [4]** 5422/25
5437/18 5452/13
5454/23
**dock [2]** 5427/7 5427/8
**document [4]** 5411/21
5411/24 5413/24
5414/7
**documenting [1]**
5471/5
**does [18]** 5401/24
5409/20 5410/1
5420/15 5423/3 5431/9
5431/15 5432/4
5433/21 5439/18
5439/21 5446/22
5446/23 5447/1 5458/5
5473/18 5475/15
5476/2
**doesn't [1]** 5471/14
**dogs [1]** 5428/14
**doing [6]** 5406/12
5428/14 5430/9 5431/9
5433/14 5468/5
**dollar [1]** 5475/9
**don't [20]** 5402/4
5402/6 5402/14 5406/9
5422/12 5432/12
5444/24 5447/18
5454/15 5455/16
5457/12 5457/16
5460/12 5460/16
5460/25 5473/7 5479/1
5479/10 5480/20
5481/16
**done [4]** 5474/6
5474/24 5480/25
5481/7

**door [37]** 5418/22
5455/22 5456/4 5456/7
5466/10 5466/11
5467/24 5468/7
5468/11 5468/15
5470/11 5470/11
5470/12 5470/12
5470/14 5470/15
5470/16 5470/16
5471/22 5471/25
5472/5 5472/6 5472/8
5472/20 5473/2
5473/12 5473/14
5473/14 5474/17
5475/17 5475/18
5475/19 5475/19
5475/20 5475/21
5476/7 5476/16
**doors [72]** 5420/19
5422/4 5422/5 5422/9
5422/17 5422/18
5422/20 5441/8 5450/5
5453/4 5465/4 5465/5
5465/7 5465/8 5465/10
5465/11 5465/21
5465/22 5465/23
5465/23 5465/23
5466/2 5466/3 5466/6
5466/7 5466/8 5466/13
5466/16 5466/17
5466/19 5466/21
5467/6 5467/7 5467/9
5468/1 5468/22
5468/25 5469/10
5469/11 5469/21
5470/3 5470/4 5470/4
5470/5 5470/10
5470/13 5470/17
5471/5 5472/1 5473/2
5473/12 5473/12
5474/4 5474/4 5474/5
5474/7 5474/7 5474/20
5474/21 5475/4 5475/6
5475/7 5475/10
5475/23 5475/23
5475/25 5476/4 5476/5
5476/8 5476/10
5476/11 5476/12
**Douyon [1]** 5478/5
**down [26]** 5402/1
5402/4 5406/2 5415/5
5423/8 5423/14
5424/16 5429/24
5433/4 5435/14
5437/20 5440/15
5440/19 5440/19
5440/21 5441/20
5451/22 5452/24
5457/10 5458/1
5460/10 5468/17
5469/23 5473/15
5476/6 5477/2
**drag [1]** 5402/7
**draw [1]** 5466/4
**drawing [1]** 5457/24
**drawn [1]** 5457/4
**Drive [1]** 5394/8
**drop [1]** 5433/14

**Dunn [8]** 5401/17
5404/12 5404/13
5405/14 5406/23
5461/12 5478/19
5479/13
**duration [1]** 5417/19
**during [1]** 5456/13
5482/20
**duties [1]** 5410/17
**duty [5]** 5432/9
5432/20 5453/13
5453/14 5453/23

**E**

**each [3]** 5431/18
5438/22 5447/21
**earlier [1]** 5412/21
**early [4]** 5402/16
5461/2 5464/7 5472/24
**east [17]** 5418/13
5418/16 5455/3
5465/11 5465/25
5466/3 5466/21 5467/7
5468/1 5469/11 5470/4
5470/10 5470/17
5472/1 5474/4 5475/6
5475/10
**East Plaza [1]** 5418/14
**education [2]** 5431/18
5463/8
**educational [1]** 5463/6
**Edward [3]** 5393/10
5400/25 5401/3
**Edwards [2]** 5392/16
5401/2
**edwardtarpley [1]**
5393/12
**effectively [1]** 5476/4
**egress [4]** 5468/4
5468/7 5468/8 5469/19
**either [7]** 5402/4
5403/7 5427/16 5440/1
5446/18 5473/25
5481/10
**Election [1]** 5429/12
**Electoral [1]** 5413/19
**electronic [2]** 5468/11
5468/12
**elevator [2]** 5423/16
5423/19
**ELMER [3]** 5392/6
5393/2 5400/23
**else [3]** 5401/22
5422/22 5442/9
**email [14]** 5392/18
5392/19 5393/5 5393/9
5393/12 5393/16
5394/6 5394/10
5394/15 5412/19
5412/23 5413/5
5413/14 5413/15
**emergency [2]**
5433/10 5467/23
**Empire [1]** 5394/13
**employ [1]** 5463/19
**employed [2]** 5430/24
5430/25

**employs [1]** 5434/23
**empty [1]** 5434/23
**enclaves [1]** 5446/19
**encompass [1]** 5458/7
**end [9]** 5404/6 5442/16
5442/20 5453/2
5456/10 5477/8
5477/13 5477/13
5481/19
**Enforcement [1]**
5431/14
**engineer [2]** 5463/7
5463/9
**engineers [1]** 5464/11
**enough [2]** 5403/18
5454/16
**ensuing [1]** 5417/7
**ensure [4]** 5424/14
5424/18 5425/13
5428/6
**entail [2]** 5431/9
5431/15
**entailed [1]** 5428/9
5428/11
**enter [2]** 5434/3
5434/15
**entered [9]** 5407/23
5434/21 5434/22
5436/6 5436/8 5455/21
5455/21 5455/23
5461/22
**entering [2]** 5435/14
5436/25
**entire [3]** 5416/3
5450/4 5457/8
**entities [4]** 5410/24
5414/2 5427/15 5428/3
**entitled [1]** 5431/13
**entrance [8]** 5434/16
5434/17 5453/4
5465/12 5465/25
5469/11 5476/14
5476/14
**entry [1]** 5414/11
**entryway [1]** 5458/11
**equipment [1]** 5461/12
**escalation [1]** 5431/19
**essentially [2]** 5455/2
5457/5
**estimate [1]** 5475/1
**ET [1]** 5392/6
**evacuated [1]** 5427/17
**evacuating [2]** 5425/10
5428/4
**evacuation [2]** 5426/13
5426/17
**evaluation [1]** 5464/20
**even [2]** 5402/23
5479/5
**evening [4]** 5403/13
5428/12 5428/17
5453/18
**event [2]** 5419/13
5468/15
**events [1]** 5476/15
**eventually [1]** 5416/10
**every [3]** 5439/5
5481/25 5482/11

**everybody [7]** 5405/23
5405/25 5406/16
5461/18 5461/24
5477/4 5478/14
**everybody's [1]**
5480/13
**everyday [1]** 5466/8
**everyone [6]** 5401/13
5407/25 5461/17
5480/3 5480/7 5483/1
**everything [2]** 5433/14
5482/15
**evidence [18]** 5405/3
5405/14 5408/3
5412/14 5421/22
5435/23 5438/11
5448/16 5452/10
5457/1 5465/15
5467/17 5469/6
5471/18 5477/8
5477/20 5477/21
5477/23
**ex [1]** 5398/2
**exactly [2]** 5432/12
5440/12
**examination [6]**
5408/13 5430/13
5454/11 5459/11
5460/2 5462/11
**excuse [1]** 5455/17
**executive [4]** 5409/9
5409/12 5409/13
5409/13
**exercise [1]** 5404/1
**exhibit [34]** 5411/17
5412/9 5412/14
5413/21 5417/22
5418/1 5421/12
5421/17 5421/22
5434/25 5435/2
5435/23 5437/22
5438/3 5443/14
5444/19 5452/6
5452/10 5456/19
5457/1 5459/13
5465/14 5466/25
5467/15 5467/17
5468/19 5469/3 5469/6
5470/21 5470/22
5470/24 5471/21
5472/2 5473/3
**Exhibit 3003 [1]**
5438/3
**exhibits [6]** 5396/9
5397/1 5438/7 5438/11
5471/9 5471/18
**exit [2]** 5467/23
5469/20
**exited [1]** 5461/7
5480/5
**expect [3]** 5407/6
5460/22 5479/20
**expected [3]** 5407/10
5434/14 5478/13
**expecting [1]** 5401/14
**experiences [1]** 5432/7
**explain [17]** 5414/22
5416/20 5420/15

**E**

explain... [14] 5422/2
5425/12 5426/15
5436/4 5438/21
5440/18 5441/3
5445/13 5446/17
5466/1 5466/3 5466/15
5467/25 5472/17
explaining [1] 5425/9
explosives [1] 5428/14
extent [3] 5464/15
5473/10 5473/24
exterior [3] 5416/17
5434/9 5465/4

**F**

Facebook [2] 5407/2
5407/13
faced [1] 5440/14
facilitate [3] 5410/18
5414/3 5415/21
facing [5] 5418/11
5418/12 5442/16
5455/6 5455/14
fact [3] 5415/9 5419/6
5422/16
fair [8] 5412/4 5426/12
5435/10 5435/13
5467/11 5468/24
5471/4 5471/15
fairly [1] 5469/16
fall [1] 5474/19
fallen [1] 5437/3
familiar [1] 5465/7
families [2] 5409/7
5444/16
family [4] 5411/10
5412/25 5414/4
5419/15
far [5] 5428/7 5456/3
5477/16 5477/19
5479/24
farewell [1] 5476/19
fearful [1] 5419/9
feature [1] 5439/2
features [1] 5439/11
federal [1] 5428/13
feed [1] 5444/16
feet [5] 5441/9 5457/24
5458/5 5458/10
5469/15
fencing [1] 5417/4
fend [1] 5452/23
few [9] 5421/1 5435/1
5435/11 5436/13
5442/11 5449/20
5454/9 5458/10 5478/9
Fifth [2] 5431/7
5432/21
fight [1] 5451/9
fighting [1] 5417/6
figure [1] 5404/5
fill [2] 5406/25 5446/23
filled [1] 5447/3
final [1] 5461/9
finalize [1] 5481/5
financial [1] 5409/11
find [1] 5454/21

finish [3] 5401/19
5405/12 5406/24
finished [1] 5457/5
fire [3] 5463/7 5463/9
5468/16
fired [3] 5449/1 5449/4
5449/6
first [18] 5408/21
5412/19 5413/24
5418/8 5423/2 5423/8
5430/22 5432/9
5434/22 5435/1
5436/23 5443/25
5455/2 5455/17
5455/20 5455/20
5466/3 5470/9
Fischer [5] 5394/12
5394/12 5401/8
5429/21 5459/9
fischerandputzi [1]
5394/15
five [5] 5427/21
5448/19 5450/14
5450/15 5465/17
flagpoles [1] 5451/8
floor [10] 5415/3
5415/4 5423/8 5441/24
5450/5 5453/5 5455/1
5455/2 5455/9 5472/7
floors [2] 5413/9
5436/7
flying [1] 5407/2
focus [2] 5413/22
5481/24
follow [1] 5468/5
follows [1] 5480/19
foot [1] 5441/4
footage [2] 5417/25
5435/19
force [1] 5447/22
forcibly [1] 5437/16
foregoing [1] 5484/3
foreign [1] 5409/7
form [3] 5440/22
5458/23 5480/17
formation [2] 5440/22
5440/22
FormerFeds [1] 5394/8
formerfedsgroup.com
[1] 5394/10
forth [1] 5459/3
forward [7] 5404/16
5441/14 5446/20
5447/16 5447/19
5480/2 5482/12
foundation [2] 5471/10
5471/13
four [4] 5401/19
5436/12 5463/8
5464/25
fours [1] 5451/8
Fourteen [1] 5463/3
foyer [1] 5423/19
frame [5] 5445/16
5470/15 5473/14
5474/19 5475/2
Friday [5] 5405/5

5478/1
front [22] 5393/15
5418/16 5437/6 5446/3
5447/12 5447/15
5447/16 5449/18
5451/3 5451/4 5454/23
5459/3 5465/11
5465/25 5466/21
5467/6 5467/7 5469/11
5470/4 5470/10
5470/17 5472/1
full [6] 5404/17 5405/8
5406/25 5433/25
5478/25 5479/5
furniture [1] 5465/4
further [7] 5429/14
5440/23 5454/2 5459/8
5460/8 5476/20
5479/23

**G**

gaining [1] 5452/24
gas [2] 5434/1 5443/8
gather [1] 5402/18
gathered [1] 5423/19
gear [1] 5433/24
general [1] 5472/6
gentlemen [7] 5408/19
5430/19 5444/5 5461/3
5462/17 5477/12
5479/19
get [27] 5402/16
5402/17 5403/5
5404/17 5406/20
5417/9 5417/16
5420/15 5427/1
5433/12 5443/10
5447/18 5447/19
5468/15 5475/3 5477/5
5477/24 5478/15
5480/12 5480/13
5480/25 5480/25
5481/7 5481/9 5481/19
5482/16 5482/24
getting [5] 5416/23
5416/23 5428/4
5453/25 5477/23
Geyer [2] 5394/7
5401/6
give [8] 5403/18
5407/4 5414/9 5424/5
5427/21 5437/2 5479/7
given [6] 5404/11
5426/7 5437/13 5441/6
5479/8 5479/9
giving [1] 5415/21
glass [12] 5465/24
5466/6 5466/7 5466/22
5467/10 5470/4 5470/9
5470/10 5472/5 5472/7
5472/15 5475/21
Glen [1] 5394/14
gloves [1] 5434/2
gmail.com [1] 5393/9
go [38] 5403/11
5403/12 5403/14

5414/18 5415/25
5416/4 5416/8 5416/11
5422/12 5423/14
5426/20 5428/24
5429/4 5429/5 5432/17
5432/22 5433/5
5433/17 5434/16
5435/25 5436/20
5442/11 5448/17
5448/19 5449/20
5450/14 5453/9
5460/25 5461/12
5461/18 5473/3
5479/21 5479/24
5481/4 5481/20
5481/22
go ahead [2] 5448/17
5481/22
goes [4] 5456/5
5466/10 5479/3 5482/1
going [26] 5402/1
5402/5 5402/11
5402/24 5402/25
5403/3 5403/20
5403/22 5404/6
5406/11 5407/12
5412/3 5413/18 5414/2
5414/18 5415/22
5415/24 5419/9
5428/17 5428/24
5448/11 5460/20
5478/19 5481/15
5481/19 5482/19
gone [3] 5413/1
5477/16 5477/19
good [19] 5400/21
5401/13 5404/13
5407/25 5408/5
5408/16 5408/17
5408/21 5424/4
5430/16 5430/17
5430/21 5454/13
5454/14 5458/8 5462/5
5462/7 5462/14
5462/15
good morning [14]
5400/21 5401/13
5407/25 5408/5
5408/16 5408/21
5430/16 5430/17
5430/21 5454/13
5454/14 5462/5 5462/7
5462/14
gosh [1] 5420/24
got [2] 5458/24
5464/21
government [21]
5392/14 5401/2 5404/4
5404/6 5407/16 5408/5
5408/12 5409/6 5412/8
5430/1 5430/4 5430/12
5435/19 5437/21
5437/24 5452/8 5462/1
5462/10 5469/2 5471/8
5480/15
government's [37]
5396/5 5396/11

5411/17 5412/9
5412/14 5417/22
5418/1 5421/12
5421/17 5421/22
5434/25 5435/17
5435/23 5437/22
5438/2 5438/11
5443/13 5444/18
5452/5 5452/10 5461/8
5465/14 5466/25
5467/15 5467/17
5468/19 5469/3 5469/6
5470/20 5470/22
5470/24 5471/9
5471/18 5471/21
5472/2 5473/3 5481/12
Governor [1] 5394/13
grab [2] 5443/4 5443/9
grabbing [1] 5443/2
graffiti [1] 5465/6
great [3] 5404/21
5428/11 5457/12
greet [1] 5415/20
gritty [1] 5407/13
ground [5] 5441/11
5442/25 5452/24
5472/8 5472/23
Grounds [1] 5414/13
group [5] 5419/24
5437/4 5437/19 5447/1
5447/1
growing [1] 5419/6
guard [1] 5434/17
guess [5] 5403/16
5404/3 5404/23
5480/19 5481/14

**H**

H-a-w-a [1] 5408/22
had [48] 5401/11
5416/25 5417/3 5423/9
5423/12 5423/18
5424/16 5424/17
5425/24 5426/4
5426/21 5426/22
5426/24 5426/24
5426/25 5427/14
5428/2 5428/3 5428/5
5428/12 5428/19
5432/11 5434/6
5437/16 5440/11
5441/23 5442/18
5443/3 5443/6 5443/6
5451/17 5453/7
5458/13 5460/4
5460/15 5461/12
5464/2 5464/5 5470/11
5470/15 5470/17
5472/9 5474/16
5474/19 5475/19
5476/3 5476/5 5477/17
half [1] 5405/5
half-day [1] 5405/5
Haller [3] 5394/2
5394/3 5401/5
Haller's [1] 5404/12
hallerjulia [1] 5394/6
hallway [38] 5420/17

5492

**hallway... [37]** 5420/20
5422/13 5423/3 5423/4
5423/13 5437/10
5437/17 5437/19
5437/20 5440/5
5440/15 5440/20
5440/21 5440/23
5441/8 5441/15
5441/21 5441/23
5442/16 5442/20
5442/21 5443/25
5450/1 5450/1 5450/3
5451/23 5452/24
5453/2 5453/3 5453/7
5453/7 5453/10
5456/12 5457/8
5457/10 5458/8
5458/11
**hallways [1]** 5435/15
**hand [5]** 5408/7 5430/5
5437/11 5456/2 5462/2
**handle [6]** 5407/4
5410/2 5471/22 5472/8
5475/18 5475/18
**handles [1]** 5470/16
**hands [3]** 5443/10
5447/11 5447/14
**hanging [1]** 5470/15
**happen [2]** 5419/11
5427/3
**happened [2]** 5419/23
5477/21
**happening [2]** 5447/12
5451/4
**happens [1]** 5482/2
**happy [2]** 5406/16
5458/3
**hard [1]** 5448/20
**hardware [1]** 5468/12
**Harrelson [4]** 5394/7
5400/24 5401/6 5401/9
**Harrisburg [1]** 5393/15
**has [12]** 5401/11
5417/20 5425/13
5438/2 5439/19
5439/22 5465/14
5465/24 5470/14
5472/14 5473/10
5473/11
**have [80]** 5401/25
5401/25 5402/10
5403/13 5403/14
5404/15 5404/22
5405/7 5405/9 5405/13
5406/25 5407/1
5407/18 5407/25
5409/4 5409/18
5409/20 5411/5
5411/21 5411/23
5413/1 5414/6 5417/11
5418/8 5419/11
5419/13 5419/23
5420/4 5420/4 5420/6
5427/3 5428/18
5428/20 5428/21
5429/3 5429/4 5431/2
5431/22 5434/8 5435/8

5439/25 5449/19
5450/3 5451/5 5453/21
5454/9 5456/12
5457/12 5458/18
5459/7 5460/5 5460/6
5460/21 5461/23
5463/1 5463/4 5466/7
5468/2 5468/6 5468/9
5468/11 5468/11
5468/13 5472/25
5474/2 5476/8 5477/13
5477/16 5478/13
5479/23 5480/2 5480/6
5480/11 5480/21
5481/20 5482/19
5482/25
**haven't [2]** 5403/8
5480/1
**having [6]** 5409/10
5423/22 5425/18
5442/24 5477/20
5480/23
**Hawa [11]** 5408/6
5408/10 5408/12
5408/21 5411/21
5418/8 5419/19 5422/8
5424/13 5427/4
5429/23
**hazy [1]** 5472/21
**he [46]** 5401/14
5404/19 5407/11
5413/18 5414/17
5414/18 5415/10
5415/11 5415/16
5415/18 5415/25
5415/25 5416/2 5416/4
5416/5 5416/6 5416/7
5416/8 5416/10
5416/12 5416/13
5418/22 5420/15
5420/19 5421/1 5421/2
5421/4 5421/6 5421/7
5422/18 5424/6 5427/6
5427/25 5428/17
5428/21 5428/24
5429/7 5442/7 5442/8
5442/9 5442/14
5447/16 5448/14
5450/7 5471/15
5477/17
**He said [2]** 5442/8
5442/14
**He'll [1]** 5458/2
**he's [4]** 5407/2 5407/3
5422/18 5448/23
**head [6]** 5411/25
5412/5 5412/23 5413/6
5433/14 5433/16
**headed [2]** 5433/8
5436/20
**heads [2]** 5407/5
5409/7
**heads-up [1]** 5407/5
**health [2]** 5431/20
5477/18
**hear [17]** 5402/11
5407/19 5417/6 5442/5

5448/4 5448/20
5448/23 5449/1 5449/3
5449/13 5449/21
5450/12 5450/19
5454/16 5458/3
**heard [3]** 5448/4
5448/24 5448/25
**hearing [3]** 5417/14
5417/14 5439/17
**hearsay [1]** 5448/15
**heavily [1]** 5426/5
**held [2]** 5466/13
5469/17
**helmets [2]** 5434/1
5443/8
**help [5]** 5410/20
5414/1 5415/21
5433/11 5458/2
**helping [3]** 5410/17
5412/24 5414/3
**her [1]** 5404/1
**here [43]** 5402/12
5402/20 5402/21
5402/25 5405/8
5405/25 5406/18
5407/6 5412/17 5422/3
5424/11 5437/5 5442/8
5442/15 5442/17
5443/16 5446/14
5447/12 5448/23
5449/11 5450/10
5450/24 5451/13
5455/22 5456/12
5456/13 5457/23
5458/2 5465/22
5465/24 5466/2 5466/6
5466/10 5466/23
5469/9 5469/15 5472/8
5472/20 5473/6 5473/8
5479/15 5479/20
5479/22
**here's [1]** 5477/25
**highest [1]** 5409/6
**Highway [1]** 5394/13
**him [14]** 5406/7
5406/20 5407/6
5411/11 5415/13
5415/22 5425/4 5427/6
5428/1 5428/16
5447/17 5451/3
5471/14 5482/25
**hinge [1]** 5473/4
**his [40]** 5401/11
5404/19 5406/6
5406/12 5407/10
5407/17 5407/19
5407/19 5412/25
5414/4 5414/17
5414/18 5415/3
5415/14 5415/14
5415/15 5415/15
5416/1 5416/2 5418/20
5419/14 5420/10
5420/16 5420/19
5420/20 5421/2 5421/4
5421/7 5422/12
5422/20 5425/3 5425/4

5425/10 5425/13
5447/16 5482/20
5482/23
**historic [1]** 5463/14
**hold [4]** 5423/23
5450/20 5473/9 5481/1
**holding [1]** 5405/18
**holster [3]** 5439/4
5439/6 5443/5
**home [3]** 5403/11
5403/14 5453/25
**Homeland [1]** 5409/17
**honest [1]** 5457/17
**Honor [38]** 5400/21
5401/23 5401/24
5402/9 5402/23 5405/6
5405/9 5406/3 5406/10
5407/4 5429/16
5429/17 5429/18
5429/20 5429/22
5429/25 5430/3
5435/21 5438/5 5454/3
5454/4 5454/5 5454/8
5456/17 5456/21
5459/12 5460/21
5461/10 5461/19
5476/21 5476/22
5476/23 5476/24
5477/9 5478/15
5478/24 5479/9
5480/16
**Honor's [1]** 5405/7
5406/22
**HONORABLE [1]**
5392/9
**hook [2]** 5404/4
5423/15
**hope [1]** 5402/16
**hopeful [1]** 5478/2
**hopefully [1]** 5401/15
5401/20 5478/6
5480/24
**HOS [1]** 5413/6
**hotmail.com [1]**
5394/15
**hour [1]** 5482/11
**hours [5]** 5402/6
5402/7 5403/12
5427/20 5427/21
**House [12]** 5410/24
5413/2 5413/9 5416/9
5416/10 5416/13
5418/14 5420/12
5420/25 5425/19
5426/22 5444/15
5427/18 5431/2
5431/22 5432/25
5434/15 5436/8 5436/9
5447/1 5451/25
5460/22 5463/1 5463/4
5466/15 5468/1
5468/15 5473/24

5425/10 5425/13
5447/16 5482/20
5482/23
**historic [1]** 5463/14
**hold [4]** 5423/23
**however [1]** 5468/9
**Hughes [7]** 5392/15
5401/2 5404/4 5419/18
5424/7 5435/3 5461/25

**I**

**I am [3]** 5408/21
5431/11 5431/23
**I assume [1]** 5404/16
5458/22
**I believe [1]** 5434/18
5436/13 5444/23
5452/22 5453/14
5458/13
**I can [6]** 5403/9
5434/11 5454/22
5457/11 5479/14
5480/11
**I can't [1]** 5478/2
**I did [2]** 5436/23
5439/9
**I don't [4]** 5402/4
5402/14 5432/12
5481/16
**I guess [3]** 5404/3
5480/19 5481/14
**I have [3]** 5403/13
5459/7 5480/11
**I haven't [2]** 5403/8
5480/1
**I just [1]** 5403/18
**I know [4]** 5402/15
5404/10 5404/16
5460/14
**I mean [2]** 5403/12
5407/9
**I think [9]** 5402/3
5405/1 5423/22
5425/16 5425/22
5479/25 5481/6
5481/18 5481/23
**I understand [7]**
5401/14 5455/2
5456/16 5457/4
5457/22 5461/13
5482/24
**I want [4]** 5411/4
5432/6 5434/24
5480/13
**I wanted [1]** 5454/21
5466/1
**I was [11]** 5403/11
5406/14 5410/9
5410/12 5410/16
5416/23 5417/16
5441/11 5456/20
5463/25 5481/15
**I will [2]** 5457/23
5480/11
**I work [1]** 5462/21
**I would [2]** 5404/4
5456/18
**I'd [3]** 5404/4 5480/17
5481/20
**I'll [7]** 5402/15 5402/23
5430/9 5448/1 5458/1
5480/21 5482/25

5493

**I**

I'm [30] 5402/20
5402/22 5402/25
5405/18 5405/18
5407/18 5412/3
5412/22 5419/18
5423/1 5424/4 5430/21
5430/25 5431/7 5431/8
5431/12 5435/2 5439/3
5441/4 5441/4 5442/23
5445/16 5448/11
5455/14 5455/17
5457/13 5463/7
5475/11 5481/19
5481/23
I'm going [2] 5402/25
5448/11
I'm not [3] 5405/18
5441/4 5455/17
I'm not sure [2]
5407/18 5481/19
I'm sorry [4] 5419/18
5435/2 5439/3 5475/11
I've [4] 5401/17 5431/4
5463/8 5465/20
identified [3] 5465/3
5470/8 5472/14
identifies [1] 5471/15
identify [5] 5422/9
5445/17 5471/14
5473/23 5474/20
identifying [2] 5425/1
5464/15
III [3] 5392/6 5393/2
5400/23
image [1] 5440/9
imagine [1] 5476/7
immediate [2] 5425/25
5440/11
immediately [2] 5465/2
5468/9
impeded [1] 5419/15
impeding [1] 5420/4
important [5] 5426/13
5426/15 5426/16
5426/18 5426/21
impression [1]
5478/18
inaugural [3] 5417/1
5425/20 5474/22
inauguration [5]
5474/16 5474/18
5476/12 5476/13
5476/16
include [3] 5410/21
5475/16 5476/2
included [2] 5410/17
5475/17
incoming [2] 5476/17
5476/19
incurred [1] 5471/6
incursion [1] 5428/10
independent [1]
5478/11
INDEX [3] 5396/2
5396/9 5396/21
indicate [2] 5455/17
5456/9

indicated [1] 5409/21
5455/25 5456/16
5459/1
indicates [1] 5472/18
indication [1] 5412/22
indicative [1] 5472/21
individuals [18] 5417/3
5417/8 5419/7 5419/16
5419/25 5420/3
5424/19 5424/25
5426/22 5426/24
5428/4 5428/15
5428/19 5429/6
5442/25 5445/24
5446/24 5465/1
indulgence [2]
5407/15 5454/7
information [7] 5414/2
5414/8 5414/10
5416/23 5416/24
5419/4 5479/23
informed [1] 5416/21
infrastructure [1]
5409/11
initial [6] 5442/17
5442/19 5452/22
5458/13 5458/15
5470/9
injuries [2] 5453/19
5453/22
inserted [1] 5481/10
inside [8] 5419/3
5423/10 5423/17
5434/6 5434/20
5436/22 5437/14
5468/9
Inspection [2] 5409/24
5410/1
Inspector [1] 5409/1
install [1] 5468/10
instance [2] 5414/4
5417/17
instead [1] 5480/23
instructions [11]
5403/7 5406/1 5406/5
5480/9 5480/16 5481/5
5481/8 5481/10
5481/25 5482/2 5482/6
instructor [2] 5431/11
5431/13
intend [1] 5401/24
intending [1] 5403/11
intent [2] 5481/4
5481/6
interaction [3] 5440/11
5445/4 5445/14
interactions [1]
5438/24
interest [3] 5404/12
5404/15 5405/10
interface [1] 5468/11
interior [1] 5454/20
internal [1] 5410/2
interruption [1]
5478/12
introduce [3] 5408/18
5430/18 5462/16
introduced [2] 5417/21

investigate [1] 5409/10
investigations [1]
5410/2
investigative [1]
5409/5
involved [3] 5412/24
5427/15 5463/16
irrespective [1]
5479/14
irritant [5] 5472/16
5472/18 5472/22
5472/25 5476/10
irritants [1] 5472/9
is [206]
Is there [1] 5456/19
isn't [1] 5423/25
issue [6] 5403/17
5404/3 5423/23
5425/19 5464/16
5477/18
issued [1] 5438/23
issues [2] 5410/22
5481/1
it [109]
it would be [4]
5419/13 5434/18
5455/14 5469/20
it would behind [1]
5455/12
it's [23] 5403/17
5404/10 5405/5
5412/22 5414/1
5414/19 5425/5
5439/22 5440/5 5445/6
5445/10 5445/10
5448/17 5460/17
5461/3 5469/14
5469/14 5470/13
5470/13 5471/13
5477/22 5479/5
5481/14
items [1] 5476/3
itinerary [2] 5413/23
5414/6
its [3] 5430/2 5439/4
5470/18

**J**

J-a-s-o-n [1] 5462/18
James [2] 5393/7
5401/3
January [26] 5410/5
5410/10 5411/1 5411/6
5411/14 5412/6 5413/1
5413/9 5413/15
5413/17 5414/15
5415/8 5431/24 5432/1
5432/2 5432/10
5432/11 5434/7
5436/17 5463/24
5464/2 5470/2 5474/6
5474/9 5474/24 5475/2
January 5th [1]
5413/15
January 6th [20]
5410/5 5410/10 5411/1
5411/6 5411/14 5413/9

5415/8 5431/24 5432/1
5432/10 5432/11
5434/7 5436/17
5463/24 5464/2 5474/6
5474/9 5474/24
January 6tht [1]
5412/6
Jason [3] 5462/1
5462/10 5462/18
JC [2] 5461/20 5478/23
jcrisp [1] 5393/16
Jeffrey [2] 5392/14
5401/1
jeffrey.nestler [1]
5392/20
Jessica [2] 5393/14
5400/24
jlbrightlaw [1] 5393/9
job [1] 5452/3
John [1] 5424/5
Johnston [1] 5393/11
join [1] 5442/20
Jonathan [2] 5393/14
5401/7
Jr [1] 5393/10
JUDGE [3] 5392/10
5458/2 5459/7
Juli [2] 5394/2 5401/5
JULIA [1] 5394/3
jurors [4] 5405/24
5406/17 5456/18
5457/12
jury [21] 5392/9 5402/7
5403/7 5404/10 5406/1
5406/4 5407/18
5407/22 5407/23
5408/19 5430/19
5444/5 5461/7 5461/21
5461/22 5462/17
5480/5 5480/9 5480/16
5481/24 5482/1
just [84] 5401/23
5401/25 5402/1 5402/3
5402/4 5402/10
5403/16 5403/18
5405/8 5405/18 5406/4
5407/4 5410/20
5411/13 5411/16
5411/19 5412/3 5412/4
5412/22 5413/22
5414/9 5414/22
5417/11 5417/21
5418/2 5419/19
5419/23 5420/19
5421/11 5422/2 5426/2
5428/14 5433/1
5434/12 5434/17
5434/24 5435/11
5438/16 5440/6 5440/9
5441/10 5441/1 5445/16
5443/9 5444/1 5445/16
5446/15 5448/1
5448/12 5448/13
5448/19 5449/20
5449/20 5449/21
5450/14 5450/15
5451/9 5452/2 5452/6

5451/25 5454/22
5456/7 5458/22
5459/12 5460/4
5465/16 5466/24
5467/21 5468/18
5470/22 5471/2
5471/10 5472/11
5472/17 5473/18
5474/9 5474/15 5478/9
5478/22 5478/22
5479/4 5480/1 5482/11
5482/18 5482/19

**K**

K-9 [1] 5428/13
Kathryn [2] 5392/14
5401/1
kathryn.rakoczy [1]
5392/19
keep [20] 5426/8
5435/11 5436/18
5441/16 5441/23
5441/25 5443/11
5444/9 5446/5 5446/12
5447/5 5447/16
5447/24 5448/7 5449/9
5450/8 5450/21
5451/10 5451/18
5451/25
Kelly [2] 5394/2
5400/23
Kenneth [2] 5394/7
5400/24
kicking [1] 5441/7
5451/8
kind [7] 5403/14
5422/6 5423/17
5424/19 5425/24
5428/10 5442/18
kinds [2] 5434/13
5470/7
knees [1] 5443/3
knew [6] 5426/21
5428/2 5428/17
5428/24 5429/1 5479/4
know [27] 5402/6
5402/15 5402/16
5403/11 5404/10
5404/16 5405/9 5417/8
5425/22 5436/20
5437/2 5437/8 5441/11
5442/15 5453/2
5454/15 5455/16
5457/16 5457/23
5458/10 5460/12
5460/14 5460/16
5478/5 5479/10
5480/20 5482/6
knowledge [1] 5414/7
known [1] 5465/7
knows [1] 5447/17

**L**

L-a-n-e-l-l-e [1]
5408/22
LA [1] 5393/11
ladies [7] 5408/18
5430/18 5444/5 5461/3

**ladies... [3]** 5462/16
5477/12 5479/18
**landing [3]** 5423/1
5423/16 5423/19
**Lanelle [3]** 5408/6
5408/12 5408/21
**large [2]** 5437/19
5453/4
**larger [1]** 5417/23
**LASSITER [1]** 5393/3
**last [4]** 5404/13
5408/22 5430/22
5462/18
**late [3]** 5432/11
5432/13 5474/19
**LAW [2]** 5394/3
5431/14
**lawn [1]** 5393/3 5393/7
5417/1 5417/5
**Lazarus [5]** 5401/18
5404/14 5405/15
5406/23 5478/20
**lead [8]** 5422/5 5422/9
5422/13 5422/20
5423/3 5423/8 5431/11
5431/12
**leader [2]** 5425/4
5425/6
**leading [2]** 5415/23
5445/9
**learn [1]** 5464/1
**learning [1]** 5464/4
**least [3]** 5406/1
5480/25 5482/1
**leave [14]** 5416/10
5416/13 5417/9 5420/4
5421/4 5421/7 5428/22
5453/6 5453/16
5469/20 5476/18
5478/22 5478/22
5479/11
**leaving [2]** 5402/22
5420/5
**led [1]** 5464/25
**Lee [2]** 5393/7 5401/3
**left [7]** 5405/3 5418/15
5437/11 5445/6
5445/19 5445/24
5472/15
**left-hand [1]** 5437/11
**legs [1]** 5453/20
**length [2]** 5479/8
**less [1]** 5403/17
**let [5]** 5402/15 5405/8
5452/3 5452/25 5478/5
**let's [5]** 5424/5
5461/20 5478/22
5482/1 5482/14
**lets [1]** 5447/16
**Liaison [4]** 5410/12
5410/13 5410/15
5412/1
**lie [1]** 5482/3
**lieutenant [1]** 5436/12
**life [4]** 5464/16 5468/5
5468/6 5469/12

5441/11
**light [1]** 5406/22
**lights [1]** 5433/22
**like [12]** 5404/4 5404/4
5405/9 5420/17
5426/19 5434/9
5441/10 5447/13
5449/25 5456/4
5471/10 5481/11
**Linder [4]** 5393/2
5393/3 5401/3 5482/22
**line [18]** 5413/5 5413/6
5440/22 5440/22
5440/25 5441/1 5446/3
5446/17 5446/21
5446/21 5450/4
5450/20 5451/5 5451/9
5451/15 5456/10
5457/4 5458/18
**lines [2]** 5437/6 5441/6
**lineup [1]** 5437/3
**listen [2]** 5448/13
5450/15
**literally [1]** 5441/11
**little [13]** 5416/3
5419/20 5431/5 5432/6
5444/24 5448/24
5456/5 5461/2 5461/4
5461/14 5464/22
5469/14 5481/20
**Lives [1]** 5433/4
**LLC [2]** 5393/14
5394/8
**loaded [1]** 5433/19
**loading [3]** 5427/7
5427/8 5440/6
**loading-dock [2]**
5427/7 5427/8
**lobby [2]** 5420/17
5422/5
**local [1]** 5428/13
**located [3]** 5414/20
5460/6 5465/10
**location [11]** 5414/10
5421/9 5424/21 5426/3
5427/19 5427/20
5428/22 5432/25
5433/1 5433/15
5433/20
**locations [2]** 5414/12
5427/16
**logistically [1]** 5482/18
**long [14]** 5407/1
5409/18 5420/22
5427/18 5431/2
5431/22 5432/25
5454/1 5460/22 5463/1
5463/4 5471/14
5478/13 5479/21
**longer [3]** 5426/25
5444/24 5473/11
**look [8]** 5405/23
5406/16 5418/15
5424/6 5478/4 5480/2
5480/22 5482/1
**looked [3]** 5403/8
5426/18 5434/12

5418/18 5422/3 5422/4
5423/5 5442/15 5455/6
5455/9 5469/9
**looks [1]** 5481/11
**lot [1]** 5402/6
**Lots [1]** 5444/15
**Louis [2]** 5392/15
5401/2
**lower [1]** 5456/1

**M**

**M-c-I-n-t-y-r-e [1]**
5462/19
**ma'am [28]** 5431/25
5435/9 5435/16 5437/1
5437/10 5438/20
5439/9 5439/12
5439/19 5439/21
5440/8 5441/2 5442/6
5442/23 5443/20
5444/2 5445/5 5445/8
5446/4 5446/11
5447/23 5448/6
5449/14 5451/24
5452/14 5453/3 5453/8
5453/20
**made [7]** 5407/12
5419/4 5419/6 5419/12
5424/20 5475/22
5480/2
**magazines [1]** 5443/7
**main [4]** 5414/21
5418/13 5450/5 5453/4
**maintain [2]** 5463/19
5474/15
**maintained [1]** 5474/9
**maintaining [1]**
5463/16
**maintenance [4]**
5463/13 5463/22
5474/13 5474/15
**major [5]** 5463/21
5470/8 5474/13
5474/14 5476/3
**make [15]** 5403/19
5404/9 5404/18
5404/24 5406/2 5419/9
5428/23 5428/25
5460/14 5468/3
5473/25 5478/2 5479/4
5479/7 5482/19
**makes [5]** 5402/3
5402/6 5402/9 5406/3
5407/18
**making [2]** 5426/23
5437/11
**many [2]** 5436/9
5436/9
**Manzo [2]** 5392/15
5401/2
**map [3]** 5455/19
5457/14 5459/1
**marked [1]** 5455/1
**mask [1]** 5430/9
**masks [2]** 5434/1
5443/8
**matter [6]** 5401/14

5478/19 5484/4
**may [12]** 5429/24
5454/7 5454/21
5460/10 5477/2 5479/1
5479/9 5479/11 5481/8
5481/9 5481/18
5482/25
**maybe [5]** 5424/6
5432/12 5436/13
5432/12 5436/13
**McConnell [5]** 5449/16
5449/17 5449/18
5449/25 5450/6
**McIntyre [6]** 5462/1
5462/6 5462/10
5462/18 5462/19
5477/1
**MD [1]** 5394/14
**me [11]** 5417/18
5441/9 5452/25
5454/16 5455/17
5455/17 5456/9 5458/2
5458/24 5481/14
5482/15
**mean [5]** 5402/4
5403/12 5407/9
5433/21 5471/12
**means [5]** 5432/4
5433/22 5468/7 5468/7
5469/19
**meantime [1]** 5448/13
**mechanical [1]** 5395/6
**media [3]** 5478/10
5479/8 5480/1
**meet [1]** 5415/20
**Meggs [4]** 5394/2
5400/23 5401/5 5401/9
**MEHTA [1]** 5392/9
**member [3]** 5409/23
5409/24 5423/7
**members [7]** 5409/6
5411/10 5412/24
5413/1 5413/3 5415/15
5457/12
**men [1]** 5474/1
**mentioned [8]** 5422/6
5424/13 5425/22
5426/6 5432/14 5437/7
5472/16 5476/11
**mercy [1]** 5442/8
**Merit [1]** 5395/2
**message [1]** 5478/4
**messages [1]** 5407/11
**metal [4]** 5473/7
5473/8 5475/20 5476/6
**Metropolitan [7]**
5430/25 5431/2 5431/4
5431/8 5431/10 5436/9
5437/25
**Michael [3]** 5411/15
5413/7 5413/12
**Michael Pence [1]**
5413/12
**microphone [1]**
5419/20
**mid [1]** 5475/2
**mid-January [1]**

**might [7]** 5404/9
5404/18 5406/24
5406/24 5414/12
5448/20 5479/7
**mind [1]** 5411/18
**minimum [1]** 5479/16
**minute [5]** 5424/11
5424/11 5424/23
5439/22 5446/6
**minutes [5]** 5421/2
5435/12 5439/25
5450/22 5460/24
**misconduct [1]**
5431/20
**missed [1]** 5442/10
**missing [4]** 5471/22
5472/8 5475/17 5476/6
**mission [3]** 5409/2
5409/4 5463/11
**mistakes [1]** 5431/20
**Mitch [3]** 5449/16
5449/17 5450/6
**mixed [1]** 5420/3
**moment [8]** 5437/17
5441/3 5441/10
5446/15 5447/8 5448/2
5448/11 5453/1
**Monday [24]** 5401/15
5401/16 5401/19
5401/20 5401/24
5402/13 5403/13
5403/19 5404/10
5404/18 5405/20
5406/11 5406/17
5478/3 5478/6 5478/19
5479/5 5479/13
5479/16 5479/20
5479/21 5479/23
5479/24 5480/3
**monitor [2]** 5423/24
5424/3
**monitors [1]** 5423/25
**montage [3]** 5417/21
5417/24 5421/14
**months [1]** 5474/9
**more [8]** 5411/4 5421/9
5432/6 5435/12
5446/24 5459/13
5466/14 5481/20
**morning [29]** 5392/7
5400/21 5401/13
5403/8 5407/25 5408/3
5408/5 5408/16
5408/17 5408/21
5430/16 5430/17
5430/21 5432/11
5432/13 5453/25
5454/13 5454/14
5461/2 5462/5 5462/7
5462/14 5462/15
5464/21 5472/24
5479/16 5479/20
5479/21 5479/23
**most [4]** 5425/16
5439/2 5456/13
5476/14
**Mostly [1]** 5431/19

**motorcade [14]** 5410/21 5414/10 5414/11 5415/20 5415/21 5418/19 5418/20 5419/2 5419/5 5419/10 5419/12 5419/25 5420/3 5420/5

**move [6]** 5405/6 5413/20 5420/9 5441/22 5460/13 5482/12

**moved [6]** 5416/5 5426/3 5427/6 5442/18 5460/12 5460/14

**movements [1]** 5410/20

**moving [4]** 5404/15 5419/2 5426/16 5482/6

**MPD [1]** 5436/9

**Mr [1]** 5482/22

**Mr. [39]** 5401/14 5401/15 5401/21 5401/24 5402/1 5402/12 5403/2 5403/6 5404/11 5404/19 5404/21 5405/1 5405/3 5405/4 5406/5 5406/6 5406/10 5406/11 5406/18 5407/12 5429/19 5429/21 5454/6 5458/1 5459/9 5462/6 5477/1 5477/15 5477/17 5478/3 5478/5 5479/10 5479/14 5479/22 5481/3 5481/16 5482/18 5482/20 5482/22

**Mr. Bright [1]** 5482/22

**Mr. Caldwell [1]** 5407/12

**Mr. Crisp [4]** 5403/2 5429/19 5454/6 5481/3

**Mr. Crisp's [1]** 5405/1

**Mr. Douyon [1]** 5478/5

**Mr. Fischer [2]** 5429/21 5459/9

**Mr. McIntyre [2]** 5462/6 5477/1

**Mr. Nestler [3]** 5403/6 5406/10 5481/16

**Mr. Rhodes [14]** 5401/15 5401/24 5402/1 5402/12 5404/21 5405/3 5405/4 5406/6 5406/11 5406/18 5477/15 5479/10 5482/18 5482/20

**Mr. Rhodes' [5]** 5404/19 5406/5 5478/3 5479/14 5479/22

**Mr. Woodward [4]** 5401/14 5401/21 5458/1 5477/17

**Mr. Woodward's [1]** 5404/11

**Mrs. [2]** 5413/13

**Mrs. Pence [1]** 5425/4

**Mrs. Pence's [1]** 5413/13

**Ms. [37]** 5404/12 5408/4 5411/17 5412/16 5413/8 5413/22 5415/6 5418/24 5419/18 5423/20 5424/7 5424/8 5424/10 5426/9 5435/1 5435/3 5435/11 5436/1 5436/18 5439/13 5441/17 5443/11 5443/21 5446/6 5447/6 5447/9 5448/8 5448/20 5449/9 5450/22 5451/11 5451/19 5461/25 5465/17 5469/24 5470/23 5473/16

**Ms. Haller's [1]** 5404/12

**Ms. Hughes [5]** 5408/4 5419/18 5424/7 5435/3 5461/25

**Ms. Pence [1]** 5413/8

**Ms. Rohde [30]** 5411/17 5412/16 5413/22 5415/6 5418/24 5423/20 5424/8 5424/10 5426/9 5435/1 5435/11 5436/1 5436/18 5439/13 5441/17 5443/11 5443/21 5446/6 5447/6 5447/9 5448/8 5448/20 5449/9 5450/22 5451/11 5451/19 5465/17 5469/24 5470/23 5473/16

**much [12]** 5425/19 5426/25 5429/23 5459/15 5460/10 5461/5 5472/23 5476/5 5477/2 5478/12 5480/25 5481/7

**multi [1]** 5411/18

**multiple [4]** 5427/15 5428/12 5428/13 5466/7

**my [34]** 5402/5 5402/16 5403/25 5405/6 5410/16 5410/17 5412/22 5413/3 5413/18 5415/2 5415/20 5416/14 5416/24 5424/17 5427/12 5429/4 5430/22 5430/22 5441/9 5443/3 5443/4 5443/4 5443/5 5445/8 5450/4 5453/20 5458/2 5462/18 5463/18 5464/6 5464/25 5465/3 5475/12 5481/6

**My first [1]** 5430/22

**name [10]** 5408/19 5408/21 5408/22 5430/19 5430/22 5430/23 5457/16 5462/17 5462/18 5462/19

**nature [3]** 5409/5 5444/17 5465/6

**navigate [1]** 5410/20

**navigating [1]** 5415/23

**near [1]** 5436/6

**nearly [1]** 5454/15

**necessarily [1]** 5481/16

**need [5]** 5401/22 5458/1 5468/15 5481/1 5481/10

**needed [3]** 5428/6 5474/21 5476/9

**needs [2]** 5433/11 5468/10

**neighboring [1]** 5424/3

**Nestler [5]** 5392/14 5401/1 5403/6 5406/10 5481/16

**never [5]** 5420/2 5420/3 5420/4 5420/6 5434/14

**next [7]** 5405/4 5408/4 5416/4 5430/2 5453/23 5478/9 5480/3

**nice [2]** 5407/25 5478/13

**night [2]** 5453/15 5454/1

**nitty [1]** 5407/13

**nitty-gritty [1]** 5407/13

**NJ [1]** 5394/9

**no [50]** 5392/4 5400/22 5402/23 5403/1 5412/11 5412/12 5416/3 5418/3 5421/19 5421/20 5424/18 5428/6 5429/14 5429/16 5429/17 5429/18 5429/20 5429/22 5434/8 5435/21 5436/23 5439/25 5442/8 5451/24 5454/2 5454/3 5454/4 5454/4 5454/19 5456/24 5459/7 5459/10 5460/8 5467/16 5469/4 5471/11 5473/11 5473/20 5476/20 5476/21 5476/22 5476/23 5476/24 5476/25 5477/8 5478/1 5478/1 5478/19 5479/3 5481/14

**No. [1]** 5400/23

**No. 1 [1]** 5400/23

**nobody [1]** 5424/18

**normally [1]** 5466/13

**north [2]** 5393/15

**northwest [2]** 5432/24 5434/19

**not [40]** 5401/24 5404/22 5405/18 5406/18 5406/24 5406/25 5407/18 5410/9 5416/3 5416/7 5417/13 5418/22 5419/3 5419/10 5422/18 5425/25 5427/2 5427/4 5427/11 5427/12 5429/4 5429/5 5434/8 5436/23 5439/9 5439/17 5440/12 5441/4 5445/8 5452/3 5455/17 5473/20 5474/2 5478/10 5478/11 5478/13 5479/5 5480/11 5481/19 5482/18

**noted [1]** 5438/6

**notice [1]** 5403/18

**noticed [2]** 5440/20 5477/17

**notification [3]** 5412/23 5413/7 5433/13

**now [17]** 5410/8 5411/4 5417/22 5424/22 5425/19 5437/5 5437/17 5450/12 5450/19 5451/15 5451/16 5455/16 5461/3 5470/22 5473/18 5479/11 5480/9

**number [3]** 5435/3 5447/2 5456/19

**NW [3]** 5392/17 5394/3 5395/4

**O**

**O-w-e-n-s [1]** 5430/23

**Oak [2]** 5393/3 5393/7

**oath [3]** 5408/8 5430/6 5462/3

**objection [18]** 5412/10 5412/11 5412/12 5416/14 5418/3 5421/19 5421/20 5435/21 5438/4 5438/6 5445/9 5448/15 5456/17 5456/23 5456/24 5467/16 5469/4 5471/11

**objective [2]** 5441/21 5441/22

**observe [1]** 5464/24

**observed [2]** 5470/3 5470/7

**obviously [8]** 5417/5 5419/10 5420/7 5425/19 5427/1 5427/2 5428/11 5454/15

**occupants [1]** 5464/17

**occur [1]** 5463/15

**occurred [1]** 5476/5

**occurring [1]** 5421/10

**October [2]** 5392/5 5484/7

**odd [1]** 5404/10

**off [19]** 5404/23 5407/16 5423/23 5440/14 5441/9 5441/11 5443/6 5443/8 5443/8 5445/6 5452/23 5453/13 5453/14 5470/1 5470/17 5470/18 5476/9 5476/9 5476/10

**office [31]** 5392/16 5409/13 5414/19 5414/20 5414/23 5415/1 5415/3 5416/1 5416/2 5420/10 5420/10 5420/16 5420/19 5420/21 5420/23 5421/2 5421/5 5421/7 5422/7 5422/10 5422/12 5422/13 5422/19 5422/19 5422/20 5425/10 5428/1 5462/23 5463/11 5463/18 5463/18

**officer [27]** 5404/12 5404/13 5405/14 5406/23 5430/4 5430/8 5430/21 5433/10 5433/11 5433/12 5435/8 5438/23 5439/18 5443/19 5445/2 5445/15 5445/18 5445/23 5445/23 5447/16 5447/17 5451/2 5452/13 5460/9 5461/12 5479/13 5479/14

**Officer Dunn [6]** 5404/12 5404/13 5405/14 5406/23 5461/12 5479/13

**Officer Owens [5]** 5435/8 5439/18 5443/19 5452/13 5460/9

**officers [30]** 5401/17 5406/11 5417/7 5417/8 5417/17 5425/25 5426/6 5431/17 5431/21 5436/9 5436/10 5436/12 5436/12 5436/13 5437/5 5438/1 5441/1 5443/6 5446/9 5446/18 5447/1 5447/2 5447/11 5447/11 5450/4 5451/3 5451/5 5452/18 5456/10 5478/19

**offices [2]** 5394/3 5410/3

**official [2]** 5395/3 5457/16

**officials [1]** 5440/21

5496

**Oh [1]** 5478/14
**okay [45]** 5401/13
5406/21 5407/9
5407/14 5407/21
5407/24 5413/24
5418/4 5418/7 5422/2
5424/5 5429/15
5429/23 5432/8 5435/5
5435/22 5435/25
5438/6 5438/10
5438/16 5445/10
5445/10 5452/9
5455/24 5456/15
5456/22 5457/18
5458/9 5458/17
5458/21 5458/25
5459/6 5459/11 5460/9
5461/11 5467/20
5469/9 5477/1 5477/12
5479/6 5479/16
5479/24 5482/4 5482/8
5482/17
**Old [1]** 5457/6
**once [3]** 5428/1 5433/5
5482/24
**one [27]** 5404/9 5411/8
5416/14 5422/23
5423/23 5423/25
5435/14 5436/12
5438/23 5439/10
5442/4 5443/3 5444/1
5445/18 5447/15
5448/5 5448/11
5458/23 5459/12
5459/13 5465/22
5470/17 5470/18
5474/14 5477/15
5478/23 5479/19
**ones [1]** 5466/21
**only [5]** 5403/16
5405/5 5407/19
5467/23 5481/20
**open [10]** 5400/19
5466/13 5466/16
5466/17 5466/19
5468/1 5469/17
5469/21 5477/11
5479/17
**opened [2]** 5468/8
5473/13
**opportunity [1]**
5403/13
**order [3]** 5409/9
5441/7 5468/3
**ordered [1]** 5440/21
**orientation [1]** 5455/5
**oriented [1]** 5457/14
**ornaments [1]** 5476/7
**ornate [1]** 5475/23
**other [17]** 5401/19
5403/10 5403/17
5406/25 5410/24
5413/4 5415/15 5428/3
5431/17 5447/21
5453/21 5465/23
5470/18 5477/8
5478/23 5479/13

**otherwise [1]** 5471/11
**our [66]** 5404/5
5404/16 5404/22
5405/3 5405/10 5407/4
5409/6 5410/3 5410/18
5414/7 5414/18
5418/14 5418/15
5420/3 5420/5 5424/18
5424/20 5425/22
5426/5 5428/23
5428/25 5431/11
5431/21 5433/8
5433/10 5433/18
5433/19 5433/25
5433/25 5434/1 5434/1
5434/1 5437/6 5438/22
5438/23 5438/24
5438/24 5440/21
5441/13 5441/22
5442/19 5444/15
5446/21 5447/14
5447/14 5447/19
5447/19 5449/5 5451/9
5452/3 5455/21
5457/11 5458/13
5460/20 5461/2 5464/9
5464/10 5470/8
5473/23 5473/25
5474/11 5475/11
5477/8 5477/13
5479/19 5482/24
**out [24]** 5402/7
5402/15 5404/5
5420/19 5423/24
5424/17 5425/20
5428/4 5432/18 5433/7
5441/23 5449/5
5453/11 5454/21
5455/19 5457/22
5458/2 5466/22
5468/15 5473/11
5474/2 5474/20
5477/17 5478/4
**outgoing [2]** 5476/17
5476/19
**outlook.com [1]**
5394/6
**outnumbered [2]**
5447/4 5451/25
**outside [4]** 5423/16
5455/7 5466/22
5470/16
**oval [1]** 5457/9
**over [14]** 5413/3
5414/8 5416/5 5416/9
5420/25 5420/25
5424/6 5426/23 5431/5
5433/7 5449/5 5469/14
5478/9 5481/4
**overruled [3]** 5445/10
5448/17 5471/13
**Owens [10]** 5430/4
5430/8 5430/12
5430/21 5435/8
5439/18 5443/19
5445/2 5452/13 5460/9
**Owens' [1]** 5438/1

**P**

**P.A [1]** 5394/12
**p.m [10]** 5414/16
5415/12 5418/21
5422/15 5429/10
5436/17 5453/15
5453/15 5453/18
5483/2
**PA [1]** 5393/15
**page [2]** 5411/18
5413/20
**pair [1]** 5469/21
**pane [1]** 5472/15
**panel [3]** 5407/22
5457/11 5461/21
**panes [6]** 5466/7
5466/22 5470/10
5472/5 5472/12
5472/14
**parade [1]** 5433/3
**parades [1]** 5432/18
**pardon [1]** 5409/14
**part [13]** 5409/12
5409/13 5409/16
5417/21 5417/23
5421/13 5425/16
5431/16 5431/18
5447/14 5472/20
5479/21 5481/14
**parte [1]** 5398/2
**participate [1]** 5413/18
**particularly [1]**
5481/22
**parties' [1]** 5480/18
**pass [1]** 5456/6
**passed [1]** 5419/5
**pathway [2]** 5424/15
5424/19
**patrol [1]** 5433/25
**pause [24]** 5412/3
5424/10 5439/14
5439/20 5442/3
5442/18 5443/16
5443/21 5444/11
5445/3 5446/6 5446/14
5447/8 5448/1 5448/12
5449/11 5449/22
5450/10 5450/22
5450/24 5451/13
5452/25 5465/16
5465/16
**paused [1]** 5424/22
**pay [1]** 5444/16
**Pelosi [1]** 5442/14
**Pence [14]** 5411/15
5413/8 5413/8 5413/8
5413/11 5413/12
5413/12 5415/8 5419/3
5419/14 5424/24
5425/3 5425/4 5425/6
**Pence's [1]** 5413/13
**Pennsylvania [1]**
5394/3
**people [4]** 5432/18
5434/12 5464/11
5468/3

**percent [3]** 5480/18
5480/20
**Perfect [1]** 5457/21
**perhaps [1]** 5477/17
**perimeter [1]** 5417/4
**period [4]** 5433/2
5433/6 5440/14
5440/15
**permanent [1]** 5415/1
**permitted [2]** 5428/18
5428/21
**perpendicular [1]**
5442/21
**person [3]** 5441/4
5447/15 5468/14
**personally [1]** 5440/2
**persons [1]** 5429/2
**perspective [4]** 5420/1
5446/2 5469/20
5474/16
**perspectives [1]**
5445/14
**phalanx [1]** 5446/9
**phillip [3]** 5393/2
5393/6 5401/3
**phone [1]** 5478/15
**phones [2]** 5477/5
5478/4
**photo [9]** 5452/13
5452/19 5467/4 5467/5
5467/6 5467/11
5468/21 5468/22
5469/23
**photograph [5]**
5468/25 5471/22
5472/3 5472/15
5472/18
**photographs [2]**
5471/5 5475/1
**photos [2]** 5471/2
5471/14
**physical [2]** 5443/1
5453/19
**physically [1]** 5411/1
**pick [4]** 5401/20
5404/22 5439/18
5439/21
**picture [5]** 5437/5
5455/14 5467/2
5469/10 5473/8
**pictures [1]** 5471/11
**piece [3]** 5466/14
5473/7 5473/8
**pieces [1]** 5448/24
**pin [1]** 5473/8
**place [4]** 5420/7
5423/15 5447/14
5464/8
**placed [3]** 5408/8
5430/6 5462/3
**Plaintiff [1]** 5392/4
**plan [7]** 5402/12
5455/1 5455/9 5461/4
5477/22 5479/22
5482/14
**planning [3]** 5405/5
5405/6 5464/12
**plans [4]** 5402/19

**platform [1]** 5417/2
5425/20
**platoon [10]** 5432/3
5435/14 5436/11
5436/25 5441/13
5446/21 5447/2
5447/20 5450/5
5455/21
**play [8]** 5418/23
5423/20 5424/8 5435/1
5439/13 5444/24
5465/16 5476/12
**played [28]** 5418/5
5421/24 5424/9
5426/10 5435/6 5436/2
5438/14 5439/15
5441/18 5442/1
5443/12 5443/15
5443/23 5444/10
5444/20 5446/7
5446/13 5447/7
5447/25 5448/9
5448/18 5449/10
5450/9 5450/17
5450/23 5451/12
5451/20 5465/18
**playing [17]** 5426/8
5435/1 5436/18
5441/16 5441/25
5443/11 5444/9 5446/5
5446/12 5447/5
5447/24 5448/7 5449/9
5450/8 5450/21
5451/10 5451/18
**plaza [5]** 5418/13
5418/19 5419/7 5419/9
5433/4
**please [41]** 5407/24
5408/18 5413/20
5416/20 5421/11
5425/12 5430/5
5430/18 5436/4
5439/13 5440/18
5441/3 5441/16
5441/25 5444/5
5445/17 5446/5
5446/17 5447/24
5448/7 5448/13 5450/8
5450/21 5452/15
5454/22 5456/11
5456/18 5461/17
5461/23 5462/2
5462/16 5465/13
5466/24 5467/14
5468/18 5470/23
5478/9 5478/10
5478/11 5480/1 5480/6
**plus [1]** 5463/3
**point [28]** 5403/21
5416/16 5417/6 5418/2
5419/2 5420/9 5421/4
5425/21 5425/23
5426/5 5426/25
5427/13 5433/24
5434/3 5437/21 5439/8
5440/25 5442/22

**P**

point... [10] 5443/3
5446/22 5449/7 5453/6
5455/19 5456/1 5464/1
5473/1 5477/23 5479/2
points [1] 5414/11
police [25] 5410/23
5413/3 5416/24 5417/7
5417/12 5417/17
5417/25 5421/16
5424/17 5425/17
5425/24 5426/6 5428/2
5430/25 5431/3 5431/4
5431/8 5431/10
5432/17 5435/18
5436/9 5437/25
5440/25 5464/13
5464/18
portion [1] 5458/8
position [6] 5462/22
5466/13 5466/19
5468/23 5469/16
5469/18
possible [1] 5449/18
posts [1] 5434/18
potentially [1] 5402/2
pounds [3] 5441/5
5469/15 5469/22
practicing [1] 5463/9
prayer [1] 5478/25
preceding [2] 5440/6
5440/18
premature [1] 5481/15
prep [1] 5402/25
prepared [3] 5407/3
5475/5 5480/12
presence [6] 5404/19
5406/5 5406/6 5406/12
5482/20 5482/23
present [6] 5401/10
5401/21 5404/1 5414/6
5477/20 5482/19
presentation [3]
5477/20 5477/21
5477/23
presenting [1] 5414/10
presently [1] 5437/8
preservation [1]
5463/14
preserved [2] 5474/5
5474/9
preserving [1] 5463/16
president [30] 5409/6
5409/7 5411/8 5411/13
5412/25 5413/7
5413/16 5414/4
5414/14 5415/8
5418/20 5419/3
5419/14 5420/9
5420/22 5421/8
5422/16 5424/24
5425/3 5425/6 5425/10
5427/5 5427/18
5427/22 5428/18
5476/13 5476/17
5476/18 5476/19
5476/19
President's [8]

5451/4 5452/6
5414/23 5414/25
5418/19 5422/7
5422/10 5422/24
Presidential [3]
5429/11 5474/17
5476/16
press [1] 5441/14
presumably [1]
5401/20
pretty [2] 5469/21
5481/17
Prettyman [1] 5395/4
prevent [1] 5440/23
preventing [2] 5420/5
5431/19
preview [1] 5479/1
previous [1] 5445/6
previously [2] 5438/2
5446/23
primary [1] 5417/24
principal [1] 5455/9
prior [5] 5434/7
5439/25 5474/6
5474/21 5476/12
pro [1] 5441/14
probably [12] 5402/3
5403/8 5405/2 5406/10
5420/24 5421/1
5427/21 5437/4
5442/19 5451/17
5456/13 5458/14
problem [2] 5406/9
5454/19
proceed [3] 5403/20
5408/2 5478/6
proceeding [3]
5427/16 5435/14
5440/23
proceedings [7]
5392/9 5395/6 5398/2
5401/10 5427/11
5427/14 5484/4
produced [1] 5395/7
productive [1] 5406/2
progress [1] 5404/25
promises [1] 5478/3
promoting [1] 5431/20
property [1] 5432/19
proposal [1] 5404/24
proposed [2] 5480/16
5480/17
protect [3] 5409/5
5409/8 5432/18
protectee [3] 5414/3
5414/12 5414/12
protectees [3] 5410/18
5411/5 5411/8
protection [2] 5463/7
5463/9
protective [3] 5409/4
5433/24 5434/1
protesters [3] 5423/18
5425/23 5441/7
protesting [1] 5434/13
protests [1] 5432/18
protocols [1] 5425/9
provide [1] 5414/1

public [1] 5438/25
publication [1]
5460/14
publish [9] 5412/9
5418/1 5435/19 5452/8
5456/18 5465/14
5467/14 5469/2 5471/8
published [1] 5460/18
pull [3] 5434/24
5443/13 5470/20
pulled [7] 5443/8
5443/8 5447/18
5470/11 5470/17
5470/18 5473/10
punching [1] 5451/8
purposes [3] 5402/10
5447/15 5457/20
pursuant [5] 5417/24
5421/14 5435/17
5437/23 5452/7
push [2] 5441/15
5467/23
pushed [1] 5451/17
pushing [4] 5441/20
5451/3 5452/23 5460/5
put [4] 5417/20
5417/21 5421/11
5464/7
putting [1] 5464/8
PUTZI [1] 5394/12

**Q**

question [4] 5403/16
5405/1 5405/4 5459/12
questions [16]
5429/14 5429/16
5429/17 5429/18
5454/2 5454/3 5454/4
5454/5 5454/9 5459/8
5459/9 5460/8 5476/20
5476/21 5476/22
5476/23
quickly [3] 5420/4
5426/2 5426/16
quiet [5] 5434/22
5440/5

**R**

rack [1] 5419/8
radio [3] 5417/12
5433/7 5449/5
raise [3] 5408/7 5430/5
5462/2
raises [1] 5405/4
Rakoczy [2] 5392/14
5401/1
range [2] 5463/22
5464/10
rare [1] 5469/17
rather [1] 5481/20
re [1] 5478/3
re-start [1] 5478/3
reached [4] 5419/25
5424/17 5460/5 5460/6
read [4] 5436/15
5444/3 5467/21
5480/11

ready [4] 5430/1
5430/1 5461/12
5461/18
realistically [1] 5404/6
realized [1] 5441/12
Realtime [1] 5395/3
reasons [1] 5477/14
received [9] 5412/14
5421/22 5435/23
5438/11 5452/10
5457/1 5467/17 5469/6
5471/18
receiving [1] 5416/16
Recess [2] 5461/15
5483/2
recognize [2] 5436/24
5467/2
recollection [1] 5451/4
recommendation [2]
5429/3 5429/4
recommendations [2]
5428/23 5428/25
recommended [1]
5428/21
reconsidered [1]
5401/17
reconsidering [1]
5406/23
reconvene [3] 5480/21
5482/14 5482/16
record [6] 5407/16
5452/17 5455/25
5457/19 5482/19
5484/3
record's [1] 5406/4
recorded [1] 5395/6
recording [1] 5439/22
records [1] 5438/24
RECROSS [1] 5396/4
redirect [2] 5396/4
5459/11 5460/2
reducing [1] 5431/20
refer [2] 5423/7
5465/24
referred [1] 5432/17
referring [2] 5465/20
5467/25
refurbished [1]
5476/11
regard [1] 5449/3
regarding [5] 5417/24
5421/15 5435/18
5437/13 5437/25
regardless [1] 5404/18
registered [2] 5395/2
5463/7
regrettably [1] 5477/22
regroup [1] 5403/14
relates [1] 5410/16
relation [6] 5409/10
5423/12 5437/9
5446/18 5451/15
5452/19
relocate [2] 5419/12
5421/8
relocated [2] 5427/5
5427/16
rely [1] 5426/5

remain [1] 5416/6
remaining [1] 5403/5
remember [1] 5432/12
reminder [1] 5478/9
remotely [1] 5440/3
removal [1] 5439/24
remove [5] 5419/14
5430/9 5441/14 5443/4
5456/1
removed [3] 5440/2
5443/7 5481/11
removes [1] 5439/4
repair [4] 5470/19
5475/10 5475/19
5475/20
repairing [3] 5475/6
5475/22 5475/25
repairs [1] 5474/1
repeat [1] 5449/21
replacement [3]
5475/17 5475/18
5475/21
replay [1] 5442/10
report [4] 5407/20
5432/9 5432/20
5453/23
reported [1] 5432/21
Reporter [4] 5395/2
5395/2 5395/3 5395/3
reports [1] 5437/13
Republican [1] 5450/7
request [1] 5401/17
require [1] 5471/14
required [2] 5468/13
5475/9
requirements [1]
5431/18
requires [2] 5468/6
5468/8
rerouted [1] 5425/24
research [1] 5478/11
residue [3] 5472/9
5472/22 5476/10
resolved [2] 5481/1
5481/9
resources [1] 5426/3
respect [3] 5401/17
5468/1 5481/7
respects [1] 5477/16
respond [2] 5428/12
5438/25
responded [3] 5428/3
5433/8 5433/18
responding [1]
5436/21
responsibilities [6]
5410/13 5410/15
5415/18 5432/15
5473/21 5473/23
responsible [2]
5463/13 5474/12
rest [2] 5404/22
5481/12
resting [1] 5405/10
resume [1] 5461/4
return [3] 5427/25
5428/19 5429/7
returned [1] 5427/23

5498

**R**

**returns [1]** 5405/4
**review [3]** 5474/20
5475/3 5482/15
**reviews [1]** 5410/3
**RHODES [19]** 5392/6
5393/2 5400/23 5401/4
5401/11 5401/15
5401/24 5402/1
5402/12 5404/21
5405/3 5405/4 5406/6
5406/11 5406/18
5477/15 5479/10
5482/18 5482/20
**Rhodes' [5]** 5404/19
5406/5 5478/3 5479/14
5479/22
**right [54]** 5404/1
5405/21 5406/8 5408/7
5408/10 5412/3
5412/13 5415/12
5418/14 5422/4 5423/5
5423/16 5424/22
5430/1 5430/5 5430/8
5436/6 5437/4 5437/12
5442/3 5442/17
5443/16 5444/4
5452/18 5453/24
5454/25 5455/5 5455/6
5455/22 5455/22
5456/2 5456/2 5456/3
5456/5 5456/8 5456/12
5456/13 5457/6 5457/7
5457/13 5458/4
5458/14 5460/7 5461/8
5461/14 5461/18
5461/23 5462/2 5462/5
5477/4 5477/10
5478/21 5479/11
5480/6
**right-hand [1]** 5456/2
**riot [1]** 5432/17
**rioters [26]** 5423/9
5424/14 5425/11
5425/18 5437/20
5440/14 5440/20
5441/1 5441/9 5441/14
5441/20 5442/4
5442/18 5443/2 5443/2
5443/9 5444/13 5447/2
5449/13 5450/12
5451/7 5451/22
5452/23 5453/11
5458/16 5460/4
**riots [1]** 5432/18
**ripped [1]** 5443/6
**rise [3]** 5461/6 5461/16
5480/4
**Ritchie [1]** 5394/13
**RMR [2]** 5484/2 5484/8
**road [1]** 5481/19
**Roger [1]** 5455/11
**Rohde [30]** 5411/17
5412/16 5413/22
5415/6 5418/24
5423/20 5424/8
5424/10 5426/9 5435/1
5435/11 5436/1

5436/5 5439/1
5441/17 5443/11
5443/21 5446/6 5447/6
5447/9 5448/8 5448/20
5449/9 5450/22
5451/11 5451/19
5465/17 5469/24
5470/23 5473/16
**role [2]** 5415/20
5476/12
**roles [1]** 5410/17
**roll [3]** 5432/11
5432/13 5432/21
**room [3]** 5432/21
5458/12 5459/4
**rooms [1]** 5458/22
**Rotunda [17]** 5453/10
5453/11 5457/13
5465/12 5465/25
5466/3 5466/21 5467/7
5468/1 5469/11 5470/4
5470/10 5470/17
5472/1 5474/4 5475/6
5475/10
**round [1]** 5437/18
**route [1]** 5420/16
**ruckus [1]** 5417/8

**S**

**S-214 [3]** 5414/19
5414/22 5416/1
**S-214/House [1]**
5413/9
**S-227 [2]** 5458/14
5459/2
**S-230 [3]** 5458/15
5458/22 5459/1
**safe [1]** 5464/13
**safely [2]** 5426/2
5468/4
**safety [9]** 5420/2
5425/13 5428/7 5439/2
5439/11 5447/18
5464/16 5468/6 5468/6
**said [8]** 5428/8 5436/8
5441/10 5442/8
5442/14 5457/25
5479/15 5479/25
**salaries [1]** 5444/17
**same [9]** 5410/7
5417/1 5438/4 5442/20
5443/25 5445/4
5445/13 5450/3
5453/24
**saw [2]** 5412/21
5437/19
**say [12]** 5403/3
5403/22 5426/12
5429/9 5442/4 5442/7
5442/9 5457/25
5457/25 5458/5
5480/17 5481/15
**saying [8]** 5405/11
5448/14 5448/23
5449/17 5449/24
5449/25 5450/12
5450/13
**says [5]** 5448/12

5457/16 5458/7
5467/21 5467/23
**scale [3]** 5457/24
5458/6 5458/7
**scene [1]** 5434/9
**schedule [1]** 5406/15
5407/4 5479/19
**scheduled [1]** 5453/14
**schedules [1]** 5405/7
**scheduling [2]**
5402/10 5407/17
**scratches [1]** 5476/6
**screen [5]** 5422/5
5422/9 5424/22 5425/5
5445/20
**scroll [2]** 5457/23
5458/1
**scrolling [1]** 5411/19
**sculpted [1]** 5469/12
**Sealed [1]** 5398/2
**seat [2]** 5461/23
5480/6
**seated [2]** 5407/24
5461/17
**second [6]** 5413/20
5415/4 5423/23
5450/25 5455/1 5455/9
**seconds [18]** 5424/11
5424/23 5435/1
5439/14 5442/11
5443/22 5444/7 5444/8
5446/6 5448/19 5449/8
5449/20 5450/14
5450/16 5450/22
5465/17 5467/24
5467/24
**Secret [10]** 5408/6
5408/24 5409/2
5409/12 5409/18
5409/20 5410/24
5411/5 5415/15
5428/21
**section [1]** 5473/6
**secure [8]** 5421/9
5424/20 5425/17
5426/3 5427/16
5427/19 5427/20
5428/22
**securing [1]** 5428/9
**security [12]** 5409/17
5416/17 5417/3
5419/25 5420/8 5421/9
5437/14 5442/24
5468/9 5468/10
5468/10 5468/12
**see [19]** 5422/25
5424/2 5424/22
5424/24 5434/14
5437/18 5441/20
5447/11 5452/13
5453/4 5454/23
5461/14 5466/8
5466/11 5467/9
5472/20 5473/6 5482/2
5482/16
**seeing [3]** 5445/13
5472/17 5480/2
**seek [1]** 5418/1

**seeks [6]** 5412/8
5435/19 5437/21
5452/8 5469/2 5471/8
**seem [1]** 5458/5
**seemed [1]** 5442/4
**seen [8]** 5411/21
5418/8 5423/9 5423/12
5424/14 5425/11
5425/23 5435/8
**Senate [38]** 5410/23
5413/1 5413/9 5414/20
5415/17 5416/5 5416/6
5416/11 5418/14
5420/10 5420/16
5420/18 5420/20
5421/2 5422/7 5422/14
5423/17 5423/18
5425/20 5426/23
5426/24 5427/1
5427/23 5428/1 5429/8
5435/15 5436/7 5437/8
5437/9 5437/11
5441/24 5450/5 5453/5
5456/3 5457/6 5457/9
5458/22 5460/6
**Senator [1]** 5450/7
**send [1]** 5414/7
**sending [1]** 5412/23
**sense [12]** 5402/3
5402/5 5402/6 5402/9
5402/10 5404/9
5404/18 5406/3
5407/18 5436/21
5437/2 5479/7
**sent [1]** 5412/5
**separated [1]** 5447/19
**separates [3]** 5420/18
5422/6 5422/13
**September [1]** 5475/2
**sergeant [5]** 5410/23
5410/24 5413/2 5413/2
5439/3
**sergeants [2]** 5436/12
5448/12
**serves [1]** 5447/15
**service [11]** 5408/6
5408/24 5409/3
5409/12 5409/18
5409/20 5410/25
5411/5 5415/15
5428/21 5438/25
**Session [1]** 5392/7
**set [5]** 5417/4 5419/8
5465/22 5465/23
5471/10
**sets [2]** 5465/22
5466/15
**settles [1]** 5472/23
**seven [1]** 5443/21
**several [2]** 5424/17
5427/20
**shards [1]** 5472/7
**sheer [1]** 5452/2
**sheet [1]** 5412/2
**shift [1]** 5426/5
**short [6]** 5433/1
5433/6 5436/13

5440/13 5440/15
5479/1
**shortly [1]** 5433/2
**shot [2]** 5466/12
5466/18
**shots [3]** 5449/1
5449/4 5449/6
**should [1]** 5479/20
**show [3]** 5454/22
5466/6 5468/18
**showing [1]** 5469/16
5472/5
**shows [1]** 5457/24
**sic [1]** 5475/2
**side [20]** 5404/16
5404/17 5405/10
5414/20 5416/25
5417/1 5418/15
5420/12 5425/19
5420/25 5426/23
5446/18 5455/3 5456/3
5456/6 5456/6 5456/7
5466/12
**sidearm [2]** 5443/4
5443/4
**sign [5]** 5433/10
5467/21 5467/22
5467/25 5468/14
**signed [1]** 5438/2
**significant [1]** 5453/22
**significantly [1]**
5447/4
**since [4]** 5404/7
5460/17 5463/5
5469/17
**single [1]** 5481/25
**sir [12]** 5430/10
5454/13 5454/17
5454/23 5454/24
5457/4 5458/20 5459/5
5459/7 5460/10 5477/2
5482/13
**sirens [1]** 5433/22
**sit [3]** 5404/9 5405/5
5478/19
**site [1]** 5475/3
**situation [3]** 5416/17
5434/20 5441/12
**size [1]** 5470/13
**skills [1]** 5474/2
**slight [1]** 5479/18
**small [3]** 5441/4
5473/6 5473/8
**smaller [4]** 5457/14
5457/19 5458/11
5459/4
**snow [1]** 5417/4
**so [121]**
**So four [1]** 5463/8
**so this area [1]**
5466/10
**so this is [3]** 5411/25
5412/20 5445/4
**So this officer [1]**
5451/2
**So this sign [1]**
5467/21

some [14] 5403/24
5404/24 5406/2
5407/12 5409/5 5417/2
5417/6 5425/24
5426/25 5456/1 5465/5
5477/16 5477/21
5482/15
someone [3] 5443/3
5469/20 5474/2
something [9] 5402/15
5402/17 5427/2 5442/4
5442/9 5449/1 5450/20
5464/17 5478/13
sometime [1] 5429/9
somewhere [3] 5437/4
5453/15 5456/13
soon [2] 5402/15
5405/10
sorry [8] 5406/24
5419/18 5435/2 5439/3
5454/18 5455/18
5475/11 5478/16
sort [6] 5420/1 5425/12
5426/15 5428/8 5437/2
5477/7
sound [3] 5439/17
5439/18 5439/21
sounds [2] 5449/25
5467/24
space [1] 5447/3
speaker [1] 5448/21
Special [9] 5401/18
5404/14 5405/14
5406/23 5411/21
5418/8 5422/8 5424/13
5427/4
Special Agent [2]
5401/18 5404/14
Special Agent Hawa
  [5] 5411/21 5418/8
5422/8 5424/13 5427/4
Special Agent Lazarus
  [1] 5406/23
specific [1] 5419/24
specifically [4] 5427/5
5433/16 5436/22
5449/3
speed [1] 5480/12
spelled [2] 5430/22
5430/23
spelling [3] 5408/19
5430/19 5462/17
sprayed [1] 5472/22
Sr [1] 5394/12
stack [1] 5440/22
stack-line [1] 5440/22
stacked [1] 5446/21
staff [1] 5415/15
stage [1] 5417/1
staged [1] 5433/6
staging [3] 5432/23
5432/25 5433/1
staining [1] 5472/21
stains [1] 5465/6
staircase [1] 5423/1
stairs [12] 5423/5
5423/7 5423/8 5423/14

5425/24 5426/1
5426/19 5456/5 5456/6
5456/7
stairwell [1] 5425/12
stamp [3] 5422/15
5436/15 5444/4
stand [2] 5477/25
5478/7
standards [1] 5468/3
standing [4] 5418/13
5455/13 5456/10
5466/18
standpoint [1] 5420/8
stands [2] 5413/6
5432/5
standstill [1] 5440/16
start [6] 5404/5
5432/13 5438/13
5452/23 5472/11
5478/3
started [8] 5440/17
5457/5 5457/22
5458/10 5458/13
5458/15 5458/18
5459/2
starting [2] 5405/19
5433/3
starts [2] 5440/1
5442/20
state [8] 5409/7
5411/25 5412/5
5412/23 5413/7 5435/2
5464/23 5474/6
STATES [25] 5392/1
5392/3 5392/10
5400/22 5408/6
5408/24 5409/2 5409/8
5409/11 5410/4
5410/17 5411/2 5411/6
5413/17 5415/1 5415/9
5415/19 5434/3 5434/6
5436/5 5453/17
5462/25 5463/17
5465/8 5465/12
stating [3] 5408/19
5430/19 5462/17
statues [2] 5446/18
5446/20
status [1] 5404/19
statute [1] 5451/16
stay [3] 5416/2
5417/18 5432/25
stayed [1] 5421/1
staying [2] 5402/20
5402/21
stenography [1]
5395/6
step [3] 5429/24
5460/10 5477/2
steps [4] 5455/3
5456/2 5464/4 5472/4
STEWART [4] 5392/6
5393/2 5400/23
5401/11
still [10] 5402/14
5403/21 5405/5 5427/5
5428/19 5429/2

5481/1 5481/14
stipulation [4] 5417/24
5421/15 5435/17
5437/24
stopped [1] 5427/14
story [1] 5474/8
straight [1] 5475/9
Street [7] 5392/17
5393/11 5393/15
5432/24 5433/3 5433/4
5433/6
struggle [1] 5417/15
studies [1] 5431/12
stuff [1] 5434/14
subject [2] 5413/5
5413/6
submitted [1] 5480/16
substance [1] 5406/7
substantive [2]
5481/24 5482/2
succeeded [1] 5460/4
successfully [1]
5453/7
such [2] 5414/10
5476/8
suffer [1] 5453/19
suggestion [1] 5480/8
suggests [1] 5403/6
Suite [4] 5393/4 5393/8
5394/4 5394/13
Sunday [3] 5402/11
5402/23 5403/1
Superintendent [2]
5462/24 5463/4
Superintendent's [1]
5463/18
supposed [3] 5414/14
5414/17 5453/13
Supreme [2] 5455/7
5455/8
Supreme Court [2]
5455/7 5455/8
sure [15] 5403/15
5407/18 5408/20
5416/22 5419/21
5422/11 5425/2
5428/11 5460/14
5468/3 5478/16 5479/4
5481/13 5481/19
5482/20
surfaces [1] 5473/1
surge [3] 5441/8
5441/8 5452/22
surreal [1] 5434/11
5441/10
surround [2] 5466/10
5472/6
surrounding [1]
5410/19
suspect [1] 5481/24
sweep [4] 5428/2
5428/5 5428/8 5428/14
sweeps [1] 5428/15
swing [2] 5466/20
5466/22
swinging [1] 5451/8
swords [2] 5476/8

SWORN [3] 5408/12
5430/12 5462/10
sync [1] 5410/22
system [1] 5468/10

**T**

take [13] 5401/22
5402/5 5415/5 5427/21
5443/9 5460/20
5460/25 5461/2 5464/4
5468/17 5469/23
5480/24 5482/1
taken [4] 5453/10
5467/6 5472/4 5472/24
taking [1] 5466/23
talk [4] 5403/7 5411/4
5432/6 5480/22
talked [2] 5420/11
5469/19
talking [1] 5402/5
tall [1] 5469/15
tambourine [1] 5448/4
target [1] 5482/6
Tarpley [3] 5393/10
5401/4
taser [3] 5439/4
5439/24 5440/2
tasked [1] 5409/8
teach [2] 5431/16
5431/17
team [7] 5402/25
5413/3 5464/25 5465/3
5473/25 5474/12
5474/20
teams [3] 5464/9
5464/10 5464/19
technical [1] 5423/23
technology [1] 5458/2
tell [4] 5444/5 5474/8
5479/15 5480/11
tells [1] 5468/14
temperature [1]
5480/14
ten [1] 5451/17
term [1] 5452/20
terms [13] 5402/18
5402/24 5403/16
5406/14 5427/7
5433/24 5437/3 5437/7
5454/20 5477/19
5480/18 5481/17
5482/5
terrain [1] 5426/18
Terrific [1] 5424/5
test [1] 5402/16
tested [1] 5462/12
testify [1] 5407/3
testimony [9] 5401/18
5402/24 5407/10
5407/19 5407/19
5408/3 5429/24
5460/10 5477/2
Texas [1] 5407/2
than [2] 5403/17
5453/21
thank [37] 5406/21
5408/9 5412/17 5415/6

5429/23 5429/25
5430/7 5430/10 5435/5
5446/12 5447/5
5451/10 5451/18
5459/6 5459/7 5459/15
5460/9 5460/11
5460/19 5461/4 5462/4
5469/24 5471/17
5473/15 5477/1 5477/3
5478/7 5478/12
5478/14 5478/24
5480/3 5482/10
5482/13 5483/1
thank you [27]
5406/21 5408/9 5415/6
5419/20 5424/7
5429/23 5429/25
5435/5 5446/12 5447/5
5451/10 5451/18
5459/6 5459/15 5460/9
5460/11 5460/19
5469/24 5471/17
5473/15 5477/1 5477/3
5478/7 5478/12 5480/3
5482/10 5483/1
that [260]
That'll [1] 5482/15
that's [17] 5402/24
5403/19 5404/21
5414/20 5414/22
5415/2 5418/19
5422/23 5437/5
5442/21 5453/4 5455/1
5477/9 5478/7 5478/21
5480/15 5481/15
their [19] 5401/18
5404/6 5409/7 5413/12
5419/10 5426/23
5428/13 5431/18
5443/3 5443/6 5443/7
5443/7 5443/7 5443/8
5443/10 5447/11
5451/9 5474/6 5474/19
thelinderfirm.com [1]
5393/6
them [31] 5403/9
5410/20 5414/9
5415/23 5417/9 5423/7
5423/12 5425/1 5426/3
5440/1 5441/15
5441/21 5441/22
5441/23 5444/13
5447/12 5451/25
5452/3 5452/23
5461/20 5466/8
5469/16 5469/21
5477/20 5477/22
5478/23 5479/15
5480/11 5480/13
5480/22 5480/22
themselves [4] 5451/6
5470/16 5474/5
5475/21
then [25] 5403/12
5404/3 5404/21
5404/23 5406/18
5406/19 5406/24

5500

then... [18] 5414/11
5415/22 5416/5
5416/10 5420/20
5421/1 5421/2 5438/7
5457/13 5461/1
5465/23 5470/14
5473/11 5473/25
5476/18 5480/21
5480/22 5482/15
theoretically [2]
5405/19 5480/24
there [58] 5401/10
5404/17 5406/12
5412/3 5413/14 5416/9
5416/14 5416/16
5416/24 5417/2 5419/6
5420/1 5423/18
5424/13 5427/22
5428/2 5428/5 5428/6
5428/19 5429/2
5432/22 5432/23
5433/1 5434/11
5437/11 5439/2
5439/20 5440/13
5442/3 5444/11 5445/3
5445/16 5446/24
5447/8 5448/1 5449/5
5449/22 5452/4 5455/6
5455/18 5456/5
5456/19 5460/7
5464/15 5466/2 5470/3
5473/23 5474/5 5475/5
5475/8 5475/22
5475/24 5476/6
5480/18 5480/25
5481/8 5481/9 5482/25
there's [13] 5405/2
5420/17 5428/11
5439/25 5440/15
5444/3 5447/17
5455/22 5456/4
5457/14 5457/24
5472/7 5472/16
these [24] 5401/10
5418/16 5422/9
5437/23 5437/23
5439/11 5446/18
5450/15 5464/19
5465/10 5465/20
5466/6 5466/15
5468/25 5469/11
5471/2 5471/4 5471/5
5472/1 5474/4 5474/20
5474/21 5476/11
5482/23
they [39] 5416/15
5417/9 5417/10 5419/9
5419/9 5422/12
5422/12 5423/8
5425/18 5427/12
5441/23 5443/10
5449/15 5449/17
5449/18 5449/19
5449/24 5450/13
5450/13 5451/7
5457/12 5460/5 5460/6
5464/20 5466/13

5469/12 5469/15
5469/17 5471/3
5474/15 5474/19
5475/1 5475/3 5476/9
5479/4 5479/4 5479/15
they'll [2] 5415/23
5471/15
they're [9] 5449/21
5449/25 5450/19
5458/22 5466/13
5466/14 5471/15
5476/4 5476/4
things [10] 5403/11
5434/13 5443/2
5444/15 5444/17
5465/3 5465/6 5476/8
5477/21 5482/12
think [26] 5402/3
5402/4 5403/6 5404/9
5405/1 5405/2 5406/9
5406/14 5423/22
5425/16 5425/22
5479/25 5480/10
5481/6 5481/18
5481/23
thinks [1] 5481/14
third [2] 5445/18
5465/1
this [187]
Thomas [2] 5394/12
5400/25
thorough [2] 5428/2
5428/5
those [40] 5401/21
5401/25 5402/15
5404/20 5405/25
5406/17 5411/8 5414/2
5419/3 5422/5 5422/17
5422/18 5422/20
5423/7 5424/16
5426/19 5429/5 5438/6
5446/20 5466/7 5466/8
5466/12 5466/18
5467/6 5470/5 5473/12
5473/12 5473/25
5474/2 5474/8 5474/14
5475/23 5475/25
5476/3 5476/5 5476/7
5476/8 5476/10
5476/12 5482/2
thousands [1] 5434/12
threat [1] 5425/25
three [10] 5403/12
5405/2 5405/13
5406/25 5417/17
5431/5 5445/18
5445/24 5470/9 5472/5
5445/20
through [14] 5403/5
5406/14 5407/12
5411/19 5434/15
5434/16 5434/17
5437/5 5451/9 5464/25
5465/1 5467/10
5480/22 5482/24
throughout [4]
5415/24 5417/18
5457/8 5480/2

Thursday [6] 5402/2
5402/4 5404/24
5405/11 5405/17
5478/1
till [2] 5402/2 5402/4
time [48] 5403/14
5406/2 5406/19 5414/7
5414/8 5414/14
5415/11 5420/24
5422/15 5423/2 5423/9
5424/15 5426/1 5426/7
5426/17 5427/22
5429/1 5429/7 5429/24
5432/13 5433/2 5433/7
5433/7 5436/15
5437/14 5440/7
5440/14 5440/15
5440/18 5441/13
5442/13 5444/3 5444/6
5450/4 5453/12
5453/12 5453/16
5453/23 5453/24
5459/14 5460/10
5474/19 5475/2 5477/2
5478/8 5479/8 5480/9
5482/15
timeline [2] 5405/19
5452/20
times [2] 5424/17
5439/2
timestamp [1] 5449/7
timing [1] 5426/12
title [1] 5408/25
titled [1] 5484/4
today [11] 5401/20
5403/4 5403/6 5406/24
5406/25 5407/2 5407/7
5478/1 5480/25 5481/5
5481/9
together [1] 5476/18
told [1] 5403/8
tomorrow [4] 5403/8
5407/3 5407/19
5480/13
took [6] 5442/18
5467/4 5467/5 5467/12
5471/11 5471/14
top [9] 5412/17
5422/16 5425/5
5436/15 5470/12
5472/14 5473/6
5475/19 5475/20
total [5] 5436/11
5436/14 5469/14
5475/9 5475/25
touch [4] 5420/7
5422/8 5439/24
5445/20
tough [1] 5469/21
toured [1] 5470/2
toward [2] 5466/20
5466/22
towards [6] 5433/4
5437/6 5437/20 5457/9
5466/17 5466/22
Towers [1] 5394/13
town [1] 5402/8

5473/9 5473/11
trades [2] 5463/23
5464/11
tradesmen [1] 5463/19
traditional [1] 5474/15
traditionally [1]
5476/17
trained [1] 5447/13
training [2] 5447/14
5452/2
transcript [3] 5392/9
5395/6 5484/3
transcription [1]
5395/7
trapped [1] 5427/1
travel [6] 5402/19
5403/2 5403/19
5406/15 5415/9
5480/20
TRIAL [1] 5392/9
trouble [2] 5433/11
5433/12
Troy [2] 5392/16
5401/2
Truth [1] 5403/8
try [4] 5441/13 5443/4
5481/6 5482/11
trying [7] 5402/14
5405/18 5406/14
5443/9 5451/7 5451/9
5455/18
Tuesday [3] 5404/23
5405/16 5406/1
tunnel [1] 5456/5
turn [3] 5437/11
5437/17 5439/1
turned [3] 5437/19
5440/11 5440/13
turning [2] 5437/10
5440/19
TV [2] 5417/25 5421/16
two [23] 5401/21
5401/25 5402/7
5404/20 5405/25
5406/11 5406/17
5417/17 5439/22
5439/25 5445/14
5445/18 5446/18
5446/20 5447/15
5451/8 5452/17 5453/4
5465/22 5466/2
5466/15 5472/14
5477/14
two-minute [1]
5439/22
TX [2] 5393/4 5393/8

**U**

U.S [6] 5392/16
5410/18 5412/2 5413/8
5433/20 5433/23
U.S. [3] 5417/12
5421/16 5435/18
U.S. Capitol Police [3]
5417/12 5421/16
5435/18
ultimately [5] 5429/12

5452/25 5453/16
unauthorized [13]
5417/3 5417/10 5419/7
5419/16 5419/24
5424/19 5426/22
5426/24 5428/4
5428/15 5428/19
5429/2 5429/5
uncertain [1] 5401/16
uncertainty [1]
5479/10
under [5] 5408/8
5430/6 5456/7 5462/3
5478/18
underneath [1] 5456/6
understand [12]
5401/14 5404/1
5405/19 5455/2
5456/16 5457/4
5457/11 5457/22
5461/13 5479/3 5481/9
5482/24
understandably [1]
5482/7
understanding [9]
5403/25 5405/6
5413/18 5414/18
5415/2 5416/14
5427/10 5427/12
5481/18
unfortunately [1]
5478/2
uniforms [1] 5433/25
unique [1] 5441/12
unit [2] 5432/5 5432/15
UNITED [25] 5392/1
5392/3 5392/10
5400/22 5408/6
5408/24 5409/2 5409/8
5409/11 5410/4
5410/17 5411/2 5411/6
5413/17 5415/1 5415/9
5415/19 5434/3 5434/6
5436/5 5453/17
5462/25 5463/17
5465/8 5465/12
United States [19]
5408/24 5409/2 5409/8
5409/11 5410/4
5410/17 5411/2 5411/6
5413/17 5415/1 5415/9
5415/19 5434/3 5434/6
5453/17 5462/25
5463/17 5465/8
5465/12
unknown [1] 5419/7
unlock [1] 5467/24
unsent [1] 5407/11
until [6] 5401/19
5402/1 5406/19 5421/3
5433/7 5467/23
up [38] 5401/20
5401/22 5404/4 5404/7
5404/22 5405/12
5407/5 5411/16 5417/4
5417/20 5417/21
5418/4 5421/11

**U**

up... **[25]** 5424/16
5433/6 5433/19
5434/24 5437/10
5439/18 5439/21
5441/9 5441/11
5442/20 5443/13
5444/18 5446/21
5452/5 5455/3 5457/10
5457/23 5459/13
5465/13 5466/24
5470/20 5471/21
5472/2 5474/16
5480/12
**updates [1]** 5416/17
**upon [2]** 5481/11
5482/7
**upper [1]** 5444/4
**us [31]** 5401/25 5402/5
5405/8 5408/1 5412/24
5414/1 5414/3 5414/9
5419/5 5419/6 5419/13
5420/5 5420/8 5425/18
5426/7 5426/7 5436/14
5437/20 5440/21
5440/24 5441/8 5441/9
5441/13 5443/10
5444/16 5447/15
5447/18 5450/13
5455/15 5464/14
5474/1
**usdoj.gov [2]** 5392/19
5392/20
**use [6]** 5406/1 5406/2
5406/19 5412/2
5434/11 5482/11
**used [2]** 5414/1 5472/9
**using [3]** 5402/25
5449/18 5449/19

**V**

**valid [1]** 5405/2
**vehicles [7]** 5418/16
5418/18 5419/3 5420/7
5433/8 5433/18
5433/19
**verdict [1]** 5480/17
**Vermont [2]** 5432/24
5433/19
**versus [2]** 5400/22
5428/9
**very [11]** 5429/23
5434/22 5441/12
5453/4 5460/9 5461/5
5472/24 5474/17
5477/1 5478/12
5478/13
**vest [1]** 5443/3
**Vice [32]** 5409/6
5411/8 5411/10
5411/13 5412/6
5412/25 5413/7
5413/16 5414/4
5414/14 5414/22
5414/25 5415/8
5418/19 5418/20
5419/3 5419/14 5420/9
5420/22 5421/8 5422/7

5422/23 5424/24
5425/3 5425/6 5425/10
5427/5 5427/18
5427/22 5428/18
**Vice President Pence
[6]** 5415/8 5419/3
5419/14 5424/24
5425/3 5425/6
**video [46]** 5418/5
5418/9 5418/23
5421/24 5422/3
5422/16 5422/22
5422/25 5423/21
5424/8 5424/9 5426/10
5435/6 5435/20 5436/2
5436/16 5438/14
5438/16 5439/15
5441/18 5442/1 5442/5
5443/12 5443/15
5443/23 5444/10
5444/20 5445/7 5446/7
5446/13 5447/7
5447/25 5448/9
5448/15 5448/18
5449/7 5449/10 5450/9
5450/17 5450/23
5451/12 5451/20
5456/11 5456/14
5465/18 5466/23
**viewed [3]** 5440/9
5444/1 5444/1
**viewer [1]** 5466/23
**viewing [1]** 5441/6
**violence [1]** 5440/16
**virtually [1]** 5463/25
**vision [1]** 5447/16
**visit [9]** 5409/7 5412/6
5412/25 5413/7 5414/3
5417/16 5417/18
5417/19 5428/24
**visiting [4]** 5411/6
5413/16 5414/13
5428/17
**Visitor [1]** 5462/25
**visits [1]** 5410/18
**votes [2]** 5413/19
5416/15
**vs [1]** 5392/5

**W**

**wait [1]** 5481/20
**waited [1]** 5426/25
**waive [2]** 5406/6
5482/23
**waived [3]** 5401/12
5404/19 5406/12
**waiving [1]** 5482/20
**walk [2]** 5420/20
5464/25
**walk-through [1]**
5464/25
**walked [4]** 5420/25
5420/25 5424/16
5465/1
**walking [3]** 5440/19
5464/15 5473/1
**want [18]** 5403/18

5420/2 5420/3 5420/4
5420/6 5427/2 5429/9
5432/6 5434/24
5457/12 5473/7 5478/7
5479/1 5480/13
5482/25
**wanted [4]** 5454/21
5460/14 5466/1 5479/4
**was [127]**
**Washington [4]** 5392/5
5392/17 5394/5 5395/5
**wasn't [1]** 5440/5
**watched [1]** 5456/11
**Watkins [9]** 5393/14
5400/25 5401/7 5401/9
5456/20 5456/25
5457/1 5460/13
5460/17
**way [10]** 5419/10
5424/20 5426/23
5428/9 5451/6 5451/9
5466/11 5470/18
5478/23 5480/18
**we [292]**
**we will [7]** 5407/3
5458/4 5461/4 5477/25
5478/5 5479/23
5482/23
**we'd [2]** 5405/9
5425/23
**we'll [20]** 5401/24
5401/19 5401/20
5402/16 5404/22
5406/17 5406/18
5406/19 5407/1 5407/9
5407/17 5407/20
5456/1 5457/19
5457/25 5461/2
5461/14 5478/6
5478/22 5478/25
**we're [29]** 5400/20
5402/5 5402/11
5402/14 5402/24
5403/19 5403/22
5404/7 5405/5 5405/19
5406/11 5418/18
5422/4 5423/5 5423/22
5433/14 5433/25
5437/10 5437/11
5437/23 5439/17
5445/13 5446/20
5455/8 5469/16
5479/13 5480/17
5481/19 5482/19
**we've [3]** 5477/19
5479/12 5480/9
**weapons [1]** 5443/7
**wear [1]** 5438/23
**wearing [2]** 5433/24
5433/25
**wedged [1]** 5473/13
**Wednesday [4]**
5404/23 5405/16
5413/9 5436/17
**week [3]** 5402/24
5403/22 5477/14
**weekend [1]** 5478/14

**weigh [2]** 5469/21
5469/21
**welcome [4]** 5407/25
5408/10 5430/8 5462/8
**well [29]** 5403/5
5403/25 5404/17
5405/23 5409/4 5409/5
5410/3 5410/4 5415/14
5420/2 5424/16
5447/22 5454/15
5454/16 5463/8
5463/21 5465/5
5466/11 5470/16
5470/18 5472/5 5472/8
5472/17 5473/1 5473/2
5475/20 5479/9 5481/6
5481/23
**wellness [1]** 5431/21
**went [5]** 5416/1 5416/9
5433/19 5434/17
5459/3
**were [89]** 5403/3
5406/6 5410/5 5410/7
5410/10 5411/1
5415/18 5416/15
5416/20 5416/23
5417/9 5417/10
5418/12 5419/9 5419/9
5423/14 5423/18
5424/14 5424/20
5425/9 5425/18
5425/25 5426/6
5426/16 5426/19
5426/23 5427/6
5427/15 5427/16
5427/20 5429/2 5429/6
5431/24 5432/1
5432/14 5432/23
5433/1 5433/2 5433/3
5433/5 5433/18
5434/11 5436/13
5436/20 5437/13
5440/10 5440/14
5440/19 5440/20
5440/21 5441/6 5441/7
5443/2 5443/2 5443/9
5446/22 5447/4
5450/13 5451/7 5451/7
5451/22 5451/25
5452/4 5452/23
5452/25 5453/6
5453/10 5453/11
5453/12 5453/12
5453/14 5453/20
5455/20 5456/9
5457/10 5457/25
5458/4 5463/24 5465/5
5473/4 5473/13 5474/4
5474/8 5475/1 5475/3
5476/9 5476/11
5478/18 5478/18
**west [1]** 5416/25
**what [126]**
**what's [6]** 5407/10
5422/3 5428/9 5457/6
5459/1 5468/5
**when [39]** 5402/11

**weeks [1]** 5403/15
5404/5 5404/5
5407/6 5415/18
5416/16 5423/19
5425/10 5425/13
5425/18 5427/22
5432/9 5433/12
5433/23 5434/10
5434/20 5434/22
5436/8 5436/20
5437/17 5438/25
5439/23 5439/23
5440/1 5440/11
5440/13 5440/20
5441/6 5441/6 5441/10
5452/22 5464/12
5464/13 5464/13
5464/19 5470/2
5473/12 5475/3
**where [76]** 5408/23
5414/11 5414/17
5415/16 5415/25
5415/25 5416/4 5416/8
5417/1 5422/7 5423/2
5423/12 5426/19
5427/4 5427/5 5429/5
5430/24 5431/6 5432/1
5432/20 5432/22
5433/5 5433/16
5433/16 5436/4 5436/6
5436/20 5436/21
5437/3 5437/8 5437/11
5437/12 5439/3
5439/22 5440/14
5440/16 5441/22
5442/17 5442/20
5445/6 5446/17 5450/1
5451/15 5452/19
5453/9 5455/9 5455/17
5455/19 5455/20
5455/25 5456/6 5456/9
5456/10 5456/16
5457/4 5457/5 5457/5
5457/8 5458/14
5458/15 5458/18
5459/2 5459/2 5459/3
5460/5 5462/20
5465/10 5466/18
5473/10 5475/19
5476/17 5477/23
5477/25 5478/7
5480/10 5482/2
**whether [6]** 5402/11
5402/12 5427/10
5439/24 5478/5 5480/8
**which [20]** 5402/1
5403/11 5405/1
5405/16 5409/16
5410/16 5413/6 5414/8
5414/19 5419/10
5422/15 5423/4 5427/2
5433/7 5438/2 5441/13
5444/7 5455/1 5468/7
5469/16
**while [3]** 5414/13
5442/25 5443/1
**white [1]** 5472/21
**who [28]** 5409/7
5409/8 5411/13 5412/1

**who... [24]** 5412/24
5413/11 5414/2
5415/13 5415/21
5417/3 5419/5 5419/7
5422/22 5424/22
5426/22 5426/23
5426/24 5427/15
5443/3 5447/3 5450/6
5463/19 5464/6
5468/14 5471/11
5471/14 5474/1
5474/12
**who's [1]** 5466/23
**whole [2]** 5413/25
5480/23
**whose [1]** 5451/2
**why [14]** 5413/16
5416/13 5419/2 5421/7
5426/15 5426/16
5426/16 5427/14
5427/25 5444/24
5445/13 5460/25
5474/10 5481/15
**wide [1]** 5463/22
**wife [2]** 5415/14
5425/7
**will [31]** 5401/15
5401/15 5403/24
5404/1 5406/9 5407/3
5412/20 5412/24
5417/9 5417/17
5420/18 5435/22
5438/7 5439/4 5452/2
5455/6 5457/23 5458/4
5461/4 5467/24
5476/18 5477/25
5478/3 5478/5 5478/23
5478/25 5479/15
5479/21 5479/23
5480/11 5482/23
**William [4]** 5394/12
5395/2 5484/2 5484/8
**Willis' [1]** 5438/1
**windows [1]** 5465/3
**wisely [1]** 5406/19
**within [6]** 5409/21
5410/24 5414/20
5439/5 5449/6 5474/13
**without [4]** 5406/5
5406/7 5419/15
5477/20
**witness [25]** 5396/2
5402/5 5408/4 5408/8
5408/12 5411/17
5417/22 5421/12
5430/2 5430/6 5430/12
5434/25 5445/22
5452/6 5452/16
5454/22 5460/21
5460/22 5461/9 5462/3
5462/10 5466/25
5468/18 5470/23
5472/14
**witnesses [13]** 5396/4
5401/19 5401/21
5401/25 5402/13
5403/6 5404/5 5404/6

**women [2]** 5463/19
5474/1
**Woodward [4]** 5401/14
5401/21 5458/1
5477/17
**Woodward's [1]**
5404/11
**word [3]** 5434/11
5449/18 5449/19
**work [13]** 5402/14
5407/17 5407/20
5408/23 5444/16
5450/13 5462/20
5462/21 5464/11
5464/17 5474/1 5476/4
5481/7
**worked [1]** 5463/1
**working [10]** 5410/5
5410/7 5410/8 5410/10
5410/12 5410/22
5424/1 5431/24
5463/24 5463/25
**works [3]** 5407/13
5474/13 5474/14
**worksheet [2]** 5411/25
5412/5
**worn [16]** 5438/1
5438/18 5438/19
5438/21 5438/22
5439/5 5439/7 5439/18
5439/23 5443/18
5444/4 5444/22 5445/8
5445/15 5448/5 5451/2
**worst [1]** 5405/11
**would [55]** 5403/22
5404/4 5405/9 5405/16
5406/5 5406/10 5412/2
5413/1 5414/9 5414/12
5418/12 5418/14
5418/15 5419/13
5419/13 5419/23
5420/19 5423/15
5427/1 5427/2 5428/16
5428/18 5428/20
5428/21 5428/23
5428/25 5429/3 5429/4
5434/18 5437/3
5438/18 5444/7
5445/18 5455/2 5455/8
5455/10 5455/12
5455/14 5456/12
5456/18 5458/7
5458/15 5458/18
5460/5 5460/6 5465/24
5466/8 5468/14
5469/20 5471/10
5472/24 5472/25
5473/9 5479/4 5482/9
**wouldn't [1]** 5411/18

**Y**

**yards [2]** 5442/14
5451/17
**yeah [2]** 5456/4 5457/8
**year [1]** 5431/19
**years [5]** 5409/19

5463/10
**yelling [1]** 5434/13
5450/19
**yes [85]** 5409/15
5409/22 5410/6 5411/3
5411/7 5411/9 5411/12
5411/23 5412/7
5415/10 5416/12
5416/19 5418/10
5420/14 5421/6
5422/19 5422/21
5423/1 5423/11 5424/4
5426/14 5427/24
5427/24 5429/13
5430/3 5430/20
5431/25 5434/5 5435/9
5435/16 5437/1
5437/10 5438/20
5439/2 5439/12
5439/19 5439/21
5440/8 5441/2 5441/22
5442/6 5442/14
5442/23 5443/20
5444/2 5445/5 5445/8
5446/4 5446/11
5446/25 5447/23
5448/6 5449/2 5449/14
5452/14 5453/3 5453/8
5453/20 5454/17
5454/24 5455/7
5455/14 5458/7
5458/20 5459/5
5461/19 5462/18
5464/3 5465/9 5465/22
5466/5 5467/3 5467/5
5467/8 5467/13 5469/1
5470/6 5471/3 5471/7
5471/24 5472/13
5472/19 5473/5 5475/8
5475/24
**yesterday [1]** 5438/4
**you [301]**
**You'd [1]** 5476/11
**you're [14]** 5402/1
5405/11 5410/7 5424/2
5424/25 5430/9
5436/21 5441/20
5442/16 5442/25
5446/3 5455/5 5455/13
5472/17
**you've [7]** 5425/11
5452/17 5455/25
5456/16 5457/4
5458/24 5477/16
**your [89]** 5400/21
5401/23 5401/24
5402/9 5402/19
5402/23 5403/2
5403/19 5405/6 5405/7
5405/9 5406/3 5406/10
5406/22 5407/4 5408/4
5408/7 5408/19
5408/25 5415/18
5427/10 5429/3
5429/16 5429/17
5429/18 5429/20
5429/22 5429/24

5430/3 5430/5 5430/9
5430/19 5432/6
5435/13 5435/21
5436/24 5436/24
5438/5 5438/19 5439/7
5439/10 5440/25
5441/21 5443/18
5444/4 5444/16
5444/16 5444/22
5446/23 5447/1 5447/2
5448/5 5448/12 5451/4
5454/3 5454/4 5454/5
5454/8 5455/6 5456/10
5456/17 5456/21
5459/12 5460/10
5460/21 5461/10
5461/19 5462/2
5462/17 5462/22
5463/6 5468/10
5473/21 5476/21
5476/22 5476/23
5476/24 5477/2 5477/9
5478/4 5478/8 5478/8
5478/15 5478/24
5479/9 5480/16 5481/4
**Your Honor [33]**
5400/21 5401/23
5401/24 5402/9
5402/23 5405/6 5405/9
5406/3 5407/4 5429/16
5429/17 5429/18
5429/20 5429/22
5430/3 5435/21 5438/5
5454/3 5454/4 5454/5
5454/8 5456/17
5456/21 5459/12
5460/21 5461/10
5461/19 5476/21
5476/22 5476/23
5476/24 5478/15
5479/9
**Your Honor's [2]**
5405/7 5406/22
**yourself [10]** 5408/18
5422/25 5430/18
5445/17 5445/21
5452/13 5452/15
5452/17 5462/16
5467/12

**Z**

**Zaremba [3]** 5395/2
5484/2 5484/8
**zoom [1]** 5412/16
**Zsusza [1]** 5394/2