8726

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )     CR No. 22-15
                                 )     Washington, D.C.
          vs.                    )     November 15, 2022
                                 )     9:00 a.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )     Day 30
          Defendants.            )     Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           Kathryn L. Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              Troy Edwards
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              kathryn.rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        James Lee Bright
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 720-7777
                                 Email: jlbrightlaw@gmail.com

                                 Edward L. Tarpley, Jr.
                                 819 Johnston Street
                                 Alexandria, LA 71301
                                 (318) 487-1460
                                 Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES            DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

THOMAS CALDWELL    8734

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
| --- | --- |
| CALDWELL A THROUGH C | 8752 |
| 164 | 8763 |
| 8 | 8789 |
| 15 through 22 | 8804 |
| CALDWELL 24 | 8808 |
| 28 | 8810 |
| 29 | 8811 |
| 30 | 8814 |
| 12 | 8819 |

1               P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Honorable

3 Amit P. Mehta presiding.

4          THE COURT:  Please be seated, everyone.

5          COURTROOM DEPUTY:  Good morning, Your Honor.

6 This is Criminal Case No. 22-15, United States of America

7 versus Defendant No. 1, Elmer Stewart Rhodes III; Defendant

8 2, Kelly Meggs; Defendant 3, Kenneth Harrelson; Defendant 4,

9 Jessica Watkins; and Defendant 5, Thomas Edward Caldwell.

10          Kathryn Rakoczy, Jeffrey Nestler, Alexandra

11 Hughes, Troy Edwards, and Louis Manzo for the government.

12          James Lee Bright and Edward Tarpley for Defendant

13 Rhodes.

14          Stanley Woodward and Juli Haller for Defendant

15 Meggs.

16          Bradford Geyer for Defendant Harrelson.

17          Stanley Woodward standing in for Jonathan Crisp on

18 behalf of Defendant Watkins.

19          And David Fischer for Defendant Caldwell.

20          All five named defendants are present in the

21 courtroom for these proceedings.

22          THE COURT:  Okay.  Good morning, everyone.

23          All right.  I understand that, Mr. Fischer,

24 Mr. Caldwell has made a decision about testimony.

25          MR. FISCHER:  He will testify, Your Honor.

```
 1              THE COURT:  Okay.
 2          So we'll begin with his testimony this morning?
 3              MR. FISCHER:  Yes, Your Honor.
 4              THE COURT:  Okay.  Mr. Tarpley.
 5              MR. TARPLEY:  I have a matter I'd like to address
 6   with the Court.
 7              THE COURT:  Okay.
 8              MR. TARPLEY:  Your Honor, this evening, last
 9   evening, Mr. Geyer identified a photograph which related to
10   the video that Your Honor considered yesterday, the J6 Rico
11   La Starza video, which I think was identified by the Kelly
12   Meggs team as KM57.  And, Your Honor, based on that, I would
13   like to ask the Court to reconsider its ruling with regard
14   to that particular item of evidence.
15              THE COURT:  Do I have to do that now?
16              MR. TARPLEY:  Yes, I'd like to do that now at this
17   time, Your Honor.
18              THE COURT:  It would have been nice to have told
19   me this earlier so I could have got here earlier, so let's
20   go.
21              MR. TARPLEY:  Well, Your Honor, if the Court would
22   prefer to take it up at the break, we could also do that.
23              THE COURT:  That's what I was asking, whether we
24   need to do it right now.
25              MR. TARPLEY:  If that would be better for
```

1    Your Honor.

2            THE COURT:  Yes, that would be better.

3            MR. TARPLEY:  We don't have a problem taking it up

4    at the break.

5            THE COURT:  Okay.  Thank you.

6            MR. TARPLEY:  I think it is something that's very

7    important and we would like to point out a couple of issues

8    for the Court.

9            THE COURT:  Okay.

10            MR. TARPLEY:  We'll take it up at the break.

11    Thank you, Your Honor.

12            (Pause)

13            COURTROOM DEPUTY:  Jury panel.

14            THE COURT:  All right.  Good morning, everyone.

15    Welcome back.  Please be seated.  Good to have you all with

16    us.

17            All right.  So with that, Mr. Fischer, your next

18    witness.

19            MR. FISCHER:  Your Honor, the defense calls

20    Thomas Caldwell to the witness stand.

21            COURTROOM DEPUTY:  Could you please raise your

22    right hand.

23            (Witness is placed under oath.)

24            COURTROOM DEPUTY:  Thank you.

25            THE COURT:  All right.  Mr. Caldwell, have a seat.

```
 1   I'll ask you to remove your mask, sir.
 2            THE WITNESS:  Good morning, sir.
 3            THE COURT:  Good morning.  You've got water there,
 4   Mr. Caldwell.
 5            THE WITNESS:  I do indeed.  Thank you, sir.
 6            THE COURT:  Mr. Fischer, whenever you're ready.
 7                          - - -
 8   THOMAS CALDWELL, WITNESS FOR THE DEFENDANT, SWORN
 9                     DIRECT EXAMINATION
10                          - - -
11   BY MR. FISCHER:
12        Q    Sir, will you state and spell your name for the
13   record, please.
14        A    Yes, it's Thomas Caldwell.  T-h-o-m-a-s,
15   C-a-l-d-w-e-l-l.
16        Q    Mr. Caldwell, I understand you live in Berryville,
17   Virginia, with your wife Sharon; is that correct?
18        A    That's true, yes, sir.
19        Q    How old are you, sir?
20        A    I'm 68 years old.
21        Q    Where are you originally from?
22        A    I'm originally from right here in the District.
23   I was born and raised here and I lived in my grandmother's
24   boarding house, 1335 Shepherd Street, Northeast.
25        Q    Sir, I know there was a time you entered the
```

```
 1   United States military; is that correct?
 2        A    Yes, sir, that's true.
 3        Q    After you were out of the military, did you come
 4   back to the District?
 5        A    I came back to the District, yes, sir, and then --
 6   and then relocated out eventually to the valley.
 7        Q    Okay.  Where did you live when you came back from
 8   the military in D.C.?
 9        A    Anacostia.
10        Q    Okay.  Sir, as you grew up, did there come a time
11   when you and your family moved to Berryville, Virginia?
12        A    Yes, sir.
13        Q    Sir, can I ask you, how far did you go in school?
14        A    I have a bachelor's of science degree from
15   University of Louisville.
16        Q    Okay.
17             And just for the record, as a native Kentuckian
18   myself, the correct pronunciation of that city is?
19        A    Louisville.
20        Q    Not the Dick Vitale Louisville, right?
21        A    No, sir.
22        Q    You went to the University of Louisville;
23   is that correct?
24        A    Yes, sir, that's right.
25        Q    And did you graduate with a degree from there?
```

1      A     Yes, sir, I did.

2      Q     What was the degree in?

3      A     BS in commerce from the business school.

4      Q     Did you attend ROTC?

5      A     I did, sir.  I had an ROTC scholarship.

6      Q     And did you eventually enter the United States

7  Navy?

8      A     I did.  I was commissioned as an ensign, which is

9  the lowest officer rank in the United States Navy, in May of

10  1976.

11      Q     Sir, are you employed right now?

12      A     No, sir, I'm not.

13      Q     Why not?

14      A     I'm on disability retirement.

15      Q     Okay.

16             Is that from the United States Navy?

17      A     Yes, sir.

18      Q     Okay.

19             And what's your status as far as the disability?

20      A     I'm a 100 percent service-connected disabled

21  veteran.

22      Q     And when service-connected disabled veteran, can

23  you explain to the ladies and gentlemen of the jury what

24  that means.

25      A     That means that my injury --

 1           MR. MANZO:  Objection, Your Honor.

 2           THE COURT:  It's overruled.

 3           THE WITNESS:  That means that my injuries, which

 4    brought about my disability determination, were incurred in

 5    service to my country on active duty.

 6    BY MR. FISCHER:

 7      Q     Okay.

 8           Sir, I understand you have a family history of

 9    military service; is that correct?

10      A     Yes, sir.  Yes, sir, I do.

11      Q     Can you explain?

12      A     Yes, my father served in the Navy in the Second

13    World War.  He was in the D.C. National Guard and was called

14    up and sent to Korea in the early 1950s.

15           My grandfather did about 32 years on active duty

16    service.  He retired as an Army bird colonel, full colonel.

17           My great-grandfather, he served in the Second

18    World War and First World War.  My great-grandfather served

19    in the Spanish American War, and his father served with the

20    Pennsylvania Volunteers at Gettysburg and stopped the rebel

21    advance at Pickett's Charge.

22      Q     Are you proud of your family's military service?

23      A     Yes, I am.

24      Q     Sir, were you commissioned as an officer in the

25    Navy?

1       A      Yes, sir.

2       Q      What was your first assignment?

3       A      My first assignment was the U.S. NAVMAG Subic Bay,

4  Republic of the Philippines.

5       Q      How many years did you serve in the Navy?

6       A      I served 19 years, two months and 28 days on

7  continuous active duty service.

8       Q      What was your discharge status?

9       A      Honorable.

10      Q      Did you receive medals and commendations during

11  your service?

12      A      I got a few, yes, sir.

13      Q      Okay.

14             Sir, what were some of those medals and

15  commendations?

16      A      I received the meritorious service medal, three

17  Navy coms, two Navy achievement medals, and the one I'm the

18  most proud of was the Humanitarian Service Award that I

19  received for my time in the Philippines.

20             As far as I know, I'm the first person to receive

21  that award as a personal award, as opposed to it being given

22  to a unit for hurricane disaster relief or something like

23  that.

24      Q      Sir, you said you did service in the Philippines;

25  is that correct?

```
1          A     Yes, sir, uh-huh.

2          Q     Did there come a time when there was an incident

3    that perhaps led to your -- eventually your 100 percent

4    disabled status?

5          A     Yes, sir, there was.

6          Q     And, sir, before we get into that, I understand

7    when you were in the military, did you engage in classified

8    missions?

9          A     Yes, sir, I had many classified assignments and

10   some missions, yes, sir.

11         Q     Are you allowed to discuss every classified

12   assignment you're on?

13         A     No, sir, and I have to be very careful about the

14   depth to which I dive into those things.

15         Q     Sir, did there come a time -- well, first of all,

16   this was -- what year did you start your service in the

17   Philippines?

18         A     1976, sir.

19         Q     And for those in the courtroom who are not

20   familiar with the Cold War, could you kind of just give us a

21   10, 15-second explanation of that.

22         A     Sure.  That was right in the middle of what we

23   call the Cold War as suppose to a hot war.  The hot war is

24   what we call a shooting war, with tanks and bombs and ships

25   and broadsides and all that.
```

1          The Cold War was, we had kind of a stalemate with

2    the communist countries around the world as supposed to the

3    free countries around the world.  And many of the wars and

4    engagements were fought in a proxy sort of situation where

5    they had mercenaries, where they're backing one faction

6    against another, and that's what we were in.

7          Q    All right.

8          And, Mr. Caldwell, the Philippines at that time,

9    what was the government in place at that time?

10         A    That was the Ferdinand Marcos government.

11         Q    And what, if anything, does the Cold War have to

12   do with the Philippines circa mid-1970s?

13         A    Well, that was an important forward base for us.

14   This was right after the Vietnam War, there's a lot of

15   pullback and drawdown.

16         But our forward bases there, like Cubi Point,

17   Subic Bay, Clark Field, and so on, were an important jumping

18   off point for any problems that we might have with shipping

19   lanes and things like that.

20         And so it was important for us to maintain good

21   relationship with the Filipino people and the Filipino

22   government so we could maintain our bases there basically.

23         Q    And, sir, did there come a time when -- well,

24   first of all, I guess what you're indicating, there were

25   communists insurgency in the Philippines is that?

8741

1    A    Yes, there was an active insurgency with a group

2    called the NPA, or the New People's Army.  They were a

3    communist backed group and they sought to overthrow the

4    Marcos government.  And whenever they had a chance, they

5    would take pot shots at Americans.

6            In fact, two U.S. naval officers were killed by

7    this group the year before I was assigned there.

8    Q    And, sir, did there come a time when you -- well,

9    first of all, what was your position as an officer there

10   when you arrived?

11   A    Well, it wasn't very glamorous.

12           I was assigned there as the administrative

13   officer, paper pusher.

14           And I was also the Top Secret control officer, Top

15   Secret log officer, the NATO pubs officer.

16           And a lot of the goofy little jobs are assigned to

17   the most junior officer.  So there I was.

18           I was also trained out and served on the command

19   duty officer watchbill.

20   Q    And, sir, did even paper pushers back then end up

21   going out on patrols?

22   A    Sometimes, yes.  The naval magazine was actually

23   located throughout thousands of acres of triple-canopy

24   jungle, and the new people's Army liked to come on board and

25   steal munitions, bomb parts, explosives, anything that they

8742

```
 1    could get so they could make roadside bombs and whatnot
 2    to -- to hurt people.
 3            And so periodically if you were on the command
 4    duty officer roster, you would be -- you'd be assigned to go
 5    out on patrol.  The patrol is usually one to two officers, a
 6    small group of Marines from the Marine Barracks Company B,
 7    they're at Subic, and also a contingent of Negritos.  The
 8    Negritos were the actual native Filipinos who had been there
 9    forever and ever and ever, long before the Spanish colonists
10    came.
11            And --
12    Q     Sir, if I can ask you, did there come a time when
13    you got one of those duty command assignments?
14    A     Yes, sir, uh-huh.  Yes, sir.
15    Q     And tell us about that.
16    A     Well, the one particular one of most note was one
17    particular day like many others, we were walking down the
18    proverbial jungle trail with our Negritos in the lead, and
19    the next thing I knew on that hot, sweltering day, there was
20    a flash and I was flying through the air, which is not
21    normal for a human being to do.  And I sort of wrapped
22    myself backwards around a Philippine island tree called a
23    Pototan tree and just kind of, like, bent me back, and I
24    flopped down on the ground and wondered if I was dead or
25    not.
```

1         Turns out I was -- I was not dead.  The rest of
2    the gang with me sort of helped me up, and we humped it,
3    walked out from that jungle.  Seemed to take forever and
4    ever and ever.
5         To this day, we don't know if it was a booby trap,
6    what we call an improvised explosive device nowadays, or if
7    it was a short round from a Philippine 105 howitzer battery
8    that was assigned to just kind of cover us up on the top of
9    the hill.  They had a tendency of not practice a lot, so
10   they weren't sure where those rounds would go.  So like I
11   said, to this day, we don't know what happened but I got
12   pretty well wrecked.
13        Q    Okay.  And as a result of that, what, if any,
14   injuries did you suffer?
15        A    Well, I went to the hospital and they said I had
16   four cracked vertebra and a couple of punctured discs, but
17   I was -- I was a young guy, and in those days they would
18   give you some Tylenol and give you some bedrest and tell you
19   to go home and get a good week off.  And I came back to
20   limited duty, and being a young, strong guy, I just turned
21   22 when this incident happened, I -- I made it back to full
22   operation status and got the A-OK to go forward.
23        Q    Were you able to continue your military service at
24   that time?
25        A    Yes, sir, I was, uh-huh.

```
 1        Q    Okay.  And, sir, first of all, are you -- you said
 2   you're on disability.  Are you still collecting, or do you
 3   collect VA disability?
 4        A    I --
 5             MR. MANZO:  Objection, Your Honor.
 6             THE WITNESS:  -- I did until a few months ago.
 7   I'm sorry.
 8             MR. FISCHER:  Hold on.
 9             THE COURT:  Before you answer a question after an
10   objection is raised, I just need to rule.
11             So that's overruled.  Go ahead.
12             THE WITNESS:  I did until a few months ago when
13   they --
14             MR. MANZO:  Objection, Your Honor.
15             Can we get on the phone?
16             THE COURT:  Sure.
17             (Bench conference)
18             THE COURT:  Mr. Manzo, go ahead.
19             MR. MANZO:  So when somebody is indicted for
20   seditious conspiracy, they lose their benefits.  I believe
21   what Mr. Fischer is trying to do is backdoor in punishment
22   or effects of the indictment, which is not part of the case
23   and shouldn't be considered by the jury.
24             It's the same idea of saying that the defendant is
25   facing a lengthy prison sentence.  I don't know why
```

1    it would be relevant that Mr. Fischer -- or not Mr. Fischer,

2    but Mr. Caldwell has lost his VA benefits as a result of

3    this indictment.

4              MR. FISCHER:  I'm asking him about whether he

5    collects VA disability.  They're questioning his injuries,

6    and I think it's relevant as to whether he's injured or not.

7              MR. MANZO:  We've litigated this extensively.

8              Your Honor has ruled previously that it is not

9    relevant.  But we're -- but Mr. Fischer has still gotten in

10   the whole story about how he's 100 percent service disabled.

11             There's no reason that he needs to be asked if he

12   still has disability benefits.  It's simply to dirty up the

13   government.

14             THE COURT:  Okay.  I didn't realize that there was

15   some break in the disability.

16             What do you intend to elicit, Mr. Fischer, beyond

17   the fact that he was receiving disability until recently?

18             MR. FISCHER:  Your Honor, I'll just ask him a

19   leading question --

20             THE COURT:  Okay.  I appreciate it.  Thank you.

21             (Open court)

22             THE COURT:  All right.  I'll just ask Mr. Fischer,

23   please, to rephrase the question.

24   BY MR. FISCHER:

25        Q    And, Mr. Caldwell, just to be clear, if you could

1    just specifically answer this question yes or no.

2            As a result of your injuries, did you receive VA

3    disability?

4        A    Yes, sir.

5        Q    All right.  Thank you.

6            Sir, were there issues -- what happened with your

7    back, did those issues resolve itself back in the mid-'70s,

8    or have they continued on after that?

9        A    They've continued to deteriorate, sir.

10        Q    Can you describe that, please.

11        A    Well, it got to the point where basically the

12   discs began to collapse, and I always describe -- because it

13   was described to me early on, that the spinal column is like

14   a bunch of Jenga blocks, and when one gets off kilter, it

15   can throw off all the other ones.  And so what was happening

16   was, I had some pushing forward and some pushing back, and

17   they were hitting the spinal column.

18            And what happens if that gets bad enough is, it

19   can sever -- sever your spinal cord, but in the meantime it

20   just sends tremendous shooting pains down your legs.  And,

21   you know, the discs have all deteriorated.  It's gotten to

22   be quite a really rough situation.

23        Q    So I guess as you got older, things got worse is

24   what you're saying?

25        A    One of those things, yes, sir.

 1    Q    Were there other issues with your back that

 2  developed over the years?

 3    A    Yes, sir, the back tends to try to compensate, and

 4  so your gait falls off a little bit as a result.  Also, I've

 5  had a couple of vertebrae in my cervical spine autofuse.

 6  It's where the bones just kind of grow together, that's it,

 7  and there's no movement anymore.  And we're fearful that

 8  that will continue to go.  We've got another one that's

 9  getting ready to join up.  My neurosurgeon says, "We cannot

10  rebuild your neck."  And so eventually it's going to really

11  impact my ability to use my hands, and so on.

12    Q    And, sir, around 2010, did you have surgery on

13  your lower back?

14    A    Yes, sir, I did.

15    Q    And can you describe that to the jury, please.

16    A    Yes, sir, it was a lower lumbar fusion, one of the

17  worst decisions I've made in my life was listening to the

18  doctor who told me to have this.

19         And I -- they inserted cages and screws right

20  through my vertebra to try to stabilize it.  It was a

21  two-day operation, where they cut me open in the front and

22  kept me all drugged up, and they flopped me over and they

23  did the other side.  And the worst part about it because the

24  second part of the operation I was immobile but I was aware,

25  so I was awake for that operation and it was very ghastly, a

8748

1    very ghastly thing.

2        Q    Sir, did you have a discectomy in 2020?

3        A    Yes, sir, I was still recovering from that and

4    doing fairly well once January 6th rolled around.

5        Q    Okay.  And, sir, do you have some issues with your

6    shoulder, left shoulder --

7        A    I do.  I have a brass pin about this long through

8    the head of the -- I guess it's the humorous, it kind of

9    screws my arm into my frame, and they re-attached the

10   ligaments and tendons and muscles and all that good stuff.

11   So I have some limited -- I have limited mobility there and

12   limited strength.

13       Q    Sir, I understand you had a full hip replacement

14   operation this year in May; is that correct?

15       A    Yes, sir, that's true, that's true.

16            And that's not something that happens overnight.

17   That kind of had broken down.  Again, part of the other

18   problems I had where I was bone on bone, so there was no way

19   to wait any longer.  So there was no cartilage left in

20   there.  So that's a very radical operation.

21       Q    Okay.

22            Did all those issues, were they affecting your

23   health on or around January 6th, 2021?

24       A    Oh, sure, yes, sir.

25       Q    Okay.  And, sir, were all those issues, are they

8749

1    part of your 100 percent disability rating?

2        A    Not the hip but the other ones are, yes, sir.

3        Q    Okay.

4             And besides that, sir, it sounds like you're

5    otherwise healthy; is that right?

6        A    I wouldn't go that far.  But I do sleep with a

7    CPAP.  I've had perineal tendons rebuilt, subtibiale fibular

8    ligaments, a whole raft of things.  I'm a walking disaster.

9        Q    All right.

10            Were you taking medications at the time frame in

11   2020, 2021?

12       A    Yes, sir, uh-huh.

13       Q    What type of medications were you taking?

14       A    Well, I have various different kinds.  The most

15   notable would be the pain medication.  I have been for a

16   long time on a prescription narcotic called Opana.  It's

17   also called oxymorphone.  And it's -- depending upon how you

18   take it, it's three to five times more powerful than

19   morphine.  That's what we have determined is what I need to

20   get to the spinal pain that I have all the time.

21            And of course, that pain brings about all kinds of

22   other nerve issues, so I have Gabapentin I take.  Can't

23   sleep, so sleeping medications.  Blood pressure medications.

24   And so on and so on.

25            MR. MANZO:  Objection, Your Honor, can I ask for

1    the limiting instruction?

2             THE COURT:  Get on the phone, please.

3             (Bench conference)

4             THE COURT:  So I sort of reserved on this question

5    about the medication and what, if anything, Mr. Fischer

6    could argue about it.  And I will further reserve on it

7    given that Mr. Caldwell has now decided to testify.

8             But to the extent you're asking for a limiting

9    instruction, it would be the fact that his medication can't

10   be used to what?

11            MR. MANZO:  Right, that it has no effect on his

12   mental state, which is what I believe we agreed to pretrial.

13   And the fact that now he's testifying in depth about his

14   opinion on Opana and how strong it is compared to morphine,

15   this is why we litigated this; otherwise, we would have

16   brought in an expert to say that Opana does not cause you to

17   hallucinate, and it does not cause you to do X, Y, Z.

18            THE COURT:  Again, I don't know that that is what

19   he's going to testify.  Because you're saying he's on a

20   particular medication.  He's not -- at least I haven't heard

21   him yet say that it's caused him to hallucinate or caused

22   him to not have the state of mind that would be requisite to

23   join in the alleged conspiracy.

24            MR. MANZO:  But then there's no relevancy of why

25   we're going into 20 minutes of his life history.

1            THE COURT:  Sure there is.  We talked about this

2    at the beginning, which is that the government has alleged a

3    conspiracy to engage in disruption of the government by

4    force, and part of Mr. Fischer's defense is that his client

5    doesn't have the physical capacity to engage in forceful

6    resistence.

7            Now, you can get up and say that not everybody

8    needs to engage in forceful resistance and they can be

9    involved in planning, et cetera, but it's part of his

10   theory, and I think, it's, you know -- I ruled before trial

11   it was appropriate to bring in some limited evidence and

12   he's done that.

13           MR. MANZO:  Very well.

14           (Open court)

15           THE COURT:  So the objection is overruled.

16   BY MR. FISCHER:

17       Q    At this time, we're going to pull up what's marked

18   as Caldwell 65A through C for the witness only.

19           Mr. Caldwell, do you see the photo that's on your

20   screen?

21       A    I do, yes, sir.

22       Q    I'm going to go to B.  Can we move down, please?

23           Do you recognize that photo?

24       A    Yes, sir.

25       Q    Who is in that photo?

 1        A     My lovely wife Sharon and yours truly.

 2        Q     Go down one more, please.

 3              Who's in that photo?

 4        A     The same dynamic duo.

 5        Q     When were those -- I'm not going to hold you to

 6    it.  Approximately when were those photos taken?

 7        A     I think about 2012.

 8        Q     Okay.

 9              MR. FISCHER:  At this time, we move in Caldwell's

10    Exhibit A through C.

11              MR. MANZO:  No objection, Your Honor.

12              THE COURT:  A through C will be admitted.

13              MR. FISCHER:  Publish to the jury.

14                        (Defendant Caldwell Exhibits A through C
                                 received into evidence.)
15    BY MR. FISCHER:

16        Q     Mr. Caldwell, that looks like -- that's the number

17    C.  Does it appear you have something in your hand?

18        A     Yes, sir, that's my trusty cane.

19        Q     Can we go up to B.

20              Is that a cane again?

21        A     Yes, sir.

22        Q     Where are you at?

23        A     That's actually taken on Alcatraz with the Golden

24    Gate Bridge in the background.

25        Q     Can we go up one more, please.

```
 1              Does it appear you have a cane your left hand?
 2      A    Yes, sir.
 3      Q    Okay.
 4              Was that on the same trip?
 5      A    Yes, sir.
 6      Q    Sir, did you use a cane prior to January 6th,
 7    2021?
 8      A    Yes, sir.
 9      Q    How long had you used a cane for?
10      A    Probably off and on since 2002, 2003, like that.
11      Q    Now, sir, I understand because you have a hip
12    replacement, you seem to be regularly using a cane these
13    days; is that correct?
14      A    Yes, sir, I've graduated from a walker, which is a
15    good thing.  But since I haven't been able to actually do
16    any physical therapy like the doctors want me to because
17    we've all been together, I still am relying on this three
18    points of contact here with the ground.
19      Q    Okay.
20              And, sir, on January 6th and prior to that date,
21    did you need a cane every second of the day?
22      A    No, no, sir.
23      Q    How often did you need to use one?
24      A    Well, I always say as needed.
25              Just really, it's hard to quantity, Mr. Fischer.
```

1    It just depends on how I'm feeling on a given day.

2        Q    Okay.

3          Sir, were you carrying something to help you walk

4    on January 6th?

5        A    Yes, sir, I was.

6        Q    Okay.

7          And, sir, I understand, I mean, how much -- what

8    were your carrying, first of all?

9        A    Well, I was actually carrying an American flag on

10   a dowel, kind of like what you would hang your clothes up on

11   in a closet, and when I wasn't waving it around, I would

12   occasionally use it to kind of assist me, especially as my

13   back started to feel really bad before I was able to stop.

14       Q    And, sir, I mean, did you use it all the time?

15       A    Oh, no.

16       Q    Okay.

17       A    No, sir.

18       Q    Okay.

19         And I mean, how often did you use this during

20   January 6th?

21       A    Again, if I was making a long walk or something

22   like that, it was -- the pain was really coming up, I would

23   use it.

24         But just a small fraction for the day, but it was

25   good to have it.

1    Q    Sir, can you climb steps?

2    A    Yes, I can.

3    Q    Okay.

4         Is there anything unusual about your ability to

5    climb steps?

6    A    Well, I'm pretty slow.

7    Q    Okay.

8         And did you climb some steps on January 6th?

9    A    Yes, I did.

10   Q    Okay.

11        How were you able to climb steps?

12   A    Well -- and in that particular situation that

13   you're talking about, it's important to have a handrail, for

14   example, and those steps that I think you might be referring

15   to does have a railing in the middle of those stairs, which

16   helps, it's nice to be able to lean on something.

17        And then the use of the dowel, the flagpole, if

18   you will, helps.

19        My wife also, standing behind me on the steps,

20   pushed me up, doesn't hurt.

21        MR. FISCHER:  At this time, I'm going to ask,

22   actually, Ms. Rohde, if you could do us a favor and pull up

23   9813.

24   BY MR. FISCHER:

25   Q    Mr. Caldwell, do you remember yesterday the

1    government played a video where there was a wall and you and

2    your wife ended up going, I guess, from one side of the wall

3    to the other?

4        A    Uh-huh, yes, sir, I do, uh-huh.

5        Q    Was there anything in that video that was left

6    out?

7        A    Well, I noticed that the camera turns away as

8    I was beginning to try to get over that wall with the help

9    of some of the people standing by.

10       Q    Okay.

11            So you said the help of some people.  Did people

12   give you help to get over the wall?

13       A    Yes, they did.

14       Q    Okay.  So that's not reflected in the video?

15       A    No, it's not.

16       Q    Okay.

17            And we're going to have this up here in a second.

18            While we're waiting for that, sir, did you hold a

19   security clearance while you were in the United States Navy?

20       A    Yes, I did.

21       Q    What was your level of security clearance?

22       A    My highest level was what they call Top Secret

23   Code Word.

24       Q    Can you explain to the jury what Top Secret Code

25   Word clearance means?

8757

```
 1        A    Certainly, yeah.

 2             We normally think of classified documents and

 3   information as falling into Confidential Secret, Top Secret,

 4   for example.

 5             But special compartmented information or code word

 6   information is stuff which is deemed by the government to be

 7   so sensitive that they really want to restrict the number of

 8   people that have access to it, because revealing it could

 9   cost somebody's life.

10             So when you get code word clearances, you're able

11   to get specific access to specific reporting and specific

12   kinds of information that's very sensitive.

13        Q    Is one of the requirements to have such a

14   clearance, you have to be honest and trustworthy?

15        A    Absolutely.

16             MR. MANZO:  Objection, Your Honor.

17             THE COURT:  That's sustained.

18   BY MR. FISCHER:

19        Q    Okay.

20             What are the qualifications you need --

21             MR. MANZO:  Objection, Your Honor; relevance.

22             THE COURT:  Let's move on, Mr. Fischer.

23   BY MR. FISCHER:

24        Q    What are the qualifications you need to obtain

25   such a --
```

```
 1                 MR. MANZO:  Objection, Your Honor.
 2                 MR. FISCHER:  Okay.  This is --
 3                 THE COURT:  Why don't we continue to move forward,
 4     Mr. Fischer?
 5                 MR. FISCHER:  I'm sorry.
 6                 THE COURT:  Let's move forward on this topic.
 7     Thank you.
 8     BY MR. FISCHER:
 9         Q    Sir, did you ever lose your Top Secret Code Word
10     security --
11                 MR. MANZO:  Objection, Your Honor.
12                 THE WITNESS:  No, sir.
13                 THE COURT:  Mr. Caldwell, I just need you to be
14     mindful.  If you hear an objection, let me rule before you
15     answer.
16                 THE WITNESS:  Yes, Your Honor.
17                 THE COURT:  So that'll be overruled, but let's
18     move forward.
19     BY MR. FISCHER:
20         Q    Did you ever lose your Top Secret Code Word
21     clearance while you were in your 20 years in the Navy?
22         A    Never.
23         Q    Okay.
24              Sir, we have up on the screen what's been marked
25     as Government's 9813.  I'm going to play the video.  If you
```

1   can -- first of all, it appears you can see yourself.  Would

2   you agree --

3           This is published to the jury, thanks, JC.

4           Do you see yourself, looks highlighted in this?

5   A     That looks like me, yes, sir.

6   Q     Where is this taken at?

7   A     I guess you would call it maybe the Lower Terrace,

8   the patio on the west side that is the side that faces the

9   Washington Monument of the U.S. Capitol.

10          There is a low wall here, about 3 and a half, 4

11  feet high.  On the other side from which we are looking is

12  the grassy lawn of the west side of the Capitol.

13  Q     Okay.

14          Are you -- is your wife with you at this time?

15  A     Yes, sir, she was with me throughout the day.

16  She's probably right behind me.

17  Q     Are you heading towards the Capitol or away from

18  the Capitol?

19  A     Away from same.

20  Q     Okay.

21          And, sir, if we could go ahead and play this and I

22  want you to observe what's going on here.

23          (Video played)

24          MR. FISCHER:  Can we play the audio, please.

25          (Audio played)

```
 1              MR. FISCHER:  Can we stop right there, please.
 2   BY MR. FISCHER:
 3        Q    Sir, there was a gentleman in red, it looked like
 4   he had his hands on you; is that correct?
 5        A    Uh-huh, yes, sir.
 6        Q    What was he doing?
 7        A    I think he was just kind of steadying me, leading
 8   me over there.
 9              MR. FISCHER:  Could we play on, please.
10              (Video played)
11              MR. FISCHER:  Stop right there.
12   BY MR. FISCHER:
13        Q    Did you hear somebody say, "One coming down"?
14        A    Yeah, one coming down or one coming back.
15        Q    Okay.
16              MR. FISCHER:  Can we play it, please.
17              (Video played)
18              MR. FISCHER:  Can we stop it right there.
19   BY MR. FISCHER:
20        Q    Approximately how long -- we played this video
21   here when the gentleman in the red first put his hands on
22   you.  How long did it take before the segment we're showing
23   right now?
24        A    Oh, maybe ten seconds.
25        Q    Okay.
```

8761

1              And how long did it take you to get over the wall?

2       A    I think -- I thought that's what you were asking

3    me, how long did it take me to traverse the wall, so.

4       Q    Okay.

5            MR. FISCHER:  And if we could play on, please.

6            (Video played)

7            MR. FISCHER:  Could we stop it right there.

8    BY MR. FISCHER:

9       Q    There seems to be a woman being helped over the

10   wall.  Do you know who that is?

11      A    Yes, that's my wife Sharon.

12      Q    We can take that down.

13           So, sir, was that an easy thing for you to do, to

14   get over the wall?

15      A    No.  In fact, it's probably would have been very

16   embarrassing to have the camera on there probably sit my bum

17   down and swing over.

18      Q    Sir, I'm going to direct your attention to January

19   19th, 2021.  Was that the date that the FBI raided your

20   house in Berryville?

21      A    Yes, sir.

22      Q    Okay.

23           You were arrested at that time?

24      A    Yes, sir, I was.

25      Q    Did you engage in an interview with the FBI agents

```
 1   at that time?

 2        A    Yes, sir.

 3        Q    Okay.  How long did the interview last?

 4        A    About three hours or so.

 5        Q    Did they ask you a lot of questions?

 6        A    Yes, they did.

 7        Q    Did you answer a lot of questions?

 8        A    Yes, I did.

 9        Q    Did you ever -- did you tell them the truth?

10             MR. MANZO:  Objection --

11             THE WITNESS:  Yes, I did.

12             MR. MANZO:  -- Your Honor.

13             THE COURT:  Hang on.  Hang on.

14             Again, Mr. Caldwell, please.

15             And that is sustained.

16             MR. FISCHER:  Okay.

17             MR. MANZO:  Can we ask that the answer be struck?

18             THE COURT:  The answer has been struck.  The jury

19   understands that.  So the answer is stricken.

20             Mr. Fischer, please.

21   BY MR. FISCHER:

22        Q    All right.

23             Can we pull up Caldwell Exhibit 164.  This is for

24   the witness only.

25             Sir, do you recognize what's in the photo on
```

1  Caldwell Exhibit 164?

2       A    Yes, sir, I do.

3       Q    What is that?

4       A    That is an inert hand grenade brought back as a

5  souvenir by my father when he rotated back from Korea with

6  the D.C. National Guard.

7       Q    Okay.  And was that on your residence on

8  January 6th, 2021?

9       A    Yes, sir, it was in a drawer in a toolbox in the

10  attached garage.

11            MR. FISCHER:  Move in Caldwell 164 at this time.

12            MR. MANZO:  No objection.

13                      (Defendant Caldwell's Exhibit 164
                               received into evidence.)
14

15            MR. FISCHER:  Publish to the jury, please.

16  BY MR. FISCHER:

17       Q    Mr. Caldwell, did there come a time when -- one of

18  the agents who was interviewing him [sic], was his name

19  Michael Palian?

20       A    Yes, sir.

21       Q    Okay.

22            And did there come a time when

23  Special Agent Palian asked you about what's depicted in 164?

24       A    Yes, sir, there was a time.

25       Q    All right.  Tell us --

1          MR. MANZO:  Objection, Your Honor.

2          THE COURT:  All right.  Can we get on the phone,

3     please.

4          (Bench conference)

5          THE COURT:  Where is this going, Mr. Fischer?

6          MR. FISCHER:  At the end of Mr. Caldwell's

7     interview, the FBI agents asked Mr. Caldwell about this hand

8     grenade, they thought it was real.  He told them it was

9     inert.  And the FBI agents there ended up picking it up.  It

10    goes to whether he's truthful and candid.  I mean, they're

11    picking up a piece they thought may have been live ordnance.

12         Agent Palian, three or four times in his

13    testimony, suggested that Mr. Caldwell didn't tell the truth

14    and was being dishonest.

15         MR. MANZO:  Multiple times Mr. Fischer asked Agent

16    Palian if Mr. Caldwell told the truth.  He was asked that

17    direct question.  He responded with the correct answer, "He

18    was not."

19         At no point, though, should Mr. Caldwell now be

20    allowed to testify to out-of-court statements for the truth

21    of the matter asserted.

22         Plus, there's no evidence in this case that

23    Mr. Palian ever believed Mr. Fischer [sic] about this

24    grenade.  The defense is introducing it now.  It has

25    absolutely no relevance.

1          MR. FISCHER:  Your Honor, I can tell you in the

2    transcript, Agent Palian asked Mr. Caldwell regarding this

3    grenade.  Mr. Caldwell told him it was insert.  And the FBI

4    handled it.  No bomb squad.  They handled it.

5          MR. MANZO:  And, again, the government has not

6    introduced a single word --

7          THE COURT:  I don't know, Mr. Fischer, that --

8    I mean, if the point here is to argue in closing that the

9    FBI trusted Mr. Caldwell with his prior statements, in his

10   prior statements to the FBI, I don't think that's relevant.

11   I don't think you can sort of bolster his credibility by a

12   prior statement, particularly a prior statement but not

13   evidence that's not even at issue in the case.

14         Now, if there's something more specific, I think

15   that's fine.  But I think this sort of notion that he said

16   one thing and that was accurate and the FBI believed him,

17   I think that's not appropriate to have the jury draw that

18   inference from that kind of line of questioning.

19         MR. FISCHER:  Well, Your Honor, the Court is

20   allowing the jury to draw a lot of inferences from hundreds

21   of statements that are in various contexts.

22         This was a situation where the -- an FBI agent has

23   testified, and he did two or three times, suggesting that

24   Mr. Caldwell was untruthful.  And here it is, you know, they

25   believed his word when they handled a piece of what they

```
 1   thought was live ordnance based on nothing but his word.
 2             THE COURT:  Okay.  So let me ask you, how much
 3   more of this do we have about the FBI interview?
 4             Because I'd like to avoid multiple objections and
 5   try to keep his testimony moving; otherwise, we're not going
 6   to meet our timeline here.
 7             MR. FISCHER:  Your Honor, it would be less than
 8   two or three minutes.
 9             MR. MANZO:  Your Honor, respectfully, just
10   because -- Mr. Fischer asked Mr. Palian if he was truthful.
11   We didn't solicit any testimony whatsoever about this.  And
12   so for now for him to get the benefit of an unfounded belief
13   that -- from Mr. Caldwell's out-of-court statement --
14             THE COURT:  I understand.
15             Look, I'll allow this limited point but please
16   move on after this, okay?
17             (Open court)
18   BY MR. FISCHER:
19        Q    So, Mr. Caldwell, in what's been marked as
20   Exhibit 164, you indicated this was an inert grenade?
21        A    That's right.  That means that's one that's not
22   capable of blowing up.
23        Q    Okay.
24             And where was this located on your property when
25   the FBI was there?
```

1    A    It was in a drawer in a toolbox in the attached

2   garage, attached to our home.

3    Q    And did there come a time when the FBI discovered

4   this item?

5    A    Yes, sir.

6    Q    Okay.

7        And I understand at that time you were giving an

8   interview with Agent Palian and another agent;

9   is that correct?

10   A    Yes, sir.

11   Q    How far along were you in the interview when this

12   item was located?

13   A    Maybe 80 percent of the way along.

14   Q    Okay.

15       And did Agent Palian ask you about whether this

16   was a live or inert grenade?

17   A    Yes, sir, he did.  He showed me a picture of it on

18   his phone and said, "What is this?"

19   Q    And in relation to where the grenade was

20   located -- the inert grenade was located to where you were

21   doing the interview, how close was it?

22   A    Maybe 30 feet away.

23   Q    Okay.

24       What did you tell Agent Palian about whether it

25   was live or inert?

```
 1       A    I told him --

 2            MR. MANZO:  Same objection.

 3            THE COURT:  Again, I'll allow this but let's move

 4  on after this, please.  Thank you.

 5            Go ahead.

 6  BY MR. FISCHER:

 7       Q    And what did you tell Agent Palian regarding

 8  whether -- the status of this grenade?

 9       A    I told him it was inert and it was a souvenir my

10  father had brought back from Korea.

11       Q    Okay.  What, if anything, happened next?

12       A    He --

13            MR. MANZO:  Objection, Your Honor.  Testifying to

14  someone else's beliefs.

15            THE COURT:  He's only testifying about what he

16  observed.  So please limit it to his observations.

17  BY MR. FISCHER:

18       Q    Sir, what happened next?

19       A    He spoke into his phone and basically repeated --

20            MR. MANZO:  Objection, Your Honor.

21            THE WITNESS:  -- my description --

22            THE COURT:  That is sustained.

23            Just what he observed Agent Palian do and then

24  let's move on.

25            THE WITNESS:  Sir.
```

8769

```
 1   BY MR. FISCHER:
 2       Q    Sir, at any time did a bomb squad arrive to your
 3   farm?
 4       A    No --
 5            MR. MANZO:  Objection.  He's not -- he's in an
 6   interview.
 7            MR. FISCHER:  I'll withdraw it.
 8   BY MR. FISCHER:
 9       Q    Mr. Caldwell, I understand at one point your
10   career -- you're somewhat familiar with the FBI from
11   personal experience; is that correct?
12       A    Yes, sir.
13       Q    And at one point, did you work for the FBI?
14       A    I did, yes, sir.
15       Q    What position did you hold?
16       A    Well, I was a GS-13, and I worked in a section in
17   the Shenandoah Valley where we actually did background
18   investigations for people who were hopeful of becoming
19   U.S. citizens.  So I thought that was a wonderful thing to
20   do, and I was glad to be a part of the FBI team.
21       Q    And was there another agency you worked with
22   through the FBI in processing those background checks?
23       A    USCIS, sir.
24       Q    Okay.
25            And, sir, let's start going to a different topic
```

1    here.  When did you first learn about an organization called

2    the Oath Keepers?

3        A    Oh, that's easy, that's going to be November of

4    2020; specifically, November 8th of 2020.

5        Q    Okay.  And how did you first learn about them?

6        A    I attended with my wife, Sharon, a rally, it was

7    only days after the 2020 presidential elections, a rally in

8    Purcellville, Virginia, out towards the Shenandoah Valley.

9            And as a -- as a favorite son, a local landowner,

10   they asked me -- and a veteran, they asked me to say a few

11   words, which I was glad to do.  And after I left, I was

12   approached by a couple of guys who said, "I've got somebody

13   I'd like you to meet," and that's when I met Stewart Rhodes

14   for the very first time and that's where I learned about --

15       Q    Let me stop you right there.  Prior to

16   November 8th of 2020 had you ever heard of the Oath Keepers?

17       A    No, sir.

18       Q    Had you ever heard of Stewart Rhodes?

19       A    No, sir.

20       Q    Okay.  So at some point at this rally -- I mean,

21   I understand -- what you were doing at the rally?

22       A    Well, like I said, I attended with my wife who

23   wanted to hear some speakers, and we were asked by our

24   Virginia delegate to -- I was asked to say a few words.

25       Q    Did Mr. Rhodes speak also?

1      A    He did, yes, sir, he did.

2      Q    Okay.

3           Did there come a time when you had a conversation

4   with Mr. Rhodes?

5      A    Yes, sir.

6      Q    Okay.

7           How did that come about?

8      A    I was brought over to him by a couple of guys that

9   turned out they were members of this organization, the

10  Oath Keepers.  He introduced himself and he described what

11  the Oath Keepers were about very succinctly.

12     Q    And, sir, at that time, what, if anything, did

13  Mr. Rhodes -- well, first of all, did he explain to you the

14  mission of the Oath Keepers?

15     A    Yes, sir, he said that --

16          MR. MANZO:  Objection; hearsay.

17          THE COURT:  I'll admit it for the limited purpose

18  of effect and understanding it had on Mr. Caldwell and not

19  for the truth of the matter of what he's been told.

20          Go ahead.

21          THE WITNESS:  Thank you, Your Honor.

22          He told me that they were an organization that was

23  composed of veterans and the current former law enforcement

24  people.  And what they did was they would provide security

25  services to speakers, conservative speakers, at various

1    events around the country.

2    BY MR. FISCHER:

3        Q    Okay.

4             And at any time was there any conversation about

5    the need for your farm?

6        A    Yes, sir.

7             Just backing up a little bit, my wife and I had

8    decided that we would like to come to Washington for the

9    Million MAGA March, which was going to be the weekend of the

10   14th of November.

11            And Mr. Rhodes said that he was going to have a

12   lot of his members.  He also said it was a national

13   organization.  A lot of his members coming to do the kind of

14   work that he described that they did.

15            And he said he was wondering if I knew some farmer

16   in the area who would have some land upon which his group

17   could camp so they could all be together and then proceed

18   into Washington, D.C. together.

19       Q    And, sir, did you end up -- did they end up using

20   your farm?

21       A    Yes, sir, they did.  There were other farmers who

22   volunteered, but because of the limited number of people

23   that were going to come and the fact that we had some pretty

24   good facilities there in terms of fresh water and stuff, my

25   wife said it was okay for me to volunteer our farm.

1    Q    Did there come a time when the Oath Keepers showed
2    up on your farm?

3    A    Yes, sir, uh-huh.

4    Q    When did that happen?

5    A    I think they began arriving about Thursday before.

6    Q    Okay.

7    A    The Million MAGA.

8    Q    How many Oath Keepers approximately showed up to
9    your farm?

10    A    I'd say maybe 15.

11    Q    Okay.

12        And what, if anything, occurred while they were at
13    your farm?

14    A    Well, they were -- first of all, they were very
15    nice people.  What we did is we sort of had a welcome
16    barbecue.

17        So we had a welcome aboard barbecue, the first two
18    nights that they were there.  And it seemed like some of
19    them were seeing each other for the first time in a long
20    time, so it's kind of a how you been sort of thing, and
21    others were meeting other Oath Keepers for the very first
22    time and, of course, it was the first time for me to meet
23    all of them.

24    Q    Let me ask you, sir.  The individuals, they're
25    defendants in the courtroom today.  I'll just ask you one by

1    one.

2            Did Stewart Rhodes at one time come to the farm

3    during November?

4        A    Yes, sir, he did.

5        Q    What about Jessica Watkins?

6        A    Yes, sir.

7        Q    What about Kelly Meggs?

8        A    No, sir.

9        Q    What about Kenneth Harrelson?

10       A    No, sir.

11       Q    When was the first time you personally had an

12   interaction with either Kelly Meggs or Kenneth Harrelson?

13       A    Right here in the courtroom.

14       Q    Okay.

15           Sir, what, if anything -- what, if anything,

16   happened -- let me backtrack.

17           I assume -- was there any military training going

18   on at your farm while the Oath Keepers were there?

19       A    No, sir.

20       Q    And were you training up a tactical band of

21   fighters to attack the Capitol?

22       A    No, sir.

23       Q    Sir, is there any military type of training or

24   equipment that's on your farm?

25       A    No, sir.

1        Q    Okay.

2             And at that time, did you end up meeting a person

3    named Paul Stamey?

4        A    I did, yes, sir.

5        Q    Could you tell us about Paul Stamey?

6        A    Right.  Paul Stamey was, for all intents and

7    purposes, kind of the organizer or the advanced guy who

8    came.

9             Paul and I hit it off immediately.  What a nice

10   guy.  Maybe because we're built similarly and we have the

11   same kind of physical issues, but he's a real down-to-earth

12   guy.  He was a former Marine.  Me being ex-Navy, there was

13   kind of that natural attraction, I guess, shared

14   experiences.

15       Q    Sir, I know you'd met Stewart Rhodes the week

16   before.  Besides Stewart Rhodes, did the people that showed

17   up on your farm, had you ever met those individuals before?

18       A    No, sir, no.

19       Q    Was there an individual names Dohnal Atkinson that

20   showed up on your farm?

21       A    Yes, as a matter of fact, uh-huh.

22       Q    Who is Dohnal Atkinson?

23       A    He introduced himself as an FBI agent.

24       Q    Okay.

25            Was he from the area or was he from outside the

8776

1    area?

2        A    He was a resident of Clarke County and Clarke

3    County is the county in which Berryville, Virginia, resides.

4        Q    Okay.

5            Sir, what was your understanding at that time of

6    any job or mission the Oath Keepers had for the

7    Million MAGA March in November?

8        A    Well, it was, as Mr. Rhodes had stated to me when

9    I first met him, that they were going to provide security.

10   He didn't tell me who to but they were going to provide

11   security to speakers during the Million MAGA March.  I guess

12   that was the 14th, Saturday, the 14th.

13       Q    Okay.

14           Did you meet a person on your farm named

15   Michael Greene or also known as Whip?

16       A    Yes, I did, uh-huh.

17       Q    Did you interact with Whip?

18       A    Very briefly.  Very nice young man.

19       Q    Okay.

20           And when did he get to your farm?

21       A    I think I was aware of him very first time it

22   would have been Sunday when Mr. Rhodes was -- he arrived

23   with Mr. Greene, and many of the Oath Keepers had already

24   left, the event being over, and there were still some from

25   North Carolina and Ohio who were still there on the farm.

1        Q    Okay.

2             And the event, you said the Million MAGA March

3    ended on November 14th; is that right?

4        A    To my recollection, yes, sir, it was Saturday.

5        Q    Did you meet a guy named Doug Smith?

6        A    Yes, I did.

7        Q    Mr. Stamey and Mr. Smith, was there anything you

8    felt that was nefarious about anything they were up to that

9    day?

10       A    No, not at all.

11       Q    And, sir, can you describe Mr. Smith, also Ranger

12   Doug I think he went by?

13       A    Right.  He's kind of tall and lean sort of guy,

14   almost cowboyish.

15            I was -- I had tremendous respect for him because

16   he was a graduate of a Ranger School and had been a combat

17   veteran, a true combat veteran.

18            And he was just he should -- he was just a

19   straight arrow kind of guy.

20       Q    Okay.

21            Sir, did you end up going to D.C. on November 14th

22   for the march?

23       A    Yes, I did.

24       Q    Did your wife go in?

25       A    She went in, too.  We had originally planned to go

1    together, but as things turned out, that did not happen.

2        Q    Okay.  And why didn't it happen?

3        A    Well, Mr. Rhodes had asked me for an additional

4    favor.  He said, "Would it be possible for you,

5    Mr. Caldwell, since you know the area so well," of course,

6    you know, I grew up in D.C. and did a couple of tours here

7    when I was a grownup, "Would it be possible for you to sort

8    of lead the guys in, kind of caravan in because they really

9    don't know where they're going."

10        The place they were trying to reach was

11    Freedom Plaza, which was supposed to be the main spot where

12    the speakers were going to be.

13        And I told him that I would.

14        My wife still wanted to go to the event.  And so

15    she went with the guy, I think, who was the President of the

16    Virginia Chapter of the Asian Pacific Americans for Trump,

17    Mr. Matt Truong, he had a bus or multiple buses of people

18    who were going to go into D.C.  So my wife could go in and

19    not be all alone.

20        Q    Sir, what was your role for the Oath Keepers that

21    day?

22        A    I was a tour guide.  That's what they referred to

23    me as, a tour guide, and that's okay.

24        Q    Sir, have you ever been a member of the

25    Oath Keepers?

```
 1        A    No, sir.

 2        Q    Have you ever been the commander of the

 3   Oath Keepers?

 4        A    No, sir.

 5        Q    Have you ever held a leadership role in the

 6   Oath Keepers?

 7        A    No, sir.

 8        Q    Did you ever lead a stack in the United States

 9   Capitol in command of a group of Oath Keepers?

10        A    No, sir, I did not.

11        Q    Okay.

12             How did it make you feel when those allegations

13   were made against you?

14             MR. MANZO:  Objection, Your Honor.

15             THE COURT:  Sustained.

16             MR. FISCHER:  I'll withdraw it.

17   BY MR. FISCHER:

18        Q    Sir, did you march in the Million MAGA March

19   rally?

20        A    No, sir, I did not.

21        Q    At some point, did you meet up with your wife that

22   day?

23        A    Yes, sir, I did.

24        Q    Sir, there have been some references to the word

25   "op" that had been used throughout this trial.  Can you
```

1    explain to the jury what an op is?

2         A    Well, an operation is nothing more than an event,

3    an event or an evolution.

4              Sometimes in the Navy, we would call somebody's

5    birthday party an op, okay?  We're going to have a birthday

6    op for so-and-so.  We're going to have a welcome aboard

7    op for such-and-such.  But it is something that's a planned

8    event.

9         Q    And, sir, without bringing them up, I'm sure you

10   were familiar with some text messages between your wife and

11   yourself regarding the Million MAGA March that was shown

12   yesterday?

13        A    Yes, sir, uh-huh.

14        Q    There was a reference to a cluster fudge.  I'll

15   just put it that way.

16        A    Uh-huh.

17        Q    What were you referring to at that time?

18        A    Well, I did not think that -- I did not think that

19   the evolution which I became a part of was particularly well

20   planned or run.  I sort of thought it was more like a

21   Keystone Cop operation.  We did not leave on time.

22             If you're trying to come downtown D.C. and there's

23   any kind of an event, whether it's the Million MAGA March or

24   the Women's March, you know roads are going to be closed,

25   things are going to be tough.  It's going to be a challenge.

1          So we were two hours late leaving from the time

2   that we were supposed to.

3          Q    Can I ask you, why were you two hours late?

4          A    Mr. Rhodes had not shown up yet.

5          Q    And, sir, as a result of that, what, if anything,

6   did you believe about Mr. Rhodes' ability to lead anybody?

7          A    Well, I just didn't think that he -- I didn't

8   think that I wanted to be a part of an operation that he was

9   responsible for leading.

10         Q    Okay.

11              Sir, did there come a time when you were aware of

12  a dispute between a North Carolina Oath Keepers and

13  Stewart Rhodes and national?

14         A    Yes, sir, uh-huh.

15         Q    Can you tell us about that?

16         A    Well, I became made aware of it by virtue of my

17  friendship with Paul Stamey, who we were talking about

18  before.

19              MR. MANZO:  Objection, Your Honor; hearsay.

20              MR. FISCHER:  This goes to state of mind.

21              MR. MANZO:  Double hearsay.

22              MR. FISCHER:  Best Evidence Rule.  I don't know.

23              THE COURT:  Let's have him answer -- ask the next

24  question, please.

25

1    BY MR. FISCHER:

2        Q    Sir, as a result of your conversation with

3    Mr. Stamey, what, if anything, did you believe about the

4    relationship between North Carolina Oath Keepers and

5    national?

6        A    It had been severed.

7        Q    Okay.

8            And to your knowledge, on January 6th, were the

9    North Carolina Oath Keepers still a part of the -- or still

10   under Stewart Rhodes', I don't know, Stewart Rhodes' wing?

11       A    No.

12           In fact, they even changed their names.  I think

13   they called themselves the Carolina Guard.

14       Q    Okay.

15           Do you remember there was an exhibit in evidence,

16   of the hundreds that are in there, but there was something

17   about you aligning yourself with North Carolina.  Do you

18   remember that, sir?

19       A    I do, yes, they were very kind to me.

20       Q    What did you mean about that, sir?

21       A    Well, I just thought that they were -- they were

22   good guys, just good, downhome guys.

23           So I mentioned that Paul and I had an embryonic

24   friendship started up.  He was a guy that liked to have an

25   adult drink or two, as I do too.

8783

1          And just as an aside, he had offered to help out.
2   I have some distant relatives who were down in
3   North Carolina, and I don't really know anything much about
4   them.  And when I mentioned that -- the town that I found
5   written on the back of a picture, he said, "Oh, I know where
6   that is.  I know where that is."  It was actually cool to
7   me, North Carolina.
8          And so he said, "Hey, you're -- you're an asset,
9   we'd love to have you down here anytime."  And I said, "If
10  you're ever up in this neck of the woods, if I can help you,
11  call on me."
12     Q    Sir, did you ever join the North Carolina
13  Oath Keepers?
14     A    No, sir, I did not.
15     Q    Okay.
16          And is there a reason why you never joined them?
17     A    Well, first of all, they're a long ways away.
18          Second of all, my physical issues make it hard for
19  me to be really dependable.
20          And I learned in the Navy that -- the NAVY is an
21  acronym, it stands for never again volunteer yourself.  And
22  so I'm not much of a joiner.
23     Q    Sir, based on the sum and substance of what you
24  observed on the weekend of November 14th, did you see
25  anything that would have led you to believe that the --

8784

1    anybody who was on your farm was up to anything nefarious?

2        A    No, sir.

3        Q    Okay.  Did you see any plot or anything involving

4    the United States Capitol?

5        A    No, sir, no.

6        Q    After the Oath Keepers left, what was the

7    condition they left your property in?

8        A    Might even have been better than it was when they

9    arrived, because they picked up after themselves and they

10   put things in order that I should have already had in order.

11       Q    Sir, can you tell the jury what a pre-strike recce

12   is?

13       A    Yeah, sure.

14            Well -- and that's military terminology, people

15   that have been in the military for a long time, and I was in

16   for a long time, adopt a terminology to their everyday life.

17   So even my wife has picked it up.

18            So pre-strike recce is a reconnaissance since to

19   go someplace, go someplace before you go someplace.  If

20   you're going to go to a doctor's office and you have to be

21   there early in the morning the next morning, it may be good

22   to go do a pre-strike recce to go and see the best place to

23   park, the best way to go, and that sort of thing.

24       Q    All right.

25            Sir, on January 19th, 2021, did the FBI ask you

1    about your usage of the word "pre-strike recce"?

2         A    I really can't recall, Counselor.

3         Q    Sir, I'm going to -- actually if we can go ahead

4    and pull up Caldwell's 1, 2, 3, and 8.

5              Sir, I'm going to put some up here.

6              First of all, I believe there's -- I'm not sure if

7    this is already in, but I believe that you're familiar with

8    a calendar that was recovered from your home?

9         A    Yes, sir, uh-huh.

10        Q    It's up on the screen.  You recognize the photo,

11   what's depicted in Exhibit 1?

12        A    Yes, sir, uh-huh.

13        Q    What is that that's depicted in Caldwell 1?

14        A    Well, that's -- the calendar is open to November

15   of 2020.

16             There is an annotation on Monday, the 9th.

17        Q    I'll stop you there, sir.

18             MR. FISCHER:  I think this has been moved in.

19   If it hasn't, we move in Caldwell Exhibit 1 at this point.

20             MR. MANZO:  No objection.

21             THE COURT:  Is it in, do we know?

22             MR. FISCHER:  It might be.

23             COURTROOM DEPUTY:  I have it as 5-1 but I think

24   it's the same picture.

25             THE COURT:  I have it in.

1    BY MR. FISCHER:

2        Q    Sir, there's a notation for November 9th.  What

3    does it say there?

4        A    I was using the abbreviation for a urinalysis

5    test.

6        Q    Okay.

7        A    It says, "11-ish.  Spoke to Eric."  I mentioned

8    earlier that I take these opioids, and when you do that, you

9    have to go periodically and do a urinalysis.  So it was

10   scheduled for 11-ish.

11       Q    Let's be clear, sir.

12            November 8th, that was the date that you met

13   Stewart Rhodes, correct?

14       A    Yes, sir, uh-huh.

15       Q    Okay.  Let's go to Caldwell -- so you are -- where

16   was that urinalysis going to be at?

17       A    It was going to be at my pain management doctor in

18   Bethesda, Maryland.

19       Q    Okay.  And we're showing you what's been marked as

20   what is Caldwell -- sir, I'm showing you what's been marked

21   as Caldwell Exhibit 2.  I believe it's already in evidence.

22   We can publish.

23            Sir, this appears to be some text messages between

24   you and a guy named Matt Combs; is that right?

25       A    Uh-huh, yes, sir, uh-huh.

8787

```
 1        Q      Who is Mr. Combs?

 2        A      Matt Combs is the guy who does our yard work.  He

 3   did the same thing for my father before he passed away to

 4   the Lord.

 5        Q      Okay.  Sir, and on the right-hand side, there's a

 6   long, like, text message you seem to send.  Can you circle

 7   that?  Can you use the monitor up there and circle that?

 8        A      Right here.

 9        Q      Okay.

10               It seems that -- did you send a text to Mr. Combs?

11        A      Yes, sir.

12        Q      What date was that on?

13        A      Let's see.  It looks like --

14        Q      I think it's all the way to the right.

15        A      It looks like November 6th, that would be a

16   Friday.

17        Q      Okay.

18               And, again, this is before you met Stewart Rhodes;

19   is that correct?

20        A      Uh-huh, yes, sir.

21        Q      Can you read that text message out to the jury?

22        A      Yes.

23               So he had previously said, "Hey, I'm going to be

24   out on Monday morning."  Obviously to cut the grass.

25   I said, "Damn.  I got to go to D.C. on Monday and be gone
```

```
 1    all day."
 2        Q    And that's fine, sir.  Can we stop it right there.
 3             Sir, did you intend to go into Washington, D.C.
 4    before you met Stewart Rhodes?
 5        A    Oh, yes, sir.
 6        Q    Okay.  Let's go to the next Caldwell 3.
 7             I won't introduce this, sir, but can you tell us
 8    what's in front of you?
 9             MR. MANZO:  Objection, Your Honor.
10             MR. FISCHER:  Okay.
11             THE COURT:  Basis?
12             MR. MANZO:  Relevance.
13             THE COURT:  It's all right.  You can -- overruled.
14             MR. FISCHER:  All right.
15    BY MR. FISCHER:
16        Q    Sir, do you recognize the document that's on the
17    screen?
18        A    Yes, sir.
19        Q    Okay.
20             And is that a -- does that have to do something
21    with a urinalysis that you took?
22        A    Uh-huh.  It looks like they've indicated the
23    collection date, that is when I gave my sample, was Monday,
24    the 9th of November.
25             And then that's the results.
```

```
1        Q    That's fine.  Okay.  We'll move.

2             Let's go to Caldwell Exhibit 8, please.

3             Sir, do you recognize what's up on the screen?

4        A    Oh, I sure do, yeah.

5        Q    What is that?

6        A    That is a legal pad that I took with me when

7    I went Downtown D.C. on that Monday, the 9th.

8        Q    Okay.

9             And if we could move in -- and was this recovered

10   by the FBI as part of your search warrant at your house?

11       A    Oh, yeah, they took it.

12       Q    Okay.

13            And this photo, when was it taken?

14       A    It could have been taken on January 19th when they

15   took it.

16       Q    Okay.

17       A    Might have been taken in the house, sir.

18            MR. FISCHER:  Okay.

19            We move in Caldwell's Exhibit 8 at this point.

20            MR. MANZO:  No objection.

21            THE COURT:  Caldwell 8 is admitted.

22                              (Defendant Caldwell's Exhibit 8
                                   received into evidence.)
23

24   BY MR. FISCHER:

25       Q    Sir, can you tell us roughly what -- there appears
```

1    to be some directions on this?

2        A    Uh-huh, yes, sir.

3        Q    And what are the directions, to what area?

4        A    Well, what I was trying to do here, since --

5    remember, this is a COVID time.  It was my first trip back

6    to the city of my birth since the whole COVID operation.

7    Now we're going to have a Million MAGA March.

8            I just wanted to take some notes as I went down

9    there so I knew what was going on.  There had been a lot of

10   problems that summer with riots and so on, and there are a

11   lot of things in the media.  And I thought, you know, I'd

12   like to go have a look-see.  I'd like to see what's going on

13   at BLM Plaza.  I'd like to take a look at what's going on at

14   Freedom Plaza.

15           And roads, whether they're still in the same

16   direction I thought they were.

17       Q    Sir, in any of the notes that you had that had

18   been recovered by the FBI or haven't been recovered by the

19   FBI, did you ever write anything about wanting to scope out

20   the United States Capitol?

21       A    No.  No, sir.

22       Q    Sir, I'm going to pull up what's been -- if we

23   take that down, we'll pull up Caldwell's Exhibit 5 and it's

24   1 through 38.

25           Sir, this is a series of 38 photographs.  Are you

```
 1   familiar with those photographs?
 2        A    Oh, yeah, these look like photos that I took with
 3   my -- with my cell phone that very day.
 4        Q    And "that very day" being the November 9th
 5   pre-strike recce?
 6        A    Yes, sir, yes, sir, that 6th Street.
 7        Q    Okay.
 8             If we can just flip through these fairly quickly.
 9   Stop right here.
10             Sir, any of these pictures you've seen so far have
11   anything to do with the United States Capitol?
12        A    No, sir.
13        Q    We just flip through a few more.
14             Let's stop right there.  Let's go back a little
15   bit.
16             Sir, it looks like you have a picture of a police
17   car and Jackson Place.  Is there any particular reason why
18   you took that photo?
19        A    Yeah.  Right here we're on, I believe, it's
20   H Street heading east.  Lafayette is going to be behind the
21   fences there.
22             And going forward, before we get to Vermont
23   Avenue, we're going to have 16th Street, which comes in
24   perpendicular from the left and the first two blocks of
25   which was where BLM Plaza because.
```

8792

1      Q     And why were you focused on BLM Plaza?

2      A     Well, you heard a lot of stuff in the media, it

3   was dangerous for you to come downtown.  I just -- I've got

4   to see for myself.

5      Q     Did that have anything to do with November 14th,

6   the rally?

7      A     No, sir, no.

8      Q     And, sir, was there anything you were doing --

9   I know you indicated before your wife and you were planning

10  to go to the rally on November 14th; is that right?

11     A     Yes, sir, uh-huh.

12     Q     Did you do anything to -- do anything to check out

13  whether it was going to be a safe place to be on

14  November 14th?

15     A     Oh, yes, sir, that's what this part of my trip, my

16  trip to D.C. that day was all about it.

17     Q     Sir, I'm not going to go through all of these

18  photos, but what was the route that you took on your,

19  "pre-strike recce"?

20     A     Well, roughly, I came in -- like I said, we're on

21  H Street, went across -- came to the corner of 15th, turned

22  south, turned right on South and took it down a block or

23  two.

24           And then New York Avenue comes in from the left

25  and there's a very historic building there.  It's a bank

1    building from 1888, a wonderful example of Queen Anne

2    architecture, and I'm glad that they've saved it.

3              There it is, right there.

4        Q    All right.

5        A    I think it might be SunTrust Bank.  They've got an

6    amazing amount of copper that was used in the eaves of this

7    thing.  It's really something.  It's all green.

8              And I'm stopped at the light.

9        Q    Sir, let me stop you there.  I want to move along

10   here.

11             But the bottom line is, was there anything on this

12   pre-strike recce that you took on November 9th that had

13   anything to do with January 6th?

14       A    Gosh, no.

15       Q    Can we go towards the end, please.

16             Sir, do you recognize what's in that photograph?

17       A    I sure do.  We're on M Street, headed west,

18   Connecticut's behind us.  Like I said, we're going west

19   coming up on 19th Street.

20       Q    Is there any particular reason why you took that

21   photograph?

22       A    Well, it's kind of walk down memory lane.

23             The Camelot Club, back in my younger days of

24   red-blooded American guy, worked very long hours at the

25   intel center, and there were few places to get a meal at a

1    full kitchen at 11:30 or midnight any day of the week, and

2    that was a spot that I had stopped by and I enjoy dinner on

3    the way home and some folk dancing.

4        Q    Mr. Caldwell, was there any planning for

5    January 6th in the Champagne Room at Camelot?

6        A    No, sir.

7        Q    All right.

8            Sir, while we're on the topic of M Street, you

9    here when the government suggested that you could take

10   M Street clear across the top of Washington, D.C., do you

11   remember that?

12       A    I do remember that.

13       Q    Is there a reason why that's not possible?

14       A    Yes, there is.

15       Q    Can you explain to the jury why it's not possible?

16       A    Yes.

17           If you're coming out of Georgetown on M Street,

18   once you get to the Four Seasons, you're going to have to

19   make a really radical change because, as you can see, we're

20   going one way west on M Street.

21           So never the twain shall meet, you've got to make

22   a decision.

23           So the eastbound portion of M Street ends right

24   about at the Four Seasons.  You have to take a jog to the

25   right, go down to Washington Circle, like that.  So M Street

```
 1    doesn't go all the way through.
 2         Q    Okay.
 3              We're going to pull up Caldwell Exhibit 14.  While
 4    she's doing that, sir, so you can say for the record 100
 5    percent under oath that what you did on November 9th had
 6    nothing to do with January 6th?
 7         A    Yes, sir.  I don't think that the January 6th
 8    thing was even announced.
 9         Q    Now, did you send a text message to
10    Stewart Rhodes?
11         A    Yes, I did.
12         Q    Okay.  Regarding what you saw on November 9th?
13         A    I did.
14         Q    Why did you send a text message to Stewart Rhodes?
15         A    Well, I knew he had guys coming in.  And I was
16    interested in sharing with him my thoughts.  He wanted to
17    know if I could bring them in.  And I just thought there
18    was -- it was a weird vibe in the town.  You know, this is a
19    very lively town, and it's the first time I had seen it in
20    the COVID state, and I just kind of shared my experience.
21         Q    Okay.
22              And, sir, what was the purpose?  I mean, what were
23    you telling Stewart Rhodes or what were you suggesting to
24    him through your email?
25         A    Just that I think that if I had seen some kind of
```

```
 1    great danger from BLM or something like that, I think I
 2    would have told him, and I think that would have affected my
 3    decision for my wife and I to go into D.C. together or
 4    apart.
 5         Q    Sir --
 6         A    Go ahead.
 7         Q    Thank you.
 8              I'm going to show what's Caldwell Exhibit 14, it's
 9    already in evidence.  Do you see what's up on the screen?
10              Publish that to the jury.
11         A    Yes, sir.
12         Q    It looks like you sent an email to somebody?
13         A    Yes.
14         Q    Who did you send it to?
15         A    This is Doug Smith, also known as Ranger Doug.
16         Q    And he's the guy from the leader of the
17    North Carolina Oath Keepers at the time?
18         A    Yes, sir, uh-huh.
19         Q    This appears to be an op plan that's attached to
20    this email; is that correct?
21         A    That's what I called it.
22         Q    Can we scroll down, please.
23              Sir, at the very top, it says "Operations plan,"
24    is that right?
25         A    Uh-huh.
```

8797

```
1        Q    Sir, I mean, you've reviewed this document ahead

2   of time; is that correct?

3        A    Yes, sir.

4        Q    I know you wrote it; is that correct?

5        A    Yes, I did.

6        Q    How long did it take you to write this op plan?

7        A    I was working on this thing probably almost four

8   years.

9             I began researching Antifa in 2016.

10       Q    And, sir, did there -- in going through this, were

11  you able to find the word Antifa in this document?

12       A    Yes, sir, I believe it's the sixth word of the

13  first paragraph.

14       Q    Okay.

15            And without reading the whole thing, and I'm sure

16  the jury, if they want to, they can read it, but what is the

17  general point of this document or this writing?

18       A    Well, when I was in the Navy, you know, I didn't

19  have a John Wayne kind of career, I had more of a McHale's

20  Navy kind of career.

21            And I was a researcher, an analyst and a writer.

22  And sort of came naturally to me.

23            And I didn't like seeing people injured in riots

24  and so forth, so I began to research through every means I

25  could find, legal means, of course, what was going on with
```

8798

1   Antifa.  Were they real?  Were they a localized or

2   decentralized kind of insurgency?  What kind of real things

3   do they try to do?

4          And there are a lot of things you can get through

5   what we call open source, like newspapers, online magazines.

6   And then there are only things you can get from their

7   websites themselves.

8   Q    Sir, at some point, you recall a message you had

9   sent about something about planning a much bigger op.

10  Do you remember that message?

11  A    Uh-huh, sure.

12  Q    What was the intent or what was your meaning

13  behind that message?

14  A    Well, when I first met Ranger Smith, we're going

15  to go back to November weekend, I mentioned he was an

16  operator, something I was not.

17         And I told him I was looking at these guys.

18         And when I revealed to him some of the tactical

19  things that I had found out, I would say he was startled.

20  And he said that he wanted to know anything that I could

21  tell him.  And as time went on, he said that he thought that

22  I should be planning on them, Antifa --

23         MR. MANZO:  Objection, Your Honor; hearsay.

24         THE COURT:  Sorry, can you --

25         MR. FISCHER:  I'll just move along, Your Honor.

1    BY MR. FISCHER:

2         Q    Sir, as a result of your conversation with

3    Doug Smith, what, if anything, did you do?

4         A    What did I do?

5         Q    Well, let me withdraw that.

6              The message I'd indicate, there was a message you

7    said that you're planning a much bigger op or they were

8    planning a much bigger op?

9         A    Uh-huh.

10        Q    What was that?

11        A    Yeah, that is Antifa would be planning a much

12   bigger op than they had on the Million MAGA, because there

13   were so many Trump people for the first one that possibly

14   they, Antifa, would have a bigger op, more of them.

15        Q    Okay.

16             And were there times when you indicated that the

17   North Carolina Oath Keepers themselves might be planning a

18   much bigger op.  If I remember correctly, there's something

19   about a much bigger op.  Does that sound --

20        A    No, not really.

21             And I never got the feeling really that either

22   Mr. Stamey or Mr. Smith were planning on anything, anything

23   other than, you know, maybe a campout down at Ranger Smith's

24   Whiteville farm.

25        Q    If we could pull up Caldwell Exhibit 15 for the

```
 1    witness only, please.
 2          Sir, did you research Antifa prior to even meeting
 3    the Oath Keepers?
 4    A     Absolutely.
 5    Q     And your research, did you look up open source
 6    articles?
 7    A     Oh, sure, yes.
 8          That looks like some of them.
 9    Q     Okay.  This is Exhibit 15.
10          What's up on the stage, is that one of the
11    articles that you researched?
12    A     Uh-huh, yes, sir.
13          MR. FISCHER:  We'll move in Caldwell Exhibit 15.
14          MR. MANZO:  Objection, Your Honor.
15          THE COURT:  Basis?
16          MR. MANZO:  Phone.
17          (Bench conference)
18          THE COURT:  What's the basis for the objection?
19          MR. MANZO:  Just that we're going to move in five
20    articles right now that I believe they're going to argue for
21    the truth of the matter asserted that Antifa is a real thing
22    and that there was a national threat.
23          I think if there's a limiting instruction where
24    it's clear that these articles are not being for the truth
25    of the matter asserted, then that's fine.
```

```
 1              THE COURT:  Okay.

 2              I mean, I didn't think Mr. Fischer was going to

 3    argue the truth of the articles' contents.  I'm happy to

 4    give a limiting instruction that they're simply being

 5    offered to demonstrate that Mr. Caldwell possessed them and

 6    read them and not for the truth of what the articles say.

 7              MR. FISCHER:  Your Honor, I think I have like

 8    seven or eight of them maybe.  I'll do that after.  I'll let

 9    you know when I'm done.

10              MR. MANZO:  We do think that's cumulative and

11    unnecessary.  If he's saying that he read articles, I don't

12    know why we need have in five or seven of them.

13              THE COURT:  Well, because it corroborates his

14    testimony that he was curious about this organization or

15    whatever it was.  And it wasn't just one article, it was

16    multiple articles.  So I'll overrule the objection.

17              (Open court)

18              MR. FISCHER:  Pull up 15 again, please.

19              So, Your Honor, at this time, we'll move in

20    Caldwell Exhibit 15.

21              THE COURT:  Mr. Fischer, why don't you move all of

22    them in at once, the ones that you're intending to

23    introduce.

24              MR. FISCHER:  I'll do that.

25              Let's go to Caldwell 16, please.
```

8802

BY MR. FISCHER:

        Q    Sir, do you recognize what's in Caldwell 16?

        A    Yes, sir.

        Q    It appears to be a Daily Caller article; is that correct?

        A    Yes, sir.

        Q    Let's go to Caldwell 17.

             It appears to be another news article by someone named Victor Fiorillo?

        A    Yes, sir, from Philadelphia.

        Q    Can we move in the next one, 18.

             And it looks like another news article; is that correct?

        A    Yes, sir.

        Q    Move in No. 19 -- or actually -- move in No. 19, please, Caldwell 19.

             And this appears to be another news report; is that correct?

        A    Yes, sir.

        Q    Move to 20.

             Agree it's another news report?

        A    Yes, sir.

        Q    No. 21, please.

             Another news report, correct?

        A    Yes, sir.

```
 1      Q     21.

 2            Can you explain what's in 21.  Actually, pull up

 3   21, please.

 4      A     Well, this was an article that talked about the

 5   peaceful nature of the MAGA March and then they're

 6   alleging --

 7      Q     Let me stop you right there.  Let's go to 22,

 8   please.

 9            I'll move them all in.

10            Sir, what does this -- it was 22, I meant.  What

11   does this particular --

12      A     Oh.  Oh, okay.

13            Yeah, RUST, the Remote Uprising Support Team,

14   they're really the touchstone for the various Antifa groups

15   on the East Coast.  They use a number of telegram sites --

16   telegraph sites, excuse me, or is it telegram?  Telegram

17   sites.

18            Philly's Plant Swap Chat is one.  Strike Force

19   2020 is another.  And they all -- they all use this as a

20   jumping off point, and this is where they have their

21   tactical training that they discuss and also they let people

22   know where they can get support for communications, for

23   training, for money to just buy food, and so on and so on.

24      Q     All right.  Sir, let's move on to 22, please.

25            Make it 24 then.  We're going to skip 23 and go to
```

8804

 1  24.

 2          And, actually, we'll stop it right there.

 3          MR. FISCHER:  Your Honor, at this time, we move in

 4  Caldwell's Exhibit 15, 16, 17, 18, 19, 20, 21, and 22.

 5          THE COURT:  Before I do so, can I just ask you to

 6  get quickly get back on the phone, Mr. Fischer.  I just have

 7  one question I should have asked earlier.

 8          (Bench conference)

 9          THE COURT:  I don't think he established where

10  these articles came from.  Were they something in a

11  hard-copy file or where did they come from?

12          MR. FISCHER:  Your Honor, they were on his

13  computer when the FBI seized it.  He's going to testify he

14  did research for many years, and these were things that he

15  had pulled down off the Internet and were on this computer.

16          THE COURT:  So these are things that he had saved

17  and were found.  Okay.

18          (Open court)

19          THE COURT:  So Exhibits 15 through 22, Caldwell,

20  will be admitted.  These are being admitted not for the

21  truth of their contents, but rather to establish that

22  Mr. Caldwell possessed these articles.  Again, not being

23  admitted for the truth of the contents of the articles, but

24  the fact that Mr. Caldwell possessed them.

25                  (Defendant Caldwell's Exhibits 15 through 22
                    received into evidence.)

1

2    BY MR. FISCHER:

3        Q    And, sir, what you reviewed here as Caldwell's

4    Exhibit 15 through 22, were those things that you had

5    researched on the Internet regarding Antifa?

6        A    Yes, sir, uh-huh.

7        Q    And did you have them on your computer on

8    January 6th, 2021?

9        A    I believe I did.

10       Q    And did you have them prior to that?

11       A    Yes, sir.

12       Q    Okay.  How much prior to that?

13       A    Well, you know, I probably pulled them down as

14   I went along.  Like I said, I had been researching Antifa

15   since 2016.

16       Q    Okay.

17            And, sir, we have 15 up on the screen.  It looks

18   like that's a Slate article; is that correct?

19       A    Uh-huh, yes, sir.  It --

20       Q    About Antifa?

21       A    Right.

22       Q    Is that part of your research?

23       A    Yeah, this is one of the earlier ones from 2017;

24   one of the real good keeper that I had.

25       Q    Let's go to No. 16, please.

```
 1              Is that the Daily Caller article regarding Antifa
 2    also?
 3        A    Uh-huh, yes, sir.
 4        Q    What's date on that one?
 5        A    Without my spectacles.  Thank you very much.
 6    That's 2019.
 7        Q    Okay.  Let's go to 17.
 8             Looks like another article regarding Antifa?
 9        A    Uh-huh, yes, sir.
10        Q    What's the date of that article?
11        A    2018, sir.
12        Q    And, sir, without pulling all these things up and
13    without boring everybody, the bottom line is, did you do a
14    lot of research regarding Antifa prior to dealing with the
15    North Carolina Oath Keepers?
16        A    Yes, I did.
17        Q    Okay.  And are these all the Antifa articles you
18    would have saved, or is this just a sample?
19        A    Oh, gosh, no, this is only a sample.
20        Q    Okay.  Thank you.  You can pull that down, please.
21             Can we put 24 up just for the witness, please.
22             Sir, do you recognize what in Caldwell Exhibit 24?
23        A    Yes, I do.
24        Q    Okay.  Who's on this?
25             It looks like it's some sort of Signal message;
```

1    is that correct?

2         A    It does.  It looks like it's from an Oath Keeper

3    guy named Bill Abshire.

4         Q    And who is Bill Abshire?

5         A    He is a Navy veteran.  He was a cryptologist in

6    the Navy.  And he was one of the guys that would be doing

7    online and then posting things that he was finding about

8    counterprotests anytime that the Oath Keepers were

9    operating.

10        Q    Okay.  There's a message at the bottom regarding

11   Antifa.  Who sent that message?

12        A    It looks like that's one that he sent.

13        Q    And who received the message?

14        A    I would imagine -- I can't tell if it's anybody

15   that's on this particular chat.  I can't really see if he's

16   on this chat.

17        Q    Can we move down on the exhibit a little.

18             Sir, were you on this message?

19        A    Yeah, looks like that's off my phone, so he would

20   have sent that directly me to.

21             MR. FISCHER:  Okay.  Moving Caldwell Exhibit 24.

22   BY MR. FISCHER:

23        Q    Sir, is there a reason why you would have had this

24   on your phone or a Signal message?

25        A    Well, I had not --

```
 1              THE COURT:  Mr. Caldwell, I'm sorry.

 2              Is there an objection?

 3              MR. MANZO:  Just as long as it's not for the truth

 4   of the matter.

 5              THE COURT:  Okay.

 6              MR. FISCHER:  I agree, Your Honor, that's fine.

 7              THE COURT:  All right.  Subject to that,

 8   Caldwell 24 will be admitted.

 9              This is being admitted, ladies and gentlemen,

10   again, not for the truth of the contents of the exhibit, but

11   rather to show that Mr. Caldwell received it and what he

12   understood.

13                              (Defendant Caldwell Exhibit 24
                                  received into evidence.)
14

15   BY MR. FISCHER:

16      Q    Sir, at the bottom there's a message in the blue

17   bubble, can you read that to the jury?

18      A    Message in the blue bubble says, "Antifa in D.C.

19   are preparing for sunset with their riot gear."

20      Q    Okay.

21              And if we can move up on that exhibit, please.

22              What date was this sent on?

23      A    It looks like November 14th, sir.

24      Q    Okay.

25              Can we pull up Caldwell 25 for the witness only,
```

1    please.

2              Can we go to the bottom, please.

3              THE COURT:  Mr. Fischer, hang on one second.

4              Are we all set?  Terrific, thank you.

5    Mr. Fischer.

6    BY MR. FISCHER:

7         Q    Okay.  I'm actually going to not put up 25.

8              I put Caldwell 28 for the witness.

9              Do you see that message?

10        A    Yes, sir, uh-huh.

11        Q    Is that Mr. Abshire again?

12        A    Yes, sir, it appears to be.

13        Q    And who did Mr. Abshire send a message to?

14        A    Again, I don't -- I don't know if this is part of

15   a chat group or what.

16        Q    Okay.  But did you receive the message?

17        A    I did.

18        Q    Okay.

19             By the way, what organization was Bill Abshire a

20   part of?

21        A    He was a part of the -- he was a part of the

22   North Carolina Guards.

23             MR. FISCHER:  Okay.

24             And, Your Honor, at this time we move in Caldwell

25   Exhibit 28.

8810

```
 1              MR. MANZO:  Same objection.

 2              MR. FISCHER:  We agree.

 3              THE COURT:  Okay.  28 will be moved in.

 4              Ladies and gentlemen, same limitation on this

 5    particular exhibit.

 6                             (Defendant Caldwell's Exhibit 28
                                    received into evidence.)
 7

 8    BY MR. FISCHER:

 9         Q    Sir, we're going to publish to the jury.

10              It looks like Mr. Abshire sent something out.  Can

11    you read that to the jury, please?

12         A    The entire bubble, sir?

13         Q    Keep reading until I tell you.

14         A    Yes, sir.

15              "If you are going to be out and about this

16    Wednesday, keep a few things in mind:  Affinity groups

17    should have a contact person who is not there who has all of

18    your support contacts.  Don't get into Signal groups with

19    people you don't know.  Have medical gear and if you can

20    equipment like tourniquets.  Remember to message RUST

21    contact bot if you have any updates."

22         Q    Sir, to your knowledge, do you know what RUST

23    contact bot was?

24         A    Yes, it was connected to the Remote Uprising

25    Support Team, RUST, that we talked about before, which was a
```

1    clearinghouse for a lot of Antifa stuff.

2        Q    If we could pull 28 down and put up 29 up, please,

3    for the witness only.

4            Sir, do you remember Joe Godbold that testified

5    yesterday?

6        A    I sure do.

7        Q    How do you know Mr. Godbold?

8        A    He is the son of a gentleman named Dennis Godbold

9    whose farm is relatively close to the farm of my wife and I.

10   And he was instrumental and helped me settle my father's

11   estate.

12       Q    All right.  And did you have text communications

13   with Joe Godbold in the month of January 2021?

14       A    Yes, sir.

15       Q    And we have some up on -- in front of you.  Do

16   those fairly and accurately represent a portion of text

17   messages between Joe Godbold and yourself?

18       A    Yes, sir.

19       Q    All right.  We move in Caldwell's Exhibit No. 29,

20   Caldwell 29, please.

21           MR. MANZO:  No objection.

22           THE COURT:  All right.  Caldwell 29 will be

23   admitted.

24                           (Defendant Caldwell Exhibit 29
                              received into evidence.)
25

1          MR. FISCHER:  Publish to the jury.

2     BY MR. FISCHER:

3          Q    At the very top, sir, if you could circle the very

4     top text message, sir.  Can you read that, please?

5          A    Yep.

6               A little spicy here, but here we go.

7               "Yeah, we just came back from a recce" --

8     reconnaissance -- "and lots of good folks.  I hope there are

9     a poopload of people there.  Antifa is being bussed in.

10    I am part of the Oath Keepers Intel group and we have

11    identified certain bad actors and I am point man for Strike

12    Team Alpha so we are going to their rally point and we'll

13    see who wants to play F-F as they say."

14         Q    Sir, can you explain that interesting text

15    message?

16         A    Yes.  Well, first of all, Strike Team Alpha point

17    man is a silly moniker that was given to me by Mr.  Stamey,

18    because I've never seen any real combat like a Marine had so

19    anyway that's just a little joke between he and I.

20              I was in contact with people like Paul Stamey and

21    also Bill Abshire, who they call Sailor, about people coming

22    in who might be bad actors with bad intent.

23         Q    Sir, as I understand, you did receive some Signal

24    messages in the group from North Carolina; is that correct?

25         A    Uh-huh, yes, sir.

1    Q    Okay.

2         Was that part of the national Oath Keepers chat

3    group or was that specific to the state of North Carolina?

4    A    It was specific to the state of North Carolina and

5    it was more an information clearinghouse as opposed to like

6    a communications vehicle.

7    Q    Sir, did you ever intend to go out to an Antifa

8    rally point and play F-F with them?

9    A    No, I'm afraid I'd get my you-know-what kicked.

10        No, sir, never did.

11   Q    Okay.  Thank you.  You can pull that down.

12        Pull up No. 30, please.

13        All right, sir, was there something called the

14   North Carolina Gray Board?

15   A    Yes, sir.

16   Q    Can you tell the jury what the Gray Board was?

17   A    Yes, the Gray Board was the Signal message board I

18   was just speaking about, which was a clearinghouse for

19   information, information about groups that they might

20   encounter, things like that.

21        And even right down to traffic advisories.

22   Q    Okay.

23        And up on the screen, do you recognize what's up

24   on the screen?

25   A    Yes, sir, I do.

8814

1        Q    Okay.  Does that appear to be a message from the

2   North Carolina Gray Board?

3        A    It does.

4        Q    Did you receive that message.

5        A    I believe I did.

6        Q    Okay.

7             MR. FISCHER:  Moving in Caldwell Exhibit 30 with

8   the same limiting instruction.

9             MR. MANZO:  Same.

10            THE COURT:  All right.  Caldwell 30 is admitted.

11            Ladies and gentlemen, subject to the same limiting

12  instruction about the nature of the exhibit.

13                             (Defendant Caldwell Exhibit 30
                                     received into evidence.)
14

15  BY MR. FISCHER:

16       Q    All right, sir --

17            We can publish to the jury and expand that,

18  please.

19            Sir, this is appears to be from Ranger Doug Smith;

20  is that right?

21       A    Uh-huh, yes, sir.

22       Q    And what, if anything, did he send out on this

23  Gray Board?

24       A    Well, what he's sending out is he's sending out

25  the symbology and the names of some affiliated groups that

1    is affiliated with Antifa as an overarching organization.

2        Q    Okay.

3            Sir, I have a number of other exhibits, I don't

4    plan on putting them in, but is this fair to say that what

5    I've just showed with these -- the Antifa-related exhibits,

6    is this all of them or is this a sample of what were in your

7    texts and Signal records when the FBI seized or raided your

8    house?

9        A    Only a sample, sir.

10       Q    Okay.

11           Is it fair to say you and others were concerned

12   about Antifa in Washington, D.C.?

13       A    Absolutely.

14       Q    Is there anything in any of these messages that

15   says anything about a plan or plot to attack the

16   United States Capitol?

17       A    No, sir.

18       Q    All right.  Thank you, you can pull that down.

19           Sir, I'm going to move along.

20           On January 5th, 2021, did you, your wife,

21   Paul Stamey, and guy named Randy Earp construct a pre-strike

22   recce in Washington, D.C.?

23       A    Absolutely.

24       Q    I'm going to pull up Caldwell's Exhibit 9, 10, 11,

25   12, please.

1          Sir, what was purpose of the "pre-strike recce" on

2    January 5th?

3      A    For me, the purpose was to see if we had any porta

4    potties located down on The Ellipse where the events were

5    going to happen.

6      Q    Okay.

7          And actually just pull up No. 10, please,

8    I'm sorry.  We'll skip to 10.

9          Sir, you've seen this a number of times.  Shawn

10   Pugh, who was Tree Shawn Pugh?

11     A    Right, Shawn Pugh is a gentleman from the

12   Shenandoah Valley who has a tree service.  And he was going

13   to --

14         THE COURT:  I'm sorry, Mr. Fischer, can you just

15   state the exhibit again, number for the record, please.

16         MR. FISCHER:  Yeah, it's Caldwell Exhibit 10.

17         THE COURT:  Okay.  Sorry for the interruption.

18   Go ahead.  Okay.

19   BY MR. FISCHER:

20     Q    It appears to be sent on January 5th at 5:00 p.m.,

21   is that right, Mr. Caldwell?

22     A    Yes, sir, uh-huh.

23     Q    Was this recovered from your phone?

24     A    Probably so, yes, sir.

25     Q    Okay.

1       Sir, there is an indication there, it says

2  something about "Just got."  Can you read that to the jury?

3     A   Yes, sir.  "Just got back from recce:  Lots of

4  fresh porta potties being placed."

5     Q   Okay.

6       Sir, besides fresh porta potties, was there

7  another reason why the people in the vehicle wanted to do a

8  "pre-strike recce" in Washington, D.C.?

9     A   Well, sure.  My wife went along because we always

10  want to be together.

11       Paul Stamey also went, along with a guy, I call

12  him one of the Randies.  It might have been Randy Earp.

13  They were interested in taking a look around to see where

14  the buses that were bringing the North Carolina folks up for

15  the Million -- excuse me, for the January 6th events at The

16  Ellipse would be.

17     Q   Can we go to Caldwell 11, please.

18       And this is -- a Signal message is being pulled up

19  that's already in evidence.

20       Sir, you're already familiar with Caldwell No. 11?

21     A   Oh, sure.

22     Q   Okay.

23       And on the bottom there, it says, "You will be

24  pleased."  Can you read that to the jury?

25     A   "You will be pleased to know the President has

8818

```
 1   provided 80 fresh porta potties which are being placed right

 2   now."

 3        Q    And at the top of that, it indicates, will you

 4   read the first sentence?

 5        A    "Just got back from recce with Sharon, Paul, and

 6   Randy."

 7        Q    Okay.

 8        A    "Everything I told you about bus related is

 9   correct."

10        Q    Okay.

11             So, sir, what was -- are you sure the purpose of

12   the January 5th, 2020, [sic] recce was not to attack the

13   United States Capitol?

14        A    I'm sure.

15        Q    Was the FBI right about that?

16             MR. MANZO:  Objection.

17             THE WITNESS:  No, they were wrong.

18             THE COURT:  Sustained.  Sustained.  Sustained.

19             MR. FISCHER:  All right.  I'll withdraw it.

20   BY MR. FISCHER:

21        Q    Sir, can I ask you --

22             Let's go to Caldwell No. 12, please.

23             Sir, do you recognize what's been put up on the

24   screen?

25        A    Uh-huh, yes, sir.
```

1    Q    Is this a Signal message involving Matthew Truong?

2    A    Yes, sir, it looks like it's probably from me.

3    Q    You already indicated who Mr. Truong is.  Did you

4  receive this message?

5    A    That looks like one that I had sent to him.

6    Q    What date did you send?

7    A    It looks like January 4th, sir.

8         MR. FISCHER:  Okay.  At this time, we move in

9  Caldwell's Exhibit No. 12.

10        MR. MANZO:  No objection.

11        THE COURT:  All right.  Caldwell 12 is admitted.

12                    (Defendant Caldwell Exhibit 12
                          received into evidence.)

13

14        MR. FISCHER:  We can publish please.

15  BY MR. FISCHER:

16   Q    Sir, would you read where it starts with "Matt"?

17   A    Yes, sir.

18        "Matt, have you heard any more about rumors

19  Mayor Bowser has forbidden placement of porta potties for

20  the MAGA event as well as closure of restaurants/coffee

21  shops?"

22   Q    Why were you asking Mr. Truong that question?

23   A    I was just wondering because he was bringing a

24  very large group into town, I wonder if he might have some

25  information that I was not privy to.

1      Q    All right.

2           And it appears to be an Antifa, something

3    regarding Antifa below that.

4           Do you know what that's about?

5      A    It looks like that's a post.  I'm not sure if

6    that's from Mr. Truong or myself, forwarding a thing that --

7    it looks like a link to a web based news article about

8    Antifa being bussed into D.C.

9      Q    All right.

10          We can take that down.

11          Sir, are you familiar with an app called Life360?

12     A    Yes, sir, I am now.

13     Q    Okay.

14          Well, have you ever been part of a Life360 circle?

15     A    No, sir.

16     Q    Were you part of a North Carolina Oath Keepers

17   Life360 circle on January 5th or 6th, 2021?

18     A    No, I was not.

19     Q    Are you aware -- what, if anything, are you aware

20   about of Life360 involving this case?

21     A    Life360 is something that the FBI accused me of

22   having and actually organizing a group.

23          MR. MANZO:  Objection, Your Honor.

24          THE COURT:  Sustained.

25          MR. MANZO:  Can we get on the phone?

```
 1              (Bench conference)

 2              THE COURT:  Hang on.

 3              Mr. Fischer, come on.  You know what he's going to

 4    say.  He can't testify about criticizing the FBI and what

 5    the allegations are.  So can we avoid this?  It's going to

 6    avoid the objections.  Please.

 7              MR. FISCHER:  Well, it seems to me, Your Honor,

 8    that the reliability of investigation, if Mr. Caldwell is

 9    being accused of being on Life360 and he is not on Life360,

10    they accused him of being on it and being part of a Life360

11    circle with the North Carolina Oath Keepers.

12              MR. MANZO:  There's no evidence in front of this

13    jury about Mr. Caldwell being on Life360.  And for

14    Mr. Caldwell to opine on the government's investigation is

15    improper.

16              THE COURT:  Well, hang on.

17              Look, what I have allowed and found appropriate is

18    if there are public statements made by the government

19    accusing Mr. Caldwell of certain conduct, particularly early

20    in the investigation that can be viewed as admissions, I've

21    allowed that in.  And it's not clear to me where this comes

22    from, just to kind of drop it in there lacks the kind of

23    foundation that you might need to actually get this in.  So

24    I don't understand what the foundation of it is.

25              MR. FISCHER:  Your Honor, if I can just go back a
```

8822

```
 1   little bit because on this, to go back to the pre-strike
 2   recce first.  These are overt acts that are in the
 3   indictment.  This is what the government --
 4           THE COURT:  The pre-strike recce is fine.
 5   I'm talking about the Life360 stuff.
 6           MR. FISCHER:  Your Honor, there was testimony
 7   through the FBI that they did a search warrant early --
 8   Palian and, I believe, Drew both testified about Life360.
 9           I asked Palian about him getting a search warrant
10   for Life360, they found out he was not on Life360, they
11   thought he was, they had accused him of it, they got a
12   search warrant and they found out he wasn't on it.
13           THE COURT:  All right.
14           Well, there's nothing inappropriate about that.
15   That's just an investigation that turns out to actually be
16   something that doesn't establish a suspicion.  I don't see
17   why that's a problem.
18           And when did they accuse him of being on it?
19           MR. FISCHER:  Your Honor, they accused him on
20   it -- they definitely wrote a search warrant where they said
21   that he was on a Life360circle.  They made a specific
22   allegation that he was on it.  And they were trying to get
23   his records.  The records came back and they had no records.
24   So they had to go back and ask and they found out he was
25   never on it.
```

```
 1              THE COURT:  Well, see, that's the kind of
 2    foundation I'm not familiar with, and so to just drop this
 3    into the testimony is going to draw the objection.
 4              MR. FISCHER:  I'll move on, Your Honor.
 5              THE COURT:  Okay.  Thank you.
 6              (Open court)
 7              THE COURT:  So that objection was sustained.
 8              MR. FISCHER:  Okay.
 9    BY MR. FISCHER:
10        Q    And, sir -- the Court's indulgence.
11             Caldwell No. 37, please, just for the witness.
12             And can we -- sir, do you see what's up on your
13    screen I marked as Caldwell Exhibit 37?
14        A    I do, sir.
15        Q    If we could move down, please.
16             You see the second page?
17        A    Yes, I do.
18        Q    Let's go to the third page, please.
19             Okay.  Can you blow that up, please.
20             Okay.  Sir, what's up on the screen in Caldwell
21    Exhibit 37, do you recognize that series of documents?
22        A    Yes, sir.  This is a document that I wrote called
23    MAGA Advice.  It was on my computer at the time that the FBI
24    seized it on the 19th of January, 2021.
25        Q    And what, if any -- and what was the purpose of
```

8824

drafting this document?

A     This document was drafted by me to help anyone who was planning to come to Washington, D.C. on January 6th or thereabouts who was not familiar with the city so that they would have a better experience.

Q     When did you draft the document?

A     I think I finalized it on the 29th of December of 2020.

Q     And what was -- was there a specific purpose why you put this out there, the document out?

A     Well, like I said, I wanted it to serve as maybe a guide or friendly reminders things to think about for anybody that wasn't familiar with our city and wanted to come in around that time.

Q     Okay.

And if we could go to the top of the document, please.

Sir, it appears -- what's the first page of this document?

A     That looks like the -- when you go on your computer and you go to Documents, it lists everything that's there, the folders, and then anything that's in the root. MAGA Advice stands alone as a Word document in the root of the Documents section of that computer.

Q     Okay.

8825

```
1              And, sir, did you send that piece of MAGA Advice
2    out to other people?
3         A    Actually, I did.
4              What I remember most is providing it to Shawn Pugh
5    and his friends.
6         Q    Sir -- you can take that down, it's just for
7    identification.
8              Sir, can I ask you, Shawn Pugh, there was some
9    talk about the Blue Ridge Militia?
10        A    Uh-huh.
11        Q    Can you tell the ladies and gentlemen of the jury
12   what the Blue Ridge Militia is?
13        A    Blue Ridge Militia is a group of elderly folks
14   that are out in the Shenandoah Valley who are radio
15   operators, ham radio operators, and the such.
16             They see themselves as a way to augment local
17   police, fire, and rescue, and so on, if there was a natural
18   disaster, if there was a power outage, and so on, so that
19   they could have some kind of communications to help people
20   get to where they're needed.  When I say "people," I'm
21   talking about first responders.
22        Q    Was Shawn Pugh a member of the Blue Ridge Militia?
23        A    Yes, yes, he was.
24        Q    Is Shawn Pugh elderly?
25        A    No, he is by far the youngest member that I could
```

8826

```
 1    identify of the Blue Ridge Militia.
 2         Q    How old is Mr. Pugh?
 3         A    I would put him in his late 40s.  That's a guess.
 4         Q    Okay.
 5              Did you have any reason to believe the Blue Ridge
 6    Militia was a group that people in Washington, D.C. needed
 7    to be afraid on January 6th?
 8         A    No, sir, I did not.
 9         Q    Okay.
10              And, sir, just out in the Shenandoah Valley,
11    I understand the word "militia" may have a different
12    connotation in other places.  Can you explain that?
13         A    Yes, sir.
14              MR. MANZO:  Objection, Your Honor.
15              Personal knowledge.
16              THE COURT:  Can you just rephrase the question,
17    Mr. Fischer, please.
18    BY MR. FISCHER:
19         Q    Sir, could you tell -- in the Shenandoah Valley
20    area where you live, what does the phrase "militia" mean to
21    you?
22         A    As a resident of the Shenandoah Valley, I would
23    say that most residents believe, as I do, that "militia"
24    means a group of neighbors helping neighbors.
25              In the olden days, there was a time when the
```

8827

```
 1   Shenandoah Valley was on the frontier, let's face it, and
 2   from that time forward, people in the communities had to
 3   call upon each other for fighting fires and for, you know,
 4   defense against wild animals, and all kinds of things.  So
 5   that's what a militia is.  A militia is a group of neighbors
 6   helping neighbors.
 7               MR. FISCHER:  Your Honor, at this point, can we
 8   take a break?
 9               THE COURT:  Yeah.
10               Okay.  Ladies and gentlemen, let's take our
11   morning break.  It's 10 after 11:00 now.  We'll resume at
12   11:25.  Thank you very much.
13               COURTROOM DEPUTY:  All rise.
14               (Jury exited the courtroom.)
15               THE COURT:  Okay.  We'll see everybody in
16   15 minutes.  Mr. Caldwell, I'll just ask you not to discuss
17   your testimony during the break.  Thank you, sir.
18               THE WITNESS:  Yes, sir.
19               (Recess from 11:11 a.m. to 11:25 a.m.)
20               THE COURT:  Remain seated.  Thank you, everyone.
21               (Pause)
22               COURTROOM DEPUTY:  Jury panel.
23               (Jury entered the courtroom.)
24               THE COURT:  All right.  Please be seated,
25   everyone.
```

8828

```
 1            Mr. Fischer.
 2            MR. FISCHER:  Thank you, Your Honor.
 3   BY MR. FISCHER:
 4       Q    At this time, I'm going to pull up -- first off,
 5   we're going to pull up Government Exhibit 1502.
 6            Mr. Caldwell, I will remind you that you are still
 7   under oath.  Do you understand that, sir?
 8       A    Yes, sir.
 9       Q    Okay.
10            Sir, are you familiar with an app called Zello?
11       A    Yes, sir.
12       Q    Okay.
13            Sir, at any time did you ever have a Zello app on
14   a cell phone that you own?
15       A    Yes, I did.
16       Q    Could you explain that to the jury.
17       A    Yes.
18            That app was placed on my phone for purposes of
19   maintaining contact with the people in the convoy as I drove
20   Oath Keepers from our farm into Washington, D.C. on the
21   weekend of the Million MAGA March in November of 2020.
22       Q    Sir, after the weekend of November of --
23   November 14th of 2020, to your knowledge, did you ever
24   utilize Zello again?
25       A    No, sir, I did not.
```

8829

1      Q    Were you utilizing it in January of 2020 [sic] at

2 any time?

3      A    No, sir, I was not.

4      Q    We're going to play up here Government's Exhibit

5 1502.  I want you to listen to the voice.

6           (Audio played)

7 BY MR. FISCHER:

8      Q    Did you hear the voice on Government's

9 Exhibit 1502?

10      A    Yes, sir, I did.

11      Q    Do you recognize that voice?

12      A    No, I do not.

13      Q    Most importantly, sir, is that your voice?

14      A    No, sir, it is not.

15      Q    Okay.

16           You recall the grand jury testimony from agent --

17 Special Agent --

18           MR. MANZO:  Objection, Your Honor.

19           THE WITNESS:  Yes, sir.

20           THE COURT:  Sustained.

21           MR. MANZO:  Can we get on the phone?

22           THE COURT:  I just sustained the objection.

23           MR. FISCHER:  All right.  We'll take this down.

24 BY MR. FISCHER:

25      Q    Sir, at some point, did you book a hotel room at

8830

1    the Comfort Inn for January 5th through the 7th, 2021?

2        A    Yes, sir, I did.

3        Q    Why did you pick that hotel?

4        A    I picked that hotel because it was expensive and I

5    got extra points for staying in that kind of a hotel.  And

6    it was very close to The Ellipse, which is where the

7    President was going to speak.

8        Q    Sir, during the January 6th events in Washington,

9    D.C., were you coordinating a QRF?

10       A    No, sir, I was not.

11       Q    Were you leading a QRF?

12       A    No, sir, I was not.

13       Q    Okay.

14          Sir, can you tell us -- Mr. Stamey apparently had

15    some hotel rooms.  Did you have any -- what, if any, role

16    did you play in Mr. Stamey booking a hotel at the Comfort

17    Inn?

18       A    None.

19       Q    Did you ever recommend a hotel to anybody?

20       A    I -- I did say that that was the hotel that Sharon

21    and I were going to stay in, and I told him where it was.

22          And I think I may have mentioned it maybe

23    January 3rd in passing to Donovan Crowl.

24       Q    Okay.

25          Was it your intention to have, like, a combined

1   QRF hotel?

2        A    No, sir.

3        Q    Okay.

4             Sir, first of all, what room -- do you remember

5   what room you stayed in at the Comfort Inn?

6        A    I don't, but I think I remember it was on the

7   third floor.

8        Q    Okay.  Who stayed with you?

9        A    My wife.

10       Q    Okay.

11            Besides your own room, did you pay for any other

12  rooms?

13       A    No, sir, I did not.

14       Q    Oak.

15            You've seen a picture of a guy in a cowboy hat

16  named Ed Vallejo.  Have you ever seen Ed -- prior to

17  January 6th, 2021, have you ever seen Ed Vallejo?

18       A    No, sir.

19       Q    Do you remember seeing him on January 6th, 2021?

20       A    No, sir.

21       Q    I won't play it but you saw a video yesterday with

22  you nodding your head.  Do you agree that was you in the

23  video?

24       A    It was me in the video, yes.

25       Q    Did you ever have contact with Ed Vallejo at that

1    time?

2        A    No, sir, I did not.

3        Q    What were you doing with your head at the time the

4    couple instances that we showed?

5        A    I was probably just loosening up my neck.  It had

6    been a long drive in and just kind of cracking those

7    vertebrae I was talking about.

8        Q    Did you recognize the guy who walked in as

9    Ed Vallejo?

10       A    No, sir.

11       Q    Okay.

12           Did you ever have any contact with any Arizona

13   Oath Keepers?

14       A    No, sir, I did not.

15       Q    Did you ever have any contact with any Florida

16   Oath Keepers?

17       A    No, sir.

18       Q    Okay.

19           Sir, you've also seen a video, I won't waste time

20   playing it, but you've seen a video that depicts, I guess,

21   you and your wife at The Ellipse in the early morning hours

22   of January 6th; is that correct?

23       A    Yes, sir.  The one where it's dark?

24       Q    Yeah.

25       A    Yes, sir.

8833

1     Q    Did you take the video?

2     A    Yes, sir, I did.

3     Q    Okay.

4          Who did you interact at The Ellipse in the area

5     where that video was taken that morning?

6     A    With whom did I interact?

7     Q    Yes.

8     A    Jess Watkins.

9     Q    Anybody else?

10    A    No.

11    Q    Did you ever have a conversation with Kelly Meggs?

12    A    No, sir.

13    Q    Okay.

14         Who were you with at that time?

15    A    I was with my darling wife.

16    Q    Sir, you had some T-shirts, looked like you and

17    your wife had a T-shirt from the Oath Keepers; is that

18    right?

19    A    Yes, sir.

20    Q    Where did you get those T-shirts from?

21    A    I got those from Jess Watkins.

22    Q    What was the purpose of wearing the T-shirts?

23    A    Well, Jess being the considerate person that she

24    is thought that perhaps she and the Oath Keepers with her

25    would be able to get me inside The Ellipse where I could sit

8834

```
 1   down.  My wife and I got there early, but, man, the line was
 2   so long, so long.  And she said, "You know what, why don't
 3   you put these shirts on and we'll say that you're with us."
 4   Looked like a good idea to me.
 5        Q    At any time were you hoping for some passes to
 6   materialize?
 7        A    Yes, sir.  And that was the idea.  She said that
 8   she was waiting for some passes and that she got those
 9   passes, she would be able to get us in if she had enough
10   passes.
11        Q    Why was it important for you to try to get in
12   through a VIP pass?
13        A    I really wanted to sit down.  There were no
14   benches, there were no seats.  There was nothing there.  It
15   was like if we're going to see the President and he is
16   always late.  If he's supposed to speak at 9, he doesn't
17   speak until 11.  I don't know what's going on with him.  But
18   I just -- I wasn't happy at the prospect of standing up for
19   hours waiting to hear him speak.
20        Q    I take it the passes never materialized?
21        A    They never materialized while Sharon and I were
22   there.  We gave up.
23        Q    What, if anything, did you and Sharon do at that
24   time?
25        A    Well, we left that area.  Sharon said, "You know,
```

8835

```
 1   even if the President were to come right now, we wouldn't be
 2   able to see him."
 3           We were right on Constitution Avenue.  It probably
 4   was some kind of a VIP holding area or something.  She says,
 5   "We need to get on the other side of the big screen."  This
 6   is a jumbotron.  So we walked out more on the grass towards
 7   the Washington Monument just so we could get a better view
 8   around.
 9           We walked around and met some people and said
10   hello and that sort of thing.
11           Finally we just kind of said, "Let's go back to
12   the car and warm up," because it was pretty frosty.
13   Q     Okay.
14           And at that time, did you kit up?
15   A     Yes, we did.  Yes, we did.
16   Q     Can you tell the jury what you did to kit up?
17   A     Well, you know, kitting up is another military
18   term, and bear in mind I was a Navy guy, not an Army guy.
19           But in my situation, kitting up was going to be
20   put on warmer clothes and so on and so on.
21           Also, it's important to have a kit, a personal
22   hygiene kit.  Whether or not you have incontinence problems,
23   it's good to have freshness wipes and things like that.  So,
24   you know, our kit was that sort of thing.
25           And also our flags.  We anticipated we might be
```

8836

```
 1    able to get in on The Ellipse, but you couldn't carry flags,
 2    couldn't carry backpacks, purses, water, nothing.
 3            So we were going to go back and get all of those
 4    things and come back out and join the mass.
 5        Q    And, sir, you had mentioned something about
 6    incontinence issues.  Without getting too deep into the
 7    weeds on that, please, can you tell us, do have any of those
 8    issues on January 6?
 9        A    Sure.
10        Q    What were those?
11        A    Well, when you have spinal issues, a lot of times
12    that affects bowel and bladder.  It just does.  And
13    sometimes you have to go.  When you have to go, you've got
14    to go, if you know what I mean.
15        Q    Donovan Crowl, did you meet Donovan Crowl at the
16    hotel?
17        A    Yes, I saw Donovan Crowl at the hotel and
18    Jess Watkins for the briefest of times, five, maybe ten
19    minutes.  When they came down to Paul Stamey's room, Sharon
20    and I were with Paul having pizza.
21        Q    Okay.
22            And, sir, you met Donovan Crowl, I presume, in the
23    November weekend for Million MAGA March; is that right?
24        A    That is right, yes.
25        Q    Did you ever see him on person again until you saw
```

1    him at the hotel in D.C.?

2        A    No, I did not.

3        Q    Okay.  Did you have phone contact or text messages

4    with Donovan Crowl?

5        A    Oh, yes.  Nice guy.

6        Q    What, if anything, unusual did you notice about

7    Donovan Crowl's personal effect?

8        A    Well, Donovan, as we say out in the country, he

9    likes to drink some bit.  So he would usually give me drunk

10   calls at night.

11       Q    Okay.

12            Sir, to this hotel, did you bring a firearm to the

13   hotel?

14       A    I brought what I considered to be a wall hanger.

15       Q    Was it a firearm, sir?

16       A    In the situation that it would not fire, it looks

17   like a firearm, yes.

18       Q    Why wouldn't it fire?

19       A    Well, first of all, it was put together from parts

20   from other firearms.  Didn't have a firing pin so

21   it would be awful hard to fire without a firing pin.  So it

22   really wasn't much of a firearm or a weapon at all.

23       Q    Where did you get the firearm from?

24       A    I inherited it from my father.  I was cleaning out

25   an old closet of his.  And here was this thing with cobwebs.

8838

```
 1    It just looked like a really rotten thing.  But it was

 2    unique.

 3         Q    Why was it unique?

 4         A    Well, it was unique because of some of the parts

 5    from which it was made.

 6              It was made to look sort of like an ArmaLite

 7    rifle, an AR.

 8              But what was unique was, and I hadn't seen

 9    anything like this since I was a little boy, certainly never

10    saw one put together like this, but it had a barrel that was

11    originally from a .22.  And this was a .22.  From a .22 that

12    was sold by a company that is no longer in existence called

13    Western Auto.  In fact, there were several firearms

14    manufacturers that made firearms for them.

15              It had a revelation, revelation and script on the

16    barrel, on top of the barrel, and Western Auto, and then the

17    model number, was, I believe, 100, and then a serial number.

18         Q    Sir, did you have any ammunition?

19         A    Oh, no, sir.

20         Q    Was the gun, was the purpose of it for the QRF?

21         A    No, sir, it was not.

22         Q    What was the purpose of bringing the gun to the

23    hotel.

24         A    Because I'd never seen anything quite like that

25    before, I thought Paul Stamey, another country guy, might
```

8839

```
 1    really enjoy that.  In fact, he might even want to have it.
 2    It really wasn't worth anything.
 3         Q    And, sir, what's unique about Western Auto on a
 4    firearm?
 5         A    Well, the Western Auto firearm was your standard
 6    basic .22 that youngsters would learn to target shoot with
 7    in the country.  A .22 is normally used for small game,
 8    rabbits, squirrels, doves, things like that.  It's usually a
 9    starter firearm, if you will, for want of a better term.
10         Q    Okay.
11              Sir, did you have other firearms on January --
12    around January 6th, 2021, in your house?
13         A    Oh, in my house?
14         Q    Yes.
15         A    Oh, yes, sir, sure.
16         Q    How many did you have?
17         A    Somewhere around 65 or 70.
18         Q    Okay.
19              And, sir, where did you get the .22 caliber rifle
20    that you took to the hotel?
21         A    I got it from my dad.  He had passed away fairly
22    recently.  And I got a whole lot of firearms from him and
23    from my mom.  They both were concealed carry holders, but
24    that's neither here nor there.
25              But he had it stuck in a closet, and it's probably
```

1    where it belonged.

2        Q    And how old were your parents when they died, you

3    inherited?

4        A    They were in their mid-90s, sir.

5        Q    They still owned a lot of firearms?

6        A    They sure did.

7        Q    Is firearm ownership unusual in your part of the

8    country?

9        A    Not at all.

10        Q    Sir, as part of your personal firearms collection,

11    did you have firearms that were far more powerful than a

12    kid's .22 caliber rifle?

13        A    I would say so, yes.

14        Q    What kind of firearms of did you have?

15        A    Well, your AR is more powerful.  But AK47, which

16    shoots a 7.62.

17        Q    Is that semi-automatic or an automatic?

18        A    That is a semi-automatic.  No full automatics for

19    me.

20        Q    Okay.

21             What other firearms did you have?

22        A    We had rifles and pistols in 9-millimeter, .45,

23    .40.

24        Q    What was the most powerful one you had as far as

25    caliber?

8841

1    A    The most powerful one that I had at the time I

2    would say would be the custom made .50 caliber that I had

3    made.  Sort of an homage to the .50 caliber that they

4    developed to help our troops stop those suicide bombers.

5    They'd go right through an engine block, stop a car.

6    Q    Okay.

7         Can you tell the jury, what's the difference

8    between a .50 caliber and a .22 caliber?

9    A    It's about that much.

10        .50 caliber is a large round, very powerful.

11        And the .22 is not so.

12    Q    What, if anything, do you use the guns for -- when

13    you had them, what, if anything, did you use them before

14    January 6th, 2021, for?

15    A    Well, I'll tell you, it was clear that over time

16    I was going to end up in a wheelchair, and that's going to

17    happen, that's going to be inevitable.

18        My folks gave me, maybe 10, 15 years ago, a

19    gunsmithing book, and they said start studying, kid.

20        So a lot of people like to take watches and clocks

21    apart.  I like to take firearms apart, see how they work.

22    In fact, I've actually worked on firearms free of charge for

23    local neighbors.  Maybe they get something that's old that

24    doesn't work all that well.

25        Sharon and I also do some target shooting, limited

8842

```
 1    target shooting.
 2            If I had a super biggie -- well, that wouldn't be
 3    a good idea because she is a crack shot.  Ladies often have
 4    really good hand/eye coordination.
 5        Q    Were there antique firearms among your collection?
 6        A    Absolutely, absolutely.
 7            You know, you moke think 70 firearms is a lot but
 8    probably 35 of those were absolute antiques.
 9            For example, if I may, I had my grandfather's
10    pistol that he was carrying when he was wounded in the
11    Battle of the Barns, second Battle of the Barn.
12            I had my great grandfather's rifle that he carried
13    in Cuba in the Spanish American war.
14            I had my dad's 45s, two of them that he carried in
15    Korea, and on and on.
16            So these are things that are not just antiques but
17    they mean something to the family.
18            And we don't have them anymore, of course.
19        Q    Sir, let me stop you there.
20            So we're going to move among to Caldwell's
21    Exhibit 120 and 121.  It's already in evidence.
22            Do you see up on the screen if we can -- yeah,
23    120, if we can publish that to the jury.
24            Sir, it appears to be an email.  Can you explain
25    what that email is to the jury.
```

8843

1       A    Oh, sure, yeah.

2            That's from the email I used to have, they always

3  say have an address that nobody else has.  And I sent that

4  to Paul Stamey, and it is showing maps relative to a --

5  reaching The Ellipse area in Washington, D.C.

6       Q    All right.

7            Sir, can you give -- explain what directions

8  did you give to the North Carolina Oath Keepers to enter

9  Washington, D.C.?

10      A    Oh, well, understanding that they were going to

11 The Ellipse, I thought that with the roads being closed as

12 they were, a good way to go, a way that I knew would be to

13 go in through Georgetown.  So if you jump into Rosslyn and

14 go across the Key Bridge, get to the end, you know, it comes

15 to a T, you got to make a decision.

16           If you make a right and then turn left on

17 Wisconsin, go up to either O or P, P will take you straight

18 through, O has a little jag it crosses, Rock Creek Park, and

19 then you go to Dupont Circle.  And then 19th Street is one

20 way going south.

21           And that is -- the lights are good.  And when you

22 get down there, down, you know, K and all that, there's good

23 underground parking and some street parking.  So I thought

24 that would be a good spot if you had to come in, avoid a lot

25 of the closed roads, park your vehicle, make it to

8844

1    The Ellipse.

2        Q    Sir, let me ask you this.

3            Where you were staying at in Arlington, to access

4    the United States Capitol, would that be the most efficient

5    city to get there in the State of Virginia?

6        A    No, that would be idiotic to go that way.

7        Q    Where would you have stayed at if you wanted to

8    get to the Capitol quickly on January 6th, 2021?

9        A    I probably would have recommended something like

10   Crystal City.

11       Q    How far is Crystal City from the Capitol?

12       A    Well, it's a heck of lot closer.  You could

13   probably jump the 14th Street Bridge and get off at South

14   Capitol, you might be able to make it in six, seven minutes.

15       Q    Would there be any road closures that way?

16       A    No.

17       Q    Could you -- on that day, would it have been a

18   wise move to drive straight in on Constitution Avenue into

19   D.C.?

20       A    I would say not.

21       Q    Why is that?

22       A    Because Constitution Avenue was going to be

23   closed.

24       Q    Did you know that ahead of time?

25       A    Sure, yes, in fact, Mayor Bowser had promulgated

8845

1    that, along with other road closures in advance.

2        Q    Okay.  The road closures, did that factor into the

3    directions you gave?

4        A    Oh, sure, yes, sir.

5        Q    Can you tell the ladies and gentlemen of the jury,

6    if they don't already know, why would that be an unwise way

7    to get to the Capitol to go up through Georgetown?

8        A    Well, when one considers all the other roads that

9    would have been closed, you know, parts of 17th Street,

10   parts of 15th Street, Pennsylvania, Constitution, what

11   happens is, is it channels everybody to the north so then

12   you got more traffic up along Mass. Avenue and all those

13   other places.  You'd be lucky to get two cars through on a

14   change of a light.

15       Q    How long would it have taken you -- on that

16   morning of January 6th would it have taken you to get to the

17   Capitol going the directions you gave?

18       A    It would have taken a long time, well over an

19   hour, in my estimation.

20       Q    All right.  You can pull that down.

21            Sir, was it your intent -- to your knowledge, was

22   the QRF's intent to occupy D.C.?

23       A    No, sir.

24       Q    Was the QRF's intent to attack the United States

25   Capitol?

```
 1       A     No, it was not.

 2       Q     What was the purpose of the QRF, to your

 3  knowledge?

 4       A     To my knowledge, it was to extract people or

 5  rescue people.

 6       Q     Okay.

 7             You mentioned a boat in a few of your messages?

 8       A     Oh, sure, yes, sir.

 9       Q     Will you tell us about that?

10       A     Right.

11             I was called on late afternoon, early evening by

12  Mr. Paul Stamey, who we've already talked about, and

13  he said, "Hey, you know anybody that has a boat?"  And I

14  said, "Why?"  And he said, "Well, we'd like to see if we

15  could get a boat so we can go on the Potomac."  And I said,

16  "Whose stupid freaking idea is this?"  And he sort of

17  laughed at me.  And I said, "I don't know."  And he said,

18  "Would you do it as a favor?"

19             MR. MANZO:  Objection as to hearsay.

20             THE COURT:  It's overruled.  It's not being

21  admitted for that reason.  Go ahead.

22             THE WITNESS:  Thank you, Your Honor.

23             "Would you do this as a favor to me?"  I went,

24  "Okay."  So I proceeded to send texts and make phone calls

25  to people and say, "You're not going to believe this but
```

8847

```
 1    I've got to ask you if you know anybody that's got a boat."
 2            And then, you know, I tried to sell it a little
 3    bit.  You know, I said, "Okay, you know, we're going to --
 4    we're going to do this and that."  I got pretty outrageous
 5    comments out there about, you know, what we were going to
 6    do.  And, you know, I really had no intention.
 7            But I told Paul that I would do it.  I gave my
 8    word.  And just dropped it, just dropped it.
 9       Q    To your knowledge, had a boat ever been used
10    before with a QRF?
11       A    Yeah, it had been used when the Oath Keepers had
12    done some kind of an operation in Louisville, Kentucky.
13       Q    Who told you that?
14       A    I'm sorry?
15       Q    Who told you that?
16       A    Paul told me that.
17       Q    Okay.
18            To your knowledge -- well, Louisville, Kentucky is
19    on the Ohio River; is that correct?
20       A    Yes, sir, that's right.
21       Q    To your knowledge, does the Ohio River run to the
22    Potomac?
23       A    No, sir, it does not.
24       Q    Okay.
25            Sir, you put something in one of the messages
```

1    about heavy weapons.  Can you tell the ladies and gentlemen

2    of the jury about that.

3        A    Well, you know, I've got to own that.  You know,

4    I do a lot of creative writing and I just kind of got out

5    there, I just kind of went over the top with that.  And so

6    I've got to own that.

7            But, you know, it was never intended for any

8    weapons.

9        Q    Did you ever get a boat?

10       A    Oh, no, sir.  No.

11       Q    Was a boat ever brought to D.C., to your

12   knowledge?

13       A    No, sir, not to my knowledge.

14       Q    Sir, were you coordinating or leading the QRF of

15   any -- from anyone on that day?

16       A    No, sir.

17       Q    What were you doing on January 6th?

18       A    I was going to hear the President speak with my

19   wife.  You would figure this is the last time we were going

20   to hear him speak.

21       Q    Okay.

22            And where were you in relationship with your wife

23   all day on January 6th, 2021?

24       A    I was within the arm's reach the vast majority of

25   the time.

8849

1     Q    Did you realize at any time that the Arizona

2  Oath Keepers had a QRF?

3     A    No.

4     Q    Did you realize at any time that Florida, if they

5  had a QRF, did you know about it?

6     A    No, I don't know how I would have known about it.

7     Q    The Court's indulgence.

8          Sir, let's go to the Cap- --

9          At some point, you left the hotel on January 6th;

10  is that right?

11     A    Yes, sir, early morning.  It was still dark.

12     Q    And at some point -- well, first of all, when you

13  left the hotel, who did you ride to D.C. with?

14     A    I drove to D.C. with my wife.

15     Q    Okay.  Was anybody following you in a vehicle?

16     A    Yes, uh-huh.

17     Q    Who was following you?

18     A    There was a vehicle following me that was operated

19  by Jess Watkins, and she had, I believe, Donovan Crowl in

20  the car with her, and a couple of older people that I just

21  soft of said hi to in passing.  I kind of called them the

22  havercamps.

23     Q    Okay.

24          Sir, did they follow you into D.C.?

25     A    Yes.

1       Q     Did you eventually get a parking spot in D.C.?

2       A     Uh-huh.

3             What happened was, is it was still dark.  And I

4    actually called Ms. Watkins a couple of times and said, "Are

5    you still behind me?  Flash your lights.  Let me know you're

6    still on me."  Because I wanted to go up into Rosslyn.

7    Wasn't that intuitive.  And, yeah, she was just -- she was

8    right behind me.

9             And we did exactly what I said.  I found that

10   going down 19th Street is a good way to go.  And we got down

11   there and we whipped around and couldn't find anything.

12   Made a couple of right-hand turns.  I think we got over

13   about 20th Street and there was an underground parking.  And

14   I asked my wife, Sharon, I said, "Hey, roll your window down

15   and point."  And she did that.  And Ms. Watkins peeled off.

16      Q     And I understand you eventually looked for a

17   parking spot, and then came back and parked at that same

18   garage; is that right?

19      A     Right, yes, sir.

20      Q     And then after that happened, did you and your

21   wife make your way to The Ellipse; is that correct?

22      A     Yes, sir, uh-huh.

23      Q     So we already talked about there was a point where

24   the passes didn't materialize and you left The Ellipse area;

25   is that correct?

8851

```
 1       A     Uh-huh, that is right.
 2       Q     And you went back to your car to warm up,
 3   I understand?
 4       A     Right.
 5       Q     Just to move things along, did there come a time
 6   after you were in the vehicle, did you end up exiting the
 7   vehicle and going somewhere?
 8       A     You mean after we went back to warm up?
 9       Q     After you left your vehicle from the garage, after
10   you kitted up?
11       A     Okay.  After we kitted up, okay.
12             Yes, we left and we went right back to The Ellipse
13   area.
14       Q     Okay.
15             And what did you do there?
16       A     Well, there we saw how massive the crowd was, and
17   we moved into the grassy area, again, between Constitution
18   and the Washington Monument just so we could kind of see,
19   met a lot of people, sang the National Anthem.  It was
20   pretty cool.
21       Q     And what did you do next?
22       A     Well, you know, we took a lot of pictures.  We
23   took some videos.  People were handing out signs.  I took a
24   couple of signs because I figured if I've got to sit down,
25   the grass was a little soggy, I thought maybe I'd sit on the
```

1    sign.

2              We went up to the Washington Monument.  There was

3    a -- it was kind of a low, sloping wall up there that we

4    could lean up against, if not sit down on.  And --

5    Q    Sir, let me ask you this.  Just to speed things

6    along here, did there come a time here when you and your

7    wife walked towards the United States Capitol?

8    A    We -- right.  The President was just about done

9    speaking, and we said, "Okay" -- because he had said, "Hey,

10   we're going to go down to the Capitol and peacefully make

11   our voices heard," or something like that.

12   Q    Okay.

13             And, sir, let me ask you at this point, talking

14   about on January 6th in general, at any time did you see

15   Stewart Rhodes that day?

16   A    No, sir, I didn't.

17   Q    Did you see Michael Greene that day?

18   A    No, I did not.

19   Q    Okay.

20             After you left The Ellipse area, did you ever see

21   Jessica Watkins or Donovan Crowl that day?

22   A    No, I did not.

23   Q    After you left The Ellipse area, did you ever see

24   an Oath Keeper that day?

25   A    No, not until we -- not until we got back to the

```
 1   hotel.
 2        Q    And I understand you took a lot of pictures that
 3   day?
 4        A    We took a couple hundred pictures that day and
 5   videos.
 6        Q    Okay.
 7             And, sir, were all those pictures and videos that
 8   you took, did you ever delete any of those from your phone?
 9        A    No, sir, I did not.
10        Q    Okay.
11             And, sir, did you have copies of all the pictures
12   and videos that you had taken that day?
13        A    Yes.  And the ones that my wife took, too.
14             I had actually copied them over onto a flash
15   drive, which was right by my computer when the FBI arrived
16   to say hello.
17             And I had also made a copy -- or actually two
18   copies of every picture she took and every picture I took
19   and put it on a larger Western Digital hard drive where we
20   kind of put family photos and stuff just as a backup.  And
21   that's -- yeah, that's where they were.
22        Q    So to be clear, when the FBI, you said, visited
23   your home, obviously not January 19th, 2021, did you possess
24   every single photo that you and your wife took on
25   January 6th, 2021?
```

8854

1     A    Yes, sir, and multiple copies.

2     Q    Did you possess every video that you and your wife

3  took?

4     A    Yes, sir, uh-huh.

5     Q    Okay.

6          And did the FBI seize the Western Digital hard

7  drive?

8     A    They did.

9     Q    Okay.

10          Did you end up getting it back?

11     A    Eventually, yes, sir, uh-huh.

12     Q    And did you end up -- did they seize what's called

13  a Gorilla thumb drive from you?

14     A    Uh-huh, that's the flash drive I mentioned before,

15  yes, sir.

16     Q    Did you eventually get that back as well?

17     A    Uh-huh, yes, sir.

18     Q    Have you ever gotten your cell phone back?

19     A    No, it's still resides with the FBI in some

20  building in Manassas, Virginia.

21     Q    Okay.

22          But did you, I, and your wife have a chance to go

23  down in the company of the FBI and do an evidence review

24  about eight or nine months ago and looked at that phone?

25     A    Yes, sir.  Yes, we did, as a matter of fact.

1     Q   Were all the pictures that you took on

2  January 6th, 2021, and all the videos, were they still on

3  that phone?

4     A   Yes, they were.

5     Q   And have you reviewed a mirrored copy that the FBI

6  sent to us of all your computer and electronics equipment

7  that they had seized from your home?

8     A   Yes, sir, I have.

9     Q   Did that include the Western Digital hard drive

10  and the Gorilla thumb drive?

11     A   Yes, sir.

12     Q   And were there copies of all the pictures you and

13  your wife took on January 6th, 2021, on the mirrored copy?

14     A   Yes, sir.

15     Q   So, sir, is it clear to say the FBI was able to

16  get every single picture and video --

17          MR. MANZO:  Objection, Your Honor.

18          MR. FISCHER:  I'll withdraw it, Your Honor.

19  I'll move on.

20  BY MR. FISCHER:

21     Q   Sir, you moved along up, I believe, was it

22  Constitution Avenue, and you made your way towards the

23  Capitol.  Does that sound right?

24     A   Yes, sir, uh-huh.

25     Q   What, if anything, did you do when you got towards

1    the Capitol?

2        A    Well, we got to the Capitol, my back was

3    something, even though we had stopped a couple of times for

4    me to sort of gather myself as we went down Constitution.

5            And I was really looking desperately for a bench,

6    didn't see one.  But I did see a place I now know is the

7    Peace Fountain, and there were people already sitting on the

8    edge of it.  It was kind of a dry fountain with a big

9    monument thing in the middle.  And, man, I made a beeline to

10   that.  I had to sit down.

11       Q    Okay.

12           And, sir, you obviously have discussed your

13   medical issues, and things like that?

14       A    Sure.

15       Q    But we obviously see you walking in some videos;

16   is that correct?

17       A    Uh-huh, sure.

18       Q    You also walked one flight of stairs;

19   is that correct?

20       A    Yes, uh-huh.

21       Q    Sir, can you explain to the ladies and gentlemen

22   of the jury how you were able to do that despite your

23   physical ailments?

24       A    Drugs.  Prescription drugs.  Prescription drugs.

25       Q    I understand, sir.  What drugs are you prescribed?

8857

1          A      Opana, which is an opioid.  Gabapentin.  Also

2    Flexeril.  Cyclobenzaprine, which is a muscle relaxer that

3    helps a lot with that.  Prednisone, which is really good

4    when your joints are bad.  Those are -- those are the big

5    ones.

6          Q      And, sir, let me ask you this.  Does the doctor,

7    I presume, give you a prescribed dose of your medications?

8          A      Yes, sir, uh-huh.

9          Q      Are you suggesting you took more than the

10   prescribed dose that day?

11         A      I did.

12         Q      Can you explain how much more you took?

13         A      Probably twice the normal amount.

14         Q      Okay.

15                Did that help alleviate the pain that day?

16         A      It helped a lot.

17         Q      Okay.

18                Sir, what, if anything, did at some point -- well

19   first of all, at some point, did you become aware that

20   members of Congress were no longer in the United States

21   Capitol building?

22         A      Yes, uh-huh.

23         Q      Where were you at when that was -- when you found

24   that out?

25         A      I was still at the Peace Fountain.

1    Q    Okay.

2         You also remember -- and I'm not going to waste

3    time putting it up, but you remember some message you sent

4    out about, "We planted a flag on Capitol Hill or at the

5    Capitol."  Do you remember that message?

6    A    Sure do, yeah.

7    Q    Where were you at when you sent that message?

8    A    I was at the Peace Fountain.

9    Q    Okay.  Who was "we"?  Who did you mean by the

10   pronoun "we"?

11   A    Well, we the people.  There were some many folks

12   around us, everybody is on their cell phone, their smart

13   phone, or whatnot, and I was basically giving play by play

14   to the guys that were back on the farm and working, Adrian,

15   Dennis, people like that.

16   Q    I understand you also had an occupation at one

17   point where you did play by play; is that right?

18   A    That is true, yes, sir.

19   Q    What was that?

20   A    I was a play-by-play announcer for high school

21   football, high school basketball.

22        Before that, I also did play by play on a limited,

23   fill-in basis for the Mutual Radio Network and Fox Sports

24   West.

25   Q    And, sir, were you communicating with

8859

1    Stewart Rhodes on January 6th, 2021?

2         A    No, sir, I was not.

3         Q    Did you try to communicate with Jessica Watkins?

4         A    Yes, I did, as a matter of fact.

5         Q    Well, first of all, let's start out in the

6    morning.

7              Did you have some phone contact with

8    Jessica Watkins in the very early morning hours of 2021?

9         A    Yes, as a matter of fact, I think I called her

10   before Sharon and I left the room, we'll have to check on

11   that -- and said, "Hey, we're rolling out.  Do you want to

12   follow us?  See you soon."

13             And then I think I mentioned that I called twice

14   on the drive in.

15             And then at some point in time a little bit later

16   on in the morning, not too late, she called me and kind of

17   walked me in to where they were.

18             And then later on in the afternoon when I was down

19   at the Peace Fountain with my wife, I tried to call her, and

20   it didn't work, and then I sent her a text and I said,

21   "Where are you?  We're at the Peace Fountain."  I thought

22   maybe she was still at The Ellipse.  I was saying, "Hey,

23   this is where we are."

24        Q    Sir, at the time you sent the message, "Where are

25   you," were you coordinating a plan to attack the

```
1    United States Capitol?

2         A    No way, no, sir.

3         Q    What was the reason why you asked, "Where are

4    you?"

5         A    Well, I thought if she didn't have anything else

6    going on, maybe she'd like to come down.  I mean, I like

7    her, she's a good person.  Sharon and I had some

8    conversation and said, "Whatever happened to Jess?  I wonder

9    where she is."

10        Q    Did you ever see the Oath Keepers around the Peace

11   Fountain?

12        A    No, I did not.

13        Q    How long did you spend sitting or standing around

14   the Peace Fountain?

15        A    Oh, gosh, well over an hour and a half.  We were

16   there for -- yeah, we were there for a long, long time.

17        Q    You saw the video where you were pointing up the

18   hill saying something about "traitors"?

19        A    Oh, yeah, huh-uh.

20        Q    Did you do that?

21        A    Did I do that?  Did I point up there?

22        Q    Yeah.

23        A    Oh, yeah.  There was a cameraman down there after

24   we knew that the -- the Congress had already gone, you know,

25   we figured, okay, it was all done, I don't know how long it
```

1    takes to do a certification.  But he says, "Hey, give us a

2    reaction, make it good, you know."

3           That film from which that clip was taken that I

4    found on the Internet, there's a couple of people saying

5    some really outrageous things on there.  But --

6    Q    Well, you said something provocative also; is that

7    right?

8    A    I did indeed, yes.

9    Q    So you admit that, sir; is that correct?

10   A    I've got to own that, yes.

11   Q    Okay.

12          And if we -- the Court's indulgence.

13          At some point, did you and wife leave the Peace

14   Fountain and make your way towards the Capitol?

15   A    Yes, sir, uh-huh.

16   Q    Where did you go?

17   A    Well, the Peace Fountain is right by -- well,

18   I guess it's 1st Street, and there were a lot of people just

19   packed in there.  And we saw that there were folks up on

20   what I know now is the inaugural balcony.  I kind of figured

21   that's what it was.

22          And so we looked at each other and said, "Chance

23   of a lifetime."  There is no barriers.  There are no signs

24   saying you can't do it.  There were no policemen, you know,

25   nothing.  So we just kind of got in the crowd and sort of

8862

1    shuffled our way up that sidewalk.

2         Q    And, sir, prior to January 6th, 2021, had you ever

3    been on the Capitol Grounds before?

4         A    Many times, yes.

5         Q    Had you ever actually been inside the Capitol?

6         A    No, no, I have never been there inside even to

7    this day.

8         Q    Okay.

9              So obviously you didn't go in on January 6th,

10   2021, right?

11        A    That is correct, I did not.

12        Q    What was your understanding of the general

13   accessibility of the Capitol Grounds?

14        A    Well, it based upon living in and around

15   Washington a lot.  When I was a child, we would run and up

16   and down the steps.  Looking at me now, you'd find that hard

17   to believe, but that's what kids did.  And run around on the

18   grass.

19             And when I was quite a bit older and I was a young

20   officer, especially around dusk, that whole area right there

21   on the west side of the Capitol and the grounds there, it

22   was kind of a lover's stroll, lover's lane, and you take

23   your date and just kind of walk around.  The Capitol is

24   really quite beautiful when it's lit up.

25        Q    So you had previously been on the same Capitol

1    steps you walked up?

2        A    Oh, yes, sir, uh-huh.

3        Q    And was there anything that limited your

4    accessibility at the time you did that?

5        A    No.

6        Q    Okay.

7            When did you last work in Washington, D.C.?

8        A    1987.

9        Q    Sir, you're saying there were no barriers or signs

10   or anything blocking your way to walk up the Capitol

11   walkway?

12       A    Right, there were none.

13       Q    Okay.

14           Were you in the grass when you walked up, or were

15   you on concrete?

16       A    We were on concrete going up the sidewalk.

17       Q    Okay.

18           Were there any police officers out there telling

19   you to stay off?

20       A    No, not at the time that we were -- that we were

21   going up there.

22       Q    Okay.

23           Sir, did you and your wife eventually walk up the

24   Capitol steps?

25       A    Yes, we did, although, you know, walking is

8864

1    probably a stretch, we kind of shuffled our way up there.

2        Q    Okay.

3            What do you mean by "shuffled" your way?

4        A    Well, there were so many people packed in.  It's

5    just hard to describe.  You just kind of, like, if you can

6    get one step up, that's good.  And then you wait and people

7    move up, another step.

8            So it took a while to get up there.  It's not

9    like, "Okay, let's just walk up the stairs," like you would

10   the steps of the house.

11       Q    And where was your wife in relation to you at that

12   time?

13       A    She was right with me.

14           She spent most of the time kind of behind me on

15   those stairs.  There's a rail, there's an elevated rail

16   there, and so I just kind of put my hip on the rail.  And

17   she was behind me, and we just sort of worked our way up,

18   worked our way up.

19       Q    Sir, when you and your wife were walking up and as

20   you walked up the Capitol steps, did you observe any

21   violence going against the police?

22       A    No, no.

23       Q    Okay.

24           You obviously saw some people on scaffolding;

25   is that right?

8865

1    A    Yes, that's true.  They were climbing around like

2    kids on monkey bars.

3    Q    Did that concern you?

4    A    Well, it did.  I mean, that's awfully dangerous.

5    I probably would have fallen off and killed myself.

6         But, you know, it worried me more once we got

7    underneath the scaffolding.  The scaffolding went over the

8    steps.  And once we got up underneath there, it was clear

9    that the scaffolding was not intended for people to climb on

10   it like that.  It was quite rickety.

11   Q    Okay.

12        Did that concern you for your safety?

13   A    Sure did.  And it concerned me for my wife's

14   safety, too.

15   Q    Okay.

16        All right.  Sir, I'm going to pull up Exhibit 45

17   and then we're specifically going to 73 here.

18        Sir, as you indicated, you took hundreds of

19   pictures; is that right?

20   A    Yes, sir, that's right.

21   Q    All right.

22        Sir, I'm going to show what's up on the screen now

23   is 45-73.  Do you -- this is already in evidence, so you

24   publish for the jury.  Do you recognize that photo?

25   A    I do.  That's one that I took.

1        Q    Okay.  Where was your wife at the time you took

2   the photo?

3        A    She was directly behind me.

4        Q    Can I ask you, why was your wife following you

5   instead of being in front of you?

6        A    Well, she was kind of -- especially when we were

7   going up the steps, she was kind of supporting me if I

8   needed it.

9        Q    Okay.

10            Sir, is that the inside of the Capitol?

11       A    It is not.

12       Q    Okay.

13            Did you have a -- when you were interviewed by the

14   FBI, did they bring up this photo?

15       A    They did, yes, they showed that to me.

16       Q    Okay.  And what, if anything, did you tell them --

17            MR. MANZO:  Objection, Your Honor.

18            MR. FISCHER:  I'll withdraw it.

19   BY MR. FISCHER:

20       Q    All right.

21            But you can say 100 percent certainty, sir, that's

22   not the inside of the Capitol?

23            MR. MANZO:  Objection, Your Honor, calls for --

24            THE WITNESS:  Yes.

25            THE COURT:  Hold on.  Hold on.  No, hang on.

8867

```
 1    BY MR. FISCHER:
 2         Q    Sir, can you point out why on this particular --
 3    can you circle --
 4              THE COURT:  Hang on, Mr. Fischer.
 5              The objection is overruled as to that last
 6    question.  So if you want to re-ask the last question as to
 7    where the location of the photograph is.
 8              MR. FISCHER:  Okay.
 9    BY MR. FISCHER:
10         Q    Where is the location of the photograph, sir?
11         A    That is the -- a plywood tunnel that begins at
12    the -- underneath the scaffolding and then leads out on to
13    the inaugural balcony.
14         Q    Okay.  And can you circle on the screen anything
15    unusual that you see in this photo?
16         A    Well --
17         Q    What are you circling, sir?
18         A    Kind of the seams where plywood comes together.
19         Q    Okay.  And to left of that, do you see some --
20    what do you see to the left of that?
21         A    Yeah, they're either nail pops or hammer marks
22    from hammer blows.
23         Q    And to the right of that, do you see like a piece
24    of wood, white wood, that goes up and down?
25         A    This one right here.
```

1      Q    Do you know what that is?

2      A    That's probably the end part against which these

3    are supported, the -- part of the frame of that tunnel,

4    I would guess.

5      Q    Okay.

6           Sir, were you -- you indicated you were shown that

7    photo during your FBI interview?

8      A    Yes, I was, uh-huh.

9      Q    All right.  Sir, did there come a point when you

10   ended up exiting the steps and going on the inaugural

11   balcony?

12     A    Uh-huh, yes, sir.

13          We -- I feel like we wanted to get out from

14   underneath the -- underneath the scaffolding.

15     Q    At any time when you were on the inaugural balcony

16   did you see any police officers being assaulted?

17     A    No.

18     Q    Did you or your wife ever assault any police

19   officers?

20     A    We did not.

21     Q    Did you or your wife ever do any property damage

22   inside or outside the Capitol?

23     A    We did not.

24     Q    Okay.

25          Sir, there were some messages, I'm not going to

8869

```
 1   pull them up because there were so many of them, but there
 2   was something where you said something about, "We broke
 3   through barriers."
 4           Do you remember that?
 5       A   Yes, I do.
 6       Q   Did you yourself and your wife actually physically
 7   break through barriers?
 8       A   No.
 9       Q   When you said "we," who were you referring to?
10       A   Well, sort of we the people.
11           Again, we were getting a lot of reports.  And
12   people were saying, "Hey, you know, they say on Channel 4
13   News, Channel 5 News that the people are breaking through,
14   they're duking it out with the cops," this, that, and the
15   other thing.
16           And we're going, "I'm not seeing it."  Okay.
17           So I was -- it was kind of a sardonic retort for
18   me.  It was kind of a mocking gesture.  "Oh, yeah, here we
19   are.  Yeah, okay, we're doing this.  Yeah, this is me
20   storming.  You know, this is me doing this."
21           People that I sent it to, private messages,
22   friends, like, I'm not on Twitter, they knew, they knew
23   I was just being a goof.
24       Q   Okay.
25           And, sir, was anybody tear gassing you up on the
```

1    inaugural balcony?

2        A    No.

3        Q    What, if anything -- were there any police on the

4    inaugural balcony that you could see?

5        A    None on the inaugural balcony.  There were some on

6    the level up above just kind of watching it, taking it all

7    in.

8        Q    Sir, there were some messages about tear gas and

9    peaceful protesters.  Do you remember sending that?

10       A    Yes.

11            And I'll tell you what.  When we got some of the

12   reports that those things were happening, it was -- it was

13   quite unnerving.  I just couldn't figure out a situation

14   where the police would do something like that, especially

15   since we didn't see any violence.  What would cause the

16   police to do that?

17       Q    Okay.

18            Sir, did you ever address a group of like-minded

19   people down by the Peace Fountain, urged them to go to the

20   Capitol, pick up your American flag, and charge the damn

21   hill?

22       A    No, no, I did not.

23       Q    The person you sent that to -- who were you

24   sending that message to, do you remember?

25       A    I think it might have been to Jonathan.  I'm not

1    sure.

2        Q    The individual or individuals you sent the message

3    to, were they familiar with your physical condition?

4        A    Sure, yeah, these were all -- these were all

5    private communications, people that know me and know I'm --

6    you know, I'm a little bit of a goof, but also I'm not

7    capable of doing any of these things.

8        Q    And to be clear, did you ever run or jump on

9    Capitol Hill?

10        A    No, sir.

11        Q    Can you -- besides your physical conditions, would

12    there be other practical reasons why it would have been

13    impossible to charge up Capitol Hill from the Peace

14    Fountain?

15        A    Well, sure, the dense pack of the people that were

16    on the sidewalk and out in the grass, it just would have

17    been impossible.

18            You know, people were just really, really packed

19    in there, thousands and thousands of people.

20        Q    Okay.

21            And instead of playing the Nancy Pelosi door knob

22    video for the 20th time, sir, you're familiar with it; is

23    that right?

24        A    I've got to own that, yes, sir.

25        Q    Obviously you actually didn't go in the Capitol,

1    correct?

2        A    That's correct.

3        Q    You're obviously not a fan of Nancy Pelosi;

4    is that right?

5        A    She was a good person to poke fun at at that time.

6        Q    Okay.

7             But at some point did you leave the inaugural

8    balcony?

9        A    Yes, sir, we were only up there for a few minutes,

10    and I -- my wife was taking a video and I said, "Let's go,

11    let's go, let's go."  In fact, I think it's on the video.

12        Q    Did you ever go through rubber bullets?

13        A    No.

14        Q    Okay.

15             Why was there a post about rubber bullets?

16        A    Well, again, it was just the kind of things that

17    we were hearing.  And I'm just mocking the media.

18             I thought personally since I hadn't seen any

19    violence, I thought it was all a big lie, and that they were

20    just trying to make people look bad.

21             And I had no idea, had no idea the violence that

22    was going on, because we didn't see it, we didn't see it

23    with our eyes.  We got it from people that had cell phones

24    but we didn't see it.

25        Q    Did you see -- you took hundreds of pictures,

```
 1   right?
 2         A    Uh-huh, yes, sir, we sure did.
 3         Q    In the picture you took that have been admitted,
 4   do you see any violence in any of the pictures you took?
 5         A    No, sir.
 6         Q    Okay.
 7              You took videos as well?
 8         A    Yes, sir, uh-huh.
 9         Q    Any violence depicted in the videos?
10         A    No, sir, none at all.
11         Q    And, sir, we haven't put every single photo in but
12   have we put a substantial amount of photos in?
13         A    Yes, we have.
14         Q    And has the government had access to any other
15   photos that aren't in evidence?
16         A    I would guess so.
17         Q    Okay.
18              The Court's indulgence.
19              What did you do after you -- well, first of all,
20   how did you get down from the stage?
21         A    Well, we -- we found a stairwell, and I don't know
22   whether it was -- whether it was a temporary stairwell or
23   whatever, that was out towards the front edge of the
24   balcony, and I said, "Look, let's go, let's go down."
25              And we walked down there.
```

1           There were some people coming up that way, so you

2    sort of like, you know, wedge yourself past.

3           But we got down and we got down into what I think

4    they call now the -- like the Lower Terrace, it's like a

5    patio, it's like a patio.

6           And then a little bit to the edge of that, on the

7    westernmost edge, there's a low wall about 3 1/2, 4 feet

8    high, and that's the way that we chose to go down there, the

9    path of least resistence.

10   Q     Sir, did you or your wife ever steal or possess a

11   police shield that day?

12   A     No, sir.

13   Q     When you use the pronoun "we," who are you

14   referring to?

15   A     The collective we the people that were there that

16   day.

17   Q     And, sir, at that time, what were you doing when

18   you sent the message out?

19         Why did you send the message out like that?

20   A     Just giving play by play.  Folks that we knew back

21   in Clarke County knew that we were going.  Some of them just

22   could not go physically, or they had jobs and they said,

23   "Just tell us everything, tell us everything even if you're

24   making it up."  And that's what I did, play by play.

25   Q     Okay.

8875

1           Sir, I'm going to pull up -- let's pull up 61A

2    through C, please.

3           Sir, there is a computer monitor in your house

4    with a picture of you and Dog Chapman on it.

5    Do you recognize that?

6       A    Oh, sure, yeah, uh-huh.

7       Q    This is already in evidence, I believe, so 61A to

8    the jury.

9           Sir, on this monitor, was there a file folder

10   regarding "Taken down from Facebook"?

11      A    Yes, sir, there is.

12      Q    Can we move down to 2.

13          Is that a close-up picture of it?

14      A    Yes, sir, uh-huh.

15      Q    Who took that picture?

16      A    The FBI.

17      Q    Next down.

18          And does that show when the file was opened?

19      A    Yeah, it shows it's created, about three-quarters

20   of the way down, Thursday, January 7th, at about 10:30 in

21   the evening.

22      Q    It looks like there were 11 files in this; is that

23   right?

24      A    Yes, sir.

25      Q    We're going to go 62A through K.

1            Just scroll through really quick.

2            Sir, do these look like the photos that were in

3    the file that was labeled "Taken down from Facebook"?

4        A    Yes, they do, sir.

5        Q    Who created the file?

6        A    Yes, sir.

7        Q    Did you create the file, sir, I'm sorry?

8        A    Yes, sir, I did.

9        Q    And these all seem to be family-related photos; is

10   that right?

11       A    Yes, sir, uh-huh.

12       Q    Does anybody, LiMu Emu or anybody in these photos

13   have anything to do with January 6th?

14       A    No, sir.

15       Q    Okay.  Take that down.  Thank you.

16            Sir, did you ever conspire to commit a seditious

17   conspiracy?

18       A    No, sir.

19       Q    Did you ever conspire to obstruct the Electoral

20   College?

21       A    No, sir.

22       Q    Did you ever obstruct the Electoral College?

23       A    No, sir.

24       Q    Did you ever aid and abet the obstruction of the

25   Electoral College?

```
 1        A     No, sir.
 2        Q     Did you ever attempt to obstruct the Electoral
 3   College?
 4        A     No, sir.
 5        Q     Did you ever destroy evidence?
 6        A     No, sir.
 7        Q     Okay.
 8              Did you ever try to keep evidence from a grand
 9   jury?
10        A     No, sir.
11        Q     Have you ever received a grand jury subpoena?
12        A     No, I have not.
13        Q     If you had received one before your arrest that
14   would have required you to turn over photographs, would you
15   have done that?
16        A     Absolutely.
17              MR. MANZO:  Objection, Your Honor; calls for
18   speculation.
19              THE COURT:  That will be sustained.
20   BY MR. FISCHER:
21        Q     To your knowledge, where were members of Congress
22   at when you were on the inaugural stage?
23        A     They were gone.
24        Q     And where were they at when you were on the Peace
25   Fountain?
```

8878

```
 1        A    I think they were still -- they were doing their
 2   job.  They were doing a certification.  That's what they're
 3   supposed to do by law.
 4        Q    Okay.
 5             And there came a point where you found out they
 6   had left the United States Congress; is that right?
 7        A    Yes, sir.
 8        Q    And where were you at at that time?
 9        A    At the Peace Fountain with my wife.
10             MR. FISCHER:  Okay.  Your Honor, I don't think
11   I have anything further.  Thank you.
12             THE COURT:  All right.  Why don't we take our
13   lunch break before cross-examination begins.  It's 12:20
14   now.  Why don't we resume at 1:00.  I've got a few legal
15   issues I need to deal with.  So we'll start closer to 1:00.
16   Thank you, everyone.
17             We have a 1:00.  I forgot.
18             MR. CRISP:  That's only 40 minutes.  Can we go a
19   little bit longer?
20             THE COURT:  What's only 40?
21             MR. CRISP:  You said resume at 1:00.
22             THE COURT:  I misspoke.
23             2:00.  I misspoke.  2:00.  Resume at 2:00.
24             COURTROOM DEPUTY:  All rise.
25             (Jury exited the courtroom.)
```

```
 1                  THE COURT:  Why don't you step down, Mr. Caldwell.

 2             All right.  Have a seat, everybody.

 3             Could we just chat about scheduling?

 4             Mr. Crisp, your witnesses are here today?

 5             MR. CRISP:  Yes, sir.

 6             THE COURT:  All right.

 7             MR. CRISP:  We're ready to go at some point

 8   hopefully.

 9             THE COURT:  I'm sorry?

10             MR. CRISP:  I said we're ready to go at some point

11   hopefully when the government is done.

12             THE COURT:  Well, Mr. Manzo, how long do you --

13             MR. MANZO:  I expect the rest of the day.

14             THE COURT:  That's what I would have thought.

15             MR. CRISP:  Seriously?

16             MR. MANZO:  There's a lot that's been said.

17             MR. BRIGHT:  You expect the cross to last the rest

18   of the day?  Just confirming.

19             THE COURT:  I mean, it doesn't surprise me.  No,

20   no, I understand.

21             Certainly cross and redirect probably will take

22   the rest of the day so -- or at least starting at 2:00.

23             Are your witnesses available tomorrow?

24             MR. CRISP:  Kate?

25             MS. RAKOCZY:  Yes, I think she said she's not
```

1    coming back until tomorrow afternoon.

2              MR. CRISP:  The only one about whom I would have

3    any concerns, and I can put him real quick on in the

4    morning, is Mr. Dillon.

5              THE COURT:  Mr. Who?

6              MR. CRISP:  Dillon.  What time is his flight?

7              MS. WALLACE:  It's at 4:30.

8              THE COURT:  Today or tomorrow?

9              MS. WALLACE:  Today.  I can get him a later flight

10   at 9:00 --

11             MR. CRISP:  No, no, we're talking tomorrow.

12   I'm not going to put him on until 9:00 a.m. in the morning.

13             MS. WALLACE:  Sorry.

14             MR. CRISP:  We may have to it push it back until

15   tomorrow.

16             Is that what Your Honor's intent is?

17             THE COURT:  Well, I -- that's why I'm asking is

18   whether we put him on out of turn or --

19             MR. CRISP:  I would like to, I mean, if we can,

20   but, I mean, it would be someone disjointed.  But I'm trying

21   to make a pitch for the government but it would be somewhat

22   disjointed in the middle of their cross.  But I can tell you

23   he's going to be quick, and I don't think Ms. Hughes has a

24   ton of time.  Are you going to cross him as well?  Do you

25   think you have a ton for him?

1                MS. HUGHES:  No.

2                MR. CRISP:  I think his testimony in total is

3    probably going to be 40 minutes between cross and direct.

4    I'll be 20, 25 and --

5                MS. HUGHES:  I mean, we don't know what he will

6    testify to, but that seems reasonable.

7                MR. CRISP:  Yeah, so.

8                THE COURT:  All right.  So what's your -- because

9    if we start him after lunch, then we likely will not finish

10   Mr. Caldwell today, it seems.

11               MR. CRISP:  Can I come back and can you give me

12   five minutes and if I can grab --

13               THE COURT:  Why don't we take a couple minutes to

14   check on his schedule and let me know, and in the interim

15   we'll deal with the issue that Mr. Tarpley was trying to

16   raise.

17               MR. CRISP:  He doesn't make a lot of money.

18   He's taking time out.

19               THE COURT:  That's fine.

20               MR. CRISP:  Do you want me to just come back and

21   let the Court know or let J.C. know or no?

22               THE COURT:  Why don't you just come back and let

23   me know and we can figure it out from there.

24               All right.  So we have the issue, Mr. Tarpley

25   wanted to raise an issue.

8882

1          MR. TARPLEY:  Yes, Your Honor, I would like to

2     raise an issue with regard to the Court's ruling yesterday

3     relative to the exhibit of the Kelly Meggs team, Exhibit

4     KM-57, which Your Honor ruled.

5          I found that -- I was concerned about the ruling

6     and I found it troubling.  I thought about it.  And then

7     this morning we had a photograph, which I'd like to give to

8     Your Honor, which we became in possession of.  I think it

9     was posted on Twitter perhaps.  But it shows the members of

10    the alleged conspiracy, alleged co-conspirators adjacent to

11    Lieutenant Tarik Johnson and the officer of -- as he was

12    going up the Capitol steps.  And this is a photograph of

13    what would have been included in KM-57.

14         And then there's another video, Your Honor, which

15    also has a photograph, which I'd like to submit to

16    Your Honor, which shows the officers coming down the Capitol

17    steps being led by Lieutenant Johnson.  And in this

18    photograph, you can see Mr. Nichols and you can see

19    Mr. Walden, Mr. Minuta, and Mr. James, and all of them are

20    right there adjacent to Lieutenant Tarik Johnson and the

21    Capitol police officers as they're being led down.

22         And I know that part of the reason that the Court

23    gave yesterday was that Mr. Nichols was not around the other

24    Oath Keepers, that there were no co-conspirators that we

25    could identify him with that day.

1          And so, Your Honor, these photographs bring that

2     into question.  And so I felt like that this should be

3     submitted to the Court for consideration, and that I was

4     respectfully asking the Court to reconsider its ruling

5     because I believe that KM-57 is a two-minute video which

6     I think provides valuable context to the case that it -- it

7     focuses on a couple of issues that were previously discussed

8     by Officer Dunn and Officer Salke that the Oath Keepers did

9     not help in any way that day.

10          THE COURT:  That's not what their testimony was.

11          MR. TARPLEY:  Well, let me just say they didn't

12     leave the impression that they were helping.

13          But I would say this -- this video, I think, is

14     relevant; I think it does satisfy both of the prongs of --

15          THE COURT:  Can I just --

16          MR. TARPLEY:  -- Rule 401 --

17          THE COURT:  I'm happy to consider this,

18     Mr. Tarpley, but let me just make the following observation.

19          This is not your exhibit.  You're not representing

20     Mr. Meggs.  So as counsel for Mr. Rhodes, you're asking me

21     to reconsider a decision I made as to Mr. Meggs.

22          MR. TARPLEY:  I will gladly --

23          THE COURT:  But I'm not going to stand by that

24     ceremony so let me see the photographs.

25          MR. TARPLEY:  Yes, Your Honor.

8884

```
 1              May I approach?

 2              THE COURT:  Has the government seen this?

 3              MS. HALLER:  Your Honor, may this be a joint

 4    request?

 5              THE COURT:  Sure.

 6              MR. NESTLER:  Your Honor, to answer your question,

 7    we have seen it and we do have some additional video if Your

 8    Honor will complete the record when Ms. Haller and

 9    Mr. Tarpley are done, just to make sure the record is

10    complete.

11              MS. HALLER:  Now, Your Honor, for context, if I

12    may add?

13              THE COURT:  Not yet.  Let me finish looking at

14    what I'm looking at.

15              So can you put the second photo of the officers

16    exiting on the ELMO so you can point out to me who else you

17    think is relevant, other than Mr. Nichols, in this

18    photograph.

19              MS. HALLER:  So next to Mr. Nichols down here at

20    the bottom with the megaphone, who is standing right next to

21    Tarik Johnson, U.S. Capitol police officer with the red hat.

22    Next to him is Ulrich, Brian, who's an alleged

23    co-conspirator.  And Roberto Minuta is the guy with the

24    knapsack whose back we see above Ulrich.  Ulrich is in the

25    baseball --
```

1          MR. TARPLEY:  This is Walden.

2          MS. HALLER:  So we have Walden, also an alleged

3     co-conspirator, that's his head.  This is Ulrich, with the

4     Oath Keepers hat.  This is Minuta.  This is Nichols, who was

5     going to testify yesterday.

6          And just for the record, Your Honor, and for your

7     awareness, Rico La Starza was the other witness we had on

8     this issue that we flew in from Florida yesterday to testify

9     because he was the journalist that took this video.  When I

10    previously introduced it to the Court and it was marked as

11    KM-57, at that time it was on Salke's cross-examination, and

12    Your Honor said specifically to me, "Ms. Haller, you're

13    missing my point."  You can show this video through the

14    right witness.

15         So we had the journalist flown up for the

16    introduction of this video.  And we also brought in the man

17    who's in the video, Mike Nichols, because he was subpoenaed

18    by the government as a rebuttal witness, and he is an Oath

19    Keeper, but he is an Oath Keeper from New York.

20         THE COURT:  So can I just make following

21    observation?

22         First, none of this proximity was brought to my

23    attention yesterday, okay?  That's one.

24         Two, I still have no representation that

25    Mr. Nichols at any point in time would have testified that

8886

```
 1    any of the other people in proximity to him were assisting
 2    him, correct?
 3             MS. HALLER:  No, Your Honor, we're not suggesting
 4    that he was in communication --
 5             THE COURT:  So you're suggesting the mere
 6    presence -- for example, Mr. Minuta is doing nothing other
 7    than taking a video of the officers walking down the steps.
 8             MS. HALLER:  Your Honor, if we may back up a
 9    moment, Mr. Nichols was -- the proffer is -- and what the
10    government also had sought to bring him as rebuttal on is
11    the issue of security because he was on the Oath Keepers
12    website.  We had two exhibits, the government ultimately
13    stipulated to that related to announcements that were on the
14    Oath Keepers' website about coming down to D.C. as a
15    volunteer to provide security for officers.
16             THE COURT:  Ms. Haller, if the purpose of
17    Mr. Nichols' testimony was to establish that the
18    Oath Keepers came to Washington, D.C. for security, there's
19    plenty of evidence to establish that.
20             MR. TARPLEY:  Well, Your Honor, I would like to
21    add that the video itself is remarkable in that it shows
22    these Oath Keepers assisting the police in walking down
23    the --
24             THE COURT:  One Oath Keeper.
25             MS. HALLER:  No, Your Honor, but it's also about
```

```
 1    the context and they're all there --

 2              THE COURT:  Hang on.

 3              How many Oath Keepers are assisting these police

 4    officers?

 5              MR. TARPLEY:  Well, Your Honor, we would submit

 6    that --

 7              THE COURT:  What was Mr. Nichols going to testify?

 8              MS. HALLER:  Mr. Nichols is the lead --

 9              THE COURT:  Is he -- would he have testified that

10    any other Oath Keepers joined him in helping these officers

11    down the stairs?

12              MS. HALLER:  Rico La Starza was the journalist who

13    said he could see the others --

14              THE COURT:  I am not concerned about what the

15    journalist has to say.

16              You proffered Mr. Nichols --

17              MS. HALLER:  Yes.

18              THE COURT:  -- an Oath Keeper who --

19              MS. HALLER:  Yes.

20              THE COURT:  -- assisted these officers.

21              MS. HALLER:  Yes.

22              THE COURT:  I asked yesterday, "Will Mr. Nichols

23    testify that any other Oath Keeper assisted him, or were any

24    other Oath -- did he turn to any other Oath Keepers to ask

25    for help?  Did the officer approach any of these defendants
```

8888

 1    to ask for help?"  And the answer was consistently, "No."

 2           So as far as the proffer that was given yesterday,

 3    it was, "All I'm aware of is that Mr. Nichols was going to

 4    come in and testify and say, I was approached by a police

 5    officer, I went to help, and I brought them down."  There's

 6    no testimony -- no proffer of any testimony that Mr. Nichols

 7    was going to say that Mr. Minuta, Mr. Ulrich, or anyone else

 8    helped him do this, correct?

 9           MS. HALLER:  That's correct, Your Honor, but what

10    Mr. Nichols was going to testify to was that in the

11    discussions he had or the information he received from the

12    Oath Keepers is they were specifically told how to offer

13    assistance to police because they are primarily retired

14    police officers and veterans and such.

15           So they discussed things like, "You can offer

16    assistance, you can take the direction of the officer that

17    you approach, and then you can provide being a buffer" --

18           THE COURT:  So he was going to saying he was

19    trained to do that?

20           MS. HALLER:  It's not that he was trained.  His

21    training was very high.  He's a SWAT guy as well as a number

22    of other things, a firefighter, and he's a highly trained

23    individual that has nothing to do with this --

24           THE COURT:  When was he advised about what you

25    claim he was going to testify to?  In other words, you've

```
 1   just suggested that he was given some direction or whatever
 2   the cause may be as opposed to just spontaneously he was
 3   approached by a police officer and asked for help, and he
 4   did provide help.
 5            MS. HALLER:  The entire testimony that we
 6   anticipated from him included the fact that he came to
 7   Washington because of the information on the Oath Keepers'
 8   website, which is why I wanted to --
 9            THE COURT:  Which is going to be in evidence.
10            MS. HALLER:  I'm sorry?
11            THE COURT:  The information on the website is
12   going to be in evidence.
13            MS. HALLER:  Yes, Your Honor.
14            THE COURT:  Okay.
15            MS. HALLER:  And he was going to explain that
16   because of his history with the Oath Keepers, he started
17   following them back in the -- at the time of the Bundy
18   stuff, he was going to give history of his understanding.
19   He was an active police officer at the time.
20            Then he learned about the Oath Keepers and they
21   appealed to him as he was doing his research.  He chose to
22   join him and the -- you know, he had a lot of information
23   because he's one of those people that is highly trained to
24   have information.  And so when he learned about the group
25   from his active duty service and did the research as a
```

1    private individual, he joined them.

2            And when he saw that they were coming to

3    Washington, D.C. and he saw the announcement about providing

4    security at the event so that people don't have to be

5    scared, that was the assurance he was given to bring his

6    pregnant wife -- or his wife who's now pregnant, I'm not

7    certain she was pregnant at the time, but he was worried

8    about bringing his wife to D.C. for this event.

9            He called a few police departments to check out if

10   it's okay to come down for Jan. 6 because he didn't want to

11   bring her into -- he wasn't sure what it was going to be.

12   But because he saw the Oath Keepers and the website and the

13   information and -- the information they had about offering

14   assistance to law enforcement, he felt better and that's why

15   he came to D.C.

16           When he got here, he went to the event at

17   The Ellipse with the President and all that.  They end up

18   getting essentially channeled over to the Capitol by -- the

19   roads were all closed and they couldn't get to find the

20   restaurant --

21           THE COURT:  I don't think anybody was channeled

22   from The Ellipse to the Capitol.

23           MS. HALLER:  Well, his testimony, he didn't have a

24   phone on him.  He was anticipated to say -- what I

25   understood is that he said, "We tried to go north, we tried

```
 1   to go west, but we were looking for a restaurant, everything
 2   was boarded up, and so we followed the crowd and somehow we
 3   ended up at the Capitol."
 4           They didn't have a phone on them.  They didn't
 5   know where they were going.  They were looking for food.
 6   They get to the Capitol, they see the crowd, he is trained
 7   in riot control.  He did go up to the officer and offer
 8   assistance because --
 9           THE COURT:  So he went to the officer and asked
10   assistance --
11           MS. HALLER:  Yes, yes, he went up to the officer
12   because he saw the officer, and he didn't understand if
13   people were supposed to be --
14           THE COURT:  So he went up to ask the officer for
15   assistance, but the Oath Keepers that were standing 20 feet
16   away, including these defendants, did not?
17           MS. HALLER:  They had already come out at that
18   time.
19           THE COURT:  All right.  And so they were done
20   offering the assistance they were there to offer; is that
21   right?
22           MS. HALLER:  I think they had --
23           THE COURT:  They were done for the day?
24           MS. HALLER:  I'm not -- I'm not going to make a
25   representation on how -- what the various defendants --
```

1          THE COURT:  Ms. Haller, you've told me nothing

2     that's been represented so far that is at all relevant to

3     the issues that involve these defendants.

4          The question is, did these defendants conspire?

5     Did these defendants enter the Capitol building to obstruct

6     the Congressional proceedings?

7          What was the purpose of these defendants being

8     there that day?

9          This individual, for whatever reason he came to

10    Washington, D.C., cannot testify about what they did and why

11    they did it at all.

12          None of them participated in his assistance.

13    I mean, much to his credit, he did help.  None of them

14    parched.  None of them were even there during the

15    conversation with the police officer.

16          MS. HALLER:  Your Honor, we were.

17          THE COURT:  And you've told me -- and you've told

18    me, and I'm going to bring this to a close very soon, none

19    of the individuals who were pictured in this photograph

20    would he testify assisted him in what he did that day.

21          Frankly, he may not have even known that they were

22    Oath Keepers, correct?

23          MS. HALLER:  No, he knew they were.  He saw the

24    patches.  He talked to them.

25          THE COURT:  Okay.  Did he ask them for help?

1          MS. HALLER:  I don't know if he specifically asked

2     for help.  I know he spoke to them.

3          And I know he went up the stairs.

4          But the fact is he followed Johnson up the stairs.

5          And I don't think he --

6          THE COURT:  Somebody else's hero doesn't inure to

7     these defendants' benefits unless they participated in it.

8          MR. TARPLEY:  Your Honor, the photograph -- this

9     other photograph that we presented to the Court shows them

10    going up the stairs.  This is a photograph going into the

11    Capitol.  And Mr. Ulrich, Ricky Jackson, Roberto Minuta, all

12    these people are there as they're going up into the stairs

13    following Lieutenant Johnson.

14         So, I mean, it seems to me that a photograph like

15    this -- and there is video that shows them going up the

16    stairs and these people are the ones in a group.

17         THE COURT:  Let me see the video.  Let me see the

18    video that shows that other Oath Keepers were assisting

19    Mr. Nichols.

20         MR. TARPLEY:  Let me ask:  Mr. Geyer, do we have

21    that video?

22         MR. CRISP:  Can I tap in?

23         Mr. Dillon went to lunch, but I can represent that

24    he's had discussions with Ms. Wallace about the financial

25    hardship.  If we can't get him done today --

```
1              THE COURT:  Why don't we start with him at 2:00.

2              Well, while you all are finding the video, let me

3    ask the government to weigh in so we don't -- so we're not

4    just sitting here.

5              MR. NESTLER:  So a couple of things.  I believe

6    Ms. Haller changed the proffer today from what we had heard

7    yesterday, which I think is more accurate, which is that

8    the -- Lieutenant Johnson did not approach the Oath Keepers.

9    He was standing and -- this is a CCTV video.  This is

10   10560952, that's the camera.  And 03:33, so 3:33 p.m.

11             And Your Honor can see this is Lieutenant -- this

12   is Lieutenant Johnson in the center with a red MAGA hat on

13   holding the bullhorn.  And then Nichols and his associates

14   are standing here right in front of him.  And the

15   Oath Keepers group Stack 1 is off to the side, further off

16   to the left.

17             And as I think Ms. Haller just said and we think

18   that's correct, Lieutenant Johnson is standing there kind of

19   frustrated, he can't get anything done.  And Nichols

20   approaches him.  And it's the video that Your Honor saw

21   yesterday showed Nichols flashes a badge.  It's actually a

22   retired, like, novelty badge he got from being a police

23   officer in Upstate New York or somewhere in New York.

24             MS. HALLER:  We object to the word "novelty."

25             MR. NESTLER:  So he flashed the badge.  He's not
```

1    actually a current police officer.  He's a retired police

2    officer.  He flashed the badge, and that caused Lieutenant

3    Johnson to believe that he could find these people useful.

4            MS. HALLER:  Mr. -- Lieutenant Johnson had --

5            THE COURT:  Ms. Haller, hang on.  Please don't

6    interrupt.

7            MR. NESTLER:  And so Lieutenant Johnson will --

8    I will proffer to the Court, Lieutenant Johnson will say

9    he's never heard of the Oath Keepers or he had not as of

10   that day.  And that he did not know what the Oath Keepers

11   were.  And that he saw some utility in this man who was

12   offering his assistance, and Lieutenant Johnson then took

13   him up on that offer for assistance.

14           And so that interaction then happens, Your Honor

15   saw the video yesterday, after the badge was flashed and

16   they walk up the stairs together.

17           And then this is the other CCTV.  This is Exhibit

18   10560933, which is the camera, and then 03:36, which is the

19   time, 3:36 p.m.

20           And if Your Honor can see, this is a fantastic

21   representation of why this is not relevant.  On the right

22   side of the screen, which is the north, you can see

23   Lieutenant Johnson walking up with Mr. Nichols, and on the

24   center of the screen, you can see Minuta and Ulrich and

25   Walden walking down.  So they are literally walking past

8896

1    each other with no interaction with one another.

2            And so -- and so then Lieutenant Johnson and

3    Mr. Nichols go up to the top of the stairs, and Mr. Nichols

4    assists Lieutenant Johnson with helping to extract about 14

5    officers who then walk down the stairs.

6            And then, after they walk down the stairs -- if we

7    go look at the picture that was on the ELMO, Mr. Douyon, as

8    they walk down the stairs, Mr. Minuta is filming them as

9    they walk down the stairs.  He had no interact --  no

10   involvement at all as far as we can tell with them leaving

11   the building.  As they're walking down the stairs, he is

12   recording.  On that recording, Mr. Minuta is recording them

13   leaving and says, quote, "That's the police being escorted

14   by our people, because it's our building, our fucking

15   building."

16           The government's position is that, first of all,

17   whether this was helpful or not to the Capitol police is not

18   relevant, but Mr. Minuta and Mr. James, as we saw from the

19   video inside the building, wanted the police out of the

20   building so that these conspirators could occupy that

21   building, not because they were trying to protect any police

22   officers' lives.

23           Regardless, there's no interaction between

24   Mr. Nichols and the other members of the conspiracy, which

25   is why we flagged this issue yesterday.  We don't think it's

1    relevant, and if it is marginally relevant, we do believe

2    that any probative value is substantially outweighed by the

3    danger of unfair confusion.

4         MS. HALLER:  We would submit that the Blue program

5    that the Oath Keepers had is part of the information related

6    to the Nichols testimony, but we also would submit that the

7    timing is relevant to all the circumstances we would have

8    testified to around this time.

9         And we have seen testimony from people like

10   Agent Roeper, who was not here on January 6th, or we have

11   heard testimony from government witnesses about the Senate

12   hall, where there were no defendants, or we have heard

13   testimony about, you know, people on the west side, because

14   Caldwell is at the Peace Circle.

15        The challenge is that in this specific

16   circumstance, we have people at the same time that are all

17   alleged to be part of this same case -- conspiracy.

18        And we submit that the testimony is not only

19   relevant but that it's -- the reason we have to have the

20   government stipulate to those exhibits is because now we'd

21   have to put -- Rhodes to put on the stand in order to get

22   those exhibits in about the program, the Blue program, or

23   the announcements related to Jan 6 that got posted on Jan 4

24   or the Jericho --

25        THE COURT:  All right.

8898

1          MR. TARPLEY:  There's also one other issue,

2    Your Honor, that is that in the Rhodes' case, Rhodes Exhibit

3    SR-10, the Oath Keepers had a program called Back the Blue

4    in which they were encouraged to approach officers to

5    assist.  So that was part of the overall mission of the

6    Oath Keepers was to help the police in any given situation.

7          THE COURT:  Okay.

8          MR. TARPLEY:  So the fact that --

9          THE COURT:  So that posting is in evidence.

10         MR. TARPLEY:  Yes, sir.

11         THE COURT:  Or will be in evidence.

12         The first photograph you showed me, I don't know

13   what you want to mark this as, which has the names that you

14   found on the Internet or on Twitter, is a complete, well,

15   let's put it this way -- given the angle of the photo

16   suggests that these folks are clustered together in some way

17   when they clearly are not based upon the CCTV footage which

18   clearly shows them to be at some distance apart.

19         They are not working together with Mr. Nichols.

20         MS. HALLER:  I think Your Honor is confusing the

21   times.

22         THE COURT:  No, I'm not.

23         MS. HALLER:  This is at a different time than the

24   CCTV footage that Mr. -- the government showed you.

25         THE COURT:  This is when they're going up the

1    steps, right?

2            MS. HALLER:  The one with the names on it.

3            THE COURT:  When they're going up the steps,

4    correct?

5            MS. HALLER:  Right.  Well, it's at a different

6    time period than the CCTV footage I just saw from the

7    government.

8            THE COURT:  No, it's not.  The CCTV footage just

9    showed Mr. Nichols walking up the steps with Lieutenant

10   Johnson, right?

11           MS. HALLER:  Right.

12           THE COURT:  All right.  So there's no relationship

13   among these individuals and Mr. Nichols.

14           Mr. Nichols will not testify to having had any

15   communication or working with Mr. -- or any of these

16   individuals who are pictured here, that's Mr. Minuta,

17   Jackson, Ulrich, Walden.

18           The CCTV makes clear that they were, it looks like

19   at least 10 feet away, they were coming out of the building

20   as Mr. Nichols was going up the stairs, so they're going in

21   completely opposite directions.

22           And this photograph shows nothing more than what's

23   confirmed in the video, which is that Mr. Minuta was not

24   doing anything other than filming and doing commentary, with

25   the other two gentlemen who are at the bottom of the

```
 1   photograph weren't helping either.
 2           So for the same reasons I concluded yesterday that
 3   this is not -- we're done -- that this is not in evidence --
 4           MS. HALLER:  Can we move the exhibits, at least
 5   identify them for the record?
 6           THE COURT:  Sure.  Mark them and --
 7           MS. HALLER:  Can we --
 8           MR. TARPLEY:  Yes, I would like to present this to
 9   the Court, this is a flash drive that has the exhibit,
10   KM-57.
11           THE COURT:  Did I ever see that?  Why --
12           MR. TARPLEY:  Can we play this, Your Honor?
13           THE COURT:  Go ahead and play it.
14           MS. HALLER:  KM-76 would be -- we're up to 76 --
15           MR. TARPLEY:  Let's play this.
16           MS. HALLER:  -- for the two photos.  So we would
17   seek to mark them as -- photo 1 as KM-76, photo 2 as KM-77.
18   We'll make this video will identify -- the Rico La Starza
19   video --
20           THE COURT:  We play the video, please.
21           MR. TARPLEY:  Can we play the video, please.
22           MS. HALLER:  Is this the Rico La Starza video?
23   That's already on my computer, that one?
24           MR. TARPLEY:  That's the one that's on the flash
25   drive.
```

1      MS. HALLER:  So, Your Honor, this video was KM-57,

2  the one I'm about to play, which is the initial contact

3  between -- this is Mr. Johnson and there's -- I think I need

4  sound but --

5      COURTROOM DEPUTY:  You might have to do

6  presentation mode.

7      MS. HALLER:  This is the Rico La Starza video.

8      (Pause)

9      (Video played)

10     MS. HALLER:  That was the Rico La Starza first

11 video but there's other videos, but we will mark this --

12 this one was the one previously marked as KM-57.

13     THE COURT:  Okay.

14     MS. HALLER:  And then the second video would --

15 that I sent the government, which was labeled 1105MLB, would

16 be KM-78, which is this one if the Court want to see it.

17     (Video played)

18     MS. HALLER:  And so that would be KM-78.

19     And then I think --

20     THE COURT:  Okay.  So neither of the videos change

21 my view of the irrelevance of the proposed exhibits.  The

22 first exhibit -- the first video simply shows the officer

23 along with Mr. Nichols walking up the steps, doesn't have

24 actually show any other members of the Oath Keepers, let

25 alone these defendants or any co-conspirators in the video

```
 1   films.  His actions are not relevant to any issue in the
 2   case.
 3          The second video simply shows the officers, once
 4   they've left and are now down on the sort of grounds of the
 5   Capitol walking away, and there are no defendants in that
 6   video either or any other alleged co-conspirators in that
 7   video either.
 8          So there's no probative value to the videos.  To
 9   the extent there is any, it's outweighed by the risk of
10   confusion of the jury to introduce something that involves a
11   person that is not at all an actor in this case, either as a
12   defendant, co-conspirator, or otherwise.  So motion to
13   reconsider to is denied.
14          MS. HALLER:  Thank you, Your Honor.
15          THE COURT:  Thank you.
16          MR. TARPLEY:  We thank you for the consideration
17   of our request.
18          THE COURT:  You're welcome.  Thank you.
19          MR. NESTLER:  Just a logistical matter,
20   Your Honor.  I know yesterday was the deadline for the
21   defense to submit their proposed statement of the case for
22   the jury instructions, as well as any additional
23   instructions.  We have not received anything.
24          THE COURT:  Nor have I.
25          All right.  Well, I plan to take this up at 5:00
```

1    to go through the jury instructions and finalize them today.

2    So, Mr. Fischer, you let your colleagues know, if there's

3    anything else they'd like to add, I'd like to see it.

4            MR. NESTLER:  And we received Mr. Alpert's draft

5    last night, thank you, Your Honor, we'll go over the small

6    suggestions that he made last night.

7            THE COURT:  Okay.

8            MR. NESTLER:  Thank you.

9            THE COURT:  And as I have been rereading it, I've

10    got a few just very small changes to make, but nothing

11    major.  At the end of the day, we'll go through it all to

12    make sure everybody is in agreement with what the final

13    instructions should look like.

14            MR. NESTLER:  Thank you.

15            Actually, we do have one additional sentence for

16    the "on or about instruction," I can send it around during

17    lunch with some citations so we can go over it this

18    afternoon.

19            THE COURT:  That's fine.  Thank you.

20            MR. NESTLER:  Thank you.

21            THE COURT:  All right.  Anything else?

22            MR. TARPLEY:  Nothing else.

23            THE COURT:  Thank you, all.  We'll see you at 2:00

24    or before 2:00 so we can get started at 2:00.

25            (Recess from 1:00 p.m. to 2:00 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 15, 2022____    

       William P. Zaremba, RMR, CRR

8905

**BY MR. FISCHER: [49]**
8734/11 8737/6
8745/24 8751/16
8752/15 8755/24
8757/18 8757/23
8758/8 8758/19 8760/2
8760/12 8760/19
8761/8 8762/21
8763/16 8766/18
8768/6 8768/17 8769/1
8769/8 8772/2 8779/17
8781/25 8786/1
8788/15 8789/24
8799/1 8802/1 8805/2
8807/22 8808/15
8809/6 8810/8 8812/2
8814/15 8816/19
8818/20 8819/15
8823/9 8826/18 8828/3
8829/7 8829/24
8855/20 8866/19
8867/1 8867/9 8877/20

**COURTROOM
DEPUTY: [10]** 8731/2
8731/5 8733/13
8733/21 8733/24
8785/23 8827/13
8827/22 8878/24
8901/5

**MR. BRIGHT: [1]**
8879/17

**MR. CRISP: [18]**
8878/18 8878/21
8879/5 8879/7 8879/10
8879/15 8879/24
8880/2 8880/6 8880/11
8880/14 8880/19
8881/2 8881/7 8881/11
8881/17 8881/20
8893/22

**MR. FISCHER: [65]**
8731/25 8732/3
8733/19 8744/8 8745/4
8745/18 8752/9
8752/13 8755/21
8758/2 8758/5 8759/24
8760/1 8760/9 8760/11
8760/16 8760/18
8761/5 8761/7 8762/16
8763/11 8763/15
8764/6 8765/1 8765/19
8766/7 8769/7 8779/16
8781/20 8781/22
8785/18 8785/22
8788/10 8788/14
8789/18 8798/25
8800/13 8801/7
8801/18 8801/25
8804/3 8804/12
8807/21 8808/6
8809/23 8810/2 8812/1
8814/7 8816/16
8818/19 8819/8
8819/14 8821/7
8821/25 8822/6
8822/19 8823/4 8823/8
8827/7 8828/2 8829/23

8867/8 8878/10

**MR. MANZO: [58]**
8737/1 8744/5 8744/14
8744/19 8745/7
8749/25 8750/11
8750/24 8751/13
8752/11 8757/16
8757/21 8758/1
8758/11 8762/10
8762/12 8762/17
8763/12 8764/1
8764/15 8765/5 8766/9
8768/2 8768/13
8768/20 8769/5
8771/16 8779/14
8781/19 8781/21
8785/20 8788/9
8788/12 8789/20
8798/23 8800/14
8800/16 8800/19
8801/10 8808/3 8810/1
8811/21 8814/9
8818/16 8819/10
8820/23 8820/25
8821/12 8826/14
8829/18 8829/21
8846/19 8855/17
8866/17 8866/23
8877/17 8879/13
8879/16

**MR. NESTLER: [9]**
8884/6 8894/5 8894/25
8895/7 8902/19 8903/4
8903/8 8903/14
8903/20

**MR. TARPLEY: [28]**
8732/5 8732/8 8732/16
8732/21 8732/25
8733/3 8733/6 8733/10
8882/1 8883/11
8883/16 8883/22
8886/20 8887/5 8893/8
8893/20 8898/1 8898/8
8898/10 8900/8
8900/12 8900/15
8900/21 8900/24
8902/16 8903/22

**MS. HALLER: [45]**
8884/3 8884/11
8884/19 8885/2 8886/3
8886/8 8886/25 8887/8
8887/12 8887/17
8887/19 8887/21
8888/9 8888/20 8889/5
8889/10 8889/13
8889/15 8890/23
8891/11 8891/17
8891/22 8891/24
8892/16 8892/23
8893/1 8894/24 8895/4
8897/4 8898/20
8898/23 8899/2 8899/5
8899/11 8900/4 8900/7
8900/14 8900/16
8900/22 8901/1 8901/7
8901/10 8901/14

**MS. HUGHES: [2]**
8881/1 8881/5

**MS. RAKOCZY: [1]**
8879/25

**MS. WALLACE: [3]**
8880/7 8880/9 8880/13

**THE COURT: [166]**
8731/4 8731/22 8732/1
8732/4 8732/7 8732/15
8732/18 8732/23
8733/2 8733/5 8733/9
8733/14 8733/25
8734/3 8734/6 8737/2
8744/9 8744/16
8744/18 8745/14
8745/20 8745/22
8750/2 8750/4 8750/18
8751/1 8751/15
8752/12 8757/17
8757/22 8758/3 8758/6
8758/13 8758/17
8762/13 8762/18
8764/2 8764/5 8765/7
8766/2 8766/14 8768/3
8768/15 8768/22
8771/17 8779/15
8781/23 8785/21
8785/25 8788/11
8788/13 8789/21
8798/24 8800/15
8800/18 8801/1
8801/13 8801/21
8804/5 8804/9 8804/16
8804/19 8808/1 8808/5
8808/7 8809/3 8810/3
8811/22 8814/10
8816/14 8816/17
8818/18 8819/11
8820/24 8821/2
8821/16 8822/4
8822/13 8823/1 8823/5
8823/7 8826/16 8827/9
8827/15 8827/20
8827/24 8829/20
8829/22 8846/20
8866/25 8867/4
8877/19 8878/12
8878/20 8878/22
8879/1 8879/6 8879/9
8879/12 8879/14
8879/19 8880/5 8880/8
8880/17 8881/8
8881/13 8881/19
8881/22 8883/10
8883/15 8883/17
8883/23 8884/2 8884/5
8884/13 8885/20
8886/5 8886/16
8886/24 8887/2 8887/7
8887/9 8887/14
8887/18 8887/20
8887/22 8888/18
8888/24 8889/9
8889/11 8889/14
8890/21 8891/9
8891/14 8891/19
8891/23 8892/1

8893/6 8893/17 8894/1
8895/5 8897/25 8898/7
8898/9 8898/11
8898/22 8898/25
8899/3 8899/8 8899/12
8900/6 8900/11
8900/13 8900/20
8901/3 8901/20
8902/15 8902/18
8902/24 8903/7 8903/9
8903/19 8903/21
8903/23

**THE WITNESS: [16]**
8734/2 8734/5 8737/3
8744/6 8744/12
8758/12 8758/16
8762/11 8768/21
8768/25 8771/21
8818/17 8827/18
8829/19 8846/22
8866/24

**'**

**'70s [1]** 8746/7

**.**

**.22 [9]** 8838/11
8838/11 8838/11
8839/6 8839/7 8839/19
8840/12 8841/8
8841/11
**.40 [1]** 8840/23
**.45 [1]** 8840/22
**.50 [4]** 8841/2 8841/3
8841/8 8841/10

**0**

**03:33 [1]** 8894/10
**03:36 [1]** 8895/18
**08077 [1]** 8728/14
**0826 [1]** 8728/14

**1**

**1/2 [1]** 8874/7
**10 [9]** 8739/21 8815/24
8816/7 8816/8 8816/16
8827/11 8841/18
8898/3 8899/19
**100 [7]** 8736/20 8739/3
8745/10 8749/1 8795/4
8838/17 8866/21
**105 [1]** 8743/7
**10560933 [1]** 8895/18
**10560952 [1]** 8894/10
**10:30 [1]** 8875/20
**11 [5]** 8815/24 8817/17
8817/20 8834/17
8875/22
**11-ish [2]** 8786/7
8786/9
**1105MLB [1]** 8901/15
**11:00 [1]** 8827/11
**11:11 [1]** 8827/19
**11:25 [2]** 8827/12
8827/19
**11:30 [1]** 8794/1
**12 [5]** 8815/25 8818/22
8819/9 8819/11

**120 [2]** 8842/21
8842/23
**121 [1]** 8842/21
**12:20 [1]** 8878/13
**13 [1]** 8769/16
**1335 [1]** 8734/24
**14 [3]** 8795/3 8796/8
8896/4
**1460 [1]** 8727/7
**14th [12]** 8772/10
8776/12 8776/12
8777/3 8777/21
8783/24 8792/5
8792/10 8792/14
8808/23 8828/23
8844/13
**15 [6]** 8726/4 8726/5
8731/6 8773/10
8799/25 8800/9
8800/13 8801/18
8801/20 8804/4
8804/19 8804/25
8805/4 8805/17
8841/18 8904/7
**15 minutes [1]** 8827/16
**15-second [1]** 8739/21
**1502 [3]** 8828/5 8829/5
8829/9
**15th [2]** 8792/21
8845/10
**16 [4]** 8801/25 8802/2
8804/4 8805/25
**164 [6]** 8762/23 8763/1
8763/11 8763/13
8763/23 8766/20
**16th [1]** 8791/23
**17 [3]** 8802/7 8804/4
8806/7
**17110 [1]** 8727/11
**17th [1]** 8845/9
**18 [2]** 8802/11 8804/4
**1808 [1]** 8728/3
**1888 [1]** 8793/1
**19 [5]** 8738/6 8802/15
8802/15 8802/16
8804/4
**1950s [1]** 8737/14
**1970s [1]** 8740/12
**1976 [2]** 8736/10
8739/18
**1987 [1]** 8863/8
**19th [8]** 8761/19
8784/25 8789/14
8793/19 8823/24
8843/19 8850/10
8853/23
**1:00 [5]** 8878/14
8878/15 8878/17
8878/21 8903/25
**1st [1]** 8861/18

**2**

**20 [6]** 8750/25 8758/21
8802/20 8804/4 8881/4
8891/15
**20001 [1]** 8729/5
**20010 [1]** 8728/4

**2002 [1]** 8753/10
**2003 [1]** 8753/10
**2006 [1]** 8728/8
**2010 [1]** 8747/12
**2012 [1]** 8752/7
**2016 [2]** 8797/9
8805/15
**2017 [1]** 8805/23
**2018 [1]** 8806/11
**2019 [1]** 8806/6
**202 [3]** 8726/18 8728/4
8729/5
**2020 [13]** 8748/2
8749/11 8770/4 8770/4
8770/7 8770/16
8785/15 8803/19
8818/12 8824/8
8828/21 8828/23
8829/1
**2021 [26]** 8748/23
8749/11 8753/7
8761/19 8763/8
8784/25 8805/8
8811/13 8815/20
8820/17 8823/24
8830/1 8831/17
8831/19 8839/12
8841/14 8844/8
8848/23 8853/23
8853/25 8855/2
8855/13 8859/1 8859/8
8862/2 8862/10
**2022 [2]** 8726/5 8904/7
**20579 [1]** 8726/17
**20th [2]** 8850/13
8871/22
**21 [5]** 8802/23 8803/1
8803/2 8803/3 8804/4
**21061-3065 [1]**
8728/13
**214 [1]** 8727/4
**22 [8]** 8743/21 8803/7
8803/10 8803/24
8804/4 8804/19
8804/25 8805/4
**22-15 [2]** 8726/4
8731/6
**23 [1]** 8803/25
**24 [7]** 8803/25 8804/1
8806/21 8806/22
8807/21 8808/8
8808/13
**25 [3]** 8808/25 8809/7
8881/4
**252-7277 [1]** 8726/18
**28 [6]** 8738/6 8809/8
8809/25 8810/3 8810/6
8811/2
**29 [5]** 8811/2 8811/19
8811/20 8811/22
8811/24
**29th [1]** 8824/7
**2:00 [9]** 8878/23
8878/23 8878/24
8879/22 8894/1
8903/23 8903/24
8903/24 8903/25

**30 [6]** 8726/7 8767/22
8813/12 8814/7
8814/10 8814/13
**300 [1]** 8728/13
**3065 [1]** 8728/13
**318 [1]** 8727/7
**32 [1]** 8737/15
**3249 [1]** 8729/5
**3300 [1]** 8727/3
**333 [1]** 8729/4
**35 [1]** 8842/8
**354-3249 [1]** 8729/5
**37 [3]** 8823/11 8823/13
8823/21
**38 [2]** 8790/24 8790/25
**3:33 [1]** 8894/10
**3:36 [1]** 8895/19
**3rd [1]** 8830/23

**4**

**40 [3]** 8878/18 8878/20
8881/3
**401 [1]** 8883/16
**4031 [1]** 8727/10
**40s [1]** 8826/3
**410 [1]** 8728/14
**412-4676 [1]** 8727/11
**45 [1]** 8865/16
**45-73 [1]** 8865/23
**45s [1]** 8842/14
**4676 [1]** 8727/11
**487-1460 [1]** 8727/7
**4:30 [1]** 8880/7
**4th [1]** 8819/7

**5**

**5-1 [1]** 8785/23
**57 [7]** 8882/4 8882/13
8883/5 8885/11
8900/10 8901/1
8901/12
**5708 [1]** 8728/9
**5:00 [2]** 8816/20
8902/25
**5th [6]** 8815/20 8816/2
8816/20 8818/12
8820/17 8830/1

**6**

**601 [1]** 8726/17
**607-5708 [1]** 8728/9
**61A [2]** 8875/1 8875/7
**62A [1]** 8875/25
**65 [1]** 8839/17
**65A [1]** 8751/18
**68 [1]** 8734/20
**6th [40]** 8748/4
8748/23 8753/6
8753/20 8754/4
8754/20 8755/8 8763/8
8782/8 8787/15 8791/6
8793/13 8794/5 8795/6
8795/7 8805/8 8817/15
8820/17 8824/3 8826/7
8830/8 8831/17
8831/19 8832/22
8839/12 8841/14

**8848/17 8848/23**
8849/9 8852/14
8853/25 8855/2
8855/13 8859/1 8862/2
8862/9 8876/13
8897/10

**7**

**7.62 [1]** 8840/16
**70 [2]** 8839/17 8842/7
**700 [1]** 8727/3
**71301 [1]** 8727/7
**717 [1]** 8727/11
**720-7777 [1]** 8727/4
**7277 [1]** 8726/18
**73 [2]** 8865/17 8865/23
**7310 [1]** 8728/12
**7447 [1]** 8728/4
**75219 [1]** 8727/4
**76 [3]** 8900/14 8900/14
8900/17
**77 [1]** 8900/17
**7777 [1]** 8727/4
**78 [2]** 8901/16 8901/18
**787-0826 [1]** 8728/14
**7th [2]** 8830/1 8875/20

**8**

**80 [2]** 8767/13 8818/1
**819 [1]** 8727/6
**856 [1]** 8728/9
**8th [3]** 8770/4 8770/16
8786/12

**9**

**9-millimeter [1]**
8840/22
**90s [1]** 8840/4
**9813 [2]** 8755/23
8758/25
**996-7447 [1]** 8728/4
**9:00 [3]** 8726/6
8880/10 8880/12
**9th [8]** 8785/16 8786/2
8788/24 8789/7 8791/4
8793/12 8795/5
8795/12

**A**

**a.m [4]** 8726/6 8827/19
8827/19 8880/12
**abbreviation [1]**
8786/4
**abet [1]** 8876/24
**ability [3]** 8747/11
8755/4 8781/6
**able [14]** 8743/23
8753/15 8754/13
8755/11 8755/16
8757/10 8797/11
8833/25 8834/9 8835/2
8836/1 8844/14
8855/15 8856/22
**aboard [2]** 8773/17
8780/6
**about [127]** 8731/24
8737/4 8737/15
8739/13 8742/15

**8747/23 8748/7**
8749/21 8750/5 8750/6
8750/13 8751/1 8752/7
8755/4 8755/13
8759/10 8762/4
8763/23 8764/7
8764/23 8766/3
8766/11 8767/15
8767/24 8768/15
8770/1 8770/5 8770/14
8771/7 8771/11 8772/4
8773/5 8774/5 8774/7
8774/9 8775/5 8777/8
8781/6 8781/15
8781/17 8782/3
8782/17 8782/20
8783/3 8785/1 8790/19
8792/16 8794/24
8798/9 8798/9 8799/19
8801/14 8803/4
8805/20 8807/7
8810/15 8810/25
8812/21 8813/18
8813/19 8814/12
8815/12 8815/15
8817/2 8818/8 8818/15
8819/18 8820/4 8820/7
8820/20 8821/4
8821/13 8822/5 8822/8
8822/9 8822/14
8824/12 8825/9
8825/21 8832/7 8836/5
8837/6 8839/3 8841/9
8846/9 8846/12 8847/5
8848/1 8848/2 8849/5
8849/6 8850/13
8850/23 8852/8
8852/14 8854/24
8858/4 8860/18 8869/2
8870/8 8872/15 8874/7
8875/19 8875/20
8879/3 8880/2 8882/5
8882/6 8886/14
8886/25 8887/14
8888/24 8889/20
8889/24 8890/3 8890/8
8890/13 8892/10
8893/24 8896/4
8897/11 8897/13
8897/22 8901/2
8903/16
**above [3]** 8870/6
8884/24 8904/4
**above-titled [1]** 8904/4
**Abshire [7]** 8807/3
8807/4 8809/11
8809/13 8809/19
8810/10 8812/21
**absolute [1]** 8842/8
**absolutely [8]** 8757/15
8764/25 8800/4
8815/13 8815/23
8842/6 8842/6 8877/16
**access [4]** 8757/8
8757/11 8844/3
8873/14
**accessibility [2]**

**accurate [2]** 8765/16
8894/7
**accurately [1]** 8811/16
**accuse [1]** 8822/18
**accused [5]** 8820/21
8821/9 8821/10
8822/11 8822/19
**accusing [1]** 8821/19
**achievement [1]**
8738/17
**acres [1]** 8741/23
**acronym [1]** 8783/21
**across [3]** 8792/21
8794/10 8843/14
**actions [1]** 8902/1
**active [6]** 8737/5
8737/15 8738/7 8741/1
8889/19 8889/25
**actor [1]** 8902/11
**actors [2]** 8812/11
8812/22
**acts [1]** 8822/2
**actual [1]** 8742/8
**actually [28]** 8741/22
8752/23 8753/15
8754/9 8755/22
8769/17 8783/6 8785/3
8802/15 8803/2 8804/2
8809/7 8816/7 8820/22
8821/23 8822/1
8825/3 8841/22 8850/4
8853/14 8853/17
8862/5 8869/6 8871/25
8894/21 8895/1
8903/4 8903/15
**add [3]** 8884/12
8886/21 8903/3
**additional [4]** 8778/3
8884/7 8902/22
8903/15
**address [3]** 8732/5
8843/3 8870/18
**adjacent [2]** 8882/10
8882/20
**administrative [1]**
8741/12
**admissions [1]**
8821/20
**admit [2]** 8771/17
8861/9
**admitted [13]** 8730/10
8752/12 8789/21
8804/20 8804/20
8804/23 8808/8 8808/9
8811/23 8814/10
8819/11 8846/21
8873/3
**adopt [1]** 8784/16
**Adrian [1]** 8858/14
**adult [1]** 8782/25
**advance [2]** 8737/21
8845/1
**advanced [1]** 8775/7
**Advice [3]** 8823/3
8824/23 8825/1
**advised [1]** 8888/24
**advisories [1]** 8813/21

**affected [1]** 8796/2
**affecting [1]** 8748/22
**affects [1]** 8836/12
**affiliated [2]** 8814/25 8815/1
**Affinity [1]** 8810/16
**afraid [2]** 8813/9 8826/7
**after [26]** 8735/3 8740/14 8744/9 8746/8 8766/16 8768/4 8770/7 8770/11 8784/6 8784/9 8801/8 8827/11 8828/22 8850/20 8851/6 8851/8 8851/9 8851/9 8851/17 8852/20 8852/23 8860/23 8873/19 8881/9 8895/15 8896/6
**afternoon [4]** 8846/11 8859/18 8880/1 8903/18
**again [20]** 8748/17 8750/18 8752/20 8754/21 8762/14 8765/5 8768/3 8783/21 8787/18 8801/18 8804/22 8808/10 8809/11 8809/14 8816/15 8828/24 8836/25 8851/17 8869/11 8872/16
**against [6]** 8740/6 8779/13 8827/4 8852/4 8864/21 8868/2
**agency [1]** 8769/21
**agent [15]** 8763/23 8764/12 8764/15 8765/2 8765/22 8767/8 8767/8 8767/15 8767/24 8768/7 8768/23 8775/23 8829/16 8829/17 8897/10
**Agent Palian [3]** 8765/2 8767/8 8768/7
**Agent Roeper [1]** 8897/10
**agents [4]** 8761/25 8763/18 8764/7 8764/9
**ago [4]** 8744/6 8744/12 8841/18 8854/24
**agree [5]** 8759/2 8802/21 8808/6 8810/2 8831/22
**agreed [1]** 8750/12
**agreement [1]** 8903/12
**ahead [12]** 8744/11 8744/18 8759/21 8768/5 8771/20 8785/3 8796/6 8797/1 8816/18 8844/24 8846/21 8900/13
**aid [1]** 8876/24
**aided [1]** 8729/7
**ailments [1]** 8856/23
**air [1]** 8742/20

**AL [1]** 8726/6
**Alcatraz [1]** 8752/23
**Alexandra [2]** 8726/15 8731/10
**Alexandria [1]** 8727/7
**aligning [1]** 8782/17
**all [140]** 8731/2 8731/20 8731/23 8733/14 8733/15 8733/17 8733/25 8739/15 8739/25 8740/7 8740/24 8741/9 8744/1 8745/22 8746/5 8746/15 8746/21 8747/22 8748/10 8748/22 8748/25 8749/9 8749/20 8749/21 8753/17 8754/8 8754/14 8759/1 8762/22 8763/25 8764/2 8771/13 8772/17 8773/14 8773/23 8775/6 8777/10 8778/19 8783/17 8783/18 8784/24 8785/6 8787/14 8788/1 8788/13 8788/14 8792/16 8792/17 8793/4 8793/7 8794/7 8795/1 8801/21 8803/9 8803/19 8803/19 8803/24 8806/12 8806/17 8808/7 8809/4 8810/17 8811/12 8811/19 8811/22 8812/16 8813/13 8814/10 8814/16 8815/6 8815/18 8818/19 8819/11 8820/1 8820/9 8822/13 8827/4 8827/13 8827/24 8829/23 8831/4 8836/3 8837/19 8837/22 8840/9 8841/24 8843/6 8843/22 8845/8 8845/12 8845/20 8848/23 8849/12 8853/7 8853/11 8855/1 8855/2 8855/6 8855/12 8857/19 8859/5 8860/25 8865/16 8865/21 8866/20 8868/9 8870/6 8871/4 8871/4 8872/19 8873/10 8873/19 8876/9 8878/12 8878/24 8879/2 8879/6 8881/8 8881/24 8882/19 8887/1 8888/3 8890/17 8890/19 8891/19 8892/2 8892/11 8893/11 8894/2 8896/10 8896/16 8897/7 8897/16 8897/25

**AL57 APM** 8840/13
**also [35]** 8732/22 8741/14 8741/18 8742/7 8747/4 8749/17 8755/19 8770/25 8772/12 8776/15 8777/11 8796/15 8803/21 8806/2 8812/21 8817/11 8832/19 8835/21 8835/25 8841/25 8853/17 8856/18 8857/1 8858/2 8858/16 8858/22 8861/6 8871/6 8882/15 8885/2 8885/16 8886/10 8886/25 8897/6 8898/1 **although [1]** 8863/25 **always [5]** 8746/12 8753/24 8817/7 8834/16 8843/2 **am [6]** 8737/23 8753/17 8812/10 8812/11 8820/12

**8902/25 8903/11**
**8903/21 8903/23**
**All right [7]** 8788/14 8793/4 8811/22 8813/13 8865/16 8897/25 8903/21
**allegation [1]** 8822/22
**allegations [2]** 8779/12 8821/5
**alleged [8]** 8750/23 8751/2 8882/10 8882/10 8884/22 8885/2 8897/17 8902/6
**alleging [1]** 8803/6
**alleviate [1]** 8857/15
**allow [2]** 8766/15 8768/3
**allowed [4]** 8739/11 8764/20 8821/17 8821/21
**allowing [1]** 8765/20
**almost [2]** 8777/14 8797/7
**alone [3]** 8778/19 8824/23 8901/25
**along [14]** 8767/11 8767/13 8793/9 8798/25 8805/14 8815/19 8817/9 8817/11 8845/1 8845/12 8851/5 8852/6 8855/21 8901/23
**Alpert's [1]** 8903/4
**Alpha [2]** 8812/12 8812/16
**already [18]** 8776/23 8784/10 8785/7 8786/21 8796/9 8817/19 8817/20 8819/3 8842/21 8845/6 8846/12 8850/23 8856/7 8860/24 8865/23 8875/7 8891/17 8900/23

**AMERICA [2]** 8726/3 8731/6
**American [5]** 8737/19 8754/9 8773/24 8842/13 8870/20
**Americans [2]** 8741/5 8778/16
**AMIT [2]** 8726/9 8731/3
**Amit P. Mehta [1]** 8731/3
**ammunition [1]** 8838/18
**among [3]** 8842/5 8842/20 8899/13
**amount [3]** 8793/6 8857/13 8873/12
**Anacostia [1]** 8735/9
**analyst [1]** 8797/21
**angle [1]** 8898/15
**animals [1]** 8827/4
**Anne [1]** 8793/1
**annotation [1]** 8785/16
**announced [1]** 8795/8
**announcement [1]** 8890/3
**announcements [2]** 8886/13 8897/23
**announcer [1]** 8858/20
**another [17]** 8740/6 8747/8 8767/8 8769/21 8802/8 8802/12 8802/17 8802/21 8802/24 8803/19 8806/8 8817/7 8835/17 8838/25 8864/7 8882/14 8896/1
**answer [11]** 8744/9 8746/1 8758/15 8762/7 8762/17 8762/19 8762/19 8764/17 8781/23 8884/6 8888/1
**Anthem [1]** 8851/19
**anticipated [3]** 8835/25 8889/6 8890/24
**Antifa [27]** 8797/9 8797/11 8798/1 8798/22 8799/11 8799/14 8800/2 8800/21 8803/14 8805/5 8805/14 8805/20 8806/1 8806/8 8806/14 8806/17 8807/11 8808/18 8811/1 8812/9 8813/7 8815/1 8815/5 8815/12 8820/2 8820/3 8820/8 **Antifa-related [1]** 8815/5 **antique [1]** 8842/5 **antiques [2]** 8842/8 8842/16 **any [80]** 8740/18 8743/13 8748/19 8753/16 8766/11 8769/2 8772/4 8772/4

**8217** 8774/23
8776/6 8780/23 8784/3
8790/17 8791/10
8791/17 8793/20
8794/1 8794/4 8810/21
8812/18 8815/14
8816/3 8819/18
8823/25 8826/5
8828/13 8829/2
8830/15 8830/15
8831/11 8832/12
8832/12 8832/15
8832/15 8834/5 8836/7
8838/18 8844/15
8848/7 8848/15 8849/1
8849/4 8852/14 8853/8
8863/18 8864/20
8868/15 8868/16
8868/18 8868/21
8870/3 8870/15 8871/7
8872/18 8873/4 8873/4
8873/9 8873/14 8880/3
8883/9 8885/25 8886/1
8887/10 8887/23
8887/23 8887/24
8887/25 8888/6
8896/21 8897/2 8898/6
8899/14 8899/15
8901/24 8901/25
8902/1 8902/6 8902/9
8902/22
**anybody [13]** 8781/6
8784/1 8807/14
8824/13 8830/19
8833/9 8846/13 8847/1
8849/15 8869/25
8876/12 8876/12
8890/21
**anymore [2]** 8747/7
8842/18
**anyone [3]** 8824/2
8848/15 8888/7
**anything [58]** 8740/11
8741/25 8750/5 8755/4
8756/5 8768/11
8771/12 8773/12
8774/15 8774/15
8777/7 8777/8 8781/5
8782/3 8783/3 8783/25
8784/1 8784/3 8790/19
8791/11 8792/5 8792/8
8792/12 8792/12
8793/11 8793/13
8798/20 8799/3
8799/22 8799/22
8814/22 8815/14
8815/15 8820/19
8824/22 8834/23
8837/6 8838/9 8838/24
8839/2 8841/12
8841/13 8850/11
8855/25 8857/18
8860/5 8863/3 8863/10
8866/16 8867/4
8870/3 8876/13
8878/11 8894/19
8899/24 8902/23
8903/3 8903/21

**A**

**anytime [2]** 8783/9 8807/8

**anyway [1]** 8812/19

**apart [4]** 8796/4 8841/21 8841/21 8898/18

**app [4]** 8820/11 8828/10 8828/13 8828/18

**apparently [1]** 8830/14

**appealed [1]** 8889/21

**appear [3]** 8752/17 8753/1 8814/1

**APPEARANCES [4]** 8726/13 8726/20 8727/13 8728/15

**appears [13]** 8759/1 8786/23 8789/25 8796/19 8802/4 8802/8 8802/17 8809/12 8814/19 8816/20 8820/2 8824/18 8842/24

**appreciate [1]** 8745/20

**approach [5]** 8884/1 8887/25 8888/17 8894/8 8898/4

**approached [3]** 8770/12 8888/4 8889/3

**approaches [1]** 8894/20

**appropriate [3]** 8751/11 8765/17 8821/17

**approximately [3]** 8752/6 8760/20 8773/8

**AR [2]** 8838/7 8840/15

**architecture [1]** 8793/2

**are [90]** 8731/20 8734/19 8734/21 8736/11 8737/22 8739/11 8739/19 8741/16 8744/1 8744/2 8748/25 8749/2 8752/22 8757/20 8757/24 8759/11 8759/14 8759/17 8765/21 8780/24 8780/25 8782/16 8786/15 8790/3 8790/10 8790/25 8798/4 8798/6 8800/24 8804/16 8804/20 8806/17 8808/19 8809/4 8810/15 8812/8 8812/12 8818/1 8818/11 8820/11 8821/5 8821/18 8822/2 8822/2 8825/14 8825/14 8828/6 8828/10 8842/16 8842/21 8850/4 8856/25 8857/4 8857/4 8857/4 8857/9 8859/21 8859/23 8859/24 8860/3

**anytime [2]** 8868/3 8869/13 8869/19 8874/13 8879/4 8879/23 8880/24 8882/19 8884/9 8887/3 8888/13 8893/12 8893/16 8894/2 8894/14 8895/25 8897/16 8898/16 8898/17 8898/19 8899/16 8899/25 8902/1 8902/4 8902/5

**area [16]** 8772/16 8775/25 8776/1 8778/5 8790/3 8826/20 8833/4 8834/25 8835/4 8843/5 8850/24 8851/13 8851/17 8852/20 8852/23 8862/20

**aren't [1]** 8873/15

**argue [4]** 8750/6 8765/8 8800/20 8801/3 8819/20 8821/20 **Arizona [2]** 8832/12 8849/1

**Arlington [1]** 8844/3

**arm [1]** 8748/9

**arm's [1]** 8848/24

**ArmaLite [1]** 8838/6

**Army [4]** 8737/16 8741/2 8741/24 8835/18

**around [26]** 8740/2 8740/3 8742/22 8747/12 8748/4 8748/23 8754/11 8772/1 8817/13 8824/14 8835/8 8835/9 8839/12 8839/17 8850/11 8858/12 8860/10 8860/13 8862/14 8862/17 8862/20 8862/23 8865/1 8882/23 8897/8 8903/16

**arrest [1]** 8877/13

**arrested [1]** 8761/23

**arrive [1]** 8769/2

**arrived [4]** 8741/10 8776/22 8784/9 8853/15

**arriving [1]** 8773/5

**arrow [1]** 8777/19

**article [10]** 8801/15 8802/4 8802/8 8802/12 8803/4 8805/18 8806/1 8806/8 8806/10 8820/7

**articles [11]** 8800/6 8800/11 8800/20 8800/24 8801/6 8801/11 8801/16 8804/10 8804/22 8804/23 8806/17

**articles' [1]** 8801/3

**as [125]** 8732/12 8735/10 8735/11 8736/8 8736/19 8736/19 8737/16

**anytime** 8738/20 8738/21 8738/21 8739/23 8740/2 8741/9 8741/12 8743/13 8745/2 8745/6 8746/2 8746/23 8747/4 8751/18 8753/24 8754/12 8756/7 8757/3 8758/25 8763/4 8766/19 8770/9 8770/9 8775/21 8775/23 8776/8 8776/15 8778/1 8778/23 8781/5 8782/2 8782/25 8783/1 8785/23 8786/19 8786/21 8789/10 8790/8 8794/19 8796/15 8798/21 8799/2 8803/19 8805/3 8805/13 8808/3 8808/3 8812/13 8812/23 8813/5 8815/1 8819/20 8819/20 8821/20 8823/13 8824/11 8824/23 8825/16 8826/22 8826/23 8828/19 8832/8 8837/8 8840/10 8840/24 8840/24 8843/11 8846/18 8846/19 8846/23 8853/20 8854/16 8854/25 8856/4 8859/4 8859/9 8864/19 8865/18 8867/5 8867/6 8873/7 8880/24 8882/11 8882/21 8883/20 8883/21 8885/10 8885/18 8886/10 8886/14 8888/2 8888/2 8888/21 8888/21 8889/2 8889/21 8889/25 8893/12 8894/17 8895/9 8896/7 8896/8 8896/10 8896/10 8896/11 8896/18 8898/13 8899/20 8900/17 8900/17 8900/17 8901/12 8902/11 8902/22 8902/22 8903/9

**Asian [1]** 8778/16

**aside [1]** 8783/1

**ask [35]** 8732/13 8734/1 8735/13 8742/12 8745/18 8745/22 8749/25 8755/21 8762/5 8762/17 8766/2 8767/15 8773/24 8773/25 8781/3 8781/23 8784/25 8804/5 8818/21 8822/24 8825/8 8827/16 8844/2 8847/1 8852/5 8852/13 8857/6 8866/4 8867/6 8887/24

**anytime** 8892/25 8893/20 8894/3

**asked [20]** 8745/11 8763/23 8764/7 8764/15 8764/16 8765/2 8766/10 8770/10 8770/10 8770/23 8770/24 8778/3 8804/7 8822/9 8850/14 8860/3 8887/22 8889/3 8891/9 8893/1

**asking [8]** 8732/23 8745/4 8750/8 8761/2 8819/22 8880/17 8883/4 8883/20

**assault [1]** 8868/18

**assaulted [1]** 8868/16

**asserted [3]** 8764/21 8800/21 8800/25 8801/20 8800/25

**asset [1]** 8783/8

**assigned [5]** 8741/7 8741/12 8741/16 8742/4 8743/8

**assignment [3]** 8738/2 8738/3 8739/12

**assignments [2]** 8739/9 8742/13

**assist [2]** 8754/12 8898/5

**assistance [10]** 8888/13 8888/16 8890/14 8891/8 8891/10 8891/15 8891/20 8892/12 8895/12 8895/13

**assisted [3]** 8887/20 8887/23 8892/20

**assisting [4]** 8886/1 8886/22 8887/3 8893/18

**assists [1]** 8896/4

**associates [2]** 8727/10 8894/13

**assume [1]** 8774/17

**assurance [1]** 8890/5

**Atkinson [2]** 8775/19 8775/22

**att.net [1]** 8727/8

**attached [5]** 8748/9 8763/10 8767/1 8767/2 8796/19

**attack [5]** 8774/21 8815/15 8818/12 8845/24 8859/25

**attempt [1]** 8877/2

**attend [1]** 8736/4

**attended [2]** 8770/6 8770/22

**attention [2]** 8761/18 8885/23

**ATTORNEY'S [1]** 8726/16

**attraction [1]** 8775/13

**audio [3]** 8759/24 8759/25 8829/6

**augment [1]** 8825/16

**Auto [24]** 8838/13 8838/16 8839/3 8839/5

**autofuse [1]** 8747/5

**automatic [3]** 8840/17 8840/17 8840/18

**automatics [1]** 8840/18

**available [1]** 8879/23

**Avenue [9]** 8727/3 8729/4 8791/23 8792/24 8835/3 8844/18 8844/22 8845/12 8855/22

**avoid [4]** 8766/4 8821/5 8821/6 8843/24

**awake [1]** 8747/25

**award [3]** 8738/18 8738/21 8738/21 8741/15 8741/22

**aware [8]** 8747/24 8776/21 8781/11 8781/16 8820/19 8820/19 8857/19 8888/3

**awareness [1]** 8885/7

**away [10]** 8756/7 8759/17 8759/19 8767/22 8783/17 8787/3 8839/21 8891/16 8899/19 8902/5

**awful [1]** 8837/21

**awfully [1]** 8865/4

**B**

**bachelor's [1]** 8735/14

**back [55]** 8733/15 8735/4 8735/5 8735/7 8741/20 8742/23 8743/19 8743/21 8746/7 8746/7 8746/16 8747/1 8747/3 8747/13 8754/13 8760/14 8763/4 8763/5 8768/10 8783/5 8790/5 8791/14 8793/23 8798/15 8804/6 8812/7 8817/3 8818/5 8821/25 8822/1 8822/23 8822/24 8835/11 8836/3 8836/4 8850/17 8851/2 8851/8 8851/12 8852/25 8854/10 8854/16 8854/18 8856/2 8858/14 8874/20 8880/1 8880/14 8881/11 8881/20 8881/22 8884/24 8886/8 8889/17 8898/3

**backdoor [1]** 8744/21

**backed [1]** 8741/3

**background [3]** 8752/24 8769/17 8769/22

**backing [2]** 8740/5 8772/7

**backpacks [1]** 8836/2

**backtrack [1]** 8774/16

**backup [1]** 8853/20

**backwards [1]** 8742/22
**bad [7]** 8746/18 8754/13 8812/11 8812/22 8812/22 8857/4 8872/20
**badge [5]** 8894/21 8894/22 8894/25 8895/2 8895/15
**balcony [9]** 8861/20 8867/13 8868/11 8868/15 8870/1 8870/4 8870/5 8872/8 8873/24
**band [1]** 8774/20
**bank [2]** 8792/25 8793/5
**barbecue [2]** 8773/16 8773/17
**Barn [1]** 8842/11
**Barns [1]** 8842/11
**Barracks [1]** 8742/6
**barrel [3]** 8838/10 8838/16 8838/16
**Barrett [1]** 8729/4
**barriers [4]** 8861/23 8863/9 8869/3 8869/7
**bars [1]** 8865/2
**base [1]** 8740/13
**baseball [1]** 8884/25
**based [6]** 8732/12 8766/1 8783/23 8820/7 8862/14 8898/17
**bases [2]** 8740/16 8740/22
**basic [1]** 8839/6
**basically [4]** 8740/22 8746/11 8768/19 8858/13
**basis [4]** 8788/11 8800/15 8800/18 8858/23
**basketball [1]** 8858/21
**battery [1]** 8743/7
**Battle [2]** 8842/11 8842/11
**Bay [2]** 8738/3 8740/17
**be [129]** 8731/4 8732/25 8733/2 8733/15 8739/13 8742/4 8742/4 8744/23 8745/1 8745/11 8745/25 8746/22 8749/15 8750/9 8750/10 8750/22 8751/8 8752/12 8753/12 8755/14 8755/16 8757/6 8757/14 8758/13 8758/17 8761/9 8762/17 8764/19 8766/7 8769/20 8770/3 8772/9 8772/17 8778/4 8778/7 8778/11 8778/12 8778/19 8780/24 8780/25 8780/25 8781/8 8783/19 8784/20 8784/21 8785/22

8786/17 8786/23
8787/15 8787/23
8787/17 8787/23
8787/25 8790/1
8791/20 8792/13
8792/13 8793/5
8796/19 8798/22
8799/11 8799/17
8802/4 8802/8 8802/17
8804/20 8807/6 8808/8
8809/12 8810/3
8810/15 8811/22
8812/22 8814/1
8814/19 8816/20
8817/10 8817/16
8817/23 8817/25
8820/2 8821/20
8822/15 8826/7
8827/24 8833/25
8834/9 8835/1 8835/19
8835/25 8837/14
8837/21 8841/1
8841/17 8842/2
8842/24 8843/12
8843/24 8844/4 8844/6
8844/14 8844/15
8844/22 8845/6
8845/13 8853/22
8871/8 8871/12 8876/9
8877/19 8880/20
8880/21 8880/23
8881/3 8881/4 8883/2
8884/3 8889/2 8889/9
8889/12 8890/4
8890/11 8891/13
8897/17 8898/11
8898/18 8900/14
8901/16 8901/18
**bear [1]** 8835/18
**beautiful [1]** 8862/24
**became [3]** 8780/19 8781/16 8882/8
**because [49]** 8746/12 8747/23 8750/19 8753/11 8753/16 8757/8 8766/4 8766/10 8772/22 8775/10 8777/15 8778/8 8784/9 8791/25 8794/19 8799/12 8801/13 8812/18 8817/9 8819/23 8821/2 8830/4 8835/12 8838/4 8838/24 8842/3 8844/22 8850/6 8851/24 8852/9 8869/1 8872/22 8881/8 8883/5 8885/9 8885/17 8886/11 8888/13 8889/7 8889/16 8889/23 8890/10 8890/12 8891/8 8891/12 8896/14 8896/21 8897/13 8897/20
**become [1]** 8857/19
**becoming [1]** 8769/18
**bedrest [1]** 8743/18

**been [51]** 8732/18 8742/8 8749/15 8753/15 8753/17 8758/24 8761/15 8762/18 8764/11 8766/19 8771/19 8773/20 8776/22 8777/16 8778/24 8779/2 8779/24 8779/25 8782/6 8784/8 8784/15 8785/18 8786/19 8786/20 8789/14 8789/17 8790/9 8790/18 8790/18 8792/20 8805/14 8817/12 8818/23 8820/14 8832/6 8844/17 8845/9 8847/9 8847/11 8862/3 8862/5 8862/6 8862/25 8870/25 8871/12 8871/17 8873/3 8879/16 8882/13 8892/2 8903/9
**before [31]** 8726/9 8739/6 8741/7 8742/9 8744/9 8751/10 8754/13 8758/14 8760/22 8773/5 8775/16 8775/17 8781/18 8784/19 8787/3 8787/18 8788/4 8791/22 8792/9 8804/5 8810/25 8838/25 8841/13 8847/22 8854/14 8858/22 8859/10 8862/3 8877/13 8878/13 8903/24
**began [4]** 8746/12 8773/5 8797/9 8797/24
**begin [1]** 8732/2
**beginning [2]** 8751/2 8756/8
**begins [2]** 8867/11 8878/13
**behalf [1]** 8731/18
**behind [10]** 8755/19 8759/16 8791/20 8793/18 8798/13 8850/5 8850/8 8864/14 8864/17 8866/3
**being [36]** 8738/21 8742/21 8743/20 8761/9 8764/14 8775/12 8776/24 8791/4 8800/24 8801/4 8804/20 8804/22 8808/9 8812/9 8817/4 8817/18 8818/1 8820/8 8821/9 8821/9 8821/10 8821/13 8822/18 8833/23 8843/11 8846/20 8866/5 8868/16 8869/23 8882/17 8882/21 8888/17

**belief [1]** 8766/12
**beliefs [1]** 8768/14
**believe [26]** 8744/20 8750/12 8781/6 8782/3 8783/25 8785/6 8785/7 8786/21 8791/19 8797/12 8800/20 8805/9 8814/5 8822/8 8826/5 8826/23 8838/17 8846/25 8849/19 8855/21 8862/17 8875/7 8883/5 8894/5 8895/3 8897/1
**believed [3]** 8764/23 8765/16 8765/25
**belonged [1]** 8840/1
**below [1]** 8820/3
**bench [7]** 8744/17 8750/3 8764/4 8800/17 8804/8 8821/1 8856/5
**benches [1]** 8834/14
**benefit [1]** 8766/12
**benefits [4]** 8744/20 8745/2 8745/12 8893/7
**bent [1]** 8742/23
**Berryville [4]** 8734/16 8735/11 8761/20 8776/3
**Berwick [1]** 8728/8
**besides [5]** 8749/4 8775/16 8817/6 8831/11 8871/11
**best [3]** 8781/22 8784/22 8784/23
**Bethesda [1]** 8786/18
**better [7]** 8732/25 8733/2 8784/8 8824/5 8835/7 8839/9 8890/14
**between [1]** 8780/10 8781/12 8782/4 8786/23 8811/17 8812/19 8841/3 8851/17 8881/3 8896/23 8901/3
**beyond [1]** 8745/16
**big [4]** 8835/5 8856/8 8857/4 8872/19
**bigger [7]** 8798/9 8799/7 8799/8 8799/12 8799/14 8799/18 8799/19
**biggie [1]** 8842/2
**Bill [4]** 8807/3 8807/4 8809/19 8812/21
**bird [1]** 8737/16
**birth [1]** 8790/6
**birthday [2]** 8780/5 8780/5
**bit [11]** 8747/4 8772/7 8791/15 8822/1 8837/9 8847/3 8859/15 8862/19 8871/6 8874/6 8878/19
**bladder [1]** 8836/12
**BLM [4]** 8790/13 8791/25 8792/1 8796/1

8896/13
8896/24 8897/4 8898/10
8896/1
**blocking [1]** 8863/10
**blocks [2]** 8746/14 8791/24
**Blood [1]** 8749/23
**blooded [1]** 8793/24
**blow [1]** 8823/19
**blowing [1]** 8766/22
**blows [1]** 8867/22
**blue [11]** 8808/16 8808/18 8825/9 8825/12 8825/13 8825/22 8826/1 8826/5 8897/4 8897/22 8898/3
**board [7]** 8741/24 8813/14 8813/16 8813/17 8813/17 8814/2 8814/23
**boarded [1]** 8891/2
**boarding [1]** 8734/24
**boat [7]** 8846/7 8846/13 8846/15 8847/1 8847/9 8848/9 8848/11
**bolster [1]** 8765/11
**bomb [3]** 8741/25 8765/4 8769/2
**bombers [1]** 8841/4
**bombs [2]** 8739/24 8742/1
**bone [2]** 8748/18 8748/18
**bones [1]** 8747/6
**booby [1]** 8743/5
**book [2]** 8829/25 8841/19
**booking [1]** 8830/16
**boring [1]** 8806/13
**born [1]** 8734/23
**bot [2]** 8810/21 8810/23
**both [3]** 8822/8 8839/23 8883/14
**bottom [8]** 8793/11 8806/13 8807/10 8808/16 8809/2 8817/23 8884/20 8899/25
**bowel [1]** 8836/12
**Bowser [2]** 8819/24 8844/25
**boy [1]** 8838/9
**Bradford [3]** 8728/7 8728/10 8731/16
**BRAND [1]** 8728/3
**brandwoodwardlaw.com [1]** 8728/5
**brass [1]** 8748/7
**break [9]** 8732/22 8733/4 8733/10 8745/15 8827/8 8827/11 8827/17 8869/7 8878/13
**breaking [1]** 8869/13
**Brian [1]** 8884/22
**Bridge [3]** 8752/24 8843/14 8844/13

**B**

**briefest** [1]  8836/16
**briefly** [1]  8776/18
**Bright** [2]  8727/2
8731/12
**bring** [9]  8751/11
8795/17 8837/12
8866/14 8883/1
8886/10 8890/5
8890/11 8892/18
**bringing** [5]  8780/9
8817/14 8819/23
8838/22 8890/8
**brings** [1]  8749/21
**broadsides** [1]
8739/25
**broke** [1]  8869/2
**broken** [1]  8748/17
**brought** [10]  8737/4
8750/16 8763/4
8768/10 8771/8
8837/14 8848/11
8885/16 8885/22
8888/5
**BS** [1]  8736/3
**bubble** [3]  8808/17
8808/18 8810/12
**buffer** [1]  8888/17
**building** [12]  8792/25
8793/1 8854/20
8857/21 8892/5
8896/11 8896/14
8896/15 8896/19
8896/20 8896/21
8899/19
**built** [1]  8775/10
**bullets** [2]  8872/12
8872/15
**bullhorn** [1]  8894/13
**bum** [1]  8761/16
**bunch** [1]  8746/14
**Bundy** [1]  8889/17
**Burnie** [1]  8728/13
**bus** [2]  8778/17 8818/8
**buses** [2]  8778/17
8817/14
**business** [1]  8736/3
**bussed** [2]  8812/9
8820/8
**buy** [1]  8803/23

**C**

**C-a-l-d-w-e-l-l** [1]
8734/15
**cages** [1]  8747/19
**Caldwell** [93]  8728/11
8731/9 8731/19
8731/24 8733/20
8733/25 8734/4 8734/8
8734/14 8734/16
8740/8 8745/2 8745/25
8750/7 8751/18
8751/19 8752/14
8752/16 8755/25
8758/13 8762/14
8762/23 8763/1
8763/11 8763/17
8764/7 8764/13

8765/2 8765/3 8765/9
8765/24 8766/19
8769/9 8771/18 8778/5
8785/13 8785/19
8786/15 8786/20
8786/21 8788/6 8789/2
8789/21 8794/4 8795/3
8796/8 8799/25
8800/13 8801/5
8801/20 8801/25
8802/2 8802/7 8802/16
8804/19 8804/22
8804/24 8806/22
8807/21 8808/1 8808/8
8808/11 8808/13
8808/25 8809/8
8809/24 8811/20
8811/22 8811/24
8814/7 8814/10
8814/13 8816/16
8816/21 8817/17
8817/20 8818/22
8819/11 8819/12
8821/8 8821/13
8821/14 8821/19
8823/11 8823/13
8823/20 8827/16
8828/6 8879/1 8881/10
8897/14
**Caldwell 24** [1]  8808/8
**Caldwell's** [16]  8752/9
8763/13 8764/6
8766/13 8785/4
8789/19 8789/22
8790/23 8804/4
8804/25 8805/3 8810/6
8811/19 8815/24
8819/9 8842/20
**calendar** [2]  8785/8
8785/14
**caliber** [8]  8839/19
8840/12 8840/25
8841/2 8841/3 8841/8
8841/8 8841/10
**call** [13]  8739/23
8739/24 8743/6
8756/22 8759/7 8780/4
8783/11 8798/5
8812/21 8817/11
8827/3 8859/19 8874/4
**called** [22]  8737/13
8741/2 8742/22
8749/16 8749/17
8770/1 8782/13
8796/21 8813/13
8820/11 8823/22
8828/10 8838/12
8846/11 8849/21
8850/4 8854/12 8859/9
8859/13 8859/16
8890/9 8898/3
**Caller** [2]  8802/4
8806/1
**calls** [5]  8733/19
8837/10 8846/24
8866/23 8877/17
**came** [18]  8735/5

8743/19 8775/8
8792/20 8792/21
8797/22 8804/10
8812/7 8822/23
8836/19 8850/17
8878/5 8886/18 8889/6
8890/15 8892/9
**Camelot** [2]  8793/23
8794/5
**camera** [4]  8756/7
8761/16 8894/10
8895/18
**cameraman** [1]
8860/23
**camp** [1]  8772/17
**campout** [1]  8799/23
**can** [149]  8735/13
8736/22 8737/11
8742/12 8744/15
8746/10 8746/15
8746/19 8747/15
8749/25 8751/7 8751/8
8751/22 8752/19
8752/25 8755/1 8755/2
8756/24 8759/1 8759/1
8759/24 8760/1
8760/16 8760/18
8761/12 8762/17
8762/23 8764/2 8765/1
8765/11 8777/11
8779/25 8781/3
8781/15 8783/10
8784/11 8785/3
8786/22 8787/6 8787/7
8787/21 8788/2 8788/7
8788/13 8789/25
8791/8 8793/15
8794/15 8794/19
8795/4 8796/22
8797/16 8798/4 8798/6
8798/24 8802/11
8803/2 8803/22 8804/5
8806/20 8806/21
8807/17 8808/17
8808/21 8808/25
8809/2 8810/10
8810/19 8812/4
8812/14 8813/11
8813/16 8814/17
8815/18 8816/14
8817/2 8817/17
8817/24 8818/21
8819/14 8820/10
8820/25 8821/5
8821/20 8821/25
8823/12 8823/19
8825/6 8825/8 8825/11
8826/12 8826/16
8827/7 8829/21
8830/14 8835/16
8836/7 8841/7 8842/22
8842/23 8842/24
8843/7 8845/5 8845/20
8846/15 8848/1
8856/21 8857/12
8864/5 8866/4 8866/21
8867/2 8867/3 8867/14

8878/18 8880/3 8880/9
8880/19 8880/22
8881/11 8881/11
8881/12 8881/23
8882/18 8882/18
8883/15 8884/15
8884/16 8885/13
8885/20 8888/15
8888/16 8888/17
8893/22 8893/23
8894/11 8895/20
8895/22 8895/24
8896/10 8900/4 8900/7
8900/12 8900/21
8903/16 8903/17
8903/24
**can't** [9]  8749/22
8750/9 8785/2 8807/14
8807/15 8821/4
8861/24 8893/25
8894/19
**candid** [1]  8764/10
**cane** [7]  8752/18
8752/20 8753/1 8753/6
8753/9 8753/12
8753/21
**cannot** [2]  8747/9
8892/10
**canopy** [1]  8741/23
**Cap** [1]  8849/8
**capable** [2]  8766/22
8871/7
**capacity** [1]  8751/5
**Capitol** [56]  8759/9
8759/12 8759/17
8759/18 8774/21
8779/9 8784/4 8790/20
8791/11 8815/16
8818/13 8844/4 8844/8
8844/11 8844/14
8845/7 8845/17
8845/25 8852/7
8852/10 8855/23
8856/1 8856/2 8857/21
8858/4 8858/5 8860/1
8861/14 8862/3 8862/5
8862/13 8862/21
8862/23 8862/25
8863/10 8863/24
8864/20 8866/10
8866/22 8868/22
8870/20 8871/9
8871/13 8871/25
8882/12 8882/16
8882/21 8884/21
8890/18 8890/22
8891/3 8891/6 8892/5
8893/11 8896/17
8902/5
**car** [5]  8791/17
8835/12 8841/5
8849/20 8851/2
**caravan** [1]  8778/8
**career** [3]  8769/10
8797/19 8797/20
**careful** [1]  8739/13
**Carolina** [22]  8776/25

8878/18 8880/3 8880/9

8782/13 8782/17
8783/3 8783/7 8783/12
8796/17 8799/17
8806/15 8809/22
8812/24 8813/3 8813/4
8813/14 8814/2
8817/14 8820/16
8821/11 8843/8
**carried** [2]  8842/12
8842/14
**carry** [3]  8836/1 8836/2
8839/23
**carrying** [4]  8754/3
8754/8 8754/9 8842/10
**cars** [1]  8845/13
**cartilage** [1]  8748/19
**case** [11]  8731/6
8744/22 8764/22
8765/13 8820/20
8883/6 8897/17 8898/2
8902/2 8902/11
8902/21
**cause** [4]  8750/16
8750/17 8870/15
8889/2
**caused** [3]  8750/21
8750/21 8895/2
**CCTV** [7]  8894/9
8895/17 8898/17
8898/24 8899/6 8899/8
8899/18
**cell** [5]  8791/3 8828/14
8854/18 8858/12
8872/23
**cell phone** [2]  8791/3
8858/12
**center** [3]  8793/25
8894/12 8895/24
**ceremony** [1]  8883/24
**certain** [3]  8812/11
8821/19 8890/7
**certainly** [3]  8757/1
8838/9 8879/21
**certainty** [1]  8866/21
**certification** [2]  8861/1
8878/2
**Certified** [1]  8729/3
**certify** [1]  8904/2
**cervical** [1]  8747/5
**cetera** [1]  8751/9
**CH** [1]  8729/4
**challenge** [2]  8780/25
8897/15
**Champagne** [1]  8794/5
**chance** [3]  8741/4
8854/22 8861/22
**change** [3]  8794/19
8845/14 8901/20
**changed** [2]  8782/12
8894/6
**changes** [1]  8903/10
**Channel** [2]  8869/12
8869/13
**channeled** [2]  8890/18
8890/21
**channels** [1]  8845/11
**Chapman** [1]  8875/4

8911

**C**

**Chapter [1]** 8778/16
**charge [4]** 8737/21 8841/22 8870/20 8871/13
**chat [6]** 8803/18 8807/15 8807/16 8809/15 8813/2 8879/3
**check [4]** 8792/12 8859/10 8881/14 8890/9
**checks [1]** 8769/22
**child [1]** 8862/15
**chose [2]** 8874/8 8889/21
**Cinnaminson [1]** 8728/8
**circa [1]** 8740/12
**circle [11]** 8787/6 8787/7 8794/25 8812/3 8820/14 8820/17 8821/11 8843/19 8867/3 8867/14 8897/14
**circling [1]** 8867/17
**circumstance [1]** 8897/16
**circumstances [1]** 8897/7
**citations [1]** 8903/17
**citizens [1]** 8769/19
**city [7]** 8735/18 8790/6 8824/4 8824/13 8844/5 8844/10 8844/11
**claim [1]** 8888/25
**Clark [1]** 8740/17
**Clarke [3]** 8776/2 8776/2 8874/21
**classified [4]** 8739/7 8739/9 8739/11 8757/2
**cleaning [1]** 8837/24
**clear [11]** 8745/25 8786/11 8794/10 8800/24 8821/21 8841/15 8853/22 8855/15 8865/8 8871/8 8899/18
**clearance [5]** 8756/19 8756/21 8756/25 8757/14 8758/21
**clearances [1]** 8757/10
**clearinghouse [3]** 8811/1 8813/5 8813/18
**clearly [2]** 8898/17 8898/18
**client [1]** 8751/4
**climb [5]** 8755/1 8755/5 8755/8 8755/11 8865/9
**climbing [1]** 8865/1
**clip [1]** 8861/3
**clocks [1]** 8841/20
**close [5]** 8767/21 8811/9 8830/6 8875/13 8892/18
**close-up [1]** 8875/13
**closed [6]** 8780/24 8843/11 8843/25

**8890/19
closer [2]** 8844/12 8878/15
**closet [3]** 8754/11 8837/25 8839/25
**closing [1]** 8765/8
**closure [1]** 8819/20
**closures [3]** 8844/15 8845/1 8845/2
**clothes [2]** 8754/10 8835/20
**Club [1]** 8793/23
**cluster [1]** 8780/14
**clustered [1]** 8898/16
**co [7]** 8882/10 8882/24 8884/23 8885/3 8901/25 8902/6 8902/12
**co-conspirator [3]** 8884/23 8885/3 8902/12
**co-conspirators [4]** 8882/10 8882/24 8901/25 8902/6
**Coast [1]** 8803/15
**cobwebs [1]** 8837/25
**code [6]** 8756/23 8756/24 8757/5 8757/10 8758/9 8758/20
**coffee [1]** 8819/20
**Cold [4]** 8739/20 8739/23 8740/1 8740/11
**collapse [1]** 8746/12
**colleagues [1]** 8903/2
**collect [1]** 8744/3
**collecting [1]** 8744/2
**collection [3]** 8788/23 8840/10 8842/5
**collective [1]** 8874/15
**collects [1]** 8745/5
**College [1]** 8876/20 8876/22 8876/25 8877/3
**colonel [2]** 8737/16 8737/16
**colonists [1]** 8742/9
**COLUMBIA [1]** 8726/1
**column [2]** 8746/13 8746/17
**combat [3]** 8777/16 8777/17 8812/18
**combined [1]** 8830/25
**Combs [4]** 8786/24 8787/1 8787/2 8787/10
**come [37]** 8735/3 8735/10 8739/2 8739/15 8740/23 8741/8 8741/24 8742/12 8763/17 8763/22 8767/3 8771/3 8771/7 8772/8 8772/23 8773/1 8774/2 8780/22 8781/11 8792/3 8804/11 8821/3 8824/3 8824/14 8835/1 8836/4

**8860/6 8868/9 8881/11 8881/20 8881/22 8888/4 8890/10 8891/17
comes [5]** 8791/23 8792/24 8821/21 8843/14 8867/18
**Comfort [3]** 8830/1 8830/16 8831/5
**Comfort Inn [1]** 8831/5
**coming [15]** 8754/22 8760/13 8760/14 8760/14 8772/13 8793/19 8794/17 8795/15 8812/21 8874/1 8880/1 8882/16 8886/14 8890/2 8899/19
**command [4]** 8741/18 8742/3 8742/13 8779/9
**commander [1]** 8779/2
**commendations [2]** 8738/10 8738/15
**commentary [1]** 8899/24
**comments [1]** 8847/5
**commerce [1]** 8736/3
**commissioned [2]** 8736/8 8737/24
**commit [1]** 8876/16
**communicate [1]** 8859/3
**communicating [1]** 8858/25
**communication [2]** 8886/4 8899/15
**communications [5]** 8803/22 8811/12 8813/6 8825/19 8871/5
**communist [2]** 8740/2 8741/3
**communists [1]** 8740/25
**communities [1]** 8827/2
**company [3]** 8742/6 8838/12 8854/23
**compared [1]** 8750/14
**compartmented [1]** 8757/5
**compensate [1]** 8747/3
**complete [3]** 8884/8 8884/10 8898/14
**completely [1]** 8899/21
**composed [1]** 8771/23
**computer [11]** 8729/7 8804/13 8804/15 8805/7 8823/23 8824/21 8824/24 8853/15 8855/6 8875/3 8900/23
**computer-aided [1]** 8729/7
**coms [1]** 8738/17
**concealed [1]** 8839/23
**concern [2]** 8865/3

**concerned [4]** 8815/11 8865/13 8882/5 8887/14
**concerns [1]** 8880/3
**concluded [1]** 8900/2
**concrete [2]** 8863/15 8863/16
**condition [2]** 8784/7 8871/3
**conditions [1]** 8871/11
**conduct [1]** 8821/19
**conference [6]** 8744/17 8750/3 8764/4 8800/17 8804/8 8821/1
**Confidential [1]** 8757/3
**confirmed [1]** 8899/23
**confirming [1]** 8879/18
**confusing [1]** 8898/20
**confusion [2]** 8897/3 8902/10
**Congress [4]** 8857/20 8860/24 8877/21 8878/6
**Congressional [1]** 8892/6
**connected [3]** 8736/20 8736/22 8810/24
**Connecticut's [1]** 8793/18
**connotation [1]** 8826/12
**conservative [1]** 8771/25
**consider [1]** 8883/17
**considerate [1]** 8833/23
**consideration [2]** 8883/3 8902/16
**considered [3]** 8732/10 8744/23 8837/14
**considers [1]** 8845/8
**consistently [1]** 8888/1
**conspiracy [7]** 8744/20 8750/23 8751/3 8876/17 8882/10 8896/24 8897/17
**conspirator [3]** 8884/23 8885/3 8902/12
**conspirators [5]** 8882/10 8882/24 8896/20 8901/25 8902/6
**conspire [3]** 8876/16 8876/19 8892/4
**Constitution [8]** 8729/4 8835/3 8844/18 8844/22 8845/10 8851/17 8855/22 8856/4
**construct [1]** 8815/21
**contact [12]** 8753/18 8810/17 8810/21

**8810/23 8812/20 8828/19 8831/25 8832/12 8832/13 8837/3 8859/7 8901/2
contacts [1]** 8810/18
**contents [4]** 8801/3 8804/21 8804/23 8808/10
**context [3]** 8883/6 8884/11 8887/1
**contexts [1]** 8765/21
**contingent [1]** 8742/7
**continue [3]** 8743/23 8747/8 8758/3
**continued [5]** 8727/1 8728/1 8729/1 8746/8 8746/9
**continuous [1]** 8738/7
**control [2]** 8741/14 8891/7
**conversation [7]** 8771/3 8772/4 8782/2 8799/2 8833/11 8860/8 8892/15
**convoy [1]** 8828/19
**cool [2]** 8783/6 8851/20
**coordinating [3]** 8830/9 8848/14 8859/25
**coordination [1]** 8842/4
**Cop [1]** 8780/21
**copied [1]** 8853/14
**copies [4]** 8853/11 8853/18 8854/1 8855/12
**copper [1]** 8793/6
**cops [1]** 8869/14
**copy [4]** 8804/11 8853/17 8855/5 8855/13
**cord [1]** 8746/19
**corner [1]** 8792/21
**correct [42]** 8734/17 8735/1 8735/18 8735/23 8737/9 8738/25 8748/14 8753/13 8760/4 8764/17 8767/9 8769/11 8786/13 8787/19 8796/20 8797/2 8797/4 8802/5 8802/13 8802/18 8802/24 8805/18 8807/1 8812/24 8818/9 8832/22 8847/19 8850/21 8850/25 8856/16 8856/19 8861/9 8862/11 8872/1 8872/2 8886/2 8888/8 8888/9 8892/22 8894/18 8899/4 8904/3
**correctly [1]** 8799/18
**corroborates [1]** 8801/13
**cost [1]** 8757/9
**could [48]** 8732/19

# C

could... [47] 8732/22
8733/21 8739/20
8740/22 8742/1 8742/1
8745/25 8750/6
8755/22 8757/8
8759/21 8760/9 8761/5
8761/7 8772/17
8772/17 8775/5
8778/18 8789/9
8789/14 8794/9
8795/17 8797/25
8798/20 8799/25
8811/2 8812/3 8823/15
8824/16 8825/19
8825/25 8826/19
8828/16 8833/25
8835/7 8844/12
8844/17 8846/15
8851/18 8852/4 8870/4
8874/22 8879/3
8882/25 8887/13
8895/3 8896/20
couldn't [5] 8836/1
8836/2 8850/11
8870/13 8890/19
counsel [1] 8883/20
Counselor [1] 8785/2
counterprotests [1]
8807/8
countries [2] 8740/2
8740/3
country [6] 8737/5
8772/1 8837/8 8838/25
8839/7 8840/8
county [4] 8776/2
8776/3 8776/3 8874/21
couple [17] 8733/7
8743/16 8747/5
8770/12 8771/8 8778/6
8832/4 8849/20 8850/4
8850/12 8851/24
8853/4 8856/3 8861/4
8881/13 8883/7 8894/5
course [5] 8749/21
8773/22 8778/5
8797/25 8842/18
court [25] 8726/1
8729/2 8729/3 8732/6
8732/13 8732/21
8733/8 8745/21
8751/14 8764/20
8765/19 8766/13
8766/17 8801/17
8804/18 8823/6
8881/21 8882/22
8883/3 8883/4 8885/10
8893/9 8895/8 8900/9
8901/16
Court's [5] 8823/10
8849/7 8861/12
8873/18 8882/2
courtroom [7] 8731/21
8739/19 8773/25
8774/13 8827/14
8827/23 8878/25
cover [1] 8743/8
COVID [3] 8790/5

cowboy [1] 8831/15
cowboyish [1] 8777/14
CPAP [1] 8749/7
CR [1] 8726/4
crack [1] 8842/3
cracked [1] 8743/16
cracking [1] 8832/6
create [1] 8876/7
created [2] 8875/19
8876/5
creative [1] 8848/4
credibility [1] 8765/11
credit [1] 8892/13
Creek [1] 8843/18
Criminal [1] 8731/6
Crisp [4] 8727/9
8727/10 8731/17
8879/4
crisplegal.com [1]
8727/12
criticizing [1] 8821/4
cross [8] 8730/4
8878/13 8879/17
8879/21 8880/22
8880/24 8881/3
8885/11
cross-examination [2]
8878/13 8885/11
crosses [1] 8843/18
crowd [4] 8851/16
8861/25 8891/2 8891/6
Crowl [8] 8830/23
8836/15 8836/15
8836/17 8836/22
8837/4 8849/19
8852/21
Crowl's [1] 8837/7
CRR [2] 8904/2 8904/8
cryptologist [1] 8807/5
Crystal [2] 8844/10
8844/11
Cuba [1] 8842/13
Cubi [1] 8740/16
cumulative [1] 8801/10
curious [1] 8801/14
current [2] 8771/23
8895/1
custom [1] 8841/2
cut [2] 8747/21
8787/24
Cyclobenzaprine [1]
8857/2

# D

D.C [44] 8726/5
8726/17 8728/4 8729/5
8735/8 8737/13 8763/6
8772/18 8777/21
8778/6 8778/18
8780/22 8787/25
8788/3 8789/7 8792/16
8794/10 8796/3
8808/18 8815/12
8815/22 8817/8 8820/8
8824/3 8826/6 8828/20
8830/9 8837/1 8843/5
8843/9 8844/19

8849/13 8849/14
8849/24 8850/1 8863/7
8886/14 8886/18
8890/3 8890/8 8890/15
8892/10
dad [1] 8839/21
dad's [1] 8842/14
Daily [2] 8802/4 8806/1
Dallas [1] 8727/4
damage [1] 8868/21
damn [2] 8787/25
8870/20
dancing [1] 8794/3
danger [2] 8796/1
8897/3
dangerous [2] 8792/3
8865/4
dark [3] 8832/23
8849/11 8850/3
darling [1] 8833/15
date [11] 8753/20
8761/19 8786/12
8787/12 8788/23
8806/4 8806/10
8808/22 8819/6
8862/23 8904/7
David [2] 8728/11
8731/19
day [43] 8726/7
8742/17 8742/19
8743/5 8743/11
8747/21 8753/21
8754/1 8754/24
8759/15 8777/9
8778/21 8779/22
8788/1 8791/3 8791/4
8792/16 8794/1
8844/17 8848/15
8848/23 8852/15
8852/17 8852/21
8852/24 8853/3 8853/4
8853/12 8857/10
8857/15 8862/7
8874/11 8874/16
8879/13 8879/18
8879/22 8882/25
8883/9 8891/23 8892/8
8892/20 8895/10
8903/11
days [6] 8738/6
8743/17 8753/13
8770/7 8793/23
8826/25
dead [2] 8742/24
8743/1
deadline [1] 8902/20
deal [2] 8878/15
8881/15
dealing [1] 8806/14
December [1] 8824/7
decentralized [1]
8798/2
decided [2] 8750/7
8772/8
decision [5] 8731/24
8794/22 8796/3
8843/15 8883/21

deemed [1] 8757/6
deep [1] 8836/6
defendant [27] 8727/2
8727/9 8728/2 8728/6
8728/11 8731/7 8731/7
8731/8 8731/8 8731/9
8731/12 8731/14
8731/16 8731/18
8731/19 8734/8
8744/24 8752/14
8763/13 8789/22
8804/25 8808/13
8810/6 8811/24
8814/13 8819/12
8902/12
DEFENDANT'S [2]
8730/5 8730/10
defendants [13]
8726/7 8731/20
8773/25 8887/25
8891/16 8891/25
8892/3 8892/4 8892/5
8892/7 8897/12
8901/25 8902/5
defendants' [1] 8893/7
defense [5] 8733/19
8751/4 8764/24 8827/4
8902/21
definitely [1] 8822/20
degree [3] 8735/14
8735/25 8736/2
delegate [1] 8770/24
delete [1] 8853/8
demonstrate [1]
8801/5
denied [1] 8902/13
Dennis [2] 8811/8
8858/15
dense [1] 8871/15
departments [1]
8890/9
dependable [1]
8783/19
depending [1] 8749/17
depends [1] 8754/1
depicted [4] 8763/23
8785/11 8785/13
8873/9
depicts [1] 8832/20
depth [2] 8739/14
8750/13
describe [5] 8746/10
8746/12 8747/15
8777/11 8864/5
described [3] 8746/13
8771/10 8772/14
description [1]
8768/21
desperately [1] 8856/5
despite [1] 8856/22
destroy [1] 8877/5
deteriorate [1] 8746/9
deteriorated [1]
8746/21
determination [1]
8737/4
determined [1]

developed [2] 8747/2
8841/4
device [1] 8743/6
Dick [1] 8735/20
did [336]
did you [75] 8735/3
8735/25 8736/6 8738/5
8739/7 8739/16
8743/14 8746/2 8753/6
8753/21 8753/23
8754/14 8754/19
8755/8 8756/18 8762/7
8768/7 8769/13
8769/15 8770/1 8770/5
8772/19 8775/2
8776/14 8777/21
8779/18 8787/10
8788/3 8790/19 8795/9
8795/14 8796/14
8800/2 8800/5 8809/16
8814/4 8815/20 8819/3
8819/6 8824/6 8825/1
8829/25 8830/3
8830/16 8831/11
8833/4 8833/20
8834/23 8835/14
8836/15 8837/6
8837/12 8837/23
8839/19 8843/8 8849/1
8849/13 8851/6
8853/23 8854/2
8854/10 8854/12
8854/22 8857/19
8859/3 8860/13 8863/7
8863/23 8864/20
8866/16 8869/6 8872/7
8873/20 8874/10
8874/19
didn't [28] 8745/14
8764/13 8766/11
8776/10 8778/2 8781/7
8781/7 8797/18
8797/23 8801/2
8837/20 8850/24
8852/16 8856/6
8859/20 8860/5 8862/9
8870/15 8871/25
8872/22 8872/22
8872/24 8883/11
8890/10 8890/23
8891/4 8891/4 8891/12
died [1] 8840/2
difference [1] 8841/7
different [5] 8749/14
8769/25 8826/11
8898/23 8899/5
Digital [3] 8853/19
8854/6 8855/9
Dillon [3] 8880/4
8880/6 8893/23
dinner [1] 8794/2
direct [5] 8730/4
8734/9 8761/18
8764/17 8881/3
direction [3] 8790/16
8888/16 8889/1
directions [6] 8790/1

**directions... [5]** 8790/3
8843/7 8845/3 8845/17
8899/21
**directly [2]** 8807/20
8866/3
**dirty [1]** 8745/12
**disability [11]** 8736/14
8736/19 8737/4 8744/2
8744/3 8745/5 8745/12
8745/15 8745/17
8746/3 8749/1
**disabled [4]** 8736/20
8736/22 8739/4
8745/10
**disaster [3]** 8738/22
8749/8 8825/18
**discectomy [1]** 8748/2
**discharge [1]** 8738/8
**discovered [1]** 8767/3
**discs [3]** 8743/16
8746/12 8746/21
**discuss [3]** 8739/11
8803/21 8827/16
**discussed [3]** 8856/12
8883/7 8888/15
**discussions [2]**
8888/11 8893/24
**dishonest [1]** 8764/14
**disjointed [2]** 8880/20
8880/22
**dispute [1]** 8781/12
**disruption [1]** 8751/3
**distance [1]** 8898/18
**distant [1]** 8783/2
**DISTRICT [6]** 8726/1
8726/1 8726/10
8734/22 8735/4 8735/5
**dive [1]** 8739/14
**do [148]** 8732/15
8732/15 8732/16
8732/22 8732/24
8734/5 8737/10
8740/12 8742/21
8744/2 8744/21
8745/16 8748/5 8748/7
8749/6 8750/17
8751/19 8751/21
8751/23 8753/15
8755/22 8755/25
8756/4 8759/4 8761/10
8761/13 8762/25
8763/2 8766/3 8768/23
8769/20 8770/11
8772/13 8782/15
8782/17 8782/19
8782/25 8784/22
8785/21 8786/8 8786/9
8788/16 8788/20
8789/3 8789/4 8790/4
8791/11 8792/5
8792/12 8792/12
8793/13 8793/16
8793/17 8794/10
8794/12 8795/6 8796/9
8798/3 8798/3 8798/10
8799/3 8799/4 8801/8
8801/10 8801/24

8806/22 8806/23
8809/9 8810/22 8811/4
8811/6 8811/7 8811/15
8813/23 8813/25
8817/7 8818/23 8820/4
8823/12 8823/14
8823/17 8823/21
8826/23 8828/7
8829/11 8829/12
8831/4 8831/19
8831/22 8834/23
8836/7 8841/12
8841/25 8842/22
8846/18 8846/23
8847/4 8847/6 8847/7
8848/4 8851/15
8851/21 8854/23
8855/25 8856/22
8858/5 8858/6 8859/11
8860/20 8860/21
8861/1 8861/24 8864/3
8865/23 8865/24
8865/25 8867/19
8867/20 8867/23
8868/1 8868/21 8869/4
8869/5 8870/9 8870/14
8870/16 8870/24
8873/4 8873/19 8875/5
8876/2 8876/4 8876/13
8878/3 8879/12
8880/24 8881/20
8884/7 8888/8 8888/19
8888/23 8893/20
8897/1 8901/5 8903/15
**do you [12]** 8744/2
8745/16 8782/17
8794/10 8798/10
8806/22 8828/7
8831/22 8858/5
8865/23 8869/4
8879/12
**do you have [1]**
8748/5
**do you know [4]**
8761/10 8811/7 8820/4
8868/1
**do you recognize [10]**
8762/25 8788/16
8789/3 8793/16 8802/2
8813/23 8818/23
8823/21 8865/24
8875/5
**do you remember [5]**
8755/25 8782/15
8811/4 8870/9 8870/24
**do you see [10]**
8751/19 8759/4 8796/9
8809/9 8823/12
8842/22 8867/19
8867/20 8867/23
8873/4
**doctor [3]** 8747/18
8786/17 8857/6
**doctor's [1]** 8784/20
**doctors [1]** 8753/16
**document [12]**
8788/16 8797/1

8823/22 8824/1 8824/2
8824/6 8824/10
8824/16 8824/19
8824/23
**documents [4]** 8757/2
8823/21 8824/21
8824/24
**does [24]** 8740/11
8750/16 8750/17
8752/17 8753/1
8755/15 8786/3 8787/2
8788/20 8799/19
8803/10 8803/11
8807/2 8814/1 8814/3
8826/20 8836/12
8847/21 8847/23
8855/23 8857/6
8875/18 8876/12
8883/14
**doesn't [10]** 8751/5
8755/20 8795/1
8822/16 8834/16
8841/24 8879/19
8881/17 8893/6
8901/23
**Dog [1]** 8875/4
**Dohnal [2]** 8775/19
8775/22
**Dohnal Atkinson [1]**
8775/19
**doing [19]** 8748/4
8760/6 8767/21
8770/21 8792/8 8795/4
8807/6 8832/3 8848/17
8869/19 8869/20
8871/7 8874/17 8878/1
8878/2 8886/6 8889/21
8899/24 8899/24
**don't [50]** 8733/3
8743/5 8743/11
8744/25 8750/18
8758/3 8765/7 8765/10
8765/11 8778/9
8781/22 8782/10
8783/3 8795/7 8801/11
8801/21 8804/9
8809/14 8809/14
8810/18 8810/19
8815/3 8821/24
8822/16 8831/6 8834/2
8834/17 8842/18
8845/6 8846/17 8849/6
8860/25 8873/21
8878/10 8878/12
8878/14 8879/1
8880/23 8881/5
8881/13 8881/22
8890/4 8890/21 8893/1
8893/5 8894/1 8894/3
8895/5 8896/25
8898/12
**done [13]** 8751/12
8801/9 8847/12 8852/8
8860/25 8877/15
8879/11 8884/9
8891/19 8891/23
8893/25 8894/19

**Donovan [10]** 8830/23
8836/15 8836/15
8836/17 8836/22
8837/4 8837/7 8837/8
8849/19 8852/21
**Donovan Crowl [6]**
8830/23 8836/15
8836/17 8836/22
8849/19 8852/21
**Donovan Crowl's [1]**
8837/7
**door [1]** 8871/21
**dose [2]** 8857/7
8857/10
**Double [1]** 8781/21
**Doug [6]** 8777/5
8777/12 8796/15
8796/15 8799/3
8814/19
**Doug Smith [3]** 8777/5
8796/15 8799/3
**Douyon [1]** 8896/7
**doves [1]** 8839/8
**dowel [2]** 8754/10
8755/17
**down [83]** 8742/17
8742/24 8746/20
8748/17 8751/22
8752/2 8760/13
8760/14 8761/12
8761/17 8775/11
8783/2 8783/9 8790/8
8790/23 8792/22
8793/22 8794/25
8796/22 8799/23
8804/15 8805/13
8806/20 8807/17
8811/2 8813/11
8813/21 8815/18
8816/4 8820/10
8823/15 8825/6
8829/23 8834/1
8834/13 8836/19
8843/22 8843/22
8845/20 8850/10
8850/10 8850/14
8851/24 8852/4
8852/10 8854/23
8856/4 8856/10
8859/18 8860/6
8860/23 8862/16
8867/24 8870/19
8873/20 8873/24
8873/25 8874/3 8874/3
8874/8 8875/10
8875/12 8875/17
8875/20 8876/3
8876/15 8879/1
8882/16 8882/21
8884/19 8886/7
8886/14 8886/22
8887/11 8888/5
8890/10 8895/25
8896/5 8896/6 8896/8
8896/9 8896/11 8902/4
**downhome [1]**
8782/22

8789/7 8792/3
**Downtown D.C [1]**
8789/7
**draft [2]** 8824/6 8903/4
**drafted [1]** 8824/2
**drafting [1]** 8824/1
**draw [3]** 8765/17
8765/20 8823/3
**drawdown [1]** 8740/15
**drawer [2]** 8763/9
8767/1
**Drew [1]** 8822/8
**drink [2]** 8782/25
8837/9
**drive [13]** 8728/8
8832/6 8844/18
8853/15 8853/19
8854/7 8854/13
8854/14 8855/9
8855/10 8859/14
8900/9 8900/25
**drop [2]** 8821/22
8823/2
**dropped [2]** 8847/8
8847/8
**drove [2]** 8828/19
8849/14
**drugged [1]** 8747/22
**drugs [4]** 8856/24
8856/24 8856/24
8856/25
**drunk [1]** 8837/9
**dry [1]** 8856/8
**duking [1]** 8869/14
**Dunn [1]** 8883/8
**duo [1]** 8752/4
**Dupont [1]** 8843/19
**Dupont Circle [1]**
8843/19
**during [9]** 8738/10
8754/19 8774/3
8776/11 8827/17
8830/8 8868/7 8892/14
8903/16
**dusk [1]** 8862/20
**duty [8]** 8737/5
8737/15 8738/7
8741/19 8742/4
8742/13 8743/20
8889/25
**dynamic [1]** 8752/4

**E**

**each [4]** 8773/19
8827/3 8861/22 8896/1
**earlier [5]** 8732/19
8732/19 8786/8 8804/7
8805/23
**early [10]** 8737/14
8746/13 8784/21
8821/19 8822/7
8832/21 8834/1
8846/11 8849/11
8859/8
**Earp [2]** 8815/21
8817/12
**earth [1]** 8775/11

**E**

**east [2]** 8791/20 8803/15
**eastbound [1]** 8794/23
**easy [2]** 8761/13 8770/3
**eaves [1]** 8793/6
**Ed [5]** 8831/16 8831/16 8831/17 8831/25 8832/9
**Ed Vallejo [4]** 8831/16 8831/17 8831/25 8832/9
**edge [4]** 8856/8 8873/23 8874/6 8874/7
**Edmund [1]** 8728/2
**Edward [3]** 8727/6 8731/9 8731/12
**Edwards [2]** 8726/16 8731/11
**edwardtarpley [1]** 8727/8
**effect [3]** 8750/11 8771/18 8837/7
**effects [1]** 8744/22
**efficient [1]** 8844/4
**eight [2]** 8801/8 8854/24
**either [8]** 8774/12 8799/21 8843/17 8867/21 8900/1 8902/6 8902/7 8902/11
**elderly [2]** 8825/13 8825/24
**elections [1]** 8770/7
**Electoral [4]** 8876/19 8876/22 8876/25 8877/2
**electronics [1]** 8855/6
**elevated [1]** 8864/15
**elicit [1]** 8745/16
**Ellipse [18]** 8816/4 8817/16 8830/6 8832/21 8833/4 8833/25 8836/1 8843/5 8843/11 8844/1 8850/21 8850/24 8851/12 8852/20 8852/23 8859/22 8890/17 8890/22
**ELMER [3]** 8726/6 8727/2 8731/7
**ELMO [2]** 8884/16 8896/7
**else [8]** 8833/9 8843/3 8860/5 8884/16 8888/7 8903/3 8903/21 8903/22
**else's [2]** 8768/14 8893/6
**email [14]** 8726/18 8726/19 8727/5 8727/8 8727/12 8728/5 8728/9 8728/14 8795/24 8796/12 8796/20 8842/24 8842/25 8843/2
**embarrassing [1]**

**embryonic [1]** 8782/23
**Empire [1]** 8728/13
**employed [1]** 8736/11
**Emu [1]** 8876/12
**encounter [1]** 8813/20
**encouraged [1]** 8898/4
**end [15]** 8741/20 8764/6 8772/19 8772/19 8775/2 8777/21 8793/15 8841/16 8843/14 8851/6 8854/10 8854/12 8868/2 8890/17 8903/11
**ended [5]** 8756/2 8764/9 8777/3 8868/10 8891/3
**ends [1]** 8794/23
**enforcement [2]** 8771/23 8890/14
**engage [5]** 8739/7 8751/3 8751/5 8751/8 8761/25
**engagements [1]** 8740/4
**engine [1]** 8841/5
**enjoy [2]** 8794/2 8839/1
**enough [2]** 8746/18 8834/9
**ensign [1]** 8736/8
**enter [3]** 8736/6 8843/8 8892/5
**entered [2]** 8734/25 8827/23
**entire [2]** 8810/12 8889/5
**equipment [3]** 8774/24 8810/20 8855/6
**Eric [1]** 8786/7
**escorted [1]** 8896/13
**especially [4]** 8754/12 8862/20 8866/6 8870/14
**essentially [1]** 8890/18
**establish [4]** 8804/21 8822/16 8886/17 8886/19
**established [1]** 8804/9
**estate [1]** 8811/11
**estimation [1]** 8845/19
**et [2]** 8726/6 8751/9
**even [15]** 8741/20 8765/13 8782/12 8784/8 8784/17 8795/8 8800/2 8813/21 8835/1 8839/1 8856/3 8862/6 8874/23 8892/14 8892/21
**evening [4]** 8732/8 8732/9 8846/11 8875/21
**event [11]** 8776/24 8777/2 8778/14 8780/2 8780/3 8780/8 8780/23 8819/20 8890/4 8890/8 8890/16

**ever [55]** 8742/9 8816/4 8817/15 8830/8
**eventually [9]** 8735/6 8736/6 8739/3 8747/10 8850/1 8850/16 8854/11 8854/16 8863/23
**exactly [1]** 8850/9
**examination [3]** 8734/9 8878/13 8885/11
**example [5]** 8755/14 8757/4 8793/1 8842/9 8886/6
**excuse [2]** 8803/16 8817/15
**exhibit [54]** 8752/10 8762/23 8763/1 8763/13 8766/20 8782/15 8785/11 8785/19 8786/21 8789/2 8789/19 8789/22 8790/23 8795/3 8796/8 8799/25 8800/9 8800/13 8801/20 8804/4 8805/4 8806/22 8807/17 8807/21 8808/10 8808/13 8809/25 8810/5 8810/6 8811/19 8811/24 8814/7 8814/12 8814/13 8815/24 8816/15 8816/16 8819/9 8819/12 8823/13 8823/21 8828/5 8829/4 8829/9 8842/21 8865/16 8882/3 8882/3 8883/19 8895/17 8898/2 8900/9 8901/22
**Exhibit 120 [1]** 8842/21
**Exhibit 1502 [1]** 8829/9
**Exhibit 164 [1]** 8766/20
**Exhibit 24 [2]** 8806/22 8807/21
**Exhibit 37 [1]** 8823/13
**Exhibit A [1]** 8752/10
**exhibits [11]** 8730/8 8752/14 8804/19 8804/25 8815/3 8815/5 8886/12 8897/20 8897/22 8900/4 8901/21
**existence [1]** 8838/12
**exited [2]** 8827/14 8878/25
**exiting [3]** 8851/6 8868/10 8884/16
**expand [1]** 8814/17
**expect [2]** 8879/13 8879/17
**expensive [1]** 8830/4
**experience [3]** 8769/11 8795/20 8824/5
**experiences [1]** 8775/14
**expert [1]** 8750/16
**explain [15]** 8736/23 8737/11 8756/24 8757/13 8780/1

**ex-Navy [1]** 8791/22
**exactly [1]** 8850/9

**exactly [1]** 8850/9

**Exhibit** 8812/14 8826/12 8828/16 8842/24 8843/7 8856/21 8857/12 8889/15
**explanation [1]** 8739/21
**explosive [1]** 8743/6
**explosives [1]** 8741/25
**extensively [1]** 8745/7
**extent [2]** 8750/8 8902/9
**extra [1]** 8830/5
**extract [2]** 8846/4 8896/4
**eye [1]** 8842/4
**eyes [1]** 8872/23

**F**

**F-F [2]** 8812/13 8813/8
**face [1]** 8827/1
**Facebook [2]** 8875/10 8876/3
**faces [1]** 8759/8
**facilities [1]** 8772/24
**facing [1]** 8744/25
**fact [20]** 8741/6 8745/17 8750/9 8750/13 8761/15 8772/23 8775/21 8782/12 8804/24 8838/13 8839/1 8841/22 8844/25 8854/25 8859/4 8859/9 8872/11 8889/6 8893/4 8898/8
**faction [1]** 8740/5
**factor [1]** 8845/2
**fair [2]** 8815/4 8815/11 8811/16 8839/21
**fairly [4]** 8748/4 8791/8 8811/16 8839/21
**fallen [1]** 8865/5
**falling [1]** 8757/3
**falls [1]** 8747/4
**familiar [13]** 8739/20 8769/10 8780/10 8785/7 8791/1 8817/20 8820/11 8823/2 8824/4 8824/13 8828/10 8871/3 8871/22
**family [5]** 8735/11 8737/8 8842/17 8853/20 8876/9
**family's [1]** 8737/22
**family-related [1]** 8876/9
**fan [1]** 8872/3
**fantastic [1]** 8895/20
**far [13]** 8735/13 8736/19 8738/20 8749/6 8767/11 8791/10 8825/25 8840/11 8840/24 8844/11 8888/2 8892/2 8896/10
**farm [21]** 8769/3 8772/5 8772/22 8772/25 8773/2 8773/9

**F**

farm... **[15]** 8773/13 8774/2 8774/18 8774/24 8775/17 8775/20 8776/14 8776/20 8776/25 8784/1 8799/24 8811/9 8811/9 8828/20 8858/14

farmer **[1]** 8772/15

farmers **[1]** 8772/21

father **[6]** 8737/12 8737/19 8763/5 8768/10 8787/3 8837/24

father's **[1]** 8811/10

favor **[4]** 8755/22 8778/4 8846/18 8846/23

favorite **[1]** 8770/9

FBI **[38]** 8761/19 8761/25 8764/7 8764/9 8765/3 8765/9 8765/10 8765/16 8765/22 8766/3 8766/25 8767/3 8769/10 8769/13 8769/20 8769/22 8775/23 8784/25 8789/10 8790/18 8790/19 8804/13 8815/7 8818/15 8820/21 8821/4 8822/7 8823/23 8853/15 8853/22 8854/6 8854/19 8854/23 8855/5 8855/15 8866/14 8868/7 8875/16

fearful **[1]** 8747/7

feel **[3]** 8754/2 8779/12 8868/13

feeling **[2]** 8754/1 8799/21

feet **[5]** 8759/11 8767/22 8874/7 8891/15 8899/19

felt **[3]** 8777/8 8883/2 8890/14

fences **[1]** 8791/21

Ferdinand **[1]** 8740/10

few **[13]** 8738/12 8744/6 8744/12 8770/10 8770/24 8791/13 8793/25 8810/16 8846/7 8872/9 8878/14 8890/9 8903/10

fibular **[1]** 8749/7

Field **[1]** 8740/17

fighters **[1]** 8774/21

fighting **[1]** 8827/3

figure **[3]** 8848/19 8870/13 8881/23

figured **[3]** 8851/24 8860/25 8861/20

file **[6]** 8804/11 8875/9 8875/18 8876/3 8876/5 8876/7

Filipino **[2]** 8740/21 8740/21

Filipinos **[1]** 8742/8

fill **[1]** 8858/23

fill-in **[1]** 8858/23

film **[1]** 8861/3

filming **[2]** 8896/8 8899/24

films **[1]** 8902/1

final **[1]** 8903/12

finalize **[1]** 8903/1

finalized **[1]** 8824/7

Finally **[1]** 8835/11

financial **[1]** 8893/24

find **[6]** 8797/11 8797/25 8850/11 8862/16 8890/19 8895/3

finding **[2]** 8807/7 8894/2

fine **[8]** 8765/15 8788/2 8789/1 8800/25 8808/6 8822/4 8881/19 8903/19

finish **[2]** 8881/9 8884/13

Fiorillo **[1]** 8802/9

fire **[4]** 8825/17 8837/16 8837/18 8837/21

firearm **[9]** 8837/12 8837/15 8837/17 8837/22 8837/23 8839/4 8839/5 8839/9 8840/7

firearms **[14]** 8837/20 8838/13 8838/14 8839/11 8839/22 8840/5 8840/10 8840/11 8840/14 8840/21 8841/21 8841/22 8842/5 8842/7

firefighter **[1]** 8888/22

fires **[1]** 8827/3

firing **[2]** 8837/20 8837/21

first **[49]** 8737/18 8738/2 8738/3 8738/20 8739/15 8740/24 8741/9 8744/1 8754/8 8759/1 8760/21 8770/1 8770/5 8770/14 8771/13 8773/14 8773/17 8773/19 8773/21 8773/22 8774/11 8776/9 8776/21 8783/17 8785/6 8790/5 8791/24 8795/19 8797/13 8798/14 8799/13 8812/16 8818/4 8822/2 8824/18 8825/21 8828/4 8831/4 8837/19 8849/12 8857/19 8859/5 8873/19 8885/22 8896/16 8898/12 8901/10

Fischer **[33]** 8728/11 8728/12 8731/19 8731/23 8733/17 8734/6 8744/21 8745/1 8745/1 8745/9 8745/16 8745/22 8750/5 8753/25 8757/22 8758/4 8762/20 8764/5 8764/15 8764/23 8765/7 8766/10 8801/2 8801/21 8804/6 8809/3 8809/5 8816/14 8821/3 8826/17 8828/1 8867/4 8903/2

Fischer's **[1]** 8751/4

fischerandputzi **[1]** 8728/15

five **[6]** 8731/20 8749/18 8800/19 8801/12 8836/18 8881/12

flag **[3]** 8754/9 8858/4 8870/20

flagged **[1]** 8896/25

flagpole **[1]** 8755/17

flags **[2]** 8835/25 8836/1

flash **[6]** 8742/20 8850/5 8853/14 8854/14 8900/9 8900/24

flashed **[3]** 8894/25 8895/2 8895/15

flashes **[1]** 8894/21

flew **[1]** 8885/8

Flexeril **[1]** 8857/2

flight **[3]** 8856/18 8880/6 8880/9

flip **[2]** 8791/8 8791/13

floor **[1]** 8831/7

flopped **[2]** 8742/24 8747/22

Florida **[3]** 8832/15 8849/4 8885/8

flown **[1]** 8885/15

flying **[1]** 8742/20

focused **[1]** 8792/1

focuses **[1]** 8883/7

folder **[1]** 8875/9

folders **[1]** 8824/22

folk **[1]** 8794/3

folks **[8]** 8812/8 8817/14 8825/13 8841/18 8858/11 8861/19 8874/20 8898/16

follow **[2]** 8849/24 8859/12

followed **[2]** 8891/2 8893/4

following **[8]** 8849/15 8849/17 8849/18 8866/4 8883/18 8885/20 8889/17 8893/13

food **[2]** 8803/23 8891/5

8898/22 8899/6 8899/8

football **[1]** 8858/21

forbidden **[1]** 8819/19

force **[2]** 8751/4 8803/18

forceful **[2]** 8751/5 8751/8

foregoing **[1]** 8904/3

forever **[2]** 8742/9 8743/3

forgot **[1]** 8878/17

former **[2]** 8771/23 8775/12

FormerFeds **[1]** 8728/7

formerfedsgroup.com **[1]** 8728/10

forth **[1]** 8797/24

forward **[9]** 8740/13 8740/16 8743/22 8746/16 8758/3 8758/6 8758/18 8791/22 8827/2

forwarding **[1]** 8820/6

fought **[1]** 8740/4

found **[15]** 8783/4 8798/19 8804/17 8821/17 8822/10 8822/12 8822/24 8850/9 8857/23 8861/4 8873/21 8878/5 8882/5 8882/6 8898/14

foundation **[3]** 8821/23 8821/24 8823/2

fountain **[14]** 8856/7 8856/8 8857/25 8858/8 8859/19 8859/21 8860/11 8860/14 8861/14 8861/17 8870/19 8871/14 8877/25 8878/9

four **[5]** 8743/16 8764/12 8794/18 8794/24 8797/7

Fox **[1]** 8858/23

fraction **[1]** 8754/24

frame **[3]** 8748/9 8749/10 8868/3

Frankly **[1]** 8892/21

freaking **[1]** 8846/16

free **[2]** 8740/3 8841/22

Freedom **[2]** 8778/11 8790/14

Freedom Plaza **[2]** 8778/11 8790/14

fresh **[4]** 8772/24 8817/4 8817/6 8818/1

freshness **[1]** 8835/23

Friday **[1]** 8787/16

friendly **[1]** 8824/12

friends **[2]** 8825/5 8869/22

friendship **[2]** 8781/17 8782/24

front **[8]** 8727/10 8747/21 8788/8 8811/15 8821/12 8866/5 8873/23

frontier **[1]** 8827/1

frosty **[1]** 8835/12

frustrated **[1]** 8894/19

fucking **[1]** 8896/14

fudge **[1]** 8780/14

full **[5]** 8737/16 8743/21 8748/13 8794/1 8840/18 8872/5

fun **[1]** 8872/5

further **[3]** 8750/6 8878/11 8894/15

fusion **[1]** 8747/16

**G**

Gabapentin **[2]** 8749/22 8857/1

gait **[1]** 8747/4

game **[1]** 8839/7

gang **[1]** 8743/2

garage **[4]** 8763/10 8767/2 8850/18 8851/9

gas **[1]** 8870/8

gassing **[1]** 8869/25

Gate **[1]** 8752/24

gather **[1]** 8856/4

gave **[7]** 8788/23 8834/22 8841/19 8845/3 8845/17 8847/7 8882/23

gear **[2]** 8808/19 8810/19

general **[3]** 8797/17 8852/14 8862/12

gentleman **[4]** 8760/3 8760/21 8811/8 8816/11

gentlemen **[10]** 8736/23 8808/9 8810/4 8814/11 8825/11 8827/10 8845/5 8848/1 8856/21 8899/25

Georgetown **[3]** 8794/17 8843/13 8845/7

gesture **[1]** 8869/18

get **[66]** 8739/6 8742/1 8743/19 8744/15 8749/20 8750/2 8751/7 8756/8 8756/12 8757/10 8757/11 8761/1 8761/14 8764/2 8766/12 8776/20 8791/22 8793/25 8794/18 8798/4 8798/6 8803/22 8804/6 8804/6 8810/18 8813/9 8820/25 8821/23 8822/22 8825/20 8829/21 8833/20 8833/25 8834/1 8834/11 8835/5 8835/7 8836/1 8836/3 8837/23 8839/19 8841/23 8843/14 8843/22 8844/5 8844/8 8844/13 8844/15 8845/16 8846/15

**get... [15]** 8848/9
8850/1 8854/16
8855/16 8864/6 8864/8
8868/13 8873/20
8880/9 8890/19 8891/6
8893/25 8894/19
8897/21 8903/24
**gets [2]** 8746/14
8746/18
**getting [6]** 8747/9
8822/9 8836/6 8854/10
8869/11 8890/18
**Gettysburg [1]**
8737/20
**Geyer [4]** 8728/7
8731/16 8732/9
8893/20
**ghastly [2]** 8747/25
8748/1
**give [13]** 8739/20
8743/18 8743/18
8756/12 8801/4 8837/9
8843/7 8843/8 8857/7
8861/1 8881/11 8882/7
8889/18
**given [9]** 8738/21
8750/7 8754/1 8812/17
8888/2 8889/1 8890/5
8898/6 8898/15
**giving [3]** 8767/7
8858/13 8874/20
**glad [3]** 8769/20
8770/11 8793/2
**gladly [1]** 8883/22
**glamorous [1]** 8741/11
**Glen [1]** 8728/13
**gmail.com [1]** 8727/5
**go [111]** 8732/20
8735/13 8742/4
8743/10 8743/19
8743/22 8744/11
8744/18 8747/8 8749/6
8751/22 8752/2
8752/19 8752/25
8759/21 8768/5
8771/20 8777/24
8777/25 8778/14
8778/18 8778/18
8784/19 8784/19
8784/19 8784/20
8784/22 8784/22
8784/23 8785/3 8786/9
8786/15 8787/25
8788/3 8788/6 8789/2
8790/12 8791/14
8792/10 8792/17
8793/15 8794/25
8795/1 8796/3 8796/6
8798/15 8801/25
8802/7 8803/7 8803/25
8805/25 8806/7 8809/2
8812/6 8813/7 8816/18
8817/17 8818/22
8821/25 8822/1
8822/24 8823/18
8824/16 8824/20
8824/21 8835/11

8836/3 8836/13
8836/13 8836/14
8841/5 8843/12
8843/13 8843/14
8843/17 8843/19
8844/6 8845/7 8846/15
8846/21 8849/8 8850/6
8850/10 8852/10
8854/22 8861/16
8862/9 8870/19
8871/25 8872/10
8872/11 8872/11
8872/12 8873/24
8873/24 8874/8
8874/22 8875/25
8878/18 8879/7
8879/10 8890/25
8891/1 8891/7 8896/3
8896/7 8900/13 8903/1
8903/5 8903/11
8903/17
**go ahead [7]** 8744/18
8768/5 8771/20 8785/3
8796/6 8816/18
8846/21
**Godbold [5]** 8811/4
8811/7 8811/8 8811/13
8811/17
**goes [3]** 8764/10
8781/20 8867/24
**going [143]** 8741/21
8747/10 8750/19
8750/25 8751/17
8751/22 8752/5
8755/21 8756/2
8756/17 8758/25
8759/22 8761/18
8764/5 8766/5 8769/25
8770/3 8772/9 8772/11
8772/23 8774/17
8776/9 8776/10
8777/21 8778/9
8778/12 8778/18
8780/5 8780/6 8780/24
8780/25 8780/25
8784/20 8785/3 8785/5
8786/16 8786/17
8787/23 8790/7 8790/9
8790/12 8790/13
8790/22 8791/20
8791/22 8791/23
8792/13 8792/17
8793/18 8794/18
8794/20 8795/3 8796/8
8797/10 8797/25
8798/14 8800/19
8800/20 8801/2
8803/25 8804/13
8809/7 8810/9 8810/15
8812/12 8815/19
8815/24 8816/5
8816/12 8821/3 8821/5
8823/3 8828/4 8828/5
8829/4 8830/7 8830/21
8834/15 8834/17
8835/19 8836/3
8841/16 8841/16
8841/17 8842/20

8844/22 8845/17
8846/25 8847/3 8847/4
8847/5 8848/18
8848/19 8850/10
8851/7 8852/10 8858/2
8860/6 8863/16
8863/21 8864/21
8865/16 8865/17
8865/22 8866/7
8868/10 8868/25
8869/16 8872/22
8874/21 8875/1
8875/25 8880/12
8880/23 8880/24
8881/3 8882/12
8883/23 8885/5 8887/7
8888/3 8888/7 8888/10
8888/18 8888/25
8889/9 8889/12
8889/15 8889/18
8890/11 8891/5
8891/24 8892/18
8893/10 8893/10
8893/12 8893/15
8898/25 8899/3
8899/20 8899/20
**Golden [1]** 8752/23
**gone [3]** 8787/25
8860/24 8877/23
**good [31]** 8731/5
8731/22 8733/14
8733/15 8734/2 8734/3
8740/20 8743/19
8748/10 8753/15
8754/25 8772/24
8782/22 8782/22
8784/21 8805/24
8812/8 8834/4 8835/23
8842/3 8842/4 8843/12
8843/21 8843/22
8843/24 8850/10
8857/3 8860/7 8861/2
8864/6 8872/5
**Good morning [4]**
8731/5 8731/22 8734/2
8734/3
**goof [2]** 8869/23
8871/6
**goofy [1]** 8741/16
**Gorilla [2]** 8854/13
8855/10
**gosh [3]** 8793/14
8806/19 8860/15
**got [55]** 8732/19
8734/3 8738/12
8742/13 8743/11
8743/22 8746/11
8746/23 8746/23
8747/8 8770/12
8787/25 8792/3 8793/5
8794/21 8799/21
8817/2 8817/3 8818/5
8822/11 8830/5
8833/21 8834/1 8834/8
8836/13 8839/21
8839/22 8843/15
8845/12 8847/1 8847/1

8848/6 8850/10
8850/12 8851/24
8852/25 8855/25
8856/2 8861/10
8861/25 8865/6 8865/8
8870/11 8871/24
8872/23 8874/3 8874/3
8878/14 8890/16
8894/22 8897/23
8903/10
**gotten [3]** 8745/9
8746/21 8854/18
**government [29]**
8726/14 8731/11
8740/9 8740/10
8740/22 8741/4
8745/13 8751/2 8751/3
8756/1 8757/6 8765/5
8794/9 8821/18 8822/3
8828/5 8873/14
8879/11 8880/21
8884/2 8885/18
8886/10 8886/12
8894/3 8897/11
8897/20 8898/24
8899/7 8901/15
**government's [5]**
8758/25 8821/14
8829/4 8829/8 8896/16
**Governor [1]** 8728/12
**grab [1]** 8881/12
**graduate [2]** 8735/25
8777/16
**graduated [1]** 8753/14
**grand [3]** 8829/16
8877/8 8877/11
**grandfather [3]**
8737/15 8737/17
8737/18
**grandfather's [2]**
8842/9 8842/12
**grandmother's [1]**
8734/23
**grass [6]** 8787/24
8835/6 8851/25
8862/18 8863/14
8871/16
**grassy [2]** 8759/12
8851/17
**Gray [5]** 8813/14
8813/16 8813/17
8814/2 8814/23
**great [4]** 8737/17
8737/18 8796/1
8842/12
**great-grandfather [2]**
8737/17 8737/18
**green [1]** 8793/7
**Greene [3]** 8776/15
8776/23 8852/17
**grenade [9]** 8763/4
8764/8 8764/24 8765/3
8766/20 8767/16
8767/19 8767/20
8768/8
**grew [2]** 8735/10
8778/6

**ground [2]** 8742/24
8753/18
**grounds [4]** 8862/3
8862/13 8862/21
8902/4
**group [20]** 8741/1
8741/3 8741/7 8742/6
8772/16 8779/9
8809/15 8812/10
8812/24 8813/3
8819/24 8820/22
8825/13 8826/6
8826/24 8827/5
8870/18 8889/24
8893/16 8894/15
**groups [5]** 8803/14
8810/16 8810/18
8813/19 8814/25
**grow [1]** 8747/6
**grownup [1]** 8778/7
**GS [1]** 8769/16
**GS-13 [1]** 8769/16
**Guard [3]** 8737/13
8763/6 8782/13
**Guards [1]** 8809/22
**guess [12]** 8740/24
8746/23 8748/8 8756/2
8759/7 8775/13
8776/11 8826/3
8832/20 8861/18
8868/4 8873/16
**guide [3]** 8778/22
8778/23 8824/12
**gun [2]** 8838/20
8838/22
**guns [1]** 8841/12
**gunsmithing [1]**
8841/19
**guy [25]** 8743/17
8743/20 8775/7
8775/10 8775/12
8777/5 8777/13
8777/19 8778/15
8782/24 8786/24
8787/2 8793/24
8796/16 8807/3
8815/21 8817/11
8831/15 8832/8
8835/18 8835/19
8837/5 8838/25
8884/23 8888/21
**guys [9]** 8770/12
8771/8 8778/8 8782/22
8782/22 8795/15
8798/17 8807/6
8858/14

**H**

**H Street [2]** 8791/20
8792/21
**had [135]** 8736/5
8739/9 8740/1 8740/5
8741/4 8742/8 8743/9
8743/15 8746/16
8747/5 8748/13
8748/17 8748/18
8749/7 8753/9 8760/4
8768/10 8770/16

had... [117] 8770/18
8771/3 8771/18 8772/7
8772/23 8773/15
8773/17 8774/11
8775/17 8776/6 8776/8
8776/23 8777/15
8777/16 8777/25
8778/3 8778/17
8779/25 8781/4 8782/6
8782/23 8783/1
8784/10 8787/23
8790/9 8790/17
8790/17 8793/12
8794/2 8795/5 8795/15
8795/19 8795/25
8797/19 8798/8
8798/19 8799/12
8804/15 8804/16
8805/4 8805/14
8805/24 8807/23
8807/25 8812/18
8816/3 8819/5 8822/11
8822/23 8822/24
8827/2 8830/14 8832/5
8833/16 8833/17
8834/9 8836/5 8838/10
8838/15 8839/21
8839/25 8840/22
8840/24 8841/1 8841/2
8841/13 8842/2 8842/9
8842/12 8842/14
8843/24 8844/25
8847/6 8847/9 8847/11
8847/11 8849/2 8849/5
8849/19 8852/9
8853/12 8853/14
8853/17 8855/7 8856/3
8856/10 8858/16
8860/7 8860/24 8862/2
8862/5 8862/25
8872/21 8872/21
8872/23 8873/14
8874/22 8877/13
8878/6 8882/7 8885/7
8885/15 8886/10
8886/12 8888/11
8889/22 8890/13
8891/17 8891/22
8893/24 8894/6 8895/4
8895/9 8896/9 8897/5
8898/3 8899/14
hadn't [2] 8838/8
8872/18
half [2] 8759/10
8860/15
hall [1] 8897/12
Haller [8] 8731/14
8884/8 8885/12
8886/16 8892/1 8894/6
8894/17 8895/5
hallucinate [2] 8750/17
8750/21
ham [1] 8825/15
hammer [2] 8867/21
8867/22
hand [8] 8733/22
8752/17 8753/1 8763/4

8850/12
hand/eye [1] 8842/4
handing [1] 8851/23
handled [3] 8765/4
8765/4 8765/25
handrail [1] 8755/13
hands [3] 8747/11
8760/4 8760/21
hang [10] 8754/10
8762/13 8762/13
8809/3 8821/2 8821/16
8866/25 8867/4 8887/2
8895/5
hanger [1] 8837/14
happen [5] 8773/4
8778/1 8778/2 8816/5
8841/17
happened [9] 8743/11
8743/21 8746/6
8768/11 8768/18
8774/16 8850/3
8850/20 8860/8
happening [2] 8746/15
8870/12
happens [4] 8746/18
8748/16 8845/11
8895/14
happy [3] 8801/3
8834/18 8883/17
hard [9] 8753/25
8783/18 8804/11
8837/21 8853/19
8854/6 8855/9 8862/16
8864/5
hard-copy [1] 8804/11
hardship [1] 8893/25
Harrelson [5] 8728/7
8731/8 8731/16 8774/9
8774/12
Harrisburg [1] 8727/11
has [29] 8731/24
8745/2 8745/8 8745/9
8745/12 8750/7
8750/11 8751/2
8762/18 8764/24
8765/5 8765/22
8784/17 8785/18
8810/17 8816/12
8817/25 8819/19
8843/3 8843/18
8846/13 8873/14
8880/23 8882/15
8884/2 8887/15
8888/23 8898/13
8900/9
hasn't [1] 8785/19
hat [4] 8831/15
8884/21 8885/4
8894/12
have [206]
haven't [4] 8750/20
8753/15 8790/10
8873/11
havercamps [1]
8849/22
having [3] 8820/22
8836/20 8899/14

he didn't [1] 8891/12
he said [11] 8765/15
8771/15 8772/15
8778/4 8783/5 8783/8
8798/20 8798/21
8846/13 8846/14
8846/17
he's [31] 8745/6
8745/10 8750/13
8750/19 8750/19
8750/20 8751/12
8764/10 8768/15
8769/5 8769/5 8771/19
8775/11 8777/13
8796/16 8801/11
8804/13 8807/15
8814/24 8814/24
8821/3 8834/16
8880/23 8881/18
8888/21 8888/22
8889/23 8893/24
8894/25 8895/1 8895/9
He's taking [1]
8881/18
head [4] 8748/8
8831/22 8832/3 8885/3
headed [1] 8793/17
heading [2] 8759/17
8791/20
health [1] 8748/23
healthy [1] 8749/5
hear [7] 8758/14
8760/13 8770/23
8829/8 8834/19
8848/18 8848/20
heard [10] 8750/20
8770/16 8770/18
8792/2 8819/18
8852/11 8894/6 8895/9
8897/11 8897/12
hearing [1] 8872/17
hearsay [5] 8771/16
8781/19 8781/21
8798/23 8846/19
heavy [1] 8848/1
heck [1] 8844/12
held [1] 8779/5
hello [2] 8835/10
8853/16
help [20] 8754/3
8756/8 8756/11
8756/12 8783/1
8783/10 8824/2
8825/19 8841/4
8857/15 8883/9
8887/25 8888/1 8888/5
8889/3 8889/4 8892/13
8892/25 8893/2 8898/6
helped [5] 8743/2
8761/9 8811/10
8857/16 8888/8
helpful [1] 8896/17
helping [6] 8826/24
8827/6 8883/12
8887/10 8896/4 8900/1
helps [3] 8755/16
8755/18 8857/3

8849/20 8859/9
8859/19 8859/20
8860/7 8890/11
here [40] 8732/19
8734/22 8734/23
8753/18 8756/17
8759/10 8759/22
8760/21 8765/8
8765/24 8766/6 8770/1
8774/13 8778/6 8783/9
8785/5 8787/8 8790/4
8791/9 8791/19
8793/10 8794/9 8805/3
8812/6 8812/6 8829/4
8837/25 8839/24
8852/6 8852/6 8865/17
8867/25 8869/18
8879/4 8884/19
8890/16 8894/4
8894/14 8897/10
8899/16
hero [1] 8893/6
Hey [9] 8783/8 8787/23
8846/13 8850/14
8852/9 8859/11
8859/22 8861/1
8869/12
hi [1] 8849/21
high [5] 8759/11
8858/20 8858/21
8874/8 8888/21
highest [1] 8756/22
highlighted [1] 8759/4
highly [2] 8888/22
8889/23
Highway [1] 8728/12
hill [6] 8743/9 8858/4
8860/18 8870/21
8871/9 8871/13
him [65] 8745/4
8745/18 8750/21
8750/21 8750/22
8763/18 8765/5
8765/16 8766/12
8768/1 8768/9 8771/8
8776/9 8776/21
8777/15 8778/13
8781/23 8795/16
8795/24 8796/2
8798/17 8798/18
8798/21 8817/12
8819/5 8821/10 8822/9
8822/11 8822/20
8822/19 8826/3
8830/21 8831/19
8834/17 8834/19
8835/2 8836/25 8837/1
8839/22 8848/20
8880/3 8880/9 8880/12
8880/18 8880/24
8880/25 8881/9
8882/25 8884/22
8886/1 8886/2 8886/10
8887/10 8887/23
8888/8 8889/6 8889/21
8889/22 8890/24
8892/20 8893/25

8894/20 8895/13
himself [2] 8771/10
8775/23
hip [4] 8748/13 8749/2
8753/11 8864/16
his [50] 8732/2
8737/19 8745/2 8745/5
8750/9 8750/11
8750/13 8750/25
8751/4 8751/9 8760/4
8760/21 8763/18
8764/12 8765/9 8765/9
8765/11 8765/25
8766/1 8766/5 8767/18
8768/16 8768/19
8772/12 8772/13
8772/16 8801/13
8804/12 8822/23
8825/5 8826/3 8837/25
8880/6 8881/2 8881/14
8885/3 8888/20
8889/16 8889/18
8889/21 8889/25
8890/5 8890/6 8890/8
8890/23 8892/12
8892/13 8894/13
8895/12 8902/1
historic [1] 8792/25
history [4] 8737/8
8750/25 8889/16
8889/18
hit [1] 8775/9
hitting [1] 8746/17
hold [6] 8744/8 8752/5
8756/18 8769/15
8866/25 8866/25
holders [1] 8839/23
holding [2] 8835/4
8894/13
homage [1] 8841/3
home [6] 8743/19
8767/2 8785/8 8794/3
8853/23 8855/7
honest [1] 8757/14
Honor [94] 8731/5
8731/25 8732/3 8732/8
8732/10 8732/12
8732/17 8732/21
8733/1 8733/11
8733/19 8737/1 8744/5
8744/14 8745/8
8745/18 8749/25
8752/11 8757/16
8757/21 8758/1
8758/11 8758/16
8762/12 8764/1 8765/1
8765/19 8766/7 8766/9
8768/13 8768/20
8771/21 8779/14
8781/19 8788/9
8798/23 8798/25
8800/14 8801/7
8801/19 8804/3
8804/12 8808/6
8809/24 8820/23
8821/7 8821/25 8822/6
8822/19 8823/4

Honor... [44] 8826/14
8827/7 8828/2 8829/18
8846/22 8855/17
8855/18 8866/17
8866/23 8877/17
8878/10 8882/1 8882/4
8882/8 8882/14
8882/16 8883/1
8883/25 8884/3 8884/6
8884/8 8884/11 8885/6
8885/12 8886/3 8886/8
8886/20 8886/25
8887/5 8888/9 8889/13
8892/16 8893/8
8894/11 8894/20
8895/14 8895/20
8898/2 8898/20
8900/12 8901/1
8902/14 8902/20
8903/5
**Honor's [1]** 8880/14
**HONORABLE [3]**
8726/9 8731/2 8738/9
**hope [1]** 8812/8
**hopeful [1]** 8769/18
**hopefully [2]** 8879/8
8879/11
**hoping [1]** 8834/5
**hospital [1]** 8743/15
**hot [3]** 8739/23
8739/23 8742/19
**hotel [19]** 8829/25
8830/3 8830/4 8830/5
8830/15 8830/16
8830/19 8830/20
8831/1 8836/16
8836/17 8837/1
8837/12 8837/13
8838/23 8839/20
8849/9 8849/13 8853/1
**hotmail.com [1]**
8728/15
**hour [2]** 8845/19
8860/15
**hours [7]** 8762/4
8781/1 8781/3 8793/24
8832/21 8834/19
8859/8
**house [9]** 8734/24
8761/20 8789/10
8789/17 8815/8
8839/12 8839/13
8864/10 8875/3
**how [45]** 8734/19
8735/13 8738/5
8745/10 8749/17
8750/14 8753/9
8753/23 8754/1 8754/7
8754/19 8755/11
8760/20 8760/22
8761/1 8761/3 8762/3
8766/2 8767/11
8767/21 8770/5 8771/7
8773/8 8773/20
8779/12 8797/6
8805/12 8811/7 8826/2
8839/16 8840/2

8845/15 8849/6
8851/16 8856/22
8857/12 8860/13
8860/25 8873/20
8879/12 8887/3
8888/12 8891/25
**howitzer [1]** 8743/7
**Hughes [3]** 8726/15
8731/11 8880/23
**huh [60]** 8739/1
8742/14 8743/25
8749/12 8756/4 8756/4
8760/5 8773/3 8775/21
8776/16 8780/13
8780/16 8781/14
8785/9 8785/12
8786/14 8786/25
8786/25 8787/20
8788/22 8790/2
8792/11 8796/18
8796/25 8798/11
8799/9 8800/12 8805/6
8805/19 8806/3 8806/9
8809/10 8812/25
8814/21 8816/22
8818/25 8825/10
8849/16 8850/2
8850/22 8851/1 8854/4
8854/11 8854/14
8854/17 8855/24
8856/17 8856/20
8857/8 8857/22
8860/19 8861/15
8863/2 8868/8 8868/12
8873/2 8873/8 8875/6
8875/14 8876/11
**huh-uh [1]** 8860/19
**human [1]** 8742/21
**Humanitarian [1]**
8738/18
**humorous [1]** 8748/8
**humped [1]** 8743/2
**hundred [1]** 8853/4
**hundreds [4]** 8765/20
8782/16 8865/18
8872/25
**hurricane [1]** 8738/22
**hurt [2]** 8742/2
8755/20
**hygiene [1]** 8835/22

**I**

**I also [2]** 8841/25
8858/22
**I always [1]** 8746/12
**I am [4]** 8812/10
8812/11 8820/12
8887/14
**I assume [1]** 8774/17
**I believe [16]** 8744/20
8750/12 8785/6 8785/7
8786/21 8791/19
8797/12 8800/20
8805/9 8814/5 8822/8
8838/17 8849/19
8855/21 8883/5 8894/5
**I can [7]** 8765/1 8880/3

8880/7 8880/9
8881/12 8893/23
8903/16
**I can't [2]** 8807/14
8807/15
**I did [20]** 8736/5
8736/8 8744/6 8744/12
8769/14 8775/4
8779/20 8780/18
8780/18 8795/13
8805/9 8809/17 8814/5
8825/3 8832/14 8856/6
8857/11 8861/6
8862/11 8874/24
**I didn't [2]** 8745/14
8797/23
**I do [1]** 8848/4
**I don't [11]** 8765/10
8765/11 8783/3 8795/7
8804/9 8815/3 8831/6
8878/10 8880/23
8890/21 8893/5
**I gave [1]** 8847/7
**I guess [9]** 8740/24
8746/23 8748/8 8756/2
8759/7 8775/13
8776/11 8832/20
8861/18
**I have [19]** 8732/5
8732/15 8735/14
8739/13 8748/7
8748/11 8748/11
8749/14 8749/15
8749/20 8749/22
8783/2 8785/23
8785/25 8801/7 8815/3
8821/17 8862/6
8878/11
**I haven't [2]** 8750/20
8753/15
**I hope [1]** 8812/8
**I just [14]** 8744/10
8758/13 8781/7 8790/8
8792/3 8795/17
8795/20 8829/22
8834/18 8848/4
8849/20 8864/16
8870/13 8899/6
**I know [10]** 8734/25
8738/20 8775/15
8783/6 8792/9 8797/4
8882/22 8893/2 8893/3
8902/20
**I mean [13]** 8754/7
8754/14 8764/10
8765/8 8770/20
8795/22 8801/2
8836/14 8860/6
8880/20 8881/5
8892/13 8893/14
**I misspoke [1]** 8878/23
**I presume [1]** 8857/7
**I really [1]** 8847/6
**I said [1]** 8787/25
**I should [2]** 8784/10
8798/22
**I think [44]** 8732/11
8733/6 8745/6 8751/10

8765/14 8765/17
8773/5 8776/21
8777/12 8778/15
8782/12 8785/18
8785/23 8787/14
8793/5 8795/25 8796/1
8796/2 8800/23 8801/7
8824/7 8831/6 8850/12
8859/9 8859/13
8870/25 8872/11
8874/3 8878/1 8879/25
8881/2 8882/8 8883/6
8883/13 8883/14
8891/22 8894/7
8894/17 8898/20
8901/3 8901/19
**I thought [10]** 8761/2
8769/19 8790/11
8790/16 8838/25
8843/11 8843/23
8851/25 8859/21
8872/18
**I told [5]** 8768/9
8798/17 8818/8
8830/21 8847/7
**I understand [17]**
8734/16 8737/8 8739/6
8748/13 8753/11
8754/7 8766/14 8767/7
8769/9 8770/21
8812/23 8826/11
8850/16 8851/3 8853/2
8856/25 8858/16
**I want [1]** 8793/9
**I wanted [3]** 8781/8
8824/11 8850/6
**I was [63]** 8732/23
8734/23 8736/8 8741/7
8741/12 8741/14
8741/17 8741/18
8742/20 8743/1
8743/17 8747/24
8747/24 8747/25
8748/18 8754/9
8754/21 8756/8
8769/16 8769/20
8770/11 8770/11
8770/24 8771/8
8777/15 8778/7
8778/22 8784/15
8786/4 8790/4 8795/15
8797/7 8797/18
8797/21 8798/16
8798/17 8812/20
8819/23 8819/25
8830/10 8830/12
8832/5 8832/7 8833/15
8837/24 8838/9
8841/16 8846/11
8848/18 8848/24
8856/5 8858/8 8858/13
8858/20 8859/2
8859/18 8862/15
8862/19 8869/17
8869/23 8882/5 8883/3
8888/4
**I went [4]** 8789/7

8765/14 8765/17
8773/5 8776/21
**I will [3]** 8750/6 8828/6
8895/8
**I worked [1]** 8769/16
**I would [1]** 8868/4
**I wouldn't [1]** 8749/6
**I'd [15]** 8732/5 8732/16
8766/4 8770/13
8773/10 8790/11
8790/12 8790/13
8799/6 8813/9 8838/24
8851/25 8882/7
8882/15 8903/3
**I'll [26]** 8734/1 8745/18
8745/22 8766/15
8768/3 8769/7 8771/17
8773/25 8779/16
8780/14 8785/17
8798/25 8801/8 8801/8
8801/16 8801/24
8803/9 8818/19 8823/4
8827/16 8841/15
8855/18 8855/19
8866/18 8870/11
8881/4
**I'll move [1]** 8855/19
**I'm [75]** 8734/20
8734/22 8736/12
8736/14 8736/20
8738/17 8738/20
8744/7 8745/4 8749/8
8751/22 8752/5 8754/1
8755/6 8755/21 8758/5
8758/25 8761/18
8780/9 8783/22 8785/3
8785/5 8785/6 8786/20
8787/23 8790/22
8792/17 8793/2 8793/8
8796/8 8797/15 8801/3
8801/9 8808/1 8809/7
8813/9 8815/19
8815/24 8816/8
8816/14 8818/14
8820/5 8822/5 8823/2
8825/20 8828/4
8847/14 8858/2
8865/16 8865/22
8868/25 8869/16
8869/22 8870/25
8871/5 8871/6 8871/6
8872/17 8875/1 8876/7
8879/9 8880/12
8880/17 8880/20
8883/17 8883/23
8884/14 8888/3
8889/10 8890/6
8891/24 8891/24
8892/18 8898/22
8901/2
**I'm going [13]** 8755/21
8758/25 8761/18
8785/3 8785/5 8787/23
8796/8 8815/19 8828/4
8865/16 8865/22
8875/1 8892/18
**I'm not [11]** 8736/14
8792/17 8858/2
8868/25 8869/16

**I**

**I'm not... [6]** 8869/22 8871/6 8880/12 8883/23 8890/6 8891/24
**I'm not sure [2]** 8785/6 8820/5
**I'm sorry [8]** 8744/7 8758/5 8816/8 8816/14 8847/14 8876/7 8879/9 8889/10
**I'm sure [3]** 8780/9 8797/15 8818/14
**I'm talking [1]** 8822/5
**I've [18]** 8747/4 8747/17 8749/7 8753/14 8770/12 8792/3 8812/18 8815/5 8821/20 8841/22 8847/1 8848/3 8848/6 8851/24 8861/10 8871/24 8878/14 8903/9
**idea [7]** 8744/24 8834/4 8834/7 8842/3 8846/16 8872/21 8872/21
**identification [1]** 8825/7
**identified [3]** 8732/9 8732/11 8812/11
**identify [4]** 8826/1 8882/25 8900/5 8900/18
**idiotic [1]** 8844/6
**III [3]** 8726/6 8727/2 8731/7
**imagine [1]** 8807/14
**immediately [1]** 8775/9
**immobile [1]** 8747/24
**impact [1]** 8747/11
**important [7]** 8733/7 8740/13 8740/17 8740/20 8755/13 8834/11 8835/21
**importantly [1]** 8829/13
**impossible [2]** 8871/13 8871/17
**impression [1]** 8883/12
**improper [1]** 8821/15
**improvised [1]** 8743/6
**inappropriate [1]** 8822/14
**inaugural [9]** 8861/20 8867/13 8868/10 8868/15 8870/1 8870/4 8870/5 8872/7 8877/22
**incident [2]** 8739/2 8743/21
**include [1]** 8855/9
**included [2]** 8882/13 8889/6
**including [1]** 8891/16
**incontinence [2]** 8835/22 8836/6
**incurred [1]** 8737/4

**INDEX [2]** 8730/2 8730/8
**indicate [1]** 8799/6
**indicated [7]** 8766/20 8788/22 8792/9 8799/16 8819/3 8865/18 8868/6
**indicates [1]** 8818/3
**indicating [1]** 8740/24
**indication [1]** 8817/1
**indicted [1]** 8744/19
**indictment [3]** 8744/22 8745/3 8822/3
**individual [5]** 8775/19 8871/2 8888/23 8890/1 8892/9
**individuals [6]** 8773/24 8775/17 8871/2 8892/19 8899/13 8899/16
**indulgence [4]** 8823/10 8849/7 8861/12 8873/18
**inert [7]** 8763/4 8764/9 8766/20 8767/16 8767/20 8767/25 8768/9
**inevitable [1]** 8841/17
**inference [1]** 8765/18
**inferences [1]** 8765/20
**information [16]** 8757/3 8757/5 8757/6 8757/12 8813/5 8813/19 8813/19 8819/25 8888/11 8889/7 8889/11 8889/22 8889/24 8890/13 8890/13 8897/5
**inherited [2]** 8837/24 8840/3
**initial [1]** 8901/2
**injured [2]** 8745/6 8797/23
**injuries [4]** 8737/3 8743/14 8745/5 8746/2
**injury [1]** 8736/25
**Inn [3]** 8830/1 8830/17 8831/5
**insert [1]** 8765/3
**inserted [1]** 8747/19
**inside [7]** 8833/25 8862/5 8862/6 8866/10 8866/22 8868/22 8896/19
**instances [1]** 8832/4
**instead [2]** 8866/5 8871/21
**instruction [7]** 8750/1 8750/9 8800/23 8801/4 8814/8 8814/12 8903/16
**instructions [4]** 8902/22 8902/23 8903/1 8903/13
**instrumental [1]**

**insurgency [3]** 8740/25 8741/1 8798/2
**intel [2]** 8793/25 8812/10
**intend [3]** 8745/16 8788/3 8813/7
**intended [2]** 8848/7 8865/9
**intending [1]** 8801/22
**intent [6]** 8798/12 8812/22 8845/21 8845/22 8845/24 8880/16
**intention [2]** 8830/25 8847/6
**intents [1]** 8775/6
**interact [4]** 8776/17 8833/4 8833/6 8896/9
**interaction [4]** 8774/12 8895/14 8896/1 8896/23
**interested [2]** 8795/16 8817/13
**interesting [1]** 8812/14
**interim [1]** 8881/14
**Internet [4]** 8804/15 8805/5 8861/4 8898/14
**interrupt [1]** 8895/6
**interruption [1]** 8816/17
**interview [9]** 8761/25 8762/3 8764/7 8766/3 8767/8 8767/11 8767/21 8769/6 8868/7
**interviewed [1]** 8866/13
**interviewing [1]** 8763/18
**introduce [3]** 8788/7 8801/23 8902/10
**introduced [4]** 8765/6 8771/10 8775/23 8885/10
**introducing [1]** 8764/24
**introduction [1]** 8885/16
**intuitive [1]** 8850/7
**inure [1]** 8893/6
**investigation [4]** 8821/8 8821/14 8821/20 8822/15
**investigations [1]** 8769/18
**involve [1]** 8892/3
**involved [1]** 8751/9
**involvement [1]** 8896/10
**involves [1]** 8902/10
**involving [3]** 8784/3 8819/1 8820/20
**irrelevance [1]** 8901/21
**is [357]**
**is that [1]** 8872/4
**is that correct [19]** 8734/17 8735/1 8735/23 8737/9

8973/25 8760/4 8767/9 8769/11 8787/19 8796/20 8797/2 8802/18 8807/1 8812/24 8832/22 8847/19 8856/19 8861/9
**is that right [2]** 8786/24 8864/25
**is there [6]** 8783/16 8791/17 8793/20 8794/13 8807/23 8808/2
**ish [2]** 8786/7 8786/10
**island [1]** 8742/22
**issue [10]** 8765/13 8881/15 8881/24 8881/25 8882/2 8885/8 8886/11 8896/25 8898/1 8902/1
**issues [17]** 8733/7 8746/6 8746/7 8747/1 8748/5 8748/22 8748/25 8749/22 8775/11 8783/18 8836/6 8836/8 8836/11 8856/13 8878/15 8883/7 8892/3
**it [357]**
**it would be [4]** 8745/1 8750/9 8837/21 8880/21
**it's [82]** 8734/14 8737/2 8744/24 8745/6 8745/12 8746/21 8747/6 8747/10 8748/8 8749/16 8749/17 8749/18 8750/21 8751/9 8751/10 8753/25 8755/13 8755/16 8756/15 8761/15 8773/20 8780/23 8780/25 8785/10 8785/24 8786/21 8787/14 8788/13 8790/23 8791/19 8792/25 8793/7 8793/7 8793/22 8794/15 8795/19 8796/8 8797/12 8800/24 8802/21 8806/25 8807/2 8807/14 8808/3 8816/16 8819/2 8821/5 8821/21 8825/6 8827/11 8832/23 8835/21 8835/23 8839/8 8839/25 8841/9 8842/21 8844/12 8846/20 8846/20 8854/19 8861/18 8862/24 8864/4 8864/8 8872/11 8874/4 8874/5 8875/19 8878/18 8880/7 8886/25 8888/20 8890/10 8894/20 8894/21 8896/14 8896/25

**J**

8973/19 8899/5 8899/8 8902/9
**item [3]** 8732/14 8767/4 8767/12
**its [2]** 8732/13 8883/4
**itself [2]** 8746/7 8886/21

**J**

**J.C [1]** 8881/21
**J6 [1]** 8732/10
**Jackson [3]** 8791/17 8893/11 8899/17
**jag [1]** 8843/18
**James [4]** 8727/2 8731/12 8882/19 8896/18
**Jan [3]** 8890/10 8897/23 8897/23
**January [55]** 8748/4 8748/23 8753/6 8753/20 8754/1 8754/4 8754/20 8755/8 8761/18 8763/8 8782/8 8784/25 8789/14 8793/13 8794/5 8795/4 8795/6 8795/7 8805/8 8811/13 8815/20 8816/2 8816/20 8817/15 8818/12 8819/7 8820/17 8823/24 8824/3 8826/7 8829/1 8830/1 8830/8 8830/23 8831/17 8831/19 8832/22 8836/8 8839/11 8839/12 8841/14 8844/8 8845/16 8848/17 8848/23 8849/9 8852/14 8853/25 8859/1 8862/2 8862/9 8875/20 8876/13 8897/10 8897/10
**January 3rd [1]** 8830/23
**January 4th [1]** 8819/7
**January 5th [5]** 8815/20 8816/20 8818/12 8820/17 8830/1
**January 6th [36]** 8748/4 8753/6 8753/20 8754/4 8754/20 8755/8 8763/8 8782/8 8793/13 8794/5 8795/6 8795/7 8805/8 8817/15 8824/3 8826/7 8830/8 8831/17 8831/19 8832/22 8839/12 8841/14 8844/8 8845/16 8848/17 8848/23 8849/9 8852/14 8853/25 8859/1 8862/2 8862/9 8876/13 8897/10
**January 7th [1]**

**INDEX [2]** 8730/2 8730/8

**J**

**January 7th... [1]** 8875/20

**JC [1]** 8759/3

**jcrisp [1]** 8727/12

**Jeffrey [2]** 8726/14 8731/10

**jeffrey.nestler [1]** 8726/20

**Jenga [1]** 8746/14

**Jericho [1]** 8897/24

**Jess [6]** 8833/8 8833/21 8833/23 8836/18 8849/19 8860/8

**Jess Watkins [4]** 8833/8 8833/21 8836/18 8849/19

**Jessica [6]** 8727/9 8731/9 8774/5 8852/21 8859/3 8859/8

**Jessica Watkins [4]** 8774/5 8852/21 8859/3 8859/8

**jlbrightlaw [1]** 8727/5

**job [2]** 8776/6 8878/2

**jobs [2]** 8741/16 8874/22

**Joe [3]** 8811/4 8811/13 8811/17

**jog [1]** 8794/24

**John [1]** 8797/19

**Johnson [19]** 8882/11 8882/17 8882/20 8884/21 8893/4 8893/13 8894/8 8894/12 8894/18 8895/3 8895/4 8895/7 8895/8 8895/12 8895/23 8896/2 8896/4 8899/10 8901/3

**Johnston [1]** 8727/6

**join [5]** 8747/9 8750/23 8783/12 8836/4 8889/22

**joined [3]** 8783/16 8887/10 8890/1

**joiner [1]** 8783/22

**joint [1]** 8884/3

**joints [1]** 8857/4

**joke [1]** 8812/19

**Jonathan [3]** 8727/9 8731/17 8870/25

**journalist [4]** 8885/9 8885/15 8887/12 8887/15

**Jr [2]** 8727/6 8728/2

**JUDGE [1]** 8726/10

**Juli [1]** 8731/14

**jumbotron [1]** 8835/6

**jump [3]** 8843/13 8844/13 8871/8

**jumping [2]** 8740/17 8803/20

**jungle [3]** 8741/24 8742/18 8743/3

**junior [1]** 8741/17

**jury [48]** 8726/9

8744/23 8747/15
8752/13 8756/24
8759/3 8762/18
8763/15 8765/17
8765/20 8780/1
8784/11 8787/21
8794/15 8796/10
8797/16 8808/17
8810/9 8810/11 8812/1
8813/16 8814/17
8817/2 8817/24
8821/13 8825/11
8827/14 8827/22
8827/23 8828/16
8829/16 8835/16
8841/7 8842/23
8842/25 8845/5 8848/2
8856/22 8865/24
8875/8 8877/9 8877/11
8878/25 8902/10
8902/22 8903/1

**just [121]** 8735/17
8739/20 8742/23
8743/8 8743/20
8744/10 8745/18
8745/22 8745/25
8746/1 8746/20 8747/6
8753/25 8754/1
8754/24 8758/13
8760/7 8766/9 8768/23
8772/7 8773/25
8777/18 8777/18
8780/15 8781/7
8782/21 8782/22
8783/1 8790/8 8791/8
8791/13 8792/3
8795/17 8795/20
8795/25 8798/25
8800/19 8801/15
8803/23 8804/5 8804/6
8806/18 8806/21
8808/3 8812/7 8812/19
8813/18 8815/5 8816/7
8816/14 8817/2 8817/3
8818/5 8819/23
8821/22 8821/25
8822/15 8823/2
8823/11 8825/6
8826/10 8826/16
8827/16 8829/22
8832/5 8832/6 8834/18
8835/7 8835/11
8836/12 8838/1
8842/16 8847/8 8847/8
8848/4 8848/5 8849/20
8850/7 8851/5 8851/18
8852/5 8852/8 8853/20
8861/18 8861/25
8862/23 8864/5 8864/5
8864/9 8864/16
8864/17 8869/23
8870/6 8870/13
8871/16 8871/18
8872/16 8872/17
8872/20 8874/20
8874/21 8874/23
8876/1 8879/3 8879/18

8883/11 8883/15
8883/18 8884/9 8885/6
8885/20 8889/1 8889/2
8894/4 8894/17 8899/6
8899/8 8902/19
8903/10

**K**

**Kate [1]** 8879/24

**Kathryn [2]** 8726/14 8731/10

**kathryn.rakoczy [1]** 8726/19

**keep [4]** 8766/5 8810/13 8810/16 8877/8

**keeper [8]** 8805/24 8807/2 8852/24 8885/19 8885/19 8886/24 8887/18 8887/23

**Keepers [63]** 8770/2 8770/16 8771/10 8771/11 8771/14 8773/1 8773/8 8773/21 8774/18 8776/6 8776/23 8778/20 8778/25 8779/3 8779/6 8779/9 8781/12 8782/4 8782/9 8783/13 8784/6 8796/17 8799/17 8800/3 8806/15 8807/8 8812/10 8813/2 8820/16 8821/11 8828/20 8832/13 8832/16 8833/17 8833/24 8843/8 8847/11 8849/2 8860/10 8882/24 8883/8 8885/4 8886/11 8886/18 8886/22 8887/3 8887/10 8887/24 8888/12 8889/16 8889/20 8890/12 8891/15 8892/22 8893/18 8894/8 8894/15 8895/9 8895/10 8897/5 8898/3 8898/6 8901/24

**Keepers' [2]** 8886/14 8889/7

**Kelly [7]** 8728/2 8731/8 8732/11 8774/7 8774/12 8833/11 8882/3

**Kelly Meggs [4]** 8774/7 8774/12 8833/11 8882/3

**Kenneth [4]** 8728/7 8731/8 8774/9 8774/12

**Kenneth Harrelson [2]** 8774/9 8774/12

**Kentuckian [1]** 8735/17

**Kentucky [2]** 8847/12 8847/18

**kept [1]** 8747/22

**Keystone [1]** 8780/21

**kicked [1]** 8813/9

**kid [1]** 8841/19

**kid's [1]** 8840/12

**kids [2]** 8862/17 8865/2

**killed [2]** 8741/6 8865/5

**kilter [1]** 8746/14

**kind [62]** 8739/20 8740/1 8742/23 8743/8 8747/6 8748/8 8748/17 8754/10 8754/12 8760/7 8765/18 8772/13 8773/20 8775/7 8775/11 8775/13 8777/13 8777/19 8778/8 8780/23 8782/19 8793/22 8795/20 8795/25 8797/19 8797/20 8798/2 8798/2 8821/22 8821/22 8823/1 8825/19 8830/5 8832/6 8835/4 8835/11 8840/14 8847/12 8848/4 8848/5 8849/21 8851/18 8852/3 8853/20 8856/8 8859/16 8861/20 8861/25 8862/22 8862/23 8864/1 8864/5 8864/14 8864/16 8866/6 8866/7 8867/18 8869/17 8869/18 8870/6 8872/16 8894/18

**kinds [4]** 8749/14 8749/21 8757/12 8827/4

**kit [5]** 8835/14 8835/16 8835/21 8835/22 8835/24

**kitchen [1]** 8794/1

**kitted [2]** 8851/10 8851/11

**kitting [2]** 8835/17 8835/19

**KM [12]** 8882/4 8882/13 8883/5 8885/11 8900/10 8900/14 8900/17 8900/17 8901/1 8901/12 8901/16 8901/18

**KM-57 [7]** 8882/4 8882/13 8883/5 8885/11 8900/10 8901/1 8901/12

**KM-76 [2]** 8900/14 8900/17

**KM-77 [1]** 8900/17

**KM-78 [2]** 8901/16 8901/18

**KM57 [1]** 8732/12

**knapsack [1]** 8884/24

**knew [11]** 8742/19

8795/15 8843/12
8860/24 8869/22
8869/22 8874/20
8874/21 8892/23

**knob [1]** 8871/21

**know [103]** 8734/25
8738/20 8743/5
8743/11 8744/25
8746/21 8750/18
8751/10 8761/10
8765/7 8765/24
8775/15 8778/5 8778/6
8778/9 8780/24
8781/22 8782/10
8783/3 8783/5 8783/6
8785/21 8790/11
8792/9 8795/17
8795/18 8797/4
8797/18 8798/20
8799/23 8801/9
8801/12 8803/22
8805/13 8809/14
8810/19 8810/22
8811/7 8813/9 8817/25
8820/4 8821/3 8827/3
8834/2 8834/17
8834/25 8835/17
8835/24 8836/14
8842/7 8843/14
8843/22 8844/24
8845/6 8845/9 8846/13
8846/17 8847/1 8847/2
8847/3 8847/3 8847/5
8847/6 8848/3 8848/3
8848/7 8849/5 8849/6
8850/5 8851/22 8856/6
8860/24 8860/25
8861/2 8861/20
8861/24 8863/25
8865/6 8868/1 8869/12
8869/20 8871/5 8871/5
8871/6 8871/18
8873/21 8874/2 8881/5
8881/14 8881/21
8881/21 8881/23
8882/22 8889/22
8891/5 8893/1 8893/2
8893/3 8895/10
8897/13 8898/12
8902/20 8903/2

**knowledge [13]** 8782/8
8810/22 8826/15
8828/23 8845/21
8846/3 8846/4 8847/9
8847/18 8847/21
8848/12 8848/13
8877/21

**known [4]** 8776/15
8796/15 8849/6
8892/21

**Korea [4]** 8737/14
8763/5 8768/10
8842/15

**L**

**LA [8]** 8727/7 8732/11
8885/7 8887/12

# L

LA... [4] 8900/18 8900/22 8901/7 8901/10
labeled [2] 8876/3 8901/15
lacks [1] 8821/22
ladies [10] 8736/23 8808/9 8810/4 8814/11 8825/11 8827/10 8842/3 8845/5 8848/1 8856/21
Lafayette [1] 8791/20
land [1] 8772/16
landowner [1] 8770/9
lane [2] 8793/22 8862/22
lanes [1] 8740/19
large [2] 8819/24 8841/10
larger [1] 8853/19
last [9] 8732/8 8762/3 8848/19 8863/7 8867/5 8867/6 8879/17 8903/5 8903/6
late [6] 8781/1 8781/3 8826/3 8834/16 8846/11 8859/16
later [3] 8859/15 8859/18 8880/9
laughed [1] 8846/17
law [4] 8728/3 8771/23 8878/3 8890/14
lawn [2] 8727/3 8759/12
lead [5] 8742/18 8778/8 8779/8 8781/6 8887/8
leader [1] 8796/16
leadership [1] 8779/5
leading [5] 8745/19 8760/7 8781/9 8830/11 8848/14
leads [1] 8867/12
lean [3] 8755/16 8777/13 8852/4
learn [3] 8770/1 8770/5 8839/6
learned [4] 8770/14 8783/20 8889/20 8889/24
least [5] 8750/20 8874/9 8879/22 8899/19 8900/4
leave [4] 8780/21 8861/13 8872/7 8883/12
leaving [3] 8781/1 8896/10 8896/13
led [4] 8739/3 8783/25 8882/17 8882/21
Lee [2] 8727/2 8731/12
left [25] 8748/6 8748/19 8753/1 8756/5 8770/11 8776/24 8784/6 8784/7 8791/24 8792/24 8834/25 8843/16 8849/9

8851/9 8851/12
8852/20 8852/23
8859/10 8867/19
8867/20 8878/6
8894/16 8902/4
legal [3] 8789/6 8797/25 8878/14
legs [1] 8746/20
lengthy [1] 8744/25
less [1] 8766/7
let [30] 8758/14 8766/2 8770/15 8773/24 8774/16 8793/9 8799/5 8801/8 8803/7 8803/21 8842/19 8844/2 8850/5 8852/5 8852/13 8857/6 8881/14 8881/21 8881/21 8881/22 8883/11 8883/18 8883/24 8884/13 8893/17 8893/17 8893/20 8894/2 8901/24 8903/2
let's [37] 8732/19 8757/22 8758/6 8758/17 8768/3 8768/24 8769/25 8781/23 8786/11 8786/15 8787/13 8788/6 8789/2 8791/14 8791/14 8801/25 8802/7 8803/7 8803/24 8805/25 8806/7 8818/22 8823/18 8827/1 8827/10 8835/11 8849/8 8859/5 8864/9 8872/10 8872/11 8872/11 8873/24 8873/24 8875/1 8898/15 8900/15
Let's see [1] 8787/13
level [3] 8756/21 8756/22 8807/18
lie [1] 8872/19
Lieutenant [17] 8882/11 8882/17 8882/20 8893/13 8894/8 8894/11 8894/12 8894/18 8895/2 8895/4 8895/7 8895/8 8895/12 8895/23 8896/2 8896/4 8899/9
life [4] 8747/17 8750/25 8757/9 8784/16
Life360 [13] 8820/11 8820/14 8820/17 8820/20 8820/21 8821/9 8821/9 8821/10 8821/13 8822/5 8822/8 8822/10 8822/10
Life360circle [1] 8822/21
lifetime [1] 8861/23
ligaments [1] 8748/10

light [2] 8793/8 8845/14
lights [2] 8843/21 8850/5
like [118] 8732/5 8732/13 8732/16 8733/7 8738/22 8740/16 8740/19 8742/17 8742/23 8743/10 8746/13 8749/4 8752/16 8753/10 8753/16 8754/10 8754/22 8759/5 8760/3 8766/4 8770/13 8770/22 8772/8 8773/18 8780/20 8787/6 8787/13 8787/15 8788/22 8790/12 8790/12 8790/15 8791/2 8791/16 8792/20 8793/18 8794/25 8796/1 8796/12 8797/23 8798/5 8800/8 8801/7 8802/12 8805/14 8805/18 8806/8 8806/25 8807/2 8807/12 8807/19 8808/23 8810/10 8810/20 8812/18 8812/20 8813/5 8813/20 8819/2 8819/5 8819/7 8820/5 8820/7 8824/11 8824/20 8830/25 8833/16 8834/4 8834/15 8835/23 8837/17 8838/1 8838/6 8838/9 8838/10 8838/24 8839/8 8841/20 8841/21 8844/9 8846/14 8852/11 8856/13 8858/15 8860/6 8860/6 8864/5 8864/9 8864/9 8865/1 8865/10 8867/23 8868/13 8869/22 8870/14 8870/18 8874/2 8874/4 8874/4 8874/5 8874/19 8875/22 8876/2 8880/19 8882/1 8882/7 8882/15 8883/2 8886/20 8888/15 8893/14 8894/22 8897/9 8899/18 8900/8 8903/3 8903/3 8903/13
like-minded [1] 8870/18
liked [2] 8741/24 8782/24
likely [1] 8881/9
likes [1] 8837/9
limit [1] 8768/16
limitation [1] 8810/4
limited [11] 8743/20

8748/12 8751/11
8766/15 8771/17
8772/22 8841/25
8858/22 8863/3
limiting [6] 8750/1 8750/8 8800/23 8801/4 8814/8 8814/11
LiMu [1] 8876/12
line [4] 8765/18 8793/11 8806/13 8834/1
link [1] 8820/7
listen [1] 8829/5
listening [1] 8747/17
lists [1] 8824/21
lit [1] 8862/24
literally [1] 8895/25
litigated [2] 8745/7 8750/15
little [16] 8741/16 8747/4 8772/7 8791/14 8807/17 8812/6 8812/19 8822/1 8838/9 8843/18 8847/2 8851/25 8859/15 8871/6 8874/6 8878/19 8764/11 8766/1 8767/16 8767/25 8826/20
lived [1] 8734/23
lively [1] 8795/19
lives [1] 8896/22
living [1] 8862/14
LLC [2] 8727/10 8728/7
local [3] 8770/9 8825/16 8841/23
localized [1] 8798/1
located [6] 8741/23 8766/24 8767/12 8767/20 8767/20 8816/4
location [2] 8867/7 8867/10
log [1] 8741/15
logistical [1] 8902/19
long [28] 8742/9 8748/7 8749/16 8753/9 8754/21 8760/20 8760/22 8761/1 8761/3 8762/3 8773/19 8783/17 8784/15 8784/16 8787/6 8793/24 8797/6 8808/3 8832/6 8834/2 8834/3 8845/15 8845/18 8860/13 8860/16 8860/16 8860/25 8879/12
longer [4] 8748/19 8838/12 8857/20 8878/19
look [13] 8766/15 8790/12 8790/13 8791/2 8800/5 8817/13 8821/17 8838/6

8876/2 8896/7 8903/13
look-see [1] 8790/12
looked [7] 8760/3 8833/16 8834/4 8838/1 8850/16 8854/24 8861/22
looking [8] 8759/11 8798/17 8856/5 8862/16 8884/13 8884/14 8891/1 8891/5
looks [27] 8752/16 8759/4 8759/5 8787/13 8787/15 8788/22 8791/16 8796/12 8800/8 8802/12 8805/17 8806/8 8806/25 8807/2 8807/12 8807/19 8808/23 8810/10 8819/2 8819/5 8819/7 8820/5 8820/7 8824/20 8837/16 8875/22 8899/18
loosening [1] 8832/5
Lord [1] 8787/4
lose [3] 8744/20 8758/9 8758/20
lost [1] 8745/2
lot [33] 8740/14 8741/16 8743/9 8762/5 8762/7 8765/20 8772/12 8772/13 8790/9 8790/11 8792/2 8798/4 8806/14 8811/1 8836/11 8839/22 8840/5 8841/20 8842/7 8843/24 8844/12 8848/4 8851/19 8851/22 8853/2 8857/3 8857/16 8861/18 8862/15 8869/11 8879/16 8881/17 8889/22
lots [2] 8812/8 8817/3
Louis [2] 8726/15 8731/11
Louisville [6] 8735/15 8735/19 8735/20 8735/22 8847/12 8847/18
love [1] 8783/9
lovely [1] 8752/1
lover's [2] 8862/22 8862/22
low [3] 8759/10 8852/3 8874/7
lower [4] 8747/13 8747/16 8759/7 8874/4
lowest [1] 8736/9
lucky [1] 8845/13
lumbar [1] 8747/16
lunch [4] 8878/13 8881/9 8893/23 8903/17

# M

M Street [2] 8794/10

**M**

**M Street... [1]** 8794/17

**made [18]** 8731/24
8743/21 8747/17
8779/13 8781/16
8821/18 8822/21
8838/5 8838/6 8838/14
8841/2 8841/3 8850/12
8853/17 8855/22
8856/9 8883/21 8903/6

**MAGA [18]** 8772/9
8773/7 8776/7 8776/11
8777/2 8779/18
8780/11 8780/23
8790/7 8799/12 8803/5
8819/20 8823/23
8824/23 8825/1
8828/21 8836/23
8894/12

**magazine [1]** 8741/22

**magazines [1]** 8798/5

**main [1]** 8778/11

**maintain [2]** 8740/20
8740/22

**maintaining [1]**
8828/19

**major [1]** 8903/11

**majority [1]** 8848/24

**make [25]** 8742/1
8779/12 8783/18
8794/19 8794/21
8803/25 8843/15
8843/16 8843/25
8844/14 8846/24
8850/21 8852/10
8861/2 8861/14
8872/20 8880/21
8881/17 8883/18
8884/9 8885/20
8891/24 8900/18
8903/10 8903/12

**makes [1]** 8899/18

**making [2]** 8754/21
8874/24

**man [7]** 8776/18
8812/11 8812/17
8834/1 8856/9 8885/16
8895/11

**management [1]**
8786/17

**Manassas [1]** 8854/20

**manufacturers [1]**
8838/14

**many [14]** 8738/5
8739/9 8740/3 8742/17
8773/8 8776/23
8799/13 8804/14
8839/16 8858/11
8862/4 8864/4 8869/1
8887/3

**Manzo [4]** 8726/15
8731/11 8744/18
8879/12

**maps [1]** 8843/4

**march [14]** 8772/9
8776/7 8776/11 8777/2
8777/22 8779/18
8779/18 8780/11

**marginally [1]** 8897/1

**Marine [3]** 8742/6
8775/12 8812/18

**Marines [1]** 8742/6

**mark [4]** 8898/13
8900/6 8900/17
8901/11

**marked [8]** 8751/17
8758/24 8766/19
8786/19 8786/20
8823/13 8885/10
8901/12

**marks [1]** 8867/21

**Maryland [1]** 8786/18

**mask [1]** 8734/1

**mass [2]** 8836/4
8845/12

**massive [1]** 8851/16

**materialize [2]** 8834/6
8850/24

**materialized [2]**
8834/20 8834/21

**Matt [5]** 8778/17
8786/24 8787/2
8819/16 8819/18

**Matt Combs [2]**
8786/24 8787/2

**matter [12]** 8732/5
8764/21 8771/19
8775/21 8800/21
8800/25 8808/4
8854/25 8859/4 8859/9
8902/19 8904/4

**Matthew [1]** 8819/1

**Matthew Truong [1]**
8819/1

**may [14]** 8736/9
8748/14 8764/11
8784/21 8826/11
8830/22 8842/9
8880/14 8884/1 8884/3
8884/12 8886/8 8889/2
8892/21

**maybe [16]** 8759/7
8760/24 8767/13
8767/22 8773/10
8775/10 8799/23
8801/8 8824/11
8830/22 8836/18
8841/18 8841/23
8851/25 8859/22
8860/6

**Mayor [2]** 8819/19
8844/25

**Mayor Bowser [2]**
8819/19 8844/25

**McHale's [1]** 8797/19

**MD [1]** 8728/13

**me [112]** 8732/19
8742/23 8743/2 8743/2
8746/13 8747/18
8747/21 8747/22
8747/22 8753/16

**meal [1]** 8793/25

**mean [24]** 8754/7
8754/14 8754/19
8764/10 8765/8
8770/20 8782/20
8795/22 8797/1 8801/2
8826/20 8836/14
8842/17 8851/8 8858/9
8860/6 8864/3 8865/4
8879/19 8880/19
8880/20 8881/5
8892/13 8893/14

**meaning [1]** 8798/12

**means [8]** 8736/24
8736/25 8737/3
8756/25 8766/21
8797/24 8797/25
8826/24

**meant [1]** 8803/10

**meantime [1]** 8746/19

**mechanical [1]** 8729/6

**medal [1]** 8738/16

**medals [3]** 8737/8
8738/14 8738/17

**media [3]** 8790/11
8792/2 8872/17

**medical [2]** 8810/19
8856/13

**medication [4]**
8749/15 8750/5 8750/9
8750/20

**medications [5]**
8749/10 8749/13
8749/23 8749/23
8857/7

**meet [8]** 8766/6
8770/13 8773/22
8776/14 8777/5
8779/21 8794/21
8836/15

**meeting [3]** 8773/21
8775/2 8800/2

**megaphone [1]**
8884/20

**Meggs [10]** 8728/2
8731/8 8731/15
8732/12 8774/7
8774/12 8833/11
8882/3 8883/20
8883/21

**MEHTA [2]** 8726/9
8731/3

**member [3]** 8778/24
8825/22 8825/25

**members [8]** 8771/9
8772/12 8772/13
8857/20 8877/21
8882/9 8896/24
8901/24

**memory [1]** 8793/22

**mental [1]** 8750/12

**mentioned [9]** 8782/23
8783/4 8786/7 8798/15
8830/22 8836/5 8846/7
8854/14 8859/13

**mercenaries [1]**
8740/5

**mere [1]** 8886/5

**Merit [1]** 8729/2

**meritorious [1]**
8738/16

**message [37]** 8787/6
8787/21 8795/9
8795/14 8798/8
8798/10 8798/13
8799/6 8799/6 8806/25
8807/10 8807/11
8807/13 8807/18
8807/24 8808/16
8808/18 8809/9
8809/13 8809/16
8810/20 8812/4
8812/15 8813/17
8814/1 8814/4 8817/18
8819/1 8819/4 8858/3
8858/5 8858/7 8859/24
8870/24 8871/2
8874/18 8874/19

**messages [11]**
8780/10 8786/23

**officials [3]** 8811/17 8812/24

**8815/14 8837/3 8846/7**
8847/25 8868/25
8869/21 8870/8

**met [11]** 8770/13
8775/15 8775/17
8776/9 8786/12
8787/18 8788/4
8798/14 8835/9
8836/22 8851/19

**Michael [3]** 8763/19
8776/15 8852/17

**Michael Greene [2]**
8776/15 8852/17

**Michael Palian [1]**
8763/19

**mid [3]** 8740/12 8746/7
8840/4

**mid-'70s [1]** 8746/7

**mid-1970s [1]** 8740/12

**mid-90s [1]** 8840/4

**middle [4]** 8739/22
8755/15 8856/9
8880/22

**midnight [1]** 8794/1

**might [18]** 8740/18
8755/14 8784/8
8785/22 8789/17
8793/5 8799/17
8812/22 8813/19
8817/12 8819/24
8821/23 8835/25
8838/25 8839/1
8844/14 8870/25
8901/5

**Mike [1]** 8885/17

**military [12]** 8735/1
8735/3 8735/8 8737/9
8737/22 8739/7
8743/23 8774/17
8774/23 8784/14
8784/15 8835/17

**militia [11]** 8825/9
8825/12 8825/13
8825/22 8826/1 8826/6
8826/11 8826/20
8826/23 8827/5 8827/5

**millimeter [1]** 8840/22

**Million [13]** 8772/9
8773/7 8776/7 8776/11
8777/2 8779/18
8780/11 8780/23
8790/7 8799/12
8817/15 8828/21
8836/23

**Million MAGA March
[8]** 8772/9 8776/7
8776/11 8777/2
8779/18 8780/11
8780/23 8828/21

**mind [4]** 8750/22
8781/20 8810/16
8835/18

**minded [1]** 8870/18

**mindful [1]** 8758/14

**Minuta [12]** 8882/19
8884/23 8885/4 8886/6
8888/7 8893/11

**Minuta.. [6]** 8895/24
8896/8 8896/12
8896/18 8899/16
8899/23

**minute [1]** 8883/5

**minutes [10]** 8750/25
8766/8 8827/16
8836/19 8844/14
8872/9 8878/18 8881/3
8881/12 8881/13

**mirrored [2]** 8855/5
8855/13

**missing [1]** 8885/13

**mission [3]** 8771/14
8776/6 8898/5

**missions [2]** 8739/8
8739/10

**misspoke [2]** 8878/22
8878/23

**mobility [1]** 8748/11

**mocking [2]** 8869/18
8872/17

**mode [1]** 8901/6

**model [1]** 8838/17

**moke [1]** 8842/7

**mom [1]** 8839/23

**moment [1]** 8886/9

**Monday [5]** 8785/16
8787/24 8787/25
8788/23 8789/7

**money [2]** 8803/23
8881/17

**moniker [1]** 8812/17

**monitor [3]** 8787/7
8875/3 8875/9

**monkey [1]** 8865/2

**month [1]** 8811/13

**months [4]** 8738/6
8744/6 8744/12
8854/24

**monument [5]** 8759/9
8835/7 8851/18 8852/2
8856/9

**more [21]** 8749/18
8752/2 8752/25
8765/14 8766/3 8780/2
8780/20 8791/13
8797/19 8799/14
8813/5 8819/18 8835/6
8840/11 8840/15
8845/12 8857/9
8857/12 8865/6 8894/7
8899/22

**morning [21]** 8726/7
8731/5 8731/22 8732/2
8733/14 8734/2 8734/3
8784/21 8784/21
8832/21 8833/5
8845/16 8849/11
8859/6 8859/8 8859/16
8880/4 8880/12 8882/7

**morphine [2]** 8749/19
8750/14

**most [11]** 8738/18
8741/17 8742/16
8749/14 8825/4

8840/24 8841/1 8844/4
8864/14

**motion [1]** 8902/12

**move [42]** 8751/22
8752/9 8757/22 8758/3
8758/6 8758/18
8763/11 8766/16
8768/3 8768/24
8785/19 8789/1 8789/9
8789/19 8793/9
8798/25 8800/13
8800/19 8801/19
8801/21 8802/11
8802/15 8802/15
8802/20 8803/9
8803/24 8804/3
8807/17 8808/21
8809/24 8811/19
8815/19 8819/8 8823/4
8823/15 8842/20
8844/18 8851/5
8855/19 8864/7
8875/12 8900/4

**moved [5]** 8735/11
8785/18 8810/3
8851/17 8855/21

**movement [1]** 8747/7

**moving [3]** 8766/5
8807/21 8814/7

**Mr [10]** 8734/6 8752/16
8781/6 8804/6 8808/1
8812/17 8884/19
8895/4 8898/24
8899/15

**Mr. [157]** 8731/23
8731/24 8732/4 8732/9
8733/17 8733/25
8734/4 8734/16 8740/8
8744/18 8744/21
8745/1 8745/1 8745/2
8745/9 8745/16
8745/22 8745/25
8750/5 8750/7 8751/4
8751/19 8753/25
8755/25 8757/22
8758/4 8758/13
8762/14 8762/20
8763/17 8764/5 8764/6
8764/7 8764/13
8764/15 8764/16
8764/19 8764/23
8764/23 8765/2 8765/3
8765/7 8765/9 8765/24
8766/10 8766/10
8766/13 8766/19
8769/9 8770/25 8771/4
8771/13 8771/18
8772/11 8776/8
8776/22 8776/23
8777/7 8777/7 8777/11
8778/3 8778/5 8778/17
8781/4 8782/3 8787/1
8787/10 8794/4
8799/22 8799/22
8801/2 8801/5 8801/21
8804/22 8804/24
8808/11 8809/3 8809/5

8810/10 8811/7
8816/14 8816/21
8819/3 8819/22 8820/6
8821/3 8821/8 8821/13
8821/14 8821/19
8826/2 8826/17
8827/16 8828/1 8828/6
8830/14 8830/16
8846/12 8867/4 8879/1
8879/4 8879/12 8880/4
8880/5 8881/10
8881/15 8881/24
8882/18 8882/19
8882/19 8882/19
8882/23 8883/18
8883/20 8883/20
8883/21 8884/9
8884/17 8885/25
8886/6 8886/9 8886/17
8887/7 8887/8 8887/16
8887/22 8888/3 8888/6
8888/7 8888/7 8888/10
8893/11 8893/19
8893/20 8893/23
8895/23 8896/3 8896/3
8896/7 8896/8 8896/12
8896/18 8896/18
8896/24 8898/19
8899/9 8899/13
8899/14 8899/16
8899/20 8899/23
8901/3 8901/23 8903/2
8903/4

**Mr. Abshire [3]**
8809/11 8809/13
8810/10

**Mr. Alpert's [1]** 8903/4

**Mr. Caldwell [39]**
8731/24 8733/25
8734/4 8734/16 8740/8
8745/2 8745/25 8750/7
8751/19 8755/25
8758/13 8762/14
8763/17 8764/7
8764/13 8764/16
8764/19 8765/2 8765/3
8765/7 8765/9 8765/24
8766/10 8766/10
8766/13 8769/9
8769/9 8770/25 8771/4
8771/13 8771/18
8772/11 8776/8
8776/22 8776/23
8777/7 8777/7 8777/11
8778/3 8778/5 8778/17
8781/4 8782/3 8787/1
8787/10 8794/4
8799/22 8799/22
8801/2 8801/5 8801/21
8804/22 8804/24
8808/11 8809/3 8809/5
8746/6 8766/13
**Mr. Combs [2]** 8787/1
8787/10
**Mr. Crisp [1]** 8879/4
**Mr. Dillon [2]** 8880/4
8893/23
**Mr. Douyon [1]** 8896/7
**Mr. Fischer [28]**
8731/23 8733/17
8744/21 8745/1 8745/1
8745/9 8745/16

8753/25 8757/22
8758/4 8762/20 8764/5
8764/15 8764/23
8765/7 8766/10 8801/2
8801/21 8809/3 8809/5
8816/14 8821/3
8826/17 8828/1 8867/4
8903/2

**Mr. Fischer's [1]**
8751/4

**Mr. Geyer [2]** 8732/9
8893/20

**Mr. Godbold [1]**
8811/7

**Mr. Greene [1]** 8776/23
**Mr. James [2]** 8882/19
8896/18

**Mr. Johnson [1]**
8901/3

**Mr. Manzo [2]** 8744/18
8879/12

**Mr. Matt Truong [1]**
8778/17

**Mr. Meggs [2]** 8883/20
8883/21

**Mr. Minuta [8]** 8882/19
8886/6 8888/7 8896/8
8896/12 8896/18
8899/16 8899/23

**Mr. Nichols [23]**
8882/18 8882/23
8884/17 8885/25
8886/9 8887/7 8887/8
8887/16 8887/22
8888/3 8888/6 8888/10
8893/19 8895/23
8896/3 8896/3 8896/24
8898/19 8899/9
8899/14 8899/20
8899/20 8901/23

**Mr. Nichols' [1]**
8886/17

**Mr. Palian [2]** 8764/23
8766/10

**Mr. Paul Stamey [1]**
8846/12

**Mr. Pugh [1]** 8826/2

**Mr. Rhodes [9]**
8770/25 8771/4
8771/13 8772/11
8776/8 8776/22 8778/3
8781/4 8883/20

**Mr. Smith [3]** 8777/7
8777/11 8799/22

**Mr. Stamey [5]** 8777/7
8782/3 8799/22
8830/14 8830/16

**Mr. Tarpley [5]** 8732/4
8881/15 8881/24
8883/18 8884/9

**Mr. Truong [3]** 8819/3
8819/22 8820/6

**Mr. Ulrich [2]** 8888/7
8893/11

**Mr. Walden [1]**
8882/19

**Mr. Who [1]** 8880/5

**Ms. [11]** 8755/22
8850/4 8850/15
8880/23 8884/8
8885/12 8886/16
8893/24 8894/6
8894/17 8895/5

**Ms. Haller [6]** 8884/8
8885/12 8886/16
8894/6 8894/17 8895/5

**Ms. Hughes [1]**
8880/23

**Ms. Rohde [1]** 8755/22

**Ms. Wallace [1]**
8893/24

**Ms. Watkins [2]** 8850/4
8850/15

**much [17]** 8754/7
8766/2 8783/3 8783/22
8798/9 8799/7 8799/8
8799/11 8799/18
8799/19 8805/12
8806/5 8827/12
8837/22 8841/9
8857/12 8892/13

**multiple [5]** 8764/15
8766/4 8778/17
8801/16 8854/1

**munitions [1]** 8741/25

**muscle [1]** 8857/2

**muscles [1]** 8748/10

**Mutual [1]** 8858/23

**my [93]** 8734/23
8736/25 8737/3 8737/4
8737/5 8737/12
8737/15 8737/17
8737/18 8738/3
8738/19 8747/5 8747/9
8747/11 8747/11
8747/17 8747/20
8748/9 8748/9 8752/1
8752/18 8754/12
8755/19 8756/22
8761/11 8761/16
8763/5 8768/9 8768/21
8770/6 8770/22 8772/7
8772/24 8777/4
8778/14 8778/18
8781/16 8783/18
8784/17 8786/17
8787/3 8788/23 8790/5
8790/6 8791/3 8791/3
8792/15 8792/15
8793/23 8795/16
8795/20 8796/2 8796/3
8806/5 8807/19 8811/9
8811/10 8813/9 8817/9
8823/23 8828/18
8831/9 8832/5 8833/15
8834/1 8835/19
8837/24 8839/13
8839/21 8839/23
8841/18 8842/9
8842/12 8842/14
8845/19 8846/4 8847/7
8848/13 8848/18
8849/14 8850/14
8853/13 8853/15

**my... [10]** 8856/2
8859/19 8864/16
8865/13 8872/10
8878/9 8885/13
8885/22 8900/23
8901/21
**myself [6]** 8735/18
8742/22 8792/4 8820/6
8856/4 8865/5

# N

**nail [1]** 8867/21
**name [2]** 8734/12
8763/18
**named [10]** 8731/20
8775/3 8776/14 8777/5
8786/24 8802/9 8807/3
8811/8 8815/21
8831/16
**names [5]** 8775/19
8782/12 8814/25
8898/13 8899/2
**Nancy [2]** 8871/21
8872/3
**Nancy Pelosi [1]**
8871/21
**narcotic [1]** 8749/16
**national [8]** 8737/13
8763/6 8772/12
8781/13 8782/5
8800/22 8813/2
8851/19
**National Guard [1]**
8763/6
**native [2]** 8735/17
8742/8
**NATO [1]** 8741/15
**natural [2]** 8775/13
8825/17
**naturally [1]** 8797/22
**nature [2]** 8803/5
8814/12
**naval [2]** 8741/6
8741/22
**NAVMAG [1]** 8738/3
**Navy [19]** 8736/7
8736/9 8736/16
8737/12 8737/25
8738/5 8738/17
8738/17 8756/19
8758/21 8775/12
8780/4 8783/20
8783/20 8797/18
8797/20 8807/5 8807/6
8835/18
**neck [3]** 8747/10
8783/10 8832/5
**need [14]** 8732/24
8744/10 8749/19
8753/21 8753/23
8757/20 8757/24
8758/13 8772/5
8801/12 8821/23
8835/5 8878/15 8901/3
**needed [4]** 8753/24
8825/20 8826/6 8866/8
**needs [2]** 8745/11

**nefarious [2]** 8777/8
8784/1
**Negritos [3]** 8742/7
8742/8 8742/18
**neighbors [5]** 8826/24
8826/24 8827/5 8827/6
8841/23
**neither [2]** 8839/24
8901/20
**nerve [1]** 8749/22
**Nestler [2]** 8726/14
8731/10
**Network [1]** 8858/23
**neurosurgeon [1]**
8747/9
**never [15]** 8758/22
8783/16 8783/21
8794/21 8799/21
8812/18 8813/10
8822/25 8834/20
8834/21 8838/9
8838/24 8848/7 8862/6
8895/9
**new [6]** 8741/2
8741/24 8792/24
8885/19 8894/23
8894/23
**New York [2]** 8792/24
8885/19
**news [8]** 8802/8
8802/12 8802/17
8802/21 8802/24
8820/7 8869/13
8869/13
**newspapers [1]**
8798/5
**next [13]** 8733/17
8742/19 8768/11
8768/18 8781/23
8784/21 8788/6
8802/11 8851/21
8875/17 8884/19
8884/20 8884/22
**nice [6]** 8732/18
8755/16 8773/15
8775/9 8776/18 8837/5
**Nichols [30]** 8882/18
8882/23 8884/17
8884/19 8885/4
8885/17 8885/25
8886/9 8887/7 8887/8
8887/16 8887/22
8888/3 8888/6 8888/10
8893/19 8894/13
8894/19 8894/21
8895/23 8896/3 8896/3
8896/24 8897/6
8898/19 8899/9
8899/13 8899/14
8899/20 8901/23
**Nichols' [1]** 8886/17
**night [3]** 8837/10
8903/5 8903/6
**nights [1]** 8773/18
**nine [1]** 8854/24
**NJ [1]** 8728/8
**no [183]**

**nodding [1]** 8831/22
**none [9]** 8830/18
8863/12 8870/5
8873/10 8885/22
8892/12 8892/13
8892/14 8892/18
**normal [2]** 8742/21
8857/13
**normally [2]** 8757/2
8839/7
**north [25]** 8727/10
8776/25 8781/12
8782/4 8782/9 8782/17
8783/3 8783/7 8783/12
8796/17 8799/17
8806/15 8809/22
8812/24 8813/3 8813/4
8813/14 8814/2
8817/14 8820/16
8821/11 8843/8
8845/11 8890/25
8895/22
**North Carolina [21]**
8776/25 8781/12
8782/4 8782/9 8782/17
8783/3 8783/7 8783/12
8796/17 8799/17
8806/15 8809/22
8812/24 8813/3 8813/4
8813/14 8814/2
8817/14 8820/16
8821/11 8843/8
**Northeast [1]** 8734/24
**not [159]** 8735/20
8736/12 8736/13
8739/19 8742/20
8742/25 8743/1 8743/9
8744/22 8745/1 8745/6
8745/8 8748/16 8749/2
8750/16 8750/17
8750/20 8750/22
8751/7 8752/5 8756/14
8756/15 8764/18
8765/5 8765/12
8765/13 8765/17
8766/5 8766/21 8769/5
8771/18 8777/10
8778/1 8778/19
8779/10 8779/20
8780/18 8780/18
8780/21 8781/4
8783/14 8783/22
8785/6 8792/17
8794/13 8794/15
8798/16 8799/20
8800/24 8801/6
8804/20 8804/22
8807/25 8808/3
8808/10 8809/7
8810/17 8818/12
8819/25 8820/5
8820/18 8821/9
8821/21 8822/10
8823/2 8824/4 8826/8
8827/16 8828/25
8829/3 8829/12
8829/14 8830/10

**nobody [1]** 8849/4
8832/2 8832/14
8835/18 8835/22
8837/2 8837/16
8838/21 8840/9
8841/11 8842/16
8844/20 8846/1
8846/20 8846/25
8847/23 8848/13
8852/4 8852/18
8852/22 8852/25
8852/25 8853/9
8853/23 8858/2 8859/2
8859/16 8860/12
8862/11 8863/20
8864/8 8865/9 8866/11
8866/22 8868/20
8868/23 8868/25
8869/16 8869/22
8870/22 8870/25
8871/6 8872/3 8874/22
8877/12 8879/25
8880/12 8881/9
8882/23 8883/9
8883/10 8883/19
8883/19 8883/23
8884/13 8886/3
8887/14 8888/20
8890/6 8891/16
8891/24 8891/24
8892/21 8894/3 8894/8
8894/25 8895/9
8895/10 8895/21
8896/17 8896/17
8896/21 8897/10
8897/18 8898/17
8898/19 8898/22
8899/8 8899/14
8899/23 8900/3 8900/3
8902/1 8902/11
8902/23
**notable [1]** 8749/15
**notation [1]** 8786/2
**note [1]** 8742/16
**notes [2]** 8790/8
8790/17
**nothing [13]** 8766/1
8780/2 8795/6 8822/14
8834/14 8836/2
8861/25 8886/6
8888/23 8892/1
8899/22 8903/10
8903/22
**notice [1]** 8837/6
**noticed [1]** 8756/7
**notion [1]** 8765/15
**novelty [2]** 8894/22
8894/24
**November [29]** 8726/5
8770/3 8770/4 8770/16
8772/10 8774/3 8776/7
8777/3 8777/21
8783/24 8785/14
8786/2 8786/12
8787/15 8788/24
8791/4 8792/5 8792/10
8792/14 8793/12
8795/5 8795/12

**November 14th [7]**
8777/3 8777/21
8783/24 8792/5
8792/10 8792/14
8828/23
**November 8th [2]**
8770/4 8770/16
**November 9th [3]**
8786/2 8791/4 8793/12
**now [30]** 8732/15
8732/16 8732/24
8736/11 8750/7
8750/13 8751/7
8753/11 8760/23
8764/19 8764/24
8765/14 8766/12
8790/7 8795/9 8800/20
8818/2 8820/12
8827/11 8835/1 8856/6
8861/20 8862/16
8865/22 8874/4
8878/14 8884/11
8890/6 8897/20 8902/4
**nowadays [1]** 8743/6
**NPA [1]** 8741/2
**number [10]** 8752/16
8757/7 8772/22
8803/15 8815/3 8816/9
8816/15 8838/17
8838/17 8888/21
**NW [3]** 8726/17 8728/3
8729/4

# O

**Oak [2]** 8727/3 8831/14
**oath [76]** 8733/23
8770/2 8770/16
8771/10 8771/11
8771/14 8773/1 8773/8
8773/21 8774/14
8776/6 8776/23
8778/20 8778/25
8779/3 8779/6 8779/9
8781/12 8782/4 8782/9
8783/13 8784/6 8795/5
8796/17 8799/17
8800/3 8806/15 8807/2
8807/8 8812/10 8813/2
8820/16 8821/11
8828/7 8828/20
8832/13 8832/16
8833/17 8833/24
8843/8 8847/11 8849/2
8852/24 8860/10
8882/24 8883/8 8885/4
8885/18 8885/19
8886/11 8886/14
8886/18 8886/22
8886/24 8887/3
8887/10 8887/18
8887/23 8887/24
8887/24 8888/12
8889/7 8889/16
8889/20 8890/12

O

oath... [11] 8891/15
8892/22 8893/18
8894/8 8894/15 8895/9
8895/10 8897/5 8898/3
8898/6 8901/24
Oath Keepers [58]
8770/2 8771/10
8771/11 8771/14
8773/1 8773/8 8773/21
8774/18 8776/6
8776/23 8778/20
8778/25 8779/3 8779/6
8779/9 8781/12 8782/4
8782/9 8783/13 8784/6
8796/17 8799/17
8800/3 8806/15
8812/10 8813/2
8820/16 8828/20
8832/13 8832/16
8833/24 8843/8
8847/11 8849/2
8860/10 8882/24
8883/8 8885/4 8886/11
8886/18 8886/22
8887/3 8887/10
8887/24 8888/12
8889/16 8889/20
8890/12 8891/15
8892/22 8893/18
8894/8 8894/15
8895/10 8897/5 8898/3
8898/6 8901/24
Oath Keepers' [2]
8886/14 8889/7
object [1] 8894/24
objection [46] 8737/1
8744/5 8744/10
8744/14 8749/25
8751/15 8752/11
8757/16 8757/21
8758/1 8758/11
8758/14 8762/10
8763/12 8764/1 8768/2
8768/13 8768/20
8769/5 8771/16
8779/14 8781/19
8785/20 8788/9
8789/20 8798/23
8800/14 8800/18
8801/16 8808/2 8810/1
8811/21 8818/16
8819/10 8820/23
8823/3 8823/7 8826/14
8829/18 8829/22
8846/19 8855/17
8866/17 8866/23
8867/5 8877/17
objections [2] 8766/4
8821/6
observation [2]
8883/18 8885/21
observations [1]
8768/16
observe [2] 8759/22
8864/20
observed [3] 8768/16
8768/23 8783/24

obstruct [4] 8875/10
8876/22 8877/2 8892/5
obstruction [1]
8876/24
obtain [1] 8757/24
obviously [8] 8787/24
8853/23 8856/12
8856/15 8862/9
8864/24 8871/25
8872/3
occasionally [1]
8754/12
occupation [1]
8858/16
occupy [2] 8845/22
8896/20
occurred [1] 8773/12
off [17] 8740/18
8743/19 8746/14
8746/15 8747/4
8753/10 8775/9
8803/20 8804/15
8807/19 8828/4
8844/13 8850/15
8863/19 8865/5
8894/15 8894/15
offer [5] 8888/12
8888/15 8891/7
8891/20 8895/13
offered [2] 8783/1
8801/5
offering [3] 8890/13
8891/20 8895/12
office [2] 8726/16
8784/20
officer [30] 8736/9
8737/24 8741/9
8741/13 8741/14
8741/15 8741/15
8741/17 8741/19
8742/4 8862/20
8882/11 8883/8 8883/8
8884/21 8887/25
8888/5 8888/16 8889/3
8889/19 8891/7 8891/9
8891/11 8891/12
8891/14 8892/15
8894/23 8895/1 8895/2
8901/22
Officer Dunn [1]
8883/8
officers [17] 8741/6
8742/5 8863/18
8868/16 8868/19
8882/16 8882/21
8884/15 8886/7
8886/15 8887/4
8887/10 8887/20
8888/14 8896/5 8898/4
8902/3
officers' [1] 8896/22
Official [1] 8729/3
often [3] 8753/23
8754/19 8842/3
Oh [30] 8748/24
8754/15 8760/24
8770/3 8783/5 8788/5
8789/4 8789/11 8791/2

8803/12 8803/12
8806/19 8817/21
8837/5 8838/19
8839/13 8839/15
8843/1 8843/10 8845/4
8846/8 8848/10
8860/15 8860/19
8860/23 8863/2
8869/18 8875/6
Ohio [3] 8776/25
8847/19 8847/21
OK [1] 8743/22
okay [235]
old [6] 8734/19
8734/20 8826/2
8837/25 8840/2
8841/23
olden [1] 8826/25
older [3] 8746/23
8849/20 8862/19
once [6] 8748/4
8794/18 8801/22
8865/6 8865/8 8902/3
one [70] 8738/17
8740/5 8742/5 8742/13
8742/16 8742/16
8742/16 8746/14
8746/25 8747/8
8747/16 8752/2
8752/25 8753/23
8756/2 8757/13
8760/13 8760/14
8760/14 8763/17
8765/16 8766/21
8769/9 8769/13
8773/25 8774/1 8774/2
8794/20 8799/13
8800/10 8801/15
8802/11 8803/18
8804/7 8805/23
8805/24 8806/4 8807/6
8807/12 8809/3
8817/12 8819/5
8832/23 8838/10
8840/24 8841/1
8843/19 8845/8
8847/25 8856/6
8856/18 8858/16
8864/6 8865/25
8867/25 8877/13
8880/2 8885/23
8886/24 8889/23
8896/1 8898/1 8899/2
8900/23 8900/24
8901/2 8901/12
8901/12 8901/16
8903/15
ones [7] 8746/15
8749/2 8801/22
8805/23 8853/13
8857/5 8893/16
online [2] 8798/5
8807/7
only [15] 8751/18
8762/24 8768/15
8770/7 8798/6 8800/1
8806/19 8808/25

8878/18 8878/20
8880/2 8897/18
op [14] 8779/25 8780/1
8780/5 8780/6 8780/7
8796/19 8797/6 8798/9
8799/7 8799/8 8799/12
8799/14 8799/18
8799/19
op for [2] 8780/6
8780/7
op is [1] 8780/1
op or [1] 8799/7
op plan [1] 8797/6
op than [1] 8799/12
Opana [4] 8749/16
8750/14 8750/16
8857/1
open [10] 8745/21
8747/21 8751/14
8766/17 8785/14
8798/5 8800/5 8801/17
8804/18 8823/6
opened [1] 8875/18
operated [1] 8849/18
operating [1] 8807/9
operation [11] 8743/22
8747/21 8747/24
8747/25 8748/14
8748/20 8780/2
8780/21 8781/8 8790/6
8847/12
Operations [1]
8796/23
operator [1] 8798/16
operators [2] 8825/15
8825/15
opine [1] 8821/14
opinion [1] 8750/14
opioid [1] 8857/1
opioids [1] 8786/8
opposed [3] 8738/21
8813/5 8889/2
opposite [1] 8899/21
order [3] 8784/10
8784/10 8897/21
ordnance [2] 8764/11
8766/1
organization [7]
8770/1 8771/9 8771/22
8772/13 8801/14
8809/19 8815/1
organizer [1] 8775/7
organizing [1] 8820/22
originally [4] 8734/21
8734/22 8777/25
8838/11
other [50] 8746/15
8747/1 8747/23
8748/17 8749/2
8749/22 8756/3
8759/11 8772/21
8773/19 8773/21
8799/23 8815/3 8825/2
8826/12 8827/3
8831/11 8835/5
8837/20 8839/11
8840/21 8845/1 8845/8

8869/15 8871/12
8873/14 8882/22
8884/17 8885/7 8886/1
8886/6 8887/10
8887/23 8887/24
8887/24 8888/22
8888/25 8893/9
8893/18 8895/17
8896/1 8896/24 8898/1
8899/24 8899/25
8901/11 8901/24
8902/6
others [4] 8742/17
8773/21 8815/11
8887/13
otherwise [4] 8749/5
8750/15 8766/5
8902/12
our [25] 8740/16
8740/22 8742/18
8766/6 8767/2 8770/23
8772/25 8782/7
8824/13 8827/10
8828/20 8835/24
8835/25 8841/4
8852/11 8862/1 8864/1
8864/17 8864/18
8872/23 8872/12
8896/14 8896/14
8896/14 8902/17
out [66] 8733/7 8735/3
8735/6 8741/18
8741/21 8742/5 8743/1
8743/3 8756/6 8764/20
8766/13 8770/8 8771/9
8778/1 8783/1 8787/21
8787/24 8790/19
8792/12 8794/17
8798/19 8810/10
8810/15 8813/7
8814/22 8814/24
8814/24 8822/10
8822/12 8822/15
8822/24 8824/10
8824/10 8825/2
8825/14 8826/10
8835/6 8836/4 8837/8
8837/24 8847/5 8848/4
8851/23 8857/24
8858/4 8859/5 8859/11
8863/18 8867/2
8867/12 8868/13
8869/14 8870/13
8871/16 8873/23
8874/18 8874/19
8878/5 8880/18
8881/18 8881/23
8884/16 8890/9
8891/17 8896/19
8899/19
outage [1] 8825/18
outrageous [2] 8847/4
8861/5
outside [2] 8775/25
8868/22
outweighed [2] 8897/2
8902/9

8926

**O**

over [22] 8747/2
8747/22 8756/8
8756/12 8760/8 8761/1
8761/9 8761/14
8761/17 8771/8
8776/24 8841/15
8845/18 8848/5
8850/12 8853/14
8860/15 8865/7
8877/14 8890/18
8903/5 8903/17
overall [1] 8898/5
overarching [1] 8815/1
overnight [1] 8748/16
overrule [1] 8801/16
overruled [7] 8737/2
8744/11 8751/15
8758/17 8788/13
8846/20 8867/5
overt [1] 8822/2
overthrow [1] 8741/3
own [6] 8828/14
8831/11 8848/3 8848/6
8861/10 8871/24
owned [1] 8840/5
ownership [1] 8840/7
oxymorphone [1]
8749/17

**P**

P. [1] 8731/3
P.A [1] 8728/12
p.m [5] 8816/20
8894/10 8895/19
8903/25 8903/25
PA [1] 8727/11
Pacific [1] 8778/16
pack [1] 8871/15
packed [3] 8861/19
8864/4 8871/18
pad [1] 8789/6
page [3] 8823/16
8823/18 8824/18
pain [6] 8749/15
8749/20 8749/21
8754/22 8786/17
8857/15
pains [1] 8746/20
Palian [14] 8763/19
8763/23 8764/12
8764/16 8764/23
8765/2 8766/10 8767/8
8767/15 8767/24
8768/7 8768/23 8822/8
8822/9
panel [2] 8733/13
8827/22
paper [2] 8741/13
8741/20
paragraph [1] 8797/13
parched [1] 8892/14
parents [1] 8840/2
park [4] 8728/3
8784/23 8843/18
8843/25
parked [1] 8850/17
parking [5] 8843/23

8850/8 8850/10
8850/13 8850/15
part [31] 8744/22
8747/23 8747/24
8748/17 8749/1 8751/4
8751/9 8769/20
8780/19 8781/8 8782/9
8789/10 8792/15
8805/22 8809/14
8809/20 8809/21
8809/21 8812/10
8813/2 8820/14
8820/16 8821/10
8840/7 8840/10 8868/2
8868/3 8882/22 8897/5
8897/17 8898/5
participated [2]
8892/12 8893/7
particular [11] 8732/14
8742/16 8742/17
8750/20 8755/12
8791/17 8793/20
8803/11 8807/15
8810/5 8867/2
particularly [3]
8765/12 8780/19
8821/19
parts [5] 8741/25
8837/19 8838/4 8845/9
8845/10
party [1] 8780/5
pass [1] 8834/12
passed [2] 8787/3
8839/21
passes [6] 8834/5
8834/8 8834/9 8834/10
8834/20 8850/24
passing [2] 8830/23
8849/21
past [2] 8874/2
8895/25
patches [1] 8892/24
path [1] 8874/9
patio [5] 8759/8 8874/5
8874/5
patrol [2] 8742/5
8742/5
patrols [1] 8741/21
Paul [17] 8775/3
8775/5 8775/6 8775/6
8781/17 8782/23
8812/20 8815/21
8817/11 8818/5
8836/19 8836/20
8838/25 8843/4
8846/12 8847/7
8847/16
Paul Stamey [9]
8775/3 8775/5 8775/6
8781/17 8812/20
8815/21 8817/11
8838/25 8843/4
Paul Stamey's [1]
8836/19
Pause [3] 8733/12
8827/21 8901/8
pay [1] 8831/11
Peace [14] 8856/7

8857/25 8858/8
8859/19 8859/21
8860/10 8860/14
8861/13 8861/17
8870/19 8871/13
8877/24 8878/9
8897/14
peaceful [2] 8803/5
8870/9
peacefully [1] 8852/10
peeled [1] 8850/15
Pelosi [2] 8871/21
8872/3
Pennsylvania [2]
8737/20 8845/10
people [68] 8740/21
8742/2 8756/9 8756/11
8756/11 8757/8
8769/18 8771/24
8772/22 8773/15
8775/16 8778/17
8784/14 8797/23
8799/13 8803/21
8810/19 8812/9
8812/20 8812/21
8817/7 8825/2 8825/19
8825/20 8826/6 8827/2
8828/19 8835/9
8841/20 8846/4 8846/5
8846/25 8849/20
8851/19 8851/23
8856/7 8858/11
8858/15 8861/4
8861/18 8864/4 8864/6
8864/24 8865/9
8869/10 8869/12
8869/13 8869/21
8870/19 8871/5
8871/15 8871/18
8871/19 8872/20
8872/23 8874/1
8874/15 8886/1
8889/23 8890/4
8891/13 8893/12
8893/16 8895/3
8896/14 8897/9
8897/13 8897/16
people's [2] 8741/2
8741/24
percent [7] 8736/20
8739/3 8745/10 8749/1
8767/13 8795/5
8866/21
perhaps [3] 8739/3
8833/24 8882/9
perineal [1] 8749/7
period [1] 8899/6
periodically [2] 8742/3
8786/9
perpendicular [1]
8791/24
person [10] 8738/20
8775/2 8776/14
8810/17 8833/23
8836/25 8860/7
8870/23 8872/5
8902/11
personal [6] 8738/21

8835/21 8837/7
8840/10
personally [2] 8774/11
8872/18
Philadelphia [1]
8802/10
Philippine [2] 8742/22
8743/7
Philippines [7] 8738/4
8738/19 8738/24
8739/17 8740/8
8740/12 8740/25
Philly's [1] 8803/18
phone [26] 8744/15
8750/2 8764/2 8767/18
8768/19 8791/3
8800/16 8804/6
8807/19 8807/24
8816/23 8820/25
8828/14 8828/18
8829/21 8837/3
8846/24 8853/8
8854/18 8854/24
8855/3 8858/12
8858/13 8859/7
8890/24 8891/4
phones [1] 8872/23
photo [19] 8751/19
8751/23 8751/25
8752/3 8762/25
8785/10 8789/13
8791/18 8853/24
8865/24 8866/2
8866/14 8867/15
8868/7 8873/11
8884/15 8898/15
8900/17 8900/17
photograph [18]
8732/9 8793/16
8793/21 8867/7
8867/10 8882/7
8882/12 8882/15
8882/18 8884/18
8892/19 8893/8 8893/9
8893/10 8893/14
8898/12 8899/22
8900/1
photographs [5]
8790/25 8791/1
8877/14 8883/1
8883/24
photos [10] 8752/6
8791/2 8792/18
8853/20 8873/12
8873/15 8876/2 8876/9
8876/12 8900/16
phrase [1] 8826/20
physical [7] 8751/5
8753/16 8775/11
8783/18 8856/23
8871/3 8871/11
physically [2] 8869/6
8874/22
pick [2] 8830/3
8870/20
picked [3] 8784/9
8784/17 8830/4

picket's [1] 8737/21
picking [4] 8764/9
8764/11
picture [13] 8767/17
8783/5 8785/24
8791/16 8831/15
8853/18 8853/18
8855/16 8873/3 8875/4
8875/13 8875/15
8896/7
pictured [2] 8892/19
8899/16
pictures [11] 8791/10
8851/22 8853/2 8853/4
8853/7 8853/11 8855/1
8855/12 8865/19
8872/25 8873/4
piece [4] 8764/11
8765/25 8825/1
8867/23
pin [3] 8748/7 8837/20
8837/21
pistol [1] 8842/10
pistols [1] 8840/22
pitch [1] 8880/21
pizza [1] 8836/20
place [6] 8740/9
8778/10 8784/22
8791/17 8792/13
8856/6
placed [4] 8733/23
8817/4 8818/1 8828/18
placement [1] 8819/19
places [3] 8793/25
8826/12 8845/13
Plaintiff [1] 8726/4
plan [7] 8796/19
8796/23 8797/6 8815/4
8815/15 8859/25
8902/25
planned [3] 8777/25
8780/7 8780/20
planning [11] 8751/9
8792/9 8794/4 8798/9
8798/22 8799/7 8799/8
8799/11 8799/17
8799/22 8824/3
Plant [1] 8803/18
planted [1] 8858/4
play [29] 8758/25
8759/21 8759/24
8760/9 8760/16 8761/5
8812/13 8813/8 8829/4
8830/16 8831/21
8858/13 8858/13
8858/17 8858/17
8858/20 8858/20
8858/22 8858/22
8874/20 8874/20
8874/24 8874/24
8900/12 8900/13
8900/15 8900/20
8900/21 8901/2
played [10] 8756/1
8759/23 8759/25
8760/10 8760/17
8760/20 8761/6 8829/6
8901/9 8901/17

Case 1:22-cr-00015-APM Document 750 Filed 01/09/24 Page 202 of 212

8927

**playing [2]** 8832/20 8871/21
**Plaza [5]** 8778/11 8790/13 8790/14 8791/25 8792/1
**please [66]** 8731/4 8733/15 8733/21 8734/13 8745/23 8746/10 8747/15 8750/2 8751/22 8752/2 8752/25 8759/24 8760/1 8760/9 8760/16 8761/5 8762/14 8762/20 8763/15 8764/3 8766/15 8768/4 8768/16 8781/24 8789/2 8793/15 8796/22 8800/1 8801/18 8801/25 8802/16 8802/23 8803/3 8803/8 8803/24 8805/25 8806/20 8806/21 8808/21 8809/1 8809/2 8810/11 8811/2 8811/20 8812/4 8813/12 8814/18 8815/25 8816/7 8816/15 8817/17 8818/22 8819/14 8821/6 8823/11 8823/15 8823/18 8823/19 8824/17 8826/17 8827/24 8836/7 8875/2 8895/5 8900/20 8900/21
**pleased [2]** 8817/24 8817/25
**plenty [1]** 8886/19
**plot [2]** 8784/3 8815/15
**Plus [1]** 8764/22
**plywood [2]** 8867/11 8867/18
**point [42]** 8733/7 8740/16 8740/18 8746/11 8764/19 8765/8 8766/15 8769/9 8769/13 8770/20 8779/21 8785/19 8789/19 8797/17 8798/8 8803/20 8812/11 8812/12 8812/16 8813/8 8827/7 8829/25 8849/9 8849/12 8850/15 8850/23 8852/13 8857/18 8857/19 8858/17 8859/15 8860/21 8861/13 8867/2 8868/9 8872/7 8878/5 8879/7 8879/10 8884/16 8885/13 8885/25
**pointing [1]** 8860/17
**points [2]** 8753/18 8830/5
**poke [1]** 8872/5
**police [29]** 8791/16

**policemen [1]** 8861/24
**poopload [1]** 8812/9
**pops [1]** 8867/21
**porta [5]** 8816/3 8817/4 8817/6 8818/1 8819/19
**portion [2]** 8794/23 8811/16
**position [3]** 8741/9 8769/15 8896/16
**possess [3]** 8853/23 8854/2 8874/10
**possessed [3]** 8801/5 8804/22 8804/24
**possession [1]** 8882/8
**possible [4]** 8778/4 8778/7 8794/13 8794/15
**possibly [1]** 8799/13
**post [2]** 8820/5 8872/15
**posted [2]** 8882/9 8897/23
**posting [1]** 8807/7 8898/9
**pot [1]** 8741/5
**Potomac [2]** 8846/15 8847/22
**Pototan [1]** 8742/23
**potties [5]** 8816/4 8817/4 8817/6 8818/1 8819/19
**power [1]** 8825/18
**powerful [6]** 8749/18 8840/11 8840/15 8840/24 8841/1 8841/10
**practical [1]** 8871/12
**practice [1]** 8743/9
**pre [12]** 8784/11 8784/18 8784/22 8785/1 8791/5 8792/19 8793/12 8815/21 8816/1 8817/8 8822/1 8822/4
**pre-strike [12]** 8784/11 8784/18 8784/22 8785/1 8791/5 8792/19 8793/12 8815/21 8816/1 8817/8 8822/1 8822/4
**Prednisone [1]** 8857/3
**prefer [1]** 8732/22
**pregnant [3]** 8890/6 8890/6 8890/7

**preparing [1]** 8803/10
**prescribed [3]** 8856/25 8857/7 8857/10
**prescription [3]** 8749/16 8856/24 8856/24
**presence [1]** 8886/6
**present [2]** 8731/20 8900/8
**presentation [1]** 8901/6
**presented [1]** 8893/9
**President [8]** 8778/15 8817/25 8830/7 8834/15 8835/1 8848/18 8852/8 8890/17
**presidential [1]** 8770/7
**presiding [1]** 8731/3
**pressure [1]** 8749/23
**presume [2]** 8836/22 8857/7
**pretrial [1]** 8750/12
**pretty [6]** 8743/12 8755/6 8772/23 8835/12 8847/4 8851/20
**Prettyman [1]** 8729/4
**previously [6]** 8745/8 8787/23 8862/25 8883/7 8885/10 8901/12
**primarily [1]** 8888/13
**prior [13]** 8753/6 8753/20 8765/9 8765/10 8765/12 8765/12 8770/15 8800/2 8805/10 8805/12 8806/14 8831/16 8862/2
**prison [1]** 8744/25
**private [3]** 8869/21 8871/5 8890/1
**privy [1]** 8819/25
**probably [20]** 8753/10 8759/16 8761/11 8761/16 8797/7 8805/13 8816/24 8819/2 8832/5 8835/3 8839/25 8842/8 8844/9 8844/13 8857/13 8864/1 8865/5 8868/2 8879/21 8881/3
**probative [2]** 8897/2 8902/8
**problem [2]** 8733/3 8822/17
**problems [4]** 8740/18 8748/18 8790/10 8835/22
**proceed [1]** 8772/17
**proceeded [1]** 8846/24
**proceedings [5]** 8726/9 8729/6 8731/21 8892/6 8904/4
**processing [1]** 8769/22
**produced [1]** 8729/7

**proffer [5]** 8892/20 8888/2 8888/6 8894/6 8895/8
**proffered [1]** 8887/16
**program [4]** 8897/4 8897/22 8897/22 8898/3
**promulgated [1]** 8844/25
**prongs [1]** 8883/14
**pronoun [2]** 8858/10 8874/13
**pronunciation [1]** 8735/18
**property [3]** 8766/24 8784/7 8868/21
**proposed [2]** 8901/21 8902/21
**prospect [1]** 8834/18
**protect [1]** 8896/21
**protesters [1]** 8870/9
**proud [2]** 8737/22 8738/18
**proverbial [1]** 8742/18
**provide [6]** 8771/24 8776/9 8776/10 8886/15 8888/17 8889/4
**provided [1]** 8818/1
**provides [1]** 8883/6
**providing [2]** 8825/4 8890/3
**provocative [1]** 8861/6
**proximity [2]** 8885/22 8886/1
**proxy [1]** 8740/4
**public [1]** 8821/18
**publish [10]** 8752/13 8763/15 8786/22 8796/10 8810/9 8812/1 8814/17 8819/14 8842/23 8865/24
**published [1]** 8759/3
**pubs [1]** 8741/15
**Pugh [8]** 8816/10 8816/10 8816/11 8825/4 8825/8 8825/22 8825/24 8826/2
**pull [25]** 8751/17 8755/22 8762/23 8785/4 8790/22 8790/23 8795/3 8799/25 8801/18 8803/2 8806/20 8808/25 8811/2 8813/11 8813/12 8815/18 8815/24 8816/7 8828/4 8828/5 8845/20 8865/16 8869/1 8875/1 8875/1
**pullback [1]** 8740/15
**pulled [3]** 8804/15 8805/13 8817/18
**pulling [1]** 8806/12
**punctured [1]** 8743/16
**punishment [1]** 8744/21
**Purcellville [1]** 8770/8

**purpose [13]** 8771/17 8795/22 8816/1 8816/3 8818/11 8823/25 8824/9 8833/22 8838/20 8838/22 8846/2 8886/16 8892/7
**purposes [2]** 8775/7 8828/18
**purses [1]** 8836/2
**push [1]** 8880/14
**pushed [1]** 8755/20
**pusher [1]** 8741/13
**pushers [1]** 8741/20
**pushing [2]** 8746/16 8746/16
**put [28]** 8760/21 8780/15 8784/10 8785/5 8806/21 8809/7 8809/8 8811/2 8818/23 8824/10 8826/3 8834/3 8835/20 8837/19 8838/10 8847/25 8853/19 8853/20 8864/16 8873/11 8873/12 8880/3 8880/12 8880/18 8884/15 8897/21 8897/21 8898/15
**putting [2]** 8815/4 8858/3
**PUTZI [1]** 8728/12

**Q**

**QRF [9]** 8830/9 8830/11 8831/1 8838/20 8846/2 8847/10 8848/14 8849/2 8849/5
**QRF's [2]** 8845/22 8845/24
**qualifications [2]** 8757/20 8757/24
**quantity [1]** 8753/25
**quarters [1]** 8875/19
**Queen [1]** 8793/1
**question [15]** 8744/9 8745/19 8745/23 8746/1 8750/4 8764/17 8781/24 8804/7 8819/22 8826/16 8867/6 8867/6 8883/2 8884/6 8892/4
**questioning [2]** 8745/5 8765/18
**questions [2]** 8762/5 8762/7
**quick [3]** 8876/1 8880/3 8880/23
**quickly [3]** 8791/8 8804/6 8844/8
**quite [6]** 8746/22 8838/24 8862/19 8862/24 8865/10 8870/13
**quote [1]** 8896/13

**R**

**rabbits [1]** 8839/8

**radical [2]** 8748/20 8794/19
**radio [3]** 8825/14 8825/15 8858/23
**raft [1]** 8749/8
**raided [2]** 8761/19 8815/7
**rail [3]** 8864/15 8864/15 8864/16
**railing [1]** 8755/15
**raise [4]** 8733/21 8881/16 8881/25 8882/2
**raised [2]** 8734/23 8744/10
**Rakoczy [2]** 8726/14 8731/10
**rally [9]** 8770/6 8770/7 8770/20 8770/21 8779/19 8792/6 8792/10 8812/12 8813/8
**Randies [1]** 8817/12
**Randy [3]** 8815/21 8817/12 8818/6
**Randy Earp [1]** 8815/21
**Ranger [6]** 8777/11 8777/16 8796/15 8798/14 8799/23 8814/19
**Ranger Doug [1]** 8796/15
**Ranger Doug Smith [1]** 8814/19
**Ranger Smith [1]** 8798/14
**rank [1]** 8736/9
**rather [2]** 8804/21 8808/11
**rating [1]** 8749/1
**re [2]** 8748/9 8867/6
**re-ask [1]** 8867/6
**re-attached [1]** 8748/9
**reach [2]** 8778/10 8848/24
**reaching [1]** 8843/5
**reaction [1]** 8861/2
**read [11]** 8787/21 8797/16 8801/6 8801/11 8808/17 8810/11 8812/4 8817/2 8817/24 8818/4 8819/16
**reading [2]** 8797/15 8810/13
**ready [4]** 8734/6 8747/9 8879/7 8879/10
**real [8]** 8764/8 8775/11 8798/1 8798/2 8800/21 8805/24 8812/18 8880/3
**realize [3]** 8745/14 8849/1 8849/4
**really [30]** 8746/22 8747/10 8753/25 8754/13 8754/22

8783/19 8785/2 8793/7 8794/19 8799/20 8799/21 8803/14 8807/15 8834/13 8837/22 8838/1 8839/1 8839/2 8842/4 8847/6 8856/5 8857/3 8861/5 8862/24 8871/18 8871/18 8876/1
**Realtime [1]** 8729/3
**reason [13]** 8745/11 8783/16 8791/17 8793/20 8794/13 8807/23 8817/7 8826/5 8846/21 8860/3 8882/22 8892/9 8897/19
**reasonable [1]** 8881/6
**reasons [2]** 8871/12 8900/2
**rebel [1]** 8737/20
**rebuild [1]** 8747/10
**rebuilt [1]** 8749/7
**rebuttal [2]** 8885/18 8886/10
**recall [3]** 8785/2 8798/8 8829/16
**recce [16]** 8784/11 8784/18 8784/22 8785/1 8791/5 8792/19 8793/12 8812/7 8815/22 8816/1 8817/3 8817/8 8818/5 8818/12 8822/2 8822/4
**receive [7]** 8738/10 8738/20 8746/2 8809/16 8812/23 8814/4 8819/4
**received [18]** 8738/16 8738/19 8752/14 8763/13 8789/22 8804/25 8807/13 8808/11 8808/13 8810/6 8811/24 8814/13 8819/12 8877/11 8877/12 8888/11 8902/23 8903/4
**receiving [1]** 8745/17
**recently [2]** 8745/17 8839/22
**Recess [2]** 8827/19 8903/25
**recognize [15]** 8751/23 8762/25 8785/10 8788/16 8789/3 8793/16 8802/2 8806/22 8813/23 8818/23 8823/21 8829/11 8832/8 8865/24 8875/5
**recollection [1]** 8777/4
**recommend [1]** 8830/19
**recommended [1]** 8844/9
**reconnaissance [2]**

**reconsider [4]** 8732/13 8883/4 8883/21 8902/13
**record [9]** 8734/13 8735/17 8795/4 8816/15 8884/8 8884/9 8885/6 8900/5 8904/3
**recorded [1]** 8729/6
**recording [3]** 8896/12 8896/12 8896/12
**records [4]** 8815/7 8822/23 8822/23 8822/23
**recovered [5]** 8785/8 8789/9 8790/18 8790/18 8816/23
**recovering [1]** 8748/3
**RECROSS [1]** 8730/4
**red [5]** 8760/3 8760/21 8793/24 8884/21 8894/12
**red-blooded [1]** 8793/24
**redirect [2]** 8730/4 8879/21
**reference [1]** 8780/14
**references [1]** 8779/24
**referred [1]** 8778/22
**referring [4]** 8755/14 8780/17 8869/9 8874/14
**reflected [1]** 8756/14
**regard [2]** 8732/13 8882/2
**regarding [11]** 8765/2 8768/7 8780/11 8795/12 8805/5 8806/1 8806/8 8806/14 8807/10 8820/3 8875/10
**Regardless [1]** 8896/23
**Registered [1]** 8729/2
**regularly [1]** 8753/12
**related [7]** 8732/9 8815/5 8818/8 8876/9 8886/13 8897/5 8897/23
**relation [2]** 8767/19 8864/11
**relationship [4]** 8740/21 8782/4 8848/22 8899/12
**relative [2]** 8843/4 8882/3
**relatively [1]** 8811/9
**relatives [1]** 8783/2
**relaxer [1]** 8857/2
**relevance [1]** 8757/21 8764/25 8788/12
**relevancy [1]** 8750/24
**relevant [14]** 8745/1 8745/6 8745/9 8765/10 8883/14 8884/17 8892/2 8895/21 8896/18 8897/1 8897/1 8897/7 8897/19 8902/1

**reliability [1]** 8822/3
**relief [1]** 8738/22
**relocated [1]** 8735/6
**relying [1]** 8753/17
**Remain [1]** 8827/20
**remarkable [1]** 8886/21
**remember [20]** 8755/25 8782/15 8782/18 8790/5 8794/11 8794/12 8798/10 8799/18 8810/20 8811/4 8825/4 8831/4 8831/6 8831/19 8858/2 8858/3 8858/5 8869/4 8870/9 8870/24
**remind [1]** 8828/6
**reminders [1]** 8824/12
**Remote [1]** 8803/13 8810/24
**remove [1]** 8734/1
**repeated [1]** 8768/19
**rephrase [2]** 8745/23 8826/16
**replacement [2]** 8748/13 8753/12
**report [3]** 8802/17 8802/21 8802/24
**Reporter [4]** 8729/2 8729/2 8729/3 8729/3
**reporting [1]** 8757/11
**reports [2]** 8869/11 8870/12
**represent [2]** 8811/16 8893/23
**representation [3]** 8885/24 8891/25 8895/21
**represented [1]** 8892/2
**representing [1]** 8883/19
**Republic [1]** 8738/4
**request [2]** 8884/4 8902/17
**required [1]** 8877/14
**requirements [1]** 8757/13
**requisite [1]** 8750/22
**rereading [1]** 8903/9
**rescue [2]** 8825/17 8846/5
**research [8]** 8797/24 8800/2 8800/5 8804/14 8805/22 8806/14 8889/21 8889/25
**researched [2]** 8800/11 8805/5
**researcher [1]** 8797/21
**researching [2]** 8797/9 8805/14
**reserve [1]** 8750/6
**reserved [1]** 8750/4
**residence [1]** 8763/7
**resident [2]** 8776/2 8826/22
**residents [1]** 8826/23
**resides [2]** 8776/3 8854/19

**reliability [1]** — see above
**resistance [1]** 8751/8
**resistance [2]** 8751/6 8874/9
**resolve [1]** 8746/7
**respect [1]** 8777/15
**respectfully [2]** 8766/9 8883/4
**responded [1]** 8764/17
**responders [1]** 8825/21
**responsible [1]** 8781/9
**rest [4]** 8743/1 8879/13 8879/17 8879/22
**restaurant [2]** 8890/20 8891/1
**restaurants [1]** 8819/20
**restaurants/coffee [1]** 8819/20
**restrict [1]** 8757/7
**result [7]** 8743/13 8745/2 8746/2 8747/4 8781/5 8782/2 8799/2
**results [2]** 8788/25
**resume [4]** 8827/11 8878/14 8878/21 8878/23
**retired [4]** 8737/16 8888/13 8894/22 8895/1
**retirement [1]** 8736/14
**retort [1]** 8869/17
**revealed [1]** 8798/18
**revealing [1]** 8757/8
**revelation [2]** 8838/15 8838/15
**review [1]** 8854/23
**reviewed [3]** 8797/1 8805/3 8855/5
**RHODES [29]** 8726/6 8727/2 8731/7 8731/13 8770/13 8770/18 8770/25 8771/4 8771/13 8772/11 8774/2 8775/15 8775/16 8776/8 8776/22 8778/3 8781/4 8781/13 8786/13 8787/18 8788/4 8795/10 8795/14 8795/23 8852/15 8859/1 8883/20 8897/21 8898/2
**Rhodes' [4]** 8781/6 8782/10 8782/10 8898/2
**rickety [1]** 8865/10
**Ricky [1]** 8893/11
**Rico [7]** 8732/10 8885/7 8887/12 8900/18 8900/22 8901/7 8901/10
**ride [1]** 8849/13
**Ridge [6]** 8825/9 8825/12 8825/13 8825/22 8826/1 8826/5
**rifle [4]** 8838/7 8839/19 8840/12 8842/12

**rifles [1]** 8840/22
**right [143]** 8731/23
8732/24 8733/14
8733/17 8733/22
8733/25 8734/22
8735/20 8735/24
8736/11 8739/22
8740/7 8740/14
8745/22 8746/5
8747/19 8749/5 8749/9
8750/11 8759/16
8760/1 8760/11
8760/18 8760/23
8761/7 8762/22
8763/25 8764/2
8766/21 8770/15
8774/13 8775/6 8777/3
8777/13 8784/24
8786/24 8787/5 8787/8
8787/14 8788/2
8788/13 8788/14
8791/9 8791/14
8791/19 8792/10
8792/22 8793/3 8793/4
8794/7 8794/23
8794/25 8796/24
8800/20 8803/7
8803/24 8804/2
8805/21 8808/7
8811/12 8811/19
8811/22 8813/13
8813/21 8814/10
8814/16 8814/20
8815/18 8816/11
8816/21 8818/1
8818/15 8818/19
8819/11 8820/1 8820/9
8822/13 8827/24
8829/23 8833/18
8835/1 8835/3 8836/23
8836/24 8841/5 8843/6
8843/16 8845/20
8846/10 8847/20
8849/10 8850/8
8850/12 8850/18
8850/19 8851/1 8851/4
8851/12 8852/8
8853/15 8855/23
8858/17 8861/7
8861/17 8862/10
8862/20 8863/12
8864/13 8864/25
8865/16 8865/19
8865/20 8865/21
8866/20 8867/23
8867/25 8868/9
8871/23 8872/4 8873/1
8875/23 8876/10
8878/6 8878/12 8879/2
8879/6 8881/8 8881/24
8882/20 8884/20
8885/14 8891/19
8891/21 8894/14
8895/21 8897/25
8899/1 8899/5 8899/10
8899/11 8899/12
8902/25 8903/21

**right-hand [2]** 8767/25
8850/12
**riot [2]** 8808/19 8891/7
**riots [2]** 8790/10
8797/23
**rise [3]** 8731/2 8827/13
8878/24
**risk [1]** 8902/9
**Ritchie [1]** 8728/12
**River [2]** 8847/19
8847/21
**RMR [2]** 8904/2 8904/8
**road [4]** 8728/3
8844/15 8845/1 8845/2
**roads [6]** 8780/24
8790/15 8843/11
8843/25 8845/8
8890/19
**roadside [1]** 8742/1
**Roberto [2]** 8884/23
8893/11
**Roberto Minuta [1]**
8884/23
**Rock [1]** 8843/18
**Roeper [1]** 8897/10
**Rohde [1]** 8755/22
**role [3]** 8778/20 8779/5
8830/15
**roll [1]** 8850/14
**rolled [1]** 8748/4
**rolling [1]** 8859/11
**room [7]** 8794/5
8829/25 8831/4 8831/5
8831/11 8836/19
8859/10
**rooms [2]** 8830/15
8831/12
**root [2]** 8824/22
8824/23
**Rosslyn [2]** 8843/13
8850/6
**roster [1]** 8742/4
**rotated [1]** 8763/5
**ROTC [2]** 8736/4
8736/5
**rotten [1]** 8838/1
**rough [1]** 8746/22
**roughly [2]** 8789/25
8792/20
**round [2]** 8743/7
8841/10
**rounds [1]** 8743/10
**route [1]** 8792/18
**rubber [1]** 8872/12
8872/15
**rule [4]** 8744/10
8758/14 8781/22
8883/16
**ruled [3]** 8745/8
8751/10 8882/4
**ruling [4]** 8732/13
8882/2 8882/5 8883/4
**rumors [1]** 8819/18
**run [5]** 8780/20
8847/21 8862/15
8862/17 8871/8
**RUST [4]** 8803/13
8810/20 8810/22

**S**

**safe [1]** 8792/13
**safety [2]** 8865/12
8865/14
**said [67]** 8738/24
8743/11 8743/15
8744/1 8756/11
8765/15 8767/18
8770/12 8770/22
8771/15 8772/11
8772/12 8772/15
8772/25 8777/2 8778/4
8783/5 8783/8 8783/9
8787/23 8787/25
8792/20 8793/18
8798/20 8798/21
8799/7 8805/14
8822/20 8824/11
8834/2 8834/7 8834/25
8835/9 8835/11
8841/19 8846/13
8846/14 8846/14
8846/15 8846/17
8846/17 8847/3
8849/21 8850/4 8850/9
8850/14 8852/9 8852/9
8853/22 8859/11
8859/20 8860/8 8861/6
8861/22 8869/2 8869/9
8872/10 8873/24
8874/22 8878/21
8879/10 8879/16
8879/25 8885/12
8887/13 8890/25
8894/17
**Sailor [1]** 8812/21
**Salke [1]** 8883/8
**Salke's [1]** 8885/11
**same [19]** 8744/24
8752/4 8753/4 8759/19
8768/2 8775/11
8785/24 8787/3
8790/15 8810/1 8810/4
8814/8 8814/9 8814/11
8850/17 8862/25
8897/16 8897/17
8900/2
**sample [5]** 8788/23
8806/18 8806/19
8815/6 8815/9
**sang [1]** 8851/19
**sardonic [1]** 8869/17
**satisfy [1]** 8883/14
**Saturday [2]** 8776/12
8777/4
**saved [3]** 8793/2
8804/16 8806/18
**saw [19]** 8795/12
8831/21 8836/14
8836/25 8838/10
8851/16 8860/17
8861/19 8864/24
8890/2 8890/3 8890/12
8891/12 8892/23
8894/20 8895/11
8895/15 8896/18

**say [37]** 8750/16
8750/21 8751/7
8753/24 8760/13
8770/10 8770/24
8773/10 8786/3 8795/4
8798/19 8801/6
8812/13 8815/4
8815/11 8821/4
8825/20 8826/23
8830/20 8834/3 8837/8
8840/13 8841/2 8843/3
8844/20 8846/25
8853/16 8855/15
8866/21 8869/12
8883/11 8883/13
8887/15 8888/4 8888/7
8890/24 8895/8
**saying [11]** 8744/24
8746/24 8750/19
8801/11 8859/22
8860/18 8861/4
8861/24 8863/9
8869/12 8888/18
**says [10]** 8747/9
8786/7 8796/23
8808/18 8815/15
8817/1 8817/23 8835/4
8861/1 8896/13
**scaffolding [6]**
8864/24 8865/7 8865/7
8865/9 8867/12
8868/14
**scared [1]** 8890/5
**schedule [1]** 8881/14
**scheduled [1]** 8786/10
**scheduling [1]** 8879/3
**scholarship [1]** 8736/5
**school [5]** 8735/13
8736/3 8777/16
8858/20 8858/21
**science [1]** 8735/14
**scope [1]** 8790/19
**screen [18]** 8751/20
8758/24 8785/10
8788/17 8789/3 8796/9
8805/17 8813/23
8813/24 8818/24
8823/13 8823/20
8835/5 8842/22
8865/22 8867/14
8895/22 8895/24
**screws [2]** 8747/19
8748/9
**script [1]** 8838/15
**scroll [2]** 8796/22
8876/1
**seams [1]** 8867/18
**search [5]** 8789/10
8822/7 8822/9 8822/12
8822/20
**Seasons [2]** 8794/18
8794/24
**seat [2]** 8733/25
8879/2
**seated [4]** 8731/4
8733/15 8827/20
8827/24

**second [13]** 8737/12
8737/17 8739/21
8747/24 8753/21
8756/17 8783/18
8809/3 8823/16
8842/11 8884/15
8901/14 8902/3
**seconds [1]** 8760/24
**Secret [8]** 8741/14
8741/15 8756/22
8756/24 8757/3 8757/3
8758/9 8758/20
**section [2]** 8769/16
8824/24
**security [10]** 8756/19
8756/21 8758/10
8771/24 8776/9
8776/11 8886/11
8886/15 8886/18
8890/4
**seditious [2]** 8744/20
8876/16
**see [67]** 8751/19
8759/1 8759/4 8783/24
8784/3 8784/22
8787/13 8790/12
8790/12 8792/4
8794/19 8796/9
8807/15 8809/9
8812/13 8816/3
8817/13 8822/16
8823/1 8823/12
8823/16 8825/16
8827/15 8834/15
8835/2 8836/25
8841/21 8842/22
8846/14 8851/18
8852/14 8852/17
8852/20 8852/23
8856/6 8856/6 8856/15
8859/12 8860/10
8867/15 8867/19
8867/20 8867/23
8868/16 8870/4
8870/15 8872/22
8872/22 8872/24
8872/25 8873/4
8882/18 8882/18
8883/24 8884/24
8887/13 8891/6
8893/17 8893/17
8894/11 8895/20
8895/22 8895/24
8900/11 8901/16
8903/3 8903/23
**seeing [4]** 8773/19
8797/23 8831/19
8869/16
**seek [1]** 8900/17
**seem [3]** 8753/12
8787/6 8876/9
**seemed [2]** 8743/3
8773/18
**seems [6]** 8761/9
8787/10 8821/7 8881/6
8881/10 8893/14
**seen [16]** 8791/10

**seen... [15]** 8795/19
8795/25 8812/18
8816/9 8831/15
8831/16 8831/17
8832/19 8832/20
8838/8 8838/24
8872/18 8884/2 8884/7
8897/9
**segment [1]** 8760/22
**seize [2]** 8854/6
8854/12
**seized [4]** 8804/13
8815/7 8823/24 8855/7
**sell [1]** 8847/2
**semi [2]** 8840/17
8840/18
**semi-automatic [2]**
8840/17 8840/18
**Senate [1]** 8897/11
**send [12]** 8787/6
8787/10 8795/9
8795/14 8796/14
8809/13 8814/22
8819/6 8825/1 8846/24
8874/19 8903/16
**sending [4]** 8814/24
8814/24 8870/9
8870/24
**sends [1]** 8746/20
**sensitive [2]** 8757/7
8757/12
**sent [21]** 8737/14
8796/12 8798/9
8807/11 8807/12
8807/20 8808/22
8810/10 8816/20
8819/5 8843/3 8855/6
8858/3 8858/7 8859/20
8859/24 8869/21
8870/23 8871/2
8874/18 8901/15
**sentence [3]** 8744/25
8818/4 8903/15
**serial [1]** 8838/17
**series [2]** 8790/25
8823/21
**Seriously [1]** 8879/15
**serve [2]** 8738/5
8824/11
**served [6]** 8737/12
8737/17 8737/18
8737/19 8738/6
8741/18
**service [16]** 8736/20
8736/22 8737/5 8737/9
8737/16 8737/22
8738/7 8738/11
8738/16 8738/18
8738/24 8739/16
8743/23 8745/10
8816/12 8889/25
**service-connected [2]**
8736/20 8736/22
**services [1]** 8771/25
**Session [1]** 8726/7
**set [1]** 8809/4
**settle [1]** 8811/10

**seven [15]** 8801/2
8801/12 8844/14
**seven minutes [1]**
8844/14
**sever [2]** 8746/19
8746/19
**several [1]** 8838/13
**severed [1]** 8782/6
**shall [1]** 8794/21
**shared [1]** 8775/13
8795/20
**sharing [1]** 8795/16
**Sharon [14]** 8734/17
8752/1 8761/11 8770/6
8818/5 8830/20
8834/21 8834/23
8834/25 8836/14
8841/25 8850/14
8859/10 8860/7
**Shawn [7]** 8816/9
8816/10 8816/11
8825/4 8825/8 8825/22
8825/24
**she [31]** 8759/15
8777/25 8778/15
8833/23 8833/24
8834/2 8834/7 8834/8
8834/8 8834/9 8834/9
8835/4 8842/3 8849/19
8850/7 8850/7 8850/15
8853/18 8859/16
8859/22 8860/5 8860/9
8864/13 8864/14
8864/17 8866/3 8866/6
8866/7 8872/5 8879/25
8890/7
**she'd [1]** 8860/6
**she's [4]** 8759/16
8795/4 8860/7 8879/25
**Shenandoah [8]**
8769/17 8770/8
8816/12 8825/14
8826/10 8826/19
8826/22 8827/1
**Shepherd [1]** 8734/24
**shield [1]** 8874/11
**shipping [1]** 8740/18
**ships [1]** 8739/24
**shirt [1]** 8833/17
**shirts [4]** 8833/16
8833/20 8833/22
8834/3
**shoot [1]** 8839/6
**shooting [4]** 8739/24
8746/20 8841/25
8842/1
**shoots [1]** 8840/16
**shops [1]** 8819/21
**short [1]** 8743/7
**shot [1]** 8842/3
**shots [1]** 8741/5
**should [8]** 8764/19
8777/18 8784/10
8798/22 8804/7
8810/17 8883/2
8903/13
**shoulder [2]** 8748/6
8748/6

**show [6]** 8796/8
8808/11 8865/22
8875/18 8885/13
8901/24
**showed [12]** 8767/17
8773/1 8773/8 8775/16
8775/20 8815/5 8832/4
8866/15 8894/21
8898/12 8898/24
8899/9
**showing [4]** 8760/22
8786/19 8786/20
8843/4
**shown [3]** 8780/11
8781/4 8868/6
**shows [11]** 8875/19
8882/9 8882/16
8886/21 8893/9
8893/15 8893/18
8898/18 8899/22
8901/22 8902/3
**shuffled [3]** 8862/1
8864/1 8864/3
**sic [4]** 8763/18
8764/23 8818/12
8829/1
**side [12]** 8747/23
8756/2 8759/8 8759/8
8759/11 8759/12
8787/5 8835/5 8862/21
8894/15 8895/22
8897/13
**sidewalk [3]** 8862/1
8863/16 8871/16
**sign [1]** 8852/1
**Signal [8]** 8806/25
8807/24 8810/18
8812/23 8813/17
8815/7 8817/18 8819/1
**signs [4]** 8851/23
8851/24 8861/23
8863/9
**silly [1]** 8812/17
**similarly [1]** 8775/10
**simply [4]** 8745/12
8801/4 8901/22 8902/3
**since [10]** 8753/10
8753/15 8778/5
8784/18 8790/4 8790/6
8805/15 8838/9
8870/15 8872/18
**single [4]** 8765/6
8853/24 8855/16
8873/11
**sir [458]**
**sit [5]** 8761/16 8833/25
8834/13 8851/24
8851/25 8852/4
8856/10
**sites [3]** 8803/15
8803/16 8803/17
**sitting [3]** 8856/7
8860/13 8894/4
**situation [8]** 8740/4
8746/22 8755/12
8765/22 8835/19
8837/16 8870/13

**six [1]** 8844/14
**sixth [1]** 8797/12
**skip [2]** 8803/25
8816/8
**Slate [1]** 8805/18
**sleep [2]** 8749/6
8749/23
**sleeping [1]** 8749/23
**sloping [1]** 8852/3
**slow [1]** 8755/6
**small [5]** 8742/6
8754/24 8839/7 8903/5
8903/10
**smart [1]** 8858/12
**Smith [8]** 8777/5
8777/7 8777/11
8796/15 8798/14
8799/3 8799/22
8814/19
**Smith's [1]** 8799/23
**so [188]**
**so it's [1]** 8773/20
**soft [1]** 8849/21
**soggy [1]** 8851/25
**sold [1]** 8838/12
**solicit [1]** 8766/11
**some [83]** 8738/14
8739/10 8743/18
8743/18 8745/15
8746/16 8746/16
8748/5 8748/11
8751/11 8755/8 8756/9
8756/11 8770/20
8770/23 8772/15
8772/16 8772/23
8773/18 8776/24
8779/21 8779/24
8780/10 8783/2 8785/5
8786/23 8790/1 8790/8
8794/3 8795/25 8798/8
8798/18 8800/8
8806/25 8811/15
8812/23 8814/25
8819/24 8825/8
8825/19 8829/25
8830/15 8833/16
8834/5 8834/8 8835/4
8835/9 8837/9 8838/4
8841/25 8843/23
8847/12 8849/9
8849/12 8851/23
8854/19 8856/15
8857/18 8857/19
8858/3 8858/11 8859/7
8859/15 8860/7 8861/5
8861/13 8864/24
8867/19 8868/25
8870/5 8870/8 8870/11
8872/7 8874/1 8874/21
8879/7 8879/10 8884/7
8889/1 8895/11
8898/16 8898/18
8903/17
**somebody [5]** 8744/19
8760/13 8770/12
8796/12 8893/6
**somebody's [2]** 8757/9

**somehow [1]** 8891/2
**someone [3]** 8768/14
8802/8 8880/20
**someplace [3]** 8784/19
8784/19 8784/19
**something [37]** 8733/6
8738/22 8748/16
8752/17 8754/3
8754/21 8755/16
8765/14 8780/7
8782/16 8788/20
8793/7 8796/1 8798/9
8798/16 8799/18
8804/10 8810/10
8813/13 8817/2 8820/2
8820/21 8822/16
8835/4 8836/5 8841/23
8842/17 8844/9
8847/25 8852/11
8856/3 8860/18 8861/6
8869/2 8869/2 8870/14
8902/10
**sometimes [3]** 8741/22
8780/4 8836/13
**somewhat [2]** 8769/10
8880/21
**somewhere [3]**
8839/17 8851/7
8894/23
**son [2]** 8770/9 8811/8
**soon [2]** 8859/12
8892/18
**sorry [12]** 8744/7
8758/5 8798/24 8808/1
8816/8 8816/14
8816/17 8847/14
8876/7 8879/9 8880/13
8889/10
**sort [25]** 8740/4
8742/21 8743/2 8750/4
8765/11 8765/15
8773/15 8773/20
8777/13 8778/7
8780/20 8784/23
8797/22 8806/25
8835/10 8835/24
8838/6 8841/3 8846/16
8856/4 8861/25
8864/17 8869/10
8874/2 8902/4
**sought [2]** 8741/3
8886/10
**sound [3]** 8799/19
8855/23 8901/4
**sounds [1]** 8749/4
**source [2]** 8798/5
8800/5
**south [4]** 8792/22
8792/22 8843/20
8844/13
**souvenir [2]** 8763/5
8768/9
**Spanish [3]** 8737/19
8742/9 8842/13
**speak [7]** 8770/25
8830/7 8834/16
8834/17 8834/19

S

speak... [2] 8848/18 8848/20
speakers [5] 8770/23 8771/25 8771/25 8776/11 8778/12
speaking [2] 8813/18 8852/9
special [3] 8757/5 8763/23 8829/17
Special Agent [1] 8829/17
Special Agent Palian [1] 8763/23
specific [9] 8757/11 8757/11 8757/11 8765/14 8813/3 8813/4 8822/21 8824/9 8897/15
specifically [6] 8746/1 8770/4 8865/17 8885/12 8888/12 8893/1
spectacles [1] 8806/5
speculation [1] 8877/18
speed [1] 8852/5
spell [1] 8734/12
spend [1] 8860/13
spent [1] 8864/14
spicy [1] 8812/6
spinal [5] 8746/13 8746/17 8746/19 8749/20 8836/11
spine [1] 8747/5
spoke [3] 8768/19 8786/7 8893/2
spontaneously [1] 8889/2
Sports [1] 8858/23
spot [5] 8778/11 8794/2 8843/24 8850/1 8850/17
squad [2] 8765/4 8769/2
squirrels [1] 8839/8
Sr [2] 8728/11 8898/3
SR-10 [1] 8898/3
stabilize [1] 8747/20
stack [2] 8779/8 8894/15
Stack 1 [1] 8894/15
stage [3] 8800/10 8873/20 8877/22
stairs [18] 8755/15 8856/18 8864/9 8864/15 8887/11 8893/3 8893/4 8893/10 8893/12 8893/16 8895/16 8896/3 8896/5 8896/6 8896/8 8896/9 8896/11 8899/20
stairwell [2] 8873/21 8873/22
stalemate [1] 8740/1
Stamey [16] 8775/3 8775/5 8775/6 8777/7 8781/17 8782/3

8812/20 8815/21 8817/11 8830/14 8830/16 8838/25 8843/4 8846/12
Stamey's [1] 8836/19
stand [3] 8733/20 8883/23 8897/21
standard [1] 8839/5
standing [10] 8731/17 8755/19 8756/9 8834/18 8860/13 8884/20 8891/15 8894/9 8894/14 8894/18
stands [2] 8783/21 8824/23
stanley [4] 8728/2 8728/5 8731/14 8731/17
start [7] 8739/16 8769/25 8841/19 8859/5 8878/15 8881/9 8894/1
started [4] 8754/13 8782/24 8889/16 8903/24
starter [1] 8839/9
starting [1] 8879/22
startled [1] 8798/19
starts [1] 8819/16
Starza [7] 8732/11 8885/7 8887/12 8900/18 8900/22 8901/7 8901/10
state [9] 8734/12 8750/12 8750/22 8781/20 8795/20 8813/3 8813/4 8816/15 8844/5
stated [1] 8776/8
statement [4] 8765/12 8765/12 8766/13 8902/21
statements [5] 8764/20 8765/9 8765/10 8765/21 8821/18
STATES [21] 8726/1 8726/3 8726/10 8731/6 8735/1 8736/6 8736/9 8736/16 8756/19 8779/8 8784/4 8790/20 8791/11 8815/16 8818/13 8844/4 8845/24 8852/7 8857/20 8860/1 8878/6
status [5] 8736/19 8738/8 8739/4 8743/22 8768/8
stay [2] 8830/21 8863/19
stayed [3] 8831/5 8831/8 8844/7
staying [2] 8830/5 8844/3
steadying [1] 8760/7
steal [2] 8741/25

stenography [1] 8729/6
step [3] 8864/6 8864/7 8879/1
steps [21] 8755/1 8755/5 8755/8 8755/11 8755/14 8755/19 8862/16 8863/1 8863/24 8864/10 8864/20 8865/8 8866/7 8868/10 8882/12 8882/17 8886/7 8899/1 8899/3 8899/9 8901/23
STEWART [19] 8726/6 8727/2 8731/7 8770/13 8770/18 8774/2 8775/15 8775/16 8781/13 8782/10 8782/10 8786/13 8787/18 8788/4 8795/10 8795/10 8795/14 8795/23 8852/15 8859/1
Stewart Rhodes [14] 8770/13 8770/18 8774/2 8775/15 8775/16 8781/13 8786/13 8787/18 8788/4 8795/10 8795/14 8795/23 8852/15 8859/1
Stewart Rhodes' [2] 8782/10 8782/10
still [23] 8744/2 8745/9 8745/12 8748/3 8753/17 8776/24 8776/25 8778/14 8782/9 8782/9 8790/15 8828/6 8840/5 8849/11 8850/3 8850/5 8850/6 8854/19 8855/2 8857/25 8859/22 8878/1 8885/24
stipulate [1] 8897/20
stipulated [1] 8886/13
stop [16] 8754/13 8760/1 8760/11 8760/18 8761/7 8770/15 8785/17 8788/2 8791/9 8791/14 8793/9 8803/7 8804/2 8841/4 8841/5 8842/19
stopped [4] 8737/20 8793/8 8794/2 8856/3
storming [1] 8869/20
story [1] 8745/10
straight [3] 8777/19 8843/17 8844/18
street [24] 8726/17 8727/6 8727/10 8734/24 8791/6 8791/20 8791/23 8792/21 8793/17 8793/19 8794/8 8794/10 8794/17 8794/20 8794/23 8794/25 8843/19

8845/9 8845/10 8850/10 8850/13 8861/18
strength [1] 8748/12
stretch [1] 8864/1
stricken [1] 8762/19
strike [15] 8784/11 8784/18 8784/22 8785/1 8791/5 8792/19 8793/12 8803/18 8812/11 8812/16 8815/21 8816/1 8817/8 8822/1 8822/4
stroll [1] 8862/22
strong [2] 8743/20 8750/14
struck [2] 8762/17 8762/18
stuck [1] 8839/25
studying [1] 8841/19
stuff [8] 8748/10 8757/6 8772/24 8792/2 8811/1 8822/5 8853/20 8889/18
stupid [1] 8846/16
Subic [3] 8738/3 8740/17 8742/7
subject [2] 8808/7 8814/11
submit [6] 8882/15 8887/5 8897/4 8897/6 8897/18 8902/21
submitted [1] 8883/3
subpoena [1] 8877/11
subpoenaed [1] 8885/17
substance [1] 8783/23
substantial [1] 8873/12
substantially [1] 8897/2
subtibiale [1] 8749/7
succinctly [1] 8771/11
such [6] 8757/13 8757/25 8780/7 8780/7 8825/15 8888/14
suffer [1] 8743/14
suggested [3] 8764/13 8794/9 8889/1
suggesting [5] 8765/23 8795/23 8857/9 8886/3 8886/5
suggestions [1] 8903/6
suggests [1] 8898/16
suicide [1] 8841/4
Suite [2] 8727/3 8728/13
sum [1] 8783/23
summer [1] 8790/10
Sunday [1] 8776/22
sunset [1] 8808/19
SunTrust [1] 8793/5
SunTrust Bank [1] 8793/5
super [1] 8842/2
support [4] 8803/13

8810/25
supported [1] 8868/3
supporting [1] 8866/7
suppose [1] 8739/23
supposed [6] 8740/2 8778/11 8781/2 8834/16 8878/3 8891/13
sure [40] 8739/22 8743/10 8744/16 8748/24 8751/1 8780/9 8784/13 8785/6 8789/4 8793/17 8797/15 8798/11 8800/7 8811/6 8817/9 8817/21 8818/11 8818/14 8820/5 8836/9 8839/15 8840/6 8843/1 8844/25 8845/4 8846/8 8856/14 8856/17 8858/6 8865/13 8871/1 8871/4 8871/15 8873/2 8875/6 8884/5 8884/9 8890/11 8900/6 8903/12
surgery [1] 8747/12
surprise [1] 8879/19
suspicion [1] 8822/16
sustained [12] 8757/17 8762/15 8768/22 8779/15 8818/18 8818/18 8818/18 8820/24 8823/7 8829/20 8829/22 8877/19
Swap [1] 8803/18
SWAT [1] 8888/21
sweltering [1] 8742/19
swing [1] 8761/17
SWORN [1] 8734/8
symbology [1] 8814/25

T

T-shirt [1] 8833/17
T-shirts [3] 8833/16 8833/20 8833/22
tactical [3] 8774/20 8798/18 8803/21
take [34] 8732/22 8733/10 8741/5 8743/3 8749/18 8749/22 8760/22 8761/1 8761/3 8761/12 8786/8 8790/8 8790/13 8790/23 8794/9 8794/24 8797/6 8820/10 8825/6 8827/8 8827/10 8829/23 8833/1 8834/20 8841/20 8841/21 8843/17 8862/22 8876/15 8878/12 8879/21 8881/13 8888/16 8902/25 8903/5
taken [14] 8752/6 8752/23 8759/6 8789/13 8789/14 8789/17 8833/5

taken... [7] 8845/16
8845/16 8845/18
8853/12 8861/3
8875/10 8876/3
takes [1] 8861/1
taking [8] 8733/3
8749/10 8749/13
8817/13 8870/6
8872/10 8881/18
8886/7
talk [1] 8825/9
talked [6] 8751/1
8803/4 8810/25
8846/12 8850/23
8892/24
talking [7] 8755/13
8781/17 8822/5
8825/21 8832/7
8852/13 8880/11
tall [1] 8777/13
tanks [1] 8739/24
tap [1] 8893/22
target [2] 8839/6
8841/25 8842/1
Tarik [3] 8882/11
8882/20 8884/21
Tarpley [7] 8727/6
8731/12 8732/4
8881/15 8881/24
8883/18 8884/9
team [7] 8732/12
8769/20 8803/13
8810/25 8812/12
8812/16 8882/3
tear [2] 8869/25 8870/8
tear gas [1] 8870/8
tear gassing [1]
8869/25
telegram [3] 8803/3
8803/16 8803/16
telegraph [1] 8803/16
tell [34] 8742/15
8743/18 8762/9
8763/25 8764/13
8765/1 8767/24 8768/7
8775/5 8776/10
8781/15 8784/11
8788/7 8789/25
8798/21 8807/14
8810/13 8813/16
8825/11 8826/19
8830/14 8835/16
8836/7 8841/7 8841/15
8845/5 8846/9 8848/1
8866/16 8870/11
8874/23 8874/23
8880/22 8896/10
telling [2] 8795/23
8863/18
temporary [1] 8873/22
ten [2] 8760/24
8836/18
tendency [1] 8743/9
tendons [2] 8748/10
8749/7
tends [1] 8747/3
term [2] 8835/18

terminology [2]
8784/14 8784/16
terms [1] 8772/24
Terrace [2] 8759/7
8874/4
Terrific [1] 8809/4
test [1] 8786/5
testified [6] 8765/23
8811/4 8822/8 8885/25
8887/9 8897/8
testify [17] 8731/25
8750/7 8750/19
8764/20 8804/13
8821/4 8881/6 8885/5
8885/8 8887/7 8887/23
8888/4 8888/10
8888/25 8892/10
8892/20 8899/14
testifying [3] 8750/13
8768/13 8768/15
testimony [22]
8731/24 8732/2
8764/13 8766/5
8766/11 8801/14
8822/6 8823/3 8827/17
8829/16 8881/2
8883/10 8886/17
8888/6 8888/6 8889/5
8890/23 8897/6 8897/9
8897/11 8897/13
8897/18
text [13] 8780/10
8786/23 8787/6
8787/10 8787/21
8795/9 8795/14
8811/12 8811/16
8812/4 8812/14 8837/3
8859/20
texts [2] 8815/7
8846/24
than [14] 8749/18
8766/7 8780/2 8784/8
8799/12 8799/23
8840/11 8857/9
8884/17 8886/7
8898/23 8899/6
8899/22 8899/24
thank [34] 8733/5
8733/11 8733/24
8734/5 8745/20 8746/5
8758/7 8768/4 8771/21
8796/7 8806/5 8806/20
8809/4 8813/11
8815/18 8823/5
8827/12 8827/17
8827/20 8828/2
8846/22 8876/15
8878/11 8878/16
8902/14 8902/15
8902/16 8902/18
8903/5 8903/8 8903/14
8903/19 8903/20
8903/23
thank you [28] 8733/5
8733/11 8733/24
8745/20 8758/7 8768/4
8771/21 8796/7 8806/5

8813/11 8815/18
8823/5 8827/12
8827/20 8828/2
8876/15 8878/11
8878/16 8902/14
8902/15 8902/16
8902/18 8903/14
8903/14 8903/19
8903/20
thanks [1] 8759/3
that [745]
that'll [1] 8758/17
that's [111] 8732/23
8733/6 8734/18 8735/2
8735/24 8740/6
8744/11 8747/6 8747/8
8748/15 8748/15
8748/16 8748/20
8749/19 8751/19
8752/16 8752/18
8752/23 8756/14
8757/12 8757/17
8761/2 8761/11
8765/10 8765/13
8765/15 8765/17
8766/21 8766/21
8766/21 8770/3 8770/3
8770/13 8770/14
8774/24 8778/22
8778/23 8780/7
8784/14 8785/13
8785/14 8788/2
8788/16 8788/25
8789/1 8792/15
8794/13 8796/19
8796/21 8800/25
8801/10 8805/18
8806/6 8807/12
8807/15 8807/19
8808/6 8812/19
8817/19 8820/4 8820/5
8820/6 8822/15
8822/17 8823/1
8824/21 8824/22
8826/3 8827/5 8839/24
8841/16 8841/17
8841/23 8843/2 8847/1
8847/20 8853/21
8853/21 8854/14
8861/21 8862/17
8864/6 8865/1 8865/4
8865/20 8865/25
8866/21 8868/2 8872/2
8874/8 8874/24 8878/2
8878/18 8879/14
8879/16 8880/17
8881/19 8883/10
8885/3 8885/23 8888/9
8890/14 8892/2
8894/10 8894/18
8896/13 8899/16
8900/23 8900/24
8900/24 8903/19
their [15] 8744/20
8782/12 8784/16
8798/6 8803/20
8804/21 8808/19

8858/12 8858/12
8878/1 8880/22
8883/10 8902/21
them [58] 8762/9
8764/8 8770/5 8773/19
8773/23 8780/9 8783/4
8783/16 8795/17
8798/22 8799/14
8800/8 8801/5 8801/6
8801/8 8801/12
8801/22 8803/9
8804/24 8805/7
8805/10 8805/13
8813/8 8815/4 8815/6
8838/14 8841/13
8841/13 8842/14
8842/18 8849/21
8853/14 8866/16
8869/1 8869/1 8870/19
8874/21 8882/19
8888/5 8889/17 8890/1
8891/4 8892/12
8892/13 8892/14
8892/24 8892/25
8893/2 8893/9 8893/15
8896/8 8896/10
8896/12 8898/18
8900/5 8900/6 8900/17
8903/1
themselves [5]
8782/13 8784/9 8798/7
8799/17 8825/16
then [47] 8735/5
8735/6 8741/20
8750/24 8755/17
8768/23 8772/17
8788/25 8792/24
8798/6 8800/25 8803/5
8803/25 8807/7
8824/22 8838/16
8838/17 8843/16
8843/19 8843/19
8845/11 8847/2
8850/17 8850/20
8859/13 8859/15
8859/18 8859/20
8864/6 8865/17
8867/12 8874/6 8881/9
8882/6 8882/14
8888/17 8889/20
8894/13 8895/12
8895/14 8895/17
8895/18 8896/2 8896/5
8896/6 8901/14
8901/19
theory [1] 8751/10
therapy [1] 8753/16
there [212]
there is [1] 8817/1
there's [33] 8740/14
8745/11 8747/7
8750/24 8764/22
8765/14 8780/22
8785/6 8786/2 8787/5
8792/25 8799/18
8800/23 8807/10
8808/16 8821/12

8861/4 8864/15
8864/15 8874/7
8879/16 8882/14
8886/18 8888/5
8896/23 8898/1
8899/12 8901/3
8901/11 8902/8 8903/2
thereabouts [1] 8824/4
these [48] 8731/21
8753/12 8786/8 8791/2
8791/8 8791/10
8792/17 8798/17
8800/24 8804/10
8804/14 8804/16
8804/20 8804/22
8806/12 8806/17
8815/5 8815/14 8822/2
8834/3 8842/16 8868/2
8871/4 8871/4 8871/7
8876/2 8876/9 8876/12
8883/1 8886/22 8887/3
8887/10 8887/20
8887/25 8891/16
8892/3 8892/4 8892/5
8892/7 8893/7 8893/12
8893/16 8895/3
8896/20 8898/16
8899/13 8899/15
8901/25
they [190]
they'd [2] 8841/5
8903/3
they're [23] 8740/5
8742/7 8745/5 8764/10
8773/24 8778/9
8783/17 8790/15
8800/20 8801/4 8803/5
8803/14 8825/20
8867/21 8869/14
8878/2 8882/21 8887/1
8893/12 8896/11
8898/25 8899/3
8899/20
they've [5] 8746/9
8788/22 8793/2 8793/5
8902/4
thing [21] 8742/19
8748/1 8753/15
8761/13 8765/16
8769/19 8773/20
8784/23 8787/3 8793/7
8795/8 8797/7 8797/15
8800/21 8820/6
8835/10 8835/24
8837/25 8838/1 8856/9
8869/15
things [36] 8739/14
8740/19 8746/23
8746/25 8749/8 8778/1
8780/25 8784/10
8790/11 8798/2 8798/4
8798/6 8798/19
8804/14 8804/16
8805/4 8806/12 8807/7
8810/16 8813/20
8824/12 8827/4
8835/23 8836/4 8839/8

theory [1] 8751/10
their [15] 8744/20
8782/12 8784/16

tear gassing [1]
8869/25

things... [11] 8842/16
8851/5 8852/5 8856/13
8861/5 8870/12 8871/7
8872/16 8888/15
8888/22 8894/5
think [68] 8732/11
8733/6 8745/6 8751/10
8752/7 8755/14 8757/2
8760/7 8761/2 8765/10
8765/11 8765/14
8765/15 8765/17
8773/5 8776/21
8777/12 8778/15
8780/18 8780/18
8781/7 8781/8 8782/12
8785/18 8785/23
8787/14 8793/5 8795/7
8795/25 8796/1 8796/2
8800/23 8801/2 8801/7
8801/10 8804/9 8824/7
8824/12 8830/22
8831/6 8842/7 8850/12
8859/9 8859/13
8870/25 8872/11
8874/3 8878/1 8878/10
8879/25 8880/23
8880/25 8881/2 8882/8
8883/6 8883/13
8883/14 8884/17
8890/21 8891/22
8893/5 8894/7 8894/17
8894/17 8896/25
8898/20 8901/3
8901/19
third [2] 8823/18
8831/7
this [235]
This is [1] 8731/6
Thomas [5] 8728/11
8731/9 8733/20 8734/8
8734/14
Thomas Caldwell [2]
8733/20 8734/14
those [39] 8738/14
8739/14 8739/19
8742/13 8743/10
8743/17 8746/7
8746/25 8748/22
8748/25 8752/5 8752/6
8755/14 8755/15
8769/22 8775/17
8779/12 8791/1 8805/4
8811/16 8832/6
8833/20 8833/21
8834/8 8836/3 8836/7
8836/10 8841/4 8842/8
8845/12 8853/7 8853/8
8857/4 8857/4 8864/15
8870/12 8889/23
8897/20 8897/22
though [2] 8764/19
8856/3
thought [23] 8761/2
8764/8 8764/11 8766/1
8769/19 8780/20
8782/21 8790/11
8790/16 8795/17

8833/24 8838/25
8843/11 8843/23
8851/25 8859/21
8860/5 8872/18
8872/19 8879/14
8882/6
thoughts [1] 8795/16
thousands [3] 8741/23
8871/19 8871/19
threat [1] 8800/22
three [8] 8738/16
8749/18 8753/17
8762/4 8764/12
8765/23 8766/8
8875/19
three-quarters [1]
8875/19
through [38] 8742/20
8747/20 8748/7
8751/18 8752/10
8752/12 8752/14
8769/22 8790/24
8791/8 8791/13
8792/17 8795/1
8795/24 8797/10
8797/24 8798/4
8804/19 8804/25
8805/4 8822/7 8830/1
8834/12 8841/5
8843/13 8843/18
8845/7 8845/13 8869/3
8869/7 8869/13
8872/12 8875/2
8875/25 8876/1
8885/13 8903/1
8903/11
throughout [3]
8741/23 8759/15
8779/25
throw [1] 8746/15
thumb [2] 8854/13
8855/10
Thursday [2] 8773/5
8875/20
time [111] 8732/17
8734/25 8735/10
8738/19 8739/2
8739/15 8740/8 8740/9
8740/23 8741/8
8742/12 8743/24
8749/10 8749/16
8749/20 8751/17
8752/9 8754/14
8755/21 8759/14
8761/23 8762/1
8763/11 8763/17
8763/22 8763/24
8767/3 8767/7 8769/2
8770/14 8771/3
8771/12 8772/4 8773/1
8773/19 8773/20
8773/22 8773/22
8774/2 8774/11 8775/2
8776/5 8776/21
8780/17 8780/21
8781/1 8781/11
8784/15 8784/16

8796/17 8797/2
8798/21 8801/19
8804/3 8809/24 8819/8
8823/23 8824/14
8826/25 8827/2 8828/4
8828/13 8829/2 8832/1
8832/3 8832/19
8833/14 8834/5
8834/24 8835/14
8841/1 8841/15
8844/24 8845/18
8848/19 8848/25
8849/1 8849/4 8851/5
8852/6 8852/14 8858/3
8859/15 8859/24
8860/16 8863/4
8863/20 8864/12
8864/14 8866/1
8868/15 8871/22
8872/5 8874/17 8878/8
8880/6 8880/24
8881/18 8885/11
8885/25 8889/17
8889/19 8890/7
8891/18 8895/19
8897/8 8897/16
8898/23 8899/6
timeline [1] 8766/6
times [12] 8749/18
8764/12 8764/15
8765/23 8799/16
8816/9 8836/11
8836/18 8850/4 8856/3
8862/4 8898/21
timing [1] 8897/7
titled [1] 8904/4
today [8] 8773/25
8879/4 8880/8 8880/9
8881/10 8893/25
8894/6 8903/1
together [13] 8747/6
8753/17 8772/17
8772/18 8778/1 8796/3
8817/10 8837/19
8838/10 8867/18
8895/16 8898/16
8898/19
told [22] 8732/18
8747/18 8764/8
8764/16 8765/3 8768/1
8768/9 8771/19
8771/22 8778/13
8796/2 8798/17 8818/8
8830/21 8847/7
8847/13 8847/15
8847/16 8888/12
8892/1 8892/17
8892/17
tomorrow [5] 8879/23
8880/1 8880/8 8880/11
8880/15
ton [2] 8880/24
8880/25
too [6] 8777/25
8782/25 8836/6
8853/13 8859/16
8865/14

8789/6 8789/11
8789/15 8791/12
8791/18 8792/18
8792/22 8793/12
8793/20 8839/20
8851/22 8851/23
8851/23 8853/2 8853/4
8853/8 8853/13
8853/18 8853/18
8853/24 8854/3 8855/1
8855/13 8857/9
8857/12 8864/8
8865/18 8865/25
8866/1 8872/25 8873/3
8873/4 8873/7 8875/15
8885/9 8895/12
toolbox [2] 8763/9
8767/1
top [17] 8741/14
8741/14 8743/8
8756/22 8756/24
8757/3 8758/9 8758/20
8794/10 8796/23
8812/3 8812/4 8818/3
8824/16 8838/16
8848/5 8896/3
topic [3] 8758/6
8769/25 8794/8
total [1] 8881/2
touchstone [1]
8803/14
tough [1] 8780/25
tour [2] 8778/22
8778/23
tourniquets [1]
8810/20
tours [1] 8778/6
towards [9] 8759/17
8770/8 8793/15 8835/6
8852/7 8855/22
8855/25 8861/14
8873/23
Towers [1] 8728/13
town [4] 8783/4
8795/18 8795/19
8819/24
traffic [2] 8813/21
8845/12
trail [1] 8742/18
trained [6] 8741/18
8888/19 8888/20
8888/22 8889/23
8891/6
training [6] 8774/17
8774/20 8774/23
8803/21 8803/23
8888/21
traitors [1] 8860/18
transcript [4] 8726/9
8729/6 8765/2 8904/3
transcription [1]
8729/7
trap [1] 8743/5
traverse [1] 8761/3
tree [4] 8742/22
8742/23 8816/10
8816/12

tremendous [2]
8746/20 8777/15
trial [3] 8726/9 8751/10
8779/25
tried [4] 8847/2
8859/19 8890/25
8890/25
trip [4] 8753/4 8790/5
8792/15 8792/16
triple [1] 8741/23
triple-canopy [1]
8741/23
troops [1] 8841/4
troubling [1] 8882/6
Troy [2] 8726/16
8731/11
true [3] 8734/18 8735/2
8748/15 8748/15
8777/17 8858/18
8865/1
truly [1] 8752/1
Trump [2] 8778/16
8799/13
Truong [5] 8778/17
8819/1 8819/3 8819/22
8820/6
trusted [1] 8765/9
trustworthy [1]
8757/14
trusty [1] 8752/18
truth [13] 8762/9
8764/13 8764/16
8764/20 8771/19
8800/21 8800/24
8801/3 8801/6 8804/21
8804/23 8808/3
8808/10
truthful [2] 8764/10
8766/10
try [8] 8747/3 8747/20
8756/8 8766/5 8798/3
8834/11 8859/3 8877/8
trying [9] 8744/21
8778/10 8780/22
8790/4 8822/22
8872/20 8880/20
8881/15 8896/21
tunnel [2] 8867/11
8868/3
turn [4] 8843/16
8877/14 8880/14
8887/24
turned [5] 8743/20
8771/9 8778/1 8792/21
8792/22
turns [4] 8743/1
8756/7 8822/15
8850/12
twain [1] 8794/21
twice [2] 8857/13
8859/13
Twitter [3] 8869/22
8882/9 8898/14
two [21] 8738/6
8738/13 8741/6 8742/5
8747/21 8765/23
8766/8 8773/17 8781/1
8781/3 8782/25

8934

**T**

two... [10]  8791/24
8792/23 8842/14
8845/13 8853/17
8883/5 8885/24
8886/12 8899/25
8900/16
**two-day [1]**  8747/21
**two-minute [1]**  8883/5
**TX [1]**  8727/4
**Tylenol [1]**  8743/18
**type [2]**  8749/13
8774/22

**U**

**U.S [5]**  8726/16 8738/3
8741/6 8759/9 8884/21
**U.S. [1]**  8769/19
**U.S. citizens [1]**
8769/19
**uh [60]**  8739/1 8742/14
8743/25 8749/12
8756/4 8756/4 8760/5
8773/3 8775/21
8776/16 8780/13
8780/16 8781/14
8785/9 8785/12
8786/14 8786/25
8786/25 8787/20
8788/22 8790/2
8792/11 8796/18
8796/25 8798/11
8799/9 8800/12 8805/6
8805/19 8806/3 8806/9
8809/10 8812/25
8814/21 8816/22
8818/25 8825/10
8849/16 8850/2
8850/22 8851/1 8854/4
8854/11 8854/14
8854/17 8855/24
8856/17 8856/20
8857/8 8857/22
8860/19 8861/15
8863/2 8868/8 8868/12
8873/2 8873/8 8875/6
8875/14 8876/11
**uh-huh [59]**  8739/1
8742/14 8743/25
8749/12 8756/4 8756/4
8760/5 8773/3 8775/21
8776/16 8780/13
8780/16 8781/14
8785/9 8785/12
8786/14 8786/25
8786/25 8787/20
8788/22 8790/2
8792/11 8796/18
8796/25 8798/11
8799/9 8800/12 8805/6
8805/19 8806/3 8806/9
8809/10 8812/25
8814/21 8816/22
8818/25 8825/10
8849/16 8850/2
8850/22 8851/1 8854/4
8854/11 8854/14
8854/17 8855/24

8857/8 8857/22
8861/15 8863/2 8868/8
8868/12 8873/2 8873/8
8875/6 8875/14
8876/11
**Ulrich [8]**  8884/22
8884/24 8884/24
8885/3 8888/7 8893/11
8895/24 8899/17
**ultimately [1]**  8886/12
**under [4]**  8733/23
8782/10 8795/5 8828/7
**underground [1]**
8843/23 8850/13
**underneath [1]**  8865/7
8865/8 8867/12
8868/14 8868/14
**understand [22]**
8731/23 8734/16
8737/8 8739/6 8748/13
8753/11 8754/7
8766/14 8767/7 8769/9
8770/21 8812/23
8821/24 8826/11
8828/7 8850/16 8851/3
8853/2 8856/25
8858/16 8879/20
8891/12
**understanding [5]**
8771/18 8776/5
8843/10 8862/12
8889/18
**understands [1]**
8762/19
**understood [2]**
8808/12 8890/25
**unfair [1]**  8897/3
**unfounded [1]**  8766/12
**unique [5]**  8838/2
8838/3 8838/4 8838/8
8839/3
**unit [1]**  8738/22
**UNITED [21]**  8726/1
8726/3 8726/10 8731/6
8735/1 8736/6 8736/9
8736/16 8756/19
8779/8 8784/4 8790/20
8791/11 8815/16
8818/13 8844/4
8845/24 8852/7
8857/20 8860/1 8878/6
**United States [13]**
8735/1 8779/8 8784/4
8790/20 8791/11
8815/16 8818/13
8844/4 8845/24 8852/7
8857/20 8860/1 8878/6
**United States of [1]**
8731/6
**University [2]**  8735/15
8735/22
**unless [1]**  8893/7
**unnecessary [1]**
8801/11
**unnerving [1]**  8870/13
**until [11]**  8744/6
8744/12 8745/17

8836/25 8852/25
8852/25 8880/1
8880/12 8880/14
**untruthful [1]**  8765/24
**unusual [4]**  8755/4
8837/6 8840/7 8867/15
**unwise [1]**  8845/6
**up [175]**  8732/22
8733/3 8733/10
8735/10 8737/14
8741/20 8743/2 8743/8
8745/12 8747/9
8747/22 8751/7
8751/17 8752/19
8752/25 8754/10
8754/22 8755/20
8755/22 8756/2
8756/17 8758/24
8762/23 8764/9 8764/9
8764/11 8766/22
8772/7 8772/19
8772/19 8773/2 8773/8
8774/20 8775/2
8775/17 8775/20
8777/8 8777/21 8778/6
8779/21 8780/9 8781/4
8782/24 8783/10
8784/1 8784/9 8784/17
8785/4 8785/5 8785/10
8787/7 8789/3 8790/22
8790/23 8793/19
8795/3 8796/9 8799/25
8800/5 8800/10
8801/18 8803/2
8805/17 8806/12
8806/21 8808/21
8808/25 8809/7 8811/2
8811/2 8811/15
8813/12 8813/23
8813/23 8815/24
8816/7 8817/14
8817/18 8818/23
8823/12 8823/19
8823/20 8828/4 8828/5
8829/4 8832/5 8834/18
8834/22 8835/12
8835/14 8835/16
8835/17 8835/19
8841/16 8842/22
8843/17 8845/7
8845/12 8850/6 8851/2
8851/6 8851/8 8851/10
8851/11 8852/2 8852/3
8852/4 8854/10
8854/12 8855/21
8858/3 8860/17
8860/21 8861/19
8862/1 8862/15
8862/24 8863/1
8863/10 8863/14
8863/16 8863/21
8863/23 8864/1 8864/6
8864/7 8864/8 8864/9
8864/17 8864/18
8864/19 8864/20
8865/8 8865/16
8865/22 8866/7

8868/10 8869/1
8869/25 8870/6
8870/20 8871/13
8872/9 8874/1 8874/24
8875/1 8875/1 8875/13
8882/12 8885/15
8886/8 8890/17 8891/2
8891/3 8891/7 8891/11
8891/14 8893/3 8893/4
8893/10 8893/12
8893/15 8895/13
8895/16 8895/23
8896/3 8898/25 8899/3
8899/9 8899/20
8900/14 8901/23
8902/25
**updates [1]**  8810/21
**upon [5]**  8749/17
8772/16 8827/3
8862/14 8898/17
**Uprising [2]**  8803/13
8810/24
**Upstate [1]**  8894/23
**urged [1]**  8870/19
**urinalysis [4]**  8786/4
8786/9 8786/16
8788/21
**us [24]**  8733/16
8739/20 8740/13
8740/20 8742/15
8743/8 8755/22
8763/25 8775/5
8781/15 8788/7
8789/25 8793/18
8830/14 8834/3 8834/9
8836/7 8846/9 8855/6
8858/12 8859/12
8861/1 8874/23
8874/23
**usage [1]**  8785/1
**USCIS [1]**  8769/23
**usdoj.gov [2]**  8726/19
8726/20
**use [14]**  8747/11
8753/6 8753/23
8754/12 8754/14
8754/19 8754/23
8755/17 8787/7
8803/15 8803/19
8841/12 8841/13
8874/13
**used [8]**  8750/10
8753/9 8779/25 8793/6
8839/7 8843/2 8847/9
8847/11
**useful [1]**  8895/3
**using [3]**  8753/12
8772/19 8786/4
**usually [3]**  8742/5
8837/9 8839/8
**utility [1]**  8895/11
**utilize [1]**  8828/24
**utilizing [1]**  8829/1

**V**

**VA [4]**  8744/3 8745/2
8745/5 8746/2

**valid [2]**  8831/16
8831/17 8831/25
8832/9
**valley [9]**  8735/6
8769/17 8770/8
8816/12 8825/14
8826/10 8826/19
8826/22 8827/1
**valuable [1]**  8883/6
**value [2]**  8897/2
8902/8
**various [5]**  8749/14
8765/21 8771/25
8803/14 8891/25
**vast [1]**  8848/24
**vehicle [8]**  8813/6
8817/7 8843/25
8849/15 8849/18
8851/6 8851/7 8851/9
**Vermont [1]**  8791/22
**versus [1]**  8731/7
**vertebra [2]**  8743/16
8747/20
**vertebrae [2]**  8747/5
8832/7
**very [34]**  8733/6
8739/13 8741/11
8747/25 8748/1
8748/20 8751/13
8757/12 8761/15
8770/14 8771/11
8773/14 8773/21
8776/18 8776/18
8776/21 8782/19
8791/3 8791/4 8792/25
8793/24 8795/19
8796/23 8806/5 8812/3
8812/3 8819/24
8827/12 8830/6
8841/10 8859/8
8888/21 8892/18
8903/10
**veteran [6]**  8736/21
8736/22 8770/10
8777/17 8777/17
8807/5
**veterans [2]**  8771/23
8888/14
**vibe [1]**  8795/18
**Victor [1]**  8802/9
**video [60]**  8732/10
8732/11 8756/1 8756/5
8756/14 8758/25
8759/23 8760/10
8760/17 8760/20
8761/6 8831/21
8831/23 8831/24
8832/19 8832/20
8833/1 8833/5 8854/2
8855/16 8860/17
8871/22 8872/10
8872/11 8882/14
8883/5 8883/13 8884/7
8885/9 8885/13
8885/16 8885/17
8886/7 8886/21
8893/15 8893/17
8893/18 8893/21

**V**

video... [22] 8894/2
8894/9 8894/20
8895/15 8896/19
8899/23 8900/18
8900/19 8900/20
8900/21 8900/22
8901/1 8901/7 8901/9
8901/11 8901/14
8901/17 8901/22
8901/25 8902/3 8902/6
8902/7
videos [11] 8851/23
8853/5 8853/7 8853/12
8855/2 8856/15 8873/7
8873/9 8901/11
8901/20 8902/8
Vietnam [1] 8740/14
view [2] 8835/7
8901/21
viewed [1] 8821/20
violence [6] 8864/21
8870/15 8872/19
8872/21 8873/4 8873/9
VIP [2] 8834/12 8835/4
Virginia [8] 8734/17
8735/11 8770/8
8770/24 8776/3
8778/16 8844/5
8854/20
virtue [1] 8781/16
visited [1] 8853/22
Vitale [1] 8735/20
voice [4] 8829/5
8829/8 8829/11
8829/13
voices [1] 8852/11
volunteer [3] 8772/25
8783/21 8886/15
volunteered [1]
8772/22
Volunteers [1] 8737/20
vs [1] 8726/5

**W**

wait [2] 8748/19
8864/6
waiting [3] 8756/18
8834/8 8834/19
Walden [5] 8882/19
8885/1 8885/2 8895/25
8899/17
walk [12] 8754/3
8754/21 8793/22
8862/23 8863/10
8863/23 8864/9
8895/16 8896/5 8896/6
8896/8 8896/9
walked [11] 8743/3
8832/8 8835/6 8835/9
8852/7 8856/18
8859/17 8863/1
8863/14 8864/20
8873/25
walker [1] 8753/14
walking [14] 8742/17
8749/8 8856/15
8863/25 8864/19

---

8856/8 8866/22
8895/23 8895/25
8895/25 8896/11
8899/9 8901/23 8902/5
walkway [1] 8863/11
wall [12] 8756/1
8756/2 8756/8 8756/12
8759/10 8761/1 8761/3
8761/10 8761/14
8837/14 8852/3 8874/7
Wallace [1] 8893/24
want [15] 8753/16
8757/7 8759/22 8793/9
8797/16 8817/10
8829/5 8839/1 8839/9
8859/11 8867/6
8881/20 8890/10
8898/13 8901/16
wanted [16] 8770/23
8778/14 8781/8 8790/8
8795/16 8798/20
8817/7 8824/11
8824/13 8834/13
8844/7 8850/6 8868/13
8881/25 8889/8
8896/19
wanting [1] 8790/19
wants [1] 8812/13
war [13] 8737/13
8737/18 8737/18
8737/19 8739/20
8739/23 8739/23
8739/23 8739/24
8740/1 8740/11
8740/14 8842/13
warm [3] 8835/12
8851/2 8851/8
warmer [1] 8835/20
warrant [5] 8789/10
8822/7 8822/9 8822/12
8822/20
wars [1] 8740/3
was [480]
Washington [28]
8726/5 8726/17 8728/4
8729/5 8759/9 8772/8
8772/18 8788/3
8794/10 8794/25
8815/12 8815/22
8817/8 8824/3 8826/6
8828/20 8830/8 8835/7
8843/5 8843/9 8851/18
8852/2 8862/15 8863/7
8886/18 8889/7 8890/3
8892/10
Washington
Monument [4] 8759/9
8835/7 8851/18 8852/2
wasn't [10] 8741/11
8754/11 8801/15
8822/12 8824/13
8834/18 8837/22
8839/2 8850/7 8890/11
waste [2] 8832/19
8858/2
watchbill [1] 8741/19
watches [1] 8841/20
watching [1] 8870/6

---

water [5] 8731/16
8772/24 8836/2
Watkins [13] 8727/9
8731/9 8731/18 8774/5
8833/8 8833/21
8836/18 8849/19
8850/4 8850/15
8852/21 8859/3 8859/8
waving [1] 8754/11
way [33] 8748/18
8767/13 8780/15
8784/23 8787/14
8794/3 8794/20 8795/1
8809/19 8825/16
8843/12 8843/12
8843/20 8844/6
8844/15 8845/6
8850/10 8850/21
8855/22 8860/2
8861/14 8862/1
8863/10 8864/1 8864/3
8864/17 8864/18
8874/1 8874/8 8875/20
8883/9 8898/15
8898/16
Wayne [1] 8797/19
ways [1] 8783/17
we [287]
we will [1] 8901/11
we wouldn't [1]
8835/1
we'd [3] 8783/9
8846/14 8897/20
we'll [20] 8732/2
8733/10 8789/1
8790/23 8800/13
8801/19 8804/2
8812/12 8816/8
8827/11 8827/15
8829/23 8834/3
8859/10 8878/15
8881/15 8900/18
8903/5 8903/11
8903/23
we're [45] 8745/9
8747/7 8750/25
8751/17 8756/17
8756/18 8760/22
8766/5 8775/10 8780/5
8780/6 8786/19 8790/7
8791/19 8791/23
8792/20 8793/17
8793/18 8794/8
8794/19 8795/3
8798/14 8800/19
8803/25 8810/9 8828/5
8829/4 8834/15
8842/20 8847/3 8847/4
8852/10 8859/11
8859/21 8865/17
8869/16 8869/19
8875/25 8879/7
8879/10 8880/11
8886/3 8894/3 8900/3
8900/14
we've [4] 8745/7
8747/8 8753/17
8846/12

---

weapons [2] 8848/1
8848/8
wearing [1] 8833/22
web [1] 8820/7
website [5] 8886/12
8886/14 8889/8
8889/11 8890/12
websites [1] 8798/7
wedge [1] 8874/2
Wednesday [1]
8810/16
weeds [1] 8836/7
week [3] 8743/19
8775/15 8794/1
weekend [6] 8772/9
8783/24 8798/15
8828/21 8828/22
8836/23
weigh [1] 8894/3
weird [1] 8795/18
welcome [5] 8733/15
8773/15 8773/17
8780/6 8902/18
well [113] 8732/21
8739/15 8740/13
8740/23 8741/8
8741/11 8742/16
8743/12 8743/15
8746/11 8748/4
8749/14 8751/13
8753/24 8754/9 8755/6
8755/12 8756/7
8765/19 8769/16
8770/22 8771/13
8773/14 8776/8 8778/3
8778/5 8780/2 8780/18
8780/19 8781/7
8781/16 8782/21
8783/17 8784/14
8785/14 8790/4 8792/2
8792/20 8793/22
8795/15 8797/18
8801/13 8803/4
8805/13 8807/25
8812/16 8814/24
8817/9 8819/20
8820/14 8821/7
8821/16 8822/14
8823/1 8824/11
8833/23 8834/25
8835/17 8836/11
8837/8 8837/19 8838/4
8839/5 8840/15
8841/15 8841/24
8842/2 8843/10
8844/12 8845/8
8845/18 8846/14
8847/18 8848/3
8849/12 8851/16
8851/22 8854/16
8856/2 8857/18
8858/11 8859/5 8860/5
8860/15 8861/6
8861/17 8861/17
8862/14 8864/4 8865/4
8866/6 8867/16

---

8872/16 8873/7
8873/19 8873/21
8879/12 8880/17
8880/24 8883/11
8886/20 8887/5
8888/21 8890/23
8894/2 8898/14 8899/5
8902/22 8902/25
went [27] 8735/22
8743/15 8777/12
8777/25 8778/15
8789/7 8790/8 8792/21
8798/21 8805/14
8817/9 8817/11
8846/23 8848/5 8851/2
8851/8 8851/12 8852/2
8856/4 8865/7 8888/5
8890/16 8891/9
8891/11 8891/14
8893/3 8893/23
were [234]
weren't [2] 8743/10
8900/1
west [9] 8759/8
8759/12 8793/17
8793/18 8794/20
8858/24 8862/21
8891/1 8897/13
Western [7] 8838/13
8838/16 8839/3 8839/5
8853/19 8854/6 8855/9
Western Digital [2]
8853/19 8855/9
westernmost [1]
8874/7
what [206]
what's [37] 8736/19
8751/17 8758/24
8759/22 8762/25
8763/23 8766/19
8785/11 8786/19
8786/20 8788/8 8789/3
8790/12 8790/13
8790/22 8793/16
8796/8 8796/9 8800/10
8800/18 8802/2 8803/2
8806/4 8806/10
8813/23 8818/23
8823/12 8823/20
8824/18 8834/17
8839/3 8841/7 8854/12
8865/22 8878/20
8881/8 8899/22
whatever [5] 8801/15
8860/8 8873/23 8889/1
8892/9
whatnot [2] 8742/1
8858/13
whatsoever [1]
8766/11
wheelchair [1] 8841/16
when [103] 8735/7
8735/11 8736/22
8739/2 8739/7 8740/23
8741/8 8741/10
8742/12 8743/21
8744/12 8744/19

**when... [91]** 8746/14
8752/5 8752/6 8754/11
8757/10 8760/21
8763/5 8763/17
8763/22 8765/25
8766/24 8767/3
8767/11 8770/1
8770/13 8771/3 8773/1
8773/4 8774/11 8776/8
8776/20 8776/22
8778/7 8779/12
8781/11 8783/4 8784/8
8786/8 8788/23 8789/6
8789/13 8789/14
8794/9 8797/18
8798/14 8798/18
8799/16 8801/9
8804/13 8815/7
8822/18 8824/6
8824/20 8825/20
8826/25 8836/11
8836/13 8836/19
8840/2 8841/12
8842/10 8843/21
8845/8 8847/11
8849/12 8852/6
8853/15 8853/22
8855/25 8857/4
8857/23 8857/23
8858/7 8859/18
8862/15 8862/19
8862/24 8863/7
8863/14 8864/19
8866/6 8866/13 8868/9
8868/15 8869/9
8870/11 8874/13
8874/17 8875/18
8877/22 8877/24
8879/11 8884/8 8885/9
8888/24 8889/24
8890/2 8890/16
8898/17 8898/25
8899/3
**whenever [2]** 8734/6
8741/4
**where [76]** 8734/21
8735/7 8740/4 8740/5
8743/10 8746/11
8747/6 8747/21
8748/18 8752/22
8756/1 8759/6 8764/5
8765/22 8766/24
8767/19 8767/20
8769/17 8770/14
8778/9 8778/11 8783/5
8783/6 8786/15
8791/25 8800/23
8803/20 8803/22
8804/9 8804/11 8816/4
8817/13 8819/16
8821/21 8822/20
8825/20 8826/20
8830/6 8830/21
8832/23 8833/5
8833/20 8833/25
8837/23 8839/19
8840/1 8844/3 8844/7

8853/19 8853/21
8857/23 8858/7
8858/17 8859/17
8859/21 8859/23
8859/24 8860/3 8860/9
8860/17 8861/16
8864/11 8866/1 8867/7
8867/10 8867/18
8869/2 8870/14
8877/21 8877/24
8878/5 8878/8 8891/5
8897/12
**whether [15]** 8732/23
8745/4 8745/6 8764/10
8767/15 8767/24
8768/8 8780/23
8790/15 8792/13
8835/22 8873/22
8873/22 8880/18
8896/17
**which [55]** 8732/9
8732/11 8736/8 8737/3
8739/14 8742/20
8744/22 8750/12
8751/2 8753/14
8755/15 8757/6
8759/11 8770/11
8772/9 8772/16 8776/3
8778/11 8780/19
8791/23 8791/25
8810/25 8813/18
8818/1 8830/6 8838/5
8840/15 8853/15
8857/1 8857/2 8857/3
8861/3 8868/2 8882/4
8882/7 8882/8 8882/14
8882/15 8882/16
8883/5 8889/8 8889/9
8894/7 8894/7 8895/18
8895/18 8895/22
8896/24 8898/4
8898/13 8898/17
8899/23 8901/2
8901/15 8901/16
**while [10]** 8756/18
8756/19 8758/21
8773/12 8774/18
8794/8 8795/3 8834/21
8864/8 8894/2
**Whip [2]** 8776/15
8776/17
**whipped [1]** 8850/11
**white [1]** 8867/24
**Whiteville [1]** 8799/24
**who [66]** 8739/19
8742/8 8747/18
8751/25 8761/10
8763/18 8769/18
8770/12 8770/22
8772/16 8772/21
8775/7 8775/22
8776/10 8776/25
8778/15 8778/18
8781/17 8783/2 8784/1
8787/1 8787/2 8796/14
8807/4 8807/11
8807/13 8809/13

8812/13 8812/21
8812/22 8816/10
8816/12 8819/3 8824/2
8824/4 8825/14 8831/8
8832/8 8833/4 8833/14
8846/12 8847/13
8847/15 8849/13
8849/17 8858/9 8858/9
8869/9 8870/23
8874/13 8875/15
8876/5 8880/5 8884/16
8884/20 8885/4
8887/12 8887/18
8892/19 8895/11
8896/5 8897/10
8899/16 8899/25
**who's [5]** 8752/3
8806/24 8884/22
8885/17 8890/6
**whole [6]** 8745/10
8749/8 8790/6 8797/15
8839/22 8862/20
**whom [2]** 8833/6
8880/2
**whose [3]** 8811/9
8846/16 8884/24
**why [48]** 8736/13
8744/25 8750/15
8750/24 8758/3 8778/2
8781/3 8783/16
8791/17 8792/1
8793/20 8794/13
8794/15 8795/14
8801/12 8801/21
8807/23 8817/7
8819/22 8822/17
8824/9 8830/3 8834/2
8834/11 8837/18
8838/3 8844/21 8845/6
8846/14 8860/3 8866/4
8867/2 8871/12
8872/15 8874/19
8878/12 8878/14
8879/1 8880/17
8881/13 8881/22
8889/8 8890/14
8892/10 8894/1
8895/21 8896/25
8900/11
**wife [53]** 8734/17
8752/1 8755/19 8756/2
8759/14 8761/11
8770/6 8770/22 8772/7
8772/25 8777/24
8778/14 8778/18
8779/21 8780/10
8784/17 8792/9 8796/3
8811/9 8815/20 8817/9
8831/9 8832/21
8833/15 8833/17
8834/1 8848/19
8848/22 8849/14
8850/14 8850/21
8852/7 8853/13
8853/24 8854/2
8854/22 8855/13
8859/19 8861/13

8864/19 8866/1 8866/4
8868/18 8868/21
8869/6 8872/10
8874/10 8878/9 8890/6
8890/6 8890/8
**wife's [1]** 8865/13
**wild [1]** 8827/4
**will [31]** 8731/25
8734/12 8747/8 8750/6
8752/12 8755/18
8804/20 8808/8 8810/3
8811/22 8817/23
8817/25 8818/3 8828/6
8839/9 8843/17 8846/9
8877/19 8879/21
8881/5 8881/9 8883/22
8884/8 8887/22 8895/7
8895/8 8895/8 8898/11
8899/14 8900/18
8901/17
**William [4]** 8728/11
8729/2 8904/2 8904/8
**window [1]** 8850/14
**wing [1]** 8782/10
**wipes [1]** 8835/23
**Wisconsin [1]** 8843/17
**wise [1]** 8844/18
**withdraw [6]** 8769/7
8779/16 8799/5
8818/19 8855/18
8866/18
**within [1]** 8848/24
**without [7]** 8780/9
8797/15 8806/5
8806/12 8806/13
8836/6 8837/21
**witness [16]** 8730/2
8733/18 8733/20
8733/23 8734/8
8751/18 8762/24
8800/1 8806/21
8808/25 8809/8 8811/3
8823/11 8885/7
8885/14 8885/18
**witnesses [4]** 8730/4
8879/4 8879/23
8897/11
**woman [1]** 8761/9
**Women's [1]** 8780/24
**won't [3]** 8788/7
8831/21 8832/19
**wonder [2]** 8819/24
8860/8
**wondered [1]** 8742/24
**wonderful [2]** 8769/19
8793/1
**wondering [2]** 8772/15
8819/23
**wood [2]** 8867/24
8867/24
**woods [1]** 8783/10
**Woodward [4]** 8728/2
8728/3 8731/14
8731/17
**word [17]** 8756/23
8756/25 8757/5
8757/10 8758/9

8765/25 8766/1
8779/24 8785/1
8797/11 8797/12
8824/23 8826/11
8847/8 8894/24
**words [3]** 8770/11
8770/24 8888/25
**work [7]** 8769/13
8772/14 8787/2
8841/21 8841/24
8859/20 8863/7
**worked [6]** 8769/16
8769/21 8793/24
8841/22 8864/17
8864/18
**working [4]** 8797/7
8858/14 8898/19
8899/15
**world [5]** 8737/13
8737/18 8737/24
8740/2 8740/3
**worried [2]** 8865/6
8890/7
**worse [1]** 8746/23
**worst [2]** 8747/17
8747/23
**worth [1]** 8839/2
**would [109]** 8732/12
8732/18 8732/21
8732/25 8733/2 8733/7
8741/5 8742/4 8743/10
8743/17 8745/1
8749/15 8750/9
8750/15 8750/22
8754/10 8754/11
8754/22 8759/1 8759/7
8761/5 8766/7
8771/24 8772/8
8772/16 8776/22
8778/4 8778/7 8778/13
8780/4 8783/25
8787/15 8796/2 8796/2
8798/19 8799/11
8799/14 8806/18
8807/6 8807/17
8807/19 8807/23
8817/16 8819/16
8824/5 8826/3 8826/22
8833/25 8834/9 8837/9
8837/16 8837/21
8839/6 8840/13 8841/2
8841/2 8843/12
8843/24 8844/4 8844/6
8844/7 8844/9 8844/15
8844/17 8844/20
8845/6 8845/9 8845/15
8845/16 8845/18
8846/18 8846/23
8847/7 8848/19 8849/6
8862/15 8864/9 8865/5
8868/4 8870/14
8870/15 8871/11
8871/12 8871/16
8873/16 8877/14
8877/14 8879/14
8880/2 8880/19
8880/20 8880/21

**would... [17]** 8882/1
8882/13 8883/13
8885/25 8886/20
8887/5 8887/9 8892/20
8897/4 8897/6 8897/7
8900/8 8900/14
8900/16 8901/14
8901/15 8901/18
**wouldn't [4]** 8749/6
8835/1 8837/18 8842/2
**wounded [1]** 8842/10
**wrapped [1]** 8742/21
**wrecked [1]** 8743/12
**write [2]** 8790/19
8797/6
**writer [1]** 8797/21
**writing [2]** 8797/17
8848/4
**written [1]** 8783/5
**wrong [1]** 8818/17
**wrote [3]** 8797/4
8822/20 8823/22

**Y**

**yard [1]** 8787/2
**yeah [33]** 8757/1
8760/14 8784/13
8789/4 8789/11 8791/2
8791/19 8799/11
8803/13 8805/23
8807/19 8812/7
8816/16 8827/9
8832/24 8842/22
8843/1 8847/11 8850/7
8853/21 8858/6
8860/16 8860/19
8860/22 8860/23
8867/21 8869/18
8869/19 8869/19
8871/4 8875/6 8875/19
8881/7
**year [3]** 8739/16
8741/7 8748/14
**years [9]** 8734/20
8737/15 8738/5 8738/6
8747/2 8758/21 8797/8
8804/14 8841/18
**Yep [1]** 8812/5
**yes [245]**
**yesterday [18]** 8732/10
8755/25 8780/12
8811/5 8831/21 8882/2
8882/23 8885/5 8885/8
8885/23 8887/22
8888/2 8894/7 8894/21
8895/15 8896/25
8900/2 8902/20
**yet [3]** 8750/21 8781/4
8884/13
**York [4]** 8792/24
8885/19 8894/23
8894/23
**you [807]**
**you know [1]** 8751/10
**you recognize [1]**
8751/23
**You see [1]** 8823/16

8775/15 8845/13
8862/16
**you're [34]** 8734/6
8739/12 8740/24
8744/2 8746/24 8749/4
8750/8 8750/19
8755/13 8757/10
8769/10 8780/22
8783/8 8783/8 8783/10
8784/20 8785/7
8794/17 8794/18
8799/7 8801/22
8817/20 8834/3
8846/25 8850/5 8863/9
8871/22 8872/3
8874/23 8883/19
8883/20 8885/12
8886/5 8902/18
**you've [13]** 8734/3
8791/10 8794/21
8797/1 8816/9 8831/15
8832/19 8832/20
8836/13 8888/25
8892/1 8892/17
8892/17
**you-know-what [1]**
8813/9
**young [4]** 8743/17
8743/20 8776/18
8862/19
**younger [1]** 8793/23
**youngest [1]** 8825/25
**youngsters [1]** 8839/6
**your [258]**
**Your Honor [91]**
8731/5 8731/25 8732/3
8732/8 8732/10
8732/12 8732/17
8732/21 8733/1
8733/11 8733/19
8737/1 8744/5 8744/14
8745/8 8745/18
8752/11 8757/16
8757/21 8758/1
8758/11 8758/16
8762/12 8764/1 8765/1
8765/19 8766/7 8766/9
8768/13 8768/20
8771/21 8779/14
8781/19 8788/9
8798/23 8798/25
8800/14 8801/7
8801/19 8804/3
8804/12 8808/6
8809/24 8820/23
8821/7 8821/25 8822/6
8822/19 8823/4
8826/14 8827/7 8828/2
8829/18 8846/22
8855/17 8855/18
8866/17 8866/23
8877/17 8878/10
8882/1 8882/4 8882/8
8882/14 8882/16
8883/1 8883/25 8884/3
8884/6 8884/11 8885/6
8885/12 8886/3 8886/6

8887/5 8888/9 8889/13
8892/16 8893/8
8894/11 8894/20
8895/14 8895/20
8898/2 8898/20
8900/12 8901/1
8902/14 8902/20
**Your Honor's [1]**
8880/16
**yours [1]** 8752/1
**yourself [8]** 8759/1
8759/4 8780/11
8782/17 8783/21
8811/17 8869/6 8874/2

**Z**

**Zaremba [3]** 8729/2
8904/2 8904/8
**Zello [3]** 8828/10
8828/13 8828/24