UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>ELMER STEWART RHODES, III, )<br>    Defendant. )<br>_____ ) | C/A: 1:22-cr-00015-APM-1 |

**MOTION TO GRANT APPELLATE COUNSEL
ACCESS TO UNREDACTED TRANSCRIPTS**

Undersigned counsel respectfully asks this Court to enter an order granting her access to unredacted copies of several transcripts. Counsel has been appointed by the Court to represent Mr. Rhodes in his direct appeal and believes access to this transcript is necessary to perform a thorough job of searching for and developing potentially meritorious legal claims. Counsel will not release the transcript to any other parties and will, if necessary, file the transcript in the Sealed portion of the Joint Appendix if it is relevant to any of the claims raised in the brief. She is also aware of her duty to redact personal identifying information in any public filings. Counsel requests access to the following unredacted transcripts:

9/27/22—AM session (Zaremba)
9/29/22—AM session (Zaremba)
10/6/22—AM session (Zaremba)
10/13/22—AM session (Zaremba)
10/14/22—AM session (Zaremba)
10/19/22—AM session (Zaremba)

1

10/24/22—AM session (Zaremba)
10/26/22—AM session (Zaremba)
11/8/22—AM session (Zaremba)
11/9/22—AM session (Zaremba)
11/17/22—AM session (Zaremba)
9/29/22—PM session (Meyer)
10/13/22—PM session (Edwards)
2/16/22—pretrial hearing (Zaremba)
2/18/22—pretrial hearing (Zaremba)
6/24/22—pretrial hearing (Zaremba)
8/2/22—pretrial hearing (Zaremba)
9/22/22—pretrial hearing (Zaremba)

Counsel also requests access to all government or defense *ex parte* exhibits for purposes of perfecting her client's appellate brief.

## CONCLUSION

Counsel respectfully requests the Court order that appellate counsel be allowed access to all unredacted transcripts and all government or *ex parte* exhibits for purposes of developing Mr. Rhodes's case for appellate review.

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
Elizabeth@franklinbestlaw.com

January 10, 2024