# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED REQUEST TO AMEND CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court amend the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. The Defendant is scheduled to have an MRI on January 23, 2024 at 8:15 a.m. at the Valley Health Winchester Outpatient Diagnostic Center.

3. The MRI procedure cannot be conducted while the Defendant is wearing an ankle monitor.

4. The Defendant requests permission to remove and reattach his ankle monitor, as approved by Pretrial Services, for his MRI appointment.

WHEREFORE, the Defendant respectfully requests that the Court authorize, with the approval of Pretrial Services, the temporary removal of the Defendant's location monitor for his MRI appointment on January 23, 2024 at 8:15 a.m.

                                        /s/
                                     David W. Fischer, Esq.
                                     Federal Bar No. 023787
                                     Law Offices of Fischer & Putzi, P.A.
                                     Empire Towers, Suite 1007
                                     7310 Ritchie Highway
                                     Glen Burnie, MD 21061
                                     (410) 787-0826
                                     Attorney for Defendant

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2024, a copy of the foregoing Unopposed Request to Amend Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:      Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/
David W. Fischer, Esq.