# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Amend Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is GRANTED and that the Defendant, with approval and assistance by Pretrial Services, be permitted to remove his ankle monitor for his MRI procedure scheduled on January 23, 2024 at 8:15 a.m. at the Valley Health Winchester Outpatient Diagnostic Center.

_____        _____
Date                             Honorable Amit P. Mehta
                                 United States District Court