```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3
     UNITED STATES OF AMERICA,
4                                        Criminal Action
                   Plaintiff,            No. 1:22-cr-15
5
        vs.                              Washington, DC
6                                        November 18, 2022
     ELMER STEWART RHODES, III, et al.,
7                                        1:37 p.m.
                   Defendants.           Day 33
8    _____/       Afternoon Session

9

10      TRANSCRIPT OF JURY TRIAL CLOSING ARGUMENT PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Government:     KATHRYN RAKOCZY
                             JEFFREY NESTLER
15                           ALEXANDRA HUGHES
                             LOUIS MANZO
16                           TROY EDWARDS
                               U.S. Attorney's Office
17                             601 D Street, NW
                               Washington, DC 20579
18

19
     For Defendant Rhodes:   PHILLIP LINDER
20                           JAMES LEE BRIGHT
                               Barrett, Bright, Lassiter & Linder
21                             3300 Oak Lawn Ave, Suite 700
                               Dallas, TX 75219
22
                             EDWARD TARPLEY
23                             819 Johnston Street
                               Alexandria, LA 71301
24

25
```

1    APPEARANCES CONTINUED:

2    For Defendant Watkins:    JONATHAN CRISP
                                   Crisp & Associates
3                                  4031 North Front Street
                                   Harrisburg, PA 17110
4

5
     For Defendant Meggs:      STANLEY WOODWARD
6                                  Brand Woodward Law
                                   1808 Park Road, NW
7                                  Washington, DC 20010

8                              JULI HALLER
                                   Law Offices of Juli Haller
9                                  601 Pennsylvania Ave, NW, #900
                                   Washington, DC 20036
10

11
     For Defendant Harrelson:  BRADFORD GEYER
12                                 FormerFeds, LLC
                                   2006 Berwick Drive
13                                 Cinnaminson, NJ 08077

14

15   For Defendant Caldwell:   DAVID FISCHER
                                   Fischer & Putzi, P.A.
16                                 7310 Governor Ritchie Highway
                                   Empire Towers, Suite 300
17                                 Glen Burnie, MD 21061

18

19

20

21

22
     Court Reporter:           JEFF M. HOOK
23                                 Official Court Reporter
                                   U.S. District & Bankruptcy Courts
24                                 333 Constitution Avenue, NW
                                   Room 4700-C
25                                 Washington, DC 20001

                        P R O C E E D I N G S

1
2        (Jury not present)

3              THE COURT:  Mr. Woodward.

4              MR. WOODWARD:  Your Honor, I want to make a quick

5        point for the record, I won't belabor it.

6              THE COURT:  Okay, I think we're on.

7              MS. RAKOCZY:  No objection.

8              MR. WOODWARD:  No objection?  To the point --

9        well, again, not to belabor the point, we sought to move in

10       that video of the officers coming out with -- the government

11       did highlight in its opening that 30 minutes after Mr. Meggs

12       had left the building, you see stack two going in.  That

13       obviously involves Mr. Shipley's client, whose name I'm

14       blanking on -- thank you, Robert Minuta.  Mr. Minuta is in

15       the photographs.  The Court has ruled the evidence is

16       closed, but we would just note that the government then

17       highlighted that occurrences 30 minutes later were in fact

18       relevant to its theory of the case after the Court had

19       sustained their objection to our introducing video of 30

20       minutes later.

21             THE COURT:  I mean, maybe I'm missing something.

22       The government's evidence concerned their entry into the

23       building, and then their later exit and where they were on

24       the grounds afterwards.  You were suggesting that they had

25       somehow helped, which wasn't the case.  And you were trying

1    to bring in a third party Oath Keeper who had no association

2    otherwise, and that's why I sustained the objection as to

3    that evidence.

4         **MR. WOODWARD:**  Well, we would also submit that

5    Mr. Minuta has about the same association with the Oath

6    Keepers as did Mr. Nichols.  There's been limited testimony

7    about Mr. Minuta in this trial.  He's not in this trial

8    group.  Again, I'm not trying to belabor the point, I want

9    to make the record clear.

10        **THE COURT:**  I mean, Mr. Minuta clearly is somebody

11   who is -- we've seen I think there were some messages

12   involving Mr. Minuta.  He clearly was with the second group

13   who entered the building, including Mr. James, so very

14   differently situated.  We have no evidence of Mr. Nichols'

15   connection to anybody else as far as I'm aware.

16        **MR. WOODWARD:**  Understood.  We appreciate the

17   Court's consideration.

18        **MR. NESTLER:**  And just a reminder, I guess before

19   Mr. Woodward starts, would Your Honor give that instruction?

20   Thank you, Your Honor.

21        (Jury present)

22        **THE COURT:**  Welcome back, ladies and gentlemen.

23   Before we begin with Mr. Meggs' closing, I just have a quick

24   limiting instruction for you, which is that Mr. Bright,

25   during his closing, I think inadvertently suggested that --

1  made a statement about the president's authority under the

2  Insurrection Act, and the legality of potential action under

3  the Insurrection Act.  There's no evidence before you about

4  the legality or illegality of the president acting under the

5  Insurrection Act.  What is before you, however, is

6  Mr. Rhodes' understanding, and that is all you can rely on,

7  because that's all the evidence there is in the case.

8        With that, Mr. Woodward.

9        **CLOSING ARGUMENT OF DEFENDANT KELLY MEGGS**

10       **MR. WOODWARD:**  Thank you, Your Honor.  We have

11  also created a demonstrative.  It's not as fancy, but it

12  will do the trick.

13       Ladies and gentlemen, my name is Stanley Woodward,

14  and as you know, along with my colleague Juli Haller, we

15  represent Kelly Meggs.

16       Security, not one time in her closing argument did

17  Ms. Rakoczy mention security.  In fact, the government went

18  out of its way not to use the word security.  Ms. Rakoczy

19  spoke to you about alternative lawful purposes for why

20  Mr. Meggs and his colleagues could be in Washington, D.C.

21  that day:  That they were attending a protest; that they

22  were watching the president speak; or that they were

23  escorting VIPs.  But not security.  Now, clearly -- surely

24  the government's not surprised to hear that our theory of

25  the case is that Mr. Meggs, and other Oath Keepers, had come

1    to Washington on January 6th to provide various

2    security-related services.  So why so reticent to say the

3    word security?  Because that's what was actually happening

4    on January 6th.

5         The big one was the provision of security at an

6    event where President Trump was speaking.  The government

7    can be skeptical that the Oath Keepers would be tapped to

8    provide security, but they can't actually question the

9    evidence in the record, which is that they were in fact

10   tapped to provide security.  And you heard testimony from,

11   among others, Mr. Cummings, that he was closer to the

12   president than he ever could have imagined being, just yards

13   from President Trump, within an area protected by the Secret

14   Service on January 6th.

15        Now, with respect to the government's theory of

16   the case, we agree with Mr. Linder, there was no plan.

17   There was no plan to go into the building on January 6th.

18   There was no plan to stop the certification of the Electoral

19   College on January 6th.  And moreover, despite weeks of

20   evidence, every opportunity to show you, the government

21   failed to provide a single communication demonstrating

22   evidence of a plan by Mr. Meggs and others to go into the

23   Capitol building to stop the certification of the Electoral

24   College.  They have not, because they cannot.  There was no

25   plan to do that.

1        Now, recall what Mr. Nestler told you so many
2   weeks ago:  That the Oath Keepers had come to Washington to
3   stage an arsenal of firearms to physically prevent members
4   of Congress from meeting to certify the election as they
5   descended upon D.C. to attack not just the Capitol, not just
6   Congress, not just our government, but our country itself.
7   We don't take lightly the events of January 6th, but we do
8   take issue with the government's characterization of what
9   happened that day.  And again, to quote Mr. Nestler at the
10  beginning of this trial:  They were prepared in November,
11  they were prepared in December, and when the opportunity
12  finally presented itself on January 6th, they sprang into
13  action.  That was the theory of the government's case so
14  many weeks ago.

15       Today, however, the government has asked you to
16  accept a different theory of the case.  Today they asked you
17  to believe that these defendants were conspiring for
18  weeks -- not months, for weeks; and that on January 6th,
19  when the opportunity arose, they, quote, threw their bodies
20  at the cause.  Well, that's the government's theory of the
21  case, and you know our theory of the case.  But what's most
22  important for your consideration is what is the evidence.
23  When I stood before you just a few weeks ago, I asked you to
24  hear the evidence, to listen.  I said that we would not be
25  focused on text messages, on Signal chats.  I said we'd be

1    focused on the people who would sit in this chair and would

2    tell you, from their perspective, what was going on on

3    January 6th.  And remember where we started in our opening:

4    We asked to set the scene, the summer of 2020.

5              And what did we hear the witnesses in this trial

6    tell you about the summer of 2020?  We heard Mr. Dolan tell

7    you that he would sit in his garage for hours reading the

8    vitriol that had filled our internet.  We heard Ms. Watkins

9    testify just yesterday that there was political discourse;

10   that that discourse exists today; that the events of January

11   6th didn't cure that discourse.

12             Now, as I said in our opening, we won't ask you to

13   agree with any of the views that you heard.  What we would

14   ask you to do is accept that, in our democracy, debate is

15   encouraged.  Disagreement is encouraged.  We encourage

16   differences of opinion, open mindedness, discussion.  You've

17   heard testimony from Mr. Rhodes and others about whether the

18   election was fraudulent, unconstitutional.  And while that's

19   not at issue in this trial, we submit we can agree that to

20   the extent a healthy debate about how to make our elections

21   more secure, more trustworthy, we ought to accept that

22   discussion, we ought to encourage it, and so our government

23   does survive.

24             The machinations of our democracy are slow moving

25   on purpose.  Debate takes time.  We carefully consider

1  different viewpoints.  And yes, sometimes when we disagree

2  with one another, we protest, we stand up in the town

3  square, on the soapbox or at the steps of the Capitol.  And

4  if you agree that political discourse is encouraged, then we

5  have at least one explanation for the events of January 6th.

6  There were a lot of people unhappy with the 2020 election.

7  There were a lot of skeptics about the sanctity of the

8  results.  And they may have been wrong, but they had every

9  right to speak their mind.

10         Of course, the evidence in this trial revealed

11  that people on January 6th did more than just speak their

12  mind.  And what happened to the Capitol building is

13  abhorrent.  But these defendants aren't charged with causing

14  the riot on January 6th.  They're not charged with fomenting

15  an insurrection.  And that is because there were thousands

16  of people.  All the video you've seen of the Capitol -- and

17  the government has put together high production quality

18  video that highlights these defendants, shades those around

19  them, all of that video shows that there were thousands of

20  others involved that day.  This case is about what Kelly

21  Meggs and his colleagues did, what was their intent, why was

22  he in Washington, D.C. on January 6th.

23         And so allow us the opportunity to walk you

24  through the evidence that you have heard in this trial; walk

25  you through not just what the text messages said, but what

1   the people -- some of those who were present with Kelly

2   Meggs on January 6th, others who helped plan for what did

3   happen on January 6th, what did they tell you.  As we do

4   that, please remember what standard, what standard of proof

5   is required for a conviction.  As the Judge instructed you

6   yesterday, that standard is one of our highest:  Beyond a

7   reasonable doubt.

8           Now the beginning.  You heard several individuals

9   testify about why they joined the Oath Keepers.  Mike Adams

10  told you he joined the Oath Keepers because he believed it

11  was an organization that was providing disaster relief, a

12  subject that was particularly keen to those who live in

13  Florida where hurricanes had ravaged the state.  Mike Adams

14  testified about his understanding of what the Oath Keepers

15  had done.  What Mike Adams did not tell you, as the leader

16  of the Florida Oath Keepers, was whether there was a plan to

17  go into the Capitol.  He was not aware of any such plan, nor

18  was he aware of any intent by the Oath Keepers to stop the

19  certification on January 6th.

20          You also heard about -- you also heard testimony

21  about the events in 2020 that the Oath Keepers did

22  participate in; and in particular, the events that Mr. Meggs

23  participated in.  And so let's go back to Louisville in the

24  summer of 2020.

25          Why did the Oath Keepers feel their presence was

1    necessary?  Well, there were riots.  You recall in opening

2    we spoke about the death of Breonna Taylor, how those law

3    enforcement officers accused of firing the deadly shot were

4    not charged with murder, and how the people of Louisville

5    took the street.

6            Ms. Wintermeyer, if we could play the video.

7        (Video played)

8        **MR. WOODWARD:**  Thank you, Ms. Wintermeyer.

9            You remember the video, it's Exhibit -- I won't

10   repeat the language, but there's vitriol, there's discourse.

11   You heard that individual say in that video that he didn't

12   want the Oath Keepers there.  But you also heard testimony

13   that others did want the Oath Keepers there.  Michael Greene

14   testified that he was asked to go to Louisville to conduct a

15   threat assessment.  For the record, that video is

16   Exhibit 51, Watkins 51.

17           If we could pull up KM 65.  Michael Greene told us

18   about his experience as a security expert, his military

19   background; that when the Oath Keepers were contacted about

20   conducting a threat assessment after having -- after a

21   business, a restaurant had received a report, that Michael

22   Greene went to Louisville, walked the restaurant and

23   completed a report about how he thought the restaurant could

24   improve its security.

25           You heard testimony from Mr. Rhodes -- this is

1    KM 65.  Mike, Whip, Michael Greene completed this threat

2    assessment, provided it to the restaurant owners.  None of

3    what Michael Greene was doing had anything to do with

4    January 6th.  Instead, the Oath Keepers had another mission:

5    To provide security in Louisville.  Mr. Meggs traveled to

6    Louisville to assist the Oath Keepers in providing security.

7              Now, you also heard testimony -- if we could pull

8    up KM -- actually, it's Government Exhibit 4804.1, about how

9    the Oath Keepers provided personal security for Roger Stone,

10   the, how should I say, affluent supporter of President

11   Trump.  And the government introduced into evidence this

12   picture confirming that the Oath Keepers were with Roger

13   Stone providing security for Roger Stone.  Not to get too

14   far ahead of ourselves, but you saw communications between

15   Mr. Brown and Ali Alexander about providing security for

16   Mr. Stone on January 6th, and that it was going to be the

17   Oath Keepers who did that.  Twice the Oath Keepers provided

18   private security for Mr. Stone in Florida.

19             And oh, by the way, the government would have you

20   believe the Oath Keepers are not licensed security service

21   officers.  But Michael Greene testified that in fact he is

22   licensed.  And there's a Florida Oath Keeper who is licensed

23   as well, Jeff Morlock.  They provided security, they did it

24   for free, and Mr. Meggs participated in Florida.

25             Now, in the run up to January 6th, you heard

1    testimony about several additional events at which the Oath

2    Keepers participated.  And the first was the Million MAGA

3    March.  At the Million MAGA March, you heard Mr. Zimmerman

4    tell you about how the Oath Keepers were called to

5    Washington to support former President Trump; about how,

6    among other things, the Oath Keepers were to provide

7    security.  You heard Mr. Zimmerman tell you about his van

8    that was to serve as a QRF, and that if anyone had been

9    injured throughout the day, that the van could go and pick

10   people up.

11          Again, we're going to -- it's foreshadowing that

12   Mr. Zimmerman provided that testimony, because Mr. Vallejo

13   also made reference, also made reference to picking people

14   up out of the city.  And you heard about when the Oath

15   Keepers came back to their hotel that night in November,

16   that Mr. Rhodes was frustrated, that the Oath Keepers still

17   had a mission to protect those returning from the event that

18   day.  Security.

19          In advance of the Million MAGA March, you heard a

20   lot of testimony about a January -- excuse me, a

21   November 9th GoTo Meeting call.  And I need to spend a

22   little bit of time with that call, because it's one of the

23   key pieces of evidence in the government's case.  The

24   government would have you believe that a plot was hatched on

25   this call.  And they start with Mr. Abdullah Rasheed being

1  concerned.  An Oath Keeper who participated in the call

2  didn't like what he was hearing, and was concerned about

3  what the Oath Keepers were doing.  Now, you've heard some of

4  what was said on that call.  And there is vitriol.  There's

5  also rhetoric.  There are discussions about how Mr. Rhodes

6  and others are frustrated with the result of the election.

7  But query whether Mr. Rasheed ought to be trusted.

8  Why didn't he record the entire call?  He was asked that by

9  several defense attorneys and had no real explanation.  He

10  said he started recording when he became concerned.  So

11  roughly 45 minutes of the discussion was not concerning to

12  him.  And we also know that the call was quite long.  And

13  yet the only pieces of the call that we have, the government

14  argues, are proof of a plot hatching.  Let's remember what

15  we learned about Mr. Rasheed, a convicted sex offender who

16  sought multiple times to change his name.  He successfully

17  did change his name many times.

18  Now, Mr. Rasheed's not on trial in this case, so

19  we don't have to decide whether he did anything wrong.  But

20  you do have to decide whether to trust his explanation for

21  what was happening on that call.  And on November 9th, the

22  idea that there would be a rally in Washington, D.C. on

23  January 6th, that had not even been contemplated.  The

24  evidence will show that the planning for the rally on

25  January 6th, the knowledge and the existence for the rally

1    on January 6th, that didn't come to fruition until December.

2    And so everything you heard discussed on that November 9th

3    call could not have been for the events of January 6th.  We

4    submit that that was planning for the Million MAGA rally

5    that was to occur in a few days.  And that tracks what Kelly

6    Meggs and others were doing.  They didn't have a call on

7    January 6th months beforehand to plan for it.  They were

8    having calls on the eve of the events as they were

9    occurring.  So the talk about what to bring, what not to

10   bring to the Million MAGA March, that's all innocent, hardly

11   to do with January 6th.

12        If we could pull Government's Exhibit 7001A.  What

13   ultimately did happen at the Million MAGA March?  Well,

14   Stewart Rhodes did what he often does:  He spoke to the

15   press.  And the government introduced for you this

16   photograph taken by Capitol Police Officer McCamley, because

17   he saw this gathering of people and was curious about who

18   they were.  What do you see in that photograph?

19        With respect to Mr. Meggs' involvement in this

20   story, the next event he would participate in was January

21   6th.  There also was a Jericho March that he did not attend.

22   And leading up to this event, we saw evidence of planning.

23   If we could pull KM 63.  You heard from Donald Siekerman, an

24   Oath Keeper, the individual tasked by Mr. Rhodes to lead the

25   operation on January 6th.  He told you about some of the

1    things that he did in preparation.  He called the police.

2    No, not because he was concerned about what the Oath Keepers

3    were planning, not because he was looking to turn Stewart

4    Rhodes in.  Because he was seeking their input and their

5    advice:  What can we do; what can we bring; we have current

6    and former law enforcement that are members of the Oath

7    Keepers, are they allowed to carry their weapons into the

8    city.

9         He explained to you how he called the precinct,

10   the district watch commander for the ward responsible for

11   the Capitol grounds.  And he explained to you how although

12   at first he understood that those with LEO credentials could

13   carry, ultimately he was told not to do that.  And has the

14   evidence in this case shown you whether a single member of

15   the Oath Keepers, or anyone affiliated with the Oath

16   Keepers, brought a firearm to Washington, D.C. that day?

17   No, it hasn't.

18        If we could bring up KM 62, I believe.  What else

19   did Mr. Siekerman tell you about his planning efforts?  He

20   told you about packing a kit.  What did he tell the Oath

21   Keepers the kit needed?  Toilet paper and tourniquets.

22        Now, as you look at the defense exhibits in your

23   deliberations, recall that we've indicated those messages

24   that the government also asked an agent to read to you.  And

25   we put their long numeric labeling code at the bottom of our

1  defense exhibits so that you could see which messages the

2  government wanted you to read, and which messages it didn't.

3  And you heard us, me ask the officers, the agents as they

4  were reading the messages:  Did you choose which messages go

5  into these presentations.  And what did they tell you?  No,

6  the government, the prosecution.  Not one mention of

7  security in their closing argument.

8        And so as you look at KM 62, if we could flip

9  through -- 63, excuse me, you see these messages from

10 Mr. Siekerman.  You see what Mr. Siekerman was telling the

11 Oath Keepers we needed on January 6th:  Talks of medics,

12 IFAK kits, tourniquets.  You see him recount his efforts to

13 get in touch with law enforcement, to make sure that law

14 enforcement had provided guidance on what they could and

15 could not do.

16       Now, Mr. Siekerman ultimately did not come to

17 Washington, D.C. on January 6th because he had contracted

18 COVID.  But he did tell you that he participated in the

19 chats.  He did tell you that after January 6th, he went back

20 and saw what had happened.  And he also told you that he was

21 aware of no plan to go into the Capitol building, no plan to

22 stop the certification of the Electoral College on January

23 6th.  The leader of Mr. Rhodes' operation that day.

24       Now, on the morning of January 6th, you heard

25 testimony and saw evidence about the Oath Keepers'

1    preparations for the day at hand.  And you saw messages --

2    KM 44, please -- about what Mr. Rhodes was telling the group

3    in advance of their actions that day.  And again, we'll

4    remind you that messages read to you by an agent, as decided

5    by the government, bear that long string of characters in

6    the bottom right-hand corner.  And any message that we show

7    you that doesn't have that long string of characters the

8    government didn't want you to see.  If we could go back to

9    the beginning, please.

10            So here at 6:30 in the morning, Mr. Meggs is

11   telling us the line to get in is around the block.

12   Mr. Rhodes tells us, "ALCON" -- he knew how to get in touch

13   with everybody.  "ALCON:  Use a blue armband to designate

14   you're an Oath Keeper."  They weren't trying to hide who

15   they were.  Next slide, please.  "If you're medical, also

16   wear a red armband."

17            Throughout the morning, Mr. Rhodes sends several

18   other messages.  Here we -- sorry, go back one more.  Here

19   we see that there's some -- initially some confusion about

20   who goes into the Secret Service protected area and who

21   doesn't.  Ms. Watkins testified she couldn't get in, she

22   didn't have a pass:  "Event staff won't let us in without

23   passes."  Next slide, please.

24            Here at 9:00 a.m., Mr. Rhodes is trying to get in

25   touch with Kelly -- that's Kelly Meggs.  Next slide, please.

1  And he's connecting Mr. Meggs with Jeff Morlock, the

2  licensed security guard in Florida:  "If you get your Trump

3  passes to get into the event, go to the green crane."  This

4  is the level of sophisticated planning that the Oath Keepers

5  were demonstrating that day.  Next slide, please.

6  "ALCON," Mr. Rhodes would be speaking at an event

7  that day.  Next slide, please.  And Mr. Rhodes would be

8  working security with the Oath Keepers.  You heard

9  Mr. Maddox tell you there were seven teams of Oath Keepers

10  working security that day, seven teams.  Now, ultimately

11  Mr. Meggs did receive a pass -- KM 08, please -- a pass

12  issued by Women for America First; a pass that allowed him

13  to participate in the Save America March; a pass clearly

14  designated -- or dated January 6th, 2021.  And you saw the

15  image that Mr. Dolan took -- KM 09, please -- of the

16  security that the Oath Keepers had to go through to get to

17  the VIP protected area that day.  Mr. Dolan was probably not

18  taking a picture of security, because there you see in the

19  middle of that picture is Alex Jones, somebody whom the Oath

20  Keepers have provided security for.

21  But more important than Mr. Jones, for purposes of

22  this case, is what you see behind Mr. Jones:  Magnetometers,

23  Secret Service.  What did Ms. Watkins tell you?  That the

24  Secret Service wouldn't let the Oath Keepers bring their

25  gear into the area, they had to stash their gear outside the

1    protected area.  Why?  This was an event at which the

2    President of the United States was speaking.  This was an

3    event where the Secret Service were responsible for his

4    safety.

5            And who attended that event?  Kelly Meggs on

6    January 6th, 2021.  KM 29, please.  Recall what Mr. Cummings

7    said about that event, how close he said he was to the

8    president on January 6th, 2021; yards, yards away from

9    former President Trump.  How excited he was to see the

10   president speak for what he believed would be the last time.

11   In this picture taken by Mr. Dolan, we see the Oath Keepers

12   in their seats, we see the stage, we see the speakers.

13           KM 32, please.  And in the photographs taken by

14   Mr. Dolan with his phone that day, we see that they did in

15   fact watch President Trump speak.  The evidence in this case

16   also showed that before President Trump had finished

17   speaking, Mr. Meggs and others were asked to escort the

18   relative of a speaker toward the Capitol building.  Why?

19   Well, Stephen Brown.  The picture taken by Mr. Dolan of

20   former President Trump speaking.

21           The evidence in this case also showed that

22   Mr. Meggs and others were asked to leave the event before

23   President Trump had finished speaking to escort -- KM 71,

24   please -- to escort the relative of a speaker toward the

25   Capitol building.  Why?  Well, what did Stephen Brown tell

1    us?  Stephen Brown, who's not a member of the Oath Keepers,

2    who had to be subpoenaed to come here and tell us about his

3    business, what did he tell us?  That he's an event planner.

4    If we could just scroll through that, and then go to 72.

5    That he's an event planner, that he's planned hundreds of

6    events working in conjunction with the National Park

7    Service.  He may have called himself an expert in that

8    endearing British accent of his.  He told us how he met Ali

9    Alexander at the Jericho March; how he had done such an

10   outstanding job for that event that Ali Alexander asked him

11   to plan an event for Mr. Alexander on January 6th, 2021, to

12   plan an event on the grounds of the Capitol building.

13            If you could pause there.  He told us about how

14   others had planned events at the Capitol building.  And so

15   he told us about his negotiations with the Capitol Police to

16   secure an area that he could use on January 6th.  And then

17   he told us that on January 6th, he constructed a stage with

18   a podium and a microphone.  Here we see the permit, KM 72,

19   authorizing 50 handheld signs, a podium, a 12-by-12 stage,

20   megaphones, portable sound systems.  Of course, not to bury

21   the lede, we would come to learn about how he sat by himself

22   because no one came to that stage that day.

23            Before that happened, he told you about planning.

24   KM 70, please.  He told you about how part of his

25   responsibility in event planning was to ensure that he was

1    managing the speakers:  When they were speaking; if somebody

2    was late, he'd have to shift people; that it was important

3    for him to get that information from those for which he was

4    planning an event.  He walked you through the billing on

5    January 6th for the event that he had planned for Ali

6    Alexander; the fact that multiple members of Congress were

7    expected to speak:  Senators, people who he said would

8    likely also have attended the president's speech at the

9    Ellipse, and thus would have needed escort.

10            And I'd ask you to pay careful attention to when

11   Mr. Brown thought the events of January 6th would conclude.

12   If we could scroll down to the bottom, please,

13   Ms. Wintermeyer.  17:00 p.m., whatever that means,

14   Mr. Crisp -- 5:00 o'clock.  He told you about how the event

15   that he planned was to go until 5:00 o'clock.  KM 68,

16   please.  You saw the e-mail that Mr. Alexander forwarded to

17   Mr. Brown.  There were numerous speakers expected at

18   Mr. Alexander's event.

19            Now, why would these speakers need the Oath

20   Keepers to walk from the Ellipse to the Capitol building?

21   You heard many witnesses tell you about how they feared for

22   their safety.  You heard the Oath Keepers tell you about how

23   they feared for their safety.  And that exhibit that we

24   admitted at the close of our case yesterday, KM 76, this is

25   a bulletin by the Capitol Police describing their

1    understanding of what was to happen on January 6th.  The

2    Capitol Police expected protests; that the Capitol Police

3    expected a march from the Ellipse to the Capitol building, a

4    march that Mr. Meggs had been given a pass to attend.

5    You'll have this entire document with you in deliberations,

6    and we would encourage you to read it thoroughly.  Because

7    between the speaker list -- and if we could go back to

8    KM 68, please.  Between the speaker list and what the

9    Capitol Police themselves corroborate, the speaker list is

10   showing -- and if you could scroll through here,

11   Ms. Wintermeyer, this was a full day event.  And you heard

12   Mr. Brown tell you that the Oath Keepers had been brought in

13   to provide security for this event.  Not just the Ellipse,

14   but the event that Mr. Alexander was going to host after

15   Trump had finished speaking at the Ellipse.

16        And so why was Mr. Meggs walking from the Ellipse

17   to the Capitol?  Was it because, as the government would

18   have you believe, they had identified an opportunity to stop

19   the certification?  Or was it because he had been tasked

20   with providing personal security detail to taking speakers

21   and their family members from the Ellipse to the Capitol

22   building?  KM 17, please.  And we showed you the CCTV video

23   of Mr. Meggs doing just that.

24        (Video played)

25        **MR. WOODWARD:**  The blue boxes are the fences in

1    the background that the Capitol Police told us about.  The

2    red circle are the Oath Keepers.  You watch, you decide

3    what's happening.  We submit that as you consider all the

4    evidence in this case, all the video, all the photographs,

5    all the messages, you won't see evidence of a plan to go

6    into the Capitol building.  You won't see evidence of a plan

7    to stop the certification of the election.  KM 18, please.

8    What you'll see evidence of is security.  If we could go

9    back and play that again.  Providing an escort.  KM 19,

10   please.

11        And so when the government told you that there

12   could be multiple reasons Mr. Meggs was in Washington, D.C.

13   on January 6th; when the government walked you through some

14   of the lawful reasons he could be there:  To attend a

15   protest, to watch the president speak, to escort VIPs; and

16   when the government told you that in fact the reason

17   Mr. Meggs was at the Capitol on January 6th was to stop the

18   certification by means of a conspiracy with others, what we

19   would ask is how can Mr. Meggs have been tasked with

20   providing security at an event that was to last until

21   5:00 p.m., and also have planned to go into the Capitol and

22   to stop the certification?  Ladies and gentlemen, he can't

23   be in two places at one time.

24        Nevertheless, we have not told you that Mr. Meggs

25   did not go into the building.  No, that video speaks for

1    itself.  And you've seen lots of it.  The government has

2    asked you to conclude that Mr. Meggs going into the building

3    was part of some conspiracy; that despite no writings, no

4    physical evidence, tens of thousands of prolific messaging

5    in the Signal app, on Facebook, in Parler, SMS, that proof

6    of some conspiracy exists in a 90-second call that nobody

7    can remember.

8           Graydon Young, who was with Mr. Meggs on January

9    6th, told a slightly different narrative.  He said he felt

10   it was spontaneous.  He didn't testify that there was a

11   plan.  He didn't testify that there -- that Mr. Meggs told

12   him:  We're going into the building so that we can stop the

13   certification.  He told you it was spontaneous; that

14   Mr. Meggs and his co-defendants found themselves on the east

15   side of the Capitol building; that they joined Mr. Harrelson

16   and Mr. Dolan on the steps.  And then what happened?  Let's

17   watch KM 40, please.

18          KM 40 is the video that you'll recall the

19   government didn't want to show the entirety of in its

20   presentation.  You'll recall we came up and showed you this

21   video in its entirety for the first time.  This was part of

22   their presentation where they highlight Mr. Meggs apparently

23   putting his arm up in the air leading the charge into the

24   building.  If we could turn the volume up, please.

25          (Video played)

1    **MR. WOODWARD:**  You'll have that video with you

2    when you deliberate, if you choose to watch it again.  What

3    we would submit is Kelly Meggs didn't open those doors,

4    Kelly Meggs couldn't have assisted anyone in opening those

5    doors.  You saw where the Oath Keepers were standing in

6    relation to the doors.  Now, those doors were important for

7    another reason, because the government has alleged that

8    Mr. Meggs and others are responsible for the damage caused

9    to those doors.  But let's watch the video of Mr. Meggs

10   coming in -- 58.02, please, Ms. Wintermeyer.  And you decide

11   whether what you are watching is proof beyond a reasonable

12   doubt of the government's charge against Mr. Meggs.

13       (Video played)

14       **MR. WOODWARD:**  Now, this is CCTV video, so we

15   don't have sound which means I won't play much of it because

16   I've been slotted in the afternoon hour again.  But as you

17   watch, you see the Oath Keepers simply coming through the

18   doors -- they're not breaking door handles, they're not

19   breaking windows, and into the Rotunda.

20       Now, if we could play 58.05, please.

21       (Video played)

22       **MR. WOODWARD:**  You may recall my colleague playing

23   this video for you when I was out.  And if you're so

24   inclined and want to see the video where the windows do

25   break, this would be it.  No Oath Keepers.  A crowd gathered

1  outside these doors causing abhorrent damage to the Capitol,

2  but not Mr. Meggs.  If we could play the Rotunda

3  compilation.

4          Yes, ladies and gentlemen, there's a lot of video

5  in this case.  And no, we don't expect you to voluntarily go

6  and watch it again yourselves.  But we do have to ask you to

7  consider it, to recall what you saw.  Because you decide

8  what it is evidence of.  And so you heard Agent Drew testify

9  on cross-examination, after she had gone through the events

10  of January 6th, that Mr. Meggs was in the building for

11  roughly 20 minutes.  And that for the vast majority of his

12  time in the building, he was in this area, the Rotunda.  But

13  we'd ask you to watch.  What do you see the Oath Keepers

14  doing here?  This isn't proof of a plan to go into the

15  building.  This isn't proof of an effort to stop the

16  certification.  These folks -- well, they moved on me, are

17  not doing anything.  Taking pictures.  Twenty minutes.

18  Selfies.  You know that because the government showed you

19  some of them.  And now you've been asked whether this

20  conduct is proof beyond a reasonable doubt of Mr. Meggs' use

21  of force to do anything.  Certainly not to stop the

22  certification, ladies and gentlemen.

23          There's also evidence that Mr. Meggs does step

24  outside the Rotunda; that he approaches an area known as the

25  Speaker's Suite.  Agent Drew testified that she went to the

1    Speaker's Suite and that she took a picture.  And we'll show

2    you that picture, because the government wanted you to see

3    that picture and to think that it was proof of Mr. Meggs

4    having some motive.

5         Speaker of the House, Nancy Pelosi.  I'm not going

6    to repeat why the government thinks Ms. Pelosi was of

7    significance to my client.  I know you know.  What I would

8    suggest is that there's no evidence Mr. Meggs knew that this

9    area had any significance to Ms. Pelosi.  Why?  Next

10   exhibit, please, Ms. Wintermeyer.  Because by the time

11   Mr. Meggs had reached this corridor, that sign had been torn

12   off the wall, that placard was gone.  No sound actually, no

13   sound.  We admitted the video without sound.

14       (Video played)

15       **MR. WOODWARD:**  So by the time Mr. Meggs had come

16   to this area of the Capitol building, there was no evidence

17   that it had any significance with respect to the Speaker.

18   The government knew that.  And yet they showed you

19   Ms. Drew's photograph anyway.

20       Now, you also heard testimony about Mr. Meggs'

21   interaction with Officer Dunn.  We won't dispute that

22   Officer Dunn believed that the only thing Mr. Meggs could do

23   to help him was leave.  What we do dispute is whether

24   Mr. Meggs believed he was being helpful.  If we could show

25   the picture of Mr. Dunn, please.  Once again, ladies and

1    gentlemen, we would suggest that a picture tells a thousand

2    words.  This is Mr. Meggs with Officer Dunn.  He's not doing

3    anything overtly threatening, intimidating.  This picture,

4    the government suggests, is part of some plan to stop the

5    certification of the election.

6            Now, the government also put Officer Lazarus on

7    the stand who told you that, at some point, he came up those

8    stairs behind Officer Dunn and observed Officer Dunn being

9    heckled.  But you saw the video that my colleague,

10   Ms. Haller, played for you yesterday, the time stamps that

11   she had Ms. Wallace painstakingly walk you all through.  And

12   the fact of the matter is that the CCTV video shows that

13   Mr. Meggs was gone by the time Officer Lazarus came up those

14   stairs.  I don't know who Officer Lazarus was referring to,

15   but he could not have seen Mr. Meggs with Officer Dunn at

16   the time that he says he did, because the video speaks for

17   itself.  If we could play the second compilation, please.

18           So after Mr. Meggs leaves the area with

19   Mr. Dunn -- video two -- don't read any of that.  It's well

20   written, but...

21           He, and the Oath Keepers whom he was with,

22   returned to the Rotunda.  And for 10 more minutes, this is

23   the scene.  No, I won't make us watch all 10 minutes.

24   There's no sound.  But I would ask you to reflect on what

25   you're seeing here:  An effort to stop the certification of

1    the Electoral College vote by force, or something else?  One

2    of the questions that you'll no doubt have in this case is

3    if he wasn't going in the building to stop the certification

4    of the Electoral College, why go in the building, why go in

5    the building.  Well, you heard evidence that there was

6    rumors shots had been fired.  You heard evidence that

7    officers were in distress.  You heard evidence that

8    protesters were in distress.  You also heard Mr. Rhodes talk

9    about one of the creeds of the Oath Keepers:  To protect the

10   police; about how that creed is part of the Oath Keepers'

11   bylaws.

12          Ultimately, you decide:  Were the Oath Keepers in

13   the Rotunda that day so they could stop the certification?

14   Were the Oath Keepers in the Rotunda that day so they could

15   provide assistance to the officers who were endeavoring to

16   the clear the space?  Or were they in the Rotunda that day

17   for some other reason entirely?  You decide.

18          What we do know is that Mr. Meggs did leave.  He

19   and his colleagues did go through the same door they came

20   in.  We watched that video together.  So if we could pull

21   KM 55.  We see Mr. Meggs walking into the same foyer,

22   walking toward the same doors.  You watch, you decide.  And

23   reflect on why the government not one time said the word

24   security.  If we could switch to KM 58.01, please, and fast

25   forward to two minutes, please.

1    Even here in his final moments inside the Capitol,

2 watch, observe what he's doing standing with police

3 officers.  Watch his hands, watch his body movement.

4 Because you decide:  Is this someone endeavoring to stop the

5 certification of the election this day; to interfere with an

6 official proceeding; to conspire in the use of force to

7 oppose government authority?  Or is this someone trying to

8 be helpful; trying to move people out of the Capitol

9 building away from the place where the members of Congress

10 needed to meet, to facilitate the Capitol Police securing

11 the building; and to return the members to Congress so that

12 they could continue their functions that day?  You decide

13 what Mr. Meggs was doing.

14    Of course, you also saw photographs of Mr. Meggs

15 outside those Columbus doors.  KM 45.2 and KM 45.3.  If we

16 could side-by-side those, please, Ms. Wintermeyer.

17    You see one person taking a picture from two

18 different angles.  On the one side of the steps outside of

19 the Capitol building are a number of Capitol Police.  On the

20 other are a number of Oath Keepers.  Juxtapose those images,

21 and you decide what's really happening here.  Ultimately,

22 Mr. Meggs -- we can take that down, Ms. Wintermeyer.

23    Ultimately, Mr. Meggs leaves the Capitol building,

24 walks down the same steps he walked up, goes back to his

25 hotel room, does not join, does not join Mr. Rhodes at Olive

1    Garden that evening.  He drives back to Florida and goes on
2    about his life.  The government has suggested that he was
3    part of some conspiracy that went -- continued on until
4    January 20th; that he participated in some way in a plan.
5    Yet the government also acknowledges, as it must, that the
6    really only substantive comment that Mr. Meggs makes after
7    January 6th is that he is standing back, that he's not
8    getting involved until shots are fired.
9            Now, Mr. Rhodes, and on his behalf Mr. Linder,
10   spoke to you at some length about the Insurrection Act and
11   whether Mr. -- and whether President Trump would invoke the
12   Insurrection Act and what that meant.  We would submit that
13   what Mr. Meggs is referring to is that possibility.  You saw
14   messages from Mr. Meggs asking:  Has the Insurrection Act
15   been invoked; what happens next; what happens if it is
16   invoked.  That's relevant because it explains, at least in
17   part, why there was a QRF on January 6th.  You've heard a
18   plethora of testimony about how no one brought firearms into
19   the city recognizing that it was illegal to do so.  And you
20   heard testimony about at least two different purposes for
21   that QRF.  One was to provide support in the event that
22   stuff hit the fan.
23           And I couldn't agree more with Mr. Linder's
24   characterization of Mr. Vallejo:  Put me in, coach, I want
25   to get involved.  Did Mr. Rhodes ask Mr. Vallejo to get his

1    trucks and drive into the city?  No, he didn't.  But we know

2    a little more about what Mr. Vallejo was really intending

3    from the evidence the government showed you.  He said that

4    he had a dust off, ready to go, curfew be darned, he would

5    get to the perimeter and help anybody out if they needed it.

6    Well, you decide.  But that sounds a lot like what was

7    happening in Louisiana -- excuse me, at the Million MAGA

8    March.  We have a van ready to go.  Mr. Zimmerman told you

9    that, if necessary, he could get people to the hospital.

10   Why was Mr. Vallejo there?  You decide.  But a dust off, a

11   dust off is not a plan to get into the Capitol building to

12   stop the certification.

13        You also heard Mr. Greene share his, shall we say,

14   colorful thoughts about the QRF, that Mr. Rhodes had said:

15   Well, what if we needed to prevent folks from getting over

16   the White House fence, from getting into the White House;

17   last time he got dragged into the bunker, we needed that not

18   to happen again.  Well, I doubt we have to do very much

19   convincing about Mr. Greene's theory on that front.  What

20   would have happened if somebody had climbed the White House

21   fence?  I believe Mr. Greene said there would be a massacre,

22   because the Secret Service would have prevented that.

23        And what we'd ask you to consider is why the same

24   isn't true of Mr. Dunn and the Capitol Police that day.

25   They were prepared.  Take a look at KM 76.  Take a look at

1   the Capitol Police's summation of what they expected on

2   January 6th:  Protests, marchers, for the building to be

3   surrounded.  Now, yes, Mr. Brown told you he was surprised

4   that there weren't more officers; that when he had hosted

5   events 5,000 strong, he recalls seeing more Capitol Police.

6   But read that memo.  Clearly, the Capitol Police were aware

7   of the risk that there would be a significant number of

8   protesters, and they had a plan.  They had a plan.

9           And so when Mr. Rhodes rhetorically says:  I wish

10  we had rifles, I'm not buying that that would have made a

11  difference.  We'd ask you to think about whether Mr. Rhodes,

12  with all of his training and experience, actually believed

13  that would have made a difference, or, like so much of the

14  messages in this case, was it hyperbole, was it rhetoric.

15          **THE COURT:**  Mr. Woodward, if I can interrupt you.

16  How much longer do you think you have?

17          **MR. WOODWARD:**  Maybe 15 minutes.

18          **THE COURT:**  Okay.

19          **MR. WOODWARD:**  Finish me, all right.  Let's turn

20  to the elements of the offenses, and allow us the

21  opportunity to persuade you that the only verdict you can

22  return in this case is not guilty.

23          Seditious conspiracy.  Now, these are the

24  instructions the Judge read for you yesterday, the

25  instructions that will go back with you for your

1    deliberations at the conclusion of this case.  And as you

2    reflect on the evidence, we'd ask you to consider whether

3    the government has met either element beyond a reasonable

4    doubt that Mr. Meggs conspired and agreed with at least one

5    other person with the goal of opposing by force the

6    authority of the government of the United States or

7    preventing, hindering or delaying the execution of law of

8    the United States by force.  And let's walk through what we

9    know about those who testified in this case.

10        Special Agent Palian, the quarterback of the FBI's

11   investigation, all the messages he reviewed, no plan to go

12   into the Capitol building, no plan to stop the certification

13   of the election.  Special Agent Cody, all the evidence he

14   reviewed with you, no plan to go into the building, no plan

15   to stop the certification.  Secret Service Agent Hawa; Agent

16   Hilgeman.  Agent Drew told you about what happened on

17   January 6th.  She read the messages that day.  No plan to go

18   into the building, no plan to stop the certification.

19        Special Agent Arney was the agent responsible for

20   searching the Meggs' home.  No plan to go into the building,

21   no plan to stop the certification.  Special Agent Eller

22   focused his investigation on the Ohio contingent.  He told

23   you all about Ms. Watkins and her messages.  No plan to go

24   into the building, no plan to stop the certification.

25   Officer McCamley, Special Agent Moore, Special Agent Banks,

1    the government's only expert in this case in cell site data,

2    no plan to go into the building.  Special Agent Harris was

3    responsible for investigating the Florida Oath Keepers.  He

4    testified multiple times.  No messages about a plan to go

5    into the building, a plan to stop the certification.  And

6    then you heard from a number of civilian witnesses, people

7    involved in the planning of the events of January 6th.  And

8    not one told you about a communication to go into the

9    building or a communication to stop the certification.

10          Ladies and gentlemen, as you deliberate and

11   consider the proof the government put forward, we submit

12   that on the -- on count one of seditious conspiracy, the

13   only verdict you can return is not guilty.  Next slide,

14   please.  Next slide, please.

15          With respect to count two, conspiracy to obstruct

16   an official proceeding, do we need to put 16 more stickers

17   on the board for the civilian witnesses?  No plan to

18   interfere with an official proceeding.  The only verdict you

19   can return is not guilty.  Next slide, please.

20          Obstruction of an official proceeding.  Any plan

21   to go into the building?  Any plan to stop the

22   certification?  One message, government, show us one

23   message.  Next slide, please.

24          Conspiracy to prevent members of Congress from

25   discharging their duties -- or in other words, stopping the

1  certification of the Electoral College.  No plan.  Next

2  slide, please.

3         Now, what you will see in these instructions, and

4  what the Judge read to you yesterday, is that you may find

5  multiple conspiracies that day.  And proof that a defendant

6  was a member of a separate, uncharged conspiracy would not

7  prevent you also finding that defendant guilty of conspiracy

8  on counts one, two or four.  However, if you conclude that

9  Mr. Meggs was part of some other conspiracy, an uncharged

10 conspiracy, and not the conspiracy as alleged in counts one,

11 two and four, you must acquit Mr. Meggs.  You must return a

12 verdict of not guilty as to those conspiracy counts.  Next

13 slide, please.

14        We spoke about -- we did not speak about

15 destruction of evidence.  The government alleges that

16 Mr. Meggs destroyed certain messages on his cell phone; that

17 he and Mr. Harrelson had a conversation about deleting

18 certain Signal messages.  And the government alleges that

19 Mr. Meggs did that for purposes of preventing a grand jury

20 in this case to access those messages.  However, all the

21 testimony in this case, all the talk about what Signal does

22 and doesn't do, and disappearing messages and removing

23 yourselves from chats, there's no evidence of Mr. Meggs

24 doing any of that.  What we know is that when they seized

25 his phone, the messages weren't there.

1    Did any agent testify whether the phone that they

2    seized from him was the same phone that he was using on

3    January 6th?  Did any agent testify what proof they had that

4    any of the messages they claim have been deleted were in any

5    way related to January 6th whatsoever?  The only evidence

6    the government has that Mr. Meggs deleted from his cellular

7    telephone certain media files and communications is a chat

8    with Mr. Harrelson.  But we don't know what they're talking

9    about.  And ladies and gentlemen of the jury, it is the

10   government's burden to prove this count beyond any

11   reasonable doubt.  Next slide, please.

12       And finally, Mr. Meggs is charged with the

13   destruction of property, government property.  And you had

14   the Architect of the Capitol testify about how valuable

15   those doors are, something we don't dispute.  But as you

16   heard us in summation explain, you have the video.  Watch

17   it, ask yourselves what is Mr. Meggs doing that causes the

18   destruction of those doors.

19       Ladies and gentlemen, I join my colleague

20   Mr. Bright in thanking you for your service on this jury.

21   It has been a long road for all of us.  When you retire to

22   deliberate the facts the government has shown you and the

23   evidence that we've brought forward, we would ask you to

24   return the only verdict you can, and that is not guilty.

25   Thank you, ladies and gentlemen.

1    **THE COURT:**  Mr. Woodward, thank you.

2           Folks, one of you has asked that we try and end

3    the day earlier than 5:00 o'clock so you can get out of

4    town.  I think that's a fair request after all the time

5    we've been together.  So we're going to call it for the day,

6    and we will resume at 9:00 o'clock on Monday morning.  We

7    look forward to seeing you all.  Have a very nice weekend.

8           Again, the same instructions I've been giving you

9    throughout:  Please don't discuss the case; no media

10   exposure; and no communicating about it or independent

11   research.  Thank you all very much, have a nice weekend.

12        (Jury not present)

13   **THE COURT:**  So Monday morning, we'll begin with

14   Mr. Geyer and turn to Mr. Crisp, and then conclude with

15   Mr. Fischer and then the government's rebuttal.  I think we

16   should be able to get all of that done by the end of the

17   day.  We'll certainly go the full day on Monday to get that

18   done so they have this case in their hands by the end of the

19   day Monday.

20          There is this motion that the government filed.

21   Mr. Fischer's asked for the weekend.  I'm happy to give you

22   a weekend if you want to respond in writing.

23          Mr. Geyer, do you wish to respond in writing?

24   **MR. GEYER:**  Sure, Your Honor.  Thank you.

25   **THE COURT:**  If you all would just get something

1    filed by Sunday so I get a chance to read it by Sunday

2    evening.  And then we can -- if everybody would just be here

3    by, say, quarter of 9:00 on Monday, we can get it resolved

4    in short order and then we'll get started soon after.

5              Anything else, folks?  Thank you everybody, we'll

6    see you on Monday.  Have a nice weekend.

7         (Proceedings adjourned at 3:15 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

        I, **Jeff M. Hook, Official Court Reporter**, certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.


<u>November 18, 2022</u>                _____

        DATE                      Jeff M. Hook

**0**

08 [1]   10075/11
08077 [1]   10058/13
09 [1]   10075/15

**1**

10 [2]   10085/22
  10085/23
12 [1]   10077/19
12-by-12 [1]
  10077/19
15 [2]   10057/4
  10090/17
16 [1]   10092/16
17 [1]   10079/22
17110 [1]   10058/3
17:00 p.m [1]
  10078/13
18 [2]   10057/6
  10080/7
1808 [1]   10058/6
19 [1]   10080/9
1:22-cr-15 [1]
  10057/4
1:37 [1]   10057/7

**2**

20 [1]   10083/11
20001 [1]   10058/25
20010 [1]   10058/7
20036 [1]   10058/9
2006 [1]   10058/12
2020 [5]   10064/4
  10064/6 10065/6
  10066/21 10066/24
2021 [4]   10075/14
  10076/6 10076/8
  10077/11
2022 [1]   10057/6
20579 [1]   10057/17
20th [1]   10088/4
21061 [1]   10058/17
29 [1]   10076/6

**3**

30 [3]   10059/11
  10059/17 10059/19
300 [1]   10058/16
32 [1]   10076/13
33 [1]   10057/7
3300 [1]   10057/21
333 [1]   10058/24
3:15 p.m [1]
  10096/7

**4**

40 [2]   10081/17
  10081/18
4031 [1]   10058/3
44 [1]   10074/2
45 [1]   10070/11
45.2 [1]   10087/15
45.3 [1]   10087/15
4700-C [1]   10058/24
4804.1 [1]   10068/8

**5**

5,000 [1]   10090/5
50 [1]   10077/19

51 [2]   10067/16
  10067/16
55 [1]   10086/21
58.01 [1]   10086/24
58.02 [1]   10082/10
58.05 [1]   10082/20
5:00 [3]   10078/14
  10078/15 10095/3
5:00 p.m [1]
  10080/21

**6**

601 [2]   10057/17
  10058/9
62 [1]   10072/18
  10073/8
63 [1]   10071/23
  10073/9
65 [2]   10067/17
  10068/1
68 [2]   10078/15
  10079/8
6:30 in [1]
  10074/10
6th [53]

**7**

70 [1]   10077/24
700 [1]   10057/21
7001A [1]   10071/12
71 [1]   10076/23
71301 [1]   10057/23
72 [2]   10077/4
  10077/18
7310 [1]   10058/16
75219 [1]   10057/21
76 [2]   10078/24
  10089/25

**8**

819 [1]   10057/23

**9**

90-second [1]
  10081/6
900 [1]   10058/9
9:00 [1]   10095/6
9:00 a.m [1]
  10074/24
9:00 on [1]   10096/3
9th [3]   10069/21
  10070/21 10071/2

**A**

a.m [1]   10074/24
Abdullah [1]
  10069/25
abhorrent [2]
  10065/13 10083/1
able [1]   10095/16
above [1]   10097/5
above-entitled [1]
  10097/5
accent [1]   10077/8
accept [3]   10063/16
  10064/14 10064/21
access [1]   10093/20
accused [1]   10067/3
acknowledges [1]
  10088/5

acquit [1]   10093/11
Act [6]   10061/2
  10061/3 10061/5
  10088/10 10088/12
  10088/14
acting [1]   10061/4
action [3]   10057/4
  10061/2 10063/13
actions [1]   10074/3
actually [5]
  10062/3 10062/8
  10068/8 10084/12
  10090/12
Adams [3]   10066/9
  10066/13 10066/15
additional [1]
  10069/1
adjourned [1]
  10096/7
admitted [2]
  10078/24 10084/13
advance [2]
  10069/19 10074/3
advice [1]   10072/5
affiliated [1]
  10072/15
affluent [1]
  10068/10
afternoon [2]
  10057/8 10082/16
afterwards [1]
  10059/24
again [12]   10059/9
  10060/8 10063/9
  10069/11 10074/3
  10080/9 10082/2
  10082/16 10083/6
  10084/25 10089/18
  10095/8
against [1]
  10082/12
agent [17]   10072/24
  10074/4 10083/8
  10083/25 10091/10
  10091/13 10091/15
  10091/15 10091/16
  10091/19 10091/19
  10091/21 10091/25
  10091/25 10092/2
  10094/1 10094/3
agents [1]   10073/3
ago [3]   10063/2
  10063/14 10063/23
agree [5]   10062/16
  10064/13 10064/19
  10065/4 10088/23
agreed [1]   10091/4
ahead [1]   10068/14
air [1]   10081/23
al [1]   10057/6
ALCON [3]   10074/12
  10074/13 10075/6
Alex [1]   10075/19
Alexander [7]
  10068/15 10077/9
  10077/10 10077/11
  10078/6 10078/16
  10079/14
Alexander's [1]
  10078/18

ALEXANDRA [1]
  10057/15
Alexandria [1]
  10057/23
Ali [4]   10068/15
  10077/8 10077/10
  10078/5
alleged [2]   10082/7
  10093/10
alleges [2]
  10093/15 10093/18
allow [2]   10065/23
  10090/20
allowed [2]   10072/7
  10075/12
along [1]   10061/14
alternative [1]
  10061/19
although [1]
  10072/11
AMERICA [3]   10057/3
  10075/12 10075/13
AMIT [1]   10057/10
among [2]   10062/11
  10069/6
angles [1]   10087/18
app [1]   10081/5
apparently [1]
  10081/22
APPEARANCES [2]
  10057/13 10058/1
appreciate [1]
  10060/16
approaches [1]
  10083/24
Architect [1]
  10094/14
area [11]   10062/13
  10074/20 10075/17
  10075/25 10076/1
  10077/16 10083/12
  10083/24 10084/9
  10084/16 10085/18
argues [1]   10070/14
argument [4]
  10057/10 10061/9
  10061/16 10073/7
arm [1]   10081/23
armband [2]
  10074/13 10074/16
Arney [1]   10091/19
arose [1]   10063/19
around [2]   10065/18
  10074/11
arsenal [1]   10063/3
assessment [3]
  10067/15 10067/20
  10068/2
assist [1]   10068/6
assistance [1]
  10086/15
assisted [1]
  10082/4
Associates [1]
  10058/2
association [2]
  10060/1 10060/5
attack [1]   10063/5
attend [3]   10071/21
  10079/4 10080/14

## A

**attended [2]**
10076/5 10078/8
**attending [1]**
10061/21
**attention [1]**
10078/10
**Attorney's [1]**
10057/16
**attorneys [1]**
10070/9
**authority [3]**
10061/1 10087/7
10091/6
**authorizing [1]**
10077/19
**Ave [2]** 10057/21
10058/9
**Avenue [1]** 10058/24
**aware [5]** 10060/15
10066/17 10066/18
10073/21 10090/6
**away [2]** 10076/8
10087/9

## B

**back [12]** 10060/22
10066/23 10069/15
10073/19 10074/8
10074/18 10079/7
10080/9 10087/24
10088/1 10088/7
10090/25
**background [2]**
10067/19 10080/1
**Bankruptcy [1]**
10058/23
**Banks [1]** 10091/25
**Barrett [1]**
10057/20
**bear [1]** 10074/5
**became [1]** 10070/10
**beforehand [1]**
10071/7
**begin [2]** 10060/23
10095/13
**beginning [3]**
10063/10 10066/8
10074/9
**behalf [1]** 10088/9
**behind [2]** 10075/22
10085/8
**belabor [3]** 10059/5
10059/9 10060/8
**Berwick [1]**
10058/12
**beyond [5]** 10066/6
10082/11 10083/20
10091/3 10094/10
**big [1]** 10062/5
**billing [1]** 10078/4
**bit [1]** 10069/22
**blanking [1]**
10059/14
**block [1]** 10074/11
**blue [2]** 10074/13
10079/25
**board [1]** 10092/17
**bodies [1]** 10063/19
**body [1]** 10087/3
**bottom [3]** 10072/25
10074/6 10078/12
**boxes [1]** 10079/25
**BRADFORD [1]**
10058/11
**Brand [1]** 10058/6
**break [1]** 10082/25
**breaking [2]**
10082/18 10082/19
**Breonna [1]** 10067/2
**BRIGHT [4]** 10057/20
10057/20 10060/24
10094/20
**bring [6]** 10060/1
10071/9 10071/10
10072/5 10072/18
10075/24
**British [1]** 10077/8
**brought [4]**
10072/16 10079/12
10088/18 10094/23
**Brown [8]** 10068/15
10076/19 10076/25
10077/1 10078/11
10078/17 10079/12
10090/3
**building [42]**
**bulletin [1]**
10078/25
**bunker [1]** 10089/17
**burden [1]** 10094/10
**Burnie [1]** 10058/17
**bury [1]** 10077/20
**business [2]**
10067/21 10077/3
**buying [1]** 10090/10
**bylaws [1]** 10086/11

## C

**Caldwell [1]**
10058/15
**call [13]** 10069/21
10069/22 10069/25
10070/1 10070/4
10070/8 10070/12
10070/13 10070/21
10071/3 10071/6
10081/6 10095/5
**called [4]** 10069/4
10072/1 10072/9
10077/7
**calls [1]** 10071/8
**came [6]** 10069/15
10077/22 10081/20
10085/7 10085/13
10086/19
**can [17]** 10061/6
10062/7 10064/19
10072/5 10072/5
10080/19 10081/7
10081/12 10087/22
10090/15 10090/21
10092/13 10092/19
10094/24 10095/3
10096/2 10096/3
**Capitol [42]**
**careful [1]**
10078/10
**carefully [1]**
10064/25
**carry [2]** 10072/7
10072/13
**case [29]** 10059/18
10059/25 10061/7
10061/25 10062/16
10063/13 10063/16
10063/21 10063/21
10065/20 10069/23
10070/18 10072/14
10075/22 10076/15
10076/21 10078/24
10080/4 10083/5
10086/2 10090/14
10090/22 10091/1
10091/9 10092/1
10093/20 10093/21
10095/9 10095/18
**cause [1]** 10063/20
**caused [1]** 10082/8
**causes [1]** 10094/17
**causing [2]**
10065/13 10083/1
**CCTV [3]** 10079/22
10082/14 10085/12
**cell [2]** 10092/1
10093/16
**cellular [1]**
10094/6
**certain [3]**
10093/16 10093/18
10094/7
**certainly [2]**
10083/21 10095/17
**certification [26]**
10062/18 10062/23
10066/19 10073/22
10079/19 10080/7
10080/18 10080/22
10081/13 10083/16
10083/22 10085/5
10085/25 10086/3
10086/13 10087/5
10089/12 10091/12
10091/15 10091/18
10091/21 10091/24
10092/5 10092/9
10092/22 10093/1
**certify [2]** 10063/4
10097/4
**chair [1]** 10064/1
**chance [1]** 10096/1
**change [2]** 10070/16
10070/17
**characterization [2]**
10063/8 10088/24
**characters [2]**
10074/5 10074/7
**charge [2]** 10081/23
10082/12
**charged [4]**
10065/13 10065/14
10067/4 10094/12
**chat [1]** 10094/7
**chats [3]** 10063/25
10073/19 10093/23
**choose [2]** 10073/4
10082/2
**Cinnaminson [1]**
10058/13
**circle [1]** 10080/2
**city [4]** 10069/14
10072/8 10088/19
10089/1
**civilian [2]**
10092/6 10092/17
**claim [1]** 10094/4
**clear [2]** 10060/9
10086/16
**clearly [5]**
10060/10 10060/12
10061/23 10075/13
10090/6
**client [2]** 10059/13
10084/7
**climbed [1]**
10089/20
**close [2]** 10076/7
10078/24
**closed [1]** 10059/16
**closer [1]** 10062/11
**closing [6]**
10057/10 10060/23
10060/25 10061/9
10061/16 10073/7
**co [1]** 10081/14
**co-defendants [1]**
10081/14
**coach [1]** 10088/24
**code [1]** 10072/25
**Cody [1]** 10091/13
**colleague [4]**
10061/14 10082/22
10085/9 10094/19
**colleagues [3]**
10061/20 10065/21
10086/19
**College [6]**
10062/19 10062/24
10073/22 10086/1
10086/4 10093/1
**colorful [1]**
10089/14
**COLUMBIA [1]**
10057/1
**Columbus [1]**
10087/15
**coming [3]** 10059/10
10082/10 10082/17
**commander [1]**
10072/10
**comment [1]** 10088/6
**communicating [1]**
10095/10
**communication [3]**
10062/21 10092/8
10092/9
**communications [2]**
10068/14 10094/7
**compilation [2]**
10083/3 10085/17
**completed [2]**
10067/23 10068/1
**concerned [5]**
10059/22 10070/1
10070/2 10070/10
10072/2
**concerning [1]**
10070/11
**conclude [4]**

**C**

conclude... [4]
  10078/11 10081/2
  10093/8 10095/14
conclusion [1]
  10091/1
conduct [2]
  10067/14 10083/20
conducting [1]
  10067/20
confirming [1]
  10068/12
confusion [1]
  10074/19
Congress [6]
  10063/4 10063/6
  10078/6 10087/9
  10087/11 10092/24
conjunction [1]
  10077/6
connecting [1]
  10075/1
connection [1]
  10060/15
consider [6]
  10064/25 10080/3
  10083/7 10089/23
  10091/2 10092/11
consideration [2]
  10060/17 10063/22
conspiracies [1]
  10093/5
conspiracy [14]
  10080/18 10081/3
  10081/6 10088/3
  10090/23 10092/12
  10092/15 10092/24
  10093/6 10093/7
  10093/9 10093/10
  10093/10 10093/12
conspire [1]
  10087/6
conspired [1]
  10091/4
conspiring [1]
  10063/17
Constitution [1]
  10058/24
constructed [1]
  10077/17
contacted [1]
  10067/19
contemplated [1]
  10070/23
contingent [1]
  10091/22
continue [1]
  10087/12
continued [2]
  10058/1 10088/3
contracted [1]
  10073/17
conversation [1]
  10093/17
convicted [1]
  10070/15
conviction [1]
  10066/5
convincing [1]

10089/19
corner [1]  10074/6
corridor [1]
  10084/11
corroborate [1]
  10079/9
count [3]  10092/12
  10092/15 10094/10
counts [3]  10093/8
  10093/10 10093/12
course [3]  10065/10
  10077/20 10087/14
COURT [6]  10057/1
  10058/22 10058/23
  10059/15 10059/18
  10097/3
Court's [1]
  10060/17
Courts [1]  10058/23
COVID [1]  10073/18
cr [1]  10057/4
crane [1]  10075/3
created [1]
  10061/11
credentials [1]
  10072/12
creed [1]  10086/10
creeds [1]  10086/9
Criminal [1]
  10057/4
CRISP [4]  10058/2
  10058/2 10078/14
  10095/14
cross [1]  10083/9
cross-examination [1]
  10083/9
crowd [1]  10082/25
Cummings [2]
  10062/11 10076/6
cure [1]  10064/11
curfew [1]  10089/4
curious [1]
  10071/17
current [1]  10072/5

**D**

D.C [7]  10061/20
  10063/5 10065/22
  10070/22 10072/16
  10073/17 10080/12
Dallas [1]  10057/21
damage [2]  10082/8
  10083/1
darned [1]  10089/4
data [1]  10092/1
DATE [1]  10097/10
dated [1]  10075/14
DAVID [1]  10058/15
day [30]  10057/7
  10061/21 10063/9
  10065/20 10069/9
  10069/18 10072/16
  10073/23 10074/1
  10074/3 10075/5
  10075/7 10075/10
  10075/17 10076/14
  10077/22 10079/11
  10086/13 10086/14
  10086/16 10087/5

10087/12 10089/24
10091/17 10093/5
10095/3 10095/5
10095/17 10095/17
10095/19
days [1]  10071/5
DC [5]  10057/5
  10057/17 10058/7
  10058/9 10058/25
deadly [1]  10067/3
death [1]  10067/2
debate [3]  10064/14
  10064/20 10064/25
December [2]
  10063/11 10071/1
decide [13]
  10070/19 10070/20
  10080/2 10082/10
  10083/7 10086/12
  10086/17 10086/22
  10087/4 10087/12
  10087/21 10089/6
  10089/10
decided [1]  10074/4
defendant [8]
  10057/19 10058/2
  10058/5 10058/11
  10058/15 10061/9
  10093/5 10093/7
defendants [5]
  10057/7 10063/17
  10065/13 10065/18
  10081/14
defense [3]  10070/9
  10072/22 10073/1
delaying [1]
  10091/7
deleted [2]  10094/4
  10094/6
deleting [1]
  10093/17
deliberate [3]
  10082/2 10092/10
  10094/22
deliberations [3]
  10072/23 10079/5
  10091/1
democracy [2]
  10064/14 10064/24
demonstrating [2]
  10062/21 10075/5
demonstrative [1]
  10061/11
descended [1]
  10063/5
describing [1]
  10078/25
designate [1]
  10074/13
designated [1]
  10075/14
despite [2]
  10062/19 10081/3
destroyed [1]
  10093/16
destruction [3]
  10093/15 10094/13
  10094/18
detail [1]  10079/20
difference [2]

10087/12 10089/24
10091/17 10093/5
10095/3 10095/5
differences [1]
  10064/16
different [5]
  10063/16 10065/1
  10081/9 10087/18
  10088/20
differently [1]
  10060/14
disagree [1]
  10065/1
Disagreement [1]
  10064/15
disappearing [1]
  10093/22
disaster [1]
  10066/11
discharging [1]
  10092/25
discourse [5]
  10064/9 10064/10
  10064/11 10065/4
  10067/10
discuss [1]  10095/9
discussed [1]
  10071/2
discussion [3]
  10064/16 10064/22
  10070/11
discussions [1]
  10070/5
dispute [3]
  10084/21 10084/23
  10094/15
distress [2]
  10086/7 10086/8
district [5]
  10057/1 10057/1
  10057/11 10058/23
  10072/10
document [1]
  10079/5
Dolan [7]  10064/6
  10075/15 10075/17
  10076/11 10076/14
  10076/19 10081/16
Donald [1]  10071/23
done [4]  10066/15
  10077/9 10095/16
  10095/18
door [2]  10082/18
  10086/19
doors [11]  10082/3
  10082/5 10082/6
  10082/6 10082/9
  10082/18 10083/1
  10086/22 10087/15
  10094/15 10094/18
doubt [7]  10066/7
  10082/12 10083/20
  10086/2 10089/18
  10091/4 10094/11
down [3]  10078/12
  10087/22 10087/24
dragged [1]
  10089/17
Drew [3]  10083/8
  10083/25 10091/16
Drew's [1]  10084/19
drive [2]  10058/12

**D**

drive... [1]
  10089/1
drives [1]   10088/1
Dunn [9]   10084/21
  10084/22 10084/25
  10085/2 10085/8
  10085/8 10085/15
  10085/19 10089/24
during [1]   10060/25
dust [3]   10089/4
  10089/10 10089/11
duties [1]   10092/25

**E**

e-mail [1]   10078/16
earlier [1]   10095/3
east [1]   10081/14
EDWARD [1]   10057/22
EDWARDS [1]
  10057/16
effort [2]   10083/15
  10085/25
efforts [2]
  10072/19 10073/12
either [1]   10091/3
election [8]
  10063/4 10064/18
  10065/6 10070/6
  10080/7 10085/5
  10087/5 10091/13
elections [1]
  10064/20
Electoral [6]
  10062/18 10062/23
  10073/22 10086/1
  10086/4 10093/1
element [1]   10091/3
elements [1]
  10090/20
Eller [1]   10091/21
Ellipse [7]   10078/9
  10078/20 10079/3
  10079/13 10079/15
  10079/16 10079/21
ELMER [1]   10057/6
else [4]   10060/15
  10072/18 10086/1
  10096/5
Empire [1]   10058/16
encourage [3]
  10064/15 10064/22
  10079/6
encouraged [3]
  10064/15 10064/15
  10065/4
end [3]   10095/2
  10095/16 10095/18
endearing [1]
  10077/8
endeavoring [2]
  10086/15 10087/4
enforcement [4]
  10067/3 10072/6
  10073/13 10073/14
ensure [1]   10077/25
entered [1]
  10060/13
entire [2]   10070/8

entirely [1]
  10086/17
entirety [2]
  10081/19 10081/21
entitled [1]
  10097/5
entry [1]   10059/22
escort [6]   10076/17
  10076/23 10076/24
  10078/9 10080/9
  10080/15
escorting [1]
  10061/23
et [1]   10057/6
eve [1]   10071/8
even [2]   10070/23
  10087/1
evening [2]   10088/1
  10096/2
event [27]   10062/6
  10069/17 10071/20
  10071/22 10074/22
  10075/3 10075/6
  10076/1 10076/3
  10076/5 10076/7
  10076/22 10077/3
  10077/5 10077/10
  10077/11 10077/12
  10077/25 10078/4
  10078/5 10078/14
  10078/18 10079/11
  10079/13 10079/14
  10080/20 10088/21
events [14]   10063/7
  10064/10 10065/5
  10066/21 10066/22
  10069/1 10071/3
  10071/8 10077/6
  10077/14 10078/11
  10083/9 10090/5
  10092/7
everybody [3]
  10074/13 10096/2
  10096/5
evidence [40]
  10059/15 10059/22
  10060/3 10060/14
  10061/3 10061/7
  10062/9 10062/20
  10062/22 10063/22
  10063/24 10065/10
  10065/24 10068/11
  10069/23 10070/24
  10071/22 10072/14
  10073/25 10076/15
  10076/21 10080/4
  10080/5 10080/6
  10080/8 10081/4
  10083/8 10083/23
  10084/8 10084/16
  10086/5 10086/6
  10086/7 10089/3
  10091/2 10091/13
  10093/15 10093/23
  10094/5 10094/23
examination [1]
  10083/9
excited [1]   10076/9
excuse [3]   10069/20

10079/5
execution [1]
  10091/7
exhibit [6]   10067/9
  10067/16 10068/8
  10071/12 10078/23
  10084/10
Exhibit 4804.1 [1]
  10068/8
Exhibit 51 [1]
  10067/16
Exhibit 7001A [1]
  10071/12
exhibits [2]
  10072/22 10073/1
existence [1]
  10070/25
exists [2]   10064/10
  10081/6
exit [1]   10059/23
expect [1]   10083/5
expected [5]
  10078/7 10078/17
  10079/2 10079/3
  10090/1
experience [2]
  10067/18 10090/12
expert [3]   10067/18
  10077/7 10092/1
explain [1]
  10094/16
explained [2]
  10072/9 10072/11
explains [1]
  10088/16
explanation [3]
  10065/5 10070/9
  10070/20
exposure [1]
  10095/10
extent [1]   10064/20

**F**

Facebook [1]
  10081/5
facilitate [1]
  10087/10
fact [8]   10059/17
  10061/17 10062/9
  10068/21 10076/15
  10078/6 10080/16
  10085/12
facts [1]   10094/22
failed [1]   10062/21
fair [1]   10095/4
family [1]   10079/21
fan [1]   10088/22
fancy [1]   10061/11
far [2]   10060/15
  10068/14
fast [1]   10086/24
FBI's [1]   10091/10
feared [2]   10078/21
  10078/23
feel [1]   10066/25
felt [1]   10081/9
fence [2]   10089/16
  10089/21
fences [1]   10079/25
few [2]   10063/23

10071/5
filed [2]   10095/20
  10096/1
files [1]   10094/7
filled [1]   10064/8
final [1]   10087/1
finally [2]
  10063/12 10094/12
find [1]   10093/4
finding [1]   10093/7
Finish [1]   10090/19
finished [3]
  10076/16 10076/23
  10079/15
firearm [1]
  10072/16
firearms [2]
  10063/3 10088/18
fired [2]   10086/6
  10088/8
firing [1]   10067/3
first [4]   10069/2
  10072/12 10075/12
  10081/21
FISCHER [3]
  10058/15 10058/15
  10095/15
Fischer's [1]
  10095/21
flip [1]   10073/8
Florida [8]
  10066/13 10066/16
  10068/18 10068/22
  10068/24 10075/2
  10088/1 10092/3
focused [3]
  10063/25 10064/1
  10091/22
folks [4]   10083/16
  10089/15 10095/2
  10096/5
fomenting [1]
  10065/14
For Defendant [1]
  10057/19
force [5]   10083/21
  10086/1 10087/6
  10091/5 10091/8
foregoing [1]
  10097/4
foreshadowing [1]
  10069/11
former [4]   10069/5
  10072/6 10076/9
  10076/20
FormerFeds [1]
  10058/12
forward [4]
  10086/25 10092/11
  10094/23 10095/7
forwarded [1]
  10078/16
found [1]   10081/14
four [2]   10093/8
  10093/11
foyer [1]   10086/21
fraudulent [1]
  10064/18
free [1]   10068/24
front [2]   10058/3

**F**

front... [1]
  10089/19
fruition [1]
  10071/1
frustrated [2]
  10069/16 10070/6
full [2]   10079/11
  10095/17
functions [1]
  10087/12

**G**

garage [1]   10064/7
Garden [1]   10088/1
gathered [1]
  10082/25
gathering [1]
  10071/17
gear [2]   10075/25
  10075/25
gentlemen [10]
  10060/22 10061/13
  10080/22 10083/4
  10083/22 10085/1
  10092/10 10094/9
  10094/19 10094/25
GEYER [3]   10058/11
  10095/14 10095/23
given [1]   10079/4
giving [1]   10095/8
Glen [1]   10058/17
goal [1]   10091/5
goes [3]   10074/20
  10087/24 10088/1
going to [1]
  10069/11
GoTo [1]   10069/21
government [49]
government's [12]
  10059/22 10061/24
  10062/15 10063/8
  10063/13 10063/20
  10069/23 10071/12
  10082/12 10092/1
  10094/10 10095/15
Governor [1]
  10058/16
grand [1]   10093/19
Graydon [1]   10081/8
green [1]   10075/3
Greene [8]   10067/13
  10067/17 10067/22
  10068/1 10068/3
  10068/21 10089/13
  10089/21
Greene's [1]
  10089/19
grounds [3]
  10059/24 10072/11
  10077/12
group [3]   10060/8
  10060/12 10074/2
guard [1]   10075/2
guess [1]   10060/18
guidance [1]
  10073/14
guilty [6]   10090/24
  10092/13 10092/19

10093/7 10093/12
10094/24

**H**

HALLER [4]   10058/8
  10058/8 10061/14
  10085/10
hand [2]   10074/1
  10074/6
handheld [1]
  10077/19
handles [1]
  10082/18
hands [2]   10087/3
  10095/18
happen [4]   10066/3
  10071/13 10079/1
  10089/18
happened [7]
  10063/9 10065/12
  10073/20 10077/23
  10081/16 10089/20
  10091/16
happening [5]
  10062/3 10070/21
  10080/3 10087/21
  10089/7
happens [2]
  10088/15 10088/15
happy [1]   10095/21
hardly [1]   10071/10
Harrelson [4]
  10058/11 10081/15
  10093/17 10094/8
Harris [1]   10092/2
Harrisburg [1]
  10058/3
hatched [1]
  10069/24
hatching [1]
  10070/14
Hawa [1]   10091/15
healthy [1]
  10064/20
hear [3]   10061/24
  10063/24 10064/5
heard [38]   10062/10
  10064/6 10064/8
  10064/13 10064/17
  10065/24 10066/8
  10066/20 10066/20
  10067/11 10067/12
  10067/25 10068/7
  10068/25 10069/3
  10069/7 10069/14
  10069/19 10070/3
  10071/2 10071/23
  10073/1 10073/24
  10075/8 10078/21
  10078/22 10079/11
  10083/8 10084/20
  10086/5 10086/6
  10086/7 10086/8
  10088/17 10088/20
  10089/13 10092/6
  10094/16
hearing [1]   10070/2
heckled [1]   10085/9
help [2]   10084/23
  10089/5

helped [2]   10059/25
  10066/2
helpful [2]
  10084/24 10087/8
hide [1]   10074/14
high [1]   10065/17
highest [1]   10066/6
highlight [2]
  10059/11 10081/22
highlighted [1]
  10059/17
highlights [1]
  10065/18
Highway [1]
  10058/16
Hilgeman [1]
  10091/16
himself [2]   10077/7
  10077/21
hindering [1]
  10091/7
hit [1]   10088/22
home [1]   10091/20
Honor [5]   10059/4
  10060/19 10060/20
  10061/10 10095/24
HONORABLE [1]
  10057/10
HOOK [3]   10058/22
  10097/3 10097/10
hospital [1]
  10089/9
host [1]   10079/14
hosted [1]   10090/4
hotel [2]   10069/15
  10087/25
hour [1]   10082/16
hours [1]   10064/7
House [4]   10084/5
  10089/16 10089/16
  10089/20
HUGHES [1]   10057/15
hundreds [1]
  10077/5
hurricanes [1]
  10066/13
hyperbole [1]
  10090/14

**I**

idea [1]   10070/22
identified [1]
  10079/18
IFAK [1]   10073/12
III [1]   10057/6
illegal [1]
  10088/19
illegality [1]
  10061/4
image [1]   10075/15
images [1]   10087/20
imagined [1]
  10062/12
important [4]
  10063/22 10075/21
  10078/12 10082/6
improve [1]
  10067/24
inadvertently [1]
  10060/25

inclined [1]
  10082/24
including [1]
  10060/13
independent [1]
  10095/10
indicated [1]
  10072/23
individual [2]
  10067/11 10071/24
individuals [1]
  10066/8
information [1]
  10078/3
initially [1]
  10074/19
injured [1]   10069/9
innocent [1]
  10071/10
input [1]   10072/4
inside [1]   10087/1
Instead [1]   10068/4
instructed [1]
  10066/5
instruction [2]
  10060/19 10060/24
instructions [4]
  10090/24 10090/25
  10093/3 10095/8
insurrection [7]
  10061/2 10061/3
  10061/5 10065/15
  10088/10 10088/12
  10088/14
intending [1]
  10089/2
intent [2]   10065/21
  10066/18
interaction [1]
  10084/21
interfere [2]
  10087/5 10092/18
internet [1]
  10064/8
interrupt [1]
  10090/15
intimidating [1]
  10085/3
into [35]   10059/22
  10062/17 10062/22
  10063/12 10066/17
  10068/11 10072/7
  10073/5 10073/21
  10074/20 10075/3
  10075/25 10080/6
  10080/21 10080/25
  10081/2 10081/12
  10081/23 10082/19
  10083/14 10086/21
  10088/18 10089/1
  10089/11 10089/16
  10089/17 10091/12
  10091/14 10091/18
  10091/20 10091/24
  10092/2 10092/5
  10092/8 10092/21
introduced [2]
  10068/11 10071/15
introducing [1]
  10059/19

## I

investigating [1]
  10092/3
investigation [2]
  10091/11 10091/22
invoke [1]   10088/11
invoked [2]
  10088/15 10088/16
involved [4]
  10065/20 10088/8
  10088/25 10092/7
involvement [1]
  10071/19
involves [1]
  10059/13
involving [1]
  10060/12
issue [2]   10063/8
  10064/19
issued [1]   10075/12

## J

JAMES [2]   10057/20
  10060/13
January [55]
January 20th [1]
  10088/4
JEFF [5]   10058/22
  10068/23 10075/1
  10097/3 10097/10
JEFFREY [1]
  10057/14
Jericho [2]
  10071/21 10077/9
job [1]   10077/10
Johnston [1]
  10057/23
join [3]   10087/25
  10087/25 10094/19
joined [3]   10066/9
  10066/10 10081/15
JONATHAN [1]
  10058/2
Jones [3]   10075/19
  10075/21 10075/22
JUDGE [4]   10057/11
  10066/5 10090/24
  10093/4
JULI [3]   10058/8
  10058/8 10061/14
jury [7]   10057/10
  10059/2 10060/21
  10093/19 10094/9
  10094/20 10095/12
Juxtapose [1]
  10087/20

## K

KATHRYN [1]
  10057/14
keen [1]   10066/12
Keeper [5]   10060/1
  10068/22 10070/1
  10071/24 10074/14
Keepers [55]
Keepers' [2]
  10073/25 10086/10
KELLY [10]   10061/9
  10061/15 10065/20

10066/1 10071/5
10074/25 10074/25
10076/5 10082/3
10082/4
key [1]   10069/23
kit [2]   10072/20
  10072/21
kits [1]   10073/12
KM [27]   10067/17
  10068/1 10068/8
  10071/23 10072/18
  10073/8 10074/2
  10075/11 10075/15
  10076/6 10076/13
  10076/23 10077/18
  10077/24 10078/15
  10078/24 10079/8
  10079/22 10080/7
  10080/9 10081/17
  10081/18 10086/21
  10086/24 10087/15
  10087/15 10089/25
KM 08 [1]   10075/15
KM 09 [1]   10075/15
KM 17 [1]   10079/22
KM 18 [1]   10080/7
KM 19 [1]   10080/9
KM 29 [1]   10076/6
KM 32 [1]   10076/13
KM 40 [2]   10081/17
  10081/18
KM 44 [1]   10074/2
KM 45.2 [1]
  10087/15
KM 45.3 [1]
  10087/15
KM 55 [1]   10086/21
KM 58.01 [1]
  10086/24
KM 62 [2]   10072/18
  10073/8
KM 63 [1]   10071/23
KM 65 [2]   10067/17
  10068/1
KM 68 [2]   10078/15
  10079/8
KM 70 [1]   10077/24
KM 71 [1]   10076/23
KM 72 [1]   10077/18
KM 76 [2]   10078/24
  10089/25
knew [1]   10074/12
  10084/8 10084/18
knowledge [1]
  10070/25
known [1]   10083/24

## L

LA [1]   10057/23
labeling [1]
  10072/25
ladies [10]
  10060/22 10061/13
  10080/22 10083/4
  10083/22 10084/25
  10092/10 10094/9
  10094/19 10094/25
language [1]
  10067/10
Lassiter [1]

10057/20
last [3]   10076/10
  10080/20 10089/17
late [1]   10078/2
later [3]   10059/17
  10059/20 10059/23
law [7]   10058/6
  10058/8 10067/2
  10072/6 10073/13
  10073/13 10091/7
lawful [2]   10061/19
  10080/14
Lawn [1]   10057/21
Lazarus [3]   10085/6
  10085/13 10085/14
lead [1]   10071/24
leader [2]   10066/15
  10073/23
leading [2]
  10071/22 10081/23
learn [1]   10077/21
learned [1]
  10070/15
least [4]   10065/5
  10088/16 10088/20
  10091/4
leave [3]   10076/22
  10084/23 10086/18
leaves [2]   10085/18
  10087/23
lede [1]   10077/21
LEE [1]   10057/20
left [1]   10059/12
legality [2]
  10061/2 10061/4
length [1]   10088/10
LEO [1]   10072/12
level [1]   10075/4
licensed [4]
  10068/20 10068/22
  10068/22 10075/2
life [1]   10088/2
lightly [1]   10063/7
likely [1]   10078/8
limited [1]   10060/6
limiting [1]
  10060/24
LINDER [4]   10057/19
  10057/20 10062/16
  10088/9
Linder's [1]
  10088/23
line [1]   10074/11
list [3]   10079/7
  10079/8 10079/25
listen [1]   10063/24
little [2]   10069/22
  10089/2
live [1]   10066/12
LLC [1]   10058/12
long [5]   10070/12
  10072/25 10074/5
  10074/7 10094/21
longer [1]   10090/16
look [5]   10072/22
  10073/8 10089/25
  10089/25 10095/7
looking [1]   10072/3
lot [5]   10065/6
  10065/7 10069/20

10083/4 10089/6
lots [1]   10081/1
LOUIS [1]   10057/15
Louisiana [1]
  10089/7
Louisville [6]
  10066/23 10067/4
  10067/14 10067/22
  10068/5 10068/6

## M

machinations [1]
  10064/24
Maddox [1]   10075/9
MAGA [7]   10069/2
  10069/3 10069/19
  10071/4 10071/10
  10071/13 10089/7
Magnetometers [1]
  10075/22
mail [1]   10078/16
majority [1]
  10083/11
makes [1]   10088/6
managing [1]
  10078/1
many [4]   10063/1
  10063/14 10070/17
  10078/21
MANZO [1]   10057/15
march [11]   10069/3
  10069/3 10069/19
  10071/10 10071/13
  10071/21 10075/13
  10077/9 10079/3
  10079/4 10089/8
marchers [1]
  10090/2
massacre [1]
  10089/21
matter [2]   10085/12
  10097/5
may [4]   10065/8
  10077/7 10082/22
  10093/4
maybe [2]   10059/21
  10090/17
McCamley [2]
  10071/16 10091/25
MD [1]   10058/17
mean [2]   10059/21
  10060/10
means [3]   10078/13
  10080/18 10082/15
meant [1]   10088/12
media [2]   10094/7
  10095/9
medical [1]
  10074/15
medics [1]   10073/11
meet [1]   10087/10
meeting [2]   10063/4
  10069/21
megaphones [1]
  10077/20
Meggs [68]
Meggs' [5]   10060/23
  10071/19 10083/20
  10084/20 10091/20
MEHTA [1]   10057/10

**M**

member [3]    10072/14
  10077/1 10093/6
members [7]    10063/3
  10072/6 10078/6
  10079/21 10087/9
  10087/11 10092/24
memo [1]    10090/6
mention [2]
  10061/17 10073/6
message [3]    10074/6
  10092/22 10092/23
messages [25]
  10060/11 10063/25
  10065/25 10072/23
  10073/1 10073/2
  10073/4 10073/4
  10073/9 10074/1
  10074/4 10074/18
  10080/5 10088/14
  10090/14 10091/11
  10091/17 10091/23
  10092/4 10093/16
  10093/18 10093/20
  10093/22 10093/25
  10094/4
messaging [1]
  10081/4
met [2]    10077/8
  10091/3
Michael [6]
  10067/13 10067/17
  10067/21 10068/1
  10068/3 10068/21
microphone [1]
  10077/18
middle [1]    10075/19
Mike [4]    10066/9
  10066/13 10066/15
  10068/1
military [1]
  10067/18
Million [7]    10069/2
  10069/3 10069/19
  10071/4 10071/10
  10071/13 10089/7
mind [2]    10065/9
  10065/12
mindedness [1]
  10064/16
Minuta [6]    10059/14
  10059/14 10060/5
  10060/7 10060/10
  10060/12
minutes [10]
  10059/11 10059/17
  10059/20 10070/11
  10083/11 10083/17
  10085/22 10085/23
  10086/25 10090/17
missing [1]
  10059/21
mission [2]    10068/4
  10069/17
moments [1]    10087/1
Monday [6]    10095/6
  10095/13 10095/17
  10095/19 10096/3
  10096/6

months [2]    10063/18
  10071/7
Moore [1]    10091/25
more [11]    10064/21
  10064/21 10065/11
  10074/18 10075/21
  10085/22 10088/23
  10089/2 10090/4
  10090/5 10092/16
moreover [1]
  10062/19
Morlock [2]
  10068/23 10075/1
morning [5]
  10073/24 10074/10
  10074/17 10095/6
  10095/13
most [1]    10063/21
motion [1]    10095/20
motive [1]    10084/4
move [2]    10059/9
  10087/8
moved [1]    10083/16
movement [1]
  10087/3
moving [1]    10064/24
Mr. [157]
Mr. Abdullah [1]
  10069/25
Mr. Alexander [3]
  10077/11 10078/16
  10079/14
Mr. Alexander's [1]
  10078/18
Mr. Bright [2]
  10060/24 10094/20
Mr. Brown [5]
  10068/15 10078/11
  10078/17 10079/12
  10090/3
Mr. Crisp [2]
  10078/14 10095/14
Mr. Cummings [2]
  10062/11 10076/6
Mr. Dolan [7]
  10064/6 10075/15
  10075/17 10076/11
  10076/14 10076/19
  10081/16
Mr. Dunn [3]
  10084/25 10085/19
  10089/24
Mr. Fischer [1]
  10095/15
Mr. Fischer's [1]
  10095/21
Mr. Geyer [2]
  10095/14 10095/23
Mr. Greene [2]
  10089/13 10089/21
Mr. Greene's [1]
  10089/19
Mr. Harrelson [3]
  10081/15 10093/17
  10094/8
Mr. James [1]
  10060/13
Mr. Jones [2]
  10075/21 10075/22
Mr. Linder [2]

10062/16 10088/9
Mr. Linder's [1]
  10088/23
Mr. Maddox [1]
  10075/9
Mr. Meggs [58]
Mr. Meggs' [4]
  10060/23 10071/19
  10083/20 10084/20
Mr. Minuta [5]
  10059/14 10060/5
  10060/7 10060/10
  10060/12
Mr. Nestler [2]
  10063/1 10063/9
Mr. Nichols [1]
  10060/6
Mr. Nichols' [1]
  10060/14
Mr. Rasheed [2]
  10070/7 10070/15
Mr. Rasheed's [1]
  10070/18
Mr. Rhodes [18]
  10064/17 10067/25
  10069/16 10070/5
  10071/24 10074/2
  10074/12 10074/17
  10074/24 10075/6
  10075/7 10086/8
  10087/25 10088/9
  10088/25 10089/14
  10090/9 10090/11
Mr. Rhodes' [2]
  10061/6 10073/23
Mr. Shipley's [1]
  10059/13
Mr. Siekerman [4]
  10072/19 10073/10
  10073/10 10073/16
Mr. Stone [2]
  10068/16 10068/18
Mr. Vallejo [5]
  10069/12 10088/24
  10088/25 10089/2
  10089/10
Mr. Woodward [4]
  10060/19 10061/8
  10090/10 10095/1
Mr. Zimmerman [4]
  10069/3 10069/7
  10069/12 10089/8
Ms. [19]    10061/17
  10061/18 10064/8
  10067/6 10067/8
  10074/21 10075/23
  10078/13 10079/11
  10082/10 10084/6
  10084/9 10084/10
  10084/19 10085/10
  10085/11 10087/16
  10087/22 10091/23
Ms. Drew's [1]
  10084/19
Ms. Haller [1]
  10085/10
Ms. Pelosi [2]
  10084/6 10084/9
Ms. Rakoczy [2]
  10061/17 10061/18

Ms. Wallace [1]
  10085/11
Ms. Watkins [4]
  10064/8 10074/21
  10075/23 10091/23
Ms. Wintermeyer [8]
  10067/6 10067/8
  10078/13 10079/11
  10082/10 10084/10
  10087/16 10087/22
much [5]    10082/15
  10089/18 10090/13
  10090/16 10095/11
multiple [5]
  10070/16 10078/6
  10080/12 10092/4
  10093/5
murder [1]    10067/4
must [1]    10088/5
  10093/11 10093/11

**N**

name [4]    10059/13
  10061/13 10070/16
  10070/17
Nancy [1]    10084/5
narrative [1]
  10081/9
National [1]
  10077/6
necessary [2]
  10067/1 10089/9
need [3]    10069/21
  10078/19 10092/16
needed [7]    10072/21
  10073/11 10078/9
  10087/10 10089/5
  10089/15 10089/17
negotiations [1]
  10077/15
NESTLER [3]
  10057/14 10063/1
  10063/9
Nevertheless [1]
  10080/24
next [15]    10071/20
  10074/15 10074/23
  10074/25 10075/5
  10075/7 10084/9
  10088/15 10092/13
  10092/14 10092/19
  10092/23 10093/1
  10093/12 10094/11
nice [3]    10095/7
  10095/11 10096/6
Nichols [1]    10060/6
Nichols' [1]
  10060/14
night [1]    10069/15
NJ [1]    10058/13
nobody [1]    10081/6
None [1]    10068/2
nor [1]    10066/17
North [1]    10058/3
note [1]    10059/16
November [6]
  10057/6 10063/10
  10069/15 10069/21
  10070/21 10071/2
November 9th [3]

**N**

November 9th... [3]
  10069/21 10070/21
  10071/2
number [4]   10087/19
  10087/20 10090/7
  10092/6
numeric [1]
  10072/25
numerous [1]
  10078/17
NW [4]   10057/17
  10058/6 10058/9
  10058/24

**O**

o'clock [4]
  10078/14 10078/15
  10095/3 10095/6
Oak [1]   10057/21
Oath [62]
objection [4]
  10059/7 10059/8
  10059/19 10060/2
observe [1]   10087/2
observed [1]
  10085/8
obstruct [1]
  10092/15
Obstruction [1]
  10092/20
obviously [1]
  10059/13
occur [1]   10071/5
occurrences [1]
  10059/17
occurring [1]
  10071/9
off [4]   10084/12
  10089/4 10089/10
  10089/11
offender [1]
  10070/15
offenses [1]
  10090/20
Office [1]   10057/16
Officer [11]
  10071/16 10084/21
  10084/22 10085/2
  10085/6 10085/8
  10085/8 10085/13
  10085/14 10085/15
  10091/25
officers [8]
  10059/10 10067/3
  10068/21 10073/3
  10086/7 10086/15
  10087/3 10090/4
Offices [1]   10058/8
official [6]
  10058/23 10087/6
  10092/16 10092/18
  10092/20 10097/3
often [1]   10071/14
Ohio [1]   10091/22
Olive [1]   10087/25
Once [1]   10084/25
one [25]   10061/16
  10062/5 10065/2

  10065/5 10066/6
  10069/22 10073/6
  10074/18 10077/22
  10080/23 10086/1
  10086/9 10086/23
  10087/17 10087/18
  10088/18 10088/21
  10091/4 10092/8
  10092/12 10092/22
  10092/22 10093/8
  10093/10 10095/2
only [9]   10070/13
  10084/22 10088/6
  10090/21 10092/1
  10092/13 10092/18
  10094/5 10094/24
open [2]   10064/16
  10082/3
opening [5]
  10059/11 10064/3
  10064/12 10067/1
  10082/4
operation [2]
  10071/25 10073/23
opinion [1]
  10064/16
opportunity [6]
  10062/20 10063/11
  10063/19 10065/23
  10079/18 10090/21
oppose [1]   10087/7
opposing [1]
  10091/5
order [1]   10096/4
organization [1]
  10066/11
others [13]
  10062/11 10062/22
  10064/17 10065/20
  10066/2 10067/13
  10070/6 10071/6
  10076/17 10076/22
  10077/14 10080/18
  10082/8
otherwise [1]
  10060/2
ought [3]   10064/21
  10064/22 10070/7
ourselves [1]
  10068/14
out [7]   10059/10
  10061/18 10069/14
  10082/23 10087/8
  10089/5 10095/3
outside [5]
  10075/25 10083/1
  10083/24 10087/15
  10087/18
outstanding [1]
  10077/10
over [1]   10089/15
overtly [1]   10085/3
owners [1]   10068/2

**P**

P.A [1]   10058/15
p.m [4]   10057/7
  10078/13 10080/21
  10096/7
PA [1]   10058/3

packing [1]
  10072/20
painstakingly [1]
  10085/11
Palian [1]   10091/10
paper [1]   10072/21
Park [2]   10058/6
  10077/6
Parler [1]   10081/5
part [8]   10077/24
  10081/3 10081/21
  10085/4 10086/10
  10088/3 10088/17
  10093/9
participate [3]
  10066/22 10071/20
  10075/13
participated [6]
  10066/23 10068/24
  10069/2 10070/1
  10073/18 10088/4
particular [1]
  10066/22
particularly [1]
  10066/12
party [1]   10060/1
pass [6]   10074/22
  10075/11 10075/11
  10075/12 10075/13
  10079/4
passes [2]   10074/23
  10075/3
pause [1]   10077/13
pay [1]   10078/10
Pelosi [3]   10084/5
  10084/6 10084/9
Pennsylvania [1]
  10058/9
people [14]   10064/1
  10065/6 10065/11
  10065/16 10066/1
  10067/4 10069/10
  10069/13 10071/17
  10078/2 10078/7
  10087/8 10089/9
  10092/6
perimeter [1]
  10089/5
permit [1]   10077/18
person [2]   10087/17
  10091/5
personal [2]
  10068/9 10079/20
perspective [1]
  10064/2
persuade [1]
  10090/21
PHILLIP [1]
  10057/19
phone [5]   10076/14
  10093/16 10093/25
  10094/1 10094/2
photograph [3]
  10071/16 10071/18
  10084/19
photographs [4]
  10059/15 10076/13
  10080/4 10087/14
physical [1]
  10081/4

physically [1]
  10063/3
pick [1]   10069/9
picking [1]
  10069/13
picture [12]
  10068/12 10075/18
  10075/19 10076/11
  10076/19 10084/1
  10084/2 10084/3
  10084/25 10085/1
  10085/3 10087/17
pictures [1]
  10083/17
pieces [2]   10069/23
  10070/13
placard [1]
  10084/12
place [1]   10087/9
places [1]   10080/23
Plaintiff [1]
  10057/4
plan [39]   10062/16
  10062/17 10062/18
  10062/22 10062/25
  10066/2 10066/16
  10066/17 10071/7
  10073/21 10073/21
  10077/11 10077/12
  10080/5 10080/6
  10081/11 10083/14
  10085/4 10088/4
  10089/11 10090/8
  10090/8 10091/11
  10091/12 10091/14
  10091/14 10091/17
  10091/18 10091/20
  10091/21 10091/23
  10091/24 10092/2
  10092/4 10092/5
  10092/17 10092/20
  10092/21 10093/1
planned [5]   10077/5
  10077/14 10078/5
  10078/15 10080/21
planner [2]   10077/3
  10077/5
planning [10]
  10070/24 10071/4
  10071/22 10072/3
  10072/19 10075/4
  10077/23 10077/25
  10078/4 10092/7
play [6]   10067/6
  10080/9 10082/15
  10082/20 10083/2
  10085/17
played [7]   10067/7
  10079/24 10081/25
  10082/13 10082/21
  10084/14 10085/10
playing [1]
  10082/22
please [38]   10066/4
  10074/2 10074/9
  10074/15 10074/23
  10074/25 10075/5
  10075/7 10075/11
  10075/15 10076/6
  10076/13 10076/24

# P

**please... [25]**
10077/24 10078/12
10078/16 10079/8
10079/22 10080/7
10080/10 10081/17
10081/24 10082/10
10082/20 10084/10
10084/25 10085/17
10086/24 10086/25
10087/16 10092/14
10092/14 10092/19
10092/23 10093/2
10093/13 10094/11
10095/9
**plethora [1]**
10088/18
**plot [2]**   10069/24
10070/14
**podium [2]**   10077/18
10077/19
**point [5]**   10059/5
10059/8 10059/9
10060/8 10085/7
**police [15]**
10071/16 10072/1
10077/15 10078/25
10079/2 10079/2
10079/9 10080/1
10086/10 10087/2
10087/10 10087/19
10089/24 10090/5
10090/6
**Police's [1]**
10090/1
**political [2]**
10064/9 10065/4
**portable [1]**
10077/20
**possibility [1]**
10088/13
**potential [1]**
10061/2
**precinct [1]**
10072/9
**preparation [1]**
10072/1
**preparations [1]**
10074/1
**prepared [3]**
10063/10 10063/11
10089/25
**presence [1]**
10066/25
**present [4]**   10059/2
10060/21 10066/1
10095/12
**presentation [2]**
10081/20 10081/22
**presentations [1]**
10073/5
**presented [1]**
10063/12
**president [17]**
10061/4 10061/22
10062/6 10062/12
10062/13 10068/10
10069/5 10076/2
10076/8 10076/9

10076/10 10076/15
10076/16 10076/20
10076/23 10080/15
10088/11
**president's [2]**
10061/1 10078/8
**press [1]**   10071/15
**prevent [4]**   10063/3
10089/15 10092/24
10093/7
**prevented [1]**
10089/22
**preventing [2]**
10091/7 10093/19
**private [1]**
10068/18
**probably [1]**
10075/17
**proceeding [4]**
10087/6 10092/16
10092/18 10092/20
**proceedings [3]**
10057/10 10096/7
10097/5
**production [1]**
10065/17
**prolific [1]**
10081/4
**proof [11]**   10066/4
10070/14 10081/5
10082/11 10083/14
10083/15 10083/20
10084/3 10092/11
10093/5 10094/3
**property [2]**
10094/13 10094/13
**prosecution [1]**
10073/6
**protect [2]**
10069/17 10086/9
**protected [4]**
10062/13 10074/20
10075/17 10076/1
**protest [3]**
10061/21 10065/2
10080/15
**protesters [2]**
10086/8 10090/8
**protests [2]**
10079/2 10090/2
**prove [1]**   10094/10
**provide [9]**   10062/1
10062/8 10062/10
10062/21 10068/5
10069/6 10079/13
10086/15 10088/21
**provided [7]**
10068/2 10068/9
10068/17 10068/23
10069/12 10073/14
10075/20
**providing [7]**
10066/11 10068/6
10068/13 10068/15
10079/20 10080/9
10080/20
**provision [1]**
10062/5
**pull [5]**   10067/17
10068/7 10071/12

10071/23 10086/20
**purpose [1]**
10064/25
**purposes [4]**
10061/19 10075/21
10088/20 10093/19
**put [6]**   10065/17
10072/25 10085/6
10088/24 10092/11
10092/16
**putting [1]**
10081/23
**Putzi [1]**   10058/15

# Q

**QRF [4]**   10069/8
10088/17 10088/21
10089/14
**quality [1]**
10065/17
**quarter [1]**   10096/3
**quarterback [1]**
10091/10
**query [1]**   10070/7
**quick [2]**   10059/4
10060/23
**quite [1]**   10070/12
**quote [2]**   10063/9
10063/19

# R

**RAKOCZY [3]**
10057/14 10061/17
10061/18
**rally [4]**   10070/22
10070/24 10070/25
10071/4
**Rasheed [3]**
10069/25 10070/7
10070/15
**Rasheed's [1]**
10070/18
**ravaged [1]**
10066/13
**reached [1]**
10084/11
**read [10]**   10072/24
10073/2 10074/4
10079/6 10085/19
10090/6 10090/24
10091/17 10093/4
10096/1
**reading [2]**   10064/7
10073/4
**ready [2]**   10089/4
10089/8
**real [1]**   10070/9
**really [3]**   10087/21
10088/6 10089/2
**reason [3]**   10080/16
10082/7 10086/17
**reasonable [5]**
10066/7 10082/11
10083/20 10091/3
10094/11
**reasons [2]**
10080/12 10080/14
**rebuttal [1]**
10095/15
**recall [8]**   10063/1

10067/1 10072/23
10076/6 10081/18
10081/20 10082/22
10083/7
**recalls [1]**   10090/5
**receive [1]**
10075/11
**received [1]**
10067/21
**recognizing [1]**
10088/19
**record [6]**   10059/5
10060/9 10062/9
10067/15 10070/8
10097/5
**recording [1]**
10070/10
**recount [1]**
10073/12
**red [2]**   10074/16
10080/2
**reference [2]**
10069/13 10069/13
**referring [2]**
10085/14 10088/13
**reflect [3]**
10085/24 10086/23
10091/2
**related [2]**   10062/2
10094/5
**relation [1]**
10082/6
**relative [2]**
10076/18 10076/24
**relevant [2]**
10059/18 10088/16
**relief [1]**   10066/11
**rely [1]**   10061/6
**remember [5]**
10064/3 10066/4
10067/9 10070/14
10081/7
**remind [1]**   10074/4
**reminder [1]**
10060/18
**removing [1]**
10093/22
**repeat [2]**   10067/10
10084/6
**report [2]**   10067/21
10067/23
**Reporter [3]**
10058/22 10058/23
10097/3
**represent [1]**
10061/15
**request [1]**   10095/4
**required [1]**
10066/5
**research [1]**
10095/11
**resolved [1]**
10096/3
**respect [4]**
10062/15 10071/19
10084/17 10092/15
**respond [2]**
10095/22 10095/23
**responsibility [1]**
10077/25

**R**

**responsible [5]**
  10072/10 10076/3
  10082/8 10091/19
  10092/3
**restaurant [4]**
  10067/21 10067/22
  10067/23 10068/2
**result [1]**   10070/6
**results [1]**   10065/8
**resume [1]**   10095/6
**reticent [1]**
  10062/2
**retire [1]**   10094/21
**return [6]**   10087/11
  10090/22 10092/13
  10092/19 10093/11
  10094/24
**returned [1]**
  10085/22
**returning [1]**
  10069/17
**revealed [1]**
  10065/10
**reviewed [2]**
  10091/11 10091/14
**rhetoric [2]**
  10070/5 10090/14
**rhetorically [1]**
  10090/9
**RHODES [22]**   10057/6
  10057/19 10064/17
  10067/25 10069/16
  10070/5 10071/14
  10071/24 10072/4
  10074/2 10074/12
  10074/17 10074/24
  10075/6 10075/7
  10086/8 10087/25
  10088/9 10088/25
  10089/14 10090/9
  10090/11
**Rhodes' [2]**   10061/6
  10073/23
**rifles [1]**   10090/10
**right [3]**   10065/9
  10074/6 10090/19
**right-hand [1]**
  10074/6
**riot [1]**   10065/14
**riots [1]**   10067/1
**risk [1]**   10090/7
**Ritchie [1]**
  10058/16
**road [2]**   10058/6
  10094/21
**Robert [1]**   10059/14
**Roger [3]**   10068/9
  10068/12 10068/13
**room [2]**   10058/24
  10087/25
**Rotunda [8]**
  10082/19 10083/2
  10083/12 10083/24
  10085/22 10086/13
  10086/14 10086/16
**roughly [2]**
  10070/11 10083/11
**ruled [1]**   10059/15

**rumors [1]**   10086/6
**run [1]**   10068/25

**S**

**safety [3]**   10076/4
  10078/22 10078/23
**same [8]**   10060/5
  10086/19 10086/21
  10086/22 10087/24
  10089/23 10094/2
  10095/8
**sanctity [1]**
  10065/7
**sat [1]**   10077/21
**Save [1]**   10075/13
**saw [13]**   10068/14
  10071/17 10071/22
  10073/20 10073/25
  10074/1 10075/14
  10078/16 10082/5
  10083/7 10085/9
  10087/14 10088/13
**scene [2]**   10064/4
  10085/23
**scroll [3]**   10077/4
  10078/12 10079/10
**searching [1]**
  10091/20
**seats [1]**   10076/12
**second [3]**   10060/12
  10081/6 10085/17
**Secret [7]**   10062/13
  10074/20 10075/23
  10075/24 10076/3
  10089/22 10091/15
**secure [2]**   10064/21
  10077/16
**securing [1]**
  10087/10
**security [33]**
  10061/16 10061/17
  10061/18 10061/23
  10062/2 10062/3
  10062/5 10062/8
  10062/10 10067/18
  10067/24 10068/5
  10068/6 10068/9
  10068/13 10068/15
  10068/18 10068/20
  10068/23 10069/7
  10069/18 10073/7
  10075/2 10075/8
  10075/10 10075/16
  10075/18 10075/20
  10079/13 10079/20
  10080/8 10080/20
  10086/24
**security-related [1]**
  10062/2
**seditious [2]**
  10090/23 10092/12
**seeing [3]**   10085/25
  10090/5 10095/7
**seeking [1]**   10072/4
**seized [2]**   10093/24
  10094/2
**Selfies [1]**
  10083/18
**Senators [1]**
  10078/7

**sends [1]**   10074/17
**separate [1]**
  10093/6
**serve [1]**   10069/8
**service [10]**
  10062/14 10068/20
  10074/20 10075/23
  10075/24 10076/3
  10077/7 10089/22
  10091/15 10094/20
**services [1]**
  10062/2
**Session [1]**   10057/8
**set [1]**   10064/4
**seven [2]**   10075/9
  10075/10
**several [4]**   10066/8
  10069/1 10070/9
  10074/17
**sex [1]**   10070/15
**shades [1]**   10065/18
**shall [1]**   10089/13
**share [1]**   10089/13
**shift [1]**   10078/2
**Shipley's [1]**
  10059/13
**short [1]**   10096/4
**shot [1]**   10067/3
**shots [2]**   10086/6
  10088/8
**show [7]**   10062/20
  10070/24 10074/6
  10081/19 10084/1
  10084/24 10092/22
**showed [7]**   10076/16
  10076/21 10079/22
  10081/20 10083/18
  10084/18 10089/3
**showing [1]**
  10079/10
**shown [2]**   10072/14
  10094/22
**shows [2]**   10065/19
  10085/12
**side [4]**   10081/15
  10087/16 10087/16
  10087/18
**side-by-side [1]**
  10087/16
**Siekerman [5]**
  10071/23 10072/19
  10073/10 10073/10
  10073/16
**sign [1]**   10084/11
**Signal [4]**   10063/25
  10081/5 10093/18
  10093/21
**significance [3]**
  10084/7 10084/9
  10084/17
**significant [1]**
  10090/7
**signs [1]**   10077/19
**simply [1]**   10082/17
**single [2]**   10062/21
  10072/14
**sit [2]**   10064/1
  10064/7
**site [1]**   10092/1
**situated [1]**

**10060/14**
**skeptical [1]**
  10062/7
**skeptics [1]**
  10065/7
**slide [12]**   10074/15
  10074/23 10074/25
  10075/5 10075/7
  10092/13 10092/14
  10092/19 10092/23
  10093/2 10093/13
  10094/11
**slightly [1]**
  10081/9
**slotted [1]**
  10082/16
**slow [1]**   10064/24
**SMS [1]**   10081/5
**soapbox [1]**   10065/3
**somebody [4]**
  10060/10 10075/19
  10078/1 10089/20
**somehow [1]**
  10059/25
**someone [2]**   10087/4
  10087/7
**sometimes [1]**
  10065/1
**soon [1]**   10096/4
**sophisticated [1]**
  10075/4
**sorry [1]**   10074/18
**sought [2]**   10059/9
  10070/16
**sound [6]**   10077/20
  10082/15 10084/12
  10084/13 10084/13
  10085/24
**sounds [1]**   10089/6
**space [1]**   10086/16
**speak [8]**   10061/22
  10065/9 10065/11
  10076/10 10076/15
  10078/7 10080/15
  10093/14
**speaker [7]**
  10076/18 10076/24
  10079/7 10079/8
  10079/9 10084/5
  10084/17
**Speaker's [2]**
  10083/25 10084/1
**speakers [5]**
  10076/12 10078/1
  10078/17 10078/19
  10079/20
**speaking [8]**
  10062/6 10075/6
  10076/2 10076/17
  10076/20 10076/23
  10078/1 10079/15
**speaks [2]**   10080/25
  10085/16
**Special [7]**
  10091/10 10091/13
  10091/19 10091/21
  10091/25 10091/25
  10092/2
**speech [1]**   10078/8
**spend [1]**   10069/21

**S**

spoke [5]   10061/19
  10067/2 10071/14
  10088/10 10093/14
spoke about [1]
  10093/14
spontaneous [2]
  10081/10 10081/13
sprang [1]   10063/12
square [1]   10065/3
stack [1]   10059/12
staff [1]   10074/22
stage [5]   10063/3
  10076/12 10077/17
  10077/19 10077/22
stairs [2]   10085/8
  10085/14
stamps [1]   10085/10
stand [2]   10065/2
  10085/7
standard [3]
  10066/4 10066/4
  10066/6
standing [3]
  10082/5 10087/2
  10088/7
STANLEY [2]   10058/5
  10061/13
start [1]   10069/25
started [3]   10064/3
  10070/10 10096/4
starts [1]   10060/19
stash [1]   10075/25
state [1]   10066/13
statement [1]
  10061/1
STATES [6]   10057/1
  10057/3 10057/11
  10076/2 10091/6
  10091/8
step [1]   10083/23
Stephen [3]
  10076/19 10076/25
  10077/1
steps [4]   10065/3
  10081/16 10087/18
  10087/24
STEWART [3]   10057/6
  10071/14 10072/3
stickers [1]
  10092/16
still [1]   10069/16
Stone [5]   10068/9
  10068/13 10068/13
  10068/16 10068/18
stood [1]   10063/23
stop [25]   10062/18
  10062/23 10066/18
  10073/22 10079/18
  10080/7 10080/17
  10080/22 10081/12
  10083/15 10083/21
  10085/4 10085/25
  10086/3 10086/13
  10087/4 10089/12
  10091/12 10091/15
  10091/18 10091/21
  10091/24 10092/5
  10092/9 10092/21

stopping [1]
  10092/25
story [1]   10071/20
street [4]   10057/17
  10057/23 10058/3
  10067/5
string [2]   10074/5
  10074/7
strong [1]   10090/5
stuff [1]   10088/22
subject [1]
  10066/12
submit [7]   10060/4
  10064/19 10071/4
  10080/3 10082/3
  10088/12 10092/11
subpoenaed [1]
  10077/2
substantive [1]
  10088/6
successfully [1]
  10070/16
suggest [2]   10084/8
  10085/1
suggested [2]
  10060/25 10088/2
suggesting [1]
  10059/24
suggests [1]
  10085/4
Suite [4]   10057/21
  10058/16 10083/25
  10084/1
summation [1]
  10090/1 10094/16
summer [3]   10064/4
  10064/6 10066/24
Sunday [2]   10096/1
  10096/1
support [2]   10069/5
  10088/21
supporter [1]
  10068/10
sure [2]   10073/13
  10095/24
surely [1]   10061/23
surprised [2]
  10061/24 10090/3
surrounded [1]
  10090/3
survive [1]
  10064/23
sustained [2]
  10059/19 10060/2
switch [1]   10086/24
systems [1]
  10077/20

**T**

talk [3]   10071/9
  10086/8 10093/21
talking [1]   10094/8
Talks [1]   10073/11
tapped [2]   10062/7
  10062/10
TARPLEY [1]
  10057/22
tasked [3]   10071/24
  10079/19 10080/19
Taylor [1]   10067/2

teams [2]   10075/9
  10075/10
telephone [1]
  10094/7
telling [3]
  10073/10 10074/2
  10074/11
tells [2]   10074/12
  10085/1
tens [1]   10081/4
testified [7]
  10066/14 10067/14
  10068/21 10074/21
  10083/25 10091/9
  10092/4
testify [8]   10064/9
  10066/9 10081/10
  10081/11 10083/8
  10094/1 10094/3
  10094/14
testimony [15]
  10060/6 10062/10
  10064/17 10066/20
  10067/12 10067/25
  10068/7 10069/1
  10069/12 10069/20
  10073/25 10084/20
  10088/18 10088/20
  10093/21
thanking [1]
  10094/20
theory [8]   10059/18
  10061/24 10062/15
  10063/13 10063/16
  10063/20 10063/21
  10089/19
third [1]   10060/1
thoroughly [1]
  10079/6
thought [2]
  10067/23 10078/11
thoughts [1]
  10089/14
thousand [1]
  10085/1
thousands [3]
  10065/15 10065/19
  10081/4
threat [3]   10067/15
  10067/20 10068/1
threatening [1]
  10085/3
threw [1]   10063/19
throughout [3]
  10069/9 10074/17
  10095/9
thus [1]   10078/9
times [3]   10070/16
  10070/17 10092/4
today [3]   10063/15
  10063/16 10064/10
together [3]
  10065/17 10086/20
  10095/5
Toilet [1]   10072/21
told [27]   10063/1
  10066/10 10067/17
  10071/25 10072/13
  10072/20 10073/20
  10077/8 10077/13

10077/15 10077/17
  10077/23 10077/24
  10078/14 10080/1
  10080/11 10080/16
  10080/24 10081/9
  10081/11 10081/13
  10085/7 10089/8
  10090/3 10091/16
  10091/22 10092/8
took [3]   10067/5
  10075/15 10084/1
torn [1]   10084/11
touch [3]   10073/13
  10074/12 10074/25
tourniquets [2]
  10072/21 10073/12
toward [3]   10076/18
  10076/24 10086/22
Towers [1]   10058/16
town [2]   10065/2
  10095/4
tracks [1]   10071/5
training [1]
  10090/12
transcript [2]
  10057/10 10097/4
traveled [1]
  10068/5
trial [9]   10057/10
  10060/7 10060/7
  10063/10 10064/5
  10064/19 10065/10
  10065/24 10070/18
trick [1]   10061/12
TROY [1]   10057/16
trucks [1]   10089/1
true [2]   10089/24
  10097/4
Trump [12]   10062/6
  10062/13 10068/11
  10069/5 10075/2
  10076/9 10076/15
  10076/16 10076/20
  10076/23 10079/15
  10088/11
trust [1]   10070/20
trusted [1]   10070/7
trustworthy [1]
  10064/21
try [1]   10095/2
trying [6]   10059/25
  10060/8 10074/14
  10074/24 10087/7
  10087/8
turn [4]   10072/3
  10081/24 10090/19
  10095/14
Twenty [1]   10083/17
Twice [1]   10068/17
two [9]   10059/12
  10080/23 10085/19
  10086/25 10087/17
  10088/20 10092/15
  10093/8 10093/11
TX [1]   10057/21

**U**

U.S [2]   10057/16
  10058/23
ultimately [7]

## U

**ultimately... [7]**
10071/13 10072/13
10073/16 10075/10
10086/12 10087/21
10087/23
**uncharged [2]**
10093/6 10093/9
**unconstitutional [1]**
10064/18
**under [3]**   10061/1
10061/2 10061/4
**understood [2]**
10060/16 10072/12
**unhappy [1]**   10065/6
**UNITED [6]**   10057/1
10057/3 10057/11
10076/2 10091/6
10091/8
**up [14]**   10065/2
10067/17 10068/8
10068/25 10069/10
10069/14 10071/22
10072/18 10081/20
10081/23 10081/24
10085/7 10085/13
10087/24
**upon [1]**   10063/5
**use [5]**   10061/18
10074/13 10077/16
10083/20 10087/6
**using [1]**   10094/2

## V

**Vallejo [5]**
10069/12 10088/24
10088/25 10089/2
10089/10
**valuable [1]**
10094/14
**van [3]**   10069/7
10069/9 10089/8
**various [1]**   10062/1
**vast [1]**   10083/11
**verdict [5]**
10090/21 10092/13
10092/18 10093/12
10094/24
**video [33]**   10059/10
10059/19 10065/16
10065/18 10065/19
10067/6 10067/7
10067/9 10067/11
10067/15 10079/22
10079/24 10080/4
10080/25 10081/18
10081/21 10081/25
10082/1 10082/9
10082/13 10082/14
10082/21 10082/23
10082/24 10083/4
10084/13 10084/14
10085/9 10085/12
10085/16 10085/19
10086/20 10094/16
**viewpoints [1]**
10065/1
**views [1]**   10064/13
**VIP [1]**   10075/17

**VIPs [2]**   10061/23
10080/15
**vitriol [3]**   10064/8
10067/10 10070/4
**volume [1]**   10081/24
**voluntarily [1]**
10083/5
**vote [1]**   10086/1

## W

**walk [5]**   10065/23
10065/24 10078/20
10085/11 10091/8
**walked [4]**   10067/22
10078/4 10080/13
10087/24
**walking [3]**
10079/16 10086/21
10086/22
**walks [1]**   10087/24
**wall [1]**   10084/12
**Wallace [1]**
10085/11
**ward [1]**   10072/10
**Washington [14]**
10057/5 10057/17
10058/7 10058/9
10058/25 10061/20
10062/1 10063/2
10065/22 10069/5
10070/22 10072/16
10073/17 10080/12
**watch [16]**   10072/10
10076/15 10080/2
10080/15 10081/17
10082/2 10082/9
10082/17 10083/6
10083/13 10085/23
10086/22 10087/2
10087/3 10087/3
10094/16
**watched [1]**
10086/20
**watching [2]**
10061/22 10082/11
**Watkins [6]**   10058/2
10064/8 10067/16
10074/21 10075/23
10091/23
**way [4]**   10061/18
10068/19 10088/4
10094/5
**weapons [1]**   10072/7
**wear [1]**   10074/16
**weekend [5]**   10095/7
10095/11 10095/21
10095/22 10096/6
**weeks [6]**   10062/19
10063/2 10063/14
10063/18 10063/18
10063/23
**Welcome [1]**
10060/22
**weren't [3]**
10074/14 10090/4
10093/25
**what's [3]**   10063/21
10080/3 10087/21
**whatsoever [1]**
10094/5

**Whip [1]**   10068/1
**White [3]**   10089/16
10089/16 10089/20
**who's [1]**   10077/1
**whose [1]**   10059/13
**windows [2]**
10082/19 10082/24
**Wintermeyer [8]**
10067/6 10067/8
10078/13 10079/11
10082/10 10084/10
10087/16 10087/22
**wish [2]**   10090/9
10095/23
**within [1]**   10062/13
**without [2]**
10074/22 10084/13
**witnesses [4]**
10064/5 10078/21
10092/6 10092/17
**Women [1]**   10075/12
**WOODWARD [8]**
10058/5 10058/6
10059/3 10060/19
10061/8 10061/13
10090/15 10095/1
**word [3]**   10061/18
10062/3 10086/23
**words [2]**   10085/2
10092/25
**working [3]**   10075/8
10075/10 10077/6
**writing [2]**
10095/22 10095/23
**writings [1]**
10081/3
**written [1]**
10085/20
**wrong [2]**   10065/8
10070/19

## Y

**yards [3]**   10062/12
10076/8 10076/8
**yesterday [6]**
10064/9 10066/6
10078/24 10085/10
10090/24 10093/4
**Young [1]**   10081/8

## Z

**Zimmerman [4]**
10069/3 10069/7
10069/12 10089/8