IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                              )
        Plaintiff,      )
                              )   CR No. 22-15
                              )   Washington, D.C.
      vs.              )   November 29, 2022
                              )   5:00 p.m.
ELMER STEWART RHODES III, ET AL., )
                              )   Day 37
        Defendants.     )
_____)

TRANSCRIPT OF JURY VERDICT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                           Jeffrey S. Nestler
                           Alexandra Hughes
                           Louis Manzo
                           Troy Edwards
                           U.S. ATTORNEY'S OFFICE
                           601 D Street, NW
                           Washington, D.C. 20579
                           (202) 252-7277
                           Email:
                           kathryn.rakoczy@usdoj.gov
                           Email:
                           jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Elmer Stewart Rhodes III:      Phillip A. Linder
                                    BARRETT BRIGHT LASSITER LINDER
                                    3300 Oak Lawn Avenue
                                    Suite 700
                                    Dallas, TX 75219
                                    (214) 252-9900
                                    Email:
                                    phillip@thelinderfirm.com

                                    James Lee Bright
                                    3300 Oak Lawn Avenue
                                    Suite 700
                                    Dallas, TX 75219
                                    (214) 720-7777
                                    Email: jlbrightlaw@gmail.com

                                    Edward L. Tarpley, Jr.
                                    819 Johnston Street
                                    Alexandria, LA 71301
                                    (318) 487-1460
                                    Email: edwardtarpley@att.net

For Defendant
Jessica M. Watkins:                    Jonathan W. Crisp
                                    CRISP AND ASSOCIATES, LLC
                                    4031 North Front Street
                                    Harrisburg, PA 17110
                                    (717) 412-4676
                                    Email: jcrisp@crisplegal.com

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                        Stanley Edmund Woodward, Jr.
                                    BRAND WOODWARD LAW
                                    1808 Park Road NW
                                    Washington, D.C. 20010
                                    (202) 996-7447
                                    Email:
                                    stanley@brandwoodwardlaw.com

For Defendant
Kenneth Harrelson:                  Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    Cinnaminson, NJ 08077
                                    (856) 607-5708
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

APPEARANCES CONTINUED:

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S

 2             COURTROOM DEPUTY:  All rise.  The Court is now in

 3   session.  The Honorable Amit P. Mehta now presiding.

 4             THE COURT:  Please be seated, everyone.

 5             Okay, everyone.  We've received a note from our

 6   jury that simply says, "Verdict reached."

 7             JC is lining them up.

 8             Let me ask whether either side wishes to have the

 9   jury polled after the announcement of the verdict.

10             MR. CRISP:  Yes, Your Honor.

11             THE COURT:  Okay.  All right.

12             (Pause)

13             THE COURT:  I probably should repeat what I said

14   given that our defendants were not here.  I apologize.

15   I jumped the gun a bit.

16             Now that all defendants are present, I just would

17   like to again note for the record that we have received a

18   note from the jury that a verdict has been reached and that

19   defense counsel has requested that the jury be polled

20   following the delivery of the verdict.

21             MR. WOODWARD:  Your Honor, Stanley, what --

22   Mr. Woodward, sorry.

23             What is the Court's practice afterwards and

24   instructing the jury about whether they may or may not talk

25   to the lawyers?
```

```
1              THE COURT:  Local Rules provide that if a request
2    is made, I will tell the jury it is up to them.  If no
3    request is made, then you have to ask me before anyone seeks
4    to speak to them.
5              MR. WOODWARD:  We would request to speak to the
6    jurors if the Court permits it.
7              COURTROOM DEPUTY:  Jury panel.
8              (Jury entered the courtroom.)
9              THE COURT:  Okay.  Please be seated, everyone.
10             COURTROOM DEPUTY:  Good afternoon, Your Honor.
11             This is Criminal Case No. 22-15, the United States
12   of America versus Defendant No. 1, Elmer Stewart Rhodes III;
13   Defendant 2, Kelly Meggs; Defendant 3, Kenneth Harrelson;
14   Defendant 4, Jessica Watkins; and Defendant 10,
15   Thomas Edward Caldwell.
16             Kathryn Rakoczy, Jeffrey Nestler,
17   Alexandra Hughes, Troy Edwards, and Louis Manzo for the
18   government.
19             James Lee Bright and Edward Tarpley for
20   Defendant Rhodes.
21             Stanley Woodward and Juli Haller for
22   Defendant Meggs.
23             Bradford Geyer for Defendant Harrelson.
24             Jonathan Crisp for Defendant Watkins.
25             And David Fischer for Defendant Caldwell.
```

10502

1          All named defendants are present in the courtroom

2    for these proceedings.

3          THE COURT:  Okay.  Ladies and gentlemen, welcome

4    back.  We have received your note indicating that you have

5    reached a verdict.

6          So what we will now do is as follows.  I am going

7    to ask the foreperson of the jury to provide the verdict

8    form to Mr. Douyon.  After I have reviewed it, he will bring

9    it back to you and then I will ask you to announce the

10   verdict after I ask you what the verdict is as to each of

11   the defendants on each of the counts, okay?

12          (Pause)

13          THE COURT:  All right.  So I'll ask Madam

14   Foreperson of the jury to please stand.  Do you have a

15   microphone there?

16          FOREPERSON:  Yes.

17          THE COURT:  Okay.  So as I said as to each

18   defendant, I will ask you what the jury's verdict is as to

19   each count, okay, and then I'll ask you to announce the

20   verdict.

21          FOREPERSON:  Okay.

22          THE COURT:  As to Count 1 of seditious conspiracy

23   as to the Defendant Elmer Stewart Rhodes, how does the jury

24   find?

25          FOREPERSON:  Guilty.

1    THE COURT:  As to which of the objects of the

2 conspiracy has the jury concluded unanimously that the

3 defendant conspired to achieve?

4    FOREPERSON:  To oppose by force the authority of

5 the government of the United States.

6    THE COURT:  Okay.

7    As to Defendant Kelly Meggs, how does the jury

8 find?

9    FOREPERSON:  Guilty.

10    THE COURT:  And which of the two or -- which

11 object of the conspiracy has the jury unanimously concluded

12 the defendant conspired to achieve?

13    FOREPERSON:  To oppose by force the authority of

14 the government of the United States.

15    THE COURT:  As to Defendant Kenneth Harrelson on

16 Count 1, how has the jury found?

17    FOREPERSON:  Not guilty.

18    THE COURT:  As to Defendant Jessica Watkins on

19 Count 1, how has the jury found?

20    FOREPERSON:  Not guilty.

21    THE COURT:  As to Count 5 against Defendant

22 Thomas Caldwell, how has the jury found?

23    FOREPERSON:  Not guilty.

24    THE COURT:  All right.

25    As to Count 2, conspiracy to obstruct an official

 1    proceeding, as to Defendant Rhodes, how has the jury found?

 2              FOREPERSON:  Not guilty.

 3              THE COURT:  As to Defendant Meggs, how has the

 4    jury found?

 5              FOREPERSON:  Guilty.

 6              THE COURT:  As to Defendant Kenneth Harrelson, how

 7    has the jury found?

 8              FOREPERSON:  Not guilty.

 9              THE COURT:  As to Defendant Jessica Watkins, how

10    has the jury found?

11              FOREPERSON:  Guilty.

12              THE COURT:  As to Defendant Thomas Caldwell, how

13    has the jury found?

14              FOREPERSON:  Not guilty.

15              THE COURT:  On Count 3, obstruction of an official

16    proceeding, as to Defendant Elmer Stewart Rhodes, how has

17    the jury found?

18              FOREPERSON:  Guilty.

19              THE COURT:  As to Defendant Kelly Meggs, how has

20    the jury found?

21              FOREPERSON:  Guilty.

22              THE COURT:  As to Defendant Kenneth Harrelson, how

23    has the jury found?

24              FOREPERSON:  Guilty.

25              THE COURT:  As to Defendant Jessica Watkins, how

```
 1   has the jury found?

 2             FOREPERSON:  Guilty.

 3             THE COURT:  As to Defendant Thomas Caldwell, how

 4   has the jury found?

 5             FOREPERSON:  Guilty.

 6             THE COURT:  With respect to Count 4, conspiracy to

 7   prevent members of Congress from discharging their duties,

 8   as to Defendant Elmer Stewart Rhodes, how has the jury

 9   found?

10             FOREPERSON:  Not guilty.

11             THE COURT:  As to Defendant Kelly Meggs, how has

12   the jury found?

13             FOREPERSON:  Guilty.

14             THE COURT:  And of the objects of the conspiracy,

15   which object has the jury unanimously found that the

16   defendant conspired to achieve?

17             FOREPERSON:  To prevent a member of Congress from

18   discharging the duty as a member of Congress.

19             THE COURT:  As to Defendant Kenneth Harrelson, how

20   has the jury found?

21             FOREPERSON:  Guilty.

22             THE COURT:  As to Defendant Harrelson, which of

23   the two objects of the conspiracy has the jury concluded

24   Defendant Harrelson unanimously conspired to achieve?

25             FOREPERSON:  To prevent a member of Congress from
```

1    discharging the duty as a member of Congress.

2         THE COURT:  As to Defendant Jessica Watkins, how

3    has the jury found?

4         FOREPERSON:  Guilty.

5         THE COURT:  And as to Defendant Watkins, how

6    has -- which of the objects of the conspiracy has the jury

7    unanimously found that the defendant conspired to achieve?

8         FOREPERSON:  To prevent a member of Congress from

9    discharging the duty as a member of Congress.

10        THE COURT:  And as to Defendant Thomas Caldwell on

11   Count 4, how has the jury -- what has the jury concluded?

12        FOREPERSON:  Not guilty.

13        THE COURT:  As to Count 5, destruction of

14   government property, as to Defendant Kelly Meggs, how has

15   the jury found?

16        FOREPERSON:  Not guilty.

17        THE COURT:  As to Defendant Kenneth Harrelson?

18        FOREPERSON:  Not guilty.

19        THE COURT:  As to Defendant Jessica Watkins?

20        FOREPERSON:  Not guilty.

21        THE COURT:  As to Count 6, obstructing officers

22   during a civil disorder, against Defendant Jessica Watkins,

23   how has the jury found?

24        FOREPERSON:  Guilty.

25        THE COURT:  As to Count 7, tampering with

10507

```
1    documents or proceedings, as to Defendant Elmer Stewart
2    Rhodes, how has the jury found?
3            FOREPERSON:  Guilty.
4            THE COURT:  As to Defendant Kelly Meggs, how has
5    the jury found?
6            FOREPERSON:  Guilty.
7            THE COURT:  As to Defendant Kenneth Harrelson, how
8    has the jury found?
9            FOREPERSON:  Guilty.
10           THE COURT:  And as to Defendant Thomas Caldwell,
11   how as the jury found?
12           FOREPERSON:  Guilty.
13           THE COURT:  All right.  You may have a seat,
14   ma'am.
15           It has been requested that we conduct -- or I
16   conduct a poll of the jury.  What that means is that I will
17   be asking each of you individually whether you agree with
18   the verdict as it has been announced by your foreperson,
19   okay?
20           So I'll go right down the line from juror in --
21   excuse me, juror in seat 1 and simply ask you whether you
22   agree with the verdict as it has been announced by the
23   foreperson.
24           THE COURT:  Juror in seat 1.
25           A JUROR:  I agree.
```

```
 1              THE COURT:  Juror in seat 2.

 2              A JUROR:  I agree.

 3              THE COURT:  Juror in seat 3.

 4              A JUROR:  I agree.

 5              THE COURT:  Juror in seat 4.

 6              A JUROR:  Yes, I agree.

 7              THE COURT:  Seat 5.

 8              A JUROR:  Yes.

 9              THE COURT:  Seat 6.

10              A JUROR:  I agree.

11              THE COURT:  Seat 7.

12              A JUROR:  I agree.

13              THE COURT:  Seat 8.

14              A JUROR:  I agree.

15              THE COURT:  9.

16              A JUROR:  I agree.

17              THE COURT:  10.

18              A JUROR:  I agree.

19              THE COURT:  12.

20              A JUROR:  I agree.

21              THE COURT:  And 13.

22              A JUROR:  I agree.

23              THE COURT:  All right.  Hang on one second.

24              Ladies and gentlemen, this means you have

25   concluded your service.  We've asked a great deal of you.
```

```
1    We've asked a great deal in terms of personal and
2    professional sacrifice.  We ask jurors, regular citizens, to
3    come in and participate in the criminal justice process.  It
4    is, in many ways, what makes this justice system so unique,
5    and as fair and honest and effective as it is.
6              We thank you.  Mr. Douyon will show you out of the
7    courtroom, and we'll provide you with some additional
8    instructions before you leave the courthouse, all right?
9              Thank you very much, ladies and gentlemen.
10             COURTROOM DEPUTY:  All rise.
11             (Jury exited the courtroom.)
12             THE COURT:  Okay.  Please have a seat, everyone.
13             Are there any matters that either side wishes to
14   raise before we adjourn?
15             MR. NESTLER:  One brief and one more substantial,
16   Your Honor.
17             The first is the juror sitting in seat 13, as
18   Your Honor called out during the poll, is actually Juror 15.
19             THE COURT:  I misspoke.
20             MR. NESTLER:  Just for the record so we're all
21   clear on who that was.
22             The second is that the United States would request
23   that Defendant Caldwell be detained pursuant to
24   18 U.S.C. 3142.
25             THE COURT:  Okay.  Mr. Fischer.
```

1          MR. FISCHER:  Your Honor, Mr. Caldwell has been on

2    release for close to 20 months.  He has faithfully reported

3    to court.  He is not a flight risk.

4          I would point out also there's a motion for

5    judgment of acquittal pending which I think we have

6    tremendous confidence that there are legal arguments that

7    we believe we could persuade the Court on, and for those

8    reasons, Your Honor, he also has obviously medical issues.

9    He's under doctor's care, he's recovering from hip

10   replacement, as well as other issues, Your Honor.  Obviously

11   he will show up for sentencing if our motion for judgment of

12   acquittal is unsuccessful, we ask that he remain on the same

13   conditions.

14          Thank you, Your Honor.

15          THE COURT:  All right.

16          I will permit Mr. Caldwell to continue to remain

17   on release under the same conditions pending sentencing for

18   many of the reasons Mr. Fischer has identified.

19          I understand he's now found guilty and therefore

20   the presumption has changed; however, Mr. Caldwell has in

21   the last 20 months not incurred a single infraction.

22          I do not think of him to be a flight risk.  In

23   particular, I am concerned about his medical conditions, and

24   so that he can receive the care that he needs and have that

25   care continue and that he can actually then have his care

1    resolved if he ultimately is sentenced to a period of

2    incarceration.  So I'll allow Mr. Caldwell to continue on

3    release.

4          I think the last order of business is to set a

5    schedule for further briefing.

6          MR. NESTLER:  Just with regard to Mr. Caldwell's

7    conditions of release, he has been permitted to not have his

8    location monitoring during the pendency of this trial.  We

9    would request that he be put back on location monitoring

10    pending sentencing.

11          THE COURT:  Yes, so that will -- I'll grant that

12    request, he will be placed on location monitoring.

13          Mr. Caldwell will be subject to the conditions

14    that he was subject to upon his immediate release by the

15    Court after the bail hearing that we had 20 months ago.

16          MR. FISCHER:  Understood, Your Honor.

17          MR. CRISP:  I did have a motion for bail pending

18    sentencing considering what I believe will be the Guidelines

19    for her ultimate convictions on Counts 2, 3 and 4.

20          I would argue that certainly as came out in the

21    trial, she voluntarily turned herself in, has not -- did

22    not -- was not a flight risk in that sense once she was made

23    aware that she was sought after, and I believe that the

24    proceedings of this trial have discounted a great number of

25    the allegations that were made at the initial bail hearings,

1  both bail hearings in that regard, and so I think the jury's

2  verdict reflects that.

3              THE COURT:  So that motion will be denied, given

4  the offenses of conviction.  I am not confident that the

5  Guidelines will be less than the amount of time that she is

6  currently serving, and so given the nature of the matters in

7  which she's been convicted including conspiracy to prevent

8  members of Congress from discharging their duties, I do not

9  think there are any conditions of release that would justify

10  releasing Ms. Watkins at this time.

11             MR. CRISP:  So is Your Honor making a

12  determination that she is a flight risk as a result of that?

13  Or the nature of the offense itself?

14             THE COURT:  By virtue of the nature of the offense

15  itself.

16             MR. CRISP:  Thank you.

17             MR. GEYER:  Your Honor, I'd make the same oral

18  motion on behalf of Mr. Harrelson.

19             He has, as we recently found out in the last month

20  or so, he has a clean record in terms of criminal history.

21             He's not a flight risk.  It would be -- perhaps

22  would serve the interests of justice and also just permit

23  him to go and get proper medical attention back in Florida,

24  see his family again to get his affairs in order, and I

25  would ask that he be released under conditions.

1          THE COURT:  All right.

2          So for the same reasons as articulated for

3    Ms. Watkins, that motion is denied.  Given the charges to

4    which Mr. Harrelson has been found guilty, including

5    conspiracy to prevent members of Congress from discharging

6    their duties, as well as obstruction of an official

7    proceeding, as well as tampering with documents or

8    proceedings, I do not think release pending sentencing is

9    warranted.

10          MR. GEYER:  Thank you, Your Honor.

11          THE COURT:  Thank you, Mr. Geyer.

12          All right.  Is there anything else we need

13    take up?

14          I will ask the parties to meet and confer to --

15    and get back to me by the end of the week in terms of two

16    things:  A schedule for completing the briefing on the

17    Rule 29 motions, to the extent there is supplementation that

18    the defendants would like to offer in light of what the

19    verdicts are, perhaps that ought to be done first, and then

20    followed by the government's response to whatever defense

21    motions have been filed and supplements have been filed and

22    then obviously a reply deadline as well.

23          Why don't we -- if you would also discuss

24    sentencing dates.  For those who are detained, we need at

25    least 102 days for the probation office to prepare the

 1   Presentence Investigation Report and for you all to submit

 2   your sentencing memos.  So I'll ask you all to meet and

 3   confer and come up with some dates for sentencing.

 4   Obviously you should confer with Mr. Douyon about my

 5   availability into the early first quarter and spring of next

 6   year end in terms of setting sentencings, okay?

 7              Is there anything else, Counsel?

 8              MR. CRISP:  Not from Ms. Watkins, Your Honor.

 9              MR. BRIGHT:  Not at this time on behalf of

10   Mr. Rhodes, Your Honor.

11              MR. NESTLER:  Nothing from the United States,

12   Your Honor.

13              THE COURT:  Okay.

14              Counsel, let me just reiterate what I said before

15   the jury went out.  I want to thank you for your

16   professionalism and the way in which all of you have handled

17   yourself throughout this trial.  You made my job easier and

18   I think, again, I'll just reiterate, your conduct here

19   really is a credit to the profession and a credit to our

20   justice system.  So thank you; we'll see you all soon.

21              COURTROOM DEPUTY:  All rise.

22              This Court stands in recess.

23              (Proceedings concluded at 5:21 p.m.)

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 29, 2022____    

William P. Zaremba, RMR, CRR

10516

**A JUROR: [12]** 10507/25 10508/2 10508/4 10508/6 10508/8 10508/10 10508/12 10508/14 10508/16 10508/18 10508/20 10508/22
**COURTROOM DEPUTY: [5]** 10500/2 10501/7 10501/10 10509/10 10514/21
**FOREPERSON: [35]**
**MR. BRIGHT: [1]** 10514/9
**MR. CRISP: [5]** 10500/10 10511/17 10512/11 10512/16 10514/8
**MR. FISCHER: [2]** 10510/1 10511/16
**MR. GEYER: [2]** 10512/17 10513/10
**MR. NESTLER: [4]** 10509/15 10509/20 10511/6 10514/11
**MR. WOODWARD: [2]** 10500/21 10501/5
**THE COURT: [65]**

**0**
**08077 [1]** 10498/8
**0826 [1]** 10498/14

**1**
**10 [2]** 10501/14 10508/17
**102 [1]** 10513/25
**12 [1]** 10508/19
**13 [2]** 10508/21 10509/17
**1460 [1]** 10497/12
**15 [3]** 10496/4 10501/11 10509/18
**17110 [1]** 10497/15
**18 U.S.C. 3142 [1]** 10509/24
**1808 [1]** 10498/3

**2**
**20 [3]** 10510/2 10510/21 10511/15
**20001 [1]** 10499/5
**20010 [1]** 10498/4
**2006 [1]** 10498/8
**202 [3]** 10496/18 10498/4 10499/5 10515/7
**2022 [1]** 10496/5 10515/7
**20579 [1]** 10496/17
**21061-3065 [1]** 10498/13
**214 [2]** 10497/5 10497/9
**22-15 [2]** 10496/4 10501/11
**252-7277 [1]** 10496/18
**252-9900 [1]** 10497/5

**3**
**300 [1]** 10498/13
**3065 [1]** 10498/13
**3142 [1]** 10509/24
**318 [1]** 10497/12
**3249 [1]** 10499/5
**3300 [2]** 10497/3 10497/7
**333 [1]** 10499/4
**354-3249 [1]** 10499/5
**37 [1]** 10496/7

**4**
**4031 [1]** 10497/15
**410 [1]** 10498/14
**412-4676 [1]** 10497/16
**4676 [1]** 10497/16
**487-1460 [1]** 10497/12

**5**
**5708 [1]** 10498/9
**5:00 [1]** 10496/6
**5:21 [1]** 10514/23

**6**
**601 [1]** 10496/17
**607-5708 [1]** 10498/9

**7**
**700 [2]** 10497/4 10497/8
**71301 [1]** 10497/11
**717 [1]** 10497/16
**720-7777 [1]** 10497/9
**7277 [1]** 10496/18
**7310 [1]** 10498/12
**7447 [1]** 10498/4
**75219 [2]** 10497/4 10497/8
**7777 [1]** 10497/9
**787-0826 [1]** 10498/14

**8**
**819 [1]** 10497/11
**856 [1]** 10498/9

**9**
**9900 [1]** 10497/5
**996-7447 [1]** 10498/4

**A**
**about [3]** 10500/24 10510/23 10514/4
**above [1]** 10515/4
**above-titled [1]** 10515/4
**achieve [5]** 10503/3 10503/12 10505/16 10505/24 10506/7
**acquittal [2]** 10510/5 10510/12
**actually [2]** 10509/18 10510/25
**additional [1]** 10509/7
**adjourn [1]** 10509/14
**affairs [1]** 10512/24

**after [5]** 10500/9 10502/8 10502/10 10511/15 10511/23
**afternoon [1]** 10501/10
**afterwards [1]** 10500/23
**again [3]** 10500/14 10512/24 10514/18
**against [1]** 10503/21
**ago [1]** 10511/15
**agree [13]** 10507/17 10507/22 10507/25 10508/2 10508/4 10508/6 10508/10 10508/12 10508/14 10508/16 10508/18 10508/20 10508/22
**aided [1]** 10499/7
**AL [1]** 10496/6
**Alexandra [2]** 10496/15 10501/17
**Alexandra Hughes [1]** 10501/17
**Alexandria [1]** 10497/11
**all [19]** 10500/2 10500/11 10500/16 10502/1 10502/13 10503/24 10507/13 10508/23 10509/8 10509/10 10509/20 10510/15 10513/1 10513/12 10514/1 10514/2 10514/16 10514/20 10514/21
**all right [4]** 10503/24 10509/8 10510/15 10513/1
**allegations [1]** 10511/25
**allow [1]** 10511/2
**also [4]** 10510/4 10510/8 10512/22 10513/23
**am [3]** 10502/6 10510/23 10512/4
**AMERICA [2]** 10496/3 10501/12
**AMIT [2]** 10496/9 10500/3
**amount [1]** 10512/5
**announce [2]** 10502/9 10502/19
**announced [2]** 10507/18 10507/22
**announcement [1]** 10500/9
**any [2]** 10509/13 10512/9
**anyone [1]** 10501/3
**anything [2]** 10513/12 10514/7
**apologize [1]** 10500/14
**APPEARANCES [4]** 10496/13 10496/20 10497/17 10498/15
**are [7]** 10500/16

10502/8 10502/10 10511/15 10511/23
**afternoon [1]** 10501/10
10510/6 10512/9 10513/19 10513/24
**argue [1]** 10511/2
**arguments [1]** 10510/6
**articulated [1]** 10513/2
**as [60]**
**ask [14]** 10500/8 10501/3 10502/7 10502/9 10502/10 10502/13 10502/18 10502/19 10507/17 10509/2 10510/12 10512/25 10513/14 10514/2
**asked [2]** 10508/25 10509/1
**asking [1]** 10507/17
**ASSOCIATES [1]** 10497/14
**att.net [1]** 10497/12
**attention [1]** 10512/23
**ATTORNEY'S [1]** 10496/16
**authority [2]** 10503/4 10503/13
**availability [1]** 10514/5
**Avenue [3]** 10497/3 10497/7 10499/4
**aware [1]** 10511/23

**B**
**back [5]** 10502/4 10502/9 10511/9 10512/23 10513/15
**bail [4]** 10511/15 10511/17 10511/25 10512/1
**BARRETT [2]** 10497/3 10499/4
**be [15]** 10500/4 10500/19 10501/9 10507/17 10509/23 10510/22 10511/9 10511/12 10511/13 10511/18 10512/3 10512/5 10512/21 10512/25 10513/19
**been [10]** 10500/18 10507/15 10507/20 10507/22 10510/1 10511/7 10512/7 10513/4 10513/21 10513/21
**before [5]** 10496/9 10501/3 10509/8 10509/14 10514/14
**behalf [2]** 10512/18 10514/9
**believe [3]** 10510/7 10511/18 10511/23
**Berwick [1]** 10498/8
**bit [1]** 10500/15
**both [1]** 10512/1
**Bradford [1]** 10498/7 10498/10 10501/23
**BRAND [1]** 10498/3
**brandwoodwardlaw.c om [1]** 10498/5

**briefing [2]** 10511/5 10513/16
**BRIGHT [3]** 10497/3 10497/7 10501/19
**bring [1]** 10502/8
**Burnie [1]** 10498/13
**business [1]** 10511/4

**C**
**Caldwell [14]** 10498/11 10501/15 10501/25 10503/22 10504/12 10505/3 10506/10 10507/10 10509/23 10510/1 10510/16 10510/20 10511/2 10511/13
**Caldwell's [1]** 10511/6
**called [1]** 10509/18
**came [1]** 10511/20
**can [2]** 10510/24 10510/25
**care [4]** 10510/9 10510/24 10510/25 10510/25
**Case [1]** 10501/11
**certainly [1]** 10511/20
**Certified [1]** 10499/3
**certify [1]** 10515/2
**CH [1]** 10499/4
**changed [1]** 10510/20
**charges [1]** 10513/3
**Cinnaminson [1]** 10498/8
**citizens [1]** 10509/2
**civil [1]** 10506/22
**clean [1]** 10512/20
**clear [1]** 10509/21
**close [1]** 10510/2
**COLUMBIA [1]** 10496/1
**come [2]** 10509/3 10514/3
**completing [1]** 10513/16
**computer [1]** 10499/7
**computer-aided [1]** 10499/7
**concerned [1]** 10510/23
**concluded [6]** 10503/2 10503/11 10505/23 10506/11 10508/25 10514/23
**conditions [7]** 10510/13 10510/17 10510/23 10511/7 10511/13 10512/9 10512/25
**conduct [3]** 10507/15 10507/16 10514/18
**confer [3]** 10513/14 10514/3 10514/4 10514/4
**confidence [1]** 10510/6
**confident [1]** 10512/4
**Congress [9]** 10505/7

## C

Congress... [8]
10505/17 10505/18
10505/25 10506/1
10506/8 10506/9
10512/8 10513/5
considering [1]
10511/18
conspiracy [10]
10502/22 10503/2
10503/11 10503/25
10505/6 10505/14
10505/23 10506/6
10512/7 10513/5
conspired [5] 10503/3
10503/12 10505/16
10505/24 10506/7
Constitution [1]
10499/4
continue [3] 10510/16
10510/25 10511/2
CONTINUED [3]
10497/1 10498/1
10499/1
convicted [1] 10512/7
conviction [1] 10512/4
convictions [1]
10511/19
correct [1] 10515/3
could [1] 10510/7
counsel [3] 10500/19
10514/7 10514/14
count [12] 10502/19
10502/22 10503/16
10503/19 10503/21
10503/25 10504/15
10505/6 10506/11
10506/13 10506/21
10506/25
Count 1 [2] 10502/22
10503/19
Count 2 [1] 10503/25
Count 4 [2] 10505/6
10506/11
Count 5 [2] 10503/21
10506/13
Count 6 [1] 10506/21
Count 7 [1] 10506/25
counts [2] 10502/11
10511/19
Counts 2 [1] 10511/19
court [9] 10496/1
10499/2 10499/3
10500/2 10501/6
10510/3 10510/7
10511/15 10514/22
Court's [1] 10500/23
courthouse [1]
10509/8
courtroom [4] 10501/8
10502/1 10509/7
10509/11
CR [1] 10496/4
credit [2] 10514/19
10514/19
criminal [3] 10501/14
10509/3 10512/20
Crisp [3] 10497/14

## D

crisplegal.com [1]
10497/16
CRR [2] 10515/2
10515/8
currently [1] 10512/6

D.C [4] 10496/5
10496/17 10498/4
10499/5
Dallas [2] 10497/4
10497/8
Date [1] 10515/7
dates [2] 10513/24
10514/3
David [2] 10498/11
10501/25
David Fischer [1]
10501/25
Day [1] 10496/7
days [1] 10513/25
deadline [1] 10513/22
deal [1] 10508/25
10509/1
defendant [52]
Defendant 10 [1]
10501/14
Defendant 2 [1]
10501/13
Defendant 3 [1]
10501/13
Defendant 4 [1]
10501/14
Defendant Jessica
Watkins [6] 10503/18
10504/9 10504/25
10506/2 10506/19
10506/22
Defendant Meggs [2]
10501/22 10504/3
Defendant No. 1 [1]
10501/12
Defendant Rhodes [2]
10501/20 10504/1
Defendant Watkins [1]
10506/5
defendants [6]
10496/7 10500/14
10500/16 10502/1
10502/11 10513/18
defense [2] 10500/19
10513/20
delivery [1] 10500/20
denied [2] 10512/3
10513/3
destruction [1]
10506/13
detained [2] 10509/23
10513/24
determination [1]
10512/12
did [2] 10511/17
10511/21
discharging [6]
10505/7 10505/18
10506/1 10506/9
10512/8 10513/5

discounted [1]
10511/24
discuss [1] 10513/23
disorder [1] 10506/22
DISTRICT [3] 10496/1
10496/11 10496/10
do [5] 10502/6
10502/14 10510/22
10512/8 10513/8
doctor's [1] 10510/9
documents [2]
10507/1 10513/7
does [2] 10502/23
10503/7
don't [1] 10513/23
done [1] 10513/19
Douyon [3] 10502/8
10509/6 10514/4
down [1] 10507/20
Drive [1] 10498/8
during [3] 10506/22
10509/18 10511/8
duties [3] 10505/7
10512/8 10513/6
duty [3] 10505/18
10506/1 10506/9

## E

each [5] 10502/10
10502/11 10502/17
10502/19 10507/17
early [1] 10514/5
easier [1] 10514/17
Edmund [1] 10498/2
Edward [3] 10497/10
10501/15 10501/19
Edward Tarpley [1]
10501/19
Edwards [2] 10496/16
10501/17
edwardtarpley [1]
10497/12
effective [1] 10509/5
either [2] 10500/8
10509/13
ELMER [7] 10496/6
10497/2 10501/12
10502/23 10504/16
10504/22 10513/11
Elmer Stewart Rhodes
[2] 10501/12 10504/16
else [2] 10513/12
10514/7
Email [9] 10496/18
10496/19 10497/5
10497/9 10497/12
10497/16 10498/5
10498/9 10498/14
Empire [1] 10498/13
end [2] 10513/15
10514/6
entered [1] 10501/8
ET [1] 10496/6
everyone [4] 10500/4
10500/5 10500/9
10509/12
excuse [1] 10507/21
exited [1] 10509/11

## F

fair [1] 10509/5
faithfully [1] 10510/2
family [1] 10512/24
filed [2] 10513/21
10513/21
find [2] 10502/24
10503/8
first [3] 10509/17
10513/19 10514/5
Fischer [5] 10498/11
10498/12 10501/25
10509/25 10510/18
fischerandputzi [1]
10498/15
flight [5] 10510/3
10510/22 10511/22
10512/12 10512/21
Florida [1] 10512/23
followed [1] 10513/20
following [1] 10500/20
follows [1] 10502/6
force [2] 10503/4
10503/13
foregoing [1] 10515/3
foreperson [4] 10502/7
10502/14 10507/18
10507/23
form [1] 10502/8
FormerFeds [1]
10498/7
formerfedsgroup.com
[1] 10498/10
found [28]
Front [1] 10497/15
further [1] 10511/5

## G

gentlemen [3] 10502/3
10508/24 10509/9
get [3] 10512/23
10512/24 10513/15
Geyer [3] 10498/7
10501/23 10513/11
given [4] 10500/14
10512/3 10512/6
10513/3
Glen [1] 10498/13
gmail.com [1] 10497/9
go [2] 10507/20
10512/23
going [1] 10502/6
Good [1] 10501/10
government [5]
10496/14 10501/18
10503/5 10503/14
10506/14
government's [1]
10513/20
Governor [1] 10498/12
grant [1] 10511/11
great [3] 10507/25
10509/1 10511/24
Guidelines [2]
10511/18 10512/5
guilty [30]

## H

had [1] 10511/15
Haller [1] 10501/21
handled [1] 10514/16
Hang [1] 10508/23
Harrelson [13] 10498/7
10501/13 10503/21
10503/15 10504/6
10504/22 10505/19
10505/22 10505/24
10506/17 10507/7
10512/18 10513/4
Harrisburg [1]
10497/15
has [46]
have [19] 10500/8
10500/17 10501/3
10502/4 10502/4
10502/8 10502/14
10507/13 10508/24
10509/12 10510/5
10510/24 10510/25
10511/7 10511/17
10511/24 10513/21
10513/21 10514/16
he [17] 10502/8
10510/2 10510/3
10510/8 10510/11
10510/12 10510/24
10510/24 10510/25
10511/1 10511/7
10511/9 10511/12
10511/14 10512/19
10512/20 10512/25
he's [4] 10510/9
10510/9 10510/19
10512/21
hearing [1] 10511/15
hearings [2] 10511/25
10512/1
her [1] 10511/19
here [2] 10500/14
10514/18
herself [1] 10511/21
Highway [1] 10498/12
him [2] 10510/22
10512/23
hip [1] 10510/9
his [6] 10510/23
10510/25 10511/7
10511/14 10512/24
10512/24
history [1] 10512/20
honest [1] 10509/5
Honor [16] 10500/10
10500/21 10501/10
10509/16 10509/18
10510/1 10510/8
10510/10 10510/14
10511/16 10512/11
10512/17 10513/10
10514/8 10514/10
10514/12
HONORABLE [2]
10496/9 10500/3
hotmail.com [1]

**H**

hotmail.com... [1]
10498/15
how [27]
however [1] 10510/20
Hughes [2] 10496/15
10501/17

**I**

I am [3] 10502/6
10510/23 10512/4
I believe [2] 10511/18
10511/23
I did [1] 10511/17
I jumped [1] 10500/15
I just [1] 10500/16
I misspoke [1]
10509/19
I think [3] 10510/5
10511/4 10514/18
I want [1] 10514/15
I will [5] 10501/2
10502/9 10502/18
10507/16 10510/16
I'd [1] 10512/17
I'll [7] 10502/13
10502/19 10507/20
10511/2 10511/11
10514/2 10514/18
identified [1] 10510/18
III [3] 10496/6 10497/2
10501/12
immediate [1]
10511/14
incarceration [1]
10511/2
including [2] 10512/7
10513/4
incurred [1] 10510/21
indicating [1] 10502/4
individually [1]
10507/17
infraction [1] 10510/21
initial [1] 10511/25
instructing [1]
10500/24
instructions [1]
10509/8
interests [1] 10512/22
Investigation [1]
10514/1
is [30]
issues [2] 10510/8
10510/10
it [10] 10501/2 10501/6
10502/8 10502/9
10507/15 10507/18
10507/22 10509/3
10509/5 10512/21
It would be [1]
10512/21
itself [1] 10512/13
10512/15

**J**

James [2] 10497/7
10501/19
James Lee Bright [1]

**JC [1]** 10500/7
jcrisp [1] 10497/16
Jeffrey [2] 10496/14
10501/16
Jeffrey Nestler [1]
10501/16
jeffrey.nestler [1]
10496/20
Jessica [8] 10497/14
10501/14 10503/18
10504/9 10504/25
10506/2 10506/19
10506/22
Jessica Watkins [1]
10501/14
jlbrightlaw [1] 10497/9
job [1] 10514/17
Johnston [1] 10497/11
Jonathan [2] 10497/14
10501/24
Jr [2] 10497/10
10498/2
JUDGE [1] 10496/10
judgment [2] 10510/5
10510/11
Juli [1] 10501/21
Juli Haller [1]
10501/21
jumped [1] 10500/15
juror [8] 10507/20
10507/21 10507/24
10508/1 10508/3
10508/5 10509/17
10509/18
jurors [2] 10501/6
10509/2
jury [46]
jury's [2] 10502/18
10512/1
just [6] 10500/16
10509/20 10511/6
10512/22 10514/14
10514/18
justice [4] 10509/3
10509/4 10512/22
10514/20
justify [1] 10512/9

**K**

Kathryn [2] 10496/14
10501/16
Kathryn Rakoczy [1]
10501/16
kathryn.rakoczy [1]
10496/19
Kelly [7] 10498/2
10501/13 10503/7
10504/19 10505/11
10506/14 10507/4
Kelly Meggs [6]
10501/13 10503/7
10504/19 10505/11
10506/14 10507/4
Kenneth [8] 10498/7
10501/13 10503/15
10504/6 10504/22
10505/19 10506/17

Kenneth Harrelson [7]
10501/13 10503/15
10504/6 10504/22
10505/19 10506/17
10507/7

**L**

LA [1] 10497/11
ladies [3] 10502/3
10508/24 10509/9
LASSITER [1] 10497/3
last [3] 10510/21
10511/4 10512/19
LAW [1] 10498/3
Lawn [2] 10497/3
10497/7
lawyers [1] 10500/25
least [1] 10513/25
leave [1] 10509/8
Lee [2] 10497/7
10501/19
legal [1] 10510/6
less [1] 10512/5
let [2] 10500/8
10514/14
light [1] 10513/18
like [2] 10500/17
10513/18
Linder [2] 10497/2
10497/3
line [1] 10507/20
lining [1] 10500/7
LLC [2] 10497/14
10498/7
Local [1] 10501/1
location [3] 10511/8
10511/9 10511/12
Louis [2] 10496/15
10501/17
Louis Manzo [1]
10501/17

**M**

ma'am [1] 10507/14
Madam [1] 10502/13
made [5] 10501/2
10501/3 10511/22
10511/25 10514/17
make [1] 10512/17
makes [1] 10509/4
making [1] 10512/11
many [2] 10509/4
10510/18
Manzo [2] 10496/15
10501/17
matter [1] 10515/4
matters [1] 10509/13
10512/6
may [3] 10500/24
10500/24 10507/13
MD [1] 10498/13
me [5] 10500/8
10501/3 10507/21
10513/15 10514/14
means [2] 10507/16
10508/24
mechanical [1]

medical [3] 10510/8
10510/23 10512/23
meet [2] 10513/14
10514/2
Meggs [9] 10498/2
10501/13 10501/21
10503/7 10504/3
10504/19 10505/11
10506/14 10507/4
MEHTA [2] 10496/9
10500/3
member [6] 10505/17
10505/18 10505/19
10506/1 10506/8
10506/9
members [3] 10505/7
10512/8 10513/5
memos [1] 10514/2
Merit [1] 10499/2
microphone [1]
10502/15
misspoke [1] 10509/19
monitoring [3]
10511/8 10511/9
10511/12
month [1] 10512/19
months [3] 10510/2
10510/21 10511/15
more [1] 10509/15
motion [6] 10510/4
10510/11 10511/17
10512/3 10512/18
10513/3
motions [2] 10513/17
10513/21
Mr. [16] 10500/22
10502/8 10509/6
10509/25 10510/1
10510/16 10510/18
10510/20 10511/2
10511/6 10511/13
10512/18 10513/4
10513/11 10514/4
10514/10
Mr. Caldwell [5]
10510/1 10510/16
10510/20 10511/2
10511/13
Mr. Caldwell's [1]
10511/6
Mr. Douyon [3]
10502/8 10509/6
10509/25
Mr. Fischer [2]
10509/25 10510/18
Mr. Geyer [1] 10513/11
Mr. Harrelson [2]
10512/18 10513/4
Mr. Rhodes [1]
10514/10
Mr. Woodward [1]
10500/22
Ms. [3] 10512/10
10513/3 10514/8
Ms. Watkins [3]
10512/10 10513/3
10514/8

much [1] 10509/9
my [2] 10514/4
10514/17

**N**

named [1] 10502/1
nature [3] 10512/6
10512/13 10512/14
need [2] 10513/12
10513/24
needs [1] 10510/20
Nestler [2] 10496/14
10501/16
next [1] 10514/5
NJ [1] 10498/8
no [3] 10496/4 10501/2
10501/11
No. [1] 10501/12
North [1] 10497/15
not [26]
note [4] 10500/5
10500/17 10500/18
10502/4
Nothing [1] 10514/11
November [2] 10496/5
10515/7
now [5] 10500/2
10500/3 10500/16
10502/6 10510/19
number [1] 10511/24
NW [1] 10496/17
10498/3 10499/4

**O**

Oak [2] 10497/3
10497/7
object [1] 10503/11
10505/15
objects [4] 10503/1
10505/14 10505/23
10506/6
obstruct [1] 10503/25
obstructing [1]
10506/21
obstruction [2]
10504/15 10513/6
obviously [4] 10510/8
10510/10 10513/22
10514/4
offense [2] 10512/13
10512/14
offenses [1] 10512/4
offer [1] 10513/18
office [2] 10496/16
10513/25
officers [1] 10506/21
official [4] 10499/3
10503/25 10504/15
10513/6
okay [14] 10500/5
10500/11 10501/19
10502/3 10502/11
10502/17 10502/19
10502/21 10503/6
10507/19 10509/12
10509/25 10514/6
10514/13
once [1] 10511/22

**O**

one [3] 10508/23 10509/15 10509/15
oppose [2] 10503/4 10503/13
oral [1] 10512/17
order [2] 10511/4 10512/24
other [1] 10510/10
ought [1] 10513/19
our [4] 10500/5 10500/14 10510/11 10514/19
out [6] 10509/6 10509/18 10510/4 10511/20 10512/19 10514/15

**P**

P.A [1] 10498/12
p.m [2] 10496/6 10514/23
PA [1] 10497/15
panel [1] 10501/7
Park [1] 10498/3
participate [1] 10509/3
particular [1] 10510/23
parties [1] 10513/14
Pause [2] 10500/12 10502/12
pendency [1] 10511/8
pending [5] 10510/5 10510/17 10511/10 10511/17 10513/8
perhaps [2] 10512/21 10513/19
period [1] 10511/1
permit [2] 10510/16 10512/22
permits [2] 10501/6
permitted [1] 10511/7
personal [1] 10509/1
persuade [1] 10510/7
phillip [2] 10497/2 10497/6
placed [1] 10511/12
Plaintiff [1] 10496/4
please [4] 10500/4 10501/9 10502/14 10509/12
point [1] 10510/4
poll [2] 10507/16 10509/18
polled [2] 10500/9 10500/19
practice [1] 10500/24
prepare [1] 10513/25
present [2] 10500/16 10502/1
Presentence [1] 10514/1
presiding [1] 10500/3
presumption [1] 10510/20
Prettyman [1] 10499/4
prevent [6] 10505/7 10505/17 10505/25 10506/8 10512/7

probably [1] 10500/13
probation [1] 10513/25
proceeding [3] 10504/1 10504/16 10513/7
proceedings [8] 10496/9 10499/6 10502/2 10507/1 10511/24 10513/8 10514/23 10515/4
process [1] 10509/3
produced [1] 10499/7
profession [1] 10514/19
professional [1] 10509/2
professionalism [1] 10514/16
proper [1] 10512/23
property [1] 10506/14
provide [3] 10501/1 10502/7 10509/7
pursuant [1] 10509/23
put [1] 10511/9
PUTZI [1] 10498/12

**Q**

quarter [1] 10514/5

**R**

raise [1] 10509/14
Rakoczy [2] 10496/14 10501/16
reached [3] 10500/6 10500/18 10502/5
really [1] 10514/19
Realtime [1] 10499/3
reasons [3] 10500/8 10510/18 10513/2
receive [1] 10510/24
received [3] 10500/5 10500/17 10502/4
recently [1] 10512/19
recess [1] 10514/22
record [4] 10500/17 10509/20 10512/20 10515/3
recorded [1] 10499/6
recovering [1] 10510/9
reflects [1] 10512/2
regard [2] 10511/6 10512/1
Registered [1] 10499/2
regular [1] 10509/2
reiterate [2] 10514/14 10514/18
release [7] 10510/2 10510/17 10511/3 10511/7 10511/14 10512/9 10513/8
released [1] 10512/25
releasing [1] 10512/10
remain [2] 10510/12 10510/16
repeat [1] 10500/13
replacement [1] 10510/10

reply [1] 10515/2
Report [1] 10514/1
reported [1] 10499/6
Reporter [4] 10499/2 10499/2 10499/3 10499/3
request [6] 10501/1 10501/3 10501/5 10509/22 10511/9 10511/12
requested [2] 10500/19 10507/15
resolved [1] 10511/1
respect [1] 10505/6
response [1] 10513/20
result [1] 10512/12
reviewed [1] 10502/8
RHODES [10] 10496/6 10497/2 10501/12 10501/20 10502/23 10504/1 10504/16 10505/8 10507/2 10514/10
right [10] 10500/11 10502/13 10503/24 10507/13 10507/20 10508/23 10509/8 10510/15 10513/1 10513/12
rise [3] 10500/2 10509/10 10514/21
risk [5] 10510/3 10510/22 10511/22 10512/12 10512/21
Ritchie [1] 10498/12
RMR [2] 10515/2 10515/8
Road [1] 10498/3
Rule [1] 10513/17
Rule 29 [1] 10513/17
Rules [1] 10501/1

**S**

sacrifice [1] 10509/2
said [3] 10500/13 10502/17 10514/14
same [4] 10500/12 10510/17 10512/17 10513/2
says [1] 10500/6
schedule [2] 10511/5 10513/16
seat [12] 10507/13 10507/21 10507/24 10508/1 10508/3 10508/5 10508/7 10508/9 10508/11 10508/13 10509/12 10509/17
seat 2 [1] 10508/1
seated [2] 10500/4 10501/9
second [2] 10508/23 10509/22
seditious [1] 10502/22
see [2] 10512/24 10514/20
seeks [1] 10501/3

sense [1] 10511/1
sentenced [1] 10511/1
sentencing [8] 10510/11 10510/17 10511/10 10511/18 10513/8 10513/24 10514/2 10514/3
sentencings [1] 10514/6
serve [1] 10512/22
service [1] 10508/25
serving [1] 10512/6
session [1] 10500/3
set [1] 10511/4
setting [1] 10514/6
she [5] 10511/21 10511/22 10511/23 10512/5 10512/7
she's [1] 10512/7
should [2] 10500/13 10514/4
show [2] 10509/6 10510/11
side [2] 10500/8 10509/13
simply [2] 10500/6 10507/21
single [1] 10510/21
sitting [1] 10509/17
so [17] 10502/6 10502/13 10502/17 10507/20 10509/4 10509/20 10510/24 10511/2 10511/11 10512/1 10512/3 10512/6 10512/11 10512/20 10513/2 10514/2 10514/20
so I think [1] 10512/1
some [2] 10509/7 10514/3
soon [1] 10514/20
sorry [1] 10500/22
sought [1] 10511/23
speak [2] 10501/4 10501/5
spring [1] 10514/5
Sr [1] 10498/11
stand [1] 10502/14
stands [1] 10514/22
stanley [4] 10498/2 10498/5 10500/21 10501/21
Stanley Woodward [1] 10501/21
STATES [8] 10496/1 10496/3 10496/10 10501/11 10503/5 10503/14 10509/22 10514/11
stenography [1] 10499/6
STEWART [7] 10496/6 10497/2 10501/12 10502/23 10504/16 10505/8 10507/1
Stewart Rhodes [1] 10502/23

street [3] 10496/14 10497/11 10497/15
subject [2] 10511/13 10511/14
submit [1] 10514/1
substantial [1] 10509/15
Suite [2] 10497/4 10497/8 10498/13
supplementation [1] 10513/17
supplements [1] 10513/21
system [2] 10509/4 10514/20

**T**

take [1] 10513/13
take up [1] 10513/13
talk [1] 10500/24
tampering [1] 10506/25 10513/7
Tarpley [2] 10497/10 10501/19
tell [1] 10501/2
terms [1] 10509/1 10512/20 10513/15 10514/6
than [1] 10512/5
thank [8] 10509/6 10509/9 10510/14 10512/16 10513/10 10513/11 10514/15 10514/20
thank you [8] 10509/6 10509/9 10510/14 10512/16 10513/10 10513/11 10514/15 10514/20
that [49]
their [3] 10505/7 10512/8 10513/6
thelinderfirm.com [1] 10497/6
them [3] 10500/7 10501/2 10501/4
then [6] 10501/3 10502/9 10502/19 10510/25 10513/19 10513/22
there [7] 10502/15 10509/13 10510/6 10512/9 10513/12 10513/17 10514/7
there's [1] 10510/4
therefore [1] 10510/19
these [2] 10502/2
they [1] 10500/24
things [1] 10513/16
think [7] 10510/5 10510/22 10511/4 10512/1 10512/9 10513/8 10514/18
this [9] 10501/11 10508/24 10509/4 10511/8 10511/24 10512/10 10514/9 10514/17 10514/22

10520

**T**

**Thomas [7]** 10498/11
10501/15 10503/22
10504/12 10505/3
10506/10 10507/10
**Thomas Caldwell [5]**
10503/22 10504/12
10505/3 10506/10
10507/10
**Thomas Edward
Caldwell [1]** 10501/15
**those [2]** 10510/7
10513/24
**throughout [1]**
10514/17
**time [3]** 10512/5
10512/10 10514/9
**titled [1]** 10515/4
**Towers [1]** 10498/13
**transcript [3]** 10496/9
10499/6 10515/3
**transcription [1]**
10499/7
**tremendous [1]**
10510/6
**trial [4]** 10511/8
10511/21 10511/24
10514/17
**Troy [2]** 10496/16
10501/17
**Troy Edwards [1]**
10501/17
**turned [1]** 10511/21
**two [3]** 10503/10
10505/23 10513/15
**TX [2]** 10497/4 10497/8

**U**

**U.S [1]** 10496/16
**U.S.C. [1]** 10509/24
**ultimate [1]** 10511/19
**ultimately [1]** 10511/1
**unanimously [5]**
10503/2 10503/11
10505/15 10505/24
10506/7
**under [3]** 10510/9
10510/17 10512/25
**understand [1]**
10510/19
**Understood [1]**
10511/16
**unique [1]** 10509/4
**UNITED [8]** 10496/1
10496/3 10496/10
10501/11 10503/5
10503/14 10509/22
10514/11
**United States [4]**
10503/5 10503/14
10509/22 10514/11
**unsuccessful [1]**
10510/12
**up [5]** 10500/7 10501/2
10510/11 10513/13
10514/3
**upon [1]** 10511/14
**usdoj.gov [2]**

**V**

**verdict [14]** 10496/9
10500/6 10500/9
10500/18 10500/20
10502/5 10502/7
10502/10 10502/16
10502/18 10502/20
10507/18 10507/22
10512/2
**verdicts [1]** 10513/19
**versus [1]** 10501/12
**very [1]** 10509/9
**virtue [1]** 10512/14
**voluntarily [1]**
10511/21
**vs [1]** 10496/5

**W**

**want [1]** 10514/15
**warranted [1]** 10513/9
**was [5]** 10509/21
10511/14 10511/22
10511/22 10511/23
**Washington [4]**
10496/5 10496/17
10498/4 10499/5
**Watkins [13]** 10497/14
10501/14 10501/24
10503/18 10504/9
10504/25 10506/2
10506/5 10506/19
10506/22 10512/10
10513/3 10514/8
**way [1]** 10514/16
**ways [1]** 10509/4
**we [18]** 10500/17
10501/5 10502/4
10502/6 10507/15
10509/2 10509/6
10509/14 10510/5
10510/7 10510/7
10510/12 10511/8
10511/15 10512/19
10513/12 10513/23
10513/24
**we believe [1]** 10510/7
**we will [1]** 10502/6
**we'll [2]** 10509/7
10514/20
**we're [1]** 10509/20
**We've [3]** 10500/5
10508/25 10509/1
**week [1]** 10513/15
**welcome [1]** 10502/3
**well [4]** 10510/10
10513/6 10513/7
10513/22
**went [1]** 10514/15
**were [2]** 10500/14
10511/25
**what [12]** 10500/13
10500/21 10500/23
10502/6 10502/10
10502/18 10506/11
10507/16 10509/4
10511/18 10513/18

**whatever [1]** 10513/20
**whether [4]** 10500/8
10500/24 10507/17
10507/21
**which [10]** 10503/1
10503/10 10503/10
10505/15 10505/22
10506/6 10510/5
10512/7 10513/4
10514/16
**who [2]** 10509/21
10513/24
**Why [1]** 10513/23
**will [16]** 10501/2
10502/6 10502/8
10502/9 10502/18
10507/16 10509/6
10510/11 10510/16
10511/11 10511/12
10511/13 10511/18
10512/3 10512/5
10513/14
**William [4]** 10498/11
10499/2 10515/2
10515/8
**wishes [2]** 10500/8
10509/13
**Woodward [4]** 10498/2
10498/3 10500/22
10501/21
**would [12]** 10500/16
10501/5 10509/22
10510/4 10511/9
10511/20 10512/9
10512/21 10512/22
10512/25 10513/18
10513/23

**Y**

**year [1]** 10514/6
**Yes [5]** 10500/10
10502/16 10508/6
10508/8 10511/11
**you [33]**
**your [22]**
**Your Honor [16]**
10500/10 10500/21
10501/10 10509/16
10509/18 10510/1
10510/8 10510/10
10510/14 10511/16
10512/11 10512/17
10513/10 10514/8
10514/10 10514/12
**yourself [1]** 10514/17

**Z**

**Zaremba [3]** 10499/2
10515/2 10515/8