LAW OFFICES

# FISCHER & PUTZI, P.A.

SUITE 1007, EMPIRE TOWERS
7310 RITCHIE HIGHWAY
GLEN BURNIE, MD 21061
**410-787-0826**
www.fischerputzilawfirm.com

DAVID W. FISCHER
DAVID P. PUTZI

FACSIMILE
410-787-1853

January 31, 2024

Honorable Amit P. Mehta
U.S. District Court Judge
333 Constitution Ave., N.W.
Washington, D.C. 20001

**Re:** *United States v. Thomas E. Caldwell*, **22-15 APM**
**(Update as to medical records and I.M.E.)**

Your Honor:

At a status conference held on December 20, 2023, the Court requested that undersigned counsel provide an update as to progress: 1) in obtaining up-to-date medical records; and, 2) in procuring an independent medical examination for Mr. Caldwell.

First, undersigned counsel has requested and received all but one set of necessary, updated medical records. The remaining set of medical records should be received within the next week. Second, the defense has retained a medical expert to review Mr. Caldwell's medical history and prepare an independent medical examination to aid the Court at sentencing.[1] This medical expert has been provided with all medical records received to date, but requires the last set of records to complete her work.

Accordingly, the defense requests that it be permitted until on or before February 13, 2024 to submit a second update addressing this matter. Government counsel, Assistant U.S. Attorney Kathryn Rakoczy, has no opposition to this request. Thank you for your consideration.

Respectfully submitted,

David W. Fischer, Esq.

---

[1] At the December 20, 2023 status conference, undersigned counsel mistakenly stated that Mr. Caldwell was being treated by a "military" physician. This physician— Caldwell's pain management specialist— is actually a *retired* military physician and is in private practice.