**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS CALDWELL | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING**

      The above-named Defendant, Thomas Caldwell, hereby notifies the Court of the attached filing in this matter, correspondence regarding an update as to medical records and an independent medical examination.

                                    /s/
                                David W. Fischer, Esq.
                                Federal Bar No. 023787
                                Law Offices of Fischer & Putzi, P.A.
                                Empire Towers, Suite 300
                                7310 Ritchie Highway
                                Glen Burnie, MD 21061
                                (410) 787-0826
                                Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 31st day of January, 2024, a copy of the foregoing Notice of Filing was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                                      555 4th Street, NW
                                                      Washington, DC 20001

                                    /s/
                                David W. Fischer, Esq.