```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )    CR No. 22-15
                                       )    Washington, D.C.
        vs.                            )    December 19, 2022
                                       )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,             )
                                       )    Day 9
            Defendants.                )    Morning Session
_____   )


             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| RONALD ORTEGA | 1765 | 1807 | 1824 | |
| RONALD ORTEGA | | 1817 | | |
| RONALD ORTEGA | | 1818 | | |
| RONALD ORTEGA | | 1820 | | |
| THOMAS WICKHAM | 1828 | 1871 | 1882 | |
| THOMAS WICKHAM | | 1873 | | |

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 7025 | 1769 |
| 1652 | 1771 |
| 1653 | 1771 |
| 1661 | 1771 |
| 1662 | 1771 |
| 1663 | 1771 |
| 1673 | 1771 |
| 6725.1 AND 6725.2 | 1774 |
| 7026 | 1778 |
| 7027 | 1779 |
| 7028 | 1780 |
| 7029 | 1781 |
| 1123.2 and 1123.3 | 1787 |
| 1515.1 | 1793 |
| 3500.2 | 1831 |
| 3500.20 | 1832 |
| 1538 | 1833 |
| 3500.12 | 1837 |
| 3501.15, –16, AND –17 | 1839 |
| 3503 | 1843 |
| 1516 | 1847 |
| 1126 | 1850 |

1755

```
1125                                      1853

1057.SS                                   1869

1058.SS                                   1871
```

- - -

INDEX OF EXHIBITS

- - -

```
DEFENDANT'S                               ADMITTED

EV500                                     1823

EV3500.2                                  1880
```

```
 1                        P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Court is now in
 3    session; the Honorable Amit P. Mehta now presiding.
 4              THE COURT:  Please be seated, everyone.
 5              COURTROOM DEPUTY:  Good morning, Your Honor.
 6    This is Criminal Case No. 22-15, United States of America
 7    versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
 8    Joseph Hackett; Defendant 8, David Moerschel; and Defendant
 9    11, Edward Vallejo.
10              Kathryn Rakoczy, Jeffrey Nestler, Alexandra
11    Hughes, Troy Edwards, and Louis Manzo for the government.
12              William Shipley for Defendant Minuta.
13              Angela Halim for Defendant Hackett.
14              Scott Weinberg and Connor Martin for Defendant
15    Moerschel.
16              And Matthew Peed for Defendant Vallejo.
17              All named defendants are present in the courtroom
18    for these proceedings.
19              THE COURT:  Okay.  Good morning, everybody.
20    I hope everybody is well.  All right.  I understand there
21    are preliminary issues that somebody would like to discuss.
22              MR. PEED:  Good morning, Your Honor.
23              THE COURT:  Good morning.
24              MR. PEED:  Matthew Peed for Edward Vallejo.
25              There's some 106 things to discuss.
```

```
 1              I understand, I just learned this morning,
 2    Agent Hilgeman will be going third, so that makes it less
 3    important that we deal with him right now.
 4              THE COURT:  Okay.
 5              MR. PEED:  There are just some things I already
 6    sent to the government and we want to discuss with the Court
 7    about whether they --
 8              THE COURT:  Is there a dispute as to what you're
 9    seeking to admit?
10              MR. PEED:  Yes, Your Honor.
11              THE COURT:  Okay.
12              So if she is third, what time do we think we will
13    get to her?  Will we get to her this morning or in the
14    afternoon?
15              MR. MANZO:  Potentially just before lunch.
16              THE COURT:  Okay.  All right.
17              So it sounds like we may have some time, at least
18    at the first break, to discuss.
19              MR. MANZO:  The 106 issues will definitely not be
20    until after lunch.  They'll be at the tail end of her
21    testimony.
22              THE COURT:  All right.
23              MR. PEED:  Also related to her, and I think we can
24    maybe talk about it later, but there was a big compilation
25    exhibit of 189 slides that we got last night about 11:00.
```

1    MR. MANZO:  Those have been previously provided.

2 The earlier compilation had more slides, so there shouldn't

3 be anything new in there.

4    MR. PEED:  So I just wanted to flag, you know,

5 when things from different conversation trains are compiled,

6 it raises unique 106 issues.  I almost wanted some time,

7 before that's introduced, to go through them.  So if the

8 government could put that later.  I don't know where it's

9 coming up in the Hilgeman examination.

10    MR. MANZO:  She'll start with that, but these have

11 all been previously provided.  There's nothing new in there.

12    MR. PEED:  Again, it's the compilation that

13 I think makes it hard to -- for the defense to go through

14 and see where the 106 issues, because what is happening is

15 there's a conversation happening on like the "OK Op" chat,

16 and there may be a private message from Meggs to somebody

17 and then a private message from Moerschel to somebody, and

18 so you need to see putting them together -- I have the

19 general objection that the Court, I believe, has overruled

20 about putting those separate streams into one conversation,

21 looking compilation, when they're separate conversations.

22 But I'll do my best, I guess, to try to see what is in those

23 other separate text streams that would need to come in

24 through 106.

25    THE COURT:  Okay.

1      MR. MANZO:  9514, the compilation, has been

2  previously given to defense.  We moved a few parts around

3  and excised messages, so there's nothing new.  This wasn't

4  like a drop at 11:00 last night; this is less information

5  than before.

6      THE COURT:  When was it disclosed?

7      MR. EDWARDS:  The original, Your Honor?  9514, is

8  that your question?

9      This was disclosed last week when we had

10 originally -- before the delay in the day that we went down,

11 we started to provide some of the materials for

12 Special Agent Hilgeman.

13     THE COURT:  Okay.

14     MR. PEED:  And the last thing, Your Honor, is for

15 Captain Ortega, I wanted to make a relevance 403 objection

16 to testimony and video that the defendants or their

17 co-conspirators would not have been aware of and which was

18 occurring before they entered the building.

19     There's just a certain prejudice that comes from

20 showing destruction of property and interactions of the

21 police that were not from conspirators, were not seen or

22 known about by the defendants.

23     It's just showing -- you know, rioters being

24 rioters in a way that's ugly and prejudicial, I don't

25 believe is tied to any relevant issue for these defendants.

```
 1              THE COURT:  You're going to have to enlighten me,
 2   Mr. Peed, because I'm not sure what you're referring to.
 3   I don't have a specific memory of what the testimony is
 4   likely to be or what the exhibit is.
 5              MR. PEED:  It's stuff like showing the Speaker's
 6   sign getting broken.  You know, generally violent acts
 7   happening in the 2:00 p.m. to 2:20 range before the
 8   Oath Keepers were going up the steps for the National
 9   Anthem, and then ultimately going in when the door was
10   opened at 2:38.
11              So it's, I don't think, relevant to the charges
12   against these defendants.
13              THE COURT:  Okay.  Go ahead, Ms. Hughes.  I still
14   don't know precisely what the context is of what we're
15   talking about, but go ahead.
16              MS. HUGHES:  I was just going to -- this is the
17   video that there was some discussion, and the Court required
18   the government to edit a few portions of it the last trial.
19   It's the riot montage.
20              THE COURT:  Right.
21              MS. HUGHES:  So I just wanted to note that's
22   the -- I believe that's the video that Mr. Peed is
23   referring to.
24              THE COURT:  Okay.
25              MS. HUGHES:  You may recall that there was a
```

1    back-and-forth with Mr. Crisp at the first trial about the

2    same video.

3            THE COURT:  Right.  I remember I asked the

4    government to take certain portion of it out because I had

5    the very concerns that you were referencing.

6            MS. HUGHES:  Correct.  I was just going to --

7    that's the video that he's talking about.

8            MR. PEED:  And so my position would be,

9    Your Honor, I think the timeline is okay for the government

10   to establish, and actually there's a stipulation as to a lot

11   of the timeline.  But then it's unduly prejudicial to just

12   show, prior to the relevant timeline for these defendants,

13   just to show riotous videos.

14           THE COURT:  Okay.

15           I mean, I can take a look at the video again, but

16   my recollection is that I ordered the government to take out

17   a fair amount, or some amount that I thought was excessive

18   and was overly prejudice because it didn't involve the

19   defendants in the first trial and, therefore, wouldn't

20   involve the defendants in this trial either.

21           I did think it was appropriate to show some video

22   to establish a timeline and sequencing of events by the time

23   they got there.

24           And certainly in the first trial, it also was

25   relevant to establishing the civil disorder charge.  Are any

```
 1   of these defendants -- is Mr. Minuta charged with civil
 2   disorder?
 3              MS. HUGHES:  No, Your Honor.
 4              THE COURT:  Okay.
 5              MS. HUGHES:  There's no civil disorder.  Just for
 6   the record, this is the video that was edited after the
 7   first trial.  This is not the original.  This is the edited
 8   version.
 9              THE COURT:  Right, no, no, I was just explaining
10   why, at least in the first trial, there was, perhaps,
11   additional relevance than just simply timeline and context,
12   that there was actually a charge that required the
13   establishment of a civil disorder, and I couldn't recall
14   whether any of the defendants here were charged with that,
15   so okay.
16              All right.  Anything else?
17              Just one thing to tie up from last week in light
18   of what was filed last evening by Mr. Shipley on the
19   Rule 106 issue, just to put it all in context, Mr. Shipley
20   asked the following question on January 15th.  This is at
21   page 1505 of the transcript, was asked:  "Is there any
22   message that you've seen that addressed the question of
23   whether there was a plan to physically attack, to use force
24   on the Capitol Building on January 6th?"
25              Agent Harris did provide an answer.
```

1    And then on redirect, that's when the January 6th

2    message at 1:41 was introduced by the government and,

3    I thought, was within the scope of the cross-examination

4    based upon that question.

5    That message was:  "Hey, the founding generation

6    stormed the governor's mansion and Massachusetts and tarred

7    and feathered his tax collectors, and they seized and dumped

8    tea in the water.  They didn't fire on them, but they street

9    fought.  That's where we are now."

10    Now, I can understand why there's differing

11    interpretations of what that means but, nevertheless, given

12    what the question was on cross-examination, I thought it was

13    appropriate.

14    In terms of the 106 issue that was at least

15    ostensibly raised, I'll note that there was no

16    contemporaneous 106 objection made when the message was

17    shown.  The request was only made and even then didn't

18    actually refer to Rule 106 expressly, and that was only

19    after the agent's testimony was completed and there was a

20    request for recross, and absent extraordinary circumstances,

21    I don't allow recross.

22    And beyond that, it's not entirely clear to me

23    that the initial messages that the defense wanted to use on

24    recross were actually to complete the message that

25    Mr. Rhodes sent at 1:54 -- excuse me, 1:51 p.m.

1    In fact, there's an earlier message at 1:38 where

2 Mr. Rhodes says:  "All I see Trump doing is complaining.

3 I see no intent by him to do anything.  So the patriots are

4 taking it into their own hands.  They've had enough."

5    Given where we are, it was on redirect

6 examination, there wasn't a degree of specificity to the

7 objection or the request, you know, I didn't think it was

8 appropriate to then bring in, through redirect examination,

9 a whole host of other messages that might have also

10 required -- or invited a request from the government to add

11 additional messages to the sequencing of messages.

12    And as I said at the time, this is a long trial

13 and you'll have ample opportunity to put those messages in

14 front of the jury, okay?

15    Ready to go when you are.

16    COURTROOM DEPUTY:  Jury panel.

17    (Jury entered the courtroom.)

18    THE COURT:  Okay.  Please be seated, ladies and

19 gentlemen.

20    Welcome back.  It's nice to have you all with us.

21 I hope everybody had a nice weekend, although perhaps not so

22 much for the juror in Seat 7.  Sorry to see you're here with

23 crutches.  If you need a break or if anything arises, just

24 let us know, and we'll do what we can.

25    All right.  So we are ready to continue with the

```
 1   government's case.  The government's next witness,
 2   Ms. Hughes.
 3            MS. HUGHES:  Good morning.  The government calls
 4   Captain Ronald Ortega.
 5            COURTROOM DEPUTY:  Please raise your right hand.
 6            (Witness is placed under oath.)
 7            COURTROOM DEPUTY:  Thank you.
 8            THE COURT:  Okay.  Captain Ortega, welcome.
 9   I'll ask you to remove your mask if you're comfortable, sir.
10   Thank you, sir.
11            THE WITNESS:  Thank you, sir.
12                             - - -
13   CAPTAIN RONALD ORTEGA, WITNESS FOR THE GOVERNMENT, SWORN
14                       DIRECT EXAMINATION
15                             - - -
16   BY MS. HUGHES:
17       Q    Good morning.
18       A    Good morning.
19       Q    Could you please start, sir, by introducing
20   yourself to the ladies and gentlemen of the jury by stating
21   and spelling your full name.
22       A    Ronald Ortega, R-o-n-a-l-d.  O-r-t-e-g-a.
23       Q    Where do you work, Captain Ortega?
24       A    United States Capitol Police.
25       Q    And what is your job title?
```

1    A    I'm a captan with the United States Capitol

2  Police.

3    Q    How long have you worked with the United States

4  Capitol Police?

5    A    For approximately 15 years.

6    Q    Were you on duty on January 6th, 2021?

7    A    I was.

8    Q    And as captain, are you one of the more senior

9  members of the Capitol Police?

10    A    I am.  I'm part of the senior management team.

11    Q    And could you explain where you fall in your

12  management structure.

13    A    As a captain, I'm in charge of the officers,

14  sergeants, and lieutenants.

15    Q    Are you familiar with the closed-circuit TV system

16  employed at the United States Capitol?

17    A    I am.

18    Q    And are you familiar with the footage taken on

19  January 6th, 2021?

20    A    I am.

21    Q    We're going to go into a bit more on each of these

22  topics but I want to start just at basics here.

23         What is the mission of the United States Capitol

24  Police?

25    A    To protect the Congress, its family members, its

1  staff, and visitors that are on Capitol -- and the Capitol

2  and Capitol Grounds.

3      Q    How are you different from the Metropolitan Police

4  Department?

5      A    The Metropolitan Police Department will be the

6  primary law enforcement entity inside the

7  District of Columbia.  We're specifically a federal agency

8  that is in charge of the Capitol and Capitol Grounds.

9      Q    Do you have specialized forces within the

10  United States Capitol Police?

11      A    We do.

12      Q    What are some of those specialized forces?

13      A    We have a full-service SWAT team, dispatch team,

14  investigations division, dignitary protection division,

15  civil disturbance unit, and K-9 unit, bomb squad unit.

16      Q    Does the U.S. Capitol Police have officers who are

17  specifically trained in less than lethal weapons?

18      A    We do.

19      Q    What is that division responsible for?  What are

20  they trained in?

21      A    So the less than lethal options would be things

22  like the crowd-size pepper sprays, the PR-24s, which are the

23  longer batons, the pepper bullet guns.

24      Q    What is the Senate Division responsible for?

25      A    The Senate Division would be in charge of the

1    Senate office buildings, the Russell Building, the Dirksen

2    Building, and the Hart Building.

3         Q    What is the Capitol Division responsible for?

4         A    Specifically for the -- the Capitol and the

5    immediate grounds surrounding the Capitol.

6         Q    And what is the House Division responsible for?

7         A    The House would be in charge of the Rayburn, the

8    Longworth, and the Cannon Office Building.

9         Q    Captain Ortega, could you briefly describe the

10   jobs you've held over your 15 years with the United States

11   Capitol Police?

12        A    Since joining the Capitol Police, I was a police

13   officer with House Division Section 3.  I was a

14   Special Agent with the Dignitary Protection Division.  I was

15   a sergeant in House Division Section 1.  I was a supervisory

16   Special Agent with the Dignitary Protection Division.  I was

17   a sergeant with the Office of Professional Responsibility.

18             I was a lieutenant with Senate Division Section 3.

19   I was a lieutenant with our Investigations Division and I

20   ran our threat assessment section and our intelligence

21   operations section.

22             And I was a captain with the Senate Division and I

23   served as the assistant commander there.

24             And now I serve at the Capitol Division as the

25   assistant commander.

1      Q   So through all of those roles, is it fair to say

2  you've become pretty familiar with the Capitol Building?

3      A   I am very familiar with the Capitol Building, yes.

4      Q   If we could please bring up just for the witness

5  Government's Exhibit 7025.

6          Is this a fair and accurate photo of an aerial

7  view of the United States Capitol, Captain Ortega?

8      A   It is.

9      MS. HUGHES:  Government seeks to admit and publish

10 Government's Exhibit 7025.

11     THE COURT:  All right.  Government's 7025 will be

12 admitted.

13                           (Government Exhibit 7025
                           received into evidence.)

14

15 BY MS. HUGHES:

16     Q   Okay.  Captain Ortega, if you could just explain

17 what are we looking at here?

18     A   It's just an overview of the Capitol.

19     Q   And you can actually write on the screen in front

20 of you.  If you could just note, which side is the Senate

21 side of the Capitol Building?

22     A   The Senate would be at the north side of the

23 photo.

24     Q   And, for the record, the witness has placed an S

25 on the upper rectangle on the photo.

1            And which is the House side?

2      A     The House would be the south side of the photo.

3      Q     And the witness has placed an H on the lower

4  rectangle in the photo.

5            And what is in the center there?  What is in

6  the -- the circle in the center of the building?

7      A     That would be the Capitol Dome.

8      Q     And underneath that, is that the Rotunda?

9      A     That would be correct.

10     Q     What is this structure here on the left side of

11 the building, this white structure?

12     A     That would be the Inaugural Stage.

13     Q     Is that stage always at the United States Capitol?

14     A     It is not.

15     Q     Was it there on January 6th?

16     A     It was.

17     Q     And why was it there on January 6th, 2021?  What's

18 its purpose?

19     A     The stage is utilized for the inauguration.

20           MS. HUGHES:  And we can bring that down.

21 Thank you, Ms. Badalament.

22 BY MS. HUGHES:

23     Q     Now, have you had a chance to review other photos

24 and schematics of the United States Capitol in preparing for

25 your testimony today?

```
 1        A    I have.
 2        Q    And if we could just bring up first Government's
 3   Exhibit 1652, Government's Exhibit 1653, Government's
 4   Exhibit 1661, Government's Exhibit 1662, 1663, and 1673.
 5             And are these photos and schematics fair
 6   depictions of the United States Capitol?
 7        A    They are.
 8             MS. HUGHES:  Government seeks to admit and publish
 9   Government's Exhibit 1652, 1653, 1661, 1662, 1663, and 1673.
10             MR. WEINBERG:  No objection.
11             THE COURT:  All right.  Those exhibits will be
12   admitted.
13   (Government Exhibits 1652, 1653, 1661, 1662, 1663, and 1673
                                        received into evidence.)
14
15   BY MS. HUGHES:
16        Q    If we could please start off with Government's
17   Exhibit 1661.
18             Okay.  So what is this a map of?
19        A    That's going to be a map of the United States
20   Capitol.
21        Q    Which side is the House side?
22        A    (Witness complied.)
23        Q    And I should start by having asked you, sorry,
24   Captain Ortega, what floor of the United States Capitol is
25   this?
```

1    A    This is going to be the first floor of the

2 United States Capitol.

3    Q    And how many floors are there in the Capitol?

4    A    There's technically -- there's four floors that

5 you can get to and then there's a basement, subbasement

6 level.

7    Q    Okay.

8         And so where is this in those four floors?  What

9 are we looking at, the first floor?

10    A    We are looking at the first floor.

11    Q    Okay.  So there's a subbasement underneath this?

12    A    Correct.

13    Q    What is this central area in this schematic?

14    A    That would be the Crypt of the United States

15 Capitol.

16    Q    Can you circle the Crypt, please.

17    A    (Witness complied.)

18    Q    And then does that make the left-hand side the

19 Senate side?

20    A    It does.

21    Q    If we could please go to 1662.

22         What is in the center of the second floor?

23    A    That would be the Rotunda, of the United States

24 Capitol.

25    Q    And would you mind circling the Rotunda.

1773

```
1         A     (Witness complied.)

2         Q     Which side is the Senate Chamber?

3         A     That would be on the left side of the photo.

4         Q     And the House?

5         A     The House would be on the right side of the photo.

6         Q     And are you familiar with the Speaker's offices

7    that are located on the second floor?

8         A     I am.

9         Q     Could you please mark on this map where the

10   Speaker's offices are.

11        A     (Witness complied.)

12              The Speaker's suite is in that area.

13        Q     And so if you're entering through this corridor,

14   would the Speaker suite -- and for the record, this is to

15   the right of the Rotunda, the Speaker suite would be on the

16   left-hand side if you're entering this way?

17        A     That is correct.

18        Q     If we could bring up just for the witness

19   Government's Exhibit 67 -- apologies -- 6725.1 and 6725.2.

20              And have you had a chance to view both of these

21   photos?

22              MS. HUGHES:  We could go to the next photo,

23   please, Ms. Badalament, 6725.2.

24   BY MS. HUGHES:

25        Q     Have you had an opportunity to review both these
```

```
1   photos?
2       A    I have.
3       Q    And is this a fair and accurate depiction of that
4   hallway we were just talking about that has the entranceway
5   to the Speaker's offices?
6       A    It is.
7            MS. HUGHES:  Government seeks to admit and publish
8   Government's Exhibit 6725.1 and 6725.2.
9            MR. WEINBERG:  No objection.
10                         (Government Exhibit 6725.1 and 6725.2
11                                      received into evidence.)
12  BY MS. HUGHES:
13      Q    Okay.  So if we could please publish first
14  Government's Exhibit 6725.1.
15           So when you're entering -- when you're headed
16  towards the Rotunda, what is this a view of?
17      A    That would be going towards the Memorial Door and
18  on the stair -- to the right of that -- of the pillar would
19  be the Memorial stairs.
20           MS. HUGHES:  And, Ms. Badalament, actually during
21  this it would be helpful to have a split screen if we could
22  with 67 -- with 1662, if possible.  My apologies for doing
23  this to you on the fly.
24           And then if we could have 6725.1.  Thank you
25  so much.
```

1   BY MS. HUGHES:

2       Q    So if we are looking here, where is this photo

3   taken from on the map?  And you can -- again, you can mark

4   up this exhibit on the screen in front of you.

5       A    It would be right here.  And we would be facing

6   that direction.

7       Q    Okay.  So there was a stairwell there;

8   is that correct?

9       A    That is correct.

10          MS. HUGHES:  And then, Ms. Badalament, if we could

11  switch out this exhibit with 6725.2, and, again, put it up

12  with 1662.

13          You know what, that's okay.  Why don't we just

14  bring up 6725.2.

15          So this is the view right across from that

16  hallway; is that correct?

17      A    That is correct.

18      Q    And if we could just zoom in on the sign, please.

19          And so this is the entrance to the Speaker's

20  suites; is that correct?

21      A    That is correct.

22      Q    Okay.

23          I want to talk to you a little bit now about the

24  security procedures -- and thank you, Ms. Badalament, we can

25  take that down.

1          I want to talk to you a little about the security

2    procedures that are generally employed at the United States

3    Capitol.

4          So first of all, are you familiar with the

5    security procedures you need to go through to enter the

6    United States Capitol?

7    A    I am.

8    Q    On a normal day, what kinds of security must a

9    person go through to enter the United States Capitol?

10   A    Anyone that goes inside the United States Capitol

11   would have to pass through walk-through magnetometers,

12   possibly a hand wand magnetometer, and they would have to

13   screen their items through the X-ray machine.

14   Q    And can a visitor enter through any door at the

15   United States Capitol?

16   A    They cannot.

17   Q    What are the doors a visitor would have to enter

18   through?

19   A    Typically on a normal day of business, you would

20   go through the House side.  It would be the south door of

21   the United States Capitol.  And then if you're coming from

22   the Senate side, you'd have to go through the north

23   screening check and then through our north door of the

24   U.S. Capitol.

25   Q    What kinds of items are generally prohibited at

1    the United States Capitol?

2        A    Things like firearms, explosives, brass knuckles,

3    blades that are above 3 inches.

4        Q    Are you familiar with the security procedures that

5    were in place on January 6th, 2021?

6        A    I am.

7        Q    First of all, was the Capitol open to the public

8    that day?

9        A    It was not.

10       Q    Why was it closed to the public?

11       A    Two reasons; one, when the COVID pandemic started,

12   they closed off the Capitol to only staff.  No visitors were

13   allowed -- I'm sorry, congressional -- the congressional

14   building staff, at the time, visitors weren't allowed to

15   enter the Capitol.

16            But we also had a joint session of Congress at the

17   time.

18       Q    If we could please bring up just for the witness

19   Government's Exhibit 7026.

20            Is this an accurate depiction of the security

21   perimeter around the United States Capitol on January 6th,

22   2021?

23       A    It is.

24            MS. HUGHES:  Government seeks to admit and publish

25   Government's Exhibit 7026.

1              MR. WEINBERG:  No objection.

2              THE COURT:  Okay.  7026 will be admitted.

3                         (Government's Exhibit 7026
                             received into evidence.)

4

5    BY MS. HUGHES:

6        Q    If we could just explain sort of, what is this red

7    line around the Capitol?

8        A    So that would be our outer perimeter.

9        Q    What do you mean by "outer perimeter"?

10       A    So it is the perimeter that we have; it's the

11   furthest perimeter from the United States Capitol.

12       Q    And so this was the perimeter that was in place on

13   January 6th?

14       A    It was.

15       Q    And if you could please just read, what are the

16   dimensions of this perimeter?  What are the streets that it

17   abuts?

18       A    So we'll start at 1st -- the corner of 1st Street

19   Northwest and Constitution Avenue.

20       Q    You can mark it as you go.

21       A    Okay.

22       1st Street and -- Northwest at Constitution

23   Avenue.  We will -- the screen froze.  All right.

24       We'll go eastbound to around Delaware Avenue.

25   Then we're going to travel southbound on the East Plaza down

1    to Independence Avenue.  Travel westbound down Independence.

2    Then travel north again on 1st Street, and we will connect

3    back -- on 1st Street back to Constitution Avenue.

4        Q    What was this perimeter made of?

5        A    We use bike rack for the perimeter.

6        Q    And who could pass across these bike racks?

7        A    Only authorized individuals like members of

8    Congress, congressional staff, law enforcement.

9        Q    If we could please bring up just for the witness

10   Government's Exhibit 7027.

11            Is this a photograph of the perimeters that were

12   in place on January 6th?

13       A    It is.

14       Q    And is this a fair-and-accurate photograph of

15   those perimeters?

16       A    It is.

17            MS. HUGHES:  Government seeks to admit and publish

18   Government's Exhibit 7027.

19            MR. WEINBERG:  No objection.

20            THE COURT:  Okay.

21                                (Government's Exhibit 7027
                                    received into evidence.)
22   BY MS. HUGHES:

23       Q    So how many perimeters do you see in this

24   photograph?

25       A    So in this one, you're going to see part of our

1   inner perimeter -- or, I'm sorry, our middle perimeter.

2        Q    And what is the middle perimeter made of?

3        A    We use snow fencing as the middle perimeter.

4        Q    And that's this green fencing you see here, that's

5   the snow fencing?

6        A    It is.

7        Q    And then what is one step -- closer to the

8   Capitol, what is that fencing made of?

9        A    That would still be our middle perimeter.  It's

10  one more further up where you have additional bike racks,

11  which would be our inner perimeter.

12       Q    So all told, how many perimeters were there

13  surrounding the Capitol on January 6th, 2021?

14       A    Approximately three, an outer, middle, and inner

15  perimeter.

16       Q    If we could please bring up just for the witness

17  Government's Exhibit 7028.

18            Is this another photograph of one of the bike

19  racks that were in place on January 6th, 2021?

20       A    It is.

21            MS. HUGHES:  Government seeks to admit and publish

22  Government's Exhibit 7028.

23            MR. WEINBERG:  No objection.

24            THE COURT:  All right.  7028 will be admitted.

25                             (Government's Exhibit 7028
                                received into evidence.)

1    BY MS. HUGHES:

2        Q    Okay.  So what are we -- which perimeter is

3    captured here in this photograph?

4        A    That is still the outer perimeter.

5        Q    And you see these signs, this sign that says "Area

6    closed" on the bike rack.  Were those posted on the bike

7    racks around the entirety of the perimeter?

8        A    They were.

9        Q    If we could please bring up just for the witness

10   Government's Exhibit 7029.

11           Is this a fair-and-accurate photograph of the

12   signs that were on these bike racks?

13       A    It is.

14           MS. HUGHES:  Government seeks to admit and publish

15   Government's Exhibit 7029.

16           MR. WEINBERG:  No objection.

17                                (Government's Exhibit 7029
                                    received into evidence.)
18

19   BY MS. HUGHES:

20       Q    Okay.  And so, again, this is one of the signs

21   that was around the entirety of the perimeter?

22       A    That is correct.

23           MS. HUGHES:  Okay.  We can take that down.  Thank

24   you, Ms. Badalament.

25

1782

BY MS. HUGHES:

1    Q    I want to talk a little bit now about what you

2    specifically did on January 6th.  First of all, what was

3    scheduled to occur that day?  What was happening at the

4    Capitol on January 6th?

5    A    There was going to be the certification of the

6    election.

7    Q    And what does that require practically?  What does

8    Congress do?

9    A    They have a joint session of Congress to

10   accomplish this.

11   Q    How many people were legally expected to be inside

12   the United States Capitol that day?

13   A    Approximately a thousand people.

14   Q    When did you report for duty?

15   A    Approximately 0530 hours.

16   Q    Where did you report for duty?

17   A    At the time, I was assigned to the Senate

18   division, so I reported to the United States Capitol Police

19   headquarters.

20   Q    Did there come a time when you moved to the

21   Capitol itself?

22   A    There was.

23   Q    When did you respond to the Capitol?

24   A    It was around approximately 1250 hours, there was

1    a call for a breach in our perimeter.

2        Q    Where did you go?

3        A    Initially I went to the Capitol and exited on the

4    east front.

5        Q    And if we could please bring up Government's

6    Exhibit 1653, which has already been admitted.

7            Okay.  So looking at the east front, where did you

8    first respond?

9        A    I came out of this side on the east front from the

10   law library door.

11       Q    And what did you do when you arrived to this

12   position?

13       A    When I exited the law library door, I noticed a

14   huge crowd on the East Plaza.  They were behind the bike

15   rack at the time.

16           I had police officers I thought that they were

17   standing a little bit too close to each other.  So starting

18   from the House side, I went around the perimeter and grabbed

19   the officers and started spreading them out till I made

20   myself -- till I made my way to the north side of the

21   perimeter.

22       Q    How large was the crowd in comparison with your

23   officers who were there?

24       A    We were severely outnumbered at the time.

25       Q    Did there come a time when you left the east side?

1    A    There was, yes.

2    Q    Why did you leave the east side?

3    A    When I got to the end of the perimeter, I was told

4    by the officers, Captain, they don't need you here, they

5    need you on the west front.

6    Q    What did you think when you were told that they

7    really needed you on the west front?

8    A    I was shocked because the amount of people that

9    were on the east front, it must have been really bad on the

10   west front at the time.

11   Q    And did you, in fact, respond to the west front?

12   A    I did.

13   Q    If we could please bring up Government's

14   Exhibit 1652.

15        Okay.  So could you explain, where did you go once

16   you were on the west side of the Capitol?

17   A    So I walked across the Upper West Terrace area and

18   initially was on the top of the Upper West Terrace, made my

19   way down the stairs and ended up at the Inaugural Stage.

20   Q    For the record, the witness has placed his line,

21   the way he traveled, on the left side of the Capitol down to

22   the center of the Inauguration Stage.

23        What was the scene you observed at this point?

24   What did you see?

25   A    When I got to the Inaugural Stage, I observed my

1  officers being attacked on the Lower West Terrace.  There

2  was a few that had some sort of orange liquid that was being

3  sprayed on them.  So the officers were grabbing each other,

4  trying to utilize water bottles to decontaminate each other,

5  and I observed my officers engaging in combat with the

6  crowd.

7      Q    And how did the size of the crowd on the west side

8  compare with the number of officers who were positioned

9  there?

10     A    We were even more outnumbered on the west front.

11 It was completely filled up at the time.  And we did not

12 have the numbers to engage the crowd.

13     Q    What was the goal of the officers at this point?

14     A    We were doing our best to just control the crowd

15 to prevent them from getting over the bike rack.

16     Q    You said that you observed your officers engage in

17 combat.  Were you yourself in physical combat with the

18 rioters at this point?

19     A    I was.

20          I ended up responding inside the scaffolding area.

21 And at the time we had the crowd throwing ice water bottles

22 at us, cans of food at us, attacking us with hammers, coming

23 after me with hammers.  There was somebody who attempted to

24 spray me with some sort of orange liquid.

25          We had to physically engage the crowd and fight

1786

1   them, get them on the ground and push them back.

2        Q    Were you injured as a result of this combat?

3        A    I was.

4        Q    How were you injured?

5        A    Just taking blunt force trauma.

6        Q    Where did you go after being on the Inauguration

7   Stage?

8        A    I went inside multiple times into the scaffolding

9   and into the landing right next to the scaffolding.

10       Q    At a certain point did you relocate back to the

11  east side?

12       A    I did.

13            Eventually the crowd overwhelmed us in the

14  scaffolding and pushed us back to the top of the Upper

15  West Terrace.

16            We attempted to put a bike rack as a way to form

17  one last perimeter.  They were to break through our bike

18  rack.

19            And then at that point, I was not aware that the

20  East Plaza, that that perimeter had been broken through so I

21  initially had told our officers to lead the crowd back to

22  the East Plaza to get them behind the bike rack back there.

23       Q    And what happened after you got back to the east

24  side?

25       A    When I got to the east side, I was shocked to see

1    that that perimeter had been broken down as well.

2              MS. HUGHES:  Government seeks to admit

3    Government's Exhibit 1123.2 and 1123.3 pursuant to a 902(11)

4    certificate of authenticity.

5              And we can bring those up, please, just for the

6    witness.

7              And then 1123.3, please.

8              THE COURT:  What were those numbers again?

9              MS. HUGHES:  1123.2 and 1123.3.

10             THE COURT:  Any objection?

11             MR. WEINBERG:  No objection, Your Honor.

12             THE COURT:  All right.  Those will be admitted.

13                           (Government Exhibits 1123.2 and 1123.3
                                     received into evidence.)

14

15             MS. HUGHES:  And if we could start with 1123.2.

16   BY MS. HUGHES:

17        Q    What does this show, this photograph that is

18   hopefully now on the screen?

19        A    We're looking at the East Plaza center stairs.  At

20   the top of the stairs would be the Columbus Doors.

21        Q    And are there -- is this the point at which the

22   perimeters have already been overrun?

23        A    That is correct.

24        Q    And if we could now move to 1123.3.

25             And is this west side?

1    A    That is correct.

2    Q    Now, you mentioned being inside the scaffolding

3    and engaging in combat.  Could you explain what is this

4    tarping, how does that -- is that the scaffolding?

5    A    So that is the scaffolding.  They used a tarp to

6    cover it up.

7    Q    And so it's within this that you're engaged with

8    combat with rioters?

9    A    That is correct.

10    Q    And where -- if you could just explain from this

11    photograph, where is the Inauguration Stage?

12    A    It would be on the right hand of the photo --

13    middle right-hand side of the photo.

14    Q    And you can touch the screen again.

15    A    (Witness complied.)

16    Q    For the record, the witness has placed a circle

17    around the center platform in the photograph, 1123.3.

18         At a certain point, did you --

19         MS. HUGHES:  We can take that down.  Thank you,

20    Ms. Badalament.

21    BY MS. HUGHES:

22    Q    At a certain point, did you relocate inside the

23    Capitol Building itself?

24    A    So I didn't go back inside the Capitol.  At some

25    point there was a call on the air that there was a breach in

1  the Senate subways and I had to relocate back to the Senate

2  office buildings as I was the Senate commander.

3       Q     So we're going to pause there for a moment.

4  I want to just go back to the monitoring system that's in

5  place at the United States Capitol.

6            First of all, as your time -- during your time

7  with the Capitol Police, are you familiar with the system of

8  security cameras that's in place at the United States

9  Capitol?

10      A     I am.

11      Q     What are those cameras used for?

12      A     They almost serve as a force multiplier.

13            For areas that we don't have police officers, it

14 gives us a chance to view an area, to have eyes on it.  So

15 that's how we utilize the camera system.

16      Q     Are there cameras throughout the interior of the

17 building?

18      A     There are.

19      Q     Are there cameras on the exterior of the building?

20      A     There are.

21      Q     Can they pan?  Can they move right to left, up and

22 down?

23      A     Some of them can.

24      Q     Can they zoom in?

25      A     Yes.

1    Q    Do they capture audio?

2    A    They do not capture audio.

3    Q    Are you familiar with the radio systems that are

4    utilized by U.S. Capitol Police?

5    A    I am.

6    Q    What kinds of radio systems does the Capitol

7    Police use?

8    A    So Capitol Police has a full-service digital radio

9    system.

10        We have a full-service communications center where

11   we have dispatchers that run the communications center.

12   Q    And are you familiar with the channels that were

13   used on January 6th, 2021?

14   A    I am.

15   Q    What were those radio channels?

16   A    Main Ops 1, Main Ops 2, Special Events 1.

17   Q    And are those channels recorded?

18   A    They are.

19   Q    Have you had an opportunity to review some of that

20   radio communication that was -- that was captured on

21   January 6th, 2021?

22   A    I have.

23   Q    And have you had a chance to view a compilation

24   that includes video captured from U.S. Capitol Police CCTV

25   footage and includes portions of radio communications?

1    A    I have.

2         MS. HUGHES:  Government seeks to admit and publish

3    Government's Exhibit 1515.1.

4         MR. WEINBERG:  Objection.

5         THE COURT:  Sorry?

6         MR. WEINBERG:  Objection.

7         THE COURT:  Is this what we discussed earlier?

8         MR. PEED:  Yes, Your Honor.

9         Your Honor, can I make it more clear on the phone,

10   though?

11        (Bench conference)

12        THE COURT:  Go ahead, Mr. Peed.

13        MR. PEED:  Okay.  Just for the record, this is

14   what we discussed earlier.  I just want to object to any

15   video not involving the Oath Keepers or involving events

16   that they wouldn't have known about.

17        So I've looked at it and there's a compilation of

18   rioters up to the second breach of the East Doors, which is

19   when the Oath Keepers come in.  So I would object to audio

20   and video up to that point.

21        MR. SHIPLEY:  I would join and add that anything

22   prior to 2:30 is not relevant to these defendants.

23        MS. HUGHES:  The government's position is that

24   these defendants were receiving updates about what was

25   happening at the Capitol, and that the timing of the first

1    breach and the subsequent breach is relevant.

2         We also would just note that for this particular

3    trial, it is central to the government's case that

4    Mr. Minuta in particular had many opportunities to enter the

5    Capitol through other entrance points, but instead went

6    through the precise entrance point that Stack 1 went to.

7    So establishing that there were all these various points of

8    breach on the west side and the east side that he went

9    through the Columbus Doors is of particular relevance here.

10        THE COURT:  So as I said, you know, there's

11   relevance to this in establishing a timeline of that day,

12   and I have limited the amount of video and the nature of the

13   video that can come in.

14        It's particularly important not only for the

15   reasons that Ms. Hughes has stated but you'll also recall

16   that there are a number of statements Mr. Rhodes makes in

17   his various communications on these Signal chats that

18   describe the events that are happening there, referring to

19   patriots storming the Capitol, et cetera, et cetera, and

20   I think its fair to establish a visual of what was -- what

21   he was observing and what led up to the folks entering

22   the -- the first group of Oath Keepers entering and then

23   when -- the second group of Oath Keepers, when they entered

24   and what the circumstances were at the Capitol in or around

25   that time, okay?

1    MR. PEED:  Yes.

2    MS. HUGHES:  Thank you, Your Honor.

3    THE COURT:  And just to be clear, I don't find any

4    of this more prejudicial than probative.  As I said, I've

5    had this video edited by the government from its original

6    form to avoid the very concerns that the defense is raising.

7    MS. HUGHES:  Thank you, Your Honor.

8    (Open court)

9    THE COURT:  So 1515.1 will be admitted.

10                              (Government Exhibit 1515.1
                                   received into evidence.)

11

12    MS. HUGHES:  And there is a stipulation that

13    accompanies this video, if I could read portions of that at

14    this time, Your Honor?

15    This is Government's Exhibit 3051.

16    The government and the defendants hereby agree and

17    stipulate to following:

18    The United States Capitol Police, U.S.C.P.,

19    operate and maintain closed circuit video monitoring and

20    recording equipment that captures locations inside and

21    outside of the United States Capitol Building and on the

22    Capitol Grounds.  The video equipment time stamps each

23    recording with the date and time at which the footage is

24    captured.

25    The U.S.C.P. controlled video equipment was in

1  good working order on January 6th, 2021, and the video

2  footage recovered from the cameras and equipment with the

3  timestamp of January 6th, 2021 is footage from January 6th,

4  2021.

5          The time stamps on the recordings are system

6  generated and they depict the video footage was not -- and

7  the depicted video footage was not altered or edited in any

8  way.  The video footage is authentic in that it is what it

9  purports to be.  Government's Exhibit 1056 consists of video

10  footage pulled from the U.S.C.P. closed circuit video

11  recordings.

12          And then Government's Exhibit 3055 and this is --

13  pardon me, apologies.

14          This is .3 on Government's Exhibit 3055.

15          Government Exhibit 1061 are authentic copies of

16  audio files from Metropolitan Police Department radio

17  transmissions on January 6th, 2021.

18          Government's Exhibit 1061.1 are accurate

19  transcripts of these and related audio files.

20          Okay.  So if we could now publish Government's

21  Exhibit 1515.1.

22          And, Ms. Badalament, if you could just pause at

23  5 seconds.

24  BY MS. HUGHES:

25      Q    So, again, there's no audio on this, right,

 1    because this is Capitol Police footage; is that right?

 2        A    That's correct.

 3        Q    And if we could pause at 5 seconds, which you've

 4    already done.   Thank you.

 5             So what are we looking at here?

 6        A    This is a Peace Circle facing east toward the

 7    United States Capitol.

 8        Q    And there's a map on the right-hand side of this

 9    screen.   What does this map relate to?

10        A    You're seeing the exterior of the United States

11    Capitol.

12        Q    And does this green triangle relate to the

13    position of the camera and the angle it captures?

14        A    It does.

15        Q    And so the date and time on the top left of the

16    screen, is that generated by the U.S. Capitol Police TV

17    system?

18        A    It is.

19        Q    So this isn't something that the prosecution team

20    added, this is generated by the cameras itself?

21        A    That is correct.

22             MS. HUGHES:   Okay.   Thank you, Ms. Badalament, if

23    we could please keep playing.

24             (Video played)

25

```
1    BY MS. HUGHES:
2        Q    So what street is this camera angle capturing at
3    this time?
4        A    That would be Pennsylvania Avenue, facing
5    westbound.
6        Q    Okay.  And this is at 12:57 p.m.?
7        A    That is correct.
8        Q    At 12:58 p.m., West Lawn and West Plaza, you see
9    here that individuals are now on the left side -- or the
10   right side of the screen breaking through the barriers.
11            Are they permitted on the plaza?
12       A    They are not.
13            MS. HUGHES:  And if we could next pause at
14   53 seconds, Ms. Badalament.
15   BY MS. HUGHES:
16       Q    And so these individuals that are walking, is that
17   a result of the barriers failing?
18       A    That is correct.
19       Q    If we could just pause here actually for a moment.
20   And this at 1:59 p.m.
21            You see vehicles leaving, and we can keep playing.
22            Are you aware of what these vehicles relate to?
23       A    That was part of the Vice President's motorcade.
24       Q    Is the Vice President in the motorcade at that
25   time?
```

1    A    He is not.

2    Q    And these individuals walking on the plaza here at

3 1:59 p.m., are they permitted on the East Plaza?

4    A    They're not.

5    Q    And if we could pause here just one more time

6 at -- again, it's still at 1:59.

7         What are the central doors here?

8    A    That would be the Columbus Doors.

9    Q    And we can please keep playing.

10         Are these the same east doors?

11    A    Correct.

12    Q    So is the central east steps -- do those lead to

13 the Columbus Doors again?

14    A    They do.

15    Q    And in normal times, is this an entrance point

16 where a visitor would enter the Capitol through, through

17 those central steps?

18    A    It is not.

19    Q    On the northwest steps, where does this relate to

20 the Inauguration Stage?

21    A    So that would be to the right side of the

22 Inauguration Stage.

23    Q    And were protesters allowed on the Northwest Plaza

24 at this time?

25    A    They were not.

1    Q    So at 2:12 p.m., this is the Senate wing doors.

2         First of all, the glass that you just saw that was

3    shattered, is that a doorway?

4    A    No, that is a window.

5    Q    And is this the first breach time at the

6    United States Capitol on January 6th?

7    A    It is.

8    Q    At 2:12 p.m.?

9    A    It is.

10   Q    Now, again, is this on the west or the east side

11   of the United States Capitol?

12   A    So they are coming in from the west side.

13        (Video played continuously)

14   BY MS. HUGHES:

15   Q    And is this a doorway that's open to visitors

16   normally?

17   A    It is not.  That is a fire emergency door.

18   Q    At 2:14 p.m., West Plaza, where is this in

19   relation to the Inaugural Stage?

20   A    So this would be below.  That would be the

21   Lower West Terrace side.

22   Q    And are these officers pushing against the crowd,

23   are those U.S. Capitol Police Officers.

24   A    Those are Metropolitan Police Officer.

25   Q    So at this point, have other officers joined your

1    forces?

2         A    They have.

3         Q    At 2:18 p.m., this is the Senate carriage door,

4    what side of the building is this door on?

5         A    That would be coming from the east side.

6         Q    But this is not the Columbus Doors?

7         A    It is not.

8         Q    So this view, what is this room that's being

9    captured right now?

10        A    That would be the Crypt.

11        Q    And that's on the first floor?  That's the room we

12   discussed on the first floor?

13        A    It is.

14        Q    Where is that in relation to the Rotunda?

15        A    It would be one floor below the Rotunda.

16        Q    Now, at 2:25 p.m., what doors are being pushed

17   against at this time?

18        A    So that would be the Columbus Doors.

19        Q    And at 2:26 p.m., are the Columbus Doors breached;

20   are they opened?

21        A    They are.

22        Q    What stairs lead to these doors?

23        A    That would be the center stairs on the exterior,

24   the East Plaza center stairs.

25        Q    Where is this hallway?

1    A    So that would be the first floor small Rotunda on

2  the House side.  If you're looking forward, you'll see the

3  Memorial Door.  And on the right of that would be the

4  Memorial stairways that would take you up to the Speaker's

5  suite.

6    Q    And we talked about where the Speaker's suite.

7  So this is directly below the Speaker's suite?

8    A    That's correct.

9    Q    And at 2:28 p.m., where does this hallway lead to?

10   A    So they're walking towards the Hall of Columns,

11 which will put them right underneath the House Floor.

12   Q    And this is still on the first floor?

13   A    That is correct.

14   Q    Where is the West Plaza, this -- at 2:33 p.m.,

15 where is this in relation to the Inaugural Stage at this

16 time?

17   A    So the -- you'll see officers and you'll see the

18 crowd just on the Lower West Terrace underneath the

19 Inaugural Stage, below it.

20   Q    At 2:35 p.m., where does this corridor lead to?

21   A    That would be going -- the crowd is pushing

22 towards the House main door that leads you into the House

23 Chamber.

24   Q    And this is on the second floor?

25   A    Correct.

1    Q    Now, at 2:36 p.m., are these the same Columbus

2    Doors?

3    A    They are.

4    Q    And they appear to be closed now, right?

5    A    They're closed, yes.

6    Q    And where would, if you enter through the Columbus

7    Doors, where would you go if you just kept going straight?

8    A    You would enter into the Rotunda.

9    Q    So at 2:38 p.m., are these doors opened again?

10   A    They are.

11   Q    Now, at 2:41 p.m., these circles that you see on

12   your screen at this point, is it your understanding those

13   were imposed by the prosecution team, right?

14   A    That is correct.

15   Q    These were not generated by the CCTV system at the

16   United States Capitol?

17   A    That is correct.

18   Q    And at 2:41 p.m., this is an additional door that

19   is appearing to be breached.  Where -- what side of the

20   building is this door on?

21   A    So that is the Upper House Door, and that would be

22   on the east side.

23   Q    Where is this hallway in the United States

24   Capitol?

25   A    That's the third floor Senate side.  That would be

```
1    outside the Senate galleries.
2         Q    So is the Senate gallery actually right through
3    those doors?
4         A    It is.  And that gives you full access to the
5    House Chamber.
6              I'm sorry, the Senate Chamber.
7         Q    And is it your understanding that the Senate
8    Chamber and the House Chamber were, in fact, breached that
9    day?
10        A    That is correct.
11             (Audio played)
12             MS. HUGHES:  And if you could pause right there.
13   BY MS. HUGHES:
14        Q    So if you could just orient the jury, what are we
15   hearing right now?  What is this a clip of?
16        A    So this would be our main ops 2 radio channel.
17   And right now you're hearing the dispatcher asking a
18   question.
19        Q    So explain.  What is the dispatcher?  How does it
20   work on this radio system?
21        A    So the dispatcher essentially controls the
22   channel.  So they will put out information, and they will
23   also take in information.  And the information they take in,
24   they will push that information back out to all the units
25   that are in the field.
```

1    Q    And so right now, you said the first voice we
2    heard is the dispatcher?
3    A    That is correct.
4         MS. HUGHES:  Okay.  If we could please keep
5    playing, Ms. Badalament.
6         (Audio played)
7         MS. HUGHES:  If we could pause right there.  And
8    this is at a timestamp I can't quite read.  Is it 8:35?
9    Thank you.
10   BY MS. HUGHES:
11   Q    So the second voice we heard saying, "Shots fired,
12   House Floor, shots fired, House Floor, was that the
13   dispatcher?
14   A    It was not.  That was a police officer.
15   Q    And if we could please keep playing.
16        (Audio played)
17   BY MS. HUGHES:
18   Q    So if we could stop there, please.
19        You hear "1444 hours."
20        So who says that on the radio?  Who says, "1444
21   hours"?
22   A    That's going to be a Capitol Police dispatcher.
23   Q    And why do they do that?
24   A    So to confirm that there's information received
25   and there's information put out, the dispatcher will put out

1    time checks to acknowledge that the information has been

2    put out.

3        Q    So in this -- when we heard, "Shots hired, House

4    Floor," and then we heard, "1444 hours," did the "Shots

5    fired" then happen just a few minutes or seconds before the

6    "1444 hours" announcement?

7        A    That is correct.

8            MS. HUGHES:  Okay.  If we could please keep

9    playing, Ms. Badalament, thank you.

10   BY MS. HUGHES:

11       Q    Now, this is the Senate wing doors at 2:48 p.m.

12            What side of the building is this on?

13       A    So, again, they are coming in from the west front

14   side.

15            (Video played)

16   BY MS. HUGHES:

17       Q    So at this point, is it fair to say there are

18   multiple breach points on the west front?

19       A    That is correct.

20       Q    What is this a hallway to?

21       A    So this is going up to the Senate Chamber.

22       Q    So at 3:01 p.m., this is a hallway to Senate

23   Chamber.

24            What do these doors specifically lead to right

25   here on the right side of the video?

1    A    So that leads to the lobby inside the Senate

2    Chamber, but more importantly it leads to the Vice

3    President's office.

4    Q    So the Vice President has an office at the

5    United States Capitol?

6    A    That is correct.

7    Q    At 3:14 p.m., you see additional circles on your

8    screen.  Again, are those generated by the prosecution team?

9    A    That is correct.

10    Q    So by this time, by 3:14 p.m., had there been

11    multiple breach points on both the east side and the west

12    side?

13    A    That is correct.

14    Q    And again at 3:21 p.m., are these circles -- these

15    circles are not imposed by the CCTV system, these are

16    generated by the prosecution team?

17    A    That is correct.

18    Q    And these doors again are the Columbus Doors?

19    A    That is correct.

20    Q    And those are the doors you entered through the

21    central stairwell on the east side?

22    A    That is correct.

23    Q    What is happening here at 4:30 p.m.?

24    A    Metropolitan Police Department has been able to

25    push some of the crowd out of the Upper West Terrace.

1    MS. HUGHES:  Thank you, Ms. Badalament.  We can

2    take that down.

3    BY MS. HUGHES:

4    Q     So moving back to your day, did there come a time

5    when members of Congress, Senators and members of the House,

6    were secured in secure locations, without going to

7    specificity about where they were secured?

8    A     That is correct.

9    Q     And did they, in fact, that day then return to

10   complete their business, the joint session of Congress?

11   A     They did.

12   Q     What, if any, role did you play in escorting them

13   back to complete the business of that day?

14   A     I set the -- once it was time for them to come

15   back, I sent out officers to secure -- to first advance a

16   route, then secure a route, and then I lead the escort to

17   the members back to the chamber.

18   Q     Do you know what time they were escorted back to

19   the chamber?

20   A     I do not recall.

21   Q     Was it dark out?

22   A     It was.

23   Q     Captain Ortega your mentioned that you reported

24   for duty at 5:30 a.m. that day on January 6th.  What time

25   did you leave the Capitol?

```
 1        A     Approximately 04:30 hours.

 2        Q     04:30 hours on what day?

 3        A     The next day.

 4              MS. HUGHES:  No further questions.

 5              THE COURT:  Okay.  Cross-examination.

 6                          -  -  -

 7                     CROSS-EXAMINATION

 8   BY MR. SHIPLEY:

 9        Q     Good morning, Captain Ortega.

10        A     Good morning, sir.

11        Q     I just have a few questions, I want to clear up

12   the timeline in some respects.

13              First of all, the House and Senate adjourned

14   around 2:20, right?

15        A     I do not recall the exact time.

16        Q     You just went through a whole litany of times but

17   you don't know almost two years later the time the House and

18   the Senate adjourned?

19        A     That is correct, sir.

20        Q     You've testified in multiple trials in this

21   courthouse concerning January 6th, right?

22        A     That is correct, sir.

23        Q     And in multiple trials in preparation for those

24   trials, you don't know what time the House and Senate

25   adjourned?
```

1       A    That is correct, sir.

2       Q    Has the United States Capitol Police done an

3  after-action review of January 6th?

4       A    I'm not aware of them publishing an after-action

5  review.

6       Q    I didn't ask you that.  I said, have they done

7  one?

8       A    I know they collected information.  I'm not aware

9  of anything being published.

10      Q    Okay.

11           Isn't it true two months ago in this courthouse

12  you told me that no after-action review had ever been done?

13      A    I said to you that I recalled that they --

14           MS. HUGHES:  Objection.

15           THE COURT:  Go ahead, you can answer it.

16           Go ahead, sir.

17           THE WITNESS:  I know that they collected

18  information.  As far as I'm aware, none has been completed.

19           MR. SHIPLEY:  Okay.

20  BY MR. SHIPLEY:

21      Q    But as you sit here today, two years later almost,

22  no after-action review has been done to review what might

23  have been done differently by the United States Capitol

24  Police on that day?

25      A    As far as I'm aware, correct.

1    Q    Now, you described the events that day as a joint

2    session of Congress, correct?

3    A    That is correct, sir.

4    Q    And you called it the certification of the

5    election?

6    A    That is correct, sir.

7    Q    Okay.

8         Now, the 12th Amendment is the proceedings that

9    took place that day, right, where the Electoral votes are

10   announced as read by the Vice President?

11   A    That is correct.

12   Q    Okay.

13        And that process ultimately was concluded?

14   A    It was completed, yes, sir.

15   Q    Now, as I recall the timeline, the crowd on the

16   west front was, for lack of a better description, massive

17   compared to the crowd on the east front, right?

18   A    That is correct.

19   Q    You saw both.  You had tens of thousands on the

20   west front?

21   A    That is correct.

22   Q    And maybe a few thousand on the east front?

23   A    I don't have an exact number.

24   Q    Okay.  Not nearly as many?

25   A    The east front was smaller than the west front.

1    Q    Okay.

2         And someone standing, say, a hundred yards from

3    the steps leading to the Columbus Doors, there's nothing

4    that obviously tells them that the Columbus Doors aren't an

5    entry into the building, right?

6    A    That is incorrect.

7    Q    Okay.

8         Well, if you're standing a hundred yards away,

9    what about those great big mahogany doors tells you that

10   that's not an entrance into the building?

11   A    Well, there was a perimeter that prevented the

12   crowd from actually coming on the East Plaza, and then on

13   the stairs, there actually is a chain that said -- a chain

14   and there's a sign that says, "No entry."

15   Q    Okay.  Understood.  Fair enough, because I didn't

16   clarify.  I'm not just talking about January 6th but I'm

17   talking in general, somebody standing a hundred yards

18   looking at the building sees those huge doors in the middle

19   of -- underneath the Dome, that looks like an entrance,

20   right?

21   A    Daily, there is a chain and signs that say -- that

22   do not let you up the stairs.  The stairs are not for public

23   usage.

24   Q    Correct.

25        And there are only two public entrances most of

1    the time, right?

2         A    That is correct.

3         Q    And then there's a third entrance that's used only

4    on special occasions when large crowds are expected?

5         A    In which -- which one was that, sir?

6         Q    Well, you told me that, one that's used on, like,

7    4th of July and other events where large crowds are

8    expected?

9         A    Oh, you're referring to the Lower West Terrace but

10   that's not a public entrance.

11        Q    Okay.  There's not a third screening location?

12        A    At this point, we have the Capitol Visitors Center

13   but at that time we did not.

14        Q    You're right, that's what you described, the

15   Capitol Visitors Center.

16             Okay.  But in addition to that, there's multiple

17   entrances just for staff and members, right?

18        A    For members of Congress.

19        Q    Okay.

20             And then in addition to the two public entrances,

21   the Visitors Center, and members for Congress, there's

22   multiple other ways in and out of the building, emergency

23   exits, right?

24        A    There are emergency exits, that is correct.

25        Q    But there are no signs directing people from the

 1    outside to the emergency exits?

 2        A    That is correct.

 3        Q    And certainly there's no signs directing people to

 4    windows as a means to get into the building, right?

 5        A    That is correct.

 6        Q    Now, by 2:15 when you first -- that's about the

 7    time you went to the west side, right, and realized the

 8    enormity of the crowd on the west side?

 9        A    I think it was closer to, like, 13:00 hours, sir.

10        Q    Oh, 1:00, you were -- you saw the west side?

11        A    Yes, it was around that time, sir.

12        Q    But you recall certainly that at 2:15 that bike

13    rack perimeter on the west side essentially evaporated, it

14    was gone?

15        A    That's a fairly accurate statement, sir.

16        Q    Because the crowd began pulling the bike racks

17    away from the location where they were trying to be

18    maintained and the police couldn't recover them?

19        A    I'd have to see footage but they did utilize a

20    bike rack to -- one, as a weapon, and did move it away.

21        Q    Okay.

22             And so at that point, the perimeter that was

23    established was just officers with shields?

24        A    Depends on which area we're talking about, sir.

25        Q    Lower west side below the Inaugural Stage?

1       A    So below there, we did have the fencing there

2  until it was completely pulled away.

3       Q    Okay.

4          And then eventually the officers were simply

5  outnumbered, and they retreated up the stairs to where that

6  Lower West Tunnel is, right?

7       A    That is correct.

8       Q    Okay.

9          So that's 2:25.

10         So anybody arriving at 2:25 would not see any

11  barriers, and they would not see any officers on the ground,

12  would they?

13      A    I can't speculate to what they saw or what they

14  did not see.

15      Q    Okay.

16         The bike rack barriers are gone at 2:15, yes or

17  no?

18      A    I would have to see footage of the bike rack

19  barriers gone to affirm that, sir.

20      Q    Okay.

21         And the officers on the west side have retreated

22  up to the stage level and are no longer down on the ground

23  where the crowd is, right?

24      A    Well, it depends, sir.  I would have to actually

25  see what time the officers retreated from that area.

1    Q    But somebody approaching from the west, the first

2   thing they would see going up the hill -- because the

3   Capitol sits on a hill, right?

4    A    That is correct.

5    Q    And approaching from the west is going uphill,

6   correct?

7    A    That is correct.

8    Q    And the first thing they would see is an enormous

9   mass of people in front of them on the west side?

10    A    That is correct.

11         To clarify, though, sir, again, I would not know

12   what that person would see or what they would not see coming

13   from the west side.

14    Q    I understand.

15         My question is simply based on your own

16   observations of what you saw, you know the Capitol sits on a

17   hill, you know somebody approaching from the bottom of the

18   hill, the first thing they're going to see is the crowd,

19   right?

20    A    I was looking down at the crowd on the west, so,

21   again, I don't know you're -- what they saw or what they did

22   not see.

23    Q    And I think you placed the time of the first

24   window breach -- I know I wrote it down here -- the first

25   window breach was 2:12, correct?

1    A    If that's what the video said, sir.

2    Q    Okay.

3         And that resulted in unscreened individuals being

4    inside the building?

5    A    That is correct.

6    Q    And that is -- triggers a safety concern for the

7    members, right?

8    A    Yes, sir.

9    Q    They would have been immediately in the aftermath

10   of that once the Capitol Police realized there were

11   unscreened visitors in the building that you would have

12   called for the proceedings to be halted and the members

13   secured?

14   A    We would not be the ones that would be able to

15   pause the session of Congress.

16   Q    Well, but you would have communicated that to the

17   Sergeant of Arms of the House, right?

18   A    That would be correct, sir.

19   Q    Okay.  And the Sergeant of Arms of the House would

20   have contacted the House leadership and given them advice on

21   what needed to be done?

22   A    There would be a process similar to that, that is

23   correct.

24   Q    And that came immediately in the aftermath of the

25   2:12 breach of the window?

1816

1    A    I'm actually not sure what time they did go out of

2  session.

3    Q    And then the Columbus Doors were briefly opened

4  for the first time around 2:26 and people gained access,

5  right?

6    A    If that's what the video showed, yes, sir.

7    Q    And then the doors were closed again because we

8  know they were opened again at 2:33?

9    A    That is correct.

10    Q    And once they're opened at 2:33, they remained

11  open after that?

12    A    That appears to be so.

13    Q    And the manner for people to enter once those

14  doors are open, which are not normally an entry -- it is an

15  exit, though, right?

16    A    No, that door should -- that door remains under

17  lock and key.

18    Q    It doesn't serve as an emergency exit, if

19  necessary?

20    A    We -- it will be utilized as an emergency exit,

21  but typically, unless it's an emergency, we should not have

22  individuals exiting that door.  It would set off an alarm if

23  they did.

24    Q    Most emergency exits do; they set off alarms.

25    A    That is correct.

1    Q    They're opened in an emergency?

2    A    Correct.

3    Q    Okay.

4    A    The way you asked it -- you said it, though, you

5    said people utilize it as an exit.  It is not a formal exit,

6    sir.

7    Q    It is an emergency exit?

8    A    I could agree with that.

9    Q    But once those doors are opened and the crowd is

10   going in, there's nothing that tells people who come along

11   later that that's is an emergency exit and not an entrance,

12   is there?

13   A    There should have been -- because it is an

14   emergency exit, there should have been a sound going off

15   from that door.

16        MR. SHIPLEY:  Nothing further, Your Honor.

17   Thank you.

18        THE COURT:  Thank you, Mr. Shipley.

19        Ms. Halim.

20                      - - -

21                CROSS-EXAMINATION

22   BY MS. HALIM:

23   Q    Good morning, Captain.

24   A    Good morning, ma'am.

25   Q    How are you?

1818

1       A     Doing well.

2       Q     How big is the Capitol Building in feet?

3       A     I don't have the exact square footage, ma'am.

4       Q     Do you have an estimated square footage?

5       A     I do not.

6       Q     You testified on direct you were very familiar

7  with the Capitol Building, right?

8       A     I am.

9       Q     The perimeter that you traced around the exterior

10  of the Capitol Building, how big is that area?

11      A     I do not have that.

12            MS. HALIM:  All right.  No further questions.

13  Thank you, sir.

14                         -  -  -

15                    CROSS-EXAMINATION

16  BY MR. WEINBERG:

17      Q     Good morning, Officer, just a couple of questions.

18      A     Good morning, sir.

19      Q     You said you engaged in combat on the west side;

20  is that correct?

21      A     That is correct.

22      Q     Okay.  And are you aware that Mr. Moerschel or

23  Mr. Hackett entered the Capitol on the east side?

24      A     I am not.

25      Q     Okay.

1    Are you aware that most of the Oath Keepers
2    approached from the east side?
3         A    I am not.
4         Q    Do you have any evidence that the Oath Keepers
5    took down the bike racks?
6         A    I do not.
7         Q    Did you personally engage in combat with anybody
8    you recognized as an Oath Keeper?
9         A    I did not.
10        Q    The video of the people that are going to the
11   Vice President's office, do you remember seeing that?
12        A    I do.
13        Q    And there was no indication on those people that
14   they were Oath Keepers; is that right?
15        A    Not that I'm aware of.
16        Q    Okay.
17             One last question about this perimeter.
18             The bike rack perimeter, that's not a permanent
19   perimeter, is it?
20        A    That's correct.
21        Q    Okay.  So the perimeter is always changing?
22        A    Specifically for a special event, the perimeter
23   will change depending on what the event is.
24        Q    Okay.  So, like, if it's a nice summer day, people
25   will be having picnics in the area where there is a

1  perimeter, in these exhibits, correct?

2      A    That is correct.

3      Q    Okay.

4          And in that area, there is no affixed signs saying

5  that you cannot enter the Capitol; is that correct?

6      A    Is that during that day or during --

7      Q    Just in general, like, when it's a normal summer

8  day, there's nothing like a stop sign posted in there saying

9  Do not approach?

10     A    So in general, I think you're referring to the

11  west front area.  The west front is open to the public, as

12  the east front would be as well.

13          MR. WEINBERG:  Okay.  No other questions.

14  Thank you.

15                          - - -

16                   CROSS-EXAMINATION

17  BY MR. PEED:

18     Q    Good morning, Captain Ortega.

19     A    Good morning, sir.

20     Q    The public, you said on direct, may not enter the

21  Capitol through these doors that the steps lead to, correct?

22     A    That is correct.

23     Q    So if the public did enter those doors without a

24  permit, they could be arrested on the spot for forcible

25  entry into the Capitol, right?

1    A    It would be an unlawful entry.

2    Q    Unlawful entry.

3         And if they used force to enter, they could be

4    arrested for forcible entry into the Capitol, right?

5    A    It would depend on the charge, but typically we'd

6    probably hit them with unlawful entry.

7    Q    Okay.

8         And then if those protesters were waving flags and

9    protesting, they could be charged with parading inside the

10   Capitol, picketing inside the Capitol, right?

11   A    It depends.

12   Q    Well, you're not allowed to parade and picket

13   inside the Capitol, right?

14   A    That is correct.

15   Q    You were shown pictures of the bike racks and then

16   the -- there was a sort of cloth or plastic fence, right,

17   that created an interior perimeter, right?

18   A    That is correct.

19   Q    And isn't it true that around 1:00 that day,

20   individuals began unrolling that perimeter, that plastic

21   perimeter, and taking it down, correct?

22   A    I have not personally seen that.

23   Q    Okay.

24        Have you seen any videos of that?

25   A    I have not seen video of anyone unrolling.

1          I believe you're referring to the snow fencing,

2   correct?

3      Q    I don't know the term "snow fencing," but there's

4   a plastic --

5      A    The green fence?

6      Q    Green fence, yeah.

7      A    I have not seen any video of anyone rolling that.

8      Q    Okay.

9          MR. PEED:  Your Honor, I'll show the witness what

10  I'll mark as Defense EV500.  For the witness only.

11          THE COURT:  You said 500?

12          MR. PEED:  Yes, Your Honor.

13          THE COURT:  Okay.

14  BY MR. PEED:

15     Q    Captain Ortega, I know you haven't seen,

16  personally, videos of individuals unrolling the fence.

17  Do you recognize anything about the photo I'm showing you

18  that would help you to identify it as reflective of the

19  events of the morning of January 6th, 2021?

20     A    Well, I see the snow fence with the sign saying Do

21  not enter.  And I see individuals on the -- what appears to

22  be the west front carrying flags.

23     Q    All right.  So do you recognize this picture as a

24  picture of the scene of the Capitol on that day that you

25  served?

```
1          A    It appears to be.
2               MR. PEED:  Your Honor, at this time, I'd move to
3     admit defense EV500.
4               MS. HUGHES:  No objection.
5               THE COURT:  EV500 will be admitted.
6                              (Defendant's Exhibit EV500
                                   received into evidence.)
7
8     BY MR. PEED:
9          Q    All right, sir.
10              Now, you have to describe -- you see protesters
11    wandering the grounds in front of the Capitol steps,
12    correct?
13         A    I do.
14         Q    And do you see an individual with a red hat
15    unrolling the snow fence you just described?
16         A    He appears to be holding it and walking away with
17    it.
18         Q    And you see how it's rolled up towards him,
19    correct?
20         A    That is correct.
21         Q    And sort of behind the area he appears to be
22    walking from, its empty of snow fence; is that correct?
23         A    That's what it appears to be, yes, sir.
24              MR. PEED:  All right, thanks.  We can take that
25    down, JC.
```

```
 1   BY MR. PEED:
 2       Q    Were you aware, sir, that there was -- there were
 3   permitted events around the Capitol -- rallies around the
 4   Capitol the morning of January 6th?
 5       A    I was.
 6       Q    And were you aware that one of those events was
 7   going to feature the speaker representative Paul Gosar and
 8   Ali Alexander?
 9       A    Not specifically.
10       Q    Okay.
11            You testified that the public was not allowed on
12   the steps that day, correct?
13       A    That is correct.
14       Q    So if there were protesters that were saying they
15   were going to go on the steps, that would be something that
16   would not be allowed, right?
17       A    That is correct.
18            MR. PEED:  Thank you.  No further questions.
19            THE COURT:  All right.  Thank you, Mr. Peed.
20            Ms. Hughes, any redirect?
21            MS. HUGHES:  Yes, Your Honor, quickly.
22                          -  -  -
23                     REDIRECT EXAMINATION
24   BY MS. HUGHES:
25       Q    Captain Ortega, you were asked about the bike
```

```
 1    racks that day that were surrounding the Capitol, and
 2    I believe the word that was used to describe them was
 3    "evaporated."
 4              Did you observe what happened to the bike racks
 5    that day, how they were used by the rioters that day?
 6        A    I did.
 7              The bike racks were utilized as weapons against my
 8    officers.
 9        Q    Specifically, what happened to those bike racks?
10        A    They picked up the bike racks and struck my
11    officers with them.
12        Q    And you were asked a series of questions that
13    describe this on a -- I think it's the summer day, a picnic
14    on a summer day.
15              MS. HUGHES:  If we could please bring up what's
16    already been admitted into evidence as Government's Exhibit
17    1051.1.
18              And we can please play, Ms. Badalament.
19    BY MS. HUGHES:
20        Q    Do you recognize the Columbus Doors in the center
21    of this shot?
22        A    I do.
23              (Video played)
24    BY MS. HUGHES:
25        Q    Now, you were -- if we could pause there for a
```

```
 1   second.
 2          You responded to both the east side and the west
 3   side that day, correct?
 4   A     That is correct.
 5   Q     Was it clear to you that this was not a normal
 6   day?
 7   A     It was.
 8   Q     What was clear about how this day was different,
 9   how this was not a normal day?
10          MR. SHIPLEY:  Objection to relevance.
11          MR. PEED:  And beyond the scope.
12          THE COURT:  It's overruled.  There were questions
13   about normal days on his cross-examination.
14          THE WITNESS:  The perimeter alone shows you that
15   was not a normal day.  The fact that we had several civil
16   disturbance units deployed specifically for this event shows
17   you that it was not a normal day.
18   BY MS. HUGHES:
19   Q     Was there smoke in the air?
20   A     There was.
21   Q     Was there yelling and fighting?
22   A     There was yelling, fighting, there was screaming.
23   There was bullhorns.  There was chemical munitions deployed
24   by the crowd on my officers.  That's typically not a normal
25   day on the United States Capitol.
```

1    MS. HUGHES:  And if we could please keep playing

2    the video, Ms. Badalament.

3         (Video played)

4    MS. HUGHES:  And we can pause there.

5    BY MS. HUGHES:

6    Q    As you see these individuals approaching the

7    Columbus Doors, does this look like a normal day at the

8    Capitol?

9    A    It does not.

10         MR. WEINBERG:  Objection; asked and answered.

11         MS. HUGHES:  No further questions.

12         THE COURT:  Okay.  Captain Ortega, thank you for

13    your time and your testimony.  You may step down, sir.

14         THE WITNESS:  Thank you, Your Honor.

15         MR. NESTLER:  The United States calls Thomas

16    Wickham.

17         COURTROOM DEPUTY:  Please raise your right hand.

18         (Witness is placed under oath.)

19         COURTROOM DEPUTY:  Thank you.

20         THE COURT:  Mr. Wickham, welcome.  I'll ask you to

21    remove your mask if you're comfortable doing so.  Thank you,

22    sir.

23

24

25

```
1                              -  -  -

2    THOMAS WICKHAM, WITNESS FOR THE GOVERNMENT, SWORN

3                        DIRECT EXAMINATION

4                              -  -  -

5    BY MR. NESTLER:

6         Q    Good morning, sir.

7         A    Good morning.

8         Q    Could you please state and spell your name for us.

9         A    My name is Thomas Wickham, T-h-o-m-a-s,

10   W-i-c-k-h-a-m.

11        Q    And, Mr. Wickham, were you formerly the

12   Parliamentarian for the United States House of

13   Representatives?

14        A    Yes.

15        Q    When did you serve in that role?

16        A    I began as the head of the office in 2012 and

17   started in the office in 1995.

18        Q    And what year did you leave the office?

19        A    I retired as Parliamentarian in 2020 and then

20   stayed on in an advisory capacity until 2021.

21        Q    Why did you do that?

22        A    There was a decision made amongst the leadership,

23   as well as the current Parliamentarian, that I should stay

24   on for the remaining events of 2020 and 2021.

25        Q    And did you, in fact, stay on as an advisor to the
```

1    then Parliamentarian?

2         A    Yes, I was a senior advisor until the end of

3    February 2021.

4         Q    How many years in total did you spend in the

5    Parliamentarian's office at the House of Representatives?

6         A    Almost 26.

7         Q    Are you a lawyer by training?

8         A    Yes.

9         Q    And do you do any other volunteer work related to

10   civics?

11        A    Yes, I'm a citizenship test -- I'm a citizenship

12   teacher.

13        Q    What does it mean to be a citizenship teacher?

14        A    I volunteer with a local church to teach

15   immigrants citizenship and prepare them for the citizenship

16   exam.

17        Q    And so after you teach them, do they then sit for

18   the citizenship exam?

19        A    That's correct, they -- we prepare them for the

20   citizenship exam.

21        Q    And does both that job and your job as a

22   Parliamentarian require you to know a lot about American

23   history and American government?

24        A    Yes.

25        Q    So let's do a very brief talk about history.

1          What year did the first transfer of Presidential

2     power take place in our country?

3          A     1797.

4          Q     And who was the outgoing president?

5          A     George Washington.

6          Q     And who was the incoming president?

7          A     John Adams.

8          Q     All right.  Now, there is an article of the United

9     States Constitution that explains the powers of the

10    President and the oath a person must take to become

11    President?

12         A     Yes.

13         Q     Which article of the U.S. Constitution is that?

14         A     Article II.

15         MR. NESTLER:  And if we could please pull up on

16    the screen, Ms. Badalament, Government Exhibit 3500.2.  And

17    if we can go to the second page.

18    BY MR. NESTLER:

19         Q     Is this Article II?

20         A     Yes.

21         MR. NESTLER:  The government seeks to admit

22    3500.2.

23         MR. WEINBERG:  No objection.

24         THE COURT:  3500.2 will be admitted.

25

1                                              (Government Exhibit 3500.2
                                                received into evidence.)
2

3          MR. NESTLER:  Could you please -- let's just start

4    with the highlighted portion on the top left,

5    Ms. Badalament.

6    BY MR. NESTLER:

7          Q    So the very first sentence and the first part of

8    the second sentence, if you could read that for us, please.

9          A    "The executive power shall be vested in a

10   President of the United States of America.  He shall hold

11   this office during the term of four years."

12         Q    And then if we could go to the bottom section, we

13   talked about an oath that is required by the Constitution;

14   is that right, Mr. Wickham?

15         A    Correct.

16         Q    What does the -- Article II to the Constitution

17   say about that oath, if you could please read here the

18   highlighted portion?

19         A    "Before he enter on the execution of his office,

20   he shall take the following oath or affirmation.  I do

21   solemnly swear or affirm that I will faithfully execute the

22   Office of the President of the United States, and will to

23   the best of my ability preserve, protect, and defend the

24   Constitution of the United States."

25         Q    Now, is there an amendment to the

1832

1   U.S. Constitution that explains the date that one person's

2   presidency ends and the date the next person's presidency

3   begins?

4        A    Yes.

5        Q    Which amendment to the U.S. Constitution is that?

6        A    The 20th Amendment.

7             MR. NESTLER:  If we could pull up on the screen,

8   please, Ms. Badalament, Government Exhibit 3500.20.

9   BY MR. NESTLER:

10       Q    Is this the text of the 20th Amendment on the

11  second page or a portion of the 20th Amendment?

12       A    Yes.

13            MR. NESTLER:  The government seeks to admit

14  3500.20.

15            MR. WEINBERG:  No objection.

16            THE COURT:  3500.20 is admitted.

17                              (Government Exhibit 3500.20
                                    received into evidence.)
18

19  BY MR. NESTLER:

20       Q    If you could please read the highlighted portion

21  of the 20th Amendment, Mr. Wickham?

22       A    "The terms of the President and the Vice President

23  shall end at noon on the 20th day of January, and the terms

24  of their successor shall then begin."

25       Q    Thank you.

1          If we could please up on the screen for

2   Mr. Wickham Government Exhibit 1538.

3          During the election cycle, are there certain days

4   that are important from the Parliamentarian's perspective to

5   be knowledgeable about and to follow?

6      A    Yes.

7      Q    And does this exhibit, Government Exhibit 1538,

8   capture some of those important days?

9      A    Yes.

10         MR. NESTLER:  The government seeks to admit 1538.

11         MR. WEINBERG:  No objection.

12         THE COURT:  1538 will be admitted.

13                              (Government Exhibit 1538
                                 received into evidence.)
14

15         MR. NESTLER:  If we could start with highlighting

16   the first line in November, Ms. Badalament.

17   BY MR. NESTLER:

18     Q    So in November of 2020, what day was Election Day?

19     A    November 3rd.

20     Q    And what day of the week is that?

21     A    A Tuesday.

22     Q    And why is Election Day on Tuesday, November 3rd,

23   in the year of 2020?

24     A    Because that is set by law.

25     Q    And is it always on November 3rd?

1    A    No.

2    Q    How does the law require that Election Day to

3  occur?

4    A    It's the first Monday -- excuse me, the first

5  Tuesday after the first Monday in November.

6    Q    And what happens on Election Day, generally?

7    A    Voters cast their votes for election to office.

8    Q    And then here on Saturday, November 7th of 2020,

9  the phrase "Election result announced."

10        Do you see that?

11    A    Yes.

12    Q    On November 7th of 2020, what were you aware

13  happening that day?

14    A    As I recall, I believe many of the major news

15  organizations announced the result of the election.

16    Q    And is that actually announcing the result or

17  announcing some sort of projection?

18    A    That is a projection.  That is something that is

19  based on media tabulations.

20    Q    And now, as the Parliamentarian for the House of

21  Representatives are you paying attention to what the media

22  is saying about who's projected to win the election?

23    A    Solely for informational purposes to advise the

24  members of its occurrence.

25    Q    So you are aware it's happening --

```
1      A      Yes.

2      Q      -- correct?

3             Does it have any constitutional significance?

4      A      It does not.

5      Q      Any legal significance?

6      A      It does not.

7      Q      Okay.

8             If we could then go down to -- and the person that

9      the news media announces on after Election Day, does that

10     person automatically become President?

11     A      No.

12            MR. NESTLER:  Okay.  If we could now go down to

13     December of 2020, please, Ms. Badalament.

14     BY MR. NESTLER:

15     Q      And on Monday, December 14th, we have a phrase

16     here "Electors vote."

17            Do you see that?

18     A      Yes.

19     Q      What does that mean?

20     A      That means that the electors gather in the state

21     capitols to cast their votes for President and Vice

22     President.

23     Q      And after those votes are cast, where are they

24     sent?

25     A      They're sent to a number of places, most notably,
```

1    to the U.S. Archives and to the United States Senate.

2              MR. NESTLER:  And if we could now go back to the

3    calendar, Ms. Badalament, and go into January of 2021.

4    BY MR. NESTLER:

5         Q    There are two dates listed here in January of

6    2021.  Do you see that?

7         A    Yes.

8         Q    The first one is on January 6th.  So what happens

9    on that day?

10        A    On January 6th, the two Houses of Congress gather

11   in joint session to certify the election for President and

12   Vice President and announce the result.

13        Q    And also on January is 20th, what happens on that

14   day?

15        A    That's the date the President and Vice President

16   are inaugurated.

17             MR. NESTLER:  We can go out of this, please,

18   Ms. Badalament.

19   BY MR. NESTLER:

20        Q    So we talked earlier about two parts of the

21   Constitution that was Article II and the 20th Amendment;

22   is that right?

23        A    Yes.

24        Q    Does the 12th Amendment to the U.S. Constitution

25   also play a role in this process?

1        A      Yes.

2        Q      If we could pull up 3500.12.

3               And does this appear to be text of a portion of

4   the 12th Amendment, 1?

5        A      Yes.

6               MR. NESTLER:  If we can move this into evidence,

7   please.

8               THE COURT:  3500.12 will be admitted.

9                              (Government's Exhibit 3500.12

                                    received into evidence.)

10

11              MR. NESTLER:  If we could just highlight the

12  highlighted portions.

13              Thank you, Ms. Badalament.

14  BY MR. NESTLER:

15       Q      And if you could read the highlighted portions,

16  please, Mr. Wickham.

17       A      "The electors shall meet in their respective

18  states and vote by ballot for President and Vice President."

19       Q      And please continue for the next portion of the

20  highlighted text.

21       A      "Which lists they shall sign and certify and

22  transmit sealed to the seat of the government of the

23  United States, directed to the President of the Senate.  The

24  President of the Senate shall, in the presence of the Senate

25  and House of Representatives, open all the certificates, and

1    the votes shall then be counted.  The person having the

2    greatest number of votes for President shall be the

3    President."

4        Q    Now, you indicated earlier that the person the

5    news media projects or announces to win the election is not

6    the winner; is that correct?

7        A    That's correct.

8        Q    Under the 12th Amendment to the U.S. Constitution,

9    what determines the winner of the Presidential election?

10       A    The procedure in the 12th Amendment that occurs on

11   January 6th.

12       Q    Now, is there a federal law that further explains

13   the process Congress is required to go through to determine

14   the winner of the Presidential election?

15       A    Yes.

16            MR. NESTLER:  And if we could pull up for

17   Mr. Wickham government Exhibits 3501.15, -16, and -17.

18   BY MR. NESTLER:

19       Q    Are you familiar with what the U.S. Code is?

20       A    Yes.

21       Q    What is the U.S. Code?

22       A    It's the laws of the United States.

23       Q    And are you familiar with these laws that we pull

24   up on here, Title III of U.S. Code, Sections 15, 16, and 17?

25       A    Yes.

1839

1    MR. NESTLER:  The government moves 3500. --

2    3501.15, -16, and -17 into evidence.

3    MR. PEED:  No objection.

4    MR. WEINBERG:  No objection.

5    THE COURT:  All right.  They will be admitted.

6    (Government's Exhibits 3501.15, -16, and -17

7    received into evidence.)

8    MR. NESTLER:  If we could start here with 3500.1,

9    or it's Title III of U.S. Code, Section 15.  If we could

10   start with the title, Ms. Badalament.

11   BY MR. NESTLER:

12   Q    And what is the title of this part of the law?

13   A    "Counting Electoral Votes in Congress."

14   MR. NESTLER:  And if we could then read the

15   highlighted portion, Ms. Badalament.

16   BY MR. NESTLER:

17   Q    And if you could read the highlighted portion,

18   please, Mr. Wickham.

19   A    "Congress shall be in session on the 6th day of

20   January succeeding every meeting of the electors.  The

21   Senate and House of Representatives shall meet in the Hall

22   of the House of Representatives at the hour of 1:00 in the

23   afternoon on that day, and the President of the Senate shall

24   be their presiding officer."

25   Q    Thank you.

1          What is the Hall of the House of Representatives?

2     A    That is the chamber where the House of

3    Representatives sits.

4     Q    And where is that chamber located?

5     A    In the U.S. Capitol Building.

6     Q    And where is the U.S. Capitol Building located?

7     A    Washington, D.C.

8          MR. NESTLER:  And if we can now go to 3501.16,

9    Ms. Badalament, and if we could just look at the title of

10   this section.

11   BY MR. NESTLER:

12    Q    So Title III, Section 16 of the U.S. Code, what's

13   the title of it?

14    A    "Same Seats for Officers and Members of Two Houses

15   in Joint Meeting."

16    Q    Thank you.

17         MR. NESTLER:  And if you could then scroll into

18   the first three lines, Ms. Badalament.

19   BY MR. NESTLER:

20    Q    And if you could read -- if you could just read

21   until the first colon there, sir.

22    A    "At such joint meeting of the two Houses, sheets

23   shall be provided as follows:"

24    Q    Thank you.  Give me one second.

25         MR. NESTLER:  And then if you could scroll out for

1    a second, Ms. Badalament, and zoom in on the sentence

2    starting with "Such joint meeting," right over here.

3    BY MR. NESTLER:

4        Q    And if you could start reading, please,

5    Mr. Wickham, with the phrase "Such joint meeting."

6        A    "Such joint meeting shall not be dissolved until

7    the count of electoral votes shall be completed and the

8    result declared."

9        Q    Thank you.

10            Now, what is a joint meeting?

11       A    A joint meeting is a meeting between the House and

12   the Senate in the House Chamber.

13       Q    And what does "dissolved" mean?

14       A    Dissolved means that the joint meeting permanently

15   ends up.

16       Q    And what does it mean to have the result declared

17   under the law here?

18       A    That means that the winner is announced by the

19   President of the Senate.

20       Q    And does that announcement have to occur as part

21   of that joint meeting?

22       A    Yes.

23            MR. NESTLER:  And if we could now scroll out,

24   please, Ms. Badalament and go to 3501.17.

25            And you can just scroll on the highlighted

1842

1    portion, please, Ms. Badalament.

2    BY MR. NESTLER:

3        Q    If you could please read Title III of U.S. Code

4    Section 17, the highlighted portion, Mr. Wickham.

5        A    "When the two Houses separate to decide upon an

6    objection that may have been made to the counting of any

7    electoral vote."

8        Q    And so during this joint session of the House and

9    the Senate, what does it mean when the two Houses separate?

10       A    That means that the Senate will return to the

11   Senate Chamber, and the House will stay independently in its

12   chamber to decide upon an objection.

13       Q    And when the two Houses separate, the House of

14   Representatives and the Senate separate under the law here,

15   is that joint session still technically ongoing?

16       A    Yes.

17       Q    What are these two Houses, the House of

18   Representatives and the Senate, supposed to do under the law

19   here after they separate for a period of time?

20       A    They're to deliberate and vote on those

21   objections.

22       Q    And what do they do after they deliberate and

23   vote?

24       A    They return to the joint session and report their

25   actions.

1    MR. NESTLER:  And if we could now go to Government

2  Exhibit 3503, please, Ms. Badalament.

3  BY MR. NESTLER:

4    Q    Are you aware of what a concurrent resolution is?

5    A    Yes.

6    Q    What is it?

7    A    A concurrent resolution is an act by both Houses

8  of Congress.

9    Q    And are we looking here at Senate Concurrent

10 Resolution 1?

11   A    Yes.

12   MR. NESTLER:  The government moves into evidence

13 Government Exhibit 3503.

14   MR. WEINBERG:  No objection.

15   THE COURT:  3503 will be admitted.

16                    (Government's Exhibit 3503
                          received into evidence.)
17

18   MR. NESTLER:  And if we could highlight the

19 highlighted portion, Ms. Badalament.

20 BY MR. NESTLER:

21   Q    And so this is a Senate concurrent resolution; is

22 that correct?

23   A    Yes.

24   Q    What is a Senate concurrent resolution versus a

25 House concurrent resolution?

1    A    A Senate concurrent resolution is originated by

2   the Senate, and a House concurrent resolution is originated

3   by the House.

4    Q    And both the House and the Senate have to agree,

5   as you said, on the resolution that makes it concurrent; is

6   that right?

7    A    That's correct.

8    Q    And if it wasn't concurrent, what would it just

9   be?

10    A    Just a simple House resolution or a simple Senate

11   resolution.

12    Q    And if you could please read the highlighted

13   portion here of Senate Concurrent Resolution 1?

14    A    "Resolved by the Senate (the House of

15   Representatives concurring), that the two Houses of Congress

16   shall meet in the Hall of the House of Representatives on

17   Wednesday, the 6th day of January 2021, at 1:00

18   postmeridian, pursuant to the requirements of the

19   Constitution and laws relating to the election of President

20   and Vice President of the United States, and the presiding

21   officer of the Senate shall be their presiding officer."

22    Q    Who is the presiding officer -- well, sorry.

23         Who is the President of the Senate?

24    A    The Vice President of the United States.

25    Q    And on January 6th of 2021, who was the

1   Vice President of the United States?

2       A    Mike Pence.

3            MR. NESTLER:  Thank you, Ms. Badalament.

4   BY MR. NESTLER:

5       Q    And you're familiar with what the Congressional

6   Record is?

7       A    Yes.

8       Q    What is it?

9       A    It's a verbatim transcript of the proceedings that

10  happened in the House and the Senate.

11           THE COURT:  Mr. Nestler, why don't we pause for a

12  moment here.

13           So it's a little bit after 11:00.  Let's take our

14  morning break.

15           It is 11 -- we'll resume at 11:20.  See you all

16  shortly.

17           COURTROOM DEPUTY:  All rise.

18           (Jury exited the courtroom.)

19           THE COURT:  All right.  We'll see everybody in

20  15 minutes.

21           Mr. Wickham, I'll just ask you not to discuss your

22  testimony with anybody during the break.  See you all

23  shortly.

24           COURTROOM DEPUTY:  This Court stands in recess.

25           (Recess from 11:05 a.m. to 11:17 a.m.)

1    THE COURT:  Okay, everyone.  The jury is right

2  behind us.

3    Is there any objection to allowing our juror in

4  Seat 7, if they're prepared to switch, just to make her life

5  a little easier for the time being?  It obviously won't be

6  changing their particular designations but -- okay.

7    COURTROOM DEPUTY:  Jury panel.

8    (Jury entered the courtroom.)

9    THE COURT:  Please be seated, everyone.

10    All right, ladies and gentlemen, welcome back.

11    Mr. Nestler.

12    MR. NESTLER:  Thank you, Your Honor.

13  BY MR. NESTLER:

14    Q    Mr. Wickham, right before we left for our morning

15  break, we were talking about the Congressional Record.  Can

16  you please describe what the Congressional Record is?

17    A    It's a verbatim transcript of the proceedings in

18  the House and the Senate.

19    Q    And does the Parliamentarian have a role in the

20  preparation of the Congressional Record?

21    A    Yes.

22    Q    And have you reviewed the Congressional Record for

23  the time around January 6th?

24    A    Yes.

25    Q    I'm going to pull up on the screen Government

1    Exhibit 1516, Mr. Wickham.  Have you seen this video before?

2        A    Yes.

3            MR. NESTLER:  The government moves for

4    introduction of Government Exhibit 1516 as a compilation of

5    official government records and also pursuant to business

6    record certifications for the House and the Senate recording

7    studios.

8            MR. PEED:  No objection.

9            MS. HALIM:  No objection.

10           MR. WEINBERG:  No objection.

11           THE COURT:  1516 will be admitted.

12                             (Government's Exhibit 1516
                                  received into evidence.)
13

14           MR. NESTLER:  Okay.  If we could begin playing

15   this, please, Ms. Badalament.

16           (Video played)

17           MR. NESTLER:  If we could just pause it there for

18   a second at 36 seconds.

19   BY MR. NESTLER:

20       Q    The first chamber we saw, which chamber was that?

21       A    U.S. House.

22       Q    And then the second chamber we saw, which are

23   still on the screen here, which chamber is that?

24       A    U.S. Senate.

25       Q    And are these the two chambers coming to order on

1    the afternoon of January 6th?

2         A    Yes.

3              MR. NESTLER:  If we could please continue forward,

4    please, Ms. Badalament.

5              And if we could pause here at about 44 seconds.

6    BY MR. NESTLER:

7         Q    At 12:51 p.m., do you see -- what chamber are we

8    looking at here?

9         A    U.S. Senate.

10        Q    Who are the young individuals in the well of the

11   Senate Chamber there?

12        A    Senate pages.

13        Q    And do you see what they're holding in their

14   hands?

15        A    Yes.

16        Q    And what is that?

17        A    Those are vote certificates and other materials

18   related to the counting of the votes.

19             MR. NESTLER:  And if we could play this forward,

20   please, Ms. Badalament.

21   BY MR. NESTLER:

22        Q    And where are the Senate pages and clerks going

23   now at around 12:51 p.m.?

24        A    They are processing to the House Chamber.

25             (Video played)

BY MR. NESTLER:

Q    And if we could pause here at about 1:57 on the counter on the video.

        Do you see the House and Senate Chambers listed here?

A    Yes.

Q    Can you say which side is the House on?

A    The House is on the left as I see it on my screen and the Senate is on the right.

Q    And then there's some blue arrows.  Do you see that?

A    Yes.

Q    What are those blue arrows indicating?

A    They are signifying the route the Senate takes to the House for the joint session.

Q    And what is that large circular area that the Senate walks through on its way from the Senate Chamber to the House Chamber?

A    That is the Rotunda of the Capitol.

Q    And if we could continue playing -- actually now I want to go to Government Exhibit 1126.

        Are you familiar with the path that the Senate and its Senators and the people who work for the Senate take through the Rotunda?

A    Yes.

1    Q    And does this photograph capture that path as best

2  as you can recall from January 6th?

3    A    Yes.

4         MR. NESTLER:  The government moves into evidence

5  Government Exhibit 1126.

6         MR. WEINBERG:  No objection.

7         THE COURT:  1126 is admitted.

8                              (Government Exhibit 1126
                                received into evidence.)
9

10 BY MR. NESTLER:

11   Q    And so if we have it up on the screen, can you

12 just describe to us -- we have two young women in the

13 foreground here.  Do you see that?

14   A    Yes.

15   Q    And what is it that they're holding in their

16 hands?

17   A    They're holding a satchel or a box that contains

18 certificates of votes and other voting materials.

19   Q    And are there several different Senate pages or

20 clerks holding similar boxes and containers?

21   A    Yes.

22   Q    And can you tell what room these individuals are

23 in as they're walking?

24   A    That appears to be the Rotunda of the House -- of

25 the Capitol.

1851

1    Q    And so behind them, the direction they're coming

2    from, what chamber of the Capitol Building would that be?

3    A    Senate.

4    Q    And then if they continue walking forward, what

5    chamber would they eventually arrive at?

6    A    The House.

7    Q    And you mentioned that inside of these boxes are

8    certificates or ballots; is that right?

9    A    Yes.

10    Q    How do you know that?

11    A    I've witnessed this proceeding on a number of

12    occasions and handled the contents within those boxes in the

13    past.

14        MR. NESTLER:  Okay.  If we can continue playing

15    the Government Exhibit 1516 forward, Ms. Badalament.

16        (Video played)

17        MR. NESTLER:  And if we could pause here at around

18    3:18 on the counter at 1:05 p.m.

19    BY MR. NESTLER:

20    Q    Can you tell who the people who are standing at

21    the rostrum in the House Chamber are?

22    A    Yes.

23    Q    And who are they?

24    A    Vice President Mike Pence and Speaker Nancy

25    Pelosi.

1    Q    And those boxes or satchels that we saw the Senate

2    pages carrying earlier, do you see them?

3    A    Yes.

4    Q    And where are they?

5    A    They are to the lower left of the rostrum.

6    Q    And then what do representatives from the Senate

7    and House do with respect to the contents of those satchels

8    as this proceeding unfolds?

9    A    What do the members do?

10   Q    Correct.

11   A    Well, the members are present when they are opened

12   and they have the ability to make objections, and they are

13   present for the counting and then the announcement of the

14   result.

15   Q    And do staffers for the House and the Senate

16   actually take those materials out of those satchels and

17   boxes?

18   A    Yes.

19   Q    And as a Parliamentarian, have you previously

20   overseen that process?

21   A    I have.

22   Q    If we can pull up Government Exhibit 1125, please.

23        Are you familiar with what we're looking at here?

24   A    Yes.

25   Q    And have you seen this photograph before?

```
 1        A     Yes.

 2        Q     Does it appear to have been taken inside of the

 3   House Chamber on January 6th?

 4        A     Yes.

 5              MR. NESTLER:  The government moves into evidence

 6   Government Exhibit 1125.

 7              MR. PEED:  No objection.

 8              THE COURT:  Sorry, objection or no objection?

 9              MR. PEED:  No objection.

10              THE COURT:  All right.  1125 is admitted.

11                             (Government Exhibit 1125
                                 received into evidence.)
12

13   BY MR. NESTLER:

14        Q     And so we just talked about how the professional

15   staff for the House and the Senate actually remove the items

16   from those satchels and examine them; is that right?

17        A     That's correct.

18        Q     And so if you could just describe for us the

19   document in the middle of the screen here that we're looking

20   at?

21        A     That looks like it is a certificate of vote from

22   the State of Arizona.

23        Q     And -- well, who was the person that the electors

24   were voting for?

25        A     That particular certificate shows 11 votes for
```

1    President for Joseph Biden.

2        Q    And do the certificates have to have votes for

3    both President and for Vice President?

4        A    Yes.

5        Q    And then we see something that looks to be gold on

6    the bottom left; is that correct?

7        A    Yes.

8        Q    What is that?

9        A    That is the official seal of the State of Arizona.

10       Q    And then there are many signatures; is that right?

11       A    That is correct.

12       Q    What color are they written in?

13       A    That looks to be blue.

14       Q    And does the fact that people sign the certificate

15   have any import to the Parliamentarian?

16       A    Yes, we would examine -- the Parliamentarian would

17   examine those signatures for accuracy and that they were, in

18   fact, a live signature, rather than generated by other

19   device.

20       Q    And does Congress require live, true ink

21   signatures on these documents?

22       A    Yes.

23       Q    And if we could now go back to Government's

24   Exhibit 1516, please.

25            And if we could play this forward.

```
 1                    (Video played)
 2   BY MR. NESTLER:
 3        Q    If we could just pause there for a second.
 4             So at 1:19 p.m., who's the presiding officer of
 5   the House at this point?
 6        A    Speaker Nancy Pelosi.
 7        Q    And is this an example of the two Houses having
 8   separated to decide or debate an objection?
 9        A    That's correct.
10        Q    And so after the two Houses have separated, what
11   are they supposed to do under the law?
12        A    They would deliberate on those objections.
13        Q    And then after the deliberations are over, what
14   are they supposed to do?
15        A    Report the results from their chamber to the joint
16   session.
17        Q    And so would the joint session then resume here in
18   the House Chamber?
19        A    Correct.
20             MR. NESTLER:  If we could continue playing
21   forward, Ms. Badalament.
22                    (Video played)
23             MR. NESTLER:  If we could pause here.
24   BY MR. NESTLER:
25        Q    So at 6:29 on the counter at 2:14 p.m., which
```

1  chamber are we looking at here, Mr. Wickham?

2      A    House Chamber.

3      Q    And who is the presiding officer at this time?

4      A    Speaker Nancy Pelosi.

5      Q    And if we could now play this forward.

6           (Video played)

7           If we could pause there.

8  BY MR. NESTLER:

9      Q    At 6:52 on the counter at 2:16 p.m., it's

10 two minutes from the last time we saw the Speaker's chair;

11 is that correct?

12     A    Yes.

13     Q    Who is the person who's now in the Speaker's

14 chair?

15     A    Mr. McGovern.

16     Q    And so over these prior two minutes -- first of

17 all, where were you?

18     A    I'm off to the left on the screen, beyond the view

19 of the camera.

20     Q    And why are you there off to the left on the

21 screen?

22     A    Because I'm an observer and an advisor and not

23 someone that is on the rostrum directing the proceedings.

24     Q    And are other members of the parliamentarian staff

25 on the rostrum helping with the proceeding?

```
 1        A    Yes.

 2        Q    And so did you observe what had occurred over the

 3   prior couple of minutes?

 4        A    Yes.

 5        Q    And had Speaker Pelosi left the chamber over these

 6   prior two minutes?

 7        A    Yes.

 8        Q    Did you watch her leave?

 9        A    Yes.

10        Q    Please describe how it was that Speaker Pelosi

11   left the chamber.

12        A    Speaker Pelosi left the chamber under the escort

13   of her security detail.

14        Q    Could you describe how quickly she was moving?

15        A    They moved with great haste.

16        Q    Had you ever seen Speaker Pelosi or her security

17   detail move with that haste from the Speaker's chair?

18        A    No.

19             MR. WEINBERG:  Objection.

20             THE COURT:  It's overruled.

21   BY MR. NESTLER:

22        Q    What did that mean for you?

23             MR. SHIPLEY:  Objection; lacks foundation,

24   irrelevant.

25             THE COURT:  It's overruled.
```

1858

BY MR. NESTLER:

Q    What did that mean for you, Mr. Wickham?

A    That meant to me that the security situation was becoming elevated.

Q    Around this time, did you observe the House Sergeant at Arms on the floor of the House?

A    Yes.

Q    Can you describe for us the role of the House Sergeant at Arms.

A    The Sergeant at Arms is the enforcer of order and decorum within the chamber.

Q    Does the House Sergeant at Arms typically appear on the well or in the chamber itself?

A    No.  The Sergeant at Arms has many assistants that are dedicated to chamber security and order, and for the Sergeant at Arms to come would be unusual, Sergeant at Arms himself to come.

Q    And did you see the Sergeant at Arms here in the House Chamber?

A    Yes.

Q    And you said that was unusual to you; is that right?

A    That's -- yes.

MR. NESTLER:  If we can continue playing this forward, Ms. Badalament, from 2:16 p.m.

```
 1              (Video played)

 2              MR. NESTLER:  Can you please pause that,

 3    Ms. Badalament at 7:38, go back a couple seconds to 7:35 on

 4    the counter.

 5    BY MR. NESTLER:

 6         Q    And were you in the House Chamber at this time?

 7         A    Yes.

 8         Q    And this is 7:35 on the counter, about 2:18 p.m.

 9              What was it that Representative McGovern just said

10    from the Speaker's chair?

11              MR. SHIPLEY:  Objection.  The video speaks for

12    itself.

13              THE COURT:  Sustained.

14              MR. NESTLER:  Sure.

15    BY MR. NESTLER:

16         Q    Did you hear what Representative McGovern said?

17         A    Yes.

18         Q    And did Representative McGovern reference a

19    particular rule and clause of a rule?

20         A    Yes.

21         Q    Which rule and which clause of a rule?

22         A    Clause 12(b) of Rule 1.

23         Q    And are you familiar with what Clause 12(b) of

24    Rule 1 is?

25         A    Yes.
```

1    Q    What is it?

2    A    It is the procedure by which the House goes into

3    emergency recess.

4    Q    Were you working for the House of Representatives

5    when Clause 12(b) of Rule 1 was enacted by the House?

6    A    Yes.

7    Q    In what circumstance was this clause of this rule

8    enacted by the House?

9         MR. SHIPLEY:  Objection; irrelevant.

10        THE COURT:  He can answer the question.

11        Go ahead, sir.

12        THE WITNESS:  It was put into the House rules

13   following 9/11.

14   BY MR. NESTLER:

15   Q    What did it mean for you as a person who was both

16   the advisor to the Parliamentarian and who was actually in

17   the House Chamber at this time that Representative McGovern

18   had invoked this clause of this rule?

19        MR. SHIPLEY:  Objection; irrelevant.

20        THE COURT:  It's overruled.  It's not irrelevant.

21   Go ahead.

22        THE WITNESS:  This meant that the security

23   situation had deteriorated to the point that we needed to

24   suspend legislative activity immediately.

25        MR. NESTLER:  And if we could please play this

```
 1    forward, Ms. Badalament.
 2                (Video played)
 3                MR. NESTLER:  If we could pause now at 7:46 on the
 4    counter at 2:26 p.m.
 5    BY MR. NESTLER:
 6         Q    Shortly after the House took this initial recess,
 7    did it come back into session?
 8         A    Yes.
 9         Q    And if we could continue playing now.
10                (Video played)
11    BY MR. NESTLER:
12         Q    We can pause there at 8:18 on the counter at
13    2:29 p.m.
14                Are you still in the House Chamber at this time?
15         A    Yes.
16         Q    What is occurring?
17         A    The House is, once again, going into emergency
18    recess.
19         Q    And when the House goes into emergency recess, is
20    it still technically in session?
21         A    Yes.
22         Q    And what did you observe personally after you saw
23    that Representative McGovern declared the emergency recess
24    here at 2:29 p.m.?
25         A    The security situation was becoming elevated.  We
```

1862

1    were moving from a legislative procedure to one in which the

2    security officials in the chamber were directing people's

3    actions.

4         Q    And what kind of instructions and directions were

5    your getting from the security officials inside of the

6    chamber?

7              MR. SHIPLEY:  Objection; calls for hearsay.

8              THE COURT:  It's overruled.  It's not hearsay.

9              Go ahead.

10             THE WITNESS:  The security officials were talking

11   about sheltering in place, elevating and creating a security

12   perimeter around the chamber, closing doors and locking

13   doors.

14             MR. SHIPLEY:  Move to strike.  It's hearsay.

15             THE COURT:  Phone, please.

16             (Bench conference)

17             THE COURT:  It's not hearsay.  He's talking about

18   directions that were being given to people inside the

19   chambers.  And he's also describing what was happening

20   inside the chambers.  It is not hearsay.

21             MR. SHIPLEY:  He is not --

22             THE COURT:  It is not being asserted for the truth

23   of the matter of parties.  It is a direction.  It is a

24   direction to shelter in place.  That is not admitted -- is

25   not a hearsay statement.

1    MR. SHIPLEY:  Okay.

2        (Open court)

3    THE COURT:  It's overruled.

4  BY MR. NESTLER:

5    Q    And so you indicated earlier you had been standing

6  off to the left on the video here; is that right,

7  Mr. Wickham?

8    A    Correct.

9    Q    And were there doors and doors with glass near

10  where you were standing?

11    A    Yes.

12    Q    And when you were given the direction to shelter

13  in place, were you told to move away from anything?

14    A    Yes, eventually told to take a seat in -- in the

15  chamber itself.

16    Q    What did it mean to you to not be standing near

17  the doors, the doors with the glass in them?

18    A    That was not a safe situation for me to be in and

19  that I needed to move away from the danger.

20    Q    Did you, in fact, take a seat as instructed to do

21  by security personnel?

22    A    Yes.

23    Q    Now, around this time, what did you observe with

24  respect to the presence of any additional law enforcement

25  officers inside of the House Chamber?

1    A    A number of additional security officials came
2  into the chamber.
3    Q    Did you see them carrying anything with them?
4    A    Yes.  Some were carrying long guns, others
5  pistols.
6    Q    What did it mean for you that security staff was
7  entering the well of the House Chamber carrying long guns?
8    A    That the security situation had become elevated
9  such that we needed that presence in the chamber.
10    Q    Now, have you been involved in drills during your
11  26 years with the House Parliamentarian's office, security
12  drills?
13    A    Yes.
14    Q    How did this experience on the afternoon of
15  January 6th, 2021, compare to what you had drilled
16  previously?
17    A    A larger amount of activity and much greater
18  intensity.
19    Q    Had you seen officers carrying long guns during
20  your drills previously?
21    A    No.
22    Q    Now, after some period of time of sheltering in
23  place, did you receive additional directions from the
24  security personnel in the chamber?
25    A    Yes.

1    Q    And what was generally that direction?

2    A    At one point, they asked that the gas masks be

3    placed in a ready position to be put on.

4    Q    And did you have a gas mask?

5    A    Yes.  There was one under the seat.

6    Q    What did that mean for you, that you were being

7    instructed to have a ready access to a gas mask?

8    A    Once again, the security situation was

9    deteriorating and that there might be a need to use this

10   device to stay safe.

11   Q    Did you receive any instructions from the security

12   personnel about departing the House Chamber?

13   A    Yes.  At some point, they said that we were going

14   to evacuate.

15   Q    And I know this might seem obvious, but what did

16   that mean for you that you were moving from a

17   shelter-in-place situation to an evacuation situation?

18   A    It was no longer safe for the members and staff to

19   be in the chamber.

20   Q    When you were instructed to evacuate, did you do

21   so?

22   A    Yes.

23   Q    Are you familiar with what the official House

24   Journal is?

25   A    Yes.

1    Q    Can you please describe it.

2    A    The journal is the constitutional minutes of the

3    House, recording all of the legislative activity in minutes

4    form.

5    Q    Is there a certain document that requires the

6    House to keep a journal?

7    A    It is required by the U.S. Constitution.

8    Q    And what would happen if the House Journal were to

9    be misplaced or damaged or stolen?

10   A    That would be a very serious situation and the

11   House would have to act to replace it in some way.

12   Q    Did you observe anybody taking any action with

13   respect to the House Journal around this time you were

14   ordered to evacuate?

15   A    Yes, I evacuated near the journal clerk and that

16   person was carrying the House Journal out of the chamber.

17   Q    When you were evacuated, did you eventually make

18   your way to an evacuation location?

19   A    Yes.

20   Q    And when you arrived at the evacuation location,

21   what did you do?

22   A    Well, first I called my wife.

23   Q    Why did you do that?

24   A    I called her to let her know that I was okay.

25   Q    Why do you think it was important for you to let

```
 1    your wife know that you were okay?

 2             MS. HALIM:  Objection.

 3             THE COURT:  That'll be sustained.

 4    BY MR. NESTLER:

 5       Q    Well, were you watching TV at this time?

 6       A    No.

 7       Q    Why not?

 8       A    My focus was on the proceedings in the Chamber.

 9             MR. NESTLER:  If we could continue playing at 8:19

10    on the counter.

11             (Video played)

12             MR. NESTLER:  And if we could just stop there for

13    a second at 9:08 on the counter at 2:46 p.m.

14    BY MR. NESTLER:

15       Q    Are non-Senate staff typically allowed on the

16    floor of the Senate?

17       A    No.

18             MR. NESTLER:  If we can continue playing, please,

19    Ms. Badalament.

20             (Video played)

21    BY MR. NESTLER:

22       Q    And at 2:49 p.m., are we still looking at the

23    floor of the Senate Chamber?

24       A    Yes.

25             (Video played)
```

1868

```
1   BY MR. NESTLER:

2        Q    And same at 3:04 p.m.?

3        A    Yes.

4        Q    And at 3:08 p.m., do you see here Capitol Police

5   officers on the floor of the Senate Chamber?

6        A    Yes.

7             (Video played)

8             MR. NESTLER:  And if we could pause there, please,

9   Ms. Badalament.

10  BY MR. NESTLER:

11       Q    That's at 9:02 p.m. and we're looking at the House

12  Chamber here; is that correct?

13       A    Yes.

14       Q    Who is presiding over the House Chamber at this

15  point?

16       A    Speaker Nancy Pelosi.

17       Q    And did you make your way back from the evacuation

18  location back to the House Chamber over those several hours

19  prior to 9:02 p.m.?

20       A    Yes.

21            MR. NESTLER:  If we can please continue playing,

22  Ms. Badalament.

23            (Video played)

24  BY MR. NESTLER:

25       Q    That concludes Government's Exhibit 1516.
```

1    Did you hear there on the morning of January 7th

2  at around 3:44 a.m., Vice President Pence declared the joint

3  session dissolved?

4    A    Yes.

5    Q    And under the law, what does it mean that the

6  joint session is to be dissolved?

7    A    It means that it's come to a permanent end.

8    Q    And prior to the joint session being dissolved or

9  permanently ended, was it still technically ongoing?

10    A    Yes.

11    MR. NESTLER:  And if we can please now pull up on

12  the screen Government Exhibit 1057.SS.  If you could just

13  scroll through these, please, Ms. Badalament.

14  BY MR. NESTLER:

15    Q    And are you familiar with the scene here in the

16  House Chamber in these still frames, Mr. Wickham?

17    A    Yes.

18    MR. NESTLER:  The government moves into evidence

19  Government's Exhibit 1057.SS.

20    THE COURT:  1057.SS will be admitted.

21                    (Government Exhibit 1057.SS
                         received into evidence.)
22

23    MR. NESTLER:  Thank you.

24    And if we can go back to the first one,

25  Ms. Badalament.

```
 1   BY MR. NESTLER:
 2        Q     And here at 1:43 p.m., who is presiding over the
 3   House Chamber?
 4        A     Speaker Nancy Pelosi.
 5        Q     And is that the same in each of the next slides,
 6   if we go to the next slide, same at 1:48 p.m.?
 7        A     Yes.
 8        Q     And 1:54 p.m., if we go back one?
 9        A     Yes.
10        Q     And at 1:59 p.m.?
11        A     Yes.
12        Q     And if we go forward, at 2:04 p.m.?
13        A     Yes.
14        Q     And if we go forward, at 2:10 p.m.?
15        A     Yes.
16        Q     And also at 2:14 p.m.?
17        A     Yes.
18        Q     And if we can now pull up Government Exhibit
19   1058.SS.
20              And if we could scroll through these.
21              Do these generally show Vice President Mike Pence
22   preside over the Senate Chamber around the same time?
23        A     Yes.
24              MR. NESTLER:  The government moves into evidence
25   1058.SS.
```

1           THE COURT:  1058.SS will be admitted.

2                           (Government Exhibit 1058.SS
                               received into evidence.)
3

4           MR. NESTLER:  Thank you, Your Honor.

5    BY MR. NESTLER:

6       Q    Now, Mr. Wickham, did you remain with the House

7    until the session ended on the morning of January 7th of

8    2021 around 3:45 a.m.?

9       A    Yes.

10      Q    And when you started your day on the morning of

11   January 6th, did you think you would be working there almost

12   24 hours later?

13      A    No.

14          MR. NESTLER:  No further questions.

15          THE COURT:  Okay.  Any cross-examination?

16                        -  -  -

17                   CROSS-EXAMINATION

18   BY MR. SHIPLEY:

19      Q    Mr. Wickham, I actually have just a couple of

20   questions about something you said right at the beginning.

21          You said that you volunteer helping people study

22   for their citizenship exam?

23      A    Yes, I work with a local church that offers that

24   service to local --

25      Q    And those are immigrants seeking to become

1   U.S. citizens?

2       A    That's correct.

3       Q    Okay.  And that involves studying the

4   Constitution, right?

5       A    Yes.  Basically studying --

6       Q    And as part of the Constitution, studying the Bill

7   of Rights?

8       A    Yes.

9       Q    And understanding First Amendment, Second

10  Amendment, and the other amendments to the Bill of Rights --

11  that constitute the Bill of Rights?

12      A    Yes.

13      Q    And the Fifth Amendment to the Constitution

14  involves personal liberty, right?

15          MR. NESTLER:  Objection; beyond the scope.

16          THE COURT:  He can answer to the extent that he's

17  aware --

18          MR. SHIPLEY:  I'm not going very far.

19          THE WITNESS:  Yes, that would be a basic

20  description.

21  BY MR. SHIPLEY:

22      Q    And so learning about these things involves some

23  reading, right?

24      A    Yes.

25      Q    Okay.

```
 1            And eventually there's an examination that the
 2   person takes?
 3        A    Correct.
 4        Q    Okay.
 5            MR. SHIPLEY:  That's it.  Thank you.
 6            THE COURT:  All right.  Thank you.
 7            MS. HALIM:  No questions, Your Honor.  Thank you.
 8                          -  -  -
 9                       CROSS-EXAMINATION
10   BY MR. PEED:
11        Q    Good morning, Mr. Wickham.
12        A    Good morning.
13        Q    Are you familiar with the history of objections to
14   the Electoral College?
15        A    Yes.
16        Q    So you're aware in 1969 was the first time the
17   Electoral College had an objection, a formal objection?
18            MR. NESTLER:  Objection.
19            THE COURT:  I'll give it a little bit of rope.
20            Go ahead.  It's overruled.
21            MR. PEED:  He overruled it.
22            THE COURT:  Overruled.
23            You can answer, Mr. Wickham.
24            THE WITNESS:  Yes.
25
```

1    BY MR. PEED:

2        Q    And there was -- according to the process you

3    talked about in your direct, there's an objection process

4    and then the two Houses split and consider the objection,

5    right?

6        A    Correct.

7        Q    And so the first time it happened in 1969, there

8    was an objection because there was a faithless elector,

9    someone pledged for Nixon, voted for Wallace, right?

10       A    I can't testify as to the --

11       Q    You don't know that history?

12       A    -- to the substance of the objection.

13       Q    But there was a vote and it was voted down, the

14   objection, right?

15       A    Correct.

16       Q    And then in 2001, were you there as a House

17   Parliamentarian in 2001?

18       A    Yes, as an assistant Parliamentarian, yes.

19       Q    In 2001, House members raise an objection to the

20   election to some of the electors, right, but there was no

21   Senate vote to go along with it, right?

22       A    Correct.

23       Q    And then in 2005, there was an instance where a

24   House member and a Senate member concurred on an objection,

25   so the two Houses split in 2005, correct?

1    A    Correct.

2    Q    Okay.

3         And here, the proceeding that we were looking at

4    being interrupted was the debate of an objection, right?

5    A    Correct, the two Houses had split.

6    Q    And it was the objection to the State of Arizona,

7    right?

8    A    Correct.

9    Q    So when the protesters or rioters breached the

10   building and it was shut down, it was the objections that

11   were shut down, the debate over the objections, right?

12   A    That was the point in the proceedings, yes.

13   Q    And the Electoral College vote in 2020 broke down

14   306 to 222, right?

15   A    I'm not familiar with the numbers, just the

16   result.

17   Q    As procedural matter, at the end of the objecting

18   process and counting process, the President of the Senate

19   did -- sort of announces the election results, the number,

20   right?

21   A    Correct.

22   Q    And if one of those numbers is higher than -- is

23   270 or higher, then that person becomes the President-Elect?

24   A    The Constitution requires a majority.

25   Q    Right.

```
1              And currently the majority is 270?

2     A    I can't speak with certainty on that question.

3     Q    If the person who has more votes, the most votes,

4  doesn't reach a majority, if it is 270, if someone doesn't

5  reach the majority of the total votes, then it goes the

6  House of Representatives to determine the President, right?

7     A    That's the general constitutional procedure,

8  right.

9     Q    And the House will vote state by state?

10    A    That's the general procedure, yes.

11    Q    Okay.

12         And Arizona was the first objection.  Arizona had

13  11 Electoral College votes, right?

14    A    I think that's accurate, yes.

15    Q    Okay.

16         And do you remember that Pennsylvania had

17  20 Electoral College votes?

18    A    So, I think that's accurate.

19    Q    Okay.

20         So that would be 31, getting pretty close to --

21  you didn't remember the total's breakdown, but do you recall

22  that if there was around 35 votes, 36 votes that were

23  disqualified, you would have a situation where it would go

24  to the House of Representatives?

25    A    I don't recall the numbers, but there was a
```

1    threshold at which it would do that, yes.

2        Q    So the debate that was interrupted was whether

3    Arizona's 11 votes would be discounted from that total that

4    was going in to determine the threshold of it going to the

5    House of Representatives?

6        A    The debate was on whether or not the objection to

7    Arizona would be sustained.

8        Q    Okay.

9             And in terms of the certification process, the

10   government walked you through some of the steps.  This

11   objection process on January 6th was sort of the last step

12   for -- under the statutes you reviewed on your direct, the

13   last step towards determining whether there was a legal

14   process that would take the vote to the House of

15   Representatives?

16       A    That's the general step under the Constitution,

17   yes.

18       Q    All right.

19            Could I have pulled up Government Exhibit 3500.20.

20            Okay.  Go to the second page.

21            All right.  This is Amendment 20 that you were

22   shown on your direct, correct?

23       A    Yes.

24       Q    And could you read the first sentence again.

25       A    I ask that it be made bigger, please.

1878

1          "The terms of the President and the Vice President

2     shall end at noon on the 20th day of January."

3          Q    And then the last highlighted part?

4          A    "And the terms of their successors shall then

5     begin."

6          Q    Okay.  So under this amendment to the

7     Constitution, the winner of the electoral process on

8     January 6th would be sworn at noon on January 20th, correct?

9          A    That's when the term would begin, that's right.

10         Q    Okay.

11              And so at the end of January 6th, in the morning

12    of January 7th, Joseph Biden was declared the

13    President-Elect, correct?

14         A    Vice President Pence announced that Joe Biden had

15    received a majority of the votes.

16         Q    Okay.

17              And so between January 7th and January 20th, under

18    this amendment, President Trump was the President until his

19    term ended at noon on January 20th, right?

20         A    Yes, that's the constitutional operation, yes.

21         Q    So between January 7th and the morning around

22    3:00 a.m. the result was announced on January 20th, for

23    those roughly 14 days, President -- now President Biden was

24    the President-Elect but had no constitutional authority,

25    correct?

1    A    The term of the President begins on noon on the

2    20th of January.

3    Q    So President -- now President Biden had no

4    constitutional authority under Article II until noon on

5    January 20th?

6    A    The terms of this particular amendment provide

7    that his term began on noon on January 20th.

8    Q    Okay.

9        Could we have -- thank you.

10        Could we have Defense Exhibit EV3500.2.

11        Second page, please.

12        Could you cull out the first paragraph.

13        You were shown Article II of the Constitution on

14    your direct, right?

15    A    Yes.

16    Q    Okay.

17        Could you please read the first sentence again of

18    Article II.

19    A    "The executive power shall be vested in a

20    President of the United States of America.  He shall hold

21    his office during the term of four years, and together with

22    a Vice President chosen for the same term, be elected as

23    follows:"

24    Q    All right.

25        When it says the executive power," that's the

1    executive power of the United States, right?

2        A    Correct.

3        Q    And all of the executive power of the

4    United States, according to Article II, is vested in a

5    President of the United States, right?

6        A    That's the first sentence, yes.

7        Q    Okay.

8            Could we go to the next page.

9            And could you please cull out the first sentence

10   of Section II.

11           MR. PEED:  Let me pause to admit -- move to admit

12   Defense Exhibit EV3500.2.

13           MR. NESTLER:  No objection.

14           THE COURT:  EV3500.2 is admitted.

15                          (Defendant's Exhibit EV3500.2
                                received into evidence.)
16   BY MR. PEED:

17       Q    All right, sir.  Do you recognize this as

18   Section 2 of Article II --

19       A    Yes.

20       Q    -- of the Constitution?

21       A    Yes.

22       Q    Could you please read the first paragraph -- first

23   sentence here up to the semicolon.

24       A    "The President shall be Commander-in-Chief of the

25   Army and Navy of the United States and of the militia of the

1    several states, when called into the actual service of the

2    United States;"

3        Q    All right.  So this article -- this Section 2 is

4    part of the same article that describes -- that we just

5    looked at Section 1, describing the term of the

6    United States, right?

7        A    It's a part of Article II, correct.

8        Q    And between January 7th and January 20th at noon,

9    so until 11:59 a.m. on January 20th, 2021, President Trump

10   is the person in whom the executive power of the

11   United States was vested, according to these articles,

12   right?

13       A    According to this -- the Article II, he is the

14   President, yes.

15       Q    So until 11:59 on January 20th, 2021,

16   President Trump had the executive authority as

17   Commander-in-Chief of the Army, Navy and militia, according

18   to this section, right?

19       A    That seems accurate, yes.

20            MR. PEED:  Okay.  Thank you.  No further

21   questions.

22            MR. CONNOR:  No questions on behalf of

23   David Moerschel, Your Honor.

24            THE COURT:  Thank you, Counsel.

25            Redirect.

1882

```
1                            - - -

2                    REDIRECT EXAMINATION

3    BY MR. NESTLER:

4        Q    Mr. Wickham, you were asked about the procedure in

5    Congress in 2001 and 2005; is that correct?

6        A    Yes.

7        Q    In either of those years, were security personnel

8    on the floor of the chamber with long guns?

9        A    No.

10       Q    And in either of those years, were you forced to

11   evacuate from the House Chamber?

12       A    No.

13       Q    One of the defense lawyers asked you about the

14   Houses having been split at the time that the proceeding was

15   recessed; is that correct?

16       A    Correct.

17       Q    Now, under the law, when the two Houses are split,

18   what's the technical term for what they have done?

19       A    The two Houses withdraw to their separate

20   chambers.

21       Q    And do they separate?

22       A    Yes, they separate.

23       Q    And under the law, during that period of

24   separation and after that separation is over, what are they

25   supposed to do?
```

1883

1    A    Deliberate on the objections, and then come back

2    to the joint session and announce the results of their

3    deliberation.

4    Q    So we went over all the different provisions when

5    I asked you questions on the first go-around, and after the

6    defense's questions, I just want to make this clear.

7         When the two house got together initially around

8    1:00 p.m., was that the beginning of the joint session?

9    A    Yes.

10    Q    And when does that joint session end?

11    A    When it is dissolved after the result is

12    announced.

13    Q    And that did not occur until about 3:45 a.m. on

14    January 7th, the following day; is that correct?

15    A    Yes.

16    Q    And finally, Mr. Peed just asked you a couple of

17    conditions about the 20th Amendment to the Constitution and

18    Article II to the Constitution; is that correct?

19    A    Yes.

20    Q    Under Article II to the Constitution, what does a

21    person need to take or swear or do in order to become

22    President?

23    A    The oath of office.

24    Q    And if a person does not take the oath of office,

25    do they become President?

1    A    They would lack the qualifications.

2    Q    They would lack the qualification.

3         And so if a person were prevented from taking the

4    oath of office, would they become the President?

5         That's a more of a complicated question.  But a

6    person -- the Constitution requires the oath to be taken; is

7    that right?

8    A    It does.

9         MR. NESTLER:  No further questions.

10         THE COURT:  Okay.  Thank you, Counsel.

11         Mr. Wickham, you may step down, and thank you for

12    your time and testimony, sir.

13         THE WITNESS:  Thank you, Your Honor.

14         THE COURT:  Okay.  Ladies and gentlemen, we're

15    going to break now before we start our next witness.  I've

16    got a couple matters to discuss with the parties, so we'll

17    take a slightly longer break than usual.  We'll return at

18    1:30 to begin.

19         So just a reminder, the same instructions I've

20    given giving you.  In particular I want to remind you, if

21    any of you have news feeds and alerts on your phones, please

22    turn those off.

23         I reference the fact that there are proceedings

24    happening on the Hill last week, those are actually

25    scheduled for today.  Just to assert that you're avoiding

 1    any of the news media coverage about those, I'll ask you to

 2    turn those off and avoid those stories.

 3              Thank you all very much.  We'll see you shortly.

 4              COURTROOM DEPUTY:  All rise.

 5              (Jury exited the courtroom.)

 6              THE COURT:  Please be seated, everyone.

 7              All right.

 8              MR. SHIPLEY:  Can I say something real quick?  If

 9    the Court's overruling my objection, if you said it's a

10    direction, I didn't hear that.

11              THE COURT:  Oh.

12              MR. SHIPLEY:  If I had heard that, I would not

13    have come back with a motion to strike.

14              THE COURT:  Okay.  I didn't articulate that on the

15    record, but only did when we got on.

16              MR. SHIPLEY:  As soon as you said that was the

17    basis on the phone, okay, I understand that.

18              THE COURT:  Thank you, Mr. Shipley.

19              All right.  So what is the issue with respect to

20    the exhibits?

21              MR. PEED:  I think the easiest way to resolve the

22    issue, Your Honor, the government has made clips of

23    January 6th podcasts with Mr. Kandaris and Mr. Vallejo

24    speaking.  Generally -- I sent them a list of statements

25    that I think should be included for 106 purposes.

1    Generally, the transcript of the podcast, if you

2  look at it, has sort of a statement and then a question, a

3  statement, question.  And so generally I'm asking the whole

4  statement before the next sort of interruption by the

5  moderator comes in.  They aren't long additions.  So, for

6  example, on Slide 1 of the Government's Exhibit --

7    THE COURT:  Let me interrupt.

8    Is there any objection to including those

9  statements?

10    MR. EDWARDS:  Yes, Your Honor.

11    THE COURT:  Okay.

12    MR. PEED:  Yeah, I tried to resolve it beforehand.

13    Slide 1 of the exhibit generally talks about

14  meeting up with the Oath Keepers and going down to the

15  Supreme Court area with them, and so he continues on and

16  says that, "It was very peaceful, and, you know, here's what

17  we did, and it was peaceful, no problems."

18    I think it's fair at the same time if you're

19  talking about him hooking up with the Oath Keepers and the

20  government's theory of the case is that's part of a violent

21  plan, that the rest of that statement be finished of him

22  describing what he did that day.

23    THE COURT:  So let me see if I can short-circuit

24  this.

25    What's the objection, Mr. Edwards, to including

 1    these additional statements for context and completeness?

 2              MR. EDWARDS:  Yes, Your Honor.

 3              The slides that the government put together, for

 4    at least Slide 1, if we were to go through each slide, is

 5    that they don't actually complete anything.  I mean, the

 6    focus that the government takes with these slides is that

 7    they actually air more toward presenting the defense's case

 8    in chief.  And so I have case cites for Your Honor if

 9    it would be helpful to show that that's not the purpose of

10    Rule 106.

11              So under the -- just two case cites for

12    Your Honor, under the Fifth Circuit in a 2021 case,

13    *United States versus Herman,* 997 F.3d 251, page 264, this is

14    a Fifth Circuit case where the Court specifically ruled that

15    Rule 106 is not -- it does not permit a party to introduce

16    writings or recorded statements to affirmatively advance

17    their own alternative theory of the case.  This is just more

18    of the general government's objection to many of these

19    slides.

20              And then the D.C. Circuit opinion in *United States*

21    *versus Sutton,* 801 F.2d 1346, page 1369, this is a 1986

22    opinion from the D.C. Circuit, this is more of a general

23    framework that the D.C. Circuit has made it clear that

24    Rule 106 should be invoked rarely and for a limited purpose.

25              And so taking those two case cites and those two

1888

1    propositions, if you look at each one of these slides that

2    Mr. Peed has highlighted, Slide 1 -- and I'm happy to show

3    if that's helpful to the Court --

4            So this is a portion of Mr. Kandaris' -- or the

5    podcast from Mr. Kandaris talks about what they did when

6    they arrived to D.C.  They arrived, they bivouaced with the

7    Oath Keepers in Arlington, they unloaded, and they went to

8    D.C.

9            The government doesn't intend to talk about

10   generally what the Oath Keepers were doing in D.C. on

11   January 5th.  What we do here is just establish that they

12   met with the Oath Keepers in the morning and then they

13   unloaded materials.

14           What Mr. Peed has cited in his email is something

15   that's about three times as long, kind of highlighting, you

16   can see up here at the top, Slide 1, where they talk at

17   length about what happened on January 5th.

18           And so this doesn't -- in the spirit of Rule 106,

19   doesn't complete that portion that the government is

20   presenting here.  We're talking about, they met with the

21   Oath Keepers in the morning of January 5th and then what

22   they do -- what we go into is Mr. Vallejo and Mr. Kandaris'

23   statements afterward on the morning of the 6th and what

24   they're planning to do moving forward.

25           And so it would be the position of the government

1  that this Slide 1 is the alternative defense theory of the

2  case.  What they're doing is, they're here for speeches or

3  they're here for peaceful rally, like the defense has the

4  opportunity to do this on their own.  That's not what

5  Rule 106 is meant for.  I'm happy to walk through each or

6  just let the Court consider Slide 1.

7          But essentially Slides 2 and 3 would be a similar

8  objection.  We talk about what the defense -- or what

9  Mr. Vallejo and Mr. Kandaris were planning to do that day

10 and what the purposes of their presence were.  These two

11 slides here are just kind of, again, additional statements

12 for the defense's theory of the case.

13         Slide 9, I don't actually know what it's

14 completing, it's just the host.

15         And then this -- Mr. Peed, I didn't get a chance

16 to ask you, the general statement here is -- again, falls

17 into the category of the defense theory of the case here,

18 just a host's comment about his impression of Mr. Vallejo

19 and that he's a guy who will yell, and Todd is a guy who is

20 an IT guy, more logic and reason.

21         That doesn't complete really, in the government's

22 view, anything that it government has put up in its slides.

23         THE COURT:  Go back to the top, please.

24         MR. EDWARDS:  Yes, Your Honor.

25         THE COURT:  And can you go back to Slide 1.

```
 1              MR. EDWARDS:  Yes.
 2              THE COURT:  And the words that Mr. Peed is asking
 3   to admit are the ones that immediately precede this or come
 4   right after?
 5              MR. EDWARDS:  It's unclear from his email, and I
 6   didn't -- we got this --
 7              MR. PEED:  Immediately afterwards.
 8              MR. EDWARDS:  Immediately after.
 9              We're not contesting that it's the same podcast.
10              THE COURT:  No, I know.
11              MR. EDWARDS:  Right.
12              THE COURT:  Can you flip over back to the --
13              MR. EDWARDS:  Uh-huh.
14              THE COURT:  Okay.  I'll allow it.  Slide 1 can
15   come in in full and with Mr. Peed's proposal.
16              Can you go to Slide 2 or the next slide that he
17   would like to have completed.
18              MR. EDWARDS:  Oh, sure.
19              THE COURT:  Okay.  And the portion Mr. Peed wants
20   introduced here is where, before or after?
21              MR. PEED:  Immediately before.
22              THE COURT:  Immediately before?
23              And can you flip back to the --
24              MR. EDWARDS:  To Slide 2?
25              THE COURT:  -- to Slide 2, yes.
```

1    MR. EDWARDS:  Yes.

2    THE COURT:  Can you go back -- sorry to keep

3  flipping back, that's the only way I can contextualize all

4  this.

5    Maybe I just read this differently.  I don't know

6  how terrible helpful it is.  Okay.

7    All right.  I'll let a portion of this in from the

8  start, where he says, "Um, so it's about having eyes on the

9  process, it's about showing the nation is watching and aware

10  of what the fraud has been committed."

11    I guess that provides some context to the next

12  statement but, again, I'm not -- anyway, so, yes.

13    MR. EDWARDS:  Right.  Part of the government's

14  goal in these exhibits was to --

15    THE COURT:  If he wants them, he can have it in.

16    MR. EDWARDS:  -- make bite-size pieces for the

17  jury -- right.  Okay.

18    Can I just get your ruling clear, I'm sorry,

19  Your Honor, on the Slide 2 section?

20    THE COURT:  So the portion that begins, "Um, so

21  it's about having eyes on the process going forward."

22    MR. EDWARDS:  Okay.  Then down.

23    THE COURT:  Correct.

24    MR. EDWARDS:  Thank you.

25    And then you want to see the slide or the email

1  for Slide 3 first?

2          THE COURT:  Well, is it before or after this

3  slide, the portion, Mr. Peed?

4          Mr. Peed?

5          MR. PEED:  I'm not sure, just checking.

6          MR. EDWARDS:  While he checks that, Your Honor,

7  may I respond very briefly on the first -- ruling on the

8  first slide?

9          The government is amenable -- or what we would

10 propose is, we would remove the last sentence.

11         I understand that last sentence, I didn't -- I

12 assumed that that might be part of your ruling, Your Honor,

13 that the then hooks into what the defendants and what others

14 did on January 5th.  We would remove that sentence, which

15 would isolate the portion that the government is presenting

16 in its evidence as, "Met with the Oath Keepers, they dropped

17 their gear."

18         THE COURT:  Right.

19         I mean, look, I think what Mr. Peed's point is on

20 Slide 1 is that it's a little selective to say that the only

21 thing they did with the Oath Keepers that day was just drop

22 the weapons off.  I mean, that's one thing they did but then

23 apparently they all hooked up in D.C. and did some other

24 things that were different.  So I think that one's -- even

25 removing that last sentence, I don't think really changes my

```
 1   thinking about it.
 2             MR. EDWARDS:  Okay.
 3             MR. PEED:  Slide 3 is everything immediately
 4   before.
 5             THE COURT:  So what you'd like to have added is
 6   immediately before, right?
 7             MR. PEED:  Correct.
 8             THE COURT:  So can we go to the email, please.
 9             Can you go to the slide then.
10             Can you go back to the email.
11             I suppose this gives some context to what he's
12   saying, and particularly it describes what he meant by "the
13   pressure," which is referenced in the slide.  So --
14             MR. EDWARDS:  I'm not sure of the last -- I'm
15   sorry, Your Honor, I didn't mean to interrupt.
16             THE COURT:  It's okay.
17             MR. EDWARDS:  But certainly the last sentence or
18   two is just another -- is just a repeat of Slide 1, what
19   they did the night before.
20             THE COURT:  Yeah, it's -- there's a little
21   disconnect as to how that ended up in there.  But it also is
22   the actual connection between the two concepts or the
23   paragraph Mr. Peed wants and what's in the slide.
24             All right.  I'll let it run from the "fraud
25   exists" line.  I don't think the first line really --
```

1   I guess -- you can have her run the full.  I think the

2   primary thing's really create a plausible show of evidence

3   that those -- oh, no, I'm sorry, I misread that.

4          Yes, so from the line "fraud exists" and that

5   "this vote will be done by one vote, one state," the jury

6   now has an understanding what that means and then going

7   forward is fine.

8          MR. EDWARDS:  Okay.

9          And then Slide 9, Your Honor, is just that

10  sentence and then I'll pull up --

11         THE COURT:  And that comes in where?

12         MR. PEED:  This is the response of the host,

13  Your Honor, immediately afterwards, Slide 9.

14         THE COURT:  Okay.

15         MR. EDWARDS:  I don't think that makes sense.

16         THE COURT:  I don't think that completes anything.

17         This is the host response to what Mr. Vallejo is

18  saying, and it's simply saying, "Yep, no, I'm, I'm, I'm,

19  I understand the Senate."  So I don't think it completes

20  anything.

21         MR. PEED:  It's not a rule of completeness,

22  Your Honor.  That's the common law rule.  It's a rule about

23  what in fairness has to be considered at the same time.

24         THE COURT:  Yeah, I don't think this is in

25  fairness -- it doesn't complete -- it doesn't add anything

1    to what Mr. Vallejo said.

2             MR. PEED:  But it's a conversation and it shows

3    that it was received as a sentiment in the context of the

4    real-time conversation, as opposed to -- I mean, as opposed

5    to, like, a literal statement of what's going to happen.

6             So if the person in real-time says, "I understand

7    the sentiment," that is -- in fairness should be considered

8    if the government is only putting it as a literal statement

9    of action.  They're withholding the actual context in which

10   that's -- and how it was received by the person hearing this

11   conversation.

12            THE COURT:  Well, it doesn't matter how it's

13   received by somebody else.

14            MR. PEED:  It matters because conversation is a

15   two-way street.  And if a statement is made that the

16   government then puts into black and white separates from the

17   context, if the immediate reaction to a statement is one of

18   viewing as a sentiment then in fairness that should be

19   considered and the jury should hear that --

20            THE COURT:  Yeah, go ahead, that doesn't --

21   I don't think it adds a whole lot, but, go ahead, you can

22   run it, fine.  The host says, "I understand the sentiment."

23   Okay.  Go ahead.

24            MR. EDWARDS:  For perspective, I mean, he's

25   interviewing him.

1896

1      THE COURT:  I understand.  I understand.

2      MR. EDWARDS:  And then --

3      THE COURT:  It's quite the sentiment.

4      But anyway, go ahead.

5      MR. EDWARDS:  We would argue that the last

6   point -- I don't know what slide Mr. Peed intends to put

7   this in, but Mr. Hancock's opinion or impression of what

8   Mr. Vallejo, how Mr. Vallejo or --

9      THE COURT:  And so what's this last statement,

10  Mr. Peed?

11     MR. PEED:  So I labeled it as general because the

12  government's putting in selections of a podcast, and on that

13  podcast as a whole, the host describes the two people he's

14  talking to and how he's taking their statements.

15     So that's why, at the same time as all the

16  statements are coming in, I think, in fairness, the jury

17  should hear a selection of the actual podcast where the host

18  makes the statements.

19     THE COURT:  I don't think this adds anything.

20  I don't think it's needed for completeness.  I don't think

21  it's needed for fairness.  This is just what the podcast

22  host is saying.  It's not connected to any particular

23  statements that Mr. Vallejo is -- the government seems to

24  want to present.

25     So I'm not -- I mean, if you want to put it in on

1897

1    cross-examination, that's fine, but under Rule 106, I don't

2    think it's something the government needs to present in

3    terms of sequencing the evidence.

4              MR. PEED:  Got it, Your Honor.  Thank you.

5              MR. EDWARDS:  And, Your Honor, just in terms of

6    operation here.

7              THE COURT:  Right.

8              MR. EDWARDS:  In *Sutton*, it seemed the

9    D.C. Circuit discussed, in its ruling, that the defendant

10   should have been able to present whatever the defendant had

11   proposed as completeness during the government's

12   case-in-chief.

13             THE COURT:  Right.

14             MR. EDWARDS:  So the government's inclined to read

15   that to mean that Mr. Peed needs to create an exhibit and

16   add these lines himself, right, to then have us play during

17   our case-in-chief.

18             I don't think that the opinion necessarily read

19   the government would then have to, right before putting the

20   witness on, adjust its exhibits that it's created or snip

21   the audio.

22             So it was toward the end of the opinion where the

23   Court just said, you know, the way that it -- the way it

24   articulated its ruling was that the defendant should have

25   been allowed to present X evidence in that case.

1    MR. PEED:  I think -- I didn't review *Sutton*,

2    Your Honor, but the rule itself contemplates at the same

3    time, and I think the way I've always understood Rule 106 is

4    the party introducing a statement introduces, at the same

5    time, everything that, in fairness, should be considered.

6         And usually it's actually just a little more of

7    the statement, so that's the party introducing the whole

8    statement, and that's certainly what is going on here.  It's

9    literally just a continuation of the same statement.

10        So I think under the rule -- I've got to review

11   *Sutton*, but under the rule itself, the text of it, it would

12   suggest to me that we just have the government include more

13   of what they're trying to introduce here.

14        MR. EDWARDS:  Right.  We're not opposed to

15   Mr. Peed standing up and putting his computer in and playing

16   the statements that he's got a favorable ruling on.

17        (Pause)

18        THE COURT:  That's not exactly clear.  I mean, the

19   Court does speak in terms of the defendant should have been

20   permitted to introduce these four portions of the recorded

21   conversation.

22        MR. EDWARDS:  Right.  Admittedly it wasn't at

23   issue, that wasn't the particular question at issue, but

24   that's how the government read those -- that portion of the

25   opinion at least.

1          THE COURT:  All right.  Let me just take a look at

2  the lunch break and see if there's anything that can give me

3  some further guidance on this and figure it out.

4          MR. EDWARDS:  Thank you, Your Honor.

5          THE COURT:  Thanks, everybody.  We'll see you

6  shortly.

7          MS. HALIM:  Just one quick housekeeping issue, and

8  I'm sorry to have to raise this.

9          THE COURT:  It's okay.

10         MS. HALIM:  Mr. Hackett's plan for the break was

11  to travel to Chesapeake, Virginia, because his family in

12  Florida was going to come up to Virginia.  Due to their

13  personal finances, his family is not able to come to

14  Virginia.  So now he's requesting permission to go back to

15  Florida for the break, back to his home in Florida.

16         THE COURT:  So that's fine.  I just -- is the

17  order that he's -- I don't remember what the order said in

18  terms of his travel during the --

19         MS. HALIM:  The order says Virginia --

20         THE COURT:  Oh, it says Virginia --

21         MS. HALIM:  -- and pretrial is --

22         THE COURT:  Okay, sure.

23         MS. HALIM:  -- asking for an updated order, if

24  that's acceptable.

25         THE COURT:  If you would just submit a proposal

1   that reflects where he will actually be, I guess it's his

2   home?

3           MS. HALIM:  His home, yes.

4           THE COURT:  Okay.

5           MS. HALIM:  Absolutely.

6           THE COURT:  And was he asked -- I don't recall.

7   Is pretrial asking him to, for example, call in during that

8   period?

9           MS. HALIM:  I think he's checking in weekly with

10  Officer Shook, and so he would just continue with his weekly

11  check-in.

12          THE COURT:  All right, that's fine.  No problem.

13          MS. HALIM:  Okay, thank you.  I appreciate that.

14          THE COURT:  All right.  Thanks, everybody.  See

15  you shortly.

16          COURTROOM DEPUTY:  All rise.

17          (Recess from 12:38 p.m. to 1:30 p.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__December 19, 2022____    

                                William P. Zaremba, RMR, CRR

**BY MR. NESTLER:**
**[49]** 1828/5 1830/18
1831/6 1832/9 1832/19
1833/17 1835/14
1836/4 1836/19
1837/14 1838/18
1839/11 1839/16
1840/11 1840/19
1841/3 1842/2 1843/3
1843/20 1845/4
1846/13 1847/19
1848/6 1848/21 1849/1
1850/10 1851/19
1853/13 1855/2
1855/24 1856/8
1857/21 1858/1 1859/5
1859/15 1860/14
1861/5 1861/11 1863/4
1867/4 1867/14
1867/21 1868/1
1868/10 1868/24
1869/14 1870/1 1871/5
1882/3
**BY MR. PEED: [7]**
1820/17 1822/14
1823/8 1824/1 1873/10
1873/25 1880/16
**BY MR. SHIPLEY: [4]**
1807/8 1808/20
1871/18 1872/21
**BY MR. WEINBERG:**
**[1]** 1818/16
**BY MS. HALIM: [1]**
1817/22
**BY MS. HUGHES: [29]**
1765/16 1769/15
1770/22 1771/15
1773/24 1774/12
1775/1 1778/5 1779/22
1781/1 1781/19
1781/25 1787/16
1788/21 1794/24
1795/25 1796/15
1798/14 1802/13
1803/10 1803/17
1804/10 1804/16
1806/3 1824/24
1825/19 1825/24
1826/18 1827/5
**COURTROOM**
**DEPUTY: [12]** 1756/2
1756/5 1764/16 1765/5
1765/7 1827/17
1827/19 1845/17
1845/24 1846/7 1885/4
1900/16
**MR. CONNOR: [1]**
1881/22
**MR. EDWARDS: [31]**
1759/7 1886/10 1887/2
1889/24 1890/1 1890/5
1890/8 1890/11
1890/13 1890/18
1890/24 1891/1
1891/13 1891/16
1891/22 1891/24
1892/6 1893/2 1893/14

1894/15 1895/24
1896/2 1896/5 1897/5
1897/8 1897/14
1898/14 1898/22
1899/4
**MR. MANZO: [5]**
1757/15 1757/19
1758/1 1758/10 1759/1
**MR. NESTLER: [57]**
1827/15 1830/15
1830/21 1831/3 1832/7
1832/13 1833/10
1833/15 1835/12
1836/2 1836/17 1837/6
1837/11 1838/16
1839/1 1839/8 1839/14
1840/8 1840/17
1840/25 1841/23
1843/1 1843/12
1843/18 1845/3
1846/12 1847/3
1847/14 1847/17
1848/3 1848/19 1850/4
1851/14 1851/17
1853/5 1855/20
1855/23 1858/24
1859/2 1859/14
1860/25 1861/3 1867/9
1867/12 1867/18
1868/8 1868/21
1869/11 1869/18
1869/23 1870/24
1871/4 1871/14
1872/15 1873/18
1880/13 1884/9
**MR. PEED: [40]**
1756/22 1756/24
1757/5 1757/10
1757/23 1758/4
1758/12 1759/14
1760/5 1761/8 1791/8
1791/13 1793/1 1822/9
1822/12 1823/2
1823/24 1824/18
1826/11 1839/3 1847/8
1853/7 1853/9 1873/21
1880/11 1881/20
1885/21 1886/12
1890/7 1890/21 1892/5
1893/3 1893/7 1894/12
1894/21 1895/2
1895/14 1896/11
1897/4 1898/1
**MR. SHIPLEY: [17]**
1791/21 1808/19
1817/16 1826/10
1857/23 1859/11
1860/9 1860/19 1862/7
1862/14 1862/21
1863/1 1872/18 1873/5
1885/8 1885/12
1885/16
**MR. WEINBERG: [19]**
1771/10 1774/9 1778/1
1779/19 1780/23
1781/16 1787/11
1791/4 1791/6 1820/13

1832/15 1833/11
1839/4 1843/14
1847/10 1850/6
1857/19
**MS. HALIM: [13]**
1818/12 1847/9 1867/2
1873/7 1899/7 1899/10
1899/19 1899/21
1899/23 1900/3 1900/5
1900/9 1900/13
**MS. HUGHES: [43]**
1760/16 1760/21
1760/25 1761/6 1762/3
1762/5 1765/3 1769/9
1770/20 1771/8
1773/22 1774/7
1774/20 1775/10
1777/24 1779/17
1780/21 1781/14
1781/23 1787/2 1787/9
1787/15 1788/19
1791/2 1791/23 1793/2
1793/7 1793/12
1795/22 1796/13
1802/12 1803/4 1803/7
1804/8 1806/1 1807/4
1808/14 1823/4
1824/21 1825/15
1827/1 1827/4 1827/11
**THE COURT: [131]**
1756/4 1756/19
1756/23 1757/4 1757/8
1757/11 1757/16
1757/22 1758/25
1759/6 1759/13 1760/1
1760/13 1760/20
1760/24 1761/3
1761/14 1762/4 1762/9
1764/18 1765/8
1769/11 1771/11
1778/2 1779/20
1780/24 1787/8
1787/10 1787/12
1791/5 1791/7 1791/12
1792/10 1793/3 1793/9
1807/5 1808/15
1817/18 1822/11
1822/13 1823/5
1824/19 1826/12
1827/12 1827/20
1830/24 1832/16
1833/12 1837/8 1839/5
1843/15 1845/11
1845/19 1846/1 1846/9
1847/11 1850/7 1853/8
1853/10 1857/20
1857/25 1859/13
1860/10 1860/20
1862/8 1862/15
1862/17 1862/22
1863/3 1867/3 1869/20
1871/1 1871/15
1872/16 1873/6
1873/19 1873/22
1880/14 1881/24
1884/10 1884/14
1885/6 1885/11

1886/7 1886/11
1886/23 1889/23
1889/25 1890/2
1890/10 1890/12
1890/14 1890/19
1890/22 1890/25
1891/2 1891/15
1891/20 1891/23
1892/2 1892/18 1893/5
1893/8 1893/16
1893/20 1894/11
1894/14 1894/16
1894/24 1895/12
1895/20 1896/1 1896/3
1896/9 1896/19 1897/7
1897/13 1898/18
1899/1 1899/5 1899/9
1899/16 1899/20
1899/22 1899/25
1900/4 1900/6 1900/12
1900/14
**THE WITNESS: [10]**
1765/11 1808/17
1826/14 1827/14
1860/12 1860/22
1862/10 1872/19
1873/24 1884/13

**-**

**-16 [3]** 1838/17 1839/2
1839/6
**-17 [3]** 1838/17 1839/2
1839/6

**.3 [1]** 1794/14

**0**

**04:30 [2]** 1807/1
1807/2
**0530 [1]** 1782/16

**1**

**1051.1 [1]** 1825/17
**1056 [1]** 1794/9
**1057.SS [4]** 1869/12
1869/19 1869/20
1869/21
**1058.SS [4]** 1870/19
1870/25 1871/1 1871/2
**106 [17]** 1756/25
1757/19 1758/6
1758/14 1758/24
1762/19 1763/14
1763/16 1763/18
1885/25 1887/10
1887/15 1887/24
1888/18 1889/5 1897/1
1898/3
**1061 [1]** 1794/15
**1061.1 [1]** 1794/18
**11 [7]** 1756/9 1787/3
1845/15 1853/25
1860/13 1876/13
1877/3
**1123.2 [4]** 1787/3
1787/9 1787/13
1787/15

**1123 [6]** 1787/3
1787/7 1787/9 1787/13
1787/24 1788/17
**1125 [4]** 1852/22
1853/6 1853/10
1853/11
**1126 [4]** 1849/21
1850/5 1850/7 1850/8
**114 [1]** 1752/16
**1150 [1]** 1752/20
**11:00 [3]** 1757/25
1759/4 1845/13
**11:05 [1]** 1845/25
**11:17 [1]** 1845/25
**11:20 [1]** 1845/15
**11:59 [2]** 1881/9
1881/15
**12 [3]** 1859/22 1859/23
1860/5
**1250 [1]** 1782/25
**12:38 [1]** 1900/17
**12:51 [2]** 1848/7
1848/23
**12:57 [1]** 1796/6
**12:58 [1]** 1796/8
**12th [3]** 1836/24
1837/4 1838/8
12th Amendment [2]
1809/8 1838/10
**1341 [1]** 1752/4
**1346 [1]** 1887/21
**1369 [1]** 1887/21
**13:00 [1]** 1812/9
**14 [1]** 1878/23
**1444 [4]** 1803/19
1803/20 1804/4 1804/6
**14th [1]** 1835/15
**15 [6]** 1751/4 1756/6
1766/5 1768/10
1838/24 1839/9
**15 minutes [1]** 1845/20
**1505 [1]** 1762/21
**1515.1 [4]** 1791/3
1793/9 1793/10
1794/21
**1516 [7]** 1847/1 1847/4
1847/11 1847/12
1851/15 1854/24
1868/25
**1532 [1]** 1752/11
**1538 [5]** 1833/2 1833/7
1833/10 1833/12
1833/13
**15th [1]** 1762/20
**16 [5]** 1838/17 1838/24
1839/2 1839/6 1840/12
**1652 [4]** 1771/3 1771/9
1771/13 1784/14
**1653 [4]** 1771/3 1771/9
1771/13 1783/6
**1661 [4]** 1771/4 1771/9
1771/13 1771/17
**1662 [6]** 1771/4 1771/9
1771/13 1771/22
1774/22 1775/12
**1663 [3]** 1771/4 1771/9
1771/13
**1673 [3]** 1771/4 1771/9

**1**

1673... [1] 1771/13
17 [5] 1838/17 1838/24
1839/2 1839/6 1842/4
1775 [1] 1752/20
1797 [1] 1830/3
189 [1] 1757/25
19 [2] 1751/5 1901/7
19129 [1] 1752/7
1969 [2] 1873/16
1874/7
1986 [1] 1887/21
1995 [1] 1828/17
1:00 [5] 1812/10
1821/19 1839/22
1844/17 1883/8
1:05 [1] 1851/18
1:19 [1] 1855/4
1:30 [2] 1884/18
1900/17
1:38 [1] 1764/1
1:41 [1] 1763/2
1:43 [1] 1870/2
1:48 [1] 1870/6
1:51 [1] 1763/25
1:54 [2] 1763/25
1870/8
1:57 [1] 1849/2
1:59 [4] 1796/20
1797/3 1797/6 1870/10
1st [2] 1778/18
1778/18
1st Street [3] 1778/22
1779/2 1779/3

**2**

20 [1] 1877/21
20 Electoral [1]
1876/17
20006 [1] 1752/21
2001 [4] 1874/16
1874/17 1874/19
1882/5
2005 [3] 1874/23
1874/25 1882/5
2012 [1] 1828/16
202 [2] 1751/18
1752/21
2020 [8] 1828/19
1828/24 1833/18
1833/23 1834/8
1834/12 1835/13
1875/13
2021 [26] 1766/6
1766/19 1770/17
1777/5 1777/22
1780/13 1780/19
1790/13 1790/21
1794/1 1794/3 1794/4
1794/17 1822/19
1828/20 1828/24
1829/3 1836/3 1836/6
1844/17 1844/25
1881/15 1887/12
2022 [2] 1751/5 1901/7
20579 [1] 1751/17
20th [15] 1832/10

1836/21 1878/2 1878/8
1878/17 1878/19
1878/22 1879/2 1879/5
1879/7 1881/8 1881/9
1881/15
20th Amendment [4]
1832/6 1832/11
1832/21 1883/17
215-300-3229 [1]
1752/8
22-15 [2] 1751/4
1756/6
222 [1] 1875/14
228-1341 [1] 1752/4
239 [1] 1752/12
24 [1] 1871/12
24s [1] 1767/22
251 [1] 1887/13
252-7277 [1] 1751/18
26 [2] 1829/6 1864/11
264 [1] 1887/13
265 [1] 1752/15
270 [3] 1875/23 1876/1
1876/4
2:00 [1] 1760/7
2:04 [1] 1870/12
2:10 [1] 1870/14
2:12 [4] 1798/1 1798/8
1814/25 1815/25
2:14 [3] 1798/18
1855/25 1870/16
2:15 [3] 1812/6
1812/12 1813/16
2:16 [2] 1856/9
1858/25
2:18 [2] 1799/3 1859/8
2:20 [2] 1760/7
1807/14
2:25 [3] 1799/16
1813/9 1813/10
2:26 [3] 1799/19
1816/4 1861/4
2:28 [1] 1800/9
2:29 [1] 1861/24
2:29 p.m [1] 1861/13
2:30 [1] 1791/22
2:33 [3] 1800/14
1816/8 1816/10
2:35 [1] 1800/20
2:36 [1] 1801/1
2:38 [2] 1760/10
1801/9
2:41 [2] 1801/11
1801/18
2:46 [1] 1867/13
2:48 [1] 1804/11
2:49 [1] 1867/22

**3**

3051 [1] 1793/15
3055 [2] 1794/12
1794/14
306 [1] 1875/14
31 [1] 1876/20
3229 [1] 1752/8
337-9755 [1] 1752/12
33901 [1] 1752/12

35 [1] 1876/22
3500 [1] 1839/1
3500.1 [1] 1839/8
3500.12 [3] 1837/2
1837/8 1837/9
3500.2 [4] 1830/16
1830/22 1830/24
1831/1
3500.20 [5] 1832/8
1832/14 1832/16
1832/17 1877/19
3501.15 [3] 1838/17
1839/2 1839/6
3501.16 [1] 1840/8
3501.17 [1] 1841/24
3503 [4] 1843/2
1843/13 1843/15
1843/16
3580 [1] 1752/7
36 [1] 1876/22
36 seconds [1]
1847/18
3:00 a.m [1] 1878/22
3:01 [1] 1804/22
3:04 [1] 1868/2
3:08 [1] 1868/4
3:14 [2] 1805/7
1805/10
3:18 [1] 1851/18
3:21 [1] 1805/14
3:44 [1] 1869/2
3:45 [2] 1871/8
1883/13
3rd [3] 1833/19
1833/22 1833/25

**4**

403 [1] 1759/15
44 [1] 1848/5
4:30 [1] 1805/23
4th [1] 1811/7

**5**

5 seconds [1] 1794/23
500 [1] 1822/11
53 seconds [1]
1796/14
575-8000 [1] 1752/17
5:30 [1] 1806/24
5th [4] 1888/11
1888/17 1888/21
1892/14

**6**

601 [1] 1751/17
67 [2] 1773/19 1774/22
6725.1 [5] 1773/19
1774/8 1774/10
1774/14 1774/24
6725.2 [6] 1773/19
1773/23 1774/8
1774/10 1775/11
1775/14
6:29 [1] 1855/25
6:52 [1] 1856/9
6th [44] 1762/24
1763/1 1766/6 1766/19

1777/5 1777/21
1778/13 1779/12
1780/13 1780/19
1782/3 1782/5 1790/13
1790/21 1794/1 1794/3
1794/3 1794/17 1798/6
1806/24 1807/21
1808/3 1810/16
1822/19 1824/4 1836/8
1836/10 1838/11
1839/19 1844/17
1844/25 1846/23
1848/1 1850/2 1853/3
1864/15 1871/11
1877/11 1878/8
1878/11 1885/23
1888/23

**7**

7025 [4] 1769/5
1769/10 1769/11
1769/13
7026 [4] 1777/19
1777/25 1778/2 1778/3
7027 [3] 1779/10
1779/18 1779/21
7028 [4] 1780/17
1780/22 1780/24
1780/25
7029 [3] 1781/10
1781/15 1781/17
7277 [1] 1752/3
745 [1] 1752/3
7:35 [2] 1859/3 1859/8
7:38 [1] 1859/3
7:46 [1] 1861/3
7th [9] 1834/8 1834/12
1869/1 1871/7 1878/12
1878/17 1878/21
1881/8 1883/14

**8**

8000 [1] 1752/17
801 [1] 1887/21
808 [1] 1752/4
808Shipleylaw [1]
1752/5
8:18 [1] 1861/12
8:19 [1] 1867/9
8:35 [1] 1803/8

**9**

9/11 [1] 1860/13
902 [1] 1787/3
919-9491 [1] 1752/21
941 [1] 1752/17
9491 [1] 1752/21
9514 [2] 1759/1 1759/7
96734 [1] 1752/4
9755 [1] 1752/12
997 [1] 1887/13
9:02 [2] 1868/11
1868/19
9:08 [1] 1867/13
9:30 [1] 1751/6

**A**

a.m [9] 1751/6 1806/24

1869/2 1871/8 1878/22
1881/9 1883/13
ability [2] 1831/23
1852/12
able [4] 1805/24
1815/14 1897/10
1899/13
about [62] 1757/7
1757/24 1757/25
1758/20 1759/22
1760/15 1761/1 1761/7
1774/4 1775/23 1776/1
1782/2 1791/16
1791/24 1800/6 1806/7
1810/9 1810/16 1812/6
1812/24 1819/17
1822/17 1824/25
1826/8 1826/13
1829/22 1829/25
1831/13 1831/17
1833/5 1834/22
1836/20 1846/15
1848/5 1849/2 1853/14
1859/8 1862/11
1862/17 1865/12
1871/20 1872/22
1874/3 1882/4 1882/13
1883/13 1883/17
1885/1 1886/13
1886/19 1888/5 1888/9
1888/15 1888/17
1888/20 1889/8
1889/18 1891/8 1891/9
1891/21 1893/1
1894/22
above [2] 1777/3
1901/4
above-titled [1] 1901/4
absent [1] 1763/20
Absolutely [1] 1900/5
abuts [1] 1778/17
acceptable [1] 1899/24
access [3] 1802/4
1816/4 1865/7
accompanies [1]
1793/13
accomplish [1]
1782/11
according [5] 1874/2
1880/4 1881/11
1881/13 1881/17
accuracy [1] 1854/17
accurate [10] 1769/6
1774/3 1777/20
1779/14 1781/11
1794/18 1812/15
1876/14 1876/18
1881/19
acknowledge [1]
1804/1
across [3] 1775/15
1779/6 1784/17
act [2] 1843/7 1866/11
action [6] 1808/3
1808/4 1808/12
1808/22 1866/12
1895/9

actions [2] 1842/25 1862/3
activity [3] 1860/24 1864/17 1866/3
acts [1] 1760/6
actual [4] 1881/1 1893/22 1895/9 1896/17
actually [24] 1761/10 1762/12 1763/18 1763/24 1769/19 1774/20 1796/19 1802/2 1810/12 1810/13 1813/24 1816/1 1834/16 1849/20 1852/16 1853/15 1860/16 1871/19 1884/24 1887/5 1887/7 1889/13 1898/6 1900/1
Adams [1] 1830/7
add [4] 1764/10 1791/21 1894/25 1897/16
added [2] 1795/20 1893/5
addition [2] 1811/16 1811/20
additional [10] 1762/11 1764/11 1780/10 1801/18 1805/7 1863/24 1864/1 1864/23 1887/1 1889/11
additions [1] 1886/5
addressed [1] 1762/22
adds [2] 1895/21 1896/19
adjourned [3] 1807/13 1807/18 1807/25
adjust [1] 1897/20
admit [17] 1757/9 1769/9 1771/8 1774/7 1777/24 1779/17 1780/21 1781/14 1787/2 1791/2 1823/3 1830/21 1832/13 1833/10 1880/11 1880/11 1890/3
admitted [24] 1754/3 1755/7 1769/12 1771/12 1778/2 1780/24 1783/6 1787/12 1793/9 1823/5 1825/16 1830/24 1832/16 1833/12 1837/8 1839/5 1843/15 1847/11 1850/7 1853/10 1862/24 1869/20 1871/1 1880/14
Admittedly [1] 1898/22
advance [2] 1806/15 1887/16
advice [1] 1815/20
advise [1] 1834/23
advisor [4] 1828/25
1860/19
advisory [1] 1828/20
aerial [1] 1769/6
affirm [2] 1813/19 1831/21
affirmation [1] 1831/20
affirmatively [1] 1887/16
affixed [1] 1820/4
after [30] 1757/20 1762/6 1763/19 1785/23 1786/6 1786/23 1808/3 1808/4 1808/12 1808/22 1816/11 1829/17 1834/5 1835/9 1835/23 1842/19 1842/22 1845/13 1855/10 1855/13 1861/6 1861/22 1864/22 1882/24 1883/5 1883/11 1890/4 1890/8 1890/20 1892/2
after-action [4] 1808/3 1808/4 1808/12 1808/22
aftermath [2] 1815/9 1815/24
afternoon [4] 1757/14 1839/23 1848/1 1864/14
afterward [1] 1888/23
afterwards [2] 1890/7 1894/13
again [28] 1758/12 1761/15 1775/3 1775/11 1779/2 1781/20 1787/8 1788/14 1794/25 1797/6 1797/13 1798/10 1801/9 1804/13 1805/8 1805/14 1805/18 1814/11 1814/21 1816/7 1816/8 1861/17 1865/8 1877/24 1879/17 1889/11 1889/16 1891/12
against [4] 1760/12 1798/22 1799/17 1825/7
agency [1] 1767/7
Agent [5] 1757/2 1759/12 1762/25 1768/14 1768/16
Agent Harris [1] 1762/25
Agent Hilgeman [1] 1757/2
agent's [1] 1763/19
ago [1] 1808/11
agree [3] 1793/16 1817/8 1844/4
ahead [13] 1760/13 1760/15 1791/12 1808/15 1808/16 1860/11 1860/21
1895/20 1895/21 1895/23 1896/4
air [3] 1788/25 1826/19 1887/7
AL [1] 1751/6
alarm [1] 1816/22
alarms [1] 1816/24
alerts [1] 1884/21
Alexander [1] 1824/8
Alexandra [2] 1751/15 1756/10
Ali [1] 1824/8
all [63] 1756/2 1756/17 1756/20 1757/16 1757/22 1758/11 1762/16 1762/19 1764/2 1764/20 1764/25 1769/1 1769/11 1771/11 1776/4 1777/7 1778/23 1780/12 1780/24 1782/3 1787/12 1789/6 1792/7 1798/2 1802/24 1807/13 1818/12 1822/23 1823/9 1823/24 1824/19 1830/8 1837/25 1839/5 1845/15 1845/17 1845/19 1845/22 1846/10 1853/10 1856/17 1866/3 1873/6 1877/18 1877/21 1879/24 1880/3 1880/17 1881/3 1883/4 1885/3 1885/4 1885/7 1885/19 1891/3 1891/7 1892/23 1893/24 1896/15 1899/1 1900/12 1900/14 1900/16
All right [3] 1839/5 1846/10 1880/17
allow [2] 1763/21 1890/14
allowed [8] 1777/13 1777/14 1797/23 1821/12 1824/11 1824/16 1867/15 1897/25
allowing [1] 1846/3
almost [6] 1758/6 1789/12 1807/17 1808/21 1829/6 1871/11
alone [1] 1826/14
along [2] 1817/10 1874/21
already [5] 1757/5 1783/6 1787/22 1795/4 1825/16
also [13] 1757/23 1761/24 1764/9 1777/16 1792/2 1792/15 1802/23 1836/13 1836/25 1847/5 1862/19 1870/16 1893/21
alternative [2] 1887/17 1889/1
although [1] 1764/21
always [4] 1770/13 1819/21 1833/25 1898/3
am [13] 1766/10 1766/17 1766/20 1769/3 1773/8 1776/7 1777/6 1789/10 1790/5 1790/14 1818/8 1818/24 1819/3
amenable [1] 1892/9
amendment [20] 1809/8 1831/25 1832/5 1832/6 1832/10 1832/11 1832/21 1836/21 1836/24 1837/4 1838/8 1838/10 1872/9 1872/10 1872/13 1877/21 1878/6 1878/18 1879/6 1883/17
amendments [1] 1872/10
AMERICA [4] 1751/3 1756/6 1831/10 1879/20
American [2] 1829/22 1829/23
AMIT [2] 1751/9 1756/3
amongst [1] 1828/22
amount [5] 1761/17 1761/17 1784/8 1792/12 1864/17
ample [1] 1764/13
Angela [2] 1752/6 1756/13
angiehalim [1] 1752/8
angle [2] 1795/13 1796/2
announce [2] 1836/12 1883/2
announced [7] 1809/10 1834/9 1834/15 1841/18 1878/14 1878/22 1883/12
announcement [3] 1804/6 1841/20 1852/13
announces [3] 1835/9 1838/5 1875/19
announcing [2] 1834/16 1834/17
another [2] 1780/18 1893/18
answer [5] 1762/25 1808/15 1860/10 1872/16 1873/23
answered [1] 1827/10
Anthem [1] 1760/9
any [30] 1759/25 1761/25 1762/14 1762/21 1776/14 1777/10 1791/14 1793/3 1794/7 1806/12
1810/10 1813/11 1819/4 1821/24 1822/7 1824/20 1829/9 1835/3 1835/5 1842/6 1846/3 1854/15 1863/24 1865/11 1866/12 1871/15 1884/21 1885/1 1886/8 1896/22
anybody [4] 1813/10 1819/7 1845/22 1846/12
anyone [3] 1776/10 1821/25 1822/7
anything [16] 1758/3 1762/16 1764/3 1764/23 1791/21 1808/9 1822/17 1863/13 1864/3 1887/5 1889/22 1894/16 1894/20 1894/25 1896/19 1899/2
anyway [2] 1891/12 1896/4
apologies [3] 1773/19 1774/22 1794/13
apparently [1] 1892/23
appear [4] 1801/4 1837/3 1853/2 1858/12
APPEARANCES [2] 1751/13 1751/20
appearing [1] 1801/19
appears [7] 1816/12 1822/21 1823/1 1823/16 1823/21 1823/23 1850/24
appreciate [1] 1900/13
approach [1] 1820/9
approached [1] 1819/2
approaching [4] 1814/1 1814/5 1814/17 1827/6
appropriate [3] 1761/21 1763/13 1764/8
approximately [6] 1766/5 1780/14 1782/14 1782/16 1782/25 1807/1
Archives [1] 1836/1
are [162] 1772/13 1773/12 1781/5 1784/17 1785/20 1789/14 1812/24 1813/25 1818/10 1819/25 1820/4 1820/11 1823/21 1849/16 1886/15
areas [1] 1789/13
aren't [2] 1810/4 1886/5
argue [1] 1896/5
arises [1] 1764/23
Arizona [6] 1863/22 1854/9 1875/6 1876/12 1876/12 1877/7
Arizona's [1] 1877/3
Arlington [1] 1888/7

altered [1] 1847/19

1905

**A**

**Arms [10]** 1815/17
1815/19 1858/6 1858/9
1858/10 1858/12
1858/14 1858/16
1858/16 1858/18
**Army [2]** 1880/25
1881/17
**around [31]** 1759/2
1777/21 1778/7
1778/24 1781/7
1781/21 1782/25
1783/18 1788/17
1792/24 1807/14
1812/11 1816/4 1818/9
1821/19 1824/3 1824/3
1846/23 1848/23
1851/17 1858/5
1862/12 1863/23
1866/13 1869/2
1870/22 1871/8
1876/22 1878/21
1883/5 1883/7
**arrested [2]** 1820/24
1821/4
**arrive [1]** 1851/5
**arrived [4]** 1783/11
1866/20 1888/6 1888/6
**arriving [1]** 1813/10
**arrows [2]** 1849/10
1849/13
**article [17]** 1830/8
1830/13 1830/14
1830/19 1831/16
1836/21 1879/4
1879/13 1879/18
1880/4 1880/18 1881/3
1881/4 1881/7 1881/13
1883/18 1883/20
**Article II [12]** 1830/14
1831/16 1836/21
1879/4 1879/13
1879/18 1880/4
1880/18 1881/7
1881/13 1883/18
1883/20
**articles [1]** 1881/11
**articulate [1]** 1885/14
**articulated [1]** 1897/24
**as [82]** 1757/8 1761/10
1764/12 1766/8
1766/13 1768/23
1768/24 1778/20
1780/3 1786/2 1786/16
1787/1 1789/2 1789/6
1789/12 1792/10
1793/4 1808/18
1808/18 1808/21
1808/25 1808/25
1809/1 1809/10
1809/15 1809/24
1812/4 1812/20
1816/18 1816/20
1817/5 1819/8 1820/11
1820/12 1822/10
1822/18 1822/23
1825/7 1825/16 1827/6
1828/16 1828/19

1828/25 1829/21
1834/14 1834/20
1840/23 1841/20
1844/5 1847/4 1849/8
1850/1 1850/2 1850/23
1852/8 1852/19
1860/15 1863/20
1872/6 1874/10
1874/16 1874/18
1875/17 1879/22
1880/17 1881/16
1885/16 1885/16
1888/15 1892/16
1893/21 1895/3 1895/4
1895/4 1895/8 1895/18
1896/11 1896/13
1896/15 1897/11
**ask [7]** 1765/9 1808/6
1827/20 1845/21
1877/25 1885/1
1889/16
**asked [14]** 1761/3
1762/20 1762/21
1771/23 1817/4
1824/25 1825/12
1827/10 1865/2 1882/4
1882/13 1883/5
1883/16 1900/6
**asking [5]** 1802/17
1886/3 1890/2 1899/23
1900/7
**assert [1]** 1884/25
**asserted [1]** 1862/22
**assessment [1]**
1768/20
**assigned [1]** 1782/18
**assistant [3]** 1768/23
1768/25 1874/18
**assistants [1]** 1858/14
**assumed [1]** 1892/12
**attack [1]** 1762/23
**attacked [1]** 1785/1
**attacking [1]** 1785/22
**attempted [2]** 1785/23
1786/16
**attention [1]** 1834/21
**ATTORNEY'S [1]**
1751/16
**audio [10]** 1790/1
1790/2 1791/19
1794/16 1794/19
1794/25 1802/11
1803/6 1803/16
1897/21
**authentic [2]** 1794/8
1794/15
**authenticity [1]** 1787/4
**authority [3]** 1878/24
1879/4 1881/16
**authorized [1]** 1779/7
**automatically [1]**
1835/10
**Avenue [7]** 1752/15
1778/19 1778/23
1778/24 1779/1 1779/3
1796/4
**avoid [2]** 1793/6

avoiding [1] 1884/25
**aware [18]** 1759/17
1786/19 1796/22
1808/4 1808/8 1808/18
1808/25 1818/22
1819/1 1819/15 1824/2
1824/6 1834/12
1834/25 1843/4
1872/17 1873/16
1891/9
**away [7]** 1810/8
1812/17 1812/20
1813/2 1823/16
1863/13 1863/19

**B**

**back [39]** 1761/1
1764/20 1779/3 1779/3
1786/1 1786/10
1786/14 1786/21
1786/22 1786/23
1788/24 1789/1 1789/4
1802/24 1806/4
1806/13 1806/15
1806/17 1806/18
1836/2 1846/10
1854/23 1859/3 1861/7
1868/17 1868/18
1869/24 1870/8 1883/1
1885/13 1889/23
1889/25 1890/12
1890/23 1891/2 1891/3
1893/10 1899/14
1899/15
**bad [1]** 1784/9
**Badalamenti [46]**
1770/21 1773/23
1774/20 1775/10
1775/24 1781/24
1788/20 1794/22
1795/22 1796/14
1803/5 1804/9 1806/1
1825/18 1827/2
1830/16 1831/5 1832/8
1833/16 1835/13
1836/3 1836/18
1837/13 1839/10
1839/15 1840/9
1840/18 1841/1
1841/24 1842/1 1843/2
1843/19 1845/3
1847/15 1848/4
1848/20 1851/15
1855/21 1858/25
1859/3 1861/1 1867/19
1868/9 1868/22
1869/13 1869/25
**ballot [1]** 1837/18
**ballots [1]** 1851/8
**barriers [5]** 1796/10
1796/17 1813/11
1813/16 1813/19
**based [3]** 1763/4
1814/15 1834/19
**basement [1]** 1772/5
**basic [1]** 1872/19
**Basically [1]** 1872/5

**basics [1]** 1885/17
**basis [1]** 1885/17
**batons [1]** 1767/23
**be [151]** 1756/4 1757/2
1757/19 1757/20
1758/3 1758/16 1760/4
1761/8 1764/18 1767/5
1767/21 1767/25
1768/7 1769/11
1769/22 1770/2 1770/7
1770/9 1770/12
1771/11 1771/19
1772/1 1772/14
1772/23 1773/3 1773/5
1773/15 1774/17
1774/19 1774/21
1775/5 1775/5 1776/20
1778/2 1778/8 1780/9
1780/11 1780/24
1782/6 1782/12
1787/12 1787/20
1788/12 1793/3 1793/9
1794/9 1796/4 1797/8
1797/21 1798/20
1798/20 1799/5
1799/10 1799/15
1799/18 1799/23
1800/1 1800/3 1800/21
1801/4 1801/19
1801/21 1801/25
1802/16 1803/22
1812/17 1815/12
1815/14 1815/14
1815/18 1815/21
1815/22 1816/12
1816/20 1819/25
1820/12 1820/24
1821/1 1821/3 1821/9
1822/22 1823/1 1823/5
1823/16 1823/21
1823/23 1824/11
1824/16 1829/13
1830/24 1831/9 1833/5
1833/12 1837/3 1837/8
1838/1 1838/2 1839/5
1839/19 1839/24
1840/23 1841/6 1841/7
1843/15 1844/9
1844/21 1846/5 1846/9
1847/11 1850/24
1851/2 1854/5 1854/13
1858/16 1863/16
1863/18 1865/2 1865/3
1865/9 1865/19 1866/9
1866/10 1867/3 1869/6
1869/20 1871/1
1871/11 1872/19
1876/20 1877/3 1877/7
1877/25 1878/8
1879/19 1879/22
1880/24 1884/6 1885/6
1885/25 1886/21
1887/9 1887/24
1888/25 1889/7
1892/12 1894/5
1894/23 1895/7
1895/18 1898/5 1900/1
**because [17]** 1758/14

1761/2 1761/4 1761/18
1784/8 1795/1 1810/15
1812/16 1814/2 1816/7
1817/13 1833/24
1856/22 1874/8
1895/14 1896/11
1899/11
**become [8]** 1769/2
1830/10 1835/10
1864/8 1871/25
1883/21 1883/25
1884/4
**becomes [1]** 1875/23
**becoming [2]** 1858/4
1861/25
**been [29]** 1758/1
1758/11 1759/1
1759/17 1783/6 1784/9
1786/20 1787/1
1787/22 1804/1
1805/10 1805/24
1808/12 1808/18
1808/22 1808/23
1815/9 1817/13
1817/14 1825/16
1842/6 1853/2 1863/5
1864/10 1882/14
1891/10 1897/10
1897/25 1898/19
**before [22]** 1751/9
1757/15 1758/7 1759/5
1759/10 1759/18
1760/7 1804/5 1831/19
1846/14 1847/1
1852/25 1884/15
1886/4 1890/20
1890/21 1890/22
1892/2 1893/4 1893/6
1893/19 1897/19
**beforehand [1]**
1886/12
**began [4]** 1812/16
1821/20 1828/16
1879/7
**begin [5]** 1832/24
1847/14 1878/5 1878/9
1884/18
**beginning [2]** 1871/20
1883/8
**begins [3]** 1832/3
1879/1 1891/20
**behalf [1]** 1881/22
**behind [5]** 1783/14
1786/22 1823/21
1846/2 1851/1
**being [15]** 1759/23
1785/1 1785/2 1786/6
1788/2 1799/8 1799/16
1808/9 1815/3 1846/5
1862/18 1862/22
1865/6 1869/8 1875/2
**believe [8]** 1758/19
1759/25 1760/22
1822/1 1825/2 1834/14
**below [6]** 1798/20
1799/15 1800/7
1800/19 1812/25
1813/1

**Bench [2]** 1791/11 1862/16
**best [4]** 1758/22 1785/14 1831/23 1850/1
**better [1]** 1809/16
**between [5]** 1841/11 1878/17 1878/21 1881/8 1893/22
**beyond [4]** 1763/22 1826/11 1856/18 1872/15
**Biden [5]** 1854/1 1878/12 1878/14 1878/23 1879/3
**big [4]** 1757/24 1810/9 1818/2 1818/10
**bigger [1]** 1877/25
**bike [25]** 1779/5 1779/6 1780/10 1780/18 1781/6 1781/6 1781/12 1783/14 1785/15 1786/16 1786/17 1786/22 1812/12 1812/16 1812/20 1813/16 1813/18 1819/5 1819/18 1821/15 1824/25 1825/4 1825/7 1825/9 1825/10
**Bill [3]** 1872/6 1872/10 1872/11
**bit [6]** 1766/21 1775/23 1782/2 1783/17 1845/13 1873/19
**bite [1]** 1891/16
**bite-size [1]** 1891/16
**bivouaced [1]** 1888/6
**black [1]** 1895/16
**blades [1]** 1777/3
**blue [3]** 1849/10 1849/13 1854/13
**blunt [1]** 1786/5
**bomb [1]** 1767/15
**both [10]** 1773/20 1773/25 1805/11 1809/19 1826/2 1829/21 1843/7 1844/4 1854/3 1860/15
**bottles [2]** 1785/4 1785/21
**bottom [3]** 1814/17 1831/12 1854/6
**box [2]** 1752/3 1850/17
**boxes [5]** 1850/20 1851/7 1851/12 1852/1 1852/17
**brass [1]** 1777/2
**breach [12]** 1783/1 1788/25 1791/18 1792/1 1792/1 1792/8 1798/5 1804/18 1805/11 1814/24 1814/25 1815/25
**breached [4]** 1799/19 1801/19 1802/8 1875/9
**break [11]** 1757/18

1845/14 1845/22
1846/15 1884/15
1884/17 1899/2
1899/10 1899/15
**breakdown [1]** 1876/21
**breaking [1]** 1796/10
**brief [1]** 1829/25
**briefly [3]** 1768/9 1816/3 1892/7
**bring [14]** 1764/8 1769/4 1770/20 1771/2 1773/18 1775/14 1777/18 1779/9 1780/16 1781/9 1783/5 1784/13 1787/5 1825/15
**broke [1]** 1875/13
**broken [3]** 1760/6 1786/20 1787/1
**BROWN [2]** 1752/11 1752/14
**bsrlegal.com [2]** 1752/13 1752/17
**building [33]** 1759/18 1762/24 1768/1 1768/2 1768/2 1768/8 1769/2 1769/3 1769/21 1770/6 1770/11 1777/14 1788/23 1789/17 1789/19 1793/21 1799/4 1801/20 1804/12 1810/5 1810/10 1810/18 1811/22 1812/4 1815/4 1815/11 1818/2 1818/7 1818/10 1840/5 1840/6 1851/2 1875/10
**buildings [2]** 1768/1 1789/2
**bullet [1]** 1767/23
**bullhorns [1]** 1826/23
**business [4]** 1776/19 1806/10 1806/13 1847/5

C

**calendar [1]** 1836/3
**call [3]** 1783/1 1788/25 1900/7
**called [5]** 1809/4 1815/12 1866/22 1866/24 1881/1
**calls [3]** 1765/3 1827/15 1862/7
**came [1]** 1783/9 1815/24 1864/1
**camera [4]** 1789/15 1795/13 1796/2 1856/19
**cameras [6]** 1789/8 1789/11 1789/16 1789/19 1794/2 1795/20
**can [74]** 1757/23 1761/15 1763/10 1764/24 1769/19

1772/16 1775/3 1775/3
1775/24 1776/14
1778/20 1781/23
1787/5 1788/14
1788/19 1789/21
1789/21 1789/23
1789/24 1791/9
1792/13 1796/21
1797/9 1806/1 1808/15
1823/24 1825/18
1827/4 1830/17
1836/17 1837/6 1840/8
1841/25 1846/15
1849/7 1850/2 1850/11
1850/22 1851/14
1851/20 1852/22
1858/8 1858/24 1859/2
1860/10 1861/12
1866/1 1867/18
1868/21 1869/11
1869/24 1870/18
1872/16 1873/23
1885/8 1886/23
1888/16 1889/25
1890/12 1890/14
1890/16 1890/23
1891/2 1891/3 1891/15
1891/18 1893/8 1893/9
1893/10 1894/1
1895/21 1899/2
**can't [4]** 1803/8 1813/13 1874/10 1876/2
**Cannon [1]** 1768/8
**cannot [2]** 1776/16 1820/5
**cans [1]** 1785/22
**capacity [1]** 1828/20
**Capitol [119]** 1762/24 1765/24 1766/1 1766/4 1766/9 1766/16 1766/23 1767/1 1767/1 1767/2 1767/8 1767/8 1767/10 1767/16 1768/3 1768/4 1768/5 1768/11 1768/12 1768/24 1769/2 1769/3 1769/7 1769/18 1769/21 1770/7 1770/13 1770/20 1771/6 1771/20 1771/24 1772/2 1772/3 1772/15 1772/24 1776/3 1776/6 1776/9 1776/10 1776/15 1776/21 1776/24 1777/1 1777/7 1777/12 1777/15 1777/21 1778/7 1778/11 1780/8 1780/13 1782/5 1782/13 1782/19 1782/22 1782/24 1783/3 1784/16 1784/21 1788/23 1788/24 1789/5 1789/7 1789/9 1790/4 1790/6 1790/8 1790/24

1792/19 1792/24
1793/18 1793/21
1793/22 1795/1 1795/7
1795/11 1795/16
1797/16 1798/6
1798/11 1798/23
1801/16 1801/24
1803/22 1805/5
1806/25 1808/2
1808/23 1811/12
1811/15 1814/3
1814/16 1815/10
1818/2 1818/7 1818/10
1818/23 1820/5
1820/21 1820/25
1821/4 1821/10
1821/10 1821/13
1822/24 1823/11
1824/3 1824/4 1825/1
1826/25 1827/8 1840/5
1840/6 1849/19
1850/25 1851/2 1868/4
**Capitol Building [9]** 1769/2 1769/3 1769/21 1788/23 1793/21 1818/2 1818/7 1818/10 1851/2
**Capitol Grounds [3]** 1767/2 1767/8 1793/22
**Capitol Police [1]** 1868/4
**capitols [1]** 1835/21
**captain [20]** 1759/15 1765/4 1765/8 1765/13 1765/23 1766/8 1766/13 1768/9 1768/22 1769/7 1769/16 1771/24 1784/4 1806/23 1807/9 1817/23 1820/18 1822/15 1824/25 1827/12
**Captain Ortega [13]** 1759/15 1765/8 1765/23 1768/9 1769/7 1769/16 1771/24 1806/23 1807/9 1820/18 1822/15 1824/25 1827/12
**captan [1]** 1766/1
**capture [4]** 1790/1 1790/2 1833/8 1850/1
**captured [5]** 1781/3 1790/20 1790/24 1793/24 1799/9
**captures [2]** 1793/20 1795/13
**capturing [1]** 1796/2
**carriage [1]** 1799/3
**carrying [7]** 1822/22 1852/2 1864/3 1864/4 1864/7 1864/19 1866/16
**case [17]** 1756/6 1765/1 1792/3 1886/20 1887/7 1887/8 1887/11 1887/12 1887/14

1817 1887/25
1889/2 1889/12
1889/17 1897/12
1897/17 1897/25
**cast [3]** 1834/7 1835/21 1835/23
**category [1]** 1889/17
**CCTV [3]** 1790/24 1801/15 1805/15
**center [14]** 1770/5 1770/6 1772/22 1784/22 1787/19 1788/17 1790/10 1790/11 1799/23 1799/24 1811/12 1811/15 1811/21 1825/20
**central [6]** 1772/13 1792/3 1797/7 1797/12 1797/17 1805/21
**certain [7]** 1759/19 1761/4 1786/10 1788/18 1788/22 1833/3 1866/5
**certainly [5]** 1761/24 1812/3 1812/12 1893/17 1898/8
**certainty [1]** 1876/2
**certificate [4]** 1787/4 1853/21 1853/25 1854/14
**certificates [5]** 1837/25 1848/17 1850/18 1851/8 1854/2
**certification [3]** 1782/6 1809/4 1877/9
**certifications [1]** 1847/6
**certify [3]** 1836/11 1837/21 1901/2
**cetera [2]** 1792/19 1792/19
**chain [3]** 1810/13 1810/13 1810/21
**chair [4]** 1856/10 1856/14 1857/17 1859/10
**chamber [66]** 1773/2 1800/23 1802/5 1802/6 1802/8 1802/8 1804/21 1804/23 1805/2 1806/17 1806/19 1840/2 1840/4 1841/12 1842/11 1842/12 1847/20 1847/20 1847/22 1847/23 1848/7 1848/11 1848/24 1849/17 1849/18 1851/2 1851/5 1851/21 1853/3 1855/15 1855/18 1856/1 1856/2 1857/5 1857/11 1857/12 1858/11 1858/13 1858/15 1858/19 1859/6 1860/17 1861/14 1862/2 1862/6 1862/12 1863/15

**chamber... [19]**
1863/25 1864/2 1864/7
1864/9 1864/24
1865/12 1865/19
1866/16 1867/8
1867/23 1868/5
1868/12 1868/14
1868/18 1869/16
1870/3 1870/22 1882/8
1882/11
**chambers [5]** 1847/25
1849/4 1862/19
1862/20 1882/20
**chance [5]** 1770/23
1773/20 1789/14
1790/23 1889/15
**change [1]** 1819/23
**changes [1]** 1892/25
**changing [2]** 1819/21
1846/6
**channel [2]** 1802/16
1802/22
**channels [3]** 1790/12
1790/15 1790/17
**charge [7]** 1761/25
1762/12 1766/13
1767/8 1767/25 1768/7
1821/5
**charged [3]** 1762/1
1762/14 1821/9
**charges [1]** 1760/11
**chat [1]** 1758/15
**chats [1]** 1792/17
**check [2]** 1776/23
1900/11
**check-in [1]** 1900/11
**checking [2]** 1892/5
1900/9
**checks [1]** 1804/1
1892/6
**chemical [1]** 1826/23
**Chesapeake [1]**
1899/11
**chief [5]** 1880/24
1881/17 1887/8
1897/12 1897/17
**chosen [1]** 1879/22
**church [2]** 1829/14
1871/23
**circle [4]** 1770/6
1772/16 1788/16
1795/6
**circles [4]** 1801/11
1805/7 1805/14
1805/15
**circling [1]** 1772/25
**circuit [10]** 1766/15
1793/19 1794/10
1886/23 1887/12
1887/14 1887/20
1887/22 1887/23
1897/9
**circular [1]** 1849/16
**circumstance [1]**
1860/7
**circumstances [2]**
1763/20 1792/24

**clear (4)** 1888/12
**cites [3]** 1887/8
1887/11 1887/25
**citizens [1]** 1872/1
**citizenship [8]** 1829/11
1829/11 1829/13
1829/15 1829/15
1829/18 1829/20
1871/22
**civics [1]** 1829/10
**civil [6]** 1761/25
1762/1 1762/5 1762/13
1767/15 1826/15
**clarify [1]** 1810/16
1814/11
**clause [7]** 1859/19
1859/21 1859/22
1859/23 1860/5 1860/7
1860/18
**Clause 12 [1]** 1860/5
**clear [10]** 1763/22
1791/9 1793/3 1807/11
1826/5 1826/8 1883/6
1887/23 1891/18
1898/18
**clerk [1]** 1866/15
**clerks [2]** 1848/22
1850/20
**CLINTON [1]** 1752/19
**clintonpeed.com [1]**
1752/22
**clip [1]** 1802/15
**clips [1]** 1885/22
**close [2]** 1783/17
1876/20
**closed [9]** 1766/15
1777/10 1777/12
1781/6 1793/19
1794/10 1801/4 1801/5
1816/7
**closed-circuit [1]**
1766/15
**closer [2]** 1780/7
1812/9
**closing [1]** 1862/12
**cloth [1]** 1821/16
**co [1]** 1759/17
**co-conspirators [1]**
1759/17
**Code [6]** 1838/19
1838/21 1838/24
1839/9 1840/12 1842/3
**collected [2]** 1808/8
1808/17
**collectors [1]** 1763/7
**College [5]** 1873/14
1873/17 1875/13
1876/13 1876/17
**colon [1]** 1840/21
**color [1]** 1854/12
**COLUMBIA [2]** 1751/1
1767/7
**Columbus [15]**
1787/20 1792/9 1797/8
1797/13 1799/6
1799/18 1799/19
1801/1 1801/6 1805/18
1810/3 1810/4 1816/3

**Columns [1]** 1800/10
**combat [8]** 1785/5
1785/17 1785/17
1786/2 1788/3 1788/8
1818/19 1819/7
**come [18]** 1758/23
1782/21 1783/25
1791/19 1792/13
1806/4 1806/14
1817/10 1858/16
1858/17 1861/7 1869/7
1883/1 1885/13 1890/3
1890/15 1899/12
1899/13
**comes [3]** 1759/19
1886/5 1894/11
**comfortable [2]** 1765/9
1827/21
**coming [11]** 1758/9
1776/21 1785/22
1798/12 1799/5
1804/13 1810/12
1814/12 1847/25
1851/1 1896/16
**commander [5]**
1768/23 1768/25
1789/2 1880/24
1881/17
**comment [1]** 1889/18
**committed [1]** 1891/10
**common [1]** 1894/22
**communicated [1]**
1815/16
**communication [1]**
1790/20
**communications [4]**
1790/10 1790/11
1790/25 1792/17
**compare [2]** 1785/8
1864/15
**compared [1]** 1809/17
**comparison [1]**
1783/22
**compilation [8]**
1757/24 1758/2
1758/12 1758/21
1759/1 1790/23
1791/17 1847/4
**compiled [1]** 1758/5
**complaining [1]**
1764/2
**complete [7]** 1763/24
1806/10 1806/13
1887/5 1888/19
1889/21 1894/25
**completed [5]** 1763/19
1808/18 1809/14
1841/7 1890/17
**completely [1]** 1785/11
1813/2
**completeness [4]**
1887/1 1894/21
1896/20 1897/11
**completes [1]** 1894/16
1894/19
**completing [1]**
1889/14

**complicated (2)** 1850/11
1884/5
**complied [5]** 1771/22
1772/17 1773/1
1773/11 1788/15
**computer [1]** 1898/15
**concepts [1]** 1893/22
**concern [1]** 1815/6
**concerning [1]**
1807/21
**concerns [2]** 1761/5
1793/6
**concluded [1]** 1809/13
**concludes [1]** 1868/25
**concurred [1]** 1874/24
**concurrent [11]** 1843/4
1843/7 1843/9 1843/21
1843/24 1843/25
1844/1 1844/2 1844/5
1844/8 1844/13
**concurring [1]** 1844/15
**conditions [1]** 1883/17
**conference [2]**
1791/11 1862/16
**confirm [1]** 1803/24
**Congress [19]** 1766/25
1777/16 1779/8 1782/9
1782/10 1806/5
1806/10 1809/2
1811/18 1811/21
1815/15 1836/10
1838/13 1839/13
1839/19 1843/8
1844/15 1854/20
1882/5
**congressional [8]**
1777/13 1777/13
1779/8 1845/5 1846/15
1846/16 1846/20
1846/22
**connect [1]** 1779/2
**connected [1]** 1896/22
**connection [1]**
1893/22
**connor [3]** 1752/10
1752/13 1756/14
**consider [2]** 1874/4
1889/6
**considered [4]**
1894/23 1895/7
1895/19 1898/5
**consists [1]** 1794/9
**conspirators [2]**
1759/17 1759/21
**constitute [1]** 1872/11
**Constitution [27]**
1778/19 1778/22
1779/3 1830/9 1830/13
1831/13 1831/16
1831/24 1832/1 1832/5
1836/21 1836/24
1838/8 1844/19 1866/7
1872/4 1872/6 1872/13
1875/24 1877/16
1878/7 1879/13
1880/20 1883/17
1883/18 1883/20
1884/6

**constitutional [6]**
1835/3 1866/2 1876/7
1878/20 1878/24
1879/4
**contacted [1]** 1815/20
**containers [1]** 1850/20
**contains [1]** 1850/17
**contemplates [1]**
1898/2
**contemporaneous [1]**
1763/16
**contents [2]** 1851/12
1852/7
**contesting [1]** 1890/9
**context [9]** 1760/14
1762/11 1762/19
1887/1 1891/11
1893/11 1895/3 1895/9
1895/17
**contextualize [1]**
1891/3
**continuation [1]**
1898/9
**continue [13]** 1764/25
1837/19 1848/3
1849/20 1851/4
1851/14 1855/20
1858/24 1861/9 1867/9
1867/18 1868/21
1900/10
**CONTINUED [1]**
1752/1
**continues [1]** 1886/15
**continuously [1]**
1798/13
**control [1]** 1785/14
**controlled [1]** 1793/25
**controls [1]** 1802/21
**conversation [8]**
1758/5 1758/15
1758/20 1895/2 1895/4
1895/11 1895/14
1898/21
**conversations [1]**
1758/21
**copies [1]** 1794/15
**corner [1]** 1778/18
**correct [123]** 1761/6
1770/9 1772/12
1773/17 1775/8 1775/9
1775/16 1775/17
1775/20 1775/21
1781/22 1787/23
1788/1 1788/9 1795/2
1795/21 1796/7
1796/18 1797/11
1800/8 1800/13
1800/25 1801/14
1801/17 1802/10
1803/3 1804/7 1804/19
1805/6 1805/9 1805/13
1805/17 1805/19
1805/22 1806/8
1807/19 1807/22
1808/1 1808/25 1809/2
1809/3 1809/6 1809/11
1809/18 1809/21
1810/24 1811/2

**correct... [76]** 1811/24
1812/2 1812/5 1813/7
1814/4 1814/6 1814/7
1814/10 1814/25
1815/5 1815/18
1815/23 1816/9
1816/25 1817/2
1818/20 1818/21
1819/20 1820/1 1820/2
1820/5 1820/21
1820/22 1821/14
1821/18 1821/21
1822/2 1823/12
1823/19 1823/20
1823/22 1824/12
1824/13 1824/17
1826/3 1826/4 1829/19
1831/15 1835/2 1838/6
1838/7 1843/22 1844/7
1852/10 1853/17
1854/6 1854/11 1855/9
1855/19 1856/11
1863/8 1868/12 1872/2
1873/3 1874/6 1874/15
1874/22 1874/25
1875/1 1875/5 1875/8
1875/21 1877/22
1878/8 1878/13
1878/25 1880/2 1881/7
1882/5 1882/15
1882/16 1883/14
1883/18 1891/23
1893/7 1901/3
**corridor [2]** 1773/13
1800/20
**could [120]** 1758/8
1765/19 1766/11
1768/9 1769/4 1769/16
1769/20 1771/2
1771/16 1772/21
1773/9 1773/18
1773/22 1774/13
1774/21 1774/24
1775/10 1775/18
1777/18 1778/6
1778/15 1779/6 1779/9
1780/16 1781/9 1783/5
1784/13 1784/15
1787/15 1787/24
1788/3 1788/10
1793/13 1794/20
1794/22 1795/3
1795/23 1796/13
1796/19 1797/5
1802/12 1802/14
1803/4 1803/7 1803/15
1803/18 1804/8 1817/8
1820/24 1821/3 1821/9
1825/15 1825/25
1827/1 1828/8 1830/15
1831/3 1831/8 1831/12
1831/17 1832/7
1832/20 1833/1
1833/15 1835/8
1835/12 1836/2 1837/2
1837/11 1837/15
1838/16 1839/8 1839/9

1840/9 1840/17
1840/20 1840/20
1840/25 1841/4
1841/23 1842/3 1843/1
1843/18 1844/12
1847/14 1847/17
1848/3 1848/5 1848/19
1849/2 1849/20
1851/17 1853/18
1854/23 1854/25
1855/3 1855/20
1855/23 1856/5 1856/7
1857/14 1860/25
1861/3 1861/9 1867/9
1867/12 1868/8
1869/12 1870/20
1877/19 1877/24
1879/9 1879/10
1879/12 1879/17
1880/8 1880/9 1880/22
**couldn't [2]** 1762/13
1812/18
**Counsel [2]** 1881/24
1884/10
**count [1]** 1841/7
**counted [1]** 1838/1
**counter [10]** 1849/3
1851/18 1855/25
1856/9 1859/4 1859/8
1861/4 1861/12
1867/10 1867/13
**counting [5]** 1839/13
1842/6 1848/18
1852/13 1875/18
**country [1]** 1830/2
**couple [6]** 1818/17
1857/3 1859/3 1871/19
1883/16 1884/16
**court [14]** 1751/1
1756/2 1757/6 1758/19
1760/17 1793/8
1845/24 1863/2
1886/15 1887/14
1888/3 1889/6 1897/23
1898/19
**Court's [1]** 1885/9
**courthouse [2]**
1807/21 1808/11
**courtroom [5]** 1756/17
1764/17 1845/18
1846/8 1885/5
**cover [1]** 1788/6
**coverage [1]** 1885/1
**COVID [1]** 1777/11
**CR [1]** 1751/4
**create [1]** 1894/2
1897/15
**created [2]** 1821/17
1897/20
**creating [1]** 1862/11
**Criminal [1]** 1756/6
**Crisp [1]** 1761/1
**cross [13]** 1753/4
1763/3 1763/12 1807/5
1807/7 1817/21
1818/15 1820/16
1826/13 1871/15

**cross-examination [12]**
1763/3 1763/12 1807/5
1807/7 1817/21
1818/15 1820/16
1826/13 1871/15
1871/17 1873/9 1897/1
**crowd [25]** 1767/22
1783/14 1783/22
1785/6 1785/7 1785/12
1785/14 1785/21
1785/25 1786/13
1786/21 1798/22
1800/18 1800/21
1805/25 1809/15
1809/17 1810/12
1812/8 1812/16
1813/23 1814/18
1814/20 1817/9
1826/24
**crowd-size [1]** 1767/22
**crowds [2]** 1811/4
1811/7
**CRR [2]** 1901/2 1901/8
**crutches [1]** 1764/23
**Crypt [3]** 1772/14
1772/16 1799/10
**cull [2]** 1879/12 1880/9
**current [1]** 1828/23
**currently [1]** 1876/1
**cycle [1]** 1833/3

---

**D**

**D.C [8]** 1751/5 1751/17
1752/21 1840/7 1888/6
1888/8 1888/10
1892/23
**D.C. [4]** 1887/20
1887/22 1887/23
1897/9
**D.C. Circuit [4]**
1887/20 1887/22
1887/23 1897/9
**Daily [1]** 1810/21
**damaged [1]** 1866/9
**danger [1]** 1863/19
**dark [1]** 1806/21
**date [6]** 1793/23
1795/15 1832/1 1832/2
1836/15 1901/7
**dates [1]** 1836/5
**David [3]** 1752/10
1756/8 1881/23
**David Moerschel [1]**
1881/23
**day [57]** 1751/7
1759/10 1776/8
1776/19 1777/8 1782/4
1782/13 1792/11
1802/9 1806/4 1806/9
1806/13 1806/24
1807/2 1807/3 1808/24
1809/1 1809/9 1819/24
1820/6 1820/8 1821/19
1822/24 1824/12
1825/1 1825/5 1825/5
1825/13 1825/14
1826/3 1826/6 1826/8

1826/17 1826/25
1827/7 1832/23
1833/18 1833/18
1833/20 1833/22
1834/2 1834/6 1834/13
1835/9 1836/9 1836/14
1839/19 1839/23
1844/17 1871/10
1878/2 1883/14
1886/22 1889/9
1892/21
**days [4]** 1826/13
1833/3 1833/8 1878/23
**deal [1]** 1757/3
**debate [5]** 1855/8
1875/4 1875/11 1877/2
1877/6
**December [4]** 1751/5
1835/13 1835/15
1901/7
**decide [3]** 1842/5
1842/12 1855/8
**decision [1]** 1828/22
**declared [5]** 1841/8
1841/16 1861/23
1869/2 1878/12
**decontaminate [1]**
1785/4
**decorum [1]** 1858/11
**dedicated [1]** 1858/15
**defend [1]** 1831/23
**defendant [16]** 1752/2
1752/6 1752/10
1752/18 1756/7 1756/7
1756/8 1756/8 1756/12
1756/13 1756/14
1756/16 1897/9
1897/10 1897/24
1898/19
**DEFENDANT'S [3]**
1755/7 1823/6 1880/15
**defendants [15]**
1751/7 1756/17
1759/16 1759/22
1759/25 1760/12
1761/12 1761/19
1761/20 1762/1
1762/14 1791/22
1791/24 1793/16
1892/13
**defense [13]** 1758/13
1759/2 1763/23 1793/6
1822/10 1823/3
1879/10 1880/12
1882/13 1889/1 1889/3
1889/8 1889/17
**defense's [3]** 1883/6
1887/7 1889/12
**definitely [1]** 1757/19
**degree [1]** 1764/6
**Delaware [1]** 1778/24
**delay [1]** 1759/10
**deliberate [1]** 1842/20
1842/22 1855/12
1883/1
**deliberation [1]** 1883/3
**deliberations [1]**

1826/17 1826/25
1827/7 1832/23
1833/18 1833/18
**departing [1]** 1865/12
**Department [4]** 1767/4
1767/5 1794/16
1805/24
**depend [1]** 1821/5
**depending [1]** 1819/23
**depends [3]** 1812/24
1813/24 1821/11
**depict [1]** 1794/6
**depicted [1]** 1794/7
**depiction [2]** 1774/3
1777/20
**depictions [1]** 1771/6
**deployed [2]** 1826/16
1826/23
**describe [12]** 1768/9
1792/18 1823/10
1825/2 1825/13
1846/16 1850/12
1853/18 1857/10
1857/14 1858/8 1866/1
**described [3]** 1809/1
1811/14 1823/15
**describes [3]** 1881/4
1893/12 1896/13
**describing [3]** 1862/19
1881/5 1886/22
**description [2]**
1809/16 1872/20
**designations [1]**
1846/6
**destruction [1]**
1759/20
**detail [2]** 1857/13
1857/17
**deteriorated [1]**
1860/23
**deteriorating [1]**
1865/9
**determine [3]** 1838/13
1876/6 1877/4
**determines [1]** 1838/9
**determining [1]**
1877/13
**device [1]** 1854/19
1865/10
**did [91]** 1761/21
1762/25 1782/3
1782/15 1782/17
1782/21 1782/24
1783/2 1783/7 1783/11
1783/25 1784/2 1784/6
1784/11 1784/12
1784/15 1784/24
1785/7 1785/11 1786/6
1786/10 1786/12
1788/18 1788/22
1804/4 1806/4 1806/9
1806/11 1806/12
1806/25 1811/13
1812/19 1812/20
1813/1 1813/14
1814/21 1816/1
1816/23 1819/7 1819/9
1820/23 1825/4 1825/6
1828/15 1828/18
1828/21 1828/25

**did... [44]** 1829/4
1830/1 1857/2 1857/8
1857/22 1858/2 1858/5
1858/18 1859/16
1859/18 1860/15
1861/7 1861/22
1863/16 1863/20
1863/23 1864/3 1864/6
1864/14 1864/23
1865/4 1865/6 1865/11
1865/15 1865/20
1866/12 1866/17
1866/21 1866/23
1868/17 1869/1 1871/6
1871/11 1875/19
1883/13 1885/15
1886/17 1886/22
1888/5 1892/14
1892/21 1892/22
1892/23 1893/19
**did you [25]** 1782/15
1782/17 1782/24
1783/7 1784/2 1784/11
1786/10 1788/18
1788/22 1806/12
1806/25 1825/4
1828/15 1828/18
1828/25 1829/4 1857/2
1858/5 1861/22
1863/20 1863/23
1864/23 1866/17
1871/6 1871/11
**didn't [15]** 1761/18
1763/8 1763/17 1764/7
1788/24 1808/6
1810/15 1876/21
1885/10 1885/14
1889/15 1890/6
1892/11 1893/15
1898/1
**different [6]** 1758/5
1767/3 1826/8 1850/19
1883/4 1892/24
**differently [2]** 1808/23
1891/5
**differing [1]** 1763/10
**digital [1]** 1790/8
**dignitary [3]** 1767/14
1768/14 1768/16
**dimensions [1]**
1778/16
**direct [9]** 1753/4
1765/14 1818/6
1820/20 1828/3 1874/3
1877/12 1877/22
1879/14
**directed [1]** 1837/23
**directing [4]** 1811/25
1812/3 1856/23 1862/2
**direction [7]** 1775/6
1851/1 1862/23
1862/24 1863/12
1865/1 1885/10
**directions [3]** 1862/4
1862/18 1864/23
**directly [1]** 1800/7
**Dirksen [1]** 1768/1

1759/9
**disconnect [1]**
1893/21
**discounted [1]** 1877/3
**discuss [6]** 1756/21
1756/25 1757/6
1757/18 1845/21
1884/16
**discussed [4]** 1791/7
1791/14 1799/12
1897/9
**discussion [1]** 1760/17
**disorder [4]** 1761/25
1762/2 1762/5 1762/13
**dispatch [1]** 1767/13
**dispatcher [7]** 1802/17
1802/19 1802/21
1803/2 1803/13
1803/22 1803/25
**dispatchers [1]**
1790/11
**dispute [1]** 1757/8
**disqualified [1]**
1876/23
**dissolved [7]** 1841/6
1841/13 1841/14
1869/3 1869/6 1869/8
1883/11
**DISTRICT [4]** 1751/1
1751/1 1751/10 1767/7
**disturbance [2]**
1767/15 1826/16
**division [16]** 1767/14
1767/14 1767/19
1767/24 1767/25
1768/3 1768/6 1768/13
1768/14 1768/15
1768/16 1768/18
1768/19 1768/22
1768/24 1782/19
**do [86]** 1757/12
1758/22 1764/3
1764/24 1765/23
1767/9 1767/11
1767/18 1778/9
1779/23 1782/9
1783/11 1790/1 1790/2
1797/12 1797/14
1803/23 1803/23
1804/24 1806/18
1806/20 1807/15
1810/22 1816/24
1818/4 1818/5 1818/11
1819/4 1819/6 1819/11
1821/12 1820/9
1822/17 1822/20
1822/23 1823/13
1823/14 1825/20
1825/22 1828/21
1829/9 1829/9 1829/17
1829/25 1831/20
1834/10 1835/17
1836/6 1842/18
1842/22 1842/22
1848/7 1848/13 1849/4
1849/10 1850/13
1851/10 1852/2 1852/6

1852/15 1854/2
1855/11 1855/14
1863/20 1865/20
1866/21 1866/23
1866/25 1868/4
1870/21 1876/16
1876/21 1877/1
1880/17 1882/21
1882/25 1883/21
1883/25 1888/11
1888/22 1888/24
1889/4 1889/9
**do you [2]** 1765/23
1876/16
**Do you have [3]**
1767/9 1818/4 1819/4
**do you know [1]**
1851/10
**do you recognize [4]**
1822/17 1822/23
1825/20 1880/17
**do you remember [1]**
1819/11
**do you see [12]**
1779/23 1823/14
1834/10 1835/17
1836/6 1848/7 1848/13
1849/4 1849/10
1850/13 1852/2 1868/4
**document [2]** 1853/19
1866/5
**documents [1]**
1854/21
**does [46]** 1767/16
1772/18 1772/20
1782/8 1782/8 1787/17
1788/4 1790/6 1795/9
1795/12 1795/14
1797/19 1800/9
1800/20 1802/19
1827/7 1827/9 1829/13
1829/21 1831/16
1833/7 1834/2 1835/3
1835/4 1835/6 1835/9
1835/19 1836/24
1837/3 1841/13
1841/16 1841/20
1842/9 1846/19 1850/1
1853/2 1854/14
1854/20 1858/12
1869/5 1883/10
1883/20 1883/24
1884/8 1887/15
1898/19
**doesn't [11]** 1816/18
1876/4 1876/4 1888/9
1888/18 1888/19
1889/21 1894/25
1894/25 1895/12
1895/20
**doing [7]** 1764/2
1774/22 1785/14
1818/1 1827/21
1888/10 1889/2
**Dome [2]** 1770/7
1810/19
**don't [37]** 1758/8

1760/11 1760/14
1763/21 1775/13
1784/4 1789/13 1793/3
1807/17 1807/24
1809/23 1814/21
1818/3 1822/3 1845/11
1874/11 1876/25
1887/5 1889/13 1891/5
1892/25 1893/25
1894/15 1894/16
1894/19 1894/24
1895/21 1896/6
1896/19 1896/20
1896/20 1897/1
1897/18 1899/17
1900/6
**done [9]** 1795/4 1808/2
1808/6 1808/12
1808/22 1808/23
1815/21 1882/18
1894/5
**door [19]** 1760/9
1774/17 1776/14
1776/20 1776/23
1783/10 1783/13
1798/17 1799/3 1799/4
1800/3 1800/22
1801/18 1801/20
1801/21 1816/16
1816/16 1816/22
1817/15
**doors [41]** 1776/17
1787/20 1791/18
1792/9 1797/7 1797/8
1797/10 1797/13
1798/1 1799/6 1799/16
1799/18 1799/19
1799/22 1801/2 1801/7
1801/9 1802/3 1804/11
1804/24 1805/18
1805/18 1805/20
1810/3 1810/4 1810/9
1810/18 1816/3 1816/7
1816/14 1817/9
1820/21 1820/23
1825/20 1827/7
1862/12 1862/13
1863/9 1863/9 1863/17
1863/17
**doorway [2]** 1798/3
1798/15
**down [28]** 1759/10
1770/20 1775/25
1778/25 1779/1
1781/23 1784/19
1784/21 1787/1
1788/19 1789/22
1806/2 1813/22
1814/20 1814/24
1819/5 1821/21
1823/25 1827/13
1835/8 1835/12
1874/13 1875/10
1875/11 1875/13
1884/11 1886/14
1891/22
**drilled [1]** 1864/15

1864/13 [3] 1864/10
1864/12 1864/20
**drop [2]** 1759/4
1892/21
**dropped [1]** 1892/16
**Due [1]** 1899/12
**dumped [1]** 1763/7
**during [16]** 1774/20
1789/6 1820/6 1820/6
1831/11 1833/3 1842/8
1845/22 1864/10
1864/19 1879/21
1882/23 1897/11
1897/16 1899/18
1900/7
**duty [4]** 1766/6
1782/15 1782/17
1806/24

**E**

**each [9]** 1766/21
1783/17 1785/3 1785/4
1793/22 1870/5 1887/4
1888/1 1889/5
**earlier [8]** 1758/2
1764/1 1791/7 1791/14
1836/20 1838/4 1852/2
1863/5
**easier [1]** 1846/5
**easiest [1]** 1885/21
**east [34]** 1778/25
1783/4 1783/7 1783/9
1783/14 1783/25
1784/2 1784/9 1786/11
1786/20 1786/22
1786/23 1786/25
1787/19 1791/18
1792/8 1795/6 1797/3
1797/10 1797/12
1798/10 1799/5
1799/24 1801/22
1805/11 1805/21
1809/17 1809/22
1809/25 1810/12
1818/23 1819/2
1820/12 1826/2
**East Plaza [7]** 1778/25
1786/20 1786/22
1787/19 1797/3
1799/24 1810/12
**eastbound [1]** 1778/24
**edit [1]** 1760/18
**edited [4]** 1762/6
1762/7 1793/5 1794/7
**Edward [3]** 1752/19
1756/9 1756/24
**Edwards [3]** 1751/16
1756/11 1886/25
**either [2]** 1761/20
1882/7 1882/10
**Elect [3]** 1875/23
1878/13 1878/24
**elected [1]** 1879/22
**election [19]** 1782/7
1809/5 1833/3 1833/18
1833/22 1834/2 1834/6
1834/7 1834/9 1834/15
1834/22 1835/9

**E**

election... [7] 1836/11
1838/5 1838/9 1838/14
1844/19 1874/20
1875/19
elector [1] 1874/8
electoral [10] 1809/9
1839/13 1841/7 1842/7
1873/14 1873/17
1875/13 1876/13
1876/17 1878/7
electors [6] 1835/16
1835/20 1837/17
1839/20 1853/23
1874/20
elevated [3] 1858/4
1861/25 1864/8
elevating [1] 1862/11
else [2] 1762/16
1895/13
email [12] 1751/18
1751/19 1752/5 1752/8
1752/13 1752/17
1752/22 1888/14
1890/5 1891/25 1893/8
1893/10
emergency [16]
1798/17 1811/22
1811/24 1812/1
1816/18 1816/20
1816/21 1816/24
1817/1 1817/7 1817/11
1817/14 1860/3
1861/17 1861/19
1861/23
employed [2] 1766/24
1776/2
empty [1] 1823/22
enacted [2] 1860/5
1860/8
end [10] 1757/20
1784/3 1829/2 1832/23
1869/7 1875/17 1878/2
1878/11 1883/10
1897/22
ended [6] 1784/19
1785/20 1869/9 1871/7
1878/19 1893/21
ends [2] 1832/2
1841/15
enforcement [3]
1767/6 1779/8 1863/24
enforcer [1] 1858/10
engage [4] 1785/12
1785/16 1785/25
1819/7
engaged [2] 1788/7
1818/19
engaging [2] 1785/5
1788/3
enlighten [1] 1760/1
enormity [1] 1812/8
enormous [1] 1814/8
enough [2] 1764/4
1810/15
enter [16] 1776/5
1776/9 1776/14
1776/17 1777/15

1801/8 1816/13 1820/5
1820/20 1820/23
1821/3 1822/21
1831/19
entered [6] 1759/18
1764/17 1792/23
1805/20 1818/23
1846/8
entering [6] 1773/13
1773/16 1774/15
1792/21 1792/22
1864/7
entirely [1] 1763/22
entirety [2] 1781/7
1781/21
entity [1] 1767/6
entrance [9] 1775/19
1792/5 1792/6 1797/15
1810/10 1810/19
1811/3 1811/10
1817/11
entrances [3] 1810/25
1811/17 1811/20
entranceway [1]
1774/4
entry [8] 1810/5
1810/14 1816/14
1820/25 1821/1 1821/2
1821/4 1821/6
equipment [4] 1793/20
1793/22 1793/25
1794/2
escort [2] 1806/16
1857/12
escorted [1] 1806/18
escorting [1] 1806/12
essentially [3] 1802/21
1812/13 1889/7
establish [4] 1761/10
1761/22 1792/20
1888/11
established [1]
1812/23
establishing [3]
1761/25 1792/7
1792/11
establishment [1]
1762/13
estimated [1] 1818/4
et [3] 1751/6 1792/19
1792/19
et cetera [1] 1792/19
EV3500.2 [4] 1879/10
1880/12 1880/14
1880/15
EV500 [4] 1822/10
1823/3 1823/5 1823/6
evacuate [4] 1865/14
1865/20 1866/14
1882/11
evacuated [2] 1866/15
1866/17
evacuation [4] 1865/17
1866/18 1866/20
1868/17
evaporated [2]
1812/13 1825/3

1785/10 1892/24
evening [1] 1762/18
event [3] 1819/22
1819/23 1826/16
events [10] 1761/22
1790/16 1791/15
1792/18 1809/1 1811/7
1822/19 1824/3 1824/6
1828/24
eventually [6] 1786/13
1813/4 1851/5 1863/14
1866/17 1873/1
ever [2] 1808/12
1857/16
every [1] 1839/20
everybody [6] 1756/19
1756/20 1764/21
1845/19 1899/5
1900/14
everyone [4] 1756/4
1846/1 1846/9 1885/6
everything [2] 1893/3
1898/5
evidence [35] 1769/13
1771/13 1774/10
1778/3 1779/21
1780/25 1781/17
1787/13 1793/10
1819/4 1823/6 1825/16
1831/1 1832/17
1833/13 1837/6 1837/9
1839/2 1839/6 1843/12
1843/16 1847/12
1850/4 1850/8 1853/5
1853/11 1869/18
1869/21 1870/24
1871/2 1880/15
1892/16 1894/2 1897/3
1897/25
exact [3] 1807/15
1809/23 1818/3
exactly [1] 1898/18
exam [4] 1829/16
1829/18 1829/20
1871/22
examination [20]
1758/9 1763/3 1763/12
1764/6 1764/8 1765/14
1807/5 1807/7 1817/21
1818/15 1820/16
1824/23 1826/13
1828/3 1871/15
1871/17 1873/1 1873/9
1882/2 1897/1
examine [3] 1853/16
1854/16 1854/17
example [3] 1855/7
1886/6 1900/7
excessive [1] 1761/17
excised [1] 1759/3
excuse [2] 1763/25
1834/4
execute [1] 1831/21
execution [1] 1831/19
executive [7] 1831/9
1879/19 1879/25
1880/1 1880/3 1881/10

exhibit [79] 1757/25
1760/4 1769/5 1769/10
1769/13 1771/3 1771/3
1771/4 1771/4 1771/9
1771/17 1773/19
1774/8 1774/10
1774/14 1775/4
1775/11 1777/19
1777/25 1778/3
1779/10 1779/18
1779/21 1780/17
1780/22 1780/25
1781/10 1781/15
1781/17 1783/6
1784/14 1787/3 1791/3
1793/10 1793/15
1794/9 1794/12
1794/14 1794/15
1794/18 1794/21
1823/6 1825/16
1830/16 1831/1 1832/8
1832/17 1833/2 1833/7
1833/7 1833/13 1837/9
1843/2 1843/13
1843/16 1847/1 1847/4
1847/12 1849/21
1850/5 1850/8 1851/15
1852/22 1853/6
1853/11 1854/24
1868/25 1869/12
1869/19 1869/21
1870/18 1871/2
1877/19 1879/10
1880/12 1880/15
1886/6 1886/13
1897/15
Exhibit 1515.1 [1]
1794/21
Exhibit 1652 [2]
1771/9 1784/14
Exhibit 3500.20 [1]
1877/19
Exhibit 3503 [1]
1843/2
exhibits [11] 1754/1
1755/5 1771/11
1771/13 1787/13
1820/1 1838/17 1839/6
1885/20 1891/14
1897/20
exists [2] 1893/25
1894/4
exit [8] 1816/15
1816/18 1816/20
1817/5 1817/5 1817/7
1817/11 1817/14
exited [4] 1783/3
1783/13 1845/18
1885/5
exiting [1] 1816/22
exits [4] 1811/23
1811/24 1812/1
1816/24
expected [3] 1782/12
1811/4 1811/8
experience [1] 1864/14
explain [7] 1766/11

1778/6
1784/15 1788/3
1788/10 1802/19
explaining [1] 1762/9
explains [3] 1830/9
1832/1 1838/12
explosives [1] 1777/2
expressly [1] 1763/18
extent [1] 1872/16
exterior [4] 1789/19
1795/10 1799/23
1818/9
extraordinary [1]
1763/20
Eye [1] 1752/20
eyes [3] 1789/14
1891/8 1891/21

**F**

F.2d [1] 1887/21
F.3d [1] 1887/13
facing [3] 1775/5
1795/6 1796/4
fact [10] 1764/1
1784/11 1802/8 1806/9
1826/15 1828/25
1854/14 1854/18
1863/20 1884/23
failing [1] 1796/10
fair [11] 1761/17
1769/1 1769/6 1771/5
1774/3 1779/14
1781/11 1792/20
1804/17 1810/15
1886/18
fairly [1] 1812/15
fairness [7] 1894/23
1894/25 1895/7
1895/18 1896/16
1896/21 1898/5
faithfully [1] 1831/21
faithless [1] 1874/8
fall [1] 1766/11
falls [1] 1889/16
familiar [21] 1766/15
1766/18 1769/2 1769/3
1773/6 1776/4 1777/4
1789/7 1790/3 1790/12
1818/6 1838/19
1838/23 1845/5
1849/22 1852/23
1859/23 1865/23
1869/15 1873/13
1875/15
family [3] 1766/25
1899/11 1899/13
far [3] 1808/18 1808/25
1872/18
favorable [1] 1898/16
feathered [1] 1763/7
feature [1] 1824/7
February [1] 1829/3
federal [2] 1767/7
1838/12
feeds [1] 1884/21
feet [1] 1818/2
fence [7] 1821/16
1822/5 1822/6 1822/16

**fence... [3]** 1822/20
1823/15 1823/22
**fencing [7]** 1780/3
1780/4 1780/5 1780/8
1813/1 1822/1 1822/3
**few [6]** 1759/2 1760/18
1785/2 1804/5 1807/11
1809/22
**field [1]** 1802/25
**Fifth [3]** 1872/13
1887/12 1887/14
**Fifth Amendment [1]**
1872/13
**fight [1]** 1785/25
**fighting [2]** 1826/21
1826/22
**figure [1]** 1899/3
**filed [1]** 1762/18
**files [2]** 1794/16
1794/19
**filled [1]** 1785/11
**finally [1]** 1883/16
**finances [1]** 1899/13
**find [1]** 1793/3
**fine [5]** 1894/7 1895/22
1897/1 1899/16
1900/12
**finished [1]** 1886/21
**fire [2]** 1763/8 1798/17
**firearms [1]** 1777/2
**fired [3]** 1803/11
1803/12 1804/5
**first [64]** 1757/18
1761/1 1761/19
1761/24 1762/7
1762/10 1771/2 1772/1
1772/9 1772/10
1774/13 1776/4 1777/7
1782/3 1783/8 1789/6
1791/25 1792/22
1798/2 1798/5 1799/11
1799/12 1800/1
1800/12 1803/1
1806/15 1807/13
1812/6 1814/1 1814/8
1814/18 1814/23
1814/24 1816/4 1830/1
1831/7 1831/7 1833/16
1834/4 1834/4 1834/5
1836/8 1840/18
1840/21 1847/20
1856/16 1866/22
1869/24 1872/9
1873/16 1874/7
1876/12 1877/24
1879/12 1879/17
1880/6 1880/9 1880/22
1880/22 1883/5 1892/1
1892/7 1892/8 1893/25
**First Amendment [1]**
1872/9
**FL [2]** 1752/12 1752/16
**flag [1]** 1758/4
**flags [2]** 1821/8
1822/22
**flip [2]** 1890/12
1890/23

**floor [22]** 1771/24
1772/1 1772/9 1772/10
1772/22 1773/7
1799/11 1799/12
1799/15 1800/1
1800/11 1800/12
1800/24 1801/25
1803/12 1803/12
1804/4 1858/6 1867/16
1867/23 1868/5 1882/8
**floors [3]** 1772/3
1772/4 1772/8
**Florida [3]** 1899/12
1899/15 1899/15
**fly [1]** 1774/23
**focus [2]** 1867/8
1887/6
**folks [1]** 1792/21
**follow [1]** 1833/5
**following [5]** 1762/20
1793/17 1831/20
1860/13 1883/14
**follows [2]** 1840/23
1879/23
**food [1]** 1785/22
**footage [14]** 1766/18
1790/25 1793/23
1794/2 1794/3 1794/6
1794/7 1794/8 1794/10
1795/1 1812/19
1813/18 1818/3 1818/4
**force [4]** 1762/23
1786/5 1789/12 1821/3
**forced [1]** 1882/10
**forces [3]** 1767/9
1767/12 1799/1
**forcible [2]** 1820/24
1821/4
**foregoing [1]** 1901/3
**foreground [1]**
1850/13
**form [3]** 1786/14
1793/6 1866/4
**formal [2]** 1817/5
1873/17
**formerly [1]** 1828/11
**Fort [1]** 1752/12
**forth [1]** 1761/1
**forward [15]** 1800/2
1848/3 1848/19 1851/4
1851/15 1854/25
1855/21 1856/5
1858/25 1861/1
1870/12 1870/14
1888/24 1891/21
1894/7
**fought [1]** 1763/9
**foundation [1]** 1857/23
**founding [1]** 1763/5
**four [5]** 1772/4 1772/8
1831/11 1879/21
1898/20
**frames [1]** 1869/16
**framework [1]** 1887/23
**fraud [3]** 1891/10
1893/24 1894/4
**front [26]** 1764/14

1783/7 1783/9 1784/5
1784/7 1784/9 1784/10
1784/11 1785/10
1804/13 1804/18
1809/16 1809/17
1809/20 1809/22
1809/25 1809/25
1814/9 1820/11
1820/11 1820/12
1822/22 1823/11
**froze [1]** 1778/23
**full [7]** 1765/21
1767/13 1790/8
1790/10 1802/4
1890/15 1894/1
**full-service [3]**
1767/13 1790/8
1790/10
**further [11]** 1780/10
1807/4 1817/16
1818/12 1824/18
1827/11 1838/12
1871/14 1881/20
1884/9 1899/3
**furthest [1]** 1778/11

**G**
**gained [1]** 1816/4
**galleries [1]** 1802/1
**gallery [1]** 1802/2
**gas [3]** 1865/2 1865/4
1865/7
**gather [2]** 1835/20
1836/10
**gear [1]** 1892/17
**general [11]** 1758/19
1810/17 1820/7
1820/10 1876/7
1876/10 1877/16
1887/18 1887/22
1889/16 1896/11
**generally [11]** 1760/6
1776/2 1776/25 1834/6
1865/1 1870/21
1885/24 1886/1 1886/3
1886/13 1888/10
**generated [7]** 1794/6
1795/16 1795/20
1801/15 1805/8
1805/16 1854/18
**generation [1]** 1763/5
**gentlemen [4]** 1764/19
1765/20 1846/10
1884/14
**George [1]** 1830/5
**get [8]** 1757/13
1757/13 1772/5 1786/1
1786/22 1812/4
1889/15 1891/18
**getting [4]** 1760/6
1785/15 1862/5
1876/20
**give [3]** 1840/24
1873/19 1899/2
**given [7]** 1759/2
1763/11 1764/5
1815/20 1862/18

**gives [3]** 1789/14
1802/4 1893/11
**giving [1]** 1884/20
**glass [3]** 1798/2
1863/9 1863/17
**gmail.com [2]** 1752/5
1752/8
**go [67]** 1758/7 1758/13
1760/13 1760/15
1764/15 1766/21
1772/21 1773/22
1776/5 1776/9 1776/20
1776/22 1778/20
1778/24 1783/2
1784/15 1786/6
1788/24 1789/4
1791/12 1801/7
1808/15 1808/16
1816/1 1824/15
1830/17 1831/12
1835/4 1835/12 1836/2
1836/3 1836/17
1838/13 1840/8
1841/24 1843/1
1849/21 1854/23
1859/3 1860/11
1860/21 1862/9
1869/24 1870/6 1870/8
1870/12 1870/14
1873/20 1874/21
1876/23 1877/20
1880/8 1883/5 1887/4
1888/22 1889/23
1889/25 1890/16
1891/2 1893/8 1893/9
1893/10 1895/20
1895/21 1895/23
1896/4 1899/14
**go ahead [10]** 1760/13
1760/15 1791/12
1808/15 1808/16
1860/11 1860/21
1862/9 1895/23 1896/4
**go-around [1]** 1883/5
**goal [2]** 1785/13
1891/14
**goes [4]** 1776/10
1860/2 1861/19 1876/5
**going [41]** 1757/2
1760/1 1760/8 1760/9
1760/16 1761/6
1766/21 1771/19
1772/1 1774/17
1778/25 1779/25
1782/6 1789/3 1800/21
1801/7 1803/22
1804/21 1806/6 1814/2
1814/5 1814/18
1817/10 1817/14
1819/10 1824/7
1824/15 1846/25
1848/22 1861/17
1865/13 1872/18
1877/4 1877/4 1884/15
1886/14 1891/21
1894/6 1895/5 1898/8
1899/12

**gold [1]** 1854/5
**gone [3]** 1812/14
1813/16 1813/19
**good [20]** 1756/5
1756/19 1756/22
1756/23 1765/3
1765/17 1765/18
1794/1 1807/9 1807/10
1817/23 1817/24
1818/17 1818/18
1820/18 1820/19
1828/6 1828/7 1873/11
1873/12
**Good morning [15]**
1756/19 1756/23
1765/3 1765/17
1807/10 1817/23
1817/24 1818/17
1818/18 1820/18
1820/19 1828/6 1828/7
1873/11 1873/12
**Gorda [1]** 1752/16
**Gosar [1]** 1824/7
**got [13]** 1757/25
1761/23 1784/3
1784/25 1786/23
1786/25 1883/7
1884/16 1885/15
1890/6 1897/4 1898/10
1898/16
**government [84]**
1751/14 1756/11
1757/6 1758/8 1760/18
1761/4 1761/9 1761/16
1763/2 1764/10 1765/3
1765/13 1769/9
1769/13 1771/8
1771/13 1774/7
1774/10 1777/24
1779/17 1780/21
1781/14 1787/2
1787/13 1791/2 1793/5
1793/10 1793/16
1794/15 1828/2
1829/23 1830/16
1830/21 1831/1 1832/8
1832/13 1832/17
1833/2 1833/7 1833/10
1833/13 1837/22
1838/17 1839/1 1843/1
1843/12 1843/13
1846/25 1847/3 1847/4
1847/5 1849/21 1850/4
1850/5 1850/8 1851/15
1852/22 1853/5 1853/6
1853/11 1869/12
1869/18 1869/21
1870/18 1870/24
1871/2 1877/10
1877/19 1885/22
1887/3 1887/6 1888/9
1888/19 1888/25
1889/22 1892/9
1892/15 1895/8
1895/16 1896/23
1897/2 1897/19
1898/12 1898/24
**government's [56]**

**G**

**government's... [56]**
1753/5 1754/3 1765/1
1765/1 1769/5 1769/10
1769/11 1771/2 1771/3
1771/3 1771/4 1771/9
1771/16 1773/19
1774/8 1774/14
1777/19 1777/25
1778/3 1779/10
1779/18 1779/21
1780/17 1780/22
1780/25 1781/10
1781/15 1781/17
1783/5 1784/13 1787/3
1791/3 1791/23 1792/3
1793/15 1794/9
1794/12 1794/14
1794/18 1794/20
1825/16 1837/9 1839/6
1843/16 1847/12
1854/23 1868/25
1869/19 1886/6
1886/20 1887/18
1889/21 1891/13
1896/12 1897/11
1897/14
**Government's Exhibit
[1]** 1886/6
**governor's [1]** 1763/6
**grabbed [1]** 1783/18
**grabbing [1]** 1785/3
**great [2]** 1810/9
1857/15
**greater [1]** 1864/17
**greatest [1]** 1838/2
**green [4]** 1780/4
1795/12 1822/5 1822/6
**ground [3]** 1786/1
1813/11 1813/22
**grounds [5]** 1767/2
1767/8 1768/5 1793/22
1823/11
**group [2]** 1792/22
1792/23
**guess [4]** 1758/22
1891/11 1894/1 1900/1
**guidance [1]** 1899/3
**guns [5]** 1767/23
1864/4 1864/7 1864/19
1882/8
**guy [3]** 1889/19
1889/19 1889/20

**H**

**Hackett [4]** 1752/6
1756/8 1756/13
1818/23
**Hackett's [1]** 1899/10
**had [44]** 1758/2 1759/9
1761/4 1764/4 1764/21
1770/23 1773/20
1773/25 1777/16
1783/16 1785/2
1785/21 1785/25
1786/20 1786/21
1787/1 1789/1 1790/19
1790/23 1792/4 1793/5

1809/19 1826/15
1857/2 1857/5 1857/16
1860/18 1860/23
1863/5 1864/8 1864/15
1864/19 1873/17
1875/5 1876/12
1876/16 1878/14
1878/24 1879/3
1881/16 1885/12
1897/10
**Halim [3]** 1752/6
1756/13 1817/19
**Hall [4]** 1800/10
1839/21 1840/1
1844/16
**hallway [7]** 1774/4
1775/16 1799/25
1800/9 1801/23
1804/20 1804/22
**halted [1]** 1815/12
**hammers [2]** 1785/22
1785/23
**Hancock's [1]** 1896/7
**hand [8]** 1765/5
1772/18 1773/16
1776/12 1788/12
1788/13 1795/8
1827/17
**handled [1]** 1851/12
**hands [3]** 1764/4
1848/14 1850/16
**happen [1]** 1804/5
1866/8 1895/5
**happened [6]** 1786/23
1825/4 1825/9 1845/10
1874/7 1888/17
**happening [11]**
1758/14 1758/15
1760/7 1782/4 1791/25
1792/18 1805/23
1834/13 1834/25
1862/19 1884/24
**happens [3]** 1834/6
1836/8 1836/13
**happy [2]** 1888/2
1889/5
**hard [1]** 1758/13
**Harris [1]** 1762/25
**Hart [1]** 1768/2
**has [28]** 1758/19
1759/1 1769/24 1770/3
1774/4 1783/6 1784/20
1788/16 1790/8
1792/15 1804/1 1805/4
1805/24 1808/2
1808/18 1808/22
1858/14 1876/3
1885/22 1886/2
1887/23 1888/2
1888/14 1889/3
1889/22 1891/10
1894/6 1894/23
**haste [2]** 1857/15
1857/17
**hat [1]** 1823/14
**have [113]** 1757/17
1758/1 1758/10

1760/1 1760/3 1764/9
1764/13 1764/20
1766/3 1767/9 1767/13
1767/16 1770/23
1771/1 1773/20
1773/25 1774/2
1774/21 1774/24
1776/11 1776/12
1776/17 1776/22
1778/10 1780/10
1782/10 1784/9
1785/12 1787/22
1789/13 1789/14
1790/10 1790/11
1790/19 1790/22
1790/23 1791/1
1791/16 1792/12
1798/25 1799/2
1807/11 1808/6
1808/23 1809/23
1811/12 1812/19
1813/1 1813/18
1813/21 1813/24
1815/9 1815/11
1815/16 1815/20
1816/21 1817/13
1817/14 1818/3 1818/4
1818/11 1819/4
1821/22 1821/24
1821/25 1822/7
1823/10 1835/3
1835/15 1841/16
1841/20 1842/6 1844/4
1846/19 1846/22
1847/1 1850/11
1850/12 1852/12
1852/19 1852/21
1852/25 1853/2 1854/2
1854/2 1854/15
1855/10 1864/10
1865/4 1865/7 1866/11
1871/19 1876/23
1877/19 1879/9
1879/10 1882/18
1884/21 1885/13
1887/8 1890/17
1891/15 1893/5 1894/1
1897/10 1897/16
1897/19 1897/24
1898/12 1898/19
1899/8
**haven't [1]** 1822/15
**having [7]** 1771/23
1819/25 1838/1 1855/7
1882/14 1891/8
1891/21
**he [26]** 1784/21 1792/8
1792/21 1797/1
1823/16 1823/21
1831/10 1831/19
1831/20 1860/10
1862/21 1872/16
1873/21 1879/20
1881/13 1886/15
1886/22 1890/16
1891/8 1891/15
1891/15 1892/6

1900/10
**he's [13]** 1761/7
1862/17 1862/19
1872/16 1889/19
1893/11 1895/24
1896/13 1896/14
1898/16 1899/14
1899/17 1900/9
**head [1]** 1828/16
**headed [1]** 1774/15
**headquarters [1]**
1782/20
**hear [6]** 1803/19
1859/16 1869/1
1885/10 1895/19
1896/17
**heard [5]** 1803/2
1803/11 1804/3 1804/4
1885/12
**hearing [3]** 1802/15
1802/17 1895/10
**hearsay [6]** 1862/7
1862/8 1862/14
1862/17 1862/20
1862/25
**held [1]** 1768/10
**help [1]** 1822/18
**helpful [4]** 1774/21
1887/9 1888/3 1891/6
**helping [2]** 1856/25
1871/21
**her [11]** 1757/13
1757/13 1757/20
1757/23 1846/4 1857/8
1857/13 1857/16
1866/24 1866/24
1894/1
**here [67]** 1762/14
1764/22 1766/22
1769/17 1770/10
1775/2 1775/5 1780/4
1781/3 1784/4 1792/9
1795/5 1796/9 1796/19
1797/2 1797/5 1797/7
1804/25 1805/23
1808/21 1814/24
1831/17 1834/8
1835/16 1836/5
1838/24 1839/8 1841/2
1841/17 1842/14
1842/19 1843/9
1844/13 1845/12
1847/23 1848/5 1848/8
1849/2 1849/5 1850/13
1851/17 1852/23
1853/19 1855/17
1855/23 1856/1
1858/18 1861/24
1863/6 1868/4 1868/12
1869/15 1870/2 1875/3
1880/23 1888/11
1888/16 1888/20
1889/2 1889/3 1889/11
1889/16 1889/17
1890/20 1897/6 1898/8
1898/13
**here's [1]** 1886/16

**hereby [1]** 1793/16
**Herman [1]** 1887/13
**Hey [1]** 1763/5
**HI [1]** 1752/4
**higher [2]** 1875/22
1875/23
**highlight [2]** 1837/11
1843/18
**highlighted [14]**
1831/4 1831/18
1832/20 1837/12
1837/15 1837/20
1839/15 1839/17
1841/25 1842/4
1843/19 1844/12
1878/3 1888/2
**highlighting [2]**
1833/15 1888/15
**Hilgeman [3]** 1757/2
1758/9 1759/12
**hill [5]** 1814/2 1814/3
1814/17 1814/18
1884/24
**him [7]** 1757/3 1764/3
1823/18 1886/19
1886/21 1895/25
1900/7
**himself [2]** 1858/17
1897/16
**hired [1]** 1804/3
**his [19]** 1763/7
1784/20 1792/17
1826/13 1831/19
1878/18 1879/7
1879/21 1888/14
1889/18 1890/5
1898/15 1899/11
1899/13 1899/15
1899/18 1900/1 1900/3
1900/10
**history [4]** 1829/23
1829/25 1873/13
1874/11
**hit [1]** 1821/6
**hold [2]** 1831/10
1879/20
**holding [5]** 1823/16
1848/13 1850/15
1850/17 1850/20
**home [3]** 1899/15
1900/2 1900/3
**Honor [41]** 1756/5
1756/22 1757/10
1759/7 1759/14 1761/9
1762/3 1787/11 1791/8
1791/9 1793/2 1793/7
1793/14 1817/16
1822/9 1822/12 1823/2
1824/21 1827/14
1846/12 1871/4 1873/7
1881/23 1884/13
1885/22 1886/10
1887/2 1887/8 1887/12
1889/24 1891/19
1892/6 1892/12
1893/15 1894/9
1894/13 1894/22
1897/4 1897/5 1898/2

Honor... [1] 1899/4
HONORABLE [2]
1751/9 1756/3
hooked [1] 1892/23
hooking [1] 1886/19
hooks [1] 1892/13
hope [2] 1756/20
1764/21
hopefully [1] 1787/18
host [8] 1764/9
1889/14 1894/12
1894/17 1895/22
1896/13 1896/17
1896/22
host's [1] 1889/18
hour [1] 1839/22
hours [11] 1782/16
1782/25 1803/19
1803/21 1804/4 1804/6
1807/1 1807/2 1812/9
1868/18 1871/12
house [112] 1768/6
1768/7 1768/13
1768/15 1770/1 1770/2
1771/21 1773/4 1773/5
1776/20 1783/18
1800/2 1800/11
1800/22 1800/22
1801/21 1802/5 1802/8
1803/12 1803/12
1804/3 1806/5 1807/13
1807/17 1807/24
1815/17 1815/19
1815/20 1828/12
1829/5 1834/20
1837/25 1839/21
1839/22 1840/1 1840/2
1841/11 1841/12
1842/8 1842/11
1842/13 1842/17
1843/25 1844/2 1844/3
1844/4 1844/10
1844/14 1844/16
1845/10 1846/18
1847/6 1847/21
1848/24 1849/4 1849/7
1849/8 1849/15
1849/18 1850/24
1851/6 1851/21 1852/7
1852/15 1853/3
1853/15 1855/5
1855/18 1856/2 1858/5
1858/6 1858/8 1858/12
1858/19 1859/6 1860/2
1860/4 1860/5 1860/8
1860/12 1860/17
1861/6 1861/14
1861/17 1861/19
1863/25 1864/7
1864/11 1865/12
1865/23 1866/3 1866/6
1866/8 1866/11
1866/13 1866/16
1868/11 1868/14
1868/18 1869/16
1870/3 1871/6 1874/16
1874/19 1874/24

1877/5 1877/14
1882/11 1883/7
housekeeping [1]
1899/7
Houses [17] 1836/10
1840/14 1840/22
1842/5 1842/9 1842/13
1842/17 1843/7
1844/15 1855/7
1855/10 1874/4
1874/25 1875/5
1882/14 1882/17
1882/19
how [33] 1766/3
1767/7 1772/3 1779/23
1780/12 1782/12
1783/22 1785/7 1786/4
1788/4 1789/15
1802/19 1817/25
1818/2 1818/10
1823/18 1825/5 1826/8
1826/9 1829/4 1834/2
1851/10 1853/14
1857/10 1857/14
1864/14 1891/6
1893/21 1895/10
1895/12 1896/8
1896/14 1898/24
huge [2] 1783/14
1810/18
Hughes [6] 1751/15
1756/11 1760/13
1765/2 1792/15
1824/20
huh [1] 1890/13
hundred [3] 1810/2
1810/8 1810/17

I
I am [13] 1766/10
1766/17 1766/20
1769/3 1773/8 1776/7
1777/6 1789/10 1790/5
1790/14 1818/8
1818/24 1819/3
I believe [4] 1760/22
1822/1 1825/2 1834/14
I can [3] 1761/15
1763/10 1891/3
I can't [4] 1803/8
1813/13 1874/10
1876/2
I did [5] 1761/21
1784/12 1786/12
1819/9 1825/6
I didn't [7] 1808/6
1810/15 1885/10
1885/14 1889/15
1892/11 1898/1
I don't [16] 1759/24
1760/11 1763/12
1889/13 1892/25
1893/25 1894/15
1894/16 1894/19
1894/24 1895/21
1896/19 1896/20
1896/20 1897/18

I don't have [2] 1760/3
1818/3
I guess [4] 1758/22
1891/11 1894/1 1900/1
I have [11] 1758/18
1771/1 1774/2 1790/22
1791/1 1792/12
1821/22 1821/25
1852/21 1877/19
1887/8
I hope [2] 1756/20
1764/21
I just [4] 1757/1 1883/6
1891/5 1899/16
I know [5] 1808/8
1814/24 1822/15
1865/15 1890/10
I mean [6] 1761/15
1887/5 1892/19
1892/22 1895/4
1898/18
I recall [2] 1809/15
1834/14
I see [1] 1764/3
I should [2] 1771/23
1828/23
I think [19] 1757/23
1758/13 1761/9
1792/20 1812/9
1814/23 1820/10
1825/13 1876/14
1876/18 1885/21
1885/25 1886/18
1892/19 1894/1
1896/16 1898/1 1898/3
1900/9
I thought [4] 1761/17
1763/3 1763/12
1783/16
I understand [10]
1756/20 1757/1
1814/14 1885/17
1892/11 1894/19
1895/6 1895/22 1896/1
1896/1
I want [6] 1775/23
1776/1 1782/2 1789/4
1807/11 1849/21
I wanted [1] 1759/15
I was [20] 1761/6
1762/9 1766/7 1768/12
1768/13 1768/14
1768/15 1768/18
1768/19 1768/22
1782/18 1784/3 1784/8
1785/19 1786/3
1786/19 1786/25
1824/5 1829/2 1866/24
I went [3] 1783/3
1783/18 1786/8
I will [1] 1831/21
I work [1] 1871/23
I would [1] 1813/24
I'd [2] 1812/19 1823/2
I'll [13] 1758/22
1763/15 1765/9 1822/9
1822/10 1827/20

1885/1 1890/14 1891/7
1893/24 1894/10
I'll ask [1] 1765/9
I'm [37] 1760/2 1766/1
1766/10 1766/13
1777/13 1780/1 1802/6
1808/4 1808/8 1808/18
1808/25 1810/16
1810/16 1816/1
1819/15 1822/17
1829/11 1829/11
1846/25 1856/18
1856/22 1872/18
1875/15 1886/3 1888/2
1889/5 1891/12
1891/18 1892/5
1893/14 1893/14
1894/3 1894/18
1894/18 1894/18
1896/25 1899/8
I'm going [1] 1846/25
I'm not [7] 1808/4
1808/8 1810/16
1872/18 1875/15
1891/12 1896/25
I'm not sure [1] 1760/2
I'm sorry [4] 1777/13
1802/6 1894/3 1899/8
I've [7] 1791/17 1793/4
1851/11 1884/15
1884/19 1898/3
1898/10
ice [1] 1785/21
identify [1] 1822/18
II [14] 1830/14 1830/19
1831/16 1836/21
1879/4 1879/13
1879/18 1880/4
1880/10 1880/18
1881/7 1881/13
1883/18 1883/20
III [4] 1838/24 1839/9
1840/12 1842/3
immediate [2] 1768/5
1895/17
immediately [11]
1815/9 1815/24
1860/24 1890/3 1890/7
1890/8 1890/21
1890/22 1893/3 1893/6
1894/13
immigrants [2]
1829/15 1871/25
import [1] 1854/15
important [7] 1757/3
1792/14 1833/4 1833/8
1866/25
importantly [1] 1805/2
imposed [2] 1801/13
1805/15
impression [2]
1889/18 1896/7
Inaugural [7] 1770/12
1784/19 1784/25
1798/19 1800/15
1800/19 1812/25
inaugurated [1]

inauguration [6]
1770/19 1784/22
1786/6 1788/11
1797/20 1797/22
inches [1] 1777/3
inclined [1] 1897/14
include [1] 1898/12
included [1] 1885/25
includes [2] 1790/24
1790/25
including [2] 1886/8
1886/25
incoming [1] 1830/6
incorrect [1] 1810/6
Independence [2]
1779/1 1779/1
independently [1]
1842/11
INDEX [3] 1753/2
1753/10 1755/5
Indian [1] 1752/7
indicated [2] 1838/4
1863/5
indicating [1] 1849/13
indication [1] 1819/13
individual [1] 1823/14
individuals [12] 1779/7
1796/9 1796/16 1797/2
1815/3 1816/22
1821/20 1822/16
1822/21 1827/6
1848/10 1850/22
information [10]
1759/4 1802/22
1802/23 1802/23
1802/24 1803/24
1803/25 1804/1 1808/8
1808/18
informational [1]
1834/23
initial [2] 1763/23
1861/6
initially [4] 1783/3
1784/18 1786/21
1883/7
injured [2] 1786/2
1786/4
ink [1] 1854/20
inner [3] 1780/1
1780/11 1780/14
inside [20] 1767/6
1776/10 1782/12
1785/20 1786/8 1788/2
1788/22 1788/24
1793/20 1805/1 1815/4
1821/9 1821/10
1821/13 1851/7 1853/2
1862/5 1862/18
1862/20 1863/25
instance [1] 1874/23
instead [1] 1757/5
instructed [3] 1863/20
1865/7 1865/20
instructions [3] 1862/4
1865/11 1884/19
intelligence [1]
1768/20

# I

**intend [1]** 1888/9
**intends [1]** 1896/6
**intensity [1]** 1864/18
**intent [1]** 1764/3
**interactions [1]**
1759/20
**interior [2]** 1789/16
1821/17
**interpretations [1]**
1763/11
**interrupt [2]** 1886/7
1893/15
**interrupted [2]** 1875/4
1877/2
**interruption [1]** 1886/4
**interviewing [1]**
1895/25
**introduce [3]** 1887/15
1898/13 1898/20
**introduced [3]** 1758/7
1763/2 1890/20
**introduces [1]** 1898/4
**introducing [3]**
1765/19 1898/4 1898/7
**introduction [1]**
1847/4
**investigations [2]**
1767/14 1768/19
**invited [1]** 1764/10
**invoked [2]** 1860/18
1887/24
**involve [2]** 1761/18
1761/20
**involved [1]** 1864/10
**involves [3]** 1872/3
1872/14 1872/22
**involving [2]** 1791/15
1791/15
**irrelevant [4]** 1857/24
1860/9 1860/19
1860/20
**is [434]**
**is that correct [11]**
1775/8 1775/16
1775/20 1818/20
1820/5 1838/6 1854/6
1856/11 1882/5
1882/15 1883/18
**is that right [4]**
1831/14 1836/22
1853/16 1854/10
**is there [6]** 1757/8
1762/21 1817/12
1831/25 1846/3 1866/5
**isn't [3]** 1795/19
1808/11 1821/19
**isolate [1]** 1892/15
**issue [8]** 1759/25
1762/19 1763/14
1885/19 1885/22
1898/23 1898/23
1899/7
**issues [4]** 1756/21
1757/19 1758/6
1758/14
**it [212]**
**it would be [6]** 1775/5

1756/25 1799/15
1821/1 1887/9 1888/25
**it's [68]** 1758/8
1758/12 1759/23
1760/5 1760/11
1760/19 1761/11
1763/22 1764/20
1769/18 1778/10
1780/9 1788/7 1792/14
1797/6 1816/21
1819/24 1820/7
1823/18 1825/13
1826/12 1834/4
1834/25 1838/22
1839/9 1845/9 1845/13
1846/17 1856/9
1857/20 1857/25
1860/20 1860/20
1862/8 1862/8 1862/14
1862/17 1863/3 1869/7
1873/20 1881/7 1885/9
1886/18 1889/13
1889/14 1890/5 1890/9
1891/8 1891/9 1891/21
1892/20 1893/16
1893/20 1894/18
1894/21 1894/22
1895/2 1895/12 1896/3
1896/20 1896/21
1896/22 1897/2
1897/20 1898/6 1898/8
1899/9 1900/1
**items [3]** 1776/13
1776/25 1853/15
**its [15]** 1766/25
1766/25 1770/18
1792/20 1793/5
1823/22 1834/24
1842/11 1849/17
1849/23 1889/22
1892/16 1897/9
1897/20 1897/24
**itself [8]** 1782/22
1788/23 1795/20
1858/13 1859/12
1863/15 1898/2
1898/11

# J

**Jackson [1]** 1752/11
**January [70]** 1762/20
1762/24 1763/1 1766/6
1766/19 1770/15
1770/17 1777/5
1777/21 1778/13
1779/12 1780/13
1780/19 1782/3 1782/5
1790/13 1790/21
1794/1 1794/3 1794/3
1794/17 1798/6
1806/24 1807/21
1808/3 1810/16
1822/19 1824/4
1832/23 1836/3 1836/5
1836/8 1836/10
1836/13 1838/11
1839/20 1844/17
1844/25 1846/23

1864/15 1869/1 1871/7
1871/11 1877/11
1878/2 1878/8 1878/8
1878/11 1878/12
1878/17 1878/17
1878/19 1878/21
1878/22 1879/2 1879/5
1879/7 1881/8 1881/8
1881/9 1881/15
1883/14 1885/23
1888/11 1888/17
1888/21 1892/14
**January 5th [3]**
1888/11 1888/17
1892/14
**January 6th [41]**
1762/24 1763/1 1766/6
1766/19 1770/15
1770/17 1777/5
1777/21 1778/13
1779/12 1780/13
1780/19 1782/3 1782/5
1790/13 1790/21
1794/1 1794/3 1794/3
1794/17 1798/6
1806/24 1807/21
1808/3 1810/16
1822/19 1824/4 1836/8
1836/10 1838/11
1844/25 1846/23
1848/1 1850/2 1853/3
1864/15 1871/11
1877/11 1878/8
1878/11 1885/23
**January 7th [5]** 1871/7
1878/12 1878/17
1878/21 1881/8
**JC [1]** 1823/25
**Jeffrey [2]** 1751/14
1756/10
**jeffrey.nestler [1]**
1751/20
**job [3]** 1765/25
1829/21 1829/21
**jobs [1]** 1768/10
**Joe [1]** 1878/14
**Joe Biden [1]** 1878/14
**John [1]** 1830/7
**join [1]** 1791/21
**joined [1]** 1798/25
**joining [1]** 1768/12
**joint [26]** 1777/16
1782/10 1806/10
1809/1 1836/11
1840/15 1840/22
1841/2 1841/5 1841/6
1841/10 1841/11
1841/14 1841/21
1842/8 1842/15
1842/24 1849/15
1855/15 1855/17
1869/2 1869/6 1869/8
1883/2 1883/8 1883/10
**Joseph [4]** 1752/6
1756/8 1854/1 1878/12
**journal [7]** 1865/24
1866/2 1866/6 1866/8

1866/16
**Jr [1]** 1752/2
**JUDGE [1]** 1751/10
**July [1]** 1811/7
**juror [2]** 1764/22
1846/3
**jury [15]** 1751/9
1764/14 1764/16
1764/17 1765/20
1802/14 1845/18
1846/1 1846/7 1846/8
1885/5 1891/17 1894/5
1895/19 1896/16
**just [107]** 1757/1
1757/5 1757/15 1758/4
1759/19 1759/23
1760/16 1760/21
1761/6 1761/11
1761/13 1762/5 1762/9
1762/11 1762/17
1762/19 1764/23
1766/22 1769/4
1769/16 1769/18
1769/20 1771/2
1773/18 1774/4
1775/13 1775/18
1777/18 1778/6
1778/15 1779/9
1780/16 1781/9
1785/14 1786/5 1787/5
1788/10 1789/4
1791/13 1791/14
1792/2 1793/3 1794/22
1796/19 1797/5 1798/2
1800/18 1801/7
1802/14 1804/5
1807/11 1807/16
1810/16 1811/17
1812/23 1818/17
1820/7 1823/15 1831/3
1837/11 1840/9
1840/20 1841/25
1844/8 1844/10
1845/21 1846/4
1847/17 1850/12
1853/14 1853/18
1855/3 1859/9 1867/12
1869/12 1871/19
1875/15 1881/4 1883/6
1883/16 1884/19
1884/25 1887/11
1887/17 1888/11
1889/6 1889/11
1889/14 1889/18
1891/5 1891/18 1892/5
1892/21 1893/18
1893/18 1894/9
1896/21 1897/5
1897/23 1898/6 1898/9
1898/12 1899/1 1899/7
1899/16 1899/25
1900/10

# K

**K-9 [1]** 1767/15
**Kailua [1]** 1752/4
**Kandaris [3]** 1885/23

**Kandaris' [2]** 1888/4
1888/22
**Kathryn [2]** 1751/14
1756/10
**Kathryn.Rakoczy [1]**
1751/19
**keep [9]** 1795/23
1796/21 1797/9 1803/4
1803/15 1804/8 1827/1
1866/6 1891/2
**Keeper [1]** 1819/8
**Keepers [16]** 1760/8
1791/15 1791/19
1792/22 1792/23
1819/1 1819/4 1819/14
1886/14 1886/19
1887/7 1888/10
1888/12 1888/21
1892/16 1892/21
**kept [1]** 1801/7
**key [1]** 1816/17
**kind [3]** 1862/4
1888/15 1889/11
**kinds [3]** 1776/8
1776/25 1790/6
**know [34]** 1758/4
1758/8 1759/23 1760/6
1760/14 1764/7
1764/24 1775/13
1792/10 1806/18
1807/17 1807/24
1808/8 1808/17
1814/11 1814/16
1814/17 1814/21
1814/24 1816/8 1822/3
1822/15 1829/22
1851/10 1865/15
1866/24 1867/1
1874/11 1886/16
1889/13 1890/10
1891/5 1896/6 1897/23
**knowledgeable [1]**
1833/5
**known [2]** 1759/22
1791/16
**knuckles [1]** 1777/2

# L

**labeled [1]** 1896/11
**lack [5]** 1809/16
1884/1 1884/2
**lacks [1]** 1857/23
**ladies [4]** 1764/18
1765/20 1846/10
1884/14
**landing [1]** 1786/9
**Lane [1]** 1752/7
**large [4]** 1783/22
1811/4 1811/7 1849/16
**larger [1]** 1864/17
**last [21]** 1757/25
1759/4 1759/9 1759/14
1760/18 1762/17
1762/18 1786/17
1819/17 1856/10
1877/11 1877/13
1878/3 1884/24

**last... [7]** 1892/10
1892/11 1892/25
1893/14 1893/17
1896/5 1896/9
**later [6]** 1757/24
1758/8 1807/17
1808/21 1817/11
1871/12
**law [18]** 1752/2 1767/6
1779/8 1783/10
1783/13 1833/24
1834/2 1838/12
1839/12 1841/17
1842/14 1842/18
1855/11 1863/24
1869/5 1882/17
1882/23 1894/22
**Lawn [1]** 1796/8
**laws [3]** 1838/22
1838/23 1844/19
**lawyer [1]** 1829/7
**lawyers [1]** 1882/13
**lead [8]** 1786/21
1797/12 1799/22
1800/9 1800/20
1804/24 1806/16
1820/21
**leadership [2]** 1815/20
1828/22
**leading [1]** 1810/3
**leads [3]** 1800/22
1805/1 1805/2
**learned [1]** 1757/1
**learning [1]** 1872/22
**least [5]** 1757/17
1762/10 1763/14
1887/4 1898/25
**leave [4]** 1784/2
1806/25 1828/18
1857/8
**leaving [1]** 1796/21
**led [1]** 1792/21
**Lee [1]** 1752/2
**left [20]** 1770/10
1772/18 1773/3
1773/16 1783/25
1784/21 1789/21
1795/15 1796/9 1831/4
1846/14 1849/8 1852/5
1854/6 1856/18
1856/20 1857/5
1857/11 1857/12
1863/6
**left-hand [2]** 1772/18
1773/16
**legal [2]** 1835/5
1877/13
**legally [1]** 1782/12
**legislative [3]** 1860/24
1862/1 1866/3
**length [1]** 1888/17
**less [4]** 1757/2 1759/4
1767/17 1767/21
**let [11]** 1764/24
1810/22 1866/24
1866/25 1880/11
1886/7 1886/23 1889/6

**let's [3]** 1829/25
1831/3 1845/13
**lethal [2]** 1767/17
1767/21
**level [2]** 1772/6
1813/22
**liberty [1]** 1872/14
**library [2]** 1783/10
1783/13
**lieutenant [2]** 1768/18
1768/19
**lieutenants [1]**
1766/14
**life [1]** 1846/4
**light [1]** 1762/17
**like [20]** 1756/21
1757/17 1758/15
1759/4 1760/5 1767/22
1777/2 1779/7 1810/19
1811/6 1812/9 1819/24
1820/7 1820/8 1827/7
1853/21 1889/3
1890/17 1893/5 1895/5
**likely [1]** 1760/4
**limited [2]** 1792/12
1887/24
**line [6]** 1778/7 1784/20
1833/16 1893/25
1893/25 1894/4
**lines [2]** 1840/18
1897/16
**liquid [2]** 1785/2
1785/24
**list [1]** 1885/24
**listed [2]** 1836/5
1849/4
**lists [1]** 1837/21
**litany [1]** 1807/16
**literal [2]** 1895/5
1895/8
**literally [1]** 1898/9
**little [10]** 1775/23
1776/1 1782/2 1783/17
1845/13 1846/5
1873/19 1892/20
1893/20 1898/6
**live [2]** 1854/18
1854/20
**lobby [1]** 1805/1
**local [3]** 1829/14
1871/23 1871/24
**located [3]** 1773/7
1840/4 1840/6
**location [5]** 1811/11
1812/17 1866/18
1866/20 1868/18
**locations [2]** 1793/20
1806/6
**lock [1]** 1816/17
**locking [1]** 1862/12
**logic [1]** 1889/20
**long [8]** 1764/12
1766/3 1864/4 1864/7
1864/19 1882/8 1886/5
1888/15
**longer [4]** 1767/23
1813/22 1865/18

**Longworth [1]** 1768/8
**look [7]** 1761/15
1827/7 1840/9 1886/2
1888/1 1892/19 1899/1
**looked [2]** 1791/17
1881/5
**looking [19]** 1758/21
1769/17 1772/9
1772/10 1775/2 1783/7
1787/19 1795/5 1800/2
1810/18 1814/20
1843/9 1848/8 1852/23
1853/19 1856/1
1867/22 1868/11
1875/3
**looks [4]** 1810/19
1853/21 1854/5
1854/13
**lot [3]** 1761/10 1829/22
1895/21
**Louis [2]** 1751/15
1756/11
**lower [8]** 1770/3
1785/1 1798/21
1800/18 1811/9
1812/25 1813/6 1852/5
**Lower West Terrace
[3]** 1785/1 1798/21
1800/18
**lunch [3]** 1757/15
1757/20 1899/2

**M**

**ma'am [2]** 1817/24
1818/3
**machine [1]** 1776/13
**made [14]** 1763/16
1763/17 1779/4 1780/2
1780/8 1783/19
1783/20 1784/18
1828/22 1842/6
1877/25 1885/22
1887/23 1895/15
**magnetometer [1]**
1776/12
**magnetometers [1]**
1776/11
**mahogany [1]** 1810/9
**main [4]** 1790/16
1790/16 1800/22
1802/16
**maintain [1]** 1793/19
**maintained [1]**
1812/18
**major [1]** 1834/14
**majority [5]** 1875/24
1876/1 1876/4 1876/5
1878/15
**make [9]** 1759/15
1772/18 1791/9 1846/4
1852/12 1866/17
1868/17 1883/6
1891/16
**makes [6]** 1757/2
1758/13 1792/16
1844/5 1894/15
1896/18

**management [2]**
1766/10 1766/12
**manner [1]** 1816/13
**mansion [1]** 1763/6
**many [11]** 1772/3
1779/23 1780/12
1782/12 1792/4
1809/24 1829/4
1834/14 1854/10
1858/14 1887/18
**Manzo [2]** 1751/15
1756/11
**map [6]** 1771/18
1771/19 1773/9 1775/3
1795/8 1795/9
**Marion [1]** 1752/15
**mark [4]** 1773/9 1775/3
1778/20 1822/10
**Martin [2]** 1752/10
1756/14
**mask [4]** 1765/9
1827/21 1865/4 1865/7
**masks [1]** 1865/2
**mass [1]** 1814/9
**Massachusetts [1]**
1763/6
**massive [1]** 1809/16
**materials [5]** 1759/11
1848/17 1850/18
1852/16 1888/13
**matt [1]** 1752/22
**matter [4]** 1862/23
1875/17 1895/12
1901/4
**matters [2]** 1884/16
1895/14
**Matthew [3]** 1752/19
1756/16 1756/24
**Matthew Peed [1]**
1756/24
**may [8]** 1757/17
1758/16 1760/25
1820/20 1827/13
1842/6 1884/11 1892/7
**maybe [3]** 1757/24
1820/22 1891/5
**McGovern [6]** 1856/15
1859/9 1859/16
1859/18 1860/17
1861/23
**me [18]** 1760/1
1763/22 1763/25
1785/23 1785/24
1794/13 1808/12
1811/6 1834/4 1840/24
1858/3 1863/18
1880/11 1886/7
1886/23 1898/12
1899/1 1899/2
**mean [24]** 1761/15
1778/9 1829/13
1835/19 1841/13
1841/16 1842/9
1857/22 1858/2
1860/15 1863/16
1864/6 1865/6 1865/16
1869/5 1887/5 1892/19
1892/22 1893/15

**management [2]** 1895/1 1895/24
1896/25 1897/15
1898/18
**means [8]** 1763/11
1812/4 1835/20
1841/14 1841/18
1842/10 1869/7 1894/6
**meant [4]** 1858/3
1860/22 1889/5
1893/12
**media [5]** 1834/19
1834/21 1835/9 1838/5
1885/1
**meet [3]** 1837/17
1839/21 1844/16
**meeting [12]** 1839/20
1840/15 1840/22
1841/2 1841/5 1841/6
1841/10 1841/11
1841/11 1841/14
1841/21 1886/14
**Meggs [1]** 1758/16
**MEHTA [2]** 1751/9
1756/3
**member [2]** 1874/24
1874/24
**members [18]** 1766/9
1766/25 1779/7 1806/5
1806/5 1806/17
1811/17 1811/18
1811/21 1815/7
1815/12 1834/24
1840/14 1852/9
1852/11 1856/24
1865/18 1874/19
**Memorial [4]** 1774/17
1774/19 1800/3 1800/4
**memory [1]** 1760/3
**mentioned [3]** 1788/2
1806/23 1851/7
**message [8]** 1758/16
1758/17 1762/22
1763/2 1763/5 1763/16
1763/24 1764/1
**messages [6]** 1759/3
1763/23 1764/9
1764/11 1764/11
1764/13
**met [3]** 1888/12
1888/20 1892/16
**Metropolitan [5]**
1767/3 1767/5 1794/16
1798/24 1805/24
**middle [8]** 1780/1
1780/2 1780/3 1780/9
1780/14 1788/13
1810/18 1853/19
**might [5]** 1764/9
1808/22 1865/9
1865/15 1892/12
**Mike [3]** 1845/2
1851/24 1870/21
**Mike Pence [1]** 1845/2
**militia [2]** 1880/25
1881/17
**mind [1]** 1772/25
**MINUTA [6]** 1751/6
1752/2 1756/7 1756/12

**M**

**MINUTA... [2]** 1762/1 1792/4
**minutes [8]** 1804/5 1845/20 1856/10 1856/16 1857/3 1857/6 1866/2 1866/3
**misplaced [1]** 1866/9
**misread [1]** 1894/3
**mission [1]** 1766/3
**moderator [1]** 1886/5
**Moerschel [6]** 1752/10 1756/8 1756/15 1758/17 1818/22 1881/23
**moment [3]** 1789/3 1796/19 1845/12
**Monday [3]** 1834/4 1834/5 1835/15
**monitoring [2]** 1789/4 1793/19
**montage [1]** 1760/19
**months [1]** 1808/11
**more [17]** 1758/2 1766/8 1766/21 1780/10 1785/10 1791/9 1793/4 1797/5 1805/2 1876/3 1884/5 1887/7 1887/17 1887/22 1889/20 1898/6 1898/12
**morning [34]** 1751/7 1756/5 1756/19 1756/22 1756/23 1757/1 1757/13 1765/3 1765/17 1765/18 1807/9 1807/10 1817/23 1817/24 1818/17 1818/18 1820/18 1820/19 1822/19 1824/4 1828/6 1828/7 1845/14 1846/14 1869/1 1871/7 1871/10 1873/11 1873/12 1878/11 1878/21 1888/12 1888/21 1888/23
**most [5]** 1810/25 1816/24 1819/1 1835/25 1876/3
**motion [1]** 1885/13
**motorcade [2]** 1796/23 1796/24
**move [10]** 1787/24 1789/21 1812/20 1823/2 1837/6 1857/17 1862/14 1863/13 1863/19 1880/11
**moved [3]** 1759/2 1782/21 1857/15
**moves [7]** 1839/1 1843/12 1847/3 1850/4 1853/5 1869/18 1870/24
**moving [5]** 1806/4 1857/14 1862/1 1865/16 1888/24
**Mr [1]** 1842/4

**Mr. [73]** 1760/2 1760/22 1761/1 1762/1 1762/18 1762/19 1763/25 1764/2 1791/12 1792/4 1792/16 1817/18 1818/22 1818/23 1824/19 1827/20 1828/11 1831/14 1832/21 1833/2 1837/16 1838/17 1839/18 1841/15 1845/11 1845/21 1846/11 1846/14 1847/1 1856/1 1856/15 1858/2 1863/7 1869/16 1871/6 1871/19 1873/11 1873/23 1882/4 1883/16 1884/11 1885/18 1885/23 1885/23 1886/25 1888/2 1888/4 1888/5 1888/14 1888/22 1888/22 1889/9 1889/9 1889/15 1889/18 1890/2 1890/15 1890/19 1892/3 1892/4 1892/19 1893/23 1894/17 1895/1 1896/6 1896/7 1896/8 1896/8 1896/10 1896/23 1897/15 1898/15 1899/10
**Mr. Crisp [1]** 1761/1
**Mr. Edwards [1]** 1886/25
**Mr. Hackett [1]** 1818/23
**Mr. Hackett's [1]** 1899/10
**Mr. Hancock's [1]** 1896/7
**Mr. Kandaris [3]** 1885/23 1888/5 1889/9
**Mr. Kandaris' [2]** 1888/4 1888/22
**Mr. McGovern [1]** 1856/15
**Mr. Minuta [2]** 1762/1 1792/4
**Mr. Moerschel [1]** 1818/22
**Mr. Nestler [2]** 1845/11 1846/11
**Mr. Peed [17]** 1760/2 1760/22 1791/12 1824/19 1883/16 1888/2 1888/14 1889/15 1890/2 1890/19 1892/3 1892/4 1893/23 1896/6 1896/10 1897/15 1898/15
**Mr. Peed's [2]** 1890/15 1892/19
**Mr. Rhodes [3]** 1763/25 1764/2 1792/16

**Mr. Shipley [1]** 1762/18 1762/19 1817/18 1818/18
**Mr. Vallejo [9]** 1885/23 1888/22 1889/9 1889/18 1894/17 1895/1 1896/8 1896/8 1896/23
**Mr. Wickham [22]** 1827/20 1828/11 1831/14 1832/21 1833/2 1837/16 1838/17 1839/18 1841/15 1846/14 1847/1 1856/1 1858/2 1863/7 1869/16 1871/6 1871/19 1873/11 1873/23 1882/4 1884/11
**Ms. [51]** 1760/13 1765/2 1770/21 1773/23 1774/20 1775/10 1775/24 1781/24 1788/20 1792/15 1794/22 1795/22 1796/14 1803/5 1804/9 1806/1 1817/19 1824/20 1825/18 1827/2 1830/16 1831/5 1832/8 1833/16 1835/13 1836/3 1836/18 1837/13 1839/10 1839/15 1840/9 1840/18 1841/1 1841/24 1842/1 1842/3 1843/19 1845/3 1847/15 1848/4 1848/20 1851/15 1855/21 1858/25 1859/3 1861/1 1867/19 1868/9 1868/22 1869/13 1869/25
**Ms. Badalament [46]** 1770/21 1773/23 1774/20 1775/10 1775/24 1781/24 1788/20 1794/22 1795/22 1796/14 1803/5 1804/9 1806/1 1825/18 1827/2 1830/16 1831/5 1832/8 1833/16 1835/13 1836/3 1836/18 1837/13 1839/10 1839/15 1840/9 1840/18 1841/1 1841/24 1842/1 1842/3 1843/19 1845/3 1847/15 1848/4 1848/20 1851/15 1855/21 1858/25 1859/3 1861/1 1867/19 1868/9 1868/22 1869/13 1869/25
**Ms. Halim [1]** 1817/19
**Ms. Hughes [4]** 1760/13 1765/2

**mt [1]** 1789/2
**much [4]** 1764/22 1774/25 1864/17 1885/3
**multiple [7]** 1786/8 1804/18 1805/11 1807/20 1807/23 1811/16 1811/22
**multiplier [1]** 1789/12
**munitions [1]** 1826/23
**must [3]** 1776/8 1784/9 1830/10
**my [19]** 1758/22 1761/8 1761/16 1774/22 1783/20 1784/18 1784/25 1785/5 1814/15 1825/7 1825/10 1826/24 1828/9 1831/23 1849/8 1866/22 1867/8 1885/9 1892/25
**Myers [1]** 1752/12
**myself [1]** 1783/20

**N**

**name [3]** 1765/21 1828/8 1828/9
**named [1]** 1756/17
**Nancy [5]** 1851/24 1855/6 1856/4 1868/16 1870/4
**nation [1]** 1891/9
**National [1]** 1760/8
**nature [1]** 1792/12
**Navy [2]** 1880/25 1881/17
**near [3]** 1863/9 1863/16 1866/15
**nearly [1]** 1809/24
**necessarily [1]** 1897/18
**necessary [1]** 1816/19
**need [8]** 1758/18 1758/23 1764/23 1776/5 1784/4 1784/5 1865/9 1883/21
**needed [7]** 1784/7 1815/21 1860/23 1863/19 1864/9 1896/20 1896/21
**needs [2]** 1897/2 1897/15
**Nestler [4]** 1751/14 1756/10 1845/11 1846/11
**nevertheless [1]** 1763/11
**new [3]** 1758/3 1751/17 1759/3
**news [5]** 1834/14 1835/9 1838/5 1884/21 1885/1
**next [14]** 1765/1 1773/22 1786/9 1796/13 1807/3 1832/2 1837/19 1870/5 1870/6 1880/8 1884/15 1886/4 1890/16 1891/11

**nice [3]** 1764/20 1764/21 1819/24
**night [3]** 1757/25 1759/14 1893/19
**Nixon [1]** 1874/9
**no [75]** 1751/4 1756/6 1756/7 1762/3 1762/5 1762/9 1762/9 1763/15 1764/3 1771/10 1774/9 1777/12 1778/1 1779/19 1780/23 1781/16 1787/11 1794/25 1798/4 1807/4 1808/12 1808/22 1810/14 1811/25 1812/3 1813/17 1813/22 1816/16 1818/12 1819/13 1820/4 1820/13 1823/4 1824/18 1827/11 1830/23 1832/15 1833/11 1834/1 1835/11 1839/3 1839/4 1843/14 1847/8 1847/9 1847/10 1850/6 1853/7 1853/8 1853/9 1857/14 1858/14 1864/21 1865/18 1867/6 1867/17 1871/13 1871/14 1873/7 1874/20 1878/24 1879/3 1880/13 1881/20 1881/22 1882/9 1882/12 1884/9 1886/17 1890/10 1894/3 1894/18 1900/12
**non [1]** 1867/15
**non-Senate [1]** 1867/15
**none [1]** 1808/18
**noon [8]** 1832/23 1878/2 1878/8 1878/19 1879/1 1879/4 1879/7 1881/8
**normal [11]** 1776/8 1776/19 1797/15 1820/7 1826/5 1826/9 1826/13 1826/15 1826/17 1826/24 1827/7
**normally [2]** 1798/16 1816/14
**north [5]** 1769/22 1776/22 1776/23 1779/2 1783/20
**northwest [4]** 1778/19 1778/22 1797/19 1797/23
**not [114]** 1757/19 1759/17 1759/21 1759/21 1760/2 1762/7 1763/22 1764/21 1770/14 1777/9 1785/11 1786/19 1790/2 1791/15 1791/22 1792/14 1794/6 1794/7 1796/12

**N**

**not... [95]** 1797/1
1797/4 1797/18
1797/25 1798/17
1799/6 1799/7 1801/15
1803/14 1805/15
1806/20 1807/15
1808/4 1808/8 1809/24
1810/10 1810/16
1810/22 1810/22
1811/10 1811/11
1811/13 1813/10
1813/11 1813/14
1814/11 1814/12
1814/22 1815/14
1816/1 1816/14
1816/21 1817/5
1817/11 1818/5
1818/11 1818/24
1819/3 1819/6 1819/9
1819/15 1819/18
1820/9 1820/20
1821/12 1821/22
1821/25 1822/7
1822/21 1824/9
1824/11 1824/16
1826/5 1826/9 1826/15
1826/17 1826/24
1827/9 1835/4 1835/6
1838/5 1841/6 1845/21
1856/22 1860/20
1862/8 1862/17
1862/20 1862/21
1862/22 1862/24
1862/25 1863/16
1863/18 1867/7
1872/18 1875/15
1877/6 1883/13
1883/24 1885/12
1887/9 1887/15
1887/15 1889/4 1890/9
1891/12 1892/5
1893/14 1894/21
1896/22 1896/25
1898/14 1898/18
1899/13
**notably [1]** 1835/23
**note [4]** 1760/21
1763/15 1769/20
1792/2
**nothing [6]** 1758/11
1759/3 1810/3 1817/10
1817/16 1820/8
**noticed [1]** 1783/13
**November [8]** 1833/16
1833/18 1833/19
1833/22 1833/25
1834/5 1834/8 1834/12
**November 7th [1]**
1834/12
**now [60]** 1756/2
1756/3 1757/3 1763/9
1763/10 1768/24
1770/23 1775/23
1782/2 1787/18
1787/24 1788/2
1794/20 1796/9
1798/10 1799/9

1801/11 1802/15
1802/17 1803/1
1804/11 1809/1 1809/8
1809/15 1812/6
1823/10 1825/25
1830/8 1831/25
1834/20 1835/12
1836/2 1838/4 1838/12
1840/8 1841/10
1841/23 1843/1
1848/23 1849/20
1854/23 1856/5
1856/13 1861/3 1861/9
1863/23 1864/10
1864/22 1869/11
1870/18 1871/6
1878/23 1879/3
1882/17 1884/15
1894/6 1899/14
**number [8]** 1785/8
1792/16 1809/23
1835/25 1838/2
1851/11 1864/1
1875/19
**numbers [5]** 1785/12
1787/8 1875/15
1875/22 1876/25
**NW [2]** 1751/17
1752/20

**O**

**O-r-t-e-g-a [1]** 1765/22
**oath [27]** 1760/8
1765/6 1791/15
1791/19 1792/22
1792/23 1819/1 1819/4
1819/8 1819/14
1827/18 1830/10
1831/13 1831/17
1831/20 1883/23
1883/24 1884/4 1884/6
1886/14 1886/19
1888/7 1888/10
1888/12 1888/21
1892/16 1892/21
**Oath Keeper [1]**
1819/8
**Oath Keepers [14]**
1760/8 1791/15
1791/19 1792/22
1792/23 1819/1 1819/4
1819/14 1886/14
1886/19 1888/10
1888/12 1892/16
1892/21
**object [2]** 1791/14
1791/19
**objecting [1]** 1875/17
**objection [65]** 1758/19
1759/15 1763/16
1764/7 1771/10 1774/2
1778/1 1779/19
1780/23 1781/16
1787/10 1787/11
1791/4 1791/6 1808/14
1823/4 1826/10
1827/10 1830/23

1839/1 1839/4 1842/6
1842/12 1843/14
1846/3 1847/8 1847/9
1847/10 1850/6 1853/7
1853/8 1853/8 1853/9
1855/8 1857/19
1857/23 1859/11
1860/9 1860/19 1862/7
1867/2 1872/15
1873/17 1873/17
1873/18 1874/3 1874/4
1874/8 1874/12
1874/14 1874/19
1874/24 1875/4 1875/6
1876/12 1877/6
1877/11 1880/13
1885/9 1886/8 1886/25
1887/18 1889/8
**objections [7]** 1842/21
1852/12 1855/12
1873/13 1875/10
1875/11 1883/1
**observations [1]**
1814/16
**observe [6]** 1825/4
1857/2 1858/5 1861/22
1863/23 1866/12
**observed [4]** 1784/23
1784/25 1785/5
1785/16
**observer [1]** 1856/22
**observing [1]** 1792/21
**obvious [1]** 1865/15
**obviously [2]** 1810/4
1846/5
**occasions [2]** 1811/4
1851/12
**occur [4]** 1782/4
1834/3 1841/20
1883/13
**occurred [1]** 1857/2
**occurrence [1]**
1834/24
**occurring [2]** 1759/18
1861/16
**occurs [1]** 1838/10
**off [11]** 1771/16
1777/12 1816/22
1816/24 1817/14
1856/18 1856/20
1863/6 1884/22 1885/2
1892/22
**offers [1]** 1871/23
**office [21]** 1751/16
1768/1 1768/8 1768/17
1789/2 1805/3 1805/4
1819/11 1828/16
1828/17 1828/18
1829/5 1831/11
1831/19 1831/22
1834/7 1864/11
1879/21 1883/23
1883/24 1884/4
**officer [11]** 1768/13
1798/24 1803/14
1818/17 1839/24
1844/21 1844/21

1900/10
**Officer Shook [1]**
1900/10
**officers [31]** 1766/13
1767/16 1783/16
1783/19 1783/23
1784/4 1785/1 1785/3
1785/5 1785/8 1785/13
1785/16 1786/21
1789/13 1798/22
1798/23 1798/25
1800/17 1806/15
1812/23 1813/4
1813/11 1813/21
1813/25 1825/8
1825/11 1826/24
1840/14 1863/25
1864/19 1868/5
**offices [4]** 1752/2
1773/6 1773/10 1774/5
**official [3]** 1847/5
1854/9 1865/23
**officials [4]** 1862/2
1862/5 1862/10 1864/1
**oh [6]** 1811/9 1812/10
1885/11 1890/18
1894/3 1899/20
**OK [1]** 1758/15
**okay [116]** 1756/19
1757/4 1757/11
1757/16 1758/25
1759/13 1760/13
1760/24 1761/9
1761/14 1762/4
1762/15 1764/14
1764/18 1765/8
1769/16 1771/18
1772/7 1772/11
1774/13 1775/7
1775/13 1775/22
1778/2 1778/21
1779/20 1781/2
1781/20 1781/23
1783/7 1784/15
1791/13 1792/25
1794/20 1795/22
1796/6 1803/4 1804/8
1807/5 1808/10
1808/19 1809/7
1809/12 1809/24
1810/1 1810/7 1810/15
1811/11 1811/16
1811/19 1812/21
1813/3 1813/8 1813/15
1813/20 1815/2
1815/19 1817/3
1818/22 1818/25
1819/16 1819/21
1819/24 1820/3
1820/13 1821/7
1821/23 1822/8
1822/13 1824/10
1827/12 1835/7
1835/12 1846/1 1846/6
1847/14 1851/14
1863/1 1866/24 1867/1
1871/15 1872/3

1876/11 1876/15
1876/19 1877/8
1877/20 1878/6
1878/10 1878/16
1879/8 1879/16 1880/7
1881/20 1884/10
1884/14 1885/14
1885/17 1886/11
1890/14 1890/19
1891/6 1891/17
1891/22 1893/2
1893/16 1894/8
1894/14 1895/23
1899/9 1899/22 1900/4
1900/13
**once [8]** 1784/15
1806/14 1815/10
1816/10 1816/13
1817/9 1861/17 1865/8
**one [34]** 1758/20
1762/17 1766/8
1777/11 1779/25
1780/7 1780/10
1780/18 1781/20
1786/17 1797/5
1799/15 1808/7 1811/5
1811/6 1812/20
1819/17 1824/6 1832/1
1836/8 1840/24 1862/1
1865/2 1865/5 1869/24
1870/8 1875/22
1882/13 1888/1
1892/22 1894/5 1894/5
1895/17 1899/7
**one's [1]** 1892/24
**ones [2]** 1815/14
1890/3
**ongoing [2]** 1842/15
1869/9
**only [12]** 1763/17
1763/18 1777/12
1779/7 1792/14
1810/25 1811/3
1822/10 1885/15
1891/3 1892/20 1895/8
**Op [1]** 1758/15
**open [8]** 1777/7 1793/8
1798/15 1816/11
1816/14 1820/11
1837/25 1863/2
**opened [9]** 1760/10
1799/20 1801/9 1816/3
1816/8 1816/10 1817/1
1817/9 1852/11
**operate [1]** 1793/19
**operation [2]** 1878/20
1897/6
**operations [1]** 1768/21
**opinion [6]** 1887/20
1887/22 1896/7
1897/18 1897/22
1898/25
**opportunities [1]**
1792/4
**opportunity [4]**
1764/13 1773/25
1790/19 1889/4

**O**

**opposed [3]** 1895/4 1895/4 1898/14
**ops [3]** 1790/16 1790/16 1802/16
**options [1]** 1767/21
**orange [2]** 1785/2 1785/24
**order [9]** 1794/1 1847/25 1858/10 1858/15 1883/21 1899/17 1899/17 1899/19 1899/23
**ordered [2]** 1761/16 1866/14
**organizations [1]** 1834/15
**orient [1]** 1802/14
**original [3]** 1759/7 1762/7 1793/5
**originally [1]** 1759/10
**originated [2]** 1844/1 1844/2
**Ortega [16]** 1759/15 1765/4 1765/8 1765/13 1765/22 1765/23 1768/9 1769/7 1769/16 1771/24 1806/23 1807/9 1820/18 1822/15 1824/25 1827/12
**ostensibly [1]** 1763/15
**other [18]** 1758/23 1764/9 1770/23 1783/17 1785/3 1785/4 1792/5 1798/25 1811/7 1811/22 1820/13 1829/9 1848/17 1850/18 1854/18 1856/24 1872/10 1892/23
**others [2]** 1864/4 1892/13
**our [20]** 1768/19 1768/20 1768/20 1776/23 1778/8 1779/25 1780/1 1780/9 1780/11 1783/1 1785/14 1786/17 1786/21 1802/16 1830/2 1845/13 1846/3 1846/14 1884/15 1897/17
**out [23]** 1761/4 1761/16 1775/11 1783/9 1783/19 1802/22 1802/24 1803/25 1803/25 1804/2 1805/25 1806/15 1806/21 1811/22 1816/1 1836/17 1840/25 1841/23 1852/16 1866/16 1879/12 1880/9 1899/3
**outer [4]** 1778/8 1778/9 1780/14 1781/4
**outgoing [1]** 1830/4

**outnumbered [1]** 1789/9
**outside [3]** 1793/21 1783/24 1785/10 1813/5
**outside [3]** 1793/21 1802/1 1812/1
**over [15]** 1768/10 1785/15 1841/2 1855/13 1856/16 1857/2 1857/5 1868/14 1868/18 1870/2 1870/22 1875/11 1882/24 1883/4 1890/12
**overly [1]** 1761/18
**overruled [10]** 1758/19 1826/12 1857/20 1857/25 1860/20 1862/8 1863/3 1873/20 1873/21 1873/22
**overruling [1]** 1885/9
**overrun [1]** 1787/22
**overseen [1]** 1852/20
**overview [1]** 1769/18
**overwhelmed [1]** 1786/13
**own [4]** 1764/4 1814/15 1887/17 1889/4

**P**

**p.m [52]** 1760/7 1763/25 1796/6 1796/8 1796/20 1797/3 1798/1 1798/8 1798/18 1799/3 1799/16 1799/19 1800/9 1800/14 1800/20 1801/1 1801/9 1801/11 1801/18 1804/11 1804/22 1805/7 1805/10 1805/14 1805/23 1848/7 1848/23 1851/18 1855/4 1855/25 1856/9 1858/25 1859/8 1861/4 1861/13 1861/24 1867/13 1867/22 1868/2 1868/4 1868/11 1868/19 1870/2 1870/6 1870/8 1870/10 1870/12 1870/14 1870/16 1883/8 1900/17 1900/17
**PA [1]** 1752/7
**page [8]** 1762/21 1830/17 1832/11 1877/20 1879/11 1880/8 1887/13 1887/21
**pages [4]** 1848/12 1848/22 1850/19 1852/2
**pan [1]** 1789/21
**pandemic [1]** 1777/11
**panel [2]** 1764/16 1846/7
**parade [1]** 1821/12
**parading [1]** 1821/9

**paragraph [3]** 1870/20 1880/22 1893/23
**pardon [1]** 1794/13
**parliamentarian [14]** 1828/12 1828/19 1828/23 1829/1 1829/22 1834/20 1846/19 1852/19 1854/15 1854/16 1856/24 1860/16 1874/17 1874/18
**Parliamentarian's [3]** 1829/5 1833/4 1864/11
**part [13]** 1766/10 1779/25 1796/23 1831/7 1839/12 1841/20 1872/6 1878/3 1881/4 1881/7 1886/20 1891/13 1892/12
**particular [10]** 1792/2 1792/4 1792/9 1846/6 1853/25 1859/19 1879/6 1884/20 1896/22 1898/23
**particularly [2]** 1792/14 1893/12
**parties [2]** 1862/23 1884/16
**parts [2]** 1759/2 1836/20
**party [3]** 1887/15 1898/4 1898/7
**pass [2]** 1776/11 1779/6
**past [1]** 1851/13
**path [2]** 1849/22 1850/1
**patriots [2]** 1764/3 1792/19
**Paul [1]** 1824/7
**pause [25]** 1789/3 1794/22 1795/3 1796/13 1796/19 1797/5 1802/12 1803/7 1815/15 1825/25 1827/4 1845/11 1847/17 1848/5 1849/2 1851/17 1855/3 1855/23 1856/7 1859/2 1861/3 1861/12 1868/8 1880/11 1898/17
**paying [1]** 1834/21
**Peace [1]** 1795/6
**peaceful [2]** 1886/16 1886/17 1889/3
**Peed [21]** 1752/19 1752/19 1756/16 1756/24 1760/2 1760/22 1791/12 1824/19 1883/16 1888/2 1888/14 1889/15 1890/2 1890/19 1892/3 1892/4 1893/23 1896/6 1896/10 1897/15 1898/15
**Peed's [2]** 1890/15 1892/19

**paragraph [3]** 1855/6 1856/4 1857/5 1857/10 1857/1 1868/16 1870/4
**Pence [5]** 1845/2 1851/24 1869/2 1870/21 1878/14 1874/17 1874/18
**Pennsylvania [2]** 1796/4 1876/16
**people [19]** 1782/12 1782/14 1784/8 1811/25 1812/3 1814/9 1816/4 1816/13 1817/5 1817/10 1819/10 1819/13 1819/24 1849/23 1851/20 1854/14 1862/18 1871/21 1896/13
**people's [1]** 1862/2
**pepper [2]** 1767/22 1767/23
**perhaps [2]** 1762/10 1764/21
**perimeter [42]** 1777/21 1778/8 1778/9 1778/10 1778/11 1778/12 1778/16 1779/4 1779/5 1780/1 1780/1 1780/2 1780/3 1780/9 1780/11 1780/15 1781/2 1781/4 1781/7 1781/21 1783/1 1783/18 1783/21 1784/3 1786/17 1786/20 1787/1 1810/11 1812/13 1812/22 1818/9 1819/17 1819/18 1819/19 1819/21 1819/22 1820/1 1821/17 1821/20 1821/21 1826/14 1862/12
**perimeters [5]** 1779/11 1779/15 1779/23 1780/12 1787/22
**period [4]** 1842/19 1864/22 1882/23 1900/8
**permanent [2]** 1819/18 1869/7
**permanently [2]** 1841/14 1869/9
**permission [1]** 1899/14
**permit [2]** 1820/24 1887/15
**permitted [4]** 1796/11 1797/3 1824/3 1898/20
**person [21]** 1776/9 1814/12 1830/10 1835/8 1835/10 1838/1 1838/4 1853/23 1856/13 1860/15 1866/16 1873/2 1875/23 1876/3 1881/10 1883/21 1883/24 1884/3 1884/6

**person's [2]** 1832/1 1832/2
**personal [2]** 1872/4 1899/13
**personally [4]** 1819/7 1821/22 1822/16 1861/22
**personnel [4]** 1863/21 1864/24 1865/12 1882/7
**perspective [2]** 1833/4 1895/24
**Philadelphia [1]** 1752/7
**phone [3]** 1791/9 1862/15 1885/17
**phones [1]** 1884/21
**photo [12]** 1769/6 1769/23 1769/25 1770/2 1770/4 1773/3 1773/5 1773/22 1775/2 1788/12 1788/13 1822/17
**photograph [11]** 1779/11 1779/14 1779/24 1780/18 1781/3 1781/11 1787/17 1788/11 1788/17 1850/1 1852/25
**photos [4]** 1770/23 1771/5 1773/21 1774/1
**phrase [3]** 1834/9 1835/15 1841/5
**physical [1]** 1785/17
**physically [1]** 1762/23 1785/25
**picked [1]** 1825/10
**picket [1]** 1821/12
**picketing [1]** 1821/10
**picnic [1]** 1825/13
**picnics [1]** 1819/25
**picture [2]** 1822/23 1822/24
**pictures [1]** 1821/15
**pieces [1]** 1891/16
**pillar [1]** 1774/18
**pistols [1]** 1864/5
**place [13]** 1777/5 1778/12 1779/12 1780/19 1789/5 1789/8 1809/9 1830/2 1862/11 1862/24 1863/13 1864/23 1865/17
**placed [8]** 1765/6 1769/24 1770/3 1784/20 1788/16 1814/23 1827/18 1865/3
**places [1]** 1835/25
**Plaintiff [1]** 1751/4
**plan [3]** 1762/23 1886/21 1899/10
**planning [2]** 1888/24 1889/9
**plastic [3]** 1821/16 1820/22 1822/4

**platform [1]**  1788/17
**plausible [1]**  1894/2
**play [8]**  1806/12
1825/18 1836/25
1848/19 1854/25
1856/5 1860/25
1897/16
**played [22]**  1795/24
1798/13 1802/11
1803/6 1803/16
1804/15 1825/23
1827/3 1847/16
1848/25 1851/16
1855/1 1855/22 1856/6
1859/1 1861/2 1861/10
1867/11 1867/20
1867/25 1868/7
1868/23
**playing [17]**  1795/23
1796/21 1797/9 1803/5
1803/15 1804/9 1827/1
1847/14 1849/20
1851/14 1855/20
1858/24 1861/9 1867/9
1867/18 1868/21
1898/15
**plaza [14]**  1778/25
1783/14 1786/20
1786/22 1787/19
1796/8 1796/11 1797/2
1797/3 1797/23
1798/18 1799/24
1800/14 1810/12
**please [78]**  1756/4
1764/18 1765/5
1765/19 1769/4
1771/16 1772/16
1772/21 1773/9
1773/23 1774/13
1775/18 1777/18
1778/15 1779/9
1780/16 1781/9 1783/5
1784/13 1787/5 1787/7
1795/23 1797/9 1803/4
1803/15 1803/18
1804/8 1825/15
1825/18 1827/1
1827/17 1828/8
1830/15 1831/3 1831/8
1831/17 1832/8
1832/20 1833/1
1835/13 1836/17
1837/7 1837/16
1837/19 1839/18
1841/4 1841/24 1842/1
1842/3 1843/2 1844/12
1846/9 1846/16
1847/15 1848/3 1848/4
1848/20 1852/22
1854/24 1857/10
1859/2 1860/25
1862/15 1866/1
1867/18 1868/8
1868/21 1869/11
1869/13 1877/25
1879/11 1879/17
1880/9 1880/22

**pledge [1]**  1854/16
1889/23 1893/8
**pledged [1]**  1874/9
**PO [1]**  1752/3
**podcast [7]**  1886/1
1888/5 1890/9 1896/12
1896/13 1896/17
1896/21
**podcasts [1]**  1885/23
**point [25]**  1784/23
1785/13 1785/18
1786/10 1786/19
1787/21 1788/18
1788/22 1788/25
1791/20 1792/6
1797/15 1798/25
1801/12 1804/17
1811/12 1812/22
1855/5 1860/23 1865/2
1865/13 1868/15
1875/12 1892/19
1896/6
**points [4]**  1792/5
1792/7 1804/18
1805/11
**police [35]**  1759/21
1765/24 1766/2 1766/4
1766/9 1766/24 1767/3
1767/5 1767/10
1767/16 1768/11
1768/12 1768/12
1782/19 1783/16
1789/7 1789/13 1790/4
1790/7 1790/8 1790/24
1793/18 1794/16
1795/1 1795/16
1798/23 1798/24
1803/14 1803/22
1805/24 1808/2
1808/24 1812/18
1815/10 1868/4
**portion [21]**  1761/4
1831/4 1831/18
1832/11 1832/20
1837/3 1837/19
1839/15 1839/17
1842/1 1842/4 1843/19
1844/13 1888/4
1888/19 1890/19
1891/7 1891/20 1892/3
1892/15 1898/24
**portions [6]**  1760/18
1790/25 1793/13
1837/12 1837/15
1898/20
**position [6]**  1761/8
1783/12 1791/23
1795/13 1865/3
1888/25
**positioned [1]**  1785/8
**possible [1]**  1774/22
**possibly [1]**  1776/12
**posted [2]**  1781/6
1820/8
**postmeridian [1]**
1844/18
**Potentially [1]**  1757/15
**power [7]**  1830/2

1879/25 1880/1 1880/3
1881/10
**powers [1]**  1830/9
**PR [1]**  1767/22
**PR-24s [1]**  1767/22
**practically [1]**  1782/8
**precede [1]**  1890/3
**precise [1]**  1792/6
**precisely [1]**  1760/14
**prejudice [2]**  1759/19
1761/18
**prejudicial [3]**  1759/24
1761/11 1793/4
**preliminary [1]**
1756/21
**preparation [2]**
1807/23 1846/20
**prepare [2]**  1829/15
1829/19
**prepared [1]**  1846/4
**preparing [1]**  1770/24
**presence [4]**  1837/24
1863/24 1864/9
1889/10
**present [7]**  1756/17
1852/11 1852/13
1896/24 1897/2
1897/10 1897/25
**presenting [3]**  1887/7
1888/20 1892/15
**preserve [1]**  1831/23
**preside [1]**  1870/22
**presidency [2]**  1832/2
1832/2
**president [62]**  1796/24
1805/4 1809/10 1830/4
1830/6 1830/10
1830/11 1831/10
1831/22 1832/22
1832/22 1835/10
1835/21 1835/22
1836/11 1836/12
1836/15 1836/15
1837/18 1837/18
1837/23 1837/24
1838/2 1838/3 1839/23
1841/19 1844/19
1844/20 1844/23
1844/24 1845/1
1851/24 1854/1 1854/3
1854/3 1869/2 1870/21
1875/18 1875/23
1876/6 1878/1 1878/1
1878/13 1878/14
1878/18 1878/18
1878/23 1878/23
1878/24 1879/1 1879/3
1879/3 1879/20
1879/22 1880/5
1880/24 1881/9
1881/14 1881/16
1883/22 1883/25
1884/4
**President Biden [1]**
1878/23
**President Trump [1]**
1878/18 1881/9

**President's [3]**
1796/23 1805/3
1819/11
**President-Elect [3]**
1875/23 1878/13
1878/24
**Presidential [3]**  1830/1
1838/9 1838/14
**presiding [9]**  1756/3
1839/24 1844/20
1844/21 1844/22
1855/4 1856/3 1868/14
1870/2
**pressure [1]**  1893/13
**pretrial [2]**  1899/21
1900/7
**pretty [1]**  1769/2
1876/20
**prevent [1]**  1785/15
**prevented [2]**  1810/11
1884/3
**previously [6]**  1758/1
1758/11 1759/2
1852/19 1864/16
1864/20
**primary [2]**  1767/6
1894/2
**prior [7]**  1761/12
1791/22 1856/16
1857/3 1857/6 1868/19
1869/8
**private [2]**  1758/16
1758/17
**probably [1]**  1821/6
**probative [1]**  1793/4
**problem [1]**  1900/12
**problems [1]**  1886/17
**procedural [1]**  1875/17
**procedure [6]**  1838/10
1860/2 1862/1 1876/7
1876/10 1882/4
**procedures [4]**
1775/24 1776/2 1776/5
1777/4
**proceeding [5]**
1851/11 1852/8
1856/25 1875/3
1882/14
**proceedings [11]**
1751/9 1756/18 1809/8
1815/12 1845/9
1846/17 1856/23
1867/8 1875/12
1884/23 1901/4
**process [15]**  1809/13
1815/22 1836/25
1838/13 1852/20
1874/2 1874/3 1875/18
1875/18 1877/9
1877/11 1877/14
1877/7 1891/9 1891/21
**processing [1]**
1848/24
**professional [2]**
1768/17 1853/14
**prohibited [1]**  1776/25
**projected [1]**  1834/22

**projection [2]**  1834/17
1834/18
**projects [1]**  1838/5
**property [1]**  1759/20
**proposal [2]**  1890/15
1899/25
**propose [1]**  1892/10
**proposed [1]**  1897/11
**propositions [1]**
1888/1
**prosecution [4]**
1795/19 1801/13
1805/8 1805/16
**protect [2]**  1766/25
1831/23
**protection [3]**  1767/14
1768/14 1768/16
**protesters [1]**  1797/23
1821/8 1823/10
1824/14 1875/9
**protesting [1]**  1821/9
**provide [3]**  1759/11
1762/25 1879/6
**provided [3]**  1758/1
1758/11 1840/23
**provides [1]**  1891/11
**provisions [1]**  1883/4
**public [10]**  1777/7
1777/10 1810/22
1810/25 1811/10
1811/20 1820/11
1820/20 1820/23
1824/11
**publish [10]**  1769/9
1771/8 1774/7 1774/13
1777/24 1779/17
1780/21 1781/14
1791/2 1794/20
**published [1]**  1808/9
**publishing [1]**  1808/4
**pull [10]**  1830/15
1832/7 1837/2 1838/16
1838/23 1846/25
1852/22 1869/11
1870/18 1894/10
**pulled [3]**  1794/10
1813/2 1877/19
**pulling [1]**  1812/16
**Punta [1]**  1752/16
**purports [1]**  1794/9
**purpose [3]**  1770/18
1887/9 1887/24
**purposes [3]**  1834/23
1885/25 1889/10
**pursuant [3]**  1787/3
1844/18 1847/5
**push [3]**  1786/1
1802/24 1805/25
**pushed [2]**  1786/14
1799/16
**pushing [2]**  1798/22
1800/21
**put [16]**  1758/8
1762/19 1764/13
1775/11 1786/16
1800/1 1802/22
1803/25 1803/25
1804/2 1860/12 1865/3

**P**

put... [4] 1887/3
1889/22 1896/6
1896/25
put out [1] 1804/2
puts [1] 1895/16
putting [6] 1758/18
1758/20 1895/8
1896/12 1897/19
1898/15

**Q**

qualification [1]
1884/2
qualifications [1]
1884/1
Queen [1] 1752/7
question [14] 1759/8
1762/20 1762/22
1763/4 1763/12
1802/18 1814/15
1819/17 1860/10
1876/2 1884/5 1886/2
1886/3 1898/23
questions [17] 1807/4
1807/11 1818/12
1818/17 1820/13
1824/18 1825/12
1826/12 1827/11
1871/14 1871/20
1873/7 1881/21
1881/22 1883/5 1883/6
1884/9
quick [2] 1885/8
1899/7
quickly [2] 1824/21
1857/14
quite [2] 1803/8 1896/3

**R**

R-o-n-a-l-d [1] 1765/22
rack [12] 1779/5
1781/6 1783/15
1785/15 1786/16
1786/18 1786/22
1812/13 1812/20
1813/16 1813/18
1819/18
racks [13] 1779/6
1780/10 1780/19
1781/7 1781/12
1812/16 1819/5
1821/15 1825/1 1825/4
1825/7 1825/9 1825/10
radio [10] 1790/3
1790/6 1790/8 1790/15
1790/20 1790/25
1794/16 1802/16
1802/20 1803/20
raise [4] 1765/5
1827/17 1874/19
1899/8
raised [1] 1763/15
raises [1] 1758/6
raising [1] 1793/6
Rakoczy [2] 1751/14
1756/10
rallies [1] 1824/3

rally [4] 1889/3
1880/17
ran [1] 1768/20
range [1] 1760/7
rarely [1] 1887/24
rather [1] 1854/18
ray [1] 1776/13
Rayburn [1] 1768/7
reach [2] 1876/4
1876/5
reaction [1] 1895/17
read [21] 1778/15
1793/13 1803/8
1809/10 1831/8
1831/17 1832/20
1837/15 1839/14
1839/17 1840/20
1840/20 1842/3
1844/12 1877/24
1879/17 1880/22
1891/5 1897/14
1897/18 1898/24
reading [1] 1841/4
1872/23
ready [4] 1764/15
1764/25 1865/3 1865/7
real [3] 1885/8 1895/4
1895/6
real-time [2] 1895/4
1895/6
realized [2] 1812/7
1815/10
really [6] 1784/7
1784/9 1889/21
1892/25 1893/25
1894/2
reason [1] 1889/20
reasons [2] 1777/11
1792/15
recall [12] 1760/25
1762/13 1792/15
1806/20 1807/15
1809/15 1812/12
1834/14 1850/2
1876/21 1876/25
1900/6
recalled [1] 1808/13
receive [2] 1864/23
1865/11
received [27] 1769/13
1771/13 1774/10
1778/3 1779/21
1780/25 1781/17
1787/13 1793/10
1803/24 1823/6 1831/1
1832/17 1833/13
1837/9 1839/6 1843/16
1847/12 1850/8
1853/11 1869/21
1871/2 1878/15
1880/15 1895/3
1895/10 1895/13
receiving [1] 1791/24
recess [8] 1845/24
1845/25 1860/3 1861/6
1861/18 1861/19
1861/23 1900/17
recessed [1] 1882/15
recognize [4] 1822/17

1822/20 1825/7 Filed
1827/21 1825/20
1880/17
recognized [1] 1819/8
recollection [1]
1761/16
record [14] 1762/6
1769/24 1773/14
1784/20 1788/16
1791/13 1845/6
1846/15 1846/16
1846/20 1846/22
1847/6 1885/15 1901/3
recorded [3] 1790/17
1887/16 1898/20
recording [4] 1793/20
1793/23 1847/6 1866/3
recordings [2] 1794/5
1794/11
records [1] 1847/5
recover [1] 1812/18
recovered [1] 1794/2
recross [4] 1753/4
1763/20 1763/21
1763/24
rectangle [2] 1769/25
1770/4
red [2] 1778/6 1823/14
redirect [8] 1753/4
1763/1 1764/5 1764/8
1824/20 1824/23
1881/25 1882/2
refer [1] 1763/18
reference [2] 1859/18
1884/23
referenced [1] 1893/13
referencing [1] 1761/5
referring [6] 1760/2
1760/23 1792/18
1811/9 1820/10 1822/1
referring to [1]
1760/23
reflective [1] 1822/18
reflects [1] 1900/1
relate [4] 1795/9
1795/12 1796/22
1797/19
related [4] 1757/23
1794/19 1829/9
1848/18
relating [1] 1844/19
relation [3] 1798/19
1799/14 1800/15
relevance [5] 1759/15
1762/11 1792/9
1792/11 1826/10
relevant [6] 1759/25
1760/11 1761/12
1761/25 1791/22
1792/1
relocate [3] 1786/10
1788/22 1789/1
remain [1] 1871/6
remained [1] 1816/10
remaining [1] 1828/24
remains [1] 1816/16
remember [5] 1761/3
1819/11 1876/16
1876/21 1899/17

demand [1] 1867/9
reminder [1] 1884/19
remove [5] 1765/9
1827/21 1853/15
1892/10 1892/14
removing [1] 1892/25
repeat [1] 1893/18
replace [1] 1866/11
report [4] 1782/15
1782/17 1842/24
1855/15
reported [2] 1782/19
1806/23
representative [6]
1824/7 1859/9 1859/16
1859/18 1860/17
1861/23
Representative
McGovern [3] 1859/18
1860/17 1861/23
representatives [18]
1828/13 1829/5
1834/21 1837/25
1839/21 1839/22
1840/1 1840/3 1842/14
1842/18 1844/15
1844/16 1852/6 1860/4
1876/6 1876/24 1877/5
1877/15
request [4] 1763/17
1763/20 1764/7
1764/10
requesting [1] 1899/14
require [4] 1782/8
1829/22 1834/2
1854/20
required [6] 1760/17
1762/12 1764/10
1831/13 1838/13
1866/7
requirements [1]
1844/18
requires [3] 1866/5
1875/24 1884/6
resolution [12] 1843/4
1843/7 1843/10
1843/21 1843/24
1843/25 1844/1 1844/2
1844/5 1844/10
1844/11 1844/13
resolve [2] 1885/21
1886/12
Resolved [1] 1844/14
respect [4] 1852/7
1863/24 1866/13
1885/19
respective [1] 1837/17
respects [1] 1807/12
respond [4] 1782/24
1783/8 1784/11 1892/7
responded [1] 1826/2
responding [1]
1785/20
response [2] 1894/12
1894/17
Responsibility [1]
1768/17
responsible [4]

demand [1] 1767/19
1768/3 1768/6
rest [1] 1886/21
result [12] 1786/2
1796/17 1834/9
1834/15 1834/16
1836/12 1841/8
1841/16 1852/14
1875/16 1878/22
1883/11
resulted [1] 1815/3
results [3] 1855/15
1875/19 1883/2
resume [2] 1845/15
1855/17
retired [1] 1828/19
retreated [3] 1813/5
1813/21 1813/23
return [4] 1806/9
1842/10 1842/24
1884/17
review [10] 1770/23
1773/25 1790/19
1808/3 1808/5 1808/12
1808/22 1808/22
1898/1 1898/10
reviewed [2] 1846/22
1877/12
Rhodes [3] 1763/25
1764/2 1792/16
right [146] 1756/20
1757/3 1757/16
1757/22 1760/20
1761/3 1762/9 1762/16
1764/25 1765/5
1769/11 1771/11
1773/5 1773/15
1774/18 1775/5
1775/15 1778/23
1780/24 1786/9
1787/12 1788/12
1788/13 1789/21
1794/25 1795/1 1795/8
1796/10 1797/21
1799/9 1800/3 1800/11
1801/4 1801/13 1802/2
1802/12 1802/15
1802/17 1803/1 1803/7
1804/24 1804/25
1807/14 1807/21
1809/9 1809/17 1810/5
1810/20 1811/1
1811/14 1811/17
1811/23 1812/4 1812/7
1813/6 1813/23 1814/3
1814/19 1815/7
1815/17 1816/5
1816/15 1818/7
1818/12 1819/14
1820/25 1821/4
1821/10 1821/13
1821/16 1821/17
1822/23 1823/9
1823/24 1824/16
1824/19 1827/17
1830/8 1831/14
1836/22 1839/5 1841/2
1844/6 1845/19 1846/1

**R**

**right... [61]** 1846/10
1846/14 1849/9 1851/8
1853/10 1853/16
1854/10 1858/22
1863/6 1871/20 1872/4
1872/14 1872/23
1873/6 1874/5 1874/9
1874/14 1874/20
1874/21 1875/4 1875/7
1875/11 1875/14
1875/20 1875/25
1876/6 1876/8 1876/13
1877/18 1877/21
1878/9 1878/19
1879/14 1879/24
1880/1 1880/5 1880/17
1881/3 1881/6 1881/12
1881/18 1884/7 1885/7
1885/19 1890/4
1890/11 1891/7
1891/13 1891/17
1892/18 1893/6
1893/24 1897/7
1897/13 1897/16
1897/19 1898/14
1898/22 1899/1
1900/12 1900/14
**right-hand [2]** 1788/13
1795/8
**Rights [3]** 1872/7
1872/10 1872/11
**RIOS [2]** 1752/11
1752/15
**riot [1]** 1760/19
**rioters [7]** 1759/23
1759/24 1785/18
1788/8 1791/18 1825/5
1875/9
**riotous [1]** 1761/13
**rise [4]** 1756/2 1845/17
1885/4 1900/16
**RMR [2]** 1901/2 1901/8
**Robert [1]** 1752/10
**ROBERTO [2]** 1751/6
1756/7
**role [5]** 1806/12
1828/15 1836/25
1846/19 1858/8
**roles [1]** 1769/1
**rolled [1]** 1823/18
**rolling [1]** 1822/7
**Ronald [3]** 1765/4
1765/13 1765/22
**room [3]** 1799/8
1799/11 1850/22
**rope [1]** 1873/19
**rostrum [4]** 1851/21
1852/5 1856/23
1856/25
**Rotunda [12]** 1770/8
1772/23 1772/25
1773/15 1774/16
1799/14 1799/15
1800/1 1801/8 1849/19
1849/24 1850/24
**roughly [1]** 1878/23
**route [3]** 1806/16

**rule [24]** 1762/19
1763/18 1859/19
1859/19 1859/21
1859/21 1859/22
1859/24 1860/5 1860/7
1860/18 1887/10
1887/15 1887/24
1888/18 1889/5
1894/21 1894/22
1894/22 1897/1 1898/2
1898/3 1898/10
1898/11
**Rule 106 [7]** 1762/19
1763/18 1887/10
1887/24 1888/18
1889/5 1898/3
**ruled [1]** 1887/14
**rules [1]** 1860/12
**ruling [6]** 1891/18
1892/7 1892/12 1897/9
1897/24 1898/16
**run [4]** 1790/11
1893/24 1894/1
1895/22
**Russell [1]** 1768/1

**S**

**safe [3]** 1863/18
1865/10 1865/18
**safety [1]** 1815/6
**said [26]** 1764/12
1785/16 1792/10
1793/4 1803/1 1808/6
1808/13 1810/13
1815/1 1817/4 1817/5
1818/19 1820/20
1822/11 1844/5
1858/21 1859/9
1859/16 1865/13
1871/20 1871/21
1885/9 1885/16 1895/1
1897/23 1899/17
**same [18]** 1761/2
1797/10 1801/1
1840/14 1868/2 1870/5
1870/6 1870/22
1879/22 1881/4
1884/19 1886/18
1890/9 1894/23
1896/15 1898/2 1898/4
1898/9
**satchel [1]** 1850/17
**satchels [4]** 1852/1
1852/7 1852/16
1853/16
**Saturday [1]** 1834/8
**saw [11]** 1798/2
1809/19 1812/10
1813/13 1814/16
1814/21 1847/20
1847/22 1852/1
1856/10 1861/22
**say [8]** 1769/1 1804/17
1810/2 1810/21
1831/17 1849/7 1885/8
1892/20
**saying [10]** 1803/11

1824/14 1834/22
1893/12 1894/18
1894/18 1896/22
**says [12]** 1764/2
1781/5 1803/20
1803/20 1810/14
1879/25 1886/16
1891/8 1895/6 1895/22
1899/19 1899/20
**scaffolding [7]**
1785/20 1786/8 1786/9
1786/14 1788/2 1788/4
1788/5
**scene [3]** 1784/23
1822/24 1869/15
**scheduled [2]** 1782/4
1884/25
**schematic [1]** 1772/13
**schematics [2]**
1770/24 1771/5
**scope [3]** 1763/3
1826/11 1872/15
**scott [3]** 1752/14
1752/17 1756/14
**screaming [1]** 1826/22
**screen [23]** 1769/19
1774/21 1775/4
1776/13 1778/23
1787/18 1788/14
1795/9 1795/16
1796/10 1801/12
1805/8 1830/16 1832/7
1833/1 1846/25
1847/23 1849/8
1850/11 1853/19
1856/18 1856/21
1869/12
**screening [2]** 1776/23
1811/11
**scroll [6]** 1840/17
1840/25 1841/23
1841/25 1869/13
1870/20
**seal [1]** 1854/9
**sealed [1]** 1837/22
**seat [6]** 1764/22
1837/22 1846/4
1863/14 1863/20
1865/5
**Seat 7 [2]** 1764/22
1846/4
**seated [4]** 1756/4
1764/18 1846/9 1885/6
**Seats [1]** 1840/14
**second [19]** 1772/22
1773/7 1791/18
1792/23 1800/24
1803/11 1826/1
1830/17 1831/8
1832/11 1840/24
1841/1 1847/18
1847/22 1855/3
1867/13 1872/9
1877/20 1879/11
**seconds [7]** 1794/23
1795/3 1796/14 1804/5
1847/18 1848/5 1859/3

1768/15 1768/18
1768/20 1768/21
1831/12 1839/9
1840/10 1840/12
1842/4 1880/10
1880/18 1881/3 1881/5
1881/18 1891/19
**Section 1 [1]** 1881/5
**Section 2 [1]** 1880/18
**Sections [1]** 1838/24
**secure [3]** 1806/6
1806/15 1806/16
**secured [1]** 1806/6
1806/7 1815/13
**security [26]** 1775/24
1776/1 1776/5 1776/8
1777/4 1777/20 1789/8
1857/13 1857/16
1858/3 1858/15
1860/22 1861/25
1862/2 1862/5 1862/10
1862/11 1863/21
1864/1 1864/6 1864/8
1864/11 1864/24
1865/8 1865/11 1882/7
**see [61]** 1758/14
1758/18 1758/22
1764/2 1764/3 1764/22
1779/23 1779/25
1780/4 1781/5 1784/24
1786/25 1796/8
1796/21 1800/2
1800/17 1800/17
1801/11 1805/7
1812/19 1813/10
1813/11 1813/14
1813/18 1813/25
1814/2 1814/8 1814/12
1814/12 1814/18
1814/22 1822/20
1822/21 1823/10
1823/14 1823/18
1827/6 1834/10
1835/17 1836/6
1845/15 1845/19
1845/22 1848/7
1848/13 1849/4 1849/8
1849/10 1850/13
1852/2 1854/5 1858/18
1864/3 1868/4 1885/3
1886/23 1888/16
1891/25 1899/2 1899/5
1900/14
**seeing [2]** 1795/10
1819/11
**seeking [2]** 1757/9
1871/25
**seeks [12]** 1769/9
1771/8 1774/7 1777/24
1779/17 1780/21
1781/14 1787/2 1791/2
1830/21 1832/13
1833/10
**seem [1]** 1865/15
**seemed [1]** 1897/8
**seems [2]** 1881/19
1896/23

1762/22 1821/22
1821/24 1821/25
1822/7 1822/15 1847/1
1852/25 1857/16
1864/19
**sees [1]** 1810/18
**seized [1]** 1763/7
**selection [1]** 1896/17
**selections [1]** 1896/12
**selective [1]** 1892/20
**semicolon [1]** 1880/23
**Senate [82]** 1767/24
1767/25 1768/1
1768/18 1768/22
1769/20 1769/22
1772/19 1773/2
1776/22 1782/18
1789/1 1789/1 1789/2
1798/1 1799/3 1801/25
1802/1 1802/2 1802/6
1802/7 1804/11
1804/21 1804/22
1805/1 1807/13
1807/18 1807/24
1836/1 1837/23
1837/24 1837/24
1839/21 1839/23
1841/12 1841/19
1842/9 1842/10
1842/11 1842/14
1842/18 1843/9
1843/21 1843/24
1844/1 1844/2 1844/4
1844/10 1844/13
1844/14 1844/21
1844/23 1845/10
1846/18 1847/6
1847/24 1848/9
1848/11 1848/12
1848/22 1849/4 1849/9
1849/14 1849/17
1849/17 1849/22
1849/23 1850/19
1851/3 1852/1 1852/6
1852/15 1853/15
1867/15 1867/16
1867/23 1868/5
1870/22 1874/21
1874/24 1875/18
1894/19
**Senators [2]** 1806/5
1849/23
**senior [3]** 1766/8
1766/10 1829/2
**sense [1]** 1894/15
**sent [6]** 1757/6
1763/25 1806/15
1835/24 1835/25
1885/24
**sentence [14]** 1831/7
1831/8 1841/1 1877/24
1879/17 1880/6 1880/9
1880/23 1892/10
1892/11 1892/14
1892/25 1893/17
1894/10
**sentiment [5]** 1895/3

sentiment... [4] 1895/7
1895/18 1895/22
1896/3
separate [11] 1758/20
1758/21 1758/23
1842/5 1842/9 1842/13
1842/14 1842/19
1882/19 1882/21
1882/22
separated [2] 1855/8
1855/10
separates [1] 1895/16
separation [2] 1882/24
1882/24
sequencing [3]
1761/22 1764/11
1897/3
sergeant [12] 1768/15
1768/17 1815/17
1815/19 1858/6 1858/9
1858/10 1858/12
1858/14 1858/16
1858/16 1858/18
sergeants [1] 1766/14
series [1] 1825/12
serious [1] 1866/10
serve [4] 1768/24
1789/12 1816/18
1828/15
served [2] 1768/23
1822/25
service [5] 1767/13
1790/8 1790/10
1871/24 1881/1
session [25] 1751/7
1756/3 1777/16
1782/10 1806/10
1809/2 1815/15 1816/2
1836/11 1839/19
1842/8 1842/15
1842/24 1849/15
1855/16 1855/17
1861/7 1861/20 1869/3
1869/6 1869/8 1871/7
1883/2 1883/8 1883/10
set [4] 1806/14
1816/22 1816/24
1833/24
several [4] 1826/15
1850/19 1868/18
1881/1
severely [1] 1783/24
shall [23] 1831/9
1831/10 1831/20
1832/23 1832/24
1837/17 1837/21
1837/24 1838/1 1838/2
1839/19 1839/21
1839/23 1840/23
1841/6 1841/7 1844/16
1844/21 1878/2 1878/4
1879/19 1879/20
1880/24
shattered [1] 1798/3
she [2] 1757/12
1857/14
She'll [1] 1758/10

shelter [3] 1862/24
1863/12 1865/17
sheltering [2] 1862/11
1864/22
shields [1] 1812/23
Shipley [7] 1752/2
1752/3 1756/12
1762/18 1762/19
1817/18 1885/18
shocked [2] 1784/8
1786/25
Shook [1] 1900/10
short [1] 1886/23
short-circuit [1]
1886/23
shortly [6] 1845/16
1845/23 1861/6 1885/3
1899/6 1900/15
shot [1] 1825/21
shots [4] 1803/11
1803/12 1804/3 1804/4
should [16] 1771/23
1816/16 1816/21
1817/13 1817/14
1828/23 1885/25
1887/24 1895/7
1895/18 1895/19
1896/17 1897/10
1897/24 1898/5
1898/19
shouldn't [1] 1758/2
show [9] 1761/12
1761/13 1761/21
1787/17 1822/9
1870/21 1887/9 1888/2
1894/2
showed [1] 1816/6
showing [5] 1759/20
1759/23 1760/5
1822/17 1891/9
shown [4] 1763/17
1821/15 1877/22
1879/13
shows [4] 1826/14
1826/16 1853/25
1895/2
shut [2] 1875/10
1875/11
side [64] 1769/20
1769/21 1769/22
1770/1 1770/2 1770/10
1771/21 1771/21
1772/18 1772/19
1773/2 1773/3 1773/5
1773/16 1776/20
1776/22 1783/9
1783/18 1783/20
1783/25 1784/2
1784/16 1784/21
1785/7 1786/11
1786/24 1786/25
1787/25 1788/13
1792/8 1792/8 1795/8
1796/9 1796/10
1797/21 1798/10
1798/12 1798/21
1799/4 1799/5 1800/2

1801/25 1804/12
1804/14 1804/25
1805/11 1805/12
1805/21 1812/7 1812/8
1812/10 1812/13
1812/25 1813/21
1814/9 1814/13
1818/19 1818/23
1819/2 1826/2 1826/3
1849/7
sign [8] 1760/6
1775/18 1781/5
1810/14 1820/8
1822/20 1837/21
1854/14
Signal [1] 1792/17
signature [1] 1854/18
signatures [3] 1854/10
1854/17 1854/21
significance [2] 1835/3
1835/5
signifying [1] 1849/14
signs [7] 1781/5
1781/12 1781/20
1810/21 1811/25
1812/3 1820/4
similar [3] 1815/22
1850/20 1889/7
simple [2] 1844/10
1844/10
simply [4] 1762/11
1813/4 1814/15
1894/18
Since [1] 1768/12
sir [38] 1765/9 1765/10
1765/11 1765/19
1807/10 1807/19
1807/22 1808/1
1808/16 1809/3 1809/6
1809/14 1811/5 1812/9
1812/11 1812/15
1812/24 1813/19
1813/24 1814/11
1815/1 1815/8 1815/18
1816/6 1817/6 1818/13
1818/18 1820/19
1823/9 1823/23 1824/2
1827/13 1827/22
1828/6 1840/21
1860/11 1880/17
1884/12
sit [2] 1808/21 1829/17
sits [3] 1814/3 1814/16
1840/3
situation [10] 1858/3
1860/23 1861/25
1863/18 1864/8 1865/8
1865/17 1865/17
1866/10 1876/23
size [3] 1767/22 1785/7
1891/16
slide [30] 1870/6
1886/6 1886/13 1887/4
1887/4 1888/2 1888/16
1889/1 1889/6 1889/13
1889/25 1890/14
1890/16 1890/16

1891/19 1891/25
1892/1 1892/3 1892/8
1892/20 1893/3 1893/9
1893/13 1893/18
1893/23 1894/9
1894/13 1896/6
Slide 3 [2] 1892/1
1893/3
slides [10] 1757/25
1758/2 1870/5 1887/3
1887/6 1887/19 1888/1
1889/7 1889/11
1889/22
slightly [1] 1884/17
small [1] 1800/1
smaller [1] 1809/25
smoke [1] 1826/19
snip [1] 1897/20
snow [7] 1780/3
1780/5 1822/1 1822/3
1822/20 1823/15
1823/22
so [186]
So establishing [1]
1792/7
So I think [2] 1892/24
1898/10
so it's [2] 1760/14
1788/7
so much [1] 1774/25
So this article [1]
1881/3
so this is [6] 1775/15
1775/19 1800/7
1804/21 1843/21
1888/4
So this isn't [1]
1795/19
So this view [1]
1799/8
Solely [1] 1834/23
solemnly [1] 1831/21
some [30] 1756/25
1757/5 1757/17 1758/6
1759/11 1760/17
1761/17 1761/21
1767/12 1785/2
1785/24 1788/24
1789/23 1790/19
1805/25 1807/12
1833/8 1834/17
1849/10 1864/4
1864/22 1865/13
1866/11 1872/22
1874/20 1877/10
1891/11 1892/23
1893/11 1899/3
somebody [8] 1756/21
1758/16 1758/17
1785/23 1810/17
1814/1 1814/17
1895/13
someone [4] 1810/2
1856/23 1874/9 1876/4
something [8] 1795/19
1824/15 1834/18
1854/15 1871/20 1885/8

soon [1] 1885/16
sorry [13] 1764/22
1771/23 1777/13
1780/1 1791/5 1802/6
1844/22 1853/8 1891/2
1891/18 1893/15
1894/3 1899/8
sort [10] 1778/6 1785/2
1785/24 1821/16
1823/21 1834/17
1875/19 1877/11
1886/2 1886/4
sound [1] 1817/14
sounds [1] 1757/17
south [2] 1770/2
1776/20
southbound [1]
1778/25
speak [2] 1876/2
1898/19
speaker [12] 1773/14
1773/15 1824/7
1851/24 1855/6 1856/4
1857/5 1857/10
1857/12 1857/16
1868/16 1870/4
Speaker Pelosi [4]
1857/5 1857/10
1857/12 1857/16
Speaker's [13] 1760/5
1773/6 1773/10
1773/12 1774/5
1775/19 1800/4 1800/6
1800/7 1856/10
1856/13 1857/17
1859/10
speaking [1] 1885/24
speaks [1] 1859/11
special [6] 1759/12
1768/14 1768/16
1790/16 1811/4
1819/22
Special Agent [2]
1768/14 1768/16
Special Agent
Hilgeman [1] 1759/12
specialized [2] 1767/9
1767/12
specific [1] 1760/3
specifically [10]
1767/7 1767/17 1768/4
1782/3 1804/24
1819/22 1824/9 1825/9
1826/16 1887/14
specificity [2] 1764/6
1806/7
speculate [1] 1813/13
speeches [1] 1889/2
spell [1] 1828/8
spelling [1] 1765/21
spend [1] 1829/4
spirit [1] 1888/18
split [6] 1774/21
1874/4 1874/25 1875/5
1882/14 1882/17
spot [1] 1820/24
spray [1] 1785/24

**sprayed [1]** 1785/3
**sprays [1]** 1767/22
**spreading [1]** 1783/19
**squad [1]** 1767/15
**square [2]** 1818/3
1818/4
**Stack [1]** 1792/6
**Stack 1 [1]** 1792/6
**staff [10]** 1767/1
1777/12 1777/14
1779/8 1811/17
1853/15 1856/24
1864/6 1865/18
1867/15
**staffers [1]** 1852/15
**stage [15]** 1770/12
1770/13 1770/19
1784/19 1784/22
1784/25 1786/7
1788/11 1797/20
1797/22 1798/19
1800/15 1800/19
1812/25 1813/22
**stair [1]** 1774/18
**stairs [11]** 1774/19
1784/19 1787/19
1787/20 1799/22
1799/23 1799/24
1810/13 1810/22
1810/22 1813/5
**stairways [1]** 1800/4
**stairwell [2]** 1775/7
1805/21
**stamps [2]** 1793/22
1794/5
**standing [9]** 1783/17
1810/2 1810/8 1810/17
1851/20 1863/5
1863/10 1863/16
1898/15
**stands [1]** 1845/24
**start [14]** 1758/10
1765/19 1766/22
1771/16 1771/23
1778/18 1787/15
1831/3 1833/15 1838/9
1839/10 1841/4
1884/15 1891/8
**started [5]** 1759/11
1777/11 1783/19
1828/17 1871/10
**starting [2]** 1783/17
1841/2
**state [8]** 1828/8
1835/20 1853/22
1854/9 1875/6 1876/9
1876/9 1894/5
**stated [1]** 1792/15
**statement [17]**
1812/15 1862/25
1886/2 1886/3 1886/4
1886/21 1889/16
1891/12 1895/5 1895/8
1895/15 1895/17
1896/9 1898/4 1898/7
1898/8 1898/9
**statements [12]**

**straight [1]** 1789/2
1886/9 1887/1 1887/16
1888/23 1889/11
1896/14 1896/16
1896/18 1896/23
1898/16
**states [69]** 1751/1
1751/3 1751/10 1756/6
1765/24 1766/1 1766/3
1766/16 1766/23
1767/10 1768/10
1769/7 1770/13
1770/24 1771/6
1771/19 1771/24
1772/2 1772/14
1772/23 1776/2 1776/6
1776/9 1776/10
1776/15 1776/21
1777/1 1777/21
1778/11 1782/13
1782/19 1789/5 1789/8
1793/18 1793/21
1795/7 1795/10 1798/6
1798/11 1801/16
1801/23 1805/5 1808/2
1808/23 1826/25
1827/15 1828/12
1830/9 1831/10
1831/22 1831/24
1836/1 1837/18
1837/23 1838/22
1844/20 1844/24
1845/1 1879/20 1880/1
1880/4 1880/5 1880/25
1881/1 1881/2 1881/6
1881/11 1887/13
1887/20
**stating [1]** 1765/20
**statutes [1]** 1877/12
**stay [4]** 1828/23
1828/25 1842/11
1865/10
**stayed [1]** 1828/20
**step [6]** 1780/7
1827/13 1877/11
1877/13 1877/16
1884/11
**steps [10]** 1760/8
1797/12 1797/17
1797/19 1810/3
1820/21 1823/11
1824/12 1824/15
1877/10
**still [12]** 1760/13
1780/9 1781/4 1797/6
1800/12 1842/15
1847/23 1861/14
1861/20 1867/22
1869/9 1869/16
**stipulate [1]** 1793/17
**stipulation [2]** 1761/10
1793/12
**stolen [1]** 1866/9
**stop [3]** 1803/18
1820/8 1867/12
**stories [1]** 1885/2
**stormed [1]** 1763/6
**storming [1]** 1792/19

**streams [1]** 1758/20
1758/23
**street [10]** 1751/17
1752/11 1752/20
1763/8 1778/18
1778/22 1779/2 1779/3
1796/2 1895/15
**streets [1]** 1778/16
**strike [2]** 1862/14
1885/13
**struck [1]** 1825/10
**structure [3]** 1766/12
1770/10 1770/11
**studios [1]** 1847/7
**study [1]** 1871/21
**studying [3]** 1872/3
1872/5 1872/6
**stuff [1]** 1760/5
**SUAREZ [2]** 1752/11
1752/14
**subbasement [2]**
1772/5 1772/11
**submit [1]** 1899/25
**subsequent [1]** 1792/1
**substance [1]** 1874/12
**subways [1]** 1789/1
**succeeding [1]**
1839/20
**successor [1]** 1832/24
**successors [1]** 1878/4
**such [5]** 1840/22
1841/2 1841/5 1841/6
1864/9
**suggest [1]** 1898/12
**suite [8]** 1752/16
1752/20 1773/12
1773/14 1773/15
1800/5 1800/6 1800/7
**suites [1]** 1775/20
**summer [4]** 1819/24
1820/7 1825/13
1825/14
**supervisory [1]**
1768/15
**suppose [1]** 1893/11
**supposed [4]** 1842/18
1855/11 1855/14
1882/25
**Supreme [1]** 1886/15
**Supreme Court [1]**
1886/15
**sure [7]** 1760/2 1816/1
1859/14 1890/18
1892/5 1893/14
1899/22
**surrounding [3]**
1768/5 1780/13 1825/1
**suspend [1]** 1860/24
**sustained [3]** 1859/13
1867/3 1877/7
**Sutton [4]** 1887/21
1897/8 1898/1 1898/11
**SWAT [1]** 1767/13
**swear [2]** 1831/21
1883/21
**switch [2]** 1775/11
1846/4

**swung [1]** 1810/4 [3]
1828/2 1878/8
**system [10]** 1766/15
1789/4 1789/7 1789/15
1790/9 1794/5 1795/17
1801/15 1802/20
1805/15
**systems [2]** 1790/3
1790/6

**T**

**tabulations [1]**
1834/19
**tail [1]** 1757/20
**take [24]** 1761/4
1761/15 1761/16
1775/25 1781/23
1788/19 1800/4
1802/23 1802/23
1806/2 1823/24 1830/2
1830/10 1831/20
1845/13 1849/23
1852/16 1863/14
1863/20 1877/14
1883/21 1883/24
1884/17 1899/1
**taken [4]** 1766/18
1775/3 1853/2 1884/6
**takes [1]** 1849/14
1873/2 1887/6
**taking [7]** 1764/4
1786/5 1821/21
1866/12 1884/3
1887/25 1896/14
**talk [8]** 1757/24
1775/23 1776/1 1782/2
1829/25 1888/9
1888/16 1889/8
**talked [5]** 1800/6
1831/13 1836/20
1853/14 1874/3
**talking [12]** 1760/15
1761/7 1774/4 1810/16
1810/17 1812/24
1846/15 1862/10
1862/17 1886/19
1888/20 1896/14
**talks [2]** 1886/13
1888/5
**tarp [1]** 1788/5
**tarping [1]** 1788/4
**tarred [1]** 1763/6
**tax [1]** 1763/7
**tea [1]** 1763/7
**teach [2]** 1829/14
1829/17
**teacher [2]** 1829/12
1829/13
**team [7]** 1766/10
1767/13 1767/13
1795/19 1801/13
1805/8 1805/16
**technical [1]** 1882/18
**technically [4]** 1772/4
1842/15 1861/20
1869/9
**tell [2]** 1850/22
1851/20

**tells [3]** 1810/4 1810/9
1817/10
**tens [1]** 1809/19
**term [10]** 1822/3
1831/11 1878/9
1878/19 1879/1 1879/7
1879/21 1879/22
1881/5 1882/18
**terms [11]** 1763/14
1832/22 1832/23
1877/9 1878/1 1878/4
1879/6 1897/3 1897/5
1898/19 1899/18
**Terrace [8]** 1784/17
1784/18 1785/1
1786/15 1798/21
1800/18 1805/25
1811/9
**terrible [1]** 1891/6
**test [1]** 1829/11
**testified [3]** 1807/20
1818/6 1824/11
**testify [1]** 1874/10
**testimony [3]** 1757/21
1759/16 1760/3
1763/19 1770/25
1827/13 1845/22
1884/12
**text [5]** 1758/23
1832/10 1837/3
1837/20 1898/11
**than [9]** 1759/5
1762/11 1767/17
1767/21 1793/4
1809/25 1854/18
1875/22 1884/17
**thank [50]** 1765/7
1765/10 1765/11
1770/21 1774/24
1775/24 1781/23
1788/19 1793/2 1793/7
1795/4 1795/22 1803/9
1804/9 1806/1 1817/17
1817/18 1818/13
1820/14 1824/18
1824/19 1827/12
1827/14 1827/19
1827/21 1832/25
1837/13 1839/25
1840/16 1840/24
1841/9 1845/3 1846/12
1869/23 1871/4 1873/5
1873/6 1873/7 1879/9
1881/20 1881/24
1884/10 1884/11
1884/13 1885/3
1885/18 1891/24
1897/4 1899/4 1900/13
**thank you [45]** 1765/7
1765/10 1765/11
1770/21 1775/24
1788/19 1793/2 1793/7
1795/4 1795/22 1803/9
1804/9 1806/1 1817/17
1817/18 1818/13
1820/14 1824/18
1824/19 1827/12
1827/14 1827/19

**thank you... [23]**
1832/25 1837/13
1839/25 1840/16
1840/24 1841/9 1845/3
1846/12 1869/23
1871/4 1873/5 1873/6
1873/7 1879/9 1881/20
1884/10 1884/11
1884/13 1885/3
1885/18 1891/24
1897/4 1899/4
**thanks [3]** 1823/24
1899/5 1900/14
**that [599]**
**That'll [1]** 1867/3
**that's [76]** 1758/7
1759/24 1760/21
1760/22 1761/7 1763/1
1763/9 1771/19
1775/13 1780/4 1780/4
1789/4 1789/8 1789/15
1795/2 1798/15 1799/8
1799/11 1799/11
1800/8 1801/25
1803/22 1810/10
1811/3 1811/6 1811/10
1811/14 1812/6
1812/15 1813/9 1815/1
1816/6 1817/11
1819/18 1819/20
1823/23 1826/24
1829/19 1836/15
1838/7 1844/7 1853/17
1855/9 1858/23
1868/11 1872/2 1873/5
1876/7 1876/10
1876/14 1876/18
1877/16 1878/9 1878/9
1878/20 1879/25
1880/6 1884/5 1886/20
1887/9 1888/3 1888/15
1889/4 1891/3 1892/22
1894/22 1895/10
1896/15 1897/1 1898/7
1898/8 1898/18
1898/24 1899/16
1899/24 1900/12
**their [25]** 1759/16
1764/4 1776/13
1806/10 1832/24
1834/7 1835/21
1837/17 1839/24
1842/24 1844/21
1846/6 1848/13
1850/15 1855/15
1871/22 1878/4
1882/19 1883/2
1887/17 1889/4
1889/10 1892/17
1896/14 1899/12
**them [34]** 1758/7
1758/16 1763/8
1783/19 1785/3
1785/15 1786/1 1786/1
1786/1 1786/22
1789/23 1800/11
1806/12 1806/14

1814/9 1815/20 1821/6
1825/2 1825/11
1829/15 1829/17
1829/19 1851/1 1852/2
1853/16 1863/17
1864/3 1864/3 1885/24
1886/15 1891/15
**then [78]** 1758/17
1760/9 1761/11 1763/1
1763/17 1764/8 1772/5
1772/18 1774/24
1775/10 1776/21
1776/23 1778/25
1779/2 1780/7 1786/19
1787/7 1792/22
1794/12 1804/4 1804/5
1806/9 1806/16
1806/16 1810/12
1811/3 1811/20 1813/4
1816/3 1816/7 1821/8
1821/15 1828/19
1829/1 1829/17
1831/12 1832/24
1834/8 1835/8 1838/1
1839/14 1840/17
1840/25 1847/22
1849/10 1851/4 1852/6
1852/13 1854/5
1854/10 1855/13
1855/17 1874/4
1874/16 1874/23
1875/23 1876/5 1878/3
1878/4 1883/1 1886/2
1887/20 1888/12
1888/21 1889/15
1891/22 1891/25
1892/13 1892/22
1893/9 1894/6 1894/9
1894/10 1895/16
1895/18 1896/2
1897/16 1897/19
**theory [5]** 1886/20
1887/17 1889/1
1889/12 1889/17
**there [123]** 1756/20
1757/5 1757/8 1757/24
1758/2 1758/3 1758/11
1758/16 1760/17
1760/25 1761/23
1762/10 1762/12
1762/21 1762/23
1763/15 1763/19
1764/6 1768/23 1770/5
1770/15 1770/17
1772/3 1775/7 1775/7
1780/12 1782/6
1782/21 1782/23
1782/25 1783/23
1783/25 1784/1 1785/1
1785/9 1785/23
1786/22 1787/21
1788/25 1788/25
1789/3 1789/16
1789/18 1789/19
1789/20 1792/7
1792/16 1792/18
1793/9 1802/12

1804/17 1805/10
1806/4 1810/11
1810/13 1810/21
1810/25 1811/24
1811/25 1813/1 1813/1
1815/10 1815/22
1817/12 1817/13
1817/14 1819/13
1819/25 1820/4 1820/8
1821/16 1824/2 1824/2
1824/14 1825/25
1826/12 1826/19
1826/20 1826/21
1826/22 1826/22
1826/23 1826/23
1827/4 1828/22 1830/8
1831/25 1833/3 1836/5
1838/12 1840/21
1846/3 1847/17
1848/11 1850/19
1854/10 1855/3 1856/7
1856/20 1861/12
1863/9 1865/5 1865/9
1866/5 1867/12 1868/8
1869/1 1871/11 1874/2
1874/7 1874/8 1874/13
1874/16 1874/20
1874/23 1876/22
1876/25 1877/13
1884/23 1886/8
1893/21
**there's [34]** 1756/25
1758/11 1758/15
1759/3 1759/19
1761/10 1762/5
1763/10 1764/1 1772/4
1772/4 1772/5 1772/11
1791/17 1792/10
1794/25 1795/8
1803/24 1803/25
1810/3 1810/14 1811/3
1811/11 1811/16
1811/21 1812/3
1817/10 1820/8 1822/3
1849/10 1873/1 1874/3
1893/20 1899/2
**therefore [1]** 1761/19
**these [58]** 1756/18
1758/10 1759/25
1760/12 1761/12
1762/1 1766/21 1771/5
1773/20 1773/25
1779/6 1781/5 1781/12
1791/22 1791/24
1792/7 1792/17
1794/19 1796/16
1796/22 1797/2
1797/10 1798/22
1799/22 1801/1 1801/9
1801/11 1801/15
1804/24 1805/14
1805/14 1805/15
1805/18 1820/1
1820/21 1827/6
1838/23 1842/17
1847/25 1850/22
1851/7 1854/21

1869/13 1869/16
1870/20 1870/21
1872/22 1881/11
1887/1 1887/6 1887/18
1888/1 1889/10
1891/14 1897/16
1898/20
**they [136]** 1757/7
1759/18 1761/23
1763/7 1763/8 1763/8
1767/20 1771/7
1776/12 1776/16
1777/12 1781/8
1782/10 1783/14
1783/16 1784/4 1784/4
1784/6 1786/17 1788/5
1789/12 1789/21
1789/21 1789/24
1790/1 1790/2 1790/18
1791/16 1792/23
1794/6 1796/11
1796/12 1797/3
1797/14 1797/25
1798/12 1799/2
1799/20 1799/21
1801/3 1801/4 1801/10
1802/22 1802/22
1802/23 1802/24
1803/23 1804/13
1806/7 1806/9 1806/11
1806/18 1808/6 1808/8
1808/13 1808/17
1812/17 1812/19
1813/5 1813/11
1813/12 1813/13
1813/13 1814/2 1814/8
1814/12 1814/21
1814/21 1815/9 1816/1
1816/8 1816/10
1816/23 1816/24
1819/14 1820/24
1821/3 1821/3 1821/9
1824/14 1825/5
1825/10 1829/17
1829/19 1835/23
1837/21 1839/5
1842/19 1842/22
1842/22 1842/24
1848/24 1849/14
1851/4 1851/5 1851/23
1852/4 1852/5 1852/11
1852/12 1852/12
1854/12 1854/17
1855/11 1855/12
1855/14 1857/15
1865/2 1865/13
1882/18 1882/21
1882/22 1882/24
1883/25 1884/1 1884/2
1884/4 1886/5 1887/5
1887/7 1888/5 1888/6
1888/6 1888/6 1888/7
1888/7 1888/11
1888/12 1888/16
1888/20 1888/22
1892/16 1892/21
1892/22 1892/23

**They'll [1]** 1757/20
**they're [21]** 1758/21
1797/4 1800/10 1801/5
1814/18 1816/10
1817/1 1835/25
1842/20 1846/4
1848/13 1850/15
1850/17 1850/23
1851/1 1888/24 1889/2
1889/2 1889/3 1895/9
1898/13
**They've [1]** 1764/4
**thing [7]** 1759/14
1762/17 1814/2 1814/8
1814/18 1892/21
1892/22
**thing's [1]** 1894/2
**things [7]** 1756/25
1757/5 1758/5 1767/21
1777/2 1872/22
1892/24
**think [40]** 1757/12
1757/23 1758/13
1760/11 1761/9
1761/21 1764/7 1784/6
1792/20 1812/9
1814/23 1820/10
1825/13 1866/25
1871/11 1876/14
1876/18 1885/21
1885/25 1886/18
1892/19 1892/24
1892/25 1893/25
1894/1 1894/15
1894/16 1894/19
1894/24 1895/21
1896/19 1896/19
1896/20 1896/20
1897/2 1897/18 1898/1
1898/3 1898/10 1900/9
**thinking [1]** 1893/1
**third [5]** 1757/2
1757/12 1801/25
1811/3 1811/11
**this [226]**
**this doesn't [1]**
1888/18
**This is [1]** 1756/6
**Thomas [3]** 1827/15
1828/2 1828/9
**those [63]** 1758/1
1758/20 1758/22
1764/13 1767/12
1769/1 1771/11 1772/8
1779/15 1781/6 1787/5
1787/8 1787/12
1789/11 1790/15
1790/17 1797/12
1797/17 1798/23
1798/24 1801/12
1802/3 1805/8 1805/20
1807/23 1810/9
1810/18 1816/13
1817/9 1819/13
1820/23 1821/8 1824/6
1825/9 1833/8 1835/23
1842/20 1848/17

**T**

those... [25] 1849/13
1851/12 1852/1 1852/7
1852/16 1852/16
1853/16 1854/17
1855/12 1868/18
1871/25 1875/22
1878/23 1882/7
1882/10 1884/22
1884/24 1885/1 1885/2
1885/2 1886/8 1887/25
1887/25 1894/3
1898/24
**though [4]** 1791/10
1814/11 1816/15
1817/4
**thought [4]** 1761/17
1763/3 1763/12
1783/16
**thousand [2]** 1782/14
1809/22
**thousands [1]** 1809/19
**threat [1]** 1768/20
**three [3]** 1780/14
1840/18 1888/15
**three lines [1]** 1840/18
**threshold [2]** 1877/1
1877/4
**through [37]** 1758/7
1758/13 1758/24
1764/8 1769/1 1773/13
1776/5 1776/9 1776/11
1776/11 1776/13
1776/14 1776/18
1776/20 1776/22
1776/23 1786/17
1786/20 1792/5 1792/6
1792/9 1796/10
1797/16 1797/16
1801/6 1802/2 1805/20
1807/16 1820/21
1838/13 1849/17
1849/24 1869/13
1870/20 1877/10
1887/4 1889/5
**throughout [1]**
1789/16
**throwing [1]** 1785/21
**tie [1]** 1762/17
**tied [1]** 1759/25
**till [2]** 1783/19 1783/20
**time [74]** 1757/12
1757/17 1758/6
1761/22 1764/12
1777/14 1777/17
1782/18 1782/21
1783/15 1783/24
1783/25 1784/10
1785/11 1785/21
1789/6 1789/6 1792/25
1793/14 1793/22
1793/23 1794/5
1795/15 1796/3
1796/25 1797/5
1797/24 1798/5
1799/17 1800/16
1804/1 1805/10 1806/4
1806/14 1806/18

1807/17 1807/24
1811/1 1811/13 1812/7
1812/11 1813/25
1814/23 1816/1 1816/4
1823/2 1827/13
1842/19 1846/5
1846/23 1856/3
1856/10 1858/5 1859/6
1860/17 1861/14
1863/23 1864/22
1866/13 1867/5
1870/22 1873/16
1874/7 1882/14
1884/12 1886/18
1894/23 1895/4 1895/6
1896/15 1898/3 1898/5
**timeline [8]** 1761/9
1761/11 1761/12
1761/22 1762/11
1792/11 1807/12
1809/15
**times [4]** 1786/8
1797/15 1807/16
1888/15
**timestamp [2]** 1794/3
1803/8
**timing [1]** 1791/25
**title [9]** 1765/25
1838/24 1839/9
1839/10 1839/12
1840/9 1840/12
1840/13 1842/3
**Title III [1]** 1839/9
**titled [1]** 1901/4
**today [3]** 1770/25
1808/21 1884/25
**Todd [1]** 1889/19
**together [4]** 1758/18
1879/21 1883/7 1887/3
1784/6 1786/21
1808/12 1811/6
1863/13 1863/14
**too [1]** 1783/17
**took [3]** 1809/9 1819/5
1861/6
**top [7]** 1784/18
1786/14 1787/20
1795/15 1831/4
1888/16 1889/23
**topics [1]** 1766/22
**total [3]** 1829/4 1876/5
1877/3
**total's [1]** 1876/21
**touch [1]** 1788/14
**toward [3]** 1795/6
1887/7 1897/22
**towards [6]** 1774/16
1774/17 1800/10
1800/22 1823/18
1877/13
**traced [1]** 1818/9
**trained [2]** 1767/17
1767/20
**training [1]** 1829/7
**trains [1]** 1758/5
**transcript [6]** 1751/9

1762/1 1846/3
1846/19 1846/19
1846/1 1886/1 1901/3
**transcripts [1]** 1794/19
**transfer [1]** 1830/1
**transmissions [1]**
1794/17
**transmit [1]** 1837/22
**trauma [1]** 1786/5
**travel [5]** 1778/25
1779/1 1779/2 1899/11
1899/18
**traveled [1]** 1784/21
**trial [10]** 1751/9
1760/18 1761/1
1761/19 1761/20
1761/24 1762/7
1762/10 1764/12
1792/3
**trials [3]** 1807/20
1807/23 1807/24
**triangle [1]** 1795/12
**tried [1]** 1886/12
**triggers [1]** 1815/6
**Troy [2]** 1751/16
1756/11
**true [3]** 1808/11
1821/19 1854/20
**Trump [4]** 1764/2
1878/18 1881/9
1881/16
**truth [1]** 1862/22
**try [1]** 1758/22
**trying [3]** 1785/4
1812/17 1898/13
**Tuesday [1]** 1833/21
1833/22 1834/5
**Tunnel [1]** 1813/6
**turn [2]** 1884/22
1885/2
**TV [3]** 1766/15 1795/16
1867/5
**two [37]** 1777/11
1807/17 1808/11
1808/21 1810/25
1811/20 1836/5
1836/10 1836/20
1840/14 1840/22
1842/5 1842/9 1842/13
1842/17 1844/15
1847/25 1850/12
1855/7 1855/10
1856/10 1856/16
1857/6 1874/4 1874/25
1875/5 1882/17
1882/19 1883/7
1887/11 1887/25
1887/25 1889/10
1893/18 1893/22
1895/15 1896/13
**two minutes [1]**
1856/10
**two-way [1]** 1895/15
**typically [6]** 1776/19
1816/21 1821/5
1826/24 1858/12
1867/15

**U**

**U.S [10]** 1751/16
1836/1 1838/19
1838/21 1838/24
1840/12 1842/3
1847/21 1847/24
1848/9
**U.S. [16]** 1767/16
1776/24 1790/4
1790/24 1795/16
1798/23 1830/13
1832/1 1832/5 1836/24
1838/8 1839/9 1840/5
1840/6 1866/7 1872/1
**U.S. Capitol [8]**
1767/16 1776/24
1790/4 1790/24
1795/16 1798/23
1840/5 1840/6
**U.S. citizens [1]**
1872/1
**U.S. Code [1]** 1839/9
**U.S. Constitution [6]**
1830/13 1832/1 1832/5
1836/24 1838/8 1866/7
**U.S.C.P [3]** 1793/18
1793/25 1794/10
**ugly [1]** 1759/24
**Uh [1]** 1890/13
**Uh-huh [1]** 1890/13
**ultimately [2]** 1760/9
1809/13
**Um [2]** 1891/8 1891/20
**unclear [1]** 1890/5
**under [24]** 1765/6
1816/16 1827/18
1838/8 1841/17
1842/14 1842/18
1855/11 1857/12
1865/5 1869/5 1877/12
1877/16 1878/6
1878/17 1879/4
1882/17 1882/23
1883/20 1887/11
1887/12 1897/1
1898/10 1898/11
**underneath [5]** 1770/8
1772/11 1800/11
1800/18 1810/19
**understand [11]**
1756/20 1757/1
1763/10 1814/14
1885/17 1892/11
1894/19 1895/6
1895/22 1896/1 1896/1
**understanding [4]**
1801/12 1802/7 1872/9
1894/6
**understood [2]**
1810/15 1898/3
**unduly [1]** 1761/11
**unfolds [1]** 1852/8
**unique [1]** 1758/6
**unit [3]** 1767/15
1767/15 1767/15
**UNITED [67]** 1751/1
1751/3 1751/10 1756/6
1765/24 1766/1 1766/3

1766/16 1766/23
1767/10 1768/10
1769/7 1770/13
1770/24 1771/6
1771/19 1771/24
1772/2 1772/14
1772/23 1776/2 1776/6
1776/9 1776/10
1776/15 1776/21
1777/1 1777/21
1778/11 1782/13
1782/19 1789/5 1789/8
1793/18 1793/21
1795/7 1795/10 1798/6
1798/11 1801/16
1801/21 1805/5 1808/2
1808/23 1826/25
1827/15 1828/12
1830/8 1831/10
1831/22 1831/24
1836/1 1837/23
1838/22 1844/20
1844/24 1845/1
1879/20 1880/1 1880/4
1880/5 1880/25 1881/2
1881/6 1881/11
1887/13 1887/20
**United States [61]**
1765/24 1766/1 1766/3
1766/16 1766/23
1767/10 1768/10
1769/7 1770/13
1770/24 1771/6
1771/19 1771/24
1772/2 1772/14
1772/23 1776/6 1776/9
1776/10 1776/15
1776/21 1777/1
1777/21 1778/11
1782/13 1782/19
1789/5 1789/8 1793/18
1793/21 1795/7
1795/10 1798/6
1798/11 1801/16
1801/21 1805/5 1808/2
1808/23 1826/25
1827/15 1828/12
1831/10 1831/22
1831/24 1836/1
1837/23 1838/22
1844/20 1844/24
1845/1 1879/20 1880/1
1880/4 1880/5 1880/25
1881/2 1881/6 1881/11
1887/13 1887/20
**units [2]** 1802/24
1826/16
**unlawful [3]** 1821/1
1821/2 1821/6
**unless [1]** 1816/21
**unloaded [2]** 1888/7
1888/13
**unrolling [4]** 1821/20
1821/25 1822/16
1823/15
**unscreened [2]** 1815/3
1815/11
**until [12]** 1757/20

**until... [11]** 1813/2
1828/20 1829/2
1840/21 1841/6 1871/7
1878/18 1879/4 1881/9
1881/15 1883/13
**unusual [2]** 1858/16
1858/21
**up [58]** 1758/9 1760/8
1762/17 1769/4 1771/2
1773/18 1775/4
1775/11 1775/14
1777/18 1779/9
1780/10 1780/16
1781/9 1783/5 1784/13
1784/19 1785/11
1785/20 1787/5 1788/6
1789/21 1791/18
1791/20 1792/21
1800/4 1804/21
1807/11 1810/22
1813/5 1813/22 1814/2
1823/18 1825/10
1825/15 1830/15
1832/7 1833/1 1837/2
1838/16 1838/24
1841/15 1846/25
1850/11 1852/22
1869/11 1870/18
1877/19 1880/23
1886/14 1886/19
1888/16 1889/22
1892/23 1893/21
1894/10 1898/15
1899/12
**updated [1]** 1899/23
**updates [1]** 1791/24
**uphill [1]** 1814/5
**upon [3]** 1763/4 1842/5
1842/12
**upper [6]** 1769/25
1784/17 1784/18
1786/14 1801/21
1805/25
**us [15]** 1764/20
1764/24 1785/22
1785/22 1785/22
1786/13 1786/14
1789/14 1828/8 1831/8
1846/2 1850/12
1853/18 1858/8
1897/16
**usage [1]** 1810/23
**usdoj.gov [2]** 1751/19
1751/20
**use [6]** 1762/23
1763/23 1779/5 1780/3
1790/7 1865/9
**used [8]** 1788/5
1789/11 1790/13
1811/3 1811/6 1821/3
1825/2 1825/5
**usual [1]** 1884/17
**usually [1]** 1898/6
**utilize [4]** 1785/4
1789/15 1812/19
1817/5
**utilized [4]** 1770/19

**V**

**Vallejo [13]** 1752/19
1756/9 1756/16
1756/24 1885/23
1888/22 1889/9
1889/18 1894/17
1895/1 1896/8 1896/8
1896/23
**various [2]** 1792/7
1792/17
**vehicles [2]** 1796/21
1796/22
**verbatim [2]** 1845/9
1846/17
**version [1]** 1762/8
**versus [4]** 1756/7
1843/24 1887/13
1887/21
**very [11]** 1761/5
1769/3 1793/6 1818/6
1829/25 1831/7
1866/10 1872/18
1885/3 1886/16 1892/7
**vested [4]** 1831/9
1879/19 1880/4
1881/11
**Vice [21]** 1796/23
1796/24 1805/2 1805/4
1809/10 1819/11
1832/22 1835/21
1836/12 1836/15
1837/18 1844/20
1844/24 1845/1
1851/24 1854/3 1869/2
1870/21 1878/1
1878/14 1879/22
**Vice President [1]**
1845/1
**Vice President Pence
[1]** 1878/14
**Vice President's [1]**
1819/11
**video [54]** 1759/16
1760/17 1760/22
1761/2 1761/7 1761/15
1761/21 1762/6
1790/24 1791/15
1791/20 1792/12
1792/13 1793/5
1793/13 1793/19
1793/22 1793/25
1794/1 1794/6 1794/7
1794/8 1794/9 1794/10
1795/24 1798/13
1804/15 1804/25
1815/1 1816/6 1819/10
1821/25 1822/7
1825/23 1827/2 1827/3
1847/1 1847/16
1848/25 1849/3
1851/16 1855/1
1855/22 1856/6 1859/1
1859/11 1861/2
1861/10 1863/6
1867/11 1867/20
1867/25 1868/7

**videos [3]** 1761/13
1821/24 1822/16
**view [9]** 1769/7
1773/20 1774/16
1775/15 1789/14
1790/23 1799/8
1856/18 1889/22
**viewing [1]** 1895/18
**violent [2]** 1760/6
1886/20
**Virginia [5]** 1899/11
1899/12 1899/14
1899/19 1899/20
**visitor [3]** 1776/14
1776/17 1797/16
**visitors [8]** 1767/1
1777/12 1777/14
1798/15 1811/12
1811/15 1811/21
1815/11
**visual [1]** 1792/20
**voice [2]** 1803/1
1803/11
**volunteer [3]** 1829/9
1829/14 1871/21
**vote [14]** 1835/16
1837/18 1842/7
1842/20 1842/23
1848/17 1853/21
1874/13 1874/21
1875/13 1876/9
1877/14 1894/5 1894/5
**voted [2]** 1874/9
1874/13
**Voters [1]** 1834/7
**votes [21]** 1809/9
1834/7 1835/21
1835/23 1838/1 1838/2
1839/13 1841/7
1848/20 1850/18
1853/25 1854/2 1876/3
1876/3 1876/5 1876/13
1876/17 1876/22
1876/22 1877/3
1878/15
**voting [2]** 1850/18
1853/24
**vs [1]** 1751/5

**W**

**walk [2]** 1776/11
1889/5
**walk-through [1]**
1776/11
**walked [2]** 1784/17
1877/10
**walking [7]** 1796/16
1797/2 1800/10
1823/16 1823/22
1850/23 1851/4
**walks [1]** 1849/17
**Wallace [1]** 1874/9
**wand [1]** 1776/12
**wandering [1]** 1823/11
**want [14]** 1757/6
1766/22 1775/23
1776/1 1782/2 1789/4

1849/21 1883/6
1884/20 1891/25
1896/24 1896/25
**wanted [5]** 1758/4
1758/6 1759/15
1760/21 1763/23
**wants [3]** 1890/19
1891/15 1893/23
**was [206]**
**Washington [5]** 1751/5
1751/17 1752/21
1830/5 1840/7
**wasn't [5]** 1759/3
1764/6 1844/8 1898/22
1898/23
**watch [1]** 1857/8
**watching [2]** 1867/5
1891/9
**water [3]** 1763/8
1785/4 1785/21
**waving [1]** 1821/8
**way [18]** 1759/24
1773/16 1783/20
1784/19 1784/21
1786/16 1794/8 1817/4
1849/17 1866/11
1866/18 1868/17
1885/21 1891/3
1895/15 1897/23
1897/23 1898/3
**ways [1]** 1811/22
**we [210]**
**we will [2]** 1778/23
1779/2
**we would [1]** 1892/9
**we'd [1]** 1821/5
**we'll [9]** 1764/24
1778/18 1778/24
1845/15 1845/19
1884/16 1884/17
1885/3 1899/5
**we're [14]** 1760/14
1766/21 1767/7
1778/25 1787/19
1789/3 1812/24
1852/23 1853/19
1868/11 1884/14
1888/20 1890/9
1898/14
**weapon [1]** 1812/20
**weapons [3]** 1767/17
1825/7 1892/22
**Wednesday [1]**
1844/17
**week [4]** 1759/9
1762/17 1833/20
1884/24
**weekend [1]** 1764/21
**weekly [2]** 1900/9
1900/10
**WEINBERG [4]**
1752/11 1752/14
1752/15 1756/14
**welcome [4]** 1764/20
1765/8 1827/20
1846/10
**well [22]** 1756/20

1810/8 1810/11
1811/6 1813/24
1815/16 1818/1
1820/12 1821/12
1822/20 1828/23
1844/22 1848/10
1852/11 1853/23
1858/13 1864/7
1866/22 1867/5 1892/2
1895/12
**went [11]** 1759/10
1783/3 1783/18 1786/8
1792/5 1792/6 1792/8
1807/16 1812/7 1883/4
1888/7
**were [112]** 1759/21
1759/21 1760/8 1761/5
1762/14 1763/24
1766/6 1774/4 1777/5
1777/12 1779/11
1780/12 1780/19
1781/6 1781/8 1781/12
1782/12 1783/14
1783/16 1783/23
1783/24 1784/6 1784/9
1784/16 1785/3 1785/8
1785/10 1785/14
1785/17 1786/2 1786/4
1786/17 1787/8
1790/12 1790/15
1791/24 1792/7
1792/24 1797/23
1797/25 1801/13
1801/15 1802/8 1806/6
1806/7 1806/18
1812/10 1812/17
1813/4 1815/10 1816/3
1816/7 1816/8 1818/6
1819/14 1821/8
1821/15 1824/2 1824/2
1824/6 1824/14
1824/14 1824/15
1824/25 1825/1 1825/5
1825/7 1825/12
1825/25 1826/12
1828/11 1834/12
1846/15 1853/24
1854/17 1856/17
1859/6 1860/4 1862/1
1862/2 1862/4 1862/10
1862/18 1863/9
1863/10 1863/12
1863/13 1864/4 1865/6
1865/13 1865/16
1865/20 1866/8
1866/13 1866/17
1867/1 1867/5 1874/16
1875/3 1875/11
1876/22 1877/21
1879/13 1882/4 1882/7
1882/10 1884/3 1887/4
1888/10 1889/9
1889/10 1892/24
**weren't [1]** 1777/14
**west [46]** 1784/5
1784/7 1784/10
1784/11 1784/16
1784/17 1784/18

**west...** [39] 1785/1
1785/7 1785/10
1786/15 1787/25
1792/8 1796/8 1796/8
1798/10 1798/12
1798/18 1798/21
1800/14 1800/18
1804/13 1804/18
1805/11 1805/25
1809/16 1809/20
1809/25 1811/9 1812/7
1812/8 1812/10
1812/13 1812/25
1813/6 1813/21 1814/1
1814/5 1814/9 1814/13
1814/20 1818/19
1820/11 1820/11
1822/22 1826/2
**West Terrace** [5]
1784/17 1784/18
1786/15 1805/25
1811/9
**westbound** [2] 1779/1
1796/5
**what** [222]
**what's** [8] 1770/17
1825/15 1840/12
1882/18 1886/25
1893/23 1895/5 1896/9
**whatever** [1] 1897/10
**when** [52] 1758/5
1758/21 1759/6 1759/9
1760/9 1763/1 1763/16
1764/15 1774/15
1774/15 1777/11
1782/15 1782/21
1782/24 1783/11
1783/13 1783/25
1784/3 1784/6 1784/25
1786/25 1791/19
1792/23 1792/23
1804/3 1806/5 1811/4
1812/6 1820/7 1828/15
1842/5 1842/9 1842/13
1852/11 1860/5
1861/19 1863/12
1865/20 1866/17
1866/20 1871/10
1875/9 1878/9 1879/25
1881/1 1882/17 1883/4
1883/7 1883/10
1883/11 1885/15
1888/5
**where** [58] 1758/8
1758/14 1763/9 1764/1
1764/5 1765/23
1766/11 1772/8 1773/9
1775/2 1780/10
1782/17 1783/2 1783/7
1784/15 1786/6
1788/10 1788/11
1790/10 1797/16
1797/19 1798/18
1799/14 1799/25
1800/6 1800/9 1800/14
1800/15 1800/20
1801/6 1801/7 1801/19

1811/7 1812/17 1813/5
1813/23 1819/25
1835/23 1840/2 1840/4
1840/6 1848/22 1852/4
1856/17 1863/10
1874/23 1876/23
1887/14 1888/16
1890/20 1891/8
1894/11 1896/17
1897/22 1900/1
**whether** [6] 1757/7
1762/14 1762/23
1877/2 1877/6 1877/13
**which** [34] 1759/17
1767/22 1769/20
1770/1 1771/21 1773/2
1780/11 1781/2 1783/6
1787/21 1791/18
1793/23 1795/3
1800/11 1811/5 1811/5
1812/24 1816/14
1830/13 1832/5
1837/21 1847/20
1847/22 1847/23
1849/7 1855/25
1859/21 1859/21
1860/2 1862/1 1877/1
1892/14 1893/13
1895/9
**While** [1] 1892/6
**white** [2] 1770/11
1895/16
**who** [28] 1767/16
1779/6 1783/23 1785/8
1785/23 1803/20
1803/20 1817/10
1830/4 1830/6 1844/22
1844/23 1844/25
1848/10 1849/23
1851/20 1851/20
1851/23 1853/23
1856/3 1856/13
1860/15 1860/16
1868/14 1870/2 1876/3
1889/19 1889/19
**who's** [3] 1834/22
1855/4 1856/13
**whole** [6] 1764/9
1807/16 1886/3
1895/21 1896/13
1898/7
**whom** [1] 1881/10
**why** [15] 1762/10
1763/10 1770/17
1775/13 1777/10
1784/2 1803/23
1828/21 1833/22
1845/11 1856/20
1866/23 1866/25
1867/7 1896/15
**Wickham** [26] 1827/16
1827/20 1828/2 1828/9
1828/11 1831/14
1832/21 1833/2
1837/16 1838/17
1839/18 1841/5 1842/4
1845/21 1846/14

1863/7 1869/16 1871/6
1871/19 1873/11
1873/23 1882/4
1884/11
**wife** [2] 1866/22
1867/1
**will** [38] 1757/2
1757/12 1757/13
1757/19 1767/5
1769/11 1771/11
1778/2 1778/23 1779/2
1780/24 1787/12
1793/9 1800/11
1802/22 1802/22
1802/24 1803/25
1816/20 1819/23
1819/25 1823/5
1830/24 1831/21
1831/22 1833/12
1837/8 1839/5 1842/10
1842/11 1843/15
1847/11 1869/20
1871/1 1876/9 1889/19
1894/5 1900/1
**William** [5] 1752/2
1752/3 1756/12 1901/2
1901/8
**win** [2] 1834/22 1838/5
**window** [4] 1798/4
1814/24 1814/25
1815/25
**windows** [1] 1812/4
**wing** [2] 1798/1
1804/11
**winner** [5] 1838/6
1838/9 1838/14
1841/18 1878/7
**withdraw** [1] 1882/19
**withholding** [1] 1895/9
**within** [5] 1763/3
1767/9 1788/7 1851/12
1858/11
**without** [2] 1806/6
1820/23
**witness** [26] 1753/2
1765/1 1765/6 1765/13
1769/4 1769/24 1770/3
1771/22 1772/17
1773/1 1773/11
1773/18 1777/18
1779/9 1780/16 1781/9
1784/20 1787/6
1788/15 1788/16
1822/9 1822/10
1827/18 1828/2
1884/15 1897/20
**witnessed** [1] 1851/11
**WITNESSES** [1]
1753/4
**women** [1] 1850/12
**won't** [1] 1846/5
**word** [1] 1825/2
**words** [1] 1890/2
**work** [5] 1765/23
1802/20 1829/9
1849/23 1871/23
**worked** [1] 1766/3

1860/4 1871/11
**would** [122] 1756/21
1758/23 1759/17
1761/8 1767/21
1767/25 1768/7
1769/22 1770/2 1770/7
1770/9 1770/12
1772/14 1772/23
1772/25 1773/3 1773/5
1773/14 1773/15
1774/17 1774/18
1774/21 1775/5 1775/5
1776/11 1776/12
1776/17 1776/19
1776/20 1778/8 1780/9
1780/11 1787/20
1788/12 1791/19
1791/21 1792/2 1796/4
1797/8 1797/16
1797/21 1798/20
1798/20 1799/5
1799/10 1799/15
1799/18 1799/23
1800/1 1800/3 1800/4
1800/21 1801/6 1801/7
1801/8 1801/21
1801/25 1802/16
1813/10 1813/11
1813/12 1813/18
1813/24 1814/2 1814/8
1814/11 1814/12
1814/12 1815/9
1815/11 1815/14
1815/14 1815/16
1815/18 1815/19
1815/22 1816/22
1820/12 1821/1 1821/5
1822/18 1824/15
1824/16 1844/8 1851/2
1851/5 1854/16
1854/16 1855/12
1855/17 1858/16
1866/8 1866/10
1866/11 1871/11
1872/19 1876/20
1876/23 1876/23
1877/1 1877/3 1877/7
1877/14 1878/8 1878/9
1884/1 1884/2 1884/4
1885/12 1887/7
1888/25 1889/7
1890/17 1892/9
1892/10 1892/14
1892/15 1896/5
1897/19 1898/11
1899/25 1900/10
**wouldn't** [2] 1761/19
1791/16
**write** [1] 1769/19
**writings** [1] 1887/16
**written** [1] 1854/12
**wrote** [1] 1814/24

**X**

**X-ray** [1] 1776/13

**yards** [3] 1810/2
1810/8 1810/17
**yeah** [5] 1822/6
1886/12 1893/20
1894/24 1895/20
**year** [3] 1828/18
1830/1 1833/23
**years** [10] 1766/5
1768/10 1807/17
1808/21 1829/4
1831/11 1864/11
1879/21 1882/7
1882/10
**yell** [1] 1889/19
**yelling** [2] 1826/21
1826/22
**Yep** [1] 1894/18
**yes** [146] 1757/10
1769/3 1784/1 1789/25
1791/8 1793/1 1801/5
1809/14 1812/11
1813/16 1815/8 1816/6
1822/12 1823/23
1824/21 1828/14
1829/2 1829/8 1829/11
1829/24 1830/12
1830/20 1832/4
1832/12 1833/6 1833/9
1834/11 1835/1
1835/18 1836/7
1836/23 1837/1 1837/5
1838/15 1838/20
1838/25 1841/22
1842/16 1843/5
1843/11 1843/23
1845/7 1846/21
1846/24 1847/2 1848/2
1848/15 1849/6
1849/12 1849/25
1850/3 1850/14
1850/21 1851/9
1851/22 1852/3
1852/18 1852/24
1853/1 1853/4 1854/4
1854/7 1854/16
1854/22 1856/12
1857/1 1857/4 1857/7
1857/9 1858/7 1858/20
1858/23 1859/7
1859/17 1859/20
1859/25 1860/6 1861/8
1861/15 1861/21
1863/11 1863/14
1863/22 1864/4
1864/13 1864/25
1865/5 1865/13
1865/22 1865/25
1866/15 1866/19
1867/24 1868/3 1868/6
1868/13 1868/20
1869/4 1869/10
1869/17 1870/7 1870/9
1870/11 1870/13
1870/15 1870/17
1870/23 1871/9
1871/23 1872/5 1872/8
1872/12 1872/19

1928

## Y

**yes... [33]** 1872/24
1873/15 1873/24
1874/18 1874/18
1875/12 1876/10
1876/14 1877/1
1877/17 1877/23
1878/20 1878/20
1879/15 1880/6
1880/19 1880/21
1881/14 1881/19
1882/6 1882/22 1883/9
1883/15 1883/19
1886/10 1887/2
1889/24 1890/1
1890/25 1891/1
1891/12 1894/4 1900/3
**you [425]**
**you'd [2]** 1776/22
1893/5
**you'll [5]** 1764/13
1792/15 1800/2
1800/17 1800/17
**you're [27]** 1757/8
1760/1 1760/2 1764/22
1765/9 1773/13
1773/16 1774/15
1774/15 1776/21
1779/25 1788/7
1795/10 1800/2
1802/17 1810/8 1811/9
1811/14 1814/21
1820/10 1821/12
1822/1 1827/21 1845/5
1873/16 1884/25
1886/18
**you've [5]** 1762/22
1768/10 1769/2 1795/3
1807/20
**young [2]** 1848/10
1850/12
**your [83]** 1756/5
1756/22 1757/10
1759/7 1759/8 1759/14
1761/9 1762/3 1765/5
1765/9 1765/21
1765/25 1766/11
1768/10 1770/25
1783/22 1785/16
1787/11 1789/6 1789/6
1791/8 1791/9 1793/2
1793/7 1793/14
1798/25 1801/12
1801/12 1802/7 1805/7
1806/4 1806/23
1814/15 1817/16
1822/9 1822/12 1823/2
1824/21 1827/13
1827/13 1827/14
1827/17 1827/21
1828/8 1829/21
1845/21 1846/12
1862/5 1864/10
1864/20 1866/18
1867/1 1868/17 1871/4
1871/10 1873/7 1874/3
1877/12 1877/22
1879/14 1881/23

1884/21 1885/22
1886/10 1887/2 1887/8
1887/12 1889/24
1891/18 1891/19
1892/6 1892/12
1892/12 1893/15
1894/9 1894/13
1894/22 1897/4 1897/5
1898/2 1899/4
**Your Honor [36]**
1756/5 1756/22
1757/10 1759/7
1759/14 1761/9 1762/3
1787/11 1793/2 1793/7
1793/14 1817/16
1822/9 1822/12 1823/2
1824/21 1827/14
1846/12 1871/4 1873/7
1881/23 1884/13
1885/22 1886/10
1887/2 1887/8 1887/12
1889/24 1891/19
1892/6 1893/15 1894/9
1894/13 1894/22
1897/4 1898/2
**yourself [2]** 1765/20
1785/17

## Z

**Zaremba [2]** 1901/2
1901/8
**zoom [3]** 1775/18
1789/24 1841/1