1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,        )
                                      )
4                                     )
              Plaintiff,              )    CR No. 22-15
5                                     )    Washington, D.C.
     Vs.                              )
6                                     )    December 20, 2022
                                      )    1:08 p.m.
7                                     )
     ROBERTO A. MINUTA, ET AL.,       )    DAY 10
8                                     )    Afternoon Session
                                      )
9             Defendants.             )
     _____    )
10

11

12                 TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE AMIT P. MEHTA
13                    UNITED STATES DISTRICT JUDGE

14

15
     APPEARANCES:
16   For the Government:         Kathryn Rakoczy, AUSA
                                 Jeffrey Nestler, AUSA
17                               Alexandra Hughes, AUSA
                                 Troy Edwards, AUSA
18                               Louis Manzo, AUSA
                                 U.S ATTORNEY'S OFFICE
19                               601 D Street, NW
                                 Washington, D.C., 20579
20                               (202) 252-72

21

22

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   For Defendant
     Roberto A. Minuta:         William Lee Shipley, Jr.
 3                              LAW OFFICES OF WILLIAM L. SHIPLEY
                                PO Box 745
 4                              Kailua, HI 96734
                                (808) 228-1341
 5
     For Defendant
 6   Joseph Hackett:            Angela Halim
                                3580 Indian Queen Lane
 7                              Philadelphia, PA 19129
                                (215) 300-3229
 8
     For Defendant
 9   David Moerschel:           Connor Robert Martin
                                BROWN, SUAREZ, RIOS & WEINBERG
10                              1532 Jackson Street
                                Fort Myers, FL 33901
11                              (239) 337-9755

12                              Scott Weinberg
                                BROWN, SUAREZ, RIOS & WEINBERG
13                              265 E Marion Avenue
                                Suite 114
14                              Punta Gorda, FL 33950
                                (941) 575-8000
15
     For Defendant
16   Edward Vallejo:            Matthew J. Peed
                                CLINTON & PEED
17                              1775 Eye Street, NW
                                Suite 1150
18                              Washington, D.C. 20006
                                (202) 919-9491
19

20

21

22

23

24

25
```

                          INDEX
WITNESS                                                    PAGE

JENNIFER BANKS

   Cross-Examination By Mr. Weinberg                       2263
   Cross-Examination By Ms. Halim                          2266
   Cross-Examination By Mr. Peed                           2274
   Redirect Examination By Mr. Manzo                       2286

SYLVIA HILGEMAN, Resumed

   Cross-Examination By Mr. Peed                           2289
   Cross-Examination By Mr. Peed                           2289


E X H I B I T S


Exhibit No.                    Received

   9500                          2244

   705.1                         2280

   EV801                         2284

   EV802                         2286

   EV803                         2286

   2413.2                        2287

   EV13                          2289

   EV135                         2321

   EV136                         2323

   EV110                         2327

   EV400                         2332

   EV100                         2337

   EV127                         2341

   101                           2350
                   (Cont.)

| | | |
|---|---|---|
| 1 | 122 | 2355 |
| 2 | 123 | 2361 |
| 3 | (unidentified) | 2366 |
| 4 | 102 | 2367 |
| 5 | EV126 | 2370 |

P R O C E E D I N G S

1

2  (Case called to order.)

3         THE COURT:  Okay.  Where are we on the exhibits?

4         MS. HUGHES:  So the government has reviewed most of

5  the exhibits.  There are 46 separate exhibits, and each exhibit

6  includes multiple -- attaches multiple, at times multiple

7  pages, so there are specific objections --

8         THE COURT:  Help me understand that.  You have 46

9  exhibits?

10         MS. HUGHES:  So Mr. Peed has provided the government

11  with a thumb drive that includes 46 separate exhibits.  The

12  compilation he put on the screen here is one of those exhibits.

13         We have no objection to this exhibit.  However,

14  depending on which ones he intends to use of those 46, we have

15  additional objections to the exhibits in that folder.

16         THE COURT:  Okay.  Mr. Peed, is it your intention to

17  introduce 46 separate exhibits through this -- or represent

18  this witness with 46 separate exhibits?

19         MR. PEED:  I don't think so, Your Honor.  I went ahead

20  and put on the thumb drive the stuff that I had prepared for

21  Agent Harris and given them, but I didn't come up with Agent

22  Harris because of the limit of the Court's limitation of the

23  scope.

24         I just thought I would go ahead and give the

25  government everything that is prepared in the exhibit to see if

1    there are any objections.  I don't anticipate all of those --

2        THE COURT:  Okay.  Well, how many do you anticipate

3    using?

4        MR. PEED:  About 15 new exhibits.  20 maybe.

5        THE COURT:  And do you have a sense of how many slides

6    that will encompass?

7        MR. PEED:  I don't, no, Your Honor.  They're all short

8    except for this first one.

9        THE COURT:  Okay.  All right.  So --

10       MR. PEED:  They're pinpointed except for this first

11   one.

12       THE COURT:  Okay.  So the 15 to 20, do we know which

13   ones the government may have an objection to?

14       MS. HUGHES:  There are two primary categories that we

15   can -- that perhaps we can identify ahead of time.  I don't

16   know if those are included in the 20.  But the two categories

17   are the number of exhibits that are from January 6th.

18       In terms of efficiency, the government will then, to

19   place those messages in context, would open the door to an

20   entire presentation on what happened on January 6th.

21       The next agent who we anticipate will go this week is

22   the January 6th agent, and so we would object to that one in

23   scope.  But, two, for efficiency purposes, our request is that

24   those messages be introduced with that agent.

25       And then the second category is, there's one

 1  particular exhibit that is from -- it appears to be a protest

 2  in Atlanta.  None of the Oath Keepers are depicted in that

 3  footage.  It is, I assume, based on the footage, but, again,

 4  there's no identification of it that it is potentially an

 5  Antifa rally of some kind.  The government would object to that

 6  exhibit in particular based on relevancy.

 7        But then the second category is sort of the broader

 8  January 6th discussion.

 9        THE COURT:  Okay.  Mr. Peed, are you intending to use

10  the January 6th related slides?

11        MR. PEED:  I don't think so.  I think I only go up

12  through the points that the government has gone through, which

13  is the morning of January 6th with the podcast.

14        THE COURT:  Okay.  All right.  And then the Atlanta

15  video, is that something --

16        MR. PEED:  Again, it's the government, in the first

17  day of trial, it's from the same film outlet that a lot of the

18  government videos came from, News2Share.  I have not asked them

19  ahead of time -- since I gave it to them -- I used slides in my

20  opening after giving it to the government.  I haven't asked

21  them if there are specific objections.

22        I think the relevance is the Oath Keepers were there.

23  Antifa was there.  This is the Stop the Steal Rally in Atlanta

24  in November 2020.  And generally there are lots of messages

25  about Antifa and the fears of Antifa.  So, you know, I think

1   it's representative of an event that the Oath Keepers attended

2   or Antifa attended, and --

3          THE COURT:  Did any of these defendants attend the

4   rally?  Mr. Vallejo did not.

5          MR. PEED:  The people sending the messages, because

6   it's not just Mr. Vallejo's messages, obviously.  The

7   government has gone through lots of messages of people talking

8   about bringing broomsticks and --

9          THE COURT:  I know.  But you're seeking to bring just

10  a video of some Antifa something or other.  Unless these

11  defendants either observed the video or were actually present

12  for the demonstration, I don't know how it's relevant at all.

13         MR. PEED:  I mean, in one sense it's not relevant to

14  Mr. Vallejo, but neither are any of the messages that the

15  government has put on because he wasn't part of them.  But the

16  theory is that those are his co-conspirators and these messages

17  show what they're thinking, and they're talking about bringing

18  flags with posts or acting like the wrestler with the board.

19         THE COURT:  Who is in Atlanta that -- who is in

20  Atlanta?  I mean, is there anybody depicted in the video who

21  sent -- who created the video?

22         MR. PEED:  The video is from News2Share.

23         THE COURT:  So who is there?  I remember there was

24  some reference to Atlanta in the first trial, but it didn't

25  play much of a role, if at all.

1          MR. PEED:  The government would know specifics.  I

2    haven't broken down who went there.  But I know that people on

3    the chats that they've been presenting were there.

4          If I need to tie it up more tightly for relevance,

5    that's fine.  But I think, you know, the government probably

6    knows right now which Oath Keepers went down to the Atlanta

7    rally.

8          MS. HUGHES:  The government does not.

9          But, I mean, obviously the Atlanta rally isn't a major

10   presentation or even a minor presentation in our case.

11         But even so, even if there were some broadly defined

12   co-conspirators present in Atlanta, if there was nothing

13   communicated about that in any of the groups with these

14   defendants, it still isn't relevant.

15         And I would just note, it's not clear that there are

16   Oath Keepers in this video.  I looked at it quickly at the

17   break, but it seems to be mostly just, I'm guessing, Antifa

18   individuals is the main thrust.

19         MR. PEED:  Again, the relevance is to people who are

20   talking about weapons.  Mr. Vallejo wasn't in the chat even at

21   that point in time where people were talking about bringing --

22         THE COURT:  No, but you've got to tie it up with --

23         MR. PEED:  I understand that, Your Honor.

24         THE COURT:  So unless you can tie it up with someone

25   who is actually in the chat or -- and that person is expressing

1    concerns about Antifa, then I'm not sure just some random video

2    of what happened in Atlanta is relevant.

3              MR. PEED:  I understand that.  I think, you know, I

4    would need to show there were Oath Keepers in the chats who

5    were also at the Atlanta rally.  There's a lot of messages that

6    the government is putting forth, and I guess the relevance is

7    these are the kinds of things people were talking about even if

8    it wasn't.

9              THE COURT:  Are there express messages talking about

10   Atlanta and Antifa?

11             MR. PEED:  There's talk about Atlanta being there and

12   then there's talk about --

13             THE COURT:  "Atlanta being there"?

14             MR. PEED:  I believe so, Your Honor.

15             THE COURT:  What do you mean, "Atlanta being there"?

16             MR. PEED:  Oath Keepers being in Atlanta at that

17   rally, there's talk of that.  There's talk of Antifa.  I

18   believe there's talk of Antifa at the Atlanta rally.

19             This is not essentially what I will do with this

20   witness.  I can make it tighter, if the government objects.

21             I would like to know if there's -- for purposes of

22   witness production, if the government would object to the sort

23   of foundational level of the video as opposed to just its

24   relevance, and then I'll know if I need to call a witness for

25   that purpose.  You know, it's from the Ford Fischer

1   organization that the government has used videos from January

2   6th.  I won't use that video now but I would like to know if

3   there's any other objection other than 401.

4           MS. HUGHES:  Just for the record, I quickly just

5   scrolled through the video again.  There's no Oath Keepers.

6           So even if this was indeed a rally from Atlanta, the

7   fact that this was in some Metropolitan area where the Oath

8   Keepers were at one point, without any tie to these defendants,

9   I don't see how this could be relevant without a foundation

10  laid.  So the government would object to this at large without

11  more.

12          THE COURT:  Okay.  Let's see where we are with, I

13  think -- well, let's see where we are with it.

14          MR. SHIPLEY:  Your Honor, I would raise a different

15  issue.

16          In the first trial the government did not seek to

17  admit or use the two grenades seized from Jeremy Brown's house

18  from Florida in September.  And an officer today is going to

19  be, a task force officer -- or a witness today is going to be

20  Task Force Officer Charles George, Tampa Police Department bomb

21  squad member who recovered those two grenades.  Presumably the

22  government wants to bring them into this case after not having

23  used them in the first trial.

24          Given there's no connection to these four

25  defendants -- I understand the Court ruled that they were

1    admissible in the first trial, but I would ask the Court in

2    this trial to rule on 403 grounds that they're unfairly

3    prejudicial to these defendants.

4           THE COURT:  All right.  Well, let's continue with this

5    cross-examination, and we can take that up at the appropriate

6    time.  I don't know that that witness is even going to testify

7    today given --

8           MR. SHIPLEY:  He's set for today.

9           THE COURT:  Well, there appears to be a lengthy

10   cross-examination by Mr. Peed, plus the cell data expert.  I

11   doubt we'll get there.

12          MR. MANZO:  Your Honor, if it's amenable to the Court,

13   I've spoken with the defense about taking Jenny Banks out of

14   order, and they're amenable.  So if you're amenable, we'd ask

15   to put her on now.

16          THE COURT:  How long do you think she will be?  She

17   was maybe an hour.

18          MR. MANZO:  I think she was closer to a half hour on

19   direct.

20          THE COURT:  Okay.  You all expect -- how much do you

21   expect in terms of cross?

22          MS. HALIM:  Mine is not very lengthy.  I can't really

23   put -- it will be shorter than the direct, I can tell you.

24          THE COURT:  That's always a good rule of thumb.

25          Okay.  All right.

1          (Jury enters the courtroom.)

2          MR. EDWARDS:  May we take up a question on the phone

3     before we begin?  Apologies.

4          **SIDEBAR:**

5          MR. EDWARDS:  Banks is ready to go, but we are going

6     to ask whether Special Agent Hilgeman could then sit in as we

7     have been doing with having two case agents, depending on the

8     witness.

9          THE COURT:  I'm not sure how I did this before.  I

10    guess I allowed it with Harris.  But I'm not sure I understand

11    the relevance of her being in here for Agent Banks.

12         MR. EDWARDS:  Some of the objections from Ms. Halim

13    have revolved around Special Agent Hilgeman's testimony about

14    particular individuals and where they were, and that was

15    connected then to Agent Banks' testimony.

16         THE COURT:  Look, I mean, the short answer is no, I'm

17    not going to let her be here when Banks is testifying.  The

18    logic behind that rule is that if somebody as the case agent or

19    subject matter expertise as to a particular witness, fine.

20    She's not a particular case agent or subject matter expert as

21    to cell site evidence.  She's not an expert period.  So it's

22    not like she can sit here and watch someone else's testimony

23    and then incorporate it into her own testimony.  So I'm not

24    going to let her be in here for that.  But we want to start

25    with Banks now.  Is that the idea?

 1          MR. EDWARDS:  Yes, Your Honor.

 2          THE COURT:  I thought we were going to do that at

 3    3:00.  Everybody is okay with that?  Okay.  Thank you.

 4    (End of sidebar.)

 5          THE COURT:  All right.  Welcome back, everybody.  I

 6    appreciate your patience.  So like we did the other day, we're

 7    going to put a pause on the special agent's testimony, the

 8    cross-examination, because we have on out-of-town witness.  So

 9    we're going to take that out-of-town witness now, and we'll

10    return to Agent Hilgeman's cross-examination afterwards.

11          MR. MANZO:  Thank you.  The government calls Special

12    Agent Jenny Banks.

13          JENNIFER BANKS, Sworn

14          THE COURT:  Agent Banks, welcome.

15          THE WITNESS:  Thank you.

16    DIRECT EXAMINATION BY MR. MANZO:

17    Q.    Good afternoon, ma'am.

18    A.    Good afternoon.

19    Q.    Could you please introduce yourself to the jury by stating

20    and spelling your name.

21    A.    Jennifer Banks.  J-E-N-N-I-F-E-R.  Last name is Banks.

22    B-A-N-K-S.

23    Q.    What do you do for a living?

24    A.    I am a special agent for the FBI.

25    Q.    How long have you been doing that?

1    A.    Since 2003.

2    Q.    What positions have you held with the FBI?

3    A.    I was a special agent, am a special agent since 2003, and

4    I've worked various violations to include violent crime, white

5    collar, some counterterrorism; and then in September of this

6    year, I was promoted to supervisory special agent.

7    Q.    And what unit do you supervise?

8    A.    The Cellular Analysis Survey Team.

9    Q.    Where are you based?

10   A.    I live in Spokane, Washington, out of the Seattle

11   division.

12   Q.    What is the cellular team that you just referenced?

13   A.    So back in 2008 when I was working in Washington, D.C.

14   here as a special agent, I started working with cell phone

15   records in my investigations.  Those records show the phone

16   calls that a person is making and receiving and the cell towers

17   that they're using during those calls.

18       So back then I started working with those records.  In

19   2011 I became certified with the CAST team, the Cellular

20   Analysis Survey Team, to testify in court as an expert to the

21   records.

22   Q.    What type of training did you receive?

23   A.    In 2011 I went through six weeks of intense training

24   through the service providers, such as Verizon, T-Mobile --

25   Sprint back then.  In addition, we had engineers come teach us

1    about their networks and how cell towers are -- how cell

2    networks are built and why they're set up the way they are.  We

3    also took expert witness training.  And that's about it

4    generally.

5    Q.   Have you made an effort to keep up with the current

6    changes in technology?

7    A.   Yes.  Our unit requires all CAST experts to take the

8    annual recertification, which is -- again, it's a week-long

9    recert, 20 to 40 hours, depending, of training from the service

10   providers, engineers, and other service providers such as like

11   Synchronoss or Samsung, stuff like that.

12   Q.   And generally what is cell site analysis?

13   A.   So as I mentioned before, it's taking that call record of

14   a cell device, determining what cell site was used during that

15   call; and then essentially we draw on a map of the general area

16   where a phone would have had to have been to use those

17   resources, those cellular resources.

18   Q.   How many investigations have you worked on involving cell

19   site analysis?

20   A.   I mean, hundreds over the course of 15 years now almost.

21   Q.   Have you been qualified as an expert before?

22   A.   Yes.

23   Q.   And in which jurisdictions?

24   A.   The district here, federal and state.  Do you want to know

25   the different states?

1   Q.   Just a few.

2   A.   Just a few?  Oregon, Washington, Tennessee, Kentucky,

3   D.C., Maryland, Virginia.

4   Q.   Have you testified for the government?

5   A.   Yes.

6   Q.   Have you testified for the defense?

7   A.   I was called on, I think it was rebuttal or cross or

8   something.  I can't remember.

9        MR. MANZO:  Your Honor, at this point we'd seek to

10  qualify Agent Jenny Banks as an expert in cell site analysis.

11       MS. HALIM:  No objection.

12       MR. SHIPLEY:  No objection.

13       THE COURT:  Okay.  We'll recognize and qualify Agent

14  Banks as an expert in cell site analysis.

15       Ladies and gentlemen, let me just read you a quick

16  instruction.  Ordinarily a witness may not testify as to her

17  opinions or conclusions.  There's an exception for expert

18  witnesses who are allowed to give opinions and the reasons for

19  them because they have become expert in some art, science,

20  profession or calling.

21       You are not bound by the expert's opinion if you find

22  that the opinion is not based on sufficient education or

23  experience, that the reasons supporting the opinion are not

24  sound, or if the opinion is outweighed by other evidence, you

25  may completely or partially disregard the opinion.

```
 1              You should consider this evidence with all the other
 2    evidence in the case and give it as much weight as you think it
 3    fairly deserves.
 4              MR. MANZO:  Thank you, Your Honor.
 5    Q.    Agent Banks, have you prepared a number of reports related
 6    to this investigation?
 7    A.    I have.
 8    Q.    And I'm now going to pull up Government Exhibit 9500.  Is
 9    this one of the reports that you've created in this
10    investigation?
11    A.    Yes.
12              MR. MANZO:  Your Honor, at this time we'd seek to move
13    into evidence 9500.
14              MS. HALIM:  No objection.
15              THE COURT:  9500 will be admitted.
16              (Exhibit 9500 admitted into evidence.)
17    Q.    So briefly what are we looking at in 9500 here on the
18    cover page?
19    A.    This is the cover page that indicates my name and the case
20    number I was working on.
21              MR. MANZO:  Can we go to the second page, Ms.
22    Badalament.
23    Q.    Can you explain to the jury what we're looking at here?
24    A.    Yes.  I prepared this summary so that the reader and I can
25    remember who asked me to conduct the review of the records as
```

1    well as what analysis period they requested as well as which

2    phones.

3    Q.    And then let's go to the third page here.  What are we

4    looking at on the third page with cell tower examples?

5    A.    And this is published to the jury, correct?

6    Q.    Yes.

7    A.    So I like to put this in here so a reader can understand

8    that cell towers don't just look like the picture in the top

9    left, that pole with the antennas providing that 360-degree

10   coverage.  They also look like the American flag.  You have

11   antennas in that pole.  Also on a building where the providers

12   will put them on buildings so they are not eyesores to the

13   public.  They'll try to blend them in.  So you see a variety of

14   different types of cell towers in these pictures.

15   Q.    What's the importance of a cell tower in your field?

16   A.    The importance of a cell tower is to provide coverage to

17   the users who are paying a lot of money to use those devices.

18   And where those towers are -- we determine where those towers

19   are to determine where the phone might be based on all the

20   other towers in the area.

21   Q.    Can we go to the next page, please.

22         What are we looking at here on page 4?

23   A.    So I showed you a variety of different types of cell

24   towers.  The most common is a three-sector tower.  So let's

25   just visualize that one in the top-left picture.  Right?  The

1   pole in the ground.

2        At that pole the provider will put three different sets of

3   antennas directing in three different directions.  Most of the

4   time they will split them up into three even pieces.  So if you

5   take a 360-degree circle, divided by three is 120 degrees.  So

6   you remember kind of back in the days when you learned geometry

7   and whatnot, zero degrees would be at noon, 12:00 on a clock

8   face, and then 60 degrees would kind of be to your southeast,

9   if you're looking this way.

10       So the service providers will split up that circle evenly,

11  most likely.  So there are times where they will diverge from

12  that setup if, for example, there's a hillside behind the tower

13  and no one is behind it, so they'll direct more coverage to the

14  opposite side, for example.

15       So this picture shows a typical three-sector tower where

16  you have one, Sector 1, which is in the red, that the provider

17  will tell me it's faced at zero degrees north.  This tower also

18  has Sector 2, which is faced at 120 degrees, and Sector 3,

19  which is at 240.

20       When we estimate coverage of that tower, we know -- so

21  think of a flashlight.  If I shine a flashlight at you, it's

22  the brightest right in front of it, and then out about 60

23  degrees on each side it starts to get -- it starts to fade.

24  Right?  You see it less bright.  And then behind it you might

25  see it dim, but it's not bright at all.  These other sectors

1   provide a brighter light.

2   Q.   Can we go to the next page, please.

3        Is this what you're talking about when you say sector

4   illustration?

5   A.   Correct.  So in order to show on my map which degree or

6   antenna or sector orientation a phone was using, I draw this

7   red, it looks kind of like a pie wedge.  And the arc in the

8   center isn't any type of coverage.  It's just showing where

9   that flashlight beam is facing.

10        So you'll see on my maps that if a -- you'll see these

11  wedges to indicate which direction that antenna was facing that

12  the phone used at the time indicated on the report.

13  Q.   What are we looking at here on the sixth page?

14  A.   This is what it will now transition from the last slide to

15  this.  This is what it will look like on a map.  So you'll see

16  these wedges on my maps.

17  Q.   Okay.  Let's get to one of your maps now.  Can we go to

18  page 7.  What are we looking at here on page 7?

19  A.   So in order to show -- this is an overview map, so I

20  didn't show -- you don't see wedges on here because the map is

21  too zoomed away.  Right?  Like you'd have to zoom way into them

22  to see that detail.

23        And in this case I was asked to determine what the

24  movements, the larger scale movements of this phone was from

25  January 3rd to January 5th.

1          This phone number you see at the top is area code

2     406-291-6558.  So I'll start referring to numbers with the last

3     four for reference.  This number was used by Stewart Rhodes.

4          As I reviewed the call activity, cell site activity for

5     this phone during that timeframe, I determined that this phone

6     left the Granbury, Texas, area on January 3rd, 2021, around

7     1:59 p.m.  So I saw a cell site registration that indicated

8     movement outside of Granbury.

9          That phone then moved to the east and up north through

10    Chattanooga and then into the Roanoke area, up into Washington,

11    D.C., by January 5th, 2021, in the afternoon hours.

12         So you see some breaks in the maps or the dots.  The dots

13    are just the location on the map where that tower antenna is

14    located.  If you see a break, it's just there wasn't cell site

15    activity during that time.  But based on the movement from one

16    point to the next, it would be my opinion that the phone moved

17    along those highways up into the D.C. area.

18    Q.   Can we go to the next page, please, on page 8.

19         What are we looking at here on page 8?

20    A.   So this is another overview map for a phone ending in

21    6843, used by an Ed Vallejo.  This phone left the Phoenix,

22    Arizona area on January 2nd, 2021, at 5:09 in the morning, and

23    moved east through New Mexico, Oklahoma, on to Tennessee, up

24    into Virginia, and then finally to D.C. on January 5th, 2021,

25    in the early afternoon hours.

1  Q.   When you say "D.C." on your map, you mean the Washington,

2  D.C. area?

3  A.   Yes, sir.

4  Q.   I want to go to the next slide now and ask you about an

5  analysis you did for cell phones for a particular location.

6       So on page 9, what did you do in the following maps

7  related to Whiteville, North Carolina?

8  A.   So I was asked to determine if any of the phones I

9  reviewed had activity in Whiteville, North Carolina.  And I did

10  determine that these six phones had cellular activity that

11  indicated that they went to a location in Whiteville.

12  Q.   Now, can somebody have a phone and have no cellular

13  activity?

14  A.   Yes.  I mean, they can have their phone off, or they're

15  not using it, correct.

16  Q.   And what were you able to determine about these six

17  phones?

18  A.   These phones had activity, and I could see the cell site

19  registration was in Whiteville.  So other phones just may not

20  have had activity in that area.

21  Q.   So let's go to page 10 now.  What are we looking at on

22  page 10?

23  A.   So this is just a map illustrating each of those six

24  phones and the cell sites they used in the area of Whiteville.

25  This is a number ending in 0600 which was used by Kelly Meggs.

1    Q.   And what does the green address here mean?

2    A.   So that was a location I was given, I think one of the

3    agents gave it to me, as a location pertinent to this

4    investigation.  And I was asked to determine if phones could

5    have been at that location.

6    Q.   And what did you find out about the phone associated with

7    Kelly Meggs here?

8    A.   So this phone on January 4 at 8:37 p.m. appears to come

9    off the interstate area into the Whiteville area and then moves

10   to the southeast to use -- you see this eNB on the purple

11   callout box.  156405 and CID 405-3.  Those are the

12   identification of the actual cellular antenna.  So this phone

13   had activity at 9:48, 9:55, there were five different lines of

14   activity, and 9:57 on this tower that's just north of the word

15   Ash, so the town of Ash, North Carolina.

16        And based on the analysis -- and you can see the other red

17   dots on the map are all the other Verizon towers that are in

18   this area.

19        So based on that activity, it would be my conclusion that

20   this phone could have been at the 1880 Dock Road address in

21   Whiteville, North Carolina.

22   Q.   Let's go to page 11 now.  What are we looking at here?

23   A.   So, same thing.  This is another Verizon phone ending in

24   8614 that used that same tower, because it's Verizon.

25        So if you have a Verizon phone, you use only Verizon

1    towers, for the most part.  No one really roams anymore in this

2    type of network.  Back in the day we used to roam more, but not

3    the case.

4        So Verizon is only really going to use Verizon.  And so

5    this is another Verizon phone using that same tower, that same

6    antenna.  You can see the number is the same even.  At 12:02

7    a.m., providing coverage to the Dock Road address.

8    Q.   Let's go to page 12 here.  What are we looking at at page

9    12?

10   A.   So this is the phone ending in 0136 used by Kenneth

11   Harrelson.  This phone had activity -- this is an AT&T phone,

12   which I saw activity at 5:20 a.m. on -- excuse me, let me go in

13   chronological order.

14       On January 4 in the evening hours this phone began to have

15   activity off a tower that would have provided coverage to the

16   Dock Road address.  You can see that this blue tower, the blue

17   dots are all the AT&T.  This antenna, number 760899-16, that

18   specific location you don't see a Verizon tower at that same

19   spot.  So just try to keep that in mind, that the positioning

20   of towers would be a little different depending on the

21   provider.

22       So this phone began using the resources that provide

23   coverage to Dock Road at 9:57 p.m. and continued to do so until

24   4:34 in the morning.  And at 5:20 a.m. on the 5th, we see that

25   phone using the tower up near Whiteville as it's making its way

1   back to the interstate.

2   Q.   Let's go to page 13 now.  What are we looking at?

3   A.   This is a phone ending in 6396 used by Joseph Hackett.

4   This phone also was an AT&T phone that used resources on that

5   same tower at 9:54 p.m. on the 4th into the morning hours of

6   4:51 a.m. on the 5th.

7   Q.   Can we go to the next page, page 14 now.  What are we

8   looking at here?

9   A.   This would be -- I believe it's the sixth number, ending

10  in 6217 used by Jason Dolan.  This is a Verizon number.  So,

11  again, it's using that same tower that's just north of that

12  town of Ash that would provide coverage to Dock Road.  It does

13  that -- it starts using that tower at 10:14 p.m. on the 4th and

14  continues to do so until 4:39 a.m. in the morning on the 5th.

15  Q.   All right.  Let's look at one last map from Whiteville

16  here.  Can we go to page 15.

17  A.   Mm-hmm.  So this is the sixth one.  I apologize.  I can't

18  keep count, I guess.  This one ends in 2552.  This is used by

19  Caleb Berry.  This phone -- this is a T-Mobile phone.  You see

20  there's more activity.  The T-Mobile is depicted by green dots

21  on my maps.

22       This phone comes into Whiteville, North Carolina, at 9:48

23  p.m. on the 4th and begins to use resources on that tower just

24  north of Ash.  It uses kind of two antennas down there but does

25  so from 10:10 p.m. until 5:04 in the morning the next day.  And

1  then we see again at 5:21 that phone is back up north towards

2  the town of Whiteville using e-Node or antenna, that's another

3  name in the 4G world for an antenna, 137505.

4  Q.    Okay.  Let's shift gears to a different analysis that you

5  performed.  On page 16 here did the prosecution team also ask

6  you to look at a specific address of 122 North Glebe Road,

7  Arlington, Virginia, Comfort Inn?

8  A.    Yes.

9  Q.    And did you look at the phone numbers listed here on page

10 16 for Jessica Watkins, Jonathan Crowl, Bennie Parker, Sandra

11 Parker, Thomas Caldwell, Connie Meggs, Kenneth Harrelson, David

12 Moerschel, Joseph Hackett, Caleb Berry, Ed Vallejo, Todd

13 Kandaris, and Jeffrey Stamey?

14 A.    Yes.

15 Q.    I want to ask you a question before we start off here

16 about the phone number associated with Mr. David Moerschel.  Do

17 you see that?

18 A.    Yes.

19 Q.    Was there something slightly more complicated about that

20 phone number than the other phone numbers involved?

21 A.    So the cellular analysis was just the same.  The

22 difference is -- excuse me.  This is actually the mobile

23 directory number on T-Mobile's network.  So further

24 investigation into the subscriber reports from T-Mobile

25 revealed this phone was actually a Republic Wireless phone.

1    So once I received that data from the case agents, I
2    reviewed that subscriber information from Republic Wireless.
3    So Republic Wireless is a company kind of like Google FI, if
4    you've ever heard of that as well.  So they sort of pride
5    themselves on being a WiFi calling phone, so you're going to
6    use primarily the WiFi network.
7        So this number used by Mr. Moerschel, his phone number
8    wasn't actually 941-787-9475 if you tried to call him.  He had
9    a number that began with 770, and I would need -- I can't
10   remember the last seven.  But he had --
11   Q.    5476?
12   A.    Ending in 5476, yes.
13       So he had a Republic Wireless number.  And Republic
14   Wireless tells us that, oh, this was a WiFi-based phone.  But
15   when that phone didn't have WiFi, it would -- their backbone,
16   Republic, would push it over to T-Mobile, and T-Mobile would
17   handle the call.  And I could confirm that by looking at the
18   records and seeing it's the same handset based on its equipment
19   identifier on the phone.  They show us that information as
20   well, the providers do.
21       And so essentially, in summary, Mr. Moerschel had a
22   different phone number than what's listed here.  I list this
23   here because I look at the cellular world.  So the cellular
24   network saw this 941 number, but it was pushed to that number
25   from the Republic Wireless backbone.

1    Q.    So let me just ask you one more followup question.

2    A.    Yeah.

3    Q.    So Mr. Moerschel's number ending in 5476, that then got

4    pushed on the wireless network to the number ending in 9475?

5    A.    Correct.  As soon as that phone didn't have WiFi, it was

6    pushed to a cellular network which would have been -- is

7    probably more present, depending on where you are, than WiFi

8    that you have access to.

9    Q.    Let's look at your maps here.  And we'll go to page 17.

10          What are we looking at here on page 17?

11    A.    So this blue dot you see on the map is the Comfort Inn at

12    1211 North Glebe Road in Arlington.  So you'll see this flag,

13    this blue flag throughout the next series of maps that shows

14    the location of that hotel.

15          This map shows the number ending in 8551, used by Jessica

16    Watkins, from January 5th at 6:12 p.m. to the next day on

17    January 6th at 5:04 a.m.  So during that timeframe there were

18    three Sprint calls or voice calls that used cell ID 1086-2,

19    which is at that zero-degree orientation providing coverage to

20    the north of that tower which would provide service to that

21    hotel.

22    Q.    And that hotel is marked on the map by the blue dot?

23    A.    The blue flag, yeah.  The blue dots would be -- on the

24    next maps would be AT&T.  I'd call it a flag, I guess.

25    Q.    Thank you, Agent Banks.

1    A.    Yes.

2    Q.    Can we go to page 18 here.  What are we looking at?

3    A.    This is a map showing the activity for the number ending

4    in 7949 used by Donovan Crowl.  A review of Crowl's records

5    showed that that phone used Verizon resources at this red tower

6    labeled 117016 at 5:02 p.m. on the 5th, through the last one,

7    there were five calls there, until 7:24 p.m.  That antenna

8    would provide coverage to the Comfort Inn.

9    Q.    Can we go to page 20 now.

10        What are we looking at here?

11   A.    This is a map depicting number ending 5576 used by Bennie

12   Parker.  This phone is also a Verizon phone.  This phone used

13   Verizon resources, that same 117016, at 5:15 p.m.  Excuse me.

14   It also used this other antenna at 5:48 p.m. to the east there,

15   and then back at 6:13 and 6:49.

16        So based on that kind of movement, I would suspect that

17   between 5:15 and 5:48 that phone was sort of coming into that

18   area and then transitioned to staying more stagnant.

19   Q.    Let's go to page 21.

20        What are we looking at on page 21?

21   A.    This is also a Bennie Parker number ending in 5576.  But

22   now we're looking at January 6th at 6:20 p.m. through January

23   7th.  This phone used that same Verizon tower, 117016, at 6:20

24   p.m.  And then you can see there are three times there, 6:30 as

25   well, 6:41 p.m.  Then there's no activity in between there.

1    And then at 10:23 it uses a tower north of there and then back

2    again at -- I'm sorry, 10:22 and then 10:23, and then back at

3    11:01.

4        So my opinion on that movement is the phone left the area

5    and then came back.  So again, that tower would provide

6    coverage to the hotel, so if a phone were at the hotel, it

7    would probably have left and returned.

8    Q.    Can we go to page 22 now.  What about here?

9    A.    This is a phone ending in 6790 by Sandra Parker.  This

10   phone is also a Verizon phone and had 11:40 p.m. use on that

11   Verizon tower, 117016.  That would provide coverage to the

12   Comfort Inn.

13   Q.    Page 23?

14   A.    This is a number ending in -- excuse me -- 3957 used by

15   Thomas Caldwell.  This phone had activity at the Comfort Inn --

16   sorry, the tower that would provide coverage to the Comfort Inn

17   on January 6th at 4:46 a.m., two of them, this is AT&T, there

18   were two voice or texts, then 5:04 a.m.

19   Q.    What are we looking at on page 24?

20   A.    This is a -- could you go back one?  I just lost track.

21   That was the morning.  And then continue.  Sorry.

22       Then we see a continuation of later that evening at 5:29

23   p.m. on the 6th, and the phone returns to that Arlington area

24   using the same resources from a tower that provides coverage to

25   the Comfort Inn from 5:29 through the evening hours until 10:47

1    a.m.

2    Q.   Can we go to page 25, please.

3    A.   This is a number ending in 0600.  This is a Verizon tower.

4    This phone used resources from the cell ID 316-2 that provides

5    coverage to the Comfort Inn.  You see that this is Verizon, and

6    the other phones were Verizon, but they use like a longer digit

7    number.  The difference here is just 3G versus 4G.  It's just a

8    different type of handset they had or phone they had.

9    Q.   Can we go to slide 26 now.

10       What are we looking at here?

11   A.   This is a number ending in 8614 used by Connie Meggs on

12   January 5th at 11:33 a.m.  This Verizon phone uses the 117016

13   antenna that provides coverage to the Comfort Inn.  It

14   continues to do so until around 12:05 p.m.

15   Q.   Can we look at slide 27.

16   A.   This is a number ending in 0136 used by Kenneth Harrelson.

17   And this number is an AT&T number that used resources on

18   antenna 650855 at 11:31 a.m. providing coverage to the Comfort

19   Inn.

20   Q.   Can we go to page 28 now.

21       What are we looking at here?

22   A.   This is also that number ending in 0136.  Because I was

23   asked for any activity in Arlington, this was also additional

24   activity in Arlington.  It would be to the northeast of the

25   Comfort Inn.  But at 9:08 a.m. and 9:43 a.m. on January 7th the

1    phone appears to be in the Arlington, Virginia, area.

2    Q.    Page 29 now.  What are we looking at here?

3    A.    So, again, this is that Republic Wireless routing the

4    770 -- I can't remember the last four now -- 5464 phone number

5    through its backbone to the T-Mobile network to the mobile

6    directory number 9475.

7          That number -- that activity with that number on

8    T-Mobile's network shows us that phone, that handset used

9    resources on this T-Mobile tower number 44623 at 12:03 p.m. on

10   January 5th, as well as 12:14 p.m. on that same day.

11   Q.    Let's go to page 30 now.

12         What are we looking at here?

13   A.    This is a number ending in 6496 used by Joseph Hackett.

14   This is an AT&T phone.  This phone you can see quite a bit of

15   activity here.  The phone is in the Arlington area between

16   January 7th at 7:31 a.m. to 8:01 a.m.  It appears to be

17   somewhat mobile.  So generally they're in the Arlington,

18   Virginia, area.

19   Q.    And can you describe or circle on your screen the earliest

20   cell tower activation that you see here?

21   A.    7:31 a.m.

22   Q.    And then what is the latest cell tower activation that you

23   see?

24   A.    8:01.

25   Q.    Can we go to page 31 now.

1          What are we looking at here?

2    A.    This is a number ending in 2552 used by Caleb Berry.  This

3    phone, it's a T-Mobile phone using resources on the green tower

4    here.  You see that it shows 44623, and a -4 and -7.  Those are

5    antennas that are both faced in the same direction, but they're

6    stacked on top of each other.  So it's a very busy area.  They

7    needed more coverage.  So that's what this is.  This phone used

8    both of them.  They provide almost similar coverage signal

9    strength for that area.  So they're sort of -- the footprint's

10   very much the same.  That phone used both of those antennas

11   between 11:42 a.m. on the 5th and to 12:03 p.m.

12   Q.    Going forward to slide 30.

13         What are we looking a here?

14   A.    This is the same phone ending in 2552 used by Caleb Berry

15   at January 7th at 7:47 a.m.  It uses the same antenna on the

16   previous slide, but then in addition at 8:00 a.m. the phone

17   uses an antenna to the east.

18   Q.    So just circling back here again, what are the times of

19   these activations?

20   A.    7:47 a.m. and 8:00 a.m. on the 7th.

21         MR. MANZO:  And then going back to page 30, Ms.

22   Badalament, can you pull up that.

23   Q.    What are the times of these activations here for

24   Mr. Hackett?

25   A.    7:31 and 8:01 is the first and last.

1    Q.    Let's go forward now again to slide 33.

2          What are we looking at on slide 33?

3    A.    This is the number ending in 6843, used by Ed Vallejo.

4    This phone at 12:52 p.m. on January 5th utilized the antenna

5    652845 which provides coverage to the Comfort Inn, and it

6    continues, you see six different cell registrations on that

7    same antenna to 12:54 p.m.  And then we see activity at 3:31

8    p.m. where that phone is moved to the east.

9    Q.    Can we go to slide 34.

10         What are we looking at here?

11   A.    This is the number again ending in 6843 used by

12   Mr. Vallejo.  This phone is using the same antenna, 652845, but

13   now on January 6th at 7:28 a.m. into 11:36 a.m.

14   Q.    And on slide 35, what are we looking at here?

15   A.    It's just the later afternoon for that same phone.  The

16   phone being in Arlington again at 2:32 p.m. on the 6th until

17   9:00 p.m.  I indicated -- because there were just so many SMSs

18   there, 62 of them, and three voice calls.  And then at 9:08 the

19   phone moves to the west near Falls Church.

20   Q.    On page 36, what are we looking at here?

21   A.    So you see the west and Falls Church there.  The phone at

22   11:00 p.m. and 11:01 is in Falls Church and then returns to

23   Arlington using the same antenna that would provide coverage to

24   the Comfort Inn from 11:15 p.m. until 12:25 a.m. on the 7th.

25   Q.    Now, shifting gears, on page 37 here, is this a new

1    individual?

2    A.    A new individual?  No.

3    Q.    Not the same individual as slide -- as page 36?

4    A.    Oh, correct.

5    Q.    So who is on page 37?

6    A.    This is a phone ending in 2299.

7    Q.    And what were your conclusions about this phone on page

8    37?

9    A.    This phone used the 44623 T-Mobile tower at 1:23 p.m. to

10   2:24 p.m.  You have a total of five registrations there on the

11   two antennas.  And those antennas provide coverage to the

12   Comfort Inn.

13   Q.    Page 38, please.

14         What are we looking at here?

15   A.    This is the same number we just saw on the previous slide,

16   ending in 2299.  This phone on the 5th in the evening hours at

17   9:33 p.m. begins to use resources in Arlington again.

18         And then in the morning hours we see the continued use on

19   the towers that provide coverage to the Arlington area,

20   specifically the 44623-7 that you see there is actually that

21   zero-degree antenna that provides coverage to the Comfort Inn

22   which the phone used from 9:18 a.m., 11:07 a.m., 11:47, then we

23   see a break again at 3:55 p.m. and 4:22.

24   Q.    Thank you.  And one final slide here on page 39.  What are

25   we looking at?

A.   This is a phone ending in 2817 used by Jeffrey Stamey.

This phone is a Verizon phone that used that 117016 antenna

from 4:48 up until 5:31 -- sorry, excuse me.  That's on the 5th

until 10:00 p.m.  Then we see activity again at 4:46 a.m. to

5:31 p.m.

     You see the antenna to the east, the 117235.  You have

some activity where it appears this phone potentially went away

from wherever it had been sort of camped out and then moved

back.

          MR. MANZO:  Thank you.  No further questions.

          THE COURT:  Mr. Weinberg?

          MR. WEINBERG:  Thank you, Your Honor.

CROSS-EXAMINATION BY MR. WEINBERG:

Q.   Good afternoon.  How are you?

A.   Good.  How are you?

Q.   Fine, thanks.

     Just a couple of questions.  Let me ask you this.  The

time zone when the phones are in Washington D.C., that's

Eastern Standard Time?

A.   The times you see here are in the time zone that's

depicted on the map of the location on the map.

Q.   Okay.  So if we see a dot in D.C., it's Eastern Standard;

is that right?

A.   Correct, correct.

          MR. WEINBERG:  Okay.  Could we pull up Exhibit 9500

2264

1    and slide number 7, please.

2    Q.    So this is depicting Stewart Rhodes' travel, correct?

3    A.    Correct.

4    Q.    Okay.  And it shows at the top he arrives in D.C. on

5    January 5th, 2021, around 2:38 p.m.; is that fair to say?

6    A.    Correct.

7    Q.    So based on the data you collected, he did not get there

8    early in the morning, correct?

9    A.    Of the 5th?

10   Q.    Correct.

11   A.    I see the first activity in the D.C. Metro area at 2:38

12   p.m.

13   Q.    Okay.  Thank you.  Could we go to page 9, please.

14   A.    Not sure what's happening to my voice.

15   Q.    If there's water up there, maybe --

16   A.    Okay.  It's okay.

17   Q.    We can agree that David Moerschel's name is not on this,

18   correct?

19   A.    Correct.

20   Q.    Okay.  Let's talk about -- apparently he uses Republic

21   cellular service.  Are you familiar with that?

22   A.    Yes.

23   Q.    Okay.

24   A.    I don't use it a ton, but I am familiar with it from this

25   case.

1    Q.    And it's fair to say that it's a discount provider?

2    A.    Yeah, it's a discount because it's -- well, they allege

3    that.  I don't know how they make any money but...

4    Q.    Well, it's cheaper than like, let's say, Verizon, to your

5    knowledge?

6    A.    (Nods.)

7    Q.    Okay.  A lot cheaper?

8    A.    Depends.  If you end up getting into data issues, then no.

9    Q.    Okay.  But --

10   A.    I've seen people that get kind of upset because they get

11   charged a lot more if they don't have WiFi access.

12   Q.    Understood.

13   A.    Yeah.

14   Q.    So this is a cell phone company without a network,

15   correct?

16   A.    Correct.

17   Q.    So it piggybacks off other people's networks?

18   A.    Yes.  In this case specifically T-Mobile.

19   Q.    Okay.  And it's not hiding Mr. Moerschel's number.  It's

20   creating a number so it can connect to the network; is that

21   fair to say?

22   A.    Correct.

23   Q.    Okay.

24   A.    Mr. Moerschel may not even know what that number is, but

25   Republic Wireless knows and T-Mobile knows what it is.

1    Q.    Okay.  And you figured out what that number was, correct?

2    A.    Correct.

3    Q.    But we can agree that Mr. Moerschel had nothing to do with

4    the creation of that number?

5    A.    He wouldn't know what that number is, no.

6    Q.    Okay.  That's done by the corporation to try to do

7    whatever technicality that they do?

8    A.    Right.  It's done on the network in the computer.

9              MR. WEINBERG:  Okay.  No other questions.  Thank you.

10             THE COURT:  Ms. Halim.

11   CROSS-EXAMINATION BY MS. HALIM:

12   Q.    You'd think I would stop wearing earrings.

13             Agent Banks, good afternoon.

14   A.    Good afternoon.

15   Q.    I represent Joseph Hackett.

16   A.    Okay.

17   Q.    It's nice to meet you.

18   A.    You, too.

19   Q.    Your report that you prepared and your testimony here

20   today focused on cell site location data analysis, correct?

21   A.    Correct.

22   Q.    And that is in contrast to GPS data, right?

23   A.    Right.  I didn't have any GPS data.

24             THE WITNESS:  I will take that water, actually, if you

25   don't mind.

```
 1              THE COURT:  Of course.
 2              THE WITNESS:  Must be all the flying.
 3   Q.   Okay.  Are you all right?
 4   A.   Yeah.  Sorry.
 5   Q.   No worries at all.
 6        All right.  So for the cell site location data, what that
 7   means is you get call detail records from the network or the
 8   provider, correct?
 9   A.   Correct.
10   Q.   And they give you a latitude and a longitude any time
11   there's some sort of cellular activity on the phone, right?
12   A.   I'm going to be too technical here, but they give -- the
13   records will show a lat/longitude in the records, but that
14   lat/longitude is where the tower is located.
15   Q.   Correct.  Thank you.  That's where I was going.
16        It's actually the coordinates of the tower that connected
17   to the phone, correct?
18   A.   Correct.
19   Q.   So at any given point in time, the data that you relied
20   on, the most information that it can give you is the location
21   of the particular tower that connected to a phone, right?
22   A.   In historical cases, yes.
23   Q.   Okay.  And your data also can tell you the number of the
24   telephone, right?
25   A.   Correct.
```

1    Q.    And who that telephone number is registered to, correct?

2    A.    That will tell us who the subscriber is if they listed it,

3    yes.

4    Q.    In this case the 6396 number was -- the subscriber was

5    Mr. Hackett, correct?

6    A.    I don't recall off the top of my head, but yes, if I -- I

7    was just telling who I was told used the phone, and sometimes

8    it matched and sometimes it didn't.

9    Q.    Sure, understood.

10          MS. HALIM:  If we could pull up 9500, slide number 30.

11   Q.    Do you see that there, Agent?

12   A.    Yes, ma'am.

13   Q.    The number ending in 6396, there's a parentheses, Joseph

14   Hackett?

15   A.    Correct.

16   Q.    That indicates to you that the subscriber for that

17   particular phone number was Joseph Hackett, correct?

18   A.    So I said in my testimony "used by."  So I was told that's

19   who used that number.  I don't recall the subscriber page off

20   the top of my head.  Sometimes it matched, sometimes it didn't.

21   Q.    Okay.  All right.  Let's get to --

22          MS. HALIM:  We can take that down for a moment.

23   Q.    So let's get to the issue of using the phone.  So your

24   data doesn't tell you who is actually using the phone, right?

25   A.    Correct.  I can look at pattern analysis and determine if

1    it's consistent with a new user or not.  But I can't tell you
2    who is using the phone, no.
3    Q.   And any time there's some sort of cellular connection, the
4    records are going to show activity to a particular tower,
5    correct?
6         Let me ask it in a different way.  If there's an incoming
7    notification on a telephone, like an SMS message, for example,
8    that's going to create a record of activity between the phone
9    and the tower, right?
10   A.   If the phone is on in an area of service, yes.
11   Q.   So if the phone -- let's just say, hypothetically
12   speaking, that a phone is in a bag, and I was running out of my
13   hotel this morning and I left my phone in the bag.  If I'm
14   getting messages on that phone, it's going to register to the
15   location of the phone, correct?
16   A.   Yes, correct.
17   Q.   Even if I am a mile, two miles or three miles away, you're
18   going to know where the phone is, right?
19   A.   Yes.
20   Q.   And I think you testified to this.  The dots on the maps
21   of the various slides in Exhibit 9500, those dots -- those dots
22   represent the cell tower, correct?
23   A.   Yes, the lat/longitude where antennas are placed.
24   Q.   Generally speaking, when a phone receives a message or is
25   activated by virtue of receiving or making a telephone call,

1    generally speaking, the phone will connect to the closest cell

2    tower, correct?

3    A.    No.

4    Q.    No.  Because the phone can actually connect to whatever

5    tower the network decides is appropriate at that given point in

6    time, right?

7    A.    No.

8    Q.    All right.  Tell us how that works.

9    A.    So when your phone sits here and scans for the cellular

10   network, your phone is measuring signal strength and

11   determining which one is the strongest.  So if we have an

12   antenna in that corner of the room and this corner of the room,

13   in theory this one is closer.  But I've got Your Honor here and

14   a lot of things potentially in the way that could make this one

15   stronger.  And so this might be the one that is actually the

16   strongest, and that's the cell tower that would show up in our

17   records.  Excuse me.

18        So when I am trying to determine where a phone would have

19   been, I am looking at that first cell site used in the records

20   because that's the one that's the best indicator of where the

21   phone was at the time of that call center received.

22        Once the phone is in that call, the network can push it to

23   any of the other towers the phone sees.  But on call setup,

24   it's that strongest, clearest signal.

25        When we depict -- when I depict my pie wedge on the map,

1    that wedge is accounting for all the possible areas that that

2    antenna could be the dominant signal.

3         MS. HALIM:  If we could go back to 9500, slide 30.

4    All right.

5    Q.   So looking at this map here, you indicated that there was

6    a lot of activity under direct examination, but by my count

7    there's five periods of activity, right?

8    A.   Correct.  One, two, three, four, five.  Yes.

9    Q.   Five periods of activity, as you testified, beginning at

10   7:31 a.m., and the last is at 8:01 a.m., right?

11   A.   Correct.

12   Q.   And in those five periods of activity, there are four

13   different towers that that phone connected to in that half-hour

14   timeframe?

15   A.   Correct.

16   Q.   All right.  And so that phone at any given point in time

17   could have been -- actually, I should make it bigger because it

18   could have been here.  It could have been anywhere in that area

19   during that half-hour time period, correct?

20   A.   Can you erase that and I'd tell you where I think it could

21   have been?  If you want to clump them all together -- each one

22   you have to take specifically, but --

23   Q.   Okay.  Let's start with the first one at 7:31.

24   A.   Okay.  So these antennas here, this is the mall, so a lot

25   of those are distributor antennas, so those are not necessarily

1    considered in the analysis.  But for this antenna I would say

2    we'd look here, the 7:31.

3    Q.    So let's -- just if we could stop for one moment.

4          For the record, Agent Banks drew in a blue line, a

5    C-shaped half circle for the time period of 7:31 a.m., is that

6    right, and also at 8:01 a.m.?

7    A.    Yes, ma'am.

8    Q.    All right.  So let's now go to 7:37 a.m.  You'll agree

9    with me that that is the next period of activity after 7:31

10   a.m.?

11   A.    Correct.

12   Q.    And now could you do the same, show us the area where the

13   phone could have been based on the tower connection?

14   A.    Generally.

15   Q.    So -- go ahead.

16   A.    Like, to me, when a phone is using this many different

17   antennas, I'm going to draw them all.  Assuming this phone was

18   not moving, this phone potentially was moving at this time in

19   the Arlington area.

20         So if we assume it's stagnant, if that's one possibility

21   for trying to look for it, I would look where they all kind of

22   intersected.

23         Now, if a phone is not stagnant, then it's moving around

24   the area.  So as a whole, we would search this entire area

25   like -- can I draw on this again?

1    Q.    Sure, yeah.

2    A.    I mean, if you -- that would be the problem with the phone

3    moving.  We don't look for phones when it's moving.  But at

4    each one it could be potentially here.  If you took all of

5    those together and kind of overlapped them -- they potentially

6    overlap in the center of Arlington here, but I can't

7    specifically say where the phone is.  It's got too many

8    different usages going on and it doesn't remain stagnant.

9    Q.    The blue circle you just drew, would you agree with me

10   that's pretty much in the center of this map on slide 30 here?

11   A.    Yes, ma'am.

12   Q.    All right.  Do you by any chance off the top of your head

13   know the scale, like the amount of miles that this map

14   represents?

15   A.    Yeah, there's a scale on the bottom right.  That diameter

16   is probably about 2500 meters in diameter, about a mile and a

17   half.  Mile and a half.

18   Q.    About a mile and a half.  So the blue circle that you drew

19   onto this slide in the middle of the map covers an area of up

20   to a mile and a half?

21   A.    Correct.

22         MS. HALIM:  Okay.  Thank you.  I don't have any

23   further questions.  Thank you.

24         THE COURT:  Thank you, Ms. Halim.

25         Mr. Shipley and Mr. Peed?

```
 1              MR. SHIPLEY:  I have no questions.
 2    CROSS-EXAMINATION BY MR. PEED:
 3    Q.   Good afternoon.
 4    A.   Good afternoon.
 5              MR. PEED:  Could you pull up 9500 page 35.
 6    Q.   All right.  Agent, you described the radiation from a cell
 7    tower as a form of electromagnetic radiation, right?
 8    A.   I didn't say that, but -- that's not my word.
 9    Q.   It's not your word.  You said it was like a light, right?
10    You gave a light analogy?
11    A.   I was using an analogy, yes.
12    Q.   Okay.  When a cell phone sends a signal to a tower, it's
13    sending electromagnetic radiation, correct?
14    A.   Electromagnetic?
15    Q.   Radio waves.
16    A.   Yes.  A cellular tower is emitting a radio frequency from
17    the tower --
18    Q.   Right.
19    A.   -- frequency waves.
20    Q.   It's the same kind of physical wave as light, right,
21    albeit different wavelengths?
22    A.   I don't think so.  Wavelength?  I mean, it's RF.
23    Megahertz frequency.
24    Q.   But it's radio waves, right?
25    A.   Correct.
```

1    Q.   All right.  You gave the light analogy, and it's a rough

2    analogy, but light can scatter, right, from a point when it

3    goes out, right?

4    A.   The analogy I used was to understand that it's very

5    similar, yes, that you can see it lighter if you're right in

6    front of it and less on the sides.

7    Q.   Okay.  Can we go to page 37.  Sorry, one more, 38.

8         When we look at the blue dot, it represents the Comfort

9    Inn on this slide.  You can see there you've highlighted

10   different sectors that were at various times in connection with

11   Mr. Kandaris' cell phone, correct?

12   A.   Correct.

13   Q.   All of these sectors, there's nothing inconsistent from a

14   physical perspective about a cell phone at the blue dot

15   connecting to each of these sectors, right?

16   A.   There's nothing -- what did you say, inconsistent?

17   Q.   Inconsistent.  Put more simply, if somebody is standing

18   where the blue dot is with a cell phone, it's possible to

19   connect to each of those three sectors that you've highlighted

20   here.  You can't rule out that the person was not at the blue

21   dot from this, right?

22   A.   I can't -- say that again.  I can't, what, allow --

23   Q.   You can't rule out --

24   A.   Rule out, okay.

25   Q.   Rule out, yeah.

```
 1   A.   No.  I would say that it is consistent with someone being
 2   at the blue dot, but it's also consistent with some other
 3   locations there, too.
 4   Q.   My question -- I think you answered it -- was, it's
 5   consistent with being at the blue dot that you connected with
 6   sectors even though those sectors are pointed away from the
 7   blue dot?
 8   A.   So the 44623-7 is pointed right at the blue dot, and then
 9   the 44623-10 is pointed to the east.
10   Q.   Correct.  And it's possible that you could be at the blue
11   dot and connect to the one pointed to the east?
12   A.   It's possible, but I would say dominant coverage would be
13   the 44623-7.  So to me, this phone was -- if it's at the blue
14   dot from 9:18 a.m., all the times there, in the 44623-7.  The
15   other times would potentially be the phone coming and going
16   away.
17   Q.   And if you had video evidence that the phone or the owner
18   of the phone was at the blue dot the whole time, there's
19   nothing from the fact that it connected to the other sectors
20   that would outweigh the video evidence, correct?
21        MR. MANZO:  Objection, Your Honor.
22   A.   Correct.
23        THE COURT:  She can answer.
24        MR. PEED:  Can we go to page 39.
25   Q.   So here we see again a blue dot, and we see sectors that
```

1    are close to the blue dot but facing different directions,

2    correct?

3    A.    How did -- this is like flipped upside down somehow.

4    Q.    That is weird.

5    A.    I don't know how that happened.  This should be -- the map

6    itself is sort of like flipped upside down.  But ask your

7    question again, sir.

8    Q.    So the blue dot is within one sector -- directly within

9    one sector's line from the vector you've drawn here, correct?

10   A.    Correct.

11   Q.    And that sector is the one to the left --

12   A.    Correct.

13   Q.    -- ending in 14.  Right?

14         And the one ending in 24, although this map is backwards

15   for some reason, it's -- that sector is not, as you've drawn

16   it, directly facing the blue dot, correct?

17   A.    Correct.

18   Q.    But it's possible that someone would be at the blue dot

19   and still connect to that sector, right?

20   A.    Not on call setup, no.

21   Q.    Excuse me?

22   A.    So the 4:06, 4:43, and 4:33, at that initiating of that

23   call, I would say the phone would have been more to the east.

24   That would still be the east.  I don't know why this map is

25   flipped around.

1          MR. MANZO:  Your Honor, objection.  Can we just use

2     the government's exhibit?

3          THE COURT:  Yeah.

4          MR. PEED:  I thought it was --

5          THE COURT:  What's that?

6          MR. PEED:  I thought that was what was loaded.  Can

7     you pull up the government exhibit?

8          THE WITNESS:  I don't remember the other one being

9     like this.

10          MR. MANZO:  Can we --

11          THE WITNESS:  There we go.

12          THE CLERK:  Can you please plug and replug?  Thanks.

13          MR. PEED:  Thank you.

14     Q.    Okay.  This looks better.

15     A.    Yes.

16     Q.    All right.  But from a probabilistic basis you would sort

17     of judge that someone connecting to the tower ending in 24 is

18     to the east, correct?

19     A.    Correct.

20     Q.    But because radiation can scatter or bounce off objects,

21     it's possible from a physical -- I mean, it's not physically

22     impossible, you can't rule out that someone connecting to that

23     sector could be at the blue dot, correct?

24     A.    Correct.  Like in order to know 100 percent, I would have

25     to do actual testing at that hotel.

1    Q.   If you had a time-stamped video of someone at the blue dot

2    with the cell phone that connected to the tower on the right,

3    would you -- and you had to make a determination in your

4    expertise of where that person was, would you place more weight

5    on the video or on the fact that it connected to that one

6    facing east?

7              THE COURT:  I'll actually sustain the objection.  She

8    can't be asked to weigh evidence.

9              MR. PEED:  Experts can answer hypotheticals, though,

10   Your Honor.

11             THE COURT:  I understand.  You were asking her to --

12   you're asking her to weigh compete competing evidence.

13             MR. PEED:  Hypothetically.  Moving on.

14             Can we have Exhibit 705 for the witness, EV705 for the

15   witness's identification.

16   Q.   Do you recognize this document, Agent?

17   A.   Yes.

18   Q.   And this is some of the AT&T records that you obtained as

19   part of your analysis, correct?

20   A.   Correct.

21   Q.   And as part -- this is the records for Mr. Vallejo,

22   correct?

23   A.   This is the number ending in 6843.

24   Q.   All right.  On your report that's the one that you labeled

25   as Mr. Vallejo?

1    A.    Okay.  I don't remember.  I don't remember them all.

2    Q.    All right.  I'm going to show you a page from this.

3          MR. PEED:  Can we have 705.1.  All right.

4    Q.    Do you recognize this as page 7 of the full AT&T record

5    that you obtained?

6    A.    Yes.

7          MR. PEED:  All right.  I would ask to publish Exhibit

8    705.1.

9          MR. MANZO:  No objection.

10         THE COURT:  705.1 will be admitted.

11         (Exhibit 705.1 admitted into evidence.)

12   Q.    Could you look at the highlighted line there and just read

13   the date and time?

14   A.    January 6th, 2021, 1820 hours.

15         Want me to keep reading?

16   Q.    You can stop there.  1820, that is UTC time, correct?

17   A.    Correct.

18   Q.    So that would be 1:20 p.m., Eastern time?

19   A.    1320, yes.

20   Q.    All right.  Do you see on the right where it says cell

21   location, there's a series of numbers?

22   A.    Yes.

23   Q.    All right.  And if you look closely, one of those numbers

24   starts negative 77, and then after it it says 38, correct?

25   A.    Correct.

1    Q.    And those are latitude and longitude numbers, correct?

2    A.    Yeah, AT&T and puts them as long/lat, yes.

3    Q.    All right.  Have you ever used Google mapping software to

4    map latitude and longitude?

5    A.    Yes.

6          MR. PEED:  Can we have Exhibit -- go back to 9500,

7    page 35.

8          THE COURT:  Use the government's map or use the

9    government's exhibit again.

10         MR. PEED:  Page 35.

11   Q.    Can we go to -- all right.  Agent, you mapped the

12   activations for this number ending in 6843 between 2:00 p.m.

13   and 10:00 p.m. on January 6th, correct?

14   A.    Correct.

15   Q.    Can we go to the previous slide.

16         You also mapped the same activations for this number

17   between 7:28 a.m. and 11:36 a.m., right?

18   A.    Correct.

19   Q.    You didn't map between 11:36 a.m. and 2:00 p.m., correct?

20   A.    It's not displayed here, no.

21   Q.    And was that -- did the government prosecutor team ask you

22   to map where this phone connected between 11:36 a.m. and 2:00

23   p.m.?

24   A.    I don't remember if I produced a map for it, but I was

25   asked in preparation for trial to do maps that showed activity

1    near the Arlington area.

2    Q.   All right.  So there's a gap in your own exhibit of about

3    two and a half hours of where the cell phone connected,

4    correct?

5    A.   It's not shown here, no.

6          MR. PEED:  Can we have Exhibit 705.1 one more time.

7    Q.   All right.  Agent, I direct your attention to the latitude

8    and longitude at the end of the highlighted line.

9    A.   Okay.

10   Q.   All right.  You can see it ends in the latitude in 972 and

11   the longitude in 89.

12         MR. PEED:  Could I bring up EV801 for the witness

13   only.

14   Q.   Okay.  Agent, do you see that these are the same numbers

15   that we just looked at from the underlying records you reviewed

16   for your report at the top left here?

17   A.   Yes.

18   Q.   And you've used Google mapping before to enter latitudes

19   and longitudes and get a location, correct?

20   A.   Correct.

21   Q.   Okay.  Does this exhibit that I'm showing you reflect the

22   type of results you get when you enter latitude and longitude

23   into Google?

24   A.   Yeah.  The only caveat I'll say is for cellular analysis,

25   the lat/longitude that shows up in the records is not -- I'll

1    look at it, but I'm going to make sure I'm going to check the

2    tower list.  These records were run in May of 2021.  So when

3    AT&T runs the record, it takes the e-Node or the antenna number

4    that the phone used, and it does a lookup to the current tower

5    list, and it populates for the law enforcement user, to make it

6    easier for us, what the lat/longitude is at the time the

7    records are run.

8         So when I do my analysis as I did in this case, I didn't

9    use that latitude/longitude when I checked records, I checked

10   the tower list as it sat in January of 2021.

11        So I say that only to say, yes, I agree that's where that

12   lat/longitude is, but I can't confirm the location of that

13   tower based on the records.  I'd want to see the tower list.

14        I'm probably getting a little too technical there, but

15   that is where that latitude/longitude appears to be.  But this

16   is one way to check, that is to look in Google Earth, yes.

17   Q.   And do you use Google software or the website in your own

18   profession to plot latitudes and longitudes and see what comes

19   up?

20   A.   Yeah, we have a cellular analysis software that knows how

21   to convert all these e-Nodes into the current tower list, and

22   the backbone is Google maps, yes.

23             THE COURT:  Any objection.

24             MR. MANZO:  Yes.  Objection, Your Honor.

25             **SIDEBAR:**

1          MR. MANZO:  So the Agent testified that this would not

2    be a reliable way to actually map a cell site activation.  And

3    so to bring in that this is the location in the maps is not

4    consistent with her testimony and her expertise.

5          THE COURT:  Well, I think she can testify that perhaps

6    where this red dot falls is not exactly where the cell tower

7    is, but I assume she will say that it's in the vicinity.  All

8    Mr. Peed cares about is showing that this dropped in the middle

9    of Washington, D.C., and not in Arlington.

10          MR. MANZO:  Okay.

11          THE COURT:  The objection's overruled.

12    (End of sidebar.)

13          (Exhibit EV801 admitted into evidence.)

14          MR. PEED:  Can we show it to the jury?

15          THE COURT:  Yes.

16    Q.   All right.  Agent Banks, this dot which plots the latitude

17    and longitude that we saw from the underlying records that you

18    received, this is approximately where the this cell phone would

19    have been connecting based on the AT&T records, correct?

20    A.   Again, I would need to confirm that that antenna -- if you

21    go back to the records, please.

22    Q.   Should we go back to 705 --

23    A.   The AT&T records.

24          THE COURT:  Can we blow that up so it can be legible.

25          MR. PEED:  Would you cull that out, please.

1    Q.    Do you want the whole line blown up?

2    A.    Right there is fine.

3    Q.    Okay.

4    A.    Is this all the jury can see is the blown-up part?

5    Q.    They see what you see.

6    A.    Okay.  So this is that e-Node.  This is the specific

7    antenna.  This is the date these records were run.

8        So this latitude and longitude is the lat/longitude on May

9    14.

10       When I do my analysis, I review this number, and I look at

11   where the latitude and longitude is on January 6th.  So

12   assuming they're the same, and it reads this, then this

13   latitude and longitude appears to be -- I think that was D.C.

14   Q.    Okay.  Thanks.

15       Can we go back to 801, please.

16       Agent, are you familiar with the D.C. downtown area?

17   A.    Yes.

18   Q.    Okay.  I just want to show you Exhibit 802, which is a --

19   will be this same plotting.

20       Do you recognize this as the same general area but blown

21   out a little bit on Google maps?

22   A.    Are you -- in a way, yes.

23       MR. PEED:  Okay.  At this time I move to admit

24   Defendant's EV802.

25       MR. MANZO:  No objection.

```
 1              THE COURT:  802 is admitted.

 2              (Exhibit EV802 admitted into evidence.)

 3              MR. PEED:  And one more.  Can we go to 803.

 4    Q.   All right.  Agent, you are familiar with D.C.  So do you

 5    recognize the same plot as a satellite view of the same area?

 6    A.   Yes.

 7              MR. PEED:  All right.  I'd move to admit defense

 8    Exhibit 803.

 9              MR. MANZO:  No objection.

10              THE COURT:  803 is admitted.

11              (Exhibit EV803 admitted into evidence.)

12              MR. PEED:  No further questions.  Thank you.

13              THE COURT:  All right.  Any redirect?

14              MR. MANZO:  Briefly, Your Honor.

15    REDIRECT EXAMINATION BY MR. MANZO:

16    Q.   You were asked by Mr. Peed a number of questions about

17    plotting in Washington, D.C.

18    A.   Correct.

19    Q.   Were you asked to plot anything in Washington, D.C.?

20    A.   No.

21              MR. MANZO:  Can we pull up page 30 in Government

22    Exhibit 9500.

23              Beg the Court's indulgence briefly here?

24              THE COURT:  Can you ask another question for --

25              MR. MANZO:  Okay.  Can we now publish to the jury?
```

```
 1              THE COURT:  There we go.  Thank you.
 2              MR. MANZO:  Thank you.  And can we go to page 30,
 3     please.  Okay.
 4     Q.   Agent Banks, can you read the last four numbers of this
 5     map?
 6     A.   The last four numbers?
 7     Q.   Of the phone number here at the top?
 8     A.   Oh, sorry.  6496.
 9     Q.   And who is that phone number associated with?
10     A.   Joseph Hackett.
11              MR. MANZO:  Can we now pull up 2413.2.
12     Q.   Do you recognize what 2413.2 is generally?
13              MR. MANZO:  And if you could zoom in, Ms. Badalament,
14     on the user information section.
15     A.   This is the user number 6396, which returns to Tracfone.
16              MR. MANZO:  Okay.  Your Honor, at this point we'd seek
17     to move into evidence 2413.2.
18              MS. HALIM:  No objection.
19              THE COURT:  All right.  2413.2 will be admitted.
20              (Exhibit 2413.2 admitted into evidence.)
21     Q.   Agent Banks, can you briefly go through the user address
22     and name on 2413.2, which is the phone number consistent with
23     6496?
24     A.   Yeah.  So this is a phone that is using AT&T towers, but
25     the actual user of the phone went to Tracfone to buy the
```

1  minutes and the service.  So you can go into Walmart, Target,

2  wherever, and go by a Tracfone.  And when you do that, you

3  don't necessarily have to tell the Walmart person who you are

4  or anything.  Right?

5      The best way we can figure out who that is is go to

6  Tracfone, did they give anything or what store was it purchased

7  in?  And I've gone back before and figured out the store,

8  looked up the time stamp when it was bought.  And that's about

9  the best way you can figure out who the person who bought the

10 phone is.  So Tracfone owns all the subscriber information.

11 AT&T hosts the actual towers.  Tracfone doesn't own any towers.

12 So I buy my minutes from Tracfone, and I ride on AT&T's

13 network.

14     So that's what AT&T is telling us.  They're like, hey, we

15 only know this as Tracfone.  We were given a Tracfone address

16 of 3503 College Drive, Louisville, Kentucky.  It started on

17 July 28, 2009.  But that actual number was active in 2014.  So

18 this person actually could have switched over their device.  I

19 can't tell without looking at the actual records, too.

20     But yes, so essentially the subscriber information is held

21 with Tracfone, if anything.

22          MR. MANZO:  Thank you.  No further questions.

23          THE COURT:  Okay.  Thank you very much for your time

24 and your testimony.  You are free to leave.

25          THE WITNESS:  Thank you.

1              THE COURT:  Safe travels.

2              THE WITNESS:  Thank you.

3              THE COURT:  Why don't we get Agent Hilgeman.  Is she

4    outside?

5                        SYLVIA HILGEMAN, Resumed

6    CROSS-EXAMINATION BY MR. PEED:

7    Q.    Good afternoon, Agent Hilgeman.

8    A.    Good afternoon.

9    Q.    Welcome back.

10              MR. PEED:  May we have on the screen EV13.

11   Q.    All right.  Before we broke for lunch, I had asked you

12   sort of the general nature of the DC Op Jan 6, 2021 chat,

13   correct?

14   A.    Yes.

15              MR. PEED:  All right.  And at this time I would like

16   to move to admit Defense Exhibit EV13?

17              MR. MANZO:  No objection, Your Honor.

18              THE COURT:  Okay.  EV13 is admitted.

19              (Exhibit EV13 admitted into evidence.)

20   Q.    All right.  Let's go through these messages which were on

21   the DC Op Chat but not in the slide deck that we went through

22   on your direct.

23   A.    Sure.

24   Q.    Okay.  Can you -- do you see what's in front of you?

25   A.    I do.

1    Q.    Okay.  Go ahead and read it and the date, please.  And if

2    you know the person of the moniker Blue Skies and for any other

3    slides, just go ahead and add that to your testimony, please.

4    A.    Sure.

5          So this is from Blue Skies.  That is a gentleman by the

6    name of Paul Taylor from Virginia.  December 29, 2020, 10:22

7    a.m.  "Anyone has Intel on March permits, locations and times."

8    From Kelly Meggs, "12/29/2020.  10:42 a.m.  Two permits issued.

9    Stop the Steal 6th, Women for Trump 5th both 1200 to 1700."

10   Q.    Right.  And you understand from your investigation there

11   were permits issued for certain speaking events --

12   A.    I do, yes.

13   Q.    -- on the 5th and the 6th, correct.

14   A.    Mr. Taylor responds -- do you want me to read the time

15   every time?

16   Q.    Just note if it's right afterwards, please.

17   A.    Okay.  It appears to be a response.

18         Do you have locations?

19         Kelly Meggs responds again at 10:49 a.m.  "I assumed

20   Capitol.  Let me look again."

21         Someone named Jim, I believe this is Jim Morgan from

22   Georgia or Alabama at 4:36 p.m.  "The official call to action

23   will be issued soon via email.  It will have verbal

24   instructions and details."

25   Q.    All right.  This person Jim is not on the board?

1    A.    Correct.

2    Q.    All right.

3    A.    And neither was Paul Taylor.

4          Kelly Meggs now, 12/30/2020, at 8:09 a.m., "Flynn detail

5    on Tuesday.  Are we primary detail or backup?  Trying to get

6    some guys up early to assist."

7    Q.    All right.  And "Flynn," you understand that's someone

8    named General Michael Flynn?

9    A.    Correct.

10   Q.    All right.  And this appears to be referring to that

11   individual, correct?

12   A.    I believe so, yes.

13   Q.    Okay.

14   A.    And then Don Siekerman, 12/31/2020 at 9:25 a.m.  "We will

15   likely be assisting, most of these folks have a small detail in

16   place but need assistance moving through the crowd or ahead of

17   the vehicles.  Personally I am not sure on who we will be

18   assisting with but told Flynn maybe one.  But he is not on the

19   speaker list that I can find.  However that happened the last

20   time also."

21         And Mr. Siekerman continues.  "Also realize that nothing

22   is set with these folks.  I was on Flynn detail the last time

23   and things changed on the fly all day.  Many reasons, crowds,

24   street closed, different venues, et cetera."

25   Q.    Do you see it says "continued" at the bottom?

1    A.    Correct, yeah.

2        Mr. Siekerman continues.  "So we could be assigned to one

3    person, and due to circumstances that could change at any

4    point.  As all you military/LEO folks know, the best detailed

5    plan survives only until the first contact."  And then there's

6    a smiley face.

7    Q.    And you understand "LEO" to be law enforcement officer?

8    A.    Yes.

9        Mr. Siekerman continues.  "Also one reminder.  Bring your

10   FRS radios along.  While they have limited range in the city,

11   there is a need for an alternative communications due to issues

12   with cell phones during these huge gathering and everyone

13   attempting to stream/send pictures.  At one point during the

14   last time in DC it took almost two hours for a text of mine to

15   be sent."

16   Q.    All right.  And so we've seen -- what we've seen so far is

17   Mr. Meggs asked about a detail for Flynn and he had individuals

18   in Florida who were interested in providing personal security

19   for Mr. Flynn, correct, General Flynn?

20   A.    Correct, and maybe others.

21   Q.    All right.

22   A.    Mr. Rhodes then posts a message on 12/31/2020 at 3:22 p.m.

23   "Actually last time we paired up with first amend pretorian

24   guard to do PSD for Flynn.  Don, Whip, Josh and I and several

25   other OKs were all part of that.  Like Don said, very fluid and

1    hectic.  We also did PSD for a couple of other speakers/VIPs at

2    the first DC event."

3    Q.    Do you see it's continued?

4    A.    "Continued," sorry.

5    Q.    The next slide.

6    A.    Mr. Rhodes continues.  "This time around we have request

7    for PSD from Ali Alexander.  He's had death threats and is

8    asking for a two man dedicated OK PSD detail," in parentheses,

9    "from Bianca," parentheses, "Latinos For Trump," end

10   parentheses, "and Marsha," parentheses, "who have their own

11   permitted event on the mall," close parentheses, "and also from

12   a Patriot billionaire who is friends with Ms. Bollinger," in

13   parenthesis, "another speaker."

14   Q.    Can we pause.  Do you know who Ali Alexander is?

15   A.    I understand that -- I think -- I believe he's affiliated

16   with the Stop the Steal movement or group.

17   Q.    And he was part of the permitted rally near the Capitol on

18   January 6th, correct?

19   A.    I did see some messages about that, yes, yes.

20   Q.    Okay.  He was also involved with a Stop the Steal Rally in

21   Atlanta in November, correct, of 2020?

22   A.    He may have been.  I'm sorry, I'm not positive about that

23   one.

24   Q.    Okay.  Do you have -- from your investigation do you have

25   knowledge --

1    A.    Wait, yes, I do, I do remember that.  That was at the

2    Capitol.  That's correct?

3    Q.    Right.

4    A.    Yes.

5    Q.    And members of the Oath Keepers had attended that and

6    provided security at that event, correct?

7    A.    I know they attended, yes.

8    Q.    Okay.  Do you have -- from your investigation are you

9    aware of who Bianca or Marsha might refer to?

10   A.    I believe that is Bianca Gracia.  That's about as much as

11   I know about her.  I've seen her in some photos.

12        And it's possible that they're talking about Marsha Lesard

13   here, but I'm not entirely certain.

14   Q.    Next.

15   A.    Mr. Rhodes posts another message at 3:22 p.m. on December

16   31, 2020.  "We also have requests to provide security for the

17   Jan 5 event by VA Women for Trump," in parentheses, "Flynn

18   scheduled to appear there and on Jan 6 for Marsha and Bianca's

19   event and to also help with Jericho March events.  Continued."

20        Mr. Rhodes continues.  "Much like last time we will end up

21   helping at all events.  Some will have official paid security

22   and we will be out in crowd acting as additional eyes and ears.

23   Others, like Marsha and Bianca are looking to us as their

24   primary security so we will give Latinos for Trump priority."

25        Mr. Rhodes continues.  "Bottom line is those of you

1    wanting to do PSD details will get plenty of opportunity.  We
2    may also end up assisting the PSD for Alex Jones again, which
3    was a great feather in our cap.  Continued.  We worked superbly
4    with both Alex Jones security team," in parentheses, "who are
5    awesome guides and with pretorian guard," in parentheses, "also
6    awesome veterans - led by SF and Seal veterans.  They love
7    working with us because of our legit," quote-unquote, "quiet
8    professional demeanor and skill sets."
9    Q.   Okay.  On direct and other crosses you were shown messages
10   regarding what Oath Keepers might bring or wear during the
11   events of January 5th and 6th.
12   A.   Yes.
13   Q.   And those included references to gear that was protective,
14   correct?
15   A.   I believe there were those messages, yes.
16   Q.   Okay.  Continue, please.
17   A.   Mr. Rhodes posts on December 31, 2020, at 3:37 p.m., "It's
18   incredibly important for us to be front and center again and
19   very visible to the patriots and to the domestic enemies, Heck
20   also to our foreign enemies who will surely be watching as
21   well."
22   Q.   All right.  So this message from Rhodes talking about the
23   importance of being visible to domestic and foreign enemies we
24   just saw occurred in the same day as lots of messages regarding
25   the mission of the Oath Keepers in terms of personal security

1    details that day, correct?

2    A.    They were all on December 31, I believe, yes.

3    Q.    Thank you.  You don't need to read the whole conference

4    call text here, but do you see that conference call for

5    leadership was held or set up on January 1?

6    A.    Yes.  I believe I testified about this one.

7    Q.    All right.  Next.

8    A.    Stewart Rhodes writes to the DC Op Jan 6th Chat January 1,

9    2021, at 8:17 p.m., "Added Stephen Brown event producer for

10   Stop the Steal.  He requested I add him here.  He can help us

11   sort out who is doing what in the creative chaos that will be

12   Jan 5/6.  He's a good egg."  Thumbs up, smiley face.  "Welcome

13   Stephen."

14   Q.    Stephen Brown is someone who lives in Florida, correct?

15   A.    Excuse me, can you repeat that?

16   Q.    Stephen Brown lives in Florida?

17   A.    I believe so, yes.

18   Q.    And he runs a business that plans events, correct?

19   A.    That's my understanding.

20   Q.    Okay.  He's not a member of the Oath Keepers?

21   A.    Correct.

22   Q.    Ad he's not on the big board?

23   A.    Correct.

24   Q.    And Stewart Rhodes added him to this chat on January 1,

25   correct?

1    A.    Correct.

2    Q.    All right.  Continue.

3    A.    Mr. Rhodes then says, "Stephen, please tell us what you

4    know about which even will be there.  We are still unclear."

5    Q.    All right.  And "event" would make sense from the context

6    of this text, correct?

7    A.    Yes, I believe so.

8    Q.    Stephen Brown is an event planner, correct?

9    A.    Correct.

10   Q.    All right.

11   A.    Then Don Siekerman writes at 8:22 p.m., "Is there a map

12   that we could use of the areas, stages, times?  That would

13   really assist our folks, especially if we needed to respond to

14   an emergency."

15   Q.    All right.  Stephen Brown then sent --

16   A.    "Here is a schedule of dif events," with what appears to

17   be some sort of agenda.

18   Q.    All right.  And can we go to the next slide.  All right.

19   Does this appear to be a blowup of the schedule of events that

20   Stephen Brown sent?

21   A.    Yes.

22   Q.    And Stephen Brown is, again, the event planner?

23   A.    Yes.  I believe he may actually work for Jericho March.

24   That might be his company.

25   Q.    Okay.  And you can see -- could you cull out starting on

1    Monday, January 4th?  All right.

2        Are you familiar with, there was an event called the

3    Jericho March on December 12, 2020, correct?

4    A.    I do, yes, recall that.

5    Q.    And so according to this text from Mr. Brown, the event

6    planner, there was another Jericho March scheduled for Monday

7    the 4th, correct?

8    A.    That's what this says.

9        MR. PEED:  All right.  And can we go and blow up

10   Tuesday, January 5, the whole day, please.

11   Q.    All right.  We see here there was a meeting at the Supreme

12   Court before the start of the Jericho March at 11:45 a.m. on

13   January 5th, correct?

14   A.    A blessing, it says, yes.

15   Q.    And then various rallies scheduled or events scheduled

16   throughout January 5th, correct?

17   A.    Yes.

18       MR. PEED:  All right.  Can we pull up January 6th.

19   Q.    You see at 11:45 a.m. there was scheduled, according to

20   Mr. Brown's text, a U.S. Capitol blessing before the start of

21   the Jericho March, correct?

22   A.    Yes, I see that.

23   Q.    It says, "Meet at the corner of First Southwest and

24   Independence Avenue Southwest, correct?

25   A.    Yes.

1    Q.    And that's sort of near the Capitol building, correct?

2    A.    Yes.

3    Q.    And then we have from 10:00 a.m. to 5:00 p.m. Stop the

4    Steal's wildprotest.com again near the Capitol building,

5    correct?

6    A.    "Capitol Hill northeast," it says, yes.

7    Q.    Can we continue?

8    A.    This is from an individual named Marlin to the DC Op Chat,

9    that's Marlin Brandis, another Oath Keeper from Virginia.

10   January 1st, 2021, 8:34 p.m.

11       "For movement in an emergency I will be available within

12   an hour notice as a person with federal emergency personnel

13   credentials for ease of movement.

14   Q.    All right.  Continue.

15   A.    This is from Weston Welch on January 1st, 2021, 9:52 p.m.

16   I believe these might be road and parking closures.

17   Q.    Mr. Welch is not on the big board, correct?

18   A.    Correct.

19   Q.    All right.  Can we go to the next slide.  All right.

20       Do you recognize this as a map that was sent by Mr. Welch?

21   A.    Yes.

22   Q.    And where did this map come from, to your knowledge?

23   A.    There appears to be a symbol on the top that would

24   identify it.  I can't really read it.  I would think it would

25   come from the local PD department or something.

1   Q.   Mr. Welch was -- represented that he was sending maps

2   provided by the local police department, correct?

3   A.   I don't remember that, but that would make sense.

4   Q.   Okay.  So this map shows restricted vehicular traffic all

5   day January 5th and January 6th essentially from 12:01 to

6   11:59, correct?

7   A.   That's what it says, yes.

8   Q.   All right.  So the entire area between the White House and

9   the Capitol was off limits to vehicles, correct?

10  A.   Yes, that's what this says.

11  Q.   Can we go to the next one.

12       Is this the same sort of area where no parking

13  restrictions are shown, correct?

14  A.   Yes.

15  Q.   Mr. Welch tells the group that "I've printed these as

16  well," correct?

17  A.   Correct.

18  Q.   Mr. Brown, who sent that list of events on January 5th and

19  6th, really from the 2nd to the 6th, did you see Mr. Brown in

20  any of the messages you reviewed refer to war?

21  A.   Not Mr. Brown, no.

22  Q.   Did you see him talk about any sort of violent plans in

23  relation to these events that he's discussing in his texts?

24  A.   I did not see messages about that, no.

25           MR. PEED:  Okay.  Next slide, please.  All right.

1    Q.    Do you know who PADmasterdiver is?

2    A.    Yes, that is a Frank Marcisella from South Carolina.  He

3    was actually in the Comfort Inn CCTV footage that we looked at.

4    Q.    Could you read his message?

5    A.    Sure.  July 1st, 2021 at 9:52 p.m., "Frank SC low country

6    team here.  I missed the meeting last night.  Can I call or be

7    called for updated briefing."

8    Q.    As we saw earlier, there was a GoTo Meeting that was sent

9    around earlier, correct?

10   A.    Yes.

11   Q.    Now, this individual was not on the big board, correct?

12   A.    Not all conspirators are on the big board, no.

13   Q.    Okay.  But he's not on the big board?

14   A.    He is not.

15   Q.    All right.  The next slide.

16   A.    This is another message from Paul Taylor, now on January

17   2nd, 2021 at 6:16 a.m.  It's a link to a Forbes article.

18   "Trump offers new details on wild rally to protest election

19   results and DC authorities are gearing up for it."

20   Q.    All right.  And I believe we saw that on the slide from

21   Mr. Brown, it was the rally called wild protest on the 6th near

22   the Capitol, correct?

23   A.    Yeah, StoptheStealwildprotest.com was the link, I think.

24   Q.    Right.  All right.  Next slide?

25   A.    Mr. Meggs writes at 6:18 a.m. on the 2nd of January, 2021,

"New police chief starts today.  On Thursday DC's metropolitan police department said there will be multiple street closures across the city on Tuesday and Wednesday for," quote, "public safety," unquote, "with potential intermittent closures in the downtown area.  Continued.

"Meanwhile the city's incoming Police Chief Robert J. Contee, III, who is slated to start the role Saturday, told the Washington Post that his department is planning to," quote, "facilitate peaceful protests but that," quote, "violence will not be tolerated."

Q.   All right.  What does Don Siekerman right?

A.   He writes at 6:26 a.m., "To all leadership team leaders, we will have another phone conference Sunday evening at 8:30 p.m. Eastern Time.  I will put out the meeting details late Sunday afternoon.

Q.   All right.  And Don Siekerman, you've testified before, was the overall operational leader in the events for Oath Keepers, correct, these days?

A.   Yes, he was.

Q.   Prior to getting sick?

A.   Correct.

Q.   And different groups came from different areas?

A.   Correct.

Q.   And some people were considered leaders of different areas, correct?

A.   Correct.  There were regional leaders as well as state
leaders and then team leaders, I think, within those groups.

Q.   All right.  Can we continue.

A.   Kelly Meggs wrote at 6:28 a.m. on the 2nd of January,
2021, "Good call last night.  Lots covered.  I'll get with NC
team today and find out QRF location."

Q.   All right.  We just saw a call was discussed with Mr.
Siekerman, correct?

A.   Yes.

Q.   So as of this date, it appears Mr. Meggs does not know
where the QRF location is, correct?

A.   Correct.

Q.   And he's going to contact people from North Carolina?

A.   That is what he says here, yes.

Q.   All right.  Continue.

A.   Mr. Rhodes says at 10 -- I'm sorry, 12:04 p.m. on the 2nd,
"Added Ed D" -- that is Ed Durfee -- "our national IT and NJ OK
leader.  He will be with us in DC."

Q.   All right.  And Mr. Durfee is not on the board, correct?

A.   He is not.

Q.   Continue.

A.   Mr. Rhodes then writes, "Whip's number is," and then
provides a number ending in 9968.  "Gator and his NFL team are
already set to provide a PSD for Roger Stone."

Q.   "Whip" is a nickname for Michael Greene, correct?

1   A.   Correct.

2   Q.   And Michael Greene was an individual who took over for Mr.

3   Siekerman as an overall leader of the --

4   A.   Yes.  If I recall correctly, Mr. Rhodes originally sent a

5   message that Don would be the overall leader with Whip, Kelly

6   and Josh, so Kelly Meggs and Josh James underneath him.

7   Q.   And when Mr. Siekerman got sick, Mr. Greene, Whip, became

8   the overall leader?

9   A.   That's my understanding, yes.

10  Q.   And here, Stewart Rhodes is posting to the group that

11  Kelly Meggs and his team are already ready to -- they've

12  arranged a security detail for Roger Stone, correct?

13  A.   Right.  Yes.

14  Q.   Roger Stone, do you recognize the name?

15  A.   Yes.

16  Q.   All right.  He's sort of a celebrity, isn't he?

17  A.   Yeah.  He's, I think, would be considered a confidante and

18  friend of former President Trump.  And a celebrity, yes.

19  Q.   Can we continue.

20  A.   Kelly Meggs writes in response, "I believe we have

21  spoken."  Speaking of Mr. Stone.

22  Q.   All right.

23  A.   Then Don Siekerman writes at 5:18 p.m. on the 2nd, "Just

24  for everyone's knowledge as of now but likely to change at any

25  point all of the various activities that I currently am aware

2305

1    of are occurring right around the Capitol/SCOTUS area" -- that

2    means Supreme Court of the United States -- "so everything or

3    at least most activities will be within a several block area on

4    both Tuesday and Wednesday.  Continued.

5        "Unless we find out different or possibly Whip will get

6    some other details we will discuss further at the state team

7    leaders phone conference tomorrow at 8:30 p.m. Eastern."

8    Q.   So according to this text from Mr. Siekerman, there is

9    another phone conference planned for leaders to get together

10   and discuss the op, correct?

11   A.   Correct, on the 3rd.

12   Q.   And he's saying that on that call they're going to discuss

13   the status of rallies and the location of rallies, correct?

14   A.   Some further details is what he's talking about, yeah.

15   Q.   Okay.  We saw on the previous slide those details were

16   about events that were being planned, correct?

17   A.   Amongst other things, I believe, yes.

18   Q.   Okay.  Continue.

19   A.   Then Mr. Meggs posts at 5:43 p.m., "One if by land north

20   side of Lincoln Memorial, two if by sea, corner of West Basin

21   and Ohio is a water transport landing."

22   Q.   All right.  This is something you discussed in your

23   direct, correct?

24   A.   Yes.

25   Q.   And he's discussing possible rally points if the QRF need

1  to come and meet people, correct?

2  A.   They're QRF rally points, yes.

3  Q.   Okay.  And this is on the same day in the same chat as

4  what we were just looking at in terms of event planning

5  details, correct?

6  A.   It is.  It is the same, yes.  It is also in the same chat

7  as when he said he was going to get with North Carolina.

8  Q.   Yeah.  For background, North Carolina includes Mr. Stamey,

9  correct?

10  A.   Correct.

11  Q.   And Mr. Stamey and Mr. Caldwell were discussing logistics

12  about whether there could be a possible boat used for this

13  operation?

14  A.   Yes.

15  Q.   Continue.

16  A.   So he says, "QRF rally points.  Water of the bridges get

17  closed."

18  Q.   Next, please.

19  A.   These were two maps that he attached that show those two

20  rally points.

21  Q.   And as he said in his text about one if by land, two if by

22  sea, one is the sort of Ohio basin area, Ohio Drive basin

23  area --

24  A.   Yes.

25  Q.   -- and one is by the Lincoln Memorial --

1    A.    Correct.

2    Q.    -- right?

3          Go back a second.

4          These locations are outside of those maps we saw with the

5    road closures, correct?

6    A.    Yes.  I did not see any bridge closures on those maps.

7    Q.    So these are -- if you have a map of D.C. in your mind,

8    these are the lower left sort of southwest area of the city,

9    outside those road closures that we saw, correct?

10   A.    I do believe so, yeah.  I believe that the road closures

11   started around the Washington Monument, maybe not the Lincoln

12   Memorial, so yes, yeah.

13   Q.    All right.  Continue.

14          THE COURT:  Can I just ask, are there two or three

15   more slides in this?  Is that right?

16          MR. PEED:  I think about 25.

17          THE COURT:  Then let's pause for our afternoon break.

18   It's a little after 3:00.  We'll resume at 3:20.  Thank you

19   very much.

20          (Jury exits the courtroom.)

21          THE COURT:  See you shortly everyone.  Thanks.

22          (Recess, 3:01 p.m. - 3:20 p.m.)

23          THE COURT:  Ms. Hilgeman, you can come on back up.

24          (Jury enters the courtroom.)

25          THE COURT:  All right.  Please be seated.  All right.

1    We're in the last portion of our day.  Mr. Peed.

2    BY MR. PEED:

3    Q.   Can we go back to the messages, Agent?  I asked you about

4    Frank Marcisella, whether he was on the board or not, correct?

5    A.   Yes.

6    Q.   And you said not all conspirators are on the board?

7    A.   Correct.

8    Q.   Is there a reason you said that for Frank Marcisella?

9    A.   Because it's the third or fourth time you asked me, and

10   the person wasn't on the board, so...

11   Q.   Is there anything particular to Frank Marcisella that made

12   you say that for him?

13   A.   Not more than others, no.

14   Q.   All right.  Can we go back to this exhibit.

15        What does Kelly Meggs post on January 2nd at 8:42 p.m.?

16   A.   Yes.

17        "We have just picked up Stone's detail for Tuesday as

18   well.  We are going to be rolling in a little earlier.

19   Q.   All right.  Go to the next slide.  What does Bruce H.

20   write?

21   A.   Yes.  This is -- sorry.  This is Bruce Holden from South

22   Carolina.  January 3, 2021 at 12:43 a.m.  "Have we offered Lin

23   Wood a security detail?  He and family are under threat."

24   Q.   Are you aware of an attorney named Lin Wood?

25   A.   I am familiar with that name, yes.

1   Q.   All right.  Can we go to the next slide.

2   A.   This is Kelly Meggs at 1:00 a.m. on January 3, 2021.

3        "Hey Ohio can you guys help with our PSD on Tuesday.  We

4   won't have full team yet.  We have six to eight and we have

5   Stone.  Wednesday we have 20 so we are good.  But Tuesday want

6   in the original op we are adjusting in the fly."

7   Q.   All right.  Tuesday would be January 4, correct?

8   A.   I believe Tuesday was the 5th.

9   Q.   I'm sorry, yeah, Tuesday is the 5th?

10  A.   Yes.

11  Q.   So this says the early morning hours of the 3rd, a little

12  bit more than two days before this Tuesday he's referring to,

13  correct?

14  A.   Yes.  And I'm not clear of what the time zone is of these

15  messages, but...

16  Q.   Eastern time.

17  A.   So it is 1:00 a.m.  Okay, sure.

18  Q.   Can we go to the next slide.

19  A.   Then Ms. Watkins, Jessica Watkins, who is from Ohio,

20  responded at 1:03 a.m.  "Roger we have two of us to offer, both

21  Oath Keeper vetted and patched."

22  Q.   And Ms. Watkins is from Ohio, correct?

23  A.   Yes.

24  Q.   And she's offering to help on a security detail for

25  Mr. Stone?

1    A.    Yes.

2    Q.    Continue.

3    A.    Then Mr. Meggs says, "Will advise same RP as discussed

4    before.  Tuesday OK shirts and tan combat or jeans.  OK stuff

5    all the way.  Wednesday we will be full battle rattle."

6    Q.    All right.  And this message is sent at 1:06 in the

7    morning, correct?

8    A.    That's what it says, yes.

9    Q.    Which is shortly after Ms. Watkins had offered to help

10   with the security detail?

11   A.    Correct.

12   Q.    And you had this message on your direct, correct?

13   A.    Yes.

14   Q.    So this message you had on direct is to the context of

15   Kelly Meggs and Ms. Watkins discussing some of the logistics

16   about Mr. Stone's security detail, correct?

17   A.    What they're going to wear, yes.

18   Q.    Okay.  Thanks.  Next.

19   A.    Ms. Watkins responds, "Aye, understood."

20   Q.    Next, please.

21   A.    Then Ms. Watkins further writes at 1:11 a.m., "I am sure

22   we will work out details on location.  I am bringing paper maps

23   for teams to mark" -- sorry -- "to mark locations for key

24   areas."

25   Q.    This is at 1:11 a.m. in the same communication thread in

1  terms of time as we were just looking at with Mr. Meggs,

2  correct?

3  A.    Correct.

4  Q.    Next, please.  Now we've moved forward.  That was early in

5  the morning.  Now we are on the 3rd at about 12:00 p.m., 12:36

6  p.m.  What does Nick Grenier write to the chat?

7  A.    Nick Grenier says, "From an email I received from someone

8  traveling up," quote, "the march to save America rally's main

9  venue is on the 50 acre Ellipse just south of the White House.

10  As we know, this merges into the mall around the Washington

11  Monument and heads down to the Capitol.  The scene of the,"

12  quote, "action.  Continued."

13  Q.    Next slide.

14  A.    "Getting," quote, "tickets via the website for this event

15  is to me a fool's errand.  The fenced area at Ellipse will be

16  totally full many hours before 11:00 a.m.  In fact people will

17  be camped out all night just to get in line to get into the

18  Ellipse.  Continued.

19        "All of these people for all of these hours will utterly

20  overwhelm any sanitary plan," parentheses, "and if the Metro is

21  shut down and/or restricted, all bets are off for what will

22  happen.  Continued.

23        "This Jan 6 event will be many times bigger than the

24  Valdosta, Georgia, Trump rally that I attended and that rally

25  totally overwhelmed the Porta Potties as in overflowing.  This

1    event will be orders of magnitude bigger.  Continued.

2         "So I am not going to sign up for a nominal ticket that

3    will give the bearer no actual access unless the bearer is

4    willing to camp all night and maybe not even then.  I'm just

5    going to head as close as I can to the mall or the Capitol and

6    see what happens.  Continued.

7         "I don't want to get penned into an official," quote,

8    "official zone where you lose all control of your movement.

9    Not to mention overflowing Porta Potties, et cetera.  I'd

10   rather be on the outside of the crowd with some freedom of

11   movement in and out.

12   Q.   All right.  So in these messages Mr. Grenier is concerned

13   a lot about Porta Potties.  Right?  He mentioned it twice?

14   A.   He did mention it twice, yes.

15   Q.   And he also talked about a rally in front of the White

16   House Ellipse, correct?

17   A.   Yes.

18   Q.   And he anticipated that rally would then flow towards the

19   Capitol, correct?

20   A.   Correct.

21   Q.   All right.  And he's posting this information on the DC Op

22   Chat, correct, Jan 6, '21 chat?

23   A.   Yes.

24   Q.   Mr. Grenier is not on the board, correct?

25   A.   He is not.

1    Q.   All right.  Continue.

2    A.   Mr. Siekerman writes at 12:40 p.m. that same day, "This is

3    where the president will speak from on Tuesday the 5th only as

4    far as I see from the website.  Might have a few more speakers

5    but most of those will be at Freedom Plaza or between the

6    Capitol/SCOTUS."

7    Q.   Next slide.  What does Nick Grenier say ten minutes later?

8    A.   "Given the uncertainties around moving, maybe it would be

9    preferable if possible to have teams stationed in specific

10   areas and minimize individuals' travel deep into crowded areas

11   or from site to site.  Continued.

12        "For those focused on protecting demonstrators, the

13   primary threat to manage will presumably be along the outer

14   edges of the crowds anyway so maybe having teams encircle the

15   entire area at strategic points."

16   Q.   So this plan at 12:50 on the 3rd, which is two days before

17   the 5th, we see discussion on the Oath Keepers discussion group

18   about plans to protect the crowds and plans of police security

19   details, correct?

20   A.   That's what they say, yes.

21   Q.   And these plans involve such logistics as where to see

22   threats to the crowd, right?

23   A.   I'm sorry, say that again?

24   Q.   Where to see threats to the crowd, where to be stationed

25   in terms of anticipating threats towards the crowd?

1    A.    If they're talking about protecting demonstrators, yes.

2    Q.    Right.

3    A.    And you said "threats to the crowd"?

4    Q.    Yes.

5    A.    I'm sorry, yes.

6    Q.    Discussing a protective role here, correct?

7    A.    Yes, protecting demonstrators.

8    Q.    Go to the next slide.

9    A.    Mr. Grenier then says, "I am local," in parentheses,

10   "Alexandria, and can print and laminate and/or bag some maps if

11   that helps."

12   Q.    Continue, please.

13   A.    Mr. Siekerman writes at 12:53 p.m., "Well the person

14   coordinating that area is Hydro."  That's Joshua James.  "Once

15   Whip has all the personnel needed for the close in PSD Hydro

16   will be coordinating those teams."

17   Q.    "Whip" once again is Mr. Greene, correct, Michael Greene?

18   A.    Correct.

19   Q.    All right.  So here we see a discussion from Mr. Siekerman

20   that there are personal security detail teams focused on

21   individuals, and once those logistics are worked out, there

22   will be a focus on broader crowd protection, right?

23   A.    Sure, yes.

24   Q.    And the next slide.

25         And what does Ms. Watkins say at this point in the chat?

1  A.    "I am also bringing laminated maps."

2  Q.    Continue.  What does Mr. Grenier say?

3  A.    "Great.  Can you please post the map file you are printing

4  Jessica.  Thanks."

5  Q.    Next slide.

6  A.    Mr. Brown -- I'm sorry?

7  Q.    What does Stephen Brown to say to that?

8  A.    At 12:59 p.m. he says, "Please post any maps in this

9  group."

10  Q.    Continue.  Mr. Siekerman says?

11  A.    "Lots of maps already posted also folks, scroll back up."

12  Q.    So he was playing a moderator role to the chat, correct?

13  A.    Yes.

14  Q.    Can we go to the next slide.  What does Mr. Siekerman post

15  that same day at 1:11 p.m.?

16  A.    This is the invite to that Sunday, January 3rd, GoTo

17  Meeting that he had referenced or that Mr. Rhodes had

18  referenced previously.

19  Q.    All right.  So he's had a couple of these leader GoTo

20  Meetings, right?

21  A.    Yes.  I believe the first one that took place on the 1st,

22  they had some comms issues, and only three or four people could

23  access it.

24  Q.    Continue.  What does Brian Ulrich say?

25  A.    "Just an idea but I found that my head lamp light with

 1    elastic bands fits over my helmet really well, a great hands
 2    free option."
 3    Q.   So he's sharing sort of an aha about how to see with his
 4    light hands-free, right?
 5    A.   That's what he says, yes.
 6    Q.   All right.  Continue.
 7    A.   Mr. Grenier says at 1:26 p.m., "Great map here.  I was
 8    able to print a high quality version by selecting the TIFF
 9    option in the box under the image and then choosing the high
10    quality option when printing."  And there's a link.
11    Q.   Next slide.
12    A.   MOPOC-LT, I can't recall that name off the top of my head
13    at the moment.  I do know it.  January 4, 2021 at 10:22 a.m.,
14    "Is there any teams that could possibly meet with a group of
15    our locals that could escort them to and from event area if I
16    get the location where they are parking?  We have four buses
17    full and a lot of elderly and females by themselves."
18    Q.   All right.  And are you aware from your review of Signal
19    chats by Oath Keepers for other events that they discuss plans
20    to escort elderly rally attendees?
21    A.   I have seen them make statements about that, yes.
22         This guy's name might be Landon Cochran maybe.  That's
23    right.
24    Q.   He's not on the big board, right?
25    A.   Not on the big board, no.

1  Q.   All right.  And here on January 4th in the morning he's

2  raising the idea of locals that could escort -- people that

3  could meet with a group of locals and escort them, correct?

4  A.   Yes.  I believe he was talking about buses of people

5  coming from his state and escorting them once they get off the

6  bus.

7  Q.   All right.  The next slide.  What is Rook10?

8  A.   Rook10 is Sam Hahn.  He is not an Oath Keeper, to my

9  knowledge, but part of a militia group here in Virginia, says

10 to the D.C. Op Jan 6 Chat, "Give me a location and I may be

11 able to get them an escort."

12 Q.   Okay.  I think that's it.  All right.  So --

13         MR. MANZO:  Your Honor, can we get on the phones

14 briefly?

15         **SIDEBAR:**

16         MR. MANZO:  So I thought what Mr. Peed said before was

17 these were all consecutive slides, but they're not.  They're

18 just scattered.  And so that's what I don't understand, without

19 any kind of citation tool, how the jury -- the jury shouldn't

20 be left with the misimpression these are all consecutive.

21 They're not.

22         THE COURT:  I don't think they're left with that

23 impression.  You're right, the little number is not on the

24 bottom showing the slide designation, but the times and dates

25 are all there.  I think it's pretty obvious at least all 72 of

1    them aren't consecutive chats.  And if you want to ask her to

2    confirm that that's the case, but I don't think there's any

3    real risk of confusion on that front.

4              MR. MANZO:  Understood.

5    (End of sidebar.)

6    Q.   I think there's one more slide.  What does Stephen Brown

7    say at 12:46 on the 4th?

8    A.   He said, "@HydroALstatepoc," which is Joshua James, "I'm

9    working with Rob Weaver who is looking for PSD for himself,

10   wife and kids who are marching tomorrow at Capitol and the next

11   days at Capitol and between the Capitol and the Ellipse on the

12   6th.  Rob has had death threat in writing and I've sent up to

13   MDP and Cap police."

14   Q.   All right.  Joshua James is Hydro AL?

15   A.   Correct.

16   Q.   He's on the board?

17   A.   He is on the board.

18   Q.   Stephen Brown, again not on the board?

19   A.   Correct.

20   Q.   And he's speaking with -- he's sending a message

21   targeting -- it's on the general chat, but it's specifically

22   directed towards Joshua James, right?

23   A.   That's what it looks like to me, yes.

24   Q.   He's asking for more protection for individuals?

25   A.   Yes.

1    Q.   All right.  Okay.  In your direct when the government went

2    through the slide deck with you, they generally were focused on

3    the period before we get to January 5th, right?

4    A.   Yes.

5    Q.   So --

6    A.   Generally between December 20th and January 5th, yeah.

7    Q.   So what I've got here stops on the 4th, doesn't go all the

8    way to the 5th, but we've looked at messages generally from the

9    timeframe of -- the same timeframe you were talking about on

10   direct, right, December 20th up to January 4th, correct?

11   A.   Correct.

12   Q.   You see here, and we went through them, there were a lot

13   of logistics and planning of personal security details and

14   group protective functions, correct?

15   A.   Yes.

16   Q.   All right.  Thank you.

17        Now could we go to 9514 at page 164.  This is the original

18   slide deck you went through on direct?

19   A.   Sure.

20   Q.   You would agree there were several names that we went

21   through who entered the Capitol, correct?

22   A.   Correct.

23   Q.   Stephen Brown, for example?

24   A.   Not that I'm aware of.

25   Q.   All right.  And Mr. Brown was planning events at the

1    Capitol rallies, correct?

2    A.    Wherever his permitted locations were, yes.

3    Q.    All right.  And we saw some names of -- he was not an Oath

4    Keeper, but we saw names of Oath Keepers, correct, who didn't

5    go into the Capitol, correct?

6    A.    There are also some Oath Keepers that didn't go into the

7    Capitol, yes.

8    Q.    All right.  I don't recall from your -- there were no

9    messages from your slide deck, which we're about to pull up, or

10   the slides we just went through discussing a plan to meet at

11   the Capitol and enter it, correct?

12   A.    Correct, correct.

13           MR. PEED:  Can we have Government's Exhibit 9514, page

14   164.

15           THE COURT:  Is this what we're -- what are we waiting

16   for?

17           MR. PEED:  We're waiting for the exhibit.

18           THE COURT:  Isn't it up?

19           MR. PEED:  It's not on my screen.

20           THE COURT:  It's on everybody else's screen.

21           MR. PEED:  Okay, okay.  Sorry.  Didn't recognize it.

22   Q.    All right.  Do you recall being asked about this message

23   from Mr. Caldwell to Doug Smith?

24   A.    Yes.

25   Q.    Could you note the time for the jury?

1    A.    10:02 p.m. on January 4, 2021.

2    Q.    All right.  And Mr. Caldwell tells Mr. Smith he intends to

3    go with his wife "into the hornet's nest tomorrow afternoon,"

4    correct?

5    A.    And Paul.

6    Q.    "Paul, Sharon and I are planning a prestrike into the

7    hornet's nest tomorrow," right?

8    A.    Correct.

9    Q.    And from your investigation are you aware that Mr.

10   Caldwell went on a trip in the afternoon or the next day,

11   January 5th?

12   A.    I'm aware that he drove into D.C. and drove around, yes.

13          MR. PEED:  Okay.  Could we have Defense EV135.

14   Q.    All right.  Do you recognize this as a message from Mr.

15   Caldwell to Doug Smith?

16   A.    It's an exchange, yes.

17          MR. PEED:  Your Honor, at this time I would move to

18   admit Defense Exhibit EV135.

19          MR. MANZO:  No objection.

20          THE COURT:  EV135 is admitted.

21          (Exhibit EV135 admitted into evidence.)

22          MR. PEED:  Show this to the jury.

23   Q.    All right.  Agent Hilgeman, in the last slide we just

24   looked at, Mr. Caldwell said he was going to go with Paul and

25   his wife in the afternoon on a trip into the hornet's nest,

1   correct?

2   A.   Yes.

3   Q.   All right.  Could you note the time of the message that

4   starts "just got back from recce," with the date and time?

5   A.   January 5th at 5:03 p.m.

6   Q.   All right.  And is that in the afternoon of the next day

7   after his message predicting he would go in in the afternoon of

8   the next day?

9   A.   Yes.

10  Q.   Do you see him reference in the first sentence, "Paul and

11  Sharon," the same names he referenced in his prior text?

12  A.   And Randy, correct.

13  Q.   Could you read that message?

14  A.   "Just got back from recce with Sharon Paul and Randy" --

15  that's Randy Earp, another Oath Keeper from North Carolina.

16  "Everything I told you about bus related is correct.  You will

17  be pleased to know the president has provided 80 fresh Porta

18  Potties which are being placed right now."

19  Q.   Thank you.  And can we bring up Defense Exhibit EV136.

20       Do you recognize this as a message that you reviewed in

21  your investigation?

22  A.   Yes.

23  Q.   And who is it from?

24  A.   This is, I believe, based on the color coding, that it is

25  from Tom Caldwell to Tree Sean Pugh.

1          MR. PEED:  Your Honor, at this time I would move to

2     admit Defense Exhibit EV136?

3          MR. MANZO:  No objection, Your Honor.

4          THE COURT:  EV136 is admitted.

5          (Exhibit EV136 admitted into evidence.)

6     Q.   Could you note the date and time of this message?

7     A.   January 5th at 5:00 p.m.

8     Q.   That's about the same time as the previous message we just

9     looked at?

10    A.   Yes.

11    Q.   And it's in the afternoon of the 5th after the message we

12    saw before that of the 4th, the night the 4th, correct?

13    A.   Correct.

14    Q.   All right.  Could you please read the message?

15    A.   "Right.  Federal triangle will be about 12th and

16    Pennsylvania and the White House and Ellipse are 14th and

17    Constitution.  One block west and one block south practically

18    right there.  Just got back from recce, lots of fresh Porta

19    Potties being placed.  Supposed to be a bit windy tomorrow but

20    sunshine."

21    Q.   So we just saw two messages in series sent by Mr.

22    Caldwell, correct?

23    A.   Yes.

24    Q.   In both of them he makes a point to focus on Porta

25    Potties?

1    A.   He does mention the Porta Potties, yes.

2    Q.   We saw a member of the other DC Chat very concerned about

3    Porta Potties?

4    A.   Yes.  I believe there have been many of these events

5    before and there may have been issues.

6              MR. PEED:  And these -- let's pull up Government's

7    Exhibit 9514, page 42.

8    Q.   All right.  Agent Hilgeman, do you remember seeing this

9    slide on your direct?

10   A.   Yes.

11   Q.   All right.  And could you remind the jury who GenX is?

12   A.   Graydon Young.

13   Q.   And what does Graydon Young state here at 6:52 p.m. on

14   Christmas?

15   A.   "That's what I would have guessed one dammed week left I'm

16   going to DC but it feels like a fool's errand based on current

17   events."

18   Q.   All right.  Next slide.

19        And you reviewed this on your direct.  Mr. Rhodes responds

20   to Mr. Young, correct?

21   A.   That's what it appears, yes.

22   Q.   He says, "It's not a fool's errand."

23   A.   Correct.

24   Q.   And he says:  Trump needs to know we support him in using

25   the Insurrection Act.  He needs that to be the message.  If

1    Congress rubber stamps unconstitutional fraud President

2    Trump" -- next slide -- "must defend the constitution" -- go

3    back -- "we urge him to use Insurrection Act to do so."  Right?

4    Did you review this on your direct?

5    A.   Yes.

6    Q.   All right.  And next slide.  All right.  You reviewed this

7    on your direct?

8    A.   Correct.

9    Q.   Can we have Defense Exhibit EV110?

10   A.   I believe there's one additional "continued" here.

11   Q.   Go ahead.  Go to the next slide.

12   A.   That is the next message he posted.

13   Q.   Okay.  "He needs to know if he fails to act then we will.

14   He needs to understand that we will have no choice."

15   A.   Yes.

16             MR. PEED:  Can we have Exhibit EV110.

17   Q.   Okay.  All right.  Here we see the same slide we just

18   reviewed, correct, the same message from Graydon Young,

19   correct?

20   A.   Yes.

21   Q.   Go forward.  You see Stewart Rhodes' response that you

22   went through on your direct?

23   A.   Yes.

24   Q.   Next slide.  Next slide.  Next slide.  All right.

25             Here is where we stopped from your original slide deck on

1  direct, correct?

2  A.   Correct.  I believe so.

3  Q.   Can we go to the next slide.

4       Mr. Rhodes continued his answer to Mr. Graydon's concern

5  about it being a fool's errand, correct?

6  A.   He does say -- yeah, he says additional things here.

7  Q.   All right.  And this was not in your original slide deck,

8  correct?

9  A.   I did not read it on direct, no.

10  Q.   All right.  Can you please continue reading from here?

11  A.   We need to give President Trump a chance to do his duty.

12            THE JUROR:  Are we supposed to --

13            MR. PEED:  I'm sorry.  Your Honor, at this time I move

14  to admit Exhibit EV110.

15            MR. MANZO:  Your Honor, can we have a moment to locate

16  where it is?

17            MR. PEED:  Thank you.

18            MR. MANZO:  Are these consecutive?

19            MR. PEED:  Yes, they're all consecutive.

20            MR. NESTLER:  Can we slide through the next couple of

21  slides so we can see them.

22            THE COURT:  Is that the last one?  Mr. Peed, is that

23  the last one?

24            MR. PEED:  I thought there was more.  Is that the last

25  one?  Okay.  That's the last one, Your Honor.

1          THE COURT:  All right.

2          MR. MANZO:  No objection.

3          THE COURT:  All right.  So EV110 will be admitted.

4          (Exhibit EV110 admitted into evidence.)

5          MR. PEED:  Can we go back so the jury can see where we

6     started.

7     Q.   This is a slide the jury saw on your direct examination,

8     right?

9     A.   Correct.

10    Q.   "And he needs to understand we will have no choice."

11         And then can you read what Mr. Rhodes continues to say on

12    the next slide?

13    A.   "Need to give President Trump chance to do his duty so for

14    now the focus needs to be on supporting him using the

15    Insurrection Act if Congress betrays their oaths.  Let that be

16    the message to Congress.  Make his taking that action be the

17    threat to them with our support."

18    Q.   Next slide.

19    A.   "Obviously we won't be doing that unless he calls us up as

20    militia," in parentheses, "as he has the power to do.  I'm not

21    talking about us just waltzing onto the White House lawn with

22    rifles but he needs to know we will answer the call."

23    Q.   Thank you.  And this slide was not in your slide deck,

24    correct?

25    A.   No.  I think he's summarizing if he acts what he would do.

1    Q.   All right.  Now, you were asked about fears that the Oath

2    Keepers had about Antifa at rallies, correct?

3    A.   I don't believe I was asked about that.

4    Q.   Mr. Shipley was asking about that.

5    A.   I'm sorry.  He did mention Antifa but I think in the

6    context of the Proud Boys.

7    Q.   Well, we went through a lot of logistics slides from the

8    DC Op Chat.  There were also discussions of what to bring in

9    terms of things that might be used in a fight, for lack of a

10   better word.

11   A.   Yeah, we did read some of those message on direct also.

12   Q.   And you would agree that there was a concern of a lot of

13   the members of the Oath Keepers and members on these chats that

14   there would be skirmishes with Antifa at different rallies

15   either on the 5th or the 6th?

16   A.   I wouldn't call it concerns.  I would call it welcomed by

17   them, welcomed by the Oath Keepers.

18   Q.   Well, would you agree that there was anticipation that

19   there would be skirmishes between members of Antifa and members

20   of either the Oath Keepers or rally attendees?

21   A.   I saw -- I did see messages of sharing of articles and

22   things about potential Antifa being there, yes.

23   Q.   All right.  And there was -- on December 14th there was a

24   rally called the Jericho March we discussed, right, December

25   12th?  I'm sorry.

1    A.    Yes, yes.

2    Q.    And actually, someone was stabbed at that event by a

3    member of Antifa, correct?

4    A.    I'm not sure if it was a member of Antifa.  I do know

5    there was some violence at that particular event after dark,

6    yes.

7    Q.    Okay.  And you were asked by Mr. Shipley about an

8    individual member of Antifa shooting a Trump supporter in

9    Portland, correct?

10   A.    He did ask me that, yes.

11   Q.    Seemed like you may have heard it, but you didn't remember

12   the details?

13   A.    I think so.  There was a lot going on over the summer.

14           MR. PEED:  All right.  Can we put up for the witness

15   Defense Exhibit EV170.  Could you cull out the top of this

16   exhibit for the witness, please.

17   Q.    Looking at that cull-out here, Agent Hilgeman, do you

18   remember as part of your investigation reviewing Signal chats

19   from Stewart Rhodes' phone relating to Pegasus intel gathering?

20   A.    No.

21   Q.    Could you take that down.

22          Do you recall generally there were events planned by the

23   Oath Keepers in Lafayette, Louisiana in the fall of 2020?

24   A.    I recall -- is that the Jekyll Island retreat?

25           MR. MANZO:  Objection as to scope, Your Honor.

1          THE COURT:  Well, I'll allow a little of it, but it

2     does seem to be beyond the scope, yeah.

3     A.   Maybe that's in Georgia.  I'm not sure.  I recall scanning

4     some of the chats that were for periphery things prior to the

5     election, but I don't recall specifically, I'm sorry.

6          MR. PEED:  Okay.  Just for your eyes, could you put up

7     the -- could you cull out the messages that are in the exhibit.

8     EV170.

9     Q.   Just read this to yourself, Agent, and I'll ask if it

10    refreshes your recollection.

11         MR. MANZO:  Objection, Your Honor.  She's already

12    answered the question.

13         THE COURT:  If it refreshes her recollection, go

14    ahead.

15    A.   It does not.

16         MR. PEED:  Okay.  A moment with the government, Your

17    Honor?

18         THE COURT:  Sorry?

19         MR. PEED:  With the Court's indulgence, I want to ask

20    if they object --

21         THE COURT:  I think they do object.

22         (Counsel discussion off the record.)

23         MR. PEED:  Your Honor, there's a 401 objection to this

24    exhibit.  I don't think there's any foundational objections so

25    I would move to admit Defense Exhibit EV170.

```
 1              THE COURT:  Overruled.  She said she's not familiar
 2    with it.  There's no knowledge of the content or the context.
 3    It would be beyond the scope.
 4              MR. PEED:  I'll come back to it.  Thank you, Your
 5    Honor.
 6    Q.   You focused on the QRF, right, Ms. Hilgeman?
 7    A.   Yes.
 8    Q.   And did you look through other Signal chats other than the
 9    DC Op Chat for references to QRFs?
10    A.   Yes.
11    Q.   So did you see references to QRFs and chats about an op in
12    Louisville, Kentucky?
13    A.   I saw messages about that, yes.
14    Q.   And did you see references to QRF in an op in
15    Fayetteville, North Carolina?
16    A.   I believe so, yes.
17    Q.   And did you see references to a QRF in relation to the
18    November 14th Million MAGA March in Washington, D.C.?
19    A.   Yes.
20    Q.   Let's turn to the messages for this op where we discussed
21    the messages about arranging boat transport.  Correct?
22    A.   Yes.
23              MR. PEED:  Can we have EV400.  All right.
24              Do you have any objection?
25              Scroll through.  Can you scroll through to the end for
```

1    the government.

2              MR. MANZO:  No objection.  Okay.  It's still on.

3              MR. PEED:  All right.  Go to the first, first page.

4              THE COURT:  Are you asking to admit EV400?

5              MR. PEED:  Yes, Your Honor.

6              THE COURT:  Okay.  It will be admitted.

7              (Exhibit EV400 admitted into evidence.)

8    Q.    Okay, Agent.  Some of these we've already reviewed before

9    on your direct or on your cross, but to put them in context,

10   what is happening on this slide on January 2nd at 5:50 a.m.?

11   A.    Mr. Rhodes and Kelly Meggs are having a conversation about

12   hotels and other various aspects of the upcoming event in D.C.

13   Q.    And Mr. Rhodes says, "If you want to stow weapons with

14   Whip" -- that's Mr. Greene -- "you can, he'll have a secure car

15   trunk in his hotel room or mine."  Right?

16   A.    Correct.

17   Q.    So at this point, January 2nd, Mr. Meggs is not -- has not

18   decided where to put his -- the weapons he's bringing, correct?

19             THE COURT:  Can I ask you not to re-characterize

20   what's in the -- it speaks for itself.  We don't need to

21   re-characterize and ask her what it says.  Let's just read it

22   and the jury can determine what it says.

23   A.    Mr. Rhodes is letting Mr. Meggs know that he could stow

24   weapons with Whip if he wants.

25   Q.    Next slide.

1          Could you read this slide, please?

2    A.    "Last night call with Don.  We discussed a QRF RP" --

3    that's rally point -- "so we may do that as well as the NC team

4    has a hotel room close by.

5    Q.    Next slide.

6    A.    Okay.  We will have a QRF.  This situation calls for it.

7    Q.    All right.  And what is the date and time of the message

8    where Stewart Rhodes now says that there will be a QRF?

9    A.    January 2nd, 2021 at 5:52 a.m.

10   Q.    All right.  Can we go to the next slide.  Could you read

11   what Mr. Meggs writes back at 5:53 a.m.?

12   A.    "Yes.  We have the overlay maps of street closures and it

13   looks like Lincoln is our RP of SHTF.  Lots of access roads on

14   the edge of main area."

15   Q.    All right.  And from your review of other messages, "RP"

16   you understood is a rally point, correct?

17   A.    Correct.

18   Q.    And "SHTF," could you tell the jury what that is?

19   A.    Shit hit the fan.

20   Q.    Okay.  Shit hit the fan is another word for saying

21   something going off-plan, correct?

22   A.    Sure.

23   Q.    Okay.  And if shit hits the fan, Mr. Meggs is saying

24   there's access roads they can reach.

25          Let's go to the next slide.

1    A.    Mr. Rhodes says, "Cool.  That's good both in and out is

2    very useful.  I'll reimburse you for them.  Just let me know

3    how much."

4    Q.    Okay.  Referring to the maps, correct?

5    A.    I think he's actually referring to some T shirts or

6    patches.

7    Q.    Okay.  Next slide.

8    A.    "And decent cover IIRC," if I recall correctly.

9    Q.    Okay.  Next slide.  Next slide.  All right.  On the 2nd at

10   6:28 in the morning, Mr. Meggs discusses trying to get the

11   location of the QRF figured out, correct?

12   A.    Correct.

13   Q.    Now I'm just going to scroll quickly through the rest of

14   these.  Go ahead and go forward.  You've seen these and talked

15   about some of these before, right?

16   A.    I think all of them, yeah.

17   Q.    All right.  Go forward.  Go forward.  Forward.

18         All right.  Who is Western State Leader?

19   A.    Paul Stamey.

20   Q.    And what does Mr. Stamey write?

21   A.    "My sources DC working on procuring boat transport as we

22   speak."

23   Q.    Okay.  No boat -- to your knowledge in the investigation,

24   no boat was ever used by Oath Keepers on January 5th and 6th

25   for this op, correct?

1    A.    Not that I'm aware of.

2    Q.    All right.  Go forward.

3          Mr. Caldwell later in the night of the 2nd talks about

4    working a Navy angle, correct?

5    A.    Correct.

6    Q.    And go to the next slide.

7          And Mr. Caldwell sends a direct message to Tree Sean Pugh,

8    and we've seen that name in the other messages related to the

9    Porta Potties, correct?

10   A.    Yes.

11   Q.    Okay.  And in this message Sean is -- Mr. Caldwell is

12   brainstorming about having a boat on the Potomac, right?

13   A.    He's asking Mr. Pugh if he has a boat available for the

14   Potomac.

15   Q.    Next slide.  Next slide.  Next slide.  Next slide.

16         All right.  Can we now pull up Defense Exhibit EV100 for

17   identification.  All right.

18         Agent Hilgeman, you reviewed, you said, messages related

19   to QRFs at the Fayetteville operation, correct?

20   A.    I recall, yes, seeing a reference to a QRF.

21              MR. MANZO:  Objection to the scope, Your Honor.

22              THE COURT:  Where is this going?

23              MR. PEED:  This is about the QRF, Your Honor, and the

24   boats.  She was just discussing the boats on her direct.

25              THE COURT:  All right.  But she didn't -- go ahead.

1    Take a look at what you want to show her, and we can decide

2    whether to admit it or not.  Is this the only slide?

3              MR. PEED:  There's three, three slides, Your Honor.

4              MR. MANZO:  Your Honor, can we get on the phone?

5              **SIDEBAR:**

6              MR. MANZO:  Your Honor, we'd just be making a

7    relevancy objection.  None of the defendants here were in

8    Fayetteville.  None of them are on the Fayetteville Trump Rally

9    Op text chain.  The Fayetteville rally happened in September

10   before the conspiracy theory, so we don't know what the

11   relevance of this would be.

12             MR. PEED:  The relevance goes to what their intent was

13   and having QRFs and using boats.  And the government, as the

14   Court knows, makes a big deal out of the fact that they have

15   water landings and discuss one if by land, two by sea.  So

16   discussing generally how they use QRFs, the fact they used them

17   at the other events and the fact they used boats for it all

18   goes to what their intent was --

19             THE COURT:  Hang on, hang on.  Can we go to the next

20   one.  Who is Cumberland CO POC?

21             MR. PEED:  The government probably knows.  I pulled

22   this from the Fayetteville Trump Rally Op because this would

23   have been seen by Stewart Rhodes.  So that's the important

24   fact.

25             THE COURT:  Maybe it is, maybe it isn't.  What's the

1    next one?

2          So this is from Ranger Smith to a KY Signal message

3    group.  I don't know what that is.

4          MR. PEED:  That's the Louisville Op chat.

5          THE COURT:  Okay.  I'll let the first and third one

6    in.  I don't think the second one is relevant, and it's not

7    clear to me that it's something that's a response to Mr.

8    Rhodes.  Mr. Rhodes didn't write it.  None of the defendants in

9    this group are on it.  To the extent the first one involves Mr.

10   Rhodes, that's fair, and this was, we've talked about

11   Louisville, it's been discussed, so I'll let the first and

12   third one in.

13   (End of sidebar.)

14         THE COURT:  All right.  EV100 is admitted, subject to

15   the discussion at the bench.

16         (Exhibit EV100 admitted into evidence.)

17   Q.   All right.  Agent, I believe you said you reviewed

18   messages on the QRF related to the Fayetteville Trump rally,

19   correct?

20   A.   I am familiar with the Fayetteville Trump rally, yes.

21   Q.   Right.  Stewart Rhodes was on the op chat for the

22   Fayetteville rally, correct?

23   A.   It appears so based on this message, yeah.

24   Q.   Could you please read the date and time and read the

25   message to the jury.

1   A.    9/15/2020 at 4:33 p.m., from Stewart Rhodes to

2   Fayetteville Trump Rally op.  "Gents, we've gone unarmed before

3   in NM" -- assuming he means New Mexico -- "we just had an armed

4   QRF sitting in a truck outside the parking area on a side

5   street where he was perfectly legal.

6   Q.    Can we go to the third slide?

7         Agent, you said you reviewed the message related to an op

8   in Louisville, Kentucky, correct?

9   A.    I did.

10  Q.    Do you remember the video with the rock music we talked

11  about?

12  A.    Yes.

13  Q.    There were scenes of that from a Louisville, Kentucky,

14  operation, correct?

15  A.    Yeah, it was actually in the parking lot of the Hampton

16  Inn, which was their QRF there, I believe.

17  Q.    Okay.  Could you read who this message is from and what it

18  says.

19  A.    From Ranger Smith to KY.  "Bill Abshire has a buddy that

20  is a tug boat captain on Ohio River, said he can park a barge

21  at Louisville or help us exfil.  Escape and evade were in NC

22  plan on incorporating that asset.  I'll know more in a couple

23  hours.  This could be big."

24  Q.    Okay.  So January 6th, that operation was not the first

25  time the Oath Keepers discussed using a boat for a QRF,

1    correct?

2    A.    I don't know that this is for a QRF.

3    Q.    Okay.  Well, this message is about having a boat to help

4    exfil.  Do you see that?

5    A.    "Or help us exfil," it says.  So presumably for something

6    else.  I'm not really sure.

7          It doesn't say QRF, and it says, "Park a barge at

8    Louisville or help us exfil."

9    Q.    Okay.  You reviewed the messages that reference QRF in

10   this particular chat, haven't you?

11   A.    Not this chat, no.

12   Q.    Didn't you review the chats related to the Louisville

13   operation?

14   A.    Is that what this one is?  It says "KY" at the top.

15   Q.    Yeah, that's what it is.

16   A.    I did review -- I did review that chat.  I don't recall

17   actually this message.

18   Q.    Okay.

19   A.    Because it doesn't say "QRF" in it, I think.

20   Q.    It would be safe to say that you focused -- you've

21   testified about boats being used or being thought about, being

22   planned, being considered for the January operation, right?

23   A.    Yes.  And in that situation, he specifically says to

24   schlep weps or heavy weapons across the river, yeah.

25   Q.    And so you would have focused on messages related to QRFs.

1    It's your testimony you focused on messages related to QRF in

2    this Louisville operation, correct?

3    A.    Yes.  But I'm not sure that this is --

4    Q.    Put this message aside.

5    A.    Yes.

6    Q.    I'm asking about now you and your memory and review of

7    these messages.

8    A.    Yes.

9    Q.    There are messages specifically speaking about a QRF and

10   using a boat for a QRF for that operation?

11   A.    I don't recall that.  I recall there being a stationary

12   QRF in the parking lot the Hampton Inn where they checked

13   people in and out.

14   Q.    Okay.

15   A.    And if I recall correctly, Ranger Smith was not part of

16   the QRF at that operation.

17   Q.    Would it surprise you if you see those messages later that

18   you missed that related -- and that was so important, that you

19   discussed a boat with the January 5th operation?

20            THE COURT:  Can you rephrase the question?  I'm

21   having -- can you rephrase the question?

22   Q.    So you don't remember any messages about a boat in

23   relation with the QRF in Louisville, correct?

24   A.    Linked to the QRF, I do not.

25   Q.    Are you sure at this time that there aren't any, or you

1    just don't remember?

2    A.    I do not recall seeing any messages of a boat linked to

3    the QRF for the Louisville operation.

4    Q.    We can come back to it.

5          All right.  Let's shift to Mr. Vallejo and him coming to

6    Washington, D.C.

7    A.    Okay.

8               MR. PEED:  All right.  Could we pull up Defense

9    Exhibit EV127.

10   Q.    Have you reviewed Mr. Vallejo's text messages recovered

11   from his phone?

12   A.    Yes.

13   Q.    All right.  Do you identify -- do you recognize what's on

14   the page as messages pulled from Mr. Vallejo's phone?

15   A.    I recognize all three of these messages, yes.

16              MR. PEED:  At this time, Your Honor, I would move to

17   admit Defense Exhibit EV127.

18              MR. MANZO:  No objection.

19              MR. PEED:  EV127.

20              THE COURT:  So EV127 is admitted.

21              (Exhibit EV127 admitted into evidence.)

22   Q.    All right.  Could you please call out the first message,

23   first two messages?  All right.

24         Agent Hilgeman, on December 15 of 2020, Mr. Vallejo sent a

25   link to a podcast to Kelly Carter, correct?

1    A.    Yes, this news program, yes.

2    Q.    Haggman report?

3    A.    Correct.

4    Q.    Hosted by Doug Haggman?

5    A.    Yes.

6    Q.    And then he directed Mr. Carter to listen to the second

7    hour and said, "It's on."

8    A.    Correct.

9    Q.    Right?  And how did Mr. Carter respond?

10   A.    I think there were a number of messages in between where

11   Mr. Carter was clarifying, "The second hour?"

12         Mr. Vallejo said, "Yes, I believe I said that previously."

13         And then Mr. Carter responds with what is in here.

14         MR. PEED:  Okay.  Pull up the second part.

15   Q.    Just to clarify what you just said, Mr. Carter responded,

16   essentially? "This is a two-hour thing.  Where should I

17   listen?"

18   A.    Yes.

19   Q.    And Mr. Vallejo said, "I already told you the second

20   hour."

21   A.    Yes, something like that.

22   Q.    So after that little exchange, Mr. Carter sends this

23   message.  Could you cull it out, please.

24         "Field trip signatures not required.  Get on the road

25   train to Washington.  Yes, yes, I will be glad to go."

1    Correct?

2    A.    Correct.

3    Q.    And this is December 15th, right?

4    A.    Correct.

5             MR. PEED:  Can we go back to Government Exhibit 9514,

6    page 1.  All right.

7    Q.    Here we see on December 20 the Old Leadership Chat Joshua

8    James announces that "The SE region is creating a national call

9    to action for DC January 6th, four states are mobilizing."

10   Right?

11   A.    Yes.

12   Q.    This is five days after Mr. Vallejo and Mr. Kandaris had

13   that text exchange, right?

14   A.    Mr. Vallejo and Mr. Carter?

15   Q.    Mr. Vallejo and Mr. Charter.  My apologies.  Thank you.

16   A.    Yes.

17   Q.    So Mr. Charter and Mr. Vallejo had already discussed going

18   to DC before this message from Joshua James, correct?

19   A.    I mean, I don't know if "discussed," but, yes, it sounded

20   like they were aware of what was going to be going on in D.C.

21   at December 15.

22   Q.    And Mr. Carter said he's on board, essentially, right?

23   A.    Correct.

24             MR. PEED:  All right.  Can we have Government Exhibit

25   6863.1.

1            If we could have the government play this because we

2    had our audio issues before.

3            THE COURT:  What are we asking to be played?

4            MR. PEED:  6863.1.

5            (Video played.)

6            MR. PEED:  All right.  Can we stop it there for a

7    second.

8    Q.   Do you recognize this as the Haggman report video that

9    Mr. Meggs -- that you downloaded from a website sent by

10   Mr. Meggs to the chat group, correct?

11   A.   Yes.  This is, I believe, the full eight-minute clip, if I

12   can see it there.  Yeah.

13   Q.   Okay.  Yesterday the government played two and a half

14   minutes or so?

15   A.   Correct.

16   Q.   And you testified on your direct that all of these eight

17   minutes were after the hour mark Mr. Vallejo had referred to,

18   correct?

19   A.   I'm not sure if I said that or not.  I knew that at least

20   the two minutes that we talked about were in the second hour.

21   Q.   The clips in this video are -- have you reviewed the

22   entire two-hour video?

23   A.   I have not, no.  I'm sorry.  Someone on my team did, and I

24   have spot-checked it, and I reviewed her summary of it, yes.

25   Q.   Okay.  So your testimony that the first three minutes that

1    were played were in the second hour is based on what someone

2    told you?

3    A.    No.  I did check that.  I watched it.

4    Q.    Okay.

5    A.    I went to the second hour of the two-hour -- two-hour

6    video, and pressed play, yes.

7    Q.    Okay.  Well, in fact, the first -- this is clips that are

8    melded together by the website, correct?

9    A.    If we're talking about the Rumble Report, yeah.

10   Q.    And they're chronological, right?

11   A.    I would think so, yes.

12   Q.    All right.  And, in fact, until you get to the last three

13   minutes of this video, everything in it is before the first

14   hour, isn't it?

15   A.    I'm not sure.  I know that I went to the second hour, and

16   it corresponded to what I saw that Mr. Meggs had shared.

17   Q.    So you're not sure now.  Would it surprise you to know

18   that you're just wrong and the first five minutes of this video

19   are before the first hour?

20   A.    No, I'm not sure if I meant this eight-minute clip or the

21   two-minute, two-and-a-half-minute clip that we looked at

22   yesterday.  So if the two-and-a-half-minute clip is after the

23   second hour, then yes.

24   Q.    All right.  You focused on Mr. Vallejo as part of your

25   investigation, right?

A.    Yes.

Q.   And you're aware of the significance of this video and Mr. Carter's decision to come to Washington, D.C., right?

A.   I wouldn't say I'm aware of the significance of this video for that, no.

Q.   Well, we just saw a clip.  This is what was sent to Mr. Carter, and Mr. Carter said he was going to come to Washington, D.C., right?

A.   I mean, I guess it probably played a role, yeah.  There was, I mean, additional communications about what was going on also.

Q.   So you would agree it was very important in testimony to get right that the parts the government played was the part Mr. Vallejo was referring to?

A.   I agree with that, yes.

        MR. PEED:  Now, at this time, Your Honor, I'd like to play the entire video here.

        THE COURT:  How long?

        MR. PEED:  Eight minutes.

        MR. MANZO:  No objection.

        THE COURT:  It's in evidence.  Okay.

        (Video played.)

Q.   Agent Hilgeman, did you review -- this is a clip.  Did you review the whole hour second part of that video?

A.   I did not.  I spot-checked the whole two-hour -- the whole

1    two hours.  I did watch this segment in its entirety.

2        My recollection is that I went to the two-hour mark and

3    started watching.  I'm not -- I guess if I had to back up a

4    little bit to the beginning of this segment, I don't recall

5    that, but I do remember specifically going to the second hour

6    on the player.  And then another member of our team did watch

7    the whole two hours and wrote a summary about it that I

8    reviewed.

9    Q.   You reviewed the summary?

10   A.   Yeah.

11   Q.   All right.  Let's talk about what Mr. Andrews is

12   discussing here.

13   A.   Sure.

14   Q.   Did you investigate Mr. Andrews at all?

15   A.   I did not, no.

16   Q.   All right.  Are you aware that he is a former Oath Keeper?

17   A.   I am not, actually.

18   Q.   All right.  Mr. Andrews in this podcast calls for people

19   to be in Washington, D.C. on January 4th, correct?

20   A.   I think he says to be there January 6th at 1:00.

21   Q.   No.  He said January 4th at 1:00.

22   A.   My recollection is it was the 6th, but it could have

23   been -- he may have said 4th.  I think he said people should

24   leave on the 4th in the Midwest.  I don't know.

25   Q.   He said leave earlier so you arrive on the 4th.  Did you

1    hear that?

2    A.    I heard leave the 1st or the 2nd if you're on the west

3    coast.  Leave the 3rd or the 4th on the -- if you're in the

4    Midwest.  You need to be in D.C. on the --

5    Q.    All right.  You bring up this important point whether he's

6    calling people to be here on the 6th at 1:00 and the 4th at

7    1:00?

8    A.    Yeah, I would actually argue that he misspoke there if he

9    said the 4th.  I don't know that there's anything happening at

10   1:00 p.m. on the 4th.  I do know the certification was at 1:00

11   p.m. on the 6th.

12   Q.    Exactly.  The certification -- 1:00 p.m. on the 6th is an

13   important day, right?

14   A.    Yes, yes.

15   Q.    So if he's calling people to be there on the 4th, he's not

16   calling people to be there for the certification, correct?

17   A.    I believe he misspoke there.  This entire show is about

18   the certification.

19   Q.    He actually doesn't discuss the certification at all in

20   terms of his call to march, does he?

21          THE COURT:  Counsel, I'm not -- it's not going to be

22   terribly productive.  The jury will have this.  They can make

23   their own decisions about what he did or didn't say.  So let's

24   not interpret what the evidence is.

25          MR. PEED:  I think the issue, Your Honor, is whether

1    we need to introduce the entire hour.  Because I've reviewed

2    the entire hour and I'm asking questions about it, and she's

3    read a summary of that second hour.  So if her memory doesn't

4    reflect the video, we'll have to put in the second hour.

5             THE COURT:  I don't think the issue is her memory.  I

6    think it is what he said.  The jury will have what he said.  If

7    there's a question, the jury can make a determination whether

8    he said 1/4, he said 1/4, or whether it was a mistake or not.

9    Q.   Mr. Andrews makes a call for people to come and grab their

10   friends with rifles and get in a car and come to Washington

11   D.C., correct?

12   A.   That's what he said.

13   Q.   And he said that in response to questions about

14   coordination and what people should do in terms of the plan,

15   right?

16   A.   Yes.  He says, Call your friends, get their rifles, get a

17   map to DC.

18   Q.   All right.  And he talked a lot about people --

19            THE COURT:  Actually, Mr. Peed, let's not re-ask

20   questions about what we just spent eight minutes watching.

21   Okay if you want to ask something else, but please stop asking

22   her to repeat what's already on there.  It's cumulative and

23   it's not an efficient use of our time.

24            MR. PEED:  Well, I don't think the whole plan is in

25   that clip, Your Honor.

1           THE COURT:  Again, don't ask her questions about what

2    the jury has already seen.  If you've got something else, fine,

3    but don't ask her to simply repeat what we've all seen already.

4           MR. PEED:  Let's pull up EV101.

5    Q.   Do you recognize this message, Agent Hilgeman?

6    A.   I do, yes.

7    Q.   All right.  Could you scroll quickly through.

8           MR. PEED:  Move to admit Defense Exhibit 101.

9           MR. MANZO:  No objection.

10          THE COURT:  101 will be admitted.

11          (Exhibit 101 admitted into evidence.)

12          MR. PEED:  All right.  Can we go to the first page,

13   please.

14   Q.   All right.  Agent Hilgeman, could you read what -- first

15   let me back up.

16       The name Prometheus here is a name that was used by Todd

17   Kandaris in his Signal app?

18   A.   Correct.

19   Q.   All right.  Could you read what Mr. Todd Kandaris says to

20   Stewart Rhodes on December 31?

21   A.   "Hey Stewart, are you going to DC for the 6th?  Myself and

22   some other patriots are going to be there.  Would like to touch

23   base if you will be there."

24          MR. PEED:  All right.  Could you scroll forward.

25   Q.   Stewart Rhodes doesn't remember Mr. Kandaris, correct?

1    A.    It says, "Yes.  Refresh my memory, who is this?"

2           MR. PEED:  Next slide.  Next slide.  Next slide.  Next

3    slide.  Next slide.  Next slide.  All right.

4    Q.    You discussed this slide, this message on your direct,

5    right?

6    A.    I remember reading this, yes.

7    Q.    And he said, "Our code name is Prometheus."

8    A.    Correct.

9           MR. PEED:  Next slide.  All right.

10   Q.    He uses an asterisk and says, "Code name call sign,"

11   right?

12   A.    Correct.

13   Q.    That wasn't in the direct, right?

14   A.    It was not.

15          MR. PEED:  Next slide.

16   Q.    Rhodes asks, "How many," correct?

17   A.    Yes.

18          MR. PEED:  Next slide.

19   Q.    And how long he's been in Oath Keepers, correct?

20   A.    Correct.

21          MR. PEED:  Go forward.  Next slide.  Next slide.  All

22   right.

23   Q.    Todd Kandaris lists three people who will be joining him

24   on a road trip across from Arizona to the D.C. area, right?

25   A.    Yes.

1    Q.   Okay.  And I believe you said Mr. Tamburri ended up not

2    making the trip?

3    A.   That is my understanding, yes.

4    Q.   He did stay in contact with Mr. Vallejo, correct?

5    A.   Yes, via that Signal group, 1776, and also via text

6    message.

7    Q.   And he was also in contact with Mr. Hancock, the guy who

8    ran the podcast, right?

9    A.   It certainly seemed that way, yes, based on his messages.

10        MR. PEED:  All right.  Next slide.  All right.  Next

11   slide.

12   Q.   Okay.  Could you read what Todd Kandaris said was what the

13   interest of his little group was when they came?

14   A.   "Just as volunteers.  As far as I know, no one is

15   anticipating speaking.  We are rifles, manpower, warm bodies

16   there to support the process and the president."

17   Q.   Okay.  You're aware that -- from reviewing Mr. Vallejo's

18   phone records, right, that he was in contact with Mr. Carter,

19   Mr. Tamburri, and Mr. Kandaris before left for this trip,

20   right?

21   A.   Via text message, yes.

22   Q.   And have you seen messages suggesting friendship between

23   Mr. Vallejo and Mr. Carter?

24   A.   Yes.

25   Q.   And from Mr. Vallejo and Mr. Tamburri?

1   A.   Acquaintances, I would say, yeah.

2   Q.   They say they are here to support the process and the

3   president.

4        Are you aware of a process that was going on on January

5   6th?

6   A.   Yes.

7   Q.   What was that?

8   A.   The certification of the election.

9   Q.   Okay.  And this message was sent on December 31, right?

10  A.   Yes.

11  Q.   They are -- this group is beginning to leave for their

12  trip, right?

13  A.   The next day, the 1st and 2nd, yes.

14  Q.   Okay.  And we just saw from Mr. -- from the Haggman

15  report, there was a call for people to gather their friends,

16  grab rifles, and come to D.C., right?

17  A.   That is what he said, yes.

18  Q.   Would you agree there's a certain resonance between what

19  he's saying here to do and what Mr. Andrews was calling for?

20  A.   Did you say "resonance"?

21  Q.   Similarity in the way he's describing it and what

22  Mr. Andrews was calling for?

23  A.   That that they should get their rifles and go to D.C.?

24  Yeah.

25  Q.   All right.  So now, so Rhodes had asked if there were

1    going to be speakers, right?

2    A.    Correct.

3              MR. PEED:  And go to the next slide.

4    Q.    After the first message Mr. Kandaris writes back and says,

5    "Actually Ed Vallejo wants to be a speaker.  We're requesting a

6    spot for him."  Right?

7    A.    Yes.

8    Q.    Now let's talk about the QRF.  A QRF is a place where

9    there are people who can be on call if, for example, "shit hits

10   the fan," was the term that was used, right?

11   A.    I think the term "QRF" can be used for and was used by

12   this group for a few different purposes.

13   Q.    Okay.  Speakers are not generally people who could be at a

14   QRF while speaking, right?

15   A.    I think it depends on when the speaking occurs.

16   Q.    Okay.  Mr. Kandaris asks Mr. Rhodes here on the 1st of

17   January, "Where staging is going to be for technical equipment

18   and supplies since he is leaving Arizona this morning."  Right?

19   A.    That's what he says, yes.

20   Q.    So at this point Mr. -- this group that's leaving, they

21   don't know where they're going, right?

22   A.    They do not know where Mr. Rhodes is having everyone stage

23   their supplies, correct.

24   Q.    All right.  Let's go to EV122.  This is in evidence -- I'm

25   sorry, this is not in evidence.

1      You reviewed messages from Mr. Vallejo's phone, correct?

2    A.   Yes, I recognize these messages.

3         MR. PEED:  All right.  At this time I would move to

4    admit Defendant's Exhibit 122.

5         MR. MANZO:  No objection.

6         THE COURT:  122 is admitted.

7         (Exhibit 122 admitted into evidence.)

8         MR. PEED:  All right.  Could you blow up the first two

9    messages.  Call out the first message.  All right.

10   Q.   The first message is on December 20th, 2020, correct?

11   A.   Yes.

12   Q.   This is five days after the exchange with Mr. Carter where

13   Mr. Vallejo sends the Haggman report and Mr. Carter says no

14   field trip permission needed, correct?

15   A.   Correct.

16   Q.   All right.  Five days later, Mr. Vallejo sends a link to

17   Mr. Carter, correct?

18   A.   Yes.

19   Q.   All right.  And this link is about a news article about

20   representatives in Congress announcing they're going to be

21   objecting to the certification, right?

22   A.   I believe so, yes.

23   Q.   And he states, "We have our contestants," right?

24   A.   Correct.  "Feet to the fire."

25   Q.   And states, "Feet to the fire," right?

1    A.    Right.

2    Q.    And does he say anything about stopping the certification

3    at this point, which is December 20th, correct?

4    A.    He doesn't say those words, no.

5    Q.    All right.  And he doesn't say anything to that effect

6    that this group of people going is intending to stop the

7    certification, right?

8    A.    I think you just asked me about the resonance between the

9    Haggman report and this, where they did say that they needed to

10   stop Biden from being certified.  So I would suggest that this

11   is the same; this also resonates with that.

12   Q.    We've talked about the Haggman report and what action he

13   was calling for.  So between December -- Mr. Vallejo's

14   messages, between December 15 when he had that message

15   exchanged with Mr. Carter about going to D.C. --

16   A.    Yes.

17   Q.    -- and December 20th, there's been no messages from

18   Mr. Vallejo about the certification or stopping the

19   certification, right?

20   A.    He did not write that in a message, no.

21   Q.    Okay.  So taking you through a timeline.  Here we are on

22   December 20th, he's referencing there's going to be a

23   proceeding in Congress and representatives are in the news

24   media saying they're going to object, right?

25   A.    Correct.

1    Q.   And are you aware that for an objection to be considered

2    by both Houses, there must be a senator and a House of

3    Representatives member who both agree on an objection?

4    A.   I do know that now, yes.

5    Q.   Okay.  And so here is this link he's sending.

6         Did you open this link?

7    A.   I can't remember if I did or not or if I just read what

8    the -- what it said, the title of the article --

9    Q.   Okay.

10   A.   -- the gist of what it likely was.

11   Q.   So you can see from the title of the article, what's

12   exciting about this or what's noteworthy about this is that a

13   senator, Tuberville, is joining in an objection, right?

14   A.   That is what it says, yes.

15   Q.   It has the legal procedural consequences we just

16   described?

17   A.   I'm sorry, say that again.

18   Q.   That has the legal procedural consequences of making that

19   objection one both Houses must consider if in fact Senator

20   Tuberville does join the objection.

21   A.   It means there can be an objection considered, I believe,

22   yes.

23   Q.   So on the 20th Mr. Vallejo writes, "We have our

24   contestants," right?

25   A.   Correct.

1          MR. PEED:  All right.  Can we pull up Defense Exhibit

2     EV123.

3     Q.    Do you recognize this exhibit?

4     A.    I do.

5     Q.    And what is this exhibit?

6     A.    This is the Signal chat, this is the actual screenshots of

7     the Signal chat 1776 to the second power.

8     Q.    And this was -- who were the members of this Signal group?

9     A.    Ed Vallejo, Phranq Tamburri, Kelly Carter, and Todd

10    Kandaris.

11          MR. PEED:  All right.  At this time I'd move to admit

12    Defense Exhibit 123.

13          MR. MANZO:  Object under Rule 106, unless there's more

14    specificity.

15          THE COURT:  How many slides are on this, or how many

16    images?

17          MR. PEED:  This is the entire chat.  It is about 77

18    pages.

19          MR. MANZO:  Relevance.

20          MR. PEED:  Goes to state of mind, Your Honor.

21          THE COURT:  Yes and no.  It depends upon which ones

22    you want to introduce and what they say.

23          MR. PEED:  Can we get on the phones?

24          **SIDEBAR:**

25          MR. PEED:  So, Your Honor, this is, as you've heard, a

1  group chat of the four -- of the three people who came to D.C.

2  and everything they discuss in terms of their trip.  And

3  there's nothing -- it's a lot of logistics like we saw on the

4  DC Op Chat, so the discussion of logistics without discussion

5  of things like rushing the Capitol or stopping the

6  certification is all showing of what was of their concern and

7  the nature of their agreement and the absence of a

8  conspiratorial criminal agreement.

9       MR. MANZO:  So the government's position is twofold.

10  One, in the defense case they can present any information that

11  they want within the scope of the rules of evidence and Your

12  Honor's rulings.  But here, if it's just a rule of

13  completeness, I think there needs to be something more specific

14  than just saying 70 pages of chats come in without tying a

15  specific chat that Mr. Peed wants to admit to a state of mind

16  or to a specific message.

17       MR. PEED:  It's not hearsay so I don't need Rule 106

18  to be admissible.  I just need a relevant basis within the

19  scope of redirect.  And she talked a lot about this video and

20  Mr. Vallejo's -- the references to rifles.  And she's clearly

21  implying Mr. Vallejo had the intent to join this conspiracy.

22  That was part of her direct, and she talked about this timing.

23  In terms of the timing, she talked about what they were doing

24  on their way here in that context, so this is basically mundane

25  logistics.

1          THE COURT:  So, let me just offer some unsolicited

2     advice, Mr. Peed.  You're losing the jury.  Okay?  I'm not

3     telling you don't put in this evidence, but you are losing the

4     jury.  And if there are specific images you would like to put

5     in, I would suggest that that's the approach you take.  Because

6     this jury is -- look, we've been sitting here all day looking

7     at these things.  The government's doing it and there's a lot

8     of evidence; I get it.  But if you want to go through another

9     77 images --

10          MR. PEED:  I don't, Your Honor, I don't be want to go

11     through them.  I'm going to focus on three, two or three with

12     reference to the certification process, but I want the whole

13     thing in evidence and come back later and make it easier later.

14          MR. MANZO:  Those messages, they could be relevant and

15     within the scope of the rules of evidence.  I don't think the

16     77 pages, which I believe goes through March of 2021 --

17          THE COURT:  I don't have a clue of what is in the

18     scope of this.  And so the government had certain messages as

19     part of this exhibit.  I don't know the timeframe of this.  I

20     don't know what the subject matter or all the topics are.  So

21     it's very difficult for me without looking at all 77 pages to

22     make a relevance determination.  But what I'm urging you to do

23     is to focus on what matters and focus on the particular

24     document, particular images or particular text messages that

25     provide some context to what the government has shown.

1          MR. PEED:  That's my intent here.  I guess the

2    government objects to the whole thing coming in now.  What I'd

3    like to do is go to those specific messages, which is what I

4    wanted to do.  What I don't want to have created is separate

5    exhibits for this so we can --

6          THE COURT:  Go to what you want to go to.  I guess the

7    question is what it is and whether the government has an

8    objection to it, but I would very much like to get through

9    this.

10         MR. MANZO:  Agreed.

11   (End of sidebar.)

12         THE COURT:  This can be admitted and published to the

13   extent that we discussed this at the bench.

14         MR. PEED:  I'll show that, and if they don't object to

15   what we're showing --

16         THE COURT:  That's fine.

17         MR. MANZO:  No objection.

18         (Exhibit 123 admitted into evidence.)

19         THE COURT:  All right.  Go ahead.

20   Q.   All right.  Agent, so this is the Signal chat these four

21   individuals were part of, correct?

22   A.   Correct.

23   Q.   And Mr. Vallejo, what did he say on December 30?

24   A.   "We have our senator.  Sen Hawley has put out an official

25   statement that he will object to the certification of the Biden

1    electors."

2    Q.    Okay.  This is ten days after the December 20th message we

3    just looked at, right?

4    A.    Yes.

5    Q.    All right.  And so on December 30th, Mr. Vallejo is still

6    talking about the legal process of objections, correct?

7    A.    Yes.

8    Q.    All right.  Are there any messages between December 20th

9    that we just looked at and December 30th here with the Signal

10   messages that you've reviewed where Mr. Vallejo expressed any

11   sort of intent to forcibly stop the certification process?

12   A.    Any messages?

13   Q.    Any kind of messages, yes.

14   A.    I have not seen any messages.  I have seen that report

15   that we reviewed where Mr. Hagg -- or Mr. -- Sam suggests that

16   that needs to happen.

17   Q.    Again, we're going to come back to that.

18   A.    Okay.

19   Q.    I'm talking about Mr. Vallejo's statements.

20   A.    Okay.

21   Q.    On the 15th they discuss going to D.C., right?

22   A.    Yes.

23   Q.    On the 20th Mr. Vallejo is still talking about a legal

24   process of objections, right?

25   A.    Correct.

1  Q.   Now we're on the 30th of December.  He's still talking

2  about the legal process of objections, right?

3  A.   Correct.

4       MR. PEED:  Okay.  Can we go to page 1230 of this

5  exhibit.

6       MR. MANZO:  No objection.

7  Q.   All right.  You discussed this message on your direct?

8  A.   Yes.  Two messages.

9       MR. PEED:  And I think I set up and brought in the

10 link at the bottom.  Could we go to the next page.  All right.

11 Actually, could we go up and see the date and time of this

12 message.  Go back.

13      THE WITNESS:  So there are no times on these messages.

14      MR. PEED:  Scroll up.  Let's go to the message.

15 Scroll down.

16 Q.   This is a news article dated December 31, correct?

17 A.   Correct.

18 Q.   Okay.  And so this was the day before they were going to

19 get in the car, right?

20 A.   This was the day that Kelly Carter and Todd -- day before

21 Todd Kandaris and Kelly Carter got in their car, yes.

22 Q.   Could you read what the situation update being forwarded

23 by Mr. Vallejo states?

24 A.   "In today's situation update for December 31, we reveal

25 Trump's plan to unleash bombshell evidence in front of Congress

1    on January 6th, right before Congress votes on which slate of

2    electors to accept.  The full podcast is embedded below.

3    Because of the New Year's Eve holiday this UPD,

4    naturalnews.com, December 31, 2020."

5    Q.    Okay.  So this message was at least on or after the 31st

6    of December.

7    A.    It appears so, yes.

8    Q.    Okay.  And it's still talking about the certification

9    process and Trump bringing evidence to Congress, right?

10   A.    I understand this certification process.  I am not

11   actually sure about the legality of Trump bringing evidence in

12   front of Congress that day.  But he's still talking about the

13   process, yes.

14   Q.    Okay.  So between the 30th of December, which I already

15   asked you about, and the 31st, you have not seen any messages

16   either within this little chat group or Mr. Vallejo's phone

17   records discussing any kind of violent disruption of the

18   certification?

19   A.    In this chat group and the messages we obtained from his

20   phone, I have not seen that, correct.

21         MR. PEED:  All right.  Let's go to 25.  This is 25.

22   And go to 26.

23   Q.    Mr. Vallejo, after sending this link, states, "We also

24   have three confirmed senators that will join dozens of reps

25   objecting on the 6th, right?

1    A.    Correct.

2    Q.    Again it's a reference to the official process that

3    Congress will go through on the 6th, right?

4    A.    Official proceeding, yes.

5              MR. PEED:  If we can go to 26 to 27.  Go to the next

6    page.  Okay.

7    Q.    Here Mr. Vallejo sends an article about massive caravans

8    traveling to January 6, right?

9    A.    Someone sends that, right.  I'm sorry, I missed who it

10   was.  But someone sends that, yes.

11   Q.    Can we go back and make sure.

12   A.    Yes.

13   Q.    Okay.  Go down.

14         He's talking about people coming to a massive rally,

15   right?

16   A.    For a big protest.

17   Q.    Big protest?

18   A.    Yes.

19   Q.    It states that President Trump has urged his supporters to

20   gather in the nation's capitol?

21   A.    That's what it says, correct.

22   Q.    You've reviewed this entire --

23             MR. PEED:  I would -- Your Honor, I would move to

24   admit, if it hasn't, the pages that we've shown to the jury.

25             MR. MANZO:  No objection.

1          THE COURT:  They'll be admitted.

2          (Unidentified exhibit admitted into evidence.)

3    Q.    You reviewed the entire Signal chat between this little

4    group of Arizona people who came and drove together to

5    Washington, D.C.?

6    A.    Correct.

7    Q.    In that group was there any message discussing interfering

8    with the certification process?

9    A.    Well, they were together in person after the 2nd, so I

10   wouldn't have expected to see any more messages about that in

11   there.

12   Q.    Was that a no?

13   A.    Yes.  Sorry.  No.

14   Q.    Okay.  You've also reviewed Mr. Vallejo's phone records

15   you said, right?

16   A.    Yes.

17   Q.    All right.  We're going through a timeline here.  So they

18   get to D.C., they get to the D.C. area late on the night of the

19   4th of January, right?

20   A.    Yes.

21   Q.    All right.  Did you see any messages Mr. Vallejo sent to

22   anyone else who wasn't with him discussing interfering with the

23   certification process?

24   A.    There was one message at some point to -- no.

25   Q.    Okay.  Thank you.

1          In fact, he's expressing interest in these texts of seeing

2     the outcome, right?  He's talking about there will be

3     objections, and he's showing interest in that outcome, right?

4     A.   I'm not going to comment on what I think his state of mind

5     was at that point.

6               MR. PEED:  All right.  Can we have Defense Exhibit

7     102.

8     Q.   Okay.  You discussed this text before, correct?

9     A.   Yes.

10    Q.   Do you recognize it as a text from Mr. Vallejo to Stewart

11    Rhodes?

12    A.   Yes.

13              MR. PEED:  Your Honor, at this time I would move to

14    admit defendant's Exhibit 102.

15              MR. MANZO:  No objection.

16              THE COURT:  102 will be admitted.

17              You've got about five minutes.

18              (Exhibit 102 admitted into evidence.)

19    Q.   All right.  So January 4th at 6:30, Mr. Vallejo and

20    Mr. Carter and Mr. Kandaris are all on the road, correct?

21    A.   Yes.

22    Q.   And they're getting close to the Washington, D.C. area?

23    A.   They're in Tennessee, it says here.

24    Q.   Okay.  At 6:30 p.m. approaching the 4th, right?

25    A.   Yes.

1    Q.    As of 6:30 they don't know still where they're going,
2    correct?
3    A.    They seem to know that there's an allied encampment, just
4    not where it is.
5    Q.    Think there's an allied encampment, right?
6    A.    He says, "Requesting coordinates to allied encampment."
7    So that's what he wrote.
8    Q.    Right.  So Mr. Vallejo believed that there was a camping
9    area that he would be directed to?
10           MR. MANZO:  Object.
11           THE COURT:  The objection is sustained.
12           Let's just stick with what the document says and not
13    asking what Mr. Vallejo's intent was.
14           MR. PEED:  Go to Exhibit 103.
15    Q.    What time did Mr. Vallejo get added to the DC Op Chat?
16    A.    Approximately 4:29 p.m. on January 5.
17           MR. PEED:  Can we go back to 102.  Go to the next
18    slide.  Okay.
19    Q.    After first texting Mr. Rhodes, Mr. Vallejo sends a
20    message to Mr. Meggs asking for a campground address, correct?
21    A.    That's what he says, yes.
22    Q.    And the time that he asks for that is 11:48 p.m., correct?
23    A.    Correct.
24    Q.    Now, Mr. Vallejo and Mr. Kandaris, Mr. Carter, had to get
25    a hotel outside the D.C. area, correct?

1  A.   That's what they said, that they got to Wytheville and had

2  to get a room.

3  Q.   And then they received the address for the Comfort Inn

4  after midnight from Mr. Meggs, correct?

5  A.   Correct.

6        MR. PEED:  Go to the next slide.

7  Q.   And that's what we see here, right?

8  A.   Correct.

9  Q.   All right.  So Mr. Vallejo, Mr. Carter, Mr. Kandaris woke

10  up in rural Virginia on the morning of the 5th, correct?

11  A.   They woke up in a hotel in Wytheville, I would assume,

12  yes.

13  Q.   All right.  Outside D.C.?

14  A.   Yes.

15  Q.   And then they proceeded from there to the Comfort Inn,

16  correct?

17  A.   That is my assumption, yes.

18  Q.   All right.  And they arrived at the Comfort Inn shortly

19  after 1:00, right?

20  A.   No.  I believe they were there before, sometime between

21  11:00 and 1:00 is when they arrived.

22  Q.   All right.  I misspoke.  All right.

23        MR. PEED:  Can we go to Exhibit EV126.  Would you call

24  out the first bubble, please.  Would you call out the first

25  bubble, please.

```
 1    Q.   Do you recognize this text, this message?

 2    A.   I do, yes.

 3             MR. PEED:  All right.  Your Honor, at this time I

 4    would move to admit Government Exhibit EV126?

 5             MR. MANZO:  No objection.

 6             THE COURT:  EV126 is admitted.

 7             (Exhibit EV126 admitted into evidence.)

 8    Q.   Could you please read what Mr. Vallejo sent as a message

 9    to Mr. Rhodes on the 5th of January?

10    A.   "Traffic getting thick.  Will be lucky to reach the hotel

11    by 11.  Will get to Supreme Court ASAP."

12    Q.   All right.  And the next message, please cull out.

13    A.   "At Supreme Court now with cadre of six looking for you."

14    Q.   And what's the time of this message?

15    A.   So that is -- that is 4:25 Eastern, perhaps.

16    Q.   So it's --

17    A.   5:25 Eastern.

18    Q.   It was UTC 5.  And UTC 6, that's going to be 3:25, right?

19    A.   Correct.  So it should be 4:25 Eastern, I think that's

20    what that is.

21             MR. PEED:  Go to the next slide, next message.

22    Q.   All right.  And Mr. Vallejo tells Mr. Rhodes he's at the

23    street in front of speaker?

24    A.   Correct.

25             MR. PEED:  All right.  And the next message.  All
```

1    right.

2    Q.   And he states, "SC guys are here with me."

3         And were you able to determine that Mr. Vallejo was with

4    the South Carolina group?

5    A.   I was aware that he briefly -- I believe he gave them a

6    ride from maybe Freedom Plaza to the Supreme Court.  Something

7    like that.

8    Q.   Great.  That's sort of what these messages are going to

9    show.

10        MR. PEED:  Could you go to the next message.

11   Q.   After receiving these messages without responding back, at

12   this point Mr. Rhodes tells Mr. Vallejo to call Whip, Michael

13   Greene, correct?

14   A.   Correct.

15        MR. PEED:  Could we go to EV125.

16        THE COURT:  Let's put pause on for the day.  Ladies

17   and gentlemen, it's now 5:00.  We appreciate your time and

18   attention.  We will begin tomorrow at 9:30.  Look forward to

19   seeing you then.  Thank you, everyone.

20        (Jury exits the courtroom.)

21        THE COURT:  Step down Agent Hilgeman.  Thank you.

22        Have a seat everyone.

23        Mr. Peed, how much longer do you think you have on

24   cross?

25        MR. PEED:  About an hour, Your Honor.

```
 1          THE COURT:  Mr. Peed, you're not going to take another
 2    hour.  I'm telling you right now you're not taking another
 3    hour.  So tell me how long you really need.
 4          MR. PEED:  I don't know how to answer, Your Honor.
 5          THE COURT:  I'm sorry?
 6          MR. PEED:  I don't know how to answer.
 7          THE COURT:  Here is how you're going to answer it.
 8    You're going to tell me how much time you really need.  You are
 9    not going to spend another hour on cross-examination.
10          MR. PEED:  How much time would will the Court give me?
11          THE COURT:  If you're asking me that question, I'll
12    give you 30 minutes.  Okay?
13          How long for redirect?
14          MR. MANZO:  30 minutes.
15          THE COURT:  Okay.  And then what do we have
16    afterwards?
17          MR. MANZO:  We have a civilian or TFO Charles George
18    who will -- we'll probably call him first.
19          THE COURT:  Sorry, who?
20          MR. MANZO:  Charles George, the Tampa agent who seized
21    the grenades from Jeremy Brown's RV.
22          THE COURT:  Okay.  There was an objection about this
23    gentleman's testimony earlier.
24          MS. HALIM:  Yes.  Mr. Shipley had one, and I have an
25    objection about an exhibit as well.  I join with Mr. Shipley's
```

1    objection.

2          MR. SHIPLEY:  Your Honor, the 403 objection, for these

3    four defendants, the two grenades, there's such a tangential

4    relationship with Mr. Brown to the conspiracy in general, and

5    certainly almost no relationship with Mr. Brown and these four

6    defendants.  It's such an inflammatory piece of evidence.  The

7    government didn't even risk it in the first case.  But now they

8    want to roll the two grenades into this courtroom in this case.

9    I think under 403 the Court should just say no, that's a step

10   too far.

11         THE COURT:  Mr. Edwards?

12         MR. EDWARDS:  The Court knows the fact pattern well

13   and has ruled that they are admissible under 403(b) in both

14   trials.  We litigated this at the pretrial conference.

15         MR. SHIPLEY:  That doesn't get you around 403 --

16         MR. EDWARDS:  I'm happy to address the relevance of

17   the two Florida defendants who traveled with the group.  But I

18   defer to the Court.

19         MR. SHIPLEY:  It's not a relevance question.  403

20   deals with relevant evidence, and it excludes it because it's

21   unfairly prejudicial.

22         THE COURT:  Well, here is the problem.  Conspiracy

23   includes Mr. Brown.  Right?  Mr. Brown, we've heard,

24   participated in trainings that at least one of the defendants

25   attended, came up with the group of Florida Oath Keepers, and

 1    he's got grenades in his trailer, which he's now been convicted

 2    of possessing as an Oath Keeper within the scope of the

 3    conspiracy.

 4            So how is that -- how is that unduly prejudicial?  How

 5    does that outstrip the probative value of that evidence?

 6            MR. SHIPLEY:  The thing is the only connection to the

 7    conspiracy is the rumor that he had them in the RV in D.C.  The

 8    fact that they're located in his house nine months later can't

 9    be linked to the conspiracy.  It's only based on the suggestion

10    that he had them.

11            THE COURT:  I understand.  But doesn't the fact that

12    there is reference to explosives -- I can't remember what it

13    is, it's Mr. Meggs saying something about it.  I can't remember

14    what the exact line is.

15            MR. EDWARDS:  Correct.  Telling another civilian about

16    Jeremy Brown having explosives.

17            And I just want to clarify the factual record.  They

18    weren't found in Mr. Brown's house.  They were found in an RV

19    he used to come here.

20            THE COURT:  In the RV, right.

21            It's clearly relevant.  It's within the scope of the

22    conspiracy.  I mean, I don't know how it's more prejudicial

23    than probative if it's tied to the records.

24            MR. SHIPLEY:  It's not within the scope of the

25    conspiracy nine months after the conspiracy ends.

1          THE COURT:  That's not the point.  The point is that

2     the conspiracy involves evidence to suggest that Jeremy Brown

3     possessed explosives when he came to Washington D.C.  And nine

4     months later, lo and behold, there are a couple of grenades

5     sitting in his RV, which as I understand it are not something

6     you can just pull off the shelf.

7          So, you know, it's certainly corroborative of the fact

8     that he had them in Washington.  It's corroborative of the fact

9     that, you know, what Mr. Meggs said was not inaccurate.

10          MR. SHIPLEY:  But my question is, what is the proffer

11     of what Mr. Meggs said?  As I read it, it's Caleb Berry saying

12     Mr. Meggs suggested that he might have explosives.

13          THE COURT:  I thought it was more concrete than that.

14          What was the exact language?

15          MR. MANZO:  I believe it's more concrete than that.

16     But I would also defer to Mr. Nestler, who is handling the

17     civilian witness more in depth than I am.

18          MR. EDWARDS:  And we can defer to the written filings

19     that we filed on this issue to deal with the proffer of

20     relevance.  We addressed both of those issues.

21          THE COURT:  It's not that my hands are tied, I

22     certainly have a lot of discretion here, but I've ruled it's

23     relevant; it's within the scope of the conspiracy.  And it's

24     not even 404(b) evidence, at least based on how I've viewed it

25     and how it's been proffered as part of the government's case.

1          Given that it does have probative value, it's hard for

2    me to conclude that, you know, the prejudicial quality of it

3    outweighs, substantially outweighs its probative value.  Okay.

4          MS. HALIM:  Some separate objections.  I reviewed the

5    exhibits that I believe the government intends to admit through

6    Task Force Officer Charles George.

7          I object to 9051.  It's the full search warrant

8    inventory.  And so I don't think that there is --

9          THE COURT:  I'm sorry.  Can you -- Ms. Halim, Task

10   Force Officer who?

11         MS. HALIM:  I'm sorry, he is the person who did the

12   search and recovered the grenades from Jeremy Brown's RV.

13         THE COURT:  I'm sorry, I missed that.

14         MS. HALIM:  Yeah, and I didn't make that clear.  Sorry

15   about that.

16         So it's a four- or five-page inventory.  It's very

17   detailed.

18         THE COURT:  Is the government intending to introduce

19   the inventory?

20         MR. MANZO:  No.  I can shortcircuit this, if it's

21   easier.  We're planning on introducing 9015 A, B, and C, 9016,

22   9017, 9022, 9023, 9025, 9026, 9027, and 9028, which are all

23   photos from the search warrant.

24         MS. HALIM:  And are those only of the grenades and the

25   vest it was found in?  Not pictures of the firearms and rifles

1   that are included in the --

2           MR. MANZO:  No pictures of the firearms.  There are

3   pictures of the RV in general to show indicia of ownership,

4   inside and outside the RV.

5           Let me just finish for the record here.

6           Including 9028 to 9029, 9030, 9031, 9034, and 9037.

7   But we're not planning on introducing any evidence of other

8   firearms, just photos of the RV and the grenades.

9           MS. HALIM:  Okay.  All right.  That clears that up

10  then.

11          THE COURT:  Good.  That was an easy one.

12          All right.  Anything else we need to discuss?

13          So we have those two witnesses, and that's not going

14  to take all day.

15          MR. MANZO:  Then we have a civilian witness who we

16  think will be substantial and --

17          THE COURT:  And the defense has been advised of who

18  that is?

19          MR. MANZO:  Yes, yes.

20          THE COURT:  Okay.  All right.  Okay.  Anything else we

21  need to discuss?

22          MR. EDWARDS:  Not from the government, Your Honor.

23          THE COURT:  Thank you, everybody.  Have a good

24  evening.

25          (Adjourned, 5:07 p.m.)

1              CERTIFICATE OF OFFICIAL REPORTER

2

3              I, Kelly Mortellite, Registered Merit Reporter

4    and Certified Realtime Reporter, in and for the United States

5    District Court for the District of Massachusetts, do hereby

6    certify that the foregoing transcript is a true and correct

7    transcript of the stenographically reported proceedings held in

8    the above-entitled matter to the best of my skill and ability.

9                   Dated this 20th day of December, 2022.

10

11                   /s/ Kelly Mortellite

12                   _____

13                   Kelly Mortellite, RMR, CRR

14                   Official Court Reporter

15

16

17    G

18

19

20

21

22

23

24

25

**'**

**'21** [1] - 2312:22

**/**

**/s** [1] - 2378:11

**0**

**0136** [3] - 2251:10, 2258:16, 2258:22
**0600** [2] - 2249:25, 2258:3

**1**

**1** [5] - 2246:16, 2296:5, 2296:8, 2296:24, 2343:6
**1/4** [2] - 2349:8
**10** [4] - 2227:7, 2249:21, 2249:22, 2303:16
**100** [1] - 2278:24
**101** [4] - 2229:25, 2350:8, 2350:10, 2350:11
**102** [6] - 2230:4, 2367:7, 2367:14, 2367:16, 2367:18, 2368:17
**103** [1] - 2368:14
**106** [2] - 2358:13, 2359:17
**1086-2** [1] - 2255:18
**10:00** [3] - 2263:4, 2281:13, 2299:3
**10:02** [1] - 2321:1
**10:10** [1] - 2252:25
**10:14** [1] - 2252:13
**10:22** [3] - 2257:2, 2290:6, 2316:13
**10:23** [2] - 2257:1, 2257:2
**10:42** [1] - 2290:8
**10:47** [1] - 2257:25
**10:49** [1] - 2290:19
**11** [2] - 2250:22, 2370:11
**114** [1] - 2228:13
**1150** [1] - 2228:17
**117016** [6] - 2256:6, 2256:13, 2256:23, 2257:11, 2258:12, 2263:2
**117235** [1] - 2263:6
**11:00** [3] - 2261:22, 2311:16, 2369:21
**11:01** [2] - 2257:3, 2261:22
**11:07** [1] - 2262:22
**11:15** [1] - 2261:24
**11:31** [1] - 2258:18
**11:33** [1] - 2258:12
**11:36** [4] - 2261:13, 2281:17, 2281:19, 2281:22
**11:40** [1] - 2257:10
**11:42** [1] - 2260:11
**11:45** [2] - 2298:12, 2298:19
**11:47** [1] - 2262:22
**11:48** [1] - 2368:22
**11:59** [1] - 2300:6
**12** [3] - 2251:8, 2251:9, 2298:3
**12/29/2020** [1] - 2290:8
**12/30/2020** [1] - 2291:4

**12/31/2020** [2] - 2291:14, 2292:22
**120** [2] - 2246:5, 2246:18
**1200** [1] - 2290:9
**1211** [1] - 2255:12
**122** [5] - 2230:1, 1253:6, 2355:4, 2355:6, 2355:7
**123** [3] - 2230:2, 2358:12, 2361:18
**1230** [1] - 2363:4
**12:00** [2] - 2246:7, 2311:5
**12:01** [1] - 2300:5
**12:02** [1] - 2251:6
**12:03** [2] - 2259:9, 2260:11
**12:04** [1] - 2303:16
**12:05** [1] - 2258:14
**12:14** [1] - 2259:10
**12:25** [1] - 2261:24
**12:36** [1] - 2311:5
**12:40** [1] - 2313:2
**12:43** [1] - 2308:22
**12:46** [1] - 2318:7
**12:50** [1] - 2313:16
**12:52** [1] - 2261:4
**12:53** [1] - 2314:13
**12:54** [1] - 2261:7
**12:59** [1] - 2315:8
**12th** [2] - 2323:15, 2328:25
**13** [1] - 2252:2
**1320** [1] - 2280:19
**137505** [1] - 2253:3
**14** [3] - 2252:7, 2277:13, 2285:9
**14th** [3] - 2323:16, 2328:23, 2331:18
**15** [7] - 2232:4, 2232:12, 2242:20, 2252:16, 2341:24, 2343:21, 2356:14
**1532** [1] - 2228:10
**156405** [1] - 2250:11
**15th** [2] - 2343:3, 2362:21
**16** [2] - 2253:5, 2253:10
**164** [2] - 2319:17, 2320:14
**17** [2] - 2255:9, 2255:10
**1700** [1] - 2290:9
**1775** [1] - 2287:7
**1776** [2] - 2352:5, 2358:7
**18** [1] - 2256:2
**1820** [2] - 2280:14, 2280:16
**1880** [1] - 2250:20
**19129** [1] - 2228:7
**1:00** [11] - 2309:2, 2309:17, 2347:20, 2347:21, 2348:6, 2348:7, 2348:10, 2348:12, 2369:19, 2369:21
**1:03** [1] - 2309:20
**1:06** [1] - 2310:6
**1:08** [1] - 2227:6
**1:11** [3] - 2310:21, 2310:25, 2315:15
**1:20** [1] - 2280:18
**1:23** [1] - 2262:9
**1:26** [1] - 2316:7
**1:59** [1] - 2247:8
**1st** [7] - 2299:10, 2299:15, 2301:5, 2315:21, 2348:2, 2353:13, 2354:16

**2**

**2** [1] - 2246:18
**20** [8] - 2227:6, 2232:4, 2232:12, 2232:16, 2242:9, 2256:9, 2309:5, 2343:7
**20006** [1] - 2228:18
**2003** [2] - 2241:1, 2241:3
**2008** [1] - 2241:13
**2009** [1] - 2288:17
**2011** [2] - 2241:19, 2241:23
**2014** [1] - 2288:17
**202** [2] - 2227:20, 2228:18
**2020** [10] - 2233:24, 2290:6, 2293:21, 2294:16, 2295:17, 2298:3, 2329:23, 2341:24, 2355:10, 2364:4
**2021** [22] - 2248:6, 2248:11, 2248:22, 2248:24, 2264:5, 2280:14, 2283:2, 2283:10, 2289:12, 2296:9, 2299:10, 2299:15, 2301:5, 2301:17, 2301:25, 2303:5, 2308:22, 2309:2, 2316:13, 2321:1, 2333:9, 2360:16
**2022** [2] - 2227:6, 2378:9
**20579** [1] - 2227:19
**20th** [11] - 2319:6, 2319:10, 2355:10, 2356:3, 2356:17, 2356:22, 2357:23, 2362:2, 2362:8, 2362:23, 2378:9
**21** [2] - 2256:19, 2256:20
**215** [1] - 2228:7
**22** [1] - 2257:8
**22-15** [1] - 2227:4
**2244** [1] - 2229:12
**2263** [1] - 2229:4
**2266** [1] - 2229:4
**2274** [1] - 2229:5
**228-1341** [1] - 2228:4
**2280** [1] - 2229:13
**2284** [1] - 2229:14
**2286** [3] - 2229:5, 2229:15, 2229:16
**2287** [1] - 2229:17
**2289** [3] - 2229:7, 2229:8, 2229:18
**2299** [2] - 2262:6, 2262:16
**23** [1] - 2257:13
**2321** [1] - 2229:19
**2323** [1] - 2229:20
**2327** [1] - 2229:21
**2332** [1] - 2229:22
**2337** [1] - 2229:23
**2341** [1] - 2229:24
**2350** [1] - 2229:25
**2355** [1] - 2230:1
**2361** [1] - 2230:2
**2366** [1] - 2230:3
**2367** [1] - 2230:4
**2370** [1] - 2230:5
**239** [1] - 2228:11
**24** [3] - 2257:19, 2277:14, 2278:17
**240** [1] - 2246:19
**2413.2** [7] - 2229:17, 2287:11, 2287:12,

2

2287:17, 2287:19, 2287:20, 2287:22
**25** [4] - 2258:2, 2307:16, 2364:21
**2500** [1] - 2273:16
**252-72** [1] - 2227:20
**2552** [3] - 2252:18, 2260:2, 2260:14
**26** [3] - 2258:9, 2364:22, 2365:5
**265** [1] - 2228:13
**27** [2] - 2258:15, 2365:5
**28** [2] - 2258:20, 2288:17
**2817** [1] - 2263:1
**29** [2] - 2259:2, 2290:6
**2:00** [3] - 2281:12, 2281:19, 2281:22
**2:24** [1] - 2262:10
**2:32** [1] - 2261:16
**2:38** [2] - 2264:5, 2264:11
**2nd** [16] - 2248:22, 2300:19, 2301:17, 2301:25, 2303:4, 2303:16, 2304:23, 2308:15, 2332:10, 2332:17, 2333:9, 2334:9, 2335:3, 2348:2, 2353:13, 2366:9

## 3

**3** [3] - 2246:18, 2308:22, 2309:2
**30** [11] - 2259:11, 2260:12, 2260:21, 2268:10, 2271:3, 2273:10, 2286:21, 2287:2, 2361:23, 2372:12, 2372:14
**300-3229** [1] - 2228:7
**30th** [4] - 2362:5, 2362:9, 2363:1, 2364:14
**31** [9] - 2259:25, 2294:16, 2295:17, 2296:2, 2350:20, 2353:9, 2363:16, 2363:24, 2364:4
**316-2** [1] - 2258:4
**31st** [2] - 2364:5, 2364:15
**33** [2] - 2261:1, 2261:2
**337-9755** [1] - 2228:11
**33901** [1] - 2228:10
**33950** [1] - 2228:14
**34** [1] - 2261:9
**35** [4] - 2261:14, 2274:5, 2281:7, 2281:10
**3503** [1] - 2288:16
**3580** [1] - 2228:6
**36** [2] - 2261:20, 2262:3
**360-degree** [2] - 2245:9, 2246:5
**37** [4] - 2261:25, 2262:5, 2262:8, 2275:7
**38** [3] - 2262:13, 2275:7, 2280:24
**39** [2] - 2262:24, 2276:24
**3957** [1] - 2257:14
**3:00** [2] - 2240:3, 2307:18
**3:01** [1] - 2307:22
**3:20** [2] - 2307:18, 2307:22
**3:22** [2] - 2292:22, 2294:15
**3:25** [1] - 2370:18
**3:31** [1] - 2261:7
**3:37** [1] - 2295:17
**3:55** [1] - 2262:23
**3G** [1] - 2258:7

**3rd** [8] - 2247:25, 2248:6, 2305:11, 2309:11, 2311:5, 2313:16, 2315:16, 2348:3

## 4

**4** [7] - 2245:22, 2250:8, 2251:14, 2260:4, 2309:7, 2316:13, 2321:1
**40** [1] - 2242:9
**401** [2] - 2237:3, 2330:23
**403** [5] - 2238:2, 2373:2, 2373:9, 2373:15, 2373:19
**403(b** [1] - 2373:13
**404(b** [1] - 2375:24
**405-3** [1] - 2250:11
**406-291-6558** [1] - 2248:2
**42** [1] - 2324:7
**44623** [3] - 2259:9, 2260:4, 2262:9
**44623-10** [1] - 2276:9
**44623-7** [4] - 2262:20, 2276:8, 2276:13, 2276:14
**46** [6] - 2231:5, 2231:8, 2231:11, 2231:14, 2231:17, 2231:18
**4:06** [1] - 2277:22
**4:22** [1] - 2262:23
**4:25** [2] - 2370:15, 2370:19
**4:29** [1] - 2368:16
**4:33** [2] - 2277:22, 2338:1
**4:34** [1] - 2251:24
**4:36** [1] - 2290:22
**4:39** [1] - 2252:14
**4:43** [1] - 2277:22
**4:46** [2] - 2257:17, 2263:4
**4:48** [1] - 2263:3
**4:51** [1] - 2252:6
**4G** [2] - 2253:3, 2258:7
**4th** [24] - 2252:5, 2252:13, 2252:23, 2298:1, 2298:7, 2317:1, 2318:7, 2319:7, 2319:10, 2323:12, 2347:19, 2347:21, 2347:23, 2347:24, 2347:25, 2348:3, 2348:6, 2348:9, 2348:10, 2348:15, 2366:19, 2367:19, 2367:24

## 5

**5** [4] - 2294:17, 2298:10, 2368:16, 2370:18
**5/6** [1] - 2296:12
**50** [1] - 2311:9
**5464** [1] - 2259:4
**5476** [3] - 2254:11, 2254:12, 2255:3
**5576** [2] - 2256:11, 2256:21
**575-8000** [1] - 2228:14
**5:00** [3] - 2299:3, 2323:7, 2371:17
**5:02** [1] - 2256:6
**5:03** [1] - 2322:5
**5:04** [3] - 2252:25, 2255:17, 2257:18
**5:07** [1] - 2377:25
**5:09** [1] - 2248:22
**5:15** [2] - 2256:13, 2256:17

**5:18** [1] - 2304:23
**5:20** [2] - 2251:12, 2251:24
**5:21** [1] - 2253:1
**5:25** [1] - 2370:17
**5:29** [2] - 2257:22, 2257:25
**5:31** [2] - 2263:3, 2263:5
**5:43** [1] - 2305:19
**5:48** [2] - 2256:14, 2256:17
**5:50** [1] - 2332:10
**5:52** [1] - 2333:9
**5:53** [1] - 2333:11
**5th** [39] - 2247:25, 2248:11, 2248:24, 2251:24, 2252:6, 2252:14, 2255:16, 2256:6, 2258:12, 2259:10, 2260:11, 2261:4, 2262:16, 2263:3, 2264:5, 2264:9, 2290:9, 2290:13, 2295:11, 2298:13, 2298:16, 2300:5, 2300:18, 2309:8, 2309:9, 2313:3, 2313:17, 2319:3, 2319:6, 2319:8, 2321:11, 2322:5, 2323:7, 2323:11, 2328:15, 2334:24, 2340:19, 2369:10, 2370:9

## 6

**6** [7] - 2289:12, 2294:18, 2311:23, 2312:22, 2317:10, 2365:8, 2370:18
**60** [2] - 2246:8, 2246:22
**601** [1] - 2227:19
**62** [1] - 2261:18
**6217** [1] - 2252:10
**6396** [4] - 2252:3, 2268:4, 2268:13, 2287:15
**6496** [3] - 2259:13, 2287:8, 2287:23
**650855** [1] - 2258:18
**652845** [2] - 2261:5, 2261:12
**6790** [1] - 2257:9
**6843** [5] - 2248:21, 2261:3, 2261:11, 2279:23, 2281:12
**6863.1** [2] - 2343:25, 2344:4
**6:12** [1] - 2255:16
**6:13** [1] - 2256:15
**6:16** [1] - 2301:17
**6:18** [1] - 2301:25
**6:20** [2] - 2256:22, 2256:23
**6:26** [1] - 2302:12
**6:28** [2] - 2303:4, 2334:10
**6:30** [4] - 2256:24, 2367:19, 2367:24, 2368:1
**6:41** [1] - 2256:25
**6:49** [1] - 2256:15
**6:52** [1] - 2324:13
**6th** [41] - 2232:17, 2232:20, 2232:22, 2233:8, 2233:10, 2233:13, 2237:2, 2255:17, 2256:22, 2257:17, 2257:23, 2261:13, 2261:16, 2280:14, 2281:13, 2285:11, 2290:9, 2290:13, 2293:18, 2295:11, 2296:8, 2298:18, 2300:5, 2300:19, 2301:21, 2318:12, 2328:15, 2334:24, 2338:24, 2343:9, 2347:20, 2347:22, 2348:6, 2348:11, 2348:12,

2350:21, 2353:5, 2364:1, 2364:25, 2365:3

## 7

**7** [5] - 2247:18, 2260:4, 2264:1, 2280:4
**70** [1] - 2359:14
**705** [2] - 2279:14, 2284:22
**705.1** [6] - 2229:13, 2280:3, 2280:8, 2280:10, 2280:11, 2282:6
**72** [1] - 2317:25
**745** [1] - 2228:3
**760899-16** [1] - 2251:17
**77** [5] - 2280:24, 2358:17, 2360:9, 2360:16, 2360:21
**770** [2] - 2254:9, 2259:4
**7949** [1] - 2256:4
**7:24** [1] - 2256:7
**7:28** [2] - 2261:13, 2281:17
**7:31** [8] - 2259:16, 2259:21, 2260:25, 2271:10, 2271:23, 2272:2, 2272:5, 2272:9
**7:37** [1] - 2272:8
**7:47** [2] - 2260:15, 2260:20
**7th** [6] - 2256:23, 2258:25, 2259:16, 2260:15, 2260:20, 2261:24

## 8

**8** [2] - 2248:18, 2248:19
**80** [1] - 2322:17
**801** [1] - 2285:15
**802** [2] - 2285:18, 2286:1
**803** [3] - 2286:3, 2286:8, 2286:10
**808** [1] - 2228:4
**8551** [1] - 2255:15
**8614** [2] - 2250:24, 2258:11
**89** [1] - 2282:11
**8:00** [2] - 2260:16, 2260:20
**8:01** [5] - 2259:16, 2259:24, 2260:25, 2271:10, 2272:6
**8:09** [1] - 2291:4
**8:17** [1] - 2296:9
**8:22** [1] - 2297:11
**8:30** [2] - 2302:13, 2305:7
**8:34** [1] - 2299:10
**8:37** [1] - 2250:8
**8:42** [1] - 2308:15

## 9

**9** [2] - 2249:6, 2264:13
**9/15/2020** [1] - 2338:1
**9015** [1] - 2376:21
**9016** [1] - 2376:21
**9017** [1] - 2376:22
**9022** [1] - 2376:22
**9023** [1] - 2376:22
**9025** [1] - 2376:22
**9026** [1] - 2376:22

**9027** [1] - 2376:22
**9028** [2] - 2376:22, 2377:6
**9029** [1] - 2377:6
**9030** [1] - 2377:6
**9031** [1] - 2377:6
**9034** [1] - 2377:6
**9037** [1] - 2377:6
**9051** [1] - 2376:7
**919-9491** [1] - 2228:18
**941** [2] - 2228:14, 2254:24
**941-787-9475** [1] - 2254:8
**9475** [2] - 2255:4, 2259:6
**9500** [13] - 2229:12, 2244:8, 2244:13, 2244:15, 2244:16, 2244:17, 2263:25, 2268:10, 2269:21, 2271:3, 2274:5, 2281:6, 2286:22
**9514** [4] - 2319:17, 2320:13, 2324:7, 2343:5
**96734** [1] - 2228:4
**972** [1] - 2282:10
**9968** [1] - 2303:23
**9:00** [1] - 2261:17
**9:08** [2] - 2258:25, 2261:18
**9:18** [2] - 2262:22, 2276:14
**9:25** [1] - 2291:14
**9:30** [1] - 2371:18
**9:33** [1] - 2262:17
**9:43** [1] - 2258:25
**9:48** [2] - 2250:13, 2252:22
**9:52** [2] - 2299:15, 2301:5
**9:54** [1] - 2252:5
**9:55** [1] - 2250:13
**9:57** [2] - 2250:14, 2251:23

## A

**a.m** [61] - 2251:7, 2251:12, 2251:24, 2252:6, 2252:14, 2255:17, 2257:17, 2257:18, 2258:1, 2258:12, 2258:18, 2258:25, 2259:16, 2259:21, 2260:11, 2260:15, 2260:16, 2260:20, 2261:13, 2261:24, 2262:22, 2263:4, 2271:10, 2272:5, 2272:6, 2272:8, 2272:10, 2276:14, 2281:17, 2281:19, 2281:22, 2290:7, 2290:8, 2290:19, 2291:4, 2291:14, 2298:12, 2298:19, 2299:3, 2301:17, 2301:25, 2302:12, 2303:4, 2308:22, 2309:2, 2309:17, 2309:20, 2310:21, 2310:25, 2311:16, 2316:13, 2332:10, 2333:9, 2333:11
**ability** [1] - 2378:8
**able** [4] - 2249:16, 2316:8, 2317:11, 2371:3
**above-entitled** [1] - 2378:8
**absence** [1] - 2359:7
**abshire** [1] - 2338:19
**accept** [1] - 2364:2
**access** [6] - 2255:8, 2265:11, 2312:3, 2315:23, 2333:13, 2333:24
**according** [3] - 2298:5, 2298:19, 2305:8

**accounting** [1] - 2271:1
**acquaintances** [1] - 2353:1
**acre** [1] - 2311:9
**act** [2] - 2324:25, 2325:13
**Act** [2] - 2325:3, 2327:15
**acting** [2] - 2234:18, 2294:22
**action** [5] - 2290:22, 2311:12, 2327:16, 2343:9, 2356:12
**activated** [1] - 2269:25
**activation** [3] - 2259:20, 2259:22, 2284:2
**activations** [4] - 2260:19, 2260:23, 2281:12, 2281:16
**active** [1] - 2288:17
**activities** [2] - 2304:25, 2305:3
**activity** [35] - 2248:4, 2248:15, 2249:9, 2249:10, 2249:13, 2249:18, 2249:20, 2250:13, 2250:14, 2250:19, 2251:11, 2251:12, 2251:15, 2252:20, 2256:3, 2256:25, 2257:15, 2258:23, 2258:24, 2259:7, 2259:15, 2261:7, 2263:4, 2263:7, 2264:11, 2267:11, 2269:4, 2269:8, 2271:6, 2271:7, 2271:9, 2271:12, 2272:9, 2281:25
**acts** [1] - 2327:25
**actual** [8] - 2250:12, 2278:25, 2287:25, 2288:11, 2288:17, 2288:19, 2312:3, 2358:6
**ad** [1] - 2296:22
**add** [2] - 2290:3, 2296:10
**Added** [2] - 2296:9, 2303:17
**added** [2] - 2296:24, 2368:15
**addition** [2] - 2241:25, 2260:16
**additional** [6] - 2231:15, 2258:23, 2294:22, 2325:10, 2326:6, 2346:10
**address** [2] - 2250:1, 2250:20, 2251:7, 2251:16, 2253:6, 2287:21, 2288:15, 2368:20, 2369:3, 2373:16
**addressed** [1] - 2375:20
**Adjourned** [1] - 2377:25
**adjusting** [1] - 2309:6
**admissible** [3] - 2238:1, 2359:18, 2373:13
**admit** [19] - 2237:17, 2285:23, 2286:7, 2289:16, 2321:18, 2323:2, 2326:14, 2330:25, 2332:4, 2336:2, 2341:17, 2350:8, 2355:4, 2358:11, 2359:15, 2365:24, 2367:14, 2370:4, 2376:5
**admitted** [37] - 2244:15, 2244:16, 2280:10, 2280:11, 2284:13, 2286:1, 2286:2, 2286:10, 2286:11, 2287:19, 2287:20, 2289:18, 2289:19, 2321:20, 2321:21, 2323:4, 2323:5, 2327:3, 2327:4, 2332:6, 2332:7, 2337:14, 2337:16, 2341:20, 2341:21, 2350:10, 2350:11, 2355:6, 2355:7, 2361:12, 2361:18, 2366:1, 2366:2, 2367:16, 2367:18, 2370:6, 2370:7
**advice** [1] - 2360:2
**advise** [1] - 2310:3

**advised** [1] - 2377:17
**affiliated** [1] - 2293:15
**Afternoon** [1] - 2227:8
**afternoon** [20] - 2240:17, 2240:18, 2248:12, 2248:25, 2261:15, 2263:14, 2266:13, 2266:14, 2274:3, 2274:4, 2289:7, 2289:8, 2302:15, 2307:17, 2321:3, 2321:10, 2321:25, 2322:6, 2322:7, 2323:11
**afterwards** [3] - 2240:10, 2290:16, 2372:16
**agenda** [1] - 2297:17
**agent** [26] - 2232:21, 2232:22, 2232:24, 2239:18, 2239:20, 2240:24, 2241:3, 2241:6, 2241:14, 2268:11, 2274:6, 2279:16, 2281:11, 2282:7, 2282:14, 2284:1, 2285:16, 2286:4, 2308:3, 2330:9, 2332:8, 2337:17, 2338:7, 2361:20, 2372:20
**Agent** [29] - 2231:21, 2239:6, 2239:11, 2239:13, 2239:15, 2240:10, 2240:12, 2240:14, 2243:10, 2243:13, 2244:5, 2255:25, 2266:13, 2272:4, 2284:16, 2287:4, 2287:21, 2289:3, 2289:7, 2321:23, 2324:8, 2329:17, 2335:18, 2341:24, 2346:23, 2350:5, 2350:14, 2371:21
**agent's** [1] - 2240:7
**agents** [3] - 2239:7, 2250:3, 2254:1
**agree** [12] - 2264:17, 2266:3, 2272:8, 2273:9, 2283:11, 2319:20, 2328:12, 2328:18, 2346:12, 2346:15, 2353:18, 2357:3
**agreed** [1] - 2361:10
**agreement** [2] - 2359:7, 2359:8
**aha** [1] - 2316:3
**ahead** [13] - 2231:19, 2231:24, 2232:15, 2233:19, 2272:15, 2290:1, 2290:3, 2291:16, 2325:11, 2330:14, 2334:14, 2335:25, 2361:19
**AL** [2] - 2227:7, 2318:14
**Alabama** [1] - 2290:22
**albeit** [1] - 2274:21
**Alex** [2] - 2295:2, 2295:4
**Alexander** [2] - 2293:7, 2293:14
**Alexandra** [1] - 2227:17
**Alexandria** [1] - 2314:10
**Ali** [2] - 2293:7, 2293:14
**allege** [1] - 2265:2
**allied** [3] - 2368:3, 2368:5, 2368:6
**allow** [2] - 2275:22, 2330:1
**allowed** [2] - 2239:10, 2243:18
**almost** [4] - 2242:20, 2260:8, 2292:14, 2373:5
**alternative** [1] - 2292:11
**amenable** [3] - 2238:12, 2238:14
**amend** [1] - 2292:23
**America** [1] - 2311:8
**AMERICA** [1] - 2227:3
**American** [1] - 2245:10

**AMIT** [1] - 2227:12
**amount** [1] - 2273:13
**analogy** [5] - 2274:10, 2274:11, 2275:1, 2275:2, 2275:4
**analysis** [17] - 2242:12, 2242:19, 2243:10, 2243:14, 2245:1, 2249:5, 2250:16, 2253:4, 2253:21, 2266:20, 2268:25, 2272:1, 2279:19, 2282:24, 2283:8, 2283:20, 2285:10
**Analysis** [2] - 2241:8, 2241:20
**Andrews** [4] - 2347:11, 2347:14, 2347:18, 2349:9, 2353:19, 2353:22
**Angela** [1] - 2228:6
**angle** [1] - 2335:4
**announces** [1] - 2343:8
**announcing** [1] - 2355:20
**annual** [1] - 2242:8
**answer** [8] - 2239:16, 2276:23, 2279:9, 2326:4, 2327:22, 2372:4, 2372:6, 2372:7
**answered** [2] - 2276:4, 2330:12
**antenna** [27] - 2247:6, 2247:11, 2248:13, 2250:12, 2251:6, 2251:17, 2253:2, 2253:3, 2256:7, 2256:14, 2258:13, 2258:18, 2260:15, 2260:17, 2261:4, 2261:7, 2261:12, 2261:23, 2262:21, 2263:2, 2263:6, 2270:12, 2271:2, 2272:1, 2283:3, 2284:20, 2285:7
**antennas** [12] - 2245:9, 2245:11, 2246:3, 2252:24, 2260:5, 2260:10, 2262:11, 2269:23, 2271:24, 2271:25, 2272:17
**anticipate** [3] - 2232:1, 2232:2, 2232:21
**anticipated** [1] - 2312:18
**anticipating** [2] - 2313:25, 2352:15
**anticipation** [1] - 2328:18
**Antifa** [19] - 2233:5, 2233:23, 2233:25, 2234:2, 2234:10, 2235:17, 2236:1, 2236:10, 2236:17, 2236:18, 2328:2, 2328:5, 2328:14, 2328:19, 2328:22, 2329:3, 2329:4, 2329:8
**anyway** [1] - 2313:14
**apologies** [2] - 2239:3, 2343:15
**apologize** [1] - 2252:17
**app** [1] - 2350:17
**appear** [2] - 2294:18, 2297:19
**APPEARANCES** [2] - 2227:15, 2228:1
**appreciate** [2] - 2240:6, 2371:17
**approach** [1] - 2360:5
**approaching** [1] - 2367:24
**appropriate** [2] - 2238:5, 2270:5
**arc** [1] - 2247:7
**area** [54] - 2237:7, 2242:15, 2245:20, 2248:1, 2248:6, 2248:10, 2248:17, 2248:22, 2249:2, 2249:20, 2249:24, 2250:9, 2250:18, 2256:18, 2257:4, 2257:23, 2259:1, 2259:15, 2259:18, 2260:6, 2260:9, 2262:19, 2264:11, 2269:10, 2271:18, 2272:12, 2272:19,

2272:24, 2273:19, 2282:1, 2285:16, 2285:20, 2286:5, 2300:8, 2300:12, 2302:5, 2305:1, 2305:3, 2306:22, 2306:23, 2307:8, 2311:15, 2313:15, 2314:14, 2316:15, 2333:14, 2338:4, 2351:24, 2366:18, 2367:22, 2368:9, 2368:25
**areas** [7] - 2271:1, 2297:12, 2302:22, 2302:25, 2310:24, 2313:10
**argue** [1] - 2348:8
**Arizona** [4] - 2247:22, 2351:24, 2354:18, 2366:4
**Arlington** [16] - 2253:7, 2255:12, 2257:23, 2258:23, 2258:24, 2259:1, 2259:15, 2259:17, 2261:16, 2261:23, 2262:17, 2262:19, 2272:19, 2273:6, 2282:1, 2284:9
**armed** [1] - 2338:3
**arranged** [1] - 2304:12
**arranging** [1] - 2331:21
**arrive** [1] - 2347:25
**arrived** [2] - 2369:18, 2369:21
**arrives** [1] - 2264:4
**art** [1] - 2243:19
**article** [6] - 2301:17, 2355:19, 2357:8, 2357:11, 2363:16, 2365:7
**articles** [1] - 2328:21
**ASAP** [1] - 2370:11
**ash** [3] - 2250:15, 2252:12, 2252:24
**Ash** [1] - 2250:15
**aside** [1] - 2340:4
**aspects** [1] - 2332:12
**asset** [1] - 2338:22
**assigned** [1] - 2292:2
**assist** [2] - 2291:6, 2297:13
**assistance** [1] - 2291:16
**assisting** [3] - 2291:15, 2291:18, 2295:2
**associated** [3] - 2250:6, 2253:16, 2287:9
**assume** [4] - 2233:3, 2272:20, 2284:7, 2369:11
**assumed** [1] - 2290:19
**assuming** [3] - 2272:17, 2285:12, 2338:3
**assumption** [1] - 2369:17
**asterisk** [1] - 2351:10
**AT&T** [16] - 2251:11, 2251:17, 2252:4, 2255:24, 2257:17, 2258:17, 2259:14, 2279:18, 2280:4, 2281:2, 2283:3, 2284:19, 2284:23, 2287:24, 2288:11, 2288:14
**AT&T's** [1] - 2288:12
**Atlanta** [19] - 2233:2, 2233:14, 2233:23, 2234:19, 2234:20, 2234:24, 2235:6, 2235:9, 2235:12, 2236:2, 2236:5, 2236:10, 2236:14, 2236:13, 2236:15, 2236:16, 2236:18, 2237:6, 2293:21
**attached** [1] - 2306:19
**attaches** [1] - 2231:6
**attempting** [1] - 2292:13

**attend** [1] - 2234:3
**attended** [6] - 2234:1, 2234:2, 2294:5, 2294:7, 2311:24, 2373:25
**attendees** [2] - 2316:20, 2328:20
**attention** [2] - 2282:7, 2371:18
**attorney** [1] - 2308:24
**ATTORNEY'S** [1] - 2227:18
**audio** [1] - 2344:2
**AUSA** [5] - 2227:16, 2227:16, 2227:17, 2227:17, 2227:18
**authorities** [1] - 2301:19
**available** [2] - 2299:11, 2335:13
**Avenue** [2] - 2228:13, 2298:24
**aware** [16] - 2294:9, 2304:25, 2308:24, 2316:18, 2319:24, 2321:9, 2321:12, 2335:1, 2343:20, 2346:2, 2346:4, 2347:16, 2352:17, 2353:4, 2357:1, 2371:5
**awesome** [2] - 2295:5, 2295:6
**Aye** [1] - 2310:19

## B

**B-A-N-K-S** [1] - 2240:22
**backbone** [4] - 2254:15, 2254:25, 2259:5, 2283:22
**background** [1] - 2306:8
**backup** [1] - 2291:5
**backwards** [1] - 2277:14
**Badalament** [3] - 2244:22, 2260:22, 2287:13
**bag** [3] - 2269:12, 2269:13, 2314:10
**bands** [1] - 2316:1
**Banks** [14] - 2238:13, 2239:11, 2240:12, 2240:14, 2240:21, 2243:10, 2243:14, 2244:5, 2255:25, 2266:13, 2272:4, 2284:16, 2287:4, 2287:21
**BANKS** [2] - 2229:3, 2240:13
**banks** [4] - 2239:5, 2239:17, 2239:25, 2240:21
**Banks'** [1] - 2239:15
**barge** [2] - 2338:20, 2339:7
**base** [1] - 2350:23
**based** [22] - 2233:3, 2233:6, 2241:9, 2243:22, 2245:19, 2248:15, 2250:16, 2250:19, 2254:14, 2254:18, 2256:16, 2264:7, 2272:13, 2283:13, 2284:19, 2322:24, 2324:16, 2337:23, 2345:1, 2352:9, 2374:9, 2375:24
**basin** [3] - 2305:20, 2306:22
**basis** [2] - 2278:16, 2359:18
**battle** [1] - 2310:5
**beam** [1] - 2247:9
**bearer** [2] - 2312:3
**became** [2] - 2241:19, 2304:7
**become** [1] - 2243:19
**BEFORE** [1] - 2227:12
**beg** [1] - 2286:22
**began** [3] - 2251:14, 2251:22, 2254:9
**begin** [2] - 2239:3, 2371:18

**beginning** [3] - 2271:9, 2347:4, 2353:11
**begins** [2] - 2252:23, 2262:17
**behind** [4] - 2239:18, 2246:12, 2246:13, 2246:24
**behold** [1] - 2375:4
**below** [1] - 2364:2
**bench** [2] - 2337:15, 2361:13
**Bennie** [3] - 2253:10, 2256:11, 2256:21
**Berry** [5] - 2252:19, 2253:12, 2260:2, 2260:14, 2375:11
**best** [5] - 2270:20, 2288:5, 2288:9, 2292:4, 2378:8
**betrays** [1] - 2327:15
**bets** [1] - 2311:21
**better** [2] - 2278:14, 2328:10
**between** [24] - 2256:17, 2256:25, 2259:15, 2260:11, 2269:8, 2281:12, 2281:17, 2281:19, 2281:22, 2300:8, 2313:5, 2318:11, 2319:6, 2328:19, 2342:10, 2352:22, 2353:18, 2356:8, 2356:13, 2356:14, 2362:8, 2364:14, 2366:3, 2369:20
**beyond** [2] - 2330:2, 2331:3
**Bianca** [4] - 2293:9, 2294:9, 2294:10, 2294:23
**Bianca's** [1] - 2294:18
**Biden** [2] - 2356:10, 2361:25
**big** [11] - 2296:22, 2299:17, 2301:11, 2301:12, 2301:13, 2316:24, 2316:25, 2336:14, 2338:23, 2365:16, 2365:17
**bigger** [2] - 2271:17, 2311:23, 2312:1
**bill** [1] - 2338:19
**billionaire** [1] - 2293:12
**bit** [5] - 2259:14, 2285:21, 2309:12, 2323:19, 2347:4
**blend** [1] - 2245:13
**blessing** [2] - 2298:14, 2298:20
**block** [3] - 2305:3, 2323:17
**blow** [3] - 2284:24, 2298:9, 2355:8
**blown** [3] - 2285:1, 2285:4, 2285:20
**blown-up** [1] - 2285:4
**blowup** [1] - 2297:19
**Blue** [2] - 2290:2, 2290:5
**blue** [28] - 2251:16, 2255:11, 2255:13, 2255:22, 2255:23, 2272:4, 2273:9, 2273:18, 2275:8, 2275:14, 2275:18, 2275:20, 2276:2, 2276:5, 2276:7, 2276:8, 2276:10, 2276:13, 2276:18, 2276:25, 2277:1, 2277:8, 2277:16, 2277:18, 2278:23, 2279:1
**board** [18] - 2234:18, 2290:25, 2296:22, 2299:17, 2301:11, 2301:12, 2301:13, 2303:19, 2308:4, 2308:6, 2308:10, 2312:24, 2316:24, 2316:25, 2318:16, 2318:17, 2318:18, 2343:22
**boat** [14] - 2306:12, 2331:21, 2334:21, 2334:23, 2334:24, 2335:12, 2335:13, 2338:20, 2338:25, 2339:3, 2340:10, 2340:19, 2340:22, 2341:2
**boats** [5] - 2335:24, 2336:13, 2336:17,

2339:21
**bodies** [1] - 2352:15
**Bollinger** [1] - 2293:12
**bomb** [1] - 2237:20
**bombshell** [1] - 2363:25
**bottom** [5] - 2273:15, 2291:25, 2294:25, 2317:24, 2363:10
**bought** [2] - 2288:8, 2288:9
**bounce** [1] - 2278:20
**bound** [1] - 2243:21
**Box** [1] - 2228:3
**box** [2] - 2250:11, 2316:9
**Boys** [1] - 2328:6
**brainstorming** [1] - 2335:12
**Brandis** [1] - 2299:9
**break** [4] - 2235:17, 2248:14, 2262:23, 2307:17
**breaks** [1] - 2248:12
**Brian** [1] - 2315:24
**bridge** [1] - 2307:6
**bridges** [1] - 2306:16
**briefing** [1] - 2301:7
**briefly** [6] - 2244:17, 2286:14, 2286:23, 2287:21, 2317:14, 2371:5
**bright** [2] - 2246:24, 2246:25
**brighter** [1] - 2247:1
**brightest** [1] - 2246:22
**bring** [11] - 2234:9, 2237:22, 2282:12, 2284:3, 2292:9, 2295:10, 2322:19, 2328:8, 2348:5
**bringing** [8] - 2234:8, 2234:17, 2235:21, 2310:22, 2315:1, 2332:18, 2364:9, 2364:11
**broader** [2] - 2233:7, 2314:22
**broadly** [1] - 2235:11
**broke** [1] - 2289:11
**broken** [1] - 2235:2
**broomsticks** [1] - 2234:8
**brought** [1] - 2363:9
**Brown** [11] - 2296:9, 2296:14, 2296:16, 2297:8, 2297:15, 2297:20, 2297:22, 2318:6, 2318:18, 2319:23, 2375:2
**BROWN** [2] - 2228:9, 2228:12
**brown** [5] - 2298:5, 2300:18, 2300:19, 2300:21, 2301:21, 2315:6, 2315:7, 2319:25, 2373:4, 2373:5, 2373:23, 2374:16
**Brown's** [2] - 2237:17, 2376:12
**brown's** [3] - 2298:20, 2372:21, 2374:18
**Bruce** [2] - 2308:19, 2308:21
**bubble** [2] - 2369:24, 2369:25
**buddy** [2] - 2338:19
**building** [3] - 2245:11, 2299:1, 2299:4
**buildings** [1] - 2245:12
**built** [1] - 2242:2
**bus** [2] - 2317:6, 2322:16
**buses** [2] - 2316:16, 2317:4
**business** [1] - 2296:18
**busy** [1] - 2260:6

**but..** [2] - 2265:3, 2309:15
**buy** [2] - 2287:25, 2288:12
**BY** [7] - 2240:16, 2263:13, 2266:11, 2274:2, 2286:15, 2289:6, 2308:2

## C

**C-shaped** [1] - 2272:5
**cadre** [1] - 2370:13
**Caldwell** [13] - 2253:11, 2257:15, 2306:11, 2320:23, 2321:2, 2321:10, 2321:15, 2321:24, 2322:25, 2323:22, 2335:3, 2335:7, 2335:11
**Caleb** [5] - 2252:19, 2253:12, 2260:2, 2260:14, 2375:11
**callout** [1] - 2250:11
**camp** [1] - 2312:4
**camped** [2] - 2263:8, 2311:17
**campground** [1] - 2368:20
**camping** [1] - 2368:8
**Cap** [1] - 2318:13
**cap** [1] - 2295:3
**capitol** [2] - 2359:5, 2365:20
**Capitol** [20] - 2290:20, 2293:17, 2294:2, 2298:20, 2299:1, 2299:4, 2299:6, 2300:9, 2301:22, 2311:11, 2312:5, 2312:19, 2318:10, 2318:11, 2319:21, 2320:1, 2320:5, 2320:7, 2320:11
**Capitol/SCOTUS** [2] - 2305:1, 2313:6
**captain** [1] - 2338:20
**car** [4] - 2332:14, 2349:10, 2363:19, 2363:21
**caravans** [1] - 2365:7
**cares** [1] - 2284:8
**Carolina** [13] - 2249:7, 2249:9, 2250:15, 2250:21, 2252:22, 2301:2, 2303:13, 2306:7, 2306:8, 2308:22, 2322:15, 2331:15, 2371:4
**Carter** [23] - 2341:25, 2342:6, 2342:9, 2342:11, 2342:13, 2342:15, 2342:22, 2343:14, 2343:22, 2346:7, 2352:18, 2352:23, 2355:12, 2355:13, 2355:17, 2356:15, 2358:9, 2363:20, 2363:21, 2367:20, 2368:24, 2369:9
**Carter's** [1] - 2346:3
**Case** [1] - 2231:2
**case** [19] - 2235:10, 2237:22, 2239:7, 2239:18, 2239:20, 2244:2, 2244:19, 2247:23, 2251:3, 2254:1, 2264:25, 2265:18, 2268:4, 2283:8, 2318:2, 2359:10, 2373:7, 2373:8, 2375:25
**cases** [1] - 2267:22
**CAST** [2] - 2241:19, 2242:7
**categories** [2] - 2232:14, 2232:16
**category** [2] - 2232:25, 2233:7
**caveat** [1] - 2282:24
**CCTV** [1] - 2301:3
**celebrity** [2] - 2304:16, 2304:18
**cell** [48] - 2238:10, 2239:21, 2241:14, 2241:16, 2242:1, 2242:12, 2242:14,

2242:18, 2243:10, 2243:14, 2245:4, 2245:8, 2245:14, 2245:15, 2245:16, 2245:23, 2248:4, 2248:7, 2248:14, 2249:5, 2249:18, 2249:24, 2255:18, 2258:4, 2259:20, 2259:22, 2261:6, 2265:14, 2266:20, 2267:6, 2269:22, 2270:1, 2270:16, 2270:19, 2274:6, 2274:12, 2275:11, 2275:14, 2275:18, 2279:2, 2280:20, 2282:3, 2284:2, 2284:6, 2284:18, 2292:12
**Cellular** [2] - 2241:8, 2241:19
**cellular** [16] - 2241:12, 2242:17, 2249:10, 2249:12, 2250:12, 2253:21, 2254:23, 2255:6, 2264:21, 2267:11, 2269:3, 2270:9, 2274:16, 2282:24, 2283:20
**center** [5] - 2247:8, 2270:21, 2273:6, 2273:10, 2295:18
**certain** [4] - 2290:11, 2294:13, 2353:18, 2360:18
**certainly** [4] - 2352:9, 2373:5, 2375:7, 2375:22
**CERTIFICATE** [1] - 2378:1
**certification** [20] - 2348:10, 2348:12, 2348:16, 2348:18, 2348:19, 2353:8, 2355:21, 2356:2, 2356:7, 2356:18, 2356:19, 2359:6, 2360:12, 2361:25, 2362:11, 2364:8, 2364:10, 2364:18, 2366:8, 2366:23
**Certified** [1] - 2378:4
**certified** [2] - 2241:19, 2356:10
**certify** [1] - 2378:6
**cetera** [2] - 2291:24, 2312:9
**chain** [1] - 2336:9
**chance** [3] - 2273:12, 2326:11, 2327:13
**change** [2] - 2292:3, 2304:24
**changed** [1] - 2291:23
**changes** [1] - 2242:6
**chaos** [1] - 2296:11
**characterize** [2] - 2332:19, 2332:21
**charged** [1] - 2265:11
**Charles** [4] - 2237:20, 2372:17, 2372:20, 2376:6
**charter** [2] - 2343:15, 2343:17
**Chat** [6] - 2289:21, 2299:8, 2312:22, 2328:8, 2331:9, 2343:7
**chat** [31] - 2235:20, 2235:25, 2289:12, 2296:8, 2296:24, 2306:3, 2306:6, 2311:6, 2312:22, 2314:25, 2315:12, 2317:10, 2318:21, 2324:2, 2337:4, 2337:21, 2339:10, 2339:11, 2339:16, 2344:10, 2358:6, 2358:7, 2358:17, 2359:1, 2359:4, 2359:15, 2361:20, 2364:16, 2364:19, 2366:3, 2368:15
**chats** [11] - 2235:3, 2236:4, 2316:19, 2318:1, 2328:13, 2329:18, 2330:4, 2331:8, 2331:11, 2339:12, 2359:14
**Chattanooga** [1] - 2248:10
**cheaper** [2] - 2265:4, 2265:7
**check** [3] - 2283:1, 2283:16, 2345:3

**checked** [5] - 2283:9, 2340:12, 2344:24, 2346:25
**chief** [1] - 2302:1
**Chief** [1] - 2302:6
**choice** [2] - 2325:14, 2327:10
**choosing** [1] - 2316:9
**Christmas** [1] - 2324:14
**chronological** [2] - 2251:13, 2345:10
**Church** [3] - 2261:19, 2261:21, 2261:22
**CID** [1] - 2250:11
**circle** [6] - 2246:5, 2246:10, 2259:19, 2272:5, 2273:9, 2273:18
**circling** [1] - 2260:18
**circumstances** [1] - 2292:3
**citation** [1] - 2317:19
**city** [3] - 2292:10, 2302:3, 2307:8
**city's** [1] - 2302:6
**civilian** [4] - 2372:17, 2374:15, 2375:17, 2377:15
**clarify** [2] - 2342:15, 2374:17
**clarifying** [1] - 2342:11
**clear** [4] - 2235:15, 2309:14, 2337:7, 2376:14
**clearest** [1] - 2270:24
**clearly** [2] - 2359:20, 2374:21
**clears** [1] - 2377:9
**CLERK** [1] - 2278:12
**CLINTON** [1] - 2228:16
**clip** [7] - 2344:11, 2345:20, 2345:21, 2345:22, 2346:6, 2346:23, 2349:25
**clips** [2] - 2344:21, 2345:7
**clock** [1] - 2246:7
**close** [6] - 2277:1, 2293:11, 2312:5, 2314:15, 2333:4, 2367:22
**closed** [2] - 2291:24, 2306:17
**closely** [1] - 2280:23
**closer** [2] - 2238:18, 2270:13
**closest** [1] - 2270:1
**closures** [8] - 2299:16, 2302:2, 2302:4, 2307:5, 2307:6, 2307:9, 2307:10, 2333:12
**clue** [1] - 2360:17
**clump** [1] - 2271:21
**CO** [1] - 2336:20
**co** [2] - 2234:16, 2235:12
**co-conspirators** [2] - 2234:16, 2235:12
**coast** [1] - 2348:3
**Cochran** [1] - 2316:22
**Code** [1] - 2351:10
**code** [2] - 2248:1, 2351:7
**coding** [1] - 2322:24
**collar** [1] - 2241:5
**collected** [1] - 2264:7
**college** [1] - 2288:16
**color** [1] - 2322:24
**COLUMBIA** [1] - 2227:1
**combat** [1] - 2310:4
**Comfort** [18] - 2256:8, 2257:12, 2257:15, 2257:16, 2257:25, 2258:5,

2258:13, 2258:18, 2258:25, 2261:5,
2261:24, 2262:12, 2262:21, 2275:8,
2301:3, 2369:3, 2369:15, 2369:18
**comfort** [2] - 2253:7, 2255:11
**coming** [6] - 2256:17, 2276:15, 2317:5,
2341:5, 2361:2, 2365:14
**comment** [1] - 2367:4
**common** [1] - 2245:24
**comms** [1] - 2315:22
**communicated** [1] - 2235:13
**communication** [1] - 2310:25
**communications** [2] - 2292:11, 2346:10
**company** [3] - 2254:3, 2265:14, 2297:24
**compete** [1] - 2279:12
**competing** [1] - 2279:12
**compilation** [1] - 2231:12
**completely** [1] - 2243:25
**completeness** [1] - 2359:13
**complicated** [1] - 2253:19
**computer** [1] - 2266:8
**concern** [3] - 2326:4, 2328:12, 2359:6
**concerned** [2] - 2312:12, 2324:2
**concerns** [2] - 2236:1, 2328:16
**conclude** [1] - 2376:2
**conclusion** [1] - 2250:19
**conclusions** [2] - 2243:17, 2262:7
**concrete** [2] - 2375:13, 2375:15
**conduct** [1] - 2244:25
**conference** [6] - 2296:3, 2296:4,
2302:13, 2305:7, 2305:9, 2373:14
**confidante** [1] - 2304:17
**confirm** [4] - 2254:17, 2283:12,
2284:20, 2318:2
**confirmed** [1] - 2364:24
**confusion** [1] - 2318:3
**Congress** [10] - 2325:1, 2327:15,
2327:16, 2355:20, 2356:23, 2363:25,
2364:1, 2364:9, 2364:12, 2365:3
**connect** [6] - 2265:20, 2270:1, 2270:4,
2275:19, 2276:11, 2277:19
**connected** [10] - 2238:15, 2267:16,
2267:21, 2271:13, 2276:5, 2276:19,
2279:2, 2279:5, 2281:22, 2282:3
**connecting** [4] - 2275:15, 2278:17,
2278:22, 2284:19
**connection** [5] - 2237:24, 2269:3,
2272:13, 2275:10, 2374:6
**Connie** [2] - 2253:11, 2258:11
**Connor** [1] - 2228:9
**consecutive** [5] - 2317:17, 2317:20,
2318:1, 2326:18, 2326:19
**consequences** [2] - 2357:15, 2357:18
**consider** [2] - 2244:1, 2357:19
**considered** [6] - 2272:1, 2302:24,
2304:17, 2339:22, 2357:1, 2357:21
**consistent** [6] - 2269:1, 2276:1, 2276:2,
2276:5, 2284:4, 2287:22
**conspiracy** [12] - 2336:10, 2359:21,
2373:4, 2373:22, 2374:3, 2374:7,

2374:9, 2374:22, 2374:25, 2375:2,
2375:23
**conspiratorial** [1] - 2359:8
**conspirators** [4] - 2234:16, 2235:12,
2301:12, 2308:6
**constitution** [1] - 2325:2
**Constitution** [1] - 2323:17
**cont** [2] - 2229:25
**contact** [5] - 2292:5, 2303:13, 2352:4,
2352:7, 2352:18
**Contee** [1] - 2302:7
**content** [1] - 2331:2
**contestants** [2] - 2355:23, 2357:24
**context** [8] - 2232:19, 2297:5, 2310:14,
2328:6, 2331:2, 2332:9, 2359:24,
2360:25
**continuation** [1] - 2257:22
**continue** [21] - 2238:4, 2257:21,
2295:16, 2297:2, 2299:7, 2299:14,
2303:3, 2303:15, 2303:21, 2304:19,
2305:18, 2306:15, 2307:13, 2310:2,
2313:1, 2314:12, 2315:2, 2315:10,
2315:24, 2316:6, 2326:10
**CONTINUED** [1] - 2228:1
**continued** [17] - 2251:23, 2262:18,
2291:25, 2293:3, 2293:4, 2294:19,
2295:3, 2302:5, 2305:4, 2311:12,
2311:18, 2311:22, 2312:1, 2312:6,
2313:11, 2325:10, 2326:4
**continues** [10] - 2252:14, 2258:14,
2261:6, 2291:21, 2292:2, 2292:9,
2293:6, 2294:20, 2294:25, 2327:11
**contrast** [1] - 2266:22
**control** [1] - 2312:8
**conversation** [1] - 2332:11
**convert** [1] - 2283:21
**convicted** [1] - 2374:1
**Cool** [1] - 2334:1
**coordinates** [2] - 2267:16, 2368:6
**coordinating** [2] - 2314:14, 2314:16
**coordination** [1] - 2349:14
**corner** [4] - 2270:12, 2298:23, 2305:20
**corporation** [1] - 2266:6
**correct** [284] - 2245:5, 2247:5, 2249:15,
2255:5, 2262:4, 2263:24, 2264:2,
2264:3, 2264:6, 2264:8, 2264:10,
2264:18, 2264:19, 2265:15, 2265:16,
2265:22, 2266:1, 2266:2, 2266:20,
2266:21, 2267:8, 2267:9, 2267:15,
2267:17, 2267:18, 2267:25, 2268:1,
2268:5, 2268:15, 2268:17, 2268:25,
2269:5, 2269:15, 2269:16, 2269:22,
2270:2, 2271:8, 2271:11, 2271:15,
2271:19, 2272:11, 2273:21, 2274:13,
2274:25, 2275:11, 2275:12, 2276:10,
2276:20, 2276:22, 2277:2, 2277:9,
2277:10, 2277:12, 2277:16, 2277:17,
2278:18, 2278:19, 2278:23, 2278:24,
2279:19, 2279:20, 2279:22, 2280:16,
2280:17, 2280:24, 2280:25, 2281:1,

2281:13, 2281:14, 2281:18, 2281:19,
2282:4, 2282:19, 2282:20, 2284:19,
2286:18, 2289:13, 2290:13, 2291:1,
2291:9, 2291:11, 2292:1, 2292:19,
2292:20, 2293:18, 2293:21, 2294:2,
2294:6, 2295:14, 2296:1, 2296:14,
2296:18, 2296:21, 2296:23, 2296:25,
2297:1, 2297:6, 2297:8, 2297:9,
2298:3, 2298:7, 2298:13, 2298:16,
2298:21, 2298:24, 2299:1, 2299:5,
2299:17, 2299:18, 2300:2, 2300:6,
2300:9, 2300:13, 2300:16, 2300:17,
2301:9, 2301:11, 2301:22, 2302:18,
2302:21, 2302:23, 2302:25, 2303:1,
2303:8, 2303:11, 2303:12, 2303:19,
2303:25, 2304:1, 2304:12, 2305:10,
2305:11, 2305:13, 2305:16, 2305:23,
2306:1, 2306:5, 2306:9, 2306:10,
2307:1, 2307:5, 2307:9, 2308:4,
2308:7, 2309:7, 2309:13, 2309:22,
2310:7, 2310:11, 2310:12, 2310:16,
2311:2, 2311:3, 2312:16, 2312:19,
2312:20, 2312:22, 2312:24, 2313:19,
2314:6, 2314:17, 2314:18, 2315:12,
2317:3, 2318:15, 2318:19, 2319:10,
2319:11, 2319:14, 2319:21, 2319:22,
2320:1, 2320:4, 2320:5, 2320:11,
2320:12, 2321:4, 2321:8, 2322:1,
2322:12, 2322:16, 2323:12, 2323:13,
2323:22, 2324:20, 2324:23, 2325:8,
2325:18, 2325:19, 2326:1, 2326:2,
2326:5, 2326:8, 2327:9, 2327:24,
2328:2, 2329:3, 2329:9, 2331:21,
2332:16, 2332:18, 2333:16, 2333:17,
2333:21, 2334:4, 2334:11, 2334:12,
2334:25, 2335:4, 2335:5, 2335:9,
2335:19, 2337:19, 2337:22, 2338:8,
2338:14, 2339:1, 2340:2, 2340:23,
2341:25, 2342:3, 2342:8, 2343:1,
2343:2, 2343:4, 2343:18, 2343:23,
2344:10, 2344:15, 2344:18, 2345:8,
2347:19, 2348:16, 2349:11, 2350:18,
2350:25, 2351:8, 2351:12, 2351:16,
2351:19, 2351:20, 2352:4, 2354:2,
2354:23, 2355:1, 2355:10, 2355:14,
2355:15, 2355:17, 2355:24, 2356:3,
2356:25, 2357:25, 2361:21, 2361:22,
2362:6, 2362:25, 2363:3, 2363:16,
2363:17, 2364:20, 2365:1, 2365:21,
2366:6, 2367:8, 2367:20, 2368:2,
2368:20, 2368:22, 2368:23, 2368:25,
2369:4, 2369:5, 2369:8, 2369:10,
2369:16, 2370:19, 2370:24, 2371:13,
2371:14, 2374:15, 2378:6
**correctly** [3] - 2304:4, 2334:8, 2340:15
**corresponded** [1] - 2345:16
**corroborative** [2] - 2375:7, 2375:8
**Counsel** [1] - 2330:22
**counsel** [1] - 2348:21
**count** [2] - 2252:18, 2271:6

8

**counterterrorism** [1] - 2241:5
**country** [1] - 2301:5
**couple** [6] - 2263:17, 2293:1, 2315:19, 2326:20, 2338:22, 2375:4
**course** [2] - 2242:20, 2267:1
**Court** [10] - 2238:12, 2298:12, 2305:2, 2336:14, 2370:11, 2370:13, 2371:6, 2373:18, 2378:5, 2378:14
**COURT** [132] - 2227:1, 2231:3, 2231:8, 2231:16, 2232:2, 2232:5, 2232:9, 2232:12, 2233:9, 2233:14, 2234:3, 2234:9, 2234:19, 2234:23, 2235:22, 2235:24, 2236:9, 2236:13, 2236:15, 2237:12, 2238:4, 2238:9, 2238:16, 2238:20, 2238:24, 2239:9, 2239:16, 2240:2, 2240:5, 2240:14, 2243:13, 2244:15, 2263:11, 2266:10, 2267:1, 2273:24, 2276:23, 2278:3, 2278:5, 2279:7, 2279:11, 2280:10, 2281:8, 2283:23, 2284:5, 2284:11, 2284:15, 2284:24, 2286:1, 2286:10, 2286:13, 2286:24, 2287:1, 2287:19, 2288:23, 2289:1, 2289:3, 2289:18, 2307:14, 2307:17, 2307:21, 2307:23, 2307:25, 2317:22, 2320:15, 2320:18, 2320:20, 2321:20, 2323:4, 2326:22, 2327:1, 2327:3, 2330:1, 2330:13, 2330:18, 2330:21, 2331:1, 2332:4, 2332:6, 2332:19, 2335:22, 2335:25, 2336:19, 2336:25, 2337:5, 2337:14, 2340:20, 2341:20, 2344:3, 2346:18, 2346:21, 2348:21, 2349:5, 2349:19, 2350:1, 2350:10, 2355:6, 2358:15, 2358:21, 2360:1, 2360:17, 2361:6, 2361:12, 2361:16, 2361:19, 2366:1, 2367:16, 2368:11, 2370:6, 2371:16, 2371:21, 2372:1, 2372:5, 2372:7, 2372:11, 2372:15, 2372:19, 2372:22, 2373:11, 2373:22, 2374:11, 2374:20, 2375:1, 2375:13, 2375:21, 2376:9, 2376:13, 2376:18, 2377:11, 2377:17, 2377:20, 2377:23
**court** [6] - 2237:25, 2238:1, 2241:20, 2372:10, 2373:9, 2373:12
**Court's** [3] - 2231:22, 2286:23, 2330:19
**courtroom** [5] - 2239:1, 2307:20, 2307:24, 2371:20, 2373:8
**cover** [3] - 2244:18, 2244:19, 2334:8
**coverage** [26] - 2245:10, 2245:16, 2246:13, 2246:20, 2247:8, 2251:7, 2251:15, 2251:23, 2252:12, 2255:19, 2256:8, 2257:6, 2257:11, 2257:16, 2257:24, 2258:5, 2258:13, 2258:18, 2260:7, 2260:8, 2261:5, 2261:23, 2262:11, 2262:19, 2262:21, 2276:12
**covered** [1] - 2303:5
**covers** [1] - 2273:19
**CR** [1] - 2227:4
**create** [1] - 2269:8
**created** [3] - 2234:21, 2244:9, 2361:4

**creating** [2] - 2265:20, 2343:8
**creation** [1] - 2266:4
**creative** [1] - 2296:11
**credentials** [1] - 2299:13
**crime** [1] - 2241:4
**criminal** [1] - 2359:8
**CROSS** [4] - 2263:13, 2266:11, 2274:2, 2289:6
**Cross** [5] - 2229:4, 2229:4, 2229:5, 2229:7, 2229:8
**cross** [9] - 2235:8, 2238:10, 2238:21, 2240:8, 2240:10, 2243:7, 2332:9, 2371:24, 2372:9
**CROSS-EXAMINATION** [4] - 2263:13, 2266:11, 2274:2, 2289:6
**Cross-Examination** [5] - 2229:4, 2229:4, 2229:5, 2229:7, 2229:8
**cross-examination** [5] - 2238:5, 2238:10, 2240:8, 2240:10, 2372:9
**crosses** [1] - 2295:9
**crowd** [8] - 2291:16, 2294:22, 2312:10, 2313:22, 2313:24, 2313:25, 2314:3, 2314:22
**crowded** [1] - 2313:10
**crowds** [3] - 2291:23, 2313:14, 2313:18
**Crowl** [2] - 2251:10, 2256:4
**Crowl's** [1] - 2256:4
**CRR** [1] - 2378:13
**cull** [7] - 2284:25, 2297:25, 2329:15, 2329:17, 2330:7, 2342:23, 2370:12
**cull-out** [1] - 2329:17
**Cumberland** [1] - 2336:20
**cumulative** [1] - 2349:22
**current** [4] - 2242:5, 2283:4, 2283:21, 2324:16

# D

**D.C** [46] - 2227:5, 2227:19, 2228:18, 2241:13, 2243:3, 2248:11, 2248:17, 2248:24, 2249:1, 2249:2, 2263:18, 2263:22, 2264:4, 2264:11, 2284:9, 2285:13, 2285:16, 2286:4, 2286:17, 2286:19, 2307:7, 2317:10, 2321:12, 2331:18, 2332:12, 2341:6, 2343:20, 2346:3, 2346:8, 2347:19, 2348:4, 2349:11, 2351:24, 2353:16, 2353:23, 2356:15, 2359:1, 2362:21, 2366:5, 2366:18, 2367:22, 2368:25, 2369:13, 2374:7, 2375:3
**dammed** [1] - 2324:15
**dark** [1] - 2329:5
**data** [11] - 2238:10, 2254:1, 2264:7, 2265:8, 2266:20, 2266:22, 2266:23, 2267:6, 2267:19, 2267:23, 2268:24
**date** [9] - 2280:13, 2285:7, 2290:1, 2303:10, 2322:4, 2323:6, 2333:7, 2337:24, 2363:11
**dated** [1] - 2363:16
**Dated** [1] - 2378:9

**dates** [1] - 2317:24
**David** [4] - 2228:9, 2253:11, 2253:16, 2264:17
**DAY** [1] - 2227:7
**days** [9] - 2246:6, 2302:18, 2309:12, 2313:16, 2318:11, 2343:12, 2355:12, 2355:16, 2362:2
**DC** [20] - 2289:12, 2289:21, 2292:14, 2293:2, 2296:8, 2299:8, 2301:19, 2303:18, 2312:21, 2324:2, 2324:16, 2328:8, 2331:9, 2334:21, 2343:9, 2343:18, 2349:17, 2350:21, 2359:4, 2368:15
**DC's** [1] - 2302:1
**deal** [2] - 2336:14, 2375:19
**deals** [1] - 2373:20
**death** [2] - 2293:7, 2318:12
**December** [34] - 2227:6, 2290:6, 2294:15, 2295:17, 2296:2, 2298:3, 2319:6, 2319:10, 2328:23, 2328:24, 2341:24, 2343:3, 2343:7, 2343:21, 2350:20, 2353:9, 2355:10, 2356:3, 2356:13, 2356:14, 2356:17, 2356:22, 2361:23, 2362:2, 2362:5, 2362:8, 2362:9, 2363:1, 2363:16, 2363:24, 2364:4, 2364:6, 2364:14, 2378:9
**decent** [1] - 2334:8
**decide** [1] - 2336:1
**decided** [1] - 2332:18
**decides** [1] - 2270:5
**decision** [1] - 2346:3
**decisions** [1] - 2348:23
**deck** [7] - 2289:21, 2319:2, 2319:18, 2320:9, 2325:25, 2326:7, 2327:23
**dedicated** [1] - 2293:8
**deep** [1] - 2313:10
**defend** [1] - 2325:2
**Defendant** [4] - 2228:2, 2228:5, 2228:8, 2228:15
**Defendant's** [1] - 2355:4
**defendant's** [2] - 2285:24, 2367:14
**defendants** [12] - 2234:3, 2234:11, 2235:14, 2237:8, 2237:25, 2238:3, 2336:7, 2337:8, 2373:3, 2373:6, 2373:17, 2373:24
**Defendants** [1] - 2227:9
**defense** [5] - 2238:13, 2243:6, 2286:7, 2359:10, 2377:17
**Defense** [15] - 2289:16, 2321:13, 2321:18, 2322:19, 2323:2, 2325:9, 2329:15, 2330:25, 2335:16, 2341:8, 2341:17, 2350:8, 2358:1, 2358:12, 2367:6
**defer** [3] - 2373:18, 2375:16, 2375:18
**defined** [1] - 2235:11
**degree** [3] - 2247:5, 2255:19, 2262:21
**degrees** [6] - 2246:5, 2246:7, 2246:8, 2246:17, 2246:18, 2246:23
**demeanor** [1] - 2295:8
**demonstration** [1] - 2234:12

**demonstrators** [3] - 2313:12, 2314:1, 2314:7
**department** [5] - 2237:20, 2299:25, 2300:2, 2302:2, 2302:8
**depict** [2] - 2270:25
**depicted** [4] - 2233:2, 2234:20, 2252:20, 2263:21
**depicting** [2] - 2256:11, 2264:2
**depth** [1] - 2375:17
**describe** [1] - 2259:19
**described** [2] - 2274:6, 2357:16
**describing** [1] - 2353:21
**deserves** [1] - 2244:3
**designation** [1] - 2317:24
**detail** [15] - 2247:22, 2267:7, 2291:4, 2291:5, 2291:15, 2291:22, 2292:17, 2293:8, 2304:12, 2308:17, 2308:23, 2309:24, 2310:10, 2310:16, 2314:20
**detailed** [2] - 2292:4, 2376:17
**details** [13] - 2290:24, 2295:1, 2296:1, 2301:18, 2302:14, 2305:6, 2305:14, 2305:15, 2306:5, 2310:22, 2313:19, 2319:13, 2329:12
**determination** [3] - 2279:3, 2349:7, 2360:22
**determine** [11] - 2245:18, 2245:19, 2247:23, 2249:8, 2249:10, 2249:16, 2250:4, 2268:25, 2270:18, 2332:22, 2371:3
**determined** [1] - 2248:5
**determining** [2] - 2242:14, 2270:11
**device** [2] - 2242:14, 2288:18
**devices** [1] - 2245:17
**diameter** [2] - 2273:15, 2273:16
**dif** [1] - 2297:16
**difference** [2] - 2253:22, 2258:7
**different** [26] - 2237:14, 2242:25, 2245:14, 2245:23, 2246:2, 2246:3, 2250:13, 2251:20, 2253:4, 2254:22, 2258:8, 2261:6, 2269:6, 2271:13, 2272:16, 2273:8, 2274:21, 2275:10, 2277:1, 2291:24, 2302:22, 2302:24, 2305:5, 2328:14, 2354:12
**difficult** [1] - 2360:21
**digit** [1] - 2258:6
**dim** [1] - 2246:25
**direct** [30] - 2238:19, 2238:23, 2246:13, 2271:6, 2282:7, 2289:22, 2295:9, 2305:23, 2310:12, 2310:14, 2319:1, 2319:10, 2319:18, 2324:9, 2324:19, 2325:4, 2325:7, 2325:22, 2326:1, 2326:9, 2327:7, 2328:11, 2332:9, 2335:7, 2335:24, 2344:16, 2351:4, 2351:13, 2359:22, 2363:7
**DIRECT** [1] - 2240:16
**directed** [3] - 2318:22, 2342:6, 2368:9
**directing** [1] - 2246:3
**direction** [2] - 2247:11, 2260:5
**directions** [2] - 2246:3, 2277:1
**directly** [2] - 2277:8, 2277:16

**directory** [2] - 2253:23, 2259:6
**discount** [2] - 2265:1, 2265:2
**discretion** [1] - 2375:22
**discuss** [10] - 2305:6, 2305:10, 2305:12, 2316:19, 2336:15, 2348:19, 2359:2, 2362:21, 2377:12, 2377:21
**discussed** [15] - 2303:7, 2305:22, 2310:3, 2328:24, 2331:20, 2333:2, 2337:11, 2338:25, 2340:19, 2343:17, 2343:19, 2351:4, 2361:13, 2363:7, 2367:8
**discusses** [1] - 2334:10
**discussing** [12] - 2300:23, 2305:25, 2306:11, 2310:15, 2314:6, 2320:10, 2335:24, 2336:16, 2347:12, 2364:17, 2366:7, 2366:22
**discussion** [8] - 2233:8, 2313:17, 2314:19, 2330:22, 2337:15, 2359:4
**discussions** [1] - 2328:8
**displayed** [1] - 2281:20
**disregard** [1] - 2243:25
**disruption** [1] - 2364:17
**distributor** [1] - 2271:25
**district** [1] - 2242:24
**DISTRICT** [3] - 2227:1, 2227:1, 2227:13
**District** [2] - 2378:5
**diverge** [1] - 2246:11
**divided** [1] - 2246:5
**division** [1] - 2241:11
**dock** [1] - 2250:20
**Dock** [4] - 2251:7, 2251:16, 2251:23, 2252:12
**document** [3] - 2279:16, 2360:24, 2368:12
**Dolan** [1] - 2252:10
**domestic** [2] - 2295:19, 2295:23
**dominant** [2] - 2271:2, 2276:12
**Don** [9] - 2291:14, 2292:24, 2292:25, 2297:11, 2302:11, 2302:16, 2304:5, 2304:23, 2333:2
**done** [2] - 2266:6, 2266:8
**Donovan** [1] - 2256:4
**door** [1] - 2232:19
**dot** [23] - 2255:11, 2255:22, 2263:22, 2275:8, 2275:14, 2275:18, 2275:21, 2276:2, 2276:5, 2276:7, 2276:8, 2276:11, 2276:14, 2276:18, 2276:25, 2277:1, 2277:8, 2277:16, 2277:18, 2278:23, 2279:1, 2284:6, 2284:16
**dots** [9] - 2248:12, 2250:17, 2251:17, 2252:20, 2255:23, 2269:20, 2269:21
**doubt** [1] - 2238:11
**Doug** [3] - 2320:23, 2321:15, 2342:4
**down** [12] - 2235:2, 2235:6, 2252:24, 2268:22, 2277:3, 2277:6, 2311:11, 2311:21, 2329:21, 2363:15, 2365:13, 2371:21
**downloaded** [1] - 2344:9
**downtown** [2] - 2285:16, 2302:5
**dozens** [1] - 2364:24

**draw** [4] - 2242:15, 2247:6, 2272:17, 2272:25
**drawn** [2] - 2277:9, 2277:15
**drew** [3] - 2272:4, 2273:9, 2273:18
**drive** [3] - 2231:11, 2231:20, 2288:16
**Drive** [1] - 2306:22
**dropped** [2] - 2284:8
**drove** [3] - 2321:12, 2366:4
**due** [2] - 2292:3, 2292:11
**Durfee** [2] - 2303:17, 2303:19
**during** [9] - 2241:17, 2242:14, 2248:5, 2248:13, 2255:17, 2271:19, 2292:12, 2292:13, 2295:10
**duty** [2] - 2326:11, 2327:13

**E**

**e-Node** [3] - 2253:2, 2283:3, 2285:6
**e-Nodes** [1] - 2283:21
**earliest** [1] - 2259:19
**early** [5] - 2248:25, 2264:8, 2291:6, 2309:11, 2311:4
**Earp** [1] - 2322:15
**earrings** [1] - 2266:12
**ears** [1] - 2294:22
**Earth** [1] - 2283:16
**ease** [1] - 2299:13
**easier** [3] - 2283:6, 2360:13, 2376:21
**east** [12] - 2248:9, 2248:23, 2256:14, 2260:17, 2261:8, 2263:6, 2276:9, 2276:11, 2277:23, 2277:24, 2278:18, 2279:6
**Eastern** [6] - 2263:19, 2280:18, 2302:14, 2305:7, 2309:16, 2370:17
**eastern** [3] - 2263:22, 2370:15, 2370:19
**easy** [1] - 2377:11
**ed** [1] - 2358:9
**Ed** [6] - 2248:21, 2253:12, 2261:3, 2303:17, 2354:5
**edge** [1] - 2333:14
**edges** [1] - 2313:14
**education** [1] - 2243:22
**Edward** [1] - 2228:16
**Edwards** [2] - 2227:14, 2373:11
**EDWARDS** [9] - 2239:2, 2239:5, 2239:12, 2240:1, 2373:12, 2373:16, 2374:15, 2375:18, 2377:22
**effect** [1] - 2356:5
**efficiency** [2] - 2232:18, 2232:23
**efficient** [1] - 2349:23
**effort** [1] - 2242:5
**egg** [1] - 2296:12
**eight** [6] - 2309:4, 2344:11, 2344:16, 2345:20, 2346:19, 2349:20
**eight-minute** [2] - 2344:11, 2345:20
**either** [4] - 2234:11, 2328:15, 2328:20, 2364:16
**elastic** [1] - 2316:1
**elderly** [2] - 2316:17, 2316:20

**election** [3] - 2301:18, 2330:5, 2353:8
**electors** [2] - 2362:1, 2364:2
**electromagnetic** [3] - 2274:7, 2274:13, 2274:14
**Ellipse** [6] - 2311:9, 2311:15, 2311:18, 2312:16, 2318:11, 2323:16
**email** [2] - 2290:23, 2311:7
**embedded** [1] - 2364:2
**emergency** [3] - 2297:14, 2299:11, 2299:12
**emitting** [1] - 2274:16
**eNB** [1] - 2250:10
**encampment** [3] - 2368:3, 2368:5, 2368:6
**encircle** [1] - 2313:14
**encompass** [1] - 2232:6
**end** [6] - 2265:8, 2282:8, 2293:9, 2294:20, 2295:2, 2331:25
**End** [5] - 2240:4, 2244:12, 2318:5, 2337:13, 2361:11
**ended** [1] - 2352:17
**ending** [34] - 2248:20, 2249:25, 2250:23, 2251:10, 2252:3, 2252:9, 2254:12, 2255:3, 2255:4, 2255:15, 2256:3, 2256:11, 2256:21, 2257:9, 2257:14, 2258:3, 2258:11, 2258:16, 2258:22, 2259:13, 2260:2, 2260:14, 2261:3, 2261:11, 2262:6, 2262:16, 2263:1, 2268:13, 2277:13, 2277:14, 2278:17, 2279:23, 2281:12, 2303:23
**ends** [3] - 2252:18, 2282:10, 2374:25
**enemies** [3] - 2295:19, 2295:20, 2295:23
**enforcement** [2] - 2283:5, 2292:7
**engineers** [2] - 2241:25, 2242:10
**enter** [3] - 2282:18, 2282:22, 2320:11
**entered** [1] - 2319:21
**enters** [2] - 2239:1, 2307:24
**entire** [12] - 2232:20, 2272:24, 2300:8, 2313:15, 2344:22, 2346:17, 2348:17, 2349:1, 2349:2, 2358:17, 2365:22, 2366:3
**entirely** [1] - 2294:13
**entirety** [1] - 2347:1
**entitled** [1] - 2378:8
**equipment** [2] - 2254:18, 2354:17
**erase** [1] - 2271:20
**errand** [4] - 2311:15, 2324:16, 2324:22, 2326:5
**escape** [1] - 2338:21
**escort** [5] - 2316:15, 2316:20, 2317:2, 2317:3, 2317:11
**escorting** [1] - 2317:5
**especially** [1] - 2297:13
**essentially** [7] - 2236:19, 2242:15, 2254:21, 2288:20, 2300:5, 2342:16, 2343:22
**estimate** [1] - 2246:20
**et** [2] - 2291:24, 2312:9
**ET** [1] - 2227:7

**EV100** [4] - 2229:23, 2335:16, 2337:14, 2337:16
**EV101** [1] - 2350:4
**EV110** [6] - 2229:21, 2325:9, 2325:16, 2326:14, 2327:3, 2327:4
**EV122** [1] - 2343:24
**EV123** [1] - 2358:2
**EV125** [1] - 2371:15
**EV126** [5] - 2230:5, 2369:23, 2370:4, 2370:6, 2370:7
**EV127** [6] - 2229:24, 2341:9, 2341:17, 2341:19, 2341:20, 2341:21
**EV13** [5] - 2229:18, 2289:10, 2289:16, 2289:18, 2289:19
**EV135** [5] - 2229:19, 2321:13, 2321:18, 2321:20, 2321:21
**EV136** [5] - 2229:20, 2322:19, 2323:2, 2323:4, 2323:5
**EV170** [3] - 2329:15, 2330:8, 2330:25
**EV400** [4] - 2229:22, 2331:23, 2332:4, 2332:7
**EV705** [1] - 2279:14
**EV801** [3] - 2229:14, 2282:12, 2284:13
**EV802** [3] - 2229:15, 2285:24, 2286:2
**EV803** [2] - 2229:16, 2286:11
**evade** [1] - 2338:21
**Eve** [1] - 2364:3
**evening** [6] - 2251:14, 2257:22, 2257:25, 2262:16, 2302:13, 2377:24
**evenly** [1] - 2246:10
**event** [20] - 2234:1, 2293:2, 2293:11, 2294:6, 2294:17, 2294:19, 2296:9, 2297:5, 2297:8, 2297:22, 2298:2, 2298:5, 2306:4, 2311:14, 2311:23, 2312:1, 2316:15, 2329:2, 2329:5, 2332:12
**events** [18] - 2290:11, 2294:19, 2294:21, 2295:11, 2296:18, 2297:16, 2297:19, 2298:15, 2300:18, 2300:23, 2302:17, 2305:16, 2316:19, 2319:25, 2324:4, 2332:17, 2329:22, 2336:17
**evidence** [47] - 2239:21, 2243:24, 2244:1, 2244:2, 2244:13, 2244:16, 2276:17, 2276:20, 2279:8, 2279:12, 2280:11, 2284:13, 2286:2, 2286:11, 2287:17, 2287:20, 2289:19, 2321:21, 2323:5, 2327:4, 2332:7, 2337:16, 2341:21, 2346:21, 2348:24, 2350:11, 2354:24, 2354:25, 2355:7, 2359:11, 2360:3, 2360:8, 2360:13, 2360:15, 2361:18, 2363:25, 2364:9, 2364:11, 2366:2, 2367:18, 2370:7, 2373:6, 2373:20, 2374:5, 2375:2, 2375:24, 2377:7
**exact** [2] - 2374:14, 2375:14
**exactly** [2] - 2284:6, 2348:12
**EXAMINATION** [6] - 2240:16, 2263:13, 2266:11, 2274:2, 2286:15, 2289:6
**Examination** [6] - 2229:4, 2229:4, 2229:5, 2229:5, 2229:7, 2229:8

**examination** [7] - 2238:5, 2238:10, 2240:8, 2240:10, 2271:6, 2327:7, 2372:9
**example** [5] - 2246:12, 2246:14, 2269:7, 2319:23, 2354:9
**examples** [1] - 2245:4
**except** [2] - 2232:8, 2232:10
**exception** [1] - 2243:17
**exchange** [4] - 2321:16, 2342:22, 2343:13, 2355:12
**exchanged** [1] - 2356:15
**exciting** [1] - 2357:12
**excludes** [1] - 2373:20
**excuse** [8] - 2251:12, 2253:22, 2256:13, 2257:14, 2263:3, 2270:17, 2277:21, 2296:15
**exfil** [4] - 2338:21, 2339:4, 2339:5, 2339:8
**Exhibit** [52] - 2229:11, 2244:8, 2244:16, 2269:21, 2279:14, 2280:7, 2280:11, 2281:6, 2282:6, 2284:13, 2285:18, 2286:2, 2286:11, 2286:22, 2287:20, 2289:16, 2289:19, 2320:13, 2321:18, 2321:21, 2322:19, 2323:2, 2323:5, 2324:7, 2325:9, 2325:16, 2326:14, 2327:4, 2329:15, 2330:25, 2332:7, 2335:16, 2337:16, 2341:9, 2341:17, 2341:21, 2343:5, 2343:24, 2350:4, 2350:11, 2355:4, 2355:7, 2358:1, 2358:12, 2361:18, 2367:6, 2367:14, 2367:18, 2368:14, 2369:23, 2370:4, 2370:7
**exhibit** [23] - 2231:5, 2231:13, 2231:25, 2233:1, 2233:6, 2263:25, 2278:2, 2278:7, 2281:9, 2282:2, 2282:21, 2286:8, 2308:14, 2320:17, 2329:16, 2330:7, 2330:24, 2358:3, 2358:5, 2360:19, 2363:5, 2366:2, 2372:25
**exhibits** [13] - 2231:3, 2231:5, 2231:9, 2231:11, 2231:12, 2231:15, 2231:17, 2231:18, 2232:4, 2232:17, 2361:5, 2376:5
**exits** [2] - 2307:20, 2371:20
**expect** [2] - 2238:20, 2238:21
**expected** [1] - 2366:10
**experience** [1] - 2243:23
**expert** [10] - 2238:10, 2239:20, 2239:21, 2241:20, 2242:3, 2242:21, 2243:10, 2243:14, 2243:17, 2243:19
**expert's** [1] - 2243:21
**expertise** [3] - 2239:19, 2279:4, 2284:4
**experts** [2] - 2242:7, 2279:9
**explain** [1] - 2244:23
**explosives** [4] - 2374:12, 2374:16, 2375:3, 2375:12
**express** [1] - 2236:9
**expressed** [1] - 2362:10
**expressing** [2] - 2235:25, 2367:1
**extent** [2] - 2337:9, 2361:13
**Eye** [1] - 2228:17

**eyes** [2] - 2294:22, 2330:6
**eyesores** [1] - 2245:12

## F

**face** [3] - 2246:8, 2292:6, 2296:12
**faced** [3] - 2246:17, 2246:18, 2260:5
**facilitate** [1] - 2302:9
**facing** [5] - 2247:9, 2247:11, 2277:1, 2277:16, 2279:6
**fact** [17] - 2237:7, 2276:19, 2279:5, 2311:16, 2336:14, 2336:16, 2336:17, 2336:24, 2345:7, 2345:12, 2357:19, 2367:1, 2373:12, 2374:8, 2374:11, 2375:7, 2375:8
**factual** [1] - 2374:17
**fade** [1] - 2246:23
**fails** [1] - 2325:13
**fair** [4] - 2264:5, 2265:1, 2265:21, 2337:10
**fairly** [1] - 2244:3
**fall** [1] - 2329:23
**falls** [1] - 2284:6
**Falls** [3] - 2261:19, 2261:21, 2261:22
**familiar** [8] - 2264:21, 2264:24, 2285:16, 2286:4, 2298:2, 2308:25, 2331:1, 2337:20
**family** [1] - 2308:23
**fan** [4] - 2333:19, 2333:20, 2333:23, 2354:10
**far** [4] - 2292:16, 2313:4, 2352:14, 2373:10
**Fayetteville** [10] - 2331:15, 2335:19, 2336:8, 2336:9, 2336:22, 2337:18, 2337:20, 2337:22, 2338:2
**FBI** [2] - 2240:24, 2241:2
**fears** [2] - 2233:25, 2328:1
**feather** [1] - 2295:3
**federal** [3] - 2242:24, 2299:12, 2323:15
**feet** [1] - 2355:24
**Feet** [1] - 2355:25
**females** [1] - 2316:17
**fenced** [1] - 2311:15
**few** [4] - 2243:1, 2243:2, 2313:4, 2354:12
**FI** [1] - 2254:3
**field** [3] - 2245:15, 2342:24, 2355:14
**fight** [1] - 2328:9
**figure** [2] - 2288:5, 2288:9
**figured** [3] - 2266:1, 2288:7, 2334:11
**file** [1] - 2315:3
**filed** [1] - 2375:19
**filings** [1] - 2375:18
**film** [1] - 2233:17
**final** [1] - 2262:24
**finally** [1] - 2248:24
**fine** [6] - 2235:5, 2239:19, 2263:16, 2285:2, 2350:2, 2361:16
**finish** [1] - 2377:5
**fire** [2] - 2355:24, 2355:25

**firearms** [3] - 2376:25, 2377:2, 2377:8
**first** [41] - 2232:8, 2232:10, 2233:16, 2234:24, 2237:16, 2237:23, 2238:1, 2260:25, 2264:11, 2270:19, 2271:23, 2292:5, 2292:23, 2293:2, 2298:23, 2315:21, 2322:10, 2332:3, 2337:5, 2337:9, 2337:11, 2338:24, 2341:22, 2341:23, 2344:25, 2345:7, 2345:13, 2345:18, 2345:19, 2350:12, 2350:14, 2354:4, 2355:8, 2355:9, 2355:10, 2368:19, 2369:24, 2372:18, 2373:7
**Fischer** [1] - 2236:25
**fits** [1] - 2316:1
**five** [13] - 2250:13, 2256:7, 2262:10, 2271:7, 2271:8, 2271:9, 2271:12, 2343:12, 2345:18, 2355:12, 2355:16, 2367:17, 2376:16
**five-page** [1] - 2376:16
**FL** [2] - 2228:10, 2228:14
**flag** [5] - 2245:10, 2255:12, 2255:13, 2255:23, 2255:24
**flags** [1] - 2234:18
**flashlight** [3] - 2246:21, 2247:9
**flipped** [3] - 2277:3, 2277:6, 2277:25
**Florida** [6] - 2237:18, 2292:18, 2296:14, 2296:16, 2373:17, 2373:25
**flow** [1] - 2312:18
**fluid** [1] - 2292:25
**fly** [2] - 2291:23, 2309:6
**flying** [1] - 2267:2
**Flynn** [9] - 2291:4, 2291:7, 2291:8, 2291:18, 2291:22, 2292:17, 2292:19, 2292:24, 2294:17
**focus** [6] - 2314:22, 2323:24, 2327:14, 2360:11, 2360:23
**focused** [2] - 2266:20, 2313:12, 2314:20, 2319:2, 2331:6, 2339:20, 2339:25, 2340:1, 2345:24
**folder** [1] - 2231:15
**folks** [5] - 2291:15, 2291:22, 2292:4, 2297:13, 2315:11
**following** [1] - 2249:6
**followup** [1] - 2255:1
**fool's** [4] - 2311:15, 2324:16, 2324:22, 2326:5
**footage** [3] - 2233:3, 2301:3
**footprint's** [1] - 2260:9
**FOR** [1] - 2227:1
**Forbes** [1] - 2301:17
**force** [3] - 2237:19, 2237:20, 2376:6
**Force** [1] - 2376:10
**forcibly** [1] - 2362:11
**Ford** [1] - 2236:25
**foregoing** [1] - 2378:6
**foreign** [2] - 2295:20, 2295:23
**form** [1] - 2274:7
**former** [2] - 2304:18, 2347:16
**Fort** [1] - 2228:10
**forth** [1] - 2236:6
**forward** [12] - 2260:12, 2261:1, 2311:4,

2325:21, 2334:14, 2334:17, 2335:2, 2350:24, 2351:21, 2371:18
**forwarded** [1] - 2363:22
**foundation** [1] - 2237:9
**foundational** [2] - 2236:23, 2330:24
**four** [15] - 2237:24, 2248:3, 2259:4, 2271:8, 2271:12, 2287:4, 2287:6, 2315:22, 2316:16, 2343:9, 2359:1, 2361:20, 2373:3, 2373:5, 2376:16
**fourth** [1] - 2308:9
**frank** [1] - 2301:2
**Frank** [4] - 2301:5, 2308:4, 2308:8, 2308:11
**fraud** [1] - 2325:1
**free** [3] - 2288:24, 2316:2, 2316:4
**freedom** [2] - 2312:10, 2313:5
**Freedom** [1] - 2371:6
**frequency** [3] - 2274:16, 2274:19, 2274:23
**fresh** [2] - 2322:17, 2323:18
**friend** [1] - 2304:18
**friends** [4] - 2293:12, 2349:10, 2349:16, 2353:15
**friendship** [1] - 2352:22
**front** [9] - 2246:22, 2275:6, 2289:24, 2295:18, 2312:15, 2318:3, 2363:25, 2364:12, 2370:23
**FRS** [1] - 2292:10
**full** [8] - 2280:4, 2309:4, 2310:5, 2311:16, 2316:17, 2344:11, 2364:2, 2376:7
**functions** [1] - 2319:14

## G

**gap** [1] - 2282:2
**gather** [2] - 2353:15, 2365:20
**gathering** [2] - 2292:12, 2329:19
**Gator** [1] - 2303:23
**gear** [1] - 2295:13
**gearing** [1] - 2301:19
**gears** [2] - 2253:4, 2261:25
**general** [7] - 2242:15, 2285:20, 2289:12, 2292:19, 2318:21, 2373:4, 2377:3
**General** [1] - 2291:8
**generally** [14] - 2233:24, 2242:4, 2242:12, 2259:17, 2269:24, 2270:1, 2272:14, 2287:12, 2319:2, 2319:6, 2319:8, 2329:22, 2336:16, 2354:13
**gentleman** [1] - 2290:5
**gentleman's** [1] - 2372:23
**gentlemen** [2] - 2243:15, 2371:17
**Gents** [1] - 2338:2
**GenX** [1] - 2324:11
**geometry** [1] - 2246:6
**George** [4] - 2237:20, 2372:17, 2372:20, 2376:6
**Georgia** [3] - 2290:22, 2311:24, 2330:3
**gist** [1] - 2357:10
**given** [10] - 2231:21, 2237:24, 2238:7,

2250:2, 2267:19, 2270:5, 2271:16,
  2288:15, 2313:8, 2376:1
**glad** [1] - 2342:25
**Glebe** [2] - 2253:6, 2255:12
**Google** [8] - 2254:3, 2281:3, 2282:18,
  2282:23, 2283:16, 2283:17, 2283:22,
  2285:21
**Gorda** [1] - 2228:14
**GoTo** [3] - 2301:8, 2315:16, 2315:19
**Government** [6] - 2227:16, 2244:8,
  2286:21, 2343:5, 2343:24, 2370:4
**government** [42] - 2231:4, 2231:10,
  2231:25, 2232:13, 2232:18, 2233:5,
  2233:12, 2233:16, 2233:18, 2233:20,
  2234:7, 2234:15, 2235:1, 2235:5,
  2235:8, 2236:6, 2236:20, 2236:22,
  2237:1, 2237:10, 2237:16, 2237:22,
  2240:11, 2243:4, 2278:7, 2281:21,
  2319:1, 2330:16, 2332:1, 2336:13,
  2336:21, 2344:1, 2344:13, 2346:13,
  2360:18, 2360:25, 2361:2, 2361:7,
  2373:7, 2376:5, 2376:18, 2377:22
**government's** [6] - 2278:2, 2281:8,
  2281:9, 2359:9, 2360:7, 2375:25
**Government's** [2] - 2320:13, 2324:6
**GPS** [2] - 2266:22, 2266:23
**grab** [2] - 2349:9, 2353:16
**Gracia** [1] - 2294:10
**Granbury** [2] - 2248:6, 2248:8
**Graydon** [3] - 2324:12, 2324:13,
  2325:18
**Graydon's** [1] - 2326:4
**great** [4] - 2295:3, 2315:3, 2316:1,
  2371:8
**Great** [1] - 2316:7
**green** [3] - 2250:1, 2252:20, 2260:3
**Greene** [7] - 2303:25, 2304:2, 2304:7,
  2314:17, 2332:14, 2371:13
**grenades** [10] - 2237:17, 2237:21,
  2372:21, 2373:3, 2373:8, 2374:1,
  2375:4, 2376:12, 2376:24, 2377:8
**Grenier** [8] - 2311:6, 2311:7, 2312:12,
  2312:24, 2313:7, 2314:9, 2315:2,
  2316:7
**ground** [1] - 2246:1
**grounds** [1] - 2238:2
**group** [27] - 2293:16, 2300:15, 2304:10,
  2313:17, 2315:9, 2316:14, 2317:3,
  2317:9, 2319:14, 2337:3, 2337:9,
  2344:10, 2352:5, 2352:13, 2353:11,
  2354:12, 2354:20, 2356:6, 2358:8,
  2359:1, 2364:16, 2364:19, 2366:4,
  2366:7, 2371:4, 2373:17, 2373:25
**groups** [3] - 2235:13, 2302:22, 2303:2
**guard** [2] - 2292:24, 2295:5
**guess** [8] - 2236:6, 2239:10, 2252:18,
  2255:24, 2346:9, 2347:3, 2361:1,
  2361:6
**guessed** [1] - 2324:15
**guessing** [1] - 2235:17

**guides** [1] - 2295:5
**guy** [1] - 2352:7
**guys** [3] - 2291:6, 2309:3, 2371:2

# H

**Hackett** [10] - 2228:6, 2252:3, 2253:12,
  2259:13, 2260:24, 2266:15, 2268:5,
  2268:14, 2268:17, 2287:10
**Hagg** [1] - 2362:15
**Haggman** [7] - 2342:2, 2342:4, 2344:8,
  2353:14, 2355:13, 2356:9, 2356:12
**Hahn** [1] - 2317:8
**half** [12] - 2238:18, 2271:13, 2271:19,
  2272:5, 2273:17, 2273:18, 2273:20,
  2282:3, 2344:13, 2345:21, 2345:22
**half-hour** [2] - 2271:13, 2271:19
**Halim** [6] - 2228:6, 2229:4, 2239:12,
  2266:10, 2273:24, 2376:9
**HALIM** [15] - 2238:22, 2243:11, 2244:14,
  2266:11, 2268:10, 2268:22, 2271:3,
  2273:22, 2287:18, 2372:24, 2376:4,
  2376:11, 2376:14, 2376:24, 2377:9
**Hampton** [2] - 2338:15, 2340:12
**Hancock** [1] - 2352:7
**handle** [1] - 2254:17
**handling** [1] - 2375:16
**hands** [3] - 2316:1, 2316:4, 2375:21
**hands-free** [1] - 2316:4
**handset** [3] - 2254:18, 2258:8, 2259:8
**hang** [2] - 2336:19
**happy** [1] - 2373:16
**hard** [1] - 2376:1
**Harrelson** [3] - 2251:11, 2253:11,
  2258:16
**Harris** [3] - 2231:21, 2231:22, 2239:10
**Hawley** [1] - 2361:24
**head** [6] - 2268:6, 2268:20, 2273:12,
  2312:5, 2315:25, 2316:12
**heads** [1] - 2311:11
**hear** [1] - 2348:1
**heard** [5] - 2254:4, 2329:11, 2348:2,
  2358:25, 2373:23
**hearsay** [1] - 2359:17
**heavy** [1] - 2339:24
**heck** [1] - 2295:19
**hectic** [1] - 2293:1
**held** [4] - 2241:2, 2288:20, 2296:5,
  2378:7
**helmet** [1] - 2316:1
**help** [10] - 2231:8, 2294:19, 2296:10,
  2309:3, 2309:24, 2310:9, 2338:21,
  2339:3, 2339:5, 2339:8
**helping** [1] - 2294:21
**helps** [1] - 2314:11
**hereby** [1] - 2378:5
**HI** [1] - 2228:4
**hiding** [1] - 2265:19
**high** [2] - 2316:8, 2316:9
**highlighted** [4] - 2275:9, 2275:19,

2280:12, 2282:8
**highways** [1] - 2248:17
**Hilgeman** [14] - 2239:6, 2289:3, 2289:7,
  2307:23, 2321:23, 2324:8, 2329:17,
  2331:6, 2335:18, 2341:24, 2346:23,
  2350:5, 2350:14, 2371:21
**HILGEMAN** [2] - 2229:6, 2289:5
**Hilgeman's** [2] - 2239:13, 2240:10
**hill** [1] - 2299:6
**hillside** [1] - 2246:12
**himself** [1] - 2318:9
**historical** [1] - 2267:22
**hit** [2] - 2333:19, 2333:20
**hits** [2] - 2333:23, 2354:9
**hmm** [1] - 2252:17
**Holden** [1] - 2308:21
**holiday** [1] - 2364:3
**Honor** [51] - 2231:19, 2232:7, 2235:23,
  2236:14, 2237:14, 2238:12, 2240:1,
  2243:9, 2244:4, 2244:12, 2263:12,
  2270:13, 2276:21, 2278:1, 2279:10,
  2283:24, 2286:14, 2287:16, 2289:17,
  2317:13, 2321:17, 2323:1, 2323:3,
  2326:13, 2326:15, 2326:25, 2329:25,
  2330:11, 2330:17, 2330:23, 2331:5,
  2332:5, 2335:21, 2335:23, 2336:3,
  2336:4, 2336:6, 2341:16, 2346:16,
  2348:25, 2349:25, 2350:20, 2358:25,
  2360:10, 2365:23, 2367:13, 2370:3,
  2371:25, 2372:4, 2373:2, 2377:22
**Honor's** [1] - 2359:12
**HONORABLE** [1] - 2227:12
**hornet's** [3] - 2321:3, 2321:7, 2321:25
**hosted** [1] - 2342:4
**hosts** [1] - 2288:11
**hotel** [12] - 2255:14, 2255:21, 2255:22,
  2257:6, 2269:13, 2278:25, 2332:15,
  2333:4, 2368:25, 2369:11, 2370:10
**hotels** [1] - 2332:12
**hour** [32] - 2238:17, 2238:18, 2271:13,
  2271:19, 2299:12, 2342:7, 2342:11,
  2342:16, 2342:20, 2344:17, 2344:20,
  2344:22, 2345:1, 2345:5, 2345:14,
  2345:15, 2345:19, 2345:23, 2346:24,
  2346:25, 2347:2, 2347:5, 2349:1,
  2349:2, 2349:3, 2349:4, 2371:25,
  2372:2, 2372:3, 2372:9
**hours** [14] - 2242:9, 2248:11, 2248:25,
  2251:14, 2252:5, 2257:25, 2262:16,
  2262:18, 2280:14, 2282:3, 2292:14,
  2309:11, 2311:16, 2311:19, 2338:23,
  2347:1, 2347:7
**House** [6] - 2300:8, 2311:9, 2312:16,
  2323:16, 2327:21, 2357:2
**house** [3] - 2237:17, 2374:8, 2374:18
**houses** [2] - 2357:2, 2357:19
**huge** [1] - 2292:12
**Hughes** [1] - 2227:17
**HUGHES** [5] - 2231:4, 2231:10,
  2232:14, 2235:8, 2237:4

**hundreds** [1] - 2242:20
**hydro** [2] - 2314:14, 2318:14
**Hydro** [1] - 2314:15
**hydroALstatepoc** [1] - 2318:8
**hypothetically** [2] - 2269:11, 2279:13
**hypotheticals** [1] - 2279:9

**I**

**ID** [2] - 2255:18, 2258:4
**idea** [3] - 2239:25, 2315:25, 2317:2
**identification** [4] - 2233:4, 2250:12, 2279:15, 2335:17
**identifier** [1] - 2254:19
**identify** [3] - 2232:15, 2299:24, 2341:13
**III** [1] - 2302:7
**IIRC** [1] - 2334:8
**illustrating** [1] - 2249:23
**illustration** [1] - 2247:4
**image** [1] - 2316:9
**images** [4] - 2358:16, 2360:4, 2360:9, 2360:24
**implying** [1] - 2359:21
**importance** [3] - 2245:15, 2245:16, 2295:23
**important** [6] - 2295:18, 2336:23, 2340:18, 2346:12, 2348:5, 2348:13
**impossible** [1] - 2278:22
**impression** [1] - 2317:23
**IN** [1] - 2227:1
**inaccurate** [1] - 2375:9
**include** [1] - 2241:4
**included** [3] - 2232:16, 2295:13, 2377:1
**includes** [4] - 2231:6, 2231:11, 2306:8, 2373:23
**including** [1] - 2377:6
**incoming** [2] - 2269:6, 2302:6
**inconsistent** [3] - 2275:13, 2275:16, 2275:17
**incorporate** [1] - 2239:23
**incorporating** [1] - 2338:22
**incredibly** [1] - 2295:18
**indeed** [1] - 2237:6
**Independence** [1] - 2298:24
**INDEX** [1] - 2229:1
**Indian** [1] - 2228:6
**indicate** [1] - 2247:11
**indicated** [5] - 2247:12, 2248:7, 2249:11, 2261:17, 2271:5
**indicates** [2] - 2244:19, 2268:16
**indicator** [1] - 2270:20
**indicia** [1] - 2377:3
**individual** [8] - 2262:1, 2262:2, 2262:3, 2291:11, 2299:8, 2301:11, 2304:2, 2329:8
**individuals** [6] - 2235:18, 2239:14, 2292:17, 2314:21, 2318:24, 2361:21
**individuals'** [1] - 2313:10
**indulgence** [2] - 2286:23, 2330:19

**inflammatory** [1] - 2373:6
**information** [8] - 2254:2, 2254:19, 2267:20, 2287:14, 2288:10, 2288:20, 2312:21, 2359:10
**initiating** [1] - 2277:22
**Inn** [22] - 2253:7, 2255:11, 2256:8, 2257:12, 2257:15, 2257:16, 2257:25, 2258:5, 2258:13, 2258:19, 2258:25, 2261:5, 2261:24, 2262:12, 2262:21, 2275:9, 2301:3, 2338:16, 2340:12, 2369:3, 2369:15, 2369:18
**inside** [1] - 2377:4
**instruction** [1] - 2243:16
**instructions** [1] - 2290:24
**insurrection** [1] - 2324:25
**Insurrection** [2] - 2325:3, 2327:15
**Intel** [1] - 2290:7
**intel** [1] - 2329:19
**intending** [2] - 2233:9, 2356:6, 2376:18
**intends** [3] - 2231:14, 2321:2, 2376:5
**intense** [1] - 2241:23
**intent** [6] - 2336:12, 2336:18, 2359:21, 2361:1, 2362:11, 2368:13
**intention** [1] - 2231:16
**interest** [3] - 2352:13, 2367:1, 2367:3
**interested** [1] - 2292:18
**interfering** [2] - 2366:7, 2366:22
**intermittent** [1] - 2302:4
**interpret** [1] - 2348:24
**intersected** [1] - 2272:22
**interstate** [2] - 2250:9, 2252:1
**introduce** [5] - 2231:17, 2240:19, 2349:1, 2358:22, 2376:18
**introduced** [1] - 2232:24
**introducing** [2] - 2376:21, 2377:7
**inventory** [3] - 2376:8, 2376:16, 2376:19
**investigate** [1] - 2347:14
**investigation** [12] - 2244:6, 2244:10, 2250:4, 2253:24, 2290:10, 2293:24, 2294:8, 2321:9, 2322:21, 2329:18, 2334:23, 2345:25
**investigations** [2] - 2241:15, 2242:18
**invite** [1] - 2315:16
**involve** [1] - 2313:21
**involved** [2] - 2253:20, 2293:20
**involves** [2] - 2337:9, 2375:2
**involving** [1] - 2242:18
**Island** [1] - 2329:24
**issue** [5] - 2237:15, 2268:23, 2348:25, 2349:5, 2375:19
**issued** [3] - 2290:8, 2290:11, 2290:23
**issues** [6] - 2265:8, 2292:11, 2315:22, 2324:5, 2344:2, 2375:20
**IT** [1] - 2303:17
**itself** [2] - 2277:6, 2332:20

**J**

**J-E-N-N-I-F-E-R** [1] - 2240:21

**Jackson** [1] - 2228:10
**James** [7] - 2304:6, 2314:14, 2318:8, 2318:14, 2318:22, 2343:8, 2343:18
**Jan** [8] - 2289:12, 2294:17, 2294:18, 2296:8, 2296:12, 2311:23, 2312:22, 2317:10
**January** [83] - 2232:17, 2232:20, 2232:22, 2233:8, 2233:10, 2233:13, 2237:1, 2247:25, 2248:6, 2248:11, 2248:22, 2248:24, 2250:8, 2251:14, 2255:16, 2255:17, 2256:22, 2257:17, 2258:12, 2258:25, 2259:10, 2259:16, 2260:15, 2261:4, 2261:13, 2264:5, 2280:14, 2281:13, 2283:10, 2285:11, 2293:18, 2295:11, 2296:5, 2296:8, 2296:24, 2298:1, 2298:10, 2298:13, 2298:16, 2298:18, 2299:10, 2299:15, 2300:5, 2300:18, 2301:16, 2301:25, 2303:4, 2308:15, 2308:22, 2309:2, 2309:7, 2315:16, 2316:13, 2317:1, 2319:3, 2319:6, 2319:10, 2321:1, 2321:11, 2322:5, 2323:7, 2332:10, 2332:17, 2333:9, 2334:24, 2338:24, 2339:22, 2340:19, 2343:9, 2347:19, 2347:20, 2347:21, 2353:4, 2354:17, 2364:1, 2365:8, 2366:19, 2367:19, 2368:16, 2370:9
**Jason** [1] - 2252:10
**jeans** [1] - 2310:4
**Jeffrey** [3] - 2227:16, 2253:13, 2263:1
**Jekyll** [1] - 2329:24
**JENNIFER** [2] - 2229:3, 2240:13
**Jennifer** [1] - 2240:21
**Jenny** [3] - 2238:13, 2240:12, 2243:10
**Jeremy** [5] - 2237:17, 2372:21, 2374:16, 2375:2, 2376:12
**Jericho** [7] - 2294:19, 2297:23, 2298:3, 2298:6, 2298:12, 2298:21, 2328:24
**Jessica** [4] - 2253:10, 2255:15, 2309:19, 2315:4
**Jim** [3] - 2290:21, 2290:25
**join** [4] - 2357:20, 2359:21, 2364:24, 2372:25
**joining** [2] - 2351:23, 2357:13
**Jonathan** [1] - 2253:10
**Jones** [2] - 2295:2, 2295:4
**Joseph** [8] - 2228:6, 2252:3, 2253:12, 2259:13, 2266:15, 2268:13, 2268:17, 2287:10
**Josh** [3] - 2292:24, 2304:6
**Joshua** [6] - 2314:14, 2318:8, 2318:14, 2318:22, 2343:7, 2343:18
**Jr** [1] - 2228:2
**JUDGE** [1] - 2227:13
**judge** [1] - 2278:17
**July** [2] - 2288:17, 2301:5
**jurisdictions** [1] - 2242:23
**JUROR** [1] - 2326:12
**jury** [24] - 2240:19, 2244:23, 2245:5, 2284:14, 2285:4, 2286:25, 2317:19,

2320:25, 2321:22, 2324:11, 2327:5,
2327:7, 2332:22, 2333:18, 2337:25,
2348:22, 2349:6, 2349:7, 2350:2,
2360:2, 2360:4, 2360:6, 2365:24
**Jury** [4] - 2239:1, 2307:20, 2307:24,
2371:20
**JURY** [1] - 2227:12

## K

**Kailua** [1] - 2228:4
**Kandaris** [15] - 2253:13, 2343:12,
2350:17, 2350:19, 2350:25, 2351:23,
2352:12, 2352:19, 2354:4, 2354:16,
2358:10, 2363:21, 2367:20, 2368:24,
2369:9
**Kandaris'** [1] - 2275:11
**Kathryn** [1] - 2227:16
**keep** [4] - 2242:5, 2251:19, 2252:18,
2280:15
**Keeper** [7] - 2299:9, 2309:21, 2317:8,
2320:4, 2322:15, 2347:16, 2374:2
**Keepers** [27] - 2233:7, 2233:22, 2234:1,
2235:6, 2235:16, 2236:4, 2236:16,
2237:5, 2237:8, 2294:5, 2295:10,
2295:25, 2296:20, 2302:18, 2313:17,
2316:19, 2320:4, 2320:6, 2328:2,
2328:13, 2328:17, 2328:20, 2329:23,
2334:24, 2338:25, 2351:19, 2373:25
**Kelly** [21] - 2249:25, 2250:7, 2290:8,
2290:19, 2291:4, 2303:4, 2304:5,
2304:6, 2304:11, 2304:20, 2308:15,
2309:2, 2310:15, 2332:11, 2341:25,
2358:9, 2363:20, 2363:21, 2378:3,
2378:11, 2378:13
**Kenneth** [3] - 2251:10, 2253:11,
2258:16
**Kentucky** [5] - 2243:2, 2288:16,
2331:12, 2338:8, 2338:13
**key** [1] - 2310:23
**kids** [1] - 2318:10
**kind** [14] - 2233:5, 2246:6, 2246:8,
2247:7, 2252:24, 2254:3, 2256:16,
2265:10, 2272:21, 2273:5, 2274:20,
2317:19, 2362:13, 2364:17
**kinds** [1] - 2236:7
**knowledge** [7] - 2265:5, 2293:25,
2299:22, 2304:24, 2317:9, 2331:2,
2334:23
**knows** [7] - 2235:6, 2265:25, 2283:20,
2336:14, 2336:21, 2373:12
**KY** [3] - 2337:2, 2338:19, 2339:14

## L

**labeled** [2] - 2256:6, 2279:24
**lack** [1] - 2328:9
**ladies** [2] - 2243:15, 2371:16
**Lafayette** [1] - 2329:23
**laid** [1] - 2237:10

**laminate** [1] - 2314:10
**laminated** [1] - 2315:1
**lamp** [1] - 2315:25
**land** [3] - 2305:19, 2306:21, 2336:15
**landing** [1] - 2305:21
**landings** [1] - 2336:15
**Landon** [1] - 2316:22
**Lane** [1] - 2228:6
**language** [1] - 2375:14
**large** [1] - 2237:10
**larger** [1] - 2247:24
**last** [26] - 2240:21, 2247:14, 2248:2,
2252:15, 2254:10, 2256:6, 2259:4,
2260:25, 2271:10, 2287:4, 2287:6,
2291:19, 2291:22, 2292:14, 2292:23,
2294:20, 2301:6, 2303:5, 2308:1,
2321:23, 2326:22, 2326:23, 2326:24,
2326:25, 2333:2, 2345:12
**lat/longitude** [7] - 2267:13, 2267:14,
2269:23, 2282:25, 2283:6, 2283:12,
2285:8
**late** [2] - 2302:14, 2366:18
**latest** [1] - 2259:22
**Latinos** [1] - 2293:9
**latinos** [1] - 2294:24
**latitude** [10] - 2267:10, 2281:1, 2281:4,
2282:7, 2282:10, 2282:22, 2284:16,
2285:8, 2285:11, 2285:13
**latitude/longitude** [2] - 2283:9, 2283:15
**latitudes** [2] - 2282:18, 2283:18
**LAW** [1] - 2228:3
**law** [2] - 2283:5, 2292:7
**lawn** [1] - 2327:21
**leader** [7] - 2302:17, 2303:18, 2304:3,
2304:5, 2304:8, 2315:19, 2334:18
**leaders** [7] - 2302:12, 2302:24, 2303:1,
2303:2, 2305:7, 2305:9
**leadership** [2] - 2296:5, 2302:12
**Leadership** [1] - 2343:7
**learned** [1] - 2246:6
**least** [6] - 2305:3, 2317:25, 2344:19,
2364:5, 2373:24, 2375:24
**leave** [6] - 2288:24, 2347:24, 2347:25,
2348:2, 2348:3, 2353:11
**leaving** [2] - 2354:18, 2354:20
**led** [1] - 2295:6
**Lee** [1] - 2228:2
**left** [14] - 2245:9, 2245:25, 2248:6,
2248:21, 2257:4, 2257:7, 2269:13,
2277:11, 2282:16, 2307:8, 2317:20,
2317:22, 2324:15, 2352:19
**legal** [6] - 2338:5, 2357:15, 2357:18,
2362:6, 2362:23, 2363:2
**legality** [1] - 2364:11
**legible** [1] - 2284:24
**legit** [1] - 2295:7
**lengthy** [2] - 2238:9, 2238:22
**LEO** [1] - 2292:7
**Lesard** [1] - 2294:12

**less** [2] - 2246:24, 2275:6
**letting** [1] - 2332:23
**level** [1] - 2236:23
**light** [8] - 2247:1, 2274:9, 2274:10,
2274:20, 2275:1, 2275:2, 2315:25,
2316:4
**lighter** [1] - 2275:5
**likely** [4] - 2246:11, 2291:15, 2304:24,
2357:10
**limit** [1] - 2231:22
**limitation** [1] - 2231:22
**limited** [1] - 2292:10
**limits** [1] - 2300:9
**Lin** [2] - 2308:22, 2308:24
**Lincoln** [4] - 2305:20, 2306:25,
2307:11, 2333:13
**line** [8] - 2272:4, 2277:9, 2280:12,
2282:8, 2285:1, 2294:25, 2311:17,
2374:14
**lines** [1] - 2250:13
**link** [10] - 2301:17, 2301:23, 2316:10,
2341:25, 2355:16, 2355:19, 2357:5,
2357:6, 2363:10, 2364:23
**linked** [3] - 2340:24, 2341:2, 2374:9
**list** [8] - 2254:22, 2283:2, 2283:5,
2283:10, 2283:13, 2283:21, 2291:19,
2300:18
**listed** [3] - 2253:9, 2254:22, 2268:2
**listen** [2] - 2342:6, 2342:17
**lists** [1] - 2351:23
**litigated** [1] - 2373:14
**live** [1] - 2241:10
**lives** [2] - 2296:14, 2296:16
**living** [1] - 2240:23
**lo** [1] - 2375:4
**loaded** [1] - 2288:6
**local** [3] - 2299:25, 2300:2, 2314:9
**locals** [3] - 2316:15, 2317:2, 2317:3
**locate** [1] - 2326:15
**located** [3] - 2248:14, 2267:14, 2374:8
**location** [24] - 2248:13, 2249:5,
2249:11, 2250:2, 2250:3, 2250:5,
2251:18, 2255:14, 2263:21, 2266:20,
2267:6, 2267:20, 2269:15, 2280:21,
2282:19, 2283:12, 2284:3, 2303:6,
2303:11, 2305:13, 2310:22, 2316:16,
2317:10, 2334:11
**locations** [6] - 2276:3, 2290:7, 2290:18,
2307:4, 2310:23, 2320:2
**logic** [1] - 2239:18
**logistics** [9] - 2306:11, 2310:15,
2313:21, 2314:21, 2319:13, 2328:7,
2359:3, 2359:4, 2359:25
**long/lat** [1] - 2281:2
**longitude** [10] - 2267:10, 2281:1,
2281:4, 2282:8, 2282:11, 2282:22,
2284:17, 2285:8, 2285:11, 2285:13
**longitudes** [2] - 2282:19, 2283:18
**look** [26] - 2239:16, 2245:8, 2245:10,
2247:15, 2252:15, 2253:6, 2253:9,

2254:23, 2255:9, 2258:15, 2268:25, 2272:2, 2272:21, 2273:3, 2275:8, 2280:12, 2280:23, 2283:1, 2283:16, 2285:10, 2290:20, 2331:8, 2336:1, 2360:6, 2371:18

**looked** [10] - 2235:16, 2282:15, 2288:8, 2301:3, 2319:8, 2321:24, 2323:9, 2345:21, 2362:3, 2362:9

**looking** [43] - 2244:17, 2244:23, 2245:4, 2245:22, 2246:9, 2247:13, 2247:18, 2248:19, 2249:21, 2250:22, 2251:8, 2252:2, 2252:8, 2254:17, 2255:10, 2256:2, 2256:10, 2256:20, 2256:22, 2257:19, 2258:10, 2258:21, 2259:2, 2259:12, 2260:1, 2260:13, 2261:2, 2261:10, 2261:14, 2261:20, 2262:14, 2262:25, 2270:19, 2271:5, 2288:19, 2294:23, 2306:4, 2311:1, 2318:9, 2329:17, 2360:6, 2360:21, 2370:13

**looks** [4] - 2247:7, 2278:14, 2318:23, 2333:13

**lookup** [1] - 2283:4

**lose** [1] - 2312:8

**losing** [2] - 2360:2, 2360:3

**lost** [1] - 2257:20

**Louis** [1] - 2227:18

**Louisiana** [1] - 2329:23

**Louisville** [12] - 2288:16, 2331:12, 2337:4, 2337:11, 2338:8, 2338:13, 2338:21, 2339:8, 2339:12, 2340:2, 2340:23, 2341:3

**love** [1] - 2295:6

**low** [1] - 2301:5

**lower** [1] - 2307:8

**LT** [1] - 2316:12

**lucky** [1] - 2370:10

**lunch** [1] - 2289:11

## M

**ma'am** [4] - 2240:17, 2268:12, 2272:7, 2273:11

**MAGA** [1] - 2331:18

**magnitude** [1] - 2312:1

**main** [3] - 2235:18, 2311:8, 2333:14

**major** [1] - 2235:9

**mall** [4] - 2271:24, 2293:11, 2311:10, 2312:5

**man** [1] - 2293:8

**manage** [1] - 2313:13

**manpower** [1] - 2352:15

**Manzo** [2] - 2227:18, 2229:5

**MANZO** [66] - 2238:12, 2238:18, 2240:11, 2240:16, 2243:9, 2244:4, 2244:12, 2244:21, 2260:21, 2263:10, 2276:21, 2278:1, 2278:10, 2280:9, 2283:24, 2284:1, 2284:10, 2285:25, 2286:9, 2286:14, 2286:15, 2286:21, 2286:25, 2287:2, 2287:11, 2287:13, 2287:16, 2288:22, 2289:17, 2317:13,

2317:16, 2318:4, 2321:19, 2323:3, 2326:15, 2326:18, 2327:2, 2329:25, 2330:11, 2332:2, 2335:21, 2336:4, 2336:6, 2341:18, 2346:20, 2350:9, 2355:5, 2358:13, 2358:19, 2359:9, 2360:14, 2361:10, 2361:17, 2363:6, 2365:25, 2367:15, 2368:10, 2370:5, 2372:14, 2372:17, 2372:20, 2375:15, 2376:20, 2377:2, 2377:15, 2377:19

**map** [41] - 2242:15, 2247:5, 2247:15, 2247:19, 2247:20, 2248:13, 2248:20, 2249:1, 2249:23, 2250:17, 2252:15, 2255:11, 2255:15, 2255:22, 2256:3, 2256:11, 2263:21, 2270:25, 2271:5, 2273:10, 2273:13, 2273:19, 2277:5, 2277:14, 2277:24, 2281:4, 2281:8, 2281:19, 2281:22, 2281:24, 2284:2, 2287:5, 2297:11, 2299:20, 2299:22, 2300:4, 2307:7, 2315:3, 2316:7, 2349:17

**mapped** [2] - 2281:11, 2281:16

**mapping** [2] - 2281:3, 2282:18

**maps** [25] - 2247:10, 2247:16, 2247:17, 2248:12, 2249:6, 2252:21, 2255:9, 2255:13, 2255:24, 2269:20, 2281:25, 2283:22, 2284:3, 2285:21, 2300:1, 2306:19, 2307:4, 2307:6, 2310:22, 2314:10, 2315:1, 2315:8, 2315:11, 2333:12, 2334:4

**march** [2] - 2311:8, 2348:20

**March** [10] - 2290:7, 2294:19, 2297:23, 2298:3, 2298:6, 2298:12, 2298:21, 2328:24, 2331:18, 2360:16

**marching** [1] - 2318:10

**Marcisella** [4] - 2301:2, 2308:4, 2308:8, 2308:11

**Marion** [1] - 2228:13

**mark** [4] - 2310:23, 2344:17, 2347:2

**marked** [1] - 2255:22

**Marlin** [2] - 2299:8, 2299:9

**Marsha** [5] - 2293:10, 2294:9, 2294:12, 2294:18, 2294:23

**Martin** [1] - 2228:9

**Maryland** [1] - 2243:3

**Massachusetts** [1] - 2378:5

**massive** [2] - 2365:7, 2365:14

**matched** [2] - 2268:8, 2268:20

**matter** [4] - 2239:19, 2239:20, 2360:20, 2378:8

**matters** [1] - 2360:23

**Matthew** [1] - 2228:16

**MDP** [1] - 2318:13

**mean** [6] - 2234:13, 2234:20, 2235:9, 2236:15, 2239:16, 2242:20, 2249:1, 2249:14, 2250:1, 2273:2, 2274:22, 2278:21, 2343:19, 2346:9, 2346:10, 2374:22

**means** [4] - 2267:7, 2305:2, 2338:3, 2357:21

**meant** [1] - 2345:20

**meanwhile** [1] - 2302:6

**measuring** [1] - 2270:10

**media** [1] - 2356:24

**Meet** [1] - 2298:23

**meet** [5] - 2266:17, 2306:1, 2316:14, 2317:3, 2320:10

**Meeting** [2] - 2301:8, 2315:17

**meeting** [3] - 2298:11, 2301:6, 2302:14

**Meetings** [1] - 2315:20

**megahertz** [1] - 2274:23

**Meggs** [35] - 2249:25, 2250:7, 2253:11, 2258:11, 2290:8, 2290:19, 2291:4, 2292:17, 2301:25, 2303:4, 2303:10, 2304:6, 2304:11, 2304:20, 2305:19, 2308:15, 2309:2, 2310:3, 2310:15, 2311:1, 2332:11, 2332:17, 2332:23, 2333:11, 2333:23, 2334:10, 2344:9, 2344:10, 2345:16, 2368:20, 2369:4, 2374:13, 2375:9, 2375:11, 2375:12

**MEHTA** [1] - 2227:12

**melded** [1] - 2345:8

**member** [8] - 2237:21, 2296:20, 2324:2, 2329:3, 2329:4, 2329:8, 2347:6, 2357:3

**members** [6] - 2294:5, 2328:13, 2328:19, 2358:8

**memorial** [1] - 2305:20

**Memorial** [2] - 2306:25, 2307:12

**memory** [4] - 2340:6, 2349:3, 2349:5, 2351:1

**mention** [4] - 2312:9, 2312:14, 2324:1, 2328:5

**mentioned** [2] - 2242:13, 2312:13

**merges** [1] - 2311:10

**Merit** [1] - 2378:3

**message** [67] - 2269:7, 2269:24, 2292:22, 2294:15, 2295:22, 2301:4, 2301:16, 2304:5, 2310:6, 2310:12, 2310:14, 2318:20, 2320:22, 2321:14, 2322:3, 2322:7, 2322:13, 2322:20, 2323:6, 2323:8, 2323:11, 2323:14, 2324:25, 2325:12, 2325:18, 2327:16, 2328:11, 2333:7, 2335:7, 2335:11, 2337:2, 2337:23, 2337:25, 2338:7, 2338:17, 2339:3, 2339:17, 2340:4, 2341:22, 2342:23, 2343:18, 2350:5, 2351:4, 2352:6, 2352:21, 2353:9, 2354:4, 2355:9, 2355:10, 2356:14, 2356:20, 2359:16, 2362:2, 2363:7, 2363:12, 2363:14, 2364:5, 2366:7, 2366:24, 2368:20, 2370:1, 2370:8, 2370:12, 2370:14, 2370:21, 2370:25, 2371:10

**messages** [70] - 2232:19, 2232:24, 2233:24, 2234:5, 2234:6, 2234:7, 2234:14, 2234:16, 2236:5, 2236:9, 2269:14, 2289:20, 2293:19, 2295:9, 2295:15, 2295:24, 2300:20, 2300:24, 2308:3, 2309:15, 2312:12, 2319:8, 2320:9, 2323:21, 2328:21, 2330:7,

2331:13, 2331:20, 2331:21, 2333:15, 2335:8, 2335:18, 2337:18, 2339:9, 2339:25, 2340:1, 2340:7, 2340:9, 2340:17, 2340:22, 2341:2, 2341:10, 2341:14, 2341:15, 2341:23, 2342:10, 2352:9, 2352:22, 2355:1, 2355:2, 2355:9, 2356:14, 2356:17, 2360:14, 2360:18, 2360:24, 2361:3, 2362:8, 2362:10, 2362:12, 2362:13, 2362:14, 2363:8, 2363:13, 2364:15, 2364:19, 2366:10, 2366:21, 2371:8, 2371:11

**meters** [1] - 2273:16

**Metro** [2] - 2264:11, 2311:20

**metropolitan** [1] - 2302:1

**Metropolitan** [1] - 2237:7

**Mexico** [2] - 2248:23, 2338:3

**Michael** [5] - 2291:8, 2303:25, 2304:2, 2314:17, 2371:12

**middle** [2] - 2273:19, 2284:8

**midnight** [1] - 2369:4

**Midwest** [2] - 2347:24, 2348:4

**might** [11] - 2245:19, 2246:24, 2270:15, 2294:9, 2295:10, 2297:24, 2299:16, 2313:4, 2316:22, 2328:9, 2375:12

**mile** [5] - 2269:17, 2273:16, 2273:17, 2273:18, 2273:20

**miles** [3] - 2269:17, 2273:13

**military/LEO** [1] - 2292:4

**militia** [2] - 2317:9, 2327:20

**million** [1] - 2331:18

**mind** [6] - 2251:19, 2266:25, 2307:7, 2358:20, 2359:15, 2367:4

**mine** [3] - 2238:22, 2292:14, 2332:15

**minimize** [1] - 2313:10

**minor** [1] - 2235:10

**Minuta** [1] - 2228:2

**MINUTA** [1] - 2227:7

**minute** [5] - 2344:11, 2345:20, 2345:21, 2345:22

**minutes** [14] - 2288:1, 2288:12, 2313:7, 2344:14, 2344:17, 2344:20, 2344:25, 2345:13, 2345:18, 2346:19, 2349:20, 2367:17, 2372:12, 2372:14

**misimpression** [1] - 2317:20

**missed** [4] - 2301:6, 2340:18, 2365:9, 2376:13

**mission** [1] - 2295:25

**misspoke** [3] - 2348:8, 2348:17, 2369:22

**mistake** [1] - 2349:8

**mobile** [3] - 2253:22, 2259:5, 2259:17

**Mobile** [12] - 2241:24, 2252:19, 2252:20, 2253:24, 2254:16, 2259:5, 2259:9, 2260:3, 2262:9, 2265:18, 2265:25

**Mobile's** [2] - 2253:23, 2259:8

**mobilizing** [1] - 2343:9

**moderator** [1] - 2315:12

**Moerschel** [7] - 2228:9, 2253:12, 2253:16, 2254:7, 2254:21, 2265:24,

---

2266:3

**Moerschel's** [3] - 2255:3, 2264:17, 2265:19

**moment** [5] - 2268:22, 2272:3, 2316:13, 2326:15, 2330:16

**Monday** [2] - 2298:1, 2298:6

**money** [2] - 2245:17, 2265:3

**moniker** [1] - 2290:2

**months** [2] - 2374:8, 2374:25, 2375:4

**Monument** [2] - 2307:11, 2311:11

**mOPOC** [1] - 2316:12

**mOPOC-LT** [1] - 2316:12

**Morgan** [1] - 2290:21

**morning** [17] - 2233:13, 2248:22, 2251:24, 2252:5, 2252:14, 2252:25, 2257:21, 2262:18, 2264:8, 2269:13, 2309:11, 2310:7, 2311:5, 2317:1, 2334:10, 2354:18, 2369:10

**Mortellite** [3] - 2378:3, 2378:11, 2378:13

**most** [9] - 2231:4, 2245:24, 2246:3, 2246:11, 2251:1, 2267:20, 2291:15, 2305:3, 2313:5

**mostly** [1] - 2235:17

**move** [16] - 2244:12, 2285:23, 2286:7, 2287:17, 2289:16, 2321:17, 2323:1, 2326:13, 2330:25, 2341:16, 2350:8, 2355:3, 2358:11, 2365:23, 2367:13, 2370:4

**moved** [6] - 2248:9, 2248:16, 2248:23, 2261:8, 2263:8, 2311:4

**movement** [9] - 2248:8, 2248:15, 2256:16, 2257:4, 2293:16, 2299:11, 2299:13, 2312:8, 2312:11

**movements** [2] - 2247:24

**moves** [2] - 2250:9, 2261:19

**moving** [8] - 2272:18, 2272:23, 2273:3, 2279:13, 2291:16, 2313:8

**MR** [219] - 2231:19, 2232:4, 2232:7, 2232:10, 2233:11, 2233:16, 2234:5, 2234:13, 2234:22, 2235:1, 2235:19, 2235:23, 2236:3, 2236:11, 2236:14, 2236:16, 2237:14, 2238:8, 2238:12, 2238:18, 2239:2, 2239:5, 2239:12, 2240:1, 2240:11, 2240:16, 2243:9, 2243:12, 2244:4, 2244:12, 2244:21, 2260:21, 2263:10, 2263:12, 2263:13, 2263:25, 2266:9, 2274:1, 2274:2, 2274:5, 2276:21, 2276:24, 2278:1, 2278:4, 2278:6, 2278:10, 2278:13, 2279:9, 2279:13, 2280:3, 2280:7, 2280:9, 2281:6, 2281:10, 2282:6, 2282:12, 2283:24, 2284:1, 2284:10, 2284:14, 2284:25, 2285:23, 2285:25, 2286:3, 2286:7, 2286:9, 2286:12, 2286:14, 2286:15, 2286:21, 2286:25, 2287:2, 2287:11, 2287:13, 2287:16, 2288:22, 2289:6, 2289:10, 2289:15, 2289:17, 2298:9, 2298:18, 2300:25, 2307:16, 2308:2, 2317:13, 2317:16,

---

2318:4, 2320:13, 2320:17, 2320:19, 2320:21, 2321:13, 2321:17, 2321:19, 2321:22, 2323:1, 2323:3, 2324:6, 2325:16, 2326:13, 2326:15, 2326:17, 2326:18, 2326:19, 2326:20, 2326:24, 2327:2, 2327:5, 2329:14, 2329:25, 2330:6, 2330:11, 2330:16, 2330:19, 2330:23, 2331:4, 2331:23, 2332:2, 2332:3, 2332:5, 2335:21, 2335:23, 2336:3, 2336:4, 2336:6, 2336:12, 2336:21, 2337:4, 2341:8, 2341:16, 2341:18, 2341:19, 2342:14, 2343:5, 2343:24, 2344:4, 2346:4, 2346:16, 2346:19, 2346:20, 2348:25, 2349:24, 2350:4, 2350:8, 2350:9, 2350:12, 2350:24, 2351:2, 2351:9, 2351:15, 2351:18, 2351:21, 2352:10, 2354:3, 2355:3, 2355:5, 2355:8, 2358:1, 2358:11, 2358:13, 2358:17, 2358:19, 2358:20, 2358:23, 2358:25, 2359:9, 2359:17, 2360:10, 2360:14, 2361:1, 2361:10, 2361:14, 2361:17, 2363:4, 2363:6, 2363:9, 2363:14, 2364:21, 2365:5, 2365:23, 2365:25, 2367:6, 2367:13, 2367:15, 2368:10, 2368:14, 2368:17, 2369:6, 2369:23, 2370:3, 2370:5, 2370:21, 2370:25, 2371:10, 2371:15, 2371:25, 2372:4, 2372:6, 2372:10, 2372:14, 2372:17, 2372:20, 2373:2, 2373:12, 2373:15, 2373:16, 2373:19, 2374:6, 2374:15, 2374:24, 2375:10, 2375:15, 2375:18, 2376:20, 2377:2, 2377:15, 2377:19, 2377:22

**MS** [20] - 2231:4, 2231:10, 2232:14, 2235:8, 2237:4, 2238:22, 2243:11, 2244:14, 2266:11, 2268:10, 2268:22, 2271:3, 2273:22, 2287:18, 2372:24, 2376:4, 2376:11, 2376:14, 2376:24, 2377:9

**multiple** [4] - 2231:6, 2302:2

**mundane** [1] - 2359:24

**music** [1] - 2338:10

**must** [4] - 2267:2, 2325:2, 2357:2, 2357:19

**Myers** [1] - 2228:10

## N

**name** [16] - 2240:20, 2240:21, 2244:19, 2253:3, 2264:17, 2287:22, 2290:6, 2304:14, 2308:25, 2316:12, 2316:22, 2335:8, 2350:16, 2351:7, 2351:10

**named** [4] - 2290:21, 2291:8, 2299:8, 2308:24

**names** [4] - 2319:20, 2320:3, 2320:4, 2322:11

**nation's** [1] - 2365:20

**national** [2] - 2303:17, 2343:8

**naturalnews.com** [1] - 2364:4

**nature** [2] - 2289:12, 2359:7

**Navy** [1] - 2335:4
**NC** [3] - 2303:5, 2333:3, 2338:21
**near** [7] - 2251:25, 2261:19, 2282:1, 2293:17, 2299:1, 2299:4, 2301:21
**necessarily** [2] - 2271:25, 2288:3
**need** [20] - 2235:4, 2236:4, 2236:24, 2254:9, 2284:20, 2291:16, 2292:11, 2296:3, 2305:25, 2326:11, 2327:13, 2332:20, 2348:4, 2349:1, 2359:17, 2359:18, 2372:3, 2372:8, 2377:12, 2377:21
**needed** [5] - 2260:7, 2297:13, 2314:15, 2355:14, 2356:9
**needs** [9] - 2324:24, 2324:25, 2325:13, 2325:14, 2327:10, 2327:14, 2327:22, 2359:13, 2362:16
**negative** [1] - 2280:24
**nest** [3] - 2321:3, 2321:7, 2321:25
**Nestler** [2] - 2227:16, 2375:16
**NESTLER** [1] - 2326:20
**network** [16] - 2251:2, 2253:23, 2254:6, 2254:24, 2255:4, 2255:6, 2259:5, 2259:8, 2265:14, 2265:20, 2266:8, 2267:7, 2270:5, 2270:10, 2270:22, 2288:13
**networks** [3] - 2242:1, 2242:2, 2265:17
**new** [6] - 2232:4, 2248:23, 2261:25, 2262:2, 2269:1, 2301:18
**New** [3] - 2302:1, 2338:3, 2364:3
**news** [4] - 2342:1, 2355:19, 2356:23, 2363:16
**News2Share** [2] - 2233:18, 2234:22
**next** [90] - 2232:21, 2245:21, 2247:2, 2248:16, 2248:18, 2249:4, 2252:7, 2252:25, 2255:13, 2255:16, 2255:24, 2272:9, 2293:5, 2294:14, 2296:7, 2297:18, 2299:19, 2300:11, 2300:25, 2301:15, 2301:24, 2306:18, 2308:19, 2309:1, 2309:18, 2310:18, 2310:20, 2311:4, 2311:13, 2313:7, 2314:8, 2314:24, 2315:5, 2315:14, 2316:11, 2317:7, 2318:10, 2321:10, 2322:6, 2322:8, 2324:18, 2325:2, 2325:6, 2325:11, 2325:12, 2325:24, 2326:3, 2326:20, 2327:12, 2327:18, 2332:25, 2333:5, 2333:10, 2333:25, 2334:7, 2334:9, 2335:6, 2335:15, 2336:19, 2337:1, 2351:2, 2351:3, 2351:9, 2351:15, 2351:18, 2351:21, 2352:10, 2353:13, 2354:3, 2363:10, 2365:5, 2368:17, 2369:6, 2370:12, 2370:21, 2370:25, 2371:10
**NFL** [1] - 2303:23
**nice** [1] - 2266:17
**Nick** [3] - 2311:6, 2311:7, 2313:7
**nickname** [1] - 2303:25
**night** [8] - 2301:6, 2303:5, 2311:17, 2312:4, 2323:12, 2333:2, 2335:3, 2366:18
**nine** [3] - 2374:8, 2374:25, 2375:3

**NJ** [1] - 2303:17
**NM** [1] - 2338:3
**Node** [3] - 2253:2, 2283:3, 2285:6
**Nodes** [1] - 2283:21
**nominal** [1] - 2312:2
**none** [4] - 2233:2, 2336:7, 2336:8, 2337:8
**noon** [1] - 2246:7
**North** [12] - 2249:7, 2249:9, 2250:15, 2250:21, 2252:22, 2253:6, 2255:12, 2303:13, 2306:7, 2306:8, 2322:15, 2331:15
**north** [9] - 2246:17, 2248:9, 2250:14, 2252:11, 2252:24, 2253:1, 2255:20, 2257:1, 2305:19
**northeast** [2] - 2258:24, 2299:6
**note** [5] - 2235:15, 2290:16, 2320:25, 2322:3, 2323:6
**noteworthy** [1] - 2357:12
**nothing** [7] - 2235:12, 2266:3, 2275:13, 2275:16, 2276:19, 2291:21, 2359:3
**notice** [1] - 2299:12
**notification** [1] - 2269:7
**November** [3] - 2233:24, 2293:21, 2331:18
**number** [73] - 2232:17, 2244:5, 2244:20, 2248:1, 2248:3, 2249:25, 2251:6, 2251:17, 2252:9, 2252:10, 2253:16, 2253:20, 2253:23, 2254:7, 2254:9, 2254:13, 2254:22, 2254:24, 2255:3, 2255:4, 2255:15, 2256:3, 2256:11, 2256:21, 2257:14, 2258:3, 2258:7, 2258:11, 2258:16, 2258:17, 2258:22, 2259:4, 2259:6, 2259:7, 2259:9, 2259:13, 2260:2, 2261:3, 2261:11, 2262:15, 2264:1, 2265:19, 2265:20, 2265:24, 2266:1, 2266:4, 2266:5, 2267:23, 2268:1, 2268:4, 2268:10, 2268:13, 2268:17, 2268:19, 2279:23, 2281:12, 2281:16, 2283:3, 2285:10, 2286:16, 2287:7, 2287:9, 2287:15, 2287:22, 2288:17, 2303:22, 2303:23, 2317:23, 2342:10
**numbers** [9] - 2248:2, 2253:9, 2253:20, 2280:21, 2280:23, 2281:1, 2282:14, 2287:4, 2287:6
**NW** [2] - 2227:19, 2228:17

# O

**Oath** [34] - 2233:2, 2233:22, 2234:1, 2235:6, 2235:16, 2236:4, 2236:16, 2237:5, 2237:7, 2294:5, 2295:10, 2295:25, 2296:20, 2299:9, 2302:17, 2309:21, 2313:17, 2316:19, 2317:8, 2320:3, 2320:4, 2320:6, 2322:15, 2328:1, 2328:13, 2328:17, 2328:20, 2329:23, 2334:24, 2338:25, 2347:16, 2351:19, 2373:25, 2374:2
**oaths** [1] - 2327:15

**object** [12] - 2232:22, 2233:5, 2236:22, 2237:10, 2330:20, 2330:21, 2356:24, 2358:13, 2361:14, 2361:25, 2368:10, 2376:7
**objecting** [2] - 2355:21, 2364:25
**objection** [47] - 2231:13, 2232:13, 2237:3, 2243:11, 2243:12, 2244:14, 2276:21, 2278:1, 2279:7, 2280:9, 2283:23, 2283:24, 2285:25, 2286:9, 2287:18, 2289:17, 2321:19, 2323:3, 2327:2, 2329:25, 2330:11, 2330:23, 2331:24, 2332:2, 2335:21, 2336:7, 2341:18, 2346:20, 2350:9, 2355:5, 2357:1, 2357:3, 2357:13, 2357:19, 2357:20, 2357:21, 2361:8, 2361:17, 2363:6, 2365:25, 2367:15, 2368:11, 2370:5, 2372:22, 2372:25, 2373:1, 2373:2
**objection's** [1] - 2284:11
**objections** [11] - 2231:7, 2231:15, 2232:1, 2233:21, 2239:12, 2330:24, 2362:6, 2362:24, 2363:2, 2367:3, 2376:4
**objects** [3] - 2236:20, 2278:20, 2361:2
**observed** [1] - 2234:11
**obtained** [3] - 2279:18, 2280:5, 2364:19
**obvious** [1] - 2317:25
**obviously** [3] - 2234:6, 2235:9, 2327:19
**occurred** [1] - 2295:24
**occurring** [1] - 2305:1
**occurs** [1] - 2354:15
**OF** [5] - 2227:1, 2227:3, 2227:12, 2228:3, 2378:1
**off-plan** [1] - 2333:21
**offer** [2] - 2309:20, 2360:1
**offered** [2] - 2308:22, 2310:9
**offering** [1] - 2309:24
**offers** [1] - 2301:18
**OFFICE** [1] - 2227:18
**officer** [5] - 2237:18, 2237:19, 2237:20, 2292:7, 2375:6
**Officer** [1] - 2376:10
**OFFICES** [1] - 2228:3
**official** [7] - 2290:22, 2294:21, 2312:7, 2312:8, 2361:24, 2365:2, 2365:4
**OFFICIAL** [1] - 2378:1
**Official** [1] - 2378:14
**Ohio** [7] - 2305:21, 2306:22, 2309:3, 2309:19, 2309:22, 2338:20
**OK** [4] - 2293:8, 2303:17, 2310:4
**Oklahoma** [1] - 2248:23
**OKs** [1] - 2292:25
**Old** [1] - 2343:7
**once** [6] - 2254:1, 2270:22, 2314:14, 2314:17, 2314:21, 2317:5
**One** [1] - 2305:19
**one** [81] - 2231:12, 2232:8, 2232:11, 2232:22, 2232:25, 2234:13, 2237:8, 2244:9, 2245:25, 2246:13, 2246:16, 2247:17, 2248:15, 2250:2, 2251:1,

2252:15, 2252:17, 2252:18, 2255:1, 2256:6, 2257:20, 2262:24, 2270:11, 2270:13, 2270:14, 2270:15, 2270:20, 2271:8, 2271:21, 2271:23, 2272:3, 2272:20, 2273:4, 2275:7, 2276:11, 2277:8, 2277:9, 2277:11, 2277:14, 2278:8, 2279:5, 2279:24, 2280:23, 2282:6, 2283:16, 2286:3, 2291:18, 2292:2, 2292:9, 2292:13, 2293:23, 2296:6, 2300:11, 2306:21, 2306:22, 2306:25, 2315:21, 2318:6, 2323:17, 2324:15, 2325:10, 2326:22, 2326:23, 2326:25, 2336:15, 2336:20, 2337:1, 2337:5, 2337:6, 2337:9, 2337:12, 2339:14, 2352:14, 2357:19, 2359:10, 2366:24, 2372:24, 2373:24, 2377:11
**ones** [3] - 2231:14, 2232:13, 2358:21
**op** [12] - 2296:8, 2305:10, 2309:6, 2317:10, 2331:11, 2331:14, 2331:20, 2334:25, 2337:21, 2338:2, 2338:7, 2368:15
**Op** [10] - 2289:12, 2289:21, 2299:8, 2312:21, 2328:8, 2331:9, 2336:9, 2336:22, 2337:4, 2359:4
**open** [2] - 2232:19, 2357:6
**opening** [1] - 2233:20
**operation** [11] - 2306:13, 2335:19, 2338:14, 2338:24, 2339:13, 2339:22, 2340:2, 2340:10, 2340:16, 2340:19, 2341:3
**operational** [1] - 2302:17
**opinion** [7] - 2243:21, 2243:22, 2243:23, 2243:24, 2243:25, 2248:16, 2257:4
**opinions** [2] - 2243:17, 2243:18
**opportunity** [1] - 2295:1
**opposed** [1] - 2236:23
**opposite** [1] - 2246:14
**option** [3] - 2316:2, 2316:9, 2316:10
**order** [6] - 2231:2, 2238:14, 2247:5, 2247:19, 2251:13, 2278:24
**orders** [1] - 2312:1
**ordinarily** [1] - 2243:16
**Oregon** [1] - 2243:2
**organization** [1] - 2237:1
**orientation** [2] - 2247:6, 2255:19
**original** [4] - 2309:6, 2319:17, 2325:25, 2326:7
**originally** [1] - 2304:4
**out-of-town** [2] - 2240:8, 2240:9
**outcome** [2] - 2367:2, 2367:3
**outer** [1] - 2313:13
**outlet** [1] - 2233:17
**outside** [9] - 2248:8, 2289:4, 2307:4, 2307:9, 2312:10, 2338:4, 2368:25, 2369:13, 2377:4
**outstrip** [1] - 2374:5
**outweigh** [1] - 2276:20
**outweighed** [1] - 2243:24
**outweighs** [2] - 2376:3

**overall** [4] - 2302:17, 2304:3, 2304:5, 2304:8
**overflowing** [1] - 2311:25, 2312:9
**overlap** [1] - 2273:6
**overlapped** [1] - 2273:5
**overlay** [1] - 2333:12
**overruled** [2] - 2284:11, 2331:1
**overview** [2] - 2247:19, 2248:20
**overwhelm** [1] - 2311:20
**overwhelmed** [1] - 2311:25
**own** [6] - 2239:23, 2282:2, 2283:17, 2288:11, 2293:10, 2348:23
**owner** [1] - 2276:17
**ownership** [1] - 2377:3
**owns** [1] - 2288:10

**P**

**p.m** [79] - 2227:6, 2248:7, 2250:8, 2251:23, 2252:5, 2252:13, 2252:23, 2252:25, 2255:16, 2256:4, 2256:7, 2256:13, 2256:14, 2256:22, 2256:24, 2256:25, 2257:10, 2257:23, 2258:14, 2259:9, 2259:10, 2260:11, 2261:4, 2261:7, 2261:8, 2261:16, 2261:17, 2261:22, 2261:24, 2262:9, 2262:10, 2262:17, 2262:23, 2263:4, 2263:5, 2264:5, 2264:12, 2280:18, 2281:12, 2281:13, 2281:19, 2281:23, 2290:22, 2292:22, 2294:15, 2295:17, 2296:9, 2297:11, 2299:3, 2299:10, 2299:15, 2301:5, 2302:14, 2303:16, 2304:23, 2305:7, 2305:19, 2307:22, 2308:15, 2311:5, 2311:6, 2313:2, 2314:13, 2315:8, 2315:15, 2316:7, 2321:1, 2322:5, 2323:7, 2324:13, 2338:1, 2348:10, 2348:11, 2348:12, 2367:24, 2368:16, 2368:22, 2377:25
**PA** [1] - 2228:7
**PADmasterdiver** [1] - 2301:1
**PAGE** [1] - 2229:2
**page** [70] - 2244:18, 2244:19, 2244:21, 2245:3, 2245:4, 2245:21, 2245:22, 2247:2, 2247:13, 2247:18, 2248:18, 2248:19, 2249:6, 2249:21, 2249:22, 2250:22, 2251:8, 2252:2, 2252:7, 2252:16, 2253:5, 2253:9, 2255:9, 2255:10, 2256:2, 2256:9, 2256:19, 2256:20, 2257:8, 2257:13, 2257:19, 2258:2, 2258:20, 2259:2, 2259:11, 2259:25, 2260:21, 2261:20, 2261:25, 2262:3, 2262:5, 2262:7, 2262:13, 2262:24, 2264:13, 2268:19, 2274:5, 2275:7, 2276:24, 2280:2, 2280:4, 2281:7, 2281:10, 2286:21, 2287:2, 2319:17, 2320:13, 2324:7, 2332:3, 2341:14, 2343:6, 2350:12, 2363:4, 2363:10, 2365:6, 2376:19
**pages** [6] - 2231:7, 2358:18, 2359:14, 2360:16, 2360:21, 2365:24

**paid** [1] - 2294:21
**paired** [1] - 2292:23
**paper** [1] - 2310:22
**parentheses** [12] - 2268:13, 2293:8, 2293:9, 2293:10, 2293:11, 2294:17, 2295:4, 2295:5, 2311:20, 2314:9, 2327:20
**parenthesis** [1] - 2293:13
**park** [1] - 2338:20
**Park** [1] - 2339:7
**Parker** [5] - 2253:10, 2253:11, 2256:12, 2256:21, 2257:9
**parking** [6] - 2299:16, 2300:12, 2316:16, 2338:4, 2338:15, 2340:12
**part** [18] - 2234:15, 2251:1, 2279:19, 2279:21, 2285:4, 2292:25, 2293:17, 2317:9, 2329:18, 2340:15, 2342:14, 2345:24, 2346:13, 2346:24, 2359:22, 2360:19, 2361:21, 2375:25
**partially** [1] - 2243:25
**participated** [1] - 2373:24
**particular** [15] - 2233:1, 2233:6, 2239:14, 2239:19, 2239:20, 2249:5, 2267:21, 2268:17, 2269:4, 2308:11, 2329:5, 2339:10, 2360:23, 2360:24
**parts** [1] - 2346:13
**patched** [1] - 2309:21
**patches** [1] - 2334:6
**patience** [1] - 2240:6
**Patriot** [1] - 2293:12
**patriots** [2] - 2295:19, 2350:22
**pattern** [2] - 2268:25, 2373:12
**Paul** [9] - 2290:6, 2291:3, 2301:16, 2321:5, 2321:6, 2321:24, 2322:10, 2322:14, 2334:19
**pause** [4] - 2240:7, 2293:14, 2307:17, 2371:16
**paying** [1] - 2245:17
**PD** [1] - 2299:25
**peaceful** [1] - 2302:9
**PEED** [130] - 2228:16, 2231:19, 2232:4, 2232:7, 2232:10, 2233:11, 2233:16, 2234:5, 2234:13, 2234:22, 2235:1, 2235:19, 2235:23, 2236:3, 2236:11, 2236:14, 2236:16, 2274:2, 2274:5, 2276:24, 2278:4, 2278:6, 2278:13, 2279:9, 2279:13, 2280:3, 2280:7, 2281:6, 2281:10, 2282:6, 2282:12, 2284:14, 2284:25, 2285:23, 2286:3, 2286:7, 2286:12, 2289:6, 2289:10, 2289:15, 2298:9, 2298:18, 2300:25, 2307:16, 2308:2, 2320:13, 2320:17, 2320:19, 2320:21, 2321:13, 2321:17, 2321:22, 2323:1, 2324:6, 2325:16, 2326:13, 2326:17, 2326:19, 2326:24, 2327:5, 2329:14, 2330:6, 2330:16, 2330:19, 2330:23, 2331:4, 2331:23, 2332:3, 2332:5, 2335:23, 2335:3, 2336:3, 2336:12, 2336:21, 2337:4, 2341:8, 2341:16, 2341:19, 2342:14, 2343:5,

2343:24, 2344:4, 2344:6, 2346:16, 2346:19, 2348:25, 2349:24, 2350:4, 2350:8, 2350:12, 2350:24, 2351:2, 2351:9, 2351:15, 2351:18, 2351:21, 2352:10, 2354:3, 2355:3, 2355:8, 2358:1, 2358:11, 2358:17, 2358:20, 2358:23, 2358:25, 2359:17, 2360:10, 2361:1, 2361:14, 2363:4, 2363:9, 2363:14, 2364:21, 2365:5, 2365:23, 2367:6, 2367:13, 2368:14, 2368:17, 2369:6, 2369:23, 2370:3, 2370:21, 2370:25, 2371:10, 2371:15, 2371:25, 2372:4, 2372:6, 2372:10

**peed** [13] - 2231:10, 2231:16, 2233:9, 2238:10, 2273:25, 2286:16, 2308:1, 2317:16, 2326:22, 2359:15, 2360:2, 2371:23, 2372:1

**Peed** [6] - 2228:16, 2229:5, 2229:7, 2229:8, 2284:8, 2349:19

**Pegasus** [1] - 2329:19

**penned** [1] - 2312:7

**Pennsylvania** [1] - 2323:16

**people** [32] - 2234:1, 2234:7, 2235:2, 2235:19, 2235:21, 2236:7, 2265:10, 2302:24, 2303:13, 2306:1, 2311:16, 2311:19, 2315:22, 2317:2, 2317:4, 2340:13, 2347:18, 2347:23, 2348:6, 2348:15, 2348:16, 2349:9, 2349:14, 2349:18, 2351:23, 2353:15, 2354:9, 2354:13, 2356:6, 2359:1, 2365:14, 2366:4

**people's** [1] - 2265:17

**percent** [1] - 2278:24

**perfectly** [1] - 2338:5

**performed** [1] - 2253:5

**perhaps** [3] - 2232:15, 2284:5, 2370:15

**period** [6] - 2239:21, 2245:1, 2271:19, 2272:5, 2272:9, 2319:3

**periods** [3] - 2271:7, 2271:9, 2271:12

**periphery** [1] - 2330:4

**permission** [1] - 2355:14

**permits** [3] - 2290:7, 2290:8, 2290:11

**permitted** [3] - 2293:11, 2293:17, 2320:2

**person** [15] - 2235:25, 2241:16, 2275:20, 2279:4, 2288:3, 2288:9, 2288:18, 2290:2, 2290:25, 2292:3, 2299:12, 2308:10, 2314:13, 2366:9, 2376:11

**personal** [4] - 2292:18, 2295:25, 2314:20, 2319:13

**personally** [1] - 2291:17

**personnel** [2] - 2299:12, 2314:15

**perspective** [1] - 2275:14

**pertinent** [1] - 2250:3

**Philadelphia** [1] - 2228:7

**Phoenix** [1] - 2248:21

**phone** [161] - 2239:2, 2241:14, 2241:15, 2242:16, 2245:19, 2247:6, 2247:12, 2247:24, 2248:1, 2248:5, 2248:9,

2248:16, 2248:20, 2248:21, 2249:12, 2249:14, 2250:6, 2250:8, 2250:12, 2250:20, 2250:23, 2250:25, 2251:5, 2251:10, 2251:11, 2251:14, 2251:22, 2251:25, 2252:3, 2252:4, 2252:19, 2252:22, 2253:1, 2253:9, 2253:16, 2253:20, 2253:25, 2254:5, 2254:7, 2254:14, 2254:15, 2254:19, 2254:22, 2255:5, 2256:5, 2256:12, 2256:17, 2256:23, 2257:4, 2257:6, 2257:9, 2257:10, 2257:15, 2257:23, 2258:4, 2258:8, 2258:12, 2259:1, 2259:4, 2259:8, 2259:14, 2259:15, 2260:3, 2260:7, 2260:10, 2260:14, 2260:16, 2261:4, 2261:8, 2261:12, 2261:15, 2261:16, 2261:19, 2261:21, 2262:6, 2262:7, 2262:9, 2262:16, 2262:22, 2263:1, 2263:2, 2263:7, 2265:14, 2267:11, 2267:17, 2267:21, 2268:7, 2268:17, 2268:23, 2268:24, 2269:2, 2269:8, 2269:10, 2269:11, 2269:12, 2269:13, 2269:14, 2269:15, 2269:18, 2269:24, 2270:1, 2270:4, 2270:9, 2270:10, 2270:18, 2270:21, 2270:22, 2270:23, 2271:13, 2271:16, 2272:13, 2272:16, 2272:17, 2272:18, 2272:23, 2273:2, 2273:7, 2274:12, 2275:11, 2275:14, 2275:18, 2276:13, 2276:15, 2276:17, 2276:18, 2277:23, 2279:2, 2281:22, 2282:3, 2283:4, 2287:4, 2287:7, 2287:9, 2287:22, 2287:24, 2287:25, 2288:10, 2302:13, 2305:7, 2305:9, 2329:19, 2336:4, 2341:11, 2341:14, 2352:18, 2355:1, 2364:16, 2364:20, 2366:14

**phones** [15] - 2245:2, 2249:5, 2249:8, 2249:10, 2249:17, 2249:18, 2249:19, 2249:24, 2250:4, 2258:6, 2263:18, 2273:3, 2292:12, 2317:13, 2358:23

**photos** [3] - 2294:11, 2376:23, 2377:8

**Phranq** [1] - 2358:9

**physical** [3] - 2274:20, 2275:14, 2278:21

**physically** [1] - 2278:21

**picked** [1] - 2308:17

**picture** [3] - 2245:8, 2245:25, 2246:15

**pictures** [5] - 2245:14, 2292:13, 2376:25, 2377:2, 2377:3

**pie** [2] - 2247:7, 2270:25

**piece** [1] - 2373:6

**pieces** [1] - 2246:4

**piggybacks** [1] - 2265:17

**pinpointed** [1] - 2232:10

**place** [5] - 2232:19, 2279:4, 2291:16, 2315:21, 2354:8

**placed** [3] - 2269:23, 2322:18, 2323:19

**Plaintiff** [1] - 2227:4

**plan** [2] - 2292:5, 2311:20, 2313:16, 2320:10, 2333:21, 2338:22, 2349:14, 2349:24, 2363:25

**planned** [4] - 2305:9, 2305:16, 2329:22, 2339:22

**planner** [3] - 2297:8, 2297:22, 2298:6

**planning** [7] - 2302:8, 2306:4, 2319:13, 2319:25, 2321:6, 2376:21, 2377:7

**plans** [6] - 2296:18, 2300:22, 2313:18, 2313:21, 2316:19

**play** [4] - 2234:25, 2344:1, 2345:6, 2346:17

**played** [7] - 2344:3, 2344:5, 2344:13, 2345:1, 2346:9, 2346:13, 2346:22

**player** [1] - 2347:6

**playing** [1] - 2315:12

**plaza** [1] - 2313:5

**Plaza** [1] - 2371:6

**pleased** [1] - 2322:17

**plenty** [1] - 2295:1

**plot** [3] - 2283:18, 2286:5, 2286:19

**plots** [1] - 2284:16

**plotting** [2] - 2285:19, 2286:17

**plug** [1] - 2278:12

**plus** [1] - 2238:10

**PO** [1] - 2228:3

**POC** [1] - 2336:20

**podcast** [5] - 2233:13, 2341:25, 2347:18, 2352:8, 2364:2

**point** [25] - 2235:21, 2237:8, 2243:9, 2248:16, 2267:19, 2270:5, 2271:16, 2275:2, 2287:16, 2292:4, 2292:13, 2304:25, 2314:25, 2323:24, 2332:17, 2333:3, 2333:16, 2348:5, 2354:20, 2356:3, 2366:24, 2367:5, 2371:12, 2375:1

**pointed** [4] - 2276:6, 2276:8, 2276:9, 2276:11

**points** [6] - 2233:12, 2305:25, 2306:2, 2306:16, 2306:20, 2313:15

**pole** [4] - 2245:9, 2245:11, 2246:1, 2246:2

**Police** [1] - 2302:6

**police** [6] - 2237:20, 2300:2, 2302:1, 2302:2, 2313:18, 2318:13

**populates** [1] - 2283:5

**Porta** [9] - 2311:25, 2312:9, 2312:13, 2322:17, 2323:18, 2323:24, 2324:1, 2324:3, 2335:9

**portion** [1] - 2308:1

**Portland** [1] - 2329:9

**position** [1] - 2359:9

**positioning** [1] - 2251:19

**positions** [1] - 2241:2

**positive** [1] - 2293:22

**possessed** [1] - 2375:3

**possessing** [1] - 2374:2

**possibility** [1] - 2272:20

**possible** [10] - 2271:1, 2275:18, 2276:10, 2276:12, 2277:18, 2278:21, 2294:12, 2305:25, 2306:12, 2313:9

**possibly** [2] - 2305:5, 2316:14

**Post** [1] - 2302:8

**post** [4] - 2308:15, 2315:3, 2315:8, 2315:14
**posted** [2] - 2315:11, 2325:12
**posting** [2] - 2304:10, 2312:21
**posts** [5] - 2234:18, 2292:22, 2294:15, 2295:17, 2305:19
**potential** [2] - 2302:4, 2328:22
**potentially** [7] - 2233:4, 2263:7, 2270:14, 2272:18, 2273:4, 2273:5, 2276:15
**Potomac** [2] - 2335:12, 2335:14
**Potties** [9] - 2311:25, 2312:9, 2312:13, 2322:18, 2323:19, 2323:25, 2324:1, 2324:3, 2335:9
**power** [2] - 2327:20, 2358:7
**practically** [1] - 2323:17
**predicting** [1] - 2322:7
**preferable** [1] - 2313:9
**prejudicial** [5] - 2238:3, 2373:21, 2374:4, 2374:22, 2376:2
**preparation** [1] - 2281:25
**prepared** [5] - 2231:20, 2231:25, 2244:5, 2244:24, 2266:19
**present** [4] - 2234:11, 2235:12, 2255:7, 2359:10
**presentation** [3] - 2232:20, 2235:10
**presenting** [1] - 2235:3
**president** [4] - 2313:3, 2322:17, 2352:16, 2353:3
**President** [5] - 2304:18, 2325:1, 2326:11, 2327:13, 2365:19
**pressed** [1] - 2345:6
**prestrike** [1] - 2321:6
**presumably** [3] - 2237:21, 2313:13, 2339:5
**pretorian** [2] - 2292:23, 2295:5
**pretrial** [1] - 2373:14
**pretty** [2] - 2273:10, 2317:25
**previous** [5] - 2260:16, 2262:15, 2281:15, 2305:15, 2323:8
**previously** [2] - 2315:18, 2342:12
**pride** [1] - 2254:4
**primarily** [1] - 2254:6
**primary** [4] - 2232:14, 2291:5, 2294:24, 2313:13
**print** [2] - 2314:10, 2316:8
**printed** [1] - 2300:15
**printing** [2] - 2315:3, 2316:10
**priority** [1] - 2294:24
**probabilistic** [1] - 2278:16
**probative** [4] - 2374:5, 2374:23, 2376:1, 2376:3
**problem** [2] - 2273:2, 2373:22
**procedural** [2] - 2357:15, 2357:18
**proceeded** [1] - 2369:15
**proceeding** [2] - 2356:23, 2365:4
**proceedings** [1] - 2378:7
**PROCEEDINGS** [1] - 2227:12
**process** [14] - 2352:16, 2353:2, 2353:4,

2360:12, 2362:6, 2362:11, 2362:24, 2363:2, 2364:9, 2364:10, 2364:13, 2365:2, 2366:8, 2366:23
**procuring** [1] - 2334:21
**produced** [1] - 2281:24
**producer** [1] - 2296:9
**production** [1] - 2236:22
**productive** [1] - 2348:22
**profession** [2] - 2243:20, 2283:18
**professional** [1] - 2295:8
**proffer** [2] - 2375:10, 2375:19
**proffered** [1] - 2375:25
**program** [1] - 2342:1
**Prometheus** [2] - 2350:16, 2351:7
**promoted** [1] - 2241:6
**prosecution** [1] - 2253:5
**prosecutor** [1] - 2281:21
**protect** [1] - 2313:18
**protecting** [3] - 2313:12, 2314:1, 2314:7
**protection** [2] - 2314:22, 2318:24
**protective** [3] - 2295:13, 2314:6, 2319:14
**protest** [5] - 2233:1, 2301:18, 2301:21, 2365:16, 2365:17
**protests** [1] - 2302:9
**Proud** [1] - 2328:6
**provide** [16] - 2245:16, 2247:1, 2251:22, 2252:12, 2255:20, 2256:8, 2257:5, 2257:11, 2257:16, 2260:8, 2261:23, 2262:11, 2262:19, 2294:16, 2303:24, 2360:25
**provided** [5] - 2231:10, 2251:15, 2294:6, 2300:2, 2322:17
**provider** [5] - 2246:2, 2246:16, 2251:21, 2265:1, 2267:8
**providers** [6] - 2241:24, 2242:10, 2245:11, 2246:10, 2254:20
**provides** [6] - 2257:24, 2258:4, 2258:13, 2261:5, 2262:21, 2303:23
**providing** [5] - 2245:9, 2251:7, 2255:19, 2258:18, 2292:18
**PSD** [10] - 2292:24, 2293:1, 2293:7, 2293:8, 2295:1, 2295:2, 2303:24, 2309:3, 2314:15, 2318:9
**public** [2] - 2245:13, 2302:3
**publish** [2] - 2280:7, 2286:25
**published** [2] - 2245:5, 2361:12
**Pugh** [3] - 2322:25, 2335:7, 2335:13
**pull** [17] - 2244:8, 2260:22, 2263:25, 2268:10, 2274:5, 2278:7, 2286:21, 2287:11, 2298:18, 2320:9, 2324:6, 2335:16, 2341:8, 2342:14, 2350:4, 2358:1, 2375:6
**pulled** [2] - 2336:21, 2341:14
**Punta** [1] - 2228:14
**purchased** [1] - 2288:6
**purple** [1] - 2250:10
**purpose** [1] - 2236:25
**purposes** [3] - 2232:23, 2236:21, 2354:12

**push** [2] - 2254:16, 2270:22
**pushed** [3] - 2254:24, 2255:4, 2255:6
**put** [21] - 2231:12, 2231:20, 2234:15, 2238:15, 2238:23, 2240:7, 2245:7, 2245:12, 2246:2, 2275:17, 2302:14, 2329:14, 2330:6, 2332:9, 2332:18, 2340:4, 2349:4, 2360:3, 2360:4, 2361:24, 2371:16
**puts** [1] - 2281:2
**putting** [1] - 2236:6

## Q

**QRF** [34] - 2303:6, 2303:11, 2305:25, 2306:2, 2306:16, 2331:6, 2331:14, 2331:17, 2333:2, 2333:6, 2333:8, 2334:11, 2335:20, 2335:23, 2337:18, 2338:4, 2338:16, 2338:25, 2339:2, 2339:7, 2339:9, 2339:19, 2340:1, 2340:9, 2340:10, 2340:12, 2340:16, 2340:23, 2340:24, 2341:3, 2354:8, 2354:11, 2354:14
**QRFs** [6] - 2331:9, 2331:11, 2335:19, 2336:13, 2336:16, 2339:25
**qualified** [1] - 2242:21
**qualify** [2] - 2243:10, 2243:13
**quality** [3] - 2316:8, 2316:10, 2376:2
**Queen** [1] - 2228:6
**questions** [12] - 2263:10, 2263:17, 2266:9, 2273:23, 2274:1, 2286:12, 2286:16, 2288:22, 2349:2, 2349:13, 2349:20, 2350:1
**quick** [1] - 2243:15
**quickly** [4] - 2235:16, 2237:4, 2334:13, 2350:7
**quiet** [1] - 2295:7
**quite** [1] - 2259:14
**quote** [8] - 2295:7, 2302:3, 2302:8, 2302:9, 2311:8, 2311:12, 2311:14, 2312:7
**quote-unquote** [1] - 2295:7

## R

**radiation** [4] - 2274:6, 2274:7, 2274:13, 2278:20
**radio** [3] - 2274:15, 2274:16, 2274:24
**radios** [1] - 2292:10
**raise** [1] - 2237:14
**raising** [1] - 2317:2
**Rakoczy** [1] - 2227:16
**rallies** [6] - 2298:15, 2305:13, 2320:1, 2328:2, 2328:14
**rally** [29] - 2233:5, 2234:4, 2235:7, 2235:9, 2236:5, 2236:17, 2236:18, 2237:6, 2293:17, 2301:18, 2301:21, 2305:25, 2306:2, 2306:16, 2306:20, 2311:24, 2312:15, 2312:18, 2316:20, 2328:20, 2328:24, 2333:3, 2333:16, 2336:9, 2337:18, 2337:20, 2337:22,

2365:14
**Rally** [5] - 2233:23, 2293:20, 2336:8, 2336:22, 2338:2
**rally's** [1] - 2311:8
**ran** [1] - 2352:8
**random** [1] - 2236:1
**Randy** [3] - 2322:12, 2322:14, 2322:15
**range** [1] - 2292:10
**ranger** [1] - 2337:2
**Ranger** [2] - 2338:19, 2340:15
**rather** [1] - 2312:10
**rattle** [1] - 2310:5
**re** [3] - 2332:19, 2332:21, 2349:19
**re-ask** [1] - 2349:19
**re-characterize** [2] - 2332:19, 2332:21
**reach** [2] - 2333:24, 2370:10
**read** [28] - 2243:15, 2280:12, 2287:4, 2290:1, 2290:14, 2296:3, 2299:24, 2301:4, 2322:13, 2323:14, 2326:9, 2327:11, 2328:11, 2330:9, 2332:21, 2333:1, 2333:10, 2337:24, 2338:17, 2349:3, 2350:14, 2350:19, 2352:12, 2357:7, 2363:22, 2370:8, 2375:11
**reader** [2] - 2244:24, 2245:7
**reading** [3] - 2280:15, 2326:10, 2351:6
**reads** [1] - 2285:12
**ready** [2] - 2239:5, 2304:11
**real** [1] - 2318:3
**realize** [1] - 2291:21
**really** [10] - 2238:22, 2251:1, 2251:4, 2297:13, 2299:24, 2300:19, 2316:1, 2339:6, 2372:3, 2372:8
**Realtime** [1] - 2378:4
**reason** [2] - 2277:15, 2308:8
**reasons** [3] - 2243:18, 2243:23, 2291:23
**rebuttal** [1] - 2243:7
**recce** [3] - 2322:4, 2322:14, 2323:18
**receive** [1] - 2241:22
**Received** [1] - 2229:11
**received** [5] - 2254:1, 2270:21, 2284:18, 2311:7, 2369:3
**receives** [1] - 2269:24
**receiving** [3] - 2241:16, 2269:25, 2371:11
**recert** [1] - 2242:9
**recertification** [1] - 2242:8
**Recess** [1] - 2307:22
**recognize** [19] - 2243:13, 2279:16, 2280:4, 2285:20, 2286:5, 2287:12, 2299:20, 2304:14, 2320:21, 2321:14, 2322:20, 2341:13, 2341:15, 2344:8, 2350:5, 2355:2, 2358:3, 2367:10, 2370:1
**recollection** [4] - 2330:10, 2330:13, 2347:2, 2347:22
**record** [9] - 2237:4, 2242:13, 2269:8, 2272:4, 2280:4, 2283:3, 2330:22, 2374:17, 2377:5
**records** [31] - 2241:15, 2241:18, 2241:21, 2244:25, 2254:18, 2256:4,

2267:7, 2267:13, 2269:4, 2270:17, 2270:19, 2279:18, 2279:21, 2282:15, 2282:25, 2283:2, 2283:7, 2283:9, 2283:13, 2284:17, 2284:19, 2284:21, 2284:23, 2285:7, 2288:19, 2352:18, 2364:17, 2366:14, 2374:23
**recovered** [3] - 2237:21, 2341:10, 2376:12
**red** [5] - 2246:16, 2247:7, 2250:16, 2256:5, 2284:6
**Redirect** [1] - 2229:5
**redirect** [3] - 2286:13, 2359:19, 2372:13
**REDIRECT** [1] - 2286:15
**refer** [2] - 2294:9, 2300:20
**reference** [8] - 2234:24, 2248:3, 2322:10, 2335:20, 2339:9, 2360:12, 2365:2, 2374:12
**referenced** [4] - 2241:12, 2315:17, 2315:18, 2322:11
**references** [6] - 2295:13, 2331:9, 2331:11, 2331:14, 2331:17, 2359:20
**referencing** [1] - 2356:22
**referred** [1] - 2344:17
**referring** [6] - 2248:2, 2291:10, 2309:12, 2334:4, 2334:5, 2346:14
**reflect** [2] - 2282:21, 2349:4
**refresh** [1] - 2351:1
**refreshes** [2] - 2330:10, 2330:13
**regarding** [2] - 2295:10, 2295:24
**region** [1] - 2343:8
**regional** [1] - 2303:1
**register** [1] - 2269:14
**Registered** [1] - 2378:3
**registered** [1] - 2268:1
**registration** [2] - 2248:7, 2249:19
**registrations** [2] - 2261:6, 2262:10
**reimburse** [1] - 2334:2
**related** [12] - 2233:10, 2244:5, 2249:7, 2322:16, 2335:8, 2335:18, 2337:18, 2338:7, 2339:12, 2339:25, 2340:1, 2340:18
**relating** [1] - 2329:19
**relation** [3] - 2300:23, 2331:17, 2340:23
**relationship** [2] - 2373:4, 2373:5
**relevance** [13] - 2233:22, 2235:4, 2235:19, 2236:6, 2236:24, 2239:1, 2336:11, 2336:12, 2358:19, 2360:22, 2373:16, 2373:19, 2375:20
**relevancy** [2] - 2233:6, 2336:7
**relevant** [11] - 2234:12, 2234:13, 2235:14, 2236:2, 2237:9, 2337:6, 2359:18, 2360:14, 2373:20, 2374:21, 2375:23
**reliable** [1] - 2284:2
**relied** [1] - 2267:19
**remain** [1] - 2273:8
**remember** [24] - 2234:23, 2243:8, 2244:25, 2246:6, 2254:10, 2259:4, 2278:8, 2280:1, 2281:24, 2294:1, 2300:3, 2324:8, 2329:11, 2329:18,

2338:10, 2340:22, 2341:1, 2347:5, 2350:25, 2351:6, 2357:7, 2374:12, 2374:13
**remind** [1] - 2324:11
**reminder** [1] - 2292:9
**repeat** [3] - 2296:15, 2349:22, 2350:3
**rephrase** [2] - 2340:20, 2340:21
**replug** [1] - 2278:12
**Report** [1] - 2345:9
**report** [11] - 2247:12, 2266:19, 2279:24, 2282:16, 2342:2, 2344:8, 2353:15, 2355:13, 2356:9, 2356:12, 2362:14
**reported** [1] - 2378:7
**REPORTER** [1] - 2378:1
**Reporter** [3] - 2378:3, 2378:4, 2378:14
**reports** [3] - 2244:5, 2244:9, 2253:24
**represent** [3] - 2231:17, 2266:15, 2269:22
**representative** [1] - 2234:1
**representatives** [2] - 2355:20, 2356:23
**Representatives** [1] - 2357:3
**represented** [1] - 2300:1
**represents** [2] - 2273:14, 2275:8
**reps** [1] - 2364:24
**republic** [3] - 2253:25, 2254:16, 2264:20
**Republic** [7] - 2254:2, 2254:3, 2254:13, 2254:25, 2259:3, 2265:25
**request** [2] - 2232:23, 2293:6
**requested** [2] - 2245:1, 2296:10
**Requesting** [1] - 2368:6
**requesting** [1] - 2354:5
**requests** [1] - 2294:16
**required** [1] - 2342:24
**requires** [1] - 2242:7
**resonance** [3] - 2353:18, 2353:20, 2356:8
**resonates** [1] - 2356:11
**resources** [13] - 2242:17, 2251:22, 2252:4, 2252:23, 2256:5, 2256:13, 2257:24, 2258:4, 2258:17, 2259:9, 2260:3, 2262:17
**respond** [2] - 2297:13, 2342:9
**responded** [2] - 2309:20, 2342:15
**responding** [1] - 2371:11
**responds** [5] - 2290:14, 2290:19, 2310:19, 2324:19, 2342:13
**response** [5] - 2290:17, 2304:20, 2325:21, 2337:7, 2349:13
**rest** [1] - 2334:13
**restricted** [2] - 2300:4, 2311:21
**restrictions** [1] - 2300:13
**results** [2] - 2282:22, 2301:19
**resume** [1] - 2307:18
**Resumed** [2] - 2229:6, 2289:5
**retreat** [1] - 2329:24
**return** [1] - 2240:10
**returned** [1] - 2257:7
**returns** [3] - 2257:23, 2261:22, 2287:15

**reveal** [1] - 2363:24
**revealed** [1] - 2253:25
**review** [12] - 2244:25, 2256:4, 2285:10, 2316:18, 2325:4, 2333:15, 2339:12, 2339:16, 2340:6, 2346:23, 2346:24
**reviewed** [28] - 2231:4, 2248:4, 2249:9, 2254:2, 2282:15, 2300:20, 2322:20, 2324:19, 2325:6, 2325:18, 2332:8, 2335:18, 2337:17, 2338:7, 2339:9, 2341:10, 2344:21, 2344:24, 2347:8, 2347:9, 2349:1, 2355:1, 2362:10, 2362:15, 2365:22, 2366:3, 2366:14, 2376:4
**reviewing** [2] - 2329:18, 2352:17
**revolved** [1] - 2239:13
**RF** [1] - 2274:22
**Rhodes** [41] - 2248:3, 2292:22, 2293:6, 2294:15, 2294:20, 2294:25, 2295:17, 2295:22, 2296:8, 2296:24, 2297:3, 2303:16, 2303:22, 2304:4, 2304:10, 2315:17, 2324:19, 2326:4, 2327:11, 2332:11, 2332:13, 2332:23, 2333:8, 2334:1, 2336:23, 2337:8, 2337:10, 2337:21, 2338:1, 2350:20, 2350:25, 2351:16, 2353:25, 2354:16, 2354:22, 2367:11, 2368:19, 2370:9, 2370:22, 2371:12
**Rhodes'** [3] - 2264:2, 2325:21, 2329:19
**ride** [2] - 2288:12, 2371:6
**rifles** [8] - 2327:22, 2349:10, 2349:16, 2352:15, 2353:16, 2353:23, 2359:20, 2376:25
**RIOS** [2] - 2228:9, 2228:12
**risk** [2] - 2318:3, 2373:7
**River** [1] - 2338:20
**river** [1] - 2339:24
**RMR** [1] - 2378:13
**road** [8] - 2250:20, 2299:16, 2307:5, 2307:9, 2307:10, 2342:24, 2351:24, 2367:20
**Road** [6] - 2251:7, 2251:16, 2251:23, 2252:12, 2253:6, 2255:12
**roads** [2] - 2333:13, 2333:24
**roam** [1] - 2251:2
**roams** [1] - 2251:1
**Roanoke** [1] - 2248:10
**rob** [2] - 2318:9, 2318:12
**Robert** [2] - 2228:9, 2302:6
**ROBERTO** [1] - 2227:7
**Roberto** [1] - 2228:2
**rock** [1] - 2338:10
**Roger** [4] - 2303:24, 2304:12, 2304:14, 2309:20
**role** [5] - 2234:25, 2302:7, 2314:6, 2315:12, 2346:9
**roll** [1] - 2373:8
**rolling** [1] - 2308:18
**Rook10** [2] - 2317:7, 2317:8
**room** [5] - 2270:12, 2332:15, 2333:4, 2369:2

**rough** [1] - 2275:1
**routing** [1] - 2259:3
**RP** [4] - 2310:3, 2333:2, 2333:13, 2333:15
**rubber** [1] - 2325:1
**rule** [10] - 2238:2, 2238:24, 2239:18, 2275:20, 2275:23, 2275:24, 2275:25, 2278:22, 2358:13, 2359:12
**Rule** [1] - 2359:17
**ruled** [3] - 2237:25, 2373:13, 2375:22
**rules** [2] - 2359:11, 2360:15
**rulings** [1] - 2359:12
**Rumble** [1] - 2345:9
**rumor** [1] - 2374:7
**run** [3] - 2283:2, 2283:7, 2285:7
**running** [1] - 2269:12
**runs** [2] - 2283:3, 2296:18
**rural** [1] - 2369:10
**rushing** [1] - 2359:5
**RV** [9] - 2372:21, 2374:7, 2374:18, 2374:20, 2375:5, 2376:12, 2377:3, 2377:4, 2377:8

## S

**safe** [2] - 2289:1, 2339:20
**safety** [1] - 2302:4
**Sam** [2] - 2317:8, 2362:15
**Samsung** [1] - 2242:11
**Sandra** [2] - 2253:10, 2257:9
**sanitary** [1] - 2311:20
**sat** [1] - 2283:10
**satellite** [1] - 2286:5
**Saturday** [1] - 2302:7
**save** [1] - 2311:8
**saw** [24] - 2248:7, 2251:12, 2254:24, 2262:15, 2284:17, 2295:24, 2301:8, 2301:20, 2303:7, 2305:15, 2307:4, 2307:9, 2320:3, 2320:4, 2323:12, 2323:21, 2324:2, 2327:7, 2328:21, 2331:13, 2345:16, 2346:6, 2353:14, 2359:3
**SC** [2] - 2301:5, 2371:2
**scale** [3] - 2247:24, 2273:13, 2273:15
**scanning** [1] - 2330:3
**scans** [1] - 2270:9
**scatter** [2] - 2275:2, 2278:20
**scattered** [1] - 2317:18
**scene** [1] - 2311:11
**scenes** [1] - 2338:13
**schedule** [2] - 2297:16, 2297:19
**scheduled** [5] - 2294:18, 2298:6, 2298:15, 2298:19
**schlep** [1] - 2339:24
**science** [1] - 2243:19
**scope** [9] - 2231:23, 2232:23, 2329:25, 2330:2, 2331:3, 2335:21, 2359:11, 2359:19, 2360:15, 2360:18, 2374:2, 2374:21, 2374:24, 2375:23
**Scott** [1] - 2228:12

**screen** [5] - 2231:12, 2259:19, 2289:10, 2320:19, 2320:20
**screenshots** [1] - 2358:6
**scroll** [8] - 2315:11, 2331:25, 2334:13, 2350:7, 2350:24, 2363:14, 2363:15
**scrolled** [1] - 2237:5
**SE** [1] - 2343:8
**sea** [3] - 2305:20, 2306:22, 2336:15
**seal** [1] - 2295:6
**Sean** [3] - 2322:25, 2335:7, 2335:11
**search** [4] - 2272:24, 2376:7, 2376:12, 2376:23
**seat** [1] - 2371:22
**seated** [1] - 2307:25
**Seattle** [1] - 2241:10
**second** [20] - 2232:25, 2233:7, 2244:21, 2307:3, 2337:6, 2342:6, 2342:11, 2342:14, 2342:19, 2344:7, 2344:20, 2345:1, 2345:5, 2345:15, 2345:23, 2346:24, 2347:5, 2349:3, 2349:4, 2358:7
**section** [1] - 2287:14
**Sector** [2] - 2246:16, 2246:18
**sector** [9] - 2245:24, 2246:15, 2247:3, 2247:6, 2277:8, 2277:11, 2277:15, 2277:19, 2278:23
**sector's** [1] - 2277:9
**sectors** [9] - 2246:25, 2275:10, 2275:13, 2275:15, 2275:19, 2276:6, 2276:19, 2276:25
**secure** [1] - 2332:14
**security** [15] - 2292:18, 2294:6, 2294:16, 2294:21, 2294:24, 2295:4, 2295:25, 2304:12, 2308:23, 2309:24, 2310:10, 2310:16, 2313:18, 2314:20, 2319:13
**see** [98] - 2231:25, 2237:9, 2237:12, 2237:13, 2245:13, 2246:24, 2246:25, 2247:10, 2247:15, 2247:20, 2247:22, 2248:1, 2248:12, 2248:14, 2249:18, 2250:10, 2250:16, 2251:6, 2251:16, 2251:18, 2251:24, 2252:19, 2253:1, 2253:17, 2255:11, 2255:12, 2256:24, 2257:22, 2258:5, 2259:14, 2259:20, 2259:23, 2260:4, 2261:6, 2261:7, 2261:21, 2262:18, 2262:20, 2262:23, 2263:4, 2263:6, 2263:20, 2263:22, 2264:11, 2268:11, 2275:5, 2275:9, 2276:25, 2280:20, 2282:10, 2282:14, 2283:13, 2283:18, 2285:4, 2285:5, 2289:24, 2291:25, 2293:3, 2293:19, 2296:4, 2297:25, 2298:11, 2298:19, 2298:22, 2300:19, 2300:22, 2300:24, 2307:6, 2307:21, 2312:6, 2313:4, 2313:17, 2313:21, 2313:24, 2314:19, 2316:3, 2319:12, 2322:10, 2325:17, 2325:21, 2326:21, 2327:5, 2328:21, 2331:11, 2331:14, 2331:17, 2339:4, 2340:17, 2343:7, 2344:12, 2357:11, 2363:11, 2366:10, 2366:21, 2369:7

**seeing** [6] - 2254:18, 2324:8, 2335:20, 2341:2, 2367:1, 2371:19
**seek** [4] - 2237:16, 2243:9, 2244:12, 2287:16
**seeking** [1] - 2234:9
**seem** [2] - 2330:2, 2368:3
**sees** [1] - 2270:23
**segment** [2] - 2347:1, 2347:4
**seized** [2] - 2237:17, 2372:20
**selecting** [1] - 2316:8
**sen** [1] - 2361:24
**senator** [3] - 2357:2, 2357:13, 2361:24
**Senator** [1] - 2357:19
**senators** [1] - 2364:24
**sending** [6] - 2234:5, 2274:13, 2300:1, 2318:20, 2357:5, 2364:23
**sends** [9] - 2274:12, 2335:7, 2342:22, 2355:13, 2355:16, 2365:7, 2365:9, 2365:10, 2368:19
**sense** [4] - 2232:5, 2234:13, 2297:5, 2300:3
**sent** [17] - 2234:21, 2292:15, 2297:15, 2297:20, 2299:22, 2300:18, 2301:8, 2304:4, 2310:6, 2318:12, 2323:21, 2341:24, 2344:9, 2346:6, 2353:9, 2366:21, 2370:8
**sentence** [1] - 2322:10
**separate** [6] - 2231:5, 2231:11, 2231:17, 2231:18, 2361:4, 2376:4
**September** [3] - 2237:18, 2241:5, 2336:9
**series** [3] - 2255:13, 2280:21, 2323:21
**service** [8] - 2241:24, 2242:9, 2242:10, 2246:10, 2255:20, 2264:21, 2269:10, 2288:1
**Session** [1] - 2227:8
**set** [6] - 2238:8, 2242:2, 2291:22, 2296:5, 2303:24, 2363:9
**sets** [2] - 2246:2, 2295:8
**setup** [3] - 2246:12, 2270:23, 2277:20
**seven** [1] - 2254:10
**several** [3] - 2292:24, 2305:3, 2319:20
**SF** [1] - 2295:6
**shaped** [1] - 2272:5
**shared** [1] - 2345:16
**sharing** [2] - 2316:3, 2328:21
**Sharon** [3] - 2321:6, 2322:11, 2322:14
**shelf** [1] - 2375:6
**shift** [2] - 2253:4, 2341:5
**shifting** [1] - 2261:25
**shine** [1] - 2246:21
**Shipley** [4] - 2228:2, 2273:25, 2328:4, 2329:7
**shipley** [1] - 2372:24
**SHIPLEY** [11] - 2228:3, 2237:14, 2238:8, 2243:12, 2274:1, 2373:2, 2373:15, 2373:19, 2374:6, 2374:24, 2375:10
**Shipley's** [1] - 2372:25

**shirts** [2] - 2310:4, 2334:5
**shit** [4] - 2333:19, 2333:20, 2333:23, 2354:9
**shooting** [1] - 2329:8
**short** [2] - 2232:7, 2239:16
**shortcircuit** [1] - 2376:20
**shorter** [1] - 2238:23
**shortly** [3] - 2307:21, 2310:9, 2369:18
**show** [21] - 2234:17, 2236:4, 2241:15, 2247:5, 2247:19, 2247:20, 2254:19, 2267:13, 2269:4, 2270:16, 2272:12, 2280:2, 2284:14, 2285:18, 2306:19, 2321:22, 2336:1, 2348:17, 2361:14, 2371:9, 2377:3
**showed** [3] - 2245:23, 2256:5, 2281:25
**showing** [8] - 2247:8, 2256:3, 2282:21, 2284:8, 2317:24, 2359:6, 2361:15, 2367:3
**shown** [5] - 2282:5, 2295:9, 2300:13, 2360:25, 2365:24
**shows** [8] - 2246:15, 2255:13, 2255:15, 2259:8, 2260:4, 2264:4, 2282:25, 2300:4
**SHTF** [2] - 2333:13, 2333:18
**shut** [1] - 2311:21
**sick** [2] - 2302:20, 2304:7
**side** [4] - 2246:14, 2246:23, 2305:20, 2338:4
**SIDEBAR** [5] - 2239:4, 2283:25, 2317:15, 2336:5, 2358:24
**sidebar** [5] - 2240:4, 2284:12, 2318:5, 2337:13, 2361:11
**sides** [1] - 2275:6
**Siekerman** [17] - 2291:14, 2291:21, 2292:2, 2292:9, 2297:11, 2302:11, 2302:16, 2303:8, 2304:3, 2304:7, 2304:23, 2305:8, 2313:2, 2314:13, 2314:19, 2315:10, 2315:14
**sign** [2] - 2312:2, 2351:10
**signal** [14] - 2260:8, 2270:10, 2270:24, 2271:2, 2274:12, 2337:2, 2350:17, 2352:5, 2358:6, 2358:7, 2358:8, 2361:20, 2362:9, 2366:3
**Signal** [3] - 2316:18, 2329:18, 2331:8
**signatures** [1] - 2342:24
**significance** [2] - 2346:2, 2346:4
**similar** [2] - 2260:8, 2275:5
**similarity** [1] - 2353:21
**simply** [2] - 2275:17, 2350:3
**sit** [2] - 2239:6, 2239:22
**site** [16] - 2239:21, 2242:12, 2242:14, 2242:19, 2243:10, 2243:14, 2248:4, 2248:7, 2248:14, 2249:18, 2266:20, 2267:6, 2270:19, 2284:2, 2313:11
**sites** [1] - 2249:24
**sits** [1] - 2270:9
**sitting** [3] - 2338:4, 2360:6, 2375:5
**situation** [4] - 2333:6, 2339:23, 2363:22, 2363:24
**six** [7] - 2241:23, 2249:10, 2249:16,

2249:23, 2261:6, 2309:4, 2370:13
**sixth** [3] - 2247:13, 2252:9, 2252:17
**Skies** [2] - 2290:2, 2290:5
**skill** [2] - 2295:8, 2378:8
**skirmishes** [2] - 2328:14, 2328:19
**slate** [1] - 2364:1
**slated** [2] - 2302:7
**slide** [98] - 2247:14, 2249:4, 2258:9, 2258:15, 2260:12, 2260:16, 2261:1, 2261:2, 2261:9, 2261:14, 2262:3, 2262:15, 2262:24, 2264:1, 2268:10, 2271:3, 2273:10, 2273:19, 2275:9, 2281:15, 2289:21, 2293:5, 2297:18, 2299:19, 2300:25, 2301:15, 2301:20, 2301:24, 2305:15, 2308:19, 2309:1, 2309:18, 2311:13, 2313:7, 2314:8, 2314:24, 2315:5, 2315:14, 2316:11, 2317:7, 2317:24, 2318:6, 2319:2, 2319:18, 2320:9, 2321:23, 2324:9, 2324:18, 2325:2, 2325:6, 2325:11, 2325:17, 2325:24, 2325:25, 2326:3, 2326:7, 2326:20, 2327:7, 2327:12, 2327:18, 2327:23, 2332:10, 2332:25, 2333:1, 2333:5, 2333:10, 2333:25, 2334:7, 2334:9, 2335:6, 2335:15, 2336:2, 2338:6, 2351:2, 2351:3, 2351:4, 2351:9, 2351:15, 2351:18, 2351:21, 2352:10, 2352:11, 2354:3, 2368:18, 2369:6, 2370:21
**slides** [12] - 2232:5, 2233:10, 2233:19, 2269:21, 2290:3, 2307:15, 2317:17, 2320:10, 2326:21, 2328:7, 2336:3, 2358:15
**slightly** [1] - 2253:19
**small** [1] - 2291:15
**smiley** [2] - 2292:6, 2296:12
**Smith** [6] - 2320:23, 2321:2, 2321:15, 2337:2, 2338:19, 2340:15
**SMS** [1] - 2269:7
**SMSs** [1] - 2261:17
**so..** [1] - 2308:10
**software** [3] - 2281:3, 2283:17, 2283:20
**someone** [16] - 2235:24, 2239:22, 2276:1, 2277:18, 2278:17, 2278:22, 2279:1, 2290:21, 2291:7, 2296:14, 2311:7, 2329:2, 2344:23, 2345:1, 2365:9, 2365:10
**sometime** [1] - 2369:20
**sometimes** [4] - 2268:7, 2268:8, 2268:20
**somewhat** [1] - 2259:17
**soon** [2] - 2255:5, 2290:23
**sorry** [33] - 2257:2, 2257:16, 2257:21, 2263:3, 2267:4, 2275:7, 2287:8, 2293:4, 2293:22, 2303:16, 2308:21, 2309:9, 2310:23, 2313:23, 2314:5, 2315:6, 2320:21, 2326:13, 2328:5, 2328:25, 2330:5, 2330:18, 2344:23, 2354:25, 2357:17, 2365:9, 2366:13, 2372:5, 2372:19, 2376:9, 2376:11,

2376:13, 2376:14
**sort** [22] - 2233:7, 2236:22, 2254:4, 2256:17, 2260:9, 2263:8, 2267:11, 2269:3, 2277:6, 2278:16, 2289:12, 2296:11, 2297:17, 2299:1, 2300:12, 2300:22, 2304:16, 2306:22, 2307:8, 2316:3, 2362:11, 2371:8
**sound** [1] - 2243:24
**sounded** [1] - 2343:19
**sources** [1] - 2334:21
**south** [2] - 2311:9, 2323:17
**South** [3] - 2301:2, 2308:21, 2371:4
**southeast** [2] - 2246:8, 2250:10
**southwest** [2] - 2298:23, 2307:8
**Southwest** [1] - 2298:24
**speaker** [4] - 2291:19, 2293:13, 2354:5, 2370:23
**speakers** [3] - 2313:4, 2354:1, 2354:13
**speakers/VIPs** [1] - 2293:1
**speaking** [10] - 2269:12, 2269:24, 2270:1, 2290:11, 2304:21, 2318:20, 2340:9, 2352:15, 2354:14, 2354:15
**speaks** [1] - 2332:20
**special** [6] - 2240:7, 2240:24, 2241:3, 2241:6, 2241:14
**Special** [3] - 2239:6, 2239:13, 2240:11
**specific** [11] - 2231:7, 2233:21, 2251:18, 2253:6, 2285:6, 2313:9, 2359:13, 2359:15, 2359:16, 2360:4, 2361:3
**specifically** [9] - 2262:20, 2265:18, 2271:22, 2273:7, 2318:21, 2330:5, 2339:23, 2340:9, 2347:5
**specificity** [1] - 2358:14
**specifics** [1] - 2235:1
**spelling** [1] - 2240:20
**spend** [1] - 2372:9
**spent** [1] - 2349:20
**split** [2] - 2246:4, 2246:10
**Spokane** [1] - 2241:10
**spoken** [2] - 2238:13, 2304:21
**spot** [4] - 2251:19, 2344:24, 2346:25, 2354:6
**spot-checked** [2] - 2344:24, 2346:25
**Sprint** [2] - 2241:25, 2255:18
**squad** [1] - 2237:21
**stabbed** [1] - 2329:2
**stacked** [1] - 2260:6
**stage** [1] - 2354:22
**stages** [1] - 2297:12
**staging** [1] - 2354:17
**stagnant** [4] - 2256:18, 2272:20, 2272:23, 2273:8
**Stamey** [6] - 2253:13, 2263:1, 2306:8, 2306:11, 2334:19, 2334:20
**stamp** [1] - 2288:8
**stamped** [1] - 2279:1
**stamps** [1] - 2325:1
**Standard** [1] - 2263:19

**standard** [1] - 2263:22
**standing** [1] - 2275:17
**start** [7] - 2239:24, 2248:2, 2253:15, 2271:23, 2298:12, 2298:20, 2302:7
**started** [6] - 2241:14, 2241:18, 2288:16, 2307:11, 2327:6, 2347:3
**starting** [1] - 2297:25
**starts** [6] - 2246:23, 2252:13, 2280:24, 2302:1, 2322:4
**state** [9] - 2242:24, 2303:1, 2305:6, 2317:5, 2324:13, 2334:18, 2358:20, 2359:15, 2367:4
**statement** [1] - 2361:25
**statements** [2] - 2316:21, 2362:19
**States** [2] - 2305:2, 2378:4
**STATES** [3] - 2227:1, 2227:3, 2227:13
**states** [8] - 2242:25, 2343:9, 2355:23, 2355:25, 2363:23, 2364:23, 2365:19, 2371:2
**stating** [1] - 2240:19
**stationary** [1] - 2340:11
**stationed** [2] - 2313:9, 2313:24
**status** [1] - 2305:13
**stay** [1] - 2352:4
**staying** [1] - 2256:18
**Steal** [5] - 2233:23, 2290:9, 2293:16, 2293:20, 2296:10
**Steal's** [1] - 2299:4
**stenographically** [1] - 2378:7
**step** [2] - 2371:21, 2373:9
**Stephen** [11] - 2296:9, 2296:13, 2296:14, 2296:16, 2297:3, 2297:8, 2297:15, 2297:20, 2297:22, 2315:7, 2318:6, 2318:18, 2319:23
**Stewart** [15] - 2248:3, 2264:2, 2296:8, 2296:24, 2304:10, 2325:21, 2329:19, 2333:8, 2336:23, 2337:21, 2338:1, 2350:20, 2350:21, 2350:25, 2367:10
**stick** [1] - 2368:12
**still** [11] - 2235:14, 2277:19, 2277:24, 2297:4, 2332:2, 2362:5, 2362:23, 2363:1, 2364:8, 2364:12, 2368:1
**Stone** [3] - 2303:24, 2304:12, 2304:14
**stone** [3] - 2304:21, 2309:5, 2309:25
**stone's** [2] - 2308:17, 2310:16
**stop** [9] - 2266:12, 2272:3, 2280:16, 2293:16, 2344:6, 2349:21, 2356:6, 2356:10, 2362:11
**Stop** [5] - 2233:23, 2290:9, 2293:20, 2296:10, 2299:3
**stopped** [1] - 2325:25
**stopping** [3] - 2356:2, 2356:18, 2359:5
**stops** [1] - 2319:7
**StoptheStealwildprotest.com** [1] - 2301:23
**store** [2] - 2288:6, 2288:7
**stow** [2] - 2332:13, 2332:23
**strategic** [1] - 2313:15
**stream/send** [1] - 2292:13
**street** [5] - 2291:24, 2302:2, 2333:12,

2338:5, 2370:23
**Street** [3] - 2227:19, 2228:10, 2228:17
**strength** [2] - 2260:9, 2270:10
**stronger** [1] - 2270:15
**strongest** [3] - 2270:11, 2270:16, 2270:24
**stuff** [3] - 2231:20, 2242:11, 2310:4
**SUAREZ** [2] - 2228:9, 2228:12
**subject** [4] - 2239:19, 2239:20, 2337:14, 2360:20
**subscriber** [8] - 2253:24, 2254:2, 2268:2, 2268:4, 2268:16, 2268:19, 2288:10, 2288:20
**substantial** [1] - 2377:16
**substantially** [1] - 2376:3
**sufficient** [1] - 2243:22
**suggest** [3] - 2356:10, 2360:5, 2375:2
**suggested** [1] - 2375:12
**suggesting** [1] - 2352:22
**suggestion** [1] - 2374:9
**suggests** [1] - 2362:15
**Suite** [2] - 2228:13, 2228:17
**summarizing** [1] - 2327:25
**summary** [6] - 2244:24, 2254:21, 2344:24, 2347:7, 2347:9, 2349:3
**summer** [1] - 2323:20
**Sunday** [3] - 2302:13, 2302:15, 2315:16
**sunshine** [1] - 2323:20
**superbly** [1] - 2295:3
**supervise** [1] - 2241:7
**supervisory** [1] - 2241:6
**supplies** [2] - 2354:18, 2354:23
**support** [4] - 2324:24, 2327:17, 2352:16, 2353:2
**supporter** [1] - 2329:8
**supporters** [1] - 2365:19
**supporting** [2] - 2243:23, 2327:14
**supposed** [2] - 2323:19, 2326:12
**Supreme** [5] - 2298:11, 2305:2, 2370:11, 2370:13, 2371:6
**surely** [1] - 2295:20
**surprise** [2] - 2340:17, 2345:17
**Survey** [2] - 2241:8, 2241:20
**survives** [1] - 2292:5
**suspect** [1] - 2256:16
**sustain** [1] - 2279:7
**sustained** [1] - 2368:11
**switched** [1] - 2288:18
**Sworn** [1] - 2240:13
**SYLVIA** [2] - 2229:6, 2289:5
**symbol** [1] - 2299:23
**Synchronoss** [1] - 2242:11

## T

**T-Mobile** [12] - 2241:24, 2252:19, 2252:20, 2253:24, 2254:16, 2259:5, 2259:9, 2260:3, 2262:9, 2265:18, 2265:25

**T-Mobile's** [2] - 2253:23, 2259:8

**talks** [1] - 2335:3

**Tamburri** [4] - 2352:1, 2352:19, 2352:25, 2358:9

**Tampa** [2] - 2237:20, 2372:20

**tan** [1] - 2310:4

**tangential** [1] - 2373:3

**target** [1] - 2288:1

**targeting** [1] - 2318:21

**task** [4] - 2237:19, 2237:20, 2376:6, 2376:9

**Taylor** [4] - 2290:6, 2290:14, 2291:3, 2301:16

**teach** [1] - 2241:25

**Team** [2] - 2241:8, 2241:20

**team** [16] - 2241:12, 2241:19, 2253:5, 2281:21, 2295:4, 2301:6, 2302:12, 2303:2, 2303:6, 2303:23, 2304:11, 2305:6, 2309:4, 2333:3, 2344:23, 2347:6

**teams** [6] - 2310:23, 2313:9, 2313:14, 2314:16, 2314:20, 2316:14

**technical** [3] - 2267:12, 2283:14, 2354:17

**technicality** [1] - 2266:7

**technology** [1] - 2242:6

**telephone** [4] - 2267:24, 2268:1, 2269:7, 2269:25

**ten** [2] - 2313:7, 2362:2

**Tennessee** [3] - 2243:2, 2248:23, 2367:23

**term** [2] - 2354:10, 2354:11

**terms** [11] - 2232:18, 2238:21, 2295:25, 2306:4, 2311:1, 2313:25, 2328:9, 2348:20, 2349:14, 2359:2, 2359:23

**terribly** [1] - 2348:22

**testified** [9] - 2243:4, 2243:6, 2269:20, 2271:9, 2284:1, 2296:6, 2302:16, 2339:21, 2344:16

**testify** [4] - 2238:6, 2241:20, 2243:16, 2284:5

**testifying** [1] - 2239:17

**testimony** [14] - 2239:13, 2239:15, 2239:22, 2239:23, 2240:7, 2266:19, 2268:18, 2284:4, 2288:24, 2290:3, 2340:1, 2344:25, 2346:12, 2372:23

**testing** [1] - 2278:25

**Texas** [1] - 2248:6

**text** [17] - 2292:14, 2296:4, 2297:6, 2298:5, 2298:20, 2305:8, 2306:21, 2322:11, 2336:9, 2341:10, 2343:13, 2352:5, 2352:21, 2360:24, 2367:8, 2367:10, 2370:1

**texting** [1] - 2368:19

**texts** [3] - 2257:18, 2300:23, 2367:1

**TFO** [1] - 2372:17

**THE** [144] - 2227:1, 2227:1, 2227:12, 2231:3, 2231:8, 2231:16, 2232:2, 2232:5, 2232:9, 2232:12, 2233:9, 2233:14, 2234:3, 2234:9, 2234:19,

2234:23, 2235:22, 2235:24, 2236:9, 2236:13, 2236:15, 2237:12, 2238:4, 2238:9, 2238:16, 2238:20, 2238:24, 2239:9, 2239:16, 2240:2, 2240:5, 2240:14, 2240:15, 2243:13, 2244:15, 2263:11, 2266:10, 2266:24, 2267:1, 2267:2, 2273:24, 2276:23, 2278:3, 2278:5, 2278:8, 2278:11, 2278:12, 2279:7, 2279:11, 2280:10, 2281:8, 2283:23, 2284:5, 2284:11, 2284:15, 2284:24, 2286:1, 2286:10, 2286:13, 2286:24, 2287:1, 2287:19, 2288:23, 2288:25, 2289:1, 2289:2, 2289:3, 2289:18, 2307:14, 2307:17, 2307:21, 2307:23, 2307:25, 2317:22, 2320:15, 2320:18, 2320:20, 2321:20, 2323:4, 2326:12, 2326:22, 2327:1, 2327:3, 2330:1, 2330:13, 2330:18, 2330:21, 2331:1, 2332:4, 2332:6, 2332:19, 2335:22, 2335:25, 2336:19, 2336:25, 2337:5, 2337:14, 2340:20, 2341:20, 2344:3, 2346:18, 2346:21, 2348:21, 2349:5, 2349:19, 2350:1, 2350:10, 2355:6, 2358:15, 2358:21, 2360:1, 2360:17, 2361:6, 2361:12, 2361:16, 2361:19, 2363:13, 2366:1, 2367:16, 2368:11, 2370:6, 2371:16, 2371:21, 2372:1, 2372:5, 2372:7, 2372:11, 2372:15, 2372:19, 2372:22, 2373:11, 2373:22, 2374:11, 2374:20, 2375:1, 2375:13, 2375:21, 2376:9, 2376:13, 2376:18, 2377:11, 2377:17, 2377:20, 2377:23

**themselves** [2] - 2254:5, 2316:17

**theory** [3] - 2234:16, 2270:13, 2336:10

**they've** [2] - 2235:3, 2304:11

**thick** [1] - 2370:10

**thinking** [1] - 2234:17

**third** [6] - 2245:3, 2245:4, 2308:9, 2337:5, 2337:12, 2338:6

**Thomas** [2] - 2253:11, 2257:15

**thread** [1] - 2310:25

**threat** [3] - 2308:23, 2313:13, 2318:12, 2327:17

**threats** [5] - 2293:7, 2313:22, 2313:24, 2313:25, 2314:3

**three** [24] - 2245:24, 2246:2, 2246:3, 2246:4, 2246:5, 2246:15, 2255:18, 2256:24, 2261:18, 2269:17, 2271:8, 2275:19, 2307:14, 2315:22, 2336:3, 2341:15, 2344:25, 2345:12, 2351:23, 2359:1, 2360:11, 2364:24

**three-sector** [2] - 2245:24, 2246:15

**throughout** [2] - 2255:13, 2298:16

**thrust** [1] - 2235:18

**thumb** [3] - 2231:11, 2231:20, 2238:24

**thumbs** [1] - 2296:12

**Thursday** [1] - 2302:1

**ticket** [1] - 2312:2

**tickets** [1] - 2311:14

**tie** [4] - 2235:4, 2235:22, 2235:24, 2237:8

**tied** [2] - 2374:23, 2375:21

**TIFF** [1] - 2316:8

**tighter** [1] - 2236:20

**tightly** [1] - 2235:4

**time-stamped** [1] - 2279:1

**timeframe** [6] - 2248:5, 2255:17, 2271:14, 2319:9, 2360:19

**timeline** [2] - 2356:21, 2366:17

**timing** [2] - 2359:22, 2359:23

**title** [2] - 2357:8, 2357:11

**today** [7] - 2237:18, 2237:19, 2238:7, 2238:8, 2266:20, 2302:1, 2303:6

**today's** [1] - 2363:24

**Todd** [8] - 2253:12, 2350:16, 2350:19, 2351:23, 2352:12, 2358:9, 2363:20, 2363:21

**together** [6] - 2271:21, 2273:5, 2305:9, 2345:8, 2366:4, 2366:9

**tolerated** [1] - 2302:10

**Tom** [1] - 2322:25

**tomorrow** [6] - 2305:7, 2318:10, 2321:3, 2321:7, 2323:19, 2371:18

**ton** [1] - 2264:24

**took** [5] - 2242:3, 2273:4, 2292:14, 2304:2, 2315:21

**tool** [1] - 2317:19

**top** [14] - 2245:8, 2245:25, 2248:1, 2260:6, 2264:4, 2268:6, 2268:20, 2273:12, 2282:16, 2287:7, 2299:23, 2316:12, 2329:15, 2339:14

**top-left** [1] - 2245:25

**topics** [1] - 2360:20

**total** [1] - 2262:10

**totally** [2] - 2311:16, 2311:25

**touch** [1] - 2350:22

**towards** [4] - 2253:1, 2312:18, 2313:25, 2318:22

**tower** [57] - 2245:4, 2245:15, 2245:16, 2245:24, 2246:12, 2246:15, 2246:17, 2246:20, 2248:13, 2250:14, 2250:24, 2251:5, 2251:15, 2251:16, 2251:18, 2251:25, 2252:5, 2252:11, 2252:13, 2252:23, 2255:20, 2256:5, 2256:23, 2257:1, 2257:5, 2257:11, 2257:16, 2257:24, 2258:3, 2259:9, 2259:20, 2259:22, 2260:3, 2262:9, 2267:14, 2267:16, 2267:21, 2269:4, 2269:9, 2269:22, 2270:2, 2270:5, 2270:16, 2272:13, 2274:7, 2274:12, 2274:16, 2274:17, 2278:17, 2279:2, 2283:2, 2283:4, 2283:10, 2283:13, 2283:21, 2284:6

**towers** [17] - 2241:16, 2242:1, 2245:8, 2245:14, 2245:18, 2245:20, 2245:24, 2250:17, 2251:1, 2251:20, 2262:19, 2270:23, 2271:13, 2287:24, 2288:11

**town** [5] - 2240:8, 2240:9, 2250:15, 2252:12, 2253:2

**Tracfone** [10] - 2287:15, 2287:25, 2288:2, 2288:6, 2288:10, 2288:11, 2288:12, 2288:15, 2288:21
**track** [1] - 2257:20
**traffic** [2] - 2300:4, 2370:10
**trailer** [1] - 2374:1
**train** [1] - 2342:25
**training** [4] - 2241:22, 2241:23, 2242:3, 2242:9
**trainings** [1] - 2373:24
**transcript** [2] - 2378:6, 2378:7
**TRANSCRIPT** [1] - 2227:12
**transition** [1] - 2247:14
**transitioned** [1] - 2256:18
**transport** [3] - 2305:21, 2331:21, 2334:21
**travel** [2] - 2264:2, 2313:10
**traveled** [1] - 2373:17
**traveling** [2] - 2311:8, 2365:8
**travels** [1] - 2289:1
**Tree** [2] - 2322:25, 2335:7
**trial** [7] - 2233:17, 2234:24, 2237:16, 2237:23, 2238:1, 2238:2, 2281:25
**TRIAL** [1] - 2227:12
**trials** [1] - 2373:14
**triangle** [1] - 2323:15
**tried** [1] - 2254:8
**trip** [9] - 2321:10, 2321:25, 2342:24, 2351:24, 2352:2, 2352:19, 2353:12, 2355:14, 2359:2
**Troy** [1] - 2227:17
**truck** [1] - 2338:4
**true** [1] - 2378:6
**Trump** [20] - 2290:9, 2293:9, 2294:17, 2294:24, 2301:18, 2304:18, 2311:24, 2324:24, 2325:2, 2326:11, 2327:13, 2329:8, 2336:8, 2336:22, 2337:18, 2337:20, 2338:2, 2364:9, 2364:11, 2365:19
**Trump's** [1] - 2363:25
**trunk** [1] - 2332:15
**try** [3] - 2245:13, 2251:19, 2266:6
**trying** [4] - 2270:18, 2272:21, 2291:5, 2334:10
**Tuberville** [2] - 2357:13, 2357:20
**Tuesday** [13] - 2291:5, 2298:10, 2302:3, 2305:4, 2308:17, 2309:3, 2309:5, 2309:7, 2309:8, 2309:9, 2309:12, 2310:4, 2313:3
**tug** [1] - 2338:20
**turn** [1] - 2331:20
**twice** [2] - 2312:13, 2312:14
**two** [47] - 2232:14, 2232:16, 2232:23, 2237:17, 2237:21, 2239:7, 2252:24, 2257:17, 2257:18, 2262:11, 2269:17, 2271:8, 2282:3, 2290:8, 2292:14, 2293:8, 2305:20, 2306:19, 2306:21, 2307:14, 2309:12, 2309:20, 2313:16, 2323:21, 2336:15, 2341:23, 2342:16, 2344:13, 2344:20, 2344:22, 2345:5,

2345:21, 2345:22, 2346:25, 2347:1, 2347:2, 2347:7, 2355:8, 2360:11, 2363:8, 2373:3, 2373:8, 2373:17, 2377:13
**two-and-a-half-minute** [2] - 2345:21, 2345:22
**two-hour** [6] - 2342:16, 2344:22, 2345:5, 2346:25, 2347:2
**two-minute** [1] - 2345:21
**twofold** [1] - 2359:9
**tying** [1] - 2359:14
**type** [5] - 2241:22, 2247:8, 2251:2, 2258:8, 2282:22
**types** [2] - 2245:14, 2245:23
**typical** [1] - 2246:15

## U

**U.S** [2] - 2227:18, 2298:20
**Ulrich** [1] - 2315:24
**unarmed** [1] - 2338:2
**uncertainties** [1] - 2313:8
**unclear** [1] - 2297:4
**unconstitutional** [1] - 2325:1
**under** [6] - 2271:6, 2308:23, 2316:9, 2358:13, 2373:9, 2373:19
**underlying** [2] - 2282:15, 2284:17
**underneath** [1] - 2304:6
**understood** [5] - 2265:12, 2268:9, 2310:19, 2318:4, 2333:16
**unduly** [1] - 2374:4
**unfairly** [2] - 2238:2, 2373:21
**unidentified** [1] - 2230:3
**Unidentified** [1] - 2366:2
**unit** [2] - 2241:7, 2242:7
**UNITED** [3] - 2227:1, 2227:3, 2227:13
**United** [2] - 2305:2, 2378:4
**unleash** [1] - 2363:25
**unless** [6] - 2234:10, 2235:24, 2305:5, 2312:3, 2327:19, 2358:13
**unquote** [2] - 2295:7, 2302:4
**unsolicited** [1] - 2360:1
**up** [77] - 2231:21, 2233:11, 2235:4, 2235:22, 2235:24, 2238:5, 2239:2, 2242:2, 2242:5, 2244:8, 2246:4, 2246:10, 2248:9, 2248:10, 2248:17, 2248:23, 2251:25, 2253:1, 2260:22, 2263:3, 2263:25, 2264:15, 2265:8, 2268:10, 2270:16, 2273:19, 2274:5, 2278:7, 2282:12, 2282:25, 2283:19, 2284:24, 2285:1, 2285:4, 2286:21, 2287:11, 2288:8, 2291:6, 2292:23, 2294:20, 2295:2, 2296:5, 2296:12, 2298:9, 2298:18, 2301:19, 2307:23, 2308:17, 2311:8, 2312:2, 2315:11, 2318:12, 2319:10, 2320:9, 2320:18, 2322:19, 2324:6, 2327:19, 2329:14, 2330:6, 2335:16, 2341:8, 2342:14, 2347:3, 2348:5, 2350:4, 2350:15, 2352:1, 2355:8, 2358:1, 2363:9,

2363:11, 2363:14, 2369:10, 2369:11, 2373:25, 2377:9
**upcoming** [1] - 2332:12
**UPD** [1] - 2364:3
**update** [2] - 2363:22, 2363:24
**updated** [1] - 2301:7
**upset** [1] - 2265:10
**upside** [2] - 2277:3, 2277:6
**urge** [1] - 2325:3
**urged** [1] - 2365:19
**urging** [1] - 2360:22
**usages** [1] - 2273:8
**useful** [1] - 2334:2
**user** [6] - 2269:1, 2283:5, 2287:14, 2287:15, 2287:21, 2287:25
**users** [1] - 2245:17
**uses** [7] - 2252:24, 2257:1, 2258:12, 2260:15, 2260:17, 2264:20, 2351:10
**UTC** [3] - 2280:16, 2370:18
**utilized** [1] - 2261:4
**utterly** [1] - 2311:19

## V

**VA** [1] - 2294:17
**Valdosta** [1] - 2311:24
**Vallejo** [49] - 2228:16, 2234:4, 2234:14, 2235:20, 2248:21, 2253:12, 2261:3, 2261:12, 2279:21, 2279:25, 2341:5, 2341:24, 2342:12, 2342:19, 2343:12, 2343:14, 2343:15, 2344:17, 2345:24, 2346:14, 2352:4, 2352:23, 2352:25, 2354:5, 2355:13, 2355:16, 2356:18, 2357:23, 2358:9, 2359:21, 2361:23, 2362:5, 2362:10, 2362:23, 2363:23, 2364:23, 2365:7, 2366:21, 2367:10, 2367:19, 2368:8, 2368:15, 2368:19, 2368:24, 2369:9, 2370:8, 2370:22, 2371:3, 2371:12
**vallejo** [1] - 2343:17
**Vallejo's** [11] - 2234:6, 2341:10, 2341:14, 2352:17, 2355:1, 2356:13, 2359:20, 2362:19, 2364:16, 2366:14, 2368:13
**value** [3] - 2374:5, 2376:1, 2376:3
**variety** [2] - 2245:13, 2245:23
**various** [6] - 2241:4, 2269:21, 2275:10, 2298:15, 2304:25, 2332:12
**vector** [1] - 2277:9
**vehicles** [2] - 2291:17, 2300:9
**vehicular** [1] - 2300:4
**venue** [1] - 2311:9
**venues** [1] - 2291:24
**verbal** [1] - 2290:23
**Verizon** [23] - 2241:24, 2250:17, 2250:23, 2250:24, 2250:25, 2251:4, 2251:5, 2251:18, 2252:10, 2256:5, 2256:12, 2256:13, 2256:23, 2257:10, 2257:11, 2258:3, 2258:5, 2258:6, 2258:12, 2263:2, 2265:4

**version** [1] - 2316:8
**versus** [1] - 2258:7
**vest** [1] - 2376:25
**veterans** [2] - 2295:6
**vetted** [1] - 2309:21
**via** [5] - 2290:23, 2311:14, 2352:5, 2352:21
**vicinity** [1] - 2284:7
**video** [28] - 2233:15, 2234:10, 2234:11, 2234:20, 2234:21, 2234:22, 2235:16, 2236:1, 2236:23, 2237:2, 2237:5, 2276:17, 2276:20, 2279:1, 2279:5, 2338:10, 2344:8, 2344:21, 2344:22, 2345:6, 2345:13, 2345:18, 2346:2, 2346:4, 2346:17, 2346:24, 2349:4, 2359:19
**Video** [2] - 2344:5, 2346:22
**videos** [2] - 2233:18, 2237:1
**view** [1] - 2286:5
**viewed** [1] - 2375:24
**violations** [1] - 2241:4
**violence** [2] - 2302:9, 2329:5
**violent** [3] - 2241:4, 2300:22, 2364:17
**Virginia** [9] - 2243:3, 2248:24, 2253:7, 2259:1, 2259:18, 2290:6, 2299:9, 2317:9, 2369:10
**virtue** [1] - 2269:25
**visible** [2] - 2295:19, 2295:23
**visualize** [1] - 2245:25
**voice** [4] - 2255:18, 2257:18, 2261:18, 2264:14
**volunteers** [1] - 2352:14
**votes** [1] - 2364:1
**vs** [1] - 2227:5

# W

**wait** [1] - 2294:1
**waiting** [2] - 2320:15, 2320:17
**Walmart** [2] - 2288:1, 2288:3
**waltzing** [1] - 2327:21
**wants** [4] - 2237:22, 2332:24, 2354:5, 2359:15
**war** [1] - 2300:20
**warm** [1] - 2352:15
**warrant** [2] - 2376:7, 2376:23
**Washington** [26] - 2227:5, 2227:19, 2228:18, 2241:10, 2241:13, 2243:2, 2248:10, 2249:1, 2263:18, 2284:9, 2286:17, 2286:19, 2302:8, 2307:11, 2311:10, 2331:18, 2341:4, 2345:25, 2346:3, 2346:8, 2347:19, 2349:10, 2366:5, 2367:22, 2375:3, 2375:8
**watch** [3] - 2239:22, 2347:1, 2347:6
**watched** [1] - 2345:3
**watching** [3] - 2295:20, 2347:3, 2349:20
**water** [5] - 2264:15, 2266:24, 2305:21, 2306:16, 2336:19
**Watkins** [10] - 2253:10, 2255:16, 2309:19, 2309:22, 2310:9, 2310:15,

2310:19, 2310:21, 2314:25
**wave** [1] - 2274:20
**wavelength** [1] - 2274:22
**wavelengths** [1] - 2274:21
**waves** [3] - 2274:15, 2274:19, 2274:24
**weapons** [6] - 2235:20, 2332:13, 2332:18, 2332:24, 2339:24
**wear** [2] - 2295:10, 2310:17
**wearing** [1] - 2266:12
**Weaver** [1] - 2318:9
**website** [5] - 2283:17, 2311:14, 2313:4, 2344:9, 2345:8
**wedge** [3] - 2247:7, 2270:25, 2271:1
**wedges** [3] - 2247:11, 2247:16, 2247:20
**Wednesday** [4] - 2302:3, 2305:4, 2309:5, 2310:5
**week** [3] - 2232:21, 2242:8, 2324:15
**week-long** [1] - 2242:8
**weeks** [1] - 2241:23
**weigh** [2] - 2279:8, 2279:12
**weight** [2] - 2244:2, 2279:4
**WEINBERG** [6] - 2228:9, 2228:12, 2263:12, 2263:13, 2263:25, 2266:9
**Weinberg** [3] - 2228:12, 2229:4, 2263:11
**weird** [1] - 2277:4
**Welch** [5] - 2299:15, 2299:17, 2299:20, 2300:1, 2300:15
**welcome** [4] - 2240:5, 2240:14, 2289:9, 2296:12
**welcomed** [2] - 2328:16, 2328:17
**weps** [1] - 2339:24
**west** [5] - 2261:19, 2261:21, 2305:20, 2323:17, 2348:2
**western** [1] - 2334:18
**Weston** [1] - 2299:15
**whatnot** [1] - 2246:7
**whip** [5] - 2292:24, 2303:25, 2304:5, 2304:7, 2305:5
**Whip** [5] - 2314:15, 2314:17, 2332:14, 2332:24, 2371:12
**whip's** [1] - 2303:22
**white** [1] - 2241:4
**White** [5] - 2300:8, 2311:9, 2312:15, 2323:16, 2327:21
**Whiteville** [1] - 2249:7, 2249:9, 2249:11, 2249:19, 2249:24, 2250:9, 2250:21, 2251:25, 2252:15, 2252:22, 2253:2
**whole** [12] - 2272:24, 2276:18, 2285:1, 2296:3, 2298:10, 2346:24, 2346:25, 2347:7, 2349:24, 2360:12, 2361:2
**wife** [3] - 2318:10, 2321:3, 2321:25
**WiFi** [7] - 2254:5, 2254:6, 2254:14, 2254:15, 2255:5, 2255:7, 2265:11
**WiFi-based** [1] - 2254:14
**wild** [2] - 2301:18, 2301:21
**wildprotest.com** [1] - 2299:4
**William** [1] - 2228:2

**WILLIAM** [1] - 2228:3
**willing** [1] - 2312:4
**windy** [1] - 2323:19
**wireless** [2] - 2253:25, 2255:4
**Wireless** [7] - 2254:2, 2254:3, 2254:13, 2254:14, 2254:25, 2259:3, 2265:25
**WITNESS** [9] - 2229:2, 2240:15, 2266:24, 2267:2, 2278:8, 2278:11, 2288:25, 2289:2, 2363:13
**witness** [18] - 2231:18, 2236:20, 2236:22, 2236:24, 2237:19, 2238:6, 2239:8, 2239:19, 2240:8, 2240:9, 2242:3, 2243:16, 2279:14, 2282:12, 2329:14, 2329:16, 2375:17, 2377:15
**witness's** [1] - 2279:15
**witnesses** [2] - 2243:18, 2377:13
**woke** [2] - 2369:9, 2369:11
**Women** [1] - 2290:9
**women** [1] - 2294:17
**Wood** [2] - 2308:23, 2308:24
**word** [5] - 2250:14, 2274:8, 2274:9, 2328:10, 2333:20
**words** [1] - 2356:4
**works** [1] - 2270:8
**world** [2] - 2253:3, 2254:23
**worries** [1] - 2267:5
**wrestler** [1] - 2234:18
**write** [5] - 2308:20, 2311:6, 2334:20, 2337:8, 2356:20
**writes** [13] - 2296:8, 2297:11, 2301:25, 2302:12, 2303:22, 2304:20, 2304:23, 2310:21, 2313:2, 2314:13, 2333:11, 2354:4, 2357:23
**writing** [1] - 2318:12
**written** [1] - 2375:18
**wrote** [3] - 2303:4, 2347:7, 2368:7
**Wytheville** [2] - 2369:1, 2369:11

# Y

**year** [1] - 2241:6
**Year's** [1] - 2364:3
**years** [1] - 2242:20
**yesterday** [2] - 2344:13, 2345:22
**young** [1] - 2324:20
**Young** [3] - 2324:12, 2324:13, 2325:18
**yourself** [2] - 2240:19, 2330:9

# Z

**zero** [4] - 2246:7, 2246:17, 2255:19, 2262:21
**zero-degree** [2] - 2255:19, 2262:21
**zone** [4] - 2263:18, 2263:20, 2309:14, 2312:8
**zoom** [2] - 2247:21, 2287:13
**zoomed** [1] - 2247:21