IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
          vs.                    )    January 4, 2023
                                 )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )    Day 13
          Defendants.            )    Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               Kathryn.Rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

```
                          - - -

                     WITNESS INDEX

                          - - -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

CALEB BERRY                  2662    2750
CALEB BERRY                  2711
CALEB BERRY                  2727
CALEB BERRY                  2739
LANELLE HAWA       2768
SA JOANNA ABRAMS   2787
                          - - -

                    INDEX OF EXHIBITS

                          - - -

DEFENDANT'S                          ADMITTED

JH22                                   2683

JH24                                   2684

JH20                                   2699

DM06 AND -07                           2726

EV328                                  2729

EV327                                  2730

EV141                                  2733

                          - - -
```

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | ADMITTED |
|---|---|
| 5723 | 2753 |
| 5722 1 through 22 | 2756 |
| 9053 | 2772 |
| 1056.0932.0159 | 2776 |
| 9054 | 2779 |
| 6740A | 2802 |

1              P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.

3              All rise.  The Court is in session.  The Honorable

4     Amit P. Mehta presiding.

5              THE COURT:  Good morning.  Please be seated,

6     everyone.

7              COURTROOM DEPUTY:  Good morning, Your Honor, this

8     is Criminal Case No. 22-15, the United States of America

9     versus Defendant No. 6, Roberto A. Minuta; Defendant 7,

10    Joseph Hackett; Defendant 8, David Moerschel; and

11    Defendant 11, Edward Vallejo.

12             Kathryn Rakoczy, Jeffrey Nestler,

13    Alexandra Hughes, Troy Edwards, and Louis Manzo for the

14    government.

15             William Shipley for Defendant Minuta.

16             Angela Halim for Defendant Hackett.

17             Scott Weinberg for Defendant Moerschel.

18             And Matthew Peed for Defendant Vallejo.

19             All named defendants are present in the courtroom

20    for these proceedings.

21             THE COURT:  Okay.  Good morning, everyone.

22             Are we ready to proceed?

23             MR. EDWARDS:  Yes, Your Honor.

24             THE COURT:  Okay.  Let's bring our jurors in and

25    bring Mr. Berry back.

1          COURTROOM DEPUTY:  Jury panel.

2          (Jury entered the courtroom.)

3          THE COURT:  All right.  Please be seated.

4  Good morning and welcome back, everyone.  Nice to be with

5  you once more.

6          So we're ready to continue with Mr. Berry's

7  testimony once --

8          MR. NESTLER:  He's coming from the other witness

9  room in the new building.

10          THE COURT:  Okay.  So he'll be here shortly.

11          I can entertain you with more jokes if you want.

12          All right.  Mr. Berry, welcome back.

13          Ms. Halim, ready when you are.

14          MS. HALIM:  Thank you very much.

15                        - - -

16  CALEB BERRY, WITNESS FOR THE GOVERNMENT, HAVING BEEN

17  PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

18  FOLLOWS:

19              CROSS-EXAMINATION (CONTINUED)

20                        - - -

21  BY MS. HALIM:

22      Q    Good morning, Mr. Berry.

23      A    Good morning.

24      Q    I want to start off this morning by talking about

25  the purpose of the trip to D.C. on January 6th, okay?

2663

1           You knew that there were going to be a lot of
2     people in D.C., right?
3           A    Yes, ma'am.
4           Q    You knew that there was going to be a big event or
5     protest of some sort, correct?
6           A    Yes, ma'am.
7           Q    And the people that you were talking with were
8     preparing to go to that big event to be there in case of
9     emergencies, correct?
10          A    I was originally told they were going to be going
11    for a security detail.
12          Q    Okay.  So there was a security detail because
13    there were people that were going to need to be escorted or
14    perhaps protected during this big event, right?
15          A    Yes, ma'am.
16          Q    And you, along with the other people that you
17    spoke with, thought that there could be some violence there
18    that day, right?
19          A    Yes, ma'am.
20          Q    Thought that there could be counter-protesters,
21    correct?
22          A    Yes, ma'am.
23          Q    Thought that there could be people that wished you
24    and the group that you were with ill intent, right?
25          A    Yes, sir.

1     Q   And specifically by ill intent you thought it was

2  possible that those people meant to do harm to you, right?

3     A   Yes, ma'am.

4     Q   So you and the other people that you traveled with

5  protected yourselves accordingly so that you could respond

6  if such an emergency arose, right?

7     A   Yes, ma'am.

8     Q   And so there was a lot of discussion about what to

9  wear, right?

10     A   Yes, ma'am.

11     Q   There was a lot of discussion about emergency

12  response, correct?

13     A   The QRF, yes, ma'am.

14     Q   All right.

15         There was also a lot of discussion about medical

16  response, correct?

17     A   I don't recall.

18     Q   All right.  Well, you yourself brought a medical

19  kit with you, correct?

20     A   I did.

21     Q   And you brought a medical kit so that if anyone

22  was injured or if you were injured, you could take care of

23  yourself or that other person, right?

24     A   Yes, ma'am.

25     Q   What you did not plan to do, though, was to create

```
 1    the chaos, right?

 2         A    I cannot speak to the plans of other people.

 3         Q    I'm asking you.  You didn't plan to create chaos,

 4    did you?

 5         A    I did not.

 6         Q    You planned to be there for security detail,

 7    correct?

 8         A    That was the original intent, yes, ma'am.

 9         Q    Protection of others?

10         A    Yes, ma'am.

11         Q    And to be -- and the QRF, if there needed to be an

12    emergency response, right?

13         A    Yes, ma'am.

14         Q    I remember you saying yesterday that you are

15    familiar with a lot of militaristic terms because of your

16    family background, right?

17         A    Yes, ma'am.

18         Q    Also, from, I presume, the TV that you watch, the

19    games that you play, things of that nature; is that right?

20         A    Yes, ma'am.

21         Q    So you were familiar with the term QRF long before

22    you met the Oath Keepers, correct?

23         A    Yes, ma'am.

24         Q    And you understood that QRF is a term that stands

25    for a Quick Reaction Force, right?
```

1    A    Yes, ma'am.

2    Q    Reaction being a keyword, right?

3    A    Yes, ma'am.

4    Q    It is not an offensive endeavor, correct?

5    A    It is a counter-offensive.

6    Q    It's a counter-offensive, it's for defense if

7    something really bad happens, right?

8    A    Or if something fails, yes, ma'am.

9    Q    Okay.

10         I want to talk about January 4th when you were in

11   North Carolina after you were halfway on your trip to D.C.,

12   okay?

13   A    Okay.

14   Q    You told us you were at Ranger Doug's property,

15   right?

16   A    Yes, ma'am.

17   Q    And while you were there, you spoke with many of

18   the people that you had traveled with, correct?

19   A    Yes, ma'am.

20   Q    You spoke with other people that you had never met

21   before, right?

22   A    Not too many but a few.

23   Q    A few people were there that you didn't know?

24   A    That I did not know, correct.

25   Q    Now, the decisions that you had that night

1    centered around what the plans were and what to expect once

2    you all arrived in D.C., correct?

3         A    Yes, ma'am.

4         Q    You talked about things like what to wear, right?

5         A    Yes, ma'am.

6         Q    You talked about when to wake up?

7         A    Yes, ma'am.

8         Q    You talked about the security details that you

9    expected to be providing on the 5th and the 6th, correct?

10        A    Yes, ma'am.

11        Q    And initially at the point that you're in

12   North Carolina on the 4th, you thought that you were going

13   to be escorting some senators, right?

14        A    That's what I was told, yes, ma'am.

15        Q    And that's a pretty big deal, isn't it?

16        A    Yes, ma'am.

17        Q    And so there was a lot of talk about how to make

18   sure you showed up and did so in a respectable way, right?

19        A    Yes, ma'am.

20        Q    Talking about who's going to stand where, right?

21        A    Yes, ma'am.

22        Q    Who's going to stand by the stage, correct?

23        A    Yes, ma'am.

24        Q    You were going to talk about -- you talked about

25   what would -- what to do if there was some sort of

1    emergency, right?

2        A    I don't remember that.

3        Q    For example, I think you mentioned at some point

4    previously that you talked about possible escape routes.

5    Do you remember that?

6        A    I do not.

7        Q    You do not recall that, okay.

8             On that night, on the 4th, that's when someone

9    gave you that nickname Breacher, correct?

10       A    Correct.

11       Q    That was a joke, right?

12       A    I believed it to be at that point.

13       Q    You took it as a joke, right?

14       A    I did.

15       Q    And you were told that the reason they were going

16   to call you Breacher is because you were the guy that sort

17   of jumped in front and opened doors for people, correct?

18       A    Correct.

19       Q    That night in North Carolina you also talked about

20   the Quick Reaction Force, right?

21       A    I believe so.

22       Q    Do you recall that you spoke about the possibility

23   that firearms might be necessary?

24       A    I do recall that.

25       Q    When you spoke about that with those others, the

1  discussion was centered around if there was a major

2  emergency that needed to be responded to, correct?

3      A    Correct.

4      Q    If violence erupted, correct?

5      A    Correct.

6      Q    Violence that you thought might be caused by

7  people wishing ill intent on you and the people you were

8  with, right?

9      A    I don't remember.

10     Q    Okay.

11          The cases that you saw at a couple different

12 points between January 4th and January 7th, that entire

13 time, the only thing you saw were cases in Kelly Meggs'

14 truck, correct?

15     A    Firearms cases.

16     Q    Firearms cases?

17     A    Yes, ma'am.

18     Q    Right?

19          You only saw the exterior of those cases, correct?

20     A    Correct.

21     Q    You believed that they contained firearms, right?

22     A    Correct.

23     Q    But you didn't know that for sure, right?

24     A    Not 100 percent sure.

25     Q    Not 100 percent.

1           And that's because you never looked inside,

2   correct?

3       A    I never did.

4       Q    That's because no one opened them in your presence

5   and showed you what was inside, right?

6       A    Correct.

7       Q    So those cases were not opened on January 4th in

8   North Carolina, correct?

9       A    Correct.

10      Q    They weren't opened on January 5th near the

11  Comfort Inn or at the Comfort Inn in Ballston, Virginia,

12  right?

13      A    Correct.

14      Q    They weren't opened on the 7th, again in Virginia

15  at the Comfort Inn, right?

16      A    Correct.

17      Q    There were about, I think you said, maybe ten or

18  so cases that you saw, does that sound right?

19      A    About that.

20      Q    And you don't know what belonged to whom, correct?

21      A    I do not.

22      Q    You'd been traveling with a fairly decent size

23  group people, right?

24      A    Originally it was just two cars, and then it was

25  me and Kelly in a separate truck alone.

1    Q    And then there were five people in the truck with

2  you and Kelly --

3    A    Yes, ma'am.

4    Q    -- and the others, right?

5         And on January 6th itself, no one ever talked

6  about going to get anything from the Comfort Inn in

7  Ballston, Virginia, did they?

8    A    Not with me.

9    Q    Now, I want to talk about when you were at

10  The Ellipse.  That's where former President Trump was

11  speaking.

12         You recall that?

13    A    I do.

14    Q    And that's where you were doing your security

15  detail for that day, correct, on the 6th?

16    A    That was the original intended point, but that's

17  not what had happened.

18    Q    Well, you ended up not escorting senators, right,

19  or protecting senators, correct?

20    A    Correct.

21    Q    But you learned that you were going to be there

22  because there was something called a Stop the Steal rally,

23  right?

24    A    Correct.

25    Q    And there were going to be speakers at the

1    Stop the Steal rally, correct?

2        A    Correct.

3        Q    And there were going to be family members of the

4    speakers at the Stop the Steal rally, right?

5        A    Correct.

6        Q    And you were told that you and your group, what

7    you were going to do is instead provide these personal

8    security details for the speakers and/or their families,

9    right?

10       A    Correct.

11       Q    And members of your group did, in fact, escort an

12   elderly female from The Ellipse to the Capitol, correct?

13       A    Yes, ma'am.

14       Q    And you believed that person to be a mother of one

15   of the speakers, right?

16       A    I was unaware of who she was.

17       Q    Okay.

18            While you were still at The Ellipse, there were a

19   lot of people there, right?

20       A    Yes, ma'am.

21       Q    It was a very crowded scene, correct?

22       A    Yes, ma'am.

23       Q    While you were there, word started to spread, did

24   it not, that Pence screwed us?

25            Do you remember that?

1     A    I do.

2     Q    Word started to spread that it was over, right?

3  That Trump had lost?

4     A    I believe so.

5     Q    On the walk to the Capitol, people are angry,

6  correct?

7     A    Definitely.

8     Q    You were angry, right?

9     A    Definitely.

10     Q    Your guy lost, right?

11     A    Correct.

12     Q    Pence wasn't going to stand up for Trump, was he?

13     A    No.

14     Q    On the walk to the Capitol, at some point you

15  became separated from Mr. Meggs and the other people, right?

16     A    Correct.

17     Q    Because it was a big crowd of people that was

18  walking, making that trip from The Ellipse to the Capitol,

19  right?

20     A    Correct.

21     Q    And it was in some spots a tightly packed crowd,

22  right?

23     A    I was separated from the crowd because I -- they

24  were moving faster than I was.

25     Q    Okay.

2674

1    A    And I wasn't able to keep up.

2    Q    All right.

3         And you were able to find them eventually, right?

4    A    Eventually.

5    Q    While on that walk, word started to spread that

6    the Capitol had been breached, correct?

7    A    Correct.

8    Q    By other people, right?

9    A    Correct.

10   Q    People you didn't know, correct?

11   A    Personally, no.

12   Q    Well, you had no idea who had breached the

13   Capitol, right?

14   A    Not at this point, no, ma'am.

15   Q    Okay.

16        There was a lot of chaos, was there not?

17   A    Yes, ma'am.

18   Q    There was a lot of confusion, wasn't there?

19   A    Yes, ma'am.

20   Q    There was a lot of noise, right?

21   A    Yes, ma'am.

22   Q    You were scared of confrontation, correct?

23   A    Yes, ma'am.

24   Q    Because you didn't know who was responsible for

25   the breach of the Capitol, correct?

2675

1      A    I was scared of confrontation because I didn't

2   know what to expect.

3      Q    And you thought that there could be people there

4   who wished ill intent on you or the people that you were

5   with, right?

6      A    Correct.

7      Q    All right.  Now I'm going to switch gears a little

8   bit and talk about the ride home back to Florida.

9           You were with Kelly Meggs and Connie Meggs, right?

10     A    Yes, ma'am.

11     Q    You, I think, said, were in the rear center seat

12  of the truck, right?

13     A    Yes, ma'am.

14     Q    Joe, Mr. Hackett, was on your left?

15     A    Yes, ma'am.

16     Q    And the man you call Whippet was on your right?

17     A    Yes, ma'am.

18     Q    It was -- would it be fair to say it was a fairly

19  somber ride home?

20     A    Panicked, somber.

21     Q    Mr. Hackett was not very talkative, was he?

22     A    Not about the Capitol.

23     Q    And he certainly wasn't jubilant, was he?

24     A    No.

25     Q    And you said that he mentioned at some point that

```
 1    he took a picture of the building and then deleted it,
 2    right?
 3         A    Yes, ma'am.
 4         Q    He didn't tell you why he did that, did he?
 5         A    No.
 6         Q    He didn't tell you to delete anything, did he?
 7         A    No.
 8         Q    You said that you did a factory reset on your
 9    phone on that ride home, right, the factory reset on your
10    phone?
11         A    Yes, ma'am, I did.
12         Q    And you did that privately, correct?
13         A    Yes, ma'am.
14         Q    You did that secretly, right?
15         A    Not necessarily.  I told him.
16         Q    Oh, you did?
17         A    I told him.
18         Q    You did tell him.
19              One moment, please.
20              We'll come back to that, all right?
21              Let's talk about the phone that Mr. Hackett had.
22    He had an iPhone, I think you said it was?
23         A    I believe so.
24         Q    Fair to say that that's what we call a smartphone,
25    right?
```

1        A      Yes, ma'am.

2        Q      Not a burner phone, correct?

3        A      No, ma'am.

4        Q      You were not charged with destroying evidence,

5   were you?

6        A      No.

7        Q      Nothing that you pled guilty to, right?

8        A      No, ma'am.

9        Q      You're not ever going to be charged in connection

10   with this case with destroying evidence, are you?

11        A      No, ma'am.

12        Q      And you know that to be true, right?  Because it

13   says so pretty much in your plea agreement, right?

14        A      Correct.

15        Q      All right.  Now, I'd like to ask you -- I want to

16   follow up on something that we discussed yesterday.

17              I asked you if you joined the Oath Keepers for

18   protection.

19              Do you remember that?

20        A      I do.

21        Q      And do you remember that you looked right at me

22   and you said, "No"?

23        A      Correct.

24        Q      And then I said, "No?"

25              And you said, "No."

1          You remember that?

2     A    Correct.

3     Q    Your testimony in this case yesterday and now

4 today is not the first time you've talked about the events

5 of January 6th, right?

6     A    Correct.

7     Q    You have met with the government many times,

8 correct?

9     A    Correct.

10     Q    The first time you met with them was on June

11 21st of 2021.

12          Does that sound right?

13     A    Approximately.

14     Q    And prior to meeting with the government on

15 June 21st, 2021, you prepared some handwritten notes about

16 your recollection of all of the events of this case,

17 correct?

18     A    Correct.

19     Q    And you wrote those handwritten notes on

20 June 19th, 2021, right?

21     A    Correct.

22     Q    Been about five and a half months -- had been

23 about five and a half months since January 6th, on

24 June 19th --

25     A    Approximately.

1       Q    -- is that fair?

2            And you wrote it single-spaced.

3            Do you recall that?

4       A    Single-spaced?

5       Q    Meaning you didn't skip lines?

6       A    No.

7       Q    It was in a composition notebook?

8       A    It was.

9       Q    It was 11 pages of notes, right?

10      A    Correct.

11      Q    And you included a lot of details in there,

12   correct?

13      A    Incorrectly.

14      Q    You included a lot of details in the notes that

15   you took, correct?

16      A    Incorrect details.

17      Q    Okay.  So you wrote incorrect details down?

18      A    I did.

19      Q    Did you write incorrect details down on purpose?

20      A    I did.

21      Q    You did.  Interesting.

22           Okay, sir.  We'll come back to this in a moment.

23           MR. NESTLER:  Objection.  Argumentative.

24           THE COURT:  I'll just ask you to be mindful of

25   that, Ms. Halim.

1           Go ahead.

2           MS. HALIM:  Yes, of course.

3    BY MS. HALIM:

4      Q    Well, let me ask you this question:  Do you recall

5    writing in your -- can we do this for the witness.  Can we

6    pull up JH22, please.

7           Do you see that --

8      A    I do.

9      Q    -- on your screen?

10          Do you recognize that to be your handwriting?

11     A    I do.

12     Q    Do you recognize that to be the notes that

13   you wrote?

14     A    I do.

15     Q    Do you see there in the first paragraph where you

16   say that you joined the Oath Keepers on November 16th

17   because "I was looking for a group to help me in case of

18   radicalist violence"?

19          Do you see that?

20     A    Correct.

21     Q    "I was afraid we might see riots in my area."

22          Do you see that?

23     A    I do.

24     Q    "I wanted someone to have my back in case law

25   enforcement could not help me."

1      A    Correct.

2      Q    You wrote all that?

3      A    Correct.

4      Q    Is that a correct or an incorrect detail?

5      A    That is a correct detail.

6      Q    All right.  Now, that would be inconsistent with

7   what you told me yesterday when you told me that, no, you

8   did not join the Oath Keepers for protection, right?

9      A    I did not join the Oath Keepers for protection;

10  I joined them for training.

11     Q    You recall testifying before the Grand Jury,

12  correct.

13     A    Correct.

14     Q    That was on August 6th, 2021 --

15     A    Yes, ma'am.

16     Q    -- correct?

17          And when you testified before the Grand Jury, you

18  had to take an oath, right?

19     A    I did.

20     Q    You had to take an oath to tell the truth,

21  correct?

22     A    I did.

23     Q    The very same oath you had to take here today,

24  right?

25     A    I did.

2682

1   Q   And when you took that oath, you swore that you
2   would, in fact, tell the truth?

3   A   I did.

4   Q   In fact, you were warned that if you didn't tell
5   the truth, you could be charged with perjury, right?

6   A   I did.

7   Q   Or other things, correct?

8   A   Correct.

9   Q   All right.  If I could pull up, this will be for
10   the witness and parties at this point, JH24, and we'll start
11   with the cover page.

12       Do you see that there where the title page says
13   "Grand Jury, Testimony of Caleb Berry"?

14   A   Correct.

15   Q   Dated August 6th, 2021?

16   A   Yes, ma'am.

17   Q   Okay.  We're going to just scroll through the
18   first couple of pages so you can take a look and confirm
19   that this is the transcript of your Grand Jury testimony.

20       THE COURT:  Ms. Halim, sorry to interrupt you, but
21   did you wish to have JH22, the portion you confronted him
22   with, admitted?

23       MS. HALIM:  You know, I actually meant to move the
24   entirety in, JH22, and I neglected to ask.

25       MR. NESTLER:  Objection.

1           THE COURT:  Yeah, I don't know that I can move the

2    entirety of it in at this point.

3           MS. HALIM:  Okay.

4           So then I would just move the portions that I

5    referenced for now.

6           THE COURT:  Okay.

7           All right.  So that portion will be admitted.

8           MS. HALIM:  Thank you.

9                                    (Defendant's Exhibit JH22
                                        received into evidence.)

10

11   BY MS. HALIM:

12       Q    Do you recognize this to be a transcript of the

13   testimony you gave to the Grand Jury?

14       A    I do.

15       Q    I am going to direct your attention to page 39,

16   and we're going to be taking a look at lines 13 to 15.

17           Do you see that?

18       A    Correct.

19       Q    Do you see it says "A," indicating that that was

20   an answer that you gave, right?

21       A    Correct.

22       Q    And you said, "Joe had made mention of deleting a

23   video that he had recorded," right?

24       A    Correct.

25       Q    "But I didn't discuss deleting my phone with

1    anybody else."

2            Do you see that there?

3    A    I do.

4    Q    That was the testimony you gave, correct?

5    A    Yes, ma'am.

6    Q    Testimony you gave after you put your hand up and

7    you swore an oath to tell the truth, correct?

8    A    Yes, ma'am.

9    Q    Which is different than the testimony you just

10   gave today when you took an oath to tell the truth, right?

11   A    Yes, ma'am.

12           MS. HALIM:  All right.  We can take that down.

13   Thank you.

14           Can I admit the portion that was -- of JH24, yes,

15   JH24, the portion that we just --

16           THE COURT:  It will be admitted.

17           MS. HALIM:  Thank you.

18                                    (Defendant's Exhibit JH24
                                        received into evidence.)
19

20   BY MS. HALIM:

21   Q    I want to talk a little bit more about your

22   meetings with the government.  And bear with me one moment,

23   I accidently just closed -- it's a problem with touch

24   screens.  Sorry about that.

25           I want to go through actually each of your

```
 1   meetings with the government.

 2           Well, we'll start with the notes that you prepared

 3   on June 19th, 2021.  You wrote down, you've now told us,

 4   purposefully incorrect details, right?

 5       A    I portrayed them in a sense that would be better

 6   for my case.

 7       Q    Okay.

 8           Then on June 21st, 2021, you met with the

 9   government for the first time in a formal interview, right?

10       A    Yes, ma'am.

11       Q    On June 23rd, 2021, an agent very briefly met with

12   you to return your phone to you.  Do you recall that?

13       A    I do.

14       Q    Then on July 1st, 2021, you met with the

15   government again for another formal interview, correct?

16       A    I believe so.

17       Q    On August 5th, you met again with the government

18   for another formal interview.  Do you remember that,

19   August 5th of 2021, to be clear?

20       A    It's been a long time.  I don't remember all of

21   them.

22       Q    Okay.  Sure.  Well, let me ask you this.  You

23   recall that you testified before the Grand Jury on

24   August 6th, 2021, right?

25       A    I remember testifying.  I don't remember when.
```

2686

1      Q      Okay.

2             We just saw the transcript, correct?

3      A      Yes.

4      Q      And it was dated August 6th, right?

5      A      August 6th, yes, ma'am.

6      Q      So will you accept that it was --

7      A      I will.

8      Q      Do you recall that you met with the government the

9   day prior here in D.C. before you testified?

10     A      Yes, ma'am.

11     Q      And so the day prior to your testimony would be

12  August 5th, 2021, right?

13     A      Correct.

14     Q      You met again with the government in September of

15  2021, right?

16     A      Correct.

17     Q      Twice, in fact.  Do you recall that?

18     A      I believe so.

19     Q      Do you have any reason to dispute that the dates

20  of those formal interviews with the government were

21  September 23rd, 2021, and September 29th, 2021?

22     A      I can't recall dates specifically.

23     Q      But you recall, you do recall two separate formal

24  interviews with the government in September of 2021?

25     A      There has been a lot of interviews.

2687

1      Q    There has been quite a lot.

2           In addition to those formal interviews, you've

3   also participated in preparation meetings with the

4   government, correct?

5      A    Correct.

6      Q    For example, you had a preparation meeting with

7   the prosecutors before your testimony that you started to

8   give yesterday, correct?

9      A    Weeks prior but, yes, ma'am, or weeks before.

10     Q    Do you remember specifically which week it was?

11     A    The weeks before Christmas, I think it was.

12          I left on the 21st, I flew up on the 17th,

13  I believe.

14     Q    Do you remember how many times you met with the

15  government for a preparation session for your meeting?

16     A    During this specific occurrence?

17     Q    Yes.

18     A    Twice, I believe.

19     Q    Twice.  So two times you prepared with the

20  government before you testified in this case, beginning

21  yesterday?

22     A    For this case, I think three.

23     Q    Three.  So three times you prepared with the

24  government?

25     A    I believe so.

2688

1      Q    Before giving your testimony yesterday and today.

2           Was there another occasion, perhaps late summer or

3    early fall of this year, in 2022 when you had a preparation

4    session with the government?

5      A    I don't recall.

6      Q    Okay.

7           I'm going to backtrack a little bit and talk about

8    the weeks directly following January 6th when you were back

9    home in Florida, okay?

10     A    Yes, ma'am.

11     Q    You were still on Signal, right?

12     A    Yes, ma'am.

13     Q    You were still in touch with some of the

14   Oath Keepers, correct?

15     A    A select few.

16     Q    A select few.  Kelly Meggs was one of them?

17     A    Including, yes, ma'am.

18     Q    Right, Kelly Meggs was one of them.

19          Now, let's talk about the months following

20   January 6th, okay?

21          You started to learn that people were getting

22   arrested, right?

23     A    I wasn't following it very closely but, yes.

24     Q    You knew that some people were getting arrested,

25   right?

2689

1    A    Yes.

2    Q    In fact, weren't you still talking with Alondra?

3    A    At this point, yes, ma'am.

4    Q    And it was Alondra who was the person who was sort

5    of keeping you in the loop on who had been arrested, right?

6    A    Occasionally.

7    Q    You were aware that people were getting charged

8    with crimes in connection with January 6th, correct?

9    A    Yes, ma'am.

10    Q    You're aware that people you knew, in fact, were

11    in jail after their arrest, right?

12    A    Yes, ma'am.

13    Q    That scared you, didn't it?

14    A    Of course it did.

15    Q    You didn't want to go to jail, did you?

16    A    No.

17    Q    You didn't want to get in trouble, did you?

18    A    No.

19    Q    You didn't want to be charged with anything or

20    arrested, did you?

21    A    No.

22    Q    And in those months following January 6th, you

23    were not arrested, were you?

24    A    For a while, no, ma'am.

25    Q    For quite a long while you were not arrested,

```
 1    right?
 2         A    I believe so.
 3         Q    In fact, you became aware at some point that the
 4    government wanted to talk to you, right?
 5         A    Yes, ma'am.
 6         Q    They didn't arrest you, did they?
 7         A    Not at this point.
 8         Q    They asked you if you would come speak to them,
 9    didn't they?
10         A    They did.
11         Q    And you said, yes, I will do that, right?
12         A    The FBI showed up to my apartment and then they
13    showed up to my mom's house.
14         Q    To ask questions, correct?
15         A    Yes.
16         Q    Not to arrest you, right?
17         A    Not to my knowledge.
18         Q    And you got a lawyer, right?
19         A    I did.
20         Q    And at no point am I going to ask you about the
21    conversations between you and your lawyer, okay?  So if my
22    question is vague, please know that's -- I'm not asking
23    about questions between you and your lawyer.
24              But you got a lawyer, right?
25         A    I did.
```

2691

1    Q    And through your lawyer, you made arrangements to

2    have a meeting, a formal meeting with the government,

3    correct?

4    A    Correct.

5    Q    Now, at that first meeting, that was on June 21st,

6    right?  We've talked about that.

7    A    Correct.

8    Q    Prior to that, you wrote down a lot of

9    recollections from a lot of the events surrounding

10   January 6th, right?

11   A    Yes, ma'am.

12   Q    11 pages' worth, as I said?

13   A    Yes, ma'am.

14   Q    And when you went to that -- you did that to

15   prepare for the meeting, right?

16   A    Yes, ma'am.

17   Q    When you showed up at the meeting, you had not

18   been arrested, right?

19   A    No.

20   Q    Had not been charged with anything?

21   A    No.

22   Q    You have no law -- you know, you have no

23   experience in the law, right?

24   A    I don't.

25   Q    You have no experience with the criminal justice

1    system, correct, prior to this case?

2        A    I don't.

3        Q    You didn't know what the potential charges could

4    be, right?

5        A    I did.

6            Whenever the FBI originally contacted me and I got

7    my lawyer, they told me that I was being formally charged

8    with conspiracy.

9        Q    Okay.

10           And that's what you were told when?

11       A    The first time that we met.

12       Q    Okay.

13           So let me ask -- let's talk a little bit about

14   that first meeting.

15           You went to your lawyer's office for the meeting,

16   right?

17       A    Yes, ma'am.

18       Q    His office was in Tampa, Florida?

19       A    Yes, ma'am.

20       Q    You were sitting there in your lawyer's office

21   with your lawyer right beside you, right?

22       A    Yes, ma'am.

23       Q    There were two agents that came to your lawyer's

24   office to interview you, correct?

25       A    Yes, ma'am.

1    Q    One or both of those agents was taking notes while

2    you talked, right?

3    A    Yes, ma'am.

4    Q    Now, you were aware that Mr. Nestler participated

5    in that by phone, correct?

6    A    Correct.

7    Q    You didn't see him that day, did you?

8    A    I do not believe so.

9    Q    You might have heard him because I think he

10   probably introduced himself and told you what you were doing

11   there, but you didn't see his face, right?

12   A    Correct.

13   Q    And you're aware that there was another agent that

14   was also present but, again, by phone, so another person

15   that you couldn't see, correct?

16   A    Correct.

17   Q    During that meeting, you did most of the

18   talking, right?

19   A    I don't recall.

20   Q    Okay.

21        You were aware, though, that agents were writing

22   down what you were saying?

23   A    I believe so.

24   Q    And you were aware that you had to tell the truth,

25   right?

2694

1        A     Yes, ma'am.

2        Q     You were aware that you're talking to the FBI,

3    correct?

4        A     Correct.

5        Q     I think you told us yesterday you were scared of

6    the FBI.

7        A     Of course.

8        Q     Scared of federal law enforcement.

9        A     Of course.

10       Q     And you knew that if you were untruthful to

11   federal law enforcement, that that's a crime in and of

12   itself, right?

13       A     Yes.

14       Q     They told you that, right?

15       A     Yes.

16       Q     All right.  Now, referring back to the notes that

17   you prepared on June 19th -- actually, you know, I'm sorry.

18   Let me ask you this.

19             Yesterday during your testimony on direct

20   examination with Mr. Nestler, you to talked about a huddle

21   that was, I believe, just outside the Capitol Grounds --

22       A     Yes, ma'am.

23       Q     -- on January 6th; is that right?

24       A     Yes, ma'am.

25       Q     And you said in that huddle, Kelly Meggs was

1    there, right?

2         A    Correct.

3         Q    You said Joe was there?

4         A    Correct.

5         Q    Are you sure about that?

6         A    I believe so.

7         Q    Was there anybody else there?

8         A    A bunch of us.

9         Q    Who?

10        A    Too many people to recall.  But it wasn't just me,

11   Joe, and Kenny and Kelly.

12        Q    Mr. Meggs said that there were two people -- two

13   people from your group that had gotten separated and were at

14   the Capitol, right?

15        A    Correct.

16        Q    Said that you needed to go get to them, not you

17   singularly, but all of you.  Your group needed to go meet up

18   with them and get them, correct?

19        A    Correct.

20        Q    He also said that he had heard that officers were

21   down, right?

22        A    Yes.

23        Q    He said that he had heard that people might be

24   hurt, correct?

25        A    Correct.

2696

1    Q    He said that you needed to go to be there in case

2    there were any emergency or medical services you could

3    provide, right?

4    A    I don't recall that part.

5    Q    You said yesterday that he also said -- so in this

6    huddle, talking about your other members, he also said,

7    "We're going to stop the vote count"?

8    A    Yes, ma'am.

9    Q    That's your testimony?

10   A    Yes, ma'am.

11   Q    All right.

12        Well, you will agree with me that when you wrote

13   the 11 pages of notes on June 19th, you didn't say that,

14   right?

15   A    As I said, I tried to portray myself in a

16   better picture.

17   Q    And so you would agree with me that when you wrote

18   those 11 pages of notes, you did not say that Kelly Meggs

19   said anything about stopping the vote.

20   A    Correct.

21   Q    You did say that he said something about joining

22   up with the two other people.  You said that, right?

23   A    Correct.

24   Q    You did say that he had said something about

25   officers being down, right?

1        A    Correct.

2        Q    But not about stopping the vote count, okay?

3   Right?

4        A    Correct.

5        Q    And then when you met with the FBI on June 21st,

6   again, you did not say that you -- that Mr. Meggs said

7   anything about stopping the vote count, right?

8        A    Correct.

9        Q    In talking to the FBI when you knew that you had a

10  duty to tell the truth, you did not tell them on June 21st

11  that Kelly Meggs said anything about stopping the vote

12  count, right?

13       A    Correct.

14       Q    Then after you met with the government on

15  June 21st, they pretty quickly reached back out to your

16  lawyer and said, "We want to talk with Caleb again,"

17  correct?

18       A    I believe so.

19       Q    The second meeting was a little different than the

20  first meeting, right?

21       A    I believe so.

22       Q    And the reason for that is because this time it

23  wasn't at your lawyer's office, correct?

24       A    Correct.

25       Q    It was at the FBI office in Tampa, right?

2698

1      A    Yes, ma'am.

2      Q    And let me ask a different question.

3           In Tampa at the FBI office, again, there were

4   agents present, correct?

5      A    Correct.

6      Q    At least two, right?

7      A    I believe so.

8      Q    And there was also this time Mr. Nestler and

9   another agent were present via videoconference, correct?

10     A    I don't recall.

11     Q    You don't recall that.

12          Do you recall that you had more interaction with

13  Mr. Nestler on July 1st?

14     A    Yes, ma'am.

15     Q    Mr. Nestler had a lot more questions for

16  you, right?

17     A    Yes, ma'am.

18     Q    Mr. Nestler gave you a little bit of pushback, did

19  he not?

20     A    I don't recall.

21     Q    Okay.

22          You learned in July, didn't you, what you were

23  going to be charged with, correct?

24     A    I learned what I was going to be charged with

25  whenever I first got my lawyer.

1    Q    Well, you learned what you could be charged with

2    when you first got your lawyer, right?

3    A    Correct.

4    Q    But it was about a month or so before you actually

5    got confirmation of what the government was going to charge

6    you with, correct?

7    A    I don't recall.

8         MS. HALIM:  All right.  If we could pull up, it

9    was a Government exhibit that was admitted yesterday, and I

10    actually forgot the number.

11        Can we pull up JH20, please.

12        And, Your Honor, I apologize.  I don't remember

13    the government's designation for this, but this is the same

14    document that the government moved into evidence yesterday.

15    And so if we can publish this to the jury?

16        MR. NESTLER:  No objection.

17                                  (Defendant's Exhibit JH20
                                      received into evidence.)
18

19    BY MS. HALIM:

20    Q    Do you see what's on the screen?

21    A    I do.

22    Q    It's a letter that has a date of July 9th?

23    A    Correct.

24    Q    And that letter is addressed to Daniel Fernandez,

25    correct?

```
 1        A    Correct.

 2        Q    Who was your attorney, right?

 3        A    Correct.

 4        Q    And this is the letter that actually set forth the

 5   terms of the plea agreement that the government was offering

 6   to you, correct?

 7        A    This is my plea agreement.  Yes, ma'am.

 8        Q    And in paragraph 1 on that first page, that's

 9   where you learned the two specific statutes that you were

10   going to be charged with, right?

11        A    Correct.

12        Q    And one of those was conspiracy, just like you

13   thought, right?

14        A    Correct.

15        Q    And the other was 18 United States Code

16   1512(c)(2).  Right?

17        A    Correct.

18        Q    And your lawyer -- strike that.

19             You understood, after some conversations, what

20   exactly that particular statute referred to, right?

21        A    I believe so.

22        Q    Obstruction of the congressional proceeding,

23   correct?

24        A    Correct.

25        Q    And although this letter is dated July 9th, you
```

1    understood prior to July 9th that you were going to be

2    charged and have to plead guilty to something in connection

3    with obstructing the congressional proceeding, right?

4         A    Correct.

5         Q    Circling back to that July 1st meeting that you

6    had where Mr. Nestler was more involved and asked you more

7    questions --

8              MR. NESTLER:  Objection.

9              THE COURT:  It's overruled.

10             I have to hear what the question is.  Go ahead.

11   BY MS. HALIM:

12        Q    That was the first time you told the government

13   that Mr. Meggs said anything about the vote count, right?

14        A    I don't recall.

15        Q    Okay.

16             Do you recall that you did -- do you recall that

17   you testified to that fact on August 6th when you testified

18   before the Grand Jury?

19        A    I believe so.

20        Q    At that point when you testified before the Grand

21   Jury, you had already pled guilty, right?

22        A    Correct.

23        Q    All right.  Now, what -- I'm going to switch gears

24   again, and I want to talk about your recollection about

25   physically going into the Capitol Building, okay?

1    A    Correct.

2    Q    So we're back on January 6th again.

3         Once you got to the Capitol Grounds, you or

4    someone made you aware that the two people that you were

5    looking for were already on the steps outside of the East

6    Rotunda doors, right?

7    A    Correct.

8    Q    And you knew those two people to be Kenny,

9    correct?

10    A    Correct.

11    Q    Kenny who you knew because you had ridden with him

12    earlier that day, right?

13    A    Correct.

14    Q    And that's the same Kenny that gave you the

15    helmet, right?

16    A    Correct.

17    Q    And the other person that he was with you knew at

18    that point to be a former Marine, correct?

19    A    Yes, ma'am.

20    Q    You now know that that former Marine is someone

21    named Jason, right?

22    A    Yes, ma'am.

23    Q    At the time you didn't know who Jason was though.

24    You just -- you didn't know Jason's name, correct?

25    A    Correct.

1    Q    And you didn't know anything about him other than

2  the fact than he was the former Marine, right?

3    A    Correct.

4    Q    And so you and the people that you were with

5  walked up the stairs and joined Kenny and the person who was

6  the former Marine, right?

7    A    Correct.

8    Q    Now, once you got it up there, there was a big

9  crowd of people, correct?

10    A    Yes, ma'am.

11    Q    As you stood there for the several minutes that

12  you stood there, it kept getting more and more crowded,

13  right?

14    A    I don't remember exactly.

15    Q    Okay.

16        Do you remember that there was a lot of noise?

17    A    Yes.

18    Q    There were the alarms going off from the

19  Capitol Building, right?

20    A    Yes.

21    Q    There were people yelling things into megaphones,

22  correct?

23    A    Correct.

24    Q    At one point, people were singing the National

25  Anthem, right?

2704

1    A    I don't remember that.

2    Q    People were chanting, correct?

3    A    Correct.

4    Q    People were yelling, right?

5    A    Yes, ma'am.

6    Q    At this point, the doors are still closed,

7    correct?

8    A    I think so.

9    Q    Your recollection is that while you were there in

10   that group of people, someone at some point yelled "Push,"

11   right?

12   A    We were two steps down from the top before we

13   moved up to the doors, and then people started to push and

14   we joined in.

15   Q    But you heard -- didn't you hear -- isn't your

16   recollection that you heard someone say "Push"?

17   A    I don't recall.

18   Q    Okay.

19        Then people started pushing, right, you said that?

20   A    Yes, ma'am.

21   Q    And you said you started pushing, correct?

22   A    Yes, ma'am.

23   Q    And your recollection is that the combination of

24   all these masses of people pushed with all of their weight

25   forward, correct?

1       A    Correct.

2       Q    And your recollection is that you were pushing

3  against Capitol Police officers, right?

4       A    Pushing against the doors.  I don't remember there

5  being officers.

6       Q    Okay.  You don't remember officers being there.

7            Pushed against doors, right?

8       A    Pushed against doors.

9       Q    And those are those East Rotunda doors, right?

10      A    Correct.

11      Q    Those big doors right there at the platform above

12  the steps, correct?

13      A    Correct.

14      Q    Are you guys pushed with all of your weight until

15  those doors opened, right?

16      A    Correct.

17      Q    And those doors opened inward, correct?

18      A    Correct.

19      Q    They broke, right?

20      A    I believe so.

21      Q    And then there was a flood of people rushing in.

22  That's your recollection, correct?

23      A    Yes, ma'am.

24      Q    And so that's the recollection that you told the

25  government?

2706

1      A    Yes, ma'am.

2      Q    In all of your meetings, right?

3      A    Yes, ma'am.

4      Q    It's the recollection that you wrote in your

5   handwritten notes on June 19th, correct?

6      A    Yes, ma'am.

7      Q    And now it's the recollection that you've

8   testified to here today, right?

9      A    No.

10     Q    Well, I mean, just now with me.  You just said it,

11  right?

12     A    I mean, there was a crowd of people and we all

13  pushed in, but we easily could have gotten out, we could

14  have turned around.

15     Q    Not my question.

16          I am going to ask you now about your Statement of

17  Offense.  Do you recall the Statement of Offense that

18  accompanied the plea agreement that you got from the

19  government?

20     A    I believe so.

21     Q    All right.  Well, we'll pull up JH21.

22          And I'll have you take a look at that.  This is

23  just for Mr. Berry and the parties, please.

24          Do you recognize that?

25     A    I do.

1      Q    It says, "United States of America versus Caleb

2  Berry"?

3      A    Yes, ma'am.

4      Q    And the title of the document is "Statement of

5  Offense"?

6      A    Yes, ma'am.

7      Q    Let me also point out the case number there;

8  it's 21-CR-460.

9           Do you see that?

10     A    I do.

11     Q    You were not charged alongside anyone else,

12  correct?

13     A    I don't know.

14     Q    Well, for example, you weren't charged in a case

15  called United States versus Caldwell, right?

16     A    No.

17     Q    You were never charged alongside with a bunch of

18  other people in a case called United States versus Rhodes or

19  Roberto Minuta, right?

20     A    No.

21     Q    It's just you, correct?

22     A    Correct.

23     Q    And now this Statement of Offense, now that you've

24  had a chance to look at it, do you recall that?

25     A    I believe so.

1    Q    Do you recall that it was something that the

2    government prepared in connection with your plea agreement?

3    A    Yes, ma'am.

4    Q    And do you recall that it's something that you had

5    to review with your lawyer and then eventually agree to the

6    facts that were stated therein?

7    A    Yes, ma'am.

8    Q    And it was something that the government read

9    those facts into court when you stood before judge -- when

10   you were present before Judge Mehta for your guilty plea?

11   A    Yes, ma'am.

12   Q    Which took place on July 20th, 2021, correct?

13   A    I don't recall the exact date but...

14   Q    And you recall that the government read the facts

15   from the Statement of Offense, right?

16   A    Yes, ma'am.

17   Q    And then do you recall that Judge Mehta asked you,

18   "Is that true, did you do those things?"

19   A    Yes, ma'am.

20   Q    All right.  If we could move forward to paragraph

21   15.

22        And to be clear, the government prepared this

23   document, right?

24   A    Yes, ma'am.

25   Q    I mean, you had no part in preparing it, correct?

1      A    Correct.

2      Q    Your understanding was that they prepared it based

3  on the things you had told them, right?

4      A    Correct.

5      Q    Okay.

6           Looking here at paragraph 15, I'm going to read

7  this and you follow along, let me know if I got anything

8  wrong.

9           "At around 2:40 p.m., Mr. Berry was present with

10 at least some of the co-conspirators on the plaza outside

11 the East Rotunda doors of the U.S. Capitol.  At least some

12 of the co-conspirators and other individuals pushed against

13 U.S. Capitol Police officers and the East Rotunda doors,

14 eventually forcing open the doors.  The doors were

15 significantly damaged.  Mr. Berry and at least some of the

16 co-conspirators then unlawfully entered the U.S. Capitol

17 Building itself."

18           Did I read that correctly?

19     A    Correct.

20     Q    You swore that those were the facts that were

21 true, correct?

22     A    Correct.

23     Q    At any point have you learned that your

24 recollection is incorrect?

25     A    No.

1    Q    Have you learned that the doors didn't open

2    inward?

3    A    No.

4    Q    Have you learned that the doors actually opened

5    outward towards you?

6    A    No.

7    Q    You didn't know that there were people on the

8    inside that actually did the pushing to open the doors

9    outward?

10    A    I did not know that.

11    Q    At any point did the government tell you that what

12    you swore to wasn't quite accurate?

13         MR. NESTLER:  Objection.

14         THE COURT:  It's overruled.

15         I mean, it's sustained.

16    BY MS. HALIM:

17    Q    At any point did the government try to correct the

18    record with respect to your Statement of Offense?

19         MR. NESTLER:  Objection.

20         THE COURT:  It's also sustained.

21    BY MS. HALIM:

22    Q    That's what you swore to, correct?

23    A    Correct.

24         MS. HALIM:  All right.

25         If I could have just one moment, please.

1          I have no further questions at this time.

2   Thank you.

3          THE COURT:  Thank you, Ms. Halim.

4          All right.  Who's up next?  Mr. Weinberg?

5          MR. WEINBERG:  Yes, Your Honor.

6          May I have a brief moment real quick?

7                    CROSS-EXAMINATION

8   BY MR. WEINBERG:

9       Q    Just a couple of questions, okay?

10          You joined the Oath Keepers November 16th,

11  correct?

12      A    Approximately.

13      Q    Okay.

14          And you joined the Oath Keepers online, right?

15      A    Correct.

16      Q    And you sent them $10 to join?

17      A    Correct.

18      Q    Okay.

19          So I believe Mr. Nestler talked about how joining

20  the Oath Keepers made you feel important, correct?

21      A    Made me feel like I was a part of something.

22      Q    A part of something.  That was your goal when you

23  joined the Oath Keepers?

24      A    To help.

25      Q    To help and be a part of a team?

2712

```
 1        A    Correct.

 2        Q    Okay.

 3             Now, Ms. Halim talked about you don't have any

 4   experience in military matters.

 5        A    No.

 6        Q    In fact, most of the military lingo you know is

 7   either from your parents or from video games?

 8        A    Correct.

 9        Q    Video games like what, Call of Duty?

10        A    Arma.

11        Q    Excuse me?

12        A    Arma.  That's a military simulator game.

13        Q    Did you ever play Call of Duty?

14        A    No.

15        Q    Never played Fortnite?

16        A    No.

17        Q    But you knew the term "QRF" from the video game?

18        A    Yes.

19        Q    Okay.

20             And you chose not to join the military because of

21   your girlfriend, correct?

22        A    Correct.

23        Q    Okay.

24             Your girlfriend also told you not to go to

25   January 6th; isn't that right?
```

```
 1        A     She didn't know.

 2        Q     She didn't what?

 3        A     She didn't know.

 4        Q     She didn't know that you were going to

 5   January 6th?

 6        A     She did not.

 7        Q     Is it fair to say your girlfriend didn't agree

 8   with you being a part of the Oath Keepers?

 9        A     Definitely.

10        Q     Okay.

11              In fact, you texted a lot with the Oath Keepers,

12   correct?

13        A     I did.

14        Q     Okay.

15              In the "OK FL Hangout" around 535 times; does that

16   sound about right?

17        A     I have no idea.

18        Q     We could say it's a lot, though, right?

19        A     A lot.

20        Q     And yesterday you originally testified that you

21   had spent five hours a day on YouTube watching videos,

22   correct?

23        A     Social media in general.

24        Q     Okay.  So it's not just on the Signal app but five

25   hours a day, YouTube, social media, Signal, all combined?
```

1          A    Approximately.

2          Q    Okay.

3              So it's a mixture of stuff, not just the chat

4     itself?

5          A    Correct.

6          Q    And you were on the FL -- or the "OK FL Hangout"

7     group from 11/26 to 1/7, correct?

8          A    I believe so.

9          Q    And then the 1/7 is when you reset your factory

10    phone and left that group, the Florida -- the "OK Florida"

11    hangout.

12             Do you recall that?

13         A    I don't recall ever leaving the group itself, but

14    I did reset my phone on the 7th.

15         Q    And you were in the "Vetted OK FL" hangout group

16    from the 2nd of January to the 20th of January, correct?

17         A    I don't recall dates.

18         Q    Okay.

19             Does that sound about right?

20         A    I really don't remember.

21         Q    Okay.

22             Now, in the "Vetted OK" hangout, we can agree you

23    didn't text as much as you did in the "OK FL" hangout,

24    right?

25         A    Correct.

1    Q    Now, you were placed on something called the

2    intelligence group or something like that?

3    A    It was an intelligence team, yes, sir.

4    Q    Okay.

5         So you were put on an intelligence team?

6    A    Correct.

7    Q    This is before you'd met anybody in person,

8    correct?

9    A    Correct.

10   Q    And you have no experience in intelligence?

11   A    No.

12   Q    Okay.  You didn't think it was weird that they

13   were putting you on an intelligence team with no experience?

14   A    I thought it was part of the vetting process.

15   Q    Okay.

16        And the vetting process was what?

17   A    The confirmation that I am who I said I was and

18   that I was willing to do things for them.

19   Q    Okay.

20        But there was no actual interview, correct?

21   A    Not in person, no.

22   Q    Okay.

23        Or a telephone interview, for that matter?

24   A    No, but they did a background check, I believe.

25   Q    And the background check, you believe that it's a

2716

1    background check but you don't know?

2         A    For sure, no.

3         Q    It could have been the extent of a Google search?

4         A    Possibly.

5         Q    Well, you were part of the intelligence team.

6              Did you do Google searches on people?

7         A    No.

8         Q    So you join online, and then were you the head of

9    the intelligence team or just part of it?

10        A    Just part of it.

11        Q    We can agree that in these chats, there's some --

12   not everything was a serious message?

13        A    Not everything; correct.

14        Q    We can agree you even asked for advice about your

15   girlfriend in these chats because she was a liberal.

16             Do you recall that?

17        A    I don't recall ever asking advice.

18        Q    Okay.

19             Do you recall complaining to the other

20   Oath Keepers that your girlfriend was a liberal?

21        A    I never complained.  I said that she was the

22   reason that I was there.

23        Q    Where?

24        A    In the Oath Keepers.

25        Q    Your liberal girlfriend convinced you to join the

1    Oath Keepers, or her ideology made you join the

2    Oath Keepers?

3        A    Her ideology.

4        Q    Okay.

5             And are you still with this girlfriend?

6        A    I am.

7        Q    And we can agree she was right.  You wish you'd

8    never joined the Oath Keepers, right?

9        A    Yes.

10       Q    Has she said, "I told you so" yet?

11       A    Plenty of times.

12       Q    Plenty of times.  Okay.

13            Do you recall having a debate about what's the

14   best flavor of Spam in the chats?

15       A    No.

16       Q    Do you recall maybe some of the older guys were

17   kind of razzing you because you were the younger one and

18   they were talking about older stuff?

19       A    Yes.

20       Q    You also complained about the website being

21   too low.

22            Do you remember that?

23       A    I don't know if it was the website or if it was a

24   patch that I had purchased from the website.

25       Q    Okay.  Well, if we could pull up DM6, please, and

1    just show it to Mr. Berry.

2             Yesterday, Ms. Halim asked you a question about

3    ordering the patch.

4             Do you recall?

5    A    I do.

6    Q    And you recall saying that you didn't have a

7    problem with the patch order.

8             Do you recall answering that way?

9    A    I don't remember.

10   Q    Do you remember from yesterday, that was your

11   answer, is that you didn't have a problem with the

12   patch order?

13   A    Yes.

14   Q    Okay.

15            Could you just read this to yourself and then look

16   up when you're done.

17            Just read it to yourself.  You don't have to read

18   it out loud.

19   A    Sorry.

20            (Witness complied.)

21            Okay.

22   Q    All right.  So we could agree that this is your

23   phone number?

24   A    Yes.

25   Q    Then you're Gator 4 or 242?

1      A    Correct.

2      Q    It's fair to say that these are a bunch of

3    messages about "Where's your patch?"  Correct?

4      A    Correct.

5      Q    Okay.

6           So you sent maybe three messages regarding, "Hey,

7    where's the patch?"

8           And then you finally got the patch in your third

9    message; we agree?

10     A    Correct.

11     Q    All right.

12          And then you said, well, there's no membership

13    form in that package you got either, right?

14     A    Correct.

15     Q    So you were upset that you didn't get the

16    membership form?

17     A    I wasn't particularly upset.  I just was expecting

18    one but never got one.

19     Q    Okay.

20          Let's talk about this phone number.  This is your

21    cell phone number, correct?

22     A    Correct.

23     Q    Okay.

24          Yesterday you talked about you joined the Signal

25    for anonymity; is that right?

1    A    Correct.

2    Q    Okay.

3         This is your cell number in your name, correct?

4    A    Correct.

5    Q    Okay.

6         So there's a moniker, which is Gator 242?

7    A    Correct.

8    Q    But this cell phone number bills to your house?

9    A    Correct.

10   Q    Okay.

11        So it's not really anonymous, is it?

12   A    It actually doesn't bill to my house.  I believe

13   it's my family's plan.

14   Q    Okay.

15        So it's easy to track you down based on this

16   phone number?

17   A    Correct.

18   Q    In fact, they did track you down based on this

19   phone number?

20   A    I don't know.

21   Q    Okay.  Well, it's possible, right?

22   A    Possible.

23   Q    So we can agree that Signal isn't just -- isn't

24   about anonymity or at least you didn't use it for anonymity

25   because you used your personal number?

1          A     I used my alias as anonymity.

2          Q     Okay.  I understand you used an alias or a

3    moniker, but this is your number.

4          A     Correct.

5          Q     Okay.

6                Now, I believe you talked about, in one of the

7    chats, about having a flip phone.  And this was after

8    January 6th?

9                Do you recall that?

10         A     A burner phone, yes, sir.

11         Q     Okay.

12               Did you ever use that burner phone?

13         A     Not really.

14         Q     Could we pull up 6778, please, I think this is a

15    Government's Exhibit.

16               And can we just go to Slide 10.

17               And, for the record, this is 6778, pull up Slide

18    10, this has already been admitted.

19               I'm not going to ask you to read these texts

20    again, I just kind of want to talk about them again briefly.

21               We can agree that this is a pretty intense text

22    from Jason, correct?

23         A     Correct.

24         Q     And we can agree that this was sent on

25    December 6th, 2020?

1      A    Correct.

2      Q    We can also agree that on December 6th, 2020,

3    there was no plan to go to Washington, D.C. on January 6th,

4    correct?

5      A    I was unaware of any plans.

6      Q    Okay.  So you were not aware of any plans?

7      A    Correct.

8      Q    So these messages are regarding the

9    Million MAGA March on December 15th, correct?

10      A    I don't recall.

11      Q    Okay.

12          Well, it's fair to say, you didn't learn about a

13    plan to go to D.C. in January until after Trump's tweet

14    December 19th?

15      A    I was never informed that the Oath Keepers were

16    going to be going to D.C. until after that.

17      Q    Okay.

18          So in all of the chats, nobody really discussed it

19    until after the December 19th date, correct?

20      A    I don't recall.

21      Q    Okay.

22          Now, you testified that you deleted the Signal app

23    to get rid of evidence, correct?

24      A    I factory-reset my phone.

25      Q    Which, in fact, deleted the app; is that right?

1      A      It wiped everything off my phone.

2      Q      Okay.

3             So you re-downloaded Signal, though, correct?

4      A      I believe so.

5      Q      And then you kept communicating with the

6   Oath Keepers?

7      A      That and a different chat, yes.

8      Q      It was in the Florida -- the "Vetted OK FL" chat,

9   correct?

10     A      Correct.

11     Q      Do you remember saying after January 6th that you

12   were proud of the Oath Keepers?

13     A      I was.

14     Q      And that's because nobody damaged anything inside,

15   correct?

16     A      Correct.

17     Q      And that was because nobody hurt anybody, to your

18   knowledge?

19     A      To the best of my knowledge.

20     Q      Okay.

21            Now, you said the night of the 6th you were

22   ashamed; is that right?

23     A      Yes.

24     Q      And I believe it's in your written statement you

25   called your mother and you went to bed?

```
 1        A     Correct.

 2        Q     Can we pull up DM7, please.

 3              Now, if you could please read this.

 4   Do you recognize this?

 5        A     Do you want me to read it out loud?

 6        Q     Yeah, go ahead.

 7        A     "For those of us still interested in continuing.

 8   This fight is not over, till it's over.  We keep pushing on.

 9   One day at a time.  We must be aggressively free or we will

10   not be free at all."

11        Q     So this is from the "Vetted OK FL Hangout,"

12   correct?

13        A     Correct.

14        Q     This is dated when?

15        A     The 12th of January, 2021.

16        Q     So this is six days after January 6th?

17        A     Approximately.

18        Q     Okay.

19              According to this text, you're still fighting

20   forward, correct?

21        A     Moving forward, correct.

22        Q     Okay.

23              So it's kind of -- doesn't seem like you were

24   ashamed in this text, does it?

25        A     I was ashamed but we had discussions of separating
```

1    from the Oath Keepers to form our own security group and get

2    licensed so we can get paid to do things.

3        Q    Okay.

4            Now, this text has nothing to do with the security

5    group, does it?

6        A    For those interested in continuing.

7        Q    Well, in fact, if we pulled up your hangouts, you

8    still welcome people to the OK -- the "Vetted OK FL Hangout"

9    up until the 18th?

10       A    Sure.

11       Q    So when people join, you say, hey, welcome, like

12   they did to you when you joined, correct?

13       A    Yes.

14       Q    It wasn't until the FBI talked to you that you

15   changed your tune; isn't that right?

16       A    No.

17       Q    Okay.

18           We can agree that you never saw a text message

19   discussing stopping the vote count, correct?

20       A    I believe I recall messages of the certification,

21   but I don't remember ever seeing something of stopping the

22   vote count.

23       Q    Because the vote count is kind of the statement

24   I'm interested in right now.  And this is the one that you

25   say now that Kelly Meggs said at the stairs; is that right,

1    or in the hall?

2         A    Correct.

3         Q    And I think Ms. Halim got out that you never

4    mentioned to that to the FBI in your written statement,

5    right?

6         A    Never mentioned what?

7         Q    What Kelly Meggs said --

8         A    Correct.

9         Q    -- about the vote count.

10             And you also didn't mention that in your first

11   interview with the FBI?

12        A    Correct.

13        Q    Now, you didn't mention it on purpose, correct?

14        A    Correct.

15        Q    Because you were trying to be untruthful with the

16   FBI?

17        A    I was trying to downplay and minimize it.

18             MR. WEINBERG:  Judge, if I may just have one brief

19   moment.

20             I have no other questions.  Thank you.

21             Judge, at this point, I would ask to admit DM06

22   and -07.  I apologize.

23             THE COURT:  Okay.  DM06 and -07 will be admitted.

24                           (Defendant's Exhibits DM06 and DM07
                                       received into evidence.)
25

1          THE COURT:  All right.  Who's up next?

2          Mr. Peed?

3          Don't everybody jump up at once.

4          MR. PEED:  Your Honor, I was trying to call up an

5    exhibit on my computer and get ready and my PDF player is

6    having some visual issues.  Do you want to take a break now

7    and get it fixed?

8          THE COURT:  No.

9                        -  -  -

10                  CROSS-EXAMINATION

11   BY MR. PEED:

12        Q    Good morning again, Mr. Berry.

13        A    Good morning.

14        Q    So you were just asked about when you first told

15   to the government this conversation, the statement by

16   Kelly Meggs, that he wanted to try to stop the count.

17          I just want to make sure it's clear.  So when you

18   first mentioned this to the FBI, it was in one of your

19   interviews but not your first interview, right?

20        A    Correct.

21        Q    And when you first said it to the FBI, you said

22   you thought someone, maybe Kelly Meggs, made this comment,

23   right?

24        A    I don't recall.

25        Q    Do you think that if you reviewed notes of that

2728

1    conversation, that it might help your recollection?

2         A    Possibly.

3         Q    All right.

4              Could we pull up for the witness Exhibit EV333.

5              THE COURT:  I'm sorry, what's the number?

6              MR. PEED:  EV333.

7              I'm sorry, let's come back to that because I can't

8    get this right now.

9    BY MR. PEED:

10        Q    When you first went to the Capitol, Mr. Berry, you

11   saw a man acting kind of emotional and a group of

12   Oath Keepers got around him, correct?

13        A    An officer.

14        Q    Let's talk about before that.  There was a man --

15   you saw a group of Oath Keepers praying, correct?

16        A    There was a group on the ground and Kelly knelt

17   and I knelt with Kelly.

18        Q    Do you recognize this scene?

19             I'm going to show you Exhibit EV328.

20             Do you recognize this as the Capitol Building that

21   you went into?

22        A    I do.

23        Q    And you recognize that as the scene that you

24   participated in?

25        A    I don't see myself in any of this.

2729

1    Q    Do you see here, do you see yourself or the people

2    that you were with?

3    A    I see my hat, yes.

4         MR. PEED:  At this time, Your Honor, I move to

5    admit EV328 and play it for the jury.

6         MR. NESTLER:  No objection.

7         THE COURT:  Okay.  EV328 will be admitted.

8                        (Defendant's Exhibit EV328
                            received into evidence.)
9

10        MR. PEED:  The sound is not working so I'll come

11   back to that.

12        (Video played)

13   BY MR. PEED:

14   Q    So after you -- this is when you first walked into

15   the Capitol, right?

16   A    Yes, sir.

17   Q    And after this prayer, you wandered around the

18   Rotunda area, correct?

19   A    I followed Kelly around the Rotunda, yes, sir.

20   Q    And you were wandering around aimlessly, correct?

21   It appeared that he was wandering around aimlessly, correct?

22   A    He had said that other members had gone deeper

23   into the building and we were going to try and get them

24   back.

25   Q    And you came across at some point a Capitol Police

1  officer, correct?

2      A    Correct.

3      Q    And he seemed in distress, correct?

4      A    Correct.

5      Q    And he was talking with the crowd, right?

6      A    Correct.

7      Q    And the Oath Keepers you were with, including

8  yourself, offered some assistance to this officer, correct?

9      A    Correct.

10         MR. PEED:  Your Honor, I'd like to show for the

11  witness only Exhibit EV327.

12  BY MR. PEED:

13     Q    Do you recognize this picture or the scene in this

14  picture, Mr. Berry?

15     A    I do.

16     Q    Is this a fair and accurate representation of the

17  scene you were in?

18     A    Yes, sir.

19         MR. PEED:  All right.  At this time, Your Honor,

20  I would move to admit Exhibit EV327.

21         MR. NESTLER:  No objection.

22         THE COURT:  Okay.  EV327 is admitted.

23                              (Defendant's Exhibit EV327
                                 received into evidence.)
24

25

BY MR. PEED:

Q    All right.  Do you recognize individuals in this photograph, Mr. Berry?

A    Five of the six, I do.

Q    Excuse me?

A    Five of the six, I do.

Q    Okay.

And could you point to them and put a dot over as you say their names.

A    Kelly, Connie, the officer, myself, Kenny.

Q    Okay.

And I see your backs are to the officer.  That's intentional, correct?

A    Correct.

Q    And you're trying to keep the crowd from the officer?

A    Correct.

Q    All right.  We'll take that down.

Now, you were asked on your direct by the government about messages of a general nature:  "If Trump doesn't do his duty, then we will."

Right?

A    Correct.

Q    And you were asked about what "we" means.  And "we" meant the Oath Keepers?

1      A    Correct.

2           MR. PEED:  Your Honor, I would like to introduce

3      for the witness messages from the "OK" Signal chat.

4      I believe it was EV327.

5           THE COURT:  320-what?

6           MR. PEED:  327.

7           THE COURT:  I thought the photo was 327.

8           MR. PEED:  You're correct, Your Honor.

9           EV141.

10          THE COURT:  141.

11          MR. PEED:  All right.

12     BY MR. PEED:

13     Q    Mr. Berry, you're a part of the "OK FL" hangout

14     Signal chat, correct?

15     A    Correct.

16     Q    And you read most of the messages, or you tried to

17     keep up with the messages on that, right?

18     A    Correct.

19     Q    Now, do you recognize this message from

20     December 21st, or do you recall others generally like it?

21     A    I do.

22          MR. PEED:  Your Honor, at this time, I would like

23     to admit Defense Exhibit EV141, a series of Signal messages

24     from this group.

25          MR. NESTLER:  No objection, Your Honor.

1          THE COURT:  EV141 is admitted.

2                              (Defendant's Exhibit EV141
                                   received into evidence.)

3

4    BY MR. PEED:

5      Q    So you see on December 21st, Mr. Rhodes wrote to

6    the "OK FL" hangout chat, "We need to push Trump to do his

7    duty.  If he doesn't, we will do ours."

8          Correct?

9      A    Correct.

10     Q    And he lists several things after that:

11         "Declare independence.  Defy, resist, defend,

12   conquer, or die.  This needs to be our attitude."

13         Right?

14     A    Correct.

15     Q    Do you recall seeing this message?

16     A    I do.

17     Q    And then he sent a link to a YouTube video,

18   correct?

19     A    Correct.

20     Q    Did you watch that YouTube video?

21     A    I don't recall.

22     Q    Mr. Rhodes told the group:  "Watch that video.

23   Brilliant use of modern multimedia."

24         Correct?

25     A    Can you repeat the question?

2734

1      Q    I'm just reading what Mr. Rhodes wrote.

2  Mr. Rhodes wet wrote:  "Watch that video.  Brilliant use of

3  modern multimedia."

4           Right?

5      A    Correct.

6      Q    And he said, "That's what we need.  Delegitimize

7  them.  Mock them.  Make fun of them.  Thumb your nose at

8  Gropey Joe, the Pretender-in-Chief, and Heels-Up Harris, his

9  Vice Ridden Pretender."

10           Correct?

11     A    Correct.

12     Q    "Tar and feather them and hang them in effigy."

13           Right?

14     A    Correct.

15     Q    "Make it fun.  But also make it deadly serious

16  that we won't comply.  We will defy.  We will nullify."

17           Right?

18     A    Correct.

19     Q    And so this is Mr. Rhodes -- when you read -- did

20  you read this message in realtime?

21     A    I don't recall.

22     Q    Okay.

23           But in general, you recall discussions about what

24  the Oath Keepers' duty was if Trump didn't do his duty,

25  right?

1       A    Correct.

2       Q    Mr. Rhodes continued:  "Let's adopt the Q slogan,

3  WWG1WGA."

4            Do you recall that, seeing a message like this?

5       A    I do.

6       Q    All right.

7            What did you understand WWG1WGA?

8       A    It's a slogan adopted by a group called Q.

9       Q    And Mr. Rhodes wrote that it means "Wherever you

10  go 1, we go all."

11           Was that your understanding?

12      A    Correct.

13      Q    Now, it was not your understanding that if Trump

14  did not do his -- well, let me back up.

15           When Stewart Rhodes said, "If Trump needs to do

16  his duty," he was talking about invoking the

17  Insurrection Act.  That was your understand, right?

18      A    Correct.

19      Q    And he was saying, "If Trump did not invoke the

20  Insurrection Act by the end of his term, then the

21  Oath Keepers would have a duty."

22           Correct?

23      A    Correct.

24      Q    And that duty would be to resist the Biden

25  Administration, correct?

```
1       A    No.

2       Q    Well, let me go back up.

3            In this message, he says, "Defy, resist, defend,

4  conquer, or die.  This needs to be our attitude."

5            Right?

6       A    Correct.

7       Q    And then he says, "This is what we need.

8  Delegitimize them.  Mock them.  Make fun of them."

9            Right?

10      A    Correct.

11      Q    And the persons he's saying to do that is the

12  Pretender-in-Chief, correct?

13      A    Correct.

14      Q    And you understood that to be President Biden,

15  correct?

16      A    Correct.

17      Q    Then he continued:  "We nullify together.  We defy

18  together.  We resist together."

19           Right?

20      A    Correct.

21      Q    Now, you consider yourself kind of a political

22  student of policy, right?

23      A    Correct.

24      Q    And the Constitution?

25      A    Correct.
```

2737

1    Q    Now, "nullify" is something -- when he used this

2    term, what did you understand "nullify" to mean?

3    A    The definition of "nullify" is to make -- I can't

4    think of the proper terminology.

5    Q    Okay.

6         But nullify in American history has happened when

7    people thought the U.S. Government was doing things that was

8    unconstitutional, correct?

9    A    Correct.

10   Q    All right.

11        So is it fair to say that Mr. Rhodes is talking

12   about resisting things he's considering unconstitutional by

13   the U.S. Government?  Right?

14   A    Correct.

15   Q    And what he anticipated being constitutional by

16   the U.S. Government was President Biden doing things as

17   President when he wasn't constitutionally elected, right?

18   A    Correct.

19   Q    Okay.

20        So he's saying he will resist President Biden,

21   right?

22   A    Correct.

23   Q    And nullify acts of President Biden, right?

24   A    Correct.

25   Q    Take that down.

2738

```
 1               And President Biden became President on
 2    January 20th, right?
 3        A    Correct.
 4        Q    Now, when you came up to the D.C. area and you
 5    dropped off weapons at the hotel, there was a man in a blue
 6    shirt on the video you were shown, right?
 7        A    Correct.
 8        Q    And that was an older gentleman, right?
 9        A    Correct.
10        Q    And that's the man that you and the people you
11    were with were instructed to give weapons to, right?
12        A    Yes, sir.
13        Q    Okay.
14             You had no interactions at that hotel with the man
15    seated here with the beard, correct?
16        A    No.
17        Q    You never spoke to this man, right?
18        A    No.
19        Q    You were never told to give weapons to this
20    man, right?
21        A    I don't know who that person is.
22        Q    Thank you.
23             Did you ever hear Kelly Meggs or any other
24    Oath Keeper in your presence talk about the name Vallejo?
25        A    The name sounds familiar, but I don't know who
```

 1    that is.

 2         Q     You don't know who he is?

 3         A     No.

 4         Q     Did Mr. Meggs tell you that Mr. Vallejo had any

 5    role in bringing weapons to you?

 6         A     I don't know who that is.

 7         Q     Thank you.

 8              MR. PEED:  No further questions, Your Honor.

 9              THE COURT:  Okay.  Mr. Shipley.

10                        CROSS-EXAMINATION

11    BY MR. SHIPLEY:

12         Q     Good morning, Mr. Berry.

13         A     Good morning.

14         Q     You're testifying here pursuant to an agreement to

15    cooperate with the government, right?

16         A     Correct.

17         Q     And that agreement is reflected in your

18    plea agreement.  Your agreement to plead guilty includes an

19    obligation, a term of the agreement, to cooperate, and that

20    includes providing testimony?

21         A     Correct.

22         Q     In exchange for that testimony, you expect a

23    benefit, right?

24         A     I don't expect anything.  I hope for something.

25         Q     Well, in fact, you said before the Grand Jury that

1    the reason you were pleading guilty and testifying was to

2    try to get the shortest possible sentence.

3        A    Correct.

4        Q    Okay.

5            So you're motivated to do what you're doing by

6    trying to get the shortest possible sentence.

7        A    Correct.

8        Q    Okay.

9            MR. SHIPLEY:  Can we get Government's Exhibit 5710

10   somewhere?  Anybody help me with that?  It's the

11   plea agreement.

12           THE COURT:  I think it's up now, Mr. Shipley.

13           Mr. Shipley, it's now up.

14           MR. SHIPLEY:  Oh.  Thank you.

15   BY MR. SHIPLEY:

16       Q    Can we go to page 3.

17           Now, the plea agreement included an agreement on

18   your part to how your sentence would be calculated by law,

19   right?

20       A    Yes.

21       Q    You're taking a moment to read.  I don't want to

22   deprive you of that opportunity.  If you need to take a

23   moment to read it, just tell me, and I'll wait for you.

24           Right down at the bottom, that paragraph says,

25   "Estimated Guideline Range," and the first sentence says,

1  "Based upon the estimated offense level and the estimated

2  Criminal History Category set forth above, your client's

3  estimated Sentencing Guidelines is 51 to 63 months."

4       Right?

5  A    Correct.

6  Q    And you agreed to that.  This is a document you

7  signed saying that you agreed to that?

8  A    Correct.

9  Q    So that's five -- between four and five years?

10 A    Correct.

11 Q    And you are -- the purpose of this exercise for

12 you to obtain the lowest possible sentence is try to get

13 that number down?

14 A    Of this exercise, you mean testifying?

15 Q    Cooperating.

16 A    Correct.

17 Q    Now, you understand that in order to have that

18 benefit, in order to achieve that goal of yours of bringing

19 that number down, it requires a motion to be filed with the

20 Court on your behalf, right?

21 A    Correct.

22 Q    And that motion reflects what you've done in

23 assisting the government in cooperating in the investigation

24 or prosecution of others?

25 A    Correct.

1    Q    And you went over all of this with your lawyer,

2    right?

3    A    Correct.

4    Q    And you understand that the motion can only be

5    filed by the folks sitting at this table, nobody else,

6    right?

7    A    Correct.

8    Q    And without that motion, the Judge at the time of

9    your sentencing cannot go below -- well, would not otherwise

10   go below the 51 to 63 months based on your agreement?

11              MR. NESTLER:  Objection.

12              THE COURT:  Sustained.

13              MR. SHIPLEY:  There's a lot to unpack there.

14   I'm not sure I want to try --

15              THE COURT:  I know.

16   BY MR. SHIPLEY:

17   Q    But you understand that the process for getting

18   your number, getting your sentence reduced according to your

19   expectation, begins with a motion filed by the government?

20   A    Yes.

21   Q    Okay.

22        So when you leave this courtroom in a few minutes

23   and you're done, when you leave, you must hope that

24   Mr. Nestler and the others are satisfied with the effort

25   that you've made?

2743

1       A    Yes.

2       Q    Because you know that the reason why you're doing

3  this depends on making the folks at this table happy?

4       A    And to tell the truth but, yes.

5       Q    So if your testimony in any way upsets Mr. Nestler

6  or he's unhappy with it, then your possibility of getting

7  that motion might be damaged?

8       A    Correct.

9            MR. SHIPLEY:  No further questions.

10           THE COURT:  All right.  Before we begin the

11  redirect examination, why don't we take our morning break.

12  It is now slightly after -- it's almost five of or a little

13  after five of.  Why don't we plan to continue at 11:15.

14  Thank you, all, very much, see you shortly.

15           COURTROOM DEPUTY:  All rise.

16           (Jury exited the courtroom.)

17           THE COURT:  Okay.  Mr. Berry, just a reminder not

18  to discuss your testimony during the break.  We'll see

19  everybody shortly.

20           COURTROOM DEPUTY:  The Court stands in recess.

21           (Recess from 10:58 a.m. to 11:17 a.m.)

22           MR. NESTLER:  I just have one issue before the

23  jury comes in.

24           Mr. Berry, will you step out for one second.

25           THE COURT:  Sure.

2744

1        MR. NESTLER:  It's a sensitive issue about

2   multiple proceedings and I just wanted to flag something for

3   the Court.

4        Ms. Halim got into it with Mr. Berry how he had

5   met with the government multiple times.  I think there's

6   some confusion in Mr. Berry's head and the jury's head about

7   the multiple different prep meetings and what they were for.

8        I think it might be appropriate for the Court to

9   instruct the jury that there have been multiple related

10  proceedings because as it stands now it sounds like

11  Mr. Berry met with the government multiple times to prepare

12  for his testimony here today, which is not the case.  He's

13  met with the government multiple times for the Grand Jury,

14  other investigations, other trials, and I didn't want to

15  have to get into it with the jury here, the fact that there

16  have been other trials.

17        THE COURT:  So was there more than one prep

18  session for the last trial?

19        MR. NESTLER:  For the prior trial?

20        For the Rhodes trial, there was -- I think there

21  were two different prep sessions for the Rhodes trial, and

22  then there was a prep session and then a meeting with him

23  right before he went home to Florida right before Christmas

24  when we didn't sit here.  But the impression that's left is

25  that there have been all these meetings for this trial and

1    I want to disabuse the jury of that impression, but I want

2    to be sensitive about not flagging the fact that there has

3    been another trial that he met with the government to

4    prepare to testify for.

5            THE COURT:  And so how do you propose --

6            MR. NESTLER:  Well, I wasn't going to get into it

7    but now Ms. Halim has made an issue of it on cross, so my

8    proposal is Your Honor tell the jury that there have been

9    other proceedings related to this case that he has met with

10   the government to prepare for.

11           THE COURT:  And you plan to just say, Ms. Halim

12   asked you about meetings last summer or April and were those

13   meetings were for this trial or for a different set of

14   proceedings?

15           MR. NESTLER:  Well, the problem is he doesn't know

16   so I'm not telling him --

17           THE COURT:  Right.

18           MR. NESTLER:  -- which defendants are on trial and

19   what's going on.  We're going over his recollections.

20           THE COURT:  Right.

21           MR. NESTLER:  So he doesn't know those facts and

22   this is a unique situation was there's multiple related

23   trials.

24           THE COURT:  So the instruction would be what?

25           MR. NESTLER:  For you to tell the jury that

2746

1    Mr. Berry has met with the government related to preparing

2    to testify at related trials that are not this trial.

3            THE COURT:  Yeah, see, I'm concerned about -- I

4    mean, that's why we talked about referring to any testimony

5    at prior trials, at prior proceedings.

6            MR. NESTLER:  Related proceedings that are not

7    this trial.

8            THE COURT:  I know.  It hasn't come up yet so we

9    haven't had a witness -- I guess we had some reference to it

10   by one of the agents, but that sort of went by so quickly,

11   I don't think it really had any impact.

12           Look, I mean, I think at the end of the day, I

13   mean, I will instruct at the end, and I can even -- I think

14   it's probably appropriate just to do it at the end, that

15   there's nothing improper about the government or the defense

16   meeting with witnesses, so that instruction will be given.

17           I am disinclined to sort of flag that Mr. Berry

18   may be a witness in multiple cases to avoid any speculation

19   about what those cases might be, who may be involved, and

20   what the outcome of that was.  We tried to do a -- we tried

21   to weed all of that prior knowledge out during voir dire and

22   I'd rather not inject it back into this case.

23           MR. NESTLER:  Understood.

24           I may try it with him to talk about how when we

25   met back in the fall it was related to testifying at a

2747

1    different proceeding.  So I may do that with him.

2              MR. SHIPLEY:  Can I be heard on that?

3              To me it's inappropriate and here's why.  It

4    doesn't matter whether he met for preparation of the other

5    trial or he met for the preparation of this trial.  It's the

6    same facts, it's the same case.  So that's -- it's just

7    multiple preparation.  Which trial is irrelevant.

8              THE COURT:  Yeah, I mean, I think that's -- at

9    least for the purpose for which it's being introduced,

10   I think Mr. Shipley is right.  It's being introduced to

11   establish bias for the government, in favor of the

12   government, his incentive to testify the way he has, and

13   that doesn't change whether it's at this trial or another

14   trial.  So I'm going to -- I'm going to ask you to avoid

15   asking the question, to avoid introducing to the jury the

16   fact that there are other proceedings.

17             I mean, I think if one of the reasons you want to

18   ask is sort of disabuse the notion that he's been sort of

19   overly coached for this trial, I suppose that has some

20   relevance, that's a little bit different than what I've just

21   described.

22             MR. NESTLER:  That's precisely the reason.

23             THE COURT:  Right.

24             MR. NESTLER:  And Ms. Halim went through, I don't

25   know, six or seven different meetings that he had with the

2748

1    government.  Who was there, was he present on the phone or

2    on video.  Who was live.

3              THE COURT:  She did that with the early meetings,

4    not the later ones.

5              MS. HALIM:  The reports on the later ones, they

6    were genuine curious questions.  I have no idea how many

7    times the man has met with the government because there are

8    more meetings than there are reports.

9              THE COURT:  Look, I think the only reference to a

10   prior meeting that would relate to the earlier trial was one

11   potential session, and I think Ms. Halim sort of said

12   summer, fall, and he said, I don't recall.  So I think let's

13   just leave it, because I don't think there's any real

14   testimony that he, in fact, said, I sat for a prep session

15   once, let alone twice in the fall.  So I think we just let

16   it sit and let's move on.

17             MR. NESTLER:  That's fine.

18             THE COURT:  Okay.  All right.

19             MR. PEED:  Your Honor, there's one piece of

20   information that I'd like to elicit, I'd like to just take

21   one or two questions before I hand it over to Mr. Nestler,

22   avoid having to call Mr. Berry back in the defense case.

23             Do I have permission to do that?

24             THE COURT:  Okay.

25             MR. NESTLER:  Can I ask what this is?

 1              MR. PEED:  Yeah, I just wanted to confirm this.

 2              MR. NESTLER:  A piece of the Grand Jury.

 3              MR. PEED:  I'm going to ask him about this

 4    statement.

 5              MR. NESTLER:  Okay.

 6              COURTROOM DEPUTY:  Jury panel.

 7              (Jury entered the courtroom.)

 8              THE COURT:  Please be seated, everyone.

 9              Before we continue with start the government's

10    redirect, I should say, Mr. Peed had a couple more questions

11    he wanted to ask Mr. Berry.

12              Mr. Peed.

13              MR. PEED:  Thank you.

14    BY MR. PEED:

15        Q    Mr. Berry, on the steps of the Capitol after you

16    came out, you went and were in the same location as

17    Stewart Rhodes, right?

18        A    In the same approximate area, yes, sir.

19        Q    Okay.

20              Kelly Meggs told you that Stewart Rhodes was in it

21    for himself, right?

22        A    At one point, yes, sir.

23        Q    And he told you that we didn't really work well

24    with national and tend to stick to ourselves for the most

25    part, right?

2750

```
 1        A     Yes, sir.

 2        Q     And by we, he meant the Florida group, right?

 3        A     Correct.

 4              MR. PEED:  Thanks.  No further questions.

 5              THE COURT:  Okay.  Mr. Nestler.

 6                            -  -  -

 7                    REDIRECT EXAMINATION

 8    BY MR. NESTLER:

 9        Q     Good morning, sir.

10              Let's talk about a couple of the meetings that we

11    had.

12              We met a couple of times in December before

13    Christmas; is that right?

14        A     I believe so.

15        Q     And then you went back home to Florida?

16        A     Yes, sir.

17        Q     Were you planning to testify here before

18    Christmas?

19        A     I was.

20        Q     And you've now come back to testify here after the

21    Christmas break?

22        A     Yes, sir.

23        Q     And in between those times we spoke back in

24    December and when you took the stand yesterday, have you and

25    I spoken?
```

2751

1        A      When I went home, no.

2        Q      There were several questions from the different

3   defense lawyers about weapons or firearms cases.

4               Do you remember some of those questions?

5        A      Yes, sir.

6        Q      Why did you think that these long gun cases had

7   long guns inside of them?

8        A      Because a firearm weighs a decent amount, and the

9   cases were heavier.  I've held an empty case before, and

10  they didn't feel empty.

11       Q      And you said you saw some ammunition canisters; is

12  that right?

13       A      I did.

14       Q      And why did you think those ammunition canisters

15  had ammunition in them?

16       A      Because when -- at Jeremy's house when we moved

17  them into the van, they were heavy.  And you can hear the

18  ammunition inside of them.

19       Q      Pot of the reasoning is based on what you

20  physically saw and touched yourself?

21       A      Yes, sir.

22       Q      Are there things that you heard from other people

23  that also gave you the impression that these firearms cases

24  and ammunition cases were filled with things that were

25  firearms and ammunition?

2752

```
 1        A    Yes, sir.

 2        Q    What were some of those things you heard from

 3   other people?

 4        A    People were talking about whose firearms they

 5   were, where they would be going.

 6             Nothing in specifics about the types of firearms

 7   or what they were, but stuff of that nature.

 8        Q    Did you have an impression about whether Joe had

 9   a -- or one of those firearms cases belonged to Joe?

10        A    A personal handgun, I believe.

11        Q    And why did you have that impression?

12        A    I recall being told that it was his or he was

13   moving it somewhere.

14        Q    Now, Ms. Halim asked you several questions about

15   your phone and resetting your phone; is that right?

16        A    Yes, sir.

17             MR. NESTLER:  Now, if we could pull up,

18   Ms. Badalament, please, the Statement of Offense, which is

19   Government's Exhibit 5723.

20             And if we could go to page -- sorry, paragraph 18,

21   which is going to be on page 4.

22             And so, Mr. Berry, Ms. Halim asked you questions

23   about whether you had admitted or -- sorry.

24             I guess she asked you whether you were going to be

25   charged for deleting your phone; is that right?
```

1      A     Correct.

2      Q     And what is your understanding about whether you

3  would be charged for having deleted from your phone?

4      A     If I would be getting a charge of perjury.

5      Q     Well, are you currently facing a charge for having

6  deleted from your phone?

7      A     I don't believe so.

8      Q     Okay.

9            And when you agreed to a Statement of Offense in

10  front of Judge Mehta, when you pled guilty, did you agree to

11  facts related to having deleted your phone?

12      A     Yes, sir.

13            MR. NESTLER:  And if we could move into evidence,

14  Your Honor, Government's Exhibit 5723, paragraph 18.

15            THE COURT:  Any objection?

16            MS. HALIM:  No objection.

17            MR. WEINBERG:  No objection.

18            THE COURT:  So 5723, paragraph 18, is admitted.

19                                      (Government Exhibit 5723
                                         received into evidence.)
20

21  BY MR. NESTLER:

22      Q     So if you could read for the members of the jury

23  what it is that you agreed in court in front of Judge Mehta

24  regarding your phone here.

25      A     Paragraph 18 states:  "On January 7th, 2021,

1    Mr. Berry factory-reset his iPhone, deleting the data on the

2    phone that included encrypted communications with at least

3    some of the co-conspirators."

4            MR. NESTLER:  Thank you.  You can take that down,

5    Ms. Badalament.

6    BY MR. NESTLER:

7        Q    And here is your plea agreement.  Do you see this

8    is a portion of your plea agreement?

9        A    I do.

10       Q    And this is Government's Exhibit 5710 already in

11   evidence.

12           If we could display to the jury, please.

13           And as part of your plea agreement, do you see

14   here that there is an enhancement that you agreed to for

15   obstruction of destroying documents, an extra two points

16   under the Sentencing Guidelines?

17       A    Yes, sir.

18       Q    So you have accepted responsibility for destroying

19   evidence, for deleting your phone?

20       A    Yes, sir.

21       Q    And you admitted that in court?

22       A    Yes, sir.

23       Q    Now, Ms. Halim also asked you some questions

24   regarding when you made that decision to delete from

25   your phone.

1              Do you remember those questions?

2     A     I don't recall all of them.

3     Q     Sure.

4              So earlier today, she talked to you about when you

5     deleted -- when you factory-reset your phone; is that right?

6     A     Correct.

7     Q     And where were you when you reset your phone?

8     A     In the truck.

9     Q     In Kelly Meggs' truck?

10    A     Yes, sir.

11    Q     And who was sitting next to you?

12    A     Joe.

13    Q     And then Ms. Halim showed you a portion of your

14    Grand Jury transcript regarding that; is that correct?

15    A     Yes, sir.

16    Q     I want to pull up for the record

17    Government's Exhibit 5722.

18             This appears to be the first page of your Grand

19    Jury transcript; is that correct?

20    A     Yes, sir.

21    Q     That same document Ms. Halim showed you an hour or

22    two ago, right?

23    A     Yes, sir.

24    Q     And if we could go to page 39, that same page that

25    Ms. Halim showed you.

1          MR. NESTLER:  And I'd like to admit into evidence

2    lines 1 through 20, please, Your Honor, and have them read.

3          MS. HALIM:  No objection.

4          THE COURT:  So lines 1 through 20?

5          MR. NESTLER:  Thank you.

6          THE COURT:  Okay.

7                         (Government Exhibit 5722 1 through 22
                                    received into evidence.)
8

9    BY MR. NESTLER:

10   Q    So when you were in the Grand Jury, did we have

11   the following exchange regarding the deleting of your phone?

12        I asked, "As you were driving from Virginia back

13   to Florida, did you do anything on your phone?"

14        And you answered, "I reset it."

15        Is that correct?

16   A    Yes, sir.

17   Q    Then I asked, "What kind of phone did you have?"

18        And you answered, "An iPhone."

19        I asked, "And by resetting it, you mean you

20   factory-reset it?"

21        And you said, "Yes, sir."

22        I then asked, "Why?"

23        And you replied, "To get rid of evidence."

24        Is that correct?

25   A    Correct.

2757

1      Q    I then asked, "Had you been talking with people in

2  the car about getting rid of evidence?"

3           And you answered, "Joe had made mention of

4  deleting a video that he had recorded.  But I didn't discuss

5  deleting my phone with anyone else."

6           And then I asked, "So Joe told you he had recorded

7  a video inside the Capitol?"

8           And you said, "Yes, sir."

9           And I asked, "That he already deleted off of his

10  phone?"

11           And you said, "Yes, sir."

12           Is that correct?

13      A    Correct.

14           MS. HALIM:  Your Honor, I'm sorry.  I would ask

15  that lines 21 and 22 also be read and shown, published to

16  the jury.

17           MR. NESTLER:  Sure.

18  BY MR. NESTLER:

19      Q    And then I said, "Did he say why?"

20           And you said, "No, sir."

21           Is that correct?

22      A    Correct.

23           MR. NESTLER:  Thank you, Ms. Badalament.  You can

24  take that down.

25

1    BY MR. NESTLER:

2        Q    So Joe in the car told you that he was deleting

3    something off of his phone?

4        A    Correct.

5        Q    And then what did you decide to do?

6        A    Follow in suit and delete stuff off of my phone.

7        Q    Why?

8        A    Because he had done it.

9        Q    Why did you not want to have things on your phone?

10       A    These things could have been used against me

11   in court.

12       Q    Who's older, you or Joe?

13       A    Joe.

14       Q    Who has more life experience?

15       A    Joe.

16       Q    From your perspective, who was closer with Kelly?

17       A    Joe.

18       Q    Now, Mr. Peed, who represents Mr. Vallejo over

19   here with the beard, he asked you some questions and showed

20   you a video.

21            Do you remember that?

22       A    Yes, sir.

23       Q    Including a video of you inside of the Rotunda; is

24   that right?

25       A    Yes, sir.

1    Q    So can you describe what you were doing in that
2    video.
3    A    There was a group that had kneeled down, and I
4    assumed that they were praying.  And Kelly knelt down, so I
5    knelt down with them.
6    Q    At the time you were doing that, were you helping
7    to save anybody?
8    A    No.
9    Q    Were you protecting anybody?
10    A    No.
11    Q    Now, let's talk about Mr. Peed also asked you some
12    questions about your interaction with the police officer
13    while you were in the Capitol Building; is that right?
14    A    Yes, sir.
15    Q    And so I believe you said that other members of
16    Oath Keepers had gone further into the building; is that
17    right?
18    A    Yes, sir.
19    Q    And who did you stick with most of the time?
20    A    Kelly.
21    Q    Was Joe near you?
22    A    For the most part, yes, sir.
23    Q    And when you saw this officer, what were members
24    of the crowd doing with respect to the officer?
25    A    The crowd was yelling at him, calling him an oath

1  breaker, calling him slurs, things of that nature.

2       Q    You were all wearing Oath Keepers gear, right?

3       A    Yes, sir.

4       Q    So it was clear that you were Oath Keepers?

5       A    Yes, sir.

6       Q    And so if he's an oath breaker, what does that

7  mean in terms of whether you're on the same side or

8  opposite sides?

9       A    Opposite side, ideologically.

10      Q    Were people in your group also yelling at that

11 officer?

12      A    Connie was, I believe.

13      Q    And Connie is who to Kelly?

14      A    Kelly Meggs' wife.

15      Q    And what was it that Connie was yelling at the

16 officer?

17      A    I don't recall specifically.

18      Q    Do you remember what Connie was saying generally

19 to officers at the Capitol that day?

20      A    I do.

21      Q    What was that?

22      A    She was saying things like "oath breakers,"

23 "treason," stuff like that.

24      Q    Now, let's talk about when you were walking to the

25 Capitol and you were asked some questions about whether you

2761

1    were told around that time that the Capitol had been

2    breached.

3              Do you remember that?

4        A    I do.

5        Q    And when you were told the Capitol had been

6    breached, what did you think?

7        A    Officers were hurt, people were hurt, people were

8    actively trying to get inside the building.

9        Q    Did you think it was Antifa who was trying to get

10   inside the building?

11       A    No.

12       Q    Who did you think was trying to get inside the

13   building?

14       A    Trump supporters.

15       Q    And what were you?

16       A    A Trump supporter.

17       Q    Did you think people who were trying to get in the

18   building were on your side or on a different side?

19       A    My side.

20       Q    Did you think people getting in the building would

21   have been good for what you wanted to accomplish or bad for

22   what you wanted to accomplish?

23       A    Good.

24       Q    Now, when you had heard that people were breaching

25   the building and that you assumed they were Trump supporters

1    and that would be good for you, what did you think your

2    group as the Oath Keepers could accomplish at that point?

3         A    At this point I wasn't sure.

4         Q    Why not?

5         A    I didn't think that we had the means to accomplish

6    anything as a group like ours at this point.

7         Q    And did that change?

8         A    It did.

9         Q    How so?

10        A    Well, we acted on it and our very presence at the

11   building had a direct impact on the certification of

12   Joe Biden.

13        Q    When you got closer and you got into a huddle and

14   Kelly Meggs was doing a lot of the talking, remember that?

15        A    I do.

16        Q    And so what was it that Kelly Meggs was saying

17   about the certification of the vote at that time?

18        A    That it was illegitimate, it was unconstitutional,

19   and we had to try and stop it.

20        Q    And at that point when you got closer to the

21   building and you were in the huddle with the Oath Keepers

22   and you saw all the people around, did you have -- what was

23   your impression about what you were going to be able to

24   accomplish at that point?

25        A    We were going to be able to have our voices heard,

1    that we would be recognized and maybe be able to stop it.

2        Q    And what did Kelly Meggs tell you the group was

3    going to do?

4        A    Go inside.

5        Q    How did you feel about that?

6        A    Anxious in the sense of I was afraid of conflict

7    but either in the sense that we were actually going to be

8    able to do something.

9        Q    And were you able to get inside the building?

10       A    Yes.

11       Q    Were you able to do something?

12       A    Yes.

13       Q    You were asked questions from a couple different

14   defense lawyers about some of your early interactions with

15   the FBI and that handwritten statement you made; is that

16   right?

17       A    Correct.

18       Q    Why don't you explain to us why you wrote down a

19   handwritten statement before you even met with any law

20   enforcement.

21       A    I wanted to write down as much as I could in a

22   light that would portray me in a better sense to try and

23   give me better odds of getting out of this.

24       Q    And did you give that written statement to your

25   lawyer?

1    A    I did.

2    Q    And he gave it to the government?

3    A    He did.

4    Q    And after you met with the government, did you --

5    well, what did he say about your handwritten statement?

6    A    At which point?

7    Q    After a couple of meetings with the government

8    about why you had made that handwritten statement?

9    A    Because I wanted to try and tell the truth as much

10    as possible.

11    Q    I think you said on cross-examination from one of

12    the defense lawyers that you were trying to downplay and

13    minimize your actions in writing that statement; is that

14    right?

15    A    Correct.

16    Q    How about while you're sitting here today, are you

17    trying to downplay and minimize your actions?

18    A    No.

19    Q    What are you doing here?

20    A    Telling the truth.

21    Q    When you got home to Tampa after being in D.C. on

22    January 6th, were you still close with Kelly Meggs?

23    A    I wasn't close but we were keeping in contact.

24    Q    You were asked some conversations [sic] about

25    whether you had conversations with other people in advance

1  of January 6th about the certification.  Do you remember

2  that?

3      A    Can you repeat the question.

4      Q    Sorry.

5          Mr. Weinberg over here, Mr. Moerschel's lawyer, he

6  asked you whether in advance of January 6th, you had

7  communications or conversations with people about stopping

8  the certification?

9      A    I believe so.

10     Q    And did you have a conversation with Joe in your

11  hotel room on the night of January 5th?

12     A    We did.

13     Q    And what was it that Joe was telling you the night

14  of January 5th about what was happening in the country from

15  his perspective?

16     A    Well, he was saying that he was there because he

17  was fighting for his daughter.  He wanted her to have the

18  same rights that he did.  And he was afraid that our country

19  was going to the point of no return.

20     Q    That leads me to my next topic, which is Mr. Peed,

21  Mr. Vallejo's lawyer, asked you a bunch of questions about

22  Stewart Rhodes and his plan to fight the Biden

23  Administration, right?

24     A    Correct.

25     Q    Now, in advance of January 6th and on January 6th,

1    who did you think the enemy was?

2         A    The corrupt part of the government.

3         Q    And was that the corrupt part of the government

4    that was in government right then?

5         A    Yes.

6         Q    So not Joe Biden in the future but the people in

7    government right then?

8         A    Yes.

9         Q    And when Stewart Rhodes was saying messages about

10   fighting the government, was it your understanding that he

11   wanted you to fight the government now or later?

12        A    Now.

13        Q    And when you went to the Capitol on January 6th,

14   were you trying to fight the government that day or later?

15        A    That day.

16        Q    And finally, Mr. Berry, Mr. Shipley, Mr. Minuta's

17   lawyer, asked you a bunch of questions about your

18   plea agreement and your testimony.  Do you remember those

19   questions?

20        A    I do.

21        Q    And he said something that you thought you had to

22   satisfy me or satisfy the government; is that right?

23        A    Correct.

24        Q    Do you think you have to satisfy us with your

25   testimony?

1     A     I think I need to tell the truth.

2     Q     Why?

3     A     Because that's all I've ever been asked to do.

4     Q     Have I ever asked you to do anything else?

5     A     No.

6     Q     Mr. Berry, why did you plead guilty?

7     A     Because I am, in fact, guilty.

8           MR. NESTLER:  I have no further questions.

9           THE COURT:  All right.  Mr. Berry, you may step

10    down.  Thank you for your testimony and time.  Safe travels

11    home, sir.

12          All right.  Is the government ready with its next

13    witness?

14          MS. HUGHES:  Yes, Your Honor.

15          The government calls Special Agent Lanelle Hawa.

16          COURTROOM DEPUTY:  Please raise your right hand.

17          (Witness is placed under oath.)

18          COURTROOM DEPUTY:  Thank you.

19          Please have a seat.

20          THE COURT:  Agent Hawa, I'll ask you to remove

21    your mask if you're comfortable doing so.  Welcome.

22    Thank you.

23

24

25

- - -

1

LANELLE HAWA, WITNESS FOR THE GOVERNMENT, SWORN

2

                        DIRECT EXAMINATION

3

                            - - -

4

BY MS. HUGHES:

5

6        Q    Good morning.

7        A    Good morning.

8        Q    Could you please start by introducing yourself to

9    the ladies and gentlemen of the jury by stating and spelling

10   your name?

11       A    Sure.

12            Good morning.  It's Lanelle, L-a-n-e-l-l-e.  Last

13   name is Hawa, H-a-w-a.

14       Q    Where do you work?

15       A    The United States Secret Service.

16       Q    What is your title?

17       A    Inspector.

18       Q    And what is the mission of the United States

19   Secret Service?

20       A    Well, we protect our nation's highest leaders,

21   President, Vice President, foreign heads of state, as well

22   as protect the financial infrastructure of the

23   United States.

24       Q    Is the Secret Service part of the Executive

25   Division?

1       A       Yes.

2       Q       And which part is it?  Which department is it a

3   part of?

4       A       The Department of Homeland Security.

5       Q       Does the Secret Service protect the Vice President

6   of the United States?

7       A       Yes.

8       Q       What about his immediate family?

9       A       Yes.

10      Q       How long have you been with the Secret Service?

11      A       A little over 24 years.

12      Q       Does the Secret Service have different divisions

13  within it?

14      A       Yes.

15      Q       What division are you a member of?

16      A       I'm currently a member of the Inspection Division.

17      Q       What does the Inspection Division do?

18      A       In the Inspection Division, we are tasked with

19  carrying out basically Internal Affairs investigations, as

20  well as compliance inspections of our offices across the

21  country, as well as internationally.

22      Q       Were you working on January 6th, 2021?

23      A       Yes.

24      Q       Were you working in the same division that you're

25  working in now?

1        A     No, I was not.

2        Q     What division were you working in at that time?

3        A     At that time, I was assigned to our Liaison

4  Division.

5        Q     What are the duties of the Liaison Division?

6        A     So in the Liaison Division, specifically, the

7  division I was assigned to was the Capitol and Liaison

8  Division, I was assigned to the Capitol.

9              We were tasked with helping to coordinate visits

10 of our protectees when they would come to visit the Capitol,

11 help them with the access control to the Capitol, help them

12 navigate to any of the buildings on the Capitol complex, and

13 with their arrivals, departures and just to coordinate with

14 the Sergeant of Arms office and our Capitol Hill Police

15 Officer counterparts.

16       Q     I want to speak a little bit more about

17 January 6th, 2021, now.

18             On January 6th, did Secret Service have a

19 protectee visiting the United States Capitol?

20       A     Yes.

21       Q     Was one of those protectees the Vice President of

22 the United States?

23       A     Yes.

24       Q     Who was the Vice President at the time?

25       A     Michael Pence.

1     Q    Did Vice President Pence have members of his

2    family accompanying him?

3     A    Yes, he did.

4     Q    Who accompanied him that day?

5     A    His wife and his daughter, Charlotte.

6          MS. HUGHES:  If we could please bring up just for

7    the witness Government's Exhibit 9053.

8          And there are, in fact, two pages of this, so if

9    you would scroll down.

10          My apologies, Ms. Badalament.

11   BY MS. HUGHES:

12    Q    Have you seen this before?

13    A    Yes.

14    Q    What is this?

15    A    This is a Head of State worksheet that we utilize

16   in Liaison Division.  It's basically a sheet that we would

17   use when we had the President or the Vice President or Head

18   of State visit the Capitol.

19    Q    And is this a fair and accurate copy of the

20   Head of State worksheet that was utilized on January 6th --

21   in advance of January 6th, 2021?

22    A    Yes, ma'am.

23          MS. HUGHES:  The government seeks to admit and

24   publish Government's Exhibit 9053.

25          MS. HALIM:  No objection.

1          THE COURT:  9053 is admitted.

2                          (Government Exhibit 9053
                            received into evidence.)
3

4    BY MS. HUGHES:

5      Q    If you could start on page 1.

6          So if you could just orient the jury.

7          So, again, what is this email, first of all, in

8    reference to?

9      A    So this email serves as somewhat of a coversheet

10   to the page that you just saw, the Head of State

11   notification form.

12         This email was an email that I drafted.  The

13   attachment would have been the Head of State notification.

14         Just this would have gone to our counterparts at

15   the Senate Sergeant at Arms office, the House Sergeant at

16   Arms office, our Capitol Police counterparts, some

17   Secret Service counterparts, just notifying them of the

18   visit of Vice President Michael Pence, Mrs. Pence, and

19   Charlotte to the U.S. Capitol on January 6th, 2021.

20     Q    And, Inspector Hawa, I'm noticing our reporter is

21   working mightily here, so if you want to just slow down just

22   a step.  Thank you.

23     A    No problem.

24     Q    So what is the date of this email?

25     A    January 5th, 2021.

1    Q    And who was the protectees again that you're

2    notifying here that are going to be attending the Capitol on

3    January 6th?

4    A    Notifying them that Vice President Michael Pence,

5    Mrs. Pence, and Charlotte Pence were coming to the Capitol.

6    Q    And what is your understanding about why

7    Vice President Pence was visiting the Capitol on

8    January 6th?

9    A    To participate in the certification of the

10   Electoral College votes.

11         MS. HUGHES:  If we go to page 2.

12         And if we could just zoom in on the itinerary down

13   here, Ms. Badalament.

14         Thank you.

15   BY MS. HUGHES:

16   Q    So what time was the Vice President supposed to

17   arrive at the United States Capitol?

18   A    We were anticipating a 12:30 p.m. arrival.

19   Q    And where was he supposed to go upon arrival?

20   A    He was supposed to go to his Senate office, which

21   is indicated by the S-214.

22   Q    So this S-214 here on the first row, that refers

23   to an office that is at the United States Capitol?

24   A    Correct.

25   Q    And that's the Vice President's office?

1          A      Correct.

2          Q      Where was he supposed to go after arriving at

3     his office?

4          A      From his office, he would move to the

5     Senate Chamber.

6          Q      And what floor is S-214 on?

7          A      The second floor.

8                 MS. HUGHES:  We can bring that down.

9                 Thank you, Ms. Badalament.

10    BY MS. HUGHES:

11         Q      On January 6th, 2021, did Vice President Pence, in

12    fact, come to the United States Capitol?

13         A      Yes, he did.

14         Q      And approximately what time did he arrive?

15         A      Right around 12:30 p.m.

16         Q      Who from the Vice President's family accompanied

17    him that day, in fact?

18         A      His wife and his daughter Charlotte.

19         Q      After he arrived at the United States Capitol,

20    where did he go?

21         A      So he arrived at the carriage entrance on the

22    Senate side.  From there, he went to his Senate office,

23    S-214.  From his office, he moved to the Senate Chamber.

24    And then from the Senate Chamber, he worked his way across

25    the Capitol to the House Chamber.

1      Q    And what happened after he was at the

2    House Chamber?

3      A    So from the House Chamber, my understanding was

4    there was an issue with the votes.  There was, I guess, an

5    objection to one of the state's votes -- I think it was

6    Arizona -- at which point they stopped what they were doing

7    and the House gathers and the Senate gathers.

8           So the Vice President and the Senators moved back

9    across the Capitol on the second floor, back over to the

10   Senate Chamber.

11     Q    Did there come a point during this day when you

12   began getting updates about the security situation on the

13   exterior of the Capitol?

14     A    Yes.  It was right about that time.  I want to say

15   it was about 1:15 when we moved back over from the House

16   side to the Senate side when they were going to, you know,

17   gather as the Senate and House sides, that I was getting

18   information from my capitol police officer counterpart that

19   there had been a security breach on the west side of the

20   Capitol; more specifically, some unknown individuals had

21   breached the West Lawn and had made their way to the

22   inaugural platform, which was a secured area.  They should

23   not have been there at the time.

24     Q    And how were you receiving these updates?

25     A    From my counterpart, my U.S. Capitol police

1    officer.  It was coming over his radio.  He was letting me

2    know.  I don't have direct communication with their radio.

3    They're on their own frequency.  So he was notifying me.

4            And I was getting some phone calls as well from

5    Capitol Police counterparts, just letting me know.  I could

6    hear it.  I could hear the, say, ruckus, the fighting that

7    was ensuing.  There was obviously a struggle between the

8    unauthorized individuals, and the Capitol Police officers

9    were calling for backup and assistance because it was

10   getting out of the hand, overwhelming.

11   Q    And when you say you could hear it, was it from

12   the radio that was on your Capitol Police officer -- your

13   colleagues, from the radios that they were carrying?

14   A    That's correct.

15           MS. HUGHES:  At this time, the government seeks to

16   admit and publish Government's Exhibit 1056.0932.0159.  And

17   this clip is being admitted pursuant to a stipulation

18   between the parties regarding the authenticity of the

19   United States Capitol Police CCTV footage.

20           THE COURT:  Okay.  This will be admitted.

21           MR. WEINBERG:  No objection.

22                           (Government Exhibit 1056.0932.0159

23                                     received into evidence.)

24           MS. HUGHES:  Publish, please -- and before we

25   start playing, Ms. Badalament...

2777

BY MS. HUGHES:

Q    What is the view of this video to begin with?

A    So this is a view of the East Plaza, on the east side of the Capitol.

The vehicles that you see on the plaza, those are the vehicles of the Vice President's motorcade.

Q    Is the Vice President inside the motorcade at this time?

A    He is not.

Q    What is the time of this video?  You can see in the upper left corner.

A    It's 1:59 p.m.

Q    If we could keep playing, please.

Why are the cars moving at four seconds?

A    So the detail had reached out to me.  And there was concern of the gathering of, again, these unknown individuals on the plaza, that they were going to do exactly what they're doing, that they were going to breach the secure perimeter.  And they didn't want them to get close to the vehicles.  So we had made a decision to move the vehicles off of the plaza to a secure location.

Q    Why is it a security concern to have these unauthorized individuals getting closer to the Vice President's motorcade?

What's the risk there?

2778

1      A    It's a risk because we don't know what their

2  intentions are.  We don't know, you know, why would anybody

3  want to approach a secured motorcade.  We don't ever want

4  anyone to get close enough to where they could touch the

5  vehicles, put anything on the vehicles, or compromise the

6  security of the vehicles.

7      Q    So we were discussing the Vice President's

8  movements that day.  And you had testified that at a certain

9  point, he moved back to the Senate Chamber.

10          Did he remain in the Senate Chamber?

11     A    He did not.

12          At some point -- and I was not in the

13  Senate Chamber with him.  I was in the sort of the Senate

14  foyer.

15          But at some point I could hear the radio

16  communications.  He was moved -- he moved back over to his

17  office.  So there's the Senate chamber; there's somewhat of

18  a hallway, a back lobby area, and then his office.  So he

19  had moved back across to his office.

20     Q    Why was he moved from the Senate Chamber to his

21  office?

22     A    Again, there was growing concerns with the

23  security breach.

24          MS. HUGHES:  Government seeks to admit and publish

25  Government's Exhibit 9054.

2779

1              If we could please bring that up.

2              This is, again, being admitted pursuant to a

3      stipulation regarding the authenticity of

4      U.S. Capitol Police CCTV footage.

5              THE COURT:  All right.  Government's 9054

6      is admitted.

7                                  (Government Exhibit 9054
                                    received into evidence.)
8

9      BY MS. HUGHES:

10         Q    Okay.  So you were just describing this hallway.

11              Is this the hallway that you were just describing?

12         A    So this is the foyer.  The hallway would be behind

13     those double doors you see.  So behind those double doors,

14     there's a long hallway.  I guess if you were to walk in

15     these doors, to the right would be the Vice President's

16     office.  And then to the left would be the Senate Chamber.

17         Q    So the hallway is right through these doors here

18     where I just circled on the right of the screen?

19         A    That's correct.

20         Q    Do you see anyone you know in this video at

21     this point?

22         A    Yes.  That's one of the agents from the

23     Vice President's detail as well as myself.

24         Q    Can you just circle yourself, please.

25         A    Sure.

2780

1      Q    What is the timestamp on this video?

2      A    2:25 p.m.

3           MS. HUGHES:  And if we could please start playing,

4    Ms. Badalament.

5           (Video played)

6           MS. HUGHES:  If we could please pause here at

7    ten seconds.

8    BY MS. HUGHES:

9      Q    So what are you doing at this point?  We see you

10   walking down the stairs outside the Vice President's office.

11     A    Sure.  So at some point I was walking down the

12   stairs.  A couple things I could have been doing.

13          I was running a route to determine a secure

14   location that we could bring the Vice President to, still

15   in complex.

16          At some point between the time we came back at

17   1:15 and 2:25, I actually confronted some unknown and

18   unauthorized individuals at the bottom of the stairs on the

19   Senate side of the complex.

20     Q    So when you're -- at this point when you're here

21   and at 2:25 p.m., where's the Vice President?

22     A    He's in his office.

23     Q    So he's behind these doors?

24     A    That's correct.

25          MS. HUGHES:  If we could please keep playing.

1          (Video played)

2          MS. HUGHES:  And, Ms. Badalament, we're going to

3    pause at a minute, please.

4          If you could just go one more second.

5    My apologies.

6          Perfect.

7    BY MS. HUGHES:

8    Q    So in this video, who do you see paused at a

9    minute and 2 seconds?

10   A    It's the Vice President, his daughter and his

11   wife, and that is his lead agent, his detail leader, that's

12   right behind him.

13   Q    Can you please circle the Vice President in this

14   video?

15   A    Sure.

16   Q    And he's the second individual from the right.

17        You'd mentioned that the path that you proceeded

18   him down that you'd encountered rioters in the building

19   before this moment.

20        What is the difficulty in trying to extract the

21   President going a route that you've already seen rioters in

22   the midst of?

23   A    The Vice President?

24   Q    Sorry, the Vice President:

25   A    It's difficult.

1          Obviously, we need to ensure his safety.  So, you

2   know, we do the best we can with the assets that we have.

3   And our counterparts were assisting us.

4          Again, there's a lot of conversations, a lot of

5   mitigation.

6          And we did the best we could as going up and down

7   to make sure that the route was clear and that we had the

8   safest route possible to get him and his family to safety

9   can.

10         MS. HUGHES:  If we could please keep playing.

11         (Video played)

12   BY MS. HUGHES:

13     Q    And was he and this contingent of individuals that

14   he was with, were they, in fact, able to arrive safely at

15   this secure location?

16     A    Yes.

17     Q    And without going into specifics, where was this

18   secure location?

19     A    Still within the Capitol Building.

20     Q    What is your understanding about what was

21   happening to the proceedings, to the certification

22   proceedings that the Vice President was there to attend?

23     A    My understanding was that they were -- kind of

24   pushed a pause button, they were halted.

25     Q    And what is your understanding, you mentioned that

1    there were rioters seen in the building.  What was your

2    understanding about how many breaches there had been of the

3    building at this point?

4         A    Oh, multiple.

5              We knew, again, while we were still in the Senate

6    side, there had been breaches on the west side, east side,

7    the House side, the Senate side.  There had been multiple

8    breaches, and we needed to obviously move the Vice President

9    to safety because we didn't want to get him -- get to a

10   position where he was trapped in his office.  It was

11   obviously critical.

12             And what you see there is an emergency action plan

13   enacted to get him to safety.

14             Again, we had unauthorized individuals and we

15   didn't know what their intentions were at that time.

16             MS. HUGHES:  And we can take that down.

17   Thank you, Ms. Badalament.

18   BY MS. HUGHES:

19        Q    How long was the Vice President in this secure

20   location?

21        A    We were in the secure location for approximately

22   five hours.

23        Q    Did there come a time when he returned back to the

24   Senate Chamber?

25        A    Yes.

2784

1    Q    And what is your understanding about what happened

2    once he returned?

3    A    My understanding is eventually they continued on

4    with the certification of the Electoral College votes.

5    Q    Would it have been possible or permissible for the

6    Vice President to return to resume the certification

7    proceedings while there were rioters still inside the

8    building?

9    A    Back in the chambers?  No.

10    Q    Why is that?

11    A    It would have never been feasible to bring him

12    back in.  We would have strongly discouraged bringing any of

13    our protectees back into an area where there was

14    unauthorized individuals who were not -- there was no

15    security sweeps, we hadn't put them through any sort of a

16    screening process, we didn't know who was armed or not

17    armed, you know, what danger they posed to the protectees or

18    to the public or to the staff that were around.

19         I mean obviously multiple concerns at the event.

20    Q    What was the -- if you could just describe in

21    general terms, what was the effort to secure the building

22    after you'd had these -- this complete breach of the

23    building, in order to make it safe for him to return to the

24    chamber?

25    A    Sure, yeah.

1          There was a call for assistance from multiple law

2   enforcement counterparts.  You know, federal, state, and

3   local response, to come in and assist with ensuring that

4   these unknown individuals were removed from the building, as

5   well as security sweeps to ensure that nobody was hiding in

6   the building, that there had been no devices placed in the

7   building, there was K-9 sweeps that had taken place, that

8   there was, you know, no dangerous substances around.  There

9   was, you know, as best they could, did a security sweep of

10  the building so that we could bring back members of Congress

11  safely, as well as our protectees.

12      Q    And you mentioned that he was in the secure

13  location for five hours.  Is that what was happening when he

14  was in the secure location, this thorough sweep of the

15  building?

16      A    That's correct.

17      Q    And is it your understanding that the 2020

18  election was ultimately completed and certified?

19      A    That's correct.

20          MS. HUGHES:  No further questions.

21          THE COURT:  All right.

22          Any cross-examination?

23          MR. SHIPLEY:  No questions from Mr. Minuta.

24          THE COURT:  I'm sorry, what's that, Mr. Shipley?

25          MR. SHIPLEY:  No questions.

1              THE COURT:  Anyone else?

2              MS. HALIM:  No questions.

3              MR. WEINBERG:  No questions, Your Honor.

4              MR. PEED:  No questions.

5              THE COURT:  Thank you very much for your time and

6    testimony.  You may step down.

7              THE WITNESS:  Thank you.

8              THE COURT:  All right.  Government ready with its

9    next witness?

10             MR. EDWARDS:  Yes, Your Honor.  The government

11   calls Special Agent Joanna Abrams.

12             COURTROOM DEPUTY:  Please raise your right hand.

13             (Witness is placed under oath.)

14             COURTROOM DEPUTY:  Thank you.

15             THE COURT:  All right.  Agent Abrams, welcome.

16   I was going to ask you to remove your mask.  Thank you very

17   much.

18             THE WITNESS:  You are welcome.

19

20

21

22

23

24

25

```
 1                          - - -

 2    JOANNA ABRAMS, WITNESS FOR THE GOVERNMENT, SWORN

 3                     DIRECT EXAMINATION

 4                          - - -

 5    BY MR. EDWARDS:

 6         Q    Good afternoon.

 7         A    Good afternoon.

 8         Q    How are you?

 9         A    I'm good.  How are you?

10         Q    Can you please state your name and spell your last

11    name for the record?

12         A    Sure.  Joanna Abrams, A-b-r-a-m-s.

13         Q    Special Agent Abrams, where do you work?

14         A    The FBI.

15         Q    And before you started working for the FBI, where

16    did you work?

17         A    I worked for a financial technology company in

18    Atlanta.

19         Q    What did you do?

20         A    I was on the learning and development team so

21    I did training for new hires, customer service, and sales.

22         Q    And how long did you do that?

23         A    A little over eight years.

24         Q    So when did you start with the FBI?

25         A    August of 2021.
```

2788

1    Q    And when you first started with the FBI, did you

2    undergo training?

3    A    Yes.

4    Q    Can you describe for the jury briefly what that

5    training consisted of.

6    A    Sure.

7         We are trained in a variety of things to include

8    interviewing techniques, how to collect and go over

9    evidence, among other things, you know, physical trainings

10   and things like that.

11   Q    And after that training -- how long was that

12   training?

13   A    Approximately five months.

14   Q    After that training, did you become what's known

15   as a Special Agent?

16   A    I did.

17   Q    Can you describe for the jury what you do as a

18   Special Agent?

19   A    Right now, I am assigned to the Washington field

20   office, the Counterterrorism Division, and I've been

21   investigating the Capitol conspiracy.

22   Q    When did you become a Special Agent?

23   A    I graduated in December of 2021.

24   Q    Did you eventually have a role in investigating

25   the events of January 6th, 2021?

1      A      Yes.

2      Q      Is it fair to say then that you spent your entire

3  career at the FBI investigating January 6th?

4      A      Yes.

5      Q      Did you in the course of that investigation review

6  photographs related to the events of the day, January 6th?

7      A      Yes.

8      Q      Approximately how many?

9      A      Hundreds.

10      Q      What about videos?

11      A      Also hundreds.

12      Q      Roughly, hundreds?

13      A      Yes.

14      Q      And what are some of the sources of those

15  photographs and videos you've reviewed?

16      A      We reviewed photographs and videos from phones

17  collected by witnesses, some defendants, open source, so

18  Facebook, you know, the news, tips received from the public.

19      Q      Did it include surveillance footage?

20      A      Yes.

21      Q      From the Capitol?

22      A      Yes.

23      Q      What about law enforcement videos on body-worn

24  camera?

25      A      Those as well, yes.

2790

1       Q    So fair to say a lot of sources?

2       A    Lots of sources.

3       Q    You indicated certain cell phone videos and other

4    devices?

5       A    Yes.

6       Q    Can you just describe briefly how did the FBI come

7    about acquiring some of those videos and photos?

8       A    We are able to take the device and extract usually

9    the photos and the videos or take screenshots.

10      Q    And did those include devices that had photos and

11   videos that were taken inside the Capitol on January 6th?

12      A    Yes.

13           MR. EDWARDS:  Ms. Badalament, can we please pull

14   up Exhibit 3050.

15           Thank you, Ms. Badalament.

16           The government has worked with defense counsel

17   to -- worked out a couple of stipulations for certain

18   devices.  I'd like to take a second, and bear with me, just

19   read a couple of those devices into the record.

20           So the government and the defendants hereby agree

21   that the following items of physical evidence were all

22   obtained lawfully pursuant to court-authorized search

23   warrant or subpoena or consent on or about the dates listed

24   below.

25           The Federal Bureau of Investigation obtained

2791

1    forensic images or acquisitions of the data from a number of

2    cellular telephones and other electronic devices, including

3    on May 3rd, 2021, Exhibit 1, Stewart Rhodes' Apple iPhone 12

4    Pro Max.

5             On February 17th, 2021, Exhibit 7, Kelly Meggs'

6    iPhone.

7             On January 19th, 2021, Exhibit 22,

8    Thomas Caldwell's black Samsung phone in blue case with

9    power cord.

10            Exhibit 29, Thomas Caldwell's Western Digital hard

11   drive.

12            On December 3rd, 2021, Exhibit 50, Aaron Stone's

13   SanDisk 32 gigabyte thumb drive containing a Signal backup.

14            On November 5th and 23rd, 2021, Exhibits 51 and

15   52, Paul Taylor's SanDisk flash drive and two SanDisk flash

16   drives provided by Paul Taylor.

17            On September 29th, 2021, Exhibit 53,

18   Michael Greene's black Samsung S9.

19            On September 7th, 2021, Exhibit 54,

20   Kellye SoRelle's Apple iPhone.

21            On May 28th, 2021, Exhibits 66 and 67,

22   Joseph Hackett's Apple iPhone and Samsung flip phone.

23            On March 10th, 2021, Exhibit 73,

24   Kenneth Harrelson's black iPhone.

25            On March 29th, 2021 Exhibit 85, William Isaacs'

2792

1    black Samsung Galaxy Note cellular phone.

2              I'm almost done.

3              On March 9th, 2021, Exhibit 111, Joshua James'

4    Samsung S10e cellular phone.

5              On June 14th, 2021, Exhibit 130, David Moerschel's

6    Motorola cell phone.

7              On February 18th, 2021, Exhibit 135,

8    Sandra Parker's iPhone, pink in color.

9              On January 17th, 2021, Exhibit 192,

10   Jessica Watkins' Samsung cellular phone.

11             On January 20th, 2021, Exhibit 200,

12   Donovan Crowl's black Motorola Moto cellular phone.

13             On September 30th, 2021, Exhibit 205,

14   Jeremy Brown's black Android phone.

15             On June 9th, 2021, Exhibit 210, Ed Vallejo's black

16   Motorola Moto cellular phone.

17             On August 23rd, 2022, Exhibit 240, Kelly Carter's

18   one black Alcatel cellular phone.

19             And on January 16th, 2021, Exhibit 245,

20   Matthew Greene's Samsung Galaxy cellular telephone.

21             Okay.

22             THE COURT:  Mr. Edwards, before you continue,

23   I want to remind you all of what a stipulation is.  You'll

24   recall before the break we advised you that a stipulation

25   essentially is an agreement of facts among the parties.  You

1  should treat any stipulation of fact to be undisputed

2  evidence in the case.

3        I also instructed you that you will learn from

4  time to time that certain evidence has been collected

5  through court-ordered subpoenas or court-ordered warrants.

6  That information is being provided to you just to advise you

7  as to how the evidence was obtained and that it was obtained

8  lawfully.  You should draw no inference from the fact that a

9  court authorized the obtaining of evidence as evidence of

10  guilt of any defendant.

11        MR. EDWARDS:  Thank you, Your Honor.

12  BY MR. EDWARDS:

13    Q    Just a little bit more administrative work,

14  Agent Abrams, if you could bear with me.

15        So you identified that the FBI recovered photos

16  and videos from devices, correct?

17    A    Yes.

18    Q    Okay.

19        So let's start with some of those devices.

20        Did the FBI recover photographs and videos from

21  the following phones, which are going to include some of the

22  ones I read from that stipulation?

23        So Thomas Caldwell's phone and hard drive?

24    A    Yes.

25    Q    Okay.

1    And Michael Greene's phone?

2    A    Yes.

3    Q    What about Kenneth Harrelson's phone?

4    A    Yes.

5    Q    And Sandra Parker's phone?

6    A    Yes.

7    Q    Jessica Watkins' phone?

8    A    Yes.

9    Q    And Donovan Crowl's phone?

10    A    Yes.

11    Q    Okay.

12    And a few of the items that the FBI pulled, I'm

13    going to ask if you've reviewed some of these items.

14    A    Okay.

15    Q    So did they include from Thomas Caldwell's phone

16    Exhibits 22.P.1 through .8, which are photographs?

17    A    Yes.

18    Q    And 22.V.1 through V.3, which include videos?

19    A    Yes.

20    Q    And from item 29, Thomas Caldwell's hard drive,

21    did they include 29.P.1 through P.3 photographs?

22    A    Yes.

23    Q    Did they include 29.V.1 through V.2, two videos?

24    A    Yes.

25    Q    From item 53, Michael Greene's phone, 53.P.1, one

1    photograph?

2         A    Yes.

3         Q    From item 73, Kenneth Harrelson's phone, 73.P.1

4    through P.3, three photographs?

5         A    Yes.

6         Q    And 73.V.1 through V.2, two videos?

7         A    Yes.

8         Q    From Sandra Parker's phone, 135.V.1, which is one

9    video?

10        A    Yes.

11        Q    And from Jessica Watkins' phone, 192.P.4, P.6, and

12   P.7, three photographs?

13        A    Yes.

14        Q    And 192.V.1 through V.4, four videos?

15        A    Yes.

16        Q    Finally, from item 200, Donovan Crowl's phone,

17   200.P.1 through P.3, three photographs.

18        A    Yes.

19        Q    And V.1, one video?

20        A    Yes.

21        Q    Okay.

22             And you testified earlier that you also discovered

23   photos and videos from certain accounts or online accounts,

24   correct?

25        A    Correct.

1    Q    Did they include Roberto Minuta's Facebook?

2    A    They did.

3    Q    So Exhibit 2004.

4         What about Exhibit 2521.1, Stewart Rhodes' iCloud?

5    A    Yes.

6    Q    And Sandra Parker's iCloud?

7    A    Yes.

8    Q    That's 2521.2.

9         So, specifically, from Mr. Minuta's Facebook, have

10   you reviewed 2004.V.1 and V.2, which is two videos?

11   A    Yes.

12   Q    Did you also review videos from Stewart Rhodes and

13   Sandra Parker's iCloud accounts?

14   A    I did.

15   Q    Okay.

16        Now, Agent Abrams, did the FBI also recover photos

17   and videos from the following news sources.

18        Bangumi?

19   A    Yes.

20   Q    Shermichael Singleton?

21   A    Yes.

22   Q    Kirk Sidlo?

23   A    Yes.

24   Q    FreedomNewsTV?

25   A    Yes.

```
 1        Q     Michael Nigro?

 2        A     Yes.

 3        Q     Young Patriots Society?

 4        A     Yes.

 5        Q     TruNews?

 6        A     Yes.

 7        Q     The Los Angeles Times?

 8        A     Yes.

 9        Q     Agence France-Presse?

10        A     Yes.

11        Q     Insider News?

12        A     Yes.

13        Q     Okay.

14              And each of those items, just for the record, are

15  authenticated pursuant to business record certifications

16  under Rule 902(11).

17              And specifically, Special Agent Abrams, have you

18  reviewed the following particular items from those news

19  sources, Exhibit 1077.1 through .19 which are video clips

20  from Bangumi?

21        A     Yes.

22        Q     1078.1 through .3 which are video clips from

23  Shermichael Singleton?

24        A     I have.

25        Q     1079.1 and .2 from Kirk Sidlo?
```

2798

1    A    Yes.

2    Q    1082.1 through .2 from FreedomNewsTV?

3    A    Yes.

4    Q    1085.1 through .3 from Michael Nigro?

5    A    Yes.

6    Q    1088.1 from Young Patriots Society?

7    A    Yes.

8    Q    And 1089.1 through .4 from TruNews?

9    A    Yes.

10   Q    1096.1 through .4, including .3A, which are five

11   videos clips from the *L.A. Times*?

12   A    Yes.

13   Q    1098.1 through .19, which include 19 photographs

14   from *Agence France-Presse*?

15   A    Yes.

16   Q    1105, which is a video from Insider News?

17   A    Yes.

18   Q    And various video clips from TruNews under 1089?

19   A    Yes.

20   Q    Okay.  Almost done.

21        MR. EDWARDS:  Finally, the parties have reached

22   agreements or stipulations like the judge just described.

23   These are Exhibits 3557 through 3068 and 3071 and 3074.

24   And, for the record, I won't read all those stipulations,

25   but I might highlight just what they cover.

1          Your Honor, one is a stipulation regarding the

2    authenticity of Capitol surveillance CCTV footage, which has

3    been entered into the record.

4          Another is Exhibit 1083, a stipulation regarding

5    the authenticity of Restoring Families' Internet Radio

6    Network video.

7          1087, which is regards -- is providing the

8    authenticity of Chrissie Mayr video.

9          1091 regarding the Leonard Pearson Ridge video.

10         1092 regarding the Stephen Horn video.

11         1093 regarding the Derrick Evans video.

12         1099 regarding the Chance Upmore video.

13         1102 regarding the Ann Vandersteel of Steel Truth

14    video.

15         1101, Hunter Walker, regarding the authenticity of

16    Hunter Walker Twitter photographs.

17         1104 regarding the Stacy Steele Facebook video's

18    authenticity.

19         6744 regarding Kellye SoRelle Facebook Live

20    videos.

21         7777 regarding the authenticity of Armstrong

22    Williams Parler video.

23         2152 regarding the Parler video from the

24    United States Rotunda.

25         1120 regarding the Joseph Simcox video

```
 1   authenticity.

 2             And 1502 regarding the Zello audio from

 3   Jessica Watkins and others authenticity.

 4             Thank you for your indulgence.

 5   BY MR. EDWARDS:

 6      Q    Now that we got that out of the way, let's get to

 7   some content.

 8      A    Okay.

 9             MR. EDWARDS:  First, Mr. Manzo, can you please

10   help me with Exhibit 1531.

11             Thank you very much.

12   BY MR. EDWARDS:

13      Q    And this is the, for your awareness,

14   organizational chart that's been moved into evidence.

15      A    Okay.

16      Q    And we'll just have that up and I'll kind of turn

17   back to it a few times during your testimony.

18             THE COURT:  Are you referring to the board?  The

19   board with all the folks on it?

20             MR. EDWARDS:  Yes, Your Honor, the big board.

21             THE COURT:  I don't know that it's yet been

22   admitted into evidence.  We've used it but I don't think

23   it's admitted.

24             MR. EDWARDS:  We've admitted the digital version

25   of it.  Maybe not.
```

1             THE COURT:  I don't believe so.  I think we've

2    reserved on whether it would be admitted into evidence.

3             MR. EDWARDS:  Okay.  Understood, Your Honor.

4             Thank you Mr. Manzo.

5    BY MR. EDWARDS:

6        Q    Okay.

7             Agent Abrams, have you reviewed phone records from

8    January 6th, 2021?

9        A    Yes.

10       Q    And have you reviewed specifically phone records

11   for the four defendants currently on trial?

12       A    Yes.

13            MR. EDWARDS:  Ms. Badalament, can we please pull

14   up Exhibit 6740A, just for the witness.

15   BY MR. EDWARDS:

16       Q    Agents Abrams, are you familiar with this

17   document?

18       A    Yes.

19       Q    What is it generally?

20       A    A summary of calls.

21       Q    And are the phone records you reviewed -- does it

22   include data from the phone records you've reviewed?

23       A    Yes.

24       Q    And do they typically -- do those phone records,

25   do they come to the FBI in PDFs or Excel spreadsheets?

1    A    Yes.

2    Q    And are they typically voluminous?

3    A    Very.

4    Q    Are there a lot of rows and columns and tabs of

5    data?

6    A    Yes.

7    Q    And did the government create a summary exhibit to

8    depict these call detail records in a more digestible

9    format?

10   A    We did.

11   Q    And have you reviewed this exhibit in particular?

12   A    I have.

13   Q    Have you reviewed the underlying records that this

14   exhibit uses to show call detail record?

15   A    I have.

16   Q    Is this exhibit accurate based on the underlying

17   records?

18   A    Yes.

19        MR. EDWARDS:  At this time, Your Honor, the

20   government moves to admit and publish to the jury

21   Government's Exhibit 6740A.

22        THE COURT:  Any objections?

23        MS. HALIM:  No objection.

24                         (Government's Exhibit 6740A
                            received into evidence.)
25

```
 1    BY MR. EDWARDS:

 2        Q    Okay.

 3             Agent Abrams, is 6740A a summary of calls on

 4    January 6th, specifically through 3:30 p.m.?

 5        A    Yes.

 6             THE COURT:  Mr. Edwards, if I could interrupt.

 7    I'm sorry, I should have --

 8             I just want to remind you about the instruction

 9    I gave you prior to the break about summary exhibits.  These

10    are summaries of voluminous records.  You may consider the

11    summary exhibits as you would any other evidence that's

12    admitted during the trial and give them such weight or

13    importance, if any, as you feel they deserve.

14             Insofar as testimony about the contents of a

15    summary exhibit, you should consider such testimony only as

16    an aid in evaluating the summary exhibit.

17             MR. EDWARDS:  Thank you, Your Honor.

18    BY MR. EDWARDS:

19        Q    So specifically --

20             Ms. Badalament, can we zoom in on this one table

21    here on the page.

22             -- Agent Abrams, who does this chart show calls

23    between?

24        A    This chart shows calls between Stewart Rhodes and

25    Kelly Meggs.
```

1      Q    Okay.

2           So, for example, can you walk through with the

3    jury what happened at both 8:27 a.m. and then 8:56 a.m.?

4      A    Stewart Rhodes placed a call to Kelly Meggs with a

5    duration of two seconds.

6      Q    And then again at 9:54 a.m.?

7      A    Kelly Meggs placed a call to Stewart Rhodes with a

8    duration of approximately three seconds.

9      Q    And did that continue throughout the day into the

10   early afternoon?

11     A    Yes.

12     Q    And so at 2:24 p.m., for example, was that another

13   call from Stewart Rhodes to Kelly Meggs?

14     A    It is.

15     Q    Let's talk about briefly the 2:32 p.m.  What does

16   the exhibit here show happened?

17     A    It shows at 2:32 p.m., Kelly Meggs placed a call

18   to Stewart Rhodes with a duration of approximately one

19   minute and 37 seconds.

20     Q    Have you reviewed the phone records of this call?

21     A    Yes.

22     Q    And based on your review, are you able to tell

23   whether there was someone else on the call?

24     A    Yes.

25     Q    And who was it?

1    A    Michael Greene.

2    Q    Is Michael Greene on the board?

3    A    He is.

4    Q    And where is he?

5    A    He is under the Leadership.

6    Q    Okay.

7         So who were the three individuals on the call at

8    2:32?

9    A    Stewart Rhodes, Michael Greene, and Kelly Meggs.

10    Q    And can you describe the order of the call?

11    A    Michael Greene called Stewart Rhodes, and

12    Kelly Meggs called Stewart Rhodes, and Stewart Rhodes merged

13    the two calls together.

14    Q    And are you able to tell based on the records

15    whether the call connected?

16    A    We would believe so based on the duration of the

17    call.

18    Q    Okay.

19         So was the call, in fact, between Stewart Rhodes

20    and Michael Greene, was it longer than that minute and a

21    half?

22    A    Yes.

23    Q    Was that just how long Kelly Meggs was on the

24    call?

25    A    Correct.

1    Q    And we'll get back to that in a second.

2         MR. EDWARDS:  Ms. Badalament, can you zoom in on

3    the next section of this exhibit on the second page.

4    BY MR. EDWARDS:

5    Q    And, Agent Abrams, we're not going to go through

6    all of these calls, but I just wanted to ask a couple of

7    questions.

8    A    Okay.

9    Q    Can you just describe for the jury, what does this

10   table here show calls between?

11   A    This table shows calls between Stewart Rhodes,

12   Michael Greene, Joshua James and Roberto Minuta.

13   Q    And can you remind the jury who is Joshua James?

14   A    Joshua James is the leader of Line 2 from Alabama.

15   Q    And was he with Roberto Minuta on January 6th?

16   A    He was.

17   Q    Okay.

18        I don't want to go through all of them but let's

19   go through an example or two.

20        At 6:50 a.m., can you walk through what happened

21   to the jury.

22   A    Sure.

23        At 6:50 a.m., Stewart Rhodes placed a call to

24   Michael Greene with a duration of 2 minutes and 42 seconds.

25   Q    Okay.

1          And so later in the afternoon, particularly after

2    1:00 p.m., did Michael Greene and Joshua James often talk

3    soon with one another after Michael Greene and

4    Stewart Rhodes would talk?

5          A    Yes.

6          Q    So, for example, at 1:13 p.m. and 1:27 p.m., what

7    happened?

8          A    At 1:13 p.m., Michael Greene placed a call to

9    Stewart Rhodes with a duration of 34 seconds.

10         And at 1:27 p.m., Michael Greene then placed a

11   call to Joshua James with a duration of 5 minutes and 57

12   seconds.

13         Q    Okay.  So again at 1:45 and 1:48, what happened?

14         A    At 1:45, Stewart Rhodes placed a call to

15   Michael Greene with a duration of 53 seconds.

16         And at 1:48 p.m., Joshua James placed a call to

17   Michael Greene with a duration of 1 minute and 11 seconds.

18         Q    And then let's go through one more example.

19         What happened at 3:01 and 3:04?

20         A    At 3:01 p.m., Michael Greene placed a call to

21   Stewart Rhodes with a duration of 1 minute and 41 seconds.

22         At 3:04 p.m., Joshua James placed a call to

23   Michael Greene with a duration of 3 minutes and 36 seconds.

24         Q    Okay.

25         You said earlier that Roberto Minuta was with

2808

1   Joshua James.  Did Mr. Minuta also have calls directly with

2   Stewart Rhodes?

3       A    He did.

4       Q    Okay.  So, for example, what happened at 12:58

5   p.m.?

6       A    At 12:58 p.m., Roberto Minuta placed a call to

7   Stewart Rhodes with a duration of 1 minute and 11 seconds.

8       Q    And what happened then at 1:02 p.m.?

9       A    At 1:02 p.m., Stewart Rhodes placed a call to

10  Roberto Minuta with a duration of 1 minute and 48 seconds.

11      Q    And, Special Agent Abrams, based on your

12  investigation, what was scheduled to happen at 1:00 on

13  January 6th?

14      A    The certification of the election was to begin.

15      Q    Okay.

16           Let's talk about some other forms of communication

17  that day.

18      A    Okay.

19      Q    Are you familiar with Signal?

20      A    I am.

21      Q    How?

22      A    Through this investigation.

23      Q    And can you just describe briefly for the jury

24  what Signal is?

25      A    Sure.

1          Signal is a messaging app that has end-to-end

2    encryption.

3          So if you send a message, only the person who

4    sends it and the person who receives it can see it.

5    Q    And have you reviewed -- how many roughly Signal

6    messages have you reviewed in this investigation?

7    A    Thousands.

8    Q    Have you reviewed Signal messages from

9    Stewart Rhodes' phone?

10   A    Yes.

11   Q    From Thomas Caldwell's phone?

12   A    Yes.

13   Q    William Isaacs' phone?

14   A    Yes.

15   Q    Aaron Stone's phone?

16   A    Yes.

17   Q    What about Joseph Hackett and David Moerschel,

18   Edward Vallejo, and Roberto Minuta's phone?

19   A    No.

20   Q    Why not?

21   A    It wasn't there.

22   Q    Did the FBI get any Signal messages off those

23   phones?

24   A    No.

25        MR. EDWARDS:  Ms. Badalament, can we pull up for

1    the jury, which has already been admitted, Exhibit 1557.

2              Thank you very much.

3    BY MR. EDWARDS:

4        Q    Can you remind the jury, Agent Abrams, have you

5    reviewed Exhibit 1557?

6        A    I have.

7        Q    What is it?

8        A    It is a summary of the chats that participants

9    were in on Signal.

10       Q    So we don't need to go through all of these but

11   are these group chats that various individuals from this

12   group used on the day of January 6th?

13       A    Yes.

14       Q    So, first, for example, can you describe for the

15   jury, what is this group chat titled?

16       A    "D.C. Op Jan. 6, '21."

17       Q    And who are the highlighted individuals in this

18   group chat?

19       A    Roberto Minuta and Ed Vallejo.

20       Q    And are there other members, so, for example, is

21   Kelly Meggs in this?

22       A    Yes.

23       Q    Stewart Rhodes?

24       A    Yes.

25       Q    Joshua James?

2811

1      A      Yes.

2      Q      Did you get this from Stewart Rhodes' phone?

3      A      We did.

4      Q      Okay.

5             Who traveled around with Kelly Meggs on

6    January 6th?

7      A      Hackett and Moerschel.

8      Q      Can we turn to the next group chat.

9             Can you describe for the jury briefly what's this

10   group chat titled?

11     A      This is the "OK FL D.C. Op Jan. 6" chat.

12     Q      And did you get this from William Isaacs' phone?

13     A      We did.

14     Q      Was it different than the other phones you

15   extracted Signal from?

16     A      Yes.

17     Q      Can you describe how?

18     A      We had to take screenshots of the chat itself due

19   to an extraction issue.

20     Q      And is this a Florida group chat?

21     A      Yes.

22     Q      And can you read for the jury who are the

23   highlighted members of this group chat?

24     A      Joseph Hackett and David Moerschel.

25     Q      Was Kelly Meggs in this group chat?

```
 1        A    He was.

 2        Q    Was Jessica Watkins?

 3        A    She was.

 4        Q    Is Jessica Watkins on the board?

 5        A    She is.

 6        Q    And is Jessica Watkins from Florida?

 7        A    She's not.

 8        Q    Where is she from?

 9        A    Ohio.

10        Q    Can we go now to the "OK FL" hangout group chat.

11             Again, Agent Abrams, is this a Florida group chat?

12        A    Yes.

13        Q    Did some members of this group chat use the thread

14   on January 6th?

15        A    They did.

16        Q    Can you read for the jury who the highlighted

17   members of this group chat are?

18        A    Joseph Hackett and David Moerschel.

19        Q    Is Kelly Meggs on this group chat?

20        A    He is.

21        Q    Stewart Rhodes?

22        A    Yes.

23        Q    Is Joshua James?

24        A    Yes.

25        Q    Is Joshua James from Florida?
```

```
 1        A     He is not.

 2        Q     Where is he from?

 3        A     Alabama.

 4        Q     Can we turn now to the "Old Leadership" chat.

 5              Agent Abrams, is this the "Old Leadership" chat

 6    participants or some of them?

 7        A     Yes.

 8        Q     From January 6th?

 9        A     Yes.

10        Q     And was it called "Old Leadership" chat that day?

11        A     No.

12        Q     What was it called?

13        A     "The Leadership Intel Sharing Secured."

14        Q     So what happened after January 6th?

15        A     They changed the name.

16        Q     Is Stewart Rhodes on this chat?

17        A     He is.

18        Q     Kelly Meggs?

19        A     Yes.

20        Q     Jessica Watkins?

21        A     Yes.

22        Q     Joshua James?

23        A     Yes.

24        Q     And are those individuals the same individuals

25    you've identified in the other group threads?
```

2814

```
 1        A    They are.

 2        Q    Can we now turn finally to the F.O.S. group chat.

 3             Agent Abrams, what does F.O.S. stand for based on

 4   your investigation?

 5        A    Friends of Stone.

 6        Q    Do you know what Stone referred to?

 7        A    Roger Stone.

 8        Q    Who is Roger Stone?

 9        A    He was a political figure that was very closely

10   tied with President Trump.

11        Q    And was that individual on this group chat?

12        A    He was.

13        Q    Was Stewart Rhodes?

14        A    Yes.

15        Q    Can you go down the list of the other individuals.

16   Who's Alex Jones?

17        A    Alex Jones is the podcast host of the InfoWars

18   podcast.

19        Q    And who is Ali Alexander?

20        A    Ali Alexander is the leader of the Stop the Steal

21   movement.

22        Q    And Kellye SoRelle?

23        A    That's Stewart Rhodes' girlfriend.

24        Q    And is Kellye SoRelle on the board?

25        A    Yes.
```

1    Q    Where?

2    A    She is also under Leadership.

3    Q    What about Enrique Tarrio?

4    A    Enrique Tarrio is the leader of the Proud Boys who

5    was another militia organization present on January sith.

6    Q    And was Enrique Tarrio on this group thread as of

7    January 6th?

8    A    Yes.

9    Q    Let's step away from Signal.

10    Are you familiar with text messages?

11    A    Yes.

12    Q    How?

13    THE COURT:  Mr. Edwards, if I could interrupt you,

14    please, it's 12:30, so let's take our lunch break.

15    We will resume at 1:30.

16    Ladies and gentlemen, have a nice lunch break.

17    We will see you shortly.

18    COURTROOM CLERK:  All rise.

19    (Jury exited the courtroom.)

20    THE COURT:  Okay.  Agent Abrams, you can step

21    down.  Just remind you to please not to discuss your

22    testimony during the lunch break.  Thank you.

23    All right.

24    MS. HALIM:  I wish I didn't.

25    THE COURT:  Please be seated, everybody.

1          MS. HALIM:  So I have a pending motion to preclude

2    the Samsung flip phone.

3          And when I signed stipulation 3050, someone from

4    the government needed it for Agent Harris and I made the

5    pinky swear and promise that there was going to be no

6    mention of the flip phone because there was the outstanding

7    motion, and I didn't know that it was coming up today.

8          Now the jury has heard that a flip phone, there's

9    all this suggestion about burner phones, and as is

10   documented in the motion, I think it's absolutely

11   inappropriate because of the forensic analysis that I've had

12   done on the phone, had nothing to do with anything, hadn't

13   been used in years.  So, I mean, it is what it is at this

14   point.

15         Mr. Edwards says they're not actually moving the

16   phone in.  There are no contents to move in.  It's an old

17   phone his daughter played with that was in a basket on his

18   kitchen counter or something like that.

19         MR. EDWARDS:  I was not -- so I was not aware of

20   the agreement to remove it from the stipulation and I

21   apologize if that agreement was made.

22         I have expressed to Ms. Halim we don't intend to

23   go back to that phone at all.

24         What I was doing was, I had passed these

25   stipulations over, I took them back, I wanted to just lay a

```
 1   record of the devices that we've retrieved and the devices

 2   she's heard of and looked at.  So I did not --

 3            THE COURT:  So it was just mentioned in the

 4   stipulation; is that right?

 5            MR. EDWARDS:  Correct.

 6            And that stipulation is not going back to the

 7   jury.  The parties have agreed --

 8            MS. HALIM:  Okay, that's right.

 9            MR. EDWARDS:  -- that this is just an agreement.

10   It's actually the only stipulation we're not admitting as

11   something that would go back to the jury.

12            MS. HALIM:  Okay.  Thank you.  I forgot about

13   that.

14            THE COURT:  Any --

15            MS. HALIM:  So there's no ask at this point.

16            THE COURT:  Okay.

17            MS. HALIM:  I don't even know if the government is

18   seeking at any point to admit it.

19            THE COURT:  You're talking about the flip phone.

20            MS. HALIM:  The flip phone.

21            MR. EDWARDS:  I think that's pending.

22            MS. HALIM:  Pending.

23            MR. EDWARDS:  We can work that out given the

24   motion, but certainly in Special Agent Abrams' testimony,

25   it's not going to come up.
```

1           MS. HALIM:  Okay.

2           THE COURT:  All right.  Thank you, everyone.

3           COURTROOM DEPUTY:  All rise.  This Court stands in

4    recess.

5           (Recess from 12:33 p.m. to 1:30 p.m.)

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 4, 2023_____    

         William P. Zaremba, RMR, CRR

**BY MR. EDWARDS:**
**[10]** 2787/5 2793/12
2800/5 2800/12 2801/5
2801/15 2803/1
2803/18 2806/4 2810/3
**BY MR. NESTLER: [6]**
2750/8 2753/21 2754/6
2756/9 2757/18
2757/25
**BY MR. PEED: [8]**
2727/11 2728/9
2729/13 2730/12
2730/25 2732/12
2733/4 2749/14
**BY MR. SHIPLEY: [3]**
2739/11 2740/15
2742/16
**BY MR. WEINBERG:**
**[1]** 2711/8
**BY MS. HALIM: [8]**
2662/21 2680/3
2683/11 2684/20
2699/19 2701/11
2710/16 2710/21
**BY MS. HUGHES: [11]**
2768/5 2771/11 2772/4
2773/15 2774/10
2777/1 2779/9 2780/8
2781/7 2782/12
2783/18
**COURTROOM**
**CLERK: [1]** 2815/18
**COURTROOM**
**DEPUTY: [11]** 2661/2
2661/7 2662/1 2743/15
2743/20 2749/6
2767/16 2767/18
2786/12 2786/14
2813/3
**MR. EDWARDS: [19]**
2661/23 2786/10
2790/13 2793/11
2798/21 2800/9
2800/20 2800/24
2801/3 2801/13
2802/19 2803/17
2806/2 2809/25
2816/19 2817/5 2817/9
2817/21 2817/23
**MR. NESTLER: [35]**
2662/8 2679/23
2682/25 2699/16
2701/8 2710/13
2710/19 2729/6
2730/21 2732/25
2742/11 2743/22
2744/1 2744/19 2745/6
2745/15 2745/18
2745/21 2745/25
2746/6 2746/23
2747/22 2747/24
2748/17 2748/25
2749/2 2749/5 2752/17
2753/13 2754/4 2756/1
2756/5 2757/17
2757/23 2767/8
**MR. PEED: [18]**

2729/10 2730/10
2730/19 2732/2 2732/6
2732/8 2732/11
2732/22 2739/8
2748/19 2749/1 2749/3
2749/13 2750/4 2786/4
**MR. SHIPLEY: [7]**
2740/9 2740/14
2742/13 2743/9 2747/2
2785/23 2785/25
**MR. WEINBERG: [5]**
2711/5 2726/18
2753/17 2776/21
2786/3
**MS. HALIM: [25]**
2662/14 2680/2
2682/23 2683/3 2683/8
2684/12 2684/17
2699/8 2710/24 2748/5
2753/16 2756/3
2757/14 2771/25
2786/2 2802/23
2815/24 2816/1 2817/8
2817/12 2817/15
2817/17 2817/20
2817/22 2818/1
**MS. HUGHES: [15]**
2767/14 2771/6
2771/23 2773/11
2774/8 2776/15
2776/24 2778/24
2780/3 2780/6 2780/25
2781/2 2782/10
2783/16 2785/20
**THE COURT: [76]**
2661/5 2661/21
2661/24 2662/3
2662/10 2679/24
2682/20 2683/1 2683/6
2684/16 2701/9
2710/14 2710/20
2711/3 2726/23 2727/1
2727/8 2728/5 2729/7
2730/22 2732/5 2732/7
2732/10 2733/1 2739/9
2740/12 2742/12
2742/15 2743/10
2743/17 2743/25
2744/17 2745/5
2745/11 2745/17
2745/20 2745/24
2746/3 2746/8 2747/8
2747/23 2748/3 2748/9
2748/18 2748/24
2749/8 2750/5 2753/15
2753/18 2756/4 2756/6
2767/9 2767/20 2772/1
2776/20 2779/5
2785/21 2785/24
2786/1 2786/5 2786/8
2786/15 2792/22
2800/18 2800/21
2801/1 2802/22 2803/6
2815/13 2815/20
2815/25 2817/3
2817/14 2817/16
2817/19 2818/2

2786/7 2786/18

**$**

**$10 [1]** 2711/16

**'**

**'21 [1]** 2810/16

**-**

**-07 [2]** 2726/22
2726/23

**.**

**.19 [2]** 2797/19
2798/13
**.2 [2]** 2797/25 2798/2
**.3 [2]** 2797/22 2798/4
**.3A [1]** 2798/10
**.4 [2]** 2798/8 2798/10
**.8 [1]** 2794/16

**0**

**07 [2]** 2726/22 2726/23

**1**

**1/7 [2]** 2714/7 2714/9
**10 [2]** 2721/16 2721/18
**100 percent [2]**
2669/24 2669/25
**1056.0932.0159 [2]**
2776/16 2776/22
**1077.1 [1]** 2797/19
**1078.1 [1]** 2797/22
**1079.1 [1]** 2797/25
**1082.1 [1]** 2798/2
**1083 [1]** 2799/4
**1085.1 [1]** 2798/4
**1087 [1]** 2799/7
**1088.1 [1]** 2798/6
**1089 [1]** 2798/18
**1089.1 [1]** 2798/8
**1091 [1]** 2799/9
**1092 [1]** 2799/10
**1093 [1]** 2799/11
**1096.1 [1]** 2798/10
**1098.1 [1]** 2798/13
**1099 [1]** 2799/12
**10:58 [1]** 2743/21
**11 [8]** 2661/11 2679/9
2691/12 2696/13
2696/18 2797/16
2807/17 2808/7
**11/26 [1]** 2714/7
**1101 [1]** 2799/15
**1102 [1]** 2799/13
**1104 [1]** 2799/17
**1105 [1]** 2798/16
**111 [1]** 2792/3
**1120 [1]** 2799/25
**114 [1]** 2658/12
**1150 [1]** 2658/17
**11:15 [1]** 2743/13
**11:17 [1]** 2743/21
**12 [1]** 2791/3
**12:30 [1]** 2733/18
2774/15 2815/14
**12:33 [1]** 2818/5
**12:58 [2]** 2808/4

**12th [1]** 2724/15
**13 [2]** 2657/7 2683/16
**130 [1]** 2792/5
**1341 [1]** 2658/4
**135 [1]** 2792/7
**135.V.1 [1]** 2795/8
**141 [1]** 2732/10
**15 [5]** 2657/4 2661/8
2683/16 2708/21
2709/6
**1502 [1]** 2800/2
**1512 [1]** 2700/16
**1531 [1]** 2800/10
**1557 [2]** 2810/1 2810/5
**15th [1]** 2722/9
**16th [2]** 2680/16
2711/10
**1775 [1]** 2658/16
**17th [2]** 2687/12
2791/5
**18 [5]** 2700/15 2752/20
2753/14 2753/18
2753/25
**18th [1]** 2725/9
**19 [1]** 2798/13
**19129 [1]** 2658/7
**192 [1]** 2792/9
**192.P.4 [1]** 2795/11
**192.V.1 [1]** 2795/14
**19th [8]** 2678/24
2685/3 2694/17
2696/13 2706/5
2722/14 2722/19
2791/7
**1:00 [2]** 2807/2
2808/12
**1:02 [2]** 2808/8 2808/9
**1:13 [2]** 2807/6 2807/8
**1:15 [2]** 2775/15
2780/17
**1:27 [2]** 2807/6
2807/10
**1:30 [2]** 2815/15
2818/5
**1:45 [2]** 2807/13
2807/14
**1:48 [2]** 2807/13
2807/16
**1:59 [1]** 2777/12
**1st [3]** 2685/14
2698/13 2701/5

**2**

**20 [2]** 2756/2 2756/4
**200 [2]** 2792/11
2795/16
**200.P.1 [1]** 2795/17
**20006 [1]** 2658/17
**2004 [1]** 2796/3
**2004.V.1 [1]** 2796/10
**202 [2]** 2657/18
2658/18
**2020 [3]** 2721/25
2722/2 2785/17
**2021 [47]** 2678/11
2678/15 2678/20
2681/14 2682/15

2685/14 2685/19
2685/24 2686/12
2686/15 2686/21
2686/21 2686/24
2708/12 2724/15
2753/25 2769/22
2770/17 2771/21
2772/19 2772/25
2774/11 2787/25
2788/23 2788/25
2791/3 2791/5 2791/7
2791/12 2791/14
2791/17 2791/19
2791/21 2791/23
2791/25 2792/3 2792/5
2792/7 2792/9 2792/11
2792/13 2792/15
2792/19 2801/8
2792/19 2792/21
**2022 [2]** 2688/3
2792/17
**2023 [2]** 2657/5 2819/7
**205 [1]** 2792/13
**20579 [1]** 2657/17
**20th [4]** 2708/12
2714/16 2738/2
2792/11
**21 [1]** 2757/15
**210 [1]** 2792/15
**214 [4]** 2773/21
2773/22 2774/6
2774/23
**215-300-3229 [1]**
2658/8
**2152 [1]** 2799/23
**21st [8]** 2685/8
2687/12 2691/5 2697/5
2697/10 2697/15
2732/20 2733/5
**22 [3]** 2756/7 2757/15
2791/7
**22-15 [1]** 2657/4
**22.P.1 [1]** 2794/16
**22.V.1 [1]** 2794/18
**228-1341 [1]** 2658/4
**23rd [3]** 2685/11
2686/21 2791/14
**24 [1]** 2769/11
**240 [1]** 2792/17
**242 [2]** 2718/25 2720/6
**245 [1]** 2792/19
**252-7277 [1]** 2657/18
**2521.1 [1]** 2796/14
**2521.2 [1]** 2796/8
**26 [1]** 2714/7
**265 [1]** 2658/12
**29 [2]** 2791/10 2794/20
**29.P.1 [1]** 2794/21
**29.V.1 [1]** 2794/23
**29th [1]** 2686/21
**2:24 [1]** 2804/12
**2:25 [2]** 2780/2
2780/17
**2:25 p.m [1]** 2780/21
**2:32 [3]** 2804/15
2804/17 2805/8
**2:40 [1]** 2709/9
**2nd [1]** 2714/16

2821

**3050 [2]** 2790/14 2816/3
**3068 [1]** 2798/23
**3071 [1]** 2798/23
**3074 [1]** 2798/23
**32 [1]** 2791/13
**320-what [1]** 2732/5
**3229 [1]** 2658/8
**327 [2]** 2732/6 2732/7
**33950 [1]** 2658/13
**34 [1]** 2807/9
**3557 [1]** 2798/23
**3580 [1]** 2658/7
**36 [1]** 2807/23
**37 [1]** 2804/19
**39 [2]** 2683/15 2755/24
**3:01 [2]** 2807/19 2807/20
**3:04 [2]** 2807/19 2807/22
**3:30 [1]** 2803/4
**3rd [2]** 2791/3 2791/12

**4**

**41 [1]** 2807/21
**42 [1]** 2806/24
**460 [1]** 2707/8
**48 [1]** 2808/10
**4th [5]** 2666/10 2667/12 2668/8 2669/12 2670/7

**5**

**50 [1]** 2791/12
**51 [3]** 2741/3 2742/10 2791/14
**52 [1]** 2791/15
**53 [3]** 2791/17 2794/25 2807/15
**53.P.1 [1]** 2794/25
**535 [1]** 2713/15
**54 [1]** 2791/19
**57 [1]** 2807/11
**5710 [2]** 2740/9 2754/10
**5722 [2]** 2755/17 2756/7
**5723 [4]** 2752/19 2753/14 2753/18 2753/19
**575-8000 [1]** 2658/13
**5th [9]** 2667/9 2670/10 2685/17 2685/19 2686/12 2765/11 2765/14 2772/25 2791/14

**6**

**601 [1]** 2657/17
**63 [2]** 2741/3 2742/10
**66 [1]** 2791/21
**67 [1]** 2791/21
**6740A [4]** 2801/14 2802/21 2802/24 2803/3
**6744 [1]** 2799/19
**6778 [2]** 2721/14

**6:50 [2]** 2806/20 2806/23
**6th [55]** 2662/25 2667/9 2671/5 2671/15 2678/5 2678/23 2681/14 2682/15 2685/24 2686/4 2686/5 2688/8 2688/20 2689/8 2689/22 2691/10 2694/23 2701/17 2702/2 2712/25 2713/5 2721/8 2721/25 2722/2 2722/3 2723/11 2723/21 2724/16 2764/22 2765/1 2765/6 2765/25 2765/25 2766/13 2769/22 2770/17 2770/18 2771/20 2773/3 2773/8 2774/11 2788/25 2789/3 2789/6 2790/11 2801/8 2803/4 2806/15 2808/13 2810/12 2811/6 2812/14 2813/8 2813/14 2815/7

**7**

**7277 [1]** 2657/18
**73 [2]** 2791/23 2795/3
**73.P.1 [1]** 2795/3
**73.V.1 [1]** 2795/6
**745 [1]** 2658/3
**7777 [1]** 2799/21
**7th [4]** 2669/12 2670/14 2714/14 2753/25

**8**

**8000 [1]** 2658/13
**808 [1]** 2658/4
**808Shipleylaw [1]** 2658/5
**85 [1]** 2791/25
**8:27 [1]** 2804/3
**8:56 [1]** 2804/3

**9**

**902 [1]** 2797/16
**9053 [4]** 2771/7 2771/24 2772/1 2772/2
**9054 [3]** 2778/25 2779/5 2779/7
**919-9491 [1]** 2658/18
**941 [1]** 2658/13
**9491 [1]** 2658/18
**96734 [1]** 2658/4
**9:30 [1]** 2657/6
**9:54 [1]** 2804/6
**9th [3]** 2699/22 2700/25 2701/1

**A**

**A. [1]** 2661/9
**a.m [8]** 2657/6 2743/21 2743/21 2804/3 2804/3 2804/6 2806/20 2806/23
**Aaron [2]** 2791/12

**Aaron Stone's [2]** 2791/12 2809/15
**able [12]** 2674/1 2674/3 2762/23 2762/25 2763/1 2763/8 2763/9 2763/11 2782/14 2790/8 2804/22 2805/14
**about [139]** 2662/24 2664/8 2664/11 2664/15 2666/10 2667/4 2667/6 2667/8 2667/17 2667/20 2667/24 2667/24 2668/4 2668/19 2668/22 2668/25 2670/17 2670/19 2671/6 2671/9 2675/8 2675/22 2676/21 2678/4 2678/15 2678/22 2678/23 2684/21 2684/24 2688/7 2688/19 2690/20 2690/23 2691/6 2692/13 2694/20 2695/5 2696/6 2696/19 2696/21 2696/24 2697/2 2697/7 2697/11 2699/4 2701/13 2701/24 2701/24 2703/1 2706/16 2711/19 2712/3 2713/16 2714/19 2716/14 2717/13 2717/18 2717/20 2718/2 2719/3 2719/20 2719/24 2720/24 2721/6 2721/7 2721/20 2722/12 2726/9 2727/14 2728/14 2731/20 2731/24 2734/23 2735/16 2737/17 2738/24 2744/1 2744/6 2745/2 2745/12 2746/3 2746/16 2746/15 2746/19 2746/24 2749/3 2750/10 2751/3 2752/4 2752/6 2752/8 2752/14 2752/23 2753/2 2755/4 2757/2 2759/11 2759/12 2760/24 2760/25 2762/17 2762/23 2763/5 2763/14 2764/5 2764/8 2764/16 2764/24 2765/1 2765/7 2765/14 2765/21 2766/9 2766/17 2769/8 2770/16 2773/6 2775/12 2775/14 2775/15 2782/20 2783/2 2784/1 2789/10 2789/23 2790/7 2790/23 2794/3 2796/4 2803/8 2803/9 2803/14 2804/15 2808/16

**Aaron [2]** 2791/12

**Aaron Stone's [2]** 2817/12 2817/19
**above [3]** 2705/11 2741/2 2819/4
**above-titled [1]** 2819/4
**Abrams [19]** 2786/11 2786/15 2787/2 2787/12 2787/17 2793/14 2796/16 2797/17 2801/7 2801/16 2803/3 2803/22 2806/5 2808/11 2810/4 2812/11 2813/5 2814/3 2815/20
**Abrams' [1]** 2817/24
**absolutely [1]** 2816/10
**accept [1]** 2686/6
**accepted [1]** 2754/18
**access [1]** 2770/11
**accidently [1]** 2684/23
**accompanied [3]** 2706/18 2771/4 2774/16
**accompanying [1]** 2771/2
**accomplish [5]** 2761/21 2761/22 2762/2 2762/5 2762/24 2763/6
**according [2]** 2724/19 2742/18
**accordingly [1]** 2664/5
**accounts [3]** 2795/23 2795/23 2796/13
**accurate [4]** 2710/12 2730/16 2771/19 2802/16
**achieve [1]** 2741/18
**acquiring [1]** 2790/7
**acquisitions [1]** 2791/1
**across [5]** 2729/25 2769/20 2774/24 2775/9 2778/19
**Act [2]** 2735/17 2735/20
**acted [1]** 2762/10
**acting [1]** 2728/11
**action [1]** 2783/12
**actions [2]** 2764/13 2764/17
**actively [1]** 2761/8
**acts [1]** 2737/23
**actual [1]** 2715/20
**actually [13]** 2682/23 2684/25 2694/17 2699/4 2699/10 2700/4 2710/4 2710/8 2720/12 2763/7 2780/17 2816/10 2817/10
**addition [1]** 2687/2
**addressed [1]** 2699/24
**Administration [2]** 2735/25 2765/23
**administrative [1]** 2793/13
**admit [11]** 2684/14 2726/21 2729/5

2817/18 2819/20 2732/23
2756/1 2771/23
2776/16 2778/24
2802/20 2817/18
**admitted [25]** 2659/12 2660/3 2682/22 2683/7 2684/16 2699/9 2721/18 2726/23 2729/7 2730/22 2733/1 2752/23 2753/18 2754/21 2772/1 2776/17 2776/20 2779/2 2779/6 2800/22 2800/23 2800/24 2801/2 2803/12 2810/1
**admitting [1]** 2817/10
**adopt [1]** 2735/2
**adopted [1]** 2735/8
**advance [2]** 2764/25 2765/6 2765/25 2771/21
**advice [2]** 2716/14 2716/17
**advise [1]** 2793/6
**advised [1]** 2792/24
**Affairs [1]** 2769/19
**afraid [3]** 2680/21 2763/6 2765/18
**after [30]** 2666/11 2684/6 2689/11 2697/14 2700/19 2721/7 2722/13 2722/16 2722/19 2723/11 2724/16 2729/14 2729/17 2733/10 2743/12 2743/13 2749/15 2750/20 2764/4 2764/7 2764/21 2774/2 2774/19 2775/1 2784/22 2788/11 2788/14 2807/1 2807/3 2813/14
**afternoon [4]** 2787/6 2787/7 2804/10 2807/1
**again [24]** 2670/14 2685/15 2685/17 2686/14 2693/14 2697/6 2697/16 2698/3 2701/24 2702/2 2721/20 2721/20 2727/12 2772/7 2773/1 2777/16 2778/22 2779/2 2782/4 2783/5 2783/14 2804/6 2807/13 2812/11
**against [6]** 2705/3 2705/4 2705/7 2705/8 2709/12 2758/10
**Agence [2]** 2797/9 2798/14
**agent [27]** 2685/14 2693/13 2698/9 2767/15 2767/20 2781/11 2786/11 2786/15 2787/13 2788/15 2788/18 2788/22 2793/14

**agent... [14]** 2796/16
2797/17 2801/7 2803/3
2803/22 2806/5
2808/11 2810/4
2812/11 2813/5 2814/3
2815/20 2816/4
2817/24
**Agent Abrams [6]**
2793/14 2796/16
2812/11 2813/5 2814/3
2815/20
**Agent Harris [1]**
2816/4
**Agent Hawa [1]**
2767/20
**agents [7]** 2692/23
2693/1 2693/21 2698/4
2746/10 2779/22
2801/16
**aggressively [1]**
2724/9
**ago [1]** 2755/22
**agree [17]** 2696/12
2696/17 2708/5 2713/7
2714/22 2716/11
2716/14 2717/7
2718/22 2719/9
2720/23 2721/21
2721/24 2722/2
2725/18 2753/10
2790/20
**agreed [6]** 2741/6
2741/7 2753/9 2753/23
2754/14 2817/7
**agreement [22]**
2677/13 2700/5 2700/7
2706/18 2708/2
2739/14 2739/17
2739/18 2739/18
2739/19 2740/11
2740/17 2740/17
2742/10 2754/7 2754/8
2754/13 2766/18
2792/25 2816/20
2816/21 2817/9
**agreements [1]**
2798/22
**ahead [3]** 2680/1
2701/10 2724/6
**aimlessly [1]** 2729/20
2729/21
**AL [1]** 2657/6
**Alabama [2]** 2806/14
2813/3
**alarms [1]** 2703/18
**Alcatel [1]** 2792/18
**Alex [2]** 2814/16
2814/17
**Alex Jones [2]** 2814/16
2814/17
**Alexander [2]** 2814/19
2814/20
**Alexandra [2]** 2657/15
2661/13
**Alexandra Hughes [1]**
2661/13

**Ali Alexander [1]**
2814/19
**alias [2]** 2721/1 2721/2
**all [78]** 2661/2 2661/3
2661/19 2662/3
2662/12 2664/14
2664/18 2667/2 2674/2
2675/7 2676/20
2677/15 2678/16
2681/2 2681/6 2682/9
2683/7 2684/12
2685/20 2694/16
2695/17 2696/11
2699/8 2701/23
2704/24 2704/24
2705/14 2706/2
2706/12 2706/21
2708/20 2710/24
2711/4 2713/25
2718/22 2719/11
2722/18 2724/10
2727/1 2728/3 2730/19
2731/2 2731/18
2732/11 2735/6
2735/10 2737/10
2742/1 2743/10
2743/14 2743/15
2744/25 2746/21
2748/18 2755/2 2760/2
2762/22 2767/3 2767/9
2767/12 2772/7 2779/5
2785/21 2786/8
2786/15 2790/21
2792/23 2798/24
2800/19 2806/6
2806/18 2810/10
2815/18 2815/23
2816/9 2816/23 2818/2
2818/3
**All right [2]** 2683/7
2748/18
**almost [3]** 2743/12
2792/2 2798/20
**Alondra [2]** 2689/2
2689/4
**alone [2]** 2670/25
2748/15
**along [2]** 2663/16
2709/7
**alongside [2]** 2707/11
2707/17
**already [7]** 2701/21
2702/5 2721/18
2754/10 2757/9
2781/21 2810/1
**also [28]** 2664/15
2665/18 2668/19
2687/3 2693/14
2695/20 2696/5 2696/6
2698/8 2707/7 2710/20
2712/24 2717/20
2722/2 2726/10
2734/15 2751/23
2754/23 2757/15
2759/11 2760/10
2789/11 2793/3
2795/22 2796/12

**although [1]** 2700/25
**am [9]** 2683/15
2690/20 2706/16
2715/17 2717/6
2746/17 2767/7
2788/19 2808/20
**AMERICA [3]** 2657/3
2661/8 2707/1
**American [1]** 2737/6
**AMIT [2]** 2657/9 2661/4
**Amit P [1]** 2661/4
**ammunition [6]**
2751/11 2751/14
2751/15 2751/18
2751/24 2751/25
**among [2]** 2788/9
2792/25
**amount [1]** 2751/8
**analysis [1]** 2816/11
**Android [1]** 2792/14
**Angela [2]** 2658/6
2661/16
**Angela Halim [1]**
2661/16
**Angeles [1]** 2797/7
**angiehalim [1]** 2658/8
**angry [2]** 2673/5
2673/8
**Ann [1]** 2799/13
**anonymity [4]** 2719/25
2720/24 2720/24
2721/1
**anonymous [1]**
2720/11
**another [12]** 2685/15
2685/18 2688/2
2693/13 2693/14
2698/9 2745/3 2747/13
2799/4 2804/12 2807/3
2815/5
**answer [2]** 2683/20
2718/11
**answered [3]** 2756/14
2756/18 2757/3
**answering [1]** 2718/8
**Anthem [1]** 2703/25
**anticipated [1]**
2737/15
**anticipating [1]**
2773/18
**Antifa [1]** 2761/9
**Anxious [1]** 2763/6
**any [30]** 2686/19
2696/2 2709/23
2710/11 2710/17
2712/3 2722/5 2722/6
2728/25 2738/23
2739/4 2743/5 2746/4
2746/11 2746/18
2748/13 2753/15
2763/19 2770/12
2784/12 2784/15
2785/22 2793/1
2793/10 2802/22
2803/11 2803/13
2809/22 2817/14
2817/18

**2695/7 2715/7 2723/17**
2740/10 2759/7 2759/9
2778/2
**anyone [6]** 2664/21
2707/11 2757/5 2778/4
2779/20 2786/1
**anything [17]** 2671/6
2676/6 2689/19
2691/20 2696/19
2697/7 2697/11
2701/13 2703/1 2709/7
2723/14 2739/24
2756/13 2762/6 2767/4
2778/5 2816/12
**apartment [1]** 2690/12
**apologies [2]** 2771/10
2781/5
**apologize [3]** 2699/12
2726/22 2816/21
**app [4]** 2713/24
2722/22 2722/25
2809/1
**APPEARANCES [2]**
2657/13 2657/20
**appeared [1]** 2729/21
**appears [1]** 2755/18
**Apple [3]** 2791/3
2791/20 2791/22
**Apple iPhone 12 [1]**
2791/3
**approach [1]** 2778/3
**appropriate [2]** 2744/8
2746/14
**approximate [1]**
2749/18
**approximately [11]**
2678/13 2678/25
2711/12 2714/1
2724/17 2774/14
2783/21 2788/13
2789/8 2804/8 2804/18
**April [1]** 2745/12
**are [66]** 2661/19
2661/22 2662/13
2665/14 2673/5
2677/10 2695/5 2704/6
2705/9 2705/14 2717/5
2719/2 2722/8 2731/12
2741/11 2742/24
2745/18 2746/2 2746/6
2747/16 2748/7 2748/8
2751/22 2753/5
2764/16 2764/19
2769/15 2769/18
2770/5 2771/8 2773/2
2777/5 2777/14 2778/2
2780/9 2786/18 2787/8
2787/9 2788/7 2789/14
2790/8 2793/21
2794/16 2797/14
2797/19 2797/22
2798/10 2798/23
2800/18 2801/16
2801/21 2802/2 2802/4
2803/10 2804/22
2805/14 2808/19
2810/11 2810/17

**2695/7 2715/7 2723/17**
**am [9]** 2683/15
**though [1]** 2700/25

**2811/22**
2812/17 2813/24
2814/1 2815/10
2816/16
**area [7]** 2680/21
2729/18 2738/4
2749/18 2775/22
2778/18 2784/13
**Argumentative [1]**
2679/23
**Arizona [1]** 2775/6
**Arma [2]** 2712/10
2712/12
**armed [2]** 2784/16
2784/17
**Arms [3]** 2770/14
2772/15 2772/16
**Armstrong [1]** 2799/21
**arose [1]** 2664/6
**around [16]** 2667/1
2669/1 2706/14 2709/9
2713/15 2728/12
2729/17 2729/19
2729/20 2729/21
2761/1 2762/22
2774/15 2784/18
2785/8 2811/5
**arrangements [1]**
2691/1
**arrest [3]** 2689/11
2690/6 2690/16
**arrested [7]** 2688/22
2688/24 2689/5
2689/20 2689/23
2689/25 2691/18
**arrival [2]** 2773/18
2773/19
**arrivals [1]** 2770/13
**arrive [3]** 2773/17
2774/14 2782/14
**arrived [3]** 2667/2
2774/19 2774/21
**arriving [1]** 2774/2
**as [51]** 2662/17
2668/13 2691/12
2696/15 2703/11
2714/23 2714/23
2721/1 2728/20
2728/23 2731/8
2737/16 2744/10
2749/16 2754/13
2756/12 2762/2 2762/6
2763/21 2763/21
2764/9 2764/10
2768/21 2768/22
2769/19 2769/20
2769/21 2769/21
2772/9 2775/17 2776/4
2779/23 2779/23
2782/6 2785/4 2785/5
2785/9 2785/11
2785/11 2788/15
2788/17 2789/25
2793/7 2793/9 2803/11
2803/13 2803/14
2803/15 2815/6 2816/9
2817/10
**ashamed [3]** 2723/22

**A**

**ashamed...** [2] 2724/24
2724/25
**ask** [24] 2677/15
2679/24 2680/4
2682/24 2685/22
2690/14 2690/20
2692/13 2694/18
2698/2 2706/16
2721/19 2726/21
2747/14 2747/18
2748/25 2749/3
2749/11 2757/14
2767/20 2786/16
2794/13 2806/6
2817/15
**asked** [31] 2677/17
2690/8 2701/6 2708/17
2716/14 2718/2
2727/14 2731/19
2731/24 2745/12
2752/14 2752/22
2752/24 2754/23
2756/12 2756/17
2756/19 2756/22
2757/1 2757/6 2757/9
2758/19 2759/11
2760/25 2763/13
2764/24 2765/6
2765/21 2766/17
2767/3 2767/4
**asking** [4] 2665/3
2690/22 2716/17
2747/15
**assets** [1] 2782/2
**assigned** [4] 2770/3
2770/7 2770/8 2788/19
**assist** [1] 2785/3
**assistance** [3] 2730/8
2776/9 2785/1
**assisting** [2] 2741/23
2782/3
**assumed** [2] 2759/4
2761/25
**Atlanta** [1] 2787/18
**attachment** [1]
2772/13
**attend** [1] 2782/22
**attending** [1] 2773/2
**attention** [1] 2683/15
**attitude** [2] 2733/12
2736/4
**attorney** [1] 2700/2
**ATTORNEY'S** [1]
2657/16
**audio** [1] 2800/2
**August** [11] 2681/14
2682/15 2685/17
2685/19 2685/24
2686/4 2686/5 2686/12
2701/17 2787/25
2792/17
**August 23rd, 2022** [1]
2792/17
**August 5th** [1] 2685/19
**August 6th** [1] 2685/24
**authenticated** [1]
2797/15

**authentify** [1]
2776/18 2779/3 2799/2
2799/5 2799/8 2799/15
2799/18 2799/21
2800/1 2800/3
**authorized** [2] 2790/2
2793/9
**Avenue** [1] 2658/12
**avoid** [4] 2746/18
2747/14 2747/15
2748/22
**aware** [11] 2689/7
2689/10 2690/3 2693/4
2693/13 2693/21
2693/24 2694/2 2702/4
2722/6 2816/19
**awareness** [1] 2800/13
**away** [1] 2815/9

**B**

**back** [43] 2661/25
2662/4 2662/12 2675/8
2676/20 2679/22
2680/24 2688/8
2694/16 2697/15
2701/5 2702/2 2728/7
2729/11 2729/24
2735/14 2736/2
2746/22 2746/25
2748/22 2750/15
2750/20 2750/23
2756/12 2775/8 2775/9
2775/15 2778/9
2778/16 2778/18
2778/19 2780/16
2783/23 2784/9
2784/12 2784/13
2785/10 2800/17
2806/1 2816/23
2816/25 2817/6
2817/11
**background** [4]
2665/16 2715/24
2715/25 2716/1
**backs** [1] 2731/12
**backtrack** [1] 2688/7
**backup** [2] 2776/9
2791/13
**bad** [2] 2666/7 2761/21
**Badalament** [16]
2752/18 2754/5
2757/23 2771/10
2773/13 2774/9
2776/25 2780/4 2781/2
2783/17 2790/13
2790/15 2801/13
2803/20 2806/2
2809/25
**Ballston** [2] 2670/11
2671/7
**Bangumi** [2] 2796/18
2797/20
**based** [12] 2709/2
2720/15 2720/18
2741/1 2742/10
2751/19 2802/16
2804/22 2805/14
2805/16 2808/11

**basically** [2] 2769/19
2771/16
**basket** [1] 2816/17
**be** [100] 2661/5 2662/3
2662/4 2662/10 2663/1
2663/4 2663/8 2663/10
2663/13 2663/17
2663/20 2663/23
2665/6 2665/11
2665/11 2667/9
2667/13 2668/12
2668/23 2669/2 2669/6
2671/21 2671/25
2672/3 2672/14 2675/3
2675/18 2677/9
2677/12 2679/24
2680/10 2680/12
2681/6 2682/5 2682/9
2683/7 2683/12
2683/16 2684/16
2685/5 2685/19
2686/11 2689/19
2692/4 2695/23 2696/1
2698/23 2698/24
2699/1 2700/10 2701/1
2702/8 2702/18
2708/22 2711/25
2722/16 2724/9
2724/10 2726/15
2726/23 2729/7
2733/12 2735/24
2736/4 2736/14
2740/18 2741/19
2742/4 2743/7 2744/8
2745/2 2745/24
2746/16 2746/18
2746/19 2746/19
2747/2 2749/8 2752/5
2752/21 2752/24
2753/3 2753/4 2755/18
2757/15 2762/1
2762/23 2762/25
2763/1 2763/1 2763/7
2773/2 2776/20
2779/12 2779/15
2779/16 2793/1 2801/2
2815/25 2816/5
**bear** [3] 2684/22
2790/18 2793/14
**beard** [2] 2738/15
2758/19
**became** [3] 2673/15
2690/3 2738/1
**because** [40] 2663/12
2665/15 2668/16
2670/1 2670/4 2671/22
2673/17 2673/23
2674/24 2675/1
2677/12 2680/17
2693/9 2697/22
2702/11 2712/20
2716/15 2717/17
2720/25 2723/14
2723/17 2725/23
2726/15 2728/7 2743/2
2744/10 2748/7
2748/13 2751/8

**become** [2] 2788/14
2788/22
**bed** [1] 2723/25
**been** [43] 2662/16
2670/22 2674/6
2678/22 2678/22
2685/20 2686/25
2687/1 2689/5 2691/18
2691/20 2716/3
2721/18 2744/9
2744/16 2744/25
2745/3 2745/8 2747/18
2757/17 2758/10 2761/1
2761/5 2761/21 2767/3
2769/10 2772/13
2775/19 2775/23
2780/12 2783/2 2783/6
2783/7 2784/5 2784/11
2785/6 2788/20 2793/4
2799/3 2800/14
2800/21 2810/1
2816/13
**before** [37] 2657/9
2665/21 2666/21
2681/11 2681/17
2685/23 2686/9 2687/7
2687/9 2687/11
2687/20 2688/1 2699/4
2701/18 2701/20
2704/12 2708/9
2708/10 2715/7
2728/14 2739/25
2743/10 2743/22
2744/23 2744/23
2748/21 2749/9
2750/12 2750/17
2751/9 2763/19
2771/12 2776/24
2781/19 2787/15
2792/22 2792/24
**began** [1] 2775/12
**begin** [3] 2743/10
2777/2 2808/14
**beginning** [1] 2687/20
**begins** [1] 2742/19
**behalf** [1] 2741/20
**behind** [4] 2779/12
2779/13 2780/23
2781/12
**being** [15] 2666/2
2692/7 2696/25 2705/5
2705/6 2713/8 2717/20
2737/15 2747/9
2747/10 2752/12
2764/21 2776/17
2779/2 2793/6
**believe** [39] 2668/21
2673/4 2676/23
2685/16 2686/18
2687/13 2687/18
2687/25 2690/2 2693/8
2693/23 2694/21
2695/6 2697/18
2697/21 2698/7

2705/20 2706/20
2707/25 2711/9
2714/8 2715/24
2715/25 2720/12
2721/6 2723/4 2723/24
2725/20 2732/4
2750/14 2752/10
2753/7 2759/15
2760/12 2765/9 2801/1
2805/16
**believed** [3] 2668/12
2669/21 2672/14
**belonged** [2] 2670/20
2752/9
**below** [3] 2742/9
2742/10 2790/24
**benefit** [2] 2739/23
2741/18
**Berry** [30] 2661/25
2662/12 2662/16
2662/22 2682/13
2706/23 2707/2 2709/9
2709/15 2718/1
2727/12 2728/10
2730/14 2731/3
2732/13 2739/12
2743/17 2743/24
2744/4 2744/11 2746/1
2746/17 2748/22
2749/11 2749/15
2752/22 2754/1
2766/16 2767/6 2767/9
**Berry's** [2] 2662/6
2744/6
**beside** [1] 2692/21
**best** [5] 2717/14
2723/19 2782/2 2782/6
2785/9
**better** [4] 2685/5
2696/16 2763/22
2763/23
**better picture** [1]
2696/16
**between** [13] 2669/12
2690/21 2690/23
2741/9 2750/23 2776/7
2776/18 2780/16
2803/23 2803/24
2805/19 2806/10
2806/11
**bias** [1] 2747/11
**Biden** [9] 2735/24
2736/14 2737/16
2737/20 2737/23
2738/1 2762/12
2765/22 2766/6
**big** [8] 2663/4 2663/8
2663/14 2667/15
2673/17 2703/8
2705/11 2800/20
**bill** [1] 2720/12
**bills** [1] 2720/8
**bit** [8] 2675/8 2684/21
2688/7 2692/13
2698/18 2747/20
2770/16 2793/13
**black** [8] 2791/8

black... [7] 2791/18
2791/24 2792/1
2792/12 2792/14
2792/15 2792/18
blue [2] 2738/5 2791/8
board [6] 2800/18
2800/19 2800/20
2805/2 2812/4 2814/24
body [1] 2789/23
body-worn [1] 2789/23
both [2] 2693/1 2804/3
bottom [2] 2740/24
2780/18
Box [1] 2658/3
Boys [1] 2815/4
breach [5] 2674/25
2775/19 2777/18
2778/23 2784/22
breached [5] 2674/6
2674/12 2761/2 2761/6
2775/21
Breacher [2] 2668/9
2668/16
breaches [3] 2783/2
2783/6 2783/8
breaching [1] 2761/24
break [9] 2727/6
2743/11 2743/18
2750/21 2792/24
2803/9 2815/14
2815/16 2815/22
breaker [2] 2760/1
2760/6
breakers [1] 2760/22
brief [2] 2711/6
2726/18
briefly [7] 2685/11
2721/20 2788/4 2790/6
2804/15 2808/23
2811/9
Brilliant [2] 2733/23
2734/2
bring [8] 2661/24
2661/25 2771/6 2774/8
2779/1 2780/14
2784/11 2785/10
bringing [3] 2739/5
2741/18 2784/12
broke [1] 2705/19
brought [2] 2664/18
2664/21
BROWN [1] 2658/11
Brown's [1] 2792/14
bsrlegal.com [1]
2658/14
building [30] 2662/9
2676/1 2701/25
2703/19 2709/17
2728/20 2729/23
2759/13 2759/16
2761/8 2761/10
2761/13 2761/18
2761/20 2761/25
2762/11 2762/21
2763/9 2781/18
2782/19 2783/1 2783/3
2784/8 2784/21

2785/7 2785/10
2785/15
buildings [1] 2770/12
bunch [5] 2695/8
2707/17 2719/2
2765/21 2766/17
Bureau [1] 2790/25
burner [4] 2677/2
2721/10 2721/12
2816/9
business [1] 2797/15
button [1] 2782/24

**C**
calculated [1] 2740/18
Caldwell [1] 2707/15
Caldwell's [6] 2791/8
2791/10 2793/23
2794/15 2794/20
2809/11
CALEB [4] 2662/16
2682/13 2697/16
2707/1
Caleb Berry [1]
2682/13
call [31] 2668/16
2675/16 2676/24
2712/9 2712/13 2727/4
2748/22 2785/1 2802/8
2802/14 2804/4 2804/7
2804/13 2804/17
2804/20 2804/23
2805/7 2805/10
2805/15 2805/17
2805/19 2805/24
2806/23 2807/8
2807/11 2807/14
2807/16 2807/20
2807/22 2808/6 2808/9
called [10] 2671/22
2707/15 2707/18
2715/1 2723/25 2735/8
2805/11 2805/12
2813/10 2813/12
calling [3] 2759/25
2760/1 2776/9
calls [12] 2767/15
2776/4 2786/11
2801/20 2803/3
2803/22 2803/24
2805/13 2806/6
2806/10 2806/11
2808/1
came [5] 2692/23
2729/25 2738/4
2749/16 2780/16
camera [1] 2789/24
can [70] 2662/11
2680/5 2680/5 2682/18
2683/1 2684/12
2684/14 2699/11
2699/15 2714/22
2716/11 2716/14
2717/7 2720/23
2721/16 2721/21
2721/24 2722/2 2724/2
2725/2 2725/18

2740/16 2742/4
2746/13 2747/2
2748/25 2751/17
2754/4 2757/23 2759/1
2765/3 2774/8 2777/10
2779/24 2781/13
2782/2 2782/9 2783/16
2787/10 2788/4
2788/17 2790/6
2790/13 2800/9
2801/13 2803/20
2804/2 2805/10 2806/2
2806/9 2806/13
2806/20 2808/23
2809/4 2809/25 2810/4
2810/14 2811/8 2811/9
2811/17 2811/22
2812/10 2812/16
2813/4 2814/2 2814/15
2815/20 2817/23
can't [3] 2686/22
2728/7 2737/3
canisters [2] 2751/11
2751/14
cannot [2] 2665/2
2742/9
capitol [63] 2672/12
2673/5 2673/14
2673/18 2674/6
2674/13 2674/25
2675/22 2694/21
2695/14 2701/25
2702/3 2703/19 2705/3
2709/11 2709/13
2709/16 2728/10
2728/20 2729/15
2729/25 2749/15
2757/7 2759/13
2760/19 2760/25
2761/1 2761/5 2766/13
2770/7 2770/8 2770/10
2770/11 2770/12
2770/14 2770/19
2771/18 2772/16
2772/19 2773/2 2773/5
2773/7 2773/17
2773/23 2774/12
2774/19 2774/25
2775/9 2775/13
2775/18 2775/20
2775/25 2776/5 2776/8
2776/12 2776/19
2777/4 2779/4 2782/19
2788/21 2789/21
2790/11 2799/22
Capitol Building [5]
2701/25 2703/19
2728/20 2759/13
2782/19
Capitol Police [4]
2705/3 2729/25 2776/8
2776/12
car [2] 2757/2 2758/2
care [1] 2664/22
career [1] 2789/3
Carolina [4] 2666/11
2667/12 2668/19

carriage [1] 2774/21
carrying [2] 2769/19
2776/13
cars [2] 2670/24
2777/14
Carter's [1] 2792/17
case [23] 2661/8
2663/8 2677/10 2678/3
2678/16 2680/17
2680/24 2685/6
2687/20 2687/22
2692/1 2696/1 2707/7
2707/14 2707/18
2744/12 2745/9
2746/18 2746/19
2748/22 2751/9 2791/8
2793/2
cases [15] 2669/11
2669/13 2669/15
2669/16 2669/19
2670/7 2670/18
2746/18 2746/19
2751/3 2751/6 2751/9
2751/23 2751/24
2752/9
Category [1] 2741/2
caused [1] 2669/6
CCTV [3] 2776/19
2779/4 2799/2
cell [5] 2719/21 2720/3
2720/8 2790/3 2792/6
cell phone [4] 2719/21
2720/8 2790/3 2792/6
cellular [8] 2791/2
2792/1 2792/4 2792/10
2792/12 2792/16
2792/18 2792/20
center [1] 2675/11
centered [2] 2667/1
2669/1
certain [5] 2778/8
2790/3 2790/17 2793/4
2795/23
certainly [2] 2675/23
2817/24
certification [10]
2725/20 2762/11
2762/17 2765/1 2765/8
2773/9 2782/21 2784/4
2784/6 2808/14
certifications [1]
2797/15
certified [1] 2785/18
certify [1] 2819/2
chamber [15] 2774/5
2774/23 2774/24
2774/25 2775/2 2775/3
2775/10 2778/9
2778/10 2778/13
2778/17 2778/20
2779/16 2783/24
2784/24
chambers [1] 2784/9
chance [2] 2707/24
2799/12
change [2] 2747/13
2762/7

changed [2] 2725/15
2813/15
chanting [1] 2704/2
chaos [3] 2665/1
2665/3 2674/16
charge [3] 2699/5
2753/4 2753/5
charged [17] 2677/4
2677/9 2682/5 2689/7
2689/19 2691/20
2692/7 2698/23
2698/24 2699/1
2700/10 2701/2
2707/11 2707/14
2707/17 2752/25
2753/3
charges [1] 2692/3
Charlotte [4] 2771/5
2772/19 2773/5
2774/18
Charlotte Pence [1]
2773/5
chart [3] 2800/14
2803/22 2803/24
chat [26] 2714/3
2723/7 2723/8 2732/3
2732/14 2733/6
2810/15 2810/18
2811/8 2811/10
2811/11 2811/18
2811/20 2811/23
2811/25 2812/10
2812/11 2812/13
2812/17 2812/19
2813/4 2813/5 2813/10
2813/16 2814/2
2814/11
chats [7] 2716/11
2716/15 2717/14
2721/7 2722/18 2810/8
2810/11
check [3] 2715/24
2715/25 2716/1
Chief [2] 2734/8
2736/12
chose [1] 2712/20
Chrissie [1] 2799/8
Christmas [5] 2687/11
2744/23 2750/13
2750/18 2750/21
circle [2] 2779/24
2781/13
circled [1] 2779/18
Circling [1] 2701/5
clear [5] 2685/19
2708/22 2727/17
2760/4 2782/7
client's [1] 2741/2
CLINTON [1] 2658/16
clintonpeed.com [1]
2658/18
clip [1] 2776/17
clips [4] 2797/19
2797/22 2798/11
2798/18
close [4] 2764/22
2764/23 2777/19
2778/4

**closed [2]** 2684/23 2704/6
**closely [2]** 2688/23 2814/9
**closer [2]** 2758/16 2762/13 2762/20 2777/23
**co [4]** 2709/10 2709/12 2709/16 2754/3
**co-conspirators [4]** 2709/10 2709/12 2709/16 2754/3
**coached [1]** 2747/19
**Code [1]** 2700/15
**colleagues [2]** 2776/13
**collect [1]** 2788/8
**collected [2]** 2789/17 2793/4
**College [2]** 2773/10 2784/4
**color [1]** 2792/8
**COLUMBIA [1]** 2657/1
**columns [1]** 2802/4
**combination [1]** 2704/23
**combined [1]** 2713/25
**come [15]** 2676/20 2679/22 2690/8 2728/7 2729/10 2746/8 2750/20 2770/10 2774/12 2775/11 2783/23 2785/3 2790/6 2801/25 2817/25
**comes [1]** 2743/23
**Comfort [4]** 2670/11 2670/11 2670/15 2671/6
**Comfort Inn [4]** 2670/11 2670/11 2670/15 2671/6
**comfortable [1]** 2767/21
**coming [4]** 2662/8 2773/5 2776/1 2816/7
**comment [1]** 2727/22
**communicating [1]** 2723/5
**communication [2]** 2776/2 2808/16
**communications [3]** 2754/2 2765/7 2778/16
**company [1]** 2787/17
**complained [2]** 2716/21 2717/20
**complaining [1]** 2716/19
**complete [1]** 2784/22
**completed [1]** 2785/18
**complex [3]** 2770/12 2780/15 2780/19
**compliance [1]** 2769/20
**complied [1]** 2718/20
**comply [1]** 2734/16
**composition [1]** 2679/7
**compromise [1]**

**computer [1]** 2727/5
**concern [2]** 2777/16 2777/22
**concerned [1]** 2746/3
**concerns [2]** 2778/22 2784/19
**confirm [2]** 2682/18 2749/1
**confirmation [2]** 2699/5 2715/17
**conflict [1]** 2763/6
**confrontation [2]** 2674/22 2675/1
**confronted [2]** 2682/21 2780/17
**confusion [2]** 2674/18 2744/6
**Congress [1]** 2785/10
**congressional [2]** 2700/22 2701/3
**connected [1]** 2805/15
**connection [4]** 2677/9 2689/8 2701/2 2708/2
**Connie [6]** 2675/9 2731/10 2760/12 2760/13 2760/15 2760/18
**Connie Meggs [1]** 2675/9
**conquer [2]** 2733/12 2736/4
**consent [1]** 2790/23
**consider [3]** 2736/21 2803/10 2803/15
**considering [1]** 2737/12
**consisted [1]** 2788/5
**conspiracy [3]** 2692/8 2700/12 2788/21
**conspirators [4]** 2709/10 2709/12 2709/16 2754/3
**Constitution [1]** 2736/24
**constitutional [1]** 2737/15
**constitutionally [1]** 2737/17
**contact [1]** 2764/23
**contacted [1]** 2692/6
**contained [1]** 2669/21
**containing [1]** 2791/13
**content [1]** 2800/7
**contents [2]** 2803/14 2816/16
**contingent [1]** 2782/13
**continue [5]** 2662/6 2743/13 2749/9 2792/22 2804/9
**continued [5]** 2658/1 2662/19 2735/2 2736/17 2784/3
**continuing [2]** 2724/7 2725/6
**control [1]** 2770/11
**conversation [3]** 2727/15 2728/1

**conversations [6]** 2690/21 2700/19 2764/24 2764/25 2765/7 2782/4
**convinced [1]** 2716/25
**cooperate [2]** 2739/15 2739/19
**cooperating [2]** 2741/15 2741/23
**coordinate [2]** 2770/9 2770/13
**copy [1]** 2771/19
**cord [1]** 2791/9
**corner [1]** 2777/11
**correct [341]**
**correctly [1]** 2709/18
**corrupt [2]** 2766/2 2766/3
**could [61]** 2663/17 2663/20 2663/23 2664/5 2664/22 2675/3 2680/25 2682/5 2682/9 2692/3 2696/2 2699/1 2699/8 2706/13 2706/13 2708/20 2710/25 2713/18 2716/3 2717/25 2718/15 2718/22 2721/14 2724/3 2728/4 2731/8 2752/17 2752/20 2753/13 2753/22 2754/12 2755/24 2758/10 2762/2 2763/21 2768/8 2771/6 2772/5 2772/6 2773/12 2776/5 2776/6 2776/11 2777/13 2778/4 2778/15 2779/1 2780/3 2780/6 2780/12 2780/14 2780/25 2781/4 2782/6 2782/10 2784/20 2785/9 2785/10 2793/14 2803/6 2815/13
**couldn't [1]** 2693/15
**counsel [1]** 2790/16
**count [10]** 2696/7 2697/2 2697/7 2697/12 2701/13 2725/19 2725/22 2725/23 2726/9 2727/16
**counter [4]** 2663/20 2666/5 2666/6 2816/18
**counter-offensive [2]** 2666/5 2666/6
**counter-protesters [1]** 2663/20
**counterpart [2]** 2775/18 2775/25
**counterparts [7]** 2770/15 2772/14 2772/16 2772/17 2776/5 2782/3 2785/2
**Counterterrorism [1]** 2788/20
**country [3]** 2765/14 2765/18 2769/21

**couple [12]** 2692/16 2738/4 2682/18 2711/9 2749/10 2750/10 2750/12 2763/13 2764/7 2780/12 2790/17 2790/19 2806/6
**course [5]** 2680/2 2689/14 2694/7 2694/9 2789/5
**court [15]** 2657/1 2661/3 2708/9 2741/20 2743/20 2744/3 2744/8 2753/23 2754/21 2758/11 2790/22 2793/5 2793/5 2793/9 2818/3
**court-authorized [1]** 2790/22
**court-ordered [2]** 2793/5 2793/5
**courtroom [6]** 2661/19 2662/2 2742/22 2743/16 2749/7 2815/19
**cover [2]** 2682/11 2798/25
**coversheet [1]** 2772/9
**CR [2]** 2657/4 2707/8
**create [3]** 2664/25 2665/3 2802/7
**crime [1]** 2694/11
**crimes [1]** 2689/8
**criminal [3]** 2661/8 2691/25 2741/2
**Criminal Case No. 22-15 [1]** 2661/8
**critical [1]** 2783/11
**cross [8]** 2659/4 2662/19 2711/7 2727/10 2739/10 2745/7 2764/11 2785/22
**cross-examination [6]** 2662/19 2711/7 2727/10 2739/10 2764/11 2785/22
**crowd [9]** 2673/17 2673/21 2673/23 2703/9 2706/12 2730/5 2731/15 2759/24 2759/25
**crowded [2]** 2672/21 2703/12
**Crowl's [3]** 2792/12 2794/9 2795/16
**CRR [2]** 2819/2 2819/8
**curious [1]** 2748/6
**currently [1]** 2753/5 2769/16 2801/11
**customer [1]** 2787/21

**D**

**D.C [14]** 2657/5 2657/17 2658/17 2662/25 2663/2 2666/11 2667/2 2686/9 2722/3 2722/13

**couple [12]** ... 2738/4 2764/21 2811/11
**D.C. [1]** 2810/16
**D.C. Op Jan. 6, '21 [1]** 2810/16
**damaged [3]** 2709/15 2723/14 2743/7
**danger [1]** 2784/17
**dangerous [2]** 2785/8 2785/25
**Daniel [1]** 2699/24
**Daniel Fernandez [1]** 2699/24
**data [4]** 2754/1 2791/1 2801/22 2802/5
**date [5]** 2699/22 2708/13 2722/19 2772/24 2819/7
**dated [4]** 2682/15 2686/4 2700/25 2724/14
**dates [4]** 2686/19 2686/22 2714/17 2790/23
**daughter [5]** 2765/17 2771/5 2774/18 2781/10 2816/17
**David [6]** 2658/10 2661/10 2792/5 2809/17 2811/24 2812/18
**David Moerschel [4]** 2661/10 2809/17 2811/24 2812/18
**David Moerschel's [1]** 2792/5
**day [23]** 2657/7 2663/18 2671/15 2686/9 2686/11 2693/7 2702/12 2713/21 2713/25 2724/9 2746/12 2760/19 2766/14 2766/15 2771/4 2774/17 2775/11 2778/8 2789/6 2804/9 2808/17 2810/12 2813/10
**days [1]** 2724/16
**deadly [1]** 2734/15
**deal [1]** 2667/15
**debate [1]** 2717/13
**December [11]** 2721/25 2722/2 2722/9 2722/14 2722/19 2732/20 2733/5 2750/12 2750/24 2788/23 2791/12
**December 21st [1]** 2732/20 2733/5
**December 6th [1]** 2721/25
**decent [2]** 2670/22 2751/8
**decide [1]** 2758/5
**decision [2]** 2754/24 2777/20
**decisions [1]** 2666/25
**Declare [1]** 2733/11
**deeper [1]** 2729/22

**defend [2]** 2733/11 2736/3

**defendant [13]** 2658/2 2658/6 2658/10 2658/15 2661/9 2661/9 2661/10 2661/11 2661/15 2661/16 2661/17 2661/18 2793/10

**Defendant 11 [1]** 2661/11

**Defendant 7 [1]** 2661/9

**Defendant 8 [1]** 2661/10

**Defendant Hackett [1]** 2661/16

**Defendant Minuta [1]** 2661/15

**Defendant Moerschel [1]** 2661/17

**Defendant No. 6 [1]** 2661/9

**Defendant Vallejo [1]** 2661/18

**DEFENDANT'S [8]** 2659/12 2683/9 2684/18 2699/17 2726/24 2729/8 2730/23 2733/2

**defendants [6]** 2657/7 2661/19 2745/18 2789/17 2790/20 2801/11

**defense [8]** 2666/6 2732/23 2746/15 2748/22 2751/3 2763/14 2764/12 2790/16

**Definitely [3]** 2673/7 2673/9 2713/9

**definition [1]** 2737/3

**defy [4]** 2733/11 2734/16 2736/3 2736/17

**Delegitimize [2]** 2734/6 2736/8

**delete [3]** 2676/6 2754/24 2758/6

**deleted [8]** 2676/1 2722/22 2722/25 2753/3 2753/6 2753/11 2755/5 2757/9

**deleting [9]** 2683/22 2683/25 2752/25 2754/1 2754/19 2756/11 2757/4 2757/5 2758/2

**department [2]** 2769/2 2769/4

**departures [1]** 2770/13

**depends [2]** 2743/3

**depict [1]** 2802/8

**deprive [1]** 2740/22

**Derrick [1]** 2799/11

**Derrick Evans [1]** 2799/11

**describe [11]** 2759/1

2788/17 2790/6 2805/10 2806/9 2808/23 2810/14 2811/9 2811/17

**described [2]** 2747/21 2798/22

**describing [2]** 2779/10 2779/11

**deserve [1]** 2803/13

**designation [1]** 2699/13

**destroying [4]** 2677/4 2677/10 2754/15 2754/18

**detail [11]** 2663/11 2663/12 2665/6 2671/15 2681/4 2681/5 2777/15 2779/23 2781/11 2802/8 2802/14

**details [8]** 2667/8 2672/8 2679/11 2679/14 2679/16 2679/17 2679/19 2685/4

**determine [1]** 2780/13

**development [1]** 2787/20

**device [1]** 2790/8

**devices [10]** 2785/6 2790/4 2790/10 2790/18 2790/19 2791/2 2793/16 2793/19 2817/1 2817/1

**did [160]** 2664/20 2664/25 2665/4 2665/5 2666/24 2667/18 2668/14 2670/3 2671/7 2672/11 2672/23 2676/4 2676/4 2676/6 2676/8 2676/11 2676/12 2676/14 2676/16 2676/18 2679/18 2679/19 2679/20 2679/21 2681/8 2681/9 2681/19 2681/22 2681/25 2682/3 2682/6 2682/21 2689/14 2689/15 2689/17 2689/20 2690/6 2690/10 2690/19 2690/25 2691/14 2692/5 2693/7 2693/17 2696/18 2696/21 2696/24 2697/6 2697/10 2698/18 2701/16 2708/18 2709/18 2710/8 2710/10 2710/11 2710/17 2712/13 2713/6 2713/13 2714/14 2714/23 2715/24 2716/6 2720/18 2721/12 2725/12 2733/20 2734/19 2735/7 2735/14

2738/23 2739/4 2748/3 2751/6 2751/13 2751/14 2752/8 2752/19 2753/10 2756/10 2756/13 2756/17 2757/19 2758/5 2758/9 2759/19 2761/6 2761/9 2761/12 2761/17 2761/20 2762/1 2762/7 2762/8 2762/22 2763/2 2763/5 2763/24 2764/1 2764/3 2764/4 2764/5 2765/10 2765/12 2765/18 2766/1 2767/6 2770/18 2771/1 2771/3 2774/11 2774/13 2774/14 2774/20 2775/11 2778/10 2778/11 2782/6 2783/23 2785/9 2787/16 2787/19 2787/21 2787/22 2787/24 2788/1 2788/14 2788/16 2788/22 2788/24 2789/5 2789/19 2790/6 2790/10 2793/20 2794/15 2794/21 2794/23 2796/1 2796/2 2796/12 2796/14 2796/16 2802/7 2802/10 2804/9 2807/2 2808/1 2808/3 2809/22 2811/2 2811/3 2811/12 2811/13 2812/13 2812/15 2817/2

**did you [15]** 2665/4 2682/21 2689/15 2689/17 2693/7 2753/10 2763/24 2764/4 2767/6 2787/16 2787/24 2788/1 2788/14 2788/22 2811/12

**didn't [55]** 2665/3 2666/23 2669/23 2674/10 2674/24 2675/1 2676/4 2676/6 2679/5 2682/4 2683/25 2689/13 2689/15 2689/17 2689/19 2690/6 2690/9 2692/3 2693/7 2693/11 2696/13 2698/22 2702/23 2702/24 2703/1 2704/15 2710/1 2710/7 2713/1 2713/2 2713/3 2713/4 2713/7 2714/23 2715/12 2718/6 2718/11 2719/15 2720/24 2722/12 2726/10 2726/13 2734/24 2744/14 2744/24 2749/23 2751/10 2757/4 2762/5 2777/19 2783/9 2783/15

2816/7

**die [2]** 2733/12 2736/4

**different [16]** 2669/11 2684/9 2697/19 2698/2 2723/7 2744/7 2744/21 2745/13 2747/1 2747/20 2747/25 2751/2 2761/18 2763/13 2769/12 2811/14

**difficult [1]** 2781/25

**difficulty [1]** 2781/20

**digestible [1]** 2802/8

**digital [2]** 2791/10 2800/24

**dire [1]** 2746/21

**direct [8]** 2659/4 2683/15 2694/19 2731/19 2762/11 2768/3 2776/2 2787/3

**directly [2]** 2688/8 2808/1

**disabuse [2]** 2745/1 2747/18

**discouraged [1]** 2784/12

**discovered [1]** 2795/22

**discuss [4]** 2683/25 2743/18 2757/4 2815/21

**discussed [2]** 2677/16 2722/18

**discussing [2]** 2725/19 2778/7

**discussion [4]** 2664/8 2664/11 2664/15 2669/1

**discussions [2]** 2724/25 2734/23

**disinclined [1]** 2746/17

**display [1]** 2754/12

**dispute [1]** 2686/19

**distress [1]** 2730/3

**DISTRICT [3]** 2657/1 2657/1 2657/10

**division [14]** 2768/25 2769/15 2769/16 2769/17 2769/18 2769/24 2770/2 2770/4 2770/5 2770/6 2770/7 2770/8 2771/16 2788/20

**divisions [1]** 2769/12

**DM06 [3]** 2726/21 2726/23 2726/24

**DM07 [2]** 2726/24

**DM6 [1]** 2717/25

**DM7 [1]** 2724/2

**do [151]** 2664/2 2664/25 2667/25 2668/5 2668/6 2668/7 2668/22 2668/24 2670/21 2671/13 2672/7 2672/25 2673/1 2677/19 2677/20

2680/5 2680/7 2680/8 2680/10 2680/11 2680/12 2680/14 2680/15 2680/19 2680/22 2680/23 2682/12 2683/12 2683/14 2683/17 2683/19 2684/2 2684/3 2685/9 2685/13 2685/18 2686/8 2686/17 2686/19 2686/23 2687/10 2687/14 2690/11 2693/8 2698/12 2699/20 2699/21 2701/16 2701/16 2703/16 2706/17 2706/24 2706/25 2707/9 2707/10 2707/24 2708/1 2708/4 2708/17 2708/18 2714/12 2715/18 2716/6 2716/16 2716/19 2717/13 2717/16 2717/22 2718/4 2718/5 2718/8 2718/10 2721/9 2723/11 2724/4 2724/5 2725/2 2725/4 2727/6 2727/25 2728/18 2728/20 2728/22 2729/1 2729/1 2730/13 2730/15 2731/2 2731/4 2731/6 2731/21 2732/19 2732/20 2732/21 2733/6 2733/7 2733/15 2733/16 2734/24 2735/4 2735/5 2735/14 2735/15 2736/11 2740/5 2745/5 2746/14 2746/20 2747/1 2748/23 2748/23 2751/4 2754/7 2754/9 2754/13 2755/1 2756/13 2758/5 2758/21 2760/18 2760/20 2761/3 2761/4 2762/15 2763/3 2763/8 2763/11 2765/1 2766/18 2766/20 2766/24 2767/3 2767/4 2768/14 2769/17 2777/17 2779/20 2781/8 2782/2 2787/13 2787/19 2787/22 2788/17 2801/24 2801/24 2801/25 2814/6 2816/12

**do you [19]** 2668/5 2668/22 2672/25 2677/19 2679/3 2685/12 2685/18 2686/8 2686/17 2701/16 2701/16 2703/16 2706/17 2707/24 2708/1 2745/5 2765/1 2768/14

**do you...** [1] 2787/13
**Do you have** [1]
2686/19
**Do you recognize** [7]
2683/12 2706/24
2724/4 2728/18
2728/20 2730/13
2731/2
**do you remember** [5]
2677/21 2687/10
2687/14 2723/11
2766/18
**do you see** [9] 2680/7
2683/17 2683/19
2684/2 2707/9 2729/1
2729/1 2754/7 2781/8
**document** [6] 2699/14
2707/4 2708/23 2741/6
2755/21 2801/17
**documented** [1]
2816/10
**documents** [1]
2754/15
**does** [15] 2670/18
2678/12 2713/15
2714/19 2724/24
2725/5 2760/6 2769/5
2769/12 2769/17
2801/21 2803/22
2804/15 2806/9 2814/3
**doesn't** [8] 2720/12
2724/23 2731/21
2733/7 2745/15
2745/21 2747/4
2747/13
**doing** [17] 2671/14
2693/10 2737/7
2737/16 2740/5 2743/2
2759/1 2759/6 2759/24
2762/14 2764/19
2767/21 2775/6
2777/18 2780/9
2780/12 2816/24
**don't** [70] 2664/17
2668/2 2669/9 2670/20
2683/1 2685/20
2685/25 2688/5
2691/24 2692/2
2693/19 2696/4
2698/10 2698/11
2698/20 2699/7
2699/12 2701/14
2703/14 2704/1
2704/17 2705/4 2705/6
2707/13 2708/13
2712/3 2714/13
2714/17 2714/20
2716/1 2716/17
2717/23 2718/9
2718/17 2720/20
2722/10 2722/20
2725/21 2727/3
2727/24 2728/25
2733/21 2734/21
2738/21 2738/25
2739/2 2739/6 2739/24
2740/21 2743/11

2747/24 2748/12
2748/13 2753/7 2755/2
2760/17 2763/18
2776/2 2778/1 2778/2
2778/3 2800/21
2800/22 2801/1
2806/18 2810/10
2816/22 2817/17
**don't recall** [1]
2733/21
**done** [7] 2718/16
2741/22 2742/23
2758/8 2792/2 2798/20
2816/12
**Donovan** [3] 2792/12
2794/9 2795/16
**Donovan Crowl's** [3]
2792/12 2794/9
2795/16
**doors** [23] 2668/17
2702/6 2704/6 2704/13
2705/4 2705/7 2705/8
2705/9 2705/11
2705/15 2705/17
2709/11 2709/13
2709/14 2709/14
2710/1 2710/4 2710/8
2779/13 2779/13
2779/15 2779/17
2780/23
**dot** [1] 2731/8
**double** [2] 2779/13
2779/13
**Doug's** [1] 2666/14
**down** [36] 2679/17
2679/19 2684/12
2685/3 2691/8 2693/22
2695/21 2696/25
2704/12 2720/15
2720/18 2731/18
2737/25 2740/24
2741/13 2741/19
2754/4 2757/24 2759/3
2759/4 2759/5 2763/18
2763/21 2767/10
2771/9 2772/21
2773/12 2774/8
2780/10 2780/11
2781/18 2782/6
2783/16 2786/6
2814/15 2815/21
**downloaded** [1]
2723/3
**downplay** [3] 2726/17
2764/12 2764/17
**drafted** [1] 2772/12
**draw** [1] 2793/8
**drive** [5] 2791/11
2791/13 2791/15
2793/23 2794/20
**drives** [1] 2791/16
**driving** [1] 2756/12
**dropped** [2] 2738/5
**due** [1] 2811/18
**duration** [13] 2804/5
2804/8 2804/18
2805/16 2806/24

2807/9 2807/11
2807/15 2807/17
2807/21 2807/23
2808/7 2808/10
**during** [10] 2663/14
2687/16 2693/17
2694/19 2743/18
2746/21 2775/11
2800/17 2803/12
2815/22
**duties** [1] 2770/5
**duty** [10] 2697/10
2712/9 2712/13
2731/21 2733/7
2734/24 2734/24
2735/16 2735/21
2735/24

# E

**each** [2] 2684/25
2797/14
**earlier** [5] 2702/12
2748/10 2755/4
2795/22 2807/25
**early** [4] 2688/3 2748/3
2763/14 2804/10
**easily** [1] 2706/13
**east** [7] 2702/5 2705/9
2709/11 2709/13
2777/3 2777/3 2783/6
**East Plaza** [1] 2777/3
**easy** [1] 2720/15
**Ed** [2] 2792/15 2810/19
**Ed Vallejo** [1] 2810/19
**Ed Vallejo's** [1]
2792/15
**Edward** [3] 2658/15
2661/11 2809/18
**Edward Vallejo** [2]
2661/11 2809/18
**Edwards** [6] 2657/16
2661/13 2792/22
2803/6 2815/13
2816/15
**effigy** [1] 2734/12
**effort** [2] 2742/24
2784/21
**eight** [1] 2787/23
**either** [3] 2712/7
2719/13 2763/7
**elderly** [1] 2672/12
**elected** [2] 2737/17
**election** [2] 2785/18
2808/14
**Electoral** [2] 2773/10
2784/4
**Electoral College** [2]
2773/10 2784/4
**electronic** [1] 2791/2
**elicit** [2] 2748/20
**Ellipse** [4] 2671/10
2672/12 2672/18
2673/18
**else** [8] 2684/1 2695/7
2707/11 2742/5 2757/5
2767/4 2786/1 2804/23
**email** [11] 2657/18
2657/19 2658/5 2658/8

2772/7 2772/9 2772/12
2772/12 2772/24
**emergencies** [1]
2663/9
**emergency** [7] 2664/6
2664/11 2665/12
2668/1 2669/2 2696/2
2783/12
**emotional** [1] 2728/11
**empty** [2] 2751/9
2751/10
**enacted** [1] 2783/13
**encountered** [1]
2781/18
**encrypted** [1] 2754/2
**encryption** [1] 2809/2
**end** [6] 2735/20
2746/12 2746/13
2746/14 2809/1 2809/1
**endeavor** [2] 2666/4
**ended** [1] 2671/18
**enemy** [1] 2766/1
**enforcement** [6]
2680/25 2694/8
2694/11 2763/20
2785/2 2789/23
**enhancement** [1]
2754/14
**enough** [1] 2778/4
**Enrique** [3] 2815/3
2815/4 2815/6
**ensuing** [1] 2776/7
**ensure** [2] 2782/1
2785/5
**ensuring** [1] 2785/3
**entered** [4] 2662/2
2709/16 2749/7 2799/3
**entertain** [2] 2662/11
**entire** [2] 2669/12
2789/2
**entirety** [2] 2682/24
2683/2
**entrance** [1] 2774/21
**erupted** [1] 2669/4
**escape** [1] 2668/4
**escort** [1] 2672/11
**escorted** [1] 2663/13
**escorting** [2] 2667/13
2671/18
**essentially** [1] 2792/25
**establish** [1] 2747/11
**estimated** [4] 2740/25
2741/1 2741/1 2741/3
**ET** [1] 2657/6
**EV141** [4] 2732/9
2732/23 2733/1 2733/2
**EV327** [5] 2730/11
2730/20 2730/22
2730/23 2732/4
**EV328** [4] 2728/19
2729/5 2729/7 2729/8
**EV333** [2] 2728/4
2728/6
**evaluating** [1] 2803/16
**Evans** [1] 2799/11
**even** [4] 2716/14
2746/13 2763/19

**event** [4] 2663/4
2663/8 2663/14
2784/19
**events** [5] 2678/4
2678/16 2691/9
2788/25 2789/6
**eventually** [6] 2674/3
2674/4 2708/5 2709/14
2784/3 2788/24
**ever** [11] 2671/5
2677/9 2712/13
2714/13 2716/17
2721/12 2725/21
2738/23 2767/3 2767/4
2778/3
**everybody** [3] 2727/3
2743/19 2815/25
**everyone** [5] 2661/6
2661/21 2662/4 2749/8
2818/2
**everything** [3] 2716/12
2716/13 2723/1
**evidence** [34] 2677/4
2677/10 2683/9
2684/18 2699/14
2699/17 2722/23
2726/24 2729/8
2730/23 2733/2
2753/13 2753/19
2754/11 2754/19
2756/1 2756/7 2756/23
2757/2 2772/2 2776/22
2779/7 2788/9 2790/21
2793/2 2793/4 2793/7
2793/9 2793/9 2800/14
2800/22 2801/2
2802/24 2803/11
**exact** [1] 2708/13
**exactly** [3] 2700/20
2703/14 2777/17
**examination** [11]
2662/19 2694/20
2711/7 2727/10
2739/10 2743/11
2750/7 2764/11 2768/3
2785/22 2787/3
**example** [11] 2668/3
2687/6 2707/14 2804/2
2804/12 2806/19
2807/6 2807/18 2808/4
2810/14 2810/20
**Excel** [1] 2801/25
**exchange** [2] 2739/22
2756/11
**Excuse** [2] 2712/11
2731/5
**Executive** [1] 2768/24
**exercise** [2] 2741/11
2741/14
**exhibit** [65] 2683/24
2684/18 2699/9
2699/17 2721/15
2727/5 2728/4 2728/19
2729/8 2730/11
2730/20 2730/23
2732/23 2733/2 2740/9
2752/19 2753/14

# E

**exhibit... [48]** 2753/19
2754/10 2755/17
2756/7 2771/7 2771/24
2772/2 2776/16
2776/22 2778/25
2779/7 2790/14 2791/3
2791/5 2791/7 2791/10
2791/12 2791/17
2791/19 2791/23
2791/25 2792/3 2792/5
2792/7 2792/9 2792/11
2792/13 2792/15
2792/17 2792/19
2796/3 2796/4 2797/19
2799/4 2800/10
2801/14 2802/7
2802/11 2802/14
2802/16 2802/21
2802/24 2803/15
2803/16 2804/16
2806/3 2810/1 2810/5
**Exhibit 1056.0932.0159
[1]** 2776/16
**Exhibit 111 [1]** 2792/3
**Exhibit 130 [1]** 2792/5
**Exhibit 135 [1]** 2792/7
**Exhibit 192 [1]** 2792/9
**Exhibit 200 [1]**
2792/11
**Exhibit 2004 [1]**
2796/3
**Exhibit 205 [1]**
2792/13
**Exhibit 210 [1]**
2792/15
**Exhibit 22 [1]** 2791/7
**Exhibit 240 [1]**
2792/17
**Exhibit 245 [1]**
2792/19
**Exhibit 2521.1 [1]**
2796/4
**Exhibit 73 [1]** 2791/23
**Exhibit 85 [1]** 2791/25
**exhibits [9]** 2659/10
2660/1 2726/24
2791/14 2791/21
2794/16 2798/23
2803/9 2803/11
**exited [2]** 2743/16
2815/19
**expect [4]** 2667/1
2675/2 2739/22
2739/24
**expectation [1]**
2742/19
**expected [1]** 2667/9
**expecting [1]** 2719/17
**experience [6]** 2691/23
2691/25 2712/4
2715/10 2715/13
2758/14
**explain [1]** 2763/18
**expressed [1]** 2816/22
**extent [1]** 2716/3
**exterior [2]** 2669/19
2775/13

# F

**extract [2]** 2781/20
2790/8
**extracted [1]** 2811/19
**extraction [1]** 2811/19
**Eye [1]** 2658/16

## F

**F.O.S [2]** 2814/2
2814/3
**face [1]** 2693/11
**Facebook [5]** 2789/18
2796/1 2796/9 2799/17
2799/19
**Facebook Live [1]**
2799/19
**facing [1]** 2753/5
**fact [27]** 2672/11
2682/2 2682/4 2686/17
2689/2 2689/10 2690/3
2701/17 2703/2 2712/6
2713/11 2720/18
2722/25 2725/7
2739/25 2744/15
2745/2 2747/16
2748/14 2767/7 2771/8
2774/12 2774/17
2782/14 2793/1 2793/8
2805/19
**factory [7]** 2676/8
2676/9 2714/9 2722/24
2754/1 2755/5 2756/20
**factory-reset [4]**
2722/24 2754/1 2755/5
2756/20
**facts [8]** 2708/6 2708/9
2708/14 2709/20
2745/21 2747/6
2753/11 2792/25
**fails [1]** 2666/8
**fair [11]** 2675/18
2676/24 2679/1 2713/7
2719/2 2722/12
2730/16 2737/11
2771/19 2789/2 2790/1
**fairly [2]** 2670/22
2675/18
**fall [4]** 2688/3 2746/25
2748/12 2748/15
**familiar [6]** 2665/15
2665/21 2738/25
2801/16 2808/19
2815/10
**families [1]** 2672/8
**Families' [1]** 2799/5
**family [6]** 2665/16
2672/3 2769/8 2771/2
2774/16 2782/8
**family's [1]** 2702/13
**faster [1]** 2673/24
**favor [1]** 2747/11
**FBI [27]** 2690/12
2692/6 2694/2 2694/6
2697/5 2697/9 2697/25
2698/3 2725/14 2726/4
2726/11 2726/16
2727/18 2727/21
2763/15 2787/14

**feasible [1]** 2784/11
**feather [1]** 2734/12
**February [2]** 2791/5
2792/7
**February 18th, 2021 [1]**
2792/7
**federal [4]** 2694/8
2694/11 2785/2
2790/25
**feel [5]** 2711/20
2711/21 2751/10
2763/5 2803/13
**female [1]** 2672/12
**Fernandez [2]** 2699/24
**few [7]** 2666/22
2666/23 2688/15
2688/16 2742/22
2794/12 2800/17
**field [1]** 2788/19
**fight [4]** 2724/8
2765/22 2766/11
2766/14
**fighting [4]** 2724/19
2765/17 2766/10
2776/6
**figure [1]** 2814/9
**filed [3]** 2741/19
2742/5 2742/19
**filled [1]** 2751/24
**finally [5]** 2719/8
2766/16 2795/16
2798/21 2814/2
**financial [2]** 2768/22
2787/17
**find [1]** 2674/3
**fine [1]** 2748/17
**firearm [1]** 2751/8
**firearms [10]** 2668/23
2669/15 2669/16
2669/21 2751/3
2751/23 2751/25
2752/4 2752/6 2752/9
**first [27]** 2678/4
2678/10 2680/15
2682/18 2685/9 2691/5
2692/11 2692/14
2697/20 2698/25
2699/2 2700/8 2701/12
2726/10 2727/14
2727/18 2727/19
2727/21 2728/10
2729/14 2740/25
2755/18 2772/7
2773/22 2788/1 2800/9
2810/14
**five [15]** 2671/1
2678/22 2678/23
2713/21 2713/24
2731/4 2731/6 2741/9
2741/9 2743/12
2743/13 2783/22
2785/13 2788/13
2798/10

# FL

**FL [13]** 2658/13
2713/15 2714/6 2714/6
2714/15 2714/23
2723/8 2724/11 2725/8
2732/13 2733/6
2811/11 2812/10
**flag [2]** 2744/2 2746/17
**flagging [1]** 2745/2
**flash [2]** 2791/15
2791/15
**flavor [1]** 2717/14
**flew [1]** 2687/12
**flip [7]** 2721/7 2791/22
2816/2 2816/6 2816/8
2817/19 2817/20
**flood [2]** 2705/21
**floor [3]** 2774/6 2774/7
2775/9
**Florida [14]** 2675/8
2688/9 2692/18
2714/10 2714/10
2723/8 2744/23 2750/2
2750/15 2756/13
2811/20 2812/6
2812/11 2812/25
**folks [3]** 2742/5 2743/3
2800/19
**follow [3]** 2677/16
2709/7 2758/6
**followed [1]** 2729/19
**following [9]** 2688/8
2688/19 2688/23
2689/22 2756/11
2790/21 2793/21
2796/17 2797/18
**FOLLOWS [1]** 2662/18
**footage [4]** 2776/19
2779/4 2789/19 2799/2
**Force [2]** 2665/25
2668/20
**forcing [1]** 2709/14
**foregoing [1]** 2819/3
**foreign [1]** 2768/21
**forensic [2]** 2791/1
2816/11
**forgot [2]** 2699/10
2817/12
**form [2]** 2719/13
2719/16 2725/1
2772/11
**formal [7]** 2685/9
2685/15 2685/18
2686/20 2686/23
2687/2 2691/2
**formally [1]** 2692/7
**format [1]** 2802/9
**former [5]** 2671/10
2702/18 2702/20
2703/2 2703/6
**forms [1]** 2808/16
**forth [2]** 2700/4 2741/2
**Fortnite [1]** 2712/15
**forward [4]** 2704/25
2708/20 2724/20
2724/21
**four [4]** 2741/9
2777/14 2795/14

# G

**foyer [2]** 2778/14
2779/12
**France [2]** 2797/9
2798/14
**France-Presse [2]**
2797/9 2798/14
**free [2]** 2724/9 2724/10
**FreedomNewsTV [2]**
2796/24 2798/2
**frequency [1]** 2776/3
**Friends [1]** 2814/5
**front [3]** 2668/17
2753/10 2753/23
**fun [3]** 2734/7 2734/15
2736/8
**further [8]** 2662/17
2711/1 2739/8 2743/9
2750/4 2759/16 2767/8
2785/20
**future [1]** 2766/6

## G

**Galaxy [2]** 2792/1
2792/20
**game [2]** 2712/12
2712/17
**games [3]** 2665/19
2712/7 2712/9
**gather [1]** 2775/17
**gathering [1]** 2777/16
**gathers [2]** 2775/7
2775/7
**Gator [2]** 2718/25
2720/6
**Gator 242 [1]** 2720/6
**Gator 4 [1]** 2718/25
**gave [11]** 2668/9
2683/13 2683/20
2684/4 2684/6 2684/10
2698/18 2702/14
2751/23 2764/2 2803/9
**gear [1]** 2760/2
**gears [2]** 2675/7
2701/23
**general [4]** 2713/23
2731/20 2734/23
2784/21
**generally [3]** 2732/20
2760/18 2801/19
**gentleman [1]** 2738/8
**gentlemen [2]** 2768/9
2815/16
**genuine [1]** 2748/6
**get [35]** 2671/6
2689/17 2695/16
2695/18 2719/15
2722/23 2725/1 2725/2
2727/5 2727/7 2728/8
2729/23 2740/2 2740/6
2740/9 2741/12
2744/15 2745/6
2756/23 2761/8 2761/9
2761/12 2761/17
2763/9 2777/19 2778/4
2782/8 2783/9 2783/9
2783/13 2800/6 2806/1
2809/22 2811/2

**get... [1]** 2811/12
**getting [16]** 2688/3
2688/24 2689/7
2703/12 2742/17
2742/18 2743/6 2753/4
2757/2 2761/20
2763/23 2775/12
2775/17 2776/4
2776/10 2777/23
**gigabyte [1]** 2791/13
**girlfriend [8]** 2712/21
2712/24 2713/7
2716/15 2716/20
2716/25 2717/5
2814/23
**give [6]** 2687/8
2738/11 2738/19
2763/23 2763/24
2803/12
**given [2]** 2746/16
2817/23
**giving [1]** 2688/1
**gmail.com [2]** 2658/5
2658/8
**go [38]** 2663/8 2680/1
2684/25 2689/15
2695/16 2695/17
2696/1 2701/10
2712/24 2721/16
2722/3 2722/13 2724/6
2735/10 2735/10
2736/2 2740/16 2742/9
2742/10 2752/20
2755/24 2763/4
2773/11 2773/19
2773/20 2774/2
2774/20 2781/4 2788/8
2806/5 2806/18
2806/19 2807/18
2810/10 2812/10
2814/15 2816/23
2817/11
**go ahead [3]** 2680/1
2701/10 2724/6
**goal [2]** 2711/22
2741/18
**going [69]** 2663/1
2663/4 2663/10
2663/10 2663/13
2667/12 2667/20
2667/22 2667/24
2668/15 2671/6
2671/21 2671/25
2672/3 2672/7 2673/12
2675/7 2677/9 2682/17
2683/15 2683/16
2688/7 2690/20 2696/7
2698/23 2698/24
2699/5 2700/10 2701/1
2701/23 2701/25
2703/18 2706/16
2709/6 2713/4 2721/19
2722/16 2722/16
2728/19 2729/23
2745/6 2745/19
2745/19 2747/14
2747/14 2749/3 2752/5

2762/23 2762/25
2763/3 2763/7 2765/19
2773/2 2775/16
2777/17 2777/18
2781/2 2781/21 2782/6
2782/17 2786/16
2793/21 2794/13
2806/5 2816/5 2817/6
2817/25
**gone [3]** 2729/22
2759/16 2772/14
**good [20]** 2661/5
2661/7 2661/21 2662/4
2662/22 2662/23
2727/12 2727/13
2739/12 2739/13
2750/9 2761/21
2761/23 2762/1 2768/6
2768/7 2768/12 2787/6
2787/7 2787/9
**Good morning [13]**
2661/5 2661/7 2661/21
2662/4 2662/22
2662/23 2727/13
2739/12 2739/13
2750/9 2768/6 2768/7
2768/12
**Google [2]** 2716/3
2716/6
**Gorda [1]** 2658/13
**got [21]** 2690/18
2690/24 2692/6
2698/25 2699/2 2699/5
2702/3 2703/8 2706/18
2709/7 2719/8 2719/13
2719/18 2726/3
2728/12 2744/4
2762/13 2762/13
2762/20 2764/21
2800/6
**gotten [2]** 2695/13
2706/13
**government [85]**
2657/14 2661/24
2662/16 2678/7
2678/14 2684/22
2685/1 2685/9 2685/15
2685/17 2686/8
2686/14 2686/20
2686/24 2687/4
2687/15 2687/20
2687/24 2688/4 2690/4
2691/2 2697/14 2699/5
2699/9 2699/14 2700/5
2701/12 2705/25
2706/19 2708/2 2708/8
2708/14 2708/22
2710/11 2710/17
2727/15 2731/20
2737/7 2737/13
2737/16 2739/15
2741/23 2742/19
2744/5 2744/11
2744/13 2745/3
2745/10 2746/1
2746/15 2747/11
2747/12 2748/1 2748/7

2764/4 2764/7 2766/2
2766/3 2766/4 2766/7
2766/10 2766/11
2766/14 2766/22
2767/12 2767/15
2768/2 2771/23 2772/2
2776/15 2776/22
2778/24 2779/7 2786/8
2786/10 2787/2
2790/16 2790/20
2802/7 2802/20 2816/4
2817/17
**government's [17]**
2659/5 2660/3 2699/13
2721/15 2740/9 2749/9
2752/19 2753/14
2754/10 2755/17
2771/7 2771/24
2776/16 2778/25
2779/5 2802/21
2802/24
**Government's Exhibit
5722 [1]** 2755/17
**Government's Exhibit
9054 [1]** 2778/25
**graduated [1]** 2788/23
**Grand [14]** 2681/11
2681/17 2682/13
2682/19 2683/13
2685/23 2701/18
2701/20 2739/25
2744/13 2749/2
2755/14 2755/18
2756/10
**Greene [15]** 2805/1
2805/2 2805/9 2805/11
2805/20 2806/12
2806/24 2807/2 2807/3
2807/8 2807/10
2807/15 2807/17
2807/20 2807/23
**Greene's [4]** 2791/18
2792/20 2794/1
2794/25
**Gropey [1]** 2734/8
**Gropey Joe [1]** 2734/8
**ground [1]** 2728/16
**Grounds [2]** 2694/21
2702/3
**group [45]** 2663/24
2670/23 2672/6
2672/11 2680/17
2695/13 2695/17
2704/10 2714/7
2714/10 2714/13
2714/15 2715/2 2725/1
2725/5 2728/11
2728/15 2728/16
2732/24 2733/22
2735/8 2750/2 2759/3
2760/10 2762/2 2762/6
2763/2 2810/11
2810/12 2810/15
2810/18 2811/8
2811/10 2811/20
2811/23 2811/25
2812/10 2812/11

2812/19 2813/25
2814/2 2814/11 2815/6
**growing [1]** 2778/22
**guess [4]** 2746/9
2752/24 2775/4
2779/14
**Guideline [1]** 2740/25
**Guidelines [2]** 2741/3
2754/16
**guilt [1]** 2793/10
**guilty [9]** 2677/7
2701/2 2701/21
2708/10 2739/18
2740/1 2753/10 2767/6
2767/7
**gun [1]** 2751/6
**guns [1]** 2751/7
**guy [2]** 2668/16
2673/10
**guys [2]** 2705/14
2717/16

# H

**H-a-w-a [1]** 2768/13
**Hackett [10]** 2658/6
2661/10 2661/16
2675/14 2675/21
2676/21 2809/17
2811/7 2811/24
2812/18
**Hackett's [1]** 2791/22
**had [92]** 2666/18
2666/20 2666/25
2671/17 2673/3 2674/6
2674/12 2674/12
2676/1 2676/22
2678/22 2681/18
2681/20 2681/23
2683/22 2683/23
2687/6 2688/3 2689/5
2691/17 2691/20
2693/24 2695/13
2695/20 2695/23
2696/24 2697/9
2698/12 2698/15
2701/6 2701/21
2702/11 2707/24
2708/4 2708/25 2709/3
2713/21 2717/24
2724/25 2729/22
2729/22 2738/14
2739/4 2744/4 2746/9
2746/9 2746/11
2747/25 2749/10
2750/11 2751/6
2751/15 2752/8
2752/23 2757/1 2757/3
2757/4 2757/6 2758/8
2759/3 2759/16 2761/1
2761/5 2761/24 2762/5
2762/11 2762/19
2764/8 2764/25 2765/6
2766/21 2771/17
2775/19 2775/20
2775/21 2777/15
2777/20 2778/8
2778/19 2782/7 2783/2

2783/7 2783/14
2784/22 2785/6 2785/7
2790/10 2811/18
2816/11 2816/12
2816/24
**hadn't [2]** 2784/15
2816/12
**half [3]** 2678/22
2678/23 2805/21
**halfway [1]** 2666/11
**Halim [21]** 2658/6
2661/16 2662/13
2679/25 2682/20
2711/3 2712/3 2718/2
2726/3 2744/4 2745/7
2745/11 2747/24
2748/11 2752/14
2752/22 2754/23
2755/13 2755/21
2755/25 2816/22
**hall [1]** 2726/1
**hallway [6]** 2778/18
2779/10 2779/11
2779/12 2779/14
2779/17
**halted [1]** 2782/24
**hand [5]** 2684/6
2748/21 2767/16
2776/10 2786/12
**handgun [1]** 2752/10
**handwriting [1]**
2680/10
**handwritten [7]**
2678/15 2678/19
2706/5 2763/15
2763/19 2764/5 2764/8
**hang [1]** 2734/12
**hangout [11]** 2713/15
2714/6 2714/11
2714/15 2714/22
2714/23 2724/11
2725/8 2732/13 2733/6
2812/10
**hangouts [1]** 2725/7
**happen [1]** 2808/12
**happened [13]**
2671/17 2737/6 2775/1
2784/1 2804/3 2804/16
2806/20 2807/7
2807/13 2807/19
2808/4 2808/8 2813/14
**happening [3]** 2765/14
2782/21 2785/13
**happens [1]** 2666/7
**happy [1]** 2743/3
**hard [3]** 2791/10
2793/23 2794/20
**harm [1]** 2664/2
**Harrelson's [3]**
2791/24 2794/3 2795/3
2816/4
**Harris [2]** 2734/8
2816/4
**has [21]** 2686/25
2687/1 2699/22
2717/10 2721/18
2725/4 2737/6 2745/2
2745/7 2745/9 2746/1
2747/12 2747/19

**has... [8]** 2748/7
2758/14 2790/16
2793/4 2799/2 2809/1
2810/1 2816/8
**hasn't [1]** 2746/8
**hat [1]** 2729/3
**have [96]** 2678/7
2680/24 2682/21
2686/19 2691/2
2691/22 2691/22
2691/25 2693/9 2701/2
2701/10 2706/13
2706/14 2706/22
2709/23 2710/1 2710/4
2710/25 2711/1 2711/6
2712/3 2713/17
2715/10 2716/3 2718/6
2718/11 2718/17
2726/18 2726/20
2735/21 2741/17
2743/22 2744/9
2744/15 2744/16
2744/25 2745/8 2748/6
2748/23 2750/24
2752/8 2752/11
2754/18 2756/2
2756/10 2756/17
2758/9 2758/10
2761/21 2762/22
2762/25 2765/10
2765/17 2766/24
2767/4 2767/8 2767/19
2769/10 2769/12
2770/18 2771/1
2771/12 2772/13
2772/14 2775/23
2776/2 2777/22
2780/12 2782/2 2784/5
2784/11 2784/12
2788/24 2796/9
2797/17 2797/24
2798/21 2800/16
2801/7 2801/10
2802/11 2802/12
2802/13 2802/15
2803/7 2804/20 2808/1
2809/5 2809/6 2809/8
2810/4 2810/6 2815/16
2816/1 2816/22 2817/7
**haven't [1]** 2746/9
**having [8]** 2662/16
2717/13 2721/7 2727/6
2748/22 2753/3 2753/5
2753/11
**Hawa [5]** 2767/15
2767/20 2768/2
2768/13 2772/20
**he [125]** 2673/12
2675/21 2675/23
2675/23 2675/25
2676/1 2676/4 2676/4
2676/4 2676/6 2676/6
2676/22 2683/23
2693/9 2695/20
2695/20 2695/23
2695/23 2696/1 2696/5
2696/6 2696/21

2702/17 2703/2
2727/16 2729/21
2729/22 2730/3 2730/5
2733/7 2733/10
2733/17 2734/6
2735/16 2735/19
2736/3 2736/7 2736/17
2737/1 2737/15
2737/17 2737/20
2739/2 2744/4 2744/23
2745/3 2745/9 2745/15
2745/21 2747/4 2747/5
2747/12 2747/25
2748/1 2748/12
2748/14 2749/11
2749/23 2750/2
2752/12 2757/4 2757/6
2757/9 2757/19 2758/2
2758/8 2758/19 2764/2
2764/3 2764/5 2765/5
2765/16 2765/16
2765/16 2765/17
2765/18 2765/18
2766/10 2766/21
2771/3 2773/19
2773/20 2774/2 2774/4
2774/13 2774/14
2774/19 2774/20
2774/21 2774/22
2774/23 2774/24
2775/1 2776/1 2776/3
2777/9 2778/9 2778/10
2778/11 2778/16
2778/16 2778/18
2778/20 2782/13
2782/14 2783/10
2783/23 2784/2
2785/12 2785/13
2805/3 2805/4 2805/5
2806/15 2806/16
2808/3 2812/1 2812/20
2813/1 2813/2 2813/17
2814/9 2814/12
**He had [1]** 2729/22
**he said [3]** 2734/6
2748/12 2766/21
**he'll [1]** 2662/10
**he's [11]** 2662/8
2736/11 2737/12
2737/20 2743/6
2744/12 2747/18
2760/6 2780/22
2780/23 2781/16
**head [8]** 2716/8 2744/6
2744/6 2771/15
2771/17 2771/20
2772/10 2772/13
**heads [1]** 2768/21
**hear [8]** 2701/10
2704/15 2738/23
2751/17 2776/6 2776/6
2776/11 2778/15
**heard [12]** 2693/9
2695/20 2695/23
2704/15 2704/16
2747/2 2751/22 2752/2
2761/24 2762/25

**heavier [1]** 2751/9
**heavy [1]** 2751/17
**Heels [1]** 2734/8
**Heels-Up [1]** 2734/8
**held [1]** 2751/9
**helmet [1]** 2702/15
**help [9]** 2680/17
2680/25 2711/24
2711/25 2728/1
2740/10 2770/11
2770/11 2800/10
**helping [2]** 2759/6
2770/9
**her [3]** 2717/1 2717/3
2765/17
**here [30]** 2662/10
2681/23 2686/9 2706/8
2709/6 2729/1 2738/15
2739/14 2744/12
2744/15 2744/24
2750/17 2750/20
2753/24 2754/7
2754/14 2758/19
2764/16 2764/19
2765/5 2772/21 2773/2
2773/13 2773/22
2779/17 2780/6
2780/20 2803/21
2804/16 2806/10
**here's [1]** 2747/3
**hereby [1]** 2790/20
**hey [2]** 2719/6 2725/11
**HI [1]** 2658/4
**hiding [1]** 2785/5
**highest [1]** 2768/20
**highlight [1]** 2798/25
**highlighted [3]**
2810/17 2811/23
2812/16
**Hill [1]** 2770/14
**him [28]** 2676/15
2676/17 2676/18
2682/21 2693/7 2693/9
2702/11 2703/1
2728/12 2744/22
2745/16 2746/24
2747/1 2749/3 2759/25
2759/25 2760/1 2771/2
2771/4 2774/17
2778/13 2781/12
2781/18 2782/8 2783/9
2783/13 2784/11
2784/23
**himself [2]** 2693/10
2749/21
**hires [1]** 2787/21
**his [46]** 2692/18
2693/11 2731/21
2733/6 2734/8 2734/24
2735/14 2735/16
2735/20 2744/12
2745/19 2747/12
2752/12 2754/1 2757/9
2758/3 2765/15
2765/17 2765/22
2769/8 2771/1 2771/5
2771/5 2773/9 2774/3

2774/18 2774/22
2774/23 2774/24
2776/1 2778/16
2778/18 2778/19
2778/20 2780/22
2781/10 2781/10
2781/11 2781/11
2782/1 2782/8 2783/10
2816/17 2816/17
**his office [1]** 2774/3
**history [2]** 2737/6
2741/2
**home [9]** 2675/8
2675/19 2676/9 2688/9
2744/23 2750/15
2751/1 2764/21
2767/11
**Homeland [1]** 2769/4
**Honor [27]** 2661/7
2661/23 2699/12
2711/5 2727/4 2729/4
2730/10 2730/19
2732/2 2732/8 2732/22
2732/25 2739/8 2745/8
2748/19 2753/14
2756/2 2757/14
2767/14 2786/3
2786/10 2793/11
2799/1 2800/20 2801/3
2802/19 2803/17
**HONORABLE [2]**
2657/9 2661/3
**hope [2]** 2739/24
2742/23
**Horn [1]** 2799/10
**host [1]** 2814/17
**hotel [3]** 2738/5
2738/14 2765/11
**hour [2]** 2755/21
**hours [4]** 2713/21
2713/25 2783/22
2785/13
**house [12]** 2690/13
2720/8 2720/12
2751/16 2772/15
2774/25 2775/2 2775/3
2775/7 2775/15
2775/17 2783/7
**House Chamber [3]**
2774/25 2775/2 2775/3
**how [28]** 2667/17
2687/14 2711/19
2740/18 2744/4 2745/5
2746/24 2748/6 2762/9
2763/5 2764/16
2769/10 2775/24
2783/2 2783/19 2787/8
2787/9 2787/22 2788/8
2788/11 2789/8 2790/6
2793/7 2805/23
2808/21 2809/5
2811/17 2815/12
**huddle [5]** 2694/20
2694/25 2696/6
2762/13 2762/21
**Hughes [2]** 2657/15
2661/13

**hundreds [3]** 2789/9
2789/11 2789/12
**Hunter [2]** 2799/15
2799/16
**hurt [4]** 2695/24
2723/17 2761/7 2761/7

**I**

**I am [6]** 2683/15
2706/16 2746/17
2767/7 2788/19
2808/20
**I apologize [1]** 2726/22
**I believe [2]** 2687/13
2687/18 2723/24
2725/20 2732/4
2752/10 2760/12
**I can [2]** 2683/1
2746/13
**I can't [1]** 2728/7
**I cannot [1]** 2665/2
**I did [16]** 2665/5
2666/24 2668/14
2681/9 2681/22
2681/25 2682/3 2682/6
2690/19 2710/10
2713/13 2751/13
2764/1 2787/21
2788/16 2817/2
**I didn't [2]** 2683/25
2815/24
**I don't [13]** 2668/2
2669/9 2685/20
2685/25 2703/14
2704/1 2705/4 2725/21
2746/11 2748/13
2800/22 2801/1
2817/17
**I don't recall [10]**
2664/17 2688/5 2699/7
2701/14 2704/17
2708/13 2722/10
2722/20 2727/24
2748/12
**I gave [1]** 2803/9
**I guess [2]** 2746/9
2775/4
**I have [12]** 2711/1
2711/6 2726/20 2748/6
2748/23 2767/8
2797/24 2802/12
2802/15 2810/6 2816/1
2816/22
**I joined [1]** 2681/10
**I just [5]** 2721/20
2727/17 2744/2 2803/8
2806/6
**I know [1]** 2742/15
**I mean [9]** 2706/10
2706/12 2708/25
2710/15 2746/12
2747/8 2747/17
2784/19 2816/13
**I recall [2]** 2725/20
2803/7
**I should [2]** 2749/10
2803/7
**I think [22]** 2668/3
2670/17 2675/11

**I**

**I think...** [19] 2687/11
2687/22 2721/14
2726/3 2744/5 2744/8
2744/20 2746/12
2746/13 2747/8
2747/10 2747/17
2748/9 2748/11
2764/11 2767/1 2801/1
2816/10 2817/21
**I want** [12] 2662/24
2666/10 2671/9
2677/15 2684/21
2684/25 2701/24
2742/14 2745/1 2745/1
2770/16 2792/23
**I wanted** [1] 2763/21
**I was** [18] 2663/10
2667/14 2722/5
2722/15 2723/13
2724/25 2726/17
2727/4 2750/19 2763/6
2770/3 2770/7 2770/8
2786/16 2787/20
2816/19 2816/19
2816/24
**I will** [3] 2686/7
2690/11 2746/13
**I worked** [1] 2787/17
**I would** [1] 2730/20
**I'd** [7] 2677/15 2730/10
2746/22 2748/20
2748/20 2756/1
2790/18
**I'll** [6] 2679/24 2706/22
2729/10 2740/23
2767/20 2800/16
**I'm** [27] 2665/3 2675/7
2688/7 2690/22
2694/17 2701/23
2709/6 2721/19
2725/24 2728/5 2728/7
2728/19 2734/1
2742/14 2745/16
2746/3 2747/14
2747/17 2749/3
2757/14 2769/16
2772/20 2785/24
2787/9 2792/2 2794/12
2803/7
**I'm going** [7] 2675/7
2688/7 2701/23 2709/6
2747/14 2747/14
2749/3
**I'm not** [3] 2690/22
2721/19 2745/16
**I'm not sure** [1]
2742/14
**I'm sorry** [6] 2694/17
2728/5 2728/7 2757/14
2785/24 2803/7
**I've** [5] 2747/20 2751/9
2767/3 2788/20
2816/11
**iCloud** [3] 2796/4
2796/6 2796/13
**idea** [3] 2674/12
2713/17 2748/6

**identified** [1]
2813/25
**ideologically** [1]
2760/9
**ideology** [2] 2717/1
2717/3
**ill** [4] 2663/24 2664/1
2669/7 2675/4
**illegitimate** [1] 2762/18
**images** [1] 2791/1
**immediate** [1] 2769/8
**impact** [2] 2746/11
2762/11
**importance** [1]
2803/13
**important** [1] 2711/20
**impression** [6]
2744/24 2745/1
2751/23 2745/1
2752/11 2762/23
**improper** [1] 2746/15
**inappropriate** [2]
2747/3 2816/11
**inaugural** [1] 2775/22
**incentive** [1] 2747/12
**include** [1] 2788/7
2789/19 2790/10
2793/21 2794/15
2794/18 2794/21
2794/23 2796/1
2798/13 2801/22
**included** [4] 2679/11
2679/14 2740/17
2754/2
**includes** [2] 2739/18
2739/20
**including** [5] 2688/17
2730/7 2758/23 2791/2
2798/10
**inconsistent** [1]
2681/6
**incorrect** [6] 2679/16
2679/17 2679/19
2681/4 2685/4 2709/24
**Incorrectly** [1] 2679/13
**independence** [1]
2733/11
**INDEX** [3] 2659/2
2659/10 2659/21
**Indian** [1] 2658/7
**indicated** [2] 2773/21
2790/3
**indicating** [1] 2683/19
**individual** [2] 2781/16
2814/11
**individuals** [17]
2709/12 2731/2
2775/20 2776/8
2777/17 2777/23
2780/18 2782/13
2783/14 2784/14
2785/4 2805/7 2810/11
2810/17 2813/24
2813/24 2814/15
**indulgence** [1] 2800/4
**inference** [1] 2793/8
**information** [3]
2748/20 2775/18

**informed** [1] 2722/15
**InfoWars** [1] 2814/17
**infrastructure** [1]
2768/22
**initially** [1] 2667/11
**inject** [1] 2746/22
**injured** [2] 2664/22
2664/22
**Inn** [4] 2670/11
2670/11 2670/15
2671/6
**inside** [16] 2670/1
2670/5 2710/8 2723/14
2751/7 2751/18 2757/7
2758/23 2761/8
2761/10 2761/12
2763/4 2763/9 2777/7
2784/7 2790/11
**Insider** [2] 2797/11
2798/16
**Insofar** [1] 2803/14
**Inspection** [3] 2769/16
2769/17 2769/18
**inspections** [1]
2769/20
**Inspector** [2] 2768/17
2772/20
**Inspector Hawa** [1]
2772/20
**instead** [1] 2672/7
**instruct** [2] 2744/9
2746/13
**instructed** [2] 2738/11
2793/3
**instruction** [3] 2745/24
2746/16 2803/8
**Insurrection** [2]
2735/17 2735/20
**Insurrection Act** [2]
2735/17 2735/20
**Intel** [1] 2813/13
**intelligence** [7] 2715/2
2715/3 2715/5 2715/10
2715/13 2716/5 2716/9
**intend** [1] 2816/22
**intended** [1] 2671/16
**intense** [1] 2721/21
**intent** [5] 2663/24
2664/1 2665/8 2669/7
2675/4
**intentional** [1] 2731/13
**intentions** [2] 2778/2
2783/15
**interaction** [2] 2698/12
2759/12
**interactions** [2]
2738/14 2763/14
**interested** [3] 2724/7
2725/6 2725/24
**Interesting** [1] 2679/21
**Internal** [1] 2769/19
**internationally** [1]
2769/21
**Internet** [1] 2799/5
**interrupt** [3] 2682/20
2803/6 2815/13
**interview** [8] 2685/9

2692/24 2715/20
2715/23 2726/11
2727/19
**interviewing** [1]
2788/8
**interviews** [5] 2686/20
2686/24 2686/25
2687/2 2727/19
**introduce** [1] 2732/2
**introduced** [3] 2693/10
2747/9 2747/10
**introducing** [1]
2747/15 2768/8
**investigating** [3]
2788/21 2788/24
2789/3
**investigation** [7]
2741/23 2789/5
2790/25 2808/12
2808/22 2809/6 2814/4
**investigations** [2]
2744/14 2769/19
**invoke** [1] 2735/19
**invoking** [1] 2735/16
**involved** [2] 2701/6
2746/19
**inward** [2] 2705/17
2710/2
**iPhone** [9] 2676/22
2754/1 2756/18 2791/3
2791/6 2791/20
2791/22 2791/24
2792/8
**irrelevant** [1] 2747/7
**is** [217]
**is admitted** [1] 2779/6
**is that correct** [2]
2755/14 2755/19
**is that right** [1]
2665/19
**Isaacs'** [3] 2791/25
2809/13 2811/12
**isn't** [6] 2667/15
2704/15 2712/25
2720/23 2720/23
2725/15
**isn't that right** [1]
2712/25
**issue** [5] 2743/22
2744/1 2745/7 2775/4
2811/19
**issues** [1] 2727/6
**it** [175]
**it would be** [1] 2801/2
**it's** [55] 2666/6 2666/6
2684/23 2685/20
2699/22 2701/9 2706/4
2706/7 2707/8 2707/21
2708/4 2710/14
2710/15 2710/20
2713/18 2713/24
2714/3 2715/25 2719/2
2720/11 2720/13
2720/15 2720/21
2722/12 2723/24
2724/8 2724/23
2727/17 2735/8

2740/12 2740/12
2740/13 2743/12
2744/1 2746/14 2747/3
2747/5 2747/6 2747/6
2747/9 2747/10
2747/13 2768/12
2771/16 2777/22
2778/1 2781/10
2781/25 2800/21
2800/23 2815/14
2816/10 2816/16
2817/10 2817/25
**it's 21-CR-460** [1]
2707/8
**item** [4] 2794/20
2794/25 2795/3
2795/16
**item 200** [1] 2795/16
**item 53** [1] 2794/25
**items** [5] 2790/21
2794/12 2794/13
2797/14 2797/18
**itinerary** [1] 2773/12
**its** [2] 2767/12 2786/8
**itself** [6] 2671/5
2694/12 2709/17
2714/4 2714/13
2811/18

**J**

**jail** [2] 2689/11
2689/15
**James** [12] 2806/12
2806/13 2806/14
2807/2 2807/11
2807/16 2807/22
2808/1 2810/25
2812/23 2812/25
2813/22
**James'** [1] 2792/3
**Jan** [1] 2811/11
**Jan.** [1] 2810/16
**January** [67] 2657/5
2662/25 2666/10
2669/12 2669/12
2670/7 2670/10 2671/5
2678/5 2678/23 2688/8
2688/20 2689/8
2689/22 2691/10
2694/23 2702/2
2712/25 2713/5
2714/16 2714/16
2721/8 2722/3 2722/13
2723/11 2724/15
2724/16 2738/2
2753/25 2764/22
2765/1 2765/6 2765/11
2765/14 2765/25
2765/25 2766/13
2769/22 2770/17
2770/18 2771/16
2771/21 2772/19
2772/25 2773/3 2773/8
2774/11 2788/25
2789/3 2789/6 2790/11
2791/7 2792/9 2792/11
2792/19 2801/8 2803/4
2806/15 2808/13

**January... [8]** 2810/12
2811/6 2812/14 2813/8
2813/14 2815/5 2815/7
2819/7
**January 16th, 2021 [1]**
2792/19
**January 17th, 2021 [1]**
2792/9
**January 20th [2]**
2738/2 2792/11
**January 4th [2]**
2666/10 2670/7
**January 5th [4]**
2670/10 2765/11
2765/14 2772/25
**January 6th [43]**
2662/25 2671/5 2678/5
2678/23 2688/8
2688/20 2689/8
2689/22 2691/10
2694/23 2702/2
2712/25 2713/5 2721/8
2722/3 2723/11
2724/16 2764/22
2765/1 2765/6 2765/25
2765/25 2766/13
2769/22 2770/17
2770/18 2771/20
2773/3 2773/8 2774/11
2789/3 2789/6 2790/11
2801/8 2803/4 2806/15
2808/13 2810/12
2811/6 2812/14 2813/8
2813/14 2815/7
**January 6th, 2021 [2]**
2771/21 2772/19
**January 7th [2]**
2669/12 2753/25
**Jason [3]** 2702/21
2702/23 2721/22
**Jason's [1]** 2702/24
**Jeffrey [2]** 2657/14
2661/12
**Jeffrey Nestler [1]**
2661/12
**jeffrey.nestler [1]**
2657/20
**Jeremy [1]** 2792/14
**Jeremy Brown's [1]**
2792/14
**Jeremy's [1]** 2751/16
**Jessica [8]** 2792/10
2794/7 2795/11 2800/3
2812/2 2812/4 2812/6
2813/20
**Jessica Watkins [5]**
2800/3 2812/2 2812/4
2812/6 2813/20
**Jessica Watkins' [3]**
2792/10 2794/7
2795/11
**JH20 [2]** 2699/11
2699/17
**JH21 [1]** 2706/21
**JH22 [4]** 2680/6
2682/21 2682/24
2683/9

2684/14 2684/15
2684/18
**Joanna [3]** 2786/11
2787/2 2787/12
**Joe [20]** 2675/14
2683/22 2695/3
2695/11 2734/8 2752/8
2752/9 2755/12 2757/3
2757/6 2758/2 2758/12
2758/13 2758/15
2758/17 2759/21
2762/12 2765/10
2765/13 2766/6
**Joe Biden [2]** 2762/12
2766/6
**join [8]** 2681/8 2681/9
2711/16 2712/20
2716/8 2716/25 2717/1
2725/11
**joined [11]** 2677/17
2680/16 2681/10
2703/5 2704/14
2711/10 2711/14
2711/23 2717/8
2719/24 2725/12
**joining [2]** 2696/21
2711/19
**joke [2]** 2668/11
2668/13
**jokes [1]** 2662/11
**Jones [2]** 2814/16
2814/17
**Joseph [7]** 2658/6
2661/10 2791/22
2799/25 2809/17
2811/24 2812/18
**Joseph Hackett [4]**
2661/10 2809/17
2811/24 2812/18
**Joseph Hackett's [1]**
2791/22
**Joshua [13]** 2792/3
2806/12 2806/13
2806/14 2807/2
2807/11 2807/16
2807/22 2808/1
2810/25 2812/23
2812/25 2813/22
**Joshua James [10]**
2806/12 2806/13
2807/2 2807/11
2807/16 2808/1
2810/25 2812/23
2812/25 2813/22
**Joshua James' [1]**
2792/3
**Jr [1]** 2658/2
**jubilant [1]** 2675/23
**judge [10]** 2657/10
2708/9 2708/10
2708/17 2726/18
2726/21 2742/8
2753/10 2753/23
2798/22
**Judge Mehta [4]**
2708/10 2708/17
2753/10 2753/23

2698/13 2698/22
2699/22 2700/25
2701/1 2701/5 2708/12
2740/23 2743/17
**July 1st [1]** 2698/13
**July 9th [3]** 2699/22
2700/25 2701/1
**jump [1]** 2727/3
**jumped [1]** 2668/17
**June [16]** 2678/10
2678/15 2678/20
2678/24 2685/3 2685/8
2685/11 2691/5
2694/17 2696/13
2697/5 2697/10
2697/15 2706/5 2792/5
2792/15
**June 14th, 2021 [1]**
2792/5
**June 19th [1]** 2678/24
**June 19th, 2021 [1]**
2678/20
**June 21st [2]** 2697/10
2697/15
**June 21st, 2021 [1]**
2678/15
**June 9th, 2021 [1]**
2792/15
**jurors [1]** 2661/24
**jury [52]** 2657/9 2662/1
2662/2 2681/11
2681/17 2682/13
2682/19 2683/13
2685/23 2699/15
2701/18 2701/21
2729/5 2739/25
2743/16 2743/23
2744/9 2744/13
2744/15 2745/1 2745/8
2745/25 2747/15
2749/2 2749/6 2749/7
2753/22 2754/12
2755/14 2755/19
2756/10 2757/16
2768/9 2772/6 2788/4
2788/17 2802/20
2804/3 2806/9 2806/13
2806/21 2808/23
2810/1 2810/4 2810/15
2811/9 2811/22
2812/16 2815/19
2816/8 2817/7 2817/11
**jury's [1]** 2744/6
**just [79]** 2670/24
2679/24 2682/17
2683/4 2684/9 2684/15
2684/23 2686/2
2694/21 2695/10
2700/12 2702/24
2706/10 2706/10
2706/23 2707/21
2710/25 2711/9
2713/24 2714/3 2716/9
2716/10 2718/1
2718/15 2718/17
2719/17 2720/23
2721/16 2721/20
2726/18 2727/14

2740/23 2743/17
2743/22 2744/2
2745/11 2746/14
2747/6 2747/20
2748/13 2748/15
2748/20 2749/1
2770/13 2771/6 2772/6
2772/10 2772/14
2772/17 2772/21
2772/21 2773/12
2776/5 2779/10
2779/11 2779/18
2779/24 2781/4
2784/20 2790/6
2790/18 2793/6
2793/13 2797/14
2798/22 2798/25
2800/16 2801/14
2803/8 2805/23 2806/6
2806/9 2808/23
2815/21 2816/25
2817/3 2817/9
**justice [1]** 2691/25

**K**

**K-9 [1]** 2785/7
**Kailua [1]** 2658/4
**Kathryn [2]** 2657/14
2661/12
**Kathryn Rakoczy [1]**
2661/12
**Kathryn.Rakoczy [1]**
2657/19
**keep [7]** 2674/1 2724/8
2731/15 2732/17
2777/13 2780/25
2782/10
**Keeper [1]** 2738/24
**Keepers [31]** 2665/22
2677/17 2680/16
2681/8 2681/9 2688/14
2711/10 2711/14
2711/20 2711/23
2713/8 2713/11
2716/20 2716/24
2717/1 2717/2 2717/8
2722/15 2723/6
2723/12 2725/1
2728/12 2728/15
2730/7 2731/25
2735/21 2759/16
2760/2 2760/4 2762/2
2762/21
**Keepers' [1]** 2734/24
**keeping [2]** 2689/5
2764/23
**Kelly [45]** 2669/13
2670/25 2671/2 2675/9
2688/16 2688/18
2694/25 2695/11
2696/18 2697/11
2725/25 2726/7
2727/16 2727/22
2728/16 2728/17
2729/19 2731/10
2738/23 2749/20
2755/9 2758/16 2759/4

2760/14 2762/14
2762/16 2763/2
2764/22 2791/5
2792/17 2803/25
2804/4 2804/7 2804/13
2804/17 2805/9
2805/12 2805/23
2810/21 2811/5
2811/25 2812/19
2813/18
**Kelly Carter's [1]**
2792/17
**Kelly Meggs [28]**
2675/9 2688/16
2688/18 2694/25
2696/18 2697/11
2726/7 2727/16
2727/22 2738/23
2749/20 2762/14
2762/16 2763/2
2764/22 2803/25
2804/4 2804/7 2804/13
2804/17 2805/9
2805/12 2805/23
2810/21 2811/5
2811/25 2812/19
2813/18
**Kelly Meggs' [4]**
2669/13 2755/9
2760/14 2791/5
**Kellye [4]** 2791/20
2799/19 2814/22
2814/24
**Kellye SoRelle [3]**
2799/19 2814/22
2814/24
**Kellye SoRelle's [1]**
2791/20
**Kenneth [3]** 2791/24
2794/3 2795/3
**Kenneth Harrelson's
[3]** 2791/24 2794/3
2795/3
**Kenny [6]** 2695/11
2702/8 2702/11
2702/14 2703/5
2731/10
**kept [2]** 2703/12
2723/5
**keyword [1]** 2666/2
**kind [9]** 2717/17
2721/20 2724/23
2725/23 2728/11
2736/21 2756/17
2782/23 2800/16
**Kirk [2]** 2796/22
2797/25
**Kirk Sidlo [2]** 2796/22
2797/25
**kit [2]** 2664/19 2664/21
**kitchen [1]** 2816/18
**kneeled [1]** 2759/3
**knelt [4]** 2728/16
2728/17 2759/4 2759/5
**knew [11]** 2663/1
2663/4 2688/24
2689/10 2694/10

**K**

knew... [6] 2697/9
2702/8 2702/11
2702/17 2712/17
2783/5
**know [59]** 2666/23
2666/24 2669/23
2670/20 2674/10
2674/24 2675/2
2677/12 2682/23
2683/1 2690/22
2691/22 2692/3
2694/17 2702/20
2702/23 2702/24
2703/1 2707/13 2709/7
2710/7 2710/10 2712/6
2713/1 2713/3 2713/4
2716/1 2717/23
2720/20 2738/21
2738/25 2739/2 2739/6
2742/15 2743/2
2745/15 2745/21
2746/8 2747/25
2775/16 2776/2 2776/5
2778/1 2778/2 2778/2
2779/20 2782/2
2783/15 2784/16
2784/17 2785/2 2785/8
2785/9 2788/9 2789/3
2800/21 2814/6 2816/7
2817/17
**knowledge [4]** 2690/17
2723/18 2723/19
2746/21
**known [1]** 2788/14

**L**

**L-a-n-e-l-l-e [1]**
2768/12
**L.A. [1]** 2798/11
**L.A. Times [1]** 2798/11
**ladies [2]** 2768/9
2815/16
**Lane [1]** 2658/7
**Lanelle [3]** 2767/15
2768/2 2768/12
**last [4]** 2744/18
2745/12 2768/12
2787/10
**late [1]** 2688/2
**later [5]** 2748/4 2748/5
2766/11 2766/14
2807/1
**law [10]** 2658/2
2680/24 2691/22
2691/23 2694/8
2694/11 2740/18
2763/19 2785/1
2789/23
**lawfully [2]** 2790/22
2793/8
**Lawn [1]** 2775/21
**lawyer [17]** 2690/18
2690/21 2690/23
2690/24 2691/1 2692/7
2692/21 2697/16
2698/25 2699/2
2700/18 2708/5 2742/1

2765/25 2766/17
**lawyer's [4]** 2692/15
2692/20 2692/23
2697/23
**lawyers [3]** 2751/3
2763/14 2764/12
**lay [1]** 2816/25
**lead [1]** 2781/11
**leader [4]** 2781/11
2806/14 2814/20
2815/4
**leaders [1]** 2768/20
**Leadership [6]** 2805/5
2813/4 2813/5 2813/10
2813/13 2815/2
**leads [1]** 2765/20
**learn [3]** 2688/21
2722/12 2793/3
**learned [8]** 2671/21
2698/22 2698/24
2699/1 2700/9 2709/23
2710/1 2710/4
**learning [1]** 2787/20
**least [7]** 2698/6
2709/10 2709/11
2709/15 2720/24
2747/9 2754/2
**leave [3]** 2742/22
2742/23 2748/13
**leaving [1]** 2714/13
**Lee [1]** 2658/2
**left [6]** 2675/14
2687/12 2714/10
2744/24 2777/11
2779/16
**Leonard [1]** 2799/9
**let [11]** 2680/4 2685/22
2692/13 2694/18
2698/2 2707/7 2709/7
2735/14 2736/2
2748/15 2748/15
**let's [21]** 2661/24
2676/21 2688/19
2692/13 2719/20
2728/7 2728/14 2735/2
2748/12 2748/16
2750/10 2759/11
2760/24 2793/19
2800/6 2804/15
2806/18 2807/18
2808/16 2815/9
2815/14
**letter [4]** 2699/22
2699/24 2700/4
2700/25
**letting [2]** 2776/1
2776/5
**level [1]** 2741/1
**Liaison [5]** 2770/3
2770/5 2770/6 2770/7
2771/16
**liberal [3]** 2716/15
2716/20 2716/25
**licensed [1]** 2725/2
**life [1]** 2758/14
**light [1]** 2763/22
**like [24]** 2667/4

2711/21 2712/9 2715/2
2724/23 2725/11
2730/10 2732/2
2732/20 2732/22
2735/4 2744/10
2748/20 2748/20
2756/1 2760/22
2760/23 2762/6
2788/10 2790/18
2798/22 2816/18
**Line [1]** 2806/14
**Line 2 [1]** 2806/14
**lines [5]** 2679/5
2683/16 2756/2 2756/4
2757/15
**lingo [1]** 2712/6
**link [1]** 2733/17
**list [1]** 2814/15
**listed [1]** 2790/23
**lists [1]** 2733/10
**little [12]** 2675/7
2684/21 2688/7
2692/13 2697/19
2698/18 2743/12
2747/20 2769/11
2770/16 2787/23
2793/13
**live [2]** 2748/2 2799/19
**lobby [1]** 2778/18
**local [1]** 2785/3
**location [9]** 2749/16
2777/21 2780/14
2782/15 2782/18
2783/20 2783/21
2785/13 2785/14
**long [11]** 2665/21
2685/20 2689/25
2751/6 2751/7 2769/10
2779/14 2783/19
2787/22 2788/11
2805/23
**longer [1]** 2805/20
**look [7]** 2682/18
2683/16 2706/22
2707/24 2718/15
2746/12 2748/9
**looked [3]** 2670/1
2677/21 2817/2
**looking [2]** 2680/17
2702/5 2709/6
**loop [1]** 2689/5
**Los [1]** 2797/7
**Los Angeles [1]**
2797/7
**lost [2]** 2673/3 2673/10
**lot [27]** 2663/1 2664/8
2664/11 2664/15
2665/15 2667/17
2672/19 2674/16
2674/18 2674/20
2679/11 2679/14
2686/25 2687/1 2691/8
2691/9 2698/15
2703/16 2713/11
2713/18 2713/19
2742/13 2762/14
2782/4 2782/4 2790/1

**Lots [1]** 2790/2
**loud [2]** 2718/18
2724/5
**Louis [2]** 2657/15
2661/13
**Louis Manzo [1]**
2661/13
**low [1]** 2717/21
**lowest [1]** 2741/12
**lunch [2]** 2815/14
2815/16 2815/22

**M**

**ma'am [104]** 2663/3
2663/6 2663/15
2663/19 2663/22
2664/3 2664/7 2664/10
2664/13 2664/24
2665/8 2665/10
2665/13 2665/17
2665/20 2665/23
2666/1 2666/3 2666/8
2666/16 2666/19
2667/3 2667/5 2667/7
2667/10 2667/14
2667/16 2667/19
2667/21 2667/23
2669/17 2671/3
2672/13 2672/20
2672/22 2674/14
2674/17 2674/19
2674/21 2674/23
2675/10 2675/13
2675/15 2675/17
2676/3 2676/11
2676/13 2677/1 2677/3
2677/8 2677/11
2681/15 2682/16
2684/5 2684/8 2684/11
2685/10 2686/5
2686/10 2687/9
2688/10 2688/12
2688/17 2689/3 2689/9
2689/12 2689/24
2690/5 2691/11
2691/13 2691/16
2692/17 2692/19
2692/22 2692/25
2693/3 2694/1 2694/22
2694/24 2696/8
2696/10 2698/1
2698/14 2698/17
2700/7 2702/19
2702/22 2703/10
2704/5 2704/20
2704/22 2705/23
2706/1 2706/3 2706/6
2707/3 2707/6 2708/3
2708/7 2708/11
2708/16 2708/19
2708/24 2771/22
**made [17]** 2683/22
2691/1 2702/4 2711/20
2711/21 2717/1
2727/22 2742/25
2745/7 2754/24 2757/3
2763/15 2764/8

2821 2777/20
2816/4 2816/21
**MAGA [1]** 2722/9
**major [1]** 2669/1
**make [9]** 2667/17
2727/17 2734/17
2734/15 2734/15
2736/8 2737/3 2782/7
2784/23
**making [2]** 2673/18
2743/3
**man [8]** 2675/16
2728/11 2728/14
2738/5 2738/10
2738/14 2738/17
2748/7
**man, [1]** 2738/20
**man, right [1]** 2738/20
**many [8]** 2666/17
2666/22 2678/7
2687/14 2695/10
2748/6 2783/2 2789/8
2809/5
**Manzo [4]** 2657/15
2661/13 2800/9 2801/4
**March [4]** 2722/9
2791/23 2791/25
2792/3
**March 10th, 2021 [1]**
2791/23
**March 29th, 2021 [1]**
2791/25
**March 9th, 2021 [1]**
2792/3
**Marine [4]** 2702/18
2702/20 2703/2 2703/6
**Marion [1]** 2658/12
**mask [2]** 2767/21
2786/16
**masses [1]** 2704/24
**matt [1]** 2658/18
**matter [2]** 2715/23
2747/4 2819/4
**matters [1]** 2712/4
**Matthew [3]** 2658/15
2661/18 2792/20
**Matthew Greene's [1]**
2792/20
**Matthew Peed [1]**
2661/18
**Max [1]** 2791/4
**may [11]** 2711/6
2726/18 2746/18
2746/19 2746/24
2747/1 2767/9 2786/6
2791/3 2791/21
2803/10
**May 28th, 2021 [1]**
2791/21
**maybe [6]** 2670/17
2717/16 2719/6
2727/22 2763/1
2800/25
**Mayr [1]** 2799/8
**me [42]** 2670/25
2671/8 2677/21 2680/4
2680/17 2680/25
2681/7 2681/7 2684/22

me... [33] 2685/22
2692/6 2692/7 2692/13
2694/18 2695/10
2696/12 2696/17
2698/2 2706/10 2707/7
2709/7 2711/21
2712/11 2724/5 2731/5
2735/14 2736/2
2740/10 2740/23
2747/3 2758/10
2763/22 2763/23
2765/20 2766/22
2776/1 2776/3 2776/5
2777/15 2790/18
2793/14 2800/10
mean [15] 2706/10
2706/12 2708/25
2710/15 2737/2
2741/14 2746/4
2746/12 2746/13
2747/8 2747/17
2756/19 2760/7
2784/19 2816/13
Meaning [1] 2679/5
means [3] 2731/24
2735/9 2762/5
meant [4] 2664/2
2682/23 2731/25
2750/2
media [2] 2713/23
2713/25
medical [4] 2664/15
2664/18 2664/21
2696/2
meet [1] 2695/17
meeting [17] 2678/14
2687/6 2687/15 2691/2
2691/2 2691/5 2691/15
2691/17 2692/14
2692/15 2693/17
2697/19 2697/20
2701/5 2744/22
2746/16 2748/10
meetings [13] 2684/22
2685/1 2687/3 2706/2
2744/7 2744/25
2745/12 2745/13
2747/25 2748/3 2748/8
2750/10 2764/7
megaphones [1]
2703/21
Meggs [35] 2673/15
2675/9 2675/9 2688/16
2688/18 2694/25
2695/12 2696/18
2697/6 2697/11
2701/13 2725/25
2726/7 2727/16
2727/22 2738/23
2739/4 2749/20
2762/14 2762/16
2763/2 2764/22
2803/25 2804/4 2804/7
2804/13 2804/17
2805/9 2805/12
2805/23 2810/21
2811/5 2811/25

Meggs' [4] 2669/13
2755/9 2760/14 2791/5
MEHTA [6] 2657/9
2661/4 2708/10
2708/17 2753/10
2753/23
member [2] 2769/15
2769/16
members [13] 2672/3
2672/11 2696/6
2729/22 2753/22
2759/15 2759/23
2771/1 2785/10
2810/20 2811/23
2812/13 2812/17
membership [2]
2719/12 2719/16
mention [5] 2683/22
2726/10 2726/13
2757/3 2816/6
mentioned [9] 2668/3
2675/25 2726/4 2726/6
2727/18 2781/17
2782/25 2785/12
2817/3
merged [1] 2805/12
message [9] 2716/12
2719/9 2725/18
2732/19 2733/16
2734/20 2735/4 2736/3
2809/3
messages [14] 2719/3
2719/6 2722/8 2725/20
2731/20 2732/3
2732/16 2732/17
2732/23 2766/9 2809/6
2809/8 2809/22
2815/10
messaging [1] 2809/1
met [28] 2665/22
2666/20 2678/7
2678/10 2685/8
2685/11 2685/14
2685/17 2686/8
2686/14 2687/14
2692/11 2697/5
2697/14 2715/7 2744/5
2744/11 2744/13
2745/3 2745/9 2746/1
2746/25 2747/4 2747/5
2748/7 2750/12
2763/19 2764/4
Michael [23] 2770/25
2772/18 2773/4
2791/18 2794/1
2794/25 2797/1 2798/4
2805/1 2805/2 2805/9
2805/11 2805/20
2806/12 2806/24
2807/2 2807/3 2807/8
2807/10 2807/11
2807/17 2807/20
2807/23
Michael Greene [15]
2805/1 2805/2 2805/9
2805/11 2805/20
2806/12 2806/24

2807/10 2807/15
2807/17 2807/20
2807/23
Michael Greene's [3]
2791/18 2794/1
2794/25
midst [1] 2781/22
might [10] 2668/23
2669/6 2680/21 2693/9
2695/23 2728/1 2743/7
2744/8 2746/19
2798/25
mightily [1] 2772/21
militaristic [1] 2665/15
military [4] 2712/4
2712/6 2712/12
2712/20
militia [1] 2815/5
Million [1] 2722/9
Million MAGA March
[1] 2722/9
mindful [1] 2679/24
minimize [3] 2726/17
2764/13 2764/17
MINUTA [13] 2657/6
2658/2 2661/9 2661/15
2707/19 2785/23
2806/12 2806/15
2807/25 2808/1 2808/6
2808/10 2810/19
Minuta's [4] 2766/16
2796/1 2796/9 2809/18
minute [8] 2781/3
2781/9 2804/19
2805/20 2807/17
2807/21 2808/7
2808/10
minutes [5] 2703/11
2742/22 2806/24
2807/11 2807/23
mission [1] 2768/18
mitigation [1] 2782/5
mixture [1] 2714/3
Mock [2] 2734/7
2736/8
modern [2] 2733/23
2734/3
Moerschel [7] 2658/10
2661/10 2661/17
2809/17 2811/7
2811/24 2812/18
Moerschel's [2] 2765/5
2792/5
mom's [1] 2690/13
moment [9] 2676/19
2679/22 2684/22
2710/25 2711/6
2726/19 2740/21
2740/23 2781/19
moniker [2] 2720/6
2721/3
month [1] 2699/4
months [7] 2678/22
2678/23 2688/19
2689/22 2741/3
2742/10 2788/13
more [19] 2662/5

2698/12 2698/15
2701/6 2701/6 2703/12
2703/12 2744/17
2748/8 2749/10
2758/14 2775/10
2775/20 2781/4
2793/13 2802/8
2807/18
morning [17] 2657/7
2661/5 2661/7 2661/21
2662/4 2662/22
2662/23 2662/24
2727/12 2727/13
2739/12 2739/13
2743/11 2750/9 2768/6
2768/7 2768/12
most [6] 2693/17
2712/6 2732/16
2749/24 2759/19
2759/22
mother [2] 2672/14
2723/25
motion [10] 2741/19
2741/22 2742/4 2742/8
2742/19 2743/7 2816/1
2816/7 2816/10
2817/24
motivated [1] 2740/5
Moto [2] 2792/12
2792/16
motorcade [4] 2777/6
2777/7 2777/24 2778/3
Motorola [3] 2792/6
2792/12 2792/16
Motorola Moto [2]
2792/12 2792/16
move [12] 2682/23
2683/1 2683/4 2708/20
2729/4 2730/20
2748/16 2753/13
2774/4 2777/20 2783/8
2816/16
moved [12] 2699/14
2704/13 2751/16
2774/23 2775/8
2775/15 2778/9
2778/16 2778/16
2778/19 2778/20
2800/14
movement [1] 2814/21
movements [1] 2778/8
moves [1] 2802/20
moving [5] 2673/24
2724/21 2752/13
2777/14 2816/15/16
Mr [3] 2701/13 2749/10
2749/15
Mr. [82] 2661/25
2662/6 2662/12
2662/22 2673/15
2675/14 2675/21
2676/21 2693/4
2694/20 2695/12
2697/6 2698/8 2698/13
2698/15 2698/18
2701/6 2706/23 2709/9
2709/15 2711/4

2727/12 2728/10
2730/14 2731/3
2732/13 2733/5
2733/22 2734/1 2734/2
2734/19 2735/2 2735/9
2737/11 2739/4 2739/4
2739/9 2739/12
2740/12 2740/13
2742/24 2743/5
2743/17 2743/24
2744/4 2744/6 2744/11
2746/1 2746/17
2747/10 2748/21
2748/22 2749/11
2749/12 2750/5
2752/22 2754/1
2758/18 2758/18
2759/11 2765/5 2765/5
2765/20 2765/21
2766/16 2766/16
2766/16 2767/6 2767/9
2785/23 2785/24
2792/22 2796/9 2800/9
2801/4 2803/6 2808/1
Mr. Berry [26] 2661/25
2662/12 2662/22
2706/23 2709/9
2709/15 2718/1
2727/12 2728/10
2730/14 2731/3
2732/13 2739/12
2743/17 2743/24
2744/4 2744/11 2746/1
2746/17 2748/22
2749/11 2752/22
2754/1 2766/16 2767/6
2767/9
Mr. Berry's [2] 2662/6
2744/6
Mr. Edwards [4]
2792/22 2803/6
2815/13 2816/15
Mr. Hackett [3]
2675/14 2675/21
2676/21
Mr. Manzo [2] 2800/9
2801/4
Mr. Meggs [4] 2673/15
2695/12 2697/6 2739/4
Mr. Minuta [2] 2785/23
2808/1
Mr. Minuta's [2]
2766/16 2796/9
Mr. Moerschel's [1]
2765/5
Mr. Nestler [12] 2693/4
2694/20 2698/8
2698/13 2698/15
2698/18 2701/6
2711/19 2742/24
2743/5 2748/21 2750/5
Mr. Peed [2] 2727/2
2749/12 2758/18
2759/11 2765/20
Mr. Rhodes [8] 2733/5
2733/22 2734/1 2734/2

**M**

**Mr. Rhodes... [4]**
2734/19 2735/2 2735/9
2737/11
**Mr. Shipley [6]** 2739/9
2740/12 2740/13
2747/10 2766/16
2785/24
**Mr. Vallejo [2]** 2739/4
2758/18
**Mr. Vallejo's [1]**
2765/21
**Mr. Weinberg [2]**
2711/4 2765/5
**Mrs. [2]** 2772/18
2773/5
**Mrs. Pence [2]**
2772/18 2773/5
**Ms. [35]** 2662/13
2679/25 2682/20
2711/3 2712/3 2718/2
2726/3 2744/4 2745/7
2745/11 2747/24
2748/11 2752/14
2752/18 2752/22
2754/5 2754/23
2755/13 2755/21
2755/25 2757/23
2771/10 2773/13
2774/9 2776/25 2780/4
2781/2 2783/17
2790/13 2790/15
2801/13 2803/20
2806/2 2809/25
2816/22
**Ms. Badalament [16]**
2752/18 2754/5
2757/23 2771/10
2773/13 2774/9
2776/25 2780/4 2781/2
2783/17 2790/13
2790/15 2801/13
2803/20 2806/2
2809/25
**Ms. Halim [19]** 2662/13
2679/25 2682/20
2711/3 2712/3 2718/2
2726/3 2744/4 2745/7
2745/11 2747/24
2748/11 2752/14
2752/22 2754/23
2755/13 2755/21
2755/25 2816/22
**much [10]** 2662/14
2677/13 2714/23
2743/14 2763/21
2764/9 2786/5 2786/17
2800/11 2810/2
**multimedia [2]**
2733/23 2734/3
**multiple [13]** 2744/2
2744/5 2744/7 2744/9
2744/11 2744/13
2745/22 2746/18
2747/7 2783/4 2783/7
2784/19 2785/1
**must [2]** 2724/9
2742/23

2680/24 2683/25
2685/6 2690/12
2690/13 2690/21
2690/21 2692/7
2698/25 2700/7
2706/15 2714/14
2720/12 2720/13
2721/1 2722/24 2723/1
2723/19 2727/5 2727/5
2729/3 2745/7 2757/5
2758/6 2761/19
2765/20 2771/10
2775/3 2775/18
2775/25 2775/25
2781/5 2782/23 2784/3
**My apologies [1]**
2781/5
**myself [4]** 2696/15
2728/25 2731/10
2779/23

**N**

**name [9]** 2702/24
2720/3 2738/24
2738/25 2768/10
2768/13 2787/10
2787/11 2813/15
**named [2]** 2661/19
2702/21
**names [1]** 2731/9
**nation's [1]** 2768/20
**national [2]** 2703/24
2749/24
**nature [4]** 2665/19
2731/20 2752/7 2760/1
**navigate [1]** 2770/12
**near [2]** 2670/10
2759/21
**necessarily [1]**
2676/15
**necessary [1]** 2668/23
**need [8]** 2663/13
2733/6 2734/6 2736/7
2740/22 2767/1 2782/1
2810/10
**needed [7]** 2665/11
2669/2 2695/16
2695/17 2696/1 2783/8
2816/4
**needs [3]** 2733/12
2735/15 2736/4
**neglected [1]** 2682/24
**Nestler [14]** 2657/14
2661/12 2693/4
2694/20 2698/8
2698/13 2698/15
2698/18 2701/6
2711/19 2742/24
2743/5 2748/21 2750/5
**Network [1]** 2799/6
**never [15]** 2666/20
2670/1 2670/3 2707/17
2712/15 2716/21
2717/8 2719/18
2722/15 2725/18
2726/3 2726/6 2738/17
2738/19 2784/11

2787/21
**news [5]** 2789/18
2796/17 2797/11
2797/18 2798/16
**next [8]** 2711/4 2727/1
2755/11 2765/20
2767/12 2786/9 2806/3
2811/8
**nice [2]** 2662/4
2815/16
**nickname [1]** 2668/9
**night [6]** 2666/25
2668/8 2668/19
2723/21 2765/11
2765/13
**Nigro [2]** 2797/1
2798/4
**no [102]** 2657/4 2670/4
2671/5 2673/13
2674/11 2674/12
2674/14 2675/24
2676/5 2676/7 2677/3
2677/6 2677/8 2677/11
2677/22 2677/24
2677/25 2679/6 2681/7
2689/16 2689/18
2689/21 2689/24
2690/20 2691/19
2691/21 2691/22
2691/22 2691/25
2699/16 2706/9
2707/16 2707/20
2708/25 2709/25
2710/3 2710/6 2711/1
2712/5 2712/14
2712/16 2713/17
2715/10 2715/11
2715/13 2715/20
2715/21 2715/24
2716/2 2716/7 2717/15
2719/12 2722/3
2725/16 2726/20
2727/8 2729/6 2730/21
2732/25 2736/1
2738/14 2738/16
2738/18 2739/3 2739/8
2743/9 2748/6 2750/4
2751/1 2753/16
2753/17 2756/3
2757/20 2759/8
2759/10 2761/11
2764/18 2765/19
2767/5 2767/8 2770/1
2771/25 2772/23
2776/21 2784/9
2784/14 2785/6 2785/8
2785/20 2785/23
2785/25 2786/2 2786/3
2786/4 2793/8 2802/23
2809/19 2809/24
2813/11 2816/5
2816/16 2817/15
**No. [2]** 2661/8 2661/9
**nobody [5]** 2722/18
2723/14 2723/17
2742/5 2785/5
**noise [2]** 2674/20

**North [4]** 2666/11
2667/12 2668/19
2670/8
**North Carolina [4]**
2666/11 2667/12
2668/19 2670/8
**nose [1]** 2734/7
**not [97]** 2664/25
2665/5 2666/4 2666/22
2666/24 2668/6 2668/7
2669/24 2669/25
2670/7 2670/21 2671/8
2671/17 2671/18
2672/24 2674/14
2674/16 2675/21
2675/22 2676/15
2677/2 2677/4 2677/9
2678/4 2680/25 2681/8
2681/9 2689/23
2689/25 2690/17
2690/16 2690/17
2690/22 2691/17
2691/20 2693/8
2695/16 2696/18
2697/2 2697/6 2697/10
2698/19 2706/15
2707/11 2710/10
2712/20 2712/24
2713/6 2713/24 2714/3
2715/21 2716/12
2716/13 2720/11
2721/13 2721/19
2722/6 2724/8 2724/10
2727/19 2729/10
2735/13 2735/14
2735/19 2742/9
2742/14 2743/17
2744/12 2745/2
2745/16 2746/2 2746/6
2746/22 2748/4 2758/9
2762/4 2766/6 2770/1
2775/23 2777/9
2778/11 2778/12
2784/14 2784/16
2800/25 2806/5
2809/20 2812/7 2813/1
2815/21 2816/15
2816/19 2816/19
2817/2 2817/6 2817/10
2817/25
**Note [1]** 2792/1
**notebook [1]** 2679/7
**notes [12]** 2678/15
2678/19 2679/9
2679/14 2680/12
2685/2 2693/1 2694/16
2696/13 2696/18
2706/5 2727/25
**nothing [5]** 2677/7
2725/4 2746/15 2752/6
2816/12
**noticing [1]** 2772/20
**notification [2]**
2772/11 2772/13
**notifying [4]** 2772/17
2773/2 2773/4 2776/3
**notion [1]** 2747/18

**November [3]** 2680/16
2711/10 2791/14
**November 16th [2]**
2680/16 2711/10
**now [66]** 2666/25
2671/9 2675/7 2677/15
2678/3 2681/6 2683/5
2685/3 2688/19 2691/5
2693/4 2694/16
2701/23 2702/20
2703/8 2706/7 2706/10
2706/16 2707/23
2707/23 2712/3
2714/22 2715/1 2721/6
2722/22 2723/21
2724/3 2725/4 2725/24
2725/25 2726/13
2727/6 2728/8 2731/19
2732/19 2735/13
2736/21 2737/1 2738/4
2740/12 2740/13
2740/17 2741/17
2743/12 2744/10
2745/7 2750/20
2752/14 2752/17
2754/23 2758/18
2759/11 2760/24
2761/24 2765/25
2766/11 2766/12
2769/25 2770/17
2788/19 2796/16
2800/6 2812/10 2813/4
2814/2 2816/8
**nullify [7]** 2734/16
2736/17 2737/1 2737/2
2737/3 2737/6 2737/23
**number [16]** 2699/10
2707/7 2718/23
2719/20 2719/21
2720/3 2720/8 2720/16
2720/19 2720/25
2721/3 2728/5 2741/13
2741/19 2742/18
2791/1
**NW [2]** 2657/17
2658/16

**O**

**oath [44]** 2665/22
2677/17 2680/16
2681/8 2681/9 2681/18
2681/20 2681/23
2682/1 2684/7 2684/10
2688/14 2711/10
2711/14 2711/20
2711/23 2713/8
2713/11 2716/20
2716/24 2717/1 2717/2
2717/8 2722/15 2723/6
2723/12 2725/1
2728/12 2728/15
2730/7 2731/25
2734/24 2735/21
2738/24 2759/16
2759/25 2760/2 2760/4
2760/6 2760/22 2762/2
2762/21 2767/17
2786/13

2836

**O**

Oath Keeper [1]
2738/24
Oath Keepers [30]
2665/22 2677/17
2680/16 2681/8 2681/9
2688/14 2711/10
2711/14 2711/20
2711/23 2713/8
2713/11 2716/20
2716/24 2717/1 2717/2
2717/8 2722/15 2723/6
2723/12 2725/1
2728/12 2728/15
2730/7 2735/21
2759/16 2760/2 2760/4
2762/2 2762/21
Oath Keepers' [1]
2734/24
objection [18] 2679/23
2682/25 2699/16
2701/8 2710/13
2710/19 2729/6
2730/21 2732/25
2742/11 2753/15
2753/16 2753/17
2756/3 2771/25 2775/5
2776/21 2802/23
objections [1] 2802/22
obligation [1] 2739/19
obstructing [1] 2701/3
obstruction [2]
2700/22 2754/16
obtain [1] 2741/12
obtained [2] 2790/22
2790/25 2793/7 2793/7
obtaining [1] 2793/9
obviously [5] 2776/7
2782/1 2783/8 2783/11
2784/19
occasion [1] 2688/2
Occasionally [1]
2689/6
occurrence [1]
2687/16
odds [1] 2763/23
off [9] 2662/24 2703/18
2723/1 2738/5 2757/9
2758/3 2758/6 2777/21
2809/22
offense [9] 2706/17
2706/17 2707/5
2707/23 2708/15
2710/18 2741/1
2752/18 2753/9
offensive [3] 2666/4
2666/5 2666/6
offered [1] 2730/8
offering [1] 2700/5
office [27] 2657/16
2692/15 2692/18
2692/20 2692/24
2697/23 2697/25
2698/3 2770/14
2772/15 2772/16
2773/20 2773/23
2773/25 2774/3 2774/4
2774/22 2774/23

2778/19 2778/21
2779/16 2780/10
2780/22 2783/10
2788/20
officer [15] 2728/13
2730/1 2730/8 2731/10
2731/12 2731/16
2759/12 2759/23
2759/24 2760/11
2760/16 2770/15
2775/18 2776/1
2776/12
officers [9] 2695/20
2696/25 2705/3 2705/5
2705/6 2709/13
2760/19 2761/7 2776/8
offices [2] 2658/2
2769/20
often [1] 2807/2
Oh [3] 2676/16
2740/14 2783/4
Ohio [1] 2812/9
OK [15] 2713/15
2714/6 2714/10
2714/15 2714/22
2714/23 2723/8
2724/11 2725/8 2725/8
2732/3 2732/13 2733/6
2811/11 2812/10
OK FL [5] 2714/15
2714/23 2732/13
2733/6 2812/10
OK FL Hangout [2]
2713/15 2714/6
OK Florida [1] 2714/10
okay [134] 2661/21
2661/24 2662/10
2662/25 2663/12
2666/9 2666/12
2666/13 2668/7
2669/10 2672/17
2679/17 2679/22
2682/17 2683/3 2683/6
2685/7 2685/22 2686/1
2688/6 2688/9 2688/20
2690/21 2692/9
2692/12 2693/20
2697/2 2698/21
2701/15 2701/25
2703/15 2704/18
2705/6 2709/5 2711/9
2711/13 2711/18
2712/2 2712/19
2712/23 2713/10
2713/14 2713/24
2714/2 2714/18
2714/21 2715/4
2715/12 2715/15
2715/19 2715/22
2716/18 2717/4
2717/12 2717/25
2718/14 2718/21
2719/5 2719/19
2719/23 2720/2 2720/5
2720/10 2720/14
2720/21 2721/2 2721/5

2722/11 2722/17
2722/21 2723/2
2723/20 2724/18
2724/22 2725/3
2725/17 2726/23
2729/7 2730/22 2731/7
2731/11 2734/22
2737/5 2737/19
2738/13 2739/9 2740/4
2740/8 2742/21
2743/17 2748/18
2748/24 2749/5
2749/19 2750/5 2753/8
2756/6 2776/20
2779/10 2792/21
2793/18 2793/25
2794/11 2794/14
2795/21 2796/15
2797/13 2798/20
2800/8 2800/15 2801/3
2801/6 2803/2 2804/1
2805/6 2805/18 2806/8
2806/17 2806/25
2807/13 2807/24
2808/4 2808/15
2808/18 2811/4
2815/20 2817/8
2817/12 2817/16
2818/1
old [4] 2813/4 2813/5
2813/10 2816/16
Old Leadership [3]
2813/4 2813/5 2813/10
older [4] 2717/16
2717/18 2738/8
2758/12
once [8] 2662/5 2662/7
2667/1 2702/3 2703/8
2727/3 2748/15 2784/2
one [43] 2670/4 2671/5
2672/14 2676/19
2684/22 2688/16
2688/18 2693/1
2700/12 2703/24
2710/25 2717/17
2719/18 2719/18
2721/6 2724/9 2725/24
2726/18 2727/18
2743/22 2743/24
2744/17 2746/10
2747/17 2748/10
2748/19 2748/21
2749/22 2752/9
2764/11 2770/21
2775/5 2779/22 2781/4
2792/18 2794/25
2795/8 2795/19 2799/1
2803/20 2804/18
2807/3 2807/18
ones [3] 2748/4 2748/5
2793/22
online [3] 2711/14
2716/8 2795/23
only [8] 2669/13
2669/19 2730/11
2742/4 2748/9 2803/15
2809/3 2817/10

2811/11
open [4] 2709/14
2710/1 2710/8 2789/17
opened [8] 2668/17
2670/4 2670/7 2670/10
2670/14 2705/15
2705/17 2710/4
opportunity [1]
2740/22
opposite [2] 2760/8
2760/9
opposite sides [1]
2760/8
order [6] 2718/7
2718/12 2741/17
2741/18 2784/23
2805/10
ordered [2] 2793/5
2793/5
ordering [1] 2718/3
organization [1]
2815/5
organizational [1]
2800/14
orient [1] 2772/6
original [2] 2665/8
2671/16
originally [4] 2663/10
2670/24 2692/6
2713/20
other [39] 2662/8
2663/16 2664/4
2664/23 2665/2
2666/20 2673/15
2674/8 2682/7 2696/6
2696/22 2700/15
2702/17 2703/1
2707/18 2709/12
2716/19 2726/20
2729/22 2738/23
2744/14 2744/14
2744/16 2745/9 2747/4
2747/16 2751/22
2752/3 2759/15
2764/25 2788/9 2790/3
2791/2 2803/11
2808/16 2810/20
2811/14 2813/25
2814/15
others [7] 2665/9
2668/25 2671/4
2732/20 2741/24
2742/24 2800/3
otherwise [1] 2742/9
our [20] 2661/24
2725/1 2733/12 2736/4
2743/11 2762/10
2762/25 2765/18
2768/20 2769/20
2770/3 2770/10
2770/14 2772/14
2772/16 2772/20
2782/3 2784/13
2785/11 2815/14
ours [2] 2733/7 2762/6
ourselves [1] 2749/24
out [16] 2697/15

2813 2707/7
2718/18 2724/5 2726/3
2743/24 2746/21
2749/16 2763/23
2769/19 2776/10
2777/15 2790/17
2800/6 2817/23
outcome [1] 2746/20
outside [4] 2694/21
2702/5 2709/10
2780/10
outstanding [1] 2816/6
outward [2] 2710/5
2710/9
over [17] 2673/2
2724/8 2724/8 2731/8
2742/1 2745/19
2748/21 2758/18
2765/5 2769/11 2775/9
2775/15 2776/1
2778/16 2787/23
2788/8 2816/25
overly [1] 2747/19
overruled [2] 2701/9
2710/14
overwhelming [1]
2776/10
own [2] 2725/1 2776/3

**P**

P.3 [3] 2794/21 2795/4
2795/17
P.6 [1] 2795/11
P.7 [1] 2795/12
p.m [24] 2709/9
2773/18 2774/15
2777/12 2780/2
2780/21 2803/4
2804/12 2804/15
2804/24 2807/2 2807/6
2807/6 2807/8 2807/10
2807/16 2807/20
2807/22 2808/5 2808/6
2808/8 2808/9 2818/5
2818/5
PA [1] 2658/7
package [1] 2719/13
packed [1] 2673/21
page [15] 2682/11
2682/12 2683/15
2700/8 2740/16
2752/20 2752/21
2755/18 2755/24
2755/24 2772/5
2772/10 2773/11
2803/21 2806/3
page 3 [1] 2740/16
pages [5] 2679/9
2682/18 2696/13
2696/18 2771/8
pages' [1] 2691/12
paid [1] 2725/2
panel [2] 2662/1
2749/6
Panicked [1] 2675/20
paragraph [9] 2680/15
2700/8 2708/20 2709/6
2740/24 2752/20

**paragraph... [3]**
2753/14 2753/18
2753/25
**parents [1]** 2712/7
**Parker's [5]** 2792/8
2794/5 2795/8 2796/6
2796/13
**Parler [2]** 2799/22
2799/23
**part [20]** 2696/4
2708/25 2711/21
2711/22 2711/25
2713/8 2715/14 2716/5
2716/9 2716/10
2732/13 2740/18
2749/25 2754/13
2759/22 2766/2 2766/3
2768/24 2769/2 2769/3
**participants [2]** 2810/8
2813/6
**participate [1]** 2773/9
**participated [3]** 2687/3
2693/4 2728/24
**particular [3]** 2700/20
2797/18 2802/11
**particularly [2]**
2719/17 2807/1
**parties [6]** 2682/10
2706/23 2776/18
2792/25 2798/21
2817/7
**passed [1]** 2816/24
**patch [7]** 2717/24
2718/3 2718/7 2718/12
2719/3 2719/7 2719/8
**patch order [1]**
2718/12
**path [1]** 2781/17
**Patriots [2]** 2797/3
2798/6
**Paul [2]** 2791/15
2791/16
**pause [3]** 2780/6
2781/3 2782/24
**paused [1]** 2781/8
**PDF [1]** 2727/5
**PDFs [1]** 2801/25
**Pearson [1]** 2799/9
**Peed [9]** 2658/15
2658/16 2661/18
2727/2 2749/10
2749/12 2758/18
2759/11 2765/20
**Pence [11]** 2672/24
2673/12 2770/25
2771/1 2772/18
2772/18 2773/4 2773/5
2773/5 2773/7 2774/11
**pending [3]** 2816/1
2817/21 2817/22
**people [69]** 2663/2
2663/7 2663/13
2663/16 2663/23
2664/2 2664/4 2665/2
2666/18 2666/20
2666/23 2668/17
2669/7 2669/7 2670/23

2673/15 2673/17
2674/8 2674/10 2675/3
2675/4 2688/21
2688/24 2689/7
2689/10 2695/10
2695/12 2695/13
2695/23 2696/22
2702/4 2702/8 2703/4
2703/9 2703/21
2703/24 2704/2 2704/4
2704/10 2704/13
2704/19 2704/24
2705/21 2706/12
2707/18 2710/7 2716/6
2725/8 2725/11 2729/1
2737/7 2738/10
2751/22 2752/3 2752/4
2757/1 2760/10 2761/7
2761/7 2761/17
2761/20 2761/24
2762/22 2764/25
2765/7 2766/6
**percent [2]** 2669/24
2669/25
**Perfect [1]** 2781/6
**perhaps [2]** 2663/14
2688/2
**perimeter [1]** 2777/19
**perjury [2]** 2682/5
2753/4
**permissible [1]** 2784/5
**permission [1]**
2748/23
**person [11]** 2664/23
2672/14 2689/4
2693/14 2702/17
2703/5 2715/7 2715/21
2738/21 2809/3 2809/4
**personal [3]** 2672/7
2720/25 2752/10
**Personally [1]** 2674/1
**persons [1]** 2736/11
**perspective [2]**
2758/16 2765/15
**Philadelphia [1]**
2658/7
**phone [88]** 2676/9
2676/10 2676/21
2677/2 2683/25
2685/12 2693/5
2693/14 2714/10
2714/14 2718/23
2719/20 2719/21
2720/8 2720/16
2720/19 2721/7
2721/10 2721/12
2722/24 2723/1 2748/1
2752/15 2752/15
2752/25 2753/3 2753/6
2753/11 2753/24
2754/2 2754/19
2754/25 2755/5 2755/7
2756/11 2756/13
2756/17 2757/5
2757/10 2758/3 2758/6
2758/9 2776/4 2790/3
2791/8 2791/22 2792/1

2792/12 2792/14
2792/16 2792/18
2793/23 2794/1 2794/3
2794/5 2794/7 2794/9
2794/15 2794/25
2795/3 2795/8 2795/11
2795/16 2801/7
2801/10 2801/21
2801/22 2801/24
2804/20 2809/9
2809/11 2809/13
2809/15 2809/18
2811/2 2811/12 2816/2
2816/6 2816/8 2816/12
2816/16 2816/17
2816/23 2817/19
2817/20
**phone number [1]**
2720/16
**phones [5]** 2789/16
2793/21 2809/23
2811/14 2816/9
**photo [1]** 2732/7
**photograph [2]** 2731/3
2795/1
**photographs [11]**
2789/6 2789/15
2789/16 2793/20
2794/16 2794/21
2795/4 2795/12
2795/17 2798/13
2799/16
**photos [6]** 2790/7
2790/9 2790/10
2793/15 2795/23
2796/16
**physical [2]** 2788/9
2790/21
**physically [2]** 2701/25
2751/20
**picture [4]** 2676/1
2696/16 2730/13
2730/14
**piece [2]** 2748/19
2749/2
**pink [1]** 2792/8
**pinky [1]** 2816/5
**place [2]** 2708/12
2785/7
**placed [16]** 2715/1
2767/17 2785/6
2786/13 2804/4 2804/7
2804/17 2806/23
2807/8 2807/10
2807/14 2807/16
2807/20 2807/22
2808/6 2808/9
**Plaintiff [1]** 2657/4
**plan [9]** 2664/25
2665/3 2720/13 2722/3
2722/13 2743/13
2745/11 2765/22
2783/12
**planned [1]** 2665/6
**planning [1]** 2750/17
**plans [4]** 2665/2
2667/1 2722/5 2722/6

**play [2]** 2665/19
2775/22
**play [3]** 2665/19
2712/13 2729/5
**played [6]** 2712/15
2729/12 2780/5 2781/1
2782/11 2816/17
**player [1]** 2727/5
**playing [5]** 2776/25
2777/13 2780/3
2780/25 2782/10
**plaza [5]** 2709/10
2777/3 2777/5 2777/17
2777/21
**plea [13]** 2677/13
2700/5 2700/7 2706/18
2708/2 2708/10
2739/18 2740/11
2740/17 2754/7 2754/8
2754/13 2766/18
**plea agreement [11]**
2700/5 2700/7 2706/18
2708/2 2739/18
2740/11 2740/17
2754/7 2754/8 2754/13
2766/18
**plead [3]** 2701/2
2739/18 2767/6
**pleading [1]** 2740/1
**please [38]** 2661/5
2662/3 2676/19 2680/6
2690/22 2699/11
2706/23 2710/25
2717/25 2721/14
2724/2 2724/3 2749/8
2752/18 2754/12
2756/2 2767/16
2767/19 2768/8 2771/6
2776/24 2777/13
2779/1 2779/24 2780/3
2780/6 2780/25 2781/3
2781/13 2782/10
2786/12 2787/10
2790/13 2800/9
2801/13 2815/14
2815/21 2815/25
**pled [3]** 2677/7
2701/23 2753/10
**Plenty [2]** 2717/11
2717/12
**PO [1]** 2658/3
**podcast [2]** 2814/17
2814/18
**point [47]** 2667/11
2668/3 2668/12
2671/16 2673/14
2674/14 2675/25
2682/10 2683/2 2689/3
2690/3 2690/7 2690/20
2701/20 2702/18
2703/24 2704/6
2704/10 2707/7
2709/23 2710/11
2710/17 2726/21
2729/25 2731/8
2749/22 2762/2 2762/3
2762/6 2762/20
2762/24 2764/6

**platform [2]** 2765/11
2775/11 2778/9
2778/12 2778/15
2779/21 2780/9
2780/11 2780/16
2780/20 2783/3
2816/14 2817/15
2817/18
**points [2]** 2669/12
2754/15
**police [13]** 2705/3
2709/13 2729/25
2759/12 2770/14
2772/16 2775/18
2775/25 2776/5 2776/8
2776/12 2776/19
2779/4
**policy [1]** 2736/22
**political [2]** 2736/21
2814/9
**portion [6]** 2682/21
2683/7 2684/14
2684/15 2754/8
2755/13
**portions [1]** 2683/4
**portray [2]** 2696/15
2763/22
**portrayed [1]** 2685/5
**posed [1]** 2784/17
**position [1]** 2783/10
**possibility [2]** 2668/22
2743/6
**possible [10]** 2664/2
2668/4 2720/21
2720/22 2740/2 2740/6
2741/12 2764/14
2782/8 2784/5
**Possibly [2]** 2716/4
2728/2
**Pot [1]** 2751/19
**potential [2]** 2692/3
2748/11
**power [1]** 2791/9
**prayer [1]** 2729/17
**praying [2]** 2728/15
2759/4
**precisely [1]** 2747/22
**preclude [1]** 2816/1
**prep [5]** 2744/7
2744/17 2744/21
2744/22 2748/14
**preparation [7]** 2687/3
2687/6 2687/15 2688/3
2747/4 2747/5 2747/7
**prepare [4]** 2691/15
2744/11 2745/4
2745/10
**prepared [8]** 2678/15
2685/2 2687/19
2687/23 2694/17
2708/2 2708/22 2709/2
**preparing [3]** 2663/8
2708/25 2746/1
**presence [2]** 2670/4
2738/24 2762/10
**present [8]** 2661/19
2693/14 2698/4 2698/9
2708/10 2709/9 2748/1

**present... [1]** 2815/5
**President [35]** 2671/10
2736/14 2737/16
2737/17 2737/20
2737/23 2738/1 2738/1
2768/21 2768/21
2769/5 2770/21
2770/24 2771/1
2771/17 2771/17
2772/18 2773/4 2773/7
2773/16 2774/11
2775/8 2777/7 2780/14
2780/21 2781/10
2781/13 2781/21
2781/23 2781/24
2782/22 2783/8
2783/19 2784/6
2814/10
**President Biden [5]**
2736/14 2737/16
2737/20 2737/23
2738/1
**President Trump [2]**
2671/10 2814/10
**President's [8]**
2773/25 2774/16
2777/6 2777/24 2778/7
2779/15 2779/23
2780/10
**presiding [1]** 2661/4
**Presse [2]** 2797/9
2798/14
**presume [1]** 2665/18
**Pretender [3]** 2734/8
2734/9 2736/12
**pretty [4]** 2667/15
2677/13 2697/15
2721/21
**previously [2]** 2662/17
2668/4
**prior [13]** 2678/14
2686/9 2686/11 2687/9
2691/8 2692/1 2701/1
2744/19 2746/5 2746/5
2746/21 2748/10
2803/9
**privately [1]** 2676/12
**Pro [1]** 2791/4
**probably [2]** 2693/10
2746/14
**problem [5]** 2684/23
2718/7 2718/11
2745/15 2772/23
**proceed [1]** 2661/22
**proceeded [1]** 2781/17
**proceeding [3]**
2700/22 2701/3 2747/1
**proceedings [13]**
2657/9 2661/20 2744/2
2744/10 2745/9
2745/14 2746/5 2746/6
2747/16 2782/21
2782/22 2784/7 2819/4
**process [4]** 2715/14
2715/16 2742/17
2784/16
**promise [1]** 2816/5

**property [1]** 2666/14
**proposal [1]** 2745/8
**propose [1]** 2745/5
**prosecution [1]**
2741/24
**prosecutors [1]** 2687/7
**protect [3]** 2768/20
2768/22 2769/5
**protected [2]** 2663/14
2664/5
**protectee [1]** 2770/19
**protectees [6]** 2770/10
2770/21 2773/1
2784/13 2784/17
2785/11
**protecting [2]** 2671/19
2759/9
**protection [4]** 2665/9
2677/18 2681/8 2681/9
**protest [1]** 2663/5
**protesters [1]** 2663/20
**proud [2]** 2723/12
2815/4
**provide [2]** 2672/7
2696/3
**provided [2]** 2791/16
2793/6
**providing [3]** 2667/9
2739/20 2799/7
**public [2]** 2784/18
2789/18
**publish [6]** 2699/15
2771/24 2776/16
2776/24 2778/24
2802/20
**published [1]** 2757/15
**pull [15]** 2680/6 2682/9
2699/8 2699/11
2706/21 2717/25
2721/14 2721/17
2724/2 2728/4 2752/17
2755/16 2790/13
2801/13 2809/25
**pulled [2]** 2725/7
2794/12
**Punta [1]** 2658/13
**purchased [1]** 2717/24
**purpose [5]** 2662/25
2679/19 2726/13
2741/11 2747/9
**purposefully [1]**
2685/4
**pursuant [5]** 2739/14
2776/17 2779/2
2790/22 2797/15
**push [4]** 2704/10
2704/13 2704/16
2733/6
**pushback [1]** 2698/14
**pushed [7]** 2704/24
2705/7 2705/8 2705/14
2706/13 2709/12
2782/24
**pushing [6]** 2704/19
2704/21 2705/2 2705/4
2710/8 2724/8
**put [5]** 2684/6 2715/5

**putting [1]** 2715/13

## Q

**QRF [5]** 2664/13
2665/11 2665/21
2665/24 2712/17
**Queen [1]** 2658/7
**question [9]** 2680/4
2690/22 2698/2
2701/10 2706/15
2718/2 2733/25
2747/15 2765/3
**questions [34]**
2690/14 2690/23
2698/15 2701/7 2711/1
2711/9 2726/20 2739/8
2743/9 2748/6 2748/21
2749/10 2750/4 2751/2
2751/4 2752/14
2752/22 2754/23
2755/1 2758/19
2759/12 2760/25
2763/13 2765/21
2766/17 2766/19
2767/8 2785/20
2785/23 2785/25
2786/2 2786/3 2786/4
2806/7
**quick [3]** 2665/25
2668/20 2711/6
**Quick Reaction Force
[1]** 2665/25
**quickly [2]** 2697/15
2746/10
**quite [3]** 2687/1
2689/25 2710/12

## R

**radicalist [1]** 2680/18
**radio [5]** 2776/1 2776/2
2776/12 2778/15
2799/5
**radios [1]** 2776/13
**raise [2]** 2767/16
2786/12
**Rakoczy [2]** 2657/14
2661/12
**rally [3]** 2671/22
2672/1 2672/4
**Range [1]** 2740/25
**Ranger [1]** 2666/14
**Ranger Doug's [1]**
2666/14
**rather [1]** 2746/22
**razzing [1]** 2717/17
**re [1]** 2723/3
**re-downloaded [1]**
2723/3
**reached [3]** 2697/15
2777/15 2798/21
**Reaction [3]** 2665/25
2666/2 2668/20
**read [23]** 2708/8
2708/14 2709/6
2709/18 2718/15
2718/17 2718/17
2721/19 2724/3 2724/5

2734/20 2740/21
2740/23 2753/22
2756/2 2757/15
2790/19 2793/22
2798/24 2811/22
2812/16
**reading [1]** 2734/1
**ready [6]** 2661/22
2662/6 2662/13 2727/5
2767/12 2786/8
**real [2]** 2711/6 2748/13
**really [7]** 2666/7
2714/20 2720/11
2721/13 2722/18
2746/11 2749/23
**realtime [1]** 2734/20
**rear [1]** 2675/11
**reason [7]** 2668/15
2686/19 2697/22
2716/22 2740/1 2743/2
2747/22
**reasoning [1]** 2751/19
**reasons [1]** 2747/17
**recall [62]** 2664/17
2668/7 2668/22
2668/24 2671/12
2679/3 2680/4 2681/11
2685/12 2685/23
2686/8 2686/17
2686/22 2686/23
2686/23 2688/5
2693/19 2695/10
2696/4 2698/10
2698/11 2698/12
2698/20 2699/7
2701/14 2701/16
2701/16 2704/17
2706/17 2707/24
2708/1 2708/4 2708/13
2708/14 2708/17
2714/12 2714/13
2714/17 2716/16
2716/17 2716/19
2717/13 2717/16
2718/4 2718/6 2718/8
2721/9 2722/10
2722/20 2725/20
2727/24 2732/20
2733/15 2733/21
2734/21 2734/23
2735/4 2748/12
2752/12 2755/2
2760/17 2792/24
**received [14]** 2683/9
2684/18 2699/17
2726/24 2729/8
2730/23 2733/2
2753/19 2756/7 2772/2
2776/22 2779/7
2789/18 2802/24
**receives [1]** 2809/4
**receiving [1]** 2775/24
**recess [4]** 2743/20
2743/21 2818/4 2818/5
**recognize [11]** 2680/10
2680/12 2683/12
2706/24 2724/4

2728/23 2730/13
2731/2 2732/19
**recognized [1]** 2763/1
**recollection [12]**
2678/16 2701/24
2704/9 2704/16
2704/23 2705/2
2705/22 2705/24
2706/4 2706/7 2709/24
2728/1
**recollections [2]**
2691/9 2745/19
**record [12]** 2710/18
2721/17 2755/16
2787/11 2790/19
2797/14 2797/15
2798/24 2799/3
2802/14 2817/1 2819/3
**recorded [3]** 2683/23
2757/4 2757/6
**records [11]** 2801/7
2801/10 2801/21
2801/22 2801/24
2802/8 2802/13
2802/17 2803/10
2804/20 2805/14
**recover [2]** 2793/20
2796/16
**recovered [1]** 2793/15
**RECROSS [1]** 2659/4
**redirect [4]** 2659/4
2743/11 2749/10
2750/7
**reduced [1]** 2742/18
**reference [2]** 2746/9
2748/9 2772/8
**referenced [1]** 2683/5
**referred [2]** 2700/20
2814/6
**referring [3]** 2694/16
2746/4 2800/18
**refers [1]** 2773/22
**reflected [1]** 2739/17
**reflects [1]** 2741/22
**regarding [22]** 2719/6
2722/8 2753/24
2754/24 2755/14
2756/11 2776/16
2779/3 2799/1 2799/4
2799/9 2799/10
2799/11 2799/12
2799/13 2799/15
2799/17 2799/19
2799/21 2799/23
2799/25 2800/2
**regards [1]** 2799/7
**relate [1]** 2748/10
**related [9]** 2744/9
2745/9 2745/22 2746/1
2746/2 2746/6 2746/25
2753/11 2789/6
**relevance [1]** 2747/20
**remain [1]** 2778/10
**remember [34]**
2665/14 2668/2 2668/5
2669/9 2672/25
2677/19 2677/21

R

**remember... [27]**
2678/1 2685/18
2685/20 2685/25
2685/25 2687/10
2687/14 2699/12
2703/14 2703/16
2704/1 2705/4 2705/6
2714/20 2717/22
2718/9 2718/10
2723/11 2725/21
2751/4 2755/1 2758/21
2760/18 2761/3
2762/14 2765/1
2766/18
**remind [5]** 2792/23
2803/8 2806/13 2810/4
2815/21
**reminder [1]** 2743/17
**remove [3]** 2767/20
2786/16 2816/20
**removed [1]** 2785/4
**repeat [2]** 2733/25
2765/3
**replied [1]** 2756/23
**reporter [1]** 2772/20
**reports [2]** 2748/5
2748/8
**representation [1]**
2730/16
**represents [1]** 2758/18
**requires [1]** 2741/19
**reserved [1]** 2801/2
**reset [10]** 2676/8
2676/9 2714/9 2714/14
2722/24 2754/1 2755/5
2755/7 2756/14
2756/20
**resetting [2]** 2752/15
2756/19
**resist [5]** 2733/11
2735/24 2736/3
2736/18 2737/20
**resisting [1]** 2737/12
**respect [2]** 2710/18
2759/24
**respectable [1]**
2667/18
**respond [1]** 2664/5
**responded [1]** 2669/2
**response [4]** 2664/12
2664/16 2665/12
2785/3
**responsibility [1]**
2754/18
**responsible [1]**
2674/24
**Restoring [1]** 2799/5
**resume [2]** 2784/6
2815/15
**RESUMED [1]** 2662/17
**retrieved [1]** 2817/1
**return [4]** 2685/12
2765/19 2784/6
2784/23
**returned [2]** 2783/23
2784/2
**review [4]** 2708/5

2804/22
**reviewed [17]** 2727/25
2789/15 2789/16
2794/13 2796/19
2797/18 2801/7
2801/10 2801/21
2801/22 2802/11
2802/13 2804/20
2809/5 2809/6 2809/8
2810/5
**Rhodes [40]** 2707/18
2733/5 2733/22 2734/1
2734/2 2734/19 2735/2
2735/9 2735/15
2737/11 2744/20
2744/21 2749/17
2749/20 2765/22
2766/9 2796/12
2803/24 2804/4 2804/7
2804/13 2804/18
2805/9 2805/11
2805/12 2805/12
2805/19 2806/11
2806/23 2807/4 2807/9
2807/14 2807/21
2808/2 2808/7 2808/9
2810/23 2812/21
2813/16 2814/13
**Rhodes' [5]** 2791/3
2796/4 2809/9 2811/2
2814/23
**rid [3]** 2722/23 2756/23
2757/2
**ridden [2]** 2702/11
2734/9
**ride [3]** 2675/8 2675/19
2676/9
**Ridge [1]** 2799/9
**right [287]**
**rights [1]** 2765/18
**RIOS [1]** 2658/11
**rioters [4]** 2781/18
2781/21 2783/1 2784/7
**riots [1]** 2680/21
**rise [5]** 2661/2 2661/3
2743/15 2815/18
2818/3
**risk [2]** 2777/25 2778/1
**RMR [2]** 2819/2 2819/8
**ROBERTO [11]** 2657/6
2661/9 2707/19 2796/1
2806/12 2806/15
2807/25 2808/6
2808/10 2809/18
2810/19
**Roberto A. Minuta [1]**
2661/9
**Roberto Minuta [6]**
2707/19 2806/12
2806/15 2807/25
2808/10 2810/19
**Roberto Minuta's [2]**
2796/1 2809/18
**Roger [2]** 2814/7
2814/8
**Roger Stone [2]**
2814/7 2814/8

room [2] 2662/9
2765/11
**Rotunda [8]** 2702/6
2705/9 2709/11
2709/13 2729/18
2729/19 2758/23
2799/24
**roughly [2]** 2789/12
2809/5
**route [4]** 2780/13
2781/21 2782/7 2782/8
**routes [1]** 2668/4
**row [1]** 2773/22
**rows [1]** 2802/4
**ruckus [1]** 2776/6
**Rule [1]** 2797/16
**Rule 902 [1]** 2797/16
**running [1]** 2780/13
**rushing [1]** 2705/21

S

**S-214 [4]** 2773/21
2773/22 2774/6
2774/23
**S10e [1]** 2792/4
**S9 [1]** 2791/18
**safe [2]** 2767/10
2784/23
**safely [2]** 2782/14
2785/11
**safest [1]** 2782/8
**safety [4]** 2782/1
2782/8 2783/9 2783/13
**said [59]** 2670/17
2675/11 2675/25
2676/8 2676/22
2677/22 2677/24
2677/25 2683/22
2690/11 2691/12
2694/25 2695/3
2695/12 2695/16
2695/20 2695/23
2696/1 2696/5 2696/5
2696/6 2696/15
2696/19 2696/21
2696/22 2696/24
2697/6 2697/11
2697/16 2701/13
2704/19 2704/21
2706/10 2715/17
2716/21 2717/10
2719/12 2723/21
2725/25 2726/7
2727/21 2727/21
2729/22 2734/6
2735/15 2739/25
2748/11 2748/12
2748/14 2751/11
2756/21 2757/8
2757/11 2757/19
2757/20 2759/15
2764/11 2766/21
2807/25
**sales [1]** 2787/21
**same [13]** 2681/23
2699/13 2702/14
2747/6 2747/6 2749/16

2755/24 2760/7
2765/18 2769/24
2813/24
**Samsung [8]** 2791/8
2791/18 2791/22
2792/1 2792/4 2792/10
2792/20 2816/2
**Samsung Galaxy [1]**
2792/20
**Samsung Galaxy Note
[1]** 2792/1
**Samsung S10e [1]**
2792/4
**SanDisk [3]** 2791/13
2791/15 2791/15
**Sandra [5]** 2792/8
2794/5 2795/8 2796/6
2796/13
**Sandra Parker's [5]**
2792/8 2794/5 2795/8
2796/6 2796/13
**sat [1]** 2748/14
**satisfied [1]** 2742/24
**satisfy [3]** 2766/22
2766/22 2766/24
**save [1]** 2759/7
**saw [13]** 2669/11
2669/13 2669/19
2670/18 2686/2
2725/18 2728/11
2728/15 2751/11
2751/20 2759/23
2762/22 2772/10
**say [26]** 2675/18
2676/24 2680/16
2696/13 2696/18
2696/21 2696/24
2697/6 2704/16 2713/7
2713/18 2719/2
2722/12 2725/11
2725/25 2731/9
2737/11 2745/11
2749/10 2757/19
2764/5 2775/14 2776/6
2776/11 2789/2 2790/1
**saying [13]** 2665/14
2693/22 2718/6
2723/11 2735/19
2736/11 2737/20
2741/7 2760/18
2760/22 2762/16
2765/16 2766/9
**says [9]** 2677/13
2682/12 2683/19
2707/1 2736/3 2736/7
2740/24 2740/25
2816/15
**scared [5]** 2674/22
2675/1 2689/13 2694/5
2694/8
**scene [5]** 2672/21
2728/18 2728/23
2730/13 2730/17
**scheduled [1]** 2808/12
**scott [3]** 2658/10
2658/14 2661/17
**Scott Weinberg [1]**

**screen [3]** 2680/9
2699/20 2779/19
**screening [1]** 2784/16
**screens [1]** 2684/24
**screenshots [2]**
2790/9 2811/18
**screwed [1]** 2672/24
**scroll [2]** 2682/17
2771/9
**search [2]** 2716/3
2790/22
**searches [1]** 2716/6
**seat [2]** 2675/11
2767/19
**seated [5]** 2661/5
2662/3 2738/15 2749/8
2815/25
**second [9]** 2697/19
2743/24 2774/7 2775/9
2781/4 2781/16
2790/18 2806/1 2806/3
**seconds [15]** 2777/14
2780/7 2781/9 2804/5
2804/8 2804/19
2806/24 2807/9
2807/12 2807/15
2807/17 2807/21
2807/23 2808/7
2808/10
**Secret [8]** 2768/15
2768/19 2768/24
2769/5 2769/10
2769/12 2770/18
2772/17
**Secret Service [1]**
2772/17
**secretly [1]** 2676/14
**section [1]** 2806/3
**secure [10]** 2777/19
2777/21 2780/13
2782/15 2782/18
2783/9 2783/21
2784/21 2785/12
2785/14
**secured [3]** 2775/22
2778/3 2813/13
**security [17]** 2663/11
2663/12 2665/6 2667/8
2671/14 2672/8 2725/1
2725/4 2769/4 2775/12
2775/19 2777/22
2778/6 2778/23
2784/15 2785/5 2785/9
**see [34]** 2680/7
2680/15 2680/19
2680/21 2680/22
2682/12 2683/17
2683/19 2684/2 2693/7
2693/11 2693/15
2699/20 2707/9
2728/25 2729/1 2729/1
2729/3 2731/12 2733/5
2743/14 2743/18
2746/3 2754/7 2754/13
2777/5 2777/10
2779/13 2779/20
2780/9 2781/8 2783/12

see... [2] 2809/4
2815/17
seeing [3] 2725/21
2733/15 2735/4
seeking [1] 2817/18
seeks [3] 2771/23
2776/15 2778/24
seem [2] 2724/23
seemed [1] 2730/3
seen [3] 2771/12
2781/21 2783/1
select [2] 2688/15
2688/16
Senate [22] 2772/15
2773/20 2774/5
2774/22 2774/22
2774/23 2774/24
2775/7 2775/10
2775/16 2775/17
2778/9 2778/10
2778/13 2778/13
2778/17 2778/20
2779/16 2780/19
2783/5 2783/7 2783/24
Senate Chamber [10]
2774/5 2774/23
2774/24 2775/10
2778/9 2778/10
2778/13 2778/20
2779/16 2783/24
senators [4] 2667/13
2671/18 2671/19
2775/8
send [1] 2809/3
sends [1] 2809/4
sense [4] 2685/5
2763/6 2763/7 2763/22
sensitive [2] 2744/1
2745/2
sent [4] 2711/16
2719/6 2721/24
2733/17
sentence [6] 2740/2
2740/6 2740/18
2740/25 2741/12
2742/18
sentencing [3] 2741/3
2742/9 2754/16
separate [2] 2670/25
2686/23
separated [3] 2673/15
2673/23 2695/13
separating [1] 2724/25
September [7] 2686/14
2686/21 2686/21
2686/24 2791/17
2791/19 2792/13
September 29th, 2021
[1] 2791/17
September 30th, 2021
[1] 2792/13
September 7th, 2021
[1] 2791/19
Sergeant [3] 2770/14
2772/15 2772/15
series [1] 2732/23
serious [2] 2716/12

serves [1] 2772/9
service [9] 2768/15
2768/19 2768/24
2769/5 2769/10
2769/12 2770/18
2772/17 2787/21
services [1] 2696/2
session [8] 2657/7
2661/3 2687/15 2688/4
2744/18 2744/22
2748/11 2748/14
sessions [1] 2744/21
set [3] 2700/4 2741/2
2745/13
seven [1] 2747/25
several [4] 2703/11
2733/10 2751/2
2752/14
Sharing [1] 2813/13
she [18] 2672/16
2713/1 2713/2 2713/3
2713/4 2713/6 2716/15
2716/21 2717/7
2717/10 2748/3
2752/24 2755/4
2760/22 2812/3 2812/5
2812/8 2815/2
she's [2] 2812/7
2817/2
sheet [1] 2771/16
Shermichael [2]
2796/20 2797/23
Shermichael Singleton
[2] 2796/20 2797/23
Shipley [9] 2658/2
2658/3 2661/15 2739/9
2740/12 2740/13
2747/10 2766/16
2785/24
shirt [1] 2738/6
shortest [2] 2740/2
2740/6
shortly [4] 2662/10
2743/14 2743/19
2815/17
should [6] 2749/10
2775/22 2793/1 2793/8
2803/7 2803/15
show [7] 2718/1
2728/19 2730/10
2802/14 2803/22
2804/16 2806/10
showed [9] 2667/18
2670/5 2690/12
2690/13 2691/17
2755/13 2755/21
2755/25 2758/19
shown [2] 2738/6
2757/15
shows [3] 2803/24
2804/17 2806/11
sic [1] 2764/24
side [16] 2760/7
2760/9 2761/18
2761/18 2761/19
2774/22 2775/16
2775/16 2775/19

2783/6 2783/6 2783/7
2783/7
sides [2] 2760/8
2775/17
Sidlo [2] 2796/22
2797/25
Signal [20] 2688/11
2713/24 2713/25
2719/24 2720/23
2722/22 2723/3 2732/3
2732/14 2732/23
2791/13 2808/19
2808/24 2809/1 2809/5
2809/8 2809/22 2810/9
2811/15 2815/9
Signal app [2] 2713/24
2722/22
signed [2] 2741/7
2816/3
significantly [1]
2709/15
Simcox [1] 2799/25
simulator [1] 2712/12
since [1] 2678/23
singing [1] 2703/24
single [2] 2679/2
2679/4
single-spaced [2]
2679/2 2679/4
Singleton [2] 2796/20
2797/23
singularly [1] 2695/17
sir [39] 2663/25
2679/22 2715/3
2721/10 2729/16
2729/19 2730/18
2738/12 2749/18
2749/22 2750/1 2750/9
2750/16 2750/22
2751/5 2751/21 2752/1
2752/16 2753/12
2754/17 2754/20
2754/22 2755/10
2755/15 2755/20
2755/23 2756/16
2756/21 2757/8
2757/11 2757/20
2758/22 2758/25
2759/14 2759/18
2759/22 2760/3 2760/5
2767/11
sit [2] 2744/24 2748/16
sith [1] 2815/5
sitting [4] 2692/20
2742/5 2755/11
2764/16
situation [2] 2745/22
2775/12
six [4] 2724/16 2731/4
2731/6 2747/25
size [1] 2670/22
skip [1] 2679/5
Slide [2] 2721/16
2721/17
slightly [1] 2743/12
slogan [2] 2735/2
2735/8

slurs [1] 2760/1
smartphone [1]
2676/24
so [185]
So I think [2] 2748/12
2748/15
So it's [1] 2724/23
So this is [2] 2724/11
2724/16
social [2] 2713/23
2713/25
Society [2] 2797/3
2798/6
somber [2] 2675/19
2675/20
some [53] 2663/5
2663/17 2667/13
2667/25 2668/3
2673/14 2673/21
2675/25 2678/15
2688/13 2688/24
2690/3 2700/19
2704/10 2709/10
2709/11 2709/15
2716/11 2717/16
2727/6 2729/25 2730/8
2744/6 2746/9 2747/19
2751/4 2751/11 2752/2
2754/3 2754/23
2758/19 2759/11
2760/25 2763/14
2764/24 2772/16
2775/20 2776/4
2778/12 2778/15
2780/11 2780/16
2780/17 2789/14
2789/17 2790/7
2793/19 2793/21
2794/13 2800/7
2808/16 2812/13
2813/6
someone [9] 2668/8
2680/24 2702/4
2702/20 2704/10
2704/16 2727/22
2804/23 2816/3
something [24] 2666/7
2666/8 2671/22
2677/16 2696/21
2696/24 2701/2 2708/1
2708/4 2708/8 2711/21
2711/22 2715/1 2715/2
2725/21 2737/1
2739/24 2744/2 2758/3
2763/8 2763/11
2766/21 2816/18
2817/11
somewhat [2] 2772/9
2778/17
somewhere [2]
2740/10 2752/13
soon [1] 2807/3
SoRelle [3] 2799/19
2814/22 2814/24
SoRelle's [1] 2791/20
sorry [13] 2682/20
2684/24 2694/17

sort [11] 2663/5
2667/25 2668/16
2689/4 2746/10
2746/17 2747/18
2747/18 2748/11
2778/13 2784/15
2784/18
sound [5] 2670/4
2678/12 2713/16
2714/19 2729/10
sounds [2] 2738/25
2744/10
source [1] 2789/17
sources [5] 2789/14
2790/1 2790/2 2796/17
2797/19
spaced [2] 2679/2
2679/4
Spam [1] 2717/14
speak [3] 2665/2
2690/8 2770/16
speakers [4] 2671/25
2672/4 2672/8 2672/15
speaking [1] 2671/11
Special [9] 2767/15
2786/11 2787/13
2788/15 2788/18
2788/22 2797/17
2808/11 2817/24
Special Agent [9]
2767/15 2786/11
2787/13 2788/15
2788/18 2788/22
2797/17 2808/11
2817/24
specific [2] 2687/16
2700/9
specifically [11]
2664/1 2686/22
2687/10 2760/17
2770/6 2775/20 2796/9
2797/17 2801/10
2803/4 2803/19
specifics [2] 2752/6
2782/17
speculation [1]
2746/18
spell [1] 2787/10
spelling [1] 2768/9
spent [2] 2713/21
2789/2
spoke [7] 2663/17
2666/17 2666/20
2668/22 2668/25
2738/17 2750/23
spoken [1] 2750/25
spots [2] 2673/21
spread [3] 2672/23
2673/2 2674/5
spreadsheets [1]
2801/25
Stacy [1] 2799/17
staff [1] 2784/18
stage [1] 2667/22

**S**

**stairs [5]** 2703/5
2725/25 2780/10
2780/12 2780/18
**stand [6]** 2662/17
2667/20 2667/22
2673/12 2750/24
2814/3
**stands [4]** 2665/24
2743/20 2744/10
2818/3
**start [10]** 2662/24
2682/10 2685/2 2749/9
2768/8 2772/5 2776/25
2780/3 2787/24
2793/19
**started [10]** 2672/23
2673/2 2674/5 2687/7
2688/21 2704/13
2704/19 2704/21
2787/15 2788/1
**state [8]** 2768/21
2771/15 2771/18
2771/20 2772/10
2772/13 2785/2
2787/10
**state's [1]** 2775/5
**stated [1]** 2708/6
**statement [19]**
2706/16 2706/17
2707/4 2707/23
2708/15 2710/18
2723/24 2725/23
2726/4 2727/15 2749/4
2752/18 2753/9
2763/15 2763/19
2763/24 2764/5 2764/8
2764/13
**states [21]** 2657/1
2657/3 2657/10 2661/8
2700/15 2707/1
2707/15 2707/18
2753/25 2768/15
2768/18 2768/23
2769/6 2770/19
2770/22 2773/17
2773/23 2774/12
2774/19 2776/19
2799/24
**stating [1]** 2768/9
**statute [1]** 2700/20
**statutes [1]** 2700/9
**Steal [4]** 2671/22
2672/1 2672/4 2814/20
**Steel [1]** 2799/13
**Steele [1]** 2799/17
**step [6]** 2743/24
2767/9 2772/22 2786/6
2815/9 2815/20
**Stephen [1]** 2799/10
**steps [4]** 2702/5
2704/12 2705/12
2749/15
**Stewart [34]** 2735/15
2749/17 2749/20
2765/22 2766/9 2791/3
2796/4 2796/12
2803/24 2804/4 2804/7

2805/9 2805/11
2805/12 2805/12
2805/19 2806/11
2806/23 2807/4 2807/9
2807/14 2807/21
2808/2 2808/7 2808/9
2809/9 2810/23 2811/2
2812/21 2813/16
2814/13 2814/23
**Stewart Rhodes [29]**
2735/15 2749/17
2749/20 2765/22
2766/9 2796/12
2803/24 2804/4 2804/7
2804/13 2804/18
2805/9 2805/11
2805/12 2805/12
2805/19 2806/11
2806/23 2807/4 2807/9
2807/14 2807/21
2808/2 2808/7 2808/9
2810/23 2812/21
2813/16 2814/13
**Stewart Rhodes' [5]**
2791/3 2796/4 2809/9
2811/2 2814/23
**stick [2]** 2749/24
2759/19
**still [14]** 2672/18
2688/11 2688/13
2689/2 2704/6 2717/5
2724/7 2724/19 2725/8
2764/22 2780/14
2782/19 2783/5 2784/7
**stipulation [13]**
2776/17 2779/3
2792/23 2792/24
2793/1 2793/22 2799/1
2799/4 2816/3 2816/20
2817/4 2817/6 2817/10
**stipulations [4]**
2790/17 2798/22
2798/24 2816/25
**Stone [4]** 2814/5
2814/6 2814/7 2814/8
**Stone's [2]** 2791/12
2809/15
**stood [3]** 2703/11
2703/12 2708/9
**stop [8]** 2671/22
2672/1 2672/4 2696/7
2727/16 2762/19
2763/1 2814/20
**stopped [1]** 2775/6
**stopping [7]** 2696/19
2697/2 2697/7 2697/11
2725/19 2725/21
2765/7
**Street [2]** 2657/17
2658/16
**strike [1]** 2700/18
**strongly [1]** 2784/12
**struggle [1]** 2776/7
**student [1]** 2736/22
**stuff [5]** 2714/3
2717/18 2752/7 2758/6
2760/23

**SUAREZ [1]** 2656/10
**subpoena [1]** 2790/23
**subpoenas [1]** 2793/5
**substances [1]** 2785/8
**such [3]** 2664/6
2803/12 2803/15
**suggestion [1]** 2816/9
**suit [1]** 2758/6
**Suite [2]** 2658/12
2658/17
**summaries [1]**
2803/10
**summary [8]** 2801/20
2802/7 2803/3 2803/9
2803/11 2803/15
2803/16 2810/8
**summer [3]** 2688/2
2745/12 2748/12
**supporter [1]** 2761/16
**supporters [2]** 2761/14
2761/25
**suppose [1]** 2747/19
**supposed [4]** 2773/16
2773/19 2773/20
2774/2
**sure [23]** 2667/18
2669/23 2669/24
2685/22 2695/5 2716/2
2725/10 2727/17
2742/14 2743/25
2755/3 2757/17 2762/3
2768/1 2779/25
2780/11 2781/15
2782/7 2784/25
2787/12 2788/6
2806/22 2808/25
**surrounding [1]**
2691/9
**surveillance [2]**
2789/19 2799/2
**sustained [3]** 2710/15
2710/20 2742/12
**swear [1]** 2816/5
**sweep [2]** 2785/9
2785/14
**sweeps [3]** 2784/15
2785/5 2785/7
**switch [2]** 2675/7
2701/23
**swore [5]** 2682/1
2684/7 2709/20
2710/12 2710/22
**SWORN [3]** 2662/17
2768/2 2787/2
**system [1]** 2692/1

**T**

**table [5]** 2742/5 2743/3
2803/20 2806/10
2806/11
**tabs [1]** 2802/4
**take [21]** 2664/22
2681/18 2681/20
2681/23 2682/18
2684/12 2706/22
2727/6 2731/18
2737/25 2740/22
2743/11 2748/20

2783/16 2790/8 2790/9
2790/18 2811/18
2815/14
**taken [2]** 2785/7
2790/11
**taking [3]** 2683/16
2693/1 2740/21
**talk [25]** 2666/10
2667/17 2667/24
2671/9 2675/8 2676/21
2684/21 2688/7
2688/19 2690/4
2692/13 2697/16
2701/24 2719/20
2721/20 2728/14
2738/24 2746/24
2750/10 2759/11
2760/24 2804/15
2807/2 2807/4 2808/16
**talkative [1]** 2675/21
**talked [18]** 2667/4
2667/6 2667/8 2667/24
2668/4 2668/19 2671/5
2678/4 2691/6 2693/2
2694/20 2711/19
2712/3 2719/24 2721/6
2725/14 2746/4 2755/4
**talking [15]** 2662/24
2663/7 2667/20 2689/2
2694/2 2696/6 2697/9
2717/18 2730/5
2735/16 2737/11
2752/4 2757/1 2762/14
2817/19
**talking, [1]** 2693/18
**talking, right [1]**
2693/18
**Tampa [2]** 2692/18
2697/25 2698/3
**Tar [1]** 2734/12
**Tarrio [3]** 2815/3
2815/4 2815/6
**tasked [2]** 2769/18
2770/9
**Taylor [1]** 2791/16
**Taylor's [1]** 2791/15
**team [7]** 2711/25
2715/3 2715/5 2715/13
2716/5 2716/9 2787/20
**techniques [1]** 2788/8
**technology [1]**
2787/17
**telephone [2]** 2715/23
2792/20
**telephones [1]** 2791/2
**tell [22]** 2676/4 2676/6
2676/18 2681/10
2682/2 2682/4 2684/7
2684/10 2693/24
2697/10 2697/10
2710/11 2739/4
2740/23 2743/4 2745/8
2745/25 2763/2 2764/9
2767/1 2804/22
2805/14
**telling [3]** 2745/16

**ten [2]** 2670/17 2780/7
**ten seconds [1]**
2780/7
**tend [1]** 2749/24
**term [6]** 2665/21
2665/24 2712/17
2735/20 2737/2
2739/19
**terminology [1]** 2737/8
**terms [4]** 2665/15
2700/5 2760/7 2784/21
**testified [13]** 2662/17
2681/17 2685/23
2686/9 2687/20
2701/17 2701/17
2701/20 2706/8
2713/20 2722/22
2778/8 2795/22
**testify [5]** 2745/4
2746/2 2747/12
2750/17 2750/20
**testifying [6]** 2681/11
2685/25 2739/14
2740/1 2741/14
2746/25
**testimony [29]** 2662/7
2678/3 2682/13
2682/19 2683/13
2684/4 2684/6 2684/9
2686/11 2687/7 2688/1
2694/19 2696/9
2739/20 2739/22
2743/5 2743/18
2744/12 2746/4
2748/14 2766/18
2766/25 2767/10
2786/6 2800/17
2803/14 2803/15
2815/22 2817/24
**text [7]** 2714/23
2721/21 2724/19
2724/24 2725/4
2725/18 2815/10
**texted [3]** 2713/11
2721/19
**than [10]** 2673/24
2684/9 2697/19 2703/1
2703/2 2744/17
2747/20 2748/8
2805/20 2811/14
**Thank [36]** 2662/14
2683/8 2684/13
2684/17 2711/2 2711/3
2726/20 2738/22
2739/7 2740/14
2743/14 2749/13
2754/4 2756/5 2757/23
2767/10 2767/18
2767/22 2772/22
2773/14 2774/9
2783/17 2786/5 2786/7
2786/14 2786/16
2790/15 2793/11
2800/4 2800/11 2801/4
2803/7 2810/2
2815/22 2817/12
2818/2

**Thank you [27]** 2662/14 2683/8
2684/13 2684/17
2711/2 2711/3 2726/20
2739/7 2740/14 2754/4
2756/5 2767/10
2767/22 2772/22
2773/14 2774/9
2783/17 2786/16
2790/15 2793/11
2800/4 2800/11
2803/17 2810/2
2815/22 2817/12
2818/2
**Thanks [1]** 2750/4
**that [611]**
**that it [1]** 2686/6
**that's [46]** 2667/14
2667/15 2668/8 2670/1
2670/4 2671/10
2671/14 2671/16
2676/24 2690/22
2692/10 2694/11
2696/9 2700/8 2702/14
2705/22 2705/24
2710/22 2712/12
2723/14 2731/12
2734/6 2738/10 2741/9
2744/24 2746/4 2747/6
2747/8 2747/20
2747/22 2748/17
2767/3 2773/25
2776/14 2779/19
2779/22 2780/24
2781/11 2785/16
2785/19 2796/8
2800/14 2803/11
2814/23 2817/8
2817/21
**their [10]** 2672/8
2689/11 2704/24
2731/9 2770/13
2775/21 2776/2 2776/3
2778/1 2783/15
**them [44]** 2670/4
2674/3 2678/10
2681/10 2685/5
2685/21 2688/16
2688/18 2690/8
2695/16 2695/18
2695/18 2697/10
2709/3 2711/16
2715/18 2721/20
2729/23 2731/8 2734/7
2734/7 2734/7 2734/12
2734/12 2736/8 2736/8
2736/8 2751/7 2751/15
2751/17 2751/18
2755/2 2756/2 2759/5
2770/11 2770/11
2772/17 2773/4
2777/19 2784/15
2803/12 2806/18
2813/6 2816/25
**then [50]** 2670/24
2671/1 2676/1 2677/24
2683/4 2685/8 2685/14

2697/14 2704/13
2704/19 2705/21
2708/5 2708/17
2709/16 2714/9 2716/8
2718/15 2718/25
2719/8 2719/12 2723/5
2731/21 2733/17
2735/20 2736/7
2736/17 2743/6
2744/22 2744/22
2750/15 2755/13
2756/17 2756/22
2757/1 2757/6 2757/19
2758/5 2766/4 2766/7
2774/24 2778/18
2779/16 2789/2 2804/3
2804/6 2807/10
2807/18 2808/8
**there [128]** 2663/1
2663/4 2663/8 2663/12
2663/13 2663/17
2663/17 2663/20
2663/23 2664/8
2664/11 2664/15
2665/6 2665/11
2666/17 2666/23
2667/17 2667/25
2669/1 2670/17 2671/1
2671/21 2671/22
2671/25 2672/3
2672/18 2672/19
2672/23 2674/16
2674/16 2674/18
2674/18 2674/20
2675/3 2675/3 2679/11
2680/15 2682/12
2684/2 2686/25 2687/1
2688/2 2692/20
2692/23 2693/11
2693/13 2695/1 2695/3
2695/7 2695/7 2695/12
2696/1 2696/2 2698/3
2698/8 2703/8 2703/8
2703/11 2703/12
2703/16 2703/18
2703/21 2704/9 2705/4
2705/6 2705/11
2705/21 2706/12
2707/7 2710/7 2715/20
2716/22 2722/3
2728/14 2728/16
2738/5 2742/13 2744/9
2744/15 2744/17
2744/20 2744/20
2744/22 2744/25
2745/2 2745/8 2747/16
2748/1 2748/7 2748/8
2751/2 2751/22
2754/14 2759/3
2765/16 2771/8
2774/22 2775/4 2775/4
2775/11 2775/19
2775/23 2776/7
2777/15 2777/25
2778/22 2782/22
2783/1 2783/2 2783/6
2783/7 2783/12

2784/13 2784/14
2785/1 2785/6 2785/7
2785/8 2785/8 2802/4
2804/23 2809/21
2810/20 2816/5 2816/6
2816/16
**there's [15]** 2716/11
2719/12 2720/6
2742/13 2744/5
2745/22 2746/15
2748/13 2748/19
2778/17 2778/17
2779/14 2782/4 2816/8
2817/15
**therein [1]** 2708/6
**these [28]** 2661/20
2672/7 2704/24
2716/11 2716/15
2719/2 2721/19 2722/8
2744/25 2751/6
2751/23 2758/10
2775/24 2777/16
2777/22 2779/15
2779/17 2780/23
2784/22 2785/4
2794/13 2798/23
2802/8 2803/9 2806/6
2810/10 2810/11
2816/24
**they [61]** 2663/10
2668/15 2669/21
2670/10 2670/14
2671/7 2673/23 2690/6
2690/6 2690/8 2690/9
2690/10 2690/12
2692/7 2694/14
2697/15 2705/19
2709/2 2715/12
2715/24 2717/18
2720/18 2725/12
2744/7 2748/5 2751/10
2751/17 2752/4 2752/5
2752/7 2759/4 2761/25
2770/10 2775/6 2775/6
2775/16 2775/22
2776/13 2777/17
2777/18 2777/19
2778/4 2782/14
2782/23 2782/24
2784/3 2784/17 2785/9
2794/15 2794/21
2794/23 2796/1 2796/2
2798/25 2801/24
2801/25 2802/2
2803/13 2812/15
2813/15 2814/1
**they're [3]** 2776/3
2777/18 2816/15
**thing [1]** 2669/13
**things [23]** 2665/19
2667/4 2682/7 2703/21
2708/18 2709/3
2715/18 2725/2
2733/10 2737/7
2737/12 2737/16
2751/22 2751/24
2752/2 2758/9 2758/10

2780/12 2788/7 2788/9
2788/10
**think [47]** 2668/3
2670/17 2675/11
2676/22 2687/17
2687/22 2693/9 2694/5
2704/8 2715/12
2721/14 2726/3
2727/25 2737/4
2740/12 2744/5 2744/8
2744/20 2746/11
2746/12 2746/13
2747/8 2747/10
2747/17 2748/9
2748/11 2748/12
2748/13 2748/15
2751/6 2751/14 2761/6
2761/9 2761/12
2761/17 2761/20
2762/1 2762/5 2764/11
2766/1 2766/24 2767/1
2775/5 2800/22 2801/1
2816/10 2817/21
**third [1]** 2719/8
**this [202]**
**this point [1]** 2779/21
**this time [1]** 2777/8
**Thomas [6]** 2791/8
2791/10 2793/23
2794/15 2794/20
2809/11
**Thomas Caldwell's [6]**
2791/8 2791/10
2793/23 2794/15
2794/20 2809/11
**thorough [1]** 2785/14
**those [48]** 2664/2
2668/25 2669/19
2670/7 2678/19
2686/20 2687/2
2689/22 2693/1
2696/18 2700/12
2702/8 2705/9 2705/9
2705/11 2705/15
2705/17 2708/9
2708/18 2709/20
2724/7 2725/6 2745/12
2745/21 2746/19
2750/23 2751/4
2751/14 2752/2 2752/9
2755/1 2766/18
2770/21 2777/5
2779/13 2779/13
2789/14 2789/25
2790/7 2790/10
2790/19 2793/19
2797/14 2797/18
2798/24 2801/24
2809/22 2813/24
**though [5]** 2664/25
2693/21 2702/23
2713/18 2723/3
**thought [13]** 2663/17
2663/20 2663/23
2664/1 2667/12 2669/6
2675/3 2700/13
2715/14 2727/22

**Thousands [1]** 2809/7
**thread [2]** 2812/13
2815/6
**threads [1]** 2813/25
**three [9]** 2687/23
2687/23 2687/23
2719/6 2795/4 2795/12
2795/17 2804/8 2805/7
**through [35]** 2682/17
2684/25 2691/1
2747/24 2756/2 2756/4
2756/7 2779/17
2784/15 2793/5
2794/16 2794/18
2794/21 2794/23
2795/4 2795/6 2795/14
2795/17 2797/19
2797/22 2798/2 2798/4
2798/8 2798/10
2798/13 2798/23
2803/4 2804/2 2806/5
2806/18 2806/19
2806/20 2807/18
2808/22 2810/10
**throughout [1]** 2804/9
**thumb [2]** 2734/7
2791/13
**tied [1]** 2814/10
**tightly [1]** 2673/21
**till [1]** 2724/8
**time [38]** 2669/13
2678/4 2678/10 2685/9
2685/20 2692/11
2697/22 2698/8
2701/12 2702/23
2711/1 2724/9 2729/4
2730/19 2732/22
2742/8 2759/6 2759/19
2761/1 2762/17
2767/10 2770/2 2770/3
2770/24 2773/16
2774/14 2775/14
2775/23 2776/10
2777/8 2777/10
2780/16 2783/15
2783/23 2786/5 2793/4
2793/4 2802/19
**times [16]** 2678/7
2687/14 2687/19
2687/23 2713/15
2717/11 2717/12
2744/5 2744/11
2744/13 2748/7
2750/12 2750/23
2797/7 2798/11
2800/17
**timestamp [1]** 2780/1
**tips [1]** 2789/18
**title [3]** 2682/12 2707/4
2768/16
**titled [3]** 2810/15
2811/10 2819/4
**today [9]** 2678/4
2681/23 2684/10
2688/1 2706/8 2744/12
2755/4 2764/16 2816/7
**together [4]** 2736/17

2843

**together... [3]** 2736/18
2736/18 2805/13
**told [30]** 2663/10
2666/14 2667/14
2668/15 2672/6
2676/15 2676/17
2681/7 2681/7 2685/3
2692/7 2692/10
2693/10 2694/5
2694/14 2701/12
2705/24 2709/3
2712/24 2717/10
2727/14 2733/22
2738/19 2749/20
2749/23 2752/12
2757/6 2758/2 2761/1
2761/5
**too [3]** 2666/22
2695/10 2717/21
**too low [1]** 2717/21
**took [8]** 2668/13
2676/1 2679/15 2682/1
2684/10 2708/12
2750/24 2816/25
**top [1]** 2704/12
**topic [1]** 2765/20
**touch [3]** 2684/23
2688/13 2778/4
**touched [1]** 2751/20
**towards [1]** 2710/5
**track [2]** 2720/15
2720/18
**trained [1]** 2788/7
**training [7]** 2681/10
2787/21 2788/2 2788/5
2788/11 2788/12
2788/14
**trainings [1]** 2788/9
**transcript [7]** 2657/9
2682/19 2683/12
2686/2 2755/14
2755/19 2819/3
**trapped [1]** 2783/10
**traveled [3]** 2664/4
2666/18 2811/5
**traveling [1]** 2670/22
**travels [1]** 2767/10
**treason [1]** 2760/23
**treat [1]** 2793/1
**trial [20]** 2657/9
2744/18 2744/19
2744/20 2744/21
2744/25 2745/3
2745/13 2745/18
2746/2 2746/7 2747/5
2747/5 2747/7 2747/13
2747/14 2747/19
2748/10 2801/11
2803/12
**trials [5]** 2744/14
2744/16 2745/23
2746/2 2746/5
**tried [4]** 2696/15
2732/16 2746/20
2746/20
**trip [3]** 2662/25
2666/11 2673/18

**Troy [2]** 2657/16
2661/13
**Troy Edwards [1]**
2661/13
**truck [6]** 2669/14
2670/25 2671/1
2675/12 2755/8 2755/9
**true [3]** 2677/12
2708/18 2709/21
**Trump [13]** 2671/10
2673/3 2673/12
2731/20 2733/6
2734/24 2735/13
2735/15 2735/19
2761/14 2761/16
2761/25 2814/10
**Trump's [1]** 2722/13
**TruNews [2]** 2797/5
2798/8 2798/18
**truth [12]** 2681/20
2682/2 2682/5 2684/7
2684/10 2693/24
2697/10 2743/4 2764/9
2764/20 2767/1
2799/13
**try [10]** 2710/17
2727/16 2729/23
2740/2 2741/12
2742/14 2746/24
2762/19 2763/22
2764/9
**trying [13]** 2726/15
2726/17 2727/4
2731/15 2740/6 2761/8
2761/9 2761/12
2761/17 2764/12
2764/17 2766/14
2781/20
**tune [1]** 2725/15
**turn [4]** 2800/16
2811/8 2813/4 2814/2
**turned [1]** 2706/14
**TV [1]** 2665/18
**tweet [1]** 2722/13
**twice [4]** 2686/17
2687/18 2687/19
2748/15
**Twitter [1]** 2799/16
**two [24]** 2670/24
2686/23 2687/19
2692/23 2695/12
2695/12 2696/22
2698/6 2700/9 2702/4
2702/8 2704/12
2744/21 2748/21
2754/15 2755/22
2771/8 2791/15
2794/23 2795/6
2796/10 2804/5
2805/13 2806/19
**types [1]** 2752/6
**typically [2]** 2801/24
2802/2

**U**

**U.S [3]** 2657/16
2709/11 2709/13

2737/7 2737/13
2737/16 2772/19
2775/25 2779/4
**U.S. Capitol [3]**
2709/16 2772/19
2775/25
**U.S. Capitol Police [1]**
2779/4
**U.S. Government [3]**
2737/7 2737/13
2737/16
**ultimately [1]** 2785/18
**unauthorized [5]**
2776/8 2777/23
2780/18 2783/14
2784/14
**unaware [2]** 2672/16
2722/5
**unconstitutional [3]**
2737/8 2737/12
2762/18
**under [7]** 2754/16
2767/17 2786/13
2797/16 2798/18
2805/5 2815/2
**undergo [1]** 2788/2
**underlying [2]** 2802/13
2802/16
**understand [7]** 2721/2
2735/7 2735/17 2737/2
2741/17 2742/4
2742/17
**understanding [14]**
2709/2 2735/11
2735/13 2753/2
2766/10 2773/6 2775/3
2782/20 2782/23
2782/25 2783/2 2784/1
2784/3 2785/17
**understood [6]**
2665/24 2700/19
2701/1 2736/14
2746/23 2801/3
**undisputed [1]** 2793/1
**unhappy [1]** 2743/6
**unique [1]** 2745/22
**UNITED [20]** 2657/1
2657/3 2657/10 2661/8
2700/15 2707/1
2707/15 2707/18
2768/15 2768/18
2768/23 2769/6
2770/19 2770/22
2773/17 2773/23
2774/12 2774/19
2776/19 2799/24
**United States [15]**
2707/1 2707/15
2707/18 2768/15
2768/18 2768/23
2769/6 2770/19
2770/22 2773/17
2773/23 2774/12
2774/19 2776/19
2799/24
**United States Code [1]**
2700/15

2661/8
**unknown [4]** 2775/20
2777/16 2780/17
2785/4
**unlawful [1]** 2709/16
**unpack [1]** 2742/13
**until [6]** 2705/14
2722/13 2722/16
2722/19 2725/9
2725/14
**untruthful [2]** 2694/10
2726/15
**up [52]** 2667/6 2667/18
2671/18 2673/12
2674/1 2677/16 2680/6
2682/9 2684/6 2687/12
2690/12 2690/13
2691/17 2695/17
2696/22 2699/8
2699/11 2703/5 2703/8
2704/13 2706/21
2711/4 2717/25
2718/16 2721/14
2721/17 2724/2 2725/7
2725/9 2727/1 2727/3
2727/4 2728/4 2732/17
2734/8 2735/14 2736/2
2738/4 2740/12
2740/13 2746/8
2752/17 2755/16
2771/6 2779/1 2782/6
2790/14 2800/16
2801/14 2809/25
2816/7 2817/25
**updates [2]** 2775/12
2775/24
**Upmore [1]** 2799/12
**upon [2]** 2741/1
2773/19
**upper [1]** 2777/11
**upset [2]** 2719/15
2719/17
**upsets [1]** 2743/5
**us [9]** 2666/14 2672/24
2685/3 2694/5 2695/8
2724/7 2763/18
2766/24 2782/3
**usdoj.gov [2]** 2657/19
2657/20
**use [6]** 2720/24
2721/12 2733/23
2734/2 2771/17
2812/13
**used [8]** 2720/25
2721/1 2721/2 2737/1
2758/10 2800/22
2810/12 2816/13
**uses [1]** 2802/14
**usually [1]** 2790/8
**utilize [1]** 2771/15
**utilized [1]** 2771/20

**V**

**V.1 [1]** 2795/19
**V.2 [3]** 2794/23 2795/6
2796/10
**V.3 [1]** 2794/18

**vague [1]** 2690/22
**Vallejo [8]** 2658/15
2661/11 2661/18
2738/24 2739/4
2758/18 2809/18
2810/19
**Vallejo's [2]** 2765/21
2792/15
**van [1]** 2751/17
**Vandersteel [1]**
2799/13
**variety [1]** 2788/7
**various [2]** 2798/18
2810/11
**vehicles [7]** 2777/5
2777/6 2777/20
2777/21 2778/5 2778/5
2778/6
**version [1]** 2800/24
**versus [4]** 2661/9
2707/1 2707/15
2707/18
**very [14]** 2662/14
2672/21 2675/21
2681/23 2685/11
2688/23 2743/14
2762/10 2786/5
2786/16 2800/11
2802/3 2810/2 2814/9
**Vetted [5]** 2714/15
2714/22 2723/8
2724/11 2725/8
**vetting [2]** 2715/14
2715/16
**via [1]** 2698/9
**Vice [32]** 2734/9
2768/21 2769/5
2770/21 2770/24
2771/1 2771/17
2772/18 2773/4 2773/7
2773/16 2773/25
2774/11 2774/16
2775/8 2777/6 2777/7
2777/24 2778/7
2779/15 2779/23
2780/10 2780/14
2780/21 2781/10
2781/13 2781/23
2781/24 2782/22
2783/8 2783/9 2784/6
**Vice President [13]**
2773/16 2775/8 2777/7
2780/14 2780/21
2781/10 2781/13
2781/23 2781/24
2782/22 2783/8
2783/19 2784/6
**Vice President Michael Pence [1]** 2773/4
**Vice President Pence [3]** 2771/1 2773/7
2774/11
**Vice President's [8]**
2773/25 2774/16
2777/6 2777/24 2778/7
2779/15 2779/23
2780/10

2844

**V**

**video [41]** 2683/23
2712/7 2712/9 2712/17
2729/12 2733/17
2733/20 2733/22
2734/2 2738/6 2748/2
2757/4 2757/7 2758/20
2758/23 2759/2 2777/2
2777/10 2779/20
2780/1 2780/5 2781/1
2781/8 2781/14
2782/11 2795/9
2795/19 2797/19
2797/22 2798/16
2798/18 2799/6 2799/8
2799/9 2799/10
2799/11 2799/12
2799/14 2799/22
2799/23 2799/25

**video's [1]** 2799/17

**videoconference [1]**
2698/9

**videos [21]** 2713/21
2789/10 2789/15
2789/16 2789/23
2790/3 2790/7 2790/9
2790/11 2793/16
2793/20 2794/18
2794/23 2795/6
2795/14 2795/23
2796/10 2796/12
2796/17 2798/11
2799/20

**view [2]** 2777/2 2777/3

**violence [4]** 2663/11
2669/4 2669/6 2680/18

**Virginia [4]** 2670/11
2670/14 2671/7
2756/12

**visit [3]** 2770/10
2771/18 2772/18

**visiting [2]** 2770/19
2773/7

**visits [1]** 2770/9

**visual [1]** 2727/6

**voices [1]** 2762/25

**voir [1]** 2746/21

**voluminous [2]** 2802/2
2803/10

**vote [11]** 2696/7
2696/19 2697/2 2697/7
2697/11 2701/13
2725/19 2725/22
2725/23 2726/9
2762/17

**votes [4]** 2773/10
2775/4 2775/5 2784/4

**vs [1]** 2657/5

**W**

**wait [1]** 2740/23

**wake [1]** 2667/6

**walk [6]** 2673/5
2673/14 2674/5
2779/14 2804/2
2806/20

**walked [2]** 2703/5
2729/14

**walken [2]** 2799/5
2799/16

**walking [4]** 2673/18
2760/24 2780/10
2780/11

**wandered [1]** 2729/17

**wandering [2]** 2729/20
2729/21

**want [34]** 2662/11
2662/24 2666/10
2671/9 2677/15
2684/21 2684/25
2689/15 2689/17
2689/19 2697/16
2701/24 2721/20
2724/5 2727/6 2727/17
2740/21 2742/14
2744/14 2745/1 2745/1
2747/17 2755/16
2758/9 2770/16
2772/21 2775/14
2777/19 2778/3 2778/3
2783/9 2792/23 2803/8
2806/18

**wanted [14]** 2680/24
2690/4 2727/16 2744/2
2749/1 2749/11
2761/21 2761/22
2763/21 2764/9
2765/17 2766/11
2806/6 2816/25

**warned [1]** 2682/4

**warrant [1]** 2790/23

**warrants [1]** 2793/5

**was [309]**

**Washington [5]** 2657/5
2657/17 2658/17
2722/3 2788/19

**wasn't [15]** 2673/12
2674/1 2674/18
2675/23 2688/23
2695/10 2697/23
2710/12 2719/17
2725/14 2737/17
2745/6 2762/3 2764/23
2809/21

**watch [4]** 2665/18
2733/20 2733/22
2734/2

**watching [1]** 2713/21

**Watkins [5]** 2800/3
2812/2 2812/4 2812/6
2813/20

**Watkins' [3]** 2792/10
2794/7 2795/11

**way [7]** 2667/18 2718/8
2743/5 2747/12
2774/24 2775/21
2800/6

**we [162]** 2661/22
2676/24 2677/16
2680/5 2680/5 2680/21
2684/12 2684/15
2686/2 2692/11
2697/16 2699/8
2699/11 2699/15
2704/12 2704/12
2704/14 2706/12

2708/20 2713/18
2714/22 2716/11
2716/14 2717/7
2717/25 2718/22
2719/9 2720/23
2721/14 2721/16
2721/21 2721/24
2722/2 2724/2 2724/8
2724/9 2724/9 2724/25
2725/2 2725/7 2725/18
2728/4 2729/23
2731/21 2731/24
2731/25 2733/6 2733/7
2734/6 2734/16
2734/16 2734/16
2735/10 2736/7
2736/17 2736/17
2736/18 2740/9
2740/16 2743/10
2743/11 2743/13
2744/24 2746/4 2746/8
2746/9 2746/20
2746/20 2746/24
2748/15 2749/9
2749/23 2750/2
2750/10 2750/12
2750/23 2751/16
2752/17 2752/20
2753/13 2754/12
2755/24 2756/10
2762/5 2762/10
2762/19 2762/25
2763/1 2763/7 2764/23
2765/12 2768/20
2769/18 2770/9 2771/6
2771/15 2771/16
2771/17 2773/11
2773/12 2773/19
2774/8 2775/15
2776/24 2777/13
2777/20 2778/1 2778/2
2778/3 2778/7 2779/1
2780/3 2780/6 2780/9
2780/14 2780/16
2780/25 2782/1 2782/2
2782/2 2782/2 2782/6
2782/6 2782/7 2782/10
2783/5 2783/5 2783/8
2783/9 2783/14
2783/14 2783/16
2783/21 2784/12
2784/15 2784/16
2785/10 2788/7
2789/16 2790/8
2790/13 2792/24
2800/6 2801/13
2802/10 2803/20
2805/16 2809/25
2810/10 2811/3 2811/8
2811/13 2811/18
2812/10 2813/4 2814/2
2815/15 2815/17
2816/22 2817/23

**we didn't [2]** 2744/24
2749/23

**we will [4]** 2724/9
2731/21 2815/15

**we'll [9]** 2676/20
2679/22 2682/10
2685/2 2706/21
2731/18 2743/18
2800/16 2806/1

**we're [9]** 2662/6
2682/17 2683/16
2696/7 2702/2 2745/19
2781/2 2806/5 2817/10

**we've [5]** 2691/6
2800/22 2800/24
2801/1 2817/1

**weapons [5]** 2738/5
2738/11 2738/19
2739/5 2751/3

**wear [2]** 2664/9 2667/4

**wearing [1]** 2760/2

**website [3]** 2717/20
2717/23 2717/24

**weed [1]** 2746/21

**week [1]** 2687/10

**weeks [4]** 2687/9
2687/9 2687/11 2688/8

**weighs [1]** 2751/8

**weight [3]** 2704/24
2705/14 2803/12

**Weinberg [5]** 2658/10
2658/11 2661/17
2711/4 2765/5

**weird [1]** 2715/12

**welcome [7]** 2662/4
2662/12 2725/8
2725/11 2767/7
2786/15 2786/18

**well [37]** 2664/18
2671/18 2674/12
2680/4 2685/2 2685/22
2696/12 2699/1
2706/10 2706/21
2707/14 2716/5
2717/25 2719/12
2720/21 2722/12
2725/7 2735/14 2736/2
2739/25 2742/9 2745/6
2745/15 2749/23
2753/5 2762/10 2764/5
2765/16 2768/20
2768/21 2769/20
2769/21 2776/4
2779/23 2785/5
2785/11 2789/25

**went [14]** 2691/14
2692/15 2723/25
2728/10 2728/21
2742/1 2744/23
2746/10 2747/24
2749/16 2750/15
2751/1 2766/13
2774/22

**were [215]**

**weren't [4]** 2670/10
2670/14 2689/2
2707/14

**west [3]** 2775/19
2775/21 2783/6

**West Lawn [1]**
2775/21

**Western [1]** 2791/10

**Western Digital [1]**
2791/10

**wet [1]** 2734/2

**what [143]** 2664/8
2664/25 2667/1 2667/1
2667/4 2667/14
2667/25 2667/25
2670/5 2670/20
2671/17 2672/6 2675/2
2676/24 2681/7 2692/3
2692/10 2693/10
2693/22 2698/22
2698/24 2699/1 2699/5
2700/19 2701/10
2701/23 2710/11
2710/22 2712/9 2713/2
2715/16 2726/6 2726/7
2731/24 2732/5 2734/1
2734/6 2734/23 2735/7
2736/7 2737/2 2737/15
2740/5 2741/22 2744/7
2745/24 2746/19
2746/20 2747/20
2748/25 2751/19
2752/2 2752/7 2753/2
2753/23 2756/17
2758/5 2759/1 2759/23
2760/6 2760/15
2760/18 2760/21
2761/6 2761/15
2761/21 2761/22
2762/1 2762/16
2762/22 2762/23
2763/2 2764/5 2764/19
2765/13 2765/14
2768/16 2768/18
2769/8 2769/15
2769/17 2770/2 2770/5
2771/14 2772/7
2772/24 2773/6
2773/16 2774/6
2774/14 2775/1 2775/6
2777/2 2777/10
2777/18 2778/1 2780/1
2780/9 2781/20
2782/20 2782/20
2782/25 2783/1
2783/12 2783/15
2784/1 2784/1 2784/17
2784/20 2784/21
2785/13 2787/19
2788/4 2788/17
2789/10 2789/14
2789/23 2792/23
2794/3 2796/4 2798/25
2801/19 2804/3
2804/15 2806/9
2806/20 2807/6
2807/13 2807/19
2808/4 2808/8 2808/12
2808/24 2809/17
2810/7 2810/15
2813/12 2813/14
2814/3 2814/6 2815/3
2816/13 2816/24

**what's [8]** 2699/20
2707/13 2728/5

**W**

**what's... [5]** 2745/19
2777/25 2785/24
2788/14 2811/9
**when [80]** 2662/13
2666/10 2667/6 2668/8
2668/25 2671/9 2681/7
2681/17 2682/1
2684/10 2685/25
2688/3 2688/8 2691/14
2691/17 2692/10
2696/12 2696/17
2697/5 2697/9 2699/2
2701/17 2701/20
2708/9 2708/9 2711/22
2714/9 2718/16
2724/14 2725/11
2725/12 2727/14
2727/17 2727/21
2728/10 2729/14
2734/19 2735/15
2737/1 2737/6 2737/17
2738/4 2742/22
2742/23 2744/24
2746/24 2750/24
2751/1 2751/16
2751/16 2753/9
2753/10 2754/24
2755/4 2755/5 2755/7
2756/10 2759/23
2760/24 2761/5
2761/24 2762/13
2762/20 2764/21
2766/9 2766/13
2770/10 2771/17
2775/11 2775/15
2775/16 2776/11
2780/20 2780/20
2783/23 2785/13
2787/24 2788/1
2788/22 2816/3
**whenever [2]** 2692/6
2698/25
**where [25]** 2667/20
2671/10 2671/14
2680/15 2682/12
2700/9 2701/6 2716/23
2752/5 2755/7 2768/14
2773/19 2774/2
2774/20 2778/4
2779/18 2782/17
2783/10 2784/13
2787/13 2787/15
2805/4 2812/8 2813/2
2815/1
**where's [3]** 2719/3
2719/7 2780/21
**Wherever [1]** 2735/9
**whether [13]** 2747/4
2747/13 2752/8
2752/23 2752/24
2753/2 2760/7 2760/25
2764/25 2765/6 2801/2
2804/23 2805/15
**which [31]** 2684/9
2687/10 2708/12
2720/6 2722/25
2744/12 2745/18

2752/21 2764/6
2765/20 2769/2 2769/2
2773/20 2775/6
2775/22 2793/21
2794/16 2794/18
2795/8 2796/10
2797/19 2797/22
2798/10 2798/13
2798/16 2799/2 2799/7
2810/1
**while [12]** 2666/17
2672/18 2672/23
2674/5 2689/24
2689/25 2693/1 2704/9
2759/13 2764/16
2783/5 2784/7
**Whippet [1]** 2675/16
**who [50]** 2672/16
2674/12 2674/24
2675/4 2689/4 2689/4
2689/5 2695/9 2700/2
2702/11 2702/23
2703/5 2715/17
2738/21 2738/25
2739/2 2739/6 2746/19
2748/1 2748/2 2755/11
2758/14 2758/16
2758/18 2759/19
2760/13 2761/9
2761/12 2761/17
2766/1 2770/24 2771/4
2773/1 2774/16 2781/8
2784/14 2784/16
2803/22 2804/25
2805/7 2806/13 2809/3
2809/4 2810/17 2811/5
2811/22 2812/16
2814/8 2814/19 2815/4
**who's [6]** 2667/20
2667/22 2711/4 2727/1
2758/12 2814/16
**whom [1]** 2670/20
**whose [1]** 2752/4
**why [26]** 2676/4
2743/2 2743/11
2743/13 2746/4 2747/3
2751/6 2751/14
2752/11 2756/22
2757/19 2758/7 2758/9
2762/4 2763/18
2763/18 2764/8 2767/2
2767/6 2773/6 2777/14
2777/22 2778/2
2778/20 2784/10
2809/20
**wife [4]** 2760/14
2771/5 2774/18
2781/11
**will [22]** 2682/9 2683/7
2684/16 2686/6 2686/7
2690/11 2696/12
2724/9 2726/23 2729/7
2731/21 2733/7
2734/16 2734/16
2737/20 2743/24
2746/13 2746/16
2776/20 2793/3

**William [8]** 2658/2
2658/3 2661/15
2791/25 2809/13
2811/12 2819/2 2819/8
**William Isaacs' [2]**
2791/25 2811/12
**William Shipley [1]**
2661/15
**Williams [1]** 2799/22
**willing [1]** 2715/18
**wiped [1]** 2723/1
**wish [3]** 2682/21
2717/7 2815/24
**wished [2]** 2663/23
2675/4
**wishing [1]** 2669/7
**within [2]** 2769/13
2782/19
**without [2]** 2742/8
2782/17
**witness [19]** 2659/2
2662/8 2662/16 2680/5
2682/10 2718/20
2728/4 2730/11 2732/3
2746/9 2746/18
2767/13 2767/17
2768/2 2771/7 2786/9
2786/13 2787/2
2801/14
**witnesses [3]** 2659/4
2746/16 2789/17
**won't [2]** 2734/16
2798/24
**word [3]** 2672/23
2673/2 2674/5
**work [6]** 2749/23
2768/14 2787/13
2787/16 2793/13
2817/23
**worked [4]** 2774/24
2787/17 2790/16
2790/17
**working [7]** 2729/10
2769/22 2769/24
2769/25 2770/2
2772/21 2787/15
**worksheet [2]** 2771/15
2771/20
**worn [1]** 2789/23
**worth [1]** 2691/12
**would [45]** 2667/25
2675/18 2681/6 2682/2
2683/4 2685/5 2686/11
2690/8 2696/17
2726/21 2730/20
2732/2 2732/22
2735/21 2735/24
2740/18 2742/9
2745/24 2748/10
2752/5 2753/3 2753/4
2757/14 2761/20
2762/1 2763/1 2763/22
2770/10 2771/4
2771/16 2772/13
2772/14 2774/4 2778/2
2779/12 2779/15
2779/16 2784/5

2801/2 2803/11
2805/16 2807/4
2817/11
**write [2]** 2679/19
2763/21
**writing [3]** 2680/5
2693/21 2764/13
**written [3]** 2723/24
2726/4 2763/24
**wrong [1]** 2709/8
**wrote [15]** 2678/19
2679/2 2679/17
2680/13 2681/2 2685/3
2691/8 2696/12
2696/17 2706/4 2733/5
2734/1 2734/2 2735/9
2763/18
**WWG1WGA [2]** 2735/3
2735/7

**Y**

**yeah [6]** 2683/1 2724/6
2746/3 2747/8 2749/1
2784/25
**year [1]** 2688/3
**years [4]** 2741/9
2769/11 2787/23
2816/13
**yelled [1]** 2704/10
**yelling [5]** 2703/21
2704/4 2759/25
2760/10 2760/15
**yes [270]**
**yesterday [17]** 2665/14
2677/16 2678/3 2681/7
2687/8 2687/21 2688/1
2694/5 2694/19 2696/5
2699/9 2699/14
2713/20 2718/2
2718/10 2719/24
2750/24
**yet [3]** 2717/10 2746/8
2800/21
**you [927]**
**you understand [2]**
2741/17 2742/17
**you wrote [1]** 2680/13
**you'd [6]** 2670/22
2715/7 2717/7 2781/17
2781/18 2784/22
**You'll [1]** 2792/23
**you're [25]** 2667/11
2677/9 2689/10
2693/13 2694/2
2718/16 2718/25
2724/19 2731/15
2732/8 2732/13
2739/14 2740/5 2740/5
2740/21 2742/23
2743/2 2760/7 2764/16
2767/21 2769/24
2773/1 2780/20
2780/20 2817/19
**you've [13]** 2678/4
2685/3 2687/2 2706/7
2707/23 2741/22
2742/25 2750/20

2789/21 2789/15
2794/13 2801/22
2813/25
**you, [1]** 2698/16
**you, right [1]** 2698/16
**Young [2]** 2797/3
2798/6
**younger [1]** 2717/17
**your [200]**
**Your Honor [25]**
2661/7 2661/23
2699/12 2711/5 2727/4
2729/4 2730/10
2730/19 2732/2 2732/8
2732/22 2732/25
2739/8 2748/19
2753/14 2756/2
2757/14 2767/14
2786/10 2793/11
2799/1 2800/20 2801/3
2802/19 2803/17
**your phone [1]**
2754/25
**yours [1]** 2741/18
**yourself [10]** 2664/18
2664/23 2718/15
2718/17 2729/1 2730/8
2736/21 2751/20
2768/8 2779/24
**yourselves [1]** 2664/5
**YouTube [4]** 2713/21
2713/25 2733/17
2733/20

**Z**

**Zaremba [2]** 2819/2
2819/8
**Zello [1]** 2800/2
**zoom [3]** 2773/12
2803/20 2806/2