IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
       vs.                       )    January 5, 2023
                                 )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )    Day 14
            Defendants.          )    Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              Troy Edwards
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              Kathryn.Rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com

For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com

```
                         - - -

                     WITNESS INDEX

                         - - -

WITNESSES             DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA JOANNA ABRAMS     2994  3085
SA JOANNA ABRAMS           3102
SA JOANNA ABRAMS           3115

                         - - -

                  INDEX OF EXHIBITS

                         - - -


GOVERNMENT'S                           ADMITTED

1504                                     3001

1505                                     3011

1674                                     3019

9553                                     3026

6736                                     3034

9554                                     3060

6742A                                    3063

1081.1(A)                                3065

EV124.1                                  3073

                         - - -

                  INDEX OF EXHIBITS

                         - - -


DEFENDANT'S                            ADMITTED

DM9                                      3089
```

1                P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  This court is in

3    session, the Honorable Amit P. Mehta presiding.

4          THE COURT:  Good morning, everyone.  Please be

5    seated.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7          This is Criminal Case No. 22-15, the United States

8    of America versus Defendant No. 6, Roberto A. Minuta;

9    Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;

10   and Defendant 11, Edward Vallejo.

11         Kathryn Rakoczy, Jeffrey Nestler,

12   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

13   government.

14         William Shipley for Defendant Minuta.

15         Angela Halim for Defendant Hackett.

16         Scott Weinberg and Connor Martin for

17   Defendant Moerschel.

18         Matthew Peed for Defendant Vallejo.

19         All four named defendants are present in the

20   courtroom for these proceedings.

21         THE COURT:  Okay.  Good morning, everyone.

22   Thank you for being here early.

23         I don't know if you've been notified, but

24   Juror No. 14 or juror in seat 14 notified us this morning

25   that she has a fever and sore throat, has tested negative

1    for COVID, multiple rapid tests, thinks it may be the flu,

2    has been exposed to somebody recently who has come down with

3    the flu.  So I've asked her to stay home today.

4         Before I formally dismissed her, I wanted to just

5    talk to you all and get your reactions.  She is our third

6    alternate at this point.

7         So, anyway, I'm proposing we dismiss her and move

8    forward.

9         MR. EDWARDS:  The government agrees.

10        MS. HALIM:  I think we agree as well.

11        THE COURT:  Any objection from the defense?

12        MR. SHIPLEY:  Just make two points.

13        One, I'm not sure we're appreciably in better

14   shape than we were before the holidays.  We've only got a

15   day and a half in.

16        Secondly, I feel the same way she does, but

17   I'm not a juror.  So I understand the Court's view.  I

18   understand, you know, the need to sort of keep pressing

19   forward; but if I could go home, I would.

20        THE COURT:  Well, are you suggesting that maybe

21   you've got COVID symptoms, Mr. Shipley?

22        MR. SHIPLEY:  No.  I tested last night.  And, in

23   fact, I have family here over the last several days.  Two of

24   my kids got the flu, tested negative.  I tested, tested

25   negative.  But I think I got what they got.

```
 1              THE COURT:  All right.  Well, look, I'm just not
 2   going to -- particularly given that it's the flu, it
 3   can't -- I'm not going to predict whether it's going to take
 4   a day or two days or however long it's going to take.  We're
 5   just at a point now where we've got to keep pressing
 6   forward.
 7              We still have two alternates.  And I don't know
 8   how many more weeks we have, but we'll just keep our fingers
 9   crossed and hope for the best.  But I just am not prepared
10   to take another full day or more off at this point.
11              All right.  Let me go give her a call, and then
12   we'll get started shortly after that.
13              Thanks, everyone.
14              COURTROOM DEPUTY:  All rise.
15              This Court stands in recess.
16              (Recess from 9:24 a.m. to 9:34 a.m.)
17              THE COURT:  Thank you.  Please be seated,
18   everyone.
19              All right.  So I just spoke to our juror.  I've
20   dismissed her.  And so what we'll do is move the juror in 15
21   into seat 14.  She does remain a deliberating juror.
22              All right.  Ready to go?
23              MR. EDWARDS:  Yes, Your Honor.
24              THE COURT:  All right.
25              COURTROOM DEPUTY:  Jury panel.
```

1          (Jury entered the courtroom.)

2          THE COURT:  All right.  Please be seated,

3    everyone, everyone.

4          Ladies and gentlemen, good morning.  It's nice to

5    see all of you this morning.

6          As you noticed, you are now down to 14.

7    Unfortunately, our juror who was in seat 14 called us this

8    morning to advise that she was not feeling well.  Just for,

9    perhaps, your peace of mind, she has tested multiple times

10   for COVID and been negative on all of her tests; however,

11   she is still not feeling great.

12         And so instead of taking another day off, I think

13   given the state of the case, we ought to continue and forge

14   ahead.

15         So that's where we are.  So we no longer have

16   anybody on the floor.  You are now in the box fully.

17   Congratulations.

18         All right.  Let's go ahead.  We'll bring

19   Agent Abrams back up, and we'll continue with her direct

20   examination.

21         MR. EDWARDS:  Thank you, Your Honor.

22

23

24

25

1   SA JOANNA ABRAMS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

2   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

3   FOLLOWS:

4                   DIRECT EXAMINATION (CONTINUED)

5   BY MR. EDWARDS:

6        Q    Good morning, Agent Abrams.

7        A    Good morning.

8        Q    While Mr. Nestler puts up Government's

9   Exhibit 1531, I just want to remind you, you're -- are you

10  still under oath?

11       A    Yes.

12       Q    Yesterday, we left off with Mr. Minuta's group

13  arriving at the west side of the United States Capitol

14  Grounds at about 2:35 p.m.  So we stopped at 3 minutes and

15  18 seconds in Government's Exhibit 1508.

16            MR. EDWARDS:  If we could just pull that still up.

17  Thank you, Ms. Badalament.

18  BY MR. EDWARDS:

19       Q    Okay.

20            Do you recall watching the clip just before this

21  as Mr. Minuta started moving on to the West Lawn?

22       A    Yes.

23       Q    Okay.

24            Agent Abrams, when Minuta and his group arrived at

25  the Capitol Grounds, it was the west side, correct?

2995

1        A     Correct.

2        Q     And where did they head?

3        A     Around the north to the east side.

4        Q     And is this the Capitol Building in the background

5   here of this photo in the center?

6        A     Yes.

7        Q     Did they pass other rioters on the grounds?

8        A     Yes; several.

9        Q     And did they -- did they enter any entrances on

10  the west side of the building?

11       A     No.

12       Q     Did they go up any stairs on the west side of the

13  building?

14       A     No, not on the west side.

15       Q     Okay.  Well, what did they do?

16       A     They proceeded around the north of the Capitol to

17  the east side and the staircase on the east side.

18       Q     And was that the same side that Hackett and

19  Moerschel had used to go into the building?

20       A     Yes.

21             Can we play to minute 3 minutes and 23 seconds.

22             (Video played)

23  BY MR. EDWARDS:

24       Q     I'll ask you a quick question before we play

25  through the rest of this video.

1          Agent Abrams, did the FBI discover other videos

2    that show the west side when Minuta and that group started

3    to traverse towards the north side?

4        A    Yes.

5        Q    And is this one of those videos?

6        A    It is.

7        Q    From what vantage point is this video recorded?

8        A    The west side of the Capitol.

9             MR. EDWARDS:  Okay.  Can we play forward to

10   3 minutes and 43 seconds.

11             (Video played)

12   BY MR. EDWARDS:

13       Q    Okay.

14            Agent Abrams, how did Minuta and this group travel

15   through the west side?

16            MR. SHIPLEY:  Objection; vague.

17            THE COURT:  It's overruled.

18            THE WITNESS:  They formed a line and walked single

19   file towards the Capitol steps.

20   BY MR. EDWARDS:

21       Q    What did they do with their hands?

22       A    They placed them on each other's shoulders.

23       Q    And where is Mr. Minuta in this circle that's

24   highlighted at the bottom right?

25       A    At the front.

1    Q    So if I -- just to highlight for the jury, is this

2    Mr. Minuta?

3    A    Yes.

4    Q    Okay.

5         And who is this individual that's behind

6    Mr. Minuta?

7    A    The one in the black or --

8    Q    The black.  Sorry.  I've circled two folks.

9    A    Joshua James.

10   Q    And what is he doing with his left hand here?

11   A    It is on Mr. Walden's shoulder.

12   Q    Okay.

13        MR. EDWARDS:  Can we play now to 3 minutes and 48

14   seconds.

15   BY MR. EDWARDS:

16   Q    Now, Agent Abrams, did Minuta and this group go up

17   any -- when they arrived on the east side, did they stop?

18   A    They did.

19   Q    And briefly, what did they do?

20   A    They were on stairs in front of law enforcement

21   officers.

22   Q    Okay.

23        And just to reorient the jury, is this purple line

24   on the map on the left side, is that indicating Mr. Minuta's

25   group's travel as they went to the east side?

2998

1     A     Yes.

2     Q     When they stopped at that side of the steps here?

3     A     Correct.

4     Q     Okay.

5           Did the FBI discover video of what Mr. Minuta and

6     others in his group did when they arrived on the east side?

7     A     We did.

8     Q     Okay.  Can we please play forward to 4 minutes and

9     13 seconds.

10          (Video played)

11          MR. EDWARDS:  Okay.  Can we just go back and just

12    play a couple more seconds of that, maybe go back five

13    seconds.

14          (Video played)

15    BY MR. EDWARDS:

16    Q     Agent Abrams, were you able to see who Mr. Minuta

17    was yelling at here?

18    A     Law enforcement officers.

19    Q     And if we could play a couple seconds forward to

20    4 minutes and 13 seconds.

21          (Video played)

22    BY MR. EDWARDS:

23    Q     Agent Abrams, do you recall yesterday seeing some

24    videos of Mr. Minuta that he recorded on Facebook?

25    A     Yes.

1      Q    Did Mr. Minuta record other videos on Facebook on

2  January 6th?

3      A    He did.

4      Q    And is this one of those videos?

5      A    It is.

6      Q    Okay.  Can we please play forward to 4 minutes and

7  41 seconds.

8           (Video played)

9  BY MR. EDWARDS:

10     Q    Okay.

11          Agent Abrams, who are these individuals that --

12  well, first of all, who's speaking?

13     A    Roberto Minuta.

14     Q    Who is he referring to when he talks about the

15  front lines of America in this video?

16          THE COURT:  Hold on.

17          MR. SHIPLEY:  Objection; speculation.

18          THE COURT:  I'll sustain that.

19  BY MR. EDWARDS:

20     Q    Agent Abrams, who is Mr. Minuta showing in this

21  video at this moment?

22     A    Law enforcement.

23     Q    Okay.

24          MR. EDWARDS:  Can we play forward to five minutes,

25  please.

1          (Video played)

2     BY MR. EDWARDS:

3          Q     Okay.

4               Agent Abrams, if we could go to -- this takes us

5     to about 2:57 p.m.  Let's go back inside the building where

6     Hackett and Moerschel were earlier yesterday.

7               MR. EDWARDS:  So, Ms. Badalament, can we please

8     pull up Exhibit 1504 just for the witness.

9     BY MR. EDWARDS:

10         Q     Agent Abrams, have you reviewed all of

11    Exhibit 1504?

12         A     Yes.

13         Q     Does it consist of videos and photographs and

14    messages that are consistent with the underlying records

15    you've reviewed?

16         A     Yes.

17         Q     Does it also contain a map of just the approximate

18    location of the videos and the individuals in those videos?

19         A     Yes.

20         Q     And does the exhibit fairly and accurately depict

21    that location in the messages you see?

22         A     It does.

23         Q     And does this video series in 1504 show some of

24    the group's actions and locations inside the Rotunda?

25         A     Yes.

1        MR. EDWARDS:  At this time, the government moves

2   to admit and publish to the jury Exhibit 1504.

3        MS. HALIM:  No objection.

4        THE COURT:  1504 will be admitted.

5                              (Government's Exhibit 1504

                                  received into evidence.)

6

7        MR. EDWARDS:  Ms. Badalament, could we play now to

8   five seconds.

9        (Video played)

10  BY MR. EDWARDS:

11     Q    Okay.

12        Agent Abrams, when we left off with Hackett and

13  Moerschel and their group, they were entering the Rotunda --

14        MS. HALIM:  Objection to the characterization.

15  BY MR. EDWARDS:

16     Q    Agent Abrams, when we left off talking about

17  Hackett and Moerschel in the Rotunda, it was approximately

18  2:41 p.m., correct?

19     A    Correct.

20     Q    Okay.

21        And did the FBI discover video from the *L.A. Times*

22  that showed these events?

23     A    Yes.

24     Q    So is this one of those videos that we saw

25  yesterday?

3002

1        A    Correct.

2        Q    So picking up from here, can we play now forward

3    to 46 seconds.

4             (Video played)

5    BY MR. EDWARDS:

6        Q    Okay.

7             Agent Abrams, here at 46 seconds, were you able to

8    hear before people chanting "Treason"?

9        A    Yes.

10       Q    And does this angle of the video now show the

11   *L.A. Times* photographer from the front holding up the

12   camera?

13       A    Yes.

14       Q    Okay.  So is this entering the Rotunda?

15       A    Yes.

16            MR. EDWARDS:  Ms. Badalament, can we play to

17   1 minute and 35 seconds.

18            (Video played)

19   BY MR. EDWARDS:

20       Q    Okay.

21            Agent Abrams, is this another angle of the group

22   of individuals that traveled with Mr. Hackett and Moerschel

23   as they went into the building?

24       A    Yes.

25       Q    Okay.

1          And can I ask you just to focus here on

2    Sandra Parker's right hand, I'm circling here in the center

3    of the photo.  Where is it?

4    A     On Donovan Crowl's back?

5    Q     That's correct.

6          As they enter the Rotunda?

7    A     Yes.

8    Q     Can we play now to 1 minute and 56 seconds.

9          (Video played)

10   BY MR. EDWARDS:

11   Q     Agent Abrams, is this more video that the FBI

12   discovered on Kenneth Harrelson's phone?

13   A     Yes.

14   Q     As a reminder, is Kenneth Harrelson someone who

15   was with Line 1 with Hackett and Moerschel as they went into

16   the building?

17   A     Yes, he was.

18   Q     And who did Harrelson capture at one point here in

19   the Rotunda?

20   A     A photographer, AFP photographer.

21   Q     And is that Agency France-Presse?

22   A     Yes.

23   Q     And did the FBI acquire photographs from this

24   photographer from around this time?

25   A     We did.

1    Q    Can we play forward to 2 minutes and 11 seconds.

2         (Video played)

3    BY MR. EDWARDS:

4    Q    Okay.  And we'll pause here.

5         Was that a series of still shots from the

6    photographer?

7    A    Yes.

8    Q    And can I ask you to focus here on Graydon Young's

9    hand; where is it?

10   A    On Kenneth Harrelson's shoulder.

11   Q    While inside the Rotunda?

12   A    Correct.

13   Q    Can we play now to 2 minutes and 28 seconds.

14        (Video played)

15   BY MR. EDWARDS:

16   Q    Thank you.

17        Is this another video from inside the Rotunda now

18   at about 2:42 p.m.?

19   A    It is.

20   Q    Okay.

21        And who's depicted here?

22   A    Kelly Meggs, Connie Meggs, David Moerschel and

23   Joseph Hackett.

24   Q    All right.

25        Can we please play forward to 2 minutes and

 1    43 seconds.

 2              (Video played continuously)

 3    BY MR. EDWARDS:

 4        Q    Now, Agent Abrams, are we watching more video from

 5    Kenneth Harrelson's phone?

 6        A    Yes.

 7        Q    And in this video, what does someone yell who is

 8    close to the phone?

 9        A    It says, "This is our fucking house."

10        Q    And can we play it forward to 3 minutes and

11    28 seconds.

12              (Video played)

13              MS. HALIM:  Your Honor, I object.  The audio was

14    not playing.

15              MR. EDWARDS:  Sorry.  Can we pause?

16              MS. HALIM:  Should we get on the phones?

17              THE COURT:  No.

18              Just, Mr. Edwards, if you would please.

19              MR. EDWARDS:  I was attempting to stick with the

20    ruling from yesterday.  I can rephrase that question.

21              THE COURT:  It's the order of the way the

22    exhibits --

23              MS. HALIM:  No, it's that there are words on the

24    screen and the audio isn't.

25              THE COURT:  I understand.  It's just the way the

```
 1   exhibit is ordered.
 2              It's overruled.  Go ahead.
 3              MR. EDWARDS:  Okay.  Can we take one second and
 4   try and fix a little bit of the audio here.
 5              (Pause)
 6              MR. EDWARDS:  We're going to do the old
 7   unplug/replug.
 8              THE COURT:  Okay.
 9              MR. EDWARDS:  Okay.  Can we -- just to reorient,
10   can we go back maybe 10 seconds, Ms. Badalament, and then
11   we'll go forward.
12              Thank you very much.
13              All right.
14              And we'll play forward from 2 minutes and 47
15   seconds.
16              (Video played)
17              MR. EDWARDS:  This is not going to work,
18   Your Honor.  Do you mind if we just take very quickly to
19   figure out what's going on with the speaker?
20              (Video played)
21              MR. EDWARDS:  Okay.  Great.  That works.  Let's do
22   it.
23              Okay.  Can we play forward to 3 minutes and
24   28 seconds.
25              (Video played continuously)
```

1          MR. EDWARDS:  And just a couple more seconds.

2          Sorry, Ms. Badalament, that's my fault.

3          (Video played)

4    BY MR. EDWARDS:

5       Q    Agent Abrams, were you able to hear what someone

6    yelled there?

7       A    Just now?

8       Q    Yes.

9       A    "Tear gas, tear gas, tear gas."

10      Q    Okay.  We'll play it forward to 3 minutes,

11   40 seconds.

12          (Video played)

13   BY MR. EDWARDS:

14      Q    And that was at about 2:42 p.m.?

15      A    Yes.

16          MR. EDWARDS:  Ms. Badalament, can we please go

17   back to Exhibit 9552 that shows some of the communications

18   across these individuals.

19   BY MR. EDWARDS:

20      Q    Okay.

21          At 2:56, what does HorseWhisperer message the

22   group chat?

23      A    "Shots fired in Rotunda."

24      Q    Now, Agent Abrams, did the FBI also discover

25   messages from Vallejo's phone that indicated he was

1    monitoring this group chat?

2        A    Yes, we did.

3        Q    Okay.  Can we turn now to the next slide.

4             What does Ed Vallejo message at 2:57 p.m. to

5    Ernie Hancock?

6        A    He says, "Shots fired."

7        Q    And can we go to the next slide.

8             And what does he say at 2:58?

9        A    "In the Rotunda."

10       Q    And can you remind the jury, who's Ernie Hancock?

11       A    The host of the Declare Your Independence podcast.

12       Q    Now, let's go back to the Rotunda.

13            MR. EDWARDS:  Ms. Badalament, can we go back to

14   Exhibit 1504 and jump to and pause at 4 minutes and

15   28 seconds.

16            (Video played)

17   BY MR. EDWARDS:

18       Q    Okay.

19            Agent Abrams, what time does this video from

20   Mr. Harrelson's phone take place?

21       A    Approximately 2:42.

22            MR. EDWARDS:  Can we play now to 5 minutes and

23   9 seconds.

24            (Video played)

25            MR. EDWARDS:  Agent -- or, Ms. Badalament, can we

1    jump to 6 minutes and 16 seconds on this exhibit.

2              Thank you.

3              And one second forward, sorry.  That's a bad

4    timestamp for me.

5              Thank you.

6    BY MR. EDWARDS:

7         Q    Agent Abrams, where does this video come from?

8         A    Donovan Crowl's phone.

9         Q    And is it about 2:45 p.m.?

10        A    Yes.

11        Q    And does it take place still inside the Rotunda?

12        A    It does.

13        Q    Can we play forward to 6 minutes and 46 seconds.

14             (Video played)

15   BY MR. EDWARDS:

16        Q    Okay.  Did you, Agent Abrams, hear someone say,

17   "Senate's on this side, House is on that side"?

18        A    Yes, I did.

19        Q    And at about what -- about this time, 2:45 p.m.,

20   what does this group of 14 individuals do?

21        A    They split into two groups of seven.

22        Q    And where do the two groups of seven go?

23        A    One goes towards the Senate, and one goes towards

24   the House.

25        Q    Okay.

1          Where does Jessica Watkins go, what group?

2     A    The Senate.

3     Q    And where do Hackett and Moerschel and Kelly Meggs

4     go?

5     A    The House.

6     Q    Okay.

7          So let's talk about the Senate group first.

8     A    Okay.

9          MR. EDWARDS:  Ms. Badalament, can we please pull

10    up Exhibit 1505 just for the witness.

11    BY MR. EDWARDS:

12    Q    And, Agent Abrams, have you reviewed all of

13    Exhibit 1505?

14    A    Yes.

15    Q    And does it contain videos and photos and messages

16    that are consistent and accurate with the underlying records

17    you've reviewed?

18    A    It does.

19    Q    And does it contain a map that just shows the

20    approximate location of the video and the people in those

21    videos?

22    A    Yes.

23    Q    Does this exhibit fairly and accurately depict the

24    location in those videos?

25    A    It does.

1      Q    Does this video series, Exhibit 1505, show some of

2   the group's actions and locations inside that north side of

3   the Capitol in the Senate hallway?

4      A    Yes.

5           MR. EDWARDS:  At this time, Your Honor, the

6   government moves to admit and publish Government's

7   Exhibit 1505.

8           MS. HALIM:  No objection.

9           THE COURT:  1505 is admitted.

10                                  (Government Exhibit 1505
                                      received into evidence.)

11

12          MR. EDWARDS:  Ms. Badalament, can we jump to and

13   pause at 19 seconds into this exhibit.

14   BY MR. EDWARDS:

15      Q    Where does this video come from?

16      A    Sophie Gousset LaCroix.

17      Q    So is this back at 2:45 p.m.?

18      A    Yes.

19          MR. EDWARDS:  Can we play to 1 minute and 2

20   seconds.

21          (Video played)

22   BY MR. EDWARDS:

23      Q    Okay.

24          Agent Abrams, have you reviewed this video clip

25   from Kirk Sidlo?

3012

1      A     Yes.

2      Q     And where is this video?

3      A     The grounds in the Senate Chamber.

4      Q     So is this that Senate hallway --

5      A     Yes.

6      Q     -- that you referenced earlier?

7            Is that depicted here on the right side on this

8   map?  I'm circling the green triangle.

9      A     It is, yeah.

10     Q     So relative to the circle above it, is that the

11  Senate Chamber?

12     A     Yes.

13     Q     So is this green triangle showing the view of the

14  video currently is pointing away from the Senate Chamber?

15     A     Correct.

16     Q     Okay.

17           And is this at about 2:46 p.m.?

18     A     Yes.

19     Q     It's about a minute later.

20           MR. EDWARDS:  Can we play now to 1 minute and

21  12 seconds.

22  BY MR. EDWARDS:

23     Q     What did William Isaacs just do?

24     A     He pulled his gator up over his nose.

25     Q     Can we play it forward to 1 minute and 19 seconds.

1          Okay.  Do you see how the green triangle is now

2    facing north on the map?

3       A    Yes.

4       Q    So where are we facing?

5       A    We are facing towards the Senate chamber.

6       Q    So what is this yellow door here that's

7    highlighted?

8       A    The doorway to the Senate chamber.

9       Q    Who are -- I'm going to circle now this line of

10   individuals.  Who are these individuals?

11      A    MPD officers, Metropolitan Police Department.

12      Q    Okay.

13           Can we play to 1 minute and 32 seconds.

14           Do you see Jessica Watkins here moving toward the

15   left of the video?

16      A    Yes.

17      Q    And based on your review of this video clip, which

18   direction is Jessica Watkins headed?

19      A    Towards the Senate Chamber.

20           MR. EDWARDS:  And can we play now to 2 minutes and

21   22 seconds.

22           Pause here real quick, Ms. Badalament.  Sorry.

23   BY MR. EDWARDS:

24      Q    Agent Abrams, where is Sandra Parker's left hand?

25      A    Donovan Crowl's shoulder.

1      Q    Are they now going down the Senate hallway still

2   with their hands there?

3      A    They are, yes.

4           MR. EDWARDS:  Can we keep going to 2 minutes and

5   22 seconds.

6           (Video played)

7   BY MR. EDWARDS:

8      Q    Okay.

9           Agent Abrams, is this another angle of the

10  individuals in the Senate hallway?

11     A    Yes.

12     Q    And where does this video come from?

13     A    An individual's phone.

14     Q    And an individual who was in the Capitol that day?

15     A    Yes; in the Senate hallway.

16     Q    Okay.

17          Can we play forward to 2 minutes and 56 seconds.

18          Agent Abrams, is this another angle of the events

19  in the Senate hallway at about 2:46 p.m.?

20     A    Yes.

21     Q    Are these the same law enforcement officers now

22  outlined in yellow again?

23     A    They are.

24     Q    Okay.

25          Can we play forward to 4 minutes and 55 seconds.

1          Agent Abrams, in this video clip, are Ms. Watkins

2   and the rest of this group continuing to push forward toward

3   the Senate doors that you've identified?

4       A    Yes, they are.

5              (Video played)

6   BY MR. EDWARDS:

7       Q    Now, Agent Abrams, by 2:47 p.m., based on this

8   video clip, does it appear Watkins and the others have now

9   gotten closer to the Senate Chamber after pushing forward?

10      A    Yes, it does.

11             MR. EDWARDS:  Can we play now to 5 minutes and

12  31 seconds.

13             (Video played)

14  BY MR. EDWARDS:

15      Q    Agent Abrams, earlier in your testimony yesterday,

16  you said that one of the video sources you reviewed was

17  body-worn camera?

18      A    Yes.

19      Q    Can you just describe -- well, first, were certain

20  law enforcement officers in the Capitol wearing body-worn

21  camera that day?

22      A    Yes, they were.

23      Q    Can you describe briefly for the jury, what is

24  body-worn camera?

25      A    It's a camera that you wear kind of like in the

3016

1    front of your chest here, usually on your vest, so that it

2    records the interactions that you have with the public.

3         Q    And can you name one of the law enforcement

4    agencies that wore a body-worn camera that day, on the 6th?

5         A    The Metropolitan Police Department.

6         Q    Now, is this what a body-worn camera video looks

7    like from January 6th?

8         A    Yes.

9         Q    And do you see the timestamp on up here in the

10   upper right that says, "14:47"?

11        A    Yes.

12        Q    What does that mean?

13        A    It's 2:47 in military time.

14        Q    Okay.

15             So where is this relative to -- and you can use

16   the map to describe it for the jury.  Where is this video

17   facing and where is it?

18        A    This is from the line of officers that was on the

19   other side of the protesters.  So this is facing away from

20   the door to the Senate Chamber.

21        Q    And so earlier, the video clips we just watched

22   were facing the officers.  This video is now facing away and

23   toward the rioters pushing forward?

24        A    Yes.

25        Q    Okay.

1          MR. EDWARDS:  Can we play now to 5 minutes and

2    58 seconds.

3          (Video played)

4    BY MR. EDWARDS:

5    Q    And so if we pause here very quickly, actually.

6    So this is that front line of rioters that are pushing up

7    against the officers?

8    A    Yes.

9    Q    And so where are Watkins and the rest of her group

10   relative to that line of individuals?

11   A    Almost directly behind them.

12   Q    What are they doing?

13   A    Pushing.

14   Q    If we could play now to 5 minutes, 58 seconds.

15         What did the law enforcement officers

16   eventually do?

17   A    They pepper-sprayed the rioters.

18   Q    And what happened after that?

19   A    Some of them left.

20   Q    Some of who left?

21   A    The rioters.  Sorry.

22   Q    No.

23         MR. EDWARDS:  Can we play now to 6 minutes and 32

24   seconds.

25

3018

1    BY MR. EDWARDS:

2        Q    Okay.

3             Agent Abrams, at about what time did the officers

4    stop this Senate group of individuals with pepper spray?

5        A    Approximately 2:48.

6        Q    Okay.  Now, during the time that Jessica Watkins

7    and her group were pushing down the Senate hall, where were

8    Hackett and Moerschel?

9        A    They were on the House side.

10       Q    And so is that the south side of the Capitol?

11       A    Correct.

12       Q    So the opposite side through that Rotunda?

13       A    Yes.

14            MR. EDWARDS:  Ms. Badalament, can we please pull

15   up Exhibit 1674 just for the witness.

16   BY MR. EDWARDS:

17       Q    Agent Abrams, in your investigation, have you

18   toured the Capitol?

19       A    I have.

20       Q    And have you reviewed maps of the Capitol?

21       A    Yes.

22       Q    Have you reviewed Exhibit 1674?

23       A    Yes.

24       Q    Does this appear to be an accurate depiction of

25   the second floor of the Capitol?

```
 1        A    Yes.

 2        Q    And what's on the left side of this map or the

 3   south side?

 4        A    The House.

 5        Q    And what's on the right side or the north side of

 6   this map?

 7        A    The Senate.

 8             MR. EDWARDS:  Can we -- government moves to admit

 9   and publish Government's Exhibit 1674.

10             MS. HALIM:  No objection.

11             THE COURT:  All right.  1674 will be admitted.

12                                  (Government Exhibit 1674
                                      received into evidence.)
13

14   BY MR. EDWARDS:

15        Q    So let's just orient the jury with this map.

16   Where did Watkins -- you can use your finger and kind

17   of trace.

18             Where did Watkins and this group go after leaving

19   the Rotunda at about 2:45?

20        A    They went to this area.

21        Q    Okay.

22             Now, as you just testified a little bit earlier,

23   where did Hackett and Moerschel go from the Rotunda at about

24   the same time?

25        A    To this area.
```

1    Q    Okay.

2         And I'll clear that.

3         Based on your investigation, Agent Abrams, where

4    did Hackett and Moerschel and the rest of the individuals

5    they were with, where did they stop?

6    A    The small House Rotunda.

7    Q    Can you use your finger on this map -- in fact,

8    Agent Abrams, can you zoom in from about here to here, just

9    that section of the map?

10   A    Me?

11   Q    I'm sorry.

12        MR. EDWARDS:  Ms. Badalament, can you zoom in just

13   on that section of the map.

14        A little bit further to the right.  Sorry about

15   that.

16        There you go.

17   BY MR. EDWARDS:

18   Q    So the Rotunda was there on the right, correct?

19   A    Correct.

20   Q    Can you use this map to describe to the jury,

21   where did Hackett and Moerschel and the rest of this

22   group stop?

23   A    Right here.

24   Q    And that's what you were referring to as this

25   small House Rotunda?

1    A    Yes.

2    Q    Okay.

3         What is west from that area or up from the map?

4    A    The -- this way?

5    Q    Sorry.  I guess I should be a little more clear.

6    A    This way?

7    Q    Yes.

8    A    Suite of offices of the Speaker of the House.

9    Q    And who was the Speaker of the House at that time?

10   A    Nancy Pelosi.

11   Q    Is there a door or anything into that corridor?

12   A    A doorway but no door.

13        MR. EDWARDS:  Ms. Badalament, can you pull up

14   Government's Exhibit 6725.1 and do a side-by-side, if that's

15   possible, with Defense Exhibit EV327, which I believe is

16   already in evidence.

17   BY MR. EDWARDS:

18   Q    So the left side is Government's Exhibit 6725.1 --

19   .1 that's in evidence.

20        Agent Abrams, is this normally what it looks like

21   not on January 6th?  Is this just normally what it looks

22   like to look away from that suite of offices?

23   A    Yes.

24   Q    Okay.

25        So is this vantage point, is this in that small

1    House Rotunda?

2         A    It is.

3         Q    And it's just looking the opposite direction of

4    what you've identified as that suite of offices?

5         A    Correct.

6         Q    Okay.

7              Are there -- and here on the right side -- this

8    was admitted under the defense case -- do you see the

9    chandeliers --

10        A    Yes.

11        Q    -- here and here?

12             Okay.

13             Does this appear to be looking in that same

14   direction as the left photo?

15        A    It does, yes.

16        Q    And so what's down those stairs?

17        A    That leads to the Crypt.

18        Q    And can you identify -- well, first, where are

19   these individuals in the helmets?  Are they looking down

20   those steps?

21        A    They are not.

22        Q    Which direction are they looking?

23        A    Towards the suite of offices.

24             MR. EDWARDS:  Ms. Badalament, can you please take

25   these down and pull up Government's Exhibit 625.2 [sic]

1    already in evidence.  Yes, 6725.2.

2    BY MR. EDWARDS:

3        Q    Now, is this looking the direction of the same

4    line of sight as those individuals in the helmets?

5        A    Yes.

6        Q    Can we zoom in on the sign here at the top.

7             What does that sign say, Agent Abrams?

8        A    Speaker of the House Nancy Pelosi.

9        Q    Okay.

10            Now, is this photograph just normally what it

11   looks like in this area, not from January 6th?

12       A    Correct.

13       Q    Now, did the FBI discover video in its

14   investigation showing anything that happened to that sign on

15   January 6th?

16       A    Yes, we did.

17       Q    What happened?

18       A    It was ripped down and destroyed.

19       Q    And relative to the time that these individuals

20   were in the small House Rotunda, when did that happen?

21       A    It happened before they arrived in the small House

22   Rotunda.

23       Q    So the sign wasn't there?

24       A    It was not.

25       Q    Now, did the -- you said earlier that Hackett and

```
 1   Moerschel and the rest of this group, this is the area they
 2   stopped?
 3       A    Yes.
 4       Q    How did you come to that conclusion in your
 5   investigation?
 6       A    We reviewed the CCTV cameras from the Crypt and
 7   Statuary Hall around the same time that they were in the
 8   small House Rotunda, and we did not see them on those
 9   cameras.
10            MR. EDWARDS:  And can we please go back,
11   Ms. Badalament, to Government's Exhibit 1674.
12   BY MR. EDWARDS:
13       Q    And so you said a couple terms here, so could we
14   zoom back on that same area we zoomed in.
15            Thank you very much.
16            You said a couple terms here.  So you said "the
17   Crypt."  Is that the same -- that's that staircase we were
18   looking at in those other photos?
19       A    Yes.  If you proceed down the stairs, you would
20   enter the Crypt area.
21       Q    Okay.
22            So there are surveillance cameras in the Crypt?
23       A    Yes.
24       Q    And you reviewed those cameras at that timestamp?
25       A    We did.
```

1          Q     And did you see Hackett or Moerschel or other

2     members of their group?

3          A     No.

4          Q     And so similarly, you said Statuary Hall, is that

5     this area?

6          A     Yes.

7          Q     So that's to the left of the small House Rotunda?

8          A     Correct.

9          Q     Are there surveillance cameras?

10          A     There are.

11          Q     And you reviewed those at the same timestamp?

12          A     Yes.

13          Q     What did you see?

14          A     We did not see members of Line 1 or Hackett or

15     Moerschel.

16          Q     So what did you conclude?

17          A     That they stayed in the small House Rotunda.

18          Q     Okay.

19               Now, was Kelly Meggs with them?

20          A     Yes.

21          Q     Was his wife, Connie Meggs -- when I say "them,"

22     with Hackett and Moerschel?

23          A     Yes, they were together.

24          Q     Okay.

25               Did the FBI discover messages on Kelly Meggs'

1    phone talking about Speaker Pelosi?

2        A    We did.

3            MR. EDWARDS:  Ms. Badalament, can you please pull

4    up Exhibit 9553 just for the witness.

5    BY MR. EDWARDS:

6        Q    Agent Abrams, have you reviewed these messages in

7    9553?

8        A    I have.

9        Q    Where do these messages come from?

10       A    Kelly Meggs' phone.

11       Q    And did you compare them to the extraction of

12   Kelly Meggs' phone for accuracy?

13       A    I did.

14       Q    Did they appear to be accurate?

15       A    They did.

16       Q    Did these messages represent messages on

17   Kelly Meggs' phone from both November 2020 and some from

18   January 2021?

19       A    Yes.

20           MR. EDWARDS:  At this time, the government moves

21   to admit 9553 and publish to the jury.

22           THE COURT:  Okay.  9553 will be admitted.

23           MR. EDWARDS:  Okay.

24                               (Government's Exhibit 9553
                                      received into evidence.)
25

```
 1    BY MR. EDWARDS:

 2        Q    Let's start with those November messages.

 3             What day is this?

 4        A    November 3rd, 2020.

 5        Q    Do you know what happened on that day?

 6        A    The Presidential election.

 7        Q    Now, who is Connie?

 8        A    Connie is Connie Meggs, or Kelly Meggs' wife.

 9        Q    And who is Connie messaging?

10        A    The family chat.

11        Q    What does she say at 7:11 p.m.?

12        A    "Trump wins Kentucky.  I'm so nervous."

13        Q    What does Kelly Meggs later respond at 7 --

14             MR. EDWARDS:  Ms. Badalament, if you could go

15    forward one message.  I'm sorry.

16    BY MR. EDWARDS:

17        Q    -- at 7:54?

18        A    He says, "I'm going to go on a killing spree."

19        Q    And can you go to the next message.

20        A    "Pelosi first."

21        Q    That's Kelly Meggs to the Family chat?

22        A    Yes.

23        Q    And what does Connie say later?

24        A    "Shut the fuck up.  You're getting me stressed."

25        Q    So that's the night of the election.
```

1          Can we go -- did the FBI also discover messages

2     that Kelly Meggs referred to Speaker Pelosi in January?

3          A    Yes.

4          Q    Can we go to the next message, please.

5               Now, what does Kelly Meggs say to Bob Baker?

6          A    At 7:05 on January 6th, he says, "We busted in."

7          Q    So this is the evening of the 6th?

8          A    Yes.

9          Q    And who's Bob Baker?

10         A    Another individual, not on the board.

11         Q    Is he on the board?

12         A    No.

13         Q    No.   You knew my question.

14         A    Yes, sorry.

15         Q    So what does Kelly Meggs say?

16         A    "We busted in."

17         Q    Can we go to the next message, please.

18              What does Bob Baker respond?

19         A    "That's what they're kind of saying.   Was hoping

20    to see Nancy's head rolling down the front steps."

21         Q    So the next message, what does Kelly Meggs say at

22    7:09 p.m. on January 6th?

23         A    "We looked forward her."

24         Q    So roughly when were Hackett and Moerschel and the

25    Meggses near Speaker Pelosi's suite of offices?

1      A      Around 2:45 to 2:47 p.m.

2      Q      Did they eventually leave that area?

3      A      They did.

4             MR. EDWARDS:  Ms. Badalament, can we go back to

5      Exhibit 9552, with group messages from some of these folks

6      on January 6th.

7      BY MR. EDWARDS:

8      Q      Now, at around this time, did Rhodes continue to

9      send updates to the group chat?

10             MS. HALIM:  Objection to "some of these folks" in

11      Mr. Edwards' question.

12             THE COURT:  Okay.

13      BY MR. EDWARDS:

14      Q      Agent Abrams, does this compilation of messages

15      involve various individuals that are on and off the board?

16      A      Yes.

17      Q      Does that include Stewart Rhodes?

18      A      It does.

19      Q      Does Stewart Rhodes message the group chat at

20      2:53 p.m.?

21      A      He does.

22      Q      What does he say?

23      A      "They started spraying pepper spray.  I moved

24      Kellye SoRelle to left edge of back of U.S. Capitol."

25      Q      And can we go to the next message.

3030

1          What does he say at 2:55 p.m.?

2     A    "Back steps.  On reflecting pool side.  Opposite

3  the SCOTUS."

4     Q    And at 3:00 p.m.?

5     A    "Walking back toward center of building under

6  dome."

7     Q    Does the Capitol Building have a dome?

8     A    It does.

9     Q    And what area of the Capitol is that?

10    A    The Rotunda.

11         MR. EDWARDS:  Ms. Badalament, can we please go

12  back to Exhibit 6740A, showing some of the phone calls.

13         Can we zoom in on the last table from 2:59 -- on

14  the next page, sorry.

15         Thank you so much.

16         From -- 2:59 to 3:16 p.m.

17  BY MR. EDWARDS:

18    Q    Okay.

19         As a reminder, Agent Abrams, is this a summary

20  chart that shows phone calls across Roberto Minuta,

21  Joshua James, Michael Greene and Stewart Rhodes?

22    A    Yes.

23    Q    And at 2:59 p.m., who called who?

24    A    Michael Greene called Joshua James.

25    Q    And how long did that last?

1        A    The duration was 30 seconds.

2        Q    And we left the video exhibit of Minuta and that

3   group at the Capitol steps at about 2:57 p.m.  So at about

4   2:59, where is that group?

5        A    On the east side of the Capitol.

6        Q    And can you please walk through just briefly the

7   rest of some of these phone calls from 3:00 down.

8        A    At 3:00 p.m., Joshua James calls Michael Greene

9   with a duration of 1 minute and 12 seconds.

10            3:01 p.m., Michael Greene then calls

11   Stewart Rhodes with a duration of 1 minute and 41 seconds.

12            Then at 3:03 p.m. --

13            MR. SHIPLEY:  Your Honor, can I object.  Can we

14   get on the phone, please.

15            (Bench conference)

16            THE COURT:  Go ahead, Mr. Shipley.

17            MR. SHIPLEY:  Your Honor, I think I just heard

18   Mr. Edwards suggest was that these calls came while the

19   second group was already inside the Capitol;

20   is that correct?

21            THE COURT:  No.

22            MR. EDWARDS:  No.

23            THE COURT:  I think he said they were on the east

24   side of the Capitol, not inside the Capitol.

25            MR. SHIPLEY:  My mistake then.

1          THE COURT:  Okay.

2          (Open court)

3    BY MR. EDWARDS:

4      Q    Okay.

5          Agent Abrams, can you continue down from 3:01 p.m.

6    and just describe some of the phone calls down to 3:16 p.m.

7      A    Sure.

8          At 3:01 p.m., Michael Greene placed a call to

9    Stewart Rhodes with a duration of 1 minute and 41 seconds.

10          At 3:03 p.m., Michael Greene then calls

11    Joshua James with a duration of 39 seconds.

12          3:04 p.m., Joshua James calls Michael Greene with

13    a duration of 3 minutes and 36 seconds.

14          3:09 p.m., Joshua James calls Michael Greene again

15    with a duration of 55 seconds.

16          3:13 p.m., Michael Greene calls Joshua James with

17    a duration of 43 seconds.

18          And finally at 3:16 p.m., Michael Greene calls

19    Joshua James with a duration of 42 seconds.

20      Q    Okay.  So who -- is Michael Greene on the board

21    again, just a reminder?

22      A    Yes, he is.

23      Q    What was his role that day?

24      A    The operational leader.

25      Q    And who is he calling numerous times here?

 1      A    Joshua James.

 2      Q    Who was with Joshua James at this time?

 3      A    Roberto Minuta.

 4           MR. EDWARDS:  Ms. Badalament, can we go back to

 5  Exhibit 9552 with some of those -- some communications

 6  around this time.

 7  BY MR. EDWARDS:

 8      Q    At 3:06 p.m., is Michael Greene also going to his

 9  phone to message individuals?

10      A    He is.

11      Q    And is this one of those T-Mobile messages that

12  the FBI acquired?

13      A    Yes.

14      Q    What does Michael Greene message at 3:06 to a

15  number ending in 9080?

16      A    "We're storming the Capitol."

17      Q    Do you know the owner of that phone number?

18           MS. HALIM:  I ask that it be read as it's written.

19           THE COURT:  Okay.

20  BY MR. EDWARDS:

21      Q    Can you read how this is written?

22      A    "Were storming the Capitol."

23      Q    Why did you read it the other way?

24      A    That's the way that I would read it if I were

25  receiving it.

1            And we've looked at several of his messages, and

2    this is typically the way he writes "we are."

3        Q    So you've reviewed other messages from

4    Michael Greene?

5        A    Yes.

6            MR. EDWARDS:  Ms. Badalament, can we pull up

7    Exhibit 6736 just for the witness.

8    BY MR. EDWARDS:

9        Q    Agent Abrams, is this -- are these some of the

10    messages you've reviewed?

11        A    Yes.

12        Q    And are these messages accurately depicted in

13    Government's 6736?

14        A    They are.

15        Q    And are these messages from Michael Greene to

16    others on January 6th?

17        A    Yes.

18            MR. EDWARDS:  Your Honor, the government moves to

19    admit 6736 and publish to the jury.

20            MS. HALIM:  No objection.

21            THE COURT:  It will be admitted.

22                                    (Government Exhibit 6736
                                       received into evidence.)
23

24

25

1    BY MR. EDWARDS:

2        Q    Agent Abrams, can you walk down through from the

3    top to the bottom some of the messages that, Michael Greene

4    sent on January 6th and read them as they are written.

5        A    "Were going to get kicked out the lobby.

6             "Were probably getting ready to leave.

7             "Were outside.

8             "Were down in this lobby area.

9             "Were coming down."

10       Q    Did Michael Greene ever use an apostrophe in any

11   of those words?

12       A    No.

13            MR. EDWARDS:  Ms. Badalament, can we go back to

14   9552, please.

15   BY MR. EDWARDS:

16       Q    So what did Michael Greene message at 3:06?

17       A    "Were storming the Capitol."

18       Q    Can we go to the next message, please.

19            What did this 9453 message respond or message to

20   Michael Greene at 3:06?

21       A    "I see they are trying to get into chamber... said

22   police has pulled guns."

23       Q    And did Michael Greene respond to that number.

24            Can we go to the next slide, please.

25            What did Michael Greene say at 3:08?

1     A     "There in."

2     Q     And the next message?

3     A     "Fucked up Nancy office."

4     Q     Okay.

5           Can we now go to the next message.

6           Did Stewart Rhodes message the group chat --

7     I'm sorry.

8           I skipped a message here.

9           What did Michael Greene message at 3:09 to

10    that number?

11    A     He said, "Congress evacuated."

12    Q     Can we go to the next slide, please.

13          What did Jim message at 2:57 to the group chat?

14    A     Jim said, "Nurse just said news is reporting

15    Congress given gas masks and are trying to get out."

16    Q     And is Jim on the board?

17    A     No.

18    Q     Did Stewart Rhodes respond directly to this

19    message later in the day?

20    A     Yes.

21    Q     What did Rhodes respond?

22    A     "Fuck 'em."

23    Q     How do you know that that was a response to the

24    earlier message?

25    A     You are able to see a direct response in Signal.

1    We have a screenshot.  And so you can kind of reply to a

2    message, and it will show the message up top and then the

3    reply below.

4         Q    Okay.

5              Now, let's talk about what Hackett and Moerschel

6    are doing and what Minuta is doing all at around this time

7    that Rhodes and Greene are messaging.

8              MR. EDWARDS:  Ms. Badalament, can we please go

9    back to Exhibit 1500.2 and jump to and pause at 16 minutes

10   and 10 seconds.

11             Can we jump to and pause at 16 minutes and

12   10 seconds, please.  Thank you.

13   BY MR. EDWARDS:

14        Q    Now, Agent Abrams --

15        A    Yes.

16        Q    -- after Hackett and Moerschel leave that small

17   House Rotunda and after Jessica Watkins leaves the Senate

18   hallway, what do these individuals do?

19        A    They begin to exit the Capitol.

20        Q    Okay.

21             Now, do they leave the Capitol in one big group

22   like they entered?

23        A    No.

24        Q    Can you describe what they did do?

25        A    They just sort of piecemeal exited one, two at a

3038

```
1    time.
2              MR. EDWARDS:  And now turning back to the exhibit,
3    can we go forward one second.
4              Thank you.
5    BY MR. EDWARDS:
6         Q    Agent Abrams, what is this?
7         A    This is a photograph of Kelly Meggs whispering to
8    Kenneth Harrelson right outside the doors of the Capitol.
9         Q    Who is to the right of Kelly Meggs I'm circling
10   now?
11        A    Joseph Hackett.
12        Q    Can you see some individuals behind Joseph Hackett
13   wearing the similar helmets?
14        A    Yes.  Jessica Watkins and Donovan Crowl.
15        Q    Okay.
16             The timestamp here says roughly 3:05 to 3:15 on
17   the left side.
18             Can you describe what's going on here?
19        A    That's just approximate times that the members of
20   Line 1 left and met outside the doors.
21        Q    Okay.
22             And so it's based on this staggered departure from
23   the Capitol?
24        A    Yes.
25        Q    So when Hackett, for example, left the
```

1    Capitol Building, did he stay on the landing here with some

2    of the other individuals he went in with, including

3    Kelly Meggs?

4        A    Yes.

5        Q    And did the FBI also review surveillance footage

6    showing the steps that they eventually go back down?

7        A    We did.

8        Q    And can we play now to 16 minutes and 26 seconds.

9             Agent Abrams, what did we see the purple line do

10   on the left side on that map?

11       A    It proceeded around the east side to the middle

12   set of stairs on the east side of the Capitol.

13       Q    And does that purple line represent Minuta and the

14   other individuals he was with?

15       A    Yes.

16       Q    And so the right side, you said the FBI reviewed

17   surveillance footage of these steps.  Is this that

18   surveillance footage?

19       A    It is.

20       Q    So roughly around what time is this footage shown?

21       A    Approximately 3:10 p.m.

22       Q    Okay.

23             Do you see these purple circles at the bottom?

24       A    Yes.

25       Q    Is that circle around Roberto Minuta and the other

1    individuals he was with?

2        A    Yes.

3        Q    And at this time, are Hackett and Moerschel and

4    other members of that group still up on this landing area at

5    the top of the steps to the left of the Columbus Doors?

6        A    They are, yes.

7        Q    Can we play now to 16 minutes and 52 seconds.

8             Agent Abrams, where do -- did you see on this

9    video Minuta and the other individuals get to the top of the

10   stairs?

11       A    Yes.

12       Q    Where do they go when they reach the top?

13       A    To the doors.

14       Q    Which doors?

15       A    The Columbus Doors, the east Rotunda doors.

16       Q    The door here on the center I'm circling?

17       A    Yes.

18       Q    Okay.

19            And is that the same set of doors that Hackett and

20   Moerschel went in at about 2:41?

21       A    Yes, in and out of.

22       Q    What time does Minuta enter those doors?

23       A    Around 3:15 p.m.

24       Q    Okay.

25            So we'll talk a little bit about what Minuta did

```
 1   inside.

 2            But first, what did Hackett and Moerschel and the

 3   other members of that group do soon after 3:14?

 4   A     Went down this -- the left side of the stairs,

 5   this side.

 6            MR. EDWARDS:  Ms. Badalament, can we jump to and

 7   pause at 17 minutes and 33 seconds.

 8   BY MR. EDWARDS:

 9   Q     So, Agent Abrams, we've jumped forward a little

10   bit in this exhibit.

11            Is this the same surveillance camera?

12   A     Yes.

13   Q     Is it just now jumped forward to 3:16 p.m.?

14   A     Yes.

15   Q     Okay.

16            And so we're focused now on this yellow dot here

17   represented on the map.

18            What do we see on this footage?

19   A     We will see Line 1 going down the stairs.

20   Q     Okay.

21            Can we play to 17 minutes and 57 seconds.

22            (Video played)

23   BY MR. EDWARDS:

24   Q     And while some of these numbers of Line 1 descend,

25   it's 3:16, where is Roberto Minuta at this point?
```

1      A      Inside the Capitol.

2             MR. EDWARDS:  Okay.

3             Ms. Badalament, can we try another side-by-side

4    with Government's Exhibits 5702 and 5706.

5             And I believe these have been admitted.

6    BY MR. EDWARDS:

7      Q      Okay.

8             Agent Abrams, what are these two photographs in

9    5702 and 5706?

10     A      They depict Line 1 as they go down the east

11   Capitol stairs.

12     Q      Similar to like what we were seeing on that

13   surveillance footage that was from further away?

14     A      Yes.

15     Q      Can you start from the left, here, and move to the

16   right in 5702 on the left side and please identify some of

17   these individuals.

18            So who is this person I've drawn a green line on?

19     A      That is William Isaacs.

20     Q      Who is the next person to the right of

21   William Isaacs?

22     A      David Moerschel.

23     Q      And behind David Moerschel?

24     A      Jessica Watkins.

25     Q      And behind Jessica Watkins?

1    A    Donovan Crowl.

2    Q    And then this black hat here one in the center?

3    A    Laura Steele.

4    Q    Now, to the right of Laura Steele?

5    A    Caleb Berry.

6    Q    Now, up and to the right of Caleb Berry?

7    A    Kelly Meggs.

8    Q    And below Kelly Meggs here?

9    A    Connie Meggs.

10         MR. EDWARDS:  Okay.

11         Can we go to 5706.

12   BY MR. EDWARDS:

13   Q    And can you just start here and move over?

14   A    Watkins.

15   Q    And to the right?

16   A    Jason Dolan.

17   Q    And to the right, this head behind him?

18   A    Donovan Crowl.

19   Q    And can you -- to the right?

20   A    Joseph Hackett.

21   Q    And the individual to the right?

22   A    This one?

23   Q    Yes.

24   A    Connie Meggs.

25   Q    And then behind Connie Meggs?

1    A    Kelly Meggs.

2    Q    Okay.

3         And so roughly this is at -- this is later when

4    they're coming down these Capitol steps?

5    A    Yes.

6    Q    Okay.

7         Now, let's get back to Minuta.  Two minutes

8    earlier at 3:14 -- in fact, let me back up real quick.

9         On Exhibit 5702, when you identified here,

10   David Moerschel, correct?

11   A    Yes.

12   Q    And then Jessica Watkins behind him?

13   A    Correct.

14   Q    Where is Jessica Watkins' hand?

15   A    On Moerschel's shoulder.

16   Q    Okay.

17        And is this on the way down those steps?

18   A    It is, yes.

19        MR. EDWARDS:  Ms. Badalament, as we turn to Minuta

20   at 3:14, can we go back to Exhibit 1508.

21   BY MR. EDWARDS:

22   Q    Now, Agent Abrams, we're turning to roughly

23   around -- oh, and jump to and pause at 5:45, please.

24        Okay.  So we're turning roughly around to the time

25   of some of those calls and messages that Michael Greene and

1    Joshua James exchanged.

2            So at 3:14 p.m., is this the same interior

3    surveillance camera in the Capitol that we viewed when we

4    saw Hackett and Moerschel enter the building?

5        A    Yes, it is.

6        Q    And so this is the same Rotunda doors that you've

7    been referencing here in the -- the east Rotunda doors but

8    now just inside?

9        A    Yes.

10       Q    Okay.

11           Normally, does this surveillance video have audio?

12       A    No.

13       Q    And so similarly, you know, yesterday you

14   testified about how this exhibit overlays another video's

15   audio on top of the surveillance?

16       A    Yes.

17       Q    Does this exhibit do the same thing?

18       A    Yes.

19       Q    And so do these -- these indicators up here,

20   that's what that's showing, right?

21       A    Correct.

22           MR. EDWARDS:  Can we play forward, please, to

23   5 minutes and 56 seconds.

24           (Video played)

25

1           MR. EDWARDS:  We'll just pause here.

2    BY MR. EDWARDS:

3        Q    Who is this front circle at the bottom?

4        A    Joshua James.

5        Q    And then behind Joshua James in the next circle?

6        A    Roberto Minuta.

7        Q    And then behind Minuta in the next circle?

8        A    This here is Jonathan Walden.

9        Q    And did Jonathan Walden have his dog?

10       A    He did.

11       Q    Inside the Capitol?

12       A    Yes.

13       Q    Can we play to 6 minutes and 47 seconds.

14            (Video played)

15   BY MR. EDWARDS:

16       Q    Agent Abrams, at this timestamp at 6 minutes and

17   20 seconds, are you able to hear the alarm?

18       A    Yes.

19            MR. EDWARDS:  Can we go forward to 6 minutes, 47.

20            (Video played)

21   BY MR. EDWARDS:

22       Q    Agent Abrams, what did we watch Joshua James doing

23   there?

24            MR. SHIPLEY:  Objection.  Video speaks for itself.

25            MR. EDWARDS:  I can lead, Your Honor.

 1          THE COURT:  That wasn't exactly leading.

 2          But can you just point out where -- ask her to

 3     identify who you're talking about.

 4          MR. EDWARDS:  Yes, Your Honor.

 5          Can we go back maybe 15 seconds to 6:32,

 6     Ms. Badalament, and just play forward to 6:47.

 7          And we're focused on Joshua James in the center.

 8          (Video played)

 9          MR. EDWARDS:  So I intend to ask the agent what

10     the officers are doing at the door and what Joshua James was

11     just doing.

12          THE COURT:  That's fine.  Go ahead.

13          MR. EDWARDS:  Thank you, Your Honor.

14          MR. SHIPLEY:  Objection.  The video speaks for

15     itself.

16          THE COURT:  All right.  It's overruled.

17          Go ahead.

18     BY MR. EDWARDS:

19     Q     Agent Abrams, what are the law enforcement

20     officers doing at the door?

21     A     Trying to close it.

22     Q     And what was Joshua James doing?

23     A     Trying to beckon people in.

24          MR. SHIPLEY:  Objection; calls for speculation.

25          MR. EDWARDS:  I'll just ask -- just descriptive.

1    Sorry.

2           THE COURT:  Hang on.

3           Ladies and gentlemen, I'll strike that testimony

4    and that objection is sustained.

5           MR. EDWARDS:  Yes, Your Honor.

6    BY MR. EDWARDS:

7       Q    Agent Abrams, if I could just ask you to describe

8    what we saw Joshua James doing with his arm there.

9       A    Pulling it towards himself.

10      Q    Thank you.

11           Can we play now to 7 minutes and 2 seconds.

12           (Video played)

13   BY MR. EDWARDS:

14      Q    Now, Agent Abrams, where is Roberto Minuta here at

15   this stop at 7 minutes, 2 seconds?

16      A    He's here at the far end away from the entrance

17   closer to the Rotunda.

18      Q    And what does he have in his hand?

19      A    A phone.

20      Q    Is it lit up?

21      A    It is.

22      Q    Can we play to 7 minutes and 17 seconds, please.

23           (Video played)

24

25

1  BY MR. EDWARDS:

2      Q    Now, Agent Abrams, did the FBI also discover

3  videos from the ground floor inside that lobby?

4      A    Yes.

5      Q    And was this video around the same time at

6  3:15 p.m.?

7      A    Yes.

8      Q    Okay.

9          And is this Roberto Minuta here in the back?

10     A    It is.

11     Q    If we could please play forward to 7 minutes,

12  38 seconds.

13          (Video played)

14  BY MR. EDWARDS:

15     Q    Where did Minuta and James go from that Rotunda

16  lobby soon after that?

17     A    Into the Rotunda.

18     Q    And by approximately what time did they breach

19  into the Rotunda?

20     A    3:17, 3:18 p.m.

21     Q    When they did that, did they encounter law

22  enforcement officers?

23     A    They did.

24     Q    And did the FBI discover multiple video angles of

25  the encounter with law enforcement?

```
 1        A    Yes.

 2        Q    Can we play now to 8 minutes and 11 seconds.

 3             (Video played)

 4   BY MR. EDWARDS:

 5        Q    And, Agent Abrams, are these law enforcement

 6   officers?

 7        A    Yes.

 8        Q    If we could keep going to --

 9             (Video played)

10   BY MR. EDWARDS:

11        Q    Okay.

12             To orient the jury, who's here in the front?

13        A    Joshua James.

14        Q    And who is the individual holding the phone up?

15        A    Roberto Minuta.

16        Q    Did the FBI learn whether Minuta recorded video

17   and audio of the encounter from that phone?

18        A    Yes.

19        Q    Did you get it from his phone?

20        A    No.

21        Q    Can we play now to 8 minutes and 14 seconds.

22             (Video played)

23   BY MR. EDWARDS:

24        Q    Okay.

25             Now, Agent Abrams, have you reviewed this video?
```

1     A     I have.

2     Q     And are we now looking at the video that Minuta

3  recorded at this time stamp of 3:17?

4     A     Yes.

5     Q     And are you able to hear Minuta yelling on the

6  video?

7     A     Yes.

8     Q     Okay.

9           Can you see Joshua James here in the front with

10  the black ball cap?

11    A     Yes.

12    Q     Can we please play forward to 8 minutes and

13  59 seconds.

14          (Video played)

15  BY MR. EDWARDS:

16    Q     After Joshua James yelled at the officers, what

17  does Minuta do?

18    A     Proceeds to push on a riot shield.

19    Q     And is that what we see on the glare here between

20  him and Joshua James in front of him?

21    A     Yes.

22    Q     What's he doing with -- against the shield?

23    A     Pushing and recording.

24    Q     Who's he pushing?

25    A     James into the Rotunda.

1    Q    Can we play to 9 minutes and 20 seconds.

2         Okay.  Agent Abrams, are we now back to the side

3    angle of this altercation?

4    A    Yes.

5    Q    Can we play now to 10 minutes.

6         And is this going to play the same interaction?

7    A    Yes.

8         (Video played)

9    BY MR. EDWARDS:

10   Q    Okay.

11        So to be clear, is Minuta holding the shield or

12   holding his phone?

13   A    His phone.

14   Q    But he's -- what is he doing?

15   A    He's pushing on the shield.

16   Q    Could we play to 10 minutes and 7 seconds, please.

17        (Video played)

18   BY MR. EDWARDS:

19   Q    Now, before we go forward, what do law enforcement

20   do after Minuta and James get deeper into the Rotunda?

21   A    They spray pepper spray, and then they continue to

22   push them out of the Rotunda.

23   Q    Push who out?

24   A    The rioters.  Sorry.

25   Q    Did that include Minuta and James and others?

1     A     Yes.

2     Q     Now, what do Minuta and James do after that?

3     A     They leave.

4     Q     Which way?

5     A     Out the same east Rotunda doors.

6     Q     Did the FBI uncover a video of Minuta leaving the

7   Capitol?

8     A     Yes.

9     Q     And at about what time was that?

10     A     3:19.

11     Q     Does he encounter more law enforcement by the door

12   on the way out?

13     A     He does.

14     Q     Does he have an interaction with them?

15     A     Yes.

16     Q     Can we please play to 10 minutes and 23 seconds.

17           (Video played)

18   BY MR. EDWARDS:

19     Q     Are these the officers?

20     A     Yes.

21     Q     Okay.

22           Agent Abrams, did you see Minuta holding up his --

23   the number 2 with his hand?

24     A     Yes.

25     Q     And did you see -- did you hear him yell, "All

1   that's left is the Second fucking Amendment"?

2       A    Yes.

3       Q    Do you know what the Second Amendment of the

4   Constitution is about?

5       A    The right to bear arms.

6       Q    What kind of arms?

7       A    Firearms.

8       Q    Can we please play to 10 minutes and 31 seconds.

9            Now, when Minuta left the Capitol Building, did he

10  go down the stairs and leave for good?

11      A    No.

12      Q    What did he do?

13      A    He stayed outside the door and then approached the

14  east Rotunda doors again around 3:35.

15      Q    So at what time did he leave?

16      A    Around 3:20.

17      Q    So from 3:20 to 3:35 he remained in this area and

18  went closer to the doors?

19      A    Yes.

20      Q    Did the FBI find Minuta in additional videos

21  outside the doors at around his time?

22      A    We did.

23      Q    So, for example, at 3:32 p.m.?

24      A    Yes.

25      Q    And can we play forward to 11 minutes and

1    22 seconds.

2              (Video played)

3    BY MR. EDWARDS:

4        Q    Now, here, Agent Abrams, is that Minuta?

5        A    Yes.

6        Q    From 3:32 to 3:34, did Minuta move closer to those

7    east Rotunda doors?

8        A    Yes.

9        Q    Can we play to minute 11:29.

10             Agent Abrams, from -- while Minuta was outside

11   those doors from 3:19 to 3:35, did the FBI review videos

12   from inside those same doors in that time span?

13       A    Yes.

14       Q    So, for example, at 3:28 p.m.?

15       A    Correct.

16       Q    What was happening?

17       A    Officers were just trying to get people out,

18   spraying pepper balls, pushing, et cetera.

19       Q    Can we play forward to 12 minutes and 14 seconds.

20             (Video played)

21   BY MR. EDWARDS:

22       Q    Now, by 3:35, Agent Abrams, did the FBI -- did

23   Minuta move close enough to those same doors to be caught on

24   the interior surveillance camera?

25       A    Yes.

1      Q    Is this him circled in that upper right of

2   the video?

3      A    Yes.

4      Q    Who's here in the upper left circled?

5      A    Jonathan Walden.

6      Q    Was Jonathan Walden one of the individuals that

7   went into the building at 3:14 with Minuta?

8      A    Yes.

9      Q    What does Minuta end up doing?

10     A    He approaches the door and back -- motions to

11  Walden.

12     Q    Can we play now to 13 minutes and 3 seconds.

13          (Video played)

14  BY MR. EDWARDS:

15     Q    Okay.

16          At about 3:35, do Minuta and Walden

17  re-join together?

18     A    Yes.

19     Q    What do Minuta and those other individuals do

20  after Walden leaves the building at 3:35?

21     A    They proceed a little down the steps and then

22  stop.

23     Q    And did the FBI review surveillance footage of the

24  same steps that we've been looking at through the day?

25     A    Yes.

1      Q    And is this surveillance footage at about

2   3:36 p.m.?

3      A    Yes.

4      Q    And can you ultimately see Minuta and the rest of

5   the other individuals with him.

6           Not now but in this video.

7      A    Yes.

8           MR. EDWARDS:  Let's play it forward to 13 minutes

9   and 42 seconds.

10          (Video played)

11  BY MR. EDWARDS:

12     Q    Now, Agent Abrams, what does Minuta ultimately do

13  on those stairs at about 3:46 -- 3:41?

14     A    Records a line of police officers descending.

15     Q    And did the FBI discover video that Minuta

16  recorded on those stairs?

17     A    Yes.

18     Q    Did you recover it from his phone?

19     A    No.

20     Q    And did the FBI also discover photographs from

21  photographers that show the scene from another angle here on

22  the right side?

23     A    Yes.

24     Q    And so the video is on the left?

25     A    Correct.

1    Q    Okay.

2         And how do you know that these are roughly around

3    the same -- that these are at the same time?

4    A    You can compare images, and the woman with the red

5    hat is there and -- there.

6    Q    Okay.

7         So I'm seeing here, just for the record, a circle

8    on the left.  You see this woman in a red hat with camo, and

9    the same hat is here on the right side in the blue circle;

10   is that right?

11   A    Correct.

12   Q    You're saying this person is the same and captured

13   in both exhibits?

14   A    Yes, as well as the line of police officers.

15        MR. EDWARDS:  Okay.

16        Can we play now through to the end at 14 minutes

17   and 11 seconds.

18        (Video played)

19   BY MR. EDWARDS:

20   Q    Agent Abrams, who was it that yelled, "That's the

21   police being escorted by the people.  That's what that is

22   'cause its our fucking building"?

23   A    Roberto Minuta.

24   Q    This was at about what time?

25   A    3:41 p.m.

1    Q    Now, throughout the time that Minuta was in and

2    around those east Rotunda doors, had Rhodes continued to

3    message the other individuals?

4    A    Yes.

5        MR. EDWARDS:  Ms. Badalament, can we pull up

6    Exhibit 9554 just for the witness.

7    BY MR. EDWARDS:

8    Q    Agent Abrams, have you reviewed the entirety of

9    Government's Exhibit 9554?

10    A    Yes.

11    Q    And what are they?

12    A    Messages.

13    Q    And are these messages from January 6th that take

14    place generally from 3:30 on?

15    A    Yes.

16    Q    This is the late afternoon, evening messages?

17    A    Correct.

18    Q    Have you compared these messages in this exhibit

19    to the underlying records from the phones?

20    A    Yes.

21    Q    And do they appear to be accurately representing

22    the messages that the FBI found on other devices?

23    A    They do.

24        MR. EDWARDS:  At this time, the government moves

25    to admit 9554 and publish for the jury.

1           MS. HALIM:  No objection.

2           THE COURT:  All right.  9554 will be admitted.

3                              (Government Exhibit 9554
                                received into evidence.)
4

5    BY MR. EDWARDS:

6       Q    So, first, this message at 3:28 p.m., who is

7    Rhodes messaging?

8       A    The "D.C. Op Jan. 6, 21" Signal chat.

9       Q    What does he say?

10      A    "Kelly, come to NE corner building.  On steps."

11      Q    How does he spell "Kelly"?

12      A    K-e-l-l-y.

13      Q    Do you come to a conclusion as so -- well...

14           Can we go to the next message.

15           What does Stewart Rhodes message the group chat at

16   3:28 right after that?

17      A    "Right across from Supreme Court."

18      Q    Now, do Kelly Meggs and Joseph Hackett and others

19   that traveled around D.C. with them, including in the

20   Capitol, in fact, meet with Rhodes after 3:28 p.m.?

21      A    Yes.

22      Q    Now, do you know that based on videos and

23   photographs?

24      A    Yes.

25      Q    Have you seen messages where they coordinate to

1    meet together, not -- well, I'll rephrase that.

2           Do you see messages like this in other group chats

3    where Stewart Rhodes is messaging to meet?

4    A    Yes.

5    Q    So did Minuta or Joshua James and members of that

6    group, did some of those members message with Michael Greene

7    about meeting?

8    A    Yes.

9    Q    Can we go to the next slide.

10          At roughly around this time same time, 3:45 p.m.,

11   what does Michael Greene text Joshua James directly?

12   A    "Its like 25 of us."

13   Q    And what does he say right after that?

14   A    "Northeast corner, right of the middle if your

15   looking at the building."

16          MR. EDWARDS:  Can you go back two slides,

17   Ms. Badalament.  One more.  Three slides.  Sorry.

18   BY MR. EDWARDS:

19   Q    What did Stewart Rhodes say again to Kelly?  Which

20   corner?

21   A    The northeast corner.

22   Q    Can we go back to Michael Greene's message to

23   Joshua James.

24          Is he also saying the northeast corner?

25   A    He is.

1      Q    Now, Agent Abrams, did Rhodes and Minuta also

2  exchange phone calls after Minuta left the Capitol Building?

3      A    Yes.

4           MR. EDWARDS:  Ms. Badalament, can we pull up

5  Government's Exhibit 6742A just for the witness.

6           Now, are you familiar with this document,

7  Agent Abrams?

8      A    Yes.

9      Q    What is it generally?

10     A    It's another call summary record showing calls

11  between these specific individuals from 3:30 and on.

12     Q    And so it's a little different from the last one.

13  The last one was the morning till 3:30?

14     A    Correct.

15     Q    So this is just wrapping up the day?

16     A    Yes.

17     Q    And are the records you reviewed from call

18  records, are they voluminous?

19     A    Very.

20     Q    And do they -- again, similar to the last records,

21  do they come in spreadsheets with lots of rows and tabs and

22  data?

23     A    Yes.

24     Q    And so is this Government Exhibit just a summary

25  compiling some of those underlying records into a digestible

1    form?

2        A    Yes.

3        Q    And does this record -- this exhibit accurately

4    depict the phone calls that the underlying records reveal?

5        A    Yes.

6            MR. EDWARDS:  At this time, Your Honor, the

7    government moves to admit and publish 6742A.

8            MS. HALIM:  No objection.

9            THE COURT:  All right.  6742A is admitted.

10                              (Government's Exhibit 6742A
                                   received into evidence.)

11

12            MR. EDWARDS:  Okay.  So for these phone calls

13    after 3:30 p.m., Ms. Badalament, if we could zoom in on the

14    table.

15            What happened, and if, Ms. Badalament -- yeah,

16    great.

17    BY MR. EDWARDS:

18        Q    4:04 p.m., what happened?

19        A    At 4:04 p.m., Roberto Minuta placed a call to

20    Stewart Rhodes, with a duration of 42 seconds.

21        Q    And what did Stewart Rhodes do about a minute

22    later.

23        A    Stewart Rhodes then placed a call to

24    Roberto Minuta with a duration of 2 minutes and 56 seconds.

25        Q    And is this after the -- after Minuta left the

1    Capitol?

2        A    Yes.

3        Q    Is it also after Stewart Rhodes messaged the group

4    chat to meet on the northeast corner?

5        A    Yes.

6        Q    And did -- similar to my question about

7    Mr. Hackett and Kelly Meggs, did Minuta and James and some

8    of that group eventually meet with Rhodes and Greene on the

9    northeast corner?

10        A    Yes, they did.

11            MR. EDWARDS:  Ms. Badalament, can we please pull

12    up Government's Exhibit 1081.1 just for the witness.

13    BY MR. EDWARDS:

14        Q    Agent Abrams, have you reviewed 1081.1?

15        A    Yes.

16        Q    And does it depict some of the individuals we've

17    discussed on the northeast corner of the Capitol after

18    3:30 p.m.?

19        A    It does.

20        Q    And based on the -- and have you reviewed

21    surveillance footage from the Capitol Grounds of this same

22    northeast corner in that time frame?

23        A    Yes.

24        Q    And are you able to see the same individuals that

25    you see in this exhibit?

1      A    Yes.

2      Q    And does this exhibit accurately depict what you

3    saw on the surveillance footage?

4      A    It does.

5           MR. EDWARDS:  Your Honor, the government moves to

6    admit 1081.1 and publish to the jury.

7           MS. HALIM:  No objection.

8           THE COURT:  All right.  1081.1 is admitted.

9           MR. EDWARDS:  And, for the record, Ms. Badalament

10   caught another mistake of mine.  1081.1(a).  For the record.

11                          (Government's Exhibit 1081.1(a)
                                   received into evidence.)
12

13   BY MR. EDWARDS:

14     Q    Okay.

15          Agent Abrams, does this video show Hackett, Minuta

16   and other members of the people they were with that day

17   around Stewart Rhodes that afternoon?

18     A    Yes.

19     Q    Now, was Vallejo -- well, can we play forward

20   through the exhibit.

21          (Video played)

22   BY MR. EDWARDS:

23     Q    So do we see Kelly Meggs and Joseph Hackett here

24   on the right side of Stewart Rhodes?

25     A    We do, yes.

1     Q     And do we see Roberto Minuta and Joshua James to

2     the right of Stewart Rhodes as well?

3     A     Yes.

4     Q     Okay.

5           Now, at this time, where is Vallejo?

6           THE COURT:  Why don't we take a pause,

7     Mr. Edwards.  It's 11:00.

8           Let's take our morning break, ladies and

9     gentlemen.  We will resume just a little after 11:15.

10    Thank you, all, very much.

11          COURTROOM DEPUTY:  All rise.

12          (Jury exited the courtroom.)

13          THE COURT:  All right.  Agent Abrams, we'll see

14    you shortly.

15          Thank you, everyone.

16          COURTROOM DEPUTY:  The Court stands in recess.

17          (Recess from 11:01 a.m. to 11:21 a.m.)

18          THE COURT:  Thank you, everyone.  The jury is

19    right behind me.

20          COURTROOM DEPUTY:  Jury panel.

21          (Jury entered the courtroom.)

22          THE COURT:  All right.  Please be seated,

23    everyone.

24          Ladies and gentlemen, just another couple

25    reminders, I know you've heard this repeatedly, but, again,

3067

1    with respect to the transcripts that you've been seeing in

2    this exhibit, it's the audio that is the evidence, and

3    ultimately it will be up to you to decide what that audio

4    actually is.

5         Similarly with respect to the testimony you've

6    been hearing about the video, again, that's just an aid of

7    your review of the evidence.  Ultimately it will be for you

8    to decide what, in fact, you are seeing or not seeing on the

9    video, and that includes the identities of the people that

10   have been noted on the exhibit itself.

11        MR. EDWARDS:  Thank you, Your Honor.

12        Ms. Badalament, can we pull up Exhibit 955 for --

13   just for the -- oh, no, we have this in.  We can go to that

14   exhibit.

15   BY MR. EDWARDS:

16   Q    In the meantime, Agent Abrams, we left off on the

17   northeast corner, sometime in the afternoon, and I was just

18   asking you before break, was Vallejo still at the hotel at

19   this time?

20   A    Yes.

21   Q    Okay.

22        And did the FBI discover that he was messaging at

23   about 3:47 p.m.?

24   A    We did.

25   Q    So looking here at 9554, if we could just go

1   through --

2              MR. PEED:  Your Honor, there is an objection.

3              (Bench conference)

4              THE COURT:  Okay.  Go ahead.

5              Can't hear you, Mr. Peed.

6              Still can't hear you.

7              COURTROOM DEPUTY:  Use the one that doesn't have a

8   green A.

9              You can't hear me?

10             MR. WEINBERG:  Can you guys hear me now?

11             MR. EDWARDS:  Yes.

12             MR. WEINBERG:  Okay, Mr. Peed, come on up.

13             MR. PEED:  Sorry about that, Your Honor.

14             I raised this pretrial.

15             The government's format here does not have the

16  emoticons translated, and there are screenshots that have

17  the actual message with the emoticons.

18             I raised this pretrial so that it would be ready.

19  But I have it here, so I could email the government.  But my

20  objection would be to showing this format, the blue bubble

21  that doesn't show the emoticon, and the next slide that's

22  coming after this.

23             THE COURT:  Was it just one slide that has the

24  emoticon?

25             MR. PEED:  These are two together.  This one and

1    the next one.  So it's a joke, and it's -- and the emoticon

2    joke is in the next slide, but they're a unit.

3            THE COURT:  Well, can you just move forward with

4    the -- is it -- in other words, is what's coming next in

5    this slide deck or no?

6            Oh, so the emoticons are now there.

7            MR. PEED:  No, it's just a bunch of question

8    marks, but I have the screenshot of the actual message

9    showing the first one and this one together were a joke with

10   the laughing emoji.

11           THE COURT:  With the what emoji?

12           MR. PEED:  Laughing emoji.

13           MR. EDWARDS:  Your Honor, first of all, I wasn't

14   clear that these are the messages Mr. Peed messaged --

15   talked about pretrial, one.

16           Two, I thought what he was talking about is when

17   there are emojis or emoticons, just make sure that you're

18   signaling that he did that.

19           This is the way it was extracted.  I'm happy to --

20   I'm not intentionally removing the emojis.  I'm happy to

21   show it or just let him.

22           THE COURT:  All right.

23           Well, yeah, why don't -- after those are shown,

24   Mr. Peed, if you want to show, and I would ask the agent if

25   she knows whether there's an emoticon, and, Mr. Peed, if you

1    want to just then plug your computer in and actually show

2    that, you know -- well, email the government now what the

3    actual screenshot is.

4          Is there more than one of those, or is it just

5    this one?

6          MR. PEED:  It's a series of messages.

7          So -- but the only -- my only objection here is to

8    a page with this -- shows this on.

9          THE COURT:  So my point is it's just one emoji,

10    right, if that's all you're worried about.

11          Okay.  And then a card.  So let's do it that way.

12    Is it easy enough to just email?

13          MR. PEED:  I can email it.  I think the government

14    will have to -- I have the whole text chain, so the

15    government will need to, you know, focus on the page.

16          THE COURT:  Well, why don't we just have you show

17    it; that'll make it a lot easier.

18          All right.  Go ahead.

19          MR. EDWARDS:  During his case?

20          THE COURT:  I'm sorry?

21          MR. EDWARDS:  During his cross or just him show it

22    now?

23          THE COURT:  Just do it now.

24          MR. EDWARDS:  Okay.  I just want to make sure.

25          THE COURT:  I think that's a fair rule of

3071

1  completion objection --

2          MR. EDWARDS:  I'll show Your Honor for now, what I

3  plan to do is ask her about these two slides, ask her about

4  these four symbols, ask her if that's how it was extracted,

5  and then we can pause and then let --

6          THE COURT:  Right.  And you can even ask her if

7  she knows what the actual image is, and we can then show the

8  jury what the actual image is.

9          MR. EDWARDS:  Okay.  Thanks, Your Honor.

10          (Open court)

11          MR. EDWARDS:  Agent Abrams, if we could turn back

12  to -- or Ms. Badalament, 9554, the slide before this, and

13  publish to the jury.

14  BY MR. EDWARDS:

15      Q    So at 3:47 p.m., again, just to reorient, this is

16  around that afternoon when other individuals that we've

17  discussed today are with Rhodes on the northeast corner.

18          3:47 p.m., what does Edward Vallejo message to

19  Ernie Hancock?

20      A    "So have you secured the Arizona capital yet,

21  slacker?"

22      Q    And then what does he message right after that?

23      A    "Waitin' on you now," and then four symbols.

24      Q    And, now, these four symbols, are these emojis?

25      A    Yes.

1    Q    And in the extraction, did the metadata from the

2   emojis just come up as four diamonds with question marks?

3    A    Yes.

4    Q    Are you familiar with what the emojis actually

5   were just generally?

6    A    I'm not, no.

7              MR. EDWARDS:  Okay.

8              At this time, the defense would like to just show

9   the four emojis in the slide.

10             THE WITNESS:  Okay.

11             THE COURT:  Do you have a --

12             MR. EDWARDS:  If I may proceed?

13             THE COURT:  Hang on.  Do you have an exhibit

14  number for this, Counsel?

15             MR. PEED:  Yes.  Exhibit EV124.1.

16             THE COURT:  This is EV1.241 [sic].  So that will

17  be admitted.

18             MR. PEED:  It's seven pages.

19             THE COURT:  Oh.  Well, hang on.  I don't know

20  about the seven pages.  Just this image --

21             MR. PEED:  Right now these pages will be admitted,

22  and I'll move to admit the others on my cross.

23             THE COURT:  Okay.  We'll worry about that.  But

24  this will be admitted at this point for Rule 106 purposes.

25             MR. EDWARDS:  Great.

1          THE COURT:  Okay?

2          MR. EDWARDS:  Thank you, Your Honor.

3                    (Government's Exhibit EV124.1
                      received into evidence.)

4

5    BY MR. EDWARDS:

6     Q    So I will just ask, Agent Abrams, before we take

7    it down, did Mr. Vallejo message at 1:40 on January 6th a

8    laughing emoji when messaging about securing a capitol?

9     A    Yes.

10    Q    Okay.  Thank you.

11         MR. EDWARDS:  Ms. Badalament, can we go back to

12   9554, please.

13   BY MR. EDWARDS:

14    Q    Okay.  Agent Abrams, did Mr. Vallejo continue to

15   message into the 4:00 hour?

16    A    Yes.

17    Q    At 4:09, what did Vallejo message the group chat?

18    A    He said, "Poop head-elect has declared us

19   insurrectionists on TV."

20    Q    Who was the President-Elect at the time of

21   January 6th?

22    A    Joseph Biden.

23    Q    What did he message next at 4:25 p.m.?

24    A    "Gentlemen, our commander-in-chief has just

25   ordered us to go home.  Comments?"

1    Q    And then at 4:57 p.m.?

2    A    "40 to 60 root police moving in."

3    Q    And did he then correct himself with one of those

4    words in the next message?

5    A    Yes.

6         "Riot."

7    Q    So can you just merge those and read the last

8    message?

9    A    "40 to 60 riot police moving in."

10   Q    At 4:58 p.m., what did Vallejo message after that?

11   A    "On the east steps."

12   Q    Then at 5:09 p.m. to the group chat, did Law 2187

13   message the group chat?

14   A    Yes.

15   Q    And is that individual on Government's

16   Exhibit 1531 on the board?

17   A    No.

18   Q    Okay.

19        What did Law 2187 message the group chat?

20   A    "So why are leaving?  It does no good to go show

21   up and say your there to defend and then just leave."

22   Q    Then 2 minutes later, what did Vallejo say to the

23   group chat?

24        If we could go back.

25        Yeah, right here.

1    A    "Leaving."

2    Q    And then is there -- now, did the metadata come

3    through with a laughing-face emoji?

4    A    Yes.

5    Q    And then did he message at 5:12?

6    A    He did.

7    Q    What did he say?

8    A    "I ain't goin nowhere."

9    Q    What did Law 2187 message at the same minute?

10   A    "I'm sorry, guys, but I totally disagree with

11   backing down.  If we back down and leave, everything we done

12   is in vain and useless."

13   Q    Now, what did Vallejo message at 5:21?

14   A    "My statement was to assure you Arizona won't let

15   anyone walk.  I was RTO for 36 dust off, and we will monitor

16   all night and transport anyone that meets us on the

17   perimeter.  Curfew be damned."

18   Q    And so now, at this time, is there a curfew in

19   place from the mayor of Washington, D.C.?

20   A    Yes; a 6:00 p.m. curfew.

21   Q    Okay.

22        At about this time at 5:00 p.m. in the evening,

23   did the group also message each other about actions, next

24   actions?

25   A    Yes.  This looks like it's from Stewart Rhodes to

1    the "Old Leadership" chat.

2        Q    Okay.

3            And at 5:56, what did Rhodes message the

4    "Old Leadership" chat?

5        A    "We will now walk the same path as the Founding

6    Fathers, for same reasons."

7        Q    And two minutes later, what did he say to that

8    same group chat?

9        A    "Trump needs to act as commander-in-chief.

10   We laid out his course of action on our two open letters.

11   He still has all of those options."

12       Q    Now, did Rhodes pretty soon, about seven minutes

13   later, turn -- or did Vallejo message that group chat

14   7 minutes later?

15       A    Yes.  The "D.C. Op Jan. 6, 21" chat.

16       Q    Right.  So turning to the D.C. Op Jan. 6 chat,

17   what did Vallejo message?

18       A    "The lamestreamenemy is declaring Trump has called

19   in the nasty guard, LOL."

20       Q    And then later at 6:40?

21       A    "You were correct-drone red and non-functional."

22       Q    Okay.  So yesterday you testified that there were

23   other drone messages --

24       A    Yes.

25       Q    -- that Vallejo sent.

1              So what does he, is messaging here about the drone

2    red and non-functional?

3         A    Yes.

4         Q    And this is later in the evening, so about -- you

5    know, earlier that day was in the morning that he was

6    messaging about asking to use the drone?

7         A    Correct.

8         Q    Now, did some chat participants in the group chat

9    begin to debate whether other groups went into the Capitol

10   like Antifa?

11        A    Yes.

12        Q    And did Stewart Rhodes chime into the group chat

13   at around this time, at 6:22 p.m.?

14        A    He did.

15        Q    What did he message?

16        A    "Look, I was there.  I was right outside.

17   Patriots stormed in.  Not Antifa.  And I don't blame them.

18   They were justifiably pissed off."

19        Q    Did Kelly Meggs also send messages at around

20   this time?

21        A    He did.

22        Q    And did some of his messages reference "we"?

23        A    Yes.

24        Q    What did -- did Kelly Meggs go by the Signal

25   moniker Okay Gator 1?

1      A     Yes, he did.

2      Q     What did he message the group chat at 6:36 p.m.?

3      A     Okay.  Who gives a damn who went in there?  If

4  it's Obama himself it doesn't matter.  What matters is where

5  we are now and decisions that have to be mad.  We are now

6  the enemy of the state."

7      Q     So according to Kelly Meggs at 6:36 on the 6th,

8  who is the enemy of the state?

9      A     "We."

10     Q     Now, that same minute, 6:36, can we go -- did he

11  message the vetted "OK FL" hangout chat?

12     A     Yes.

13     Q     What did he message?

14     A     "Trump is a traitor."

15     Q     Two minutes later, what did he say?

16     A     He had the option and didn't use it.  He played us

17  all and screwed our country.  He didn't have the balls to

18  do it.

19     Q     Now, did Kelly Meggs also direct-message people on

20  the evening later, at 7:08?

21     A     Yes.

22     Q     Do you know who Rich Lupo is?

23     A     Just another individual.

24     Q     Was he on the board?

25     A     No.

1      Q      What did Rich Lupo message Kelly Meggs at 7:08?

2      A      "When happens of House resumes session tonight?"

3      Q      And what does Kelly Meggs respond -- or what does

4    Rich Lupo correct himself to say.

5      A      "If House."

6      Q      What does Kelly Meggs respond?

7      A      "We are going back."

8      Q      According to Kelly Meggs, who is going back?

9      A      "We."

10     Q      And at 7:15 p.m., did HorseWhisperer message the

11   group chat?

12     A      Yes.

13     Q      What did HorseWhisperer say?

14     A      "FYI-Congress requested back to Capitol tonight at

15   7:00 p.m. to finish out the electoral process."

16     Q      What did Vallejo say 2 minutes later?

17     A      "Well, they have to declare buttboy pres in the

18   dead of night with no one there, right?"

19     Q      If we could go back one message.

20            So is Vallejo --

21            MR. EDWARDS:  Well, we'll go to the next one.

22   Thanks, Ms. Badalament.

23   BY MR. EDWARDS:

24     Q      At 7:30 p.m., did Rhodes message the group chat?

25     A      Yes.

1    Q    What did Rhodes say?

2    A    "Thousands of ticked-off patriots spontaneously

3    marched on the Capitol and sent the message that they will

4    not live under an illegitimate Chi-Com puppet regime.  You

5    can't handle that, hit the door.  You ain't seen

6    nothing yet."

7    Q    At 2 minutes later, what does Vallejo say?

8    A    "We'll be back at 6 a.m. to do it again."

9    Q    Who does he say will be back at 6 a.m.?

10   A    "We'll."

11   Q    Does he send another message?

12   A    Yes.

13   Q    What does he say?

14   A    "We got food for 30 days."

15   Q    What was supposed to happen two weeks later?

16   A    The inauguration.

17   Q    On what day?

18   A    The 20th.

19   Q    Two minutes later, does Kelly Meggs message?

20   A    Yes.

21   Q    What does he say?

22   A    "We aren't quitting.  We are reloading."

23   Q    Again, who's not quitting?

24   A    "We."

25   Q    At 7:57, does Vallejo chime in?

1    A    Yes.

2    Q    What does he say?

3    A    "Take heart.  My phone is on," and in what appears

4    to be three fire emojis, "and I'm told hundreds of thousands

5    still headed here and even more will show in the weekend

6    from being off work."

7    Q    Does he send another message?

8    A    Yes.

9    Q    What does he say?

10    A    "We have only yet begin to fight."

11    Q    Who has only yet begun to fight?

12    A    We.

13    Q    Does he correct himself in a typo?

14         MR. PEED:  Your Honor, could we get on the phone?

15         THE COURT:  No.  It's overruled.

16         Go ahead.

17         THE WITNESS:  Yes.

18    BY MR. EDWARDS:

19    Q    What does he correct himself in the typo?

20    A    "Begun."

21    Q    At 8:04 p.m., what does Vallejo message the group

22    chat?

23    A    "After-action reports" will be dated 1/21/21, and

24    then an emoji.

25    Q    Do you know what an after-action report is?

1     A     Yes.

2     Q     What is that?

3     A     It's usually a report generated by people involved

4     in an operation or a mission detailing what occurred,

5     lessons learned and things that could be improved for next

6     time.

7     Q     And what day did Vallejo say the after-action

8     reports would be dated?

9     A     January 21st, 2021.

10     Q     And what -- is that one day after January 20th?

11     A     Yes.

12     Q     What was supposed to happen that day?

13     A     The inauguration.

14     Q     At 8:45, what did Rhodes message to the group

15     chat?

16     A     "ALCON.  Going to eat at Olive Garden,

17     8133 Leesburg Pike, Vienna, VA 22182.  Anyone still in D.C.

18     area, you are welcome to join us.  Going there now."

19     Q     What does Vallejo say three minutes later?

20     A     "Roger that.  10-19."

21     Q     Do you know what 10-19 means?

22     A     Return to base.

23     Q     And what kind of lingo is that?

24     A     Military.

25     Q     Okay.

1        And what does it mean, return to base?

2    A    Yes.

3    Q    At 9:08 p.m., does Kelly Meggs message the group

4    chat?

5    A    Yes.

6    Q    What does he say?

7    A    "Redress of grievances is step 1."

8    Q    Does Stewart Rhodes respond after that to -- at

9    9:08?

10   A    Yes.

11   Q    What does he say at the same time?

12   A    "Declaration of illegitimacy is step 1."

13   Q    Now, did the FBI also discover direct messages

14   from Vallejo's phone later that evening?

15   A    Yes.

16   Q    Can we go to the next slide, please.

17        At 11:58 p.m. on January 6th, what does Vallejo

18   message Donna Hancock and TK?

19   A    "Can't sleep."

20   Q    Do you know who TK is?

21   A    Yes.

22   Q    Who's that?

23   A    Todd Kandaris.

24   Q    And is that the individual from Arizona that was

25   with Vallejo in the hotel?

1    A    Yes.

2    Q    What does he say next?

3    A    "We're pumped."

4    Q    What's he say in the next message at the same

5   time?

6    A    "What a day."

7    Q    And this is still January 6th?

8    A    Yes.

9    Q    What does he message to BMJay at 12:20 now in the

10   early morning of January 7th?

11    A    "I may be here a while."

12    Q    At 12:20 a.m. January 7th, where is Vallejo?

13    A    Virginia, the hotel.

14    Q    Outside of Washington, D.C.?

15    A    Correct.

16    Q    What does BMJay respond?

17    A    "II gather."

18    Q    And does he message again after that?

19    A    Yes.

20    Q    What does he say?

21    A    "I was figuring most would stay till the 20th."

22    Q    Now, did Vallejo message again to BMJay at 12:22?

23    A    Yes.

24    Q    What does he say in the next two messages?

25    A    "If it's 10 million by Saturday."

1      Q    What does he say next?

2      A    "Might not have to."

3      Q    On the evening of January 6th at 11:31 p.m., what

4    does Stewart Rhodes message the "Old Leadership" chat?

5      A    "Patriots, it was a long day but a day when

6    patriots began to stand.  Stand now or kneel forever.  Honor

7    your oaths.  Remember your legacy."

8           MR. EDWARDS:  I have no further questions at this

9    time, Your Honor.

10           THE COURT:  Okay.  Thank you.

11           All right, who's up first on cross?

12                         - - -

13                     CROSS-EXAMINATION

14    BY MR. WEINBERG:

15      Q    Good morning.

16      A    Good morning.

17      Q    So let's talk about the map of the Capitol.

18           If we could pull up, I believe it's

19    Government's 1674.

20           And it's fair to say that you've reviewed lots of

21    videos in this case, correct?

22      A    Yes.

23      Q    Lots of text messages?

24      A    Yes.

25      Q    Thousands of hours of videos?

1    A    Yes.

2    Q    So you know this map pretty well?

3    A    Portions of it, yes.

4    Q    Okay.

5         And I believe the government asked you about my

6    client, Mr. Moerschel, being in the Capitol, correct?

7    A    Yes.

8    Q    And there's a period of time where my client is

9    off camera, correct?

10   A    Correct.

11   Q    And I like to refer to that as like the dead zone,

12   so there's no camera there; do we agree?

13   A    Yes.

14   Q    Okay.

15        How long was he off camera?

16   A    Two minutes.

17   Q    Okay.

18        So he was off camera, in your opinion, for

19   two minutes, correct?

20   A    Yes.

21   Q    Okay.

22        Now, isn't it fair to say that he was in the small

23   Rotunda when he was off the camera?

24   A    I believe he was in the -- between the Rotunda and

25   the small House Rotunda when he was --

1      Q    So I want to look at this map here.  You see the

2  left side is the House, the right side is the Senate,

3  correct?

4      A    Yes.

5      Q    Okay.

6           Is it fair to say there's a camera here, where

7  I've circled, that faces that way?

8      A    I believe so.

9      Q    Okay.

10          And that would capture anybody all the way through

11  to there, walking backwards and forwards, correct?

12     A    I can't say for sure.

13     Q    So you don't recall if -- but we can agree that

14  there is a camera that videotapes the middle of this room

15  that I just circled?

16     A    There is a camera that videotapes this area, and

17  there are cameras that videotape this area.

18     Q    Okay.

19          And where you circled in the blue, we could agree

20  that that actually goes all the way to where you can

21  actually see the Rotunda door.  Do you agree?

22     A    I -- if you have a visual to show me, I would be

23  happy to look at it, but I couldn't say --

24     Q    Okay.

25     A    -- definitely.

1        Q    So you can't say right now?

2        A    Correct.

3        Q    Let's talk about the cameras from, I guess this

4   was referred to as the Speaker's offices, correct?

5        A    The suites of offices, yes.

6        Q    The suites of offices.

7             There are cameras that are pointing downwards,

8   correct?

9        A    Yes.

10       Q    So it's fair to say that those cameras would

11  capture anybody leaving the small Rotunda going towards

12  them, correct?

13       A    Yes.

14       Q    And we could agree that you don't see my client

15  going towards those offices, correct?

16       A    I did not review those.

17       Q    So it's fair to say in the dead zone -- I thought

18  it was an objection.

19            So it's fair to say in the dead zone, that's

20  actually in what I would refer to as the bottom right area

21  of this small Rotunda?

22       A    Okay.

23            MR. WEINBERG:  Okay.

24            So if we could pull up DM9, please, Justin.

25

 1   BY MR. WEINBERG:

 2       Q    Okay.

 3            Do you recognize this photo?

 4       A    I do not.

 5       Q    Okay.

 6            Do you recognize what this is a photo of?

 7       A    I believe it's the small house Rotunda.

 8       Q    Okay.

 9            And this is pretty much in substantially the same

10   condition it was on January 6th, just without all the

11   people, correct?

12       A    Sure.

13            MR. WEINBERG:  Judge, I'd ask to move this into

14   evidence and publish it to the jury.

15            MR. EDWARDS:  No objection, Your Honor.

16            THE COURT:  All right.  DM9 will be admitted.

17                                (Defendant Exhibit DM9
                                  received into evidence.)
18

19   BY MR. WEINBERG:

20       Q    And I believe Mr. Edwards talked about the

21   chandelier from their version of this picture; do you

22   recall?

23       A    Yes, this one on the right -- far right side.

24       Q    Far right side, okay.

25       A    Yeah.

1    Q    So if I'm looking at the statue, okay, to the left

2    of that statue is the big Rotunda?

3    A    Yes.

4    Q    And to the right of that statue is the stairway?

5    A    The stairway is, yes, to the right, yes.

6    Q    So this statue we never really capture on camera;

7    do you agree?

8    A    I do.

9    Q    So it's fair to say that if my client is in this

10   Rotunda, the small Rotunda, and he's not on video, he's

11   pretty close to this statue?

12   A    He could be.

13   Q    Okay.

14        Well, in the videos that you've seen, you don't

15   see him darting to the left towards the speakers or toward

16   the right to the stairs?

17   A    Correct.

18   Q    Okay.

19        So you don't have that on video?

20   A    I do not.

21   Q    Okay.

22        All right.

23        I want to change topics real quick.

24        There was a text message from Michael Greene.

25   I believe the government put it up, and it said, We F'ed --

1      or "F'ed up Pelosi's office," correct?

2          A    Yes.

3          Q    It's fair to say that that is, as to the

4      Oath Keepers, an untrue statement?

5          A    I can't speak to what he meant when he wrote it.

6      I can only read the text message.

7          Q    Well, I mean, you've interpreted text messages for

8      the government your entire testimony, correct?

9          A    I've read them.

10         Q    Okay.

11              But you've also said what they mean, don't you?

12         A    I don't believe so.

13         Q    So you're telling me you cannot interpret what

14     "We F'ed up Pelosi's office" means?

15         A    I can only read it and say that's what it says.

16     I don't know what it means to him.

17         Q    Okay.

18              So it's fair to say my client didn't F up Pelosi's

19     office, correct?

20         A    That's not what the text said, but it --

21         Q    I'm asking you, have you seen any evidence of my

22     client doing anything to Nancy Pelosi's office?

23         A    I have not, no.

24         Q    Have you seen any evidence of any Oath Keeper

25     doing anything to Nancy Pelosi's office?

```
 1       A     I have not.

 2       Q     Okay.

 3             All right.

 4             Now, did you create these video montages?

 5       A     I did not.

 6       Q     Okay.

 7             So they were given to you by who?

 8       A     The attorneys.

 9       Q     Okay.

10             Did you look at all the raw data of the videos?

11       A     Yes.

12       Q     So in theory, you could track my client's entire

13   11 minutes inside the Capitol on tape, correct?

14       A     It has been tracked, yes.

15       Q     Okay.  All right.

16             All right.  Can we pull up 6748, please.

17             I'm changing gears to yesterday's testimony --

18       A     Okay.

19       Q     -- so I can keep it in my head.

20             And I'm not going to go through all of these

21   because I believe I've done that before with another FBI

22   agent, but we can agree that this is about messages between

23   Rhodes and Meggs?

24       A     Phone calls.

25       Q     Phone calls.  Okay.
```

1    So you have no evidence my client was involved in

2  these calls?

3    A    Not on the calls, but he was present with

4  Kelly Meggs.

5    Q    Well, the question I'm asking is, you have no

6  evidence that my client was on these phone calls?

7    A    Correct.

8    Q    And you said he was present with Kelly Meggs,

9  correct?

10    A    Yes.

11    Q    And you're referring to the walk from The Ellipse

12  to the Capitol, correct?

13    A    Yes.

14    Q    And we've seen video of that, right?

15    A    We have.

16    Q    And it's fair to say that they're all spread out,

17  correct?

18    A    A bit, not --

19    Q    Well, there's a lot of people there, right?

20    A    Sure.

21    Q    And it's noisy?

22    A    Yes.

23    Q    And they're not on top of each other, correct?

24    A    Not all the time, but sometimes they're very

25  close, yes.

1    Q    Yeah.  When they get to the stairs, they get

2    close.  But when they're strolling to the Capitol, they're

3    not on top of each other?

4    A    They do stop to huddle.

5    Q    Right.  Okay.  These phone calls were done in that

6    huddle, though, correct?

7    A    The one at 2:24 was when they stopped, when they

8    reached the Capitol Grounds, and the one at 2:32 was also.

9    Q    Let's go to -- there's something called the "FOS"

10   chat, right?

11   A    Yes.

12   Q    David's not on that, right?

13   A    No.

14   Q    Okay.

15        There's the "D.C. Op January 6th" chat?

16   A    Correct.

17   Q    David's not on that, correct?

18   A    No.

19   Q    Okay.

20        In fact, that was the chat that I believe the

21   government closed on with all those text messages after

22   talking about going to Olive Garden, correct?

23   A    Correct.

24   Q    And my client didn't go to Olive Garden, did he?

25   A    I don't believe so.

1      Q    And the Zell [sic], my client wasn't on the Zell

2  chat, correct?

3      A    The Zell, no.

4      Q    Okay.

5           Can we pull 22V3, I believe it's the government

6  exhibit.

7           You can just hit pause.  You don't have to play.

8           Thank you.

9           So this is the video that the government showed

10  about the Oath Keepers earlier in the day, correct?

11     A    Yes.

12     Q    And it's fair to say you had evidence that they

13  were working security that day.  Am I right?

14     A    There was discussion of it, yes.

15     Q    And they even worked security for a guy named

16  Ali Alexander?

17     A    I believe so, yes.

18     Q    Okay.

19          And they also helped escort an older woman to the

20  Capitol, correct?

21     A    I think some of them did.

22     Q    All right.

23          Can we go to 1500.2 and just pause at minute 1:09.

24          So this is part of the compilation exhibit.

25          Do you recall?

```
1        A    Yes.
2        Q    And so you should leave the picture up.
3             And it's got all the lines, the QRF, the
4    leadership, Line 1, Line 2, right?
5        A    Yes.
6        Q    Okay.
7             So there's Mr. Caldwell, right?
8             Do you know how old he is?
9        A    Not off the top of my head, no.
10       Q    We agree he's over 70?
11       A    I can't recall.
12       Q    Okay.
13            And here the line says he's the QRF, correct?
14       A    He is a part of the QRF, yes.
15       Q    Okay.
16            And the QRF was supposed to be a tactical thing
17   that comes in if there's a problem, I believe you testified
18   to that.
19            We agree?
20       A    A Quick Reaction Force is -- yeah.
21       Q    A Quick Reaction Force.
22            But he's not actually at the hotel with the QRF.
23   He's at the Capitol.
24            Am I right?
25       A    Yes.
```

3097

1       Q    And the QRF stands for Quick Reaction Force,

2   correct?

3       A    Yes.

4       Q    Can we agree that Mr. Caldwell is not very quick?

5       A    I can't say that.

6       Q    Did you not watch him walking to the Capitol?

7       A    Yes.

8       Q    Okay.

9            Let's talk about his reaction.

10           Did he react at all, or did he just go to the

11  Capitol and yell and scream?

12      A    Part of a reaction could be, you know, relaying

13  messages and communicating with other people that are at the

14  hotel.

15      Q    Did he tell anybody at the hotel to bring firearms

16  to D.C.?

17      A    No.

18      Q    Did he say, "I'm going to bring firearms to D.C."?

19      A    Not that I saw.

20      Q    So you have no evidence that he did anything at

21  the Capitol other than yell and scream and send a couple of

22  texts?

23      A    Thomas Caldwell?

24      Q    Yeah.

25      A    Correct.

1      Q    And the force, because that's part of the QRF, the

2    force that Mr. Caldwell had with him was himself and his

3    wife, correct?

4      A    Physically at the Capitol?

5      Q    Yes.

6      A    Yes.

7      Q    Okay.

8           If we could go to 6744.1, please.  You don't have

9    to play the video.

10          And so this is the video of Ms. SoRelle,

11   Kellye SoRelle?

12     A    Okay.

13     Q    That is Stewart Rhodes' quasi-girlfriend.

14          Is that fair to say?

15     A    Yes.

16     Q    Okay.

17          And this is when she's videotaping herself and

18   saying a lot of stuff, correct?

19     A    Yes.

20     Q    Okay.

21          Now, we can agree that Ms. SoRelle does not seem

22   to be the most careful person, correct?

23     A    In what way?

24     Q    Well, she's videotaping herself trespassing on the

25   Capitol Grounds.  So it's fair to say she's not really

3099

worried about what goes over the air, it seems, correct?

A    Sure, but others -- Minuta did the same.

Q    I understand.

But my question was about Ms. SoRelle.

A    Sure.

Q    We can also agree that in this statement, she says "they," correct?

A    Yes.

Q    Okay.

And in all of these statements, she says "they." She never says "we" on this Facebook live?

A    I believe so, but I don't recall exactly with every clip.

Q    Okay.

But there's a difference between "we" and "they." Do you agree?

A    Sure.

Q    Okay.

All right.  So you tracked my client in the building for 11 minutes; is that fair to say?

A    The FBI did, yes.

Q    Okay.

But you've watched those videos?

A    Yes.

Q    Okay.

1    And it's fair to say you never saw David Moerschel

2  push a police officer?

3    A    Not to my knowledge.

4    Q    You never saw him damage any property?

5    A    They did push through the doors.

6    Q    Well, I'm asking you if you saw my client do it.

7    A    He went through the Columbus Doors and pushed

8  through the crowd of people.

9    Q    Okay.  All right.

10    So did he damage any property?

11    A    Inside the Capitol?

12    Q    Yes.

13    A    Not that I saw.

14    Q    When you said he pushed through the doors, in

15  fact, those doors open out, correct?

16    A    The glass doors.  But there are the bronze doors

17  on the outside as well.

18    Q    Right.  The Columbus Doors open outwards, not

19  inwards.

20    A    The east Rotunda doors, yes, the ones with the

21  panels of glass that were broken.

22    Q    Okay.

23    And those open up outward, correct?

24    A    Correct.

25    Q    Okay.

1           And those were opened by individuals on the

2  inside, correct?

3       A   Yes.

4       Q   Okay.

5           And those -- the glass was broken before my client

6  got up to the stairs, correct?

7       A   I believe so.

8       Q   Okay.

9           So he didn't damage the doors?

10      A   Not those doors, but he did push, with a crowd of

11  people, past the bronze doors that are on the outside.

12      Q   Okay.

13          Did you see him taking any photographs when he was

14  inside?

15      A   I don't believe so.

16      Q   Did you see him fist bump?

17      A   Not to my knowledge.

18      Q   Did you see him yell and scream?

19      A   No.

20      Q   Did you see him encourage somebody to do something

21  nefarious inside?

22      A   I didn't see it.

23      Q   Okay.

24          MR. WEINBERG:  Actually, I don't have any other

25  questions.  Thank you, Judge.

```
1              THE COURT:  Okay.  Thank you.

2              Ms. Halim.

3              MS. HALIM:  Thank you.

4              Are we still at morning?  Yes, we are.

5                          - - -

6                     CROSS-EXAMINATION

7    BY MS. HALIM:

8        Q    Good morning, Agent.

9        A    Good morning.

10       Q    How are you doing?

11       A    I'm good.  How are you?

12       Q    I'm good.  Thanks.

13            I'd like to talk about your experience as an FBI

14   agent.

15       A    Sure.

16       Q    Let's start there, okay?

17            I think I heard you say you started with the FBI

18   in August of 2021?

19       A    Yes.

20       Q    At the risk of sounding silly, that's after

21   January 6th, 2021?

22       A    Yes.

23       Q    You weren't working as an FBI agent or for any --

24   or in any law enforcement capacity on January 6th, 2021,

25   right?
```

1      A    Correct.

2      Q    And then once you started with the FBI, you don't

3  hit the ground as a Special Agent, there's a training

4  process, right?

5      A    Five months at the Academy.

6      Q    So you did five months at the Academy, so that

7  took you until when?

8      A    December.

9      Q    Of 2021, right?

10     A    Yes, ma'am.

11     Q    So for right at one year, you have acted as an FBI

12 agent, right?

13     A    Yes.

14     Q    And the only case you've ever been assigned to is

15 this case, correct?

16     A    Yes, I've only worked on this for one year.

17     Q    Is it your first time testifying?

18     A    No.

19     Q    Okay.

20          How many times have you testified previously?

21     A    Once.

22     Q    Prior to working for the FBI, you had no previous

23 law enforcement experience, correct?

24     A    Correct.

25     Q    I think it was a financial technology capacity

1   that you worked in prior to joining the FBI; is that right?

2       A    Yes, ma'am.

3       Q    And so when you started at the FBI and you were

4   assigned to this case, you were given a large number of

5   materials to review, right?

6       A    Yes.

7       Q    Materials that had been compiled by other agents,

8   correct?

9       A    Correct.

10      Q    Records that had been obtained by search warrants

11  issued by other agents, right?

12      A    Yes.

13      Q    Your job was to review things that other people

14  had collected, right?

15      A    Yes.

16      Q    And specifically, your job was to review the

17  specific materials that other people told you to review,

18  right?

19      A    All the materials --

20      Q    Okay.

21      A    -- that I could.

22      Q    All right.

23           So I'm going to ask you some questions about your

24  video review.  I think you indicated that you had reviewed

25  hundreds of hours of video, right?

1    A    Yes.

2    Q    And now I'll focus more specifically on videos

3    that were highlighted in the exhibits during your direct

4    examination, okay?

5    A    Okay.

6    Q    So as a general matter, those videos that were

7    admitted into evidence, you reviewed those particular videos

8    many times, right?

9    A    Those among many other videos.

10    Q    Right.  I want to just talk about those, okay?

11    A    Yes.

12    Q    We'll just talk about the videos that were

13    admitted into evidence here today.

14    A    Okay.

15    Q    Or yesterday, let's say.  Okay.

16         Focusing on those videos admitted here in court --

17    A    Okay.

18    Q    -- you reviewed each of those videos multiple

19    times, right?

20    A    Yes.

21    Q    It's not the kind of thing where you look at it

22    once and you catch all the details.  You have to do it over

23    and over again, right?

24    A    Sure.

25    Q    And another thing, as you're reviewing that video,

1    you can press the pause button right?

2        A    Yes.

3        Q    And when you press the pause button, you can

4    scrutinize what's on that video, correct?

5        A    Sure.

6        Q    You can rewind if you like; Oh, I missed

7    something, let me rewind and catch it again, right?

8        A    Yes.

9        Q    For the audio, you can adjust the volume, you can

10   adjust the settings on the audio so that you can really hear

11   what was being said, right?

12       A    Yes.

13       Q    Because in the videos where there was audio, it

14   was a cacophony of noises, right?

15       A    It was very loud.

16       Q    And so you had to sort of re-review the same

17   thing, re-listen to the same thing over and over again to

18   really isolate and pull out specific comments, correct?

19       A    Yes.

20       Q    Speaking of the specific comments that were called

21   out, again, I'm focusing on the evidence that was admitted

22   here in this trial, okay?

23       A    Okay.

24       Q    So on the exhibits, there were portions of slides

25   where -- or a -- portions of the exhibits where there were

1    words actually written on the screen.  Do you recall that?

2        A    Yes.

3        Q    Now, if I understood correctly, if the words were

4    uttered by an Oath Keeper or someone relevant to this case,

5    that person's name was indicated next to the statement; is

6    that right?

7        A    Usually, I believe so, yes.

8        Q    So now if we didn't see a name or an attribution

9    for a quote that was highlighted on the screen, it's because

10   it was from some other person in the crowd, correct?

11       A    I didn't make that so I can't say for sure.

12       Q    And, you know what?  That'll bring me right to my

13   next topic.

14            You didn't make any of the compilation exhibits

15   that you testified about, correct?

16       A    Correct.

17       Q    And there were a lot of features embedded into

18   these compilation exhibits, correct?

19       A    Sure.

20       Q    You've got video, text, and other -- other items,

21   right?

22       A    Yes.

23       Q    You were not responsible for making any of the

24   selections of any of the materials that went into those

25   compilations, correct?

1       A       Correct.

2       Q       Now, there were also portions where people had

3   already been identified.  Do you know what I'm talking

4   about?

5       A       Circled with the name?

6       Q       Uh-huh, right.

7       A       Yes.

8       Q       You didn't create the circles or write the names,

9   correct?

10      A       I did not.

11      Q       You didn't even make the initial identification of

12  those people, did you?

13      A       No.

14      Q       By the time -- those people had been identified

15  before you even joined the FBI, correct?

16      A       I can't say that part for sure but --

17      Q       By the time the materials landed on your desk,

18  those people had already been identified?

19      A       Yes.

20              MS. HALIM:  So there were portions -- and I'll

21  just pull up by way of -- let's just do one example.

22              Justin, if we can have 1500.2.

23              And this is around the 8-minute mark.

24              There's a good example.

25

1  BY MS. HALIM:

2      Q    You see that?

3      A    Yes.

4      Q    What's on your screen now, you recognize that?

5      A    Yes, ma'am.

6      Q    And do you recall that when you were on direct

7  examination with Mr. Edwards, the screen would be up in

8  front of you just like it is right now, correct?

9      A    Yes.

10      Q    And then Mr. Edwards would ask you a question,

11  "Could you identify Mr. Hackett, please?"

12          Do you recall doing that?

13      A    Yes.

14      Q    And then you would point and you'd say, "There's

15  Mr. Hackett," right?

16      A    Right.

17      Q    And to be clear just so the record catches this

18  all, Hackett has a circle around his head?

19      A    On this video.

20      Q    Yes.  Well, we're talking about this.  This is

21  what we're talking about.

22          And then right under it, it says the word

23  "Hackett," right?

24      A    Yes.

25      Q    And so when you were asked to identify on this

1    example, you were pointing to a name already written on a

2    screen?

3        A    Sure.

4        Q    Thank you.  We can take that down.

5            I want to ask you a couple of questions about some

6    messages and chats that were highlighted during your direct

7    examination.

8            On November 3rd, there were a series of messages

9    that was in something called the Meggs Family chat.  Do you

10   recall that?

11       A    Yes.

12       Q    And there were a couple of messages that went back

13   and forth between Kelly Meggs and his wife, Connie Meggs?

14       A    Yes.

15       Q    And I don't think I recall you testifying as to

16   who were the participants in the family chat.

17       A    Their children.

18       Q    Well, it was Mr. Meggs and Ms. Meggs, right?

19       A    Yes.

20       Q    Their son, correct?

21       A    Uh-huh.

22       Q    Their daughter was a participant at some point but

23   not always part of that chat, correct?

24       A    I believe so, yes.

25       Q    So at most, there were four people in the Meggs

```
1   family chat, right?

2        A    Their family, yes.

3        Q    And only their family?

4        A    To my knowledge.

5   BY MS. HALIM:

6        Q    Also, let me can sort of fast-forward a bit to

7   January 6th.  Do you recall when Mr. Edwards showed you some

8   messages that were between Kelly Meggs and an individual

9   named Bob Baker?  I almost said Bob Barker.

10            Bob Baker, right?

11       A    Yes.

12       Q    Now, those were text messages, correct?

13       A    Correct.

14       Q    And as far as you know, those are direct text

15  messages between Kelly Meggs and Bob Baker, right?

16       A    Yes.

17       Q    And just those two people?

18       A    Correct.

19       Q    Mr. Hackett is not in the "D.C. Op Jan. 6" Signal

20  group, correct?

21       A    Correct.

22       Q    He's not in the "Old Leadership" chat group,

23  correct?

24       A    Correct.

25       Q    You have no evidence or information that
```

1    Mr. Hackett was at the Olive Garden on January 6th later

2    that day, right?

3         A    I do not.

4         Q    And I'm going to ask you a similar series of

5    questions that Mr. Weinberg asked you on behalf of

6    Mr. Moerschel.

7              There's a period of time in which Mr. Hackett is

8    not on video during the 11 minutes he was in the Capitol as

9    well, right?

10        A    Yes.

11        Q    And you know that during that time, he was, in

12   fact, in that small Rotunda, correct?

13        A    Correct.

14        Q    And you know that during that time, he didn't

15   really move around much because if he had, he would have

16   been on camera, correct?

17        A    If he had left, yes.

18        Q    It is possible that he also was standing right

19   near that statue not moving for the entire time he's off

20   camera, is it not?

21        A    It's possible.

22        Q    Similarly, you have no evidence that he ever went

23   into Speaker Pelosi's office, right?

24        A    Right.

25        Q    Or even into that Speaker's suite, correct?

1    A    Correct.

2    Q    You don't even have evidence that he walked past

3  the doorway outside of the suite, right?

4    A    Right.

5    Q    Lastly, if we could pull up, this is Government

6  Exhibit 9552, please, and I'm going to start with slide 64.

7         Agent, you recognize that.  That's --

8    A    Yes.

9    Q    -- a text message from Michael Greene, correct?

10   A    Correct.

11   Q    To a number ending in 9080, correct?

12   A    Yes.

13   Q    And whoever is -- whoever belongs to 9080 not on

14  that board, right?

15   A    Right.

16   Q    And as far as you know, this is just a text

17  message between those two people, correct?

18   A    Yes.

19   Q    3:06:02 p.m. is the time of that, right?

20   A    Yes, ma'am.

21        MS. HALIM:  If we could advance to, I believe it's

22  slide 66, Justin, please.

23  BY MS. HALIM:

24   Q    Again, we are looking at a text message between,

25  as far as you know, just two individuals, right?

3114

1        A    Yes.

2        Q    Michael Greene and whoever belongs to the number

3   ending in 9453, right?

4        A    Correct.

5        Q    And that message is sent at 3:08 p.m., correct?

6        A    Yes.

7        Q    And I should say for the record, that message

8   says, "There in," right?

9        A    Yes.

10       Q    By 3:08, Mr. Hackett was out of the

11  Capitol Building, correct?

12       A    Yes.

13       Q    In fact, he left the Capitol Building at

14  2:51 p.m., right?

15       A    Yes.

16            MS. HALIM:   Thank you, Agent.   No further

17  questions.

18            You know what?   Your Honor, I'm so sorry, I spoke

19  too soon.   Could I just ask you a couple of series

20  of questions.

21  BY MS. HALIM:

22       Q    Your evidence -- review of the evidence revealed

23  that Mr. Hackett at no point encouraged anyone to do

24  anything, right?

25       A    I didn't see positive or negative.

1      Q    Okay.

2           No fist-pumping?

3      A    No.

4      Q    No yelling?

5      A    No.

6      Q    No screaming?

7      A    I didn't see it, no.

8      Q    No pushing, no physical confrontations?

9      A    No.

10     Q    No, you did not see him damaging any part of the

11   Capitol Building, did you?

12     A    Not inside, other than the doors on the outside.

13     Q    I understand that that's your position.

14          MS. HALIM:  All right.  I have nothing further.

15   Thanks.

16          THE COURT:  Mr. Shipley, cross-examination.

17                    CROSS-EXAMINATION

18   BY MR. SHIPLEY:

19     Q    Good morning, Agent Abrams.

20     A    Good morning.

21     Q    There are a few times you responded to questions

22   from Mr. Edwards that were prefaced as Roberto Minuta and

23   his group, Group 2, right?

24     A    Yes.

25     Q    Okay.

1              Now, there's no question that Joshua James was the

2      leader of Group 2, right?

3          A    He was the leader of the Alabama group of

4      Oath Keepers, yes.

5          Q    Yeah.  So Stewart Rhodes specifically made

6      Joshua James the leader?

7          A    Correct, in that...

8          Q    Okay.

9              So to say that, you know, "Minuta and his group"

10     really is a bit of a mischaracterization, right?

11         A    Roberto Minuta was a part of that group, and he

12     did lead them in some instances, so --

13         Q    But Josh James was the leader.  Roberto Minuta was

14     just among the other five people.

15         A    Sure.

16         Q    Just want to be factually accurate.

17         A    Of course.

18         Q    I want to take just a minute to look at

19     Exhibit 6740A, among your summary of phone calls.

20     Specifically, I'll call your attention to the 2:32 three-way

21     call that you testified about.  Kind of important, right?

22         A    Yes.  I don't have anything, though.  I don't know

23     if you wanted to --

24         Q    It's coming up.

25         A    Thank you.

3117

1        Q    Now, what you have, based upon your analysis or

2    what you used for your analysis is a technical piece of data

3    that came from the phone company, right?

4        A    Correct.

5        Q    And sent out either Grand Jury subpoenas or

6    administrative subpoenas to the phone companies to get back

7    massive volumes of documents?

8        A    Yes.

9        Q    And then one of the great jobs of an agent is to

10   be able to sit there and sort through it all and make some

11   sense of it?

12       A    Yes.

13       Q    Now, you know that Michael Greene has testified

14   under oath that there was no three-way call.

15            THE COURT:  Sustained.

16            Ladies and gentlemen, you will ignore

17   that question.

18   BY MR. SHIPLEY:

19       Q    You know that Michael Greene --

20            THE COURT:  Hang on.  Get on the phone.

21            (Bench conference)

22            THE COURT:  Mr. Shipley, why do you think you can

23   ask the question?

24            MR. SHIPLEY:  I'm asking her what information she

25   has today that leads her to believe it's a three-way call,

```
 1   when there's evidence that it's not a three-way call.
 2              THE COURT:  But you're introducing hearsay; asking
 3   her to testify about hearsay testimony.
 4              It's hearsay.
 5              MR. SHIPLEY:  Well, I'm not asking -- not for the
 6   truth, just that point that he's made.
 7              THE COURT:  No, of course, it is for the truth.
 8              What other reason are you introducing it for?
 9              MR. SHIPLEY:  To whether or not it affects her
10   analysis.
11              Calls into question her conclusion.
12              THE COURT:  I don't think she's relying on any
13   testimony.
14              I mean, if you want her to rely on testimony and
15   out-of-court statements, including interviews, that would
16   have been a very different examination.
17              MR. SHIPLEY:  Okay.  I'll do the second half
18   of this.
19              (Open court)
20   BY MR. SHIPLEY:
21       Q    Set aside Mr. Greene for a moment.
22       A    Okay.
23       Q    You know that Stewart Rhodes has been interviewed
24   multiple times by the FBI, right?
25       A    Yes.
```

1      Q    Volunteered, sat down, answered all of

2  your questions?

3      A    Sure.

4      Q    Okay.  You reviewed those 302s?

5      A    Some of them.

6      Q    Okay.

7           Isn't it true that in not a single 302 was he ever

8  asked about this call?

9           MR. EDWARDS:  Objection.

10          THE COURT:  That's overruled.

11          THE WITNESS:  I can't speak to what questions were

12 asked.  I wasn't present.

13 BY MR. SHIPLEY:

14     Q    Well, you did or you didn't review the 302s?

15     A    I did not review all of them, no.

16     Q    Okay.

17          You don't think reviewing the 302s would have been

18 important to draw a conclusion about whether or not there

19 was actually a three-way call?

20     A    We have the phone records that shows a

21 conference call.

22     Q    But if the participants have a different

23 recollection, that's not important?

24     A    They could not tell the truth.

25     Q    But you're trying to find out what is the truth,

3120

```
 1   right?

 2        A    Of course.

 3        Q    Okay.

 4             And so all of that information is relevant because

 5   you're going to come here and testify?

 6        A    Yes.

 7        Q    Let's go to a different page of the call

 8   analysis, 6740.

 9             And I think it's page 2, second page.

10             Specifically, the two calls that you testified

11   about between Roberto Minuta and Stewart Rhodes are

12   around 1:00.

13        A    Okay.

14        Q    Let me see if I can direct you.

15             I think it's right here.

16        A    Yes.

17        Q    So there and there.

18        A    Yeah.

19        Q    There's one call in between.

20             The first one is at 12:58.

21        A    Correct.

22        Q    And the second one is at 1:02, right?

23        A    Yes.

24        Q    So just on both sides of 1:00?

25        A    Sure.
```

3121

1    Q    All right.

2         Now, who was on that first call?

3    A    Roberto Minuta and Stewart Rhodes.

4    Q    You don't know that, do you?

5    A    Sure.

6    Q    You know that those two numbers were in contact,

7    but you don't know who was on the phone?

8    A    No.

9    Q    So your answer assumes that the person who that

10   number is linked to was the person on the phone?

11   A    Yes.

12   Q    But assumptions are not evidence, are they?

13   A    No.  He did have his phone and made other calls

14   and messages, but...

15   Q    Now, if I told you to not make an assumption, your

16   answer to that question would have been, I don't know who's

17   on that call?

18   A    Fair.

19   Q    Now, whoever was on that call, what did they

20   discuss?

21   A    I couldn't tell you.

22   Q    So you don't know who's calling, you don't know

23   what they're talking about?

24   A    Right.  We know what phones spoke with each other

25   and the duration.

3122

1        Q    Now, that is, in fact, true about every call on

2    all of your summaries, right?

3        A    Sure.

4             We do have pictures with people with phones up to

5    their head, so it would lead you to believe that they are,

6    in fact, on the phone, but we can't say exactly what they

7    spoke about.

8        Q    I want to talk about the text messages for a few

9    minutes.

10            And we'll go to the specific ones in a few

11   minutes.  But I want to just make sure that everybody is

12   clear.

13            Roberto Minuta, no involvement with the Zello call

14   that you testified to quite a bit, right?

15       A    Not that I'm aware of.

16       Q    Okay.

17            And among the various Signal chats, several of

18   which we've seen messages from and you've testified about,

19   Roberto Minuta was not on the "Old Leadership" chat, right?

20       A    Joshua James was, but he was not.

21       Q    Joshua James isn't sitting here today?

22       A    Correct.

23       Q    Okay.

24            Roberto Minuta was not on that chat?

25       A    No.

3123

1      Q    So he didn't see any of those messages?

2      A    I can't say if he saw them or not.  He just wasn't

3  on the chat.

4      Q    Okay.

5           Roberto Minuta was not on any of the Florida

6  Oath Keeper chats, right?

7      A    Correct.

8      Q    And then there was one specific one called January

9  5/6 Op Intel Team?

10     A    Yes.

11     Q    He wasn't on that one?

12     A    No.

13     Q    He was on one, right?

14     A    Yes.

15     Q    He was on the "D.C. Op Jan. 6, '21" chat?

16     A    Correct.

17     Q    And that was created about a week, eight days

18  before January 6th?

19     A    Sometime in December, yes.

20     Q    And Stewart Rhodes added him on December 30th to

21  that chat?

22     A    I'm not sure who added him, but I know he was

23  added, yes.

24     Q    Okay.

25          And do you recall the slide -- I don't think it's

3124

1    among the ones you've seen, but you've examined many of the

2    slides, right, not just the ones here today?

3        A    I've examined many slides.  I don't --

4        Q    Right.

5            You remember one where Stewart Rhodes specifically

6    referred to him as the New York chapter leader?

7        A    I do not recall that.

8        Q    Okay.

9            Can we pull up 9552, please.

10           And if you can go back to the first one real quick

11   that you were on.

12           Is that the first slide there?

13           Now, this entire chat -- or this entire exhibit

14   has about -- has 70 slides in it.  But I'm only going to

15   talk about the D.C. Op January 6 slides, which is the only

16   one Roberto Minuta is in.

17       A    Okay.

18       Q    Okay.

19           Now, you can't say today that Roberto Minuta ever

20   actually read anything, right?

21       A    I mean, only what he would have responded to.

22   But, no, I can't say if he read messages that didn't have a

23   reply.

24       Q    Because this came from Stewart Rhodes' phone?

25       A    This did, yes.

1      Q     Yeah.

2            And so you could see all the messages that are

3      sent by Rhodes or others?  As --

4      A     Yes.  Including Minuta.

5      Q     As reflected in the electronic readout, right?

6      A     Yes.

7      Q     But Signal does not tell you -- in the way it's

8      exploited by the tech agents, by the CART agents, Signal

9      does not tell you who read them?

10     A     Right.

11     Q     I hate to do this to you real quick, and I'm not

12     going to jump right to it, but can we go to 9551 real quick.

13           Okay.

14           And 9551 -- and the reason I'm pulling this up is

15     it's the "D.C. Op Jan. 6, 21" chat.

16     A     Uh-huh.

17     Q     Message from Stewart Rhodes at 6:27 a.m.

18     A     Yes.

19     Q     So early in the morning.

20     A     Yes.

21     Q     And the numbers down at the bottom left corner,

22     we've been through this with Agent Harris, I think, the 955

23     references the message number in this chat, right?

24     A     Right.

25     Q     So let's -- so keep track of 955.  I'll write it

1    down.

2           Let's go to 9554, slide 41.

3           Now, we're still in the same chat, right?

4    A    Yes.

5    Q    Now, if we look down at the number at the bottom,

6    we're at 1375, and this is at 9:00 p.m. on January 6th.

7    A    Correct.

8    Q    15 hours, or roughly 15 hours later, right?

9    A    Okay.

10   Q    My math says between those two, there's

11   420 messages on January 6th alone.

12   A    Okay.

13   Q    Okay.

14          How many do you think you've testified to here

15   today about the D.C. Op January 6th?

16   A    I couldn't say.

17   Q    Less than 40?

18   A    Less than 40?

19   Q    Yeah.

20   A    I don't believe so.

21   Q    Well, there's lots of sources here, not just

22   "D.C. Op Jan. 6, '21", there's many other chats that you've

23   testified to, right?

24   A    Yes.

25   Q    But that specific one, it's less than 40?

1    A    I couldn't put a number to it, between yesterday

2  and today.

3    Q    Let's go to 9552.  And we're not going to go

4  through a bunch of slides.

5         Okay.  There's no evidence that Roberto Minuta

6  knows who HorseWhisperer is, right?

7    A    I don't know if he does or not.

8    Q    Well, in other words, you, as a witness sitting

9  here today, have no evidence that he knows who

10  HorseWhisperer is?

11    A    Correct.

12    Q    Let's go to Slide 26, please.

13         Same question for Liberty.  You cannot say to this

14  jury that Roberto Minuta knows who Liberty is, right?

15    A    Right.  They're in the same chat, but I don't know

16  if they personally know one another.

17    Q    Let's go to Slide 45.

18         I have the same question; would you have the same

19  answer about Highlander KT?

20    A    Yes.

21    Q    Let's go to No. 46.

22         Now, we know Western State Leader is Paul Stamey

23  from North Carolina, right?

24    A    Correct.

25    Q    Okay.

1          You have anything to offer that Mr. Minuta knows

2    Paul Stamey or has ever talked to him?

3        A    I do not, no, personally.  But, again, they're in

4    the same chat so they communicate that way.

5        Q    Let's go to Slide 50.

6             Whoever Jim happens to be, again, same problem,

7    right, no knowledge, no evidence that Mr. Minuta knows Jim?

8        A    Does or does not know, correct.

9        Q    These are just strangers?

10       A    I'm not in chats with strangers, but...

11       Q    And you can't say that he ever read any of these

12   messages or he ever interacted with any of these people?

13       A    No.  Only if he responded directly to the message.

14       Q    Let's go to 9554.

15            Number 9, please.

16            This is from Mr. Ed Vallejo, a defendant here in

17   court, right?

18       A    Yes.

19       Q    And would you be surprised to know that

20   Mr. Vallejo and Mr. Minuta had never met or talked to each

21   other until they came to court?

22       A    No.

23       Q    Let's go to No. 12.

24            Law2187, another individual, any evidence that

25   Mr. Minuta knows who this is?

1    A    Not directly.

2    Q    No. 25 -- actually, not 25, that's Kelly Meggs.

3        No. 46.

4        I must have been getting a little loopy doing

5    these.

6        That one's Ed Vallejo, that's not the D.C. Op

7    January 6 chat.

8        Your Honor, I'm going to go to the montage video

9    now, 1502, and I'm going to have a long time with that.

10       Do you want to break a little early and then we

11   just start with that?

12       THE COURT:  Why don't you use the first

13   ten minutes and then we'll break at 12:30 for lunch.

14   BY MR. SHIPLEY:

15   Q    In reviewing the D.C. Op January 6 chat, how many

16   messages did Roberto Minuta send?

17   A    I couldn't put a number on it.

18   Q    Would you be surprised that he sent none?

19   A    I don't believe that's true, but, again,

20   I couldn't put a number on it.

21   Q    Do you think that would be important information

22   today, testifying about the D.C. Op January 21, '06 chat,

23   when that's the only one he's in, to not have that

24   information?

25   A    There are a lot of people in that chat and we've

1    reviewed a lot of messages, so I couldn't say a number of

2    messages sent by one particular person.

3        Q    There's only four people that are defendants in

4    this case.

5        A    Sure.

6        Q    Okay.  Let's go to -- there's one discrete subject

7    on 1502 that we can do probably in ten minutes.

8            Can we pull up the montage 1500.2.

9            And I want to advance to 1418 on the clock, which

10   is the Josh James message appearance at 2:04.

11           Perfect.

12           Okay.

13           Now, you've covered this a couple of times.

14   Josh James sending a message to the -- actually, this is to

15   the "January 5/6 D.C. Op Intel Team."

16           "Were coming to the Capitol.  ETA 30 minutes"?

17       A    Yes.

18       Q    Where is Josh James -- where is -- where is that

19   purple dot?

20       A    It is around the Willard Hotel.

21       Q    And the Willard Hotel is directly next to the

22   White House, right?

23       A    Yes.

24       Q    And I think this is actually Pershing Park right

25   here, okay?

1       A    I don't actually know.

2       Q    Your D.C. geography is probably about the same as

3    mine.

4       A    Maybe.

5       Q    So this exhibit is saying that at this point in

6    time, 2:04, Josh James is at the Willard Hotel?

7       A    Approximately, yes.

8       Q    And what data is that based on?

9       A    That is based on the phone data.

10       Q    What phone data?

11       A    Joshua James.

12       Q    It's not my question.

13            What phone data about Joshua James' phone places

14    him in the Willard Hotel?

15       A    I believe it was the cell site data and also

16    interviews with other individuals involved.

17       Q    With Joshua James?

18       A    Yes.

19       Q    Okay.

20            Where was Josh James -- this is at 2:04.  Where

21    was he at 1:30?

22       A    I believe at that point they were at the

23    Mayflower.

24       Q    Okay.  But that's not on here, is it?

25       A    No.

1    Q    There's other parts of this day that are reflected

2    as early as 1:30 with the other groups, right?

3    A    Yes.

4    Q    But for whatever reason -- and I know you didn't

5    put this together.

6         But for whatever reason, the purple group doesn't

7    begin until 2:04 when they're at the Willard.

8    A    Right, because that's when they began heading

9    towards the Capitol.

10   Q    Well, where were they at the 1:00?

11   A    I believe the Mayflower Hotel.

12   Q    Well, how did they get from the Mayflower to

13   the Willard?

14   A    I couldn't say.

15   Q    What purpose would they go from the Mayflower to

16   the Willard?

17   A    To pick up golf carts to drive the golf carts to

18   the Capitol.

19   Q    So, in fact, they left for the Capitol back from

20   the Mayflower, not from the Willard?

21   A    Sure.

22   Q    That's another three-quarters of a mile the

23   wrong direction?

24   A    I couldn't say the direction from the Mayflower to

25   the Willard, but I know they left from the Willard.

1    Q    Mayflower is not on this map, right?

2    A    No.

3    Q    I mean, the Mayflower is that way, right?

4    A    I believe so.

5    Q    You know from your investigation that Josh James

6  was the Group 2 leader?

7    A    Yes.

8    Q    You know from your investigation that Group 2 was

9  a personal security detail for Roger Stone?

10    A    That's part of what they were doing.

11    Q    You know from your investigation that Roger Stone

12  was staying at the Willard?

13    A    Correct.

14    Q    You know that prior to the Roger Stone security

15  detail being canceled or after the Roger -- after the

16  Roger Stone security detail was canceled, Group 2 went from

17  the Willard to The Ellipse?

18    A    I believe so, yes.

19    Q    And after The Ellipse, they went back to the

20  Mayflower?

21    A    Correct.

22    Q    And they went to the Mayflower, why?

23    A    To wait.

24    Q    They had three rooms there, right?

25    A    I think so.

1    Q    Grods, Ulrich, Walden, and Ricky Jackson, four of

2    the six members, had spent the night at the Mayflower?

3    A    Yes.

4    Q    They were cold?

5    A    Sure.

6    Q    They went back to get warm?

7    A    Okay.

8    Q    Went back to get something to eat?

9    A    Maybe.

10    Q    In fact, they were sitting in their hotel room

11    watching TV when they begin to see some of the images on the

12    news about what was happening at the Capitol, right?

13    A    Some of them, yes.

14    Q    And that was the first instance they had any

15    information about what was happening at the Capitol?

16    A    I can't say that.

17    Q    And it was in the Mayflower Hotel where the phone

18    calls between Roberto Minuta's phone and Stewart Rhodes'

19    phone on both sides of 1:00, that's where they were, right?

20    A    Yes.

21    Q    So they're sitting in a hotel over two miles from

22    the Capitol when these two phone calls take place?

23    A    Yes; talking to Stewart Rhodes.

24    Q    But you don't know who was talking to

25    Stewart Rhodes, right?

3135

1        A      Sure.

2        Q      And you don't know what they were talking about?

3        A      No.

4        Q      And that an hour before the "Were on our way to

5   Capitol.  ETA 30 minutes?

6        A      Yes.

7        Q      They hung out at the Mayflower Hotel for some

8   significant period of time before heading to the Willard?

9        A      They were at the Mayflower Hotel, yes.

10       Q      Now, the six members of this security detail, were

11  they together the entire morning before they got to the

12  Capitol?

13       A      I can't say.

14       Q      Do you have any information that at any part they

15  separated before they got to the Capitol?

16       A      At all on the 6th?  I know some stayed at the

17  Mayflower, and some stayed at the Hilton Garden Inn.  So

18  initially they weren't together.

19       Q      Well, we know that Josh James and Roberto Minuta

20  spent the night at the Hilton in Virginia.

21       A      Correct.

22       Q      The other four spent the night at the Mayflower

23  in D.C.?

24       A      Right.

25       Q      And then they connected --

1      A      Right.

2      Q      -- 7:30 that morning at the Willard?

3      A      Yes.

4      Q      And that's where they started the Roger Stone

5  security detail, from 7:30 till whatever time they quit.

6      A      11:00.  Yeah.

7      Q      Between those two time periods, when the time they

8  got together to start the Roger Stone security detail until

9  they head for the Capitol, did that group ever break up or

10  were they together the whole time?

11     A      I don't know if they all went to The Ellipse

12  between the time that they were at the Willard and went back

13  to the Mayflower.  But I know that they were all together at

14  the Mayflower.

15     Q      Well, they were all together at the Mayflower?

16     A      Yes.

17     Q      And they had gotten to the Mayflower after

18  The Ellipse?

19     A      Correct.

20     Q      And then they all went together to the Willard?

21     A      Yes.

22     Q      Then there's six riding together in the

23  golf carts?

24     A      Yes.

25     Q      And then there's six walking together from where

1    they parked the golf carts right outside this building over

2    to the Capitol?

3         A    Yes.

4         Q    And they remained together as they approached the

5    west side of the Capitol?

6         A    Yes.

7         Q    And they remained together as they went around the

8    north side of the Capitol?

9         A    Correct.

10        Q    They remained together going up the steps?

11        A    Yes.

12        Q    And then they broke into three groups?

13        A    When?

14        Q    When they got to the top of the steps, right?

15        A    Thy entered separately, but I don't know if that

16   was on purpose or if just -- it was the crowd.

17        Q    Well, they had been together, together -- they

18   entered separately?

19        A    Yes.

20        Q    Three went in first, right?

21        A    Yes.

22        Q    Mr. Minuta, Mr. James --

23        A    Mr. Walden.

24        Q    -- Mr. Walden.

25             Mr. Grods and Mr. Ulrich are seven minutes later,

3138

```
 1   right?
 2        A    Yes.
 3        Q    And Mr. Jackson never goes inside.
 4        A    Correct.
 5             THE COURT:  All right.  Mr. Shipley, this is
 6   probably a good place to break for lunch.
 7             MR. SHIPLEY:  We have the videos and Mr. Minuta at
 8   this point.
 9             THE COURT:  Sounds good.
10             Okay.  We're going to take our lunch break now,
11   ladies and gentlemen, 12:30.  We will resume at 1:30.  We'll
12   see you all very soon.
13             COURTROOM DEPUTY:  All rise.
14             THE COURT:  All right.  Agent Abrams, we'll see
15   you shortly.  Just, again, a reminder not to discuss your
16   testimony during the lunch break.
17             Thank you.
18             Anything we need to discuss before we break?
19             MS. HALIM:  I'm going to have objections to some
20   Fleet exhibits, so whenever you want to take those up.
21   I think we still have a ways to get through Abrams, but
22   I believe Fleet is the next witness.
23             Is that Bernie?
24             MR. NESTLER:  Fleet will testify today, yes, will
25   be tomorrow early.
```

1          MS. HALIM:  Never mind.

2          But I do have objections.  I still have

3    objections.

4          THE COURT:  Okay.  All right.

5          MR. EDWARDS:  Your Honor, there's one message that

6    Mr. Peed has showed us that he intends to use in cross.  We

7    haven't received any others, but the one we just have an

8    objection to.  We can clear it now or just before he goes

9    on.  It's up to you.

10          THE COURT:  When you say "clear it," do you mean

11    you have an objection to showing the message?

12          MR. EDWARDS:  Yes, Your Honor.

13          THE COURT:  Okay.  Why don't we deal with that

14    now?

15          MR. EDWARDS:  Okay.

16          MR. PEED:  It's a scope objection, Your Honor.

17    It's a Caldwell message expressing one of the purposes of

18    the QRF and the organization phase.

19          So what I intend to do is when talking about the

20    message that she went over on direct of Mr. Vallejo saying,

21    "QRF standing by," I intend to go through the messages after

22    that, which are expressly about extraction, and then talk

23    about the one before that that says, "QRF."  It just doesn't

24    say one way or the other.  It just says, "QRF."

25          But we know one of the purposes of the QRF was

1    extraction, and I want to show that through messages that

2    are prior to January 6th.  The government is trying to have

3    a very tight chronology; if it wasn't on January 6th, the

4    message doesn't come in.  And I think I'm saying --

5              THE COURT:  So just tell me what the message is

6    and the date of the message.

7              MR. PEED:  It's a Caldwell message from, I think,

8    January 2nd trying to get the boat.  And he says -- he's

9    talking about, you know, the purposes that he would use it

10   for if he got it, of taking old people or sick people out,

11   stuff like that.

12             THE COURT:  Okay.  The objection is that this

13   witness's testimony is just limited to --

14             MR. EDWARDS:  To January 6th, one.

15             And, two, if Mr. Peed's intent here is to show

16   that there are other purposes for the QRF, Mr. Vallejo is

17   not on those messages with Thomas Caldwell and another

18   random individual that's not involved in the conspiracy.

19             THE COURT:  Look, I think given the way the

20   government has presented the case, including, you know,

21   color-coding people with particular groups, I think it's

22   appropriate to bring -- you know, in some limited fashion,

23   Mr. Peed's only seeking to cross-examine him with one other

24   message.  So I don't think there's a problem with that.

25             MR. PEED:  There are others, Your Honor.  That's

1    the one for that.

2            It's the same idea.  She talked about Mr. Vallejo

3    having a drone.  This is a little bit more -- this is

4    similar to what I did with the -- in the first cross of the

5    case.  So I want to show that having a drone for ops is

6    something Oath Keepers have done before.  It's not something

7    that was unique to this case, to January 6th.  So there's a

8    message referencing an intent with Stewart Rhodes to have a

9    drone at Oath Keeper ops, things of that nature.

10            MR. EDWARDS:  I haven't seen the message.  I don't

11    know that Mr. Vallejo was on it.  I haven't seen it --

12            MR. PEED:  He wasn't.  He wasn't on anything.  But

13    Stewart Rhodes was.  And so if Stewart Rhodes has these -- I

14    mean, it's the same argument for the other QRFs.  He has a

15    QRF at every op.  Some of those QRFs have drones.  Some of

16    those QRFs have boats.  These are not things that are unique

17    to January 6th.  That's the point.

18            MR. EDWARDS:  Right.  I think we would just stick

19    with our objection.  I think the point that when Mr. Vallejo

20    is messaging "QRF on standby, ready to assist," I think the

21    relevance here is whether or not Mr. Vallejo has specific

22    intent about doing things with that QRF.  So we would.

23    Lodge the same objection.

24            THE COURT:  Yes, but, hang on, you know, the

25    intent is not just of Mr. Vallejo but those who have been

1    alleged to be co-conspirators, particularly Mr. Rhodes, and

2    so I think we've had arguments about -- well, let's put it

3    this way.

4            You're putting Mr. Rhodes' messages in not only

5    for the purpose of what he communicated to others but also

6    what his state of mind is and what his intent was.  And so

7    to the extent his intent can be informed by his past conduct

8    that's relevant, I think that's fair.

9            MR. EDWARDS:  I haven't seen them yet.  We can

10    take a look.

11            THE COURT:  Take a look over lunch, and if there's

12    something problematic, but I think the general proposition

13    is not problematic.

14            COURTROOM DEPUTY:  All rise.  This Court stands in

15    recess.

16            (Recess from 12:36 p.m. to 1:30 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 5, 2023_____    

William P. Zaremba, RMR, CRR

3144

BY MR. EDWARDS:
**[94]** 2994/5 2994/18
2995/23 2996/12
2996/20 2997/15
2998/15 2998/22
2999/9 2999/19 3000/2
3000/9 3001/10
3001/15 3002/5
3002/19 3003/10
3004/3 3004/15 3005/3
3007/4 3007/13
3007/19 3008/17
3009/6 3009/15
3010/11 3011/14
3011/22 3012/22
3013/23 3014/7 3015/6
3015/14 3017/4
3017/25 3018/16
3019/14 3020/17
3021/17 3023/2
3024/12 3026/5 3027/1
3027/16 3029/7
3029/13 3030/17
3032/3 3033/7 3033/20
3034/8 3034/24
3035/15 3037/13
3038/5 3041/8 3041/23
3042/6 3043/12
3044/21 3046/2
3046/15 3046/21
3047/18 3048/6
3048/13 3048/24
3049/14 3050/4
3050/10 3050/23
3051/15 3052/9
3052/18 3053/18
3055/3 3055/21
3056/14 3057/11
3058/19 3059/7 3060/5
3061/18 3063/17
3064/13 3065/13
3065/22 3067/15
3071/14 3073/5
3073/13 3079/23
3081/18
BY MR. SHIPLEY: **[5]**
3115/18 3117/18
3118/20 3119/13
3129/14
BY MR. WEINBERG:
**[3]** 3085/14 3088/25
3089/19
BY MS. HALIM: **[5]**
3102/7 3108/25 3111/5
3113/23 3114/21
**COURTROOM**
**DEPUTY: [10]** 2990/2
2990/6 2992/14
2992/25 3066/11
3066/16 3066/20
3068/7 3138/13
3142/14
MR. EDWARDS: **[102]**
2991/9 2992/20
2993/21 2994/16
2996/9 2997/13
2998/11 2999/24

3002/11 3003/1/1 3002/7/1
3002/16 3005/15
3005/19 3006/3 3006/6
3006/9 3006/17
3006/21 3007/1
3007/16 3008/13
3008/22 3008/25
3010/9 3011/5 3011/12
3011/19 3012/20
3013/20 3014/4
3015/11 3017/1
3017/23 3018/14
3019/8 3020/12
3021/13 3022/24
3024/10 3026/3
3026/20 3026/23
3027/14 3029/4
3030/11 3031/22
3033/4 3034/6 3034/18
3035/13 3037/8 3038/2
3041/6 3042/2 3043/10
3044/19 3045/22
3045/25 3046/19
3046/25 3047/4 3047/9
3047/13 3047/25
3048/5 3057/8 3058/15
3059/5 3059/24
3061/16 3062/4 3063/6
3063/12 3064/11
3065/5 3065/9 3067/11
3068/11 3069/13
3070/19 3070/21
3070/24 3071/2 3071/9
3071/11 3072/7
3072/12 3072/25
3073/2 3073/11
3079/21 3085/8
3089/15 3119/9 3139/5
3139/12 3139/15
3140/14 3141/10
3141/18 3142/9
**MR. NESTLER: [1]**
3138/24
**MR. PEED: [15]**
3068/2 3068/13
3068/25 3069/7
3069/12 3070/6
3070/13 3072/15
3072/18 3072/21
3081/14 3139/16
3140/7 3140/25
3141/12
**MR. SHIPLEY: [15]**
2991/12 2991/22
2996/16 2999/17
3031/13 3031/17
3031/25 3046/24
3047/14 3047/24
3117/24 3118/5 3118/9
3118/17 3138/7
**MR. WEINBERG: [5]**
3068/10 3068/12
3088/23 3089/13
3101/24
**MS. HALIM: [21]**
2991/10 3001/3
3001/14 3005/13
3005/16 3005/23

3029/10 3033/18
3034/20 3060/1 3063/8
3065/7 3102/3 3108/20
3113/21 3114/16
3115/14 3138/19
3139/1
**THE COURT: [78]**
2990/4 2990/21
2991/11 2991/20
2992/1 2992/17
2992/24 2993/2
2996/17 2999/16
2999/18 3001/4
3005/17 3005/21
3005/25 3006/8 3011/9
3019/11 3026/22
3029/12 3031/16
3031/21 3031/23
3032/1 3033/19
3034/21 3047/1
3047/12 3047/16
3048/2 3060/2 3063/9
3065/8 3066/6 3066/13
3066/18 3066/22
3068/4 3068/23 3069/3
3069/11 3069/22
3070/9 3070/16
3070/20 3070/23
3070/25 3071/6
3072/11 3072/13
3072/16 3072/19
3072/23 3073/1
3081/15 3085/10
3089/16 3102/1
3115/16 3117/15
3117/20 3117/22
3118/2 3118/7 3118/12
3119/10 3129/12
3138/5 3138/9 3138/14
3139/4 3139/10
3139/13 3140/5
3140/12 3140/19
3141/24 3142/11
**THE WITNESS: [4]**
2996/18 3072/10
3081/17 3119/11

'
'06 [1] 3129/22
'21 [2] 3123/15 3126/22
'cause [1] 3058/22
'em [1] 3036/22

.
.1 [1] 3021/19

1
**1 minute [5]** 3002/17
3012/20 3031/9
3031/11 3032/9
**1/21/21 [1]** 3081/23
**10 [2]** 3006/10 3084/25
**10 minutes [4]** 3052/5
3052/16 3053/16
3054/8
**10 seconds [2]**
3037/10 3037/12

3082/21
**106 [1]** 3072/24
**1081.1 [6]** 3064/12
3064/14 3065/6 3065/8
3065/10 3065/11
**11 [4]** 2990/10 3004/1
3050/2 3058/17
**11 minutes [4]** 3054/25
3092/13 3099/20
3112/8
**114 [1]** 2988/16
**1150 [1]** 2988/20
**11:00 [2]** 3066/7
3136/6
**11:01 [1]** 3066/17
**11:15 [1]** 3066/9
**11:21 [1]** 3066/17
**11:29 [1]** 3055/9
**11:31 [1]** 3085/3
**11:58 [1]** 3083/17
**12 [1]** 3128/23
**12 minutes [1]** 3055/19
**12 seconds [2]**
3012/21 3031/9
**12:20 [2]** 3084/9
3084/12
**12:22 [1]** 3084/22
**12:30 [2]** 3129/13
3138/11
**12:36 p.m [1]** 3142/16
**12:58 [1]** 3120/20
**13 [1]** 2998/20
**13 minutes [2]** 3056/12
3057/8
**13 seconds [1]** 2998/9
**1341 [1]** 2988/4
**1375 [1]** 3126/6
**14 [9]** 2987/7 2990/24
2990/24 2992/21
2993/6 2993/7 3009/20
3050/21 3058/16
**14 seconds [1]**
3055/19
**1418 [1]** 3130/9
**14:47 [1]** 3016/10
**15 [6]** 2987/4 2990/7
2992/20 3047/5 3126/8
3126/8
**1500.2 [4]** 3037/9
3095/23 3108/22
3130/8
**1502 [2]** 3129/9 3130/7
**1504 [7]** 3000/8
3000/11 3000/23
3001/2 3001/4 3001/5
3008/14
**1505 [6]** 3010/10
3010/13 3011/1 3011/7
3011/9 3011/10
**1508 [2]** 2994/15
3044/20
**1531 [2]** 2994/9
3074/16
**1532 [1]** 2988/11
**16 [1]** 3009/1
**16 minutes [4]** 3037/9
3037/11 3039/8 3040/7

3018/15
3018/22 3019/9
3019/11 3019/12
3024/11 3085/19
3048/22
**17 [3]** 3041/7 3041/21
3048/22
**1775 [1]** 2988/20
**18 [1]** 2994/15
**19 [4]** 3011/13 3012/25
3082/20 3082/21
**19129 [1]** 2988/7
**1:00 [4]** 3120/12
3120/24 3132/10
3134/19
**1:02 [1]** 3120/22
**1:09 [1]** 3095/23
**1:30 [3]** 3131/21
3132/2 3138/11
**1:30 p.m [1]** 3142/16
**1:40 [1]** 3073/7

2
**20 [1]** 3046/17
**20 seconds [1]** 3052/1
**20006 [1]** 2988/21
**202 [2]** 2987/18
2988/21
**2020 [2]** 3026/17
3027/4
**2021 [6]** 3026/18
3082/9 3102/18
3102/21 3102/24
3103/9
**2023 [2]** 2987/5 3143/7
**20579 [1]** 2987/17
**20th [3]** 3080/18
3082/10 3084/21
**21 [5]** 3060/8 3076/15
3081/23 3125/15
3129/22
**215-300-3229 [1]**
2988/8
**2187 [3]** 3074/12
3074/19 3075/9
**21st [1]** 3082/9
**22 [1]** 3013/21
**22 seconds [2]** 3014/5
3055/1
**22-15 [1]** 2987/4
**22182 [1]** 3082/17
**228-1341 [1]** 2988/4
**22V3 [1]** 3095/5
**23 [1]** 2995/21
**23 seconds [1]**
3053/16
**239 [1]** 2988/12
**25 [3]** 3061/12 3129/2
3129/2
**252-7277 [1]** 2987/18
**26 [1]** 3127/12
**26 seconds [1]** 3039/8
**265 [1]** 2988/15
**28 [1]** 3004/13
**28 seconds [3]**
3005/11 3006/24
3008/15
**2:04 [4]** 3130/10
3131/6 3131/20 3132/7

**2**

**2:24 [1]** 3094/7
**2:32 [2]** 3094/8
3116/20
**2:35 [1]** 2994/14
**2:41 [2]** 3001/18
3040/20
**2:42 [3]** 3004/18
3007/14 3008/21
**2:45 [5]** 3009/9
3009/19 3011/17
3019/19 3029/1
**2:46 [2]** 3012/17
3014/19
**2:47 [3]** 3015/7
3016/13 3029/1
**2:48 [1]** 3018/5
**2:51 p.m [1]** 3114/14
**2:53 p.m [1]** 3029/20
**2:55 [1]** 3030/1
**2:56 [1]** 3007/21
**2:57 [4]** 3000/5 3008/4
3031/3 3036/13
**2:58 [1]** 3008/8
**2:59 [4]** 3030/13
3030/16 3030/23
3031/4
**2nd [1]** 3140/8

**3**

**3 minutes [2]** 2996/10
3032/13
**3 seconds [1]** 3056/12
**30 [3]** 3031/1 3130/16
3135/5
**30 days [1]** 3080/14
**302 [1]** 3119/7
**302s [3]** 3119/4
3119/14 3119/17
**30th [1]** 3123/20
**31 seconds [2]**
3015/12 3054/8
**32 [2]** 3013/13 3017/23
**3229 [1]** 2988/8
**33 [1]** 3041/7
**337-9755 [1]** 2988/12
**33901 [1]** 2988/12
**33950 [1]** 2988/16
**35 [1]** 3002/17
**3580 [1]** 2988/7
**36 [1]** 3075/15
**36 seconds [1]**
3032/13
**38 seconds [1]**
3049/12
**39 [1]** 3032/11
**3:00 [3]** 3030/4 3031/7
3031/8
**3:01 [2]** 3031/10
3032/8
**3:01 p.m [1]** 3032/5
**3:03 [2]** 3031/12
3032/10
**3:04 [1]** 3032/12
**3:05 [1]** 3038/16
**3:06 [3]** 3033/14
3035/16 3035/20
**3:06 p.m [1]** 3033/8

**3:08 [3]** 3035/25
3114/5 3114/10
**3:09 [2]** 3032/14
3036/9
**3:10 [1]** 3039/21
**3:13 [1]** 3032/16
**3:14 [5]** 3041/3 3044/8
3044/20 3045/2 3056/7
**3:15 [2]** 3038/16
3040/23
**3:15 p.m [1]** 3049/6
**3:16 [4]** 3030/16
3032/18 3041/13
3041/25
**3:16 p.m [1]** 3032/6
**3:17 [2]** 3049/20
3051/3
**3:18 [1]** 3049/20
**3:19 [2]** 3053/10
3055/11
**3:20 [2]** 3054/16
3054/17
**3:28 [4]** 3055/14
3060/6 3060/16
3060/20
**3:30 [3]** 3059/14
3062/11 3062/13
**3:30 p.m [2]** 3063/13
3064/18
**3:32 [2]** 3054/23
3055/6
**3:34 [1]** 3055/6
**3:35 [6]** 3054/14
3054/17 3055/11
3055/22 3056/16
3056/20
**3:36 p.m [1]** 3057/2
**3:41 [1]** 3057/13
**3:41 p.m [1]** 3058/25
**3:45 p.m [1]** 3061/10
**3:46 [1]** 3057/13
**3:47 [2]** 3067/23
3071/18
**3:47 p.m [1]** 3071/15
**3rd [2]** 3027/4 3110/8

**4**

**4 minutes [2]** 2998/8
2998/20
**40 [5]** 3074/2 3074/9
3126/17 3126/18
3126/25
**40 seconds [1]**
3007/11
**41 [2]** 2999/7 3126/2
**41 seconds [2]**
3031/11 3032/9
**42 [2]** 3032/19 3063/20
**42 seconds [1]** 3057/9
**420 messages [1]**
3126/11
**43 [2]** 2996/10 3032/17
**43 seconds [1]** 3005/1
**45 [1]** 3127/17
**46 [5]** 3002/3 3002/7
3009/13 3127/21
3129/3

**47 [3]** 3028/1 3046/14
3046/19
**48 [1]** 2997/13
**4:00 [1]** 3073/15
**4:04 [1]** 3063/18
**4:04 p.m [1]** 3063/19
**4:09 [1]** 3073/17
**4:25 [1]** 3073/23
**4:57 [1]** 3074/1
**4:58 [1]** 3074/10

**5**

**5 minutes [2]** 3017/1
3045/23
**5/6 [1]** 3123/9
**50 [1]** 3128/5
**52 seconds [1]** 3040/7
**55 [2]** 3014/25 3032/15
**56 [3]** 3003/8 3014/17
3063/24
**56 seconds [1]**
3045/23
**57 [1]** 3041/21
**5702 [4]** 3042/4 3042/9
3042/16 3044/9
**5706 [3]** 3042/4 3042/9
3043/11
**575-8000 [1]** 2988/17
**58 [1]** 3017/14
**58 seconds [1]** 3017/2
**59 seconds [1]**
3051/13
**5:00 [1]** 3075/22
**5:09 [1]** 3074/12
**5:12 [1]** 3075/5
**5:21 [1]** 3075/13
**5:45 [1]** 3044/23
**5:56 [1]** 3076/3

**6**

**60 [2]** 3074/2 3074/9
**601 [1]** 2987/17
**625.2 [1]** 3022/25
**64 [1]** 3113/6
**66 [1]** 3113/22
**6725.1 [2]** 3021/14
3021/18
**6725.2 [1]** 3023/1
**6736 [4]** 3034/7
3034/13 3034/19
3034/22
**6740 [1]** 3120/8
**6740A [2]** 3030/12
3116/19
**6742A [4]** 3062/5
3063/7 3063/9 3063/10
**6744.1 [1]** 3098/8
**6748 [1]** 3092/16
**6:00 [1]** 3075/20
**6:22 [1]** 3077/13
**6:27 [1]** 3125/17
**6:32 [1]** 3047/5
**6:36 [3]** 3078/2 3078/7
3078/10
**6:40 [1]** 3076/20
**6:47 [1]** 3047/6
**6th [35]** 2999/2 3016/4
3016/7 3021/21

**70 [2]** 3096/10 3124/14
**7277 [1]** 2987/18
**745 [2]** 2988/3
**7:00 [1]** 3079/15
**7:05 [1]** 3028/6
**7:08 [2]** 3078/20
3079/1
**7:09 [1]** 3028/22
**7:11 [1]** 3027/11
**7:15 [1]** 3079/10
**7:30 [3]** 3079/24
3136/2 3136/5
**7:54 [1]** 3027/17
**7:57 [1]** 3080/25
**7th [2]** 3084/10
3084/12

**8**

**8-minute [1]** 3108/23
**8000 [1]** 2988/17
**808 [1]** 2988/4
**808Shipleylaw [1]**
2988/5
**8133 Leesburg [1]**
3082/17
**8:04 [1]** 3081/21
**8:45 [1]** 3082/14

**9**

**9 minutes [1]** 3052/1
**9 seconds [1]** 3008/23
**9080 [3]** 3033/15
3113/11 3113/13
**919-9491 [1]** 2988/21
**941 [1]** 2988/17
**9453 [2]** 3035/19
3114/3
**9491 [1]** 2988/21
**955 [3]** 3067/12
3125/22 3125/25
**9551 [2]** 3125/12
3125/14
**9552 [7]** 3007/17
3029/5 3033/5 3035/14
3113/6 3124/9 3127/3
**9553 [5]** 3026/4 3026/7
3026/21 3026/22
3026/24
**9554 [10]** 3059/6
3059/9 3059/25 3060/2
3060/3 3067/25

**7**

**7 minutes [1]** 3076/14
**7 seconds [1]** 3052/16
**A**

**A. [1]** 2990/8
**a.m [9]** 2987/6 2992/16
2992/16 3066/17
3066/17 3080/8 3080/9
3100/24 3113/3 3117/6
**able [8]** 2998/16
3002/7 3007/5 3036/25
3046/17 3051/5
3064/24 3117/10
**about [99]** 2994/14
2999/14 3000/5
3001/16 3004/18
3007/14 3009/9
3009/19 3009/19
3010/7 3012/17
3012/19 3014/19
3018/3 3019/19
3019/23 3020/8
3020/14 3026/1 3031/3
3031/3 3037/5 3040/20
3040/25 3045/14
3047/3 3053/9 3054/4
3056/16 3057/1
3057/13 3058/24
3061/7 3063/21 3064/6
3067/6 3067/23
3068/13 3069/15
3069/16 3070/10
3071/3 3071/3 3072/20
3072/23 3073/8
3075/22 3075/23
3076/12 3077/1 3077/4
3077/6 3085/17 3086/5
3088/3 3089/20
3092/22 3094/22
3095/10 3097/9 3099/1
3099/4 3102/13
3104/23 3105/10
3105/12 3107/15
3108/4 3109/20
3109/21 3110/5
3116/21 3118/3 3119/8
3119/18 3120/11
3121/23 3122/1 3122/7
3122/8 3122/18
3123/17 3124/14
3124/15 3126/15
3127/19 3129/22
3131/2 3131/13
3134/12 3134/15
3135/2 3139/19
3139/22 3139/23
3140/9 3141/2 3141/22
3142/2
**above [2]** 3012/10
3143/4
**above-titled [1]** 3143/4

**6**  Case 1:22-cr-0063-RM Document 378 06/14-Filed 02/05/23 411 Page 159 of 182

**2994/7** column header context row:
**3046/19** ...
**5702**

(The following center-top content continues:)

**3028/6 3028/7 3028/22
3029/6 3034/16 3035/4
3059/13 3073/7
3073/21 3078/7
3083/17 3084/7 3085/3
3089/10 3094/15
3102/21 3102/24
3111/7 3112/1 3123/18
3126/6 3126/11
3126/15 3135/16
3140/2 3140/3 3140/14
3141/7 3141/17**

3146

**Abrams [79]** 2993/19
2994/1 2994/6 2994/24
2996/1 2996/14
2997/16 2998/16
2998/23 2999/11
2999/20 3000/4
3000/10 3001/12
3001/16 3002/7
3002/21 3003/11
3005/4 3007/5 3007/24
3008/19 3009/7
3009/16 3010/12
3011/24 3013/24
3014/9 3014/18 3015/1
3015/7 3015/15 3018/3
3018/17 3020/3 3020/8
3021/20 3023/7 3026/6
3029/14 3030/19
3032/5 3034/9 3035/2
3037/14 3038/6 3039/9
3040/8 3041/9 3042/8
3044/22 3046/16
3046/22 3047/19
3048/7 3048/14 3049/2
3050/5 3050/25 3052/2
3053/22 3055/4
3055/10 3055/22
3057/12 3058/20
3059/8 3062/1 3062/7
3064/14 3065/15
3066/13 3067/16
3071/11 3073/6
3073/14 3115/19
3138/14 3138/21
**Academy [2]** 3103/5
3103/6
**according [2]** 3078/7
3079/8
**accuracy [1]** 3026/12
**accurate [4]** 3010/16
3018/24 3026/14
3116/16
**accurately [6]** 3000/20
3010/23 3034/12
3059/21 3063/3 3065/2
**acquire [1]** 3003/23
**acquired [1]** 3033/12
**across [3]** 3007/18
3030/20 3060/17
**act [1]** 3076/9
**acted [1]** 3103/11
**action [4]** 3076/10
3081/23 3081/25
3082/7
**actions [4]** 3000/24
3011/2 3075/23
3075/24
**actual [5]** 3068/17
3069/8 3070/3 3071/7
3071/8
**actually [16]** 3017/5
3067/4 3070/1 3072/4
3087/20 3087/21
3088/20 3096/22
3101/24 3107/1
3119/19 3124/20
3129/2 3130/14

**added [3]** 3123/20
3123/22 3123/23
**additional [1]** 3054/20
**adjust [2]** 3106/9
3106/10
**administrative [1]**
3117/6
**admit [9]** 3001/2
3011/6 3019/8 3026/21
3034/19 3059/25
3063/7 3065/6 3072/22
**admitted [20]** 2989/11
2989/24 3001/4 3011/9
3019/11 3022/8
3026/22 3034/21
3042/5 3060/2 3063/9
3065/8 3072/17
3072/21 3072/24
3089/16 3105/5
3105/13 3105/16
3106/21
**advance [2]** 3113/21
3130/9
**advise [1]** 2993/8
**affects [1]** 3118/9
**AFP [1]** 3003/20
**after [39]** 2992/12
3015/9 3017/18
3019/18 3037/16
3037/17 3041/3
3049/16 3051/16
3052/20 3053/2
3056/20 3060/16
3060/20 3061/13
3062/2 3063/13
3063/25 3063/25
3064/3 3064/17 3066/9
3068/22 3069/23
3071/22 3074/10
3081/23 3081/25
3082/7 3082/10 3083/8
3084/18 3094/21
3102/20 3133/15
3133/15 3133/19
3136/17 3139/21
**after-action [3]**
3081/23 3081/25
3082/7
**afternoon [4]** 3059/16
3065/17 3067/17
3071/16
**again [22]** 3014/22
3032/14 3032/21
3054/14 3061/19
3062/20 3066/25
3067/6 3071/15 3080/8
3080/23 3084/18
3084/22 3105/23
3106/7 3106/17
3106/21 3113/24
3128/3 3128/6 3129/19
3138/15
**against [2]** 3017/7
3051/22
**agencies [1]** 3016/4
**Agency [1]** 3003/21
**agent [90]** 2993/19

2996/14 2997/16
2998/16 2998/23
2999/11 2999/20
3000/4 3000/10
3001/12 3001/16
3002/7 3002/21
3003/11 3005/4 3007/5
3007/24 3008/19
3008/25 3009/7
3009/16 3010/12
3011/24 3013/24
3014/9 3014/18 3015/1
3015/7 3015/15 3018/3
3018/17 3020/3 3020/8
3021/20 3023/7 3026/6
3029/14 3030/19
3032/5 3034/9 3035/2
3037/14 3038/6 3039/9
3040/8 3041/9 3042/8
3044/22 3046/16
3046/22 3047/9
3047/19 3048/7
3048/14 3049/2 3050/5
3050/25 3052/2
3053/22 3055/4
3055/10 3055/22
3057/12 3058/20
3059/8 3062/1 3062/7
3064/14 3065/15
3066/13 3067/16
3069/24 3071/11
3073/6 3073/14
3092/22 3102/8
3102/14 3102/23
3103/3 3103/12 3113/7
3114/16 3115/19
3117/9 3125/22
3138/14
**Agent Abrams [72]**
2993/19 2994/6
2994/24 2996/1
2996/14 2997/16
2998/16 2998/23
2999/11 2999/20
3000/4 3000/10
3001/12 3001/16
3002/7 3002/21
3003/11 3005/4 3007/5
3007/24 3008/19
3009/16 3010/12
3013/24 3014/9
3014/18 3015/1 3015/7
3015/15 3018/3
3018/17 3020/3 3020/8
3021/20 3023/7 3026/6
3029/14 3030/19
3032/5 3034/9 3035/2
3037/14 3038/6 3039/9
3040/8 3041/9 3042/8
3044/22 3046/16
3047/19 3048/7
3048/14 3049/2 3050/5
3052/2 3053/22 3055/4
3055/10 3055/22
3057/12 3058/20
3059/8 3062/1 3062/7
3065/15 3066/13

3073/6 3073/14
3115/19 3138/14
**Agent Harris [1]**
3125/22
**agents [4]** 3104/7
3104/11 3125/8 3125/8
**agree [14]** 2991/10
3086/12 3087/13
3087/19 3087/21
3088/14 3090/7
3092/22 3096/10
3096/19 3097/4
3098/21 3099/6
3099/16
**agrees [1]** 2991/9
**ahead [9]** 2993/14
2993/18 3006/2
3031/16 3047/12
3047/17 3068/4
3070/18 3081/16
**aid [1]** 3067/6
**ain't [2]** 3075/8 3080/5
**air [1]** 3099/1
**AL [1]** 2987/6
**Alabama [1]** 3116/3
**alarm [1]** 3046/17
**ALCON [1]** 3082/16
**Alexander [1]** 3095/16
**Alexandra [2]** 2987/15
2990/12
**Alexandra Hughes [1]**
2990/12
**Ali [1]** 3095/16
**Ali Alexander [1]**
3095/16
**all [79]** 2990/2 2990/19
2991/5 2992/1 2992/11
2992/14 2992/19
2992/22 2992/24
2993/2 2993/5 2993/10
2993/18 2999/12
3000/10 3004/24
3006/13 3010/12
3019/11 3037/6
3047/16 3053/25
3060/2 3063/9 3065/8
3066/10 3066/11
3066/13 3066/22
3069/13 3069/22
3070/10 3070/18
3075/16 3076/11
3078/17 3085/11
3087/10 3087/20
3089/10 3089/16
3090/22 3092/3
3092/10 3092/15
3092/16 3092/20
3093/16 3093/24
3094/21 3095/22
3096/3 3097/10
3099/10 3099/19
3100/9 3104/19
3104/22 3105/22
3109/18 3115/14
3117/10 3119/1
3119/15 3120/4 3121/1
3122/2 3125/2 3135/16

3136/11 3136/13
3136/15 3136/20
3138/5 3138/12
3138/13 3138/14
3139/4 3142/14
**All right [2]** 3004/24
3085/11
**alleged [1]** 3142/1
**almost [2]** 3017/11
3111/9
**alone [1]** 3126/11
**already [6]** 3021/16
3023/1 3031/19 3108/3
3108/18 3110/1
**also [23]** 3000/17
3007/24 3028/1 3033/8
3039/5 3049/2 3057/20
3061/24 3062/1 3064/3
3075/23 3077/19
3078/19 3083/13
3091/11 3094/8
3095/19 3099/6 3108/2
3111/6 3112/18
3131/15 3142/5
**altercation [1]** 3052/3
**alternate [1]** 2991/6
**alternates [1]** 2992/7
**always [1]** 3110/23
**am [3]** 2992/9 3095/13
3096/24
**Amendment [2]** 3054/1
3054/3
**AMERICA [3]** 2987/3
2990/8 2999/15
**AMIT [2]** 2987/9 2990/3
**Amit P. Mehta [1]**
2990/3
**among [5]** 3105/9
3116/14 3116/19
3122/17 3124/1
**analysis [3]** 3117/1
3117/2 3118/10
**analysis, [1]** 3120/8
**analysis, 6740 [1]**
3120/8
**Angela [2]** 2988/6
2990/15
**Angela Halim [1]**
2990/15
**angiehalim [1]** 2988/8
**angle [6]** 3002/10
3002/21 3014/9
3014/18 3052/3
3057/21
**angles [1]** 3049/24
**another [22]** 2992/10
2993/12 3002/21
3004/17 3014/9
3014/18 3028/10
3042/3 3045/14
3057/21 3062/10
3065/10 3066/24
3078/23 3080/11
3081/7 3092/21
3105/25 3127/16
3128/24 3132/22
3140/17
**answer [3]** 3121/9

**A**

**answer... [2]** 3121/16
3127/19
**answered [1]** 3119/1
**Antifa [2]** 3077/10
3077/17
**any [28]** 2991/11
2995/9 2995/12
2997/17 3035/10
3091/21 3091/24
3091/24 3100/4
3100/10 3101/13
3101/24 3102/23
3102/24 3107/14
3107/23 3107/24
3115/10 3118/12
3123/1 3123/5 3128/11
3128/12 3128/24
3134/14 3135/14
3135/14 3139/7
**anybody [4]** 2993/16
3087/10 3088/11
3097/15
**anyone [4]** 3075/15
3075/16 3082/17
3114/23
**anything [11]** 3021/11
3023/14 3091/22
3091/25 3097/20
3114/24 3116/22
3124/20 3128/1
3138/18 3141/12
**anyway [1]** 2991/7
**apostrophe [1]**
3035/10
**appear [5]** 3015/8
3018/24 3022/13
3026/14 3059/21
**appearance [1]**
3130/10
**APPEARANCES [2]**
2987/13 2987/20
**appears [1]** 3081/3
**appreciably [1]**
2991/13
**approached [2]**
3054/13 3137/4
**approaches [1]**
3056/10
**appropriate [1]**
3140/22
**approximate [3]**
3000/17 3010/20
3038/19
**approximately [6]**
3001/17 3008/21
3018/5 3039/21
3049/18 3131/7
**are [109]** 2990/19
2991/20 2993/6
2993/15 2993/16
2994/9 2999/11
3000/14 3005/4
3005/23 3010/16
3013/4 3013/5 3013/9
3013/10 3014/1 3014/3
3014/21 3014/23
3015/1 3015/4 3017/6

3022/21 3022/22
3024/22 3025/9
3025/10 3029/15
3034/2 3034/9 3034/12
3034/14 3034/15
3035/4 3035/21
3036/15 3036/25
3037/6 3037/7 3040/3
3040/6 3042/8 3046/17
3047/10 3047/19
3050/5 3051/2 3051/5
3052/2 3053/19 3058/2
3058/3 3059/11
3059/13 3062/6
3062/17 3062/18
3064/24 3067/8
3068/16 3068/25
3069/6 3069/14
3069/17 3069/23
3071/17 3071/24
3072/4 3074/20 3078/5
3078/5 3079/7 3080/22
3082/18 3087/17
3088/7 3088/7 3097/13
3100/16 3101/11
3102/4 3102/4 3102/10
3102/11 3111/14
3113/24 3115/21
3118/8 3120/11
3121/12 3121/12
3122/5 3125/2 3128/9
3129/25 3130/3 3132/1
3137/25 3139/22
3140/2 3140/16
3140/25 3141/16
3141/16
**area [17]** 3019/20
3019/25 3021/3
3023/11 3024/1
3024/14 3024/20
3025/5 3029/2 3030/9
3035/8 3040/4 3054/17
3082/18 3087/16
3087/17 3088/20
**aren't [1]** 3080/22
**argument [1]** 3141/14
**arguments [1]** 3142/2
**Arizona [3]** 3071/20
3075/14 3083/24
**arm [1]** 3048/8
**arms [2]** 3054/5 3054/6
**around [32]** 2995/3
2995/16 3003/24
3024/7 3029/1 3029/8
3033/6 3037/6 3039/11
3039/20 3039/25
3040/23 3044/23
3044/24 3049/5
3054/14 3054/16
3054/21 3058/2 3059/2
3060/19 3061/10
3065/17 3071/16
3077/13 3077/19
3108/23 3109/18
3112/15 3120/12
3130/20 3137/7

3120/12
**arrived [4]** 2994/24
2997/17 2998/6
3023/21
**arriving [1]** 2994/13
**as [55]** 2991/10 2993/6
2994/2 2994/21
2997/25 3002/23
3003/6 3003/14
3003/15 3019/22
3020/24 3022/4
3022/14 3023/4
3030/19 3033/18
3035/4 3042/10
3044/19 3058/14
3058/14 3060/13
3066/2 3072/2 3076/5
3076/9 3086/11 3088/4
3088/20 3091/3
3100/17 3102/13
3102/23 3103/3
3103/11 3105/6
3105/25 3110/15
3111/14 3111/14
3112/8 3113/16
3113/16 3113/25
3113/25 3115/22
3124/6 3125/3 3125/5
3127/8 3131/2 3132/2
3132/2 3137/4 3137/7
**aside [1]** 3118/21
**ask [21]** 2995/24
3003/1 3004/8 3033/18
3047/2 3047/9 3047/25
3048/7 3069/24 3071/3
3071/3 3071/4 3071/6
3073/6 3089/13
3104/23 3109/10
3110/5 3112/4 3114/19
3117/23
**asked [6]** 2991/3
3086/5 3109/25 3112/5
3119/8 3119/12
**asking [8]** 3067/18
3077/6 3091/21 3093/5
3100/6 3117/24 3118/2
3118/5
**assigned [2]** 3103/14
3104/4
**assist [1]** 3141/20
**assumes [1]** 3121/9
**assumption [1]**
3121/15
**assumptions [1]**
3121/12
**assure [1]** 3075/14
**attempting [1]** 3005/19
**attention [1]** 3116/20
**ATTORNEY'S [1]**
2987/16
**attorneys [1]** 3092/8
**attribution [1]** 3107/8
**audio [11]** 3005/13
3005/24 3006/4
3045/11 3045/15
3050/17 3067/2 3067/3
3106/9 3106/10

**August [1]** 3102/18
**Avenue [1]** 2988/15
**aware [3]** 3122/15
**away [6]** 3012/14
3016/19 3016/22
3021/22 3042/13
3048/16

**B**

**back [49]** 2993/19
2998/11 2998/12
3000/5 3003/4 3006/10
3007/17 3008/12
3008/13 3011/17
3024/10 3024/14
3029/4 3029/24 3030/2
3030/5 3030/12 3033/4
3035/13 3037/9 3038/2
3039/6 3044/7 3044/8
3044/20 3047/5 3049/9
3052/2 3056/10
3061/16 3061/22
3071/11 3073/11
3074/24 3075/11
3079/7 3079/8 3079/14
3079/19 3080/8 3080/9
3110/12 3117/6
3124/10 3132/19
3133/19 3134/6 3134/8
3136/12
**background [1]** 2995/4
**backing [1]** 3075/11
**backwards [1]** 3087/11
**bad [1]** 3009/3
**Badalament [40]**
2994/17 3000/7 3001/7
3002/16 3006/10
3007/2 3007/16
3008/13 3008/25
3010/9 3011/12
3013/22 3018/14
3020/12 3021/13
3022/24 3024/11
3026/3 3027/14 3029/4
3030/11 3033/4 3034/6
3035/13 3037/8 3041/6
3042/3 3044/19 3047/6
3059/5 3061/17 3062/4
3063/13 3063/15
3064/11 3065/9
3067/12 3071/12
3073/11 3079/22
**Baker [6]** 3028/5
3028/9 3028/18 3111/9
3111/10 3111/15
**ball [1]** 3051/10
**balls [2]** 3055/18
3078/17
**Barker [1]** 3111/9
**base [2]** 3082/22
3083/1
**based [9]** 3013/17
3015/7 3020/3 3038/22
3060/22 3064/20
3117/1 3131/8 3131/9
**be [51]** 2990/4 2991/1
2992/17 2993/2 3001/4

3021/5 3022/13
3026/14 3026/22
3033/18 3034/21
3052/11 3055/23
3059/21 3060/2
3066/22 3067/3 3067/7
3068/18 3068/20
3072/17 3072/21
3072/24 3075/17
3078/5 3080/8 3080/9
3081/4 3081/23 3082/5
3082/8 3084/11
3087/22 3089/16
3090/12 3096/16
3097/12 3098/22
3109/7 3109/17
3116/16 3117/10
3128/6 3128/19
3129/18 3129/21
3138/25 3142/1 3142/7
**be admitted [1]**
3072/17
**bear [1]** 3054/5
**because [8]** 3092/21
3098/1 3106/13 3107/9
3112/15 3120/4
3124/24 3132/8
**beckon [1]** 3047/23
**been [26]** 2990/23
2991/2 2993/10 2994/1
3042/5 3045/7 3056/24
3067/1 3067/6 3067/10
3092/14 3103/14
3104/7 3104/10 3108/3
3108/14 3108/18
3112/16 3118/16
3118/23 3119/17
3121/16 3125/22
3129/4 3137/17
3141/25
**before [23]** 2987/9
2991/4 2991/14
2994/20 2995/24
3002/8 3023/21
3052/19 3067/18
3071/12 3073/6
3092/21 3101/5
3108/15 3123/18
3135/4 3135/8 3135/11
3135/15 3138/18
3139/8 3139/23 3141/6
**began [2]** 3085/6
3132/8
**begin [5]** 3037/19
3077/9 3081/10 3132/7
3134/11
**begun [2]** 3081/11
3081/20
**behalf [1]** 3112/5
**behind [11]** 2997/5
3017/11 3038/12
3042/23 3042/25
3043/17 3043/25
3044/12 3046/5 3046/7
3066/19
**being [6]** 2990/22
3058/21 3081/6 3086/6

3148

being... [2] 3106/11
  3133/15
believe [32] 3021/19
  3042/5 3085/18 3086/5
  3086/24 3087/8 3089/7
  3089/20 3090/25
  3091/12 3092/21
  3094/20 3094/25
  3095/5 3095/17
  3096/17 3099/19
  3101/7 3101/15 3107/7
  3110/24 3113/21
  3117/25 3122/5
  3126/20 3129/19
  3131/15 3131/22
  3132/11 3133/4
  3133/18 3138/22
belongs [2] 3113/13
  3114/2
below [2] 3037/3
  3043/8
Bench [3] 3031/15
  3068/3 3117/21
Bernie [1] 3138/23
Berry [2] 3043/5
  3043/6
best [1] 2992/9
better [1] 2991/13
between [17] 3051/19
  3062/11 3086/24
  3092/22 3099/15
  3110/13 3111/8
  3111/15 3113/17
  3113/24 3120/11
  3127/1 3134/18 3136/7
  3136/12
Biden [1] 3073/22
big [2] 3037/21 3090/2
bit [10] 3006/4 3019/22
  3020/14 3040/25
  3041/10 3093/18
  3111/6 3116/10
  3122/14 3141/3
black [4] 2997/7
  2997/8 3043/2 3051/10
blame [1] 3077/17
blue [3] 3058/9
  3068/20 3087/19
BMJay [3] 3084/9
  3084/16 3084/22
board [8] 3028/10
  3028/11 3029/15
  3032/20 3036/16
  3074/16 3078/24
  3113/14
boat [1] 3140/8
boats [1] 3141/16
Bob [7] 3028/5 3028/9
  3028/18 3111/9 3111/9
  3111/10 3111/15
Bob Baker [6] 3028/5
  3028/9 3028/18 3111/9
  3111/10 3111/15
Bob Barker [1] 3111/9
body [5] 3015/17
  3015/20 3015/24

body-worn [5] 3015/17
  3015/20 3015/24
  3016/4 3016/6
both [4] 3026/17
  3058/13 3120/24
  3134/19
bottom [7] 2996/24
  3035/3 3039/23 3046/3
  3088/20 3125/21
  3126/5
box [2] 2988/3 2993/16
breach [1] 3049/18
break [9] 3066/8
  3067/18 3129/10
  3129/13 3136/9 3138/6
  3138/10 3138/16
  3138/18
briefly [3] 2997/19
  3015/23 3031/6
bring [5] 2993/18
  3097/15 3097/18
  3107/12 3140/22
broke [1] 3137/12
broken [2] 3100/21
  3101/5
bronze [2] 3100/16
  3101/11
BROWN [2] 2988/11
  2988/14
bsrlegal.com [2]
  2988/13 2988/17
bubble [1] 3068/20
building [23] 2995/4
  2995/10 2995/13
  2995/19 3000/5
  3002/23 3003/16
  3030/5 3030/7 3039/1
  3045/4 3054/9 3056/7
  3056/20 3058/22
  3060/10 3061/15
  3062/2 3099/20
  3114/11 3114/13
  3115/11 3137/1
bump [1] 3101/16
bunch [2] 3069/7
  3127/4
busted [2] 3028/6
  3028/16
buttboy [1] 3079/17
button [2] 3106/1
  3106/3

**C**

cacophony [1]
  3106/14
Caldwell [7] 3096/7
  3097/4 3097/23 3098/2
  3139/17 3140/7
  3140/17
Caleb [3] 3043/5
  3043/6
Caleb Berry [2] 3043/5
  3043/6
call [21] 2992/11
  3032/8 3062/10
  3062/17 3063/19
  3063/23 3116/20

3117/25 3118/1 3119/8
  3119/19 3119/21
  3120/7 3120/19 3121/2
  3121/17 3121/19
  3121/21 3122/13
  3124/19
called [8] 2993/7
  3030/23 3030/24
  3076/18 3094/9
  3106/20 3110/9 3123/8
calling [2] 3032/25
  3121/22
calls [30] 3030/12
  3030/20 3031/7 3031/8
  3031/10 3031/18
  3032/6 3032/10
  3032/12 3032/14
  3032/16 3032/18
  3044/25 3047/24
  3062/2 3062/10 3063/4
  3063/12 3092/24
  3092/25 3093/2 3093/3
  3093/6 3094/5 3116/19
  3118/11 3120/10
  3121/13 3134/18
  3134/22
came [4] 3031/18
  3117/3 3124/24
  3128/21
camera [21] 3002/12
  3015/17 3015/21
  3015/24 3015/25
  3016/4 3016/6 3041/11
  3045/3 3055/24 3086/9
  3086/12 3086/15
  3086/18 3086/23
  3087/6 3087/14
  3087/16 3090/6
  3112/16 3112/20
cameras [9] 3024/6
  3024/9 3024/22
  3024/24 3025/9
  3087/17 3088/3 3088/7
  3088/10
camo [1] 3058/8
can [174]
can't [21] 2992/3
  3068/5 3068/6 3068/9
  3080/5 3083/19
  3087/12 3088/1 3091/5
  3096/11 3097/5
  3107/11 3108/16
  3119/11 3122/6 3123/2
  3124/19 3124/22
  3128/11 3134/16
  3135/13
canceled [2] 3133/15
  3133/16
cannot [2] 3091/13
  3127/13
cap [1] 3051/10
capacity [2] 3102/24
  3103/25
capital [1] 3071/20
capitol [78] 2994/13
  2994/25 2995/4
  2995/16 2996/8
  2996/19 3011/3

3018/10 3018/18
  3018/20 3018/25
  3029/24 3030/7 3030/9
  3031/3 3031/5 3031/19
  3031/24 3031/24
  3033/16 3033/22
  3035/17 3037/19
  3037/21 3038/8
  3038/23 3039/1
  3039/12 3042/1
  3042/11 3044/4 3045/3
  3046/11 3053/7 3054/9
  3060/20 3062/2 3064/1
  3064/17 3064/21
  3073/8 3077/9 3079/14
  3080/3 3085/17 3086/6
  3092/13 3093/12
  3094/2 3094/8 3095/20
  3096/23 3097/6
  3097/11 3097/21
  3098/4 3098/25
  3100/11 3112/8
  3114/11 3114/13
  3115/11 3130/16
  3132/9 3132/18
  3132/19 3134/12
  3134/15 3134/22
  3135/5 3135/12
  3135/15 3136/9 3137/2
  3137/5 3137/8
Capitol Building [8]
  2995/4 3030/7 3039/1
  3054/9 3062/2 3114/11
  3114/13 3115/11
Capitol Grounds [2]
  2994/25 3098/25
capture [4] 3003/18
  3087/10 3088/11
  3090/6
captured [1] 3058/12
card [1] 3070/11
careful [1] 3098/22
Carolina [1] 3127/23
CART [1] 3125/8
carts [4] 3132/17
  3132/17 3136/23
  3137/1
case [13] 2990/7
  2993/13 3022/8
  3070/19 3085/21
  3103/14 3103/15
  3104/4 3107/4 3130/4
  3140/20 3141/5 3141/7
Case No. 22-15 [1]
  2990/7
catch [2] 3105/22
  3106/7
catches [1] 3109/17
caught [2] 3055/23
  3065/10
CCTV [1] 3024/6
cell [1] 3131/15
center [6] 2995/5
  3003/2 3030/5 3040/16
  3043/2 3047/7
certain [1] 3015/19
certify [1] 3143/2

cetera [1] 3055/18
chain [1] 3070/14
chamber [9] 3012/3
  3012/11 3012/14
  3013/5 3013/8 3013/19
  3015/9 3016/20
  3035/21
chandelier [1] 3089/21
chandeliers [1] 3022/9
change [1] 3090/23
changing [1] 3092/17
chanting [1] 3002/8
chapter [1] 3124/6
characterization [1]
  3001/14
chart [1] 3030/20
chat [57] 3007/22
  3008/1 3027/10
  3027/21 3029/9
  3029/19 3036/6
  3036/13 3060/8
  3060/15 3064/4
  3073/17 3074/12
  3074/13 3074/19
  3074/23 3076/1 3076/4
  3076/8 3076/13
  3076/15 3076/16
  3077/8 3077/8 3077/12
  3078/2 3078/11
  3079/11 3079/24
  3081/22 3082/15
  3083/4 3085/4 3094/10
  3094/15 3094/20
  3095/2 3110/9 3110/16
  3110/23 3111/1
  3111/22 3122/19
  3122/24 3123/3
  3123/15 3123/21
  3124/13 3125/15
  3125/23 3126/3
  3127/15 3128/4 3129/7
  3129/15 3129/22
  3129/25
chats [6] 3061/2
  3110/6 3122/17 3123/6
  3126/22 3128/10
chest [1] 3016/1
Chi [1] 3080/4
Chi-Com [1] 3080/4
chief [2] 3073/24
  3076/9
children [1] 3110/17
chime [2] 3077/12
  3080/25
chronology [1] 3140/3
circle [10] 2996/23
  3012/10 3013/9
  3039/25 3046/3 3046/5
  3046/7 3058/7 3058/9
  3109/18
circled [7] 2997/8
  3056/1 3056/4 3087/7
  3087/15 3087/19
  3108/5
circles [2] 3039/23
  3108/8
circling [4] 3003/2
  3012/8 3038/9 3040/16

**C**

clear [8] 3020/2 3021/5
3052/11 3069/14
3109/17 3122/12
3139/8 3139/10
client [13] 3086/6
3086/8 3088/14 3090/9
3091/18 3091/22
3093/1 3093/6 3094/24
3095/1 3099/19 3100/6
3101/5
client's [1] 3092/12
CLINTON [2] 2988/19
clintonpeed.com [1]
2988/22
clip [6] 2994/20
3011/24 3013/17
3015/1 3015/8 3099/13
clips [1] 3016/21
clock [1] 3130/9
close [6] 3005/8
3047/21 3055/23
3090/11 3093/25
3094/2
closed [1] 3094/21
closer [4] 3015/9
3048/17 3054/18
3055/6
co [1] 3142/1
co-conspirators [1]
3142/1
coding [1] 3140/21
cold [1] 3134/4
collected [1] 3104/14
color [1] 3140/21
color-coding [1]
3140/21
COLUMBIA [1] 2987/1
Columbus [4] 3040/5
3040/15 3100/7
3100/18
Columbus Doors [4]
3040/5 3040/15 3100/7
3100/18
Com [1] 3080/4
come [14] 2991/2
3009/7 3011/15
3014/12 3024/4 3026/9
3060/10 3060/13
3062/21 3068/12
3072/2 3075/2 3120/5
3140/4
comes [1] 3096/17
coming [6] 3035/9
3044/4 3068/22 3069/4
3116/24 3130/16
commander [2]
3073/24 3076/9
comments [3] 3073/25
3106/18 3106/20
communicate [1]
3128/4
communicated [1]
3142/5
communicating [1]
3097/13
communications [2]
3007/17 3033/5

companies [1] 3067/8
company [1] 3117/3
compare [2] 3026/11
3058/4
compared [1] 3059/18
compilation [4]
3029/14 3095/24
3107/14 3107/18
compilations [1]
3107/25
compiled [1] 3104/7
compiling [1] 3062/25
completion [1] 3071/1
computer [1] 3070/1
conclude [1] 3025/16
conclusion [4] 3024/4
3060/13 3118/11
3119/18
condition [1] 3089/10
conduct [1] 3142/7
conference [4]
3031/15 3068/3
3117/21 3119/21
conference call [1]
3119/21
confrontations [1]
3115/8
Congratulations [1]
2993/17
Congress [3] 3036/11
3036/15 3079/14
connected [1] 3135/25
Connie [11] 3004/22
3025/21 3027/7 3027/8
3027/8 3027/9 3027/23
3043/9 3043/24
3043/25 3110/13
Connie Meggs [7]
3004/22 3025/21
3027/8 3043/9 3043/24
3043/25 3110/13
connor [3] 2988/10
2988/13 2990/16
Connor Martin [1]
2990/16
consist [1] 3000/13
consistent [2] 3000/14
3010/16
conspiracy [1]
3140/18
conspirators [1]
3142/1
Constitution [1]
3054/4
contact [1] 3121/6
contain [3] 3000/17
3010/15 3010/19
continue [6] 2993/13
2993/19 3029/8 3032/5
3052/21 3073/14
continued [3] 2988/1
2994/4 3059/2
continuing [1] 3015/2
continuously [2]
3005/2 3006/25
coordinate [1] 3060/25
corner [12] 3060/10
3061/14 3061/20

3064/4 3064/9 3064/17
3064/22 3067/17
3071/17 3125/21
correct [130] 2994/25
2995/1 2998/3 3001/18
3001/19 3002/1 3003/5
3004/12 3012/15
3018/11 3020/18
3020/19 3022/5
3023/12 3025/8
3031/20 3044/10
3044/13 3045/21
3055/15 3057/25
3058/11 3059/17
3062/14 3074/3
3076/21 3077/7 3079/4
3081/13 3081/19
3084/15 3085/21
3086/6 3086/9 3086/10
3086/19 3087/3
3087/11 3088/2 3088/4
3088/8 3088/12
3088/15 3089/11
3090/17 3091/1 3091/8
3091/19 3092/13
3093/7 3093/9 3093/12
3093/17 3093/23
3094/6 3094/16
3094/17 3094/22
3094/23 3095/2
3095/10 3095/20
3096/13 3097/2
3097/9 3098/3
3098/18 3098/22
3099/1 3099/7 3100/15
3100/23 3100/24
3101/2 3101/6 3103/1
3103/15 3103/23
3103/24 3104/8 3104/9
3106/4 3106/18
3107/10 3107/15
3107/16 3107/18
3107/25 3108/1 3108/9
3108/15 3109/8
3110/20 3110/23
3111/12 3111/13
3111/18 3111/20
3111/21 3111/23
3111/24 3112/12
3112/13 3112/16
3112/25 3113/1 3113/9
3113/10 3113/11
3113/17 3114/4 3114/5
3114/11 3116/7 3117/4
3120/21 3122/22
3123/7 3123/16 3126/7
3127/11 3127/24
3128/8 3133/13
3133/21 3135/21
3136/19 3137/9 3138/4
3143/3
correct-drone [1]
3076/21
correctly [1] 3107/3
corridor [1] 3021/11
could [35] 2991/19
2994/16 2998/19

3064/1 3064/9 3064/17
3024/13 3027/14
3048/7 3049/11 3050/8
3052/16 3063/13
3067/25 3068/19
3071/11 3074/24
3079/19 3081/14
3082/5 3085/18
3087/19 3088/14
3088/24 3090/12
3092/12 3097/12
3098/8 3104/21
couldn't [9] 3087/23
3121/21 3126/16
3127/1 3129/17
3129/20 3130/1
3132/14 3132/24
Counsel [1] 3072/14
country [1] 3078/17
couple [11] 2998/12
2998/19 3007/1
3024/13 3024/16
3066/24 3097/21
3110/5 3110/12
3114/19 3130/13
course [4] 3076/10
3116/17 3118/7 3120/2
court [13] 2987/1
2990/2 2992/15 3032/2
3060/17 3066/16
3071/10 3105/16
3118/15 3118/19
3128/17 3128/21
3142/14
Court's [1] 2991/17
courtroom [4] 2990/20
2993/1 3066/12
3066/21
covered [1] 3130/13
COVID [3] 2991/1
2991/21 2993/10
CR [1] 2987/4
create [2] 3092/4
3108/8
created [1] 3123/17
Criminal [1] 2990/7
cross [11] 2989/4
3070/21 3072/22
3085/11 3085/13
3102/6 3115/16
3115/17 3139/6
3140/23 3141/4
cross-examination [4]
3085/13 3102/6
3115/16 3115/17
cross-examine [1]
3140/23
crossed [1] 2992/9
crowd [4] 3100/8
3101/10 3107/10
3137/16
Crowl [3] 3038/14
3043/1 3043/18
Crowl's [3] 3003/4
3009/8 3013/25

cases [2] 3143/2 3143/8
Crypt [5] 3022/17
3024/6 3024/17
3024/20 3024/22
curfew [3] 3075/14
3075/18 3075/20
currently [1] 3012/14

**D**

D.C [16] 2987/5
2987/17 2988/20
3060/19 3075/19
3082/17 3084/14
3097/16 3097/18
3124/15 3126/15
3129/6 3129/15
3129/22 3131/2
3135/23
D.C. [9] 3060/8
3076/15 3076/16
3094/15 3111/19
3123/15 3125/15
3126/22 3130/15
D.C. Op Jan. 6 [2]
3076/16 3111/19
D.C. Op Jan. 6, '21 [2]
3123/15 3126/22
D.C. Op Jan. 6, 21 [3]
3060/8 3076/15
3125/15
D.C. Op January 6th
[1] 3094/15
damage [3] 3100/4
3100/10 3101/9
damaging [1] 3115/10
damn [1] 3078/3
damned [1] 3075/17
darting [1] 3090/15
data [8] 3062/22
3092/10 3117/2 3131/8
3131/9 3131/10
3131/13 3131/15
date [2] 3140/6 3143/7
dated [2] 3081/23
3082/8
daughter [1] 3110/22
David [7] 2988/10
2990/9 3004/22
3042/22 3042/23
3044/10 3100/1
David Moerschel [6]
2990/9 3004/22
3042/22 3042/23
3044/10 3100/1
David's [2] 3094/12
3094/17
day [27] 2987/7
2991/15 2992/4
2992/10 2993/12
3014/14 3015/21
3016/4 3027/3 3027/5
3032/23 3036/19
3056/24 3062/15
3065/16 3077/5
3080/17 3082/7
3082/10 3082/12
3084/6 3085/5 3085/5
3095/10 3095/13

**day... [2]** 3112/2 3132/1

**days [4]** 2991/23 2992/4 3080/14 3123/17

**dead [4]** 3079/18 3086/11 3088/17 3088/19

**deal [1]** 3139/13

**debate [1]** 3077/9

**December [3]** 3103/8 3123/19 3123/20

**December 30th [1]** 3123/20

**decide [2]** 3067/3 3067/8

**decisions [1]** 3078/5

**deck [1]** 3069/5

**Declaration [1]** 3083/12

**declare [2]** 3008/11 3079/17

**declared [1]** 3073/18

**declaring [1]** 3076/18

**deeper [1]** 3052/20

**defend [1]** 3074/21

**defendant [14]** 2988/2 2988/6 2988/10 2988/18 2990/8 2990/9 2990/9 2990/10 2990/14 2990/15 2990/17 2990/18 3089/17 3128/16

**Defendant 11 [1]** 2990/10

**Defendant 7 [1]** 2990/9

**Defendant 8 [1]** 2990/9

**Defendant Hackett [1]** 2990/15

**Defendant Minuta [1]** 2990/14

**Defendant Moerschel [1]** 2990/17

**Defendant No. 6 [1]** 2990/8

**Defendant Vallejo [1]** 2990/18

**DEFENDANT'S [1]** 2989/24

**defendants [3]** 2987/7 2990/19 3130/3

**defense [4]** 2991/11 3021/15 3022/8 3072/8

**Defense Exhibit EV327 [1]** 3021/15

**definitely [1]** 3087/25

**deliberating [1]** 2992/21

**Department [2]** 3013/11 3016/5

**departure [1]** 3038/22

**depict [6]** 3000/20 3010/23 3042/10 3063/4 3064/16 3065/2

**depicted [3]** 3004/21 3012/7 3034/12

**depiction [1]** 3018/24

**descending [1]** 3057/14

**describe [8]** 3015/19 3015/23 3016/16 3020/20 3032/6 3037/24 3038/18 3048/7

**descriptive [1]** 3047/25

**desk [1]** 3108/17

**destroyed [1]** 3023/18

**detail [6]** 3133/9 3133/15 3133/16 3135/10 3136/5 3136/8

**detailing [1]** 3082/4

**details [1]** 3105/22

**devices [1]** 3059/22

**diamonds [1]** 3072/2

**did [201]**

**did you [6]** 3009/16 3024/4 3025/16 3092/4 3108/12 3115/11

**didn't [18]** 3078/16 3078/17 3091/18 3094/24 3101/9 3101/22 3107/8 3107/11 3107/14 3108/8 3108/11 3112/14 3114/25 3115/7 3119/14 3123/1 3124/22 3132/4

**difference [1]** 3099/15

**different [4]** 3062/12 3118/16 3119/22 3120/7

**digestible [1]** 3062/25

**direct [12]** 2989/4 2993/19 2994/4 3036/25 3078/19 3083/13 3105/3 3109/6 3110/6 3111/14 3120/14 3139/20

**direct-message [1]** 3078/19

**direction [7]** 3013/18 3022/3 3022/14 3022/22 3023/3 3132/23 3132/24

**directly [6]** 3017/11 3036/18 3061/11 3128/13 3129/1 3130/21

**disagree [1]** 3075/10

**discover [13]** 2996/1 2998/5 3001/21 3007/24 3023/13 3025/25 3028/1 3049/2 3049/24 3057/15 3057/20 3067/22 3083/13

**discovered [1]** 3003/12

**discrete [1]** 3130/6

**discuss [3]** 3121/20 3138/15 3138/18

**discussed [2]** 3064/17 3071/17

**discussion [1]** 3089/5

**dismiss [1]** 2991/7

**dismissed [2]** 2991/4 2992/20

**DISTRICT [3]** 2987/1 2987/1 2987/10

**DM9 [3]** 3088/24 3089/16 3089/17

**do [111]** 2992/20 2994/20 2995/15 2996/21 2997/19 2998/23 3006/6 3006/18 3006/21 3009/20 3009/22 3010/3 3012/23 3013/1 3013/14 3016/9 3017/16 3021/14 3022/8 3026/9 3027/5 3033/17 3036/23 3037/18 3037/18 3037/21 3037/24 3039/9 3039/23 3040/8 3040/12 3041/3 3041/18 3045/17 3052/19 3052/20 3053/2 3053/2 3054/3 3054/12 3056/16 3056/19 3056/19 3057/12 3058/2 3059/21 3059/23 3060/13 3060/18 3060/22 3061/2 3062/20 3062/21 3063/21 3065/23 3065/25 3066/1 3070/11 3070/23 3071/3 3072/11 3072/13 3078/18 3078/22 3080/8 3081/25 3082/21 3083/20 3086/12 3087/21 3089/3 3089/4 3089/6 3089/21 3090/7 3090/8 3090/20 3094/4 3095/25 3096/8 3099/16 3100/6 3101/20 3105/22 3107/1 3108/3 3108/21 3109/6 3109/12 3110/9 3111/7 3112/3 3114/23 3117/22 3118/17 3121/4 3122/4 3123/25 3124/7 3125/11 3126/14 3128/3 3129/10 3129/21 3130/7 3135/14 3139/2 3139/10 3139/19

**do it [1]** 3078/18

**do you [8]** 3087/21 3099/16 3107/1 3109/6 3109/12 3110/9 3121/4 3123/25

**Do you know [3]** 3081/25 3083/20 3108/3

**Do you recognize [2]** 3089/3 3089/6

**discussion [1]** 3089/5

**3013/14 3039/23**

**document [1]** 3062/6

**documents [1]** 3117/7

**does [114]** 2991/16 2992/21 3000/13 3000/17 3000/20 3000/22 3000/23 3002/10 3005/7 3007/21 3008/4 3008/8 3008/19 3009/7 3009/11 3009/12 3009/20 3010/1 3010/15 3010/18 3010/19 3010/23 3010/25 3011/1 3011/15 3014/12 3015/8 3015/10 3016/12 3018/24 3022/13 3022/15 3023/7 3027/11 3027/13 3027/23 3028/5 3028/15 3028/18 3028/21 3029/14 3029/17 3029/18 3029/19 3029/21 3029/22 3030/1 3030/7 3030/8 3033/14 3039/13 3040/22 3045/11 3045/17 3048/18 3051/17 3053/11 3053/13 3053/14 3056/9 3057/12 3060/9 3060/11 3060/15 3061/11 3061/13 3063/3 3064/16 3064/19 3065/2 3065/4 3065/15 3068/15 3071/18 3071/22 3074/20 3077/1 3079/3 3079/3 3079/6 3080/7 3080/9 3080/11 3080/13 3080/19 3080/21 3080/25 3081/2 3081/7 3081/9 3081/13 3081/19 3081/21 3082/19 3083/1 3083/3 3083/6 3083/8 3083/11 3083/17 3084/2 3084/9 3084/16 3084/18 3084/20 3084/24 3085/1 3085/4 3098/21 3125/7 3125/9 3127/7 3128/8 3128/8

**doesn't [6]** 3068/7 3068/21 3078/4 3132/6 3139/23 3141/4

**dog [1]** 3046/9

**doing [20]** 2997/10 3017/12 3037/6 3037/6 3046/22 3047/10 3047/11 3047/20 3047/22 3048/8 3051/22 3052/14 3056/9 3091/22 3091/25 3102/10

**3013/14 3039/23**

**Dolan [1]** 3043/16

**dome [2]** 3030/6 3030/7

**don't [47]** 2990/23 2992/7 3066/6 3069/23 3070/16 3072/19 3077/17 3087/13 3088/14 3090/14 3090/19 3091/11 3091/12 3091/16 3094/25 3095/7 3098/8 3099/12 3101/15 3101/24 3103/2 3110/15 3113/2 3116/22 3116/22 3118/12 3119/17 3121/4 3121/7 3121/16 3121/22 3121/22 3123/25 3124/3 3126/20 3127/7 3127/15 3129/12 3129/19 3131/1 3134/24 3135/2 3136/1 3137/15 3139/13 3140/24 3141/10

**done [4]** 3075/11 3092/21 3094/5 3141/6

**Donna [1]** 3083/18

**Donovan [6]** 3003/4 3009/8 3013/25 3038/14 3043/1 3043/18

**Donovan Crowl [3]** 3038/14 3043/1 3043/18

**Donovan Crowl's [3]** 3003/4 3009/8 3013/25

**door [12]** 3013/6 3016/20 3021/11 3021/12 3040/16 3047/10 3047/20 3053/11 3054/13 3056/10 3080/5 3087/21

**doors [33]** 3015/3 3038/8 3038/20 3040/5 3040/13 3040/14 3040/15 3040/15 3040/19 3040/22 3045/6 3045/7 3053/5 3054/14 3054/18 3054/21 3055/7 3055/11 3055/12 3055/23 3059/2 3100/5 3100/7 3100/14 3100/15 3100/16 3100/16 3100/18 3100/20 3101/9 3101/10 3101/11 3115/12

**doorway [3]** 3013/8 3021/12 3113/3

**dot [2]** 3041/16 3130/19

**down [32]** 2991/2

**D**

**down... [31]** 2993/6
3014/1 3018/7 3022/16
3022/19 3022/25
3023/18 3024/19
3028/20 3031/7 3032/5
3032/6 3035/2 3035/8
3035/9 3039/6 3041/4
3041/19 3042/10
3044/4 3044/17
3054/10 3056/21
3073/7 3075/11
3075/11 3110/4 3119/1
3125/21 3126/1 3126/5
**downwards [1]** 3088/7
**draw [1]** 3119/18
**drawn [1]** 3042/18
**drive [1]** 3132/17
**drone [7]** 3076/21
3076/23 3077/1 3077/6
3141/3 3141/5 3141/9
**drones [1]** 3141/15
**duration [12]** 3031/1
3031/9 3031/11 3032/9
3032/11 3032/13
3032/19 3063/20
3063/24 3121/25
**during [9]** 3018/6
3070/19 3070/21
3105/3 3110/6 3112/8
3112/11 3112/14
3138/16
**dust [1]** 3075/15

**E**

**each [7]** 2996/22
3075/23 3093/23
3094/3 3105/18
3121/24 3128/20
**earlier [10]** 3000/6
3012/6 3015/15
3016/21 3019/22
3023/25 3036/24
3044/8 3077/5 3095/10
**early [6]** 2990/22
3084/10 3125/19
3129/10 3132/2
3138/25
**easier [1]** 3070/17
**east [19]** 2995/3
2995/17 2995/17
2997/17 2997/25
2998/6 3031/5 3031/23
3039/11 3039/12
3040/15 3042/10
3045/7 3053/5 3054/14
3055/7 3059/2 3074/11
3100/20
**easy [1]** 3070/12
**eat [2]** 3082/16 3134/8
**Ed [3]** 3008/4 3128/16
3129/6
**Ed Vallejo [1]** 3008/4
**edge [1]** 3029/24
**Edward [3]** 2988/19
2990/10 3071/18
**Edward Vallejo [2]**

**Edwards [10]** 2987/16
2990/12 3005/18
3031/18 3066/7
3089/20 3109/7
3109/10 3111/7
3115/22
**Edwards' [1]** 3029/11
**eight [1]** 3123/17
**either [1]** 3117/5
**elect [2]** 3073/18
3073/20
**election [2]** 3027/6
3027/25
**electoral [1]** 3079/15
**electronic [1]** 3125/5
**Ellipse [5]** 3093/11
3133/17 3133/19
3136/11 3136/18
**email [11]** 2987/18
2987/19 2988/5 2988/8
2988/13 2988/17
2988/22 3068/19
3070/2 3070/12
3070/13
**embedded [1]** 3107/17
**emoji [7]** 3069/10
3069/11 3069/12
3070/9 3073/8 3075/3
3081/24
**emojis [7]** 3069/17
3069/20 3071/24
3072/2 3072/4 3072/9
3081/4
**emoticon [4]** 3068/21
3068/24 3069/1
3069/25
**emoticons [4]** 3068/16
3068/17 3069/6
3069/17
**encounter [4]** 3049/21
3049/25 3050/17
3053/11
**encourage [1]** 3101/20
**encouraged [1]**
3114/23
**end [3]** 3048/16 3056/9
3058/16
**ending [3]** 3033/15
3113/11 3114/3
**enemy [2]** 3078/6
3078/8
**enforcement [15]**
2997/20 2998/18
2999/22 3014/21
3015/20 3016/3
3017/15 3047/19
3049/22 3049/25
3050/5 3052/19
3053/11 3102/24
3103/23
**enough [2]** 3055/23
3070/12
**enter [5]** 2995/9 3003/6
3024/20 3040/22
3045/4
**entered [5]** 2993/1
3037/22 3066/21

**entering [3]** 3001/13
3002/14
**entire [6]** 3091/8
3092/12 3112/19
3124/13 3124/13
3135/11
**entirety [1]** 3059/8
**entrance [1]** 3048/16
**entrances [1]** 2995/9
**Ernie [3]** 3008/5
3008/10 3071/19
**Ernie Hancock [3]**
3008/5 3008/10
3071/19
**escort [1]** 3095/19
**escorted [1]** 3058/21
**et [2]** 2987/6 3055/18
**et cetera [1]** 3055/18
**ETA [2]** 3130/16
3135/5
**EV1.241 [1]** 3072/16
**EV124.1 [2]** 3072/15
3073/3
**EV327 [1]** 3021/15
**evacuated [1]** 3036/11
**even [7]** 3071/6 3081/5
3095/15 3108/11
3108/15 3112/25
3113/2
**evening [7]** 3028/7
3059/16 3075/22
3077/4 3078/20
3083/14 3085/3
**events [2]** 3001/22
3014/18
**eventually [4]** 3017/16
3029/2 3039/6 3064/8
**eventually do [1]**
3017/16
**ever [9]** 3035/10
3103/14 3112/22
3119/7 3124/19 3128/2
3128/11 3128/12
3136/9
**every [3]** 3099/13
3122/1 3141/15
**everybody [1]** 3122/11
**everyone [9]** 2990/4
2990/21 2992/13
2992/18 2993/4 2993/3
3066/15 3066/18
3066/23
**everything [1]** 3075/11
**evidence [36]** 3001/5
3011/10 3019/12
3021/16 3021/19
3023/1 3026/24
3034/22 3060/3
3063/10 3065/11
3067/2 3067/7 3073/3
3089/14 3089/17
3091/21 3091/24
3093/1 3093/6 3095/12
3097/20 3105/7
3105/13 3106/21
3111/25 3112/22
3113/2 3114/22

**entering [3]** 3121/12 3127/5 3127/9
3128/7 3128/24
**exactly [3]** 3047/1
3099/12 3122/6
**examination [10]**
2993/20 2994/4
3085/13 3102/6 3105/4
3109/7 3110/7 3115/16
3115/17 3118/16
**examine [1]** 3140/23
**examined [2]** 3124/1
3124/3
**example [6]** 3038/25
3054/23 3055/14
3108/21 3108/24
3110/1
**exchange [1]** 3062/2
**exchanged [1]** 3045/1
**exhibit [70]** 2994/9
2994/15 3000/8
3000/11 3000/20
3001/2 3001/5 3006/1
3007/17 3008/14
3009/17 3010/10
3010/13 3010/23
3011/1 3011/7 3011/10
3011/13 3018/15
3018/22 3019/9
3019/12 3021/14
3021/15 3021/18
3022/25 3024/11
3026/4 3026/24 3029/5
3030/12 3031/2 3033/5
3034/7 3034/22 3037/9
3038/2 3041/10 3044/9
3044/20 3045/14
3045/17 3059/6 3059/9
3059/18 3060/3 3062/5
3062/24 3063/3
3063/10 3064/12
3064/25 3065/2
3065/11 3065/20
3067/2 3067/10
3067/12 3067/14
3072/13 3072/15
3073/3 3074/16
3089/17 3095/6
3095/24 3113/6
3116/19 3124/13
3131/5
**Exhibit 1500.2 [1]**
3037/9
**Exhibit 1504 [2]**
3000/8 3000/11
**Exhibit 1505 [1]**
3011/7
**Exhibit 1508 [1]**
2994/15
**Exhibit 1531 [2]**
2994/9 3074/16
**Exhibit 1674 [4]**
3018/15 3018/22
3019/9 3024/11
**Exhibit 6725.1 [1]**
3021/14
**Exhibit 6736 [1]**
3034/7

**Exhibit 6740A [1]**
3116/19
**Exhibit 9552 [2]**
3033/5 3113/6
**Exhibit 9554 [2]**
3059/6 3059/9
**Exhibit EV124.1 [1]**
3072/15
**exhibits [11]** 2989/9
2989/22 3005/22
3042/4 3058/13 3105/3
3106/24 3106/25
3107/14 3107/18
3138/20
**exit [1]** 3037/19
**exited [2]** 3037/25
3066/12
**experience [2]** 3102/13
3103/23
**exploited [1]** 3125/8
**exposed [1]** 2991/2
**expressing [1]**
3139/17
**expressly [1]** 3139/22
**extent [1]** 3142/7
**extracted [4]** 3069/19
3071/4
**extraction [4]** 3026/11
3072/1 3139/22 3140/1
**Eye [1]** 2988/20

**F**

**F'ed [3]** 3090/25
3091/1 3091/14
**face [1]** 3075/3
**Facebook [3]** 2998/24
2999/1 3099/11
**faces [1]** 3087/7
**facing [7]** 3013/2
3013/4 3013/5 3016/17
3016/19 3016/22
3016/22
**fact [13]** 2991/23
3020/7 3044/8 3060/20
3067/8 3094/20
3100/15 3112/12
3114/13 3122/1 3122/6
3132/19 3134/10
**factually [1]** 3116/16
**fair [18]** 3070/25
3085/20 3086/22
3087/6 3088/10
3088/17 3088/19
3090/9 3091/3 3091/18
3093/16 3095/12
3098/14 3098/25
3099/20 3100/1
3121/18 3142/8
**fairly [2]** 3000/20
3010/23
**familiar [2]** 3062/6
3072/4
**family [8]** 2991/23
3027/10 3027/21
3110/9 3110/16 3111/1
3111/2 3111/3
**far [6]** 3048/16 3089/23
3089/24 3111/14

**F**

far... [2] 3113/16 3113/25
fashion [1] 3140/22
fast [1] 3111/6
fast-forward [1] 3111/6
Fathers [1] 3007/2
fault [1] 3007/2
FBI [37] 2996/1 2998/5 3001/21 3003/11 3003/23 3007/24 3023/13 3025/25 3028/1 3033/12 3039/5 3039/16 3049/2 3049/24 3050/16 3053/6 3054/20 3055/11 3055/22 3056/23 3057/15 3057/20 3059/22 3067/22 3083/13 3092/21 3099/21 3102/13 3102/17 3102/23 3103/2 3103/11 3103/22 3104/1 3104/3 3108/15 3118/24
features [1] 3107/17
feel [1] 2991/16
feeling [2] 2993/8 2993/11
fever [1] 2990/25
few [3] 3115/21 3122/8 3122/10
fight [2] 3081/10 3081/11
figure [1] 3006/19
figuring [1] 3084/21
file [1] 2996/19
finally [1] 3032/18
financial [1] 3103/25
find [2] 3054/20 3119/25
fine [1] 3047/12
finger [2] 3019/16 3020/7
fingers [1] 2992/8
finish [1] 3079/15
fire [1] 3081/4
firearms [3] 3054/7 3097/15 3097/18
fired [2] 3007/23 3008/6
first [19] 2999/12 3010/7 3015/19 3022/18 3027/20 3041/2 3060/6 3069/9 3069/13 3085/11 3103/17 3120/20 3121/2 3124/10 3124/12 3129/12 3134/14 3137/20 3141/4
fist [2] 3101/16 3115/2
fist-pumping [1] 3115/2
five [6] 2998/12 2999/24 3001/8 3103/5

fix [1] 3006/4
FL [3] 2988/12 2988/16 3078/11
Fleet [3] 3138/20 3138/22 3138/24
floor [3] 2993/16 3018/25 3049/3
Florida [1] 3123/5
flu [4] 2991/1 2991/3 2991/24 2992/2
focus [4] 3003/1 3004/8 3070/15 3105/2
focused [2] 3041/16 3047/7
focusing [2] 3105/16 3106/21
folks [3] 2997/8 3029/5 3029/10
FOLLOWS [1] 2994/3
food [1] 3080/14
footage [10] 3039/5 3039/17 3039/18 3039/20 3041/18 3042/13 3056/23 3057/1 3064/21 3065/3
force [5] 3096/20 3096/21 3097/1 3098/1 3098/2
foregoing [1] 3143/3
forever [1] 3085/6
forge [1] 2993/13
form [1] 3063/1
formally [1] 2991/4
format [2] 3068/15 3068/20
formed [1] 2996/18
Fort [1] 2988/12
forth [1] 3110/13
forward [41] 2991/8 2991/19 2992/6 2996/9 2998/8 2998/19 2999/6 2999/24 3002/2 3004/1 3004/25 3005/10 3006/11 3006/14 3006/23 3007/10 3009/3 3009/13 3012/25 3014/17 3014/25 3015/2 3015/9 3016/23 3027/15 3028/23 3038/3 3041/9 3041/13 3045/22 3046/19 3047/6 3049/11 3051/12 3052/19 3054/25 3055/19 3057/8 3065/19 3069/3 3111/6
forwards [1] 3087/11
FOS [1] 3094/9
found [1] 3059/22
Founding [1] 3076/5
four [10] 2990/19 3071/4 3071/23 3071/24 3072/2 3072/9 3110/25 3130/3 3134/1 3135/22
frame [1] 3064/22
France [1] 3003/21

France-Pressel [1] 3003/21
front [12] 2996/25 2997/20 2999/15 3002/11 3016/1 3017/6 3028/20 3046/3 3050/12 3051/9 3051/20 3109/8
fuck [2] 3027/24 3036/22
Fucked [1] 3036/3
fucking [3] 3005/9 3054/1 3058/22
full [1] 2992/10
fully [1] 2993/16
functional [2] 3076/21 3077/2
further [6] 2994/2 3020/14 3042/13 3085/8 3114/16 3115/14
FYI [1] 3079/14
FYI-Congress [1] 3079/14

**G**

Garden [5] 3082/16 3094/22 3094/24 3112/1 3135/17
gas [4] 3007/9 3007/9 3007/9 3036/15
gather [1] 3084/17
gator [2] 3012/24 3077/25
gears [1] 3092/17
general [2] 3105/6 3142/12
generally [3] 3059/14 3062/9 3072/5
generated [1] 3082/3
gentlemen [7] 2993/4 3048/3 3066/9 3066/24 3073/24 3117/16 3138/11
geography [1] 3131/2
get [22] 2991/5 2992/12 3005/16 3031/14 3035/5 3035/21 3036/15 3040/9 3044/7 3050/19 3052/20 3055/17 3081/14 3094/1 3094/1 3117/6 3117/20 3132/12 3134/6 3134/8 3138/21 3140/8
getting [3] 3027/24 3035/6 3129/4
girlfriend [1] 3098/13
give [1] 2992/11
given [6] 2992/2 2993/13 3036/15 3092/7 3104/4 3140/19
gives [1] 3078/3
glare [1] 3051/19
glass [3] 3100/16 3100/21 3101/5
gmail.com [2] 2988/5 2988/8

2992/11 2992/22
2993/18 2995/12
2995/19 2997/16
2998/11 2998/12
3000/4 3000/5 3006/2
3006/10 3006/11
3007/16 3008/7
3008/12 3008/13
3009/22 3010/1 3010/4
3019/18 3019/23
3020/16 3024/10
3027/14 3027/18
3027/19 3028/1 3028/4
3028/17 3029/4
3029/25 3030/11
3031/16 3033/4
3035/13 3035/18
3035/24 3036/5
3036/12 3037/8 3038/3
3039/6 3040/12
3042/10 3043/11
3044/20 3046/19
3047/5 3047/12
3047/17 3049/15
3052/19 3054/10
3060/14 3061/9
3061/16 3061/22
3067/13 3067/25
3068/4 3070/18
3073/11 3073/25
3074/20 3074/24
3077/24 3078/10
3079/19 3079/21
3081/16 3083/16
3092/20 3094/9
3094/24 3095/23
3097/10 3098/8 3120/7
3122/10 3124/10
3125/12 3126/2 3127/3
3127/3 3127/12
3127/17 3127/21
3128/5 3128/14
3128/23 3129/8 3130/6
3132/15 3139/21
go ahead [6] 2993/18
3006/2 3031/16
3047/12 3047/17
3068/4
goes [6] 3009/23
3009/23 3087/20
3099/1 3138/3 3139/8
goin [1] 3075/8
going [38] 2992/2
2992/3 2992/3 2992/4
3006/6 3006/17
3006/19 3013/9 3014/1
3014/4 3027/18 3033/8
3035/5 3038/18
3041/19 3050/8 3052/6
3079/7 3079/8 3082/16
3082/18 3088/11
3088/15 3092/20
3094/22 3097/18
3104/23 3112/4 3113/6
3120/5 3124/14
3125/12 3127/3 3129/8
3129/9 3137/10

3210 3138/19
golf [4] 3132/17 3132/17 3136/23 3137/1
golf carts [1] 3136/23
good [78] 2990/4 2990/6 2990/21 2993/4 2994/6 2994/7 3054/10 3074/20 3085/15 3085/16 3102/8 3102/9 3102/11 3102/12 3108/24 3115/19 3115/20 3138/6 3138/9 good morning [7] 2990/21 2993/4 2994/7 3085/15 3085/16 3102/9 3115/20
Gorda [1] 2988/16
got [15] 2991/14 2991/21 2991/24 2991/25 2991/25 2992/5 3080/14 3096/3 3101/6 3107/20 3135/11 3135/15 3136/8 3137/14 3140/10
gotten [2] 3015/9 3136/17
Gousset [1] 3011/16
government [30] 2987/14 2990/13 2991/9 2994/1 3001/1 3011/6 3011/10 3019/8 3019/12 3026/20 3034/18 3034/22 3059/24 3060/3 3062/24 3063/7 3065/5 3068/19 3070/2 3070/13 3070/15 3086/5 3090/25 3091/8 3094/21 3095/5 3095/9 3113/5 3140/2 3140/20
government's [23] 2989/5 2989/11 2994/8 2994/15 3001/5 3011/6 3019/9 3021/14 3021/18 3022/25 3024/11 3026/24 3034/13 3042/4 3059/9 3062/5 3063/10 3064/12 3065/11 3068/15 3073/3 3074/15 3085/19
Government's 1674 [1] 3085/19
Government's 6736 [1] 3034/13
Grand [1] 3117/5
Grand Jury [1] 3117/5
Graydon [1] 3004/8
Graydon Young's [1] 3004/8
great [5] 2993/11 3006/21 3063/16 3072/25 3117/19
green [5] 3012/8 3012/13 3013/1 3042/18 3068/8

**Greene [33]** 3030/21 3030/24 3031/8 3031/10 3032/8 3032/10 3032/12 3032/14 3032/16 3032/18 3032/20 3033/8 3033/14 3034/4 3034/15 3035/3 3035/10 3035/16 3035/20 3035/23 3035/25 3036/9 3037/7 3044/25 3061/6 3061/11 3064/8 3090/24 3113/9 3114/2 3117/13 3117/19 3118/21

**Greene's [1]** 3061/22

**grievances [1]** 3083/7

**Grods [2]** 3134/1 3137/25

**ground [2]** 3049/3 3103/3

**grounds [7]** 2994/14 2994/25 2995/7 3012/3 3064/21 3094/8 3098/25

**group [66]** 2994/12 2994/24 2996/2 2996/14 2997/16 2998/6 3001/13 3002/21 3007/22 3008/1 3009/20 3010/1 3010/7 3015/2 3017/9 3018/4 3018/7 3019/18 3020/22 3024/1 3025/2 3029/5 3029/9 3029/19 3031/3 3031/4 3031/19 3036/6 3036/13 3037/21 3040/4 3041/3 3060/15 3061/2 3061/6 3064/3 3064/8 3073/17 3074/12 3074/13 3074/19 3074/23 3075/23 3076/8 3076/13 3077/8 3077/12 3078/2 3079/11 3079/24 3081/21 3082/14 3083/3 3111/20 3111/22 3115/23 3115/23 3116/2 3116/3 3116/9 3116/11 3132/6 3133/6 3133/8 3133/16 3136/9

**Group 2 [5]** 3115/23 3116/2 3133/6 3133/8 3133/16

**group stop [1]** 3020/22

**group's [3]** 2997/25 3000/24 3011/2

**groups [6]** 3009/21 3009/22 3077/9 3132/2 3137/12 3140/21

**guard [1]** 3076/19

**guess [2]** 3021/5 3088/3

**guns [4]** 3035/22 3063/23 3063/23

**guy [1]** 3095/15

**guys [2]** 3068/10 3075/10

**H**

**Hackett [43]** 2988/6 2990/9 2990/15 2995/18 3000/6 3001/12 3001/17 3002/22 3003/15 3004/23 3010/3 3018/8 3019/23 3020/4 3020/21 3023/25 3025/1 3025/14 3025/22 3028/24 3037/5 3037/16 3038/11 3038/12 3038/25 3040/3 3040/19 3041/2 3043/20 3045/4 3060/18 3064/7 3065/15 3065/23 3109/11 3109/15 3109/18 3109/23 3111/19 3112/1 3112/7 3114/10 3114/23

**had [23]** 2995/19 3059/2 3078/16 3095/12 3098/22 3103/22 3104/7 3104/10 3104/14 3104/24 3106/16 3108/2 3108/14 3108/18 3112/15 3112/17 3128/20 3133/24 3134/2 3134/14 3136/17 3137/17 3142/2 3118/17

**half [2]** 2991/15

**Halim [3]** 2988/6 2990/15 3102/2

**hall [3]** 3018/7 3024/7 3025/4

**hallway [7]** 3011/3 3012/4 3014/1 3014/10 3014/15 3014/19 3037/18

**Hancock [4]** 3008/5 3008/10 3071/19 3083/18

**hand [7]** 2997/10 3003/2 3004/9 3013/24 3044/14 3048/18 3053/23

**handle [1]** 3080/5

**hands [2]** 2996/21 3014/2

**hang [5]** 3048/2 3072/13 3072/19 3117/20 3141/24

**hangout [1]** 3078/11

**happen [3]** 3023/20 3080/15 3082/12

**happened [7]** 3017/18 3023/14 3023/17 3023/21 3027/5

**happening [3]** 3055/16 3134/12 3134/15

**happens [2]** 3079/2 3128/6

**happy [3]** 3069/19 3069/20 3087/23

**Harrelson [3]** 3003/14 3003/18 3038/8

**Harrelson's [4]** 3003/12 3004/10 3005/5 3008/20

**Harris [1]** 3125/22

**has [25]** 2990/25 2990/25 2991/2 2991/2 2993/9 3035/22 3068/23 3073/18 3073/24 3076/11 3076/18 3081/11 3092/14 3109/18 3117/13 3117/25 3118/23 3124/14 3124/14 3128/2 3139/6 3140/20 3141/13 3141/14 3141/21

**hat [4]** 3043/2 3058/5 3058/8 3058/9

**hate [1]** 3125/11

**have [102]** 2991/23 2992/7 2992/8 2993/15 3000/10 3010/12 3011/24 3015/8 3016/2 3018/17 3018/19 3018/20 3018/22 3026/6 3026/8 3030/7 3037/1 3042/5 3045/11 3046/9 3048/18 3050/25 3051/1 3053/14 3059/8 3059/18 3060/25 3064/14 3064/20 3067/10 3067/13 3068/7 3068/15 3068/16 3068/19 3069/8 3070/14 3070/14 3070/16 3071/20 3072/11 3072/13 3078/5 3078/17 3079/17 3081/10 3085/2 3085/8 3087/22 3090/19 3091/21 3091/23 3091/24 3092/1 3093/1 3093/5 3093/15 3095/7 3097/20 3098/8 3101/24 3103/11 3103/20 3105/22 3108/22 3111/25 3112/15 3112/22 3113/2 3115/14 3116/22 3117/7 3118/16 3119/17 3119/20 3119/22 3121/13 3122/4 3124/21 3124/22 3127/9 3127/18 3127/18 3128/1 3129/4 3129/9

**happening [3]** 3055/16 3134/12 3134/15

**happens [2]** 3079/2 3128/6

**happy [3]** 3069/19 3069/20 3087/23

**Harrelson [3]** 3003/14 3003/18 3038/8

**Harrelson's [4]** 3003/12 3004/10 3005/5 3008/20

**Harris [1]** 3125/22

**has [25]** 2990/25 2990/25 2991/2 2991/2 2993/9 3035/22 3068/23 3073/18 3073/24 3076/11 3076/18 3081/11 3092/14 3109/18 3117/13 3117/25 3118/23 3124/14 3124/14 3128/2 3139/6 3140/20 3141/13 3141/14 3141/21

**hat [4]** 3043/2 3058/5 3058/8 3058/9

**hate [1]** 3125/11

**have [102]** 2991/23 2992/7 2992/8 2993/15 3000/10 3010/12 3011/24 3015/8 3016/2 3018/17 3018/19 3018/20 3018/22 3026/6 3026/8 3030/7 3037/1 3042/5 3045/11 3046/9 3048/18 3050/25 3051/1 3053/14 3059/8 3059/18 3060/25 3064/14 3064/20 3067/10 3067/13 3068/7 3068/15 3068/16 3068/19 3069/8 3070/14 3070/14 3070/16 3071/20 3072/11 3072/13 3078/5 3078/17 3079/17 3081/10 3085/2 3085/8 3087/22 3090/19 3091/21 3091/23 3091/24 3092/1 3093/1 3093/5 3093/15 3095/7 3097/20 3098/8 3101/24 3103/11 3103/20 3105/22 3108/22 3111/25 3112/15 3112/22 3113/2 3115/14 3116/22 3117/7 3118/16 3119/17 3119/20 3119/22 3121/13 3122/4 3124/21 3124/22 3127/9 3127/18 3127/18 3128/1 3129/4 3129/9

**3138/7 3138/19** 3138/21 3139/2 3139/2 3139/7 3139/11 3140/2 3141/6 3141/8 3141/15 3141/16 3141/25

**haven't [4]** 3139/7 3141/10 3141/11 3142/9

**having [3]** 2994/1 3141/3 3141/5

**he [154]** 2997/10 2998/24 2999/3 2999/14 2999/14 3003/17 3007/25 3008/6 3008/8 3012/24 3027/18 3028/6 3028/11 3029/21 3029/22 3030/1 3031/23 3032/22 3032/25 3033/10 3034/2 3036/11 3039/1 3039/2 3039/14 3040/1 3046/10 3048/18 3051/22 3051/24 3052/14 3053/11 3053/13 3053/14 3054/9 3054/12 3054/13 3054/15 3054/17 3056/10 3060/9 3060/11 3061/13 3061/24 3061/25 3067/22 3069/16 3069/18 3071/22 3073/18 3073/23 3074/3 3075/5 3075/6 3075/7 3076/7 3076/11 3077/1 3077/5 3077/14 3077/15 3077/21 3078/1 3078/2 3078/10 3078/13 3078/15 3078/16 3078/16 3078/17 3078/24 3080/9 3080/11 3080/13 3080/21 3081/2 3081/7 3081/9 3081/13 3081/19 3083/6 3083/11 3084/2 3084/4 3084/9 3084/18 3084/20 3084/24 3085/1 3086/15 3086/18 3086/22 3086/23 3086/24 3086/25 3090/12 3091/5 3091/5 3093/3 3093/8 3094/24 3096/8 3096/14 3097/10 3097/10 3097/15 3097/18 3097/20 3100/7 3100/10 3100/14 3101/9 3101/10 3101/13 3112/8 3112/11 3112/14 3112/15 3112/17 3113/12 3114/13 3116/3

**he didn't [1]** 3112/14

**He said [2]** 3036/11 3097/20

**he's [14]** 3048/16 3052/14 3052/15 3090/10 3090/10 3096/10 3096/13 3096/22 3096/23 3111/22 3112/19 3118/6 3129/23 3140/8

**head [9]** 2995/2 3028/20 3043/17 3073/18 3092/19 3096/9 3109/18 3122/5 3136/9

**head-elect [1]** 3073/18

**headed [2]** 3013/18 3081/5

**heading [2]** 3132/8 3135/8

**hear [11]** 3002/8 3007/5 3009/16 3046/17 3051/5 3053/25 3068/5 3068/6 3068/9 3068/10

**heard [3]** 3031/17 3066/25 3102/17

**hearing [1]** 3067/6

**hearsay [3]** 3118/2 3118/3 3118/14

**heart [1]** 3081/3

**helmets [3]** 3022/19 3023/4 3038/13

**helped [1]** 3095/19

**her [21]** 2991/3 2991/4 2991/7 2992/11 2992/20 2993/10 2993/19 3017/9 3018/7 3028/23 3047/2 3071/3 3071/3 3071/4 3071/6 3117/24 3117/25 3118/3 3118/9 3118/11 3118/14

**here [85]** 2990/22 2991/23 2995/5 2997/10 2998/2 2998/17 3002/2 3002/7 3003/1 3003/2 3003/18 3004/4 3004/8 3004/21 3006/4 3012/7 3013/6 3013/14 3013/22 3016/1 3016/9 3017/5 3020/8 3020/8 3020/23 3022/7 3022/11

here... [58] 3022/11
3023/6 3024/13
3024/16 3032/25
3036/8 3038/16
3038/18 3039/1
3040/16 3041/16
3042/15 3043/2 3043/8
3043/13 3044/9 3045/7
3045/19 3046/1 3046/8
3048/14 3048/16
3049/9 3050/12 3051/9
3051/19 3055/4 3056/4
3057/21 3058/7 3058/9
3065/23 3067/25
3068/15 3068/19
3070/7 3074/25 3077/1
3081/5 3084/11 3087/1
3087/6 3096/13
3105/13 3105/16
3106/22 3120/5
3120/15 3122/21
3124/2 3126/14
3126/21 3127/9
3128/16 3130/25
3131/24 3140/15
3141/21
herself [2] 3098/17
3098/24
HI [1] 2988/4
Highlander [1] 3127/19
highlight [1] 2997/1
highlighted [5]
2996/24 3013/7 3105/3
3107/9 3110/6
Hilton [2] 3135/17
3135/20
him [25] 3043/17
3044/12 3051/20
3051/20 3053/25
3056/1 3057/5 3069/21
3070/21 3090/15
3091/16 3097/6 3098/2
3100/4 3101/13
3101/16 3101/18
3101/20 3115/10
3123/20 3123/22
3124/6 3128/2 3131/14
3140/23
himself [7] 3048/9
3074/3 3078/4 3079/4
3081/13 3081/19
3098/2
his [34] 2994/24
2997/10 2998/6
3012/24 3012/24
3025/21 3032/23
3033/8 3034/1 3046/9
3048/8 3048/18
3050/19 3052/12
3052/13 3053/22
3053/23 3054/21
3057/18 3070/19
3070/21 3076/10
3077/22 3097/9 3098/2
3109/18 3110/13
3115/23 3116/9
3121/13 3142/6 3142/6

hit [3] 3080/5 3095/7
3103/3
Hold [1] 2999/16
holding [5] 3002/11
3050/14 3052/11
3052/12 3053/22
holidays [1] 2991/14
home [3] 2991/3
2991/19 3073/25
Honor [32] 2990/6
2992/23 2993/21
3005/13 3006/18
3011/5 3031/13
3031/17 3034/18
3046/25 3047/4
3047/13 3048/5 3063/6
3065/5 3067/11 3068/2
3068/13 3069/13
3071/2 3071/9 3073/2
3081/14 3085/6 3085/9
3089/15 3114/18
3129/8 3139/5 3139/12
3139/16 3140/25
HONORABLE [2]
2987/9 2990/3
hope [1] 2992/9
hoping [1] 3028/19
HorseWhisperer [5]
3007/21 3079/10
3079/13 3127/6
3127/10
host [1] 3008/11
hotel [16] 3067/18
3083/25 3084/13
3096/22 3097/14
3097/15 3130/20
3130/21 3131/6
3131/14 3132/11
3134/10 3134/17
3134/21 3135/7 3135/9
hour [2] 3073/15
3135/4
hours [4] 3085/25
3104/25 3126/8 3126/8
house [24] 3005/9
3009/17 3009/24
3010/5 3018/9 3019/4
3020/6 3020/25 3021/8
3021/9 3022/1 3023/8
3023/20 3023/21
3024/8 3025/7 3025/17
3037/17 3079/2 3079/5
3086/25 3087/2 3089/7
3130/22
how [19] 2992/8
2996/14 3013/1 3024/4
3030/25 3033/21
3036/23 3045/14
3058/2 3060/11 3071/4
3086/15 3096/8
3102/10 3102/11
3103/20 3126/14
3129/15 3132/12
however [2] 2992/4
2993/10
huddle [2] 3094/4
3094/6

Hughes [2] 2989/3
2990/12
huh [3] 3108/6 3110/21
3125/16
hundreds [2] 3081/4
3104/25
hung [1] 3135/7

I

I believe [12] 3042/5
3085/18 3086/5
3086/24 3089/7
3089/20 3090/25
3094/20 3095/5
3113/21 3131/15
3138/22
I can [4] 3005/20
3046/25 3070/13
3091/6
I can't [1] 3091/5
I couldn't [5] 3087/23
3121/21 3127/1
3129/17 3129/20
I did [5] 3026/13
3088/16 3092/5
3108/10 3119/15
I didn't [1] 3107/11
I didn't see [1] 3101/22
I don't [6] 3091/16
3101/15 3123/25
3124/3 3129/19 3131/1
I don't have [1]
3101/24
I guess [1] 3088/3
I have [8] 3018/19
3026/8 3068/19 3069/8
3070/14 3085/8
3091/23 3115/14
I haven't [1] 3142/9
I just [1] 3087/15
I know [2] 3066/25
3123/22
I mean [1] 3124/21
I think [17] 3070/13
3070/25 3095/21
3102/17 3103/25
3104/24 3125/22
3130/24 3138/21
3140/4 3140/7 3140/21
3141/18 3141/19
3141/20 3142/8
3142/12
I thought [2] 3069/16
3088/17
I understand [2]
3005/25 3115/13
I want [8] 3087/1
3090/23 3105/10
3110/5 3122/8 3122/11
3130/9 3140/1
I was [5] 3005/19
3067/17 3077/16
3077/16 3084/21
I'd [2] 3089/13 3102/13
I'll [13] 2995/24
2999/18 3020/2
3047/25 3048/3 3061/1
3071/2 3072/22 3105/2

I'm [50] 2991/7
2991/13 2991/17
2992/1 2992/3 3003/2
3012/8 3013/9 3020/11
3027/12 3027/15
3027/18 3036/7 3038/9
3040/16 3058/7
3069/19 3069/20
3069/20 3070/20
3072/6 3075/10 3081/4
3090/1 3091/21
3092/17 3092/20
3093/5 3097/18 3100/6
3102/11 3102/12
3104/23 3106/21
3108/3 3112/4 3113/6
3114/18 3117/24
3118/5 3122/15
3123/22 3124/14
3125/11 3125/14
3128/10 3129/8 3129/9
3138/19 3140/4
I'm going [3] 3027/18
3104/23 3113/6
I'm not [4] 2991/17
3069/20 3125/11
3128/10
I'm not sure [1]
3123/22
I'm sorry [3] 3020/11
3036/7 3075/10
I've [9] 2991/3 2992/19
2997/8 3042/18 3087/7
3091/9 3092/21
3103/16 3124/3
idea [1] 3141/2
identification [1]
3108/11
identified [6] 3015/3
3022/4 3044/9 3108/3
3108/14 3108/18
identify [5] 3022/18
3042/16 3047/3
3109/11 3109/25
identities [1] 3067/9
ignore [1] 3117/16
II [1] 3084/17
illegitimacy [1]
3083/12
illegitimate [1] 3080/4
image [3] 3071/7
3071/8 3072/20
images [2] 3058/4
3134/11
important [4] 3116/21
3119/18 3119/23
3129/21
improved [1] 3082/5
inauguration [2]
3080/16 3082/13
include [2] 3029/17
3052/25
includes [1] 3067/9
including [5] 3039/2
3060/19 3118/15
3125/4 3140/20

independence [1]
3008/11
INDEX [3] 2989/2
2989/9 2989/22
Indian [1] 2988/7
indicated [3] 3007/25
3104/24 3107/5
indicating [1] 2997/24
indicators [1] 3045/19
individual [11] 2997/5
3014/14 3028/10
3043/21 3050/14
3074/15 3078/23
3083/24 3111/8
3128/24 3140/18
individual's [1]
3014/13
individuals [34]
2999/11 3000/18
3002/22 3007/18
3009/20 3013/10
3013/10 3014/10
3017/10 3018/4 3020/4
3022/19 3023/4
3023/19 3029/15
3033/9 3037/18
3038/12 3039/2
3039/14 3040/1 3040/9
3042/17 3056/6
3056/19 3057/5 3059/3
3062/11 3064/16
3064/24 3071/16
3101/1 3113/25
3131/16
information [7]
3111/25 3117/24
3120/4 3129/21
3129/24 3134/15
3135/14
informed [1] 3142/7
initial [1] 3108/11
initially [1] 3135/18
Inn [1] 3135/17
inside [21] 3000/5
3000/24 3004/11
3004/17 3009/11
3011/2 3031/19
3031/24 3041/1 3042/1
3045/8 3046/11 3049/3
3055/12 3092/13
3100/11 3101/2
3101/14 3101/21
3115/12 3138/3
instance [1] 3134/14
instances [1] 3116/12
instead [1] 2993/12
insurrectionists [1]
3073/19
Intel [2] 3123/9
3130/15
intend [3] 3047/9
3139/19 3139/21
intends [1] 3139/6
intent [6] 3140/15
3141/8 3141/22
3141/25 3142/6 3142/7
intentionally [1]
3069/20

**interacted** [1] 3128/12
**interaction** [2] 3052/6 3053/14
**interactions** [1] 3016/2
**interior** [2] 3045/2 3055/24
**interpret** [1] 3091/1
**interpreted** [1] 3091/7
**interviewed** [1] 3118/23
**interviews** [2] 3118/15 3131/16
**introducing** [2] 3118/2 3118/8
**investigation** [7] 3018/17 3020/3 3023/14 3024/5 3133/5 3133/8 3133/11
**involve** [1] 3029/15
**involved** [4] 3082/3 3093/1 3131/16 3140/18
**involvement** [1] 3122/13
**inwards** [1] 3100/19
**is** [301]
**is that correct** [1] 3031/20
**Is there** [1] 3070/4
**Isaacs** [3] 3012/23 3042/19 3042/21
**isn't** [4] 3005/24 3086/22 3119/7 3122/21
**isolate** [1] 3106/18
**issued** [1] 3104/11
**it** [155] 2991/1 2992/2 2994/25 2996/6 2997/11 2999/5 3000/13 3000/17 3000/22 3001/17 3003/3 3004/9 3004/19 3005/9 3005/10 3006/22 3007/10 3009/9 3009/11 3009/12 3010/15 3010/18 3010/19 3010/25 3012/9 3012/10 3012/25 3015/8 3015/10 3016/1 3016/16 3016/17 3021/20 3021/21 3022/2 3022/15 3023/10 3023/18 3023/21 3023/24 3029/18 3030/8 3033/18 3033/23 3033/24 3033/25 3034/21 3037/2 3039/11 3039/19 3041/13 3044/18 3045/5 3047/21 3048/9 3048/20 3048/21 3049/10 3050/19 3057/8 3057/18 3058/20 3062/9 3064/3 3064/16 3064/19

3068/18 3068/19 3068/23 3069/4 3069/19 3069/21 3070/4 3070/11 3070/12 3070/13 3070/17 3070/17 3070/21 3070/23 3071/4 3073/7 3074/20 3078/4 3078/16 3078/18 3080/8 3083/1 3085/5 3086/3 3086/22 3087/6 3087/23 3088/18 3089/10 3089/14 3090/25 3090/25 3091/5 3091/15 3091/15 3091/16 3091/20 3092/14 3092/19 3095/14 3099/1 3100/6 3101/22 3103/17 3103/25 3105/21 3105/22 3106/7 3106/13 3106/15 3107/10 3109/8 3109/22 3109/22 3110/18 3112/18 3112/20 3115/7 3117/10 3117/11 3118/7 3118/8 3118/9 3119/7 3122/5 3124/14 3125/12 3125/25 3127/1 3129/17 3129/20 3130/20 3131/15 3131/24 3134/17 3137/16 3139/8 3139/10 3139/23 3139/24 3140/3 3140/9 3140/10 3141/11 3141/11 3142/2
**It happened** [1] 3023/21
**it would be** [1] 3068/18
**it's** [71] 2992/2 2992/3 2992/4 2993/4 2996/17 3005/21 3005/23 3005/25 3006/2 3012/19 3015/25 3016/13 3022/3 3033/18 3038/22 3041/25 3047/16 3062/10 3062/12 3066/7 3067/2 3069/1 3069/1 3069/7 3070/6 3070/9 3072/18 3075/25 3078/4 3081/15 3082/3 3084/25 3085/18 3085/20 3088/10 3088/17 3088/19 3089/7 3090/9 3091/3 3091/18 3093/16 3093/21 3095/5 3095/12 3096/3 3098/25 3100/1 3105/21 3107/9

3116/24 3117/25 3118/1 3118/4 3120/9 3120/15 3123/25 3125/7 3125/15 3126/25 3131/12 3139/9 3139/16 3139/17 3140/7 3140/21 3141/2 3141/6 3141/14
**items** [1] 3107/20
**its** [3] 3023/13 3058/22 3061/12
**itself** [3] 3046/24 3047/15 3067/10

**J**

**Jackson** [3] 2988/11 3134/1 3138/3
**James** [48] 2997/9 3030/21 3030/24 3031/8 3032/11 3032/12 3032/14 3032/16 3032/19 3033/1 3033/2 3045/1 3046/4 3046/5 3046/22 3047/7 3047/10 3047/22 3048/8 3049/15 3050/13 3051/9 3051/16 3051/20 3051/25 3052/20 3052/25 3053/2 3061/5 3061/11 3061/23 3064/7 3066/1 3116/1 3116/6 3116/13 3122/20 3122/21 3130/10 3130/14 3130/18 3131/6 3131/11 3131/17 3131/20 3133/5 3135/19 3137/22
**James'** [1] 3131/13
**Jan.** [7] 3060/8 3076/15 3076/16 3111/19 3123/15 3125/15 3126/22
**January** [46] 2987/5 2999/2 3016/7 3021/21 3023/11 3023/15 3026/18 3028/2 3028/6 3028/22 3029/6 3034/16 3035/4 3059/13 3073/7 3073/21 3082/9 3082/10 3083/17 3084/7 3084/10 3084/12 3085/3 3089/10 3094/15 3102/21 3102/24 3111/7 3112/1 3123/18 3123/18 3124/15 3126/6 3126/11 3126/15 3129/7 3129/15 3129/22 3130/15 3140/2 3140/3 3140/8 3140/14 3141/7 3141/17 3143/7
**January 20th** [1]

**January 2nd** [1] 3140/8
**January 5/6 D.C. Op Intel Team** [1] 3130/15
**January 6** [3] 3124/15 3129/7 3129/15
**January 6th** [30] 2999/2 3016/7 3021/21 3023/11 3023/15 3028/6 3028/22 3029/6 3034/16 3035/4 3059/13 3073/7 3073/21 3083/17 3084/7 3085/3 3089/10 3102/21 3102/24 3111/7 3112/1 3123/18 3126/6 3126/11 3126/15 3140/2 3140/3 3140/14 3141/7 3141/17
**January 7th** [1] 3084/12
**Jason** [1] 3043/16
**Jason Dolan** [1] 3043/16
**Jeffrey** [2] 2987/14 2990/11
**Jeffrey Nestler** [1] 2990/11
**jeffrey.nestler** [1] 2987/20
**Jessica** [10] 3010/1 3013/14 3013/18 3018/6 3037/17 3038/14 3042/22 3042/25 3044/12 3044/14
**Jessica Watkins** [8] 3010/1 3013/14 3013/18 3018/6 3037/17 3038/14 3042/25 3044/12
**Jessica Watkins'** [1] 3044/14
**Jim** [5] 3036/13 3036/14 3036/16 3128/6 3128/7
**JOANNA** [1] 2994/1
**job** [2] 3104/13 3104/16
**jobs** [1] 3117/9
**join** [2] 3056/17 3082/18
**joined** [1] 3108/15
**joining** [1] 3104/1
**joke** [3] 3069/1 3069/2 3069/9
**Jonathan** [4] 3046/8 3046/9 3056/5 3056/6
**Jonathan Walden** [4] 3046/8 3046/9 3056/5 3056/6
**Joseph** [9] 2988/6 2990/9 3004/23 3038/11 3038/12 3043/20 3060/18 3065/23 3073/22

**Joseph Biden** [1] 3073/22
**Joseph Hackett** [7] 2990/9 3004/23 3038/11 3038/12 3043/20 3060/18 3065/23
**Josh** [8] 3116/13 3130/10 3130/14 3130/18 3131/6 3131/20 3133/5 3135/19
**Josh James** [8] 3116/13 3130/10 3130/14 3130/18 3131/6 3131/20 3133/5 3135/19
**Joshua** [34] 2997/9 3030/21 3030/24 3031/8 3032/11 3032/12 3032/14 3032/16 3032/19 3033/1 3033/2 3045/1 3046/4 3046/5 3046/22 3047/7 3047/10 3047/22 3048/8 3050/13 3051/9 3051/16 3051/20 3061/5 3061/11 3061/23 3066/1 3116/1 3116/6 3122/20 3122/21 3131/11 3131/13 3131/17
**Joshua James** [32] 2997/9 3030/21 3030/24 3031/8 3032/11 3032/12 3032/14 3032/16 3032/19 3033/1 3033/2 3045/1 3046/4 3046/5 3046/22 3047/7 3047/10 3047/22 3048/8 3050/13 3051/9 3051/16 3051/20 3061/5 3061/11 3066/1 3116/1 3116/6 3122/20 3122/21 3131/11 3131/17
**Joshua James'** [1] 3131/13
**Jr** [1] 2988/2
**JUDGE** [3] 2987/10 3089/13 3101/25
**jump** [8] 3008/14 3009/1 3011/12 3037/9 3037/11 3041/6 3044/23 3125/12
**jumped** [2] 3041/9 3041/13
**juror** [7] 2990/24 2990/24 2991/17 2992/19 2992/20 2992/21 2993/7
**Juror No. 14** [1] 2990/24
**jury** [25] 2987/9 2992/25 2993/1 2997/1 2997/23 3001/2

jury... [19] 3008/10
3015/23 3016/16
3019/15 3020/20
3026/21 3034/19
3050/12 3059/25
3065/6 3066/12
3066/18 3066/20
3066/21 3071/8
3071/13 3089/14
3117/5 3127/14
just [128] 2991/4
2991/12 2992/1 2992/5
2992/8 2992/9 2992/19
2993/8 2994/9 2994/16
2994/20 2997/1
2997/23 2998/11
2998/11 3000/8
3000/17 3003/1
3005/18 3005/25
3006/9 3006/18 3007/1
3007/7 3010/10
3010/19 3012/23
3015/19 3016/21
3018/15 3019/15
3019/22 3020/8
3020/12 3021/21
3022/3 3023/10 3026/4
3031/6 3031/17 3032/6
3032/21 3034/7
3038/19 3041/13
3043/13 3045/8 3046/1
3047/2 3047/6 3047/11
3047/25 3047/25
3048/7 3055/17 3058/7
3059/6 3062/5 3062/15
3062/24 3064/12
3066/9 3066/24 3067/6
3067/13 3067/17
3067/25 3068/23
3069/3 3069/7 3069/17
3069/21 3070/1 3070/4
3070/9 3070/12
3070/16 3070/21
3070/23 3070/24
3071/15 3072/2 3072/5
3072/8 3072/20 3073/6
3073/24 3074/7
3074/21 3078/23
3087/15 3089/10
3095/7 3095/23
3097/10 3105/10
3105/12 3108/21
3108/21 3109/8
3109/17 3111/17
3113/16 3113/25
3114/19 3116/14
3116/16 3116/16
3118/6 3120/24
3122/11 3123/2 3124/2
3126/21 3128/9
3129/11 3137/16
3138/15 3139/7 3139/8
3139/23 3139/24
3140/5 3140/13
3141/18 3141/25
justifiably [1] 3077/18

K

K-e-l-l-y [1] 3060/12
Kailua [1] 2988/4
Kandaris [1] 3083/23
Kathryn [2] 2987/14
2990/11
Kathryn Rakoczy [1]
2990/11
Kathryn.Rakoczy [1]
2987/19
keep [7] 2991/18
2992/5 2992/8 3014/4
3050/8 3092/19
3125/25
Keeper [4] 3091/24
3107/4 3123/6 3141/9
Keepers [4] 3091/4
3095/10 3116/4 3141/6
Kelly [42] 3004/22
3010/3 3025/19
3025/25 3026/10
3026/12 3026/17
3027/8 3027/13
3027/21 3028/2 3028/5
3028/15 3028/21
3038/7 3038/9 3039/3
3043/7 3043/8 3044/1
3060/10 3060/11
3060/18 3061/19
3064/7 3065/23
3077/19 3077/24
3078/7 3078/19 3079/1
3079/3 3079/6 3079/8
3080/19 3083/3 3093/4
3093/8 3110/13 3111/8
3111/15 3129/2
Kelly Meggs [34]
3004/22 3010/3
3025/19 3027/13
3027/21 3028/2 3028/5
3028/15 3028/21
3038/7 3038/9 3039/3
3043/7 3043/8 3044/1
3060/18 3064/7
3065/23 3077/19
3077/24 3078/7
3078/19 3079/1 3079/3
3079/6 3079/8 3080/19
3083/3 3093/4 3093/8
3110/13 3111/8
3111/15 3129/2
Kelly Meggs' [5]
3025/25 3026/10
3026/12 3026/17
3027/8
Kellye [2] 3029/24
3098/11
Kellye SoRelle [2]
3029/24 3098/11
Kenneth [5] 3003/12
3003/14 3004/10
3005/5 3038/8
Kenneth Harrelson [2]
3003/14 3038/8
Kenneth Harrelson's
[1] 3005/5

kicked [1] 3035/5
kids [1] 2991/24
killing [1] 3027/18
kind [8] 3015/25
3019/16 3028/19
3037/1 3054/6 3082/23
3105/21 3116/21
Kirk [1] 3011/25
Kirk Sidlo [1] 3011/25
kneel [1] 3085/6
knew [1] 3028/13
know [70] 2990/23
2991/18 2992/7 3027/5
3033/17 3036/23
3045/13 3054/3 3058/2
3060/22 3066/25
3070/2 3070/15
3072/19 3077/5
3078/22 3081/25
3082/21 3083/20
3086/2 3091/16 3096/8
3097/12 3107/12
3108/3 3111/14
3112/11 3112/14
3113/16 3113/25
3114/18 3116/9
3116/22 3117/13
3117/19 3118/23
3121/4 3121/6 3121/7
3121/16 3121/22
3121/22 3121/24
3123/22 3127/7
3127/15 3127/16
3127/22 3128/8
3128/19 3131/1 3132/4
3132/25 3133/5 3133/8
3133/11 3133/14
3134/24 3135/2
3135/16 3135/19
3136/11 3136/13
3137/15 3139/25
3140/9 3140/20
3140/22 3141/11
3141/24
knowledge [4] 3100/3
3101/17 3111/4 3128/7
knows [8] 3069/25
3071/7 3127/6 3127/9
3127/14 3128/1 3128/7
3128/25
KT [1] 3127/19

L

L.A. [2] 3001/21
3002/11
L.A. Times [2] 3001/21
3002/11
LaCroix [1] 3011/16
ladies [6] 2993/4
3048/3 3066/8 3066/24
3117/16 3138/11
laid [1] 3076/10
lamestreamenemy [1]
3076/18
landed [1] 3108/17
landing [2] 3039/1
3040/4

kent766 [1] 3112/12
3124/21
kicked [1] 3035/5
large [3] 3104/4
last [8] 2991/22
2991/23 3030/13
3030/25 3062/12
3062/13 3062/20
3074/7
Lastly [1] 3113/5
late [1] 3059/16
later [23] 3012/19
3027/13 3027/23
3036/19 3044/3
3063/22 3074/22
3076/7 3076/13
3076/14 3076/20
3077/4 3078/15
3078/20 3079/16
3080/7 3080/15
3080/19 3082/19
3083/14 3112/1 3126/8
3137/25
laughing [4] 3069/10
3069/12 3073/8 3075/3
laughing-face [1]
3075/3
Laura [2] 3043/3
3043/4
Laura Steele [2]
3043/3 3043/4
law [19] 2988/2
2997/20 2998/18
2999/22 3014/21
3015/20 3016/3
3017/15 3047/19
3049/21 3049/25
3050/5 3052/19
3053/11 3074/12
3074/19 3075/9
3102/24 3103/23
Law 2187 [3] 3074/12
3074/19 3075/9
Law2187 [1] 3128/24
Lawn [1] 2994/21
lead [3] 3046/25
3116/12 3122/5
leader [8] 3032/24
3116/2 3116/3 3116/6
3116/13 3124/6
3127/22 3133/6
leadership [6] 3076/1
3076/4 3085/4 3096/4
3111/22 3122/19
leading [1] 3047/1
leads [2] 3022/17
3117/25
learn [1] 3050/16
learned [1] 3082/5
leave [10] 3029/2
3035/6 3037/16
3037/21 3053/3
3054/10 3054/15
3074/21 3075/11
3096/2
leaves [2] 3037/17
3056/20
leaving [5] 3019/18
3053/6 3074/20 3075/1
3088/11

Leesburg [1] 3082/17
left [21] 2994/12
2997/10 2997/24
3001/12 3001/16
3013/15 3013/24
3017/19 3017/20
3019/2 3021/18
3022/14 3025/7
3029/24 3031/2
3038/17 3038/20
3038/25 3039/10
3040/5 3041/4 3042/15
3042/16 3054/1 3054/9
3056/4 3057/24 3058/8
3062/2 3063/25
3067/16 3087/2 3090/1
3090/15 3112/17
3114/13 3125/21
3132/19 3132/25
legacy [1] 3085/7
less [3] 3126/17
3126/18 3126/25
lessons [1] 3082/5
let [8] 2992/11 3044/8
3069/21 3071/5
3075/14 3106/7 3111/6
3120/14
let's [31] 2993/18
3000/5 3006/21
3008/12 3010/7
3019/15 3027/2 3037/5
3044/7 3057/8 3066/8
3070/11 3085/17
3088/3 3094/9 3097/9
3102/16 3105/15
3108/21 3120/7
3125/25 3126/2 3127/3
3127/12 3127/17
3127/21 3128/5
3128/14 3128/23
3130/6 3142/2
letters [1] 3076/10
Liberty [2] 3127/13
3127/14
like [18] 3015/25
3016/7 3017/20
3021/22 3023/11
3037/22 3042/12
3061/2 3061/12 3072/8
3075/25 3077/10
3086/11 3086/11
3102/13 3106/6 3109/8
3140/11
limited [2] 3140/13
3140/22
line [21] 2996/18
2997/23 3003/15
3013/9 3016/18 3017/6
3017/10 3023/4
3025/14 3038/20
3039/9 3039/13
3041/19 3041/24
3042/10 3042/18
3057/14 3058/14
3096/4 3096/4 3096/13
Line 1 [7] 3003/15
3025/14 3038/20

**Line 1... [4]** 3041/19
3041/24 3042/10
3096/4
**Line 2 [1]** 3096/4
**lines [2]** 2999/15
3096/3
**lingo [1]** 3082/23
**linked [1]** 3121/10
**listen [1]** 3106/17
**lit [1]** 3048/20
**little [12]** 3006/4
3019/22 3020/14
3021/5 3040/25 3041/9
3056/21 3062/12
3066/9 3129/4 3129/10
3141/3
**live [2]** 3080/4 3099/11
**lobby [4]** 3035/5
3035/8 3049/3 3049/16
**location [4]** 3000/18
3000/21 3010/20
3010/24
**locations [2]** 3000/24
3011/2
**Lodge [1]** 3141/23
**LOL [1]** 3076/19
**long [5]** 2992/4
3030/25 3085/5
3086/25 3129/9
**longer [1]** 2993/15
**look [12]** 2992/1
3021/22 3077/16
3087/1 3087/23
3092/10 3105/21
3116/18 3126/5
3140/19 3142/10
3142/11
**looked [2]** 3028/23
3034/1
**looking [12]** 3022/3
3022/13 3022/19
3022/22 3023/3
3024/18 3051/2
3056/24 3061/15
3067/25 3090/1
3113/24
**looks [5]** 3016/6
3021/20 3021/21
3023/11 3075/25
**loopy [1]** 3129/4
**lot [6]** 3070/17 3093/19
3098/18 3107/17
3129/25 3130/1
**lots [4]** 3062/21
3085/20 3085/23
3126/21
**loud [1]** 3106/15
**Louis [2]** 2987/15
2990/12
**Louis Manzo [1]**
2990/12
**lunch [5]** 3129/13
3138/6 3138/10
3138/16 3142/11
**Lupo [3]** 3078/22
3079/1 3079/4

**M**

**ma'am [4]** 3103/10
3104/2 3109/5 3113/20
**mad [1]** 3078/5
**made [3]** 3116/5
3118/6 3121/13
**make [10]** 2991/12
3069/17 3070/17
3070/24 3107/11
3107/14 3108/11
3117/10 3121/15
3122/11
**making [1]** 3107/23
**many [9]** 2992/8
3103/20 3105/8 3105/9
3124/1 3124/3 3126/14
3126/22 3129/15
**Manzo [2]** 2987/15
2990/12
**map [20]** 2997/24
3000/17 3010/19
3012/8 3013/2 3016/16
3019/2 3019/6 3019/15
3020/7 3020/9 3020/13
3020/20 3021/3
3039/10 3041/17
3085/17 3086/2 3087/1
3133/1
**maps [1]** 3018/20
**marched [1]** 3080/3
**Marion [1]** 2988/15
**mark [1]** 3108/23
**marks [2]** 3069/8
3072/2
**Martin [2]** 2988/10
2990/16
**masks [1]** 3036/15
**massive [1]** 3117/7
**materials [6]** 3104/5
3104/7 3104/17
3104/19 3107/24
3108/17
**math [1]** 3126/10
**matt [1]** 2988/22
**matter [3]** 3078/4
3105/6 3143/4
**matters [1]** 3078/4
**Matthew [2]** 2988/19
2990/18
**Matthew Peed [1]**
2990/18
**may [3]** 2991/1
3072/12 3084/11
**maybe [6]** 2991/20
2998/12 3006/10
3047/5 3131/4 3134/9
**Mayflower [20]**
3131/23 3132/11
3132/12 3132/15
3132/20 3132/24
3133/1 3133/3 3133/20
3133/22 3134/2
3134/17 3135/7 3135/9
3135/17 3135/22
3136/13 3136/14
3136/15 3136/17
**Mayflower Hotel [2]**
3135/7 3135/9

**mayor [1]** 3057/11
**me [15]** 2992/11
3009/4 3020/10
3027/24 3044/8
3066/19 3068/9
3068/10 3087/22
3091/13 3106/7
3107/12 3111/6
3120/14 3140/5
**mean [9]** 3016/12
3083/1 3091/7 3091/11
3118/14 3124/21
3133/3 3139/10
3141/14
**means [3]** 3082/21
3091/14 3091/16
**meant [1]** 3091/5
**meantime [1]** 3067/16
**meet [5]** 3060/20
3061/1 3061/3 3064/4
3064/8
**meeting [1]** 3061/7
**meets [1]** 3075/16
**Meggs [46]** 3004/22
3004/22 3010/3
3025/19 3025/21
3027/8 3027/13
3027/21 3028/2 3028/5
3028/15 3028/21
3038/7 3038/9 3039/3
3043/7 3043/8 3043/9
3043/24 3043/25
3044/1 3060/18 3064/7
3065/23 3077/19
3077/24 3078/7
3078/19 3079/1 3079/3
3079/6 3079/8 3080/19
3083/3 3092/23 3093/4
3093/8 3110/9 3110/13
3110/13 3110/18
3110/18 3110/25
3111/8 3111/15 3129/2
**Meggs' [5]** 3025/25
3026/10 3026/12
3026/17 3027/8
**Meggses [1]** 3028/25
**MEHTA [2]** 2987/9
2990/3
**members [10]** 3025/2
3025/14 3038/19
3040/4 3041/3 3061/5
3061/6 3065/16 3134/2
3135/10
**merge [1]** 3074/7
**message [96]** 3007/21
3008/4 3027/15
3027/19 3028/4
3028/17 3028/21
3029/19 3029/25
3033/9 3033/14
3035/16 3035/18
3035/19 3035/19
3036/2 3036/5 3036/6
3036/8 3036/9 3036/13
3036/19 3036/24
3037/2 3037/2 3059/3
3060/6 3060/14
3060/15 3061/6

**3069/8 3071/18
3071/22 3073/17
3073/15 3073/17
3073/23 3074/4 3074/8
3074/10 3074/13
3074/19 3075/5 3075/9
3075/13 3075/23
3076/3 3076/13
3076/17 3077/15
3078/2 3078/11
3078/13 3078/19
3079/1 3079/10
3079/19 3079/24
3080/3 3080/11
3080/19 3081/7
3081/21 3082/14
3083/3 3083/18 3084/4
3084/9 3084/18
3084/22 3085/4
3090/24 3091/6 3113/9
3113/17 3113/24
3114/5 3114/7 3125/17
3125/23 3128/13
3130/10 3130/14
3139/5 3139/11
3139/17 3139/20
3140/4 3140/5 3140/6
3140/7 3140/24 3141/8
3141/10
**messaged [2]** 3064/3
3069/14
**messages [61]**
3000/14 3000/21
3007/25 3010/15
3025/25 3026/6 3026/9
3026/16 3026/16
3027/2 3028/1 3029/5
3029/14 3033/11
3034/1 3034/3 3034/10
3034/12 3034/15
3035/3 3044/25
3059/12 3059/13
3059/16 3059/18
3059/22 3060/25
3061/2 3069/14 3070/6
3076/23 3077/19
3077/22 3083/13
3084/24 3085/23
3091/7 3092/22
3094/21 3097/13
3110/6 3110/8 3110/12
3111/8 3111/12
3111/15 3121/14
3122/8 3122/18 3123/1
3124/22 3125/2
3126/11 3128/12
3129/16 3130/1 3130/2
3139/21 3140/1
3140/17 3142/4
**messaging [9]** 3027/9
3037/7 3060/7 3061/3
3067/22 3073/8 3077/1
3077/6 3141/20
**met [2]** 3038/20
3128/20
**metadata [2]** 3072/1
3075/2**

**Metropolitan [2]**
3013/11 3016/5
**Michael [31]** 3030/21
3030/24 3031/8
3031/10 3032/8
3032/10 3032/12
3032/14 3032/16
3032/18 3032/20
3033/8 3033/14 3034/4
3034/15 3035/3
3035/10 3035/16
3035/20 3035/23
3035/25 3036/9
3044/25 3061/6
3061/11 3061/22
3090/24 3113/9 3114/2
3117/13 3117/19
**Michael Greene [30]**
3030/21 3030/24
3031/8 3031/10 3032/8
3032/10 3032/12
3032/14 3032/16
3032/18 3032/20
3033/8 3033/14 3034/4
3034/15 3035/3
3035/10 3035/16
3035/20 3035/23
3035/25 3036/9
3044/25 3061/6
3061/11 3090/24
3113/9 3114/2 3117/13
3117/19
**middle [3]** 3039/11
3061/14 3087/14
**Might [1]** 3085/2
**mile [1]** 3132/22
**miles [1]** 3134/21
**military [2]** 3016/13
3082/24
**million [1]** 3084/25
**mind [4]** 2993/9
3006/18 3139/1 3142/6
**mine [1]** 3065/10
3131/3
**MINUTA [94]** 2987/6
2988/2 2990/8 2990/14
2994/21 2994/24
2996/2 2996/14
2996/23 2997/2 2997/6
2997/16 2998/5
2998/16 2998/24
2999/1 2999/13
2999/20 3030/20
3031/2 3033/3 3037/6
3039/13 3039/25
3040/9 3040/22
3040/25 3041/25
3044/7 3044/19 3046/6
3046/7 3048/14 3049/9
3049/15 3050/15
3050/16 3051/2 3051/5
3051/17 3052/11
3052/20 3052/25
3053/2 3053/6 3053/22
3054/9 3054/20 3055/4
3055/6 3055/10
3055/23 3056/7 3056/9
3056/16 3056/19**

3158

**M**

**MINUTA... [38]** 3057/4 3057/12 3057/15 3058/23 3059/1 3061/5 3062/1 3062/2 3063/19 3063/24 3063/25 3064/7 3065/15 3066/1 3099/2 3115/22 3116/9 3116/11 3116/13 3120/11 3121/3 3122/13 3122/19 3122/24 3123/5 3124/16 3124/19 3125/4 3127/5 3127/14 3128/1 3128/7 3128/20 3128/25 3129/16 3135/19 3137/22 3138/7

**Minuta's [3]** 2994/12 2997/24 3134/18

**minute [18]** 2995/21 3002/17 3003/8 3011/19 3012/19 3012/20 3012/25 3013/13 3031/9 3031/11 3032/9 3055/9 3063/21 3075/9 3078/10 3095/23 3108/23 3116/18

**minutes [78]** 2994/14 2995/21 2996/10 2997/13 2998/8 2998/20 2999/6 2999/24 3004/1 3004/13 3004/25 3005/10 3006/14 3006/23 3007/10 3008/14 3008/22 3009/1 3009/13 3013/20 3014/4 3014/17 3014/25 3015/11 3017/1 3017/14 3017/23 3032/13 3037/9 3037/11 3039/8 3040/7 3041/7 3041/21 3044/7 3045/23 3046/13 3046/16 3046/19 3048/11 3048/15 3048/22 3049/11 3050/2 3050/21 3051/12 3052/1 3052/5 3052/16 3053/16 3054/8 3054/25 3055/19 3056/12 3057/8 3058/16 3063/24 3074/22 3076/7 3076/12 3076/14 3078/15 3079/16 3080/7 3080/19 3082/19 3086/16 3086/19 3092/13 3099/20 3112/8 3122/9 3122/11 3129/13 3130/7 3130/16 3135/5 3137/25

**mischaracterization [1]** 3116/10

**mission [1]** 3082/4

**mistake [2]** 3031/25 3065/10

**Mobile [1]** 3033/11

**Moerschel [32]** 2988/10 2990/9 2990/17 2995/19 3000/6 3001/13 3001/17 3002/22 3003/15 3004/22 3010/3 3018/8 3019/23 3020/4 3020/21 3024/1 3025/1 3025/15 3025/22 3028/24 3037/5 3037/16 3040/3 3040/20 3041/2 3042/22 3042/23 3044/10 3045/4 3086/6 3100/1 3112/6

**Moerschel's [1]** 3044/15

**moment [2]** 2999/21 3118/21

**moniker [1]** 3077/25

**monitor [1]** 3075/15

**monitoring [1]** 3008/1

**montage [2]** 3129/8 3130/8

**montages [1]** 3092/4

**months [2]** 3103/5 3103/6

**more [13]** 2992/8 2992/10 2998/12 3003/11 3005/4 3007/1 3021/5 3053/11 3061/17 3070/4 3081/5 3105/2 3141/3

**morning [24]** 2987/7 2990/4 2990/6 2990/21 2990/24 2993/4 2993/5 2993/8 2994/6 2994/7 3062/13 3066/8 3077/5 3084/10 3085/15 3085/16 3102/4 3102/8 3102/9 3115/19 3115/20 3125/19 3135/11 3136/2

**most [3]** 3084/21 3098/22 3110/25

**motions [1]** 3056/10

**move [10]** 2991/7 2992/20 3042/15 3043/13 3055/6 3055/23 3069/3 3072/22 3089/13 3112/15

**moved [1]** 3029/23

**moves [8]** 3001/1 3011/6 3019/8 3026/20 3034/18 3059/24 3063/7 3065/5

**moving [5]** 2994/21 3013/14 3074/2 3074/9 3112/19

**MPD [1]** 3013/11

**Mr. [78]** 2991/21 2994/8 2994/12

**missed [1]** 3106/3

**mission [1]** 3082/4 2996/8 2996/8 2997/22 2997/6 2997/11 2997/24 2998/5 2998/16 2998/24 2999/1 2999/20 3002/22 3005/18 3008/20 3029/11 3031/16 3031/18 3064/7 3066/7 3068/5 3068/12 3069/14 3069/24 3069/25 3073/7 3073/14 3086/6 3089/20 3096/7 3097/4 3098/2 3109/7 3109/10 3109/11 3109/15 3110/18 3111/7 3111/19 3112/1 3112/5 3112/6 3112/7 3114/10 3114/23 3115/16 3115/22 3117/22 3118/21 3128/1 3128/7 3128/16 3128/20 3128/20 3128/25 3137/22 3137/23 3137/24 3137/25 3137/25 3138/3 3138/5 3138/7 3139/6 3139/20 3140/15 3140/16 3140/23 3141/2 3141/11 3141/19 3141/21 3141/25 3142/1 3142/4

**Mr. Caldwell [3]** 3096/7 3097/4 3098/2

**Mr. Ed Vallejo [1]** 3128/16

**Mr. Edwards [8]** 3005/18 3031/18 3066/7 3089/20 3109/7 3109/10 3111/7 3115/22

**Mr. Edwards' [1]** 3029/11

**Mr. Greene [1]** 3118/21

**Mr. Grods [1]** 3137/25

**Mr. Hackett [9]** 3002/22 3064/7 3109/11 3109/15 3111/19 3112/1 3112/7 3114/10 3114/23

**Mr. Harrelson's [1]** 3008/20

**Mr. Jackson [1]** 3138/3

**Mr. James [1]** 3137/22

**Mr. Meggs [1]** 3110/18

**Mr. Minuta [15]** 2994/21 2996/23 2997/2 2997/6 2998/5 2998/16 2998/24 2999/1 2999/20 3128/1 3128/20 3128/25 3137/22 3138/7

**Mr. Minuta's [2]** 2994/12 2997/24

**Mr. Moerschel [2]** 3086/6 3112/6

**Mr. Nestler [7]** 2997/11 3068/5 3069/14 3069/24 3069/25 3139/6

**Mr. Peed [6]** 3068/5 3068/12 3069/14 3069/24 3069/25 3139/6

**Mr. Peed's [2]** 3140/15 3140/23

**Mr. Rhodes [1]** 3142/1

**Mr. Rhodes' [1]** 3142/4

**Mr. Shipley [5]** 2991/21 3031/16 3115/16 3117/22 3138/5

**Mr. Ulrich [1]** 3137/25

**Mr. Vallejo [10]** 3073/7 3073/14 3128/20 3139/20 3140/16 3141/2 3141/11 3141/19 3141/21 3141/25

**Mr. Walden [2]** 3137/23 3137/24

**Mr. Walden's [1]** 2997/11

**Mr. Weinberg [1]** 3112/5

**Ms [1]** 3008/13

**Ms. [45]** 2994/17 3000/7 3001/7 3002/16 3006/10 3007/2 3007/16 3008/25 3010/9 3011/12 3013/22 3015/1 3018/14 3020/10 3021/13 3022/24 3024/11 3026/3 3027/14 3029/4 3030/11 3033/4 3034/6 3035/13 3037/8 3041/6 3042/3 3044/19 3047/6 3059/5 3061/17 3062/4 3063/13 3063/15 3064/11 3065/9 3067/12 3071/12 3073/11 3079/22 3098/10 3098/21 3099/4 3102/2 3110/18

**Ms. Badalament [39]** 2994/17 3000/7 3001/7 3002/16 3006/10 3007/2 3007/16 3008/25 3010/9 3011/12 3013/22 3018/14 3020/10 3021/13 3022/24 3024/11 3026/3 3027/14 3029/4 3030/11 3033/4 3034/6 3035/13 3037/8 3041/6 3042/3 3044/19 3047/6 3059/5 3061/17 3062/4 3063/13 3063/15 3064/11 3065/9 3067/12 3071/12 3073/11 3079/22

**Ms. Halim [1]** 3102/2

**Ms. Meggs [1]** 3110/18

**Ms. SoRelle [3]**

**Ms. [2]** 3098/10 3098/21 3099/4

**Ms. Watkins [1]** 3015/1

**much [6]** 3006/12 3024/15 3030/15 3066/10 3089/9 3112/15

**multiple [5]** 2991/1 2993/9 3049/24 3105/18 3118/24

**must [1]** 3129/4

**my [34]** 2991/24 3007/2 3028/13 3031/25 3064/6 3068/19 3070/7 3070/9 3072/22 3075/14 3081/3 3086/5 3086/8 3088/14 3090/9 3091/18 3091/21 3092/12 3092/19 3093/1 3093/6 3094/24 3095/1 3096/9 3099/4 3099/19 3100/3 3100/6 3101/5 3101/17 3107/12 3111/4 3126/10 3131/12

**Myers [1]** 2988/12

**N**

**name [5]** 3016/3 3107/5 3107/8 3108/5 3110/1

**named [3]** 2990/19 3095/15 3111/9

**names [1]** 3108/8

**Nancy [5]** 3021/10 3023/8 3036/3 3091/22 3091/25

**Nancy Pelosi [2]** 3021/10 3023/8

**Nancy Pelosi's [2]** 3091/22 3091/25

**Nancy's [1]** 3028/20

**nasty [1]** 3076/19

**nature [1]** 3141/9

**NE [1]** 3060/10

**near [2]** 3028/25 3112/19

**need [3]** 2991/18 3070/15 3138/18

**needs [1]** 3076/9

**nefarious [1]** 3101/21

**negative [5]** 2990/25 2991/24 2991/25 2993/10 3114/25

**nervous [1]** 3027/12

**Nestler [3]** 2987/14 2990/11 2994/8

**never [7]** 3090/6 3099/11 3100/1 3100/4 3128/20 3138/3 3139/1

**New [1]** 3124/6

**New York [1]** 3124/6

**news [2]** 3036/14 3134/12

**next [36]** 3008/3 3008/7 3027/19 3028/4 3028/17 3028/21

**N**

next... [30] 3029/25
3030/14 3035/18
3035/24 3036/2 3036/5
3036/12 3042/20
3046/5 3046/7 3060/14
3061/9 3068/21 3069/1
3069/2 3069/4 3073/23
3074/4 3075/23
3079/21 3082/5
3083/16 3084/2 3084/4
3084/24 3085/1 3107/5
3107/13 3130/21
3138/22
nice [1] 2993/4
night [7] 2991/22
3027/25 3075/16
3079/18 3134/2
3135/20 3135/22
no [91] 2987/4 2991/22
2993/15 2995/11
2995/14 3001/3
3005/17 3005/23
3011/8 3017/22
3019/10 3021/12
3025/3 3028/12
3028/13 3031/21
3031/22 3034/20
3035/12 3036/17
3037/23 3045/12
3050/20 3054/11
3057/19 3060/1 3063/8
3065/7 3067/13 3069/5
3069/7 3072/6 3074/17
3074/20 3078/25
3079/18 3081/15
3085/8 3086/12
3089/15 3091/23
3093/1 3093/5 3094/13
3094/18 3095/3 3096/9
3097/17 3097/20
3101/19 3103/18
3103/22 3108/13
3111/25 3112/22
3114/16 3114/23
3115/2 3115/3 3115/4
3115/5 3115/6 3115/7
3115/8 3115/8 3115/9
3115/10 3116/1
3117/14 3118/7
3119/15 3121/8
3121/13 3122/13
3122/25 3123/12
3124/22 3127/5 3127/9
3127/21 3128/3 3128/7
3128/7 3128/13
3128/22 3128/23
3129/2 3129/3 3131/25
3133/2 3135/3
No. [3] 2990/7 2990/8
2990/24
noises [1] 3106/14
noisy [1] 3093/21
non [2] 3076/21 3077/2
non-functional [2]
3076/21 3077/2
none [1] 3129/18
normally [4] 3021/20

3045/11
north [8] 2995/3
2995/16 2996/3 3011/2
3013/2 3019/5 3127/23
3137/8
North Carolina [1]
3127/23
northeast [9] 3061/14
3061/21 3061/24
3064/4 3064/9 3064/17
3064/22 3067/17
3071/17
nose [1] 3012/24
not [115] 2991/13
2991/17 2992/1 2992/3
2992/9 2993/8 2993/11
2995/14 3005/14
3006/17 3021/21
3022/21 3023/11
3023/24 3024/8
3025/14 3028/10
3031/24 3057/6 3061/1
3067/8 3068/15
3069/20 3072/6
3077/17 3080/4
3080/23 3085/2
3088/16 3089/4
3090/10 3090/20
3091/20 3091/23
3092/1 3092/5 3092/20
3093/3 3093/18
3093/23 3093/24
3094/3 3094/12
3094/17 3096/9
3096/22 3097/4 3097/6
3097/19 3098/21
3098/25 3100/3
3100/13 3100/18
3101/10 3101/17
3105/21 3107/23
3108/10 3110/23
3111/19 3111/22
3112/3 3112/8 3112/19
3112/20 3113/13
3115/10 3115/12
3118/1 3118/5 3118/5
3118/9 3119/7 3119/15
3119/18 3119/23
3119/24 3121/12
3121/15 3122/15
3122/19 3122/20
3122/24 3123/2 3123/5
3123/22 3124/2 3124/7
3125/7 3125/9 3125/11
3126/21 3127/3 3127/7
3128/3 3128/8 3128/10
3129/1 3129/2 3129/6
3129/23 3131/12
3131/24 3132/20
3133/1 3138/15
3140/17 3140/18
3141/6 3141/16
3141/21 3141/25
3142/4 3142/13
noted [1] 3067/10
nothing [2] 3080/6
3115/14

nothing yet [1] 3080/6
noticed [1] 2993/6
notified [2] 2990/23
2990/24
November [4] 3026/17
3027/2 3027/4 3110/8
now [134] 2992/5
2993/6 2993/16
2997/13 2997/16
3001/7 3002/2 3002/10
3003/8 3004/13
3004/17 3005/4 3007/7
3007/24 3008/3
3008/12 3008/22
3012/20 3013/1 3013/9
3013/20 3014/1
3014/21 3015/7 3015/8
3015/11 3016/6
3016/22 3017/1
3017/14 3017/23
3018/6 3019/22 3023/3
3023/10 3023/13
3023/25 3025/19
3027/7 3028/5 3029/8
3036/5 3037/5 3037/14
3037/21 3038/2
3038/10 3039/8 3040/7
3041/13 3041/16
3043/4 3043/6 3044/7
3044/22 3045/8
3048/11 3048/14
3049/2 3050/2 3050/21
3050/25 3051/2 3052/2
3052/5 3052/19 3053/2
3054/9 3055/4 3055/22
3056/12 3057/6
3057/12 3058/16
3059/1 3060/18
3060/22 3062/1 3062/6
3065/19 3066/5
3068/10 3069/6 3070/2
3070/22 3070/23
3071/2 3071/23
3071/24 3072/21
3075/2 3075/13
3075/18 3076/5
3076/12 3077/8 3078/5
3078/5 3078/10
3078/19 3082/18
3083/13 3084/9
3084/22 3085/6
3086/22 3088/1 3092/4
3098/21 3105/2 3107/3
3107/8 3108/2 3109/4
3109/8 3111/12 3116/1
3117/17 3117/13 3121/2
3121/15 3121/19
3122/1 3124/13
3124/19 3126/3 3126/5
3127/22 3129/9
3130/13 3135/10
3138/10 3139/8
3139/14
nowhere [1] 3075/8
number [17] 3033/15
3033/17 3035/23
3036/10 3053/23
3072/14 3104/4

3121/10 3125/23
3126/5 3127/1 3128/15
3129/17 3129/20
3130/1
number 2 [1] 3053/23
numbers [3] 3041/24
3121/6 3125/21
numerous [1] 3032/25
Nurse [1] 3036/14
NW [2] 2987/17
2988/20

**O**

oath [10] 2994/10
3091/4 3091/24
3095/10 3107/4 3116/4
3117/14 3123/6 3141/6
3141/9
Oath Keeper [4]
3091/24 3107/4 3123/6
3141/9
Oath Keepers [4]
3091/4 3095/10 3116/4
3141/6
oaths [1] 3085/7
Obama [1] 3078/4
object [2] 3005/13
3031/13
objection [29] 2991/11
2996/16 2999/17
3001/3 3001/14 3011/8
3019/10 3029/10
3034/20 3046/24
3047/14 3047/24
3048/4 3060/1 3063/8
3065/7 3068/2 3068/20
3070/7 3071/1 3088/18
3089/15 3119/9 3139/8
3139/11 3139/16
3140/12 3141/19
3141/23
objections [3] 3138/19
3139/2 3139/3
obtained [1] 3104/10
occurred [1] 3082/4
off [17] 2992/10
2993/12 2994/12
3001/12 3001/16
3029/15 3067/16
3075/15 3077/18
3080/2 3081/6 3086/9
3086/15 3086/18
3086/23 3096/9
3112/19
offer [1] 3128/1
office [8] 2987/16
3036/3 3091/1 3091/14
3091/19 3091/22
3091/25 3112/23
officer [1] 3100/2
officers [19] 2997/21
2998/18 3013/11
3014/21 3015/20
3016/18 3016/22
3017/7 3017/15 3018/3
3047/10 3047/20
3049/22 3050/6

3121/3 3125/23
3055/17 3057/14
3058/14
offices [10] 2988/2
3021/8 3021/22 3022/4
3022/23 3028/25
3088/4 3088/5 3088/6
3088/15
oh [5] 3044/23 3067/13
3069/6 3072/19 3106/6
OK [1] 3078/11
OK FL [1] 3078/11
okay [215]
Okay Gator 1 [1]
3077/25
old [8] 3006/6 3076/1
3076/4 3085/4 3096/8
3111/22 3122/19
3140/10
Old Leadership [4]
3076/4 3085/4 3111/22
3122/19
older [1] 3095/19
Olive [4] 3082/16
3094/22 3094/24
3112/1
Olive Garden [2]
3094/24 3112/1
once [3] 3103/2
3103/21 3105/22
one [69] 2991/13
2996/5 2997/7 2999/4
3001/24 3003/18
3006/3 3009/3 3009/23
3009/23 3015/16
3016/3 3027/15
3033/11 3037/21
3037/25 3038/3 3043/2
3043/22 3056/6
3061/17 3062/12
3062/13 3068/7
3068/23 3068/25
3069/1 3069/9 3069/9
3069/15 3070/4 3070/5
3070/9 3074/3 3079/18
3079/19 3079/21
3082/10 3089/23
3094/7 3094/8 3103/11
3103/16 3108/21
3117/9 3120/19
3120/20 3120/22
3123/8 3123/8 3123/11
3123/13 3124/5
3124/10 3124/16
3126/25 3127/16
3129/23 3130/2 3130/6
3139/5 3139/7 3139/17
3139/23 3139/24
3139/25 3140/14
3140/23 3141/1
one's [1] 3129/6
ones [4] 3100/20
3122/10 3124/1 3124/2
only [18] 2991/14
3070/7 3070/7 3081/10
3081/11 3091/6
3091/15 3103/14
3103/16 3111/3

3160

only... [8] 3124/14
3124/15 3124/21
3128/13 3129/23
3130/3 3140/23 3142/4
op [16] 3060/8 3076/15
3076/16 3094/15
3111/19 3123/9
3123/15 3124/15
3125/15 3126/15
3126/22 3129/6
3129/15 3129/22
3130/15 3141/15
Op Intel [1] 3123/9
open [7] 3032/2
3071/10 3076/10
3100/15 3100/18
3100/23 3118/19
opened [1] 3101/1
operation [1] 3082/4
operational [1]
3032/24
opinion [1] 3086/18
opposite [3] 3018/12
3022/3 3030/2
ops [2] 3141/5 3141/9
option [1] 3078/16
options [1] 3076/11
order [1] 3005/21
ordered [2] 3006/1
3073/25
organization [1]
3139/18
orient [2] 3019/15
3050/12
other [54] 2995/7
2996/1 2999/1 3016/19
3024/18 3025/1
3033/23 3034/3 3039/2
3039/14 3039/25
3040/4 3040/9 3041/3
3056/19 3057/5 3059/3
3059/22 3061/2
3065/16 3069/4
3071/16 3075/23
3076/23 3077/9
3093/23 3094/3
3097/13 3097/21
3101/24 3104/7
3104/11 3104/13
3104/17 3105/9
3107/10 3107/20
3107/20 3115/12
3116/14 3118/8
3121/13 3121/24
3126/22 3127/8
3128/21 3131/16
3132/1 3132/2 3135/22
3139/24 3140/16
3140/23 3141/14
other's [1] 2996/22
others [11] 2998/6
3015/8 3034/16
3052/25 3060/18
3072/22 3099/2 3125/3
3139/7 3140/25 3142/5
ought [1] 2993/13
our [13] 2991/5 2992/8

3058/22 3066/8
3073/24 3076/10
3078/17 3135/4
3138/10 3141/19
out [22] 3006/19
3035/5 3036/15
3040/21 3047/2
3052/22 3052/23
3053/5 3053/12
3055/17 3076/10
3079/15 3093/16
3100/15 3106/18
3106/21 3114/10
3117/5 3118/15
3119/25 3135/7
3140/10
outlined [1] 3014/22
outside [13] 3035/7
3038/8 3038/20
3054/13 3054/21
3055/10 3077/16
3084/14 3100/17
3101/11 3113/3
3115/12 3137/1
outward [1] 3100/23
outwards [1] 3100/18
over [13] 2991/23
3012/24 3043/13
3096/10 3099/1
3105/22 3105/23
3106/17 3106/17
3134/21 3137/1
3139/20 3142/11
overlays [1] 3045/14
overruled [5] 2996/17
3006/2 3047/16
3081/15 3119/10
owner [1] 3033/17

P
P. [1] 2990/3
p.m [74] 2994/14
3000/5 3001/18
3004/18 3007/14
3008/4 3009/9 3009/19
3011/17 3012/17
3014/19 3015/7
3027/11 3028/22
3029/1 3029/20 3030/1
3030/4 3030/16
3030/23 3031/3 3031/8
3031/10 3031/12
3032/5 3032/6 3032/8
3032/10 3032/12
3032/14 3032/16
3032/18 3033/8
3039/21 3040/23
3041/13 3045/2 3049/6
3049/20 3054/23
3055/14 3057/2
3058/25 3060/6
3060/20 3061/10
3063/13 3063/18
3063/19 3064/18
3067/23 3071/15
3071/18 3073/23
3074/1 3074/10

3075/22 3077/13
3078/2 3079/10
3079/15 3079/24
3081/21 3083/3
3083/17 3085/3
3113/19 3114/5
3114/14 3126/6
3142/16 3142/16
PA [1] 2988/7
page [6] 3030/14
3070/8 3070/15 3120/7
3120/9 3120/9
pages [3] 3072/18
3072/20 3072/21
panel [2] 2992/25
3066/20
panels [1] 3100/21
Park [1] 3130/24
parked [1] 3137/1
Parker's [2] 3003/2
3013/24
part [10] 3095/24
3096/14 3097/12
3098/1 3108/16
3110/23 3115/10
3116/11 3133/10
3135/14
participant [1] 3110/22
participants [3] 3077/8
3110/16 3119/22
particular [3] 3105/7
3130/2 3140/21
particularly [2] 2992/2
3142/1
parts [1] 3132/1
pass [1] 2995/7
past [3] 3101/11
3113/2 3142/7
path [1] 3076/5
patriots [4] 3077/17
3080/2 3085/5 3085/6
Paul [2] 3127/22
3128/2
Paul Stamey [2]
3127/22 3128/2
pause [18] 3004/4
3005/15 3006/5
3008/14 3011/13
3013/22 3017/5 3037/9
3037/11 3041/7
3044/23 3046/1 3066/6
3071/5 3095/7 3095/23
3106/1 3106/3
peace [1] 2993/9
Peed [9] 2988/19
2988/19 2990/18
3068/5 3068/12
3069/14 3069/24
3069/25 3139/6
Peed's [2] 3140/15
3140/23
Pelosi [5] 3021/10
3023/8 3026/1 3027/20
3028/2
Pelosi's [7] 3028/25
3091/1 3091/14
3091/18 3091/22

people [31] 3002/8
3010/20 3047/23
3055/17 3058/21
3065/16 3067/9
3078/19 3082/3
3089/11 3093/19
3097/13 3100/8
3101/11 3104/13
3104/17 3108/2
3108/12 3108/14
3108/18 3110/25
3111/17 3113/17
3116/14 3122/4
3128/12 3129/25
3130/3 3140/10
3140/10 3140/21
pepper [5] 3017/17
3018/4 3029/23
3052/21 3055/18
pepper-sprayed [1]
3017/17
Perfect [1] 3130/11
perhaps [1] 2993/9
perimeter [3] 3075/17
period [3] 3086/8
3112/7 3135/8
periods [1] 3136/7
Pershing [1] 3130/24
person [8] 3042/18
3042/20 3058/12
3098/22 3107/10
3121/9 3121/10 3130/2
person's [1] 3107/5
personal [1] 3133/9
personally [2] 3127/16
3128/3
phase [1] 3139/18
Philadelphia [1]
2988/7
phone [53] 3003/12
3005/5 3005/8 3007/25
3008/20 3009/8
3014/13 3026/1
3026/10 3026/12
3026/17 3030/12
3030/20 3031/7
3031/14 3032/6 3033/9
3033/17 3048/19
3050/14 3050/17
3050/19 3052/12
3052/13 3057/18
3062/2 3063/4 3063/12
3081/3 3081/14
3083/14 3092/24
3092/25 3093/6 3094/5
3116/19 3117/3 3117/6
3117/20 3119/20
3121/7 3121/10
3121/13 3122/6
3124/24 3131/9
3131/10 3131/13
3131/13 3134/17
3134/18 3134/19
3134/22
phones [4] 3005/16
3059/19 3121/24
3122/4

phone... [5] 2995/5
3003/3 3022/14 3089/3
3089/6
photograph [2]
3023/10 3038/7
photographer [5]
3002/11 3003/20
3003/20 3003/24
3004/6
photographers [1]
3057/21
photographs [6]
3000/13 3003/23
3042/8 3057/20
3060/23 3101/13
photos [2] 3010/15
3024/18
physical [1] 3115/8
Physically [1] 3098/4
pick [1] 3132/17
picking [1] 3002/2
picture [2] 3089/21
3096/2
pictures [1] 3122/4
piece [1] 3117/2
piecemeal [1] 3037/25
Pike [1] 3082/17
pissed [1] 3077/18
place [6] 3008/20
3009/11 3059/14
3075/19 3134/22
3138/6
placed [4] 2996/22
3032/8 3063/19
3063/23
places [1] 3131/13
Plaintiff [1] 2987/4
plan [1] 3071/3
play [60] 2995/21
2995/24 2996/9
2997/13 2998/8
2998/12 2998/19
2999/6 2999/24 3001/7
3002/2 3002/16 3003/8
3004/1 3004/13
3004/25 3005/10
3006/14 3006/23
3007/10 3008/22
3009/13 3011/19
3012/20 3012/25
3013/13 3013/20
3014/17 3014/25
3015/11 3017/1
3017/14 3017/23
3039/8 3040/7 3041/21
3045/22 3046/13
3047/6 3048/11
3048/22 3049/11
3050/2 3050/21
3051/12 3052/1 3052/5
3052/6 3052/16
3053/16 3054/8
3054/25 3055/9
3055/19 3056/12
3057/8 3058/16
3065/19 3095/7 3098/9
played [50] 2995/22
2996/11 2998/10

**P**

played... [47] 2998/14
2998/21 2999/8 3000/1
3001/9 3002/4 3002/18
3003/9 3004/2 3004/14
3005/2 3005/12
3006/16 3006/20
3007/12 3008/16
3008/24 3009/14
3011/21 3014/6 3015/5
3015/13 3017/3
3041/22 3045/24
3046/14 3046/20
3047/8 3048/12
3048/23 3049/13
3050/3 3050/9 3050/22
3051/14 3052/8
3052/17 3053/17
3055/2 3055/20
3056/13 3057/10
3058/18 3065/21
3078/16
playing [1] 3005/14
please [48] 2990/4
2992/17 2993/2 2998/8
2999/6 2999/25 3000/7
3004/25 3005/18
3007/16 3010/9
3018/14 3022/24
3024/10 3026/3 3028/4
3028/17 3030/11
3031/6 3031/14
3035/14 3035/18
3035/24 3036/12
3037/8 3037/12
3042/16 3044/23
3045/22 3048/22
3049/11 3051/12
3052/16 3053/16
3054/8 3064/11
3066/22 3073/12
3083/16 3088/24
3092/16 3098/8
3109/11 3113/6
3113/22 3124/9
3127/12 3128/15
plug [1] 3070/1
PO [1] 2988/3
podcast [1] 3008/11
point [19] 2991/6
2992/5 2992/10 2996/7
3003/18 3021/25
3041/25 3047/2 3070/9
3072/24 3109/14
3110/22 3114/23
3118/6 3131/5 3131/22
3138/8 3141/17
3141/19
pointing [3] 3012/14
3088/7 3110/1
points [1] 2991/12
police [9] 3013/11
3016/5 3035/22
3057/14 3058/14
3058/21 3074/2 3074/9
3100/2
pool [1] 3030/2

portions [5] 3086/3
3106/24 3106/25
3108/2 3108/20
position [1] 3115/13
positive [1] 3114/25
possible [3] 3021/15
3112/18 3112/21
predict [1] 2992/3
prefaced [1] 3115/22
prepared [1] 2992/9
pres [1] 3079/17
present [4] 2990/19
3093/3 3093/8 3119/12
presented [1] 3140/20
President [1] 3073/20
President-Elect [1]
3073/20
Presidential [1] 3027/6
presiding [1] 2990/3
press [2] 3106/1
3106/3
Presse [1] 3003/21
pressing [2] 2991/18
2992/5
pretrial [3] 3068/14
3068/18 3069/15
pretty [4] 3076/12
3086/2 3089/9 3090/11
previous [1] 3103/22
previously [2] 2994/2
3103/20
prior [4] 3103/22
3104/1 3133/14 3140/2
probably [4] 3035/6
3130/7 3131/2 3138/6
problem [3] 3096/17
3128/6 3140/24
problematic [2]
3142/12 3142/13
proceed [3] 3024/19
3056/21 3072/12
proceeded [2] 2995/16
3039/11
proceedings [3]
2987/9 2990/20 3143/4
Proceeds [1] 3051/18
process [2] 3079/15
3103/4
property [2] 3100/4
3100/10
proposing [1] 2991/7
proposition [1]
3142/12
protesters [1] 3016/19
public [1] 3016/2
publish [10] 3001/2
3011/6 3019/9 3026/21
3034/19 3059/25
3063/7 3065/6 3071/13
3089/14
pull [21] 2994/16
3000/8 3010/9 3018/14
3021/13 3022/25
3026/3 3034/6 3059/5
3062/4 3064/11
3067/12 3085/18
3088/24 3092/16

3108/21 3113/5 3124/9
3130/8
pulled [2] 3012/24
3035/22
pulling [2] 3048/9
3125/14
pumped [1] 3084/3
pumping [1] 3115/2
Punta [1] 2988/16
puppet [1] 3080/4
purple [6] 2997/23
3039/9 3039/13
3039/23 3130/19
3132/6
purple line [3] 2997/23
3039/9 3039/13
purpose [3] 3132/15
3137/16 3142/5
purposes [5] 3072/24
3139/17 3139/25
3140/9 3140/16
push [7] 3015/2
3051/18 3052/22
3052/23 3100/2 3100/5
3101/10
pushed [2] 3100/7
3100/14
pushing [10] 3015/9
3016/23 3017/6
3017/13 3018/7
3051/23 3051/24
3052/15 3055/18
3115/8
put [6] 3090/25 3127/1
3129/17 3129/20
3132/5 3142/2
puts [1] 2994/8
putting [1] 3142/4

**Q**

QRF [16] 3096/13
3096/13 3096/14
3096/16 3096/22
3097/1 3098/1 3139/18
3139/21 3139/23
3139/24 3139/25
3140/16 3141/15
3141/20 3141/22
QRFs [3] 3141/14
3141/15 3141/16
quarters [1] 3132/22
quasi [1] 3098/13
quasi-girlfriend [1]
3098/13
Queen [1] 2988/7
question [18] 2995/24
3005/20 3028/13
3029/11 3064/6 3069/7
3072/2 3093/5 3099/4
3109/10 3116/1
3117/17 3117/23
3118/11 3121/16
3127/13 3127/18
3131/12
questions [10] 3085/8
3101/25 3104/23
3110/5 3112/5 3114/17

3108/2 3113/15 3124/9
3119/2 3119/11
quick [11] 2995/24
3013/22 3044/8
3090/23 3096/20
3096/21 3097/1 3097/4
3124/10 3125/11
3125/12
Quick Reaction Force
[3] 3096/20 3096/21
3097/1
quickly [2] 3006/18
3017/5
quit [1] 3136/5
quite [3] 3122/14
3080/22 3080/23
quitting [2] 3080/22
3080/23
quote [1] 3107/9

**R**

raised [2] 3068/14
3068/18
Rakoczy [2] 2987/14
2990/11
random [1] 3140/18
rapid [1] 2991/1
raw [1] 3092/10
re [3] 3056/17 3106/16
3106/17
re-join together [1]
3056/17
re-listen [1] 3106/17
re-review [1] 3106/16
reach [1] 3040/12
reached [1] 3094/8
react [1] 3097/10
reaction [5] 3096/20
3096/21 3097/1 3097/9
3097/12
reactions [1] 2991/5
read [13] 3033/18
3033/21 3033/23
3033/24 3035/4 3074/7
3091/6 3091/9 3091/15
3124/20 3124/22
3125/9 3128/11
readout [1] 3125/5
ready [4] 2992/22
3035/6 3068/18
3141/20
real [6] 3013/22 3044/8
3090/23 3124/10
3125/11 3125/12
really [6] 3090/6
3098/25 3106/10
3106/18 3112/15
3116/10
reason [4] 3118/8
3125/14 3132/4 3132/6
reasons [1] 3076/6
recall [15] 2994/20
2998/23 3087/13
3089/22 3095/25
3096/11 3099/12
3107/1 3109/6 3109/12
3110/10 3110/15
3111/7 3123/25 3124/7
received [11] 3001/5

3026/24 3034/22
3060/3 3063/10
3065/11 3073/3
3089/17 3139/7
receiving [1] 3033/25
recently [1] 2991/2
recess [6] 2992/15
2992/16 3066/16
3066/17 3142/15
3142/16
recognize [4] 3089/3
3089/6 3109/4 3113/7
recollection [1]
3119/23
record [9] 2999/1
3058/7 3062/10 3063/3
3065/9 3065/10
3109/17 3114/7 3143/3
recorded [5] 2996/7
2998/24 3050/16
3051/3 3057/16
recording [1] 3051/23
records [12] 3000/14
3010/16 3016/2
3057/14 3059/19
3062/17 3062/18
3062/20 3062/25
3063/4 3104/10
3119/20
recover [1] 3057/18
RECROSS [1] 2989/4
red [4] 3058/4 3058/8
3076/21 3077/2
REDIRECT [1] 2989/4
Redress [1] 3083/7
refer [2] 3086/11
3088/20
reference [1] 3077/22
referenced [1] 3012/6
references [1] 3125/23
referencing [2] 3045/7
3141/8
referred [3] 3028/2
3088/4 3124/6
referring [3] 2999/14
3020/24 3093/11
reflected [2] 3125/5
3132/1
reflecting [1] 3030/2
regime [1] 3080/4
relative [4] 3012/10
3016/15 3017/10
3023/19
relaying [1] 3097/12
relevance [1] 3141/21
relevant [3] 3107/4
3120/4 3142/8
reloading [1] 3080/22
rely [1] 3118/14
relying [1] 3118/12
remain [1] 2992/21
remained [4] 3054/17
3137/4 3137/7 3137/10
remember [2] 3085/7
3124/5
remind [2] 2994/9
3008/10

**R**

reminder [4] 3003/14
3030/19 3032/21
3138/15
reminders [1] 3066/25
removing [1] 3069/20
reorient [3] 2997/23
3006/9 3071/15
repeatedly [1] 3066/25
rephrase [2] 3005/20
3061/1
replug [1] 3006/7
reply [3] 3037/1 3037/3
3124/23
report [2] 3081/25
3082/3
reporting [1] 3036/14
reports [2] 3081/23
3082/8
represent [2] 3026/16
3039/13
represented [1]
3041/17
representing [1]
3059/21
requested [1] 3079/14
respect [2] 3067/1
3067/5
respond [10] 3027/13
3028/18 3035/19
3035/23 3036/18
3036/21 3079/3 3079/6
3083/8 3084/16
responded [2] 3115/21
3124/21 3128/13
response [2] 3036/23
3036/25
responsible [1]
3107/23
rest [8] 2995/25 3015/2
3017/9 3020/4 3020/21
3024/1 3031/7 3057/4
resume [2] 3066/9
3138/11
RESUMED [1] 2994/2
resumes [1] 3079/2
return [2] 3082/22
3083/1
reveal [1] 3063/4
revealed [1] 3114/22
review [15] 3013/17
3039/5 3055/11
3056/23 3067/7
3088/16 3104/5
3104/13 3104/16
3104/17 3104/24
3106/16 3114/22
3119/14 3119/15
reviewed [26] 3000/10
3000/15 3010/12
3010/17 3011/24
3015/16 3018/20
3018/22 3024/6
3024/24 3025/11
3026/6 3034/3 3034/10
3039/16 3050/25
3059/8 3062/17
3064/14 3064/20

3105/17 3105/18 3119/4
3130/1
reviewing [3] 3105/25
3119/17 3129/15
rewind [2] 3106/6
3106/7
Rhodes [50] 3029/8
3029/17 3029/19
3030/21 3031/11
3032/9 3036/6 3036/18
3036/21 3037/7 3059/2
3060/7 3060/15
3060/20 3061/3
3061/19 3062/1
3063/20 3063/21
3063/23 3064/3 3064/8
3065/17 3065/24
3066/2 3071/17
3075/25 3076/3
3076/12 3077/12
3079/24 3080/1
3082/14 3083/8 3085/4
3092/23 3116/5
3118/23 3120/11
3121/3 3123/20 3124/5
3125/3 3125/17
3134/23 3134/25
3141/8 3141/13
3141/13 3142/1
Rhodes' [4] 3098/13
3124/24 3134/18
3142/4
Rich [3] 3078/22
3079/1 3079/4
Rich Lupo [3] 3078/22
3079/1 3079/4
Ricky [1] 3134/1
riding [1] 3136/22
right [189]
RIOS [2] 2988/11
2988/15
riot [3] 3051/18 3074/6
3074/9
rioters [6] 2995/7
3016/23 3017/6
3017/17 3017/21
3052/24
ripped [1] 3023/18
rise [5] 2990/2 2992/14
3066/11 3138/13
3142/14
risk [1] 3102/20
RMR [2] 3143/2 3143/8
Robert [1] 2988/10
ROBERTO [31] 2987/6
2990/8 2999/13
3030/20 3033/3
3039/25 3041/25
3046/6 3048/14 3049/9
3050/15 3058/23
3063/19 3063/24
3066/1 3115/22
3116/11 3116/13
3120/11 3121/3
3122/13 3122/19
3122/24 3123/5
3124/16 3124/19

3129/16 3134/18
3135/19
Roberto A. Minuta [1]
2990/8
Roberto Minuta [27]
2999/13 3030/20
3033/3 3039/25
3041/25 3048/14
3049/9 3050/15
3058/23 3063/19
3063/24 3066/1
3115/22 3116/11
3116/13 3120/11
3121/3 3122/13
3122/19 3122/24
3123/5 3124/16
3124/19 3127/5
3127/14 3129/16
3135/19
Roberto Minuta's [1]
3134/18
Roger [8] 3082/20
3133/9 3133/11
3133/14 3133/15
3133/16 3136/4 3136/8
Roger Stone [6]
3133/9 3133/11
3133/14 3133/16
3136/4 3136/8
role [1] 3032/23
rolling [1] 3028/20
room [2] 3087/14
3134/10
rooms [1] 3133/24
root [1] 3074/2
Rotunda [52] 3000/24
3001/13 3001/17
3002/14 3003/6
3003/19 3004/11
3004/17 3007/23
3008/9 3008/12
3009/11 3018/12
3019/19 3019/23
3020/6 3020/18
3020/25 3022/1
3023/20 3023/22
3024/8 3025/7 3025/17
3030/10 3037/17
3040/15 3045/6 3045/7
3048/17 3049/15
3049/17 3049/19
3051/25 3052/20
3052/22 3053/5
3054/14 3055/7 3059/2
3086/23 3086/24
3086/25 3087/21
3088/11 3088/21
3089/7 3090/2 3090/10
3090/10 3100/20
3112/12
roughly [9] 3028/24
3038/16 3039/20
3044/3 3044/22
3044/24 3058/2
3061/10 3126/8
rows [1] 3062/21
RTO [1] 3075/15

**Rule [2]** 3072/2
3072/24
Rule 106 [1] 3072/24
ruling [1] 3005/20

**S**

SA [1] 2993/22
said [20] 3015/16
3023/25 3024/13
3024/16 3024/16
3025/4 3031/23
3035/21 3036/11
3036/14 3036/14
3039/16 3073/18
3090/25 3091/11
3091/20 3093/8
3100/14 3106/11
3111/9
same [50] 2991/16
2995/18 3014/21
3019/24 3022/13
3023/3 3024/7 3024/14
3024/17 3025/11
3040/19 3041/11
3045/2 3045/6 3045/17
3049/5 3052/6 3053/5
3055/12 3055/23
3056/24 3058/3 3058/3
3058/9 3058/12
3061/10 3064/21
3064/24 3075/9 3076/5
3076/6 3076/8 3078/10
3083/11 3084/4 3089/9
3099/2 3106/16
3106/17 3126/3
3127/13 3127/15
3127/18 3127/18
3128/4 3128/6 3131/2
3141/2 3141/14
3141/23
Sandra [2] 3003/2
3013/24
Sandra Parker's [2]
3003/2 3013/24
sat [1] 3119/1
Saturday [1] 3084/25
saw [10] 3001/24
3045/4 3048/8 3065/3
3097/19 3100/1 3100/4
3100/6 3100/13 3123/2
say [81] 3008/8
3009/16 3023/7
3025/21 3027/11
3027/23 3028/5
3028/15 3028/21
3029/22 3030/1
3035/25 3060/9
3061/13 3061/19
3074/21 3074/22
3075/7 3076/7 3078/15
3079/4 3079/13
3079/16 3080/1 3080/7
3080/9 3080/13
3080/21 3081/2 3081/9
3082/7 3082/19 3083/6
3083/11 3084/2 3084/4
3084/20 3084/24
3085/1 3085/20

3087/6
3087/12 3087/23
3088/1 3088/10
3088/17 3088/19
3090/9 3091/3 3091/15
3091/18 3093/16
3095/12 3097/5
3097/18 3098/14
3098/25 3099/20
3100/1 3102/17
3105/15 3107/11
3108/16 3109/14
3114/7 3116/9 3122/6
3123/2 3124/19
3124/22 3126/16
3127/13 3128/11
3130/1 3132/14
3132/24 3134/16
3135/13 3139/10
3139/24
saying [7] 3028/19
3058/12 3061/24
3098/18 3131/5
3139/20 3140/4
says [17] 3005/9
3008/6 3016/10
3027/18 3028/6
3038/16 3091/15
3096/13 3099/6
3099/10 3099/11
3109/22 3114/8
3126/10 3139/23
3139/24 3140/8
scene [1] 3057/21
scope [1] 3139/16
scott [3] 2988/14
2988/17 2990/16
Scott Weinberg [1]
2990/16
SCOTUS [1] 3030/3
scream [3] 3097/11
3097/21 3101/18
screaming [1] 3115/6
screen [6] 3005/24
3107/1 3107/9 3109/4
3109/7 3110/2
screenshot [3] 3037/1
3069/8 3070/3
screenshots [1]
3068/16
screwed [1] 3078/17
scrutinize [1] 3106/4
search [1] 3104/10
seat [3] 2990/24
2992/21 2993/7
seat 14 [3] 2990/24
2992/21 2993/7
seated [4] 2990/5
2992/17 2993/2
3066/22
second [10] 3006/3
3009/3 3018/25
3031/19 3038/3 3054/1
3054/3 3118/17 3120/9
3120/22
Secondly [1] 2991/16
seconds [78] 2994/15
2995/21 2996/10

**seconds...** [75]
2997/14 2998/9
2998/12 2998/13
2998/19 2998/20
2999/7 3001/8 3002/3
3002/7 3002/17 3003/8
3004/1 3004/13 3005/1
3005/11 3006/10
3006/15 3006/24
3007/1 3007/11
3008/15 3008/23
3009/1 3009/13
3011/13 3011/20
3012/21 3012/25
3013/13 3013/21
3014/5 3014/17
3014/25 3015/12
3017/2 3017/14
3017/24 3031/1 3031/9
3031/11 3032/9
3032/11 3032/13
3032/15 3032/17
3032/19 3037/10
3037/12 3039/8 3040/7
3041/7 3041/21
3045/23 3046/13
3046/17 3047/5
3048/11 3048/15
3048/22 3049/12
3050/2 3050/21
3051/13 3052/1
3052/16 3053/16
3054/8 3055/1 3055/19
3056/12 3057/9
3058/17 3063/20
3063/24
**section** [2] 3020/9
3020/13
**secured** [1] 3071/20
**securing** [1] 3073/8
**security** [8] 3095/13
3095/15 3133/9
3133/14 3133/16
3135/10 3136/5 3136/8
**see** [52] 2993/5
2998/16 3000/21
3013/1 3013/14 3016/9
3022/8 3024/8 3025/1
3025/13 3025/14
3028/20 3035/21
3036/25 3038/12
3039/9 3039/23 3040/8
3041/18 3041/19
3051/9 3051/19
3053/22 3053/25
3057/4 3058/8 3061/2
3064/24 3064/25
3065/23 3066/1
3066/13 3087/1
3087/21 3088/14
3090/15 3101/13
3101/16 3101/18
3101/20 3101/22
3107/8 3109/2 3114/25
3115/7 3115/10
3120/14 3123/1 3125/2
3134/11 3138/12

**seeing** [6] 2998/23
3042/12 3058/7 3067/1
3067/8 3067/8
**seeking** [1] 3140/23
**seem** [1] 3098/21
**seems** [1] 3099/1
**seen** [11] 3060/25
3080/5 3090/14
3091/21 3091/24
3093/14 3122/18
3124/1 3141/10
3141/11 3142/9
**selections** [1] 3107/24
**Senate** [23] 3009/23
3010/2 3010/7 3011/3
3012/3 3012/4 3012/11
3012/14 3013/5 3013/8
3013/19 3014/1
3014/10 3014/15
3014/19 3015/3 3015/9
3016/20 3018/4 3018/7
3019/7 3037/17 3087/2
**Senate Chamber** [4]
3012/14 3013/19
3015/9 3016/20
**Senate's** [1] 3009/17
**send** [6] 3029/9
3077/19 3080/11
3081/7 3097/21
3129/16
**sending** [1] 3130/14
**sense** [1] 3117/11
**sent** [8] 3035/4
3076/25 3080/3 3114/5
3117/5 3125/3 3129/18
3130/2
**separated** [1] 3135/15
**separately** [2] 3137/15
3137/18
**series** [7] 3000/23
3004/5 3011/1 3070/6
3110/8 3112/4 3114/19
**session** [3] 2987/7
2990/3 3079/2
**set** [3] 3039/12
3040/19 3118/21
**settings** [1] 3106/10
**seven** [6] 3009/21
3009/22 3072/18
3072/20 3076/12
3137/25
**several** [4] 2991/23
2995/8 3034/1 3122/17
**shape** [1] 2991/14
**she** [16] 2990/25
2991/5 2991/16
2992/21 2993/8 2993/9
2993/11 3027/11
3069/25 3071/7 3099/6
3099/10 3099/11
3117/24 3139/20
3141/2
**she's** [4] 3098/17
3098/24 3098/25
3118/12
**shield** [4] 3051/18
3051/22 3052/11

**Shipley** [8] 2988/2
2988/3 2990/14
2991/21 3031/16
3115/16 3117/22
3138/5
**shortly** [3] 2992/12
3066/14 3138/15
**shots** [3] 3004/5
3007/23 3008/6
**should** [4] 3005/16
3021/5 3096/2 3114/7
**shoulder** [4] 2997/11
3004/10 3013/25
3044/15
**shoulders** [1] 2996/22
**show** [22] 2996/2
3000/23 3002/10
3011/1 3037/2 3057/21
3065/15 3068/21
3069/21 3069/24
3070/1 3070/16
3070/21 3071/2 3071/7
3072/8 3074/20 3081/5
3087/22 3140/1
3140/15 3141/5
**showed** [4] 3001/22
3095/9 3111/7 3139/6
**showing** [10] 2999/20
3012/13 3023/14
3030/12 3039/6
3045/20 3062/10
3068/20 3069/9
3139/11
**shown** [2] 3039/20
3069/23
**shows** [5] 3007/17
3010/19 3030/20
3070/8 3119/20
**Shut** [1] 3027/24
**sic** [3] 3022/25
3072/16 3095/1
**sick** [1] 3140/10
**side** [57] 2994/13
2994/25 2995/3
2995/10 2995/12
2995/14 2995/17
2995/17 2995/18
2996/2 2996/3 2996/8
2996/15 2997/17
2997/24 2997/25
2998/2 2998/6 3009/17
3009/17 3011/2 3012/7
3016/19 3018/9
3018/10 3018/12
3019/2 3019/3 3019/5
3019/5 3021/14
3021/14 3021/18
3022/7 3030/2 3031/5
3031/24 3038/17
3039/10 3039/11
3039/12 3039/16
3041/4 3041/5 3042/3
3042/3 3042/16 3052/2
3057/22 3058/9
3065/24 3087/2 3087/2
3089/23 3089/24
3137/5 3137/8

**slides** [2] 3134/3
3134/19
**Sidlo** [1] 3011/25
**sight** [1] 3023/4
**sign** [4] 3023/6 3023/7
3023/14 3023/23
**Signal** [7] 3036/25
3060/8 3077/24
3111/19 3122/17
3125/7 3125/8
**signaling** [1] 3069/18
**significant** [1] 3135/8
**silly** [1] 3102/20
**similar** [6] 3038/13
3042/12 3062/20
3064/6 3112/4 3141/4
**similarly** [4] 3025/4
3045/13 3067/5
3112/22
**single** [2] 2996/18
3119/7
**sit** [1] 3117/10
**site** [1] 3131/15
**sitting** [4] 3122/21
3127/8 3134/10
3134/21
**six** [4] 3134/2 3135/10
3136/22 3136/25
**skipped** [1] 3036/8
**slacker** [1] 3071/21
**sleep** [1] 3083/19
**slide** [20] 3008/3
3008/7 3035/24
3036/12 3061/9
3068/21 3068/23
3069/2 3069/5 3071/12
3072/9 3083/16 3113/6
3113/22 3123/25
3124/12 3126/2
3127/12 3127/17
3128/5
**Slide 26** [1] 3127/12
**Slide 45** [1] 3127/17
**Slide 50** [1] 3128/5
**slides** [9] 3061/16
3061/17 3071/3
3106/24 3124/2 3124/3
3124/14 3124/15
3127/4
**small** [16] 3020/6
3020/25 3021/25
3023/20 3023/21
3024/8 3025/7 3025/17
3037/16 3086/22
3086/25 3088/11
3088/21 3089/7
3090/10 3112/12
**so** [197]
**so I think** [1] 3142/2
**so it's** [2] 3062/12
3069/1
**So this exhibit** [1]
3131/5
**so this is** [3] 3028/7
3045/6 3062/15
**So this statue** [1]
3090/6
**some** [45] 2998/23

3007/17 3007/19
3011/1 3017/19
3017/20 3026/17
3029/5 3029/10
3030/12 3031/7 3032/6
3033/5 3033/5 3034/9
3035/3 3038/12 3039/1
3041/24 3042/16
3044/25 3061/6
3062/25 3064/7
3064/16 3077/8
3077/22 3095/21
3104/23 3107/10
3110/5 3110/22 3111/7
3116/12 3117/10
3119/5 3134/11
3134/13 3135/7
3135/16 3135/17
3138/19 3140/22
3141/15 3141/15
**somebody** [2] 2991/2
3101/20
**someone** [5] 3003/14
3005/7 3007/5 3009/16
3107/4
**something** [8] 3094/9
3101/20 3106/7 3110/9
3134/8 3141/6 3141/6
3142/12
**sometime** [2] 3067/17
3123/19
**sometimes** [1] 3093/24
**son** [1] 3110/20
**soon** [5] 3041/3
3049/16 3076/12
3114/19 3138/12
**Sophie** [1] 3011/16
**Sophie Gousset
LaCroix** [1] 3011/16
**sore** [1] 2990/25
**SoRelle** [5] 3029/24
3098/10 3098/11
3098/21 3099/4
**sorry** [20] 2997/8
3005/15 3007/2 3009/3
3013/22 3017/21
3020/11 3020/14
3021/5 3027/15
3028/14 3030/14
3036/7 3048/1 3052/24
3061/17 3068/13
3070/20 3075/10
3114/18
**sort** [5] 2991/18
3037/25 3106/16
3111/6 3117/10
**sounding** [1] 3102/20
**Sounds** [1] 3138/9
**sources** [1] 3015/16
3126/21
**south** [2] 3018/10
3019/3
**span** [1] 3055/12
**speak** [2] 3091/5
3119/11
**speaker** [8] 3006/19
3021/8 3021/9 3023/8
3026/1 3028/2 3028/25

**speaker...** [1] 3112/23
**Speaker Pelosi** [2] 3026/1 3028/2
**Speaker Pelosi's** [2] 3028/25 3112/23
**Speaker's** [2] 3088/4 3112/25
**speakers** [1] 3090/15
**speaking** [2] 2999/12 3106/20
**speaks** [2] 3046/24 3047/14
**Special** [1] 3103/3
**Special Agent** [1] 3103/3
**specific** [8] 3062/11 3104/17 3106/18 3106/20 3122/10 3123/8 3126/25 3141/21
**specifically** [6] 3104/16 3105/2 3116/5 3116/20 3120/10 3124/5
**speculation** [2] 2999/17 3047/24
**spell** [1] 3060/11
**spent** [3] 3134/2 3135/20 3135/22
**split** [1] 3009/21
**spoke** [4] 2992/19 3114/18 3121/24 3122/7
**spontaneously** [1] 3080/2
**spray** [4] 3018/4 3029/23 3052/21 3052/21
**sprayed** [1] 3017/17
**spraying** [2] 3029/23 3055/18
**spread** [1] 3093/16
**spreadsheets** [1] 3062/21
**spree** [1] 3027/18
**staggered** [1] 3038/22
**staircase** [2] 2995/17 3024/17
**stairs** [15] 2995/12 2997/20 3022/16 3024/19 3039/12 3040/10 3041/4 3041/19 3042/11 3054/10 3057/13 3057/16 3090/16 3094/1 3101/6
**stairway** [2] 3090/4 3090/5
**Stamey** [2] 3127/22 3128/2
**stamp** [1] 3051/3
**stand** [3] 2994/2 3085/6 3085/6
**standby** [1] 3141/20
**standing** [2] 3112/18 3139/21
**stands** [4] 2992/15

3142/14
**start** [7] 3027/2 3042/15 3043/13 3102/16 3113/6 3129/11 3136/8
**started** [8] 2992/12 2994/21 2996/2 3029/23 3102/17 3103/2 3104/3 3136/4
**state** [5] 2993/13 3078/6 3078/8 3127/22 3142/6
**statement** [4] 3075/14 3091/4 3099/6 3107/5
**statements** [2] 3099/10 3118/15
**STATES** [5] 2987/1 2987/3 2987/10 2990/7 2994/13
**Statuary** [2] 3024/7 3025/4
**statue** [6] 3090/1 3090/2 3090/4 3090/6 3090/11 3112/19
**stay** [3] 2991/3 3039/1 3084/21
**stayed** [4] 3025/17 3054/13 3135/16 3135/17
**staying** [1] 3133/12
**Steele** [2] 3043/3 3043/4
**step** [2] 3083/7 3083/12
**step 1** [2] 3083/7 3083/12
**steps** [17] 2996/19 2998/2 3022/20 3028/20 3030/2 3031/3 3039/6 3039/17 3040/5 3044/4 3044/17 3056/21 3056/24 3060/10 3074/11 3137/10 3137/14
**Stewart** [36] 3029/17 3029/19 3030/21 3031/11 3032/9 3036/6 3036/18 3060/15 3061/3 3061/19 3063/20 3063/21 3063/23 3064/3 3065/17 3065/24 3066/2 3075/25 3077/12 3083/8 3085/4 3098/13 3116/5 3118/23 3120/11 3121/3 3123/20 3124/5 3124/24 3125/17 3134/18 3134/23 3134/25 3141/8 3141/13 3141/13
**Stewart Rhodes** [33] 3029/17 3029/19 3030/21 3031/11 3032/9 3036/6 3036/18 3060/15 3061/3 3061/19 3063/20

3064/3 3065/17 3065/24 3066/2 3075/25 3077/12 3083/8 3085/4 3116/5 3118/23 3120/11 3121/3 3123/20 3124/5 3125/17 3134/23 3134/25 3141/8 3141/13 3141/13
**Stewart Rhodes'** [3] 3098/13 3124/24 3134/18
**stick** [2] 3005/19 3141/18
**still** [18] 2992/7 2993/11 2994/10 2994/16 3004/5 3009/11 3014/1 3040/4 3067/18 3068/6 3076/11 3081/5 3082/17 3084/7 3102/4 3126/3 3138/21 3139/2
**Stone** [6] 3133/9 3133/11 3133/14 3133/16 3136/4 3136/8
**stop** [7] 2997/17 3018/4 3020/5 3020/22 3048/15 3056/22 3094/4
**stopped** [4] 2994/14 2998/2 3024/2 3094/7
**stormed** [1] 3077/17
**storming** [3] 3033/16 3033/22 3035/17
**strangers** [2] 3128/9 3128/10
**Street** [3] 2987/17 2988/11 2988/20
**stressed** [1] 3027/24
**strike** [1] 3048/3
**strolling** [1] 3094/2
**stuff** [2] 3098/18 3140/11
**SUAREZ** [2] 2988/11 2988/14
**subject** [1] 3130/6
**subpoenas** [2] 3117/5 3117/6
**substantially** [1] 3089/9
**suggest** [1] 3031/18
**suggesting** [1] 2991/20
**suite** [9] 2988/16 2988/20 3021/8 3021/22 3022/4 3022/23 3028/25 3112/25 3113/3
**suites** [2] 3088/5 3088/6
**summaries** [1] 3122/2
**summary** [4] 3030/19 3062/10 3062/24 3116/19
**supposed** [3] 3080/15 3082/12 3096/16
**Supreme** [1] 3060/17

3060/17
**sure** [28] 2991/13 3032/7 3069/17 3070/24 3087/12 3089/12 3093/20 3099/2 3099/5 3099/17 3102/15 3105/24 3106/5 3107/11 3107/19 3108/16 3110/3 3116/15 3119/3 3120/25 3121/5 3122/3 3122/11 3123/22 3130/5 3132/21 3134/5 3135/1
**surprised** [2] 3128/19 3129/18
**surveillance** [15] 3024/22 3025/9 3039/5 3039/17 3039/18 3041/11 3042/13 3045/3 3045/11 3045/15 3055/24 3056/23 3057/1 3064/21 3065/3
**sustain** [1] 2999/18
**sustained** [2] 3048/4 3117/15
**SWORN** [1] 2994/2
**symbols** [3] 3071/4 3071/23 3071/24
**symptoms** [1] 2991/21

**T**

**T-Mobile** [1] 3033/11
**table** [2] 3030/13 3063/14
**tabs** [1] 3062/21
**tactical** [1] 3096/16
**take** [20] 2992/3 2992/4 2992/10 3006/3 3006/18 3008/20 3009/11 3022/24 3059/13 3066/6 3066/8 3073/6 3081/3 3110/4 3116/18 3134/22 3138/10 3138/20 3142/10 3142/11
**takes** [1] 3000/4
**taking** [3] 2993/12 3101/13 3140/10
**talk** [13] 2991/5 3010/7 3037/5 3040/25 3085/17 3088/3 3097/9 3102/13 3105/10 3105/12 3122/8 3124/15 3139/22
**talked** [5] 3069/15 3089/20 3128/2 3128/20 3141/2
**talking** [14] 3001/16 3026/1 3047/3 3069/16 3094/22 3108/3 3109/20 3109/21 3121/23 3134/23 3134/24 3135/2 3139/19 3140/9
**talks** [1] 2999/14

**tape** [2] 3092/13
**Team** [2] 3123/9 3130/15
**tear** [3] 3007/9 3007/9 3007/9
**tear gas** [3] 3007/9 3007/9 3007/9
**tech** [1] 3125/8
**technical** [1] 3117/2
**technology** [1] 3103/25
**tell** [6] 3097/15 3119/24 3121/21 3125/7 3125/9 3140/5
**telling** [1] 3091/13
**ten** [2] 3129/13 3130/7
**ten minutes** [1] 3129/13
**terms** [2] 3024/13 3024/16
**tested** [6] 2990/25 2991/22 2991/24 2991/24 2991/24 2993/9
**testified** [14] 2994/2 3019/22 3045/14 3076/22 3096/17 3103/20 3107/15 3116/21 3117/13 3120/10 3122/14 3122/18 3126/14 3126/23
**testify** [3] 3118/3 3120/5 3138/24
**testifying** [3] 3103/17 3110/15 3129/22
**testimony** [10] 3015/15 3048/3 3067/5 3091/8 3092/17 3118/3 3118/13 3118/14 3138/16 3140/13
**tests** [2] 2991/1 2993/10
**text** [15] 3061/11 3070/14 3085/23 3090/24 3091/6 3091/7 3091/20 3094/21 3107/20 3111/12 3111/14 3113/9 3113/16 3113/24 3122/8
**texts** [1] 3097/22
**than** [7] 2991/14 3070/4 3097/21 3115/12 3126/17 3126/18 3126/25
**Thank** [29] 2990/22 2992/17 2993/21 2994/17 3004/16 3006/12 3009/2 3009/5 3024/15 3030/15 3037/12 3038/4 3047/13 3048/10 3066/10 3066/15 3066/18 3067/11 3073/2 3073/10 3085/10 3095/8 3101/25 3102/1 3102/3

**Thank... [4]** 3110/4
3114/16 3116/25
3138/17
**Thank you [23]**
2990/22 2993/21
2994/17 3004/16
3006/12 3009/2 3009/5
3030/15 3037/12
3038/4 3066/10
3066/15 3066/18
3067/11 3073/10
3085/10 3095/8 3102/1
3102/3 3110/4 3114/16
3116/25 3138/17
**Thanks [5]** 2992/13
3071/9 3079/22
3102/12 3115/15
**that [429]**
**that number [1]**
3036/10
**that question [1]**
3117/17
**that'll [2]** 3070/17
3107/12
**that's [52]** 2993/15
2996/23 2997/5 3003/5
3007/2 3009/3 3013/6
3020/24 3021/14
3021/19 3024/17
3025/7 3027/21
3027/25 3028/19
3033/24 3038/19
3045/20 3045/20
3047/12 3054/1
3058/20 3058/21
3067/6 3068/21
3070/10 3070/25
3071/4 3088/19
3091/15 3091/20
3098/1 3102/20 3113/7
3115/13 3119/10
3119/23 3129/2 3129/6
3129/19 3129/23
3131/24 3132/8
3132/22 3133/10
3134/19 3136/4
3140/18 3140/25
3141/17 3142/8 3142/8
**their [12]** 2996/21
3001/13 3014/2 3025/2
3089/21 3110/17
3110/20 3110/22
3111/2 3111/3 3122/5
3134/10
**them [22]** 2996/22
3017/11 3017/19
3024/8 3025/19
3025/21 3026/11
3035/4 3052/22
3053/14 3060/19
3077/17 3088/12
3091/9 3095/21
3116/12 3119/5
3119/15 3123/2 3125/9
3134/13 3142/9
**then [46]** 2992/11
3006/10 3031/10

3032/10 3037/2 3043/2
3043/25 3044/12
3046/5 3046/7 3052/21
3054/13 3056/21
3063/23 3070/1
3070/11 3071/5 3071/5
3071/7 3071/22
3071/23 3074/1 3074/3
3074/12 3074/21
3074/22 3075/2 3075/5
3076/20 3081/24
3103/2 3109/10
3109/14 3109/22
3117/9 3123/8 3129/10
3129/13 3135/25
3136/20 3136/22
3136/25 3137/12
3139/22
**theory [1]** 3092/12
**there [62]** 3005/23
3007/6 3014/2 3020/16
3020/18 3021/11
3022/7 3023/23
3024/22 3025/9
3025/10 3036/1
3046/23 3048/8 3058/5
3058/5 3068/2 3068/16
3069/6 3069/17 3070/4
3074/21 3075/2
3075/18 3076/22
3077/16 3078/3
3079/18 3082/18
3086/12 3087/11
3087/14 3087/16
3087/17 3088/7
3090/24 3093/19
3095/14 3100/16
3102/16 3106/13
3106/24 3106/25
3107/17 3108/2
3108/20 3110/8
3110/12 3110/25
3114/8 3115/21
3117/10 3117/14
3119/18 3120/17
3120/17 3123/8
3124/12 3129/25
3133/24 3140/16
3140/25
**there's [30]** 3069/25
3086/8 3086/12 3087/6
3093/19 3094/9
3094/15 3096/7
3096/17 3099/15
3103/3 3108/24
3109/14 3112/7 3116/1
3118/1 3120/19
3126/10 3126/21
3126/22 3127/5 3130/3
3130/6 3132/1 3136/22
3136/25 3139/5
3140/24 3141/7
3142/11
**these [58]** 2990/20
2999/11 3001/22
3007/18 3013/10
3014/21 3022/19

3026/6 3026/9 3026/16
3029/5 3029/10 3031/7
3031/18 3034/9
3034/12 3034/15
3037/18 3039/17
3039/23 3041/24
3042/5 3042/8 3042/17
3044/4 3045/19
3045/19 3050/5
3053/19 3058/2 3058/3
3059/13 3059/18
3062/11 3063/12
3068/25 3069/14
3071/3 3071/4 3071/24
3071/24 3072/21
3092/4 3092/20 3093/2
3093/6 3094/5 3099/10
3107/18 3128/9
3128/11 3128/12
3129/5 3134/22
3141/13 3141/16
**they [152]** 2991/25
2995/2 2995/7 2995/9
2995/9 2995/12
2995/15 2995/16
2996/18 2996/21
2996/22 2997/17
2997/17 2997/18
2997/19 2997/20
2997/25 2998/2 2998/6
3001/13 3002/23
3003/6 3003/15
3009/21 3014/1 3014/3
3014/23 3015/4
3015/22 3017/12
3017/17 3018/9
3019/20 3020/5 3020/5
3022/19 3022/21
3022/22 3023/21
3024/1 3024/7 3025/17
3025/23 3026/14
3026/15 3029/2 3029/3
3029/23 3031/23
3034/14 3035/4
3035/21 3037/19
3037/21 3037/22
3037/24 3037/25
3039/6 3040/6 3040/12
3040/12 3042/10
3042/10 3049/18
3049/21 3049/21
3049/23 3052/21
3052/21 3053/3
3056/21 3059/11
3059/21 3059/23
3060/25 3062/18
3062/20 3062/21
3064/10 3065/16
3077/18 3079/17
3080/3 3091/11 3092/7
3094/1 3094/1 3094/4
3094/7 3094/7 3095/12
3095/15 3095/19
3099/7 3099/10
3099/15 3100/5
3119/24 3121/12
3121/19 3122/5 3122/6

3128/21 3131/22
3132/8 3132/10
3132/12 3132/15
3132/19 3132/25
3133/10 3133/19
3133/22 3133/24
3134/4 3134/6 3134/10
3134/11 3134/14
3134/19 3135/2 3135/7
3135/9 3135/11
3135/11 3135/14
3135/15 3135/18
3135/25 3136/4 3136/5
3136/7 3136/9 3136/10
3136/11 3136/12
3136/13 3136/15
3136/17 3136/20
3137/1 3137/4 3137/4
3137/7 3137/7 3137/10
3137/12 3137/14
3137/17 3137/17
**they're [13]** 3028/19
3044/4 3069/2 3093/16
3093/23 3093/24
3094/2 3094/2 3121/23
3127/15 3128/3 3132/7
3134/21
**thing [6]** 3045/17
3096/16 3105/21
3105/25 3106/17
3106/17
**things [5]** 3082/5
3104/13 3141/9
3141/16 3141/22
**think [35]** 2991/10
2991/25 2993/12
3031/17 3031/23
3070/13 3070/25
3095/21 3102/17
3103/25 3104/24
3110/15 3117/22
3118/12 3119/17
3120/9 3120/15
3123/25 3125/22
3126/14 3129/21
3130/24 3133/25
3138/21 3140/4 3140/7
3140/19 3140/21
3140/24 3141/18
3141/19 3141/20
3142/2 3142/8 3142/12
**thinks [1]** 2991/1
**third [1]** 2991/5
**this [279]**
**this point [1]** 2991/6
**this time [1]** 3077/20
**Thomas [2]** 3097/23
3140/17
**Thomas Caldwell [2]**
3097/23 3140/17
**those [69]** 2996/5
2999/4 3000/18
3001/24 3010/20
3010/24 3022/16
3022/20 3023/4 3024/8
3024/18 3024/24
3025/11 3027/2 3033/5

3040/22 3044/17
3044/25 3055/6
3055/11 3055/12
3055/23 3056/19
3057/13 3057/16
3059/2 3061/6 3062/25
3069/23 3070/4 3074/3
3074/7 3076/11
3088/10 3088/15
3088/16 3094/21
3099/23 3100/15
3100/23 3101/1 3101/5
3101/10 3105/6 3105/7
3105/9 3105/10
3105/16 3105/18
3107/24 3108/12
3108/14 3108/18
3111/12 3111/14
3111/17 3113/17
3119/4 3121/6 3123/1
3126/10 3136/7
3138/20 3140/17
3141/15 3141/16
3141/25
**though [2]** 3094/6
3116/22
**thought [2]** 3069/16
3088/17
**thousands [3]** 3080/2
3081/4 3085/25
**three [12]** 3061/9
3081/4 3082/19
3116/20 3117/14
3117/25 3118/1
3119/19 3132/22
3133/24 3137/12
3137/20
**three-quarters [1]**
3132/22
**three-way [5]** 3116/20
3117/14 3117/25
3118/1 3119/19
**throat [1]** 2990/25
**through [22]** 2995/25
2996/15 3018/12
3031/6 3035/2 3056/24
3058/16 3065/20
3068/1 3075/3 3087/10
3092/20 3100/5 3100/7
3100/8 3100/14
3117/10 3125/22
3127/4 3138/21
3139/21 3140/1
**throughout [1]** 3059/1
**Thy [1]** 3137/15
**ticked [1]** 3080/2
**ticked-off [1]** 3080/2
**tight [1]** 3140/3
**till [3]** 3062/13 3084/21
3136/5
**time [67]** 3001/1
3003/24 3008/19
3009/19 3011/5
3016/13 3018/3 3018/6
3019/24 3021/9
3023/19 3024/7
3026/20 3029/8 3033/2

3166

**time... [52]** 3033/6
3037/6 3038/1 3039/20
3040/3 3040/22
3044/24 3049/5
3049/18 3051/3 3053/9
3054/15 3054/21
3055/12 3058/3
3058/24 3059/1
3059/24 3061/10
3061/10 3063/6
3064/22 3066/5
3067/19 3072/8
3073/20 3075/18
3075/22 3077/13
3077/20 3082/6
3083/11 3084/5 3085/9
3086/8 3093/24
3103/17 3108/14
3108/17 3112/7
3112/11 3112/14
3112/19 3113/19
3129/9 3131/6 3135/8
3136/5 3136/7 3136/7
3136/10 3136/12
**times [11]** 2993/9
3001/21 3002/11
3032/25 3038/19
3103/20 3105/8
3105/19 3115/21
3118/24 3130/13
**timestamp [6]** 3009/4
3016/9 3024/24
3025/11 3038/16
3046/16
**titled [1]** 3143/4
**TK [2]** 3083/18 3083/20
**today [12]** 2991/3
3071/17 3105/13
3117/25 3122/21
3124/2 3124/19
3126/15 3127/2 3127/9
3129/22 3138/24
**Todd [1]** 3083/23
**Todd Kandaris [1]**
3083/23
**together [20]** 3025/23
3056/17 3061/1
3068/25 3069/9 3132/5
3135/11 3135/18
3136/8 3136/10
3136/13 3136/15
3136/20 3136/22
3136/25 3137/4 3137/7
3137/10 3137/17
3137/17
**told [3]** 3081/4 3104/17
3121/15
**tomorrow [1]** 3138/25
**tonight [2]** 3079/2
3079/14
**too [1]** 3114/19
**took [1]** 3103/7
**top [11]** 3023/6 3035/3
3037/22 3040/5 3040/9
3040/12 3045/15
3093/23 3094/3 3096/9
3137/14

**topic [1]** 3107/2
**topics [1]** 3090/23
**totally [1]** 3075/10
**toured [1]** 3018/18
**toward [5]** 3013/14
3015/2 3016/23 3030/5
3090/15
**towards [12]** 2996/3
2996/19 3009/22
3009/23 3013/5
3013/19 3022/23
3048/9 3088/11
3088/15 3090/15
3132/9
**trace [1]** 3019/17
**track [2]** 3092/12
3125/25
**tracked [2]** 3092/14
3099/19
**training [1]** 3103/3
**traitor [1]** 3078/14
**transcript [2]** 2987/9
3143/3
**transcripts [1]** 3067/1
**translated [1]** 3068/16
**transport [1]** 3075/16
**travel [2]** 2996/14
2997/25
**traveled [2]** 3002/22
3060/19
**traverse [1]** 2996/3
**Treason [1]** 3002/8
**trespassing [1]**
3098/24
**trial [2]** 2987/9 3106/22
**triangle [3]** 3012/8
3012/13 3013/1
**Troy [2]** 2987/16
2990/12
**Troy Edwards [1]**
2990/12
**true [3]** 3119/7 3122/1
3129/19
**Trump [4]** 3027/12
3076/9 3076/18
3078/14
**truth [4]** 3118/6 3118/7
3119/24 3119/25
**try [2]** 3006/4 3042/3
**trying [8]** 3035/21
3036/15 3047/21
3047/23 3055/17
3119/25 3140/2 3140/8
**turn [4]** 3008/3
3044/19 3071/11
3076/13
**turning [4]** 3038/2
3044/22 3044/24
3076/16
**TV [2]** 3073/19 3134/11
**two [32]** 2991/12
2991/23 2992/4 2992/7
2997/8 3009/21
3009/22 3037/25
3042/8 3044/7 3061/16
3068/25 3069/16
3071/3 3076/7 3076/10
3078/15 3080/15

3086/16 3086/19
3111/17 3113/17
3113/25 3120/10
3121/6 3126/10
3134/21 3134/22
3136/7 3140/15
**two minutes [1]**
3086/19
**two photographs [1]**
3042/8
**typically [1]** 3034/2
**typo [2]** 3081/13
3081/19

**U**

**U.S [1]** 2987/16
**U.S. [1]** 3029/24
**U.S. Capitol [1]**
3029/24
**Uh [3]** 3108/6 3110/21
3125/16
**Uh-huh [3]** 3108/6
3110/21 3125/16
**Ulrich [2]** 3134/1
3137/25
**ultimately [4]** 3057/4
3057/12 3067/3 3067/7
**uncover [1]** 3053/6
**under [6]** 2994/10
3022/8 3030/5 3080/4
3109/22 3117/14
**underlying [5]** 3000/14
3010/16 3059/19
3062/25 3063/4
**understand [5]**
2991/17 2991/18
3005/25 3099/3
3115/13
**understood [1]** 3107/3
**Unfortunately [1]**
2993/7
**unique [2]** 3141/7
3141/16
**unit [1]** 3069/2
**UNITED [5]** 2987/1
2987/3 2987/10 2990/7
2994/13
**United States [1]**
2994/13
**unplug [1]** 3006/7
**unplug/replug [1]**
3006/7
**until [4]** 3103/7
3128/21 3132/7 3136/8
**untrue [1]** 3091/4
**up [62]** 2993/19 2994/8
2994/16 2995/12
2997/16 3000/8 3002/2
3002/11 3010/10
3012/24 3016/9 3017/6
3018/15 3021/3
3021/13 3022/25
3026/4 3027/24 3034/6
3036/3 3037/2 3040/4
3043/6 3044/8 3045/19
3048/20 3050/14
3053/22 3056/9 3059/5

3064/12 3067/3
3067/12 3068/12
3072/2 3074/21
3085/11 3085/18
3088/24 3090/25
3091/1 3091/14
3091/18 3092/16
3096/2 3100/23 3101/6
3108/21 3109/7 3113/5
3116/24 3122/4 3124/9
3125/14 3130/8
3132/17 3136/9
3137/10 3138/20
3139/9
**updates [1]** 3029/9
**upon [1]** 3117/1
**upper [3]** 3016/10
3056/1 3056/4
**us [10]** 2990/24 2993/7
3000/4 3061/12
3073/18 3073/25
3075/16 3078/16
3082/18 3139/6
**usdoj.gov [2]** 2987/19
2987/20
**use [11]** 3016/15
3019/16 3020/7
3020/20 3035/10
3068/7 3077/6 3078/16
3129/12 3139/6 3140/9
**used [2]** 2995/19
3117/2
**useless [1]** 3075/12
**usually [3]** 3016/1
3082/3 3107/7
**uttered [1]** 3107/4

**V**

**VA [1]** 3082/17
**vague [1]** 2996/16
**vain [1]** 3075/12
**Vallejo [38]** 2988/19
2990/10 2990/18
3008/4 3065/19 3066/5
3067/18 3071/18
3073/7 3073/14
3073/17 3074/10
3074/22 3075/13
3076/13 3076/17
3076/25 3079/16
3079/20 3080/7
3080/25 3081/21
3082/7 3082/19
3083/17 3083/25
3084/12 3084/21
3128/16 3128/20
3129/6 3139/20
3140/16 3141/2
3141/11 3141/19
3141/21 3141/25
**Vallejo's [2]** 3007/25
3083/14
**vantage [2]** 2996/7
3021/25
**various [2]** 3029/15
3122/17
**version [1]** 3089/21

**versus [1]** 2990/8
**very [12]** 3006/12
3006/18 3017/5
3024/15 3062/19
3066/10 3093/24
3097/4 3106/15
3118/16 3138/12
3140/3
**vest [1]** 3016/1
**vetted [1]** 3078/11
**video [114]** 2995/22
2995/25 2996/7
2996/11 2998/5
2998/10 2998/14
2998/21 2999/8
2999/15 2999/21
3000/1 3000/23 3001/9
3001/21 3002/4
3002/10 3002/18
3003/9 3003/11 3004/2
3004/14 3004/17
3005/2 3005/4 3005/7
3005/12 3006/16
3006/20 3006/25
3007/3 3007/12
3008/16 3008/19
3008/24 3009/7
3009/14 3010/20
3011/1 3011/15
3011/21 3011/24
3012/2 3012/14
3013/15 3013/17
3014/6 3014/12 3015/1
3015/5 3015/8 3015/13
3015/16 3016/6
3016/16 3016/21
3023/13 3031/2 3040/9
3041/22 3045/11
3045/24 3046/14
3046/20 3046/24
3047/8 3047/14
3048/12 3048/23
3049/5 3049/13
3049/24 3050/3 3050/9
3050/16 3050/22
3050/25 3051/2 3051/6
3051/14 3052/8
3052/17 3053/6
3053/17 3055/2
3055/20 3056/2
3056/13 3057/6
3057/10 3057/15
3057/24 3058/18
3065/15 3065/21
3067/6 3067/9 3090/10
3090/19 3092/4
3093/14 3095/9 3098/9
3098/10 3104/24
3104/25 3105/25
3106/4 3107/20
3109/19 3112/8 3129/8
**video's [1]** 3045/14
**videos [30]** 2996/1
2996/5 2998/24 2999/1
2999/4 3000/13
3000/18 3000/18
3001/24 3010/15

**V**

videos... [20] 3010/21
3010/24 3049/3
3054/20 3055/11
3060/22 3085/21
3085/25 3090/14
3092/10 3099/23
3105/2 3105/6 3105/7
3105/9 3105/12
3105/16 3105/18
3106/13 3138/7
videotape [1] 3087/17
videotapes [2] 3087/14
3087/16
videotaping [2]
3098/17 3098/24
Vienna [1] 3082/17
view [2] 2991/17
3012/13
viewed [1] 3045/3
Virginia [2] 3084/13
3135/20
visual [1] 3087/22
volume [1] 3106/9
volumes [1] 3117/7
voluminous [1]
3062/18
Volunteered [1] 3119/1
vs [1] 2987/5

**W**

wait [1] 3133/23
Waitin' [1] 3071/23
Walden [10] 3046/8
3046/9 3056/5 3056/6
3056/11 3056/16
3056/20 3134/1
3137/23 3137/24
Walden's [1] 2997/11
walk [5] 3031/6 3035/2
3075/15 3076/5
3093/11
walked [2] 2996/18
3113/2
walking [4] 3030/5
3087/11 3097/6
3136/25
want [18] 2994/9
3069/24 3070/1
3070/24 3087/1
3090/23 3105/10
3110/5 3116/16
3116/18 3118/14
3122/8 3122/11
3129/10 3130/9
3138/20 3140/1 3141/5
wanted [2] 2991/4
3116/23
warm [1] 3134/6
warrants [1] 3104/10
was [148] 2993/7
2993/8 2994/25
2995/18 2998/17
3001/17 3003/15
3003/17 3004/5
3005/13 3005/19
3007/14 3007/25
3014/14 3015/16

3015/17 3020/19
3021/9 3022/8 3023/18
3023/24 3025/19
3025/21 3028/19
3031/1 3031/18
3031/19 3032/23
3033/2 3036/23
3039/14 3040/1
3042/13 3047/10
3047/22 3049/5 3053/9
3053/10 3055/16
3056/6 3058/20
3058/24 3059/1
3062/13 3065/19
3067/17 3067/18
3067/22 3068/23
3069/16 3069/19
3071/4 3073/20
3075/14 3075/15
3077/5 3077/5 3077/16
3077/16 3078/24
3080/15 3082/12
3083/24 3084/21
3085/5 3086/15
3086/18 3086/22
3086/23 3086/24
3086/25 3088/4
3088/18 3089/10
3090/24 3093/1 3093/3
3093/6 3093/8 3094/7
3094/8 3094/20
3095/14 3096/16
3098/2 3099/4 3101/5
3101/13 3103/25
3104/13 3104/14
3106/11 3106/13
3106/14 3106/15
3106/21 3107/5 3107/9
3107/10 3110/9
3110/18 3110/22
3112/1 3112/8 3112/11
3112/18 3114/10
3116/1 3116/3 3116/11
3116/13 3116/13
3117/14 3119/7
3119/19 3121/2 3121/7
3121/10 3121/19
3122/19 3122/20
3122/20 3122/24
3123/5 3123/8 3123/13
3123/15 3123/17
3123/22 3131/15
3133/6 3133/8 3133/12
3133/16 3134/12
3134/14 3134/15
3134/17 3134/24
3137/16 3137/16
3139/25 3141/7
3141/11 3141/13
3142/6
Washington [5] 2987/5
2987/17 2988/21
3075/19 3084/14
wasn't [10] 3023/23
3047/1 3069/13 3095/1
3119/12 3123/2
3123/11 3140/3

watch [3] 3046/22
3097/6
watched [2] 3016/21
3099/23
watching [3] 2994/20
3005/4 3134/11
Watkins [15] 3010/1
3013/14 3013/18
3015/1 3015/8 3017/9
3018/6 3019/16
3019/18 3037/17
3038/14 3042/24
3042/25 3043/14
3044/12
Watkins' [1] 3044/14
way [30] 2991/16
3005/21 3005/25
3021/4 3021/6 3033/23
3033/24 3034/2
3044/17 3053/4
3053/12 3069/19
3070/11 3087/7
3087/10 3087/20
3098/23 3108/21
3116/20 3117/14
3117/25 3118/1
3119/19 3125/7 3128/4
3133/3 3135/4 3139/24
3140/19 3142/3
ways [1] 3138/21
we [251]
We F'ed [1] 3091/14
We laid [1] 3076/10
we will [4] 3041/19
3066/9 3075/15 3076/5
we'll [21] 2992/8
2992/12 2992/20
2993/18 2993/19
3004/4 3006/11
3006/14 3007/10
3040/25 3045/25
3066/13 3072/23
3079/21 3080/8
3080/10 3105/12
3122/10 3129/13
3138/11 3138/14
we're [15] 2991/13
2992/4 3006/6 3033/16
3041/16 3044/22
3044/24 3047/7 3084/3
3109/20 3109/21
3126/3 3126/6 3127/3
3138/10
we've [12] 2991/14
2992/5 3034/1 3041/9
3056/24 3064/16
3071/16 3093/14
3122/18 3125/22
3129/25 3142/2
wear [1] 3015/25
wearing [2] 3015/20
3038/13
week [1] 3123/17
weekend [1] 3081/5
weeks [2] 2992/8
3080/15
WEINBERG [5]

2988/15 2990/16
3112/5
welcome [1] 3082/18
well [41] 2991/10
2991/20 2992/1 2993/8
2995/15 2999/12
3015/19 3022/18
3058/14 3060/13
3061/1 3065/19 3066/2
3069/3 3069/23 3070/2
3070/16 3072/19
3079/17 3079/21
3086/2 3090/14 3091/7
3093/5 3093/19
3098/24 3100/6
3100/17 3109/20
3110/18 3112/9 3118/5
3119/14 3126/21
3127/8 3132/10
3132/12 3135/19
3136/15 3137/17
3142/2
went [26] 2997/25
3002/23 3003/15
3019/20 3039/2
3040/20 3041/4
3054/18 3056/7 3077/9
3078/3 3100/7 3107/24
3110/12 3112/22
3133/16 3133/19
3133/22 3134/6 3134/8
3136/11 3136/12
3136/20 3137/7
3137/20 3139/20
were [84] 2991/14
2997/20 2998/16
3000/6 3001/13 3002/7
3007/5 3015/19
3015/22 3016/22
3018/7 3018/7 3018/9
3020/5 3020/24
3023/20 3024/7
3024/17 3025/23
3028/24 3031/23
3033/22 3033/24
3035/5 3035/6 3035/7
3035/8 3035/9 3035/17
3042/12 3055/17
3065/16 3069/9 3072/5
3076/21 3076/22
3077/18 3092/7 3094/5
3095/13 3100/21
3101/1 3104/3 3104/4
3105/3 3105/6 3105/12
3106/20 3106/24
3106/25 3107/3
3107/17 3107/23
3108/2 3108/20 3109/6
3109/25 3110/1 3110/6
3110/8 3110/12
3110/16 3110/25
3111/8 3111/12
3115/22 3119/11
3121/6 3124/11
3130/16 3131/22
3132/10 3133/10
3134/4 3134/10

3134/19 3135/2 3135/4
3135/9 3135/10
3136/10 3136/12
3136/13 3136/15
weren't [2] 3102/23
3135/18
west [11] 2994/13
2994/21 2994/25
2995/10 2995/12
2995/14 2996/2 2996/8
2996/15 3021/3 3137/5
West Lawn [1]
2994/21
Western [1] 3127/22
Western State Leader
[1] 3127/22
what [214]
what's [10] 3006/19
3019/2 3019/5 3022/16
3038/18 3051/22
3069/4 3084/4 3106/4
3109/4
whatever [3] 3132/4
3132/6 3136/5
when [51] 2994/24
2996/2 2997/17 2998/2
2998/6 2999/14
3001/12 3001/16
3023/20 3025/21
3028/24 3038/25
3040/12 3044/3 3044/9
3045/3 3049/21 3054/9
3069/16 3071/16
3073/8 3079/2 3085/5
3086/23 3086/25
3091/5 3094/1 3094/2
3094/7 3094/7 3098/17
3100/14 3101/13
3103/7 3104/3 3106/3
3109/6 3109/25 3111/7
3118/1 3129/23 3132/7
3132/8 3134/11
3134/22 3136/7
3137/13 3137/14
3139/10 3139/19
3141/19
whenever [1] 3138/20
where [62] 2992/5
2993/15 2995/2
2996/23 3000/5 3003/3
3004/9 3009/7 3009/22
3010/1 3010/3 3011/15
3012/2 3013/4 3013/24
3014/12 3016/15
3016/16 3016/17
3017/9 3018/7 3019/16
3019/18 3019/23
3020/3 3020/5 3020/21
3022/18 3026/9 3031/4
3040/8 3040/12
3041/25 3044/14
3047/2 3048/14
3049/15 3060/25
3061/3 3066/5 3078/4
3084/12 3086/8 3087/6
3087/19 3087/20
3105/21 3106/13
3106/25 3106/25

**where... [12]** 3108/2
3124/5 3130/18
3130/18 3130/18
3131/20 3131/20
3132/10 3134/17
3134/19 3136/4
3136/25
**whether [7]** 2992/3
3050/16 3069/25
3077/9 3118/9 3119/18
3141/21
**which [11]** 3013/17
3021/15 3022/22
3040/14 3053/4
3061/19 3112/7
3122/18 3124/15
3130/9 3139/22
**while [6]** 2994/8
3004/11 3031/18
3041/24 3055/10
3084/11
**whispering [1]** 3038/7
**White [1]** 3130/22
**White House [1]**
3130/22
**who [53]** 2991/2
2993/7 2997/5 2998/16
2999/11 2999/14
2999/20 3003/14
3003/18 3005/7 3013/9
3013/10 3014/14
3017/20 3021/9 3027/7
3027/9 3030/23
3030/23 3032/20
3032/25 3033/2 3038/9
3042/18 3042/20
3046/3 3047/3 3050/14
3052/23 3058/20
3060/6 3073/20 3078/3
3078/3 3078/8 3078/22
3079/8 3080/9 3081/11
3083/20 3092/7
3110/16 3121/2 3121/7
3121/9 3123/22 3125/9
3127/6 3127/9 3127/14
3128/25 3134/24
3141/25
**who's [12]** 2999/12
3004/21 3008/10
3028/9 3050/12
3051/24 3056/4
3080/23 3083/22
3085/11 3121/16
3121/22
**whoever [5]** 3113/13
3113/13 3114/2
3121/19 3128/6
**whole [2]** 3070/14
3136/10
**why [9]** 3033/23
3066/6 3069/23
3070/16 3074/20
3117/22 3129/12
3133/22 3139/16
**wife [4]** 3025/21
3027/8 3098/3 3110/13
**will [27]** 3001/4

3034/21 3037/2
3041/19 3060/2 3066/9
3067/3 3067/7 3070/14
3070/15 3072/16
3072/21 3072/24
3073/6 3075/15 3076/5
3080/3 3080/9 3081/5
3081/23 3089/16
3117/16 3138/11
3138/24 3138/24
**Willard [16]** 3130/20
3130/21 3131/6
3131/14 3132/7
3132/13 3132/16
3132/20 3132/25
3132/25 3133/12
3133/17 3135/8 3136/2
3136/12 3136/20
**William [8]** 2988/2
2988/3 2990/14
3012/23 3042/19
3042/21 3143/2 3143/8
**William Isaacs [2]**
3042/19 3042/21
**William Shipley [1]**
2990/14
**wins [1]** 3027/12
**without [1]** 3089/10
**witness [12]** 2989/2
2994/1 3000/8 3010/10
3018/15 3026/4 3034/7
3059/6 3062/5 3064/12
3127/8 3138/22
**witness's [1]** 3140/13
**WITNESSES [1]**
2989/4
**woman [3]** 3058/4
3058/8 3095/19
**won't [1]** 3075/14
**word [1]** 3109/22
**words [7]** 3005/23
3035/11 3069/4 3074/4
3107/1 3107/3 3127/8
**wore [1]** 3016/4
**work [2]** 3006/17
3081/6
**worked [3]** 3095/15
3103/16 3104/1
**working [3]** 3095/13
3102/23 3103/22
**works [1]** 3006/21
**worn [5]** 3015/17
3015/20 3015/24
3016/4 3016/6
**worried [2]** 3070/10
3099/1
**worry [1]** 3072/23
**would [31]** 2991/19
3005/18 3024/19
3033/24 3068/18
3068/20 3069/24
3072/8 3082/8 3084/21
3087/10 3087/22
3088/10 3088/20
3109/7 3109/10
3109/14 3112/15
3118/15 3119/17

3124/21 3127/18
3128/19 3129/18
3129/21 3132/15
3140/9 3141/18
3141/22
**wrapping [1]** 3062/15
**write [2]** 3108/8
3125/25
**writes [1]** 3034/2
**written [5]** 3033/18
3033/21 3035/4 3107/1
3110/1
**wrong [1]** 3132/23
**wrong direction [1]**
3132/23
**wrote [1]** 3091/5

## Y

**yeah [13]** 3012/9
3063/15 3069/23
3074/25 3089/25
3094/1 3096/20
3097/24 3116/5
3120/18 3125/1
3126/19 3136/6
**year [2]** 3103/11
3103/16
**yell [5]** 3005/7 3053/25
3097/11 3097/21
3101/18
**yelled [3]** 3007/6
3051/16 3058/20
**yelling [3]** 2998/17
3051/5 3115/4
**yellow [3]** 3013/6
3014/22 3041/16
**yes [340]**
**yesterday [10]** 2994/12
2998/23 3000/6
3001/25 3005/20
3015/15 3045/13
3076/22 3105/15
3127/1
**yesterday's [1]**
3092/17
**yet [5]** 3071/20 3080/6
3081/10 3081/11
3142/9
**York [1]** 3124/6
**you [379]**
**you'd [1]** 3109/14
**you're [13]** 2994/9
3027/24 3047/3
3058/12 3069/17
3070/10 3091/13
3093/11 3105/25
3118/2 3119/25 3120/5
3142/4
**you've [25]** 2990/23
2991/21 3000/15
3010/17 3015/3 3022/4
3034/3 3034/10 3045/6
3066/25 3067/1 3067/5
3085/20 3090/14
3091/7 3091/11
3099/23 3103/14
3107/20 3122/18

3126/22 3130/13
**Young's [1]** 3004/8
**your [75]** 2990/6
2991/5 2992/23 2993/9
2993/21 3005/13
3006/18 3008/11
3011/5 3013/17
3015/15 3016/1 3016/1
3018/17 3019/16
3020/3 3020/7 3024/4
3031/13 3031/17
3034/18 3046/25
3047/4 3047/13 3048/5
3061/14 3063/6 3065/5
3067/7 3067/11 3068/2
3068/13 3069/13
3070/1 3071/2 3071/9
3073/2 3074/21
3081/14 3085/7 3085/7
3085/9 3086/18
3089/15 3091/8
3102/13 3103/17
3104/13 3104/16
3104/23 3105/3
3108/17 3109/4 3110/6
3114/18 3114/22
3115/13 3116/19
3116/20 3117/1 3117/2
3119/2 3121/9 3121/15
3122/2 3129/8 3131/2
3133/5 3133/8 3133/11
3138/15 3139/5
3139/12 3139/16
3140/25
**Your Honor [27]**
2990/6 2992/23
2993/21 3005/13
3006/18 3031/3
3031/17 3034/18
3046/25 3047/4 3063/6
3065/5 3067/11 3068/2
3068/13 3069/13
3071/2 3071/9 3073/2
3081/14 3085/9
3089/15 3114/18
3129/8 3139/5 3139/12
3139/16
**your questions [1]**
3119/2

## Z

**Zaremba [2]** 3143/2
3143/8
**Zell [3]** 3095/1 3095/1
3095/3
**Zello [1]** 3122/13
**zone [3]** 3086/11
3088/17 3088/19
**zoom [6]** 3020/8
3020/12 3023/6
3024/14 3030/13
3063/13
**zoomed [1]** 3024/14