IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )      CR No. 22-15
                                    )      Washington, D.C.
          vs.                       )      January 9, 2023
                                    )      9:30 a.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )      Day 16
          Defendants.               )      Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:           Kathryn Rakoczy
                              Jeffrey S. Nestler
                              Alexandra Hughes
                              Louis Manzo
                              Troy Edwards
                              U.S. ATTORNEY'S OFFICE
                              601 D Street, NW
                              Washington, D.C. 20579
                              (202) 252-7277
                              Email:
                              Kathryn.Rakoczy@usdoj.gov
                              Email:
                              jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| RYAN SALKE | 3496 | | | |
| JOSEPH HERRINGTON | 3528 | 3555 | 3585 | |
| JOSEPH HERRINGTON | | 3558 | | |
| JENNIFER BANKS | 3588 | 3607 | | |

- - -

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | ADMITTED |
|---|---|
| 1096.5 | 3504 |
| 7083 | 3514 |
| 9009 | 3524 |
| 9010 | 3525 |
| 9007 | 3526 |
| 9501 | 3589 |
| 2409.1 | 3599 |
| 2414.1 AND −.3 | 3602 |
| 2413 | 3605 |

```
1              P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  The Court is now in

3    session; the Honorable Amit P. Mehta now presiding.

4              Good morning, Your Honor.

5              THE COURT:  Please be seated, everyone.

6              COURTROOM DEPUTY:  This is Criminal Case

7    No. 22-15, United States of America versus Defendant No. 6,

8    Roberto A. Minuta; Defendant 7, Joseph Hackett; Defendant 8,

9    David Moerschel; and Defendant 11, Edward Vallejo.

10             Kathryn Rakoczy, Jeffrey Nestler, Alexandra

11   Hughes, Troy Edwards, and Louis Manzo for the government.

12             William Shipley for Defendant Minuta.

13             Angela Halim for Defendant Hackett.

14             Scott Weinberg and Connor Martin for

15   Defendant Moerschel.

16             And Matthew Peed for Defendant Vallejo.

17             All four named defendants are present in the

18   courtroom for these proceedings.

19             THE COURT:  Okay.  Good morning again, everybody.

20   I hope everybody had a nice weekend.  Good to have you back.

21             All right.  So I wanted to address the

22   two evidentiary issues that Ms. Halim raised on Friday, and

23   then the parties submitted some additional information for

24   me over the weekend.  Anything anybody else would like to

25   add before I rule?
```

1          MR. NESTLER:  Just one additional fact, if

2    Your Honor would like.  Mr. Morelock, who was in the car

3    with Caleb Berry and the Meggses and Joseph Hackett, did

4    testify in the grand jury about bringing both an AR-15 and a

5    handgun.  And so he's another passenger in the car.

6          So that's an additional fact the government would

7    proffer to the Court to support the idea that conspirators

8    from Florida traveled with AR-15s and handguns, including

9    people specifically in the car that Mr. Berry was driving in

10   and that Mr. Hackett was in as well.

11         THE COURT:  Okay.  But he's not testifying at

12   trial, I take it?

13         MR. NESTLER:  He is not, though the government's

14   position is that Your Honor can and should rely on evidence

15   outside of the record because that's what the rules allow

16   for in order for the government to meet its burden on

17   evidentiary issues.

18         THE COURT:  All right.

19         Well, why don't I just go ahead and turn to that

20   issue first.

21         You know, the question concerns what -- two

22   things:  One, what the purpose is of, it seems to me,

23   seeking to admit the fact that Mr. Hackett had, at his home,

24   an AR-15, and two, sort of what the evidentiary basis is for

25   the government's purpose of admitting it.

1          And so far as I can tell, the purpose of admitting

2     it is to establish that Mr. Hackett, in fact, had an AR-15

3     with him, or some other long gun with him, on January 6th

4     when he traveled to D.C. with others.

5          And the evidentiary basis in terms of whether he,

6     in fact, had such a long gun, is largely through

7     two sources, one, through Caleb Berry, and then two, through

8     the videos, both of which I've gone back and looked at

9     Mr. Berry's testimony.  I've also gone back and looked at

10    the videos that the government supplied of the Days Inn.

11         And Mr. Berry's testimony is essentially as

12    follows:  He says he met Mr. Hackett at the gas station,

13    I think for the first time, on the way up to D.C.

14         He then went to Ranger Doug's property where

15    he said there were "A lot of Oath Keepers.  They loaded

16    ten firearms cases into Mr. Meggs' truck.  Mr. Hackett also

17    drove up in Mr. Meggs' truck."  Mr. Berry said he helped

18    pull gun cases on dollies at the QRF hotel.  He said that

19    Mr. Hackett was there as well.

20         Then on January 7th, Mr. Meggs, Whippet,

21    Mr. Hackett, and then the older gentleman, who was the QRF

22    at the hotel, can be seen on video carting out a long gun

23    case.

24         He was asked specifically on cross-examination

25    whether he knew to whom the cases belonged, and he said he

3480

1    did not, and he said he heard generally just people talking

2    about firearms on redirect.

3           And then he was asked the following on redirect:

4    "Do you have an impression about whether Joe had a -- or one

5    of these firearms cases belonged to Joe?"

6           His answer was, "A personal handgun, I believe."

7           "And why did you have that impression?"

8           "I recall being told that it was his or he was

9    moving it somewhere."

10          So Mr. Berry was given the opportunity to say that

11    one of the firearms cases, the long gun cases, because

12    that's what we were talking about, in fact, belonged to

13    Mr. Hackett, and he said -- he did not say that one of the

14    long gun cases belonged to Mr. Hackett, and, in fact, his

15    impression was that it was a personal handgun case that

16    belonged to Mr. Hackett.

17          And, you know, to the extent the government is

18    suggesting that the number of the cases that he said he saw

19    on the way up, which he put at 10, is suggestive of

20    Mr. Hackett having possession of one of them.

21          First, it's not clear to me how accurate

22    Mr. Berry's recollection is of ten.

23          I actually looked through the videotapes that the

24    government presented in Exhibit 1518 of all of the gun cases

25    that were removed from -- at least in the exhibit, from the

3481

1    Florida Oath Keepers on January 7th, and what that exhibit

2    shows is that Mr. Moerschel and Mr. Lemar exit around 7:20

3    and appear to have one long gun case on a luggage rack.

4            Then at 7:25, Mr. Berry and Mr. Meggs,

5    Mr. Morelock and Mr. Hackett bring out what appears to be a

6    single long gun case, pushing a cart, Mr. Hackett's pushing

7    the cart.

8            Then at 9:07, Mr. Brown, Mr. Burgess and

9    Mr. Bittner appear with what appears to be a single long gun

10   case.

11           And then about 30 minutes later at 9:35,

12   Mr. Dolan, Mr. Cummings and Mr. Harrelson appear also with a

13   luggage cart, and they appear to have two long gun cases.

14           So by my math, that's about five long gun cases

15   taken out by the Florida contingent on the morning of

16   January the 7th, which is sort of about half of what

17   Mr. Berry suggested he saw.

18           So the bottom line is that based upon Mr. Berry's

19   testimony and what the video shows, I don't think there's a

20   sufficient basis to -- for the jury to draw the inference

21   that the long gun -- well, one, that Mr. Hackett actually

22   brought a long gun with him on January 6th, and that, two,

23   it would require the jury essentially to speculate that the

24   long gun he had at his home and was found at his home was,

25   in fact, brought on January 6th.

1          I just don't think, particularly given that

2     Mr. Berry was specifically asked whether any of the firearm

3     cases belong to Joe and the answer was, "A personal

4     handgun," and as Ms. Halim pointed out over the weekend,

5     that one of the cases that actually was found at

6     Mr. Hackett's home was a handgun case, which is consistent

7     with the testimony and ultimately the evidence that's

8     recovered.

9          Now, the government can bring -- elicit the fact

10    that Mr. Hackett had a handgun case at his home, because

11    I think that's consistent with the testimony.  But to both

12    elicit his possession of an AR-15 in his home, which is

13    otherwise, as far as I'm -- as far as we all know or I know,

14    has been legally possessed, he's not alleged to have

15    unlawfully possessed that weapon in terms of licensing and

16    the like.

17         And so to introduce the fact of the possession of

18    that weapon when it has a tenuous connection to the events

19    of January 6th, and given the nature of the weapon and

20    certainly its appearance in court, I think would be more

21    prejudicial or would be unduly prejudicial and outweigh its

22    limited, if any, probative value.

23         So I will exclude the evidence concerning

24    Mr. Hackett's possession of an AR-15 in his home based upon

25    the lack of foundation to suggest that Mr. Hackett possessed

1    a long gun and brought it with him to Washington, D.C. on

2    January the 6th.

3            With respect to Examiner Cain's testimony, you

4    know, I spent some time over the weekend looking at the case

5    law concerning experts.  And, you know, the lead case

6    continues, it seems to me, to be *United States vs. Williams*

7    from the D.C. Circuit, 827 F.3d 1134.

8            I think we talked about Williams earlier in this

9    trial when we were discussing whether agents could come in

10   and testify about stacks based upon their sort of law

11   enforcement and military training, and here's what the

12   Circuit says.  They sort of quote Rule 701.  This is at

13   page 1155.

14           The Court says, "Federal Rule of Evidence 701 was

15   designed to ensure that any opinions offered by a lay

16   witness are based on personal firsthand knowledge or

17   observation and a process of reasoning familiar in everyday

18   life.  The prototypical examples of lay opinion testimony

19   envisioned by the advisory committee when proposing to add

20   (c) were opinions regarding items that cannot be described

21   factually in words apart from inferences such as size,

22   degrees of darkness, speed, distance or whether a person

23   appeared sad or angry."

24           "The addition of (c)," this is in 107, "was

25   intended to preclude litigants from proffering an expert in

1  lay witness' clothing and thereby avoid the disclosure and

2  other requirements for expert testimony under Federal Rule

3  of Evidence 702."  The Court then goes on to quote 702 and

4  emphasizes the sort of specialized knowledge basis of

5  testimony under 702.

6        It then talks about an earlier case called

7  *United States vs. Wilson* in which the Court said that, "An

8  individual without personalized knowledge of a specific drug

9  conspiracy may not testify about drug topics that are beyond

10  the understanding of an average juror.

11        "Under Rule 701, such a witness may be permitted

12  to testify only as an expert under 702.  Lay opinion is

13  proper when it is based upon personal knowledge of events

14  that occur in the case being tried because an individual

15  testifying about the operations of a drug conspiracy,

16  because of knowledge of that drug conspiracy, has

17  particularized knowledge and should be admitted as a lay

18  witness.

19        "On the other hand, an individual testifying about

20  the operations of a drug conspiracy based on previous

21  experiences with others drug conspiracies has specialized

22  knowledge, and provided his testimony meets the rule's

23  enumerated requirements, he should be admitted as an expert.

24        "The Court has drawn that line because knowledge

25  derived from previous professional experience falls squarely

1    within the scope of Rule 702 and thus, by definition,

2    outside of 701."

3            So I think by those standards, what we have here

4    is proposed testimony that squarely falls in the realm of

5    the 702.  Examiner Cain's testimony based upon the proffer

6    will be based upon her training and understanding and,

7    frankly, ultimately her expertise and understanding the

8    technical aspects of being able to interpret what downloaded

9    cell phone data means, not only cell phone data but the data

10   from the iCloud.

11           And so I think it's a stretch to say that she is a

12   percipient witness based upon her testimony -- a percipient

13   witness because her testimony really is based upon her prior

14   knowledge and expertise and that prior knowledge and

15   expertise being brought to bear on interpreting the records

16   that were downloaded from the cell phone and from the

17   iCloud.

18           Her testimony will be to provide the meaning of

19   terms and information contained within the records she will

20   introduce, and, again, that is based upon her specialized

21   knowledge of a technical field that is certainly well beyond

22   the average understanding of a layperson.

23           I've looked at the slide presentation that

24   Ms. Hughes sent containing the anticipated testimony or

25   referring to what was found on the phones and on the iCloud.

1    I don't think any of that -- any of the three slides

2    would -- the closest perhaps that comes to not requiring

3    interpretation is the iCloud slide.

4          But each of them certainly require some degree of

5    testimony and explanation to the jury in terms of how to

6    interpret those records that will require her to refer to

7    her expertise and prior knowledge about this very technical

8    area.  And so I don't think any of the records can genuinely

9    be put before the jury without some actual explanation of

10   what they mean.

11         Insofar as the government's contention on Friday

12   that somehow this was more akin to that of a translator, as

13   to which expert testimony is not required, I think that's

14   not apt because all a translator does is sort of translate

15   one language into actual -- a different language that the

16   jury can understand.

17         This is actually interpretation of documents and

18   evidence and data and what that data means, and in a sense,

19   actually is more akin to the expert, in my view, that comes

20   forward and tries to translate what is being said during

21   drug transactions and what code words and the like are meant

22   during drug transactions as opposed to just a straight

23   translation of one language to another.  So I do find that

24   Agent Cain's testimony, the additional testimony that was

25   referenced in the notice, does fall under Rule 702.

1          I will note that while it's certainly not

2    controlling, the government actually acknowledges it or at

3    least described it as expert testimony.  There was a

4    supplemental expert disclosure in its disclosure that came

5    to defense counsel.

6          Now, the question is what's the remedy?  And

7    I think the proper remedy is exclusion of that particular

8    testimony.  You know, I think it's Rule 704.  In any event.

9    Or, I'm sorry, maybe it's Rule 16(a)(4), maybe it is.

10          In any event, the rule requiring timely expert

11    disclosure has a component to it that if there is untimely

12    disclosure made, the Court needs to evaluate what the relief

13    is, and I think, in this case, exclusion is the appropriate

14    relief given the late timing of the expert disclosure and

15    the supplemental information contained in the disclosure.

16          The Court had set a pretrial expert disclosure

17    deadline.  I can't remember what the date was, but it

18    certainly would have been weeks and weeks prior to the start

19    of trial.  Presumably the government provided some expert

20    notice at that time.  This was characterized as supplemental

21    expert notice and it came -- Ms. Halim, was it Thursday of

22    last week?

23          MS. HALIM:  It was Thursday at 4:30.

24          THE COURT:  So late Thursday of last week, which

25    really did not, in my view -- which really does not, in my

1    view, provide sufficient time for defense counsel either to

2    secure or consult with its own expert and potentially secure

3    expert testimony to rebut the substance of what Agent Cain

4    is expected to testify to.

5           So I do think it is prejudicial, the late notice

6    is prejudicial and really does hamstring the defense and its

7    ability to prepare for the witness expert and also call its

8    own expert in its case-in-chief, given the late timing of

9    the disclosure.

10          That said, I think that, Ms. Halim, you'll tell me

11   if I'm wrong, but I think we're all in agreement that, at a

12   minimum, Ms. Cain or, frankly, any other agent could testify

13   simply to the fact that there was no Signal app on the phone

14   at the time it was recovered and I think that's appropriate

15   testimony.

16          I don't think that requires any specialization or

17   expertise; anybody could pick up a phone and see that there

18   was no Signal app on the phone.  So I don't think that falls

19   within the realm of 702.  And so I'll allow her or some

20   other agent to testify that the Signal app was not on

21   Mr. Hackett's phone on the date it was recovered, and so

22   we'll leave it at that.

23          MS. HUGHES:  Your Honor, just to clarify, the

24   records themselves, the government would argue, are still

25   admissible.

1          So showing an excerpt from the iCloud search

2    warrant returns without any additional explanation based on

3    expertise, but simply reading -- I mean, it says at the top,

4    "Download and update," and then it has a log that refers to

5    dates.

6          Reading that simply without any additional

7    testimony, the government would argue, is still admissible.

8    And there are two actual excerpts from the iCloud search

9    warrant that the government, either through Examiner Cain

10   or, frankly, through another agent, would like to introduce

11   as they are independently admissible; and that is, one, the

12   iCloud search warrant returns that relate to Signal, which

13   says Signal in the entries; and the second is the TextMe

14   entries from the iCloud search warrant returns.  TextMe is

15   something that's already been introduced at this trial that

16   Mr. Hackett had and they are also readily layperson

17   accessible in the search warrant returns.  They say TextMe

18   and they have a download date.

19          And so the government appreciates the Court's

20   ruling with respect to the Keychain entry and with respect

21   to even the data log set, but in terms of the search warrant

22   returns, those are -- there's no additional inference or

23   application of training or experience that would be required

24   to interpret those returns.

25          And we can instruct Examiner Cain not to opine

 1   further, simply read them in, but the government's

 2   contention is that that is independently admissible.

 3              THE COURT:  So can I ask what is on Slide 3 of

 4   what you submitted over the weekend, is labeled 1B43, iCloud

 5   return?

 6              And, by the way, is Agent Cain our first witness?

 7              MS. HUGHES:  No, Your Honor, that would be Banks

 8   for cell phone -- my apologies, Agent Salke, Officer Salke.

 9              THE COURT:  When do we expect to get to her

10   testimony?

11              MS. HUGHES:  Potentially by the end of today.

12              THE COURT:  So we'll have a little bit of time

13   later.

14              Let's go ahead and bring the jury in and then we

15   can --

16              MR. MARTIN:  Your Honor, there's one more matter I

17   would like to address.

18              Your Honor, Connor Martin on behalf of David

19   Moerschel for the record.

20              As it relates to Officer Salke's testimony, we

21   would object to the officer testifying, as his testimony

22   would simply be cumulative evidence at this point.

23              Officer Marc Carrion testified extensively

24   December 13th regarding the very same subject matter.  These

25   men were mere feet from each other during the entirety of

```
 1   the relevant time period, and anything that Officer Salke
 2   would be testifying to would have already been introduced
 3   through Agent Carrion -- I'm sorry, Officer Carrion, excuse
 4   me, who testified for over two hours on December the 13th.
 5           So, Your Honor, we would ask that you make a
 6   limiting -- you would preclude the government from eliciting
 7   testimony from Officer Salke, as it's simply cumulative.
 8           THE COURT:  So he is one of the two officers that
 9   is at the east -- at the Columbus Doors?
10           MR. MARTIN:  That's correct.
11           MR. MANZO:  So Officer Salke gets pushed back when
12   Line 1 enters, so he's got a slightly different vantage
13   point from Officer Carrion.
14           I assume Your Honor remembers part of
15   Officer Salke's testimony at the first trial.  We're not
16   going to double back through all of what Carrion's testified
17   about; we're kind of going to focus on the push-through at
18   the east doors.
19           And then perhaps most importantly, Officer Salke
20   was the officer who got touched multiple times by
21   Mr. Harrelson, and that's the particular import of this
22   testimony.
23           Also, Officer Salke is the officer who's got his
24   arm extended as Mr. Minuta yells, "All that's left is the
25   Second Amendment," and so it is different testimony that
```

1    Mr. Carrion would not be able to provide or did not provide.

2         THE COURT:  Okay.

3         MR. MARTIN:  Your Honor, I believe this is simply

4    an attempt to put these videos back in front of the jury.

5    It's been nearly a calendar month since the jury has seen

6    them.  The government wants to end on showing these

7    inflammatory videos.  These men were right next to each

8    other.

9         An extension of an arm, the two men were standing

10   right next to each other the entire time.  There's no

11   principal defenses here.

12        THE COURT:  You're talking about Mr. Minuta inside

13   the Capitol?

14        MR. MANZO:  Excuse me, Your Honor?

15        THE COURT:  You're talking about Mr. Minuta's

16   conduct inside the Capitol?

17        MR. MANZO:  As Mr. Minuta exited the Capitol?

18        THE COURT:  Right.

19        MR. MANZO:  Yes, that's where he's shouting at

20   Officer Salke, not Officer Carrion, "All that's left is the

21   Second Amendment."

22        THE COURT:  Right.

23        MR. MANZO:  And so that specific testimony, along

24   with Mr. Harrelson feeling the chest of Officer Salke for

25   his body armor, is remarkably different.

1           THE COURT:  So those are two different areas of

2    subject, two different subject matters that Officer Carrion

3    didn't cover, and so I think it's appropriate to allow the

4    government to bring out that testimony.  It is relevant,

5    it's probative, and I don't think it's unduly cumulative, at

6    least as to those two subject matters, insofar as the

7    government is going to get into the events of leading up to

8    the entry.

9           I'll allow some limited testimony about it, but

10   the sort of full-blown play-by-play that we got earlier,

11   I think, is -- would not be appropriate and it would be

12   cumulative.  So you can have a little bit of leeway just in

13   terms of setting the stage.

14           And, frankly, it may not really hurt to have

15   the -- well, in any event, it's been a number of weeks and

16   so...

17           MR. MANZO:  So just so Your Honor is aware of what

18   our plan was, we're not going to go through Officer Salke's

19   retreat from the initial perimeter back to the first steps

20   of the Capitol, back to the door.  We're just going to start

21   at the door.  We're not going to go through the Nigrotime

22   video.  We're just going to show the *L.A. Times* video of the

23   National Anthem and then Carrion and Salke at the door.

24           And then the Parler video is where Carrion -- or

25   Salke is hugging the hard officer in the hard gear, because

1    that's testimony that Officer Carrion could not give.

2    Officer Salke will say that he was hugging the officer to

3    keep him upright.

4              THE COURT:  Right.

5              MR. MANZO:  And then CCTV from inside the Capitol.

6    So that would be the abridged presentation that we would be

7    giving.

8              MR. MARTIN:  Your Honor, I would just ask,

9    I believe the CCTV footage from inside the Capitol Building

10   was already brought out through Officer Carrion, as was the

11   situation at the door.  So I would ask for a limiting

12   instruction on those videos in particular.

13             THE COURT:  A limiting instruction or --

14             MR. MARTIN:  I'm sorry, to limit the government

15   from eliciting testimony through those videos.

16             THE COURT:  Okay.

17             Look, I think some limited testimony is

18   appropriate.  I don't think that makes it unduly cumulative.

19             You know, it has been a number of weeks since the

20   jury even saw that evidence, so I'm not too worried about it

21   being overly inflammatory.

22             And so, you know, if it's limited to what

23   Mr. Manzo has described and with very limited narrative

24   about what he experienced, then I think it's appropriate,

25   but then let's move on to the testimony that is unique to

 1    him, okay?

 2              All right, anything else?

 3              MR. MARTIN:  No, Your Honor.

 4              THE COURT:  Okay.  Thank you.  Let's bring our

 5    jurors in.

 6              COURTROOM DEPUTY:  Jury panel.

 7              (Jury entered the courtroom.)

 8              THE COURT:  All right.  Please be seated,

 9    everyone.

10              Ladies and gentlemen, welcome back.  It's nice to

11    see you all.  I hope everybody had a nice weekend.

12              So we are ready to continue with the government's

13    case.

14              Mr. Manzo.

15              MR. MANZO:  Thank you, Your Honor.

16              COURTROOM DEPUTY:  Please raise your right hand.

17              (Witness is placed under oath.)

18              COURTROOM DEPUTY:  Thank you.

19

20

21

22

23

24

25

3496

```
 1                              - - -

 2   RYAN SALKE, WITNESS FOR THE GOVERNMENT, SWORN

 3                       DIRECT EXAMINATION

 4                              - - -

 5   BY MR. MANZO:

 6       Q    Good morning, sir.

 7            Could you please introduce yourself to the jury by

 8   stating and spelling your name.

 9       A    Yes, sir.

10            My name is Ryan Salke.  It's spelled R-y-a-n,

11   S-a-l-k-e.

12       Q    Where are you from, sir?

13       A    I'm originally from Durham, Connecticut.

14       Q    Where did you go to college?

15       A    I went to Citadel Military College of South

16   Carolina.

17       Q    Did you serve in the military?

18       A    Yes, sir.  I served nine years in the Marine

19   Corps.

20       Q    Can you describe what positions you held in the

21   Marine Corps?

22       A    Yes, sir.

23            I was 0311 infantryman.

24       Q    And what does it mean to be an 0311 infantryman?

25       A    Just like the boots-on-the-ground kind of guys.
```

1    Q    At some point, did you move into your career in

2  law enforcement?

3    A    Yes, sir, I did.

4         I served two years with the City of Charleston

5  police in South Carolina.  Then I came up here to D.C. and I

6  served as a U.S. Capitol police officer for four years, and

7  now I'm currently a deputy in North Carolina for the New

8  Hanover County Sheriff's Office.

9    Q    When did you start at the U.S. Capitol police?

10   A    I started with the Capitol Police in February of

11 2018.

12   Q    Are what type of training did you receive?

13   A    We had approximately three to four months of

14 training at FLETC, which is the federal law enforcement

15 training center down in Georgia, and then after that, we

16 returned to D.C. and we have an additional three months of

17 training at U.S. Capitol Police Academy up here.

18   Q    Were you working the morning of January 6th?

19   A    Yes, sir, I was.

20   Q    Where were you stationed that morning?

21   A    I was stationed on the east front of the Capitol.

22   Q    And do you see the map of the Capitol next to you,

23 Government's Exhibit 1653?

24   A    Yes, sir.

25   Q    Could you show the jury approximately where you

3498

1    were stationed the morning of January 6th?

2        A    Yes, sir.  I was in front of this skylight on the

3    right side, probably around here.

4        Q    And you just pointed to the very bottom kind of

5    center of the map; is that fair to say?

6        A    Yes, sir.

7        Q    What were you dressed in that morning?

8        A    On that morning, I just was part of soft squad

9    CDU.

10            Soft squad CDU means it's part of the civil

11   disturbance unit, and soft squad just means that we don't

12   have any gear on at all.  It's just our regular police

13   uniform with just our duty belt and our ballistic vest on.

14       Q    Could you describe the crowd outside the Capitol

15   that morning.

16       A    Yes, sir.

17            There was a large crowd outside just yelling and

18   chanting from the time we got out there, right around 7:00,

19   I want to say.

20       Q    Were there any barriers set up?

21       A    Yes, sir.  There was a chain bike rack set up the

22   whole distance around the front of the Capitol.

23       Q    At some point, did those barriers fall?

24       A    Yes, sir, they did.

25       Q    Could you describe what happened?

1      A      Yes, sir.

2             I recall the bike racks on the left side -- well,

3  if you're looking at this picture, they would be on the

4  right side.

5             And I remember looking over to my left and hearing

6  people yelling.  And on the radio, I could see that people

7  started to get past those bike racks on that side.

8      Q      When people started getting past the bike racks,

9  what did you do?

10     A      So then we tried to momentarily hold the line

11 where we were at.  But as soon as everybody saw people

12 starting to break through on that side, it kind of created a

13 chain where then we started dealing and fighting with

14 individuals trying to take the bike racks in front of us.

15            And that quickly ended, and we retreated to stop

16 the individuals that got through on that side from getting

17 to the Capitol steps.

18     Q      When you retreated, did you invite people to

19 follow you --

20     A      No, sir.

21     Q      -- on your retreat?

22     A      No, sir, not at all.

23     Q      Did you give any indication that it was okay to

24 advance past the bike racks?

25     A      No, sir, not at all.

3500

1    Q    Why not?

2    A    Because I'm there to protect the Capitol.

3    Q    Where did you retreat to?

4    A    We retreated to the east Capitol Rotunda steps,

5    which is right at the center steps in this picture.

6    Q    You've actually got a touchscreen computer in

7    front of you, so you can draw on the approximate location

8    where you retreated.

9         You just drew kind of at the bottom of the central

10   steps there?

11   A    Yes, sir.

12   Q    Why did you retreat to that location?

13   A    Because that's where it looked like everybody was

14   running towards, and there was officers at the steps on the

15   left side and the right side.  And since I was right in the

16   center, that's where we went to, me and the other officers

17   right there.

18   Q    What happened when you got to that location?

19   A    When we got to that location, we started forming

20   our next police line, just meaning we stayed shoulder to

21   shoulder together to try to stop anybody from getting up

22   those steps.

23   Q    What happened at that line?

24   A    We held it momentarily, and then due to the vast

25   majority of people there, they were able to quickly push us

1   up the steps.

2       Q     Where did you go next?

3       A     After we held them there for a few minutes or so,

4   I guess, then we then came up to this, like, flat landing

5   right here, and we held them there for a little while

6   longer.

7       Q     And just for the record, you just drew a line

8   about halfway up the steps?

9       A     Yes, sir.

10      Q     And what happened when you were there?

11      A     We attempted to hold them again.  And actually

12  standing behind us at that time was our ERT team, it's like

13  our SWAT team at the Capitol, and they were standing at the

14  top of those steps with all their tech gear and all their

15  weapons and everything.

16      Q     When you saw them, what did you think?

17      A     Honestly, I thought that they had a plan in place

18  or something that -- you know, that they've trained for

19  about what to do in this situation.  But obviously, like,

20  I was thinking, you know, I don't think anybody ever thought

21  something like this would happen in the United States.

22      Q     So when you were at this landing, what happened?

23      A     We quickly got pushed up to where the ERT team

24  was, and then unfortunately, we all got pushed back up to

25  the east Capitol Rotunda door.

1          Q    Can you put an X right around where that door is.

2          A    Yes, sir.  It's very hard to see in this picture.

3    It was kind of just right in the center of those columns.

4          Q    So you just put an X at the center columns above

5    those steps?

6          A    Yes, sir.

7          Q    When you got to that door, what did you do?

8          A    When we got to the door, there was so many people

9    there, it's kind of hard to explain.  It was kind of like a

10   can of sardines.  You literally -- you couldn't even like

11   turn around, it was just that many people.

12              So we tried to get in front of the door, but when

13   we originally got pushed up, a couple people got in front of

14   the door before we were able to get there.

15         Q    And so what did you do?

16         A    I saw them starting to smash the glass there on

17   the outside.  So I deployed my OC can that we have, and I

18   tried getting in front of those people, which myself and

19   another officer, Officer Carrion, were able to do.

20         Q    Now, on a normal day, if somebody was smashing the

21   doors of the Capitol in front of you, what would you do?

22         A    They would be detained, sir.  And honestly, they

23   would never get up to the steps on a normal day.

24         Q    Why didn't you detain them?

25         A    It just wasn't possible or practical.  There was

3503

1  too many people.

2        And another aspect that I feel like some people

3  don't understand is once we have somebody detained, they're

4  100 percent our responsibility.  So if anything was ever to

5  happen to them, it's on us, and there would be no way to

6  protect somebody in that environment.

7    Q    If you took out your handcuffs, would you have any

8  fears about other items on your person?

9    A    I'm sorry, sir, could you repeat that.

10   Q    If you were going to handcuff somebody, would you

11  be afraid of your own safety at that point?

12   A    Yes, sir, 100 percent.

13   Q    Why?

14   A    Just because a lot of people there.  You know,

15  they're kind of under the same mindset or thinking, or they

16  were with other individuals there.  So it's not like it's

17  one versus one.  It's one versus, I don't know, a hundred --

18  a lot of people.

19   Q    At any point, did you consider unholstering your

20  weapon?

21   A    Yes, sir, only one time during that day.

22   Q    What caused that?

23   A    A flash-bang grenade went off at our feet, and at

24  the exact moment it happened, I didn't know what it was.

25  Just -- it's a very loud noise just in general, but

3504

```
 1   especially being under the Rotunda steps, you kind of see
 2   how it has an arch there, so it's just -- enhances the large
 3   echoing of the sound.  It sounded like a gunshot going off.
 4           I didn't visually see any weapons there that day,
 5   but I would be confident in saying that I believe, standing
 6   there, that there were weapons up there that day.  So when
 7   that sound went off, that was the first thing that came to
 8   my mind, so that's why -- the only time my gun came out of
 9   the holster.
10   Q     Well, let me ask you a couple questions about
11   that, about weapons.
12           Were you assaulted that day?
13   A     Yes, sir.
14   Q     With what?
15   A     Everything.
16           I mean, personal weapons, meaning hands, then OC
17   spray, bottles, anything people could throw, flagpoles.
18           MR. MANZO:  I'm going to pull up 1096.5, which if
19   it hasn't already been admitted, we'd move to admit pursuant
20   to a business record certification at this point.
21           THE COURT:  All right.  1096.5 is admitted.
22                               (Government's Exhibit 1096.5
23                                 received into evidence.)
24
25
```

1    BY MR. MANZO:

2        Q    And, Officer Salke, I'm going to play zero to

3    12 seconds here and then pause it and ask you a couple

4    questions, okay, sir?

5        A    Yes, sir.

6             (Video played)

7    BY MR. MANZO:

8        Q    So, Officer Salke, do you recognize what we're

9    looking at here in 1096.5?

10       A    Yes, sir, that's the east Capitol Rotunda door.

11       Q    And where were you at this point?

12       A    Right at the door, sir.

13       Q    Do you remember hearing the song that you just

14   heard?

15       A    Yes, sir, I do.

16       Q    What song was that?

17       A    It's the National Anthem.

18       Q    What were you thinking when you heard the National

19   Anthem being --

20            MR. PEED:  Objection, Your Honor.

21            Get on the phone?

22            THE COURT:  Go ahead.

23            (Bench conference)

24            MR. PEED:  Can you hear me?

25            THE COURT:  Yes.

1    MR. PEED:  Your Honor, this question was asked at

2    the prior trial, and the answer, I think, is pretty far

3    afield of what the Court would want, the kind of "what were

4    you thinking" question.

5    It was basically his opinion that it was a

6    sacrilege to hear the National Anthem being sung in this

7    manner.  It's just political opinion.  I don't think it's

8    relevant.

9    MR. MANZO:  Can you hear me?

10    THE COURT:  Yes, I can hear you.

11    MR. MANZO:  He's dictating his experience at the

12    doors that day.  And so one question.

13    And it also -- rebuts the -- the defense said this

14    is -- that these people are patriotic and they're here to

15    help the police when this song is being sung, and then

16    they're assaulting the police as they go through the doors.

17    Similar -- that's a helping defense.

18    MR. SHIPLEY:  There's nothing to rebut.  There's

19    been no defense case.

20    THE COURT:  I'm sorry, what was that, Mr. Shipley?

21    I couldn't hear you.

22    MR. SHIPLEY:  I'm sorry, that was me.

23    There's nothing to rebut.  There's been no defense

24    case.  Cross-examination isn't rebutted with another

25    witness.

1          MR. MANZO:  Well, there has been testimony or

2     openings that these people were here with medical gear to

3     help people, and this is evidence that that did not happen.

4          MR. PEED:  I mean, the question, "Were you

5     assisted," certainly is proper, but asking him, you know --

6          THE COURT:  I'll sustain the objection.  Let's

7     move forward.

8          I mean, if it has to sort of do with his -- how he

9     reacted to the crowd and the movements, but his particular

10    opinion on hearing the National Anthem and what it meant,

11    I don't think that's particularly relevant.  So let's --

12    I'll sustain the objection.

13          (Open court)

14          THE COURT:  So the objection is sustained.

15    BY MR. MANZO:

16     Q    Okay.

17          So you heard the National Anthem being sung

18    outside the doors of the Capitol here?

19     A    Yes, sir.

20          MR. MANZO:  Ms. Badalament, can we now go forward

21    to 1 minute and 32 seconds, and then I'll ask you some -- or

22    play it forward from here to 1 minute and 32 seconds.  And

23    then I'll ask you some questions at the end, okay?

24          THE WITNESS:  Yes, sir.

25          (Video played)

BY MR. MANZO:

Q    And can we just pause it there at 1:32.

Do you see yourself in this frame?

A    Yes, sir, I do.

Q    Could you circle yourself?

A    Yes, sir.

Q    And you just circled the officer on the right-side of the door.

Who are you standing next to?

A    I'm standing next to Officer Carrion.

Q    What are you doing?

A    Holding the door shut, sir.

Q    How are you holding the door shut?

A    I have a flagpole that was broken and I stuck it between the door handles to help us keep the door shut.

Q    How did you obtain the flagpole?

A    Somebody was trying to hit us, I presume, and as they were hitting us, they hit the corner of the -- that door frame right there and it ended up breaking.  So I picked it up off the ground and used that.

Q    Now, at this point, could you see inside the Capitol and see what was going on inside?

A    Yes, sir, I did.

Q    What could you see what was going on inside?

A    Yes, sir.  I actually saw that there was actually

1    protesters inside the Capitol already that we were unaware

2    of.  So we were not only dealing with the crowd outside that

3    was trying to get in, but also the individuals inside that

4    were trying to open the doors.

5              MR. MANZO:  Ms. Badalament, can we pull up 7077.1.

6              And I believe this has already been admitted into

7    evidence, but if it has not -- okay, it has.  Thank you,

8    Mr. Douyon.

9              Can we now play forward to 28 seconds.

10   BY MR. MANZO:

11        Q    And I'll ask you some questions at the end of

12   this, okay?

13        A    Yes, sir.

14             (Video played)

15   BY MR. MANZO:

16        Q    Okay, sir.  Do you see yourself in this video?

17        A    Yes, sir.

18        Q    Could you circle yourself?

19        A    (Witness complied.)

20        Q    For the record, the witness circled the officer in

21   the middle of the screen at 28 seconds.

22             Were there any other officers in this frame?

23        A    Yes, sir, Officer Adams right here.

24        Q    And that's the person just to your left there?

25        A    Yes, sir.

1      Q    What were you doing in this frame?

2      A    Actually, right here, I was per se bear-hugging

3  him to keep him upright.

4      Q    Why?

5      A    He's part of our hard squad unit, the civil

6  disturbance unit, and you could see him outfitted in all of

7  his gear.  This includes everything from pads on your legs

8  to a chest pad, arm pads and everything.

9           I've also been trained in the same equipment and,

10  honestly, if you're on the ground sitting down or laying on

11  the ground, just getting up with nothing around you is like

12  nearly impossible.

13          So never mind, unfortunately, if he was to fall in

14  this environment, I believe it could end up pretty

15  catastrophic so I was holding him upright because there's no

16  way he would be able to move his arms or protect himself

17  much at all.

18      Q    At any point here or during the course of the day,

19  did anyone offer you aid?

20      A    No, sir.

21      Q    You just smiled.  Why did you smile?

22      A    I just find the question ironic that people that

23  are trying to get inside the United States Capitol would try

24  to help us.

25      Q    All right.

1          Let's now go forward to 1503.1, which has already

2    been admitted into evidence, and go to 18:19.

3          And we'll play it forward for a couple seconds

4    here.  I'm going to ask you a couple questions, okay?

5    A    Yes, sir.

6          (Video played)

7    BY MR. MANZO:

8    Q    And we'll pause it right here is fine.

9          Could you see yourself in that video?

10   A    Yes, sir, I could.

11   Q    Could you circle yourself?

12   A    (Witness complied.)

13   Q    And so what are we looking at here in this exhibit

14   at the 18:24 mark?

15   A    Yes, sir.

16        This is when the doors are open.

17        And at this point, I'm still trying to shut --

18   keep that right door shut, and the individuals on the

19   outside and inside are trying to open them.

20   Q    Why are you trying to keep the doors to the

21   Capitol shut?

22   A    Because I'm -- it's my job to protect the Capitol.

23   So I was trying to get them shut so no more people would get

24   inside.

25   Q    All right.

1           Let's play it forward and we'll stop it at 19:01

2      and I'll ask you some more questions, okay?

3      A    Yes, sir.

4           (Video played)

5      BY MR. MANZO:

6      Q    And, sir, can you still see yourself here at

7      19:01?

8      A    Yes, sir, I can.

9      Q    Could you please circle yourself?

10     A    Yes, sir.

11     Q    Can you describe what's going on here?

12     A    Yes, sir.

13          This is when people are starting to come in from

14     the outside, and you kind of just saw that push as it was

15     fast-forwarded.

16     Q    And what are you thinking at this point?

17     A    I'm just trying to get back to the doors to get

18     them closed.

19     Q    And just for the record, you circled the officer

20     in the middle of the frame just to about an inch left of the

21     white sign here at 19:01.

22          MR. MANZO:  Okay, Ms. Badalament, can we play

23     forward to 19:19 right now.

24          (Video played)

25

1          MR. MANZO:  And just go a little bit, or back it

2    up one second here to 19:18.

3    BY MR. MANZO:

4        Q    And, sir, did you see yourself now in this frame

5    here?

6        A    At this moment, I cannot, sir.

7          MR. MANZO:  We can actually go back to about

8    19:15.

9          And just play it forward, please, Ms. Badalament.

10          (Video played)

11    BY MR. MANZO:

12        Q    Well, at any point during the time here when the

13    doors were first opened, did you leave your station?

14        A    No, sir.

15          I got pushed in by the group of people and just

16    kept making my way back to the door.

17        Q    When you would make your way back to the door,

18    what were you trying to do?

19        A    Trying to stop people from coming in.

20          I mean, even while I was being pushed back, it was

21    just because of the vast amount of people, I wasn't trying

22    to keep them out as well, sir.

23          MR. MANZO:  Let's pull up Government's Exhibit

24    7083, and at this time, we'd move to admit 7083.

25          THE COURT:  All right.  7083 will be admitted.

```
 1                                    (Government's Exhibit 7083
                                      received into evidence.)
 2

 3   BY MR. MANZO:

 4       Q    All right, sir.

 5            Can you look at the top left-hand corner of the

 6   screen here and the timestamp.  What does the timestamp say?

 7       A    This is Wednesday, January 6th, 2021, at 2:57.

 8       Q    Sir, do you see yourself in this video?

 9       A    Yes, sir, I do.

10       Q    Can you describe or circle where you are.

11       A    Yes, sir.

12            I'm standing right here at this door.

13       Q    And you circled the officer at the right-hand side

14   of the doors.

15            Do you remember seeing people in military fatigues

16   that day?

17       A    Yes, sir, I do.

18       Q    And when you saw those people, what did you think?

19            MS. HALIM:  Objection.

20            THE COURT:  That's overruled.

21            THE WITNESS:  They're a higher threat level to me.

22            I mean, that day, there was so many people,

23   obviously it was impossible to stop every single person.  So

24   you kind of -- my goal is just try to evaluate every single

25   person that I could get my eyes on coming through the door,
```

1    looking at their hands, looking for weapons and anything

2    like that, and obviously seeing an individual decked out in

3    all tac gear or military gear is a higher threat level to me

4    than somebody just wearing plain clothes.

5    BY MR. MANZO:

6        Q    So going forward here in 7083, I'm going to play

7    it forward and then I'm going to ask you a series of

8    questions.

9            Okay.  So let's play it forward from the start to

10   11 seconds.

11       A    Yes, sir.

12           (Video played)

13   BY MR. MANZO:

14       Q    Sir, what's going on here at 11 seconds?

15       A    That individual touching my chest repeatedly.

16       Q    And how many times did that person touch your

17   chest?

18       A    Approximately four to five.

19           MR. MANZO:  And can we play it forward to the end

20   here.

21           (Video played)

22           MR. MANZO:  And can we back it up now to

23   11 seconds again.

24           (Video played)

25

3516

1    BY MR. MANZO:

2        Q    Now, what were you wearing on your chest on

3    January 6th?

4        A    At this point, I know my jacket was ripped open

5    and the only thing under that was my ballistic vest, which

6    is just like a piece of body armor that's rated for one .45

7    caliber round center mass and a T-shirt under it.

8        Q    What does that mean one .45 caliber arms center

9    mass?

10       A    Just like a small round that would basically come

11   out of a handgun.

12       Q    Do you have any recollection of this specific

13   touching?

14       A    I do not, sir, no.

15            MR. MANZO:  Okay.

16            Let's now go forward to 1508, which has already

17   been admitted into evidence -- or actually, sorry, 1503. --

18   yeah, 1508 at 5:45.

19            (Video played)

20            MR. MANZO:  Can we go to the 5 minute and

21   45-second mark, here.  Just play it forward one second.

22            (Video played)

23   BY MR. MANZO:

24       Q    Okay.

25            Officer Salke, what's the timestamp now in the top

3517

1    left-hand corner of this exhibit?

2        A    It's now 3:14 on January 6th.

3        Q    Do you see yourself in this exhibit?

4        A    Yes, sir, I do.

5        Q    Can you circle yourself?

6        A    Yes, sir.

7        Q    And just for the record, the witness circled the

8    officer at the left of the doors.

9            What are you doing here at this moment in time, if

10   you remember?

11       A    The same thing, sir, just trying to keep people

12   from entering the Capitol.

13       Q    All right.  Let's play it forward now to 5:58 and

14   I'll ask you a couple questions.

15       A    Yes, sir.

16           (Video played)

17   BY MR. MANZO:

18       Q    So can you describe what you were just doing

19   visually here at 5:58?

20       A    Yes, sir.

21           Kind of as I stated before, these individuals were

22   wearing tac gear, kind of military looking gear.

23           They also had masks on.  So, like I said, it's

24   just a higher threat level, so I'm just trying to create

25   distance and evaluate every person I can coming through.

3518

1    Q    At any point did you tell anyone they could come

2    in the Capitol?

3    A    Absolutely not, no, sir.

4         MR. MANZO:  All right.

5         Let's play it forward now from 5:58 to 6:12.

6         (Video played)

7    BY MR. MANZO:

8    Q    Can you stop it at 6:12.

9         All right.  Can you circle yourself on the video

10   again?

11   A    Yes, sir.

12   Q    And, again, you circled the officer to the left of

13   the door.

14        Are you looking -- where are you looking now?

15   A    I'm looking at the exit/entrance to the east

16   Capitol Rotunda doors.

17   Q    And is your vision up or down or neutral?

18   A    At this moment, I'm looking down.

19   Q    What are you looking at?

20   A    I'm looking at this intelligent person

21   that thought it was a good idea to bring a dog to a riot.

22   Q    Do you actually have a specific recollection of

23   this?

24   A    Yes, sir, I do remember this.

25   Q    What did you think when you saw the dog?

1      A     Honestly, I wanted to protect the dog, and

2   obviously I didn't care about the gentleman.

3            I tried to get the leash out of the guy's hand

4   just to put the dog off to the side.  As you can see,

5   there's kind of a little space there on the side.  So my

6   goal was to just protect the dog.

7      Q     Why did you care about the dog?

8      A     Because...

9      Q     Do you have a dog?

10     A     Yes, sir, I do have a dog.

11     Q     We're going to play forward from 6:12 to 6:44 now,

12   and I'll ask you some questions, okay.

13     A     Yes, sir.

14           (Video played)

15   BY MR. MANZO:

16     Q     Okay.

17           Do you see yourself here at 6:44?

18     A     Yes, sir.

19     Q     What are you doing?

20     A     Now I have a few more officers that came -- that

21   got to this location, and we're trying to push people out in

22   order to close these doors.

23     Q     And if we could just back it up to 6:33 or so.

24           Do you see the dog in this photo?

25     A     Yes, sir, I do.

3520

1      Q    Can you circle the dog?

2      A    Yes, sir.  It's kind of hard to see it, but he's

3  right here, and he kind of has like a vest thing, per se,

4  around him.

5      Q    Now, eventually, were enough officers called to

6  start flushing people back through these doors?

7      A    Yes, sir.

8           I agree with the statement.  However, I wouldn't

9  say like were they called.  It was just a matter of being

10  able to get to this location.

11           MR. SHIPLEY:  Can we have the exhibit taken down?

12           THE COURT:  Sure.  I didn't know whether there

13  were more questions about it.

14           MR. MANZO:  There will be more questions.

15           THE COURT:  Okay.

16  BY MR. MANZO:

17      Q    Okay.

18           So can you just walk the jury through what you

19  just said again, about officers coming to flush people to

20  the doors.

21      A    Yes, sir.

22           What I meant by my statement is that everybody

23  knew that the Capitol was being overrun by a vast amount of

24  people, and every single officer working that day was trying

25  to prevent that, to my knowledge.  So it took a minute for

3521

1    people to obviously get through this vast amount of people

2    to this door.

3              And not to mention, this is only one door out of,

4    I -- honestly don't know, but there's at least 100 entrances

5    to the Capitol, including doors and windows throughout.  So,

6    yes, there wasn't an office -- it took a while for people to

7    get to every single entrance.

8              MR. MANZO:  Okay.

9              Can we go forward to 10 minutes and 9 seconds.

10             Just go to the 10 minute, 9 second mark.

11   BY MR. MANZO:

12        Q    What -- do you recognize any of the people in this

13   photo -- or in this video?

14        A    Just Officer Carrion.

15        Q    And can you circle him, please?

16        A    Yes, sir.

17             (Witness complied.)

18        Q    Just for the record, you circled the officer to

19   the right of the screen.

20             And we're going to play it forward from 10:09 to

21   10:25, and I'll ask you a couple questions, okay?

22        A    Yes, sir.

23             (Video played)

24   BY MR. MANZO:

25        Q    I'll stop you right here actually at 10:12.

1          Do you recognize anyone in this photo?

2     A    Myself, yes, sir.

3     Q    And can you circle yourself?

4     A    Yes, sir.

5     Q    Okay.

6          What are you doing here at the 10 minute,

7  12 second mark?

8     A    Again, I'm at the door.  I just have my arm up.

9  That gentleman is creating space.  It's also my weapons

10  side.

11     Q    And let's play it forward now to 10:25.

12          (Video played)

13  BY MR. MANZO:

14     Q    And just for the record, could you describe the

15  noise of that afternoon?

16     A    Yes, sir.

17          It's kind of hard to tell by the videos, but

18  besides all the -- the factor that people -- all yelling and

19  screaming, there was also the fire alarms going off the

20  entire duration of the situation.

21     Q    Eventually, were you able to secure those east

22  Capitol doors again?

23     A    Yes, sir, we were.

24     Q    How were you able to finally secure those east

25  Capitol doors?

1      A    It's kind of complicated to explain, but these

2  doors that are open actually shut, and then there's another

3  series of doors behind those that shut as well, and we were

4  able to get furniture from around the area that we're at to

5  wedge between the two, kind of to act like a buffer so you

6  couldn't open it from either side.

7      Q    Why did you need to do that?

8      A    Because there was still people outside trying to

9  get in.

10         MR. MANZO:  All right.  So, Ms. Badalament, can we

11  pull up 9009.

12  BY MR. MANZO:

13      Q    And what are we looking at here in 9009?

14      A    Yes, sir.

15         I'm trying to get the door closed again.  I

16  specifically do remember this situation that this gentleman

17  just kept hitting my hand with that flagpole, and I was just

18  trying to pull the door back shut.

19      Q    And is this a fair and accurate representation of

20  what was going on in the afternoon of January 6th?

21      A    Yes, sir, it is.

22         MR. MANZO:  Government seeks to move into evidence

23  9009.

24         MR. WEINBERG:  No objection.

25         THE COURT:  9009 will be admitted.

3524

1                               (Government's Exhibit 9009
                                 received into evidence.)

2

3

4   BY MR. MANZO:

5       Q     Okay.

6             And the jury can now see 9009.

7             Can you circle where you are in the photo.

8       A     Yes, sir.

9       Q     You just circled the officer in the middle of the

10  photo.

11            Can you remind the jury what you're doing here in

12  9009?

13      A     Yes, sir.

14            I'm just trying to pull the door back shut.

15            And you can actually see how my fingers are tucked

16  behind because I kept getting my fingers smashed, so I was

17  just trying to grab it the best I could.

18            MR. MANZO:  All right.

19            And can we pull up 9010 now.

20  BY MR. MANZO:

21      Q     Do you recognize 9010?

22      A     Yes, sir, I do.

23      Q     And is this a fair and accurate representation of

24  the events of the afternoon of January 6th?

25      A     Yes, sir, it is.

1    MR. MANZO:  Government seeks to move into evidence

2  9010.

3    MR. WEINBERG:  No objection.

4    THE COURT:  All right.  9010 is admitted.

5    (Government's Exhibit 9010

   received into evidence.)

6

7  BY MR. MANZO:

8    Q    What's going on here in 9010?

9    A    Yes, sir.

10    As I stated before, since the doors were broken at

11  this point, meaning that the maglocks don't work, so we have

12  to physically hold them shut at all times, that these

13  individuals are still trying to get in.  So anytime they

14  would pull on it and the door would open a little bit, we

15  still had some of our OC cans, and we were deploying that

16  against these people.

17    Q    And this is before you were able to stack the

18  furniture in that airlock?

19    A    Correct, yes, sir.

20    MR. MANZO:  And one more photo here.

21  Ms. Badalament, can you pull up 9007.

22  BY MR. MANZO:

23    Q    What are we looking at here in 9007?

24    A    Yes, sir.  It's right during the same time frame

25  while we're -- have the doors closed and there's still

1    individuals standing outside.

2            MR. MANZO:  And the government seeks to move into

3    evidence 9007.

4            MR. WEINBERG:  No objection.

5            THE COURT:  9007 will be admitted.

6                              (Government's Exhibit 9007
                                 received into evidence.)
7

8    BY MR. MANZO:

9        Q    Where are you in 9007?

10       A    Yes, sir, the officer on the left-hand side.

11       Q    What are you looking out at?

12       A    Looking out at the people still trying to get into

13   the Capitol.

14       Q    And this is before you're able to stack the

15   furniture?

16       A    Yes, sir, it is.

17       Q    Around about what time did you get home that

18   night?

19       A    I'd say around 9:00.

20       Q    And what did you do the next day?

21       A    We came back to work early in the morning.

22       Q    Was a new perimeter set up?

23       A    Yes, sir.  We started -- a company came in, hired

24   by the U.S. Capitol, to start putting up fences around the

25   entire Capitol.

1           We also had the U.S. Army Reserves and

2    National Guard units be deployed to the Capitol.

3           And the fence is not only surrounding the Capitol

4    but every single building associated, meaning all the House

5    office buildings and Senate office buildings.

6           MR. MANZO:  No further questions.

7           THE WITNESS:  Yes, sir.

8           THE COURT:  Okay.

9           From the defense?

10           MS. HALIM:  No questions, Your Honor.

11           MR. SHIPLEY:  No questions, Your Honor.

12           MR. WEINBERG:  No questions, Your Honor.

13           MR. PEED:  No questions, Your Honor.

14           THE COURT:  All right.  Officer Salke, thank you

15    for your time and testimony.  You may step down.  Safe

16    travels home.

17           THE WITNESS:  Thank you, Your Honor.

18           MR. MANZO:  The government calls Joe Herrington to

19    the stand.

20           COURTROOM DEPUTY:  Please raise your right hand.

21           (Witness is placed under oath.)

22           COURTROOM DEPUTY:  Thank you.

23           THE COURT:  All right, Mr. Herrington, have a

24    seat.  Welcome, sir.

25           THE WITNESS:  Thank you, sir.

3528

```
 1                              - - -

 2   JOSEPH HERRINGTON, WITNESS FOR THE GOVERNMENT, SWORN

 3                        DIRECT EXAMINATION

 4                              - - -

 5   BY MR. MANZO:

 6       Q    Good morning, sir.

 7            Could you please introduce yourself to the jury by

 8   stating and spelling your name.

 9       A    Yes, sir.

10            My name is Joseph Herrington.  It's J-o-s-e-p-h,

11   H-e-r-r-i-n-g-t-o-n.

12       Q    Where were you born, sir?

13       A    Lexington, Kentucky, sir.

14       Q    And what year did you graduate high school?

15       A    2005.

16       Q    When you were in high school, did you enroll in

17   the National Guard?

18       A    Yes, sir, I did.

19       Q    Why?

20       A    I wanted to serve my country.  I was a 17-year-old

21   kid and 9/11 had happened a couple years earlier, recruiters

22   were there and I wanted to join.

23       Q    Did you end up serving your country?

24       A    Yes, sir, I did.

25       Q    Where did you serve?
```

1        A    I was in the National Guard.  I served in

2   Carlisle, Kentucky, south side of Lexington, and did one

3   weekend a month and got deployed in 2007, 2008 to go to

4   Iraq.

5        Q    Did you see combat in Iraq?

6        A    Yes, sir, I did.

7        Q    Okay.  Let's go forward now to December, late

8   December, early January of 2020 to 2021.

9             Did you and a friend decide to come to Washington,

10  D.C. to see President Trump's speech?

11       A    Yes, sir.

12       Q    Why did you decide to come?

13       A    I had a couple reasons why I came.

14            The main reason, I was worried about my friend.

15  We had both been out of the military and, you know, kind of

16  been alone, I was worried about him and wanted to make sure

17  he was going to be okay.

18       Q    And so you came to Washington, D.C.?

19       A    Yes, sir.

20       Q    How did you get to Washington, D.C.?

21       A    I rode with him.

22       Q    And where did you drive from?

23       A    From around Grayson, Kentucky.

24       Q    Did you watch the riots on the afternoon of

25  January 6th?

1     A    Yes, sir, I did.

2     Q    Where were you generally that afternoon, if you

3  can remember?

4     A    It was it on a lawn facing the side of the Capitol

5  where there was some scaffolding and where the majority

6  of -- from what I could tell, people were trying to get in,

7  more like where the fight to get in the building was.

8     Q    Who were you with?

9     A    I was with my friend and a guy named Whip.

10    Q    What's your friend's name?

11    A    Mr. Bentley.

12    Q    First name?

13    A    Landon.

14    Q    So as the afternoon -- let me just make something

15  clear.  Did you go into the Capitol?

16    A    No, sir, I did not.

17    Q    As the afternoon turned to the evening, did you

18  become aware of a dinner at the Olive Garden?

19    A    Yes, sir.

20    Q    How did you become aware of this dinner at the

21  Olive Garden?

22    A    We were in a vehicle riding back from the

23  Washington, D.C., area to our hotel and there was

24  conversation in the car about a dinner, everybody getting

25  together and eating dinner at the Olive Garden.

3531

1    Q    Who were you in the car with?

2    A    I was in the car with Whip and Mr. Bentley.

3    Q    And can you just describe what Whip looks like

4    generally?

5    A    Sure.

6         He's probably, he was 5' 10", about my weight,

7    bald, African-American.

8    Q    Before this trip to Washington, D.C., had you ever

9    met Whip?

10   A    No, sir, I had not.

11   Q    And had you ever met Stewart Rhodes?

12   A    No, sir, I had not.

13   Q    And were you an Oath Keeper?

14   A    No, sir, I was not.

15   Q    Were you on any Oath Keeper chats or anything like

16   that?

17   A    No, sir, I was not.

18   Q    Was your friend on any Oath Keeper chats, to the

19   best of your knowledge?

20   A    Yes, sir.

21   Q    Okay.

22        And when I say friend, Mr. Bentley?

23   A    Yes, sir, Mr. Bentley.

24   Q    And what hotel did you stay at when you were in

25   the D.C. area, do you remember?

3532

1      A    I believe it was a Hilton in maybe Tysons Corner.

2      Q    Okay.

3           So walk the jury through how you learned about the

4    dinner at the Olive Garden.

5      A    Yes, sir.

6           We were -- we left the Washington, D.C., area and

7    were heading back to our hotel.

8           And there was a phone call.  I don't know exactly

9    who the phone call was with, I can't recall who the phone

10   call was with, but there was a phone call with Whip, who was

11   driving the vehicle, and somebody and they were discussing

12   going out for dinner.

13     Q    And did you end up going to the Olive Garden that

14   night?

15     A    Yes, sir, I did.

16     Q    Can you walk the jury through your approach to the

17   Olive Garden that night?  Were you told anything in the car

18   on your way to that dinner?

19     A    Yes, sir.  I was told that cell phones needed to

20   be left in the car.

21     Q    How did that strike you?

22     A    I mean, with the days events, it kind of struck me

23   as I kind of assumed that that's what was going to happen.

24     Q    When you got to the Olive Garden, what happened?

25     A    All right.

1           When I got to the Olive Garden, I was sitting in

2   the back seat of the car.  And when I went to get out, I

3   noticed my pants were wet.

4           I had a pint of whiskey I'd got the night before

5   on the 5th and I had it in my back pocket and took a drink

6   of it on the way to Olive Garden and put it back in my

7   pocket.

8           And when I got out of the car, my pants were wet.

9   Apparently the lid had come off of the alcohol and spilled

10  in the back seat.

11          So I go inside to the Olive Garden to the

12  restroom, get some paper towels, go back out to the car,

13  clean it up, try to clean myself up the best I can, and then

14  I go back inside.

15     Q     Were you drunk at this point?

16     A     No, sir, I was not.

17     Q     How much had you had to drink that afternoon?

18     A     Maybe one or two small drinks out of that bottle.

19     Q     When you go back inside the Olive Garden, who

20  do you see there?

21     A     I see Mr. Rhodes, I see Kellye, I see Mr. Bentley,

22  Whip.  And it was about all the people that I can recall

23  that I knew at the time.

24     Q     And when you say Kellye, what did Kellye look

25  like?

3534

1       A     I mean, she was a --

2       Q     A female?

3       A     She was a female, yeah.

4       Q     And had you ever met Kellye before this trip to

5 D.C.?

6       A     Not before this trip, no, sir.

7       Q     And had you ever met Stewart Rhodes before this

8 trip?

9       A     No, sir, I had not.

10      Q     Were you able to sit next to your friend,

11 Mr. Bentley, at the dinner?

12      A     Actually I was not able to sit next to him.

13           I happened to go outside and clean up my mess.

14 By the time I got in, the seat next to him was taken and the

15 only open seats were at the opposite end of the table so

16 that's where I had to sit at.

17      Q     Who did you sit next to at the opposite end of the

18 table?

19      A     Initially it was a gentleman I had no idea who he

20 was, I didn't know his name, it was -- come to find out his

21 name is Joshua James, I sat next to him.  And there was an

22 empty seat next to me on the other side.

23      Q     Who was next to Joshua James?

24      A     Stewart Rhodes, sir.

25      Q     Who was on the other side of Stewart Rhodes?

3535

1      A     Kellye.

2      Q     At some point did other individuals come into that

3  dinner?

4      A     Yes, sir.

5      Q     Who were they?

6      A     Two individuals I had not met before, had not

7  seen.

8      Q     Could you describe what these two individuals

9  looked like?

10     A     Yes, sir.  Two older gentlemen, one of them was

11  bald and the other guy had long hair and a beard.

12     Q     And could you describe that beard in more detail?

13     A     Yes, sir, it was a long beard, probably 12, 14

14  inches, and he had it braided.  So just kind of down.  It

15  was a big beard.  I'm not used to seeing that.

16     Q     And you said he had it braided?

17     A     Yes, sir.

18     Q     Okay.

19           Do you remember these two people's names, the

20  older white guy who you said was bald and the guy with the

21  braided beard?

22     A     No, sir, I do not know their names.

23     Q     Have you described these people by monikers

24  previously?

25     A     Yes, sir, I have.

1      Q     And what do you call these two people?

2      A     Ponytail and Elector.

3      Q     Okay.  So we'll use the names that you've assigned

4    to these people.

5      A     Okay.

6      Q     And Ponytail is who?

7      A     Ponytail was the gentleman with the beard, not the

8    bald guy.

9      Q     And the Elector is the bald guy?

10     A     Yes, sir.

11     Q     Why have you described the Elector with that name?

12     A     Throughout the night, he -- in conversations that

13   were being had around me, it had been discussed that he

14   was -- that he had an experience being an elector.

15     Q     Over the course of dinner that night, did Ponytail

16   and Elector say that they were present at the Capitol on

17   January 6th?

18     A     No, sir.

19     Q     What did they say their location was?

20           MR. SHIPLEY:  Objection.  We don't have a

21   foundation that this is a co-conspirator statement.  They

22   weren't there.  Otherwise, it's hearsay.

23           THE COURT:  What was the question again?

24           MR. MANZO:  I'm happy to get on the phone and

25   explain.

```
 1              THE COURT:  What was the question?

 2              MR. MANZO:  What did they say?

 3              THE COURT:  Okay.  Get on the phone.

 4              (Bench conference)

 5              THE COURT:  What do you expect him to say?

 6              MR. MANZO:  That they were the QRF.  This is

 7    Mr. Kandaris and Mr. Vallejo.

 8              THE COURT:  All right.

 9              And the question was, what did they say, what are

10    they going to say?

11              MR. MANZO:  They're going to say that they were

12    present at the QRF, they were armed, they were ready to

13    bring guns into D.C., and that --

14              THE COURT:  Well, hang on.  When you say, "they,"

15    which one are we talking about?

16              MR. MANZO:  The two of them.

17              He cannot differentiate who was saying exactly

18    what between Kandaris and Vallejo.

19              THE COURT:  Okay.

20              MR. MANZO:  But the government alleges and thinks

21    we've proven up that they're both conspirators.

22              But in his mind, he cannot differentiate between

23    what Mr. Vallejo says and what Mr. Kandaris says.

24              THE COURT:  Okay.

25              MR. PEED:  And, you know, Your Honor --
```

3538

1          MR. SHIPLEY:  I don't think we have an

2    identification of Mr. Vallejo, whoever the speaker was.

3          MR. MANZO:  Well, okay, we've got circumstantial

4    evidence that Mr. Vallejo called the Olive Garden.

5          THE COURT:  Well, I'm not too concerned about the

6    question of whether Mr. Vallejo and Mr. Kandaris were, in

7    fact, the people.

8          I mean, he's provided a description that's

9    consistent with Mr. Vallejo.  There's independent evidence

10   here that's been admitted that I'm aware of that Mr. Vallejo

11   and Mr. Kandaris were at the Olive Garden; I think

12   Mr. Vallejo even maybe made the reservation.

13          So what's the objection then to the statement?

14          MR. SHIPLEY:  He hasn't identified the speaker.

15   He's about to say what was said without identifying the

16   speaker.

17          THE COURT:  Well, he says it's either one of the

18   two.

19          MR. PEED:  So I would object to statements from

20   Mr. Kandaris.  He was never on the Signal chat whatsoever.

21   He -- the only communication with Rhodes was on the 4th of

22   this, saying he's coming in, what's going on, not even

23   knowing if there were Oath Keepers going to be there.

24   I don't think there's any evidence that Mr. Kandaris was

25   part of any conspiracy.

3539

1              MR. MANZO:  We believe there's voluminous evidence

2      that Mr. Kandaris is part of the conspiracy.

3              THE COURT:  And didn't Kandaris say to Rhodes that

4      he's coming to D.C. to provide support and be with guns.

5      And I can't remember what the exact statement was from that

6      messaging.

7              MR. MANZO:  Rifles for the President.

8              THE COURT:  Right, rifles for the President.

9              MR. PEED:  For the President.

10              And he said that before knowing that there was

11      anyone from the Oath Keepers coming when, you know,

12      thousands of people were making plans to come unrelated to

13      the Oath Keepers.

14              He was never added to the op when he gets there.

15              You know, he did do security on the 5th, but so

16      did this defendant -- I mean, this witness.

17              THE COURT:  All right.  So what's the objection to

18      the statement?

19              MR. PEED:  The objection to the statement -- I

20      don't know if it's going to be prospective or retrospective.

21      If it's retrospective, then the objection would be that

22      Mr. Kandaris, the government has not proven is part of the

23      conspiracy.

24              THE COURT:  Well, if somebody is saying, I was at

25      the hotel with guns and ready to bring them into the

1   District of Columbia, right, it doesn't have to be a

2   co-conspirator statement, it can be a statement against

3   penal interest.

4         Mr. Kandaris, I don't know whether he's available

5   or not, we haven't established that.  And, frankly, I don't

6   know if it's his statement or Mr. Vallejo's statement.

7         MR. PEED:  He is available.  I had actually

8   contacted him.  He's not invoking.  And it's not against

9   penal interest if he's -- I mean, there's copious messages

10   that the Oath Keepers believed they could bring weapons to

11   save lives.

12         THE COURT:  Well, the fact that they thought that

13   doesn't make it a statement of penal interest if there's a

14   preponderance of evidence to believe that it could be.

15         So, you know, perhaps somebody who may think of it

16   as an innocent reason might not say it -- but I guess I'd

17   have to think about that.

18         But, look, you know, if somebody -- this is an

19   admission, and the question is it an admission of

20   Mr. Kandaris or is it an admission of Mr. Vallejo's.  And

21   I guess the question is, is it anything else.

22         MR. MANZO:  And then there will be testimony that

23   they planned to go back to the Capitol the next day.

24         THE COURT:  In combination with what you've just

25   said?

3541

1            MR. MANZO:  Correct.

2            And that they discussed routes and potentially

3    using a water transport.

4            THE COURT:  All right.

5            Those are clearly statements in furtherance of the

6    alleged conspiracy in Count 1, which extends beyond January

7    the 6th.

8            You know, there's also independent testimony from

9    Mr. Vallejo that -- or I shouldn't say testimony -- the one

10   Signal chat about going back into the city on January

11   the 7th that corroborates or at least is supported by what

12   he's about to testify to.

13           Whether it was said by Mr. Kandaris or

14   Mr. Vallejo, the other person's silence about going back

15   into the city, talking about routes, et cetera, all that

16   seems to me in furtherance of the conspiracy.

17           I do think there's a basis to put Mr. Kandaris as

18   part of the conspiracy by this point, given what he said to

19   Mr. Rhodes on the 6th, his continued support of everyone.

20           I think Mr. Kandaris was present when guns --

21   excuse me, at least things were being brought to the QRF

22   hotel.

23           I understand at least there's a tranche of

24   evidence to believe that Mr. Kandaris and Mr. Vallejo

25   brought weapons to the QRF hotel based upon the video and

1     other statements that were made.

2              So I do think it's proper that the testimony

3     that's about to be elicited is a co-conspirator statement

4     and is in furtherance of the conspiracy, okay?

5              (Open court)

6              THE COURT:  The objection is overruled.

7              MR. MANZO:  Thank you, Your Honor.

8     BY MR. MANZO:

9        Q     Let's just back up for one second.

10             So the person you described as Ponytail with the

11    long beard, did he have anything on his hands?

12       A     Yes, sir, he did.

13       Q     What did he have on his hands?

14       A     What looked like electrical tape around his

15    fingertips.

16       Q     All on his fingertips?

17       A     Yes, sir.

18       Q     Did you see him take that tape off during dinner?

19       A     No, sir, I did not.

20       Q     Did the person with the ponytail describe what his

21    background was?

22       A     Yes, sir, he said he was prior service military.

23       Q     And what type of military?

24       A     I guess the Army.

25       Q     What field did he work in?

1        A      Communications, if I recall correctly, sir.

2        Q      Now, during the dinner, you're sitting next to the

3   person you described as Ponytail and the person you

4   described as the Elector, correct?

5        A      Yes, sir.  I was sitting next to the Elector.

6        Q      Was there any discussion about a QRF at this

7   dinner?

8        A      Yes, sir, they were discussing that.

9        Q      What were they saying in particular?

10       A      That they had a --

11              MR. PEED:  Objection.

12              One more objection, Your Honor.

13              (Bench conference)

14              MR. PEED:  Our discussion, Your Honor, was about

15   the in-furtherance part.  I don't think we addressed the

16   statements about what happened before were in furtherance.

17   The Court made the ruling that Mr. Kandaris was a member of

18   the conspiracy at this point.

19              THE COURT:  No, I understand.

20              But these are all -- as I understand, this is part

21   of the conversation in which they're both describing what

22   happened and what they intend to do.

23              And I don't think you can reasonably sort of get

24   the full entirety of the statements that are clearly

25   co-conspirator statements without having context of what

1    else was said, even if there's some retrospective element to

2    it.

3            So I don't think the Rules of Evidence require

4    that kind of piecemeal approach when the entirety of the

5    statement is clearly a co-conspirator statement.

6            MR. PEED:  But I don't think this conversation

7    that's being introduced with this witness is in furtherance

8    of a conspiracy because this witness is not a conspirator.

9    They're rehashing the day.

10           THE COURT:  No, no, no, no, no, no.

11           They are talking amongst themselves, and he's --

12   the proffer has been that they are going to talk about going

13   back into the city the next morning.

14           MR. PEED:  Mr. Kandaris and Mr. Vallejo were.

15           THE COURT:  Correct.

16           MR. PEED:  When everyone was going home, they

17   still wanted to go check things out.

18           THE COURT:  That's fine.

19           MR. PEED:  That's the statement about the QRF and

20   what was happening on the 6th is retrospect to the 5th.

21           THE COURT:  And then we know Mr. Kandaris and

22   Mr. Vallejo attempted to meet up with Mr. Rhodes in Texas.

23           So they are continuing the association with

24   Mr. Rhodes after the 7th -- excuse me, after the 6th, the

25   discussion about the QRF hotel, and in combination with

1    returning the next day, seems to me continues to be in

2    furtherance of the conspiracy and what they continued to

3    want to do, and I don't think there's any issue here.

4            MR. PEED:  All right.

5            It just seemed retrospective to me, and so I think

6    it would be admissible against the speaker but not as a

7    statement in furtherance.

8            MR. MANZO:  We also think it would be an adoptive

9    admission whether it's Mr. Vallejo or Mr. Kandaris speaking.

10   The other person is sitting next to him.

11           THE COURT:  I mean, I think that's right.

12           I mean, if somebody is talking about having a

13   bunch of -- I don't know exactly what he's going to say, but

14   he's talking about a bunch of guns at a hotel.  And somebody

15   doesn't say otherwise, I do think there's an adoptive

16   admission quality to this.  So the objection is overruled.

17           (Open court)

18           THE COURT:  Objection is overruled.

19   BY MR. MANZO:

20       Q    Okay, Mr. Herrington.  The person with the beard

21   and The Elector, do they discuss where they were on

22   January 6th?

23       A    Yes, sir.

24       Q    Where did they say they were?

25       A    They were not at the Capitol, that they were at

1    another location waiting to be called to come in to the

2    Capitol.

3        Q    Did they say anything about a

4    Quick Reaction Force?

5        A    Yes, sir.

6        Q    What did they say about that?

7        A    That that's what they were going to be doing.  If

8    anything had happened and they were needed, that they were

9    going to be called and they were going to come in to the

10   Capitol area as a Quick Reaction Force.

11       Q    Could you describe the mood at this dinner?

12       A    Yes, sir.

13            I guess the best way to describe it would be if I

14   were to tell my kids we were going to Disney World but then

15   I told them they had to wait, like, a couple weeks, like

16   everybody was excited but, you -- know.

17       Q    Did the person you described as Ponytail and The

18   Elector talk about plans going forward or what they were

19   going to do the next day?

20       A    Can you say that again?

21       Q    Did The Elector and the person you described as

22   Ponytail talk about what they were planning to do the next

23   day?

24       A    Not that I recall the next day.  Not them, sir.

25            There was conversations with Mr. James and them

1    about more people coming up.  I recall that.

2        Q    Did Elector and Ponytail discuss going back to the

3    Capitol again?

4            MR. PEED:  Objection, Your Honor.  Leading.

5            THE COURT:  It's overruled.

6            Go ahead, you can answer.

7            THE WITNESS:  Can you ask that question again?

8    BY MR. MANZO:

9        Q    Did the person you describe as Elector and the

10   person you describe as Ponytail discuss going back to the

11   Capitol again?

12       A    Yes, sir.  They said that if more people came,

13   that they would -- everybody would go back to the Capitol

14   the following day.

15       Q    Did they discuss how they were going to get there?

16       A    Not specifically how they were going to get there,

17   but -- not them individually, but they were discussing

18   groups of people being bussed in from other locations across

19   the country.

20       Q    Was there a discussion of modes of transportation

21   about getting into Washington, D.C. itself?

22       A    Yes, sir, there was.

23       Q    What were those discussions?

24       A    There were discussions of concern of how to get in

25   with the roads being shut down and like the curfew on the

1    city and whatnot.

2        Q    And sorry, can you repeat that last sentence?

3        A    There was discussion about how to get in with the

4    roads being shut down and the curfew on the city, like how

5    to get back in.

6        Q    And was there any discussion of alternative ways

7    of getting in, aside from using the roads?

8        A    Yes, sir, I recall them talking about waterways.

9        Q    At some point, did you leave the dinner table that

10   night?

11       A    Yes, sir, I did.

12       Q    What happened?

13       A    After I finished eating, I wanted to go smoke a

14   cigarette.  I went to go outside, and the lady that was

15   working the front door informed they that they were locking

16   the doors, and that if I went outside, I wouldn't be allowed

17   back in.

18            So I went back to the table and got my check and

19   paid it, and then I went outside to smoke.

20       Q    When you were outside, did something happen?

21       A    Everybody came out when they were finished.

22       Q    Could you describe if, at any point, the mood

23   changed from that kind of anticipatory mode that you

24   described about your kids going to Disneyland to a different

25   mood?

1     A     Yes, sir, it -- it changed.  There were some

2 sidebar conversations going on.  It was like a covered

3 parking lot outside of the Olive Garden there.  And we were

4 standing around vehicles.  People were talking in groups.

5 And it's like the -- it's like -- hang on a second, if

6 that's okay.  Give me a second.

7          The mood, it changed from being, you know, happy

8 and excited, looking forward to something, to -- they

9 were -- everybody seemed scared and, like, turn the lights

10 on and roaches going different directions.  Like, everybody

11 just wanted to get out of there as soon as possible.  And

12 that was a pretty drastic change from being happy to being

13 like we have to go right now.

14     Q     So what did you do?

15     A     I got in the car that I rode there with, which was

16 Whip's car.

17     Q     Who else was in the car, if you remember?

18     A     Mr. Bentley.

19     Q     Where did you guys head toward?

20     A     We headed toward our hotel that we were staying

21 at.

22     Q     On the way to the hotel, did you learn why the

23 mood had changed?

24     A     Yes, sir.  There was conversation in the vehicle

25 that I guess Ms. SoRelle had been informed by somebody that

1    people were looking for Stewart and that we all needed to

2    get out of town as soon as possible.

3         Q    So what did you do?

4         A    Went and got everything out of the room, all my

5    stuff, put it in Mr. Bentley's car, and was ready to leave.

6         Q    And after you put your stuff back in Mr. Bentley's

7    car, did you go help anyone else?

8         A    Yes, sir, I did.

9         Q    What did you do?

10        A    Grabbed a luggage cart and went to Ms. SoRelle's

11   or Kellye and Stewart's room.  From what it appeared, they

12   were sharing a room.

13             And we loaded their stuff up on the luggage cart

14   and took it down to the parking garage and put it in the

15   cars.

16        Q    What type of stuff did you load up?

17        A    Various things, overnight bag, like makeup, hair

18   dryers, clothing.

19             There were plastic, I don't know, four or five

20   gallon bags with handles, like white plastic bags.

21        Q    Could you describe or did you see what was in

22   those plastic bags?

23        A    Yes, sir, gun accessories.

24        Q    What did you do after you loaded up items from

25   Mr. Rhodes' and Ms. SoRelle's room?

1    A    I'm pretty sure I smoked a cigarette.

2    Q    Okay.  Did you go and eventually get into her car?

3    A    Yes, sir, I did.

4    Q    Now, at this point, were there conversations going

5  on that you could observe that you weren't part of?

6    A    Yes, sir, there were.

7    Q    Could you describe who was speaking?

8    A    Yes, sir.  Ms. SoRelle and Stewart were talking.

9  And then Whip and Bentley were talking.  And Bentley and

10  Mr. Rhodes were talking.  Like they all had, like,

11  one-on-one conversations with each other.

12    Q    So when you got back into a car, which car did you

13  get into?

14    A    I got into Mr. Bentley's car.

15    Q    Do you remember who else was in Mr. Bentley's car

16  at that time, if anyone?

17    A    I don't believe there was anyone else in the car.

18    Q    Were there additional cars with you at that time?

19    A    In the parking garage, yes, sir.

20    Q    How did you all exit the parking garage?

21    A    There was a ramp that went up, and then I think we

22  went up the ramp and then turned right, and there were one

23  directional roads, you know, two of them separated by a

24  median.  We went down one and -- to the right, and then we

25  circled around those islands a couple of times, and then

1    exited the facility on the one that -- the road on the left.

2    So it would have been the outgoing lane.

3        Q    Was there any reason to circle the island a couple

4    times?

5        A    I'm not 100 percent sure why, but my assumption

6    is -- I'm not going to say my assumption, I'll restate that.

7            It seemed that they were trying to throw off

8    anybody or see if anybody was following them.

9        Q    And how many cars were in this convoy here?

10       A    Three or four.  I believe three.

11       Q    At some point, did the cars stop at a gas station?

12       A    Yes, sir.

13       Q    Can you describe what happened at the gas station?

14       A    Yes, sir.

15           One of the vehicles pulled up beside Mr. Bentley's

16   vehicle.  And I was on the passenger's side, so the gas, the

17   fuel pump is on the driver's side so I was away from the

18   fuel pump on the outside.

19           The car pulled up on my side and I was handed

20   something to put in Mr. Bentley's trunk.

21       Q    Who handed you the item?

22       A    Mr. Rhodes.

23       Q    What was the item?

24       A    It was a rifle.

25       Q    Could you describe the rifle?

3553

1    A    It was an AR-15, black.

2    Q    What did you do with the rifle?

3    A    I put it in the trunk, sir.

4    Q    What did you think when you were handed the rifle?

5    A    I was definitely caught off guard.

6         I wasn't expecting that at all.

7    Q    What happened next at this point?

8    A    Went inside, got something to drink, came back out

9  to the car.

10   Q    When you got back to the car, who was in the car?

11   A    Mr. Bentley and Mr. Rhodes.

12   Q    Where was Mr. Bentley seated?

13   A    He was driving, sir.

14   Q    Where was Mr. Rhodes seated?

15   A    He was in the front passenger seated.

16   Q    And did you get into that car?

17   A    Yes, sir, I was in the rear passenger's seat.

18   Q    Where did you head at that point?

19   A    We headed for Kentucky.

20   Q    Could you describe any interactions between

21  Mr. Bentley and Mr. Rhodes when you were driving back to

22  Kentucky?

23   A    Yes, sir, they were all non-verbal.

24        Mr. Rhodes didn't talk.  And from what I could

25  see, he was communicating back and forth with Mr. Bentley

1    through unsent text messages on his phone, like a note

2    option, like typing stuff out.

3         Q    Did Mr. Rhodes have his own phone at that point?

4         A    No, sir, he did not.

5         Q    Whose phone was Mr. Rhodes using?

6         A    He was using Mr. Bentley's, sir.

7         Q    What roads did you take to get back to Kentucky?

8         A    I can't remember right now exactly, but they

9    weren't major highways.  We took a bunch of back roads.

10        Q    Around about what time did you get back to

11   Kentucky?

12        A    A little after sunrise.  I'd say probably 6:30,

13   6:45.

14        Q    Could you describe your mood at that point?

15        A    Yes.  I was tired, amped up still.

16             My face was still burning.  My body hurt because

17   it was tense.

18             I was ready to go home.

19        Q    Whose house did you go back to?

20        A    Mr. Bentley's.

21        Q    What did you do when you got to Mr. Bentley's

22   house?

23        A    Smoked another cigarette.

24        Q    And then what did you do?

25        A    I got my stuff out of the trunk.

3555

1    Q    Where did you go after that?

2    A    I went home.

3    Q    Where was Mr. Rhodes when you headed home?

4    A    He was standing in the driveway with Mr. Bentley

5    when I pulled out.

6         MR. MANZO:  No further questions.

7         THE COURT:  All right.  Any cross-examination?

8         MR. WEINBERG:  Yes, Your Honor.

9                       - - -

10                   CROSS-EXAMINATION

11   BY MR. WEINBERG:

12   Q    Good morning.  How are you?

13   A    Doing well, sir.  Good morning.

14   Q    First, thank you for your service.  You served in

15   Iraq, correct?

16   A    Yes, sir.

17   Q    So you're the real deal, you had some combat

18   experience; is that fair to say?

19   A    I'm not the real deal, sir.

20   Q    I guess compared to some people.  You actually

21   served in combat; is that right?

22   A    Yes, sir, I did.

23   Q    You went with your friend to D.C., correct?

24   A    Yes, sir, that's correct.

25   Q    What kind of car was it that you guys rode in?

3556

1      A      It was an older Ford LTD, like old, old body

2    style.

3      Q      Like from like the '80s?

4      A      Yes, sir, sharp car.

5      Q      Before you went, were you vetted by anybody to go

6    to this event?

7      A      What do you mean vetted, sir?

8      Q      Well, it seems like from your testimony you were

9    around Stewart Rhodes; is that right?

10     A      Yes, sir, I was around Stewart Rhodes.

11     Q      And you were around Kellye SoRelle;

12   is that correct?

13     A      Yes, sir, I was.

14     Q      And you were around a gentleman by the name of

15   Whip, correct?

16     A      Yes, sir, I was.

17     Q      Okay.

18            And these are basically the leadership of the

19   Oath Keepers, do you agree, or do you know that?

20     A      At the time, the only person I was aware of was

21   Mr. Rhodes and I'd seen that from their website which I

22   visited like maybe once.

23     Q      Okay.

24            But I guess what I'm asking is, you're around

25   these individuals, correct?

3557

1      A    Yes, sir.

2      Q    And you know Mr. Rhodes is the head honcho,

3  correct?

4      A    Yes, sir.

5      Q    Were you vetted in any way?  Did they ask you to

6  provide your driver's license, concealed carry, anything to

7  prove that you were who you said you were?

8      A    No, sir, they did not.

9      Q    Okay.

10         Did they ever ask you if you worked for any

11  organization or anything like that?

12     A    No, sir.

13     Q    So you were around the leadership just because you

14  were Mr. Bentley's friend?

15     A    Yes, sir.

16     Q    Okay.

17         I don't have any other questions.  Thank you.

18         THE COURT:  Ms. Halim?

19         MS. HALIM:  No questions, Your Honor.

20         THE COURT:  Mr. Shipley?

21         MR. SHIPLEY:  No questions.

22         THE COURT:  Mr. Peed?

23

24

25

3558

```
 1                          - - -

 2                    CROSS-EXAMINATION

 3   BY MR. PEED:

 4        Q    Good morning, Mr. Herrington.

 5        A    Good morning, sir.

 6        Q    My name is Matt Peed.  I represent Mr. Ed Vallejo.

 7        A    What did you say your name was again?

 8        Q    Matt Peed.

 9        A    Nice to meet you, sir.

10        Q    Nice to meet you.

11             You came to D.C., you said.  You'd been talking to

12   your friend Landon Bentley, right?

13        A    Yes, sir.

14        Q    And you and Mr. Bentley, did you travel together?

15        A    Yes, sir, I rode with him.

16        Q    Did you bring a firearm?

17        A    Yes, sir, I did.

18        Q    To your knowledge, did Mr. Bentley bring a

19   firearm?

20        A    He didn't bring a firearm.

21        Q    Okay.

22             THE COURT:  Could you say that again?  I didn't

23   hear you.

24             THE WITNESS:  He did not bring a firearm.

25             THE COURT:  Thank you, sir.
```

3559

BY MR. PEED:

    Q    All right.

        And what did you do with your firearm when you got to D.C.?

    A    My firearm never made it to D.C., sir.  On the way, we were told that firearms weren't allowed in D.C. and that we had to put them at the hotel.

    Q    You stayed at a hotel in Virginia?

    A    Yes, sir.

    Q    Us in D.C., we tend to use the word D.C. more broadly because we all come back and forth.

        So in Virginia, thank you for correcting me, you took your firearm to the hotel in Virginia, right?

    A    Yes, sir.  It was at the -- I left it at the hotel, yes, sir.

    Q    And you came to D.C. because you believed the election had been tampered with, right?

    A    That's not why I came to D.C., sir.

    Q    Well, you were under the assumption the election may have been tampered with, right?

    A    I was -- I think everybody was under the assumption -- with the news and the media and stuff that was out there on the whole event, everybody had some kind of thought that something was going on.

    Q    Okay.

3560

1          And you also had heard about protesters being

2    attacked before by people like Antifa, right?

3          A    Yes, sir.

4          Q    Okay.

5          And you had discussions about Oath Keepers being a

6    force that would protect people at events, right?

7          A    Can you say that question again?

8          Q    You'd had discussions, before you came to

9    Washington, D.C., about the Oath Keepers being a group that

10   would protect protesters, right?

11         A    Yes, sir.

12         Q    Protect them if they are --

13         A    To protect people.  I don't know about protesters

14   but to protect people.

15         Q    Protect people from -- and stop them from getting

16   attacked by people like Antifa?

17         A    Correct, sir.

18         Q    And you didn't think that was right that people

19   would attack -- that people like Antifa would attack people,

20   right?

21         A    I don't think it's right for anybody to attack

22   anybody, sir.

23         Q    And you wanted to be a part of a group that might

24   help protect people from attack, right?

25         A    Correct.

3561

1      Q      And so you came to D.C. area and left your firearm

2    in the hotel, and then on the morning of January 5th, you

3    went into D.C., right?

4      A      The morning of January --

5      Q      The morning of January 6th, you went into D.C.,

6    right?

7      A      The morning of January 6th, yes, sir.

8      Q      And you were with Mr. Bentley, right?

9      A      Yes, sir.

10     Q      And one of the first things people did that

11   morning in the group you were with, right, were gathered

12   together and sort of organize for the events they were going

13   to be doing that day, right?

14     A      Not really, no, sir.

15     Q      Do you remember Mr. Bentley trying to pass out

16   armbands?

17     A      No, I do not.

18            I remember passing out breakfast sandwiches.  We

19   were kind of -- we were at a statue and given a bagful of

20   McDonald's sandwiched and kind of just told to pass them out

21   as people came in.

22     Q      Okay.

23            Were you passing them out just to Oath Keepers or

24   everyone?

25     A      It was Oath Keepers, sir.

3562

1      Q    Okay.

2           So you guys are gathering on the morning of the

3      6th for breakfast, right?

4      A    Not necessarily breakfast.  We were just at a

5      location, and it was on, I guess, everybody's way into the

6      area, so we were kind of like a -- I don't know, like a

7      common point.

8           THE COURT:  Mr. -- I'm sorry.  Why don't you

9      finish your statement, sir.

10          THE WITNESS:  Yeah.  We were just -- we were just

11     standing there with a bag of breakfast sandwiches, passing

12     them out to whoever that we had seen the night before that

13     were Oath Keepers or whoever wanted one that -- you know,

14     that's what we were doing.

15          THE COURT:  Okay.  Mr. Peed, could I just ask you

16     to get on the phone for a second.

17          (Bench conference)

18          THE COURT:  Mr. Peed, how long do you expect your

19     cross to be?

20          MR. PEED:  Possibly 20 minutes.

21          THE COURT:  Okay.

22          (Open court)

23          THE COURT:  Ladies and gentlemen, let's take our

24     morning recess.  It's a little after 11:00 now.  We will

25     resume at 11:20.  See you all shortly.  Thank you very much.

3563

1          COURTROOM DEPUTY:  All rise.  This Court stands in

2    recess.

3          (Jury exited the courtroom.)

4          THE COURT:  Okay.  Mr. Herrington, you can step

5    down, sir, and I'll just ask you to be back outside a little

6    bit before 11:20 and ask you not to discuss your testimony

7    with anyone during the break.

8          You all can have a seat.

9          I just want to add to the record the reasons why

10   I think Mr. Herrington's statement about -- statements at

11   the Olive Garden are admissible.

12         One, I think in addition to what we already said

13   on the record in terms of what Mr. Vallejo and Mr. Kandaris

14   were discussing, I think those are both statements of future

15   intent that can come in.  And I think we already talked

16   about adoptive admissions insofar as the retrospective

17   statements are going in.

18         It's rarely invoked, but it's arguably even coming

19   under the residual hearsay exception.  There's a high degree

20   of accuracy based upon all of the evidence that's been

21   admitted about what Mr. Kandaris and what Mr. Vallejo did on

22   that day to, I think, establish the reliability of the

23   statement that he just conveyed.  All right.  We'll see

24   everybody shortly.

25         COURTROOM DEPUTY:  All rise.

1          This Court stands in recess.

2          (Recess from 11:04 a.m. to 11:21 a.m.)

3          COURTROOM DEPUTY:  All rise.

4          The Court is now in session; the Honorable Amit P.

5   Mehta now presiding.

6          THE COURT:  Please be seated, everyone.  Thank

7   you, all.

8          COURTROOM DEPUTY:  Jury panel.

9          (Jury entered the courtroom.)

10         THE COURT:  Please be seated, everyone.

11         Mr. Peed.

12  BY MR. PEED:

13     Q    I'm going to step back a little bit from where we

14  were before the break, Mr. Herrington.

15         Your friend, Landon Bentley, had invited you to go

16  to an Oath Keeper event in Louisville, correct?

17     A    He had invited me to go --

18         MR. MANZO:  Objection as to scope.

19         THE COURT:  It's overruled.

20         THE WITNESS:  He had invited me to go to one in

21  Louisville, and I didn't go to that one with him, sir.

22  BY MR. PEED:

23     Q    He didn't invite you?

24     A    He did, but I did not go to that one.

25     Q    So he invited you to that one, and you felt kind

3565

1    of guilty for not going to that with him, right?

2        A    Yes, sir.

3        Q    And that was in connection to the Breonna Taylor

4    trial, right?

5        A    Correct.

6        Q    And after that one, you did go to an event in

7    Olive Hill, correct?

8        A    Yes, sir.

9        Q    And at that event, you saw Antifa, people you

10   believed were Antifa, and you saw the Oath Keepers, right?

11       A    Yes, sir.

12       Q    And the people that you perceived as being with

13   Antifa, they had rifles there, right?

14       A    Can y'all hear me on this?  We're good.  Okay.

15           Can you repeat that?

16       Q    Yeah.  The Antifa people that you saw at the Olive

17   Hill event had rifles, right?

18       A    Yes, sir.  I don't know if they were Antifa or

19   not.  They were dressed in all back and had like tactical

20   vests on and facemasks.

21       Q    And you perceived them to be Antifa, right?

22       A    Yes, sir.

23       Q    All right.

24           So going back to your journey here, when you first

25   got to the hotel, you dropped off your firearm, right?

1     A     Yes, sir.

2     Q     And then you and Landon went to the Capitol area,

3  right?

4     A     Correct, sir.  After we dropped our bags at the

5  hotel, we went to the Capitol area.

6     Q     And Whip was there, right?

7     A     Yes, sir.

8     Q     And there were already events going on, as far as

9  you could see, right?

10    A     That was my first time ever being to Capitol.

11  There were people everywhere, which doesn't seem to be an

12  out-of-the ordinary thing --

13    Q     Sure.

14    A     -- now that I've been up here a few times.

15    Q     After some time there with Whip and Landon, you

16  went back to the hotel the night of the 5th, right?

17    A     Correct, yes, sir.

18    Q     And then you and Ms. SoRelle went to a liquor

19  store that night, right?

20    A     Yes, sir.

21    Q     And then when you got back from the liquor store,

22  you went back to the hotel, right?

23    A     Can you say that again?

24    Q     You went back to the hotel from the liquor store?

25    A     No, sir.

1          I don't believe so.  We were at a hotel in D.C.

2    when all that was going on.

3          Q    Okay.

4          A    We weren't at our hotel in Virginia.  We were at a

5    hotel in Washington, D.C.

6          Q    So you went from the liquor store to a D.C. hotel?

7          A    Yes, sir.

8          Q    Okay.

9          And at the hotel, you saw Stewart Rhodes making a

10   video, right?

11         A    There was a group of people that were making a

12   Facebook Live video, and Stewart Rhodes was amongst them,

13   yes, sir.

14         Q    And the Facebook Live video involved other groups

15   like Latinos for Trump, right?

16         A    Yes.  Yes, sir.

17         Q    Was there also Veterans for Trump?

18         A    Yes, sir, I believe so.

19         Q    And in that discussion, you heard Stewart Rhodes

20   talking about the Insurrection Act, right?

21         A    Yes, sir, I believe.

22         Q    And you understood, from what Mr. Rhodes was

23   saying, that his view of the Insurrection Act was that the

24   President could call upon -- could invoke the Insurrection

25   Act and call upon regular people to join the militia, right?

1          MR. MANZO:  Again, objection to scope and others'

2    intents.

3          THE COURT:  I'll sustain it insofar as how the

4    question is phrased.

5    BY MR. PEED:

6      Q    What was your understanding of what Stewart Rhodes

7    was saying about the Insurrection Act?

8          THE COURT:  That's sustained too.  You can ask him

9    what Stewart Rhodes said about it.

10   BY MR. PEED:

11     Q    What do you recall Stewart Rhodes saying about the

12   Insurrection Act?

13     A    At the time of the Facebook Live video?

14     Q    Yes, sir.

15     A    I don't recall really anything about the

16   Insurrection Act at the time of the video.

17          And it was like a hotel suite so there were like

18   separate rooms.  And where they were videoing it, they were

19   sitting in front of a fireplace, which was kind of like in

20   the middle of the suite, and I was just like kind of off

21   into another room, so I didn't really hear everything that

22   was being said on the video.

23     Q    Okay.

24     A    And honestly, I can't recall the video itself or

25   that -- that whole hotel conversation, that's -- that

1    doesn't really stick out that much in my mind.

2         Q    Okay.  Well, you were there in the D.C. area and

3    had brought a firearm, right?

4         A    I was in the D.C. area, yes, sir, and I had

5    brought a firearm with me but left it in Virginia with my

6    bag.

7         Q    But it was your understanding that if the

8    President invoked the Insurrection Act, you might use a

9    firearm at the orders of the President while you were here?

10             MR. MANZO:  Objection; scope.

11             THE COURT:  That is sustained.

12             MR. PEED:  Scope, Your Honor?

13             THE COURT:  I don't understand the relevance of

14   the question.

15             MR. PEED:  Can we get on the phones?

16             THE COURT:  Sure.

17             (Bench conference)

18             MR. PEED:  So, Your Honor, the thrust of his

19   testimony for the government is that people who were

20   saying -- identifying themselves as QRF were ready to bring

21   weapons to the Capitol.

22             So as the Court knows --

23             THE COURT:  Well, I know that, but what's the

24   relevance of what he was going to -- what he thought about

25   the Insurrection Act?

3570

1          MR. PEED:  Because he was standing there with

2    alleged co-conspirators Whip, Bentley.  They're there at the

3    Capitol.  Whip is supposedly the operational leader; he's

4    telling him everything what about to do.

5          And if his understanding was that he was going to

6    use a weapon as part of the Insurrection Act and that weapon

7    was going to be coming from a hotel, I mean, that's the

8    heart of the case, Your Honor.

9          THE COURT:  Well, that's not what you asked him.

10   So, I mean, you haven't laid the foundation.  You just sort

11   of said, this was your thought.  I mean, where is this

12   coming from?  What's the basis of your understanding of what

13   he's going to say?

14         MR. PEED:  So in the grand jury, he testified that

15   he heard Stewart Rhodes talking about the Insurrection Act.

16   He understood from Stewart Rhodes the Insurrection Act was

17   something the President could invoke.  If it was invoked,

18   that people could be called up to the militia to fight on

19   behalf of the President and that he personally expected that

20   if that happened, he would use a firearm on behalf of the

21   President as part of this group.

22         MR. MANZO:  But his intent is not important here.

23   He is relaying the events of --

24         THE COURT:  Yeah, but Stewart Rhodes' is, which is

25   why I could care less about his intent, which is why

1    I wanted to know where it's coming from.

2          I mean, I can instruct the jury that it's not

3    coming in for the truth but for simply bearing on

4    Mr. Rhodes' state of mind and what he heard Mr. Rhodes

5    saying and his state of mind.

6          But you haven't asked the question in a way that

7    would elicit that evidence.

8          MR. PEED:  I will say, Your Honor, I think this

9    witness's state of mind is also relevant because he's part

10   of the group that the government is saying was going to use

11   firearms for illegal purposes.

12         THE COURT:  I haven't heard him be identified by

13   anybody as a co-conspirator.

14         MR. PEED:  Well, I challenge that Mr. Vallejo is a

15   co-conspirator.

16         THE COURT:  I understand you challenge it, but

17   he's been charged by the grand jury as a co-conspirator, so

18   that's what we're here to determine.

19         MR. PEED:  And so the actions of Mr. Vallejo

20   supposedly being willing to bring weapons.  If another

21   person is a member of the security details and the

22   Oath Keeper events that day, had the same perspective of, if

23   the President invokes the Insurrection Act, this is when

24   firearms can be used.

25         THE COURT:  He already had that perspective based

1    on what you've told me based on what Mr. Rhodes said, right?

2        So you haven't asked the question, did you hear

3    Mr. Rhodes talk about the Insurrection Act and what did he

4    say?  You haven't asked it.  And I'm telling you, you can

5    ask him that.  So ask him those questions, as opposed to

6    what was your understanding.  His sort of general

7    understanding doesn't matter.  What Mr. Rhodes had to say

8    does matter.

9        MR. PEED:  If --

10        THE COURT:  Mr. Peed, are we done?

11        MR. PEED:  Well, I understand that.

12        The next question -- before I get an objection to

13    the next question.

14        So the next question is, did you personally

15    understand that you could use a firearm if he invoked the

16    Insurrection Act.

17        THE COURT:  His intent about whether he could use

18    a firearm is not relevant.  He's not a co-conspirator, it

19    doesn't bear on your client's state of mind.  Okay?

20        You can ask him questions about the basis for what

21    other people -- how the jury can determine other people have

22    said -- I mean, what they've said.

23        But his sort of general understanding about the

24    Insurrection Act is not relevant.  We went through this in

25    the first trial.  The government conceded that defendants,

1    co-defendants, co-conspirators and their understanding of

2    the Insurrection Act is relevant and can be admitted, and

3    that's what I'm telling you you can do.

4                MR. PEED:  Understood, Your Honor.

5                (Open court)

6    BY MR. PEED:

7        Q    Okay.

8             Getting back to that hotel scene where they're

9    making the Facebook Live video, you heard discussions of the

10   Insurrection Act, right?

11       A    I don't recall at this time if I heard discussion

12   of the Insurrection Act during the video.

13       Q    Okay.

14            Do you recall other times where, with

15   Stewart Rhodes, people were discussing the Insurrection Act?

16       A    Yes, sir.

17       Q    And what do you recall from what Mr. Rhodes said

18   about the Insurrection Act or what people said in

19   conversations with Mr. Rhodes?

20                MR. MANZO:  Objection to the question.

21                THE COURT:  Sustained as it's framed.

22   BY MR. PEED:

23       Q    What do you recall about Mr. Rhodes saying about

24   the Insurrection Act while you were present?

25       A    I recall, I think it was the night of the 5th, we

3574

1    were walking between locations and he said that he had spoke

2    with the President directly about the Insurrection Act and

3    that we were a standby for that.  That's what I recall, sir.

4        Q    When you said, "we're on standby," who did you

5    understand "we" to mean?

6        A    The group of people that were up there with the

7    Oath Keepers.

8        Q    Did you understand yourself to be part of that

9    group?

10       A    Not a member but I was with -- I was hanging out

11   with them, so I mean --

12       Q    So you understood yourself to be part of the group

13   Stewart Rhodes was talking about?

14       A    Yeah, yes, sir, I guess I did.

15       Q    And on the morning of the 6th, you went downtown

16   with Landon, right?

17       A    Can you say that again?

18       Q    The morning of January 6th you went downtown with

19   Landon Bentley?

20       A    Yes, sir, we Ubered to the Capitol.  It was like a

21   statue right outside the Capitol Building.  We Ubered right

22   to, pretty much that statue, and got out.

23       Q    Your understanding of the plan for the day was to

24   provide security at the big Trump rally, right?

25       A    I was not aware of any plans or orders to do

1    anything.  From my understanding we were just going to hang

2    out, we were just going to be there.

3         Q    Okay.

4              Do you recall telling the government that your

5    understanding of the plan for the day was to be at the Trump

6    rally?

7         A    Can you say it again?

8         Q    Do you remember telling the government that you --

9    that the plan for the day as you understood it was to go to

10   the Trump rally?

11        A    I mean, that's what was going on that day, sir.

12   I don't recall exactly, but if y'all have a transcript of

13   that, are you talking about from my first testimony or...

14        Q    Well, you had some meetings with the government,

15   right, before you testified to the Grand Jury?

16        A    I've had a bunch of meetings at this point, yes,

17   sir.

18        Q    I'm just trying to see if you remember what you

19   discussed with the government in those meetings.

20        A    I mean, that was obviously what was going on on

21   the 6th, but, as far as I know, we were -- the Oath Keepers

22   were there to make sure nobody got attacked and that there

23   were going to be separate -- like different locations set up

24   around the D.C. area where people were going to be watching

25   the speech, like remotely, and that we were going to be

3576

1    hanging out at those sites while people were watching it.

2            Yeah, that was my assumption.  That's what I was

3    under the assumption of what was happening on the 6th.

4    Q    Okay.

5            Now, Stewart Rhodes had talked about the

6    Insurrection Act and expressed the view that the President

7    could invoke the Insurrection Act, right?

8    A    Stewart Rhodes was saying that, yes, sir.

9    Q    And he said if the President invoked the

10   Insurrection Act, that members of the Oath Keepers group

11   might be called upon by the President, right?

12   A    Correct, that's what Mr. Rhodes was saying, yes,

13   sir.

14   Q    And he said, in that instance, members of that

15   group might be called upon to use weapons on behalf of the

16   President, right?

17   A    Yes, sir.

18   Q    And you were part of those discussions -- you

19   heard them talking about that, right?

20   A    It was a group of maybe 10, 12 people and we were

21   walking down the sidewalk, and if -- Stewart, if I recall,

22   he was towards the front of it and I was toward the back of

23   it.  And I don't -- it wasn't anything directly to me, it

24   was just kind of a conversation that he was having more or

25   less with himself and the people behind him while -- as he

3577

1   was walking.  If that makes any sense.

2       Q    And there was no discussion about using weapons to

3   attack the Capitol, right, that you heard?

4       A    Not that I heard, no, sir.

5            I mean, not at that time.  Like at the --

6       Q    In relation to the Insurrection Act?

7       A    So in my mind, I'm still back walking down the

8   sidewalk.

9       Q    On what day is it?

10      A    That was the 5th.

11      Q    The 5th?

12      A    Yes, sir.  That's what my thoughts are tied to

13   right now.  So in the response, that's what it's tied to.

14   Can you clarify your question?

15      Q    Yeah.  Well, we'll just take it day by day.

16           So on the 5th when you're walking with this group

17   for -- as I understand it, you went down with this group

18   when you first got there on the 5th before going back to the

19   hotel that night, right?

20      A    Yes, sir.

21      Q    Okay.

22           And you didn't hear any discussions about

23   attacking the Capitol, did you?

24      A    No, no, sir.

25           I don't recall that.

3578

1        Q    But you did hear them talking about the

2   Insurrection Act?

3        A    Yes, sir.

4        Q    And Stewart Rhodes was saying that the President

5   could invoke --

6             THE COURT:  It's already been asked and answered,

7   Mr. Peed.

8             Ladies and gentlemen, the testimony insofar as

9   what you've heard about the Insurrection Act is not being

10  offered for the truth of what the Insurrection Act may or

11  may not allow.  It's simply being offered for the fact that

12  Mr. Rhodes uttered the words that he did and perhaps what

13  his understanding of the Insurrection Act permits, but not

14  for the truth of it one way or another -- not for the truth

15  of what the act permits.

16            Go ahead, Mr. Peed.

17            MR. PEED:  All right.

18  BY MR. PEED:

19       Q    And you understood that from what Mr. Rhodes was

20  saying, he was saying that the militias, if called upon

21  under the Insurrection Act, would support whatever the

22  government needed?

23       A    Yes, sir.

24       Q    They wouldn't be against the government, right?

25       A    No, sir.  Right, that's the -- this is America.

1    That's, from my understanding, everybody there wanted

2    America to be great, like, which it is, it still is, always

3    has been.

4        Q    And if the Act was used and these groups were

5    brought up, that they'd be working against people opposing

6    the President?

7            MR. MANZO:  Objection; calls for speculation.

8            THE COURT:  Sustained.  You could ask him about

9    what Rhodes said.  I've been clear about this.

10           MR. PEED:  I'm trying to, Your Honor.

11           THE COURT:  No, you're not.  Ask the question the

12   way that we've talked about.

13   BY MR. PEED:

14       Q    Based on what Stewart Rhodes said and you heard,

15   his understanding was that --

16           THE COURT:  No.

17           MR. MANZO:  Objection.

18           THE COURT:  What did Mr. Rhodes say?  Period.

19   BY MR. PEED:

20       Q    Mr. Rhodes said that the Insurrection Act could be

21   used to call people up to support the President, correct?

22       A    Yes, sir.

23       Q    And to suppress an insurrection of people trying

24   to stop the President from enforcing the act?

25       A    Yes, sir.

3580

1           THE COURT:  From the what?

2           MR. PEED:  From enforcing the act.

3           THE COURT:  Okay.

4   BY MR. PEED:

5       Q    Now, on the morning -- at a certain point on the

6   6th, you were standing with Michael Greene, who you knew as

7   Whip, and you heard explosions near the Capitol, right?

8       A    Can you say that again?

9       Q    You were standing with Whip at a certain point on

10  the 6th, and you heard -- you all heard explosions near the

11  Capitol?

12      A    Yes, sir.

13      Q    And the group started making its way towards the

14  Capitol after that point, right?

15      A    Yes, sir.

16      Q    And you lost communications with Stewart Rhodes

17  around that time, right?

18      A    I never had communications with Stewart Rhodes,

19  sir.

20      Q    Okay.  The group you were in lost -- Mr. Whip lost

21  communications with Mr. Rhodes?

22      A    I don't know if he lost communications or not,

23  sir.

24      Q    You and Mr. Whip and others went to the area of

25  the Capitol after hearing those explosions, right?

3581

1    A    Correct, sir.

2         We heard explosions, and naturally it's what -- I

3    don't know if it's what normal people do, that's what

4    soldiers do, they look toward the direction of the sound,

5    and we saw smoke so we started moving toward that area, sir.

6    Q    And at that point, no one had told you that it was

7    the plan for you to go to the Capitol, right?

8    A    No, sir.  It was more or less, There's something

9    bad happening over there, we need to get there over and see

10   what's happening.

11   Q    Okay.

12        And when you got there, there was a discussion

13   about whether to go into the Capitol, right?

14   A    Like, when we got there?

15   Q    Yeah.

16   A    No.  No, sir.  There wasn't -- there wasn't a

17   discussion when we got there.

18        When we got there, it was just like -- I mean, it

19   was hell.  There was people running, people fighting.  There

20   was grenades being thrown, smoke everywhere, tear gas.  It

21   was -- there was no discussion about going in, it was more

22   or less just like, What in the world's happening right here.

23   Q    Okay.

24        So maybe I misunderstood the timeline.

25        Before -- on the way as you go -- as you're

1   walking towards the Capitol, people were talking about

2   whether to go in, right?

3       A   On the way?  No, sir.

4       Q   Do you recall there being a discussion with Whip

5   about whether to go into the Capitol at some point after you

6   heard the explosions?

7       A   Yes, sir, we were -- when we were standing -- it

8   was after -- it was quite a bit into the incident there.  It

9   was quite a bit of time into it.

10      Q   So it was when you got to the Capitol but not

11   right when you got to the Capitol?

12      A   Correct.  Yeah, it was -- we were standing there

13   on the lawn, kind of just watching stuff.

14          At that time, they hadn't taken the top of the

15   steps yet.  The Capitol Police, or whoever was there, still

16   had it kind of barricaded and had a line there.

17          And then as all of that kind of went on, we kind

18   of moved around.  There was old women that were crying and

19   falling down, they couldn't see.  They were -- so we were,

20   you know, kind of just walking around the crowd trying to

21   help people.

22      Q   And Whip said he's not going into the Capitol,

23   right?

24      A   Correct.  Yeah, none of us wanted to go in the

25   Capitol.

1      Q    None of the group you were with wanted to go into

2    the Capitol?

3      A    Correct.

4           And the group I was with was Whip and Mr. Bentley.

5    Those were the two that I stayed with the entire -- pretty

6    much the entire time I was in Washington.

7      Q    And at some point, members of the Oath Keepers

8    came near where you were standing, right?

9      A    No, sir, not to where we were standing.  We met at

10   a location on a corner of the Capitol Building.

11          I can't recall whose direction that was or how it

12   was put out, but it's like we moved to a direction -- like

13   to a location and there was a bunch of people there.

14     Q    And there was discussion about trying to figure

15   out who went in and who didn't go in, right?

16     A    There was discussions amongst the group that

17   gathered there.  It wasn't like a topic of like, Hey, who

18   went in.  It was more or less people just kind of talking

19   back and forth about it.

20     Q    And the whole time from when you heard the

21   explosions until that discussion, no one in the group you

22   were with ever talked about wanting to go into the Capitol?

23     A    Correct.

24     Q    I don't mean to be disrespectful, but I have to

25   ask some questions.

3584

1          The night before January 6th, you had gone to a

2    liquor store with Ms. SoRelle?

3    A    Yes, sir.

4    Q    And you had -- you testified in your direct you

5    had some drinks on the way to the restaurant, the

6    Olive Garden?

7    A    On the 6th?

8    Q    On the 6th.

9    A    Yes, sir.

10   Q    Do you feel like you have a drinking problem?

11   A    I've had a drinking problem throughout my life,

12   pretty much ever since I've gotten back from Iraq, 2008 till

13   pretty much now.

14         I've had a drinking problem.  It's affected all

15   areas of my life, my occupation.  I've lost friends over it.

16   I've made a bunch of mistakes.  I've lost a job, lost a

17   marriage, twice now.  Yeah, I've had a drinking problem,

18   yes, sir.

19   Q    Thank you for that.  I mean, I appreciate the

20   honesty.

21         As you sit here today, you have two open DUI cases

22   pending against you, right?

23   A    That is correct, yes, sir.

24         MR. PEED:  All right.  Thank you.  Thank you for

25   your service.

1           No further questions.

2           THE COURT:  Okay.  Redirect.

3           MR. MANZO:  Thank you, Your Honor.  Just briefly.

4                     -  -  -

5                     REDIRECT EXAMINATION

6    BY MR. MANZO:

7       Q    Do you have Stewart Rhodes' phone number?

8       A    No, sir, I do not.

9       Q    You smiled.  Why did you just smile?

10      A    I had to think.  Like, it's never a question that

11   you asked me, that I've been asked.

12      Q    Do you have Whip's phone number?

13      A    No, sir.

14      Q    Do you have Kellye SoRelle's phone number?

15      A    No, sir, I do not.

16      Q    Do you have the phone number of somebody named

17   Don Siekerman?

18      A    Never heard of him.

19      Q    Were you in any Signal chats?

20      A    No, sir, I was not.

21      Q    Were there conversations January 5th and 6th that

22   you were excluded from?

23      A    Yes.

24      Q    Do you know why?

25      A    I do not know why, but I'm assuming it's because

1    I'm a nobody.

2         Q    Okay.

3              When you came to D.C., did you deposit your

4    firearm in some other hotel room with other people, or did

5    you keep it in your own hotel room?

6         A    In my own hotel room, sir.

7         Q    You were asked a number of questions about Antifa.

8    Do you remember that from Mr. Peed?

9         A    Yes, sir.

10        Q    Was there any discussion about Antifa the night of

11   the Olive Garden dinner?

12        A    Not that I recall.

13        Q    No one was talking about Antifa?

14        A    Not that I recall.

15        Q    Was there any talk about the Oath Keepers helping

16   people, at that dinner?

17        A    Not that I recall.

18        Q    Was there any talk about -- well, let me back up

19   for one more second here.

20             Are you an attorney?

21        A    No, sir, I'm unemployed.

22        Q    Have you ever heard about the Insurrection Act

23   other than it coming from Stewart Rhodes?

24        A    I'd heard -- no, not that I can recall, sir, no.

25        Q    And to the best of your knowledge, was the

3587

1    Insurrection Act invoked on January 6th?

2         A    No, sir.

3              MR. MANZO:  No further questions.

4              THE COURT:  Okay.  Mr. Herrington, thank you for

5    your time and your testimony, sir.  You are free to step

6    down, and safe travels home.

7              THE WITNESS:  Thank you, Your Honor.

8              MR. MANZO:  The government calls Special Agent

9    Jenny Banks back to the stand.

10             COURTROOM DEPUTY:  Please raise your right hand.

11             (Witness is placed under oath.)

12             COURTROOM DEPUTY:  Thank you.

13             THE COURT:  All right.  Agent Banks, welcome back.

14             THE WITNESS:  Thank you.

15             THE COURT:  I'll ask you to remove your mask if

16   you're comfortable doing so.  Thank you.

17

18

19

20

21

22

23

24

25

```
 1                              - - -

 2   JENNIFER BANKS, WITNESS FOR THE GOVERNMENT, HAVING BEEN

 3   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 4   FOLLOWS:

 5                  DIRECT EXAMINATION (CONTINUED)

 6                              - - -

 7                              - - -

 8   BY MR. MANZO:

 9        Q    Agent Banks, could you introduce yourself again to

10   the jury by stating and spelling your name.

11        A    Yes, Jennifer Banks.  J-e-n-n-i-f-e-r.  Last name

12   is Banks, B-a-n-k-s.

13        Q    And can you remind the jury what you do for a

14   living?

15        A    Special Agent with the FBI.

16        Q    And what division do you serve in?

17        A    The Cellular Analysis Survey Team, also

18   abbreviated as CAST.

19             MR. MANZO:  And, Your Honor, I'd seek to have

20   Agent Banks requalified as an expert in cell site analysis.

21             THE COURT:  Any objection?

22             MS. HALIM:  No objection.

23             THE COURT:  Okay.  We'll requalify and recognize

24   Agent Banks to be an expert in cell site analysis.

25             Just a reminder, ladies and gentlemen, experts do
```

3589

1    have the ability to offer opinions.  However, your

2    evaluation of that opinion -- the evaluation of that opinion

3    is yours, and you should consider that opinion based upon

4    all of the evidence in the record and any other factors that

5    you think are relevant to the opinion and the credibility of

6    the expert.

7    BY MR. MANZO:

8        Q    Ms. Banks, or Agent Banks, did we also ask you to

9    prepare additional maps and diagrams in addition to the maps

10   we showed the jury during your first testimony?

11       A    Yes.

12       Q    And can we pull up 9501 at this point.

13            And have you reviewed 9501 prior to your testimony

14   here today?

15       A    Yes.

16            MR. MANZO:  The government seeks to move in 9501.

17            MR. WEINBERG:  No objection.

18            THE COURT:  9501 is admitted.

19                                   (Government's Exhibit 9501
                                       received into evidence.)
20

21            MR. MANZO:  Okay.  Ms. Badalament, can we go to

22   the second page of 9501.

23   BY MR. MANZO:

24       Q    Can you remind the jury just very briefly what

25   cell site analysis is, and then we'll work through this map

3590

1    a little bit.

2        A    Yes.

3            Basically cell site analysis is taking the call

4    detail records received from the service provider, T-Mobile,

5    AT&T, what have you, looking at the calls, texts of the

6    available data sessions and determining what cell site was

7    used at the time of those pieces of activity.

8            And then we locate that specific cell ID on -- on

9    the tower list and then plot that latitude/longitude and

10   potentially a degree of azimuth and we depict that on a map.

11       Q    Okay.  Let's turn to page 2 of 9501 here.

12           Or go back one page, Ms. Badalament.

13           What are we looking at here on page 2 of 9501?

14       A    So this is an overview of cell tower activations

15   for a phone number (406) 291-6558, believed to be used by

16   Stewart Rhodes.

17           It's an overview from January 7th to January 11th

18   showing just the tower.  Like the red dots represent the

19   latitude and longitude of where the tower is located that

20   this phone it was used during that time frame.

21       Q    What did you learn about this phone and its

22   movements?

23       A    That the phone departed the Washington, D.C., area

24   around 5:30 a.m. on January 7th, 2021 and began moving

25   southwest out of the area and continued along major

1    interstates and roads and then ended up in Dallas, Texas, on

2    January 11th, 2021.  First registration we see in that area

3    is at 12:27 p.m. that day.

4         Q    Okay.  And can you explain to the jury what your

5    call-out box here in the bottom right hand of the frame

6    means?

7         A    So in this instance, I saw, obviously, the phone

8    had use on January 7th and then all of a sudden again on

9    January 11th in Texas.

10              So I'm going to look at what's happened in between

11   there because I had no cell-site activity.

12              Sometimes we see a phone actually turns the phone

13   on and flies, but in this case it we had almost four days

14   apart.

15              So in looking at that, it looked like the phone --

16   so there was one voice call on January 6th at 8:52 and then

17   there was not another voice call until the 11th.

18              And then there was no SMS activity or MMS

19   activity.

20              And then further looking at the data sessions,

21   there was one on January 7th and then nothing until

22   January 11th.

23              So I'm just noting this so that I recall when the

24   last instance that there was user-driven activity on this

25   phone and that was January 6th at 8:52.

1    Q    When you say user-driven activity, can you explain

2    that a bit more?

3    A    Yes.  So to make a call or receive a call and to

4    answer it, the user has to do something on their device.

5         Data sessions, while those were still ongoing in

6    the background, they may not necessarily have done anything.

7    Now, could they have still been the user of this phone still

8    have been using that phone up until January 7th?  Yes.  But

9    user driven that I know is user driven is an answered voice

10   call or received or sent voice call.

11   Q    So is it fair to say that this route from the D.C.

12   area down here approaching Knoxville, that's I-81?

13   A    Correct.

14   Q    Okay.

15        Now, let's back up for a second here.

16        Can we go to the next page, please,

17   Ms. Badalament.

18        What are we looking at here on this page, page 3?

19   A    So this is a similar type of analysis of phone

20   number ending in 2416, believed to be used by

21   Kellye SoRelle.

22        A review of that activity of that device showed

23   that on January 6th, at 11:51 p.m., that device began to

24   leave the Washington, D.C., area.

25        And then we see an arrival in Huntsville, Alabama,

3593

1    on January 8th at 5:48 p.m.

2        Q    And what road does this phone appear to be

3    traveling down?

4        A    It travels on I-81.

5        Q    Was this user-driven activity?

6        A    These are voice and SMS, so, yes.

7        Q    And as we get close to Huntsville, Alabama, here,

8    what is the time that it, I guess, to Huntsville, Alabama?

9        A    5:48 p.m. on January 8th.

10           MR. MANZO:  Let's go to the next page, please,

11    Ms. Badalament.

12    BY MR. MANZO:

13        Q    What are we looking at here?

14        A    So this is now a continuation of that same device.

15    We just had more activity so I split that into two maps.

16           In addition, this phone seems to have some back

17    and forth activity between Dallas and Austin.

18           So this phone appeared to leave the Huntsville,

19    Alabama, area on January 9th at 12:52 a.m.

20           So if you recall the last slide, if you could go

21    back one, we have January 8th at 5:48, so it appears to have

22    hung out for, what is that, six hours almost.

23           You can advance forward, please.

24           So the phone left the Huntsville, Alabama, area

25    and then moved towards Texarkana into Texas.

3594

1          You didn't see a lot of registrations there
2    because I'm just showing the SMS and voice, but there were
3    data sessions to indicate that this phone continued to
4    travel.  There's just so many of those, I don't plot every
5    single one of those.  The voice and SMS show the travel
6    adequately.
7          We see that that phone goes straight from when it
8    arrives into the Texas area, it moves down to Austin, and
9    arrives there on January 9th at 2:30 p.m.
10          So it looks like it kind of drove for about 12
11    hours there, which made sense.
12          And then the next morning the phone begins to move
13    up to Dallas, Texas, on January 10th at 4:44 p.m. so that's
14    kind of afternoon, I guess.
15    Q    Let's go to the next slide, please.
16          What are we looking at here?
17    A    Similar, this is the cell tower activations used
18    by phone ending in 4304, a phone believed to be used by
19    Joshua James.
20          On January 7th, this phone leaves the D.C. area at
21    7:31 in the morning and begins to move south, southwest out
22    of there, and ultimately ends up in Arab, Alabama, on
23    January 7th at 7:48 p.m.
24    Q    And can we go to the next slide, please.
25          What are we looking at here?

3595

1          A    This phone seems to have kind of stayed the

2    evening through Arab, Alabama, and then begins to depart

3    that area at 9:33 a.m. on January 8th.  And then moves

4    towards Austin, Texas, and arrives in that area on

5    January 9th at 2:58 p.m.

6          Q    So by around about 1:10 of 1/10/21, where is

7    Joshua James' phone?

8          A    So then on the 9th, the phone stays down in

9    Austin, Texas, and then moves up to Dallas on the 10th at

10   7:55 p.m., in that later hours of the day.

11         Q    At this time, are there any other phones that

12   you've analyzed and talked about in your testimony that also

13   appear in the Dallas, Texas, area?

14         A    I can't remember right now.  If you advance

15   through the report.

16              MR. MANZO:  Ms. Badalament, can you flip back?

17              THE WITNESS:  I'm sorry.

18              MR. MANZO:  And flip back again.

19   BY MR. MANZO:

20         Q    Is Kelly SoRelle's phone in the Dallas, Texas,

21   area on 1/10?

22         A    Oh, yes.

23              I'm sorry, I thought you meant were there any

24   others.

25              These are the two I recall, yes.

1          MR. MANZO:  Ms. Badalament, can we flip back to

2    Stewart Rhodes' phone on the second slide.

3    BY MR. MANZO:

4        Q    And what does this slide show here, page 2 of

5    9501, regarding Stewart Rhodes' phone?

6        A    That it's in Dallas, Texas, on the 11th.

7        Q    And what does it mean when you -- do these red

8    dots mean that it's user-driven activity again?

9        A    Correct.

10       Q    Now, I want to outline one thing here, or actually

11   I'd ask you to.

12           Can you outline the state of Kentucky on this map?

13       A    Outline it?

14       Q    Yes.

15       A    Yes, sir.

16       Q    And does Stewart Rhodes' phone appear to ever go

17   into the state of Kentucky?

18       A    No.

19       Q    Okay.

20           Let's now go forward to Joshua James' map here.

21           And we'll go forward one more slide.

22           Okay.  Did we also ask you to analyze Ed Vallejo's

23   phone?

24       A    Yes.

25       Q    Can we go to the next slide, please.

3597

1        Did we ask you to look at the morning of

2   January 7th?

3        A    Yes.

4        Q    What does this slide show on the morning of

5   January 7th?

6        A    That the phone used cellular resources in

7   Washington, D.C., downtown, like on the Mall and Capitol

8   area.

9        Q    Can you explain to the jury what's going on here?

10       A    So these are data sessions.  So there wasn't any

11  voice or SMS, but these are actual data sessions.  So,

12  again, it's not -- I don't know whether the user

13  intentionally, like, opened up a data session or a Web

14  browser, what have you, but the times here indicate the time

15  that that session was begun and the actual antenna used.

16       And so you see the phone at 7:11 a.m. uses antenna

17  near the Capitol area.  And then at 7:27 as well, and then

18  at 7:45, it begins to move west towards the western side of

19  the D.C. Mall, but really up kind of towards the

20  White House.

21       And then that final registration is at 8:07 in the

22  morning.

23       Q    Can we go to the next slide, please.

24       What are we looking at here in regard to

25  Mr. Vallejo's phone?

3598

1    A    This is an overview for Mr. Vallejo's phone ending

2    in 6843.  That phone leaves the D.C. metro area on

3    January 8th, 2021, at 9:03 a.m., and then travels southwest

4    through Dallas and then ultimately in Arizona on

5    January 13th, 2021, at 9:13 p.m.

6    Q    Okay.

7         MR. MANZO:  And, Ms. Badalament, can you zoom in

8    on the area from here over to here.

9    BY MR. MANZO:

10   Q    And, Agent Banks, do you recognize this road as

11   being I-40?

12   A    Yes.

13   Q    Does the phone appear to be moving along this road

14   here on I-40 as it returns to Arizona?

15   A    No.

16        MR. MANZO:  Ms. Badalament, can we now go back and

17   pull up 9500.  This is your prior exhibit, and go it to

18   page 8.

19   BY MR. MANZO:

20   Q    What are we looking at here on page 8?

21   A    This was the map supporting my previous testimony,

22   showing the Vallejo phone, or the phone ending in 6843,

23   traveling towards D.C.

24   Q    And does it appear to be going on this northern

25   Route 40 to head east?

1     A    Oh, yes, it travels a different way going than

2    coming back.

3     Q    Okay.  New topic.

4          Have you reviewed call detail records associated

5    with Mr. Stewart Rhodes?

6     A    Yes.

7          MR. MANZO:  And can you, Ms. Badalament, pull up

8    2409.1.

9    BY MR. MANZO:

10    Q    And what do you recognize 2409.1 to be here?

11    A    This is a screenshot of the Verizon VoLTE records

12    of Mr. Rhodes' phone ending in 6558.

13    Q    Are the Verizon records thousands of rows long?

14    A    Yes.

15          MR. MANZO:  At this point, Your Honor, we'd seek

16    to move in pursuant to a business record certification,

17    2409.1.

18          MR. WEINBERG:  No objection.

19          THE COURT:  All right.  2409.1 is admitted.

20                              (Government's Exhibit 2409.1

21                                received into evidence.)

22    BY MR. MANZO:

23    Q    Okay.

24          Can you walk the jury through what this CONF

25    server designation means of these phone records?

3600

1      A    Yes.  So as I look line by line at each call

2  activity and set of records, like, in this case, I started

3  out, you see the record open date time -- let me go ahead

4  and explain the titles first to you.

5            The record open date/time is the -- this is a call

6  I'm showing in local time.  It's subtracted, the five hours.

7  That's why it says GMT minus 5.

8            Their records are traditionally kept in universal

9  coordinated time, but you have to subtract out 5 to get to

10 local to where that cell tower is, which, in this case, that

11 tower was located in D.C.

12           Excuse me, I can't remember the exact tower in

13 this occasion, so disregard that.  But the record open

14 date/time is in local time.

15           The direction shows kind of who's calling.  So in

16 this case, the capital M indicates that that's a Verizon

17 mobile, so it shows it's a mobile terminating, meaning they

18 are getting the call.  So it terminates with them.

19           And then we have the MSISDN.  That's the actual --

20 the number we requested, the call records we requested.

21           The called number is who is being called.  So in

22 this case, as I said, it's a mobile terminating.  The 6558

23 is the phone that received the call.

24           The next line is the calling party number.  That's

25 who made the call.  So sometimes you'll see the 6558 there

1    if it's an outgoing.

2         The SOU is the seconds of the call.

3         And then the RAT is just what kind of antennas

4    were being used.  It gets a little more technical there.

5         But when we look at that in totality, we start

6    seeing lines as we go, right.  And in this case, 316 seconds

7    is about a -- oh, geez, I've got to do my math real quick.

8    It's a six-, seven-minute call, right.  If you divide that

9    by 60 seconds.

10        So if you look, that call started at 2:31.  If you

11   add six minutes to that, it's past when these other sessions

12   began.

13        So I know that this number 99 -- ending in 9968,

14   you see that in the calling party number, that called

15   Mr. Rhodes at 2:31.

16        And then as those two individuals potentially were

17   having a conversation, another caller called in, number

18   ending in 0600, and likely the person, you know, cut over.

19        And then at 2:32, the user, in this case, the

20   conference server, indicates that Rhodes in some way merged

21   the calls or created a conference call.

22        And then those individuals continued to talk for

23   another 285 seconds.

24   Q    Okay.

25        Let's pull up 1500.2, and go to 9 minutes and

```
1    25 seconds.

2              And just play it forward for two seconds here.

3              One more.

4              Thank you.

5              The statements about calls at the top of this

6    screen here at 9:28, are these consistent with the phone

7    records that you've just talked about and analyzed as part

8    of your testimony here?

9         A    Yes.

10             MR. MANZO:  New topic.

11             Government seeks to admit 2414.1 and -- 2414.1 and

12   2414.3 pursuant to business records certifications and to

13   first pull up and publish 2414.3.

14             MR. WEINBERG:  No objection.

15             THE COURT:  All right.  2414.1 and -.3 are

16   admitted.

17                        (Government's Exhibit 2414.1 and -.3
                                received into evidence.)
18

19             MR. MANZO:  And, Ms. Badalament, can you just zoom

20   in here on the top part of 24.

21             Can we get the header, too, I'm sorry.

22   BY MR. MANZO:

23        Q    What are we looking at here in 2414.3?

24        A    This is the call detail records for a Republic

25   wireless phone, No. (770) 356-5476.
```

1           MR. MANZO:  And now can we pull up 2414.1.

2           And, Ms. Badalament, can you zoom in in this

3    section here.

4    BY MR. MANZO:

5    Q    And what is 2414.1?

6    A    These are the T-Mobile call detail records for the

7    number ending in 9475.

8    Q    And can you again explain to the jury how Republic

9    Wireless works in relation to these T-Mobile records?

10   A    Right.

11          So I think as I said in my testimony last time,

12   T-Mobile will record any of the instances where a Republic

13   Wireless user needed to use the cellular network.

14          Republic Wireless is mostly a WiFi based service.

15   So the other records you saw there, that longer sheet, are

16   all the voice calls that person made using that WiFi.

17   Q    And I want to ask you a couple questions about

18   these records here.

19          What is IMEI?

20   A    That is the International Mobile Equipment

21   Identifier.

22   Q    What does that mean?

23   A    So each actual handset or device has its own

24   unique IMEI.  So if you take your phone and use it at

25   another provider, it stays the same.

3604

1      Q    Do some companies also give their own identifiers

2  to a particular device?

3      A    Yeah, yeah.

4           They know the IMEI, though, that -- like, we'll

5  send legal process of the IMEI to Google or Apple to help us

6  determine what is their Google or Apple ID, for example.

7      Q    Okay.

8           And what is the name that Apple would give to a

9  device?

10     A    So they have like the Global Unique ID.  They

11  called it a DSID as well.

12     Q    Okay.

13          And now, are these the records associated with

14  Mr. Moerschel's phone?

15     A    Yes.

16     Q    And can you say whether you saw activity in the

17  period of November 2020 to January 2021 with the phone

18  number associated with Mr. Moerschel?

19     A    Yes.

20     Q    Okay.

21          Final topic.

22          Can we pull up 2413, please.

23          What are we looking at here in 2413?

24     A    This is the phone number ending -- these are AT&T

25  call detail records that I analyze for the number ending in

3605

1    6396.  This is the voice section, voice usage.

2        Q    And is this the phone associated with Mr. Hackett?

3        A    Yes.

4        Q    And can you just tell the jury briefly what's

5    going on here with these records?

6            JUROR:  We can't see it.

7            MR. MANZO:  Oh, I'm sorry.

8            The government seeks to admit 2413.

9            MS. HALIM:  No objection.

10           THE COURT:  2413 is admitted.

11           Thank you.

12                              (Government's Exhibit 2413
                                    received into evidence.)
13

14           MR. MANZO:  Ms. Badalament, if you could just zoom

15   in here on a couple rows.

16   BY MR. MANZO:

17       Q    What are we looking at here?

18       A    So this is the call detail report.  The connection

19   date and time is similar to most.  They all -- all the call

20   detail records generally provide the same information.

21           AT&T formats, there's a little different in that

22   they'll give you seizure time, elapsed time, so you can tell

23   when they hit send and then the time it took until they

24   actually got in the call, and then that went for a duration.

25   That's what those two represent.

1          The originating and terminating numbers show you

2     who kind of started the call and where it ended, so that'll

3     indicate direction to you as the reader.

4          And then the IMEI and MZ are also here.  So, for

5     example, if someone gets a new phone, a handset, during the

6     course of their having that same number, we'll see it as

7     IMEI change.

8          So this person had an Apple iPhone 6.  If they

9     were to get an iPhone 7, we'd see that change in the

10    records, assuming they kept the same phone number and

11    account with AT&T.

12         And then you have the MZ here, that's unique to a

13    user on AT&T's network.

14         The subscriber identity.

15         Connection time also helps -- or CT also starts to

16    help you understand the direction of the call.

17         And then we have feature.  And then the cell

18    location.  The feature will tell you if it's voice mail.

19    There's a lot of features we have to look up, I don't have

20    them all memorized, but the cell location is -- indicates

21    what cell site was used during that call.

22         And in AT&T, you may see multiple in that line to

23    show those handoffs.

24    Q    Thank you.

25         So, was the phone associated with Mr. Hackett in

1    the CDRs, call detail records that you just looked at, show

2    activity in the period of November 2020 to January 2021?

3        A    Yes.

4            MR. MANZO:  No further questions.

5            THE COURT:  Okay.  Any cross-examination?

6            MR. SHIPLEY:  Nothing for Mr. Minuta.

7            MS. HALIM:  I don't have anything, Your Honor.

8            MR. WEINBERG:  No questions, Judge.

9                        - - -

10                   CROSS-EXAMINATION

11   BY MR. PEED:

12       Q    Good morning.

13       A    Good morning.

14       Q    Do you recall the government showed you a slide of

15   Mr. Vallejo's phone on the morning of January 7th?

16       A    Yes.

17       Q    All right.

18            The government didn't ask you to plot cell towers

19   his phone connected with on January 6th downtown in D.C.,

20   correct, the day before?

21       A    I looked at all the dates, but I don't remember

22   where his was on that date.

23       Q    They didn't ask you to map it?

24       A    Correct, I wasn't asked to do a report showing

25   Mr. Vallejo's activity on the 6th.

1          MR. PEED:  Thank you.  No further questions.

2          THE COURT:  All right.  Any redirect?

3          MR. MANZO:  No, Your Honor.

4          THE COURT:  Okay.  Agent Banks, thank you very

5    much for your time and testimony.  You may step down.

6          THE WITNESS:  Thank you, sir.

7          THE COURT:  Mr. Nestler.

8          Can we get on the phone for a second.

9          (Bench conference)

10         THE COURT:  Can't hear you, Mr. Nestler.

11         MR. NESTLER:  Would it be okay if we broke for

12   lunch now?  We need to talk with Mr. Lieberman about the

13   next information we're going to elicit based on the search

14   of Mr. Hackett's house based on Your Honor's ruling this

15   morning, and we have a couple of clarifying questions.

16         THE COURT:  I'm sorry, so this is the agent -- or

17   the officer that searched Mr. Hackett's home?

18         MR. NESTLER:  Correct.

19         And so our next two witnesses, who are both in

20   from out of town, are the agents who searched Mr. Hackett's

21   home and also the agents who did the forensic examination,

22   and we need to talk with them briefly before they go on the

23   stand and also ask a couple of clarifying questions of

24   Your Honor based on this morning's rulings.

25         THE COURT:  Okay.

1          All right.  I mean, how many witnesses this

2     afternoon?

3          MR. EDWARDS:  Your Honor, so we had intended to

4     talk with you about it during lunch, but these are our final

5     two witnesses for the day.

6          We had five out-of-town witnesses scramble to get

7     here for Monday.  We anticipated a little more cross.  We

8     got a bit of a limiting ruling this morning.  So these five

9     out of ten witnesses, and given the precedent of the first

10    trial and this trial, we weren't sure we'd get through five,

11    but these are our final witnesses for the day.

12         THE COURT:  Okay.

13         (Open court)

14         THE COURT:  Okay.  We are going to take our lunch

15    break slightly early today.  So it's now 12:15, and it will

16    be a little longer than usual.  I've just got to talk to the

17    parties about a few things.  So we'll resume at 1:30.

18         Just the same typical reminders as usual.  Thank

19    you all very much.  Enjoy your lunch break, we'll look

20    forward to seeing you soon.

21         COURTROOM DEPUTY:  All rise.

22         (Jury exited the courtroom.)

23         THE COURT:  All right.  Please be seated,

24    everyone.

25         Okay.

1            MR. NESTLER:  Yes, Your Honor, so to clarify

2    Your Honor's ruling from this morning, I'm sorry, I didn't

3    want to do it this morning when we were bringing the jury

4    in.

5            THE COURT:  No, that's fine.

6            MR. NESTLER:  So we are not going to introduce

7    evidence of the seven long guns recovered from Mr. Hackett's

8    house.

9            There were three handguns recovered from his

10   house; one in a safe in his bedroom and two in a bag stashed

11   in the attic.  Inside that bag in the attic were hundreds,

12   if not a thousand rounds of ammunition, as well as similar

13   magazines.

14           So we plan to introduce here live in court the

15   three firearms and as well as photographs of all three of

16   those firearms, including the ammunition recovered with the

17   two that were in the bag in the attic, and we also plan to

18   introduce, related to firearms, the firearms case recovered

19   from the attic.

20           THE COURT:  Okay.

21           MR. NESTLER:  I wanted to make sure that was clear

22   before we started.

23           THE COURT:  Okay.

24           MS. HALIM:  I'm going to leave my mask on if

25   that's okay.

1          So I would object to the physical firearms being

2     shown to the jury.  I understand, given the Court's ruling,

3     that under 401, the photos may be relevant, it might be a

4     relevant fact that he did, in fact, possess those firearms.

5     But I would say to go a step further and show them to the

6     jury, particularly when the government hasn't been able to

7     tie any particular firearm to the charged -- the relevant

8     charged conduct in this case, on balance under 403, that

9     that would take it just a little bit too far.

10          I would also object to both photographs, and

11    I don't think I heard Mr. Nestler to say they intended to

12    introduce the actual ammunition, but I would object to

13    photographs or the physical ammunition coming in.  I don't

14    think it is relevant given the facts of the case.

15          THE COURT:  I'm sorry, you object to the

16    photographs of the ammunition?

17          MS. HALIM:  Correct.

18          THE COURT:  Okay.

19          MS. HALIM:  Correct.  And then there's no

20    objection to the case, the plastic gun case.

21          THE COURT:  Right.  Okay.

22          MR. NESTLER:  We don't plan to bring the

23    ammunition here into court, it's voluminous.  We plan to do

24    that by showing the photograph, and again, there's an

25    athletic bag with ammunition and two guns inside of a bag.

3612

1    And we have the bag as it was found and then all the

2    contents displayed in photographs.

3            THE COURT:  Okay.

4            So, look, I'll overrule the objections in terms of

5    displaying both photos of the weapons and bringing them into

6    court.  I don't think it's unduly prejudicial for the jury

7    to both see where the weapons were found and then to

8    actually see the weapon in court.  It's sort of routinely

9    done and I think it's appropriate in this case for the jury

10   to see that and I don't think it's unduly prejudicial and

11   the weapon is the weapon.

12           And then the photographs and the ammunition,

13   again, they're relevant and they're not unduly prejudicial.

14   He had them and they are presumably of a caliber that is

15   consistent with the handguns.

16           MR. NESTLER:  It's everything.  It's both handgun

17   and rifle ammunition all in the same bag.

18           THE COURT:  Yeah, I mean, as long as -- you're not

19   going to elicit the different calibers, I take it?

20           MR. NESTLER:  I wasn't planning to go through the

21   different calibers.  I was planning to go through, this is

22   ammunition this is handgun ammunition, this is rifle

23   ammunition, it's all together in the bag.  That's how

24   Mr. Hackett had these stored in the attic.

25           MS. HALIM:  And the photographs will show, you'll

1    be able to see that they're different types.

2              THE COURT:  Okay.  So that seems a little

3    academic.

4              All right.  So that's that.

5              Let's talk about the iCloud issue.

6              Ms. Halim, we had discussed this before the

7    weekend and I had asked you, would you agree that the

8    records themselves could come in, and you said that you

9    wanted to think about it.  Have you given it further

10   thought?

11             MS. HALIM:  And then I got struck with fever and

12   any thinking that I did do was not particularly salient,

13   unfortunately.

14             I think my argument as to the downloaded -- the

15   iCloud documents is that while they may be -- they're not

16   relevant if there's no one to explain them, or, said another

17   way, it is potentially dangerous to put something in front

18   of the jury that then the jury has to interpret themselves.

19   And so I would move to preclude them on that basis.

20             I'd also, while I'm up here, I'd like to ask the

21   government what exhibits of those that they've provided to

22   us that they intend to introduce through Agent Cain.

23   I believe, based on Your Honor's ruling, that Exhibit 9700

24   in totality will not come in, but I'd like to clarify that,

25   please.

3614

1          MS. HUGHES:  No, that is not the government's

2     position.  9700 in totality includes, from the extraction,

3     it includes -- maybe easiest, I'm happy to bring up the

4     exhibits if that would be easiest at this point.

5          Also, just to respond in brief to Ms. Halim's

6     first point, we would argue that as agents have done

7     throughout this trial, referring to search warrant returns,

8     explaining the search warrant return refers to a particular

9     account, and then it certainly would be as simple as just

10    reading through the data, though.

11         And once I bring up this exhibit, it may be

12    helpful to explain and just make sure that we are clear in

13    terms of what we would seek to do through Examiner Cain.

14         So with respect to Mr. Hackett, certainly based on

15    the Court's ruling, the first slide, the second slide, the

16    third slide, the fourth slide would be excluded.

17         What we would seek to do is simply to explain that

18    this search warrant return was provided in response to a

19    request in connection with Mr. Hackett's iCloud, which is

20    something that an agent could do, which has been done --

21    similar testimony has been provided throughout this trial

22    not by an expert.

23         What Agent Banks just did was she explained what a

24    global unique ID is.  So Examiner Cain would not even

25    explain what a global unique ID is.  She would simply say,

1   this global unique ID relates to the phone, which is, again,

2   just something any agent could do.

3           And then I would ask her to read the content name,

4   she would just say Signal private messenger, which is as it

5   appears in the returns themselves, and the dates that they

6   relate to and that is all.

7           And then the second slide, just so the totality of

8   her -- I can pause here or I can explain what else I would

9   seek to have her testify to if it would be helpful.

10          THE COURT:  So this slide relates less to

11  testimony than to meaning.  So what is your understanding of

12  what the first column represents, which is create-TS?

13          MS. HUGHES:  I think it would be enough for her to

14  say, under the create column, are there dates and times, she

15  would say yes.

16          THE COURT:  No, no, my question is less about what

17  we'll permit her to say than what it means.

18          MS. HUGHES:  So this report name, this is how it

19  appears.

20          So the first -- this text at the top is created by

21  the actual returns themselves, and so it says, "Update and

22  redownload details."  So those date refer to update and

23  download details as it pertains to Signal.  There's just a

24  date and time that correlates to those update and downloads.

25          THE COURT:  In layman's terms, these are

1    essentially iCloud backup dates?

2            MS. HUGHES:  Correct.  It's actually iCloud

3    documenting when Signal is updating on the phone.

4            So this unique ID, which Agent Banks described and

5    which Examiner Cain would not even have to explain beyond to

6    say that this relates to Mr. Hackett's phone, physical

7    phone, and this is just the date and time of updates.

8    That's all she would say.  She wouldn't opine any further

9    than that.  In fact, there's no opining, she really would

10   just be reading the search warrant return.

11           And there's another search warrant return that we

12   would also like to get in, but we can pause there.

13           THE COURT:  And just to be clear, because I wasn't

14   clear when you sent me the spreadsheet over the weekend or,

15   I'm sorry, the slide deck over the weekend, the image here,

16   which is titled "AMS updates_account" and that entire image,

17   is that what you received from Apple?

18           MS. HUGHES:  Correct.

19           THE COURT:  That is not anything that the

20   government has added, subtracted to.

21           So if we actually had the hard document, that's

22   what it would look like?

23           MS. HUGHES:  Yes.

24           My understanding is that there perhaps were cells

25   in between that were deleted just to make it fit in one.

 1    But nothing has been added or documented or annotated in any

 2    way.  This is simply the columns as they appear in the

 3    returns.

 4         MS. HALIM:  Your Honor, I would like to see the

 5    originals before I weigh in on this, please.

 6         THE COURT:  I suppose -- well, I certainly would

 7    like Ms. Halim to take a look at the originals.

 8         Look, I think -- I am where I was the other day in

 9    the following sense, that the underlying documentation, as

10    an admissibility matter, in other words, does it meet a Rule

11    of Evidence that would enable it to be admitted, I think it

12    does.  These are -- I think, you've got business records

13    certifications, correct.

14         MS. HUGHES:  Correct, Your Honor.

15         THE COURT:  So these are business records of Apple

16    that they maintain of Mr. Hackett's account.  So that box

17    for admissibility is checked.

18         Then the question becomes, well, is there some

19    danger of admitting this type of record without any

20    accompanying testimony, would it cause the jury to speculate

21    or draw inferences that might be unduly prejudicial,

22    et cetera, et cetera.

23         I certainly think, as to the first couple records,

24    which, Ms. Hughes, you've already said will not be admitted,

25    that would be required.  I mean, anybody -- you would

1  have -- need some interpretation and, therefore, the jury

2  would have to speculate as to what the record means.

3           This one, I'm not sure there's any real

4  interpretation required.  I mean, it is a report that's

5  described as update and download details related to DSID.

6  I mean, you know, the agent would obviously identify what

7  this is, but that's not really providing any real -- any

8  testimony that would be covered either by 701 or 702.

9           And then just the contents of the document are the

10  contents of the document.

11          And we can talk about, before closing, what the

12  government intends to argue as an appropriate inference from

13  the record, but we can save that for later.

14          Ms. Halim.

15          MS. HALIM:  I understand that.

16          THE COURT:  Okay.

17          MS. HALIM:  That's acceptable.

18          MS. HUGHES:  Should I continue just to make

19  sure --

20          THE COURT:  So assuming Ms. Halim takes a look at

21  the originals and is satisfied that this, in fact, is

22  consistent with the originals.

23          MS. HUGHES:  Thank you, Your Honor.

24          We would do something -- this is page 2 of that

25  same chart.  So this is the same thing, it's just the date

1   range.

2           THE COURT:  Right, you sent me the full chart.

3           MS. HUGHES:  The next is the exact same format,

4   update and download.  Instead, it refers to TextMe, which

5   there's already been testimony about what TextMe is.  It

6   gives you an additional phone number on your phone.

7   Mr. Hackett used two phone numbers, that is incredibly

8   relevant for our presentation of his Signal -- of his Signal

9   user name.

10          MS. HALIM:  I need to interrupt.  I can't find

11  that.  It's not on USAfx.  Can you remind me how and when I

12  got that, please, Ms. Hughes.

13          MS. HUGHES:  Certainly.

14          It's been admitted at trial so I can give you the

15  exhibit number, Ms. Halim.

16          This is just -- it's the same sort of setup,

17  though, it's just TextMe, dates, iPhone, same unique ID.

18          THE COURT:  Can you remind me again,

19  I don't recall what the TextMe evidence was.  Can you just

20  jog my memory.

21          MS. HUGHES:  Certainly, I can bring up the TextMe

22  exhibit, in fact.

23          MR. NESTLER:  Agent Harris testified to it as one

24  of our first witnesses just to be clear.

25          THE COURT:  That's why I don't remember.

1          MS. HUGHES:  It's been a lengthy process here.

2          So this was the exhibit, this was 2426, for the

3     record.  And it shows that Mr. Hackett had TextMe, that he

4     has a TextMe phone number.  It is this phone number ending

5     in 2509.

6          And this explains why Mr. Hackett has two phone

7     numbers, and they both appear.  And actually, at very

8     specific times, he switches over and uses his TextMe phone

9     number on his phone to use Signal.

10         And so this has already been introduced.  The

11    TextMe iCloud portion is just the corollary.  And, again,

12    there's no additional interpretation required.

13         THE COURT:  Can you flip back to the iCloud?

14         MS. HUGHES:  Certainly.

15         So this is -- and this correlates --

16         THE COURT:  And, again, these are also -- this is

17    just backup dates?

18         MS. HUGHES:  Correct.

19         THE COURT:  Although it doesn't -- go to the top

20    again.

21         So it says -- the report description is exactly

22    the same, "Update and redownload details related to DSID."

23    Okay.

24         MS. HUGHES:  The final -- and what Examiner Cain

25    will do for all of the defendants is she will explain that

1    as part of her examination and her investigation in this

2    matter, she looked at all of the devices that were seized in

3    connection with this investigation and summarized which

4    Signal groups any particular defendant was a member of, and

5    she looked at, across phones, what was their first message

6    and what was the last message she could find.

7              So we are presenting this for at least Mr. Hackett

8    and Mr. Moerschel.  This is -- again, the government would

9    argue is not expert testimony, it is summary evidence of the

10   information that she has analyzed.  And so it's a date [sic]

11   of just the dates of his messages.  And I believe --

12             THE COURT:  What does "source" mean, Rhodes,

13   Greene.  That's the source phone?

14             MS. HUGHES:  That's the source phone.  That's the

15   physical phone that Signal was present on.

16             THE COURT:  Right.

17             MS. HUGHES:  There again, these are the

18   two numbers that Mr. Hackett used.  So the first number

19   ending in 6396 is his device number.  And the device -- the

20   number ending in 2509 is the TextMe number.

21             THE COURT:  Okay.

22             MS. HUGHES:  And that is the extent primarily for

23   Mr. Hackett.  I'm happy to go through the others as well if

24   you think it would be prudent.

25             For the others, though, there isn't the same

 1    artifact analysis.  It is -- for the others, it is an

 2    analysis of which text messages were found on the phone and

 3    the date ranges of those text messages, and then what are

 4    the -- what's the Signal footprint we know from other

 5    devices.

 6              THE COURT:  Okay.

 7              Ms. Halim, any objection to the summary charts and

 8    the summary -- the suggested summary testimony to accompany

 9    those charts, or at least what the government contends is

10    summary testimony?

11              MS. HALIM:  I do not think that I do.

12              THE COURT:  Okay.

13              All right.  Anything else we need to talk about?

14              MS. HALIM:  I do have another question.  9704, I

15    saw that number identified, and I just want to inquire what

16    that is and if the government intends to introduce that

17    through Agent Cain.

18              MS. HUGHES:  Certainly.

19              That is similar to the summary exhibits we just

20    went through.  The 9704 is an exhibit that's been shared

21    with defense.

22              MS. HALIM:  Was that the email that we got at

23    almost 11:00 p.m. last night?

24              MS. HUGHES:  Yes, Ms. Halim, it is.

25              MS. HALIM:  Okay.

3623

1              MS. HUGHES:  This is a one-call -- a one-row,

2    one-page exhibit that just summarizes she tabulated how many

3    messages were sent.  And that is the date range that

4    correlates with the individual graphs that were provided and

5    is just a tabulation, and that's it.

6              THE COURT:  A tabulation of?

7              MS. HUGHES:  How many messages, Signal messages

8    across devices, were sent in the time periods at the top.

9              MS. HALIM:  And, Your Honor --

10             MR. WEINBERG:  These are all from all groups?

11             MS. HUGHES:  These are from the groups that are

12   just specified in the groups that relate to your defendants.

13             So for Mr. Hackett, it is all of those groups that

14   were listed across the two phone numbers.  For

15   Mr. Moerschel, it is all the groups that are listed across

16   that one number.  For Mr. Vallejo, it is just

17   "D.C. Op Jan. 6".

18             MS. HALIM:  I have no objection to this so long as

19   I am then permitted to introduce each and every one of those

20   messages, the 390, which I won't be in a position to do

21   today with Agent Cain, but I will.

22             THE COURT:  You mean the 200?

23             MS. HALIM:  No, it's 200 --

24             THE COURT:  Oh, no, 390.  There's two columns.

25             MS. HALIM:  -- plus the 190.

3624

1          Because for it to be an admissible summary, the

2    underlying data has to be admissible as well.

3          MS. HUGHES:  The government would disagree with

4    that contention.

5          The underlying information must be in theory

6    admissible, but to introduce all 390 messages is taking that

7    to the extreme and is not what the rule would require.

8          And here, the import of this is that Mr. Hackett

9    had no Signal on his phone but shared 390 messages in the

10   time period of July through January 9th.  And that does not

11   then require or permit Ms. Halim to put in every one of

12   those messages.

13          The content, in fact, is not relevant, is not the

14   point of this chart.  The content is actually completely

15   besides the point.

16          MS. HALIM:  I would say the content is

17   extraordinarily relevant.  And in terms of -- it's not a

18   question.  Like, I am not disputing that Signal was not on

19   his phone when the FBI recovered it.  That's not in dispute.

20          And then it's also not in dispute that he was the

21   person actually participating in the Signal chats.  Like,

22   that's not something that's been raised.

23          MS. HUGHES:  But that he had two -- 390 messages

24   that were exchanged versus two is relevant to his motivation

25   to wanting to delete the app.

3625

1          MS. HALIM:  Your Honor, there are about

2    50 messages where he says, "Welcome, welcome from Sarasota.

3    Welcome to Tampa."  I mean, there's -- the content is

4    relevant in light of this.

5          THE COURT:  So I think it -- it seems to me it

6    would depend in part on how the government intends to argue

7    this.  What you've just suggested, Ms. Hughes, is that the

8    number of messages somehow bears on his state of mind and,

9    you know, consciousness of guilt as to why he would want to

10   get rid of all these messages.  Then why wouldn't it be

11   appropriate to show that the messages themselves have

12   innocent -- arguably innocent content to them?

13         MS. HUGHES:  That might be so.  Just all --

14   agreeing that all 390 messages are, by default, admissible

15   is a contention the government would take issue with.

16         I think it is twofold.  And one is that he

17   indeed -- is showing that he indeed had Signal, showing that

18   he was using it, that there was something to delete.

19         Because we aren't -- because we don't have the

20   application itself, we have to show that it was in use, that

21   it was an obsolete app on his phone that was taking up

22   space.

23         THE COURT:  Right.

24         Which is why I'm focused on your last argument.

25   If it's for a more limited purpose and a limited argument,

1    he had X number of messages and those were deleted, I think

2    that's different than if you're going to get up in front of

3    the jury and say, He had 390 reasons to delete Signal, or

4    words to that effect.

5          And if you're unprepared to let all 390 in, then

6    I'm going to bar you from making that kind of argument.

7    I mean, Ms. Halim's suggestion that just because there's a

8    chart here of volume, I don't think opens the door to all of

9    the messages coming in absent that kind of argument, and the

10   reason in part is that, you know, we would be having the

11   same discussion if you had come in even without the chart

12   and just said, We want to produce all 390 messages, and

13   there would have to be some basis, whether it be rule of

14   completeness or some other evidentiary basis, upon which to

15   admit all of those messages.

16         And so I don't think just the quantity by itself

17   opens the door to that.  But if the government were to argue

18   about what inferences could be drawn from the quantity that

19   might bear on the substance, then I think that I might --

20         MS. HUGHES:  Well, there --

21         THE COURT:  -- have a different view.

22         MS. HUGHES:  -- will be no arguing today, and so

23   I -- I'm happy to confer with my colleagues but --

24         THE COURT:  Okay.  Well, why don't you talk to

25   them.

3627

1           MS. HUGHES:  -- I will.

2           I do not anticipate that door being opened today,

3    and it sounds like Ms. Halim would not be prepared to

4    represent those exhibits anyway.  So maybe we can table

5    this, and the government will get back to the parties.

6           MS. HALIM:  No.  I --

7           THE COURT:  Okay.

8           But in terms of introducing it this afternoon, you

9    should know that I'm prepared to introduce it with that

10   limitation.  And if you're prepared to -- if you want to say

11   to me, Judge, we think we ought to be able to make the

12   argument that we have without having Ms. Halim introduce all

13   390, then we need to talk about that before you go through

14   it with the agent.

15          MS. HUGHES:  Understood, Your Honor.

16          THE COURT:  Okay.

17          MS. HALIM:  I have grave concerns, Your Honor.

18   I do not trust the government.  I'm going to put this on the

19   record now.

20          Representations that have been made end up coming

21   out differently in court.  Like, what's told to me outside

22   court in emails and in in-person conversations and then what

23   I hear coming out of the mouths of attorneys and witnesses

24   is different, so I just put on the record now I do not trust

25   them.

1              Even if they tell me today that they don't intend

2    to put a particular spin on an argument, it doesn't mean

3    that some other government counsel -- there are four of them

4    for the record, by the way -- is going to stand up in

5    closing and say -- and by the time of closing, I have no

6    recourse.  So I just want to put all that on the record,

7    please.

8              THE COURT:  Okay.

9              MS. HUGHES:  We -- I give you assurances as a

10   representative of the government that there are no games

11   being played here.  I will confer with my colleagues, and

12   I will get back to Ms. Halim, and we will confirm with the

13   Court.

14             THE COURT:  You know, look, the government -- you

15   know, if I've ruled about a particular limitation on

16   admissibility, I trust they will adhere to it.  If they

17   don't, you know, there will be -- we'll deal with it.

18             Obviously, Ms. Halim, if you think they have

19   crossed the line on something that I've limited, then let me

20   know.  You'll forgive me if I forget everything I've placed

21   limitations on, so I'll trust you all to raise it if you

22   think it's an issue.

23             Mr. Peed.

24             MR. PEED:  I think they're going to use this --

25   the witness.

1      The government had prepared an exhibit showing

2 Mr. Vallejo's Signal data, kind of what they've been talking

3 about, and they represented they had a screenshot of a

4 Signal chat's message from Mr. Vallejo, the purpose of which

5 was to show the way Mr. Vallejo's name handle as Ed Vallejo

6 appears on phones, but they picked -- the one message they

7 chose to introduce that idea of how his name looked was the

8 QRF text.

9      As I understand it, it's completely irrelevant to

10 the point they were making, they just wanted the QRF text to

11 be the one to show Ed Vallejo above it.  So I told them I

12 would object to that.  I think it's going to come up soon.

13      And then --

14      THE COURT:  Maybe I'm just not following.  I don't

15 understand what the issue is.

16      MS. HUGHES:  I can explain, Your Honor.

17      MR. PEED:  It seems like an example text just to

18 show an example of how "Ed Vallejo" looks on a Signal chat.

19      THE COURT:  Okay.

20      MR. PEED:  And so there's example texts that they

21 chose to show how the name Ed Vallejo says Ed Vallejo, which

22 is already in evidence that he used his own name as the

23 Signal handle as the QRF text.

24      THE COURT:  Okay.

25      MS. HUGHES:  Examiner Cain is expected to testify

 1    that the way Mr. Vallejo's name appears in the Signal group

 2    is Ed Vallejo, and she will explain that that is a name

 3    that, in Signal, you give yourself.  So that's not something

 4    that is generated by phone.  It is how he identified

 5    himself.

 6         Then she will explain in Cellebrite when a phone

 7    is extracted, the name is given a number, so that is to tie

 8    the device that she to examined that has no Signal on it

 9    with the name that he presented with.

10         The specific message that the government has

11    chosen is a QRF message, but it is our prerogative, the

12    government would argue, to pick the one message that we show

13    that has his name and should not redact it.  It is both

14    relevant that he was using that username when he was

15    planning in relation to January 6th, and it is not in any

16    way cumulative, it is one message.  We can bring up the

17    message.  It is this message.  That's it.

18         And the next slide explains that Ed Vallejo is

19    used in combination with this number, and that is how it

20    appears in the Cellebrite extraction.

21         THE COURT:  We've already seen that image, haven't

22    we?  The prior one?

23         MS. HUGHES:  This?  We've seen it in a blue

24    bubble.  This is a screenshot.  She's going to explain this

25    is what it looks like on the phone.

1           THE COURT:  I thought it was also in the montage.

2           MS. HUGHES:  It is also in the montage, 1500.2.

3           THE COURT:  Okay.  I mean, so it's already in.

4           MR. PEED:  So as I understand it, the point is to

5    show that Ed Vallejo's name is there, which is shown by the

6    name Ed Vallejo.  So, you know, I would object to them

7    trying to use this message out of context for a purpose

8    having nothing to do with the message.

9           MS. HUGHES:  The government would take issue with

10   that.  It's not that it's unrelated to the message.  It's

11   that he was using his device where his username appears as

12   Ed Vallejo, on January 6th in connection with this

13   conspiracy and that the number that has no Signal attached

14   to it is the same username and the same number.

15          THE COURT:  Okay.

16          Hey, look, the message is already in, I don't know

17   that it creates any further prejudice.  I mean, the image

18   itself is already in, it's already part of the montage, and

19   the government seems to just simply be providing an

20   explanation about its appearance and what it means.

21          MR. PEED:  I think they were transparent where

22   they just said they're trying to do, they have that

23   prerogative to select which message out of 140 to just show

24   Ed's name.  And I think to choose that one when it's the

25   defense's position that that one was part of a timed

 1   sequence, when that message was presented to the jury they

 2   got that time sequence, and here the government is trying to

 3   give them that message without that time sequence just for

 4   prejudicial purposes.

 5            THE COURT:  I don't think it's prejudicial.

 6   I mean, the jury has seen the time sequence.  You can

 7   cross-examine that, look, in fact, this is part of the

 8   sequence and the government has only selected this one.

 9            I don't think it raises the concerns that you

10   have, Mr. Peed.  I mean, it's being limited for limited

11   purpose, I don't think the jury is going to find it unduly

12   prejudicial.  It's fairly minor in the scope of things.

13            Okay.  Anything else before we adjourn?

14            MR. PEED:  We have the other issue, Your Honor.

15            MS. HALIM:  I'll ask Mr. Hackett to step out.

16            THE COURT:  And any of the defendants, it's up to

17   you all.

18            MR. PEED:  From what I heard of the government's

19   purpose for the number chart, I think this would be

20   admissible, but I just wanted to raise it in case there

21   would be an objection.

22            Stewart Rhodes states on the "D.C. Op" chat on

23   March 3rd, "This is a dead group, please don't post on it

24   anymore."

25            Mr. Young asks, "Can we just delete this channel?"

1          Mr. Rhodes says, "Don't think so.  Just stop using
2     it.  That's what we do with op channels once an op is over."
3          And Ed Vallejo says, "Wilco."
4          And then there's no more messages on this group
5     ever again after March 10th.
6          THE COURT:  And so what's the issue?
7          MR. PEED:  I don't think there will be an
8     objection, but based upon the prior conversation about the
9     content of messages and their relation to the government's
10    chart, I think this would be one that should come in if the
11    government is arguing that these defendants used Signal a
12    lot and then stopped using it.
13         And I mean, they stopped using it because
14    Stewart Rhodes said, "It's a dead group," in Mr. Vallejo's
15    case.  So I don't think it's -- I mean, it seems clearly
16    admissible to me, but I wanted to flag it.
17         THE COURT:  Okay.  Well, I mean --
18         MS. HUGHES:  The government would argue there's no
19    argument about why the group was stopped using.  Her
20    testimony is limited to, there was Signal, there is no
21    longer Signal, why Signal was -- why a certain group became
22    dead and the like, there's, in fact, no content being
23    introduced for the purpose of the content itself.  So we
24    would argue this is outside the scope of Examiner Cain's
25    testimony.

1          THE COURT:  I mean, I think the issue is, was it

2     then, and I don't know whether the government is intending

3     to do this at some point, but there's the serious of

4     messages from Stewart Rhodes and Kellye SoRelle about

5     deleting stuff.

6          MS. HUGHES:  That's coming up.

7          THE COURT:  Right.

8          MS. HUGHES:  There will be a witness for whom this

9     would be appropriate or potential issue.  It would not be

10    appropriate through her.

11         THE COURT:  Okay.  Mr. Peed, it seems like you can

12    get it through another witness.

13         MR. PEED:  I don't know if the government wants to

14    tell me which witness they want me to use it with.

15    I don't have a strong preference.  But I think in the

16    context, as I understand it, the probative value of the

17    messages, according to the government, why the numerical

18    chart is admissible, is because they were using it in their

19    mind heavily during a certain point and then stopped using

20    it and deleted it.

21         THE COURT:  No, but that's -- I mean, look, if the

22    point here is the government's just putting numbers through

23    this person who is an expert, okay, they're not putting any

24    substantive messages before the jury through this expert,

25    and now you want to introduce a substantive message through

3635

1  the expert.

2          The point is simply if there's already going to be

3  a witness that is introducing these substantive messages

4  about deleting things, et cetera, which we expect to happen,

5  then that's the appropriate witness through whom you ought

6  to introduce the substantive message if the government

7  doesn't.

8          MR. PEED:  I think my preference, I think does

9  create an inference that the government put someone on and

10  they say, look at all these messages and then they stop.

11          THE COURT:  Mr. Peed, here's the problem.  Then

12  that's going to invite the government to put in all the

13  other in redirect, and let's avoid that.  Let's keep the

14  witness's testimony discrete to what it is intended for,

15  okay?

16          MR. PEED:  Okay.  Thanks.

17          THE COURT:  All right.  Anything else, folks?

18          MR. EDWARDS:  Your Honor, we implied that those

19  two witnesses would be our witnesses for the afternoon.

20  I suspect those will not fill the afternoon.  However, it

21  looks like now if the Court --

22          THE COURT:  Does that mean you'll be finished

23  tomorrow?

24          MR. EDWARDS:  Well, we have two witnesses left.

25  We've talked with -- we've given those names.

1          THE COURT:  You mean in addition to the two this

2    afternoon.

3          MR. EDWARDS:  Yes, Your Honor, and we've given

4    those names over to defense.  The only reason I'm hesitating

5    is I don't know what their cross will look like for those

6    witnesses, but I think it is certainly possible tomorrow.

7          THE COURT:  Okay.

8          MR. EDWARDS:  So what I wanted to flag now is with

9    the time in the afternoon, if the Court was interested, you

10   had mentioned jury instructions.

11         I went back to check the Pretrial Statement.  We

12   had worked together, as Ms. Halim mentioned, on those final

13   jury instructions the first time, also there was a redline

14   to those for purposes of this trial.

15         So we can discuss that, we can discuss the verdict

16   form, which there were a couple of objections Ms. Halim and

17   Mr. Peed had raised, those are footnoted in the verdict form

18   we provided.  I just wanted to flag that and Rule 29 if this

19   was stuff we wanted to discuss this afternoon.

20         THE COURT:  Okay.

21         Well, we'll see where we are and if we've got the

22   time.  And if the defense is prepared to discuss it, then we

23   can do that.  I also have to look at that myself.  Okay.

24         Just one, you know, I had sort of thrown the

25   Residual Exception into the mix in terms of the backward

1    looking statement that was introduced through

2    Mr. Herrington.

3              I still think, actually, it continues to apply,

4    notwithstanding the narrow quality of that exception.  The

5    Circuit has said that it needs to be in a very narrow and

6    sort of unusual circumstances.  I think this arguable fits

7    given that you have somebody who is a witness who is a

8    stranger to two people who he remembers and actually they

9    match descriptions of individuals who we know to be involved

10   in the case, because of his unfamiliarity with them, he

11   doesn't recall precisely which of the two people made the

12   declarations that he testified to.

13             There are clear supporting circumstances of

14   trustworthiness.  He doesn't have any incentive to lie or

15   make up what he recalls.  And what he said is essentially

16   corroborated by other evidence in terms of the role that

17   Mr. Vallejo and Mr. Kandaris played on the 6th.  Okay?  And

18   then the other elements of that exception are satisfied as

19   well.

20             MR. PEED:  Could I just note for the record,

21   Your Honor, in terms of the motive to lie, I would certainly

22   argue that he has a strong motive given that he carries

23   Stewart Rhodes' AR-15 and came from a conspiratorial meeting

24   and was with Whip, the alleged leader of it, on the 6th.  So

25   he has strong motivation.

1          And in his 302, he said he's paranoid about

2   government agents following him because of what he did on

3   the 6th and because he was in a getaway car with Rhodes and

4   handled Rhodes' weapon so there's certainly, I'm just making

5   a record, strong motivation for him to tell the government a

6   story that makes the government never view --

7          THE COURT:  You didn't cross-examine him on any of

8   that.

9          MR. PEED:  Those facts are on the record.

10         THE COURT:  You're telling me now.

11         MR. PEED:  I didn't try to argue with him that

12  he's biased, but they're on the record.

13         THE COURT:  No.  I understand that they're on the

14  record, but they're not -- you know, look.

15         MR. PEED:  I'm just making a record.  I'm not

16  trying to argue.

17         THE COURT:  Thank you, everyone.  Tell the jury an

18  extra 15 minutes so we'll start at 1:45.

19         COURTROOM DEPUTY:  All rise.

20         This Court stands in recess.

21         (Recess from 12:49 p.m. to 1:45 p.m.)

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 9, 2023_____    

      William P. Zaremba, RMR, CRR

BY MR. MANZO: [47]
3496/5 3504/24 3505/7
3507/15 3508/1
3509/10 3509/15
3511/7 3512/5 3513/3
3513/11 3514/3 3515/5
3515/13 3515/25
3516/23 3517/17
3518/7 3519/15
3520/16 3521/11
3521/24 3522/13
3523/12 3524/4
3524/20 3525/7
3525/22 3526/8 3528/5
3542/8 3545/19 3547/8
3585/6 3588/8 3589/7
3589/23 3593/12
3595/19 3596/3 3598/9
3598/19 3599/9
3599/22 3602/22
3603/4 3605/16
BY MR. PEED: [13]
3558/3 3559/1 3564/12
3564/22 3568/5
3568/10 3573/6
3573/22 3578/18
3579/13 3579/19
3580/4 3607/11
BY MR. WEINBERG:
[1] 3555/11
COURTROOM
DEPUTY: [15] 3477/2
3477/6 3495/6 3495/16
3495/18 3527/20
3527/22 3563/1
3563/25 3564/3 3564/8
3587/10 3587/12
3609/21 3638/19
JUROR: [1] 3605/4
MR. EDWARDS: [5]
3609/3 3635/18
3635/24 3636/3 3636/8
MR. MANZO: [75]
3491/11 3492/14
3492/17 3492/19
3492/23 3493/17
3494/5 3495/15
3504/18 3506/9
3506/11 3507/1
3507/20 3509/5
3512/22 3512/25
3513/7 3513/23
3515/19 3515/22
3516/15 3516/20
3518/4 3520/14 3521/8
3523/10 3523/22
3524/18 3525/1
3525/20 3526/2 3527/6
3527/18 3536/24
3537/2 3537/6 3537/11
3537/16 3537/20
3538/3 3539/1 3539/7
3540/22 3541/1 3542/7
3545/8 3555/6 3564/18
3568/1 3569/10
3570/22 3573/20
3579/7 3579/17 3585/3

3589/16 3589/21
3593/10 3595/16
3595/18 3596/1 3598/7
3598/16 3599/7
3599/15 3602/10
3602/19 3603/1 3605/7
3605/14 3607/4 3608/3
MR. MARTIN: [6]
3490/16 3491/10
3492/3 3494/8 3494/14
3495/3
MR. NESTLER: [11]
3478/1 3478/13
3608/11 3608/18
3610/1 3610/6 3610/21
3611/22 3612/16
3612/20 3619/23
MR. PEED: [50]
3505/20 3505/24
3506/1 3507/4 3527/13
3537/25 3538/19
3539/9 3539/19 3540/7
3543/11 3543/14
3544/6 3544/14
3544/16 3544/19
3545/4 3547/4 3562/20
3569/12 3569/15
3569/18 3570/1
3570/14 3571/8
3571/14 3571/19
3572/9 3572/11 3573/4
3578/17 3579/10
3580/2 3584/24 3608/1
3628/24 3629/17
3629/20 3631/4
3631/21 3632/14
3632/18 3633/7
3634/13 3635/8
3635/16 3637/20
3638/9 3638/11
3638/15
MR. SHIPLEY: [9]
3506/18 3506/22
3520/11 3527/11
3536/20 3538/1
3538/14 3557/21
3607/6
MR. WEINBERG: [10]
3523/24 3525/3 3526/4
3527/12 3555/8
3589/17 3598/18
3602/14 3607/8
3623/10
MS. HALIM: [29]
3487/23 3514/19
3527/10 3557/19
3588/22 3605/9 3607/7
3610/24 3611/17
3611/19 3612/25
3613/11 3617/4
3618/15 3618/17
3619/10 3622/11
3622/14 3622/22
3622/25 3623/9
3623/18 3623/23
3623/25 3624/16
3625/1 3627/6 3627/17

MS. HUGHES: [43]
3488/23 3490/7
3490/11 3614/1
3615/13 3615/18
3616/2 3616/18
3616/23 3617/14
3618/18 3618/23
3619/3 3619/13
3619/21 3620/1
3620/14 3620/18
3620/24 3621/14
3621/17 3621/22
3622/18 3622/24
3623/1 3623/7 3623/11
3624/3 3624/23
3625/13 3626/20
3626/22 3627/1
3627/15 3628/9
3629/16 3629/25
3630/23 3631/2 3631/9
3633/18 3634/6 3634/8
THE COURT: [184]
THE WITNESS: [13]
3507/24 3514/21
3527/7 3527/17
3527/25 3547/7
3558/24 3562/10
3564/20 3587/7
3587/14 3595/17
3608/6

**,**

'80s [1] 3556/3

-.3 [2] 3602/15 3602/17

**.**

.3 [2] 3602/15 3602/17
.45 [2] 3516/6 3516/8

**0**

0311 [2] 3496/23
3496/24
0600 [1] 3601/18

**1**

1/10 [1] 3595/21
1/10/21 [1] 3595/6
10 [7] 3480/19 3521/9
3521/10 3522/6 3531/6
3576/20 3595/21
100 [2] 3521/4 3552/5
100 percent [2] 3503/4
3503/12
107 [1] 3483/24
1096.5 [4] 3504/18
3504/21 3504/22
3505/9
10:09 [1] 3521/20
10:12 [1] 3521/25
10:25 [2] 3521/21
3522/11
10th [3] 3594/13
3595/9 3633/5
11 [4] 3477/9 3515/10
3515/14 3528/21
11 seconds [1]

1134 [1] 3483/7
114 [1] 3475/16
1150 [1] 3475/20
1155 [1] 3483/13
11:00 [2] 3562/24
3622/23
11:04 [1] 3564/2
11:20 [2] 3562/25
3563/6
11:21 [1] 3564/2
11:51 [1] 3592/23
11th [6] 3590/17
3591/2 3591/9 3591/17
3591/22 3596/6
12 [3] 3535/13 3576/20
3594/10
12 second [1] 3522/7
12 seconds [1] 3505/3
12:15 [1] 3609/15
12:27 [1] 3591/3
12:49 [1] 3638/21
12:52 [1] 3593/19
1341 [1] 3475/4
13th [3] 3490/24
3491/4 3598/5
14 [1] 3535/13
140 [1] 3631/23
15 [10] 3474/4 3477/7
3478/4 3478/24 3479/2
3482/12 3482/24
3553/1 3637/23
3638/18
1500.2 [2] 3601/25
3631/2
1503 [1] 3516/17
1503.1 [1] 3511/1
1508 [2] 3516/16
3516/18
1518 [1] 3480/24
1532 [1] 3475/11
15s [1] 3478/8
16 [2] 3474/7 3487/9
1653 [1] 3497/23
17-year-old [1]
3528/20
1775 [1] 3475/20
18:19 [1] 3511/2
18:24 [1] 3511/14
190 [1] 3623/25
19129 [1] 3475/7
19:01 [3] 3512/1
3512/7 3512/21
19:15 [1] 3513/8
19:18 [1] 3513/2
19:19 [1] 3512/23
1:10 [1] 3595/6
1:30 [1] 3609/17
1:32 [1] 3508/2
1:45 [2] 3638/18
3638/21
1B43 [1] 3490/4

**2**

20 [1] 3562/20
200 [2] 3623/22
3623/23
20006 [1] 3475/21

2007 [1] 3529/3
2008 [2] 3529/3
3584/12
2018 [1] 3497/11
202 [2] 3474/18
3475/21
2020 [3] 3529/8
3604/17 3607/2
2021 [8] 3514/7 3529/8
3590/24 3591/2 3598/3
3598/5 3604/17 3607/2
2023 [2] 3474/5 3639/7
20579 [1] 3474/17
21 [1] 3595/6
215-300-3229 [1]
3475/8
22-15 [1] 3474/4
228-1341 [1] 3475/4
239 [1] 3475/12
24 [1] 3602/20
2409.1 [5] 3599/8
3599/10 3599/17
3599/19 3599/20
2413 [5] 3604/22
3604/23 3605/8
3605/10 3605/12
2414.1 [6] 3602/11
3602/11 3602/15
3602/17 3603/1 3603/5
2414.3 [3] 3602/12
3602/13 3602/23
2416 [1] 3592/20
2426 [1] 3620/2
25 seconds [1] 3602/1
2509 [2] 3620/5
3621/20
252-7277 [1] 3474/18
265 [1] 3475/15
28 [2] 3509/9 3509/21
285 [1] 3601/23
29 [1] 3636/18
291-6558 [1] 3590/15
2:30 [1] 3594/9
2:31 [2] 3601/10
3601/15
2:32 [1] 3601/19
2:57 [1] 3514/7
2:58 [1] 3595/5

**3**

30 [1] 3481/11
302 [1] 3638/1
316 [1] 3601/6
32 [2] 3507/21 3507/22
3229 [1] 3475/8
337-9755 [1] 3475/12
33901 [1] 3475/12
33950 [1] 3475/16
356-5476 [1] 3602/25
3580 [1] 3475/7
390 [9] 3623/20
3623/24 3624/6 3624/9
3624/23 3625/14
3626/3 3626/5 3627/13
390 messages [1]
3626/12
3:14 [1] 3517/2

**3rd [1]** 3632/23

**4**

**40 [3]** 3598/11 3598/14
3598/25
**401 [1]** 3611/3
**403 [1]** 3611/8
**406 [1]** 3590/15
**4304 [1]** 3594/18
**45-second [1]** 3516/21
**4:30 [1]** 3487/23
**4:44 [1]** 3594/13
**4th [1]** 3538/21

**5**

**5' [1]** 3531/6
**50 messages [1]**
3625/2
**5476 [1]** 3602/25
**575-8000 [1]** 3475/17
**5:30 [1]** 3590/24
**5:45 [1]** 3516/18
**5:48 [3]** 3593/1 3593/9
3593/21
**5:58 [3]** 3517/13
3517/19 3518/5
**5th [11]** 3533/5
3539/15 3544/20
3561/2 3566/16
3573/25 3577/11
3577/18 3585/21

**6**

**60 [1]** 3601/9
**601 [1]** 3474/17
**6396 [2]** 3605/1
3621/19
**6558 [4]** 3590/15
3599/12 3600/22
3600/25
**6843 [2]** 3598/2
3598/22
**6:12 [3]** 3518/5 3518/8
3519/11
**6:30 [1]** 3554/12
**6:33 [1]** 3519/23
**6:44 [2]** 3519/11
3519/17
**6:45 [1]** 3554/13
**6th [43]** 3479/3
3481/22 3481/25
3482/19 3483/2
3497/18 3498/1 3514/7
3516/3 3517/2 3523/20
3524/24 3529/25
3536/17 3541/7
3541/19 3544/20
3544/24 3545/22
3561/5 3561/7 3562/3
3574/15 3574/18
3575/21 3576/3 3580/6
3580/10 3584/1 3584/7
3584/8 3585/21 3587/1
3591/16 3591/25
3592/23 3607/19
3607/25 3630/15

**7**

3637/24 3638/3

**7**

**701 [5]** 3483/12
3483/14 3484/11
3485/2 3618/8
**702 [9]** 3484/3 3484/3
3484/5 3484/12 3485/1
3485/5 3486/25
3488/19 3618/8
**704 [1]** 3487/8
**7077.1 [1]** 3509/5
**7083 [5]** 3513/24
3513/24 3513/25
3514/1 3515/6
**7277 [1]** 3474/18
**745 [1]** 3475/3
**770 [1]** 3602/25
**7:00 [1]** 3498/18
**7:11 [1]** 3597/16
**7:20 [1]** 3481/2
**7:25 [1]** 3481/4
**7:27 [1]** 3597/17
**7:31 [1]** 3594/21
**7:45 [1]** 3597/17
**7:48 [1]** 3594/23
**7:55 [1]** 3595/10
**7th [15]** 3479/20
3481/1 3481/16
3541/11 3544/24
3590/17 3590/24
3591/8 3591/21 3592/8
3594/20 3594/23
3597/2 3597/5 3607/15

**8**

**8000 [1]** 3475/17
**808 [1]** 3475/4
**808Shipleylaw [1]**
3475/5
**81 [2]** 3592/12 3593/4
**827 [1]** 3483/7
**8:07 [1]** 3597/21
**8:52 [2]** 3591/16
3591/25
**8th [5]** 3593/1 3593/9
3593/21 3595/3 3598/3

**9**

**9 minutes [1]** 3601/25
**9 seconds [1]** 3521/9
**9/11 [1]** 3528/21
**9007 [6]** 3525/21
3525/23 3526/3 3526/5
3526/6 3526/9
**9009 [7]** 3523/11
3523/13 3523/23
3523/25 3524/1 3524/6
3524/12
**9010 [6]** 3524/19
3524/21 3525/2 3525/4
3525/5 3525/8
**919-9491 [1]** 3475/21
**941 [1]** 3475/17
**9475 [1]** 3603/7
**9491 [1]** 3475/21
**9500 [1]** 3598/17

**9501 [1]** 3589/16
3589/18 3589/19
3589/22 3590/11
3590/13 3596/5
**96734 [1]** 3475/4
**9700 [2]** 3613/23
3614/2
**9704 [2]** 3622/14
3622/20
**9755 [1]** 3475/12
**99 [1]** 3601/13
**9968 [1]** 3601/13
**9:00 [1]** 3526/19
**9:03 [1]** 3598/3
**9:07 [1]** 3481/8
**9:13 [1]** 3598/5
**9:28 [1]** 3602/6
**9:30 [1]** 3474/6
**9:33 [1]** 3595/3
**9:35 [1]** 3481/11
**9th [5]** 3593/19 3594/9
3595/5 3595/8 3624/10

**A**

**a.m [8]** 3474/6 3564/2
3564/2 3590/24
3593/19 3595/3
3597/16 3598/3
**abbreviated [1]**
3588/18
**ability [2]** 3488/7
3589/1
**able [17]** 3485/8
3492/1 3500/25
3502/14 3502/19
3510/16 3520/10
3522/21 3522/24
3523/4 3525/17
3526/14 3534/10
3534/12 3611/6 3613/1
3627/11
**about [141]** 3478/4
3480/2 3480/4 3480/12
3481/11 3481/14
3481/16 3483/8
3483/10 3484/6 3484/9
3484/15 3484/19
3486/7 3491/17
3492/12 3492/15
3493/9 3494/20
3494/24 3501/8
3501/19 3503/8
3504/10 3504/11
3512/20 3513/7 3519/2
3519/7 3520/13
3520/19 3526/17
3529/14 3529/16
3530/24 3531/6 3532/3
3533/22 3537/15
3538/5 3538/15
3540/17 3541/10
3541/12 3541/14
3541/15 3542/3 3543/6
3543/14 3543/16
3544/12 3544/19
3544/25 3545/12
3545/14 3546/3 3546/6

3547/1 3547/21 3548/3
3548/8 3548/24
3554/10 3560/1 3560/5
3560/9 3560/13
3563/10 3563/16
3563/21 3567/20
3568/7 3568/9 3568/11
3568/15 3569/24
3570/4 3570/15
3570/25 3572/3
3572/17 3572/20
3572/23 3573/18
3573/23 3573/23
3574/2 3574/13
3575/13 3576/5
3576/19 3577/2
3577/22 3578/1 3578/9
3579/8 3579/9 3579/12
3581/13 3581/21
3582/1 3582/5 3583/14
3583/19 3583/22
3586/7 3586/10
3586/13 3586/15
3586/18 3586/22
3590/21 3594/10
3595/6 3595/12 3601/7
3602/5 3602/7 3603/17
3608/12 3609/4
3609/17 3613/5 3613/9
3615/16 3618/11
3619/5 3622/13 3625/1
3626/18 3627/13
3628/15 3629/3
3631/20 3633/8
3633/19 3634/4 3635/4
3638/1
**above [3]** 3502/4
3629/11 3639/4
**above-titled [1]** 3639/4
**abridged [1]** 3494/6
**absent [1]** 3626/9
**Absolutely [1]** 3518/3
**academic [1]** 3613/3
**Academy [1]** 3497/17
**acceptable [1]** 3616/17
**accessible [1]** 3489/17
**accessories [1]**
3550/23
**accompany [1]** 3622/8
**accompanying [1]**
3617/20
**according [1]** 3634/17
**account [4]** 3606/11
3614/9 3616/16
3617/16
**accuracy [1]** 3563/20
**accurate [3]** 3480/21
3523/19 3524/23
**acknowledges [1]**
3487/2
**across [5]** 3547/18
3621/5 3623/8 3623/14
3627/25
**act [39]** 3523/5
3567/20 3567/23
3567/25 3568/7
3568/12 3568/16

3569/25 3570/6
3570/15 3570/16
3571/23 3572/3
3572/16 3572/24
3573/2 3573/10
3573/12 3573/15
3573/18 3573/24
3574/2 3576/6 3576/7
3576/10 3577/6 3578/2
3578/9 3578/10
3578/13 3578/15
3578/21 3579/4
3579/20 3579/24
3580/2 3586/22 3587/1
**actions [1]** 3571/19
**activations [2]** 3590/14
3594/17
**activity [15]** 3590/7
3591/11 3591/18
3591/19 3591/24
3592/1 3592/22 3593/5
3593/15 3593/17
3596/8 3600/2 3604/16
3607/2 3607/25
**actual [9]** 3486/5
3486/15 3489/8
3597/11 3597/15
3600/19 3603/23
3611/12 3615/21
**actually [31]** 3480/23
3481/21 3482/5
3486/17 3486/19
3487/2 3500/6 3501/11
3508/25 3508/25
3510/2 3513/7 3516/17
3518/22 3521/25
3523/2 3524/15
3534/12 3540/7
3555/20 3591/12
3596/10 3605/24
3612/8 3616/2 3616/21
3620/7 3624/14
3624/21 3637/3 3637/8
**Adams [1]** 3509/23
**add [4]** 3477/25
3483/19 3563/9
3601/11
**added [3]** 3539/14
3616/20 3617/1
**addition [5]** 3483/24
3563/12 3589/9
3593/16 3636/1
**additional [12]**
3477/23 3478/1 3478/6
3486/24 3489/2 3489/6
3489/22 3497/16
3551/18 3589/9 3619/6
3620/12
**address [2]** 3477/21
3490/17
**addressed [1]** 3543/15
**adequately [1]** 3594/6
**adhere [1]** 3628/16
**adjourn [1]** 3632/13
**admissibility [3]**
3617/10 3617/17
3628/16
**admissible [13]**

3642

**admissible... [13]**
3488/25 3489/7
3489/11 3490/2 3545/6
3563/11 3624/1 3624/2
3624/6 3625/14
3632/20 3633/16
3634/18
**admission [5]** 3540/19
3540/19 3540/20
3545/9 3545/16
**admissions [1]**
3563/16
**admit [6]** 3478/23
3504/19 3513/24
3602/11 3605/8
3626/15
**admitted [22]** 3476/11
3484/17 3484/23
3504/19 3504/21
3509/6 3511/2 3513/25
3516/17 3523/25
3525/4 3526/5 3538/10
3563/21 3573/2
3589/18 3599/19
3602/16 3605/17
3617/11 3617/14
3619/14
**admitting [3]** 3478/25
3479/1 3617/19
**adoptive [3]** 3545/8
3545/15 3563/16
**advance [3]** 3499/24
3593/23 3595/14
**advisory [1]** 3483/19
**affected [1]** 3584/14
**afield [1]** 3506/3
**afraid [1]** 3503/11
**African [1]** 3531/7
**African-American [1]**
3531/7
**after [18]** 3497/15
3501/3 3544/24
3544/24 3548/13
3550/6 3550/24
3554/12 3555/1
3562/24 3565/6 3566/4
3566/15 3580/14
3580/25 3582/5 3582/8
3633/5
**afternoon [16]** 3522/15
3523/20 3524/24
3529/24 3530/2
3530/14 3530/17
3533/17 3594/14
3609/2 3627/8 3635/19
3635/20 3636/2 3636/9
3636/19
**again [39]** 3477/19
3485/20 3501/11
3515/23 3518/10
3518/12 3520/19
3522/8 3522/22
3523/15 3536/23
3546/20 3547/3 3547/7
3547/11 3558/7
3558/22 3560/7
3566/23 3568/1

3588/9 3591/8 3595/18
3596/8 3597/12 3603/8
3611/24 3612/13
3615/1 3619/18
3620/11 3620/16
3620/20 3621/8
3621/17 3633/5
**against [7]** 3525/16
3540/2 3540/8 3545/6
3578/24 3579/5
3584/22
**agent [28]** 3486/24
3488/3 3488/12
3488/20 3489/10
3490/6 3490/8 3491/3
3587/8 3587/13 3588/9
3588/15 3588/20
3588/24 3589/8
3598/10 3608/4
3608/16 3613/22
3614/20 3614/23
3615/2 3616/4 3618/6
3619/23 3622/17
3623/21 3627/14
**Agent Banks [8]**
3587/13 3588/9
3588/20 3588/24
3589/8 3598/10 3608/4
3616/4
**Agent Cain [5]** 3488/3
3490/6 3613/22
3622/17 3623/21
**Agent Cain's [1]**
3486/24
**Agent Carrion [1]**
3491/3
**Agent Harris [1]**
3619/23
**agents [5]** 3483/9
3608/20 3608/21
3614/6 3638/2
**agree [3]** 3520/8
3556/19 3613/7
**agreeing [1]** 3625/14
**agreement [1]** 3488/11
**ahead [6]** 3478/19
3490/14 3505/22
3547/6 3578/16 3600/3
**aid [1]** 3510/19
**airlock [1]** 3525/18
**akin [2]** 3486/12
3486/19
**AL [1]** 3474/6
**Alabama [7]** 3592/25
3593/7 3593/8 3593/19
3593/24 3594/22
3595/2
**alarms [1]** 3522/19
**alcohol [1]** 3533/9
**Alexandra [2]** 3474/15
3477/10
**all [120]** 3477/2
3477/17 3477/21
3478/18 3480/24
3482/13 3486/14
3488/11 3491/16
3491/24 3492/20

3498/12 3499/22
3499/25 3501/14
3501/14 3501/24
3504/21 3510/6
3510/17 3510/25
3511/25 3513/25
3514/4 3515/3 3517/13
3518/4 3518/9 3522/18
3522/18 3523/10
3524/18 3525/4
3525/12 3527/4
3527/14 3527/23
3532/25 3533/22
3537/8 3539/17 3541/4
3541/15 3542/16
3543/20 3545/4 3550/1
3550/4 3551/10
3551/20 3553/6
3553/23 3555/7 3559/2
3559/11 3562/25
3563/1 3563/8 3563/20
3563/23 3563/25
3564/3 3564/7 3565/19
3565/23 3567/2
3578/17 3580/10
3582/17 3584/14
3584/24 3587/13
3589/4 3591/8 3599/19
3602/15 3603/16
3605/19 3605/19
3606/20 3607/17
3607/21 3608/2 3609/1
3609/19 3609/21
3609/23 3610/15
3612/1 3612/17
3612/23 3613/4 3615/6
3616/8 3620/25 3621/2
3622/13 3623/10
3623/10 3623/13
3623/15 3624/6
3625/10 3625/13
3625/14 3626/5 3626/8
3626/12 3626/15
3627/12 3628/6
3628/21 3632/17
3635/10 3635/12
3635/17 3638/19
**All right [7]** 3478/18
3495/2 3495/8 3514/4
3527/23 3578/17
3587/13
**alleged [4]** 3482/14
3541/6 3570/2 3637/24
**alleges [1]** 3537/20
**allow [5]** 3478/15
3488/19 3493/3 3493/9
3578/11
**allowed [2]** 3548/16
3559/6
**almost [3]** 3591/13
3593/22 3622/23
**alone [1]** 3529/16
**along [3]** 3492/23
3590/25 3598/13
**already [23]** 3489/15
3491/2 3494/10
3504/19 3509/1 3509/6

3563/12 3563/15
3566/8 3571/25 3578/6
3617/24 3619/5
3620/10 3629/22
3630/21 3631/3
3631/16 3631/18
3631/18 3635/2
**also [39]** 3479/9
3479/16 3481/12
3488/7 3489/16
3491/23 3506/13
3509/3 3510/9 3517/23
3522/9 3522/19 3527/1
3541/8 3545/8 3560/1
3567/17 3571/9
3588/17 3589/8
3595/12 3596/22
3604/1 3606/4 3606/15
3606/15 3608/21
3608/23 3610/17
3611/10 3613/20
3614/5 3616/12
3620/16 3624/20
3631/1 3631/2 3636/13
3636/23
**alternative [1]** 3548/6
**Although [1]** 3620/19
**always [1]** 3579/2
**am [3]** 3617/8 3623/19
3624/18
**Amendment [2]**
3491/25 3492/21
**AMERICA [4]** 3474/3
3477/7 3578/25 3579/2
**American [1]** 3531/7
**AMIT [3]** 3474/9 3477/3
3564/4
**ammunition [12]**
3610/12 3610/16
3611/12 3611/13
3611/16 3611/23
3611/25 3612/12
3612/17 3612/22
3612/22 3612/23
**amongst [3]** 3544/11
3567/12 3583/16
**amount [3]** 3513/21
3520/23 3521/1
**amped [1]** 3554/15
**AMS [1]** 3616/16
**analysis [8]** 3588/17
3588/20 3588/24
3589/25 3590/3
3592/19 3622/1 3622/2
**analyze [2]** 3596/22
3604/25
**analyzed [3]** 3595/12
3602/7 3621/10
**Angela [2]** 3475/6
3477/13
**Angela Halim [1]**
3477/13
**angiehalim [1]** 3475/8
**angry [1]** 3483/23
**annotated [1]** 3617/1
**another [20]** 3478/5
3486/23 3489/10

3506/24 3523/2 3546/1
3554/23 3568/11
3571/20 3578/14
3591/17 3601/17
3601/23 3603/25
3613/16 3616/11
3622/14 3634/12
**answer [5]** 3480/6
3482/3 3506/2 3547/6
3592/4
**answered [2]** 3578/6
3592/9
**antenna [2]** 3597/15
3597/16
**antennas [1]** 3601/3
**Anthem [6]** 3493/23
3505/17 3505/19
3506/6 3507/10
3507/17
**anticipate [1]** 3627/2
**anticipated [2]**
3485/24 3609/7
**anticipatory [1]**
3548/23
**Antifa [12]** 3560/2
3560/16 3560/19
3565/9 3565/10
3565/13 3565/16
3565/18 3565/21
3586/7 3586/10
3586/13
**any [71]** 3482/2
3482/22 3483/15
3486/1 3486/1 3486/8
3487/8 3487/10
3488/12 3488/16
3489/2 3489/6 3493/15
3498/12 3498/20
3499/23 3503/7
3503/19 3504/4
3509/22 3510/18
3513/12 3516/12
3518/1 3521/12
3531/15 3531/18
3538/24 3538/25
3543/6 3545/3 3548/6
3548/22 3552/3
3553/20 3555/7 3557/5
3557/10 3557/17
3574/25 3577/1
3577/22 3585/19
3586/10 3586/15
3586/18 3588/21
3589/4 3595/11
3595/23 3597/10
3603/12 3607/5 3608/2
3611/7 3613/12 3615/2
3616/8 3617/1 3617/19
3618/3 3618/7 3618/7
3621/4 3622/7 3630/15
3631/17 3632/16
3634/23 3637/14
3638/7
**anybody [11]** 3477/24
3488/17 3500/21
3501/20 3552/8 3552/8
3556/5 3560/21

anybody... [3] 3560/22
3571/13 3617/25
anymore [1] 3632/24
anyone [8] 3510/19
3518/1 3522/1 3539/11
3550/7 3551/16
3551/17 3563/7
anything [23] 3477/24
3491/1 3495/2 3503/4
3504/17 3515/1
3531/15 3532/17
3540/21 3542/11
3546/3 3546/8 3557/6
3557/11 3568/15
3575/1 3576/23 3592/6
3607/7 3616/19
3622/13 3632/13
3635/17
anytime [1] 3525/13
anyway [1] 3627/4
apart [2] 3483/21
3591/14
apologies [1] 3490/8
app [5] 3488/13
3488/18 3488/20
3624/25 3625/21
Apparently [1] 3533/9
appear [11] 3481/3
3481/9 3481/12
3481/13 3593/2
3595/13 3596/16
3598/13 3598/24
3617/2 3620/7
appearance [2]
3482/20 3631/20
APPEARANCES [2]
3474/13 3474/20
appeared [3] 3483/23
3550/11 3593/18
appears [9] 3481/5
3481/9 3593/21 3615/5
3615/19 3629/6 3630/1
3630/20 3631/11
Apple [6] 3604/5
3604/6 3604/8 3606/8
3616/17 3617/15
application [2]
3489/23 3625/20
apply [1] 3637/3
appreciate [1] 3584/19
appreciates [1]
3489/19
approach [2] 3532/16
3544/4
approaching [1]
3592/12
appropriate [12]
3487/13 3488/14
3493/3 3493/11
3494/18 3494/24
3612/9 3618/12
3625/11 3634/9
3634/10 3635/5
approximate [1]
3500/7
approximately [3]
3497/13 3497/25

apt [1] 3486/14
AR [8] 3478/4 3478/8
3478/24 3479/2
3482/12 3482/24
3553/1 3637/23
AR-15 [7] 3478/4
3478/24 3479/2
3482/12 3482/24
3553/1 3637/23
AR-15s [1] 3478/8
Arab [2] 3594/22
3595/2
arch [1] 3504/2
are [115] 3477/17
3483/16 3484/9
3486/21 3488/24
3489/8 3489/11
3489/16 3489/22
3493/1 3495/12
3496/12 3497/12
3506/14 3508/9
3508/11 3508/13
3510/23 3511/13
3511/16 3511/19
3511/20 3512/13
3512/16 3514/10
3517/9 3518/14
3518/14 3518/19
3519/19 3522/6 3523/2
3523/13 3524/7
3524/15 3525/13
3525/23 3526/9
3526/11 3537/9
3537/15 3541/5
3543/20 3543/24
3544/11 3544/12
3544/23 3555/12
3556/18 3560/12
3562/2 3563/11
3563/14 3563/17
3572/10 3573/13
3577/12 3586/20
3587/5 3589/5 3590/13
3592/18 3593/6
3593/13 3594/16
3594/25 3595/11
3595/25 3597/10
3597/11 3597/24
3598/20 3599/13
3600/8 3600/18 3602/6
3602/15 3602/23
3603/6 3603/15
3604/13 3604/23
3604/24 3605/17
3606/4 3608/19
3608/20 3609/4
3609/11 3609/14
3610/6 3612/14
3614/12 3615/14
3615/25 3617/12
3617/15 3618/9
3620/16 3621/7
3621/17 3622/3
3623/10 3623/11
3623/11 3623/15
3625/1 3625/14 3628/3
3628/10 3636/17

3637/18 3638/9
area [32] 3486/8
3523/4 3530/23
3531/25 3532/6
3546/10 3561/1 3562/6
3566/2 3566/5 3569/2
3569/4 3575/24
3580/24 3581/5
3590/23 3590/25
3591/2 3592/12
3592/24 3593/19
3593/24 3594/8
3594/20 3595/3 3595/4
3595/13 3595/21
3597/8 3597/17 3598/2
3598/8
areas [2] 3493/1
3584/15
aren't [1] 3625/19
arguable [1] 3637/6
arguably [2] 3563/18
3625/12
argue [13] 3488/24
3489/7 3614/6 3618/12
3621/9 3625/6 3626/17
3630/12 3633/18
3633/24 3637/22
3638/11 3638/16
arguing [2] 3626/22
3633/11
argument [8] 3613/14
3625/24 3625/25
3626/6 3626/9 3627/12
3628/2 3633/19
Arizona [2] 3598/4
3598/14
arm [4] 3491/24 3492/9
3510/8 3522/8
armbands [1] 3561/16
armed [1] 3537/12
armor [2] 3492/25
3516/6
arms [2] 3510/16
3516/8
Army [2] 3527/1
3542/24
around [30] 3481/2
3498/3 3498/18
3498/22 3502/1
3502/11 3510/11
3520/4 3523/4 3526/17
3526/19 3526/24
3529/23 3536/13
3542/14 3549/4
3551/25 3554/12
3556/9 3556/10
3556/11 3556/14
3556/24 3557/13
3575/24 3580/17
3582/18 3582/20
3590/24 3595/6
arrival [1] 3592/25
arrives [3] 3594/8
3594/9 3595/4
artifact [1] 3622/1
as [135] 3478/10
3479/1 3479/11

3482/13 3482/13
3482/13 3482/13
3483/21 3484/12
3484/17 3484/23
3486/11 3486/12
3486/22 3487/3
3487/20 3489/11
3490/20 3490/21
3491/7 3491/24
3492/17 3493/6 3493/6
3494/10 3497/6
3499/11 3499/11
3506/16 3508/17
3512/14 3513/22
3517/21 3519/4 3523/3
3525/10 3530/14
3530/17 3532/23
3540/16 3541/17
3542/10 3543/3 3543/4
3543/20 3545/6
3546/10 3546/17
3546/21 3547/9
3547/10 3549/11
3549/11 3550/2 3550/2
3561/21 3563/16
3564/18 3565/12
3566/8 3566/8 3568/3
3569/20 3569/22
3570/6 3570/21
3571/13 3571/17
3572/5 3573/21 3575/9
3575/21 3575/21
3576/25 3577/17
3578/8 3580/6 3581/25
3581/25 3582/17
3584/21 3588/3
3588/18 3588/20
3593/7 3597/17
3598/10 3598/14
3600/1 3600/22 3601/6
3601/16 3602/7
3603/11 3604/11
3606/3 3606/6 3609/18
3610/12 3610/12
3610/15 3610/15
3612/1 3612/18
3612/18 3613/14
3614/6 3614/9 3614/9
3615/4 3615/23 3617/2
3617/9 3617/23 3618/2
3618/5 3618/12
3619/23 3621/1
3621/23 3623/18
3624/2 3625/9 3628/9
3629/5 3629/9 3629/22
3629/23 3631/4
3631/11 3634/16
3636/12 3637/18
aside [1] 3548/7
ask [40] 3490/3 3491/5
3494/8 3494/11
3504/10 3505/3
3507/21 3507/23
3509/11 3511/4 3512/2
3515/7 3517/14
3519/12 3521/21
3547/7 3557/5 3557/10

3568/8 3572/5 3572/5
3572/20 3579/8
3579/11 3583/25
3587/15 3589/8
3596/11 3596/22
3597/1 3603/17
3607/18 3607/23
3608/23 3613/20
3615/3 3632/15
asked [14] 3479/24
3480/3 3482/23 3506/1
3570/9 3571/6 3572/2
3572/4 3578/6 3585/11
3585/11 3586/7
3607/24 3613/7
asking [2] 3507/5
3556/24
asks [1] 3632/25
aspect [1] 3503/2
aspects [1] 3485/8
assaulted [1] 3504/12
assaulting [1] 3506/16
assigned [1] 3536/3
assisted [1] 3507/5
associated [6] 3527/4
3599/4 3604/13
3604/18 3605/2
3606/25
association [1]
3544/23
assume [1] 3491/14
assumed [1] 3532/23
assuming [3] 3585/25
3606/10 3618/20
assumption [6] 3552/5
3552/6 3559/19
3559/22 3576/2 3576/3
assurances [1] 3628/9
athletic [1] 3611/25
attached [1] 3631/13
attack [5] 3560/19
3560/19 3560/21
3560/24 3577/3
attacked [3] 3560/2
3560/16 3575/22
attacking [1] 3577/23
attempt [1] 3492/4
attempted [2] 3501/11
3544/22
attic [1] 3610/11
3610/11 3610/17
3610/19 3612/24
attorney [1] 3586/20
ATTORNEY'S [1]
3474/16
attorneys [1] 3627/23
Austin [4] 3593/17
3594/8 3595/4 3595/9
available [3] 3540/4
3540/7 3590/6
Avenue [1] 3475/15
average [2] 3484/10
3485/22
avoid [2] 3484/1
3635/13
aware [6] 3493/17
3530/18 3530/20

**A**

aware... **[3]** 3538/10
3556/20 3574/25
away **[1]** 3552/17
azimuth **[1]** 3590/10

**B**

B-a-n-k-s **[1]** 3588/12
back **[83]** 3477/20
3479/8 3479/9 3491/11
3491/16 3492/4
3493/19 3493/20
3495/10 3501/24
3512/17 3513/1 3513/7
3513/16 3513/17
3513/20 3515/22
3519/23 3520/6
3523/18 3524/14
3526/21 3530/22
3532/7 3533/2 3533/5
3533/6 3533/10
3533/12 3533/14
3533/19 3540/23
3541/10 3541/14
3542/9 3544/13 3547/2
3547/10 3547/13
3548/5 3548/17
3548/18 3550/6
3551/12 3553/8
3553/10 3553/21
3553/25 3554/7 3554/9
3554/10 3554/19
3559/11 3563/5
3564/13 3565/19
3565/24 3566/16
3566/21 3566/22
3566/24 3573/8
3576/22 3577/7
3577/18 3583/19
3584/12 3586/18
3587/9 3587/13
3590/12 3592/15
3593/16 3593/21
3595/16 3595/18
3596/1 3598/16 3599/2
3620/13 3627/5
3628/12 3636/11
background **[2]**
3542/21 3592/6
backup **[2]** 3616/1
3620/17
backward **[1]** 3636/25
bad **[1]** 3581/9
Badalament **[18]**
3507/20 3509/5
3512/22 3513/9
3523/10 3525/21
3589/21 3590/12
3592/17 3593/11
3595/16 3596/1 3598/7
3598/16 3599/7
3602/19 3603/2
3605/14
bag **[11]** 3550/17
3562/11 3569/6
3610/10 3610/11
3610/17 3611/25
3611/25 3612/1

bagful **[1]** 3561/19
bags **[4]** 3550/20
3550/20 3550/22
3566/4
balance **[1]** 3611/8
bald **[5]** 3531/7
3535/11 3535/20
3536/8 3536/9
ballistic **[2]** 3498/13
3516/5
bang **[1]** 3503/23
Banks **[15]** 3490/7
3587/9 3587/13 3588/2
3588/9 3588/11
3588/12 3588/20
3588/24 3589/8 3589/8
3598/10 3608/4
3614/23 3616/4
bar **[1]** 3626/6
barricaded **[1]** 3582/16
barriers **[2]** 3498/20
3498/23
based **[25]** 3481/18
3482/24 3483/10
3483/16 3484/13
3484/20 3485/5 3485/6
3485/12 3485/13
3485/20 3489/2
3541/25 3563/20
3571/25 3572/1
3579/14 3589/3
3603/14 3608/13
3608/14 3608/24
3613/23 3614/14
3633/8
basically **[4]** 3506/5
3516/10 3556/18
3590/3
basis **[10]** 3478/24
3479/5 3481/20 3484/4
3541/17 3570/12
3572/20 3613/19
3626/13 3626/14
be **[140]** 3477/5
3479/22 3481/5 3481/9
3482/20 3482/21
3483/6 3483/20
3484/11 3484/17
3484/23 3485/6
3485/18 3486/9
3489/23 3490/7
3490/22 3491/2 3492/1
3493/11 3493/11
3494/6 3494/6 3495/8
3496/24 3499/3
3502/22 3503/5
3503/11 3504/5
3510/16 3513/25
3520/14 3523/25
3526/5 3527/2 3529/17
3532/20 3538/23
3539/4 3539/20
3539/21 3540/1 3540/2
3540/14 3540/22
3542/3 3545/1 3545/6
3545/8 3546/1 3546/7
3546/9 3546/13

3561/13 3562/19
3563/5 3564/6 3564/10
3565/21 3566/11
3570/7 3570/18
3571/12 3571/24
3573/2 3574/8 3574/12
3575/2 3575/5 3575/23
3575/24 3575/25
3576/11 3576/15
3578/24 3579/2 3579/5
3579/20 3583/24
3588/24 3590/15
3592/20 3593/2
3594/18 3598/13
3598/24 3599/10
3608/11 3609/16
3609/23 3611/3 3611/3
3613/1 3613/15 3614/4
3614/9 3614/11
3614/16 3615/9
3615/13 3616/10
3616/13 3617/11
3617/21 3617/24
3617/25 3618/8
3619/24 3621/24
3623/20 3624/1 3624/2
3624/5 3625/10
3625/13 3626/10
3626/13 3626/13
3626/18 3626/22
3627/3 3627/11
3628/17 3629/11
3631/19 3632/19
3632/21 3633/7
3633/10 3634/8 3634/9
3634/9 3635/2 3635/19
3635/22 3637/5 3637/9
bear **[4]** 3485/15
3510/2 3572/19
3626/19
bear-hugging **[1]**
3510/2
beard **[8]** 3535/11
3535/12 3535/13
3535/15 3535/21
3536/7 3542/11
3545/20
bearing **[1]** 3571/3
bears **[1]** 3625/8
became **[1]** 3633/21
because **[38]** 3478/15
3480/11 3482/10
3484/14 3484/16
3484/24 3485/13
3486/14 3493/25
3500/2 3500/13
3503/14 3510/15
3511/22 3513/21
3519/8 3523/8 3524/16
3544/8 3554/16
3557/13 3559/11
3559/16 3570/1 3571/9
3585/25 3591/11
3594/2 3616/13 3624/1
3625/19 3625/19
3626/7 3633/13
3634/18 3637/10

become **[2]** 3530/18
3530/20
becomes **[1]** 3617/18
bedroom **[1]** 3610/10
been **[47]** 3482/14
3487/18 3489/15
3491/2 3492/5 3493/15
3494/19 3504/19
3506/19 3506/23
3507/1 3509/6 3510/9
3511/2 3516/17
3529/15 3529/16
3536/13 3538/10
3544/12 3549/25
3552/2 3558/11
3559/17 3559/20
3563/20 3566/14
3571/17 3578/6 3579/3
3579/9 3585/11 3588/2
3592/7 3592/8 3611/6
3614/20 3614/21
3617/1 3619/5 3619/14
3620/1 3620/10
3622/20 3624/22
3627/20 3629/2
before **[36]** 3474/9
3477/25 3486/9
3502/14 3517/21
3525/10 3525/17
3526/14 3531/8 3533/4
3534/4 3534/6 3534/7
3535/6 3539/10
3543/16 3556/5 3560/2
3560/8 3562/12 3563/6
3564/14 3572/12
3575/15 3577/18
3581/25 3584/1
3607/20 3608/22
3610/22 3613/6 3617/5
3618/11 3627/13
3632/13 3634/24
began **[3]** 3590/24
3592/23 3601/12
begins **[4]** 3594/12
3594/21 3595/2
3597/18
begun **[1]** 3597/15
behalf **[4]** 3490/18
3570/19 3570/20
3576/15
behind **[4]** 3501/12
3523/3 3524/16
3576/25
being **[43]** 3480/8
3484/14 3485/8
3485/15 3486/20
3494/21 3504/1
3505/19 3506/6
3506/15 3507/17
3513/20 3520/9
3520/23 3536/13
3536/14 3541/21
3544/7 3547/18
3547/25 3548/4 3549/7
3549/12 3549/12
3560/1 3560/5 3560/9
3565/12 3566/10

3578/9 3578/11
3581/20 3582/4
3598/11 3600/21
3601/4 3611/1 3627/2
3628/11 3632/10
3633/22
believe **[17]** 3480/6
3492/3 3494/9 3504/5
3509/6 3510/14 3532/1
3539/1 3540/14
3541/24 3551/17
3552/10 3567/1
3567/18 3567/21
3613/23 3621/11
believed **[6]** 3540/10
3559/16 3565/10
3590/15 3592/20
3594/18
belong **[1]** 3482/3
belonged **[5]** 3479/25
3480/5 3480/12
3480/14 3480/16
belt **[1]** 3498/13
Bench **[6]** 3505/23
3537/4 3543/13
3562/17 3569/17
3608/9
Bentley **[23]** 3530/11
3531/2 3531/22
3531/23 3533/21
3534/11 3549/18
3551/9 3551/9 3553/11
3553/12 3553/21
3553/25 3555/4
3558/12 3558/14
3558/18 3561/8
3561/15 3564/15
3570/2 3574/19 3583/4
Bentley's **[10]** 3550/5
3550/6 3551/14
3551/15 3552/15
3552/20 3554/6
3554/20 3554/21
3557/14
Berry **[8]** 3478/3
3478/9 3479/7 3479/17
3480/10 3481/4
3481/17 3482/2
Berry's **[4]** 3479/9
3479/11 3480/22
3481/18
beside **[1]** 3552/15
besides **[2]** 3522/18
3624/15
best **[5]** 3524/17
3531/19 3533/13
3546/13 3586/25
between **[9]** 3508/15
3523/5 3537/18
3537/22 3553/20
3574/1 3591/10
3593/17 3616/25
beyond **[4]** 3484/9
3485/21 3541/6 3616/5
biased **[1]** 3638/12
big **[2]** 3535/15
3574/24

**B**

**bike [6]** 3498/21
3499/2 3499/7 3499/8
3499/14 3499/24
**bit [12]** 3490/12
3493/12 3513/1
3525/14 3563/6
3564/13 3582/8 3582/9
3590/1 3592/2 3609/8
3611/9
**Bittner [1]** 3481/9
**black [1]** 3553/1
**blown [1]** 3493/10
**blue [1]** 3630/23
**body [4]** 3492/25
3516/6 3554/16 3556/1
**boots [1]** 3496/25
**born [14]** 3478/4
3479/8 3482/11
3529/15 3537/21
3543/21 3563/14
3608/19 3611/10
3612/5 3612/7 3612/16
3620/7 3630/13
**bottle [1]** 3533/18
**bottles [1]** 3504/17
**bottom [4]** 3481/18
3498/4 3500/9 3591/5
**box [3]** 3475/3 3591/5
3617/16
**braided [3]** 3535/14
3535/16 3535/21
**break [5]** 3499/12
3563/7 3564/14
3609/15 3609/19
**breakfast [4]** 3561/18
3562/3 3562/4 3562/11
**breaking [1]** 3508/19
**Breonna [1]** 3565/3
**brief [1]** 3614/5
**briefly [4]** 3585/3
3589/24 3605/4
3608/22
**bring [20]** 3481/5
3482/9 3490/14 3493/4
3495/4 3518/21
3537/13 3539/25
3540/10 3558/16
3558/18 3558/20
3558/24 3569/20
3571/20 3611/22
3614/3 3614/11
3619/21 3630/16
**bringing [3]** 3478/4
3610/3 3612/5
**broadly [1]** 3559/11
**broke [1]** 3608/11
**broken [2]** 3508/14
3525/10
**brought [10]** 3481/22
3481/25 3483/1
3485/15 3494/10
3541/21 3541/25
3569/3 3569/5 3579/5
**BROWN [3]** 3475/11
3475/14 3481/8
**browser [1]** 3597/14

**bike.com [2]** 3490/13
3475/13 3475/17
**bubble [1]** 3630/24
**buffer [1]** 3523/5
**building [5]** 3494/9
3527/4 3530/7 3574/21
3583/10
**buildings [2]** 3527/5
3527/5
**bunch [6]** 3545/13
3545/14 3554/9
3575/16 3583/13
3584/16
**burden [1]** 3478/16
**Burgess [1]** 3481/8
**burning [1]** 3554/16
**business [5]** 3504/20
3599/16 3602/12
3617/12 3617/15
**bussed [1]** 3547/18

**C**

**Cain [13]** 3488/3
3488/12 3489/9
3489/25 3490/6
3613/22 3614/13
3614/24 3616/5
3620/24 3622/17
3623/21 3629/25
**Cain's [4]** 3483/3
3485/5 3486/24
3633/24
**Caleb [2]** 3478/3
3479/7
**Caleb Berry [1]** 3478/3
**calendar [1]** 3492/5
**caliber [3]** 3516/7
3516/8 3612/14
**calibers [2]** 3612/19
3612/21
**call [39]** 3488/7 3532/8
3532/9 3532/10
3532/10 3536/1
3567/24 3567/25
3579/21 3590/3 3591/5
3591/16 3591/17
3592/3 3592/3 3592/10
3592/10 3599/4 3600/1
3600/5 3600/18
3600/20 3600/23
3600/25 3601/2 3601/8
3601/10 3601/21
3602/24 3603/6
3604/25 3605/18
3605/19 3605/24
3606/2 3606/16
3606/21 3607/1 3623/1
**call-out [1]** 3591/5
**called [15]** 3484/6
3520/5 3520/9 3538/4
3546/1 3546/9 3570/18
3576/11 3576/15
3578/20 3600/21
3600/21 3601/14
3601/17 3604/11
**caller [1]** 3601/17
**calling [3]** 3600/15
3600/24 3601/14

**calls [9]** 3527/18
3579/7 3587/8 3590/5
3601/21 3602/5
3603/16
**came [23]** 3487/4
3487/21 3497/5 3501/4
3504/7 3504/8 3519/20
3526/21 3526/23
3529/13 3529/18
3547/12 3548/21
3553/8 3558/11
3559/16 3559/18
3560/8 3561/1 3561/21
3583/8 3586/3 3637/23
**can [133]** 3478/14
3479/1 3479/22 3482/9
3486/8 3486/16
3489/25 3490/3
3490/15 3493/12
3496/20 3500/7 3502/1
3502/10 3502/17
3505/24 3506/9
3506/10 3507/20
3508/2 3509/5 3509/9
3512/6 3512/8 3512/11
3512/22 3513/7 3514/5
3514/10 3515/19
3515/22 3516/20
3517/5 3517/18
3517/25 3518/8 3518/9
3519/4 3520/1 3520/11
3520/18 3521/9
3521/15 3522/3
3523/10 3524/6 3524/7
3524/11 3524/15
3524/19 3525/21
3530/3 3531/3 3532/16
3533/13 3533/22
3540/2 3543/23
3546/20 3547/6 3547/7
3548/2 3552/13 3560/7
3563/4 3563/8 3563/15
3565/14 3565/15
3566/23 3568/8
3569/15 3571/2
3571/24 3572/4
3572/20 3572/21
3573/2 3573/3 3574/17
3575/7 3577/14 3580/8
3586/24 3588/13
3589/12 3589/21
3589/24 3591/4 3592/1
3592/16 3593/23
3594/24 3595/16
3596/1 3596/12
3596/25 3597/2
3597/23 3598/7
3598/16 3599/7
3599/24 3602/19
3602/21 3603/1 3603/2
3603/8 3604/16
3604/22 3605/4
3605/22 3608/8 3615/8
3615/8 3616/12
3618/11 3618/13
3619/11 3619/14
3619/18 3619/19
3619/21 3620/13

**can't [11]** 3487/17
3532/9 3539/5 3554/8
3568/24 3583/11
3595/14 3600/12
3605/6 3608/10
3619/10
**cannot [4]** 3483/20
3513/6 3537/17
3537/22
**cans [1]** 3525/15
**capital [1]** 3600/16
**Capitol [76]** 3492/13
3492/16 3492/17
3493/20 3494/5 3494/9
3497/6 3497/9 3497/10
3497/17 3497/21
3497/22 3498/14
3498/22 3499/17
3500/2 3500/4 3501/13
3501/25 3502/21
3505/10 3507/18
3508/22 3509/1
3510/23 3511/21
3511/22 3517/12
3518/2 3518/16
3520/23 3521/5
3522/22 3522/25
3526/13 3526/24
3526/25 3527/2 3527/3
3530/4 3530/15
3536/16 3540/23
3545/25 3546/2
3546/10 3547/3
3547/11 3547/13
3566/2 3566/5 3566/10
3569/21 3570/3
3574/20 3574/21
3577/3 3577/23 3580/7
3580/11 3580/14
3580/25 3581/7
3581/13 3582/1 3582/5
3582/10 3582/11
3582/15 3582/22
3582/25 3583/2
3583/10 3583/22
3597/7 3597/17
**Capitol Building [3]**
3494/9 3574/21
3583/10
**car [30]** 3478/2 3478/5
3478/9 3530/24 3531/1
3531/2 3532/17
3532/20 3533/2 3533/8
3533/12 3549/15
3549/16 3549/17
3550/5 3550/7 3551/2
3551/12 3551/12
3551/14 3551/15
3551/17 3552/19
3553/9 3553/10
3553/10 3553/16
3555/25 3556/4 3638/3
**care [3]** 3519/2 3519/7

**career [1]** 3497/1
**Carlisle [1]** 3529/2
**Carolina [3]** 3496/16
3497/5 3497/7
**carries [1]** 3637/22
**Carrion [14]** 3490/23
3491/3 3491/3 3491/13
3492/1 3492/20 3493/2
3493/23 3493/24
3494/1 3494/10
3502/19 3508/10
3521/14
**Carrion's [1]** 3491/16
**carry [1]** 3557/6
**cars [4]** 3550/15
3551/18 3552/9
3552/11
**cart [5]** 3481/6 3481/7
3481/13 3550/12
3550/13
**carting [1]** 3479/22
**case [34]** 3477/6
3479/23 3480/15
3481/3 3481/6 3481/10
3482/6 3482/10 3483/4
3483/5 3484/6 3484/14
3487/13 3488/8
3495/13 3506/19
3506/24 3570/8
3591/13 3600/2
3600/10 3600/16
3600/22 3601/6
3601/19 3610/18
3611/8 3611/14
3611/20 3611/20
3612/9 3632/20
3633/15 3637/10
**cases [14]** 3479/16
3479/18 3479/25
3480/5 3480/11
3480/11 3480/14
3480/18 3480/24
3481/13 3481/14
3482/3 3482/5 3584/21
**CAST [1]** 3588/18
**catastrophic [1]**
3510/15
**caught [1]** 3553/5
**cause [1]** 3617/20
**caused [1]** 3503/22
**CCTV [2]** 3494/5
3494/9
**CDRs [1]** 3607/1
**CDU [2]** 3498/9
3498/10
**cell [19]** 3485/9 3485/9
3485/16 3490/8
3532/19 3588/20
3588/24 3589/25
3590/3 3590/6 3590/8
3590/14 3591/11
3594/17 3600/10
3606/17 3606/20
3606/21 3607/18
**cell phone [4]** 3485/9
3485/9 3485/16 3490/8
**cell-site [1]** 3591/11

**Cellebrite [2]** 3630/6
3630/20
**cells [1]** 3616/24
**cellular [3]** 3588/17
3597/6 3603/13
**center [8]** 3497/15
3498/5 3500/5 3500/16
3502/3 3502/4 3516/7
3516/8
**central [1]** 3500/9
**certain [4]** 3580/5
3580/9 3633/21
3634/19
**certainly [17]** 3482/20
3485/21 3486/4 3487/1
3487/18 3507/5 3614/9
3614/14 3617/6
3617/23 3619/13
3619/21 3620/14
3622/18 3636/6
3637/21 3638/4
**certification [2]**
3504/20 3599/16
**certifications [2]**
3602/12 3617/13
**certify [1]** 3639/2
**cetera [4]** 3541/15
3617/22 3617/22
3635/4
**chain [2]** 3498/21
3499/13
**challenge [2]** 3571/14
3571/16
**change [3]** 3549/12
3606/7 3606/9
**changed [4]** 3548/23
3549/1 3549/7 3549/23
**channel [1]** 3632/25
**channels [1]** 3633/2
**chanting [1]** 3498/18
**characterized [1]**
3487/20
**charged [3]** 3571/17
3611/7 3611/8
**Charleston [1]** 3497/4
**chart [8]** 3618/25
3619/2 3624/14 3626/8
3626/11 3632/19
3633/10 3634/18
**charts [2]** 3622/7
3622/9
**chat [4]** 3538/20
3541/10 3629/18
3632/22
**chat's [1]** 3629/4
**chats [4]** 3531/15
3531/18 3585/19
3624/21
**check [1]** 3544/17
3548/18 3636/11
**checked [1]** 3617/17
**chest [5]** 3492/24
3510/8 3515/15
3515/17 3516/2
**chief [1]** 3488/8
**choose [1]** 3631/24
**chose [2]** 3629/7

**chosen [1]** 3630/11
**cigarette [3]** 3548/14
3551/1 3554/23
**circle [12]** 3508/5
3509/18 3511/11
3512/9 3514/10 3517/5
3518/9 3520/1 3521/15
3522/3 3524/7 3552/3
**circled [9]** 3508/7
3509/20 3512/19
3514/13 3517/7
3518/12 3521/18
3524/9 3551/25
**Circuit [3]** 3483/7
3483/12 3637/5
**circumstances [2]**
3637/6 3637/13
**circumstantial [1]**
3538/3
**Citadel [1]** 3496/15
**city [6]** 3497/4 3541/10
3541/15 3544/13
3548/1 3548/4
**civil [2]** 3498/10
3510/5
**clarify [4]** 3488/23
3577/14 3610/1
3613/24
**clarifying [2]** 3608/15
3608/23
**clean [3]** 3533/13
3533/13 3534/13
**clear [9]** 3480/21
3530/15 3579/9
3610/21 3614/12
3616/13 3616/14
3619/24 3637/13
**clearly [4]** 3541/5
3543/24 3544/5
3633/15
**client's [1]** 3572/19
**CLINTON [1]** 3475/19
**clintonpeed.com [1]**
3475/22
**close [2]** 3519/22
3593/7
**closed [3]** 3512/18
3523/15 3525/25
**closest [1]** 3486/2
**closing [3]** 3618/11
3628/5 3628/5
**clothes [1]** 3515/4
**clothing [2]** 3484/1
3550/18
**co [12]** 3536/21 3540/2
3542/3 3543/25 3544/5
3570/2 3571/13
3571/15 3571/17
3572/18 3573/1 3573/1
**co-conspirator [9]**
3536/21 3540/2 3542/3
3543/25 3544/5
3571/13 3571/15
3571/17 3572/18
**co-conspirators [2]**
3570/2 3573/1
**co-defendants [1]**

**code [1]** 3486/21
**colleagues [2]** 3626/23
3628/11
**college [2]** 3496/14
3496/15
**COLUMBIA [2]** 3474/1
3540/1
**Columbus [1]** 3491/9
**Columbus Doors [1]**
3491/9
**column [2]** 3615/12
3615/14
**columns [4]** 3502/3
3502/4 3617/2 3623/24
**combat [3]** 3529/5
3555/17 3555/21
**combination [3]**
3540/24 3544/25
3630/19
**come [19]** 3483/9
3512/13 3516/10
3518/1 3529/9 3529/12
3533/9 3534/20 3535/2
3539/12 3546/1 3546/9
3559/11 3563/15
3613/8 3613/24
3626/11 3629/12
3633/10
**comes [2]** 3486/2
3486/19
**comfortable [1]**
3587/16
**coming [20]** 3513/19
3514/25 3517/25
3520/19 3538/22
3539/4 3539/11 3547/1
3563/18 3570/7
3570/12 3571/1 3571/3
3586/23 3599/2
3611/13 3626/9
3627/20 3627/23
3634/6
**committee [1]** 3483/19
**common [1]** 3562/7
**communicating [1]**
3553/25
**communication [1]**
3538/21
**communications [5]**
3543/1 3580/16
3580/18 3580/21
3580/22
**companies [1]** 3604/1
**company [1]** 3526/23
**compared [1]** 3555/20
**completely [2]** 3624/14
3629/9
**completeness [1]**
3626/14
**complicated [1]**
3523/1
**complied [3]** 3509/19
3511/12 3521/17
**component [1]**
3487/11
**computer [1]** 3500/6
**concealed [1]** 3557/6

**concern [1]** 3547/24
**concerned [1]** 3538/5
**concerning [2]**
3482/23 3483/5
**concerns [3]** 3478/21
3627/17 3632/9
**conduct [2]** 3492/16
3611/8
**CONF [1]** 3599/24
**confer [2]** 3626/23
3628/11
**conference [8]**
3505/23 3537/4
3543/13 3562/17
3569/17 3601/20
3601/21 3608/9
**confident [1]** 3504/5
**confirm [1]** 3628/12
**connected [1]** 3607/19
**Connecticut [1]**
3496/13
**connection [7]**
3482/18 3565/3
3605/18 3606/15
3614/19 3621/3
3631/12
**connor [4]** 3475/10
3475/13 3477/14
3490/18
**Connor Martin [1]**
3477/14
**consciousness [1]**
3625/9
**consider [2]** 3503/19
3589/3
**consistent [6]** 3482/6
3482/11 3538/9 3602/6
3612/15 3618/22
**conspiracies [1]**
3484/21
**conspiracy [15]**
3484/9 3484/15
3484/16 3484/20
3538/25 3539/2
3539/23 3541/6
3541/16 3541/18
3542/4 3543/18 3544/8
3545/2 3631/13
**conspirator [10]**
3536/21 3540/2 3542/3
3543/25 3544/5 3544/8
3571/13 3571/15
3571/17 3572/18
**conspiratorial [1]**
3637/23
**conspirators [4]**
3478/7 3537/21 3570/2
3573/1
**consult [1]** 3488/2
**contacted [1]** 3540/8
**contained [2]** 3485/19
3487/15
**containing [1]** 3485/24
**contends [1]** 3622/9
**content [9]** 3615/3
3624/13 3624/14
3624/16 3625/3

3633/22 3633/23
**contention [4]** 3486/11
3490/2 3624/4 3625/15
**contents [3]** 3612/2
3618/9 3618/10
**context [3]** 3543/25
3631/7 3634/16
**contingent [1]** 3481/17
**continuation [1]**
3593/14
**continue [1]** 3495/12
3618/18
**continued [7]** 3475/1
3541/19 3545/2 3588/5
3590/25 3594/3
3601/22
**continues [3]** 3483/6
3545/1 3637/3
**continuing [1]** 3544/23
**controlling [1]** 3487/2
**conversation [8]**
3530/24 3543/21
3544/6 3549/24
3568/25 3576/24
3601/17 3633/8
**conversations [8]**
3536/12 3546/25
3549/2 3551/4 3551/11
3573/19 3585/21
3627/22
**conveyed [1]** 3563/23
**convoy [1]** 3552/9
**coordinated [1]** 3600/9
**copious [1]** 3540/9
**corner [5]** 3508/18
3514/5 3517/1 3532/1
3583/10
**corollary [1]** 3620/11
**Corps [2]** 3496/19
3496/21
**correct [40]** 3491/10
3525/19 3541/1 3543/4
3544/15 3555/15
3555/23 3555/24
3556/12 3556/15
3556/25 3557/3
3560/17 3560/25
3564/16 3565/5 3565/7
3566/4 3566/17
3576/12 3579/21
3581/1 3582/12
3582/24 3583/3
3583/23 3584/23
3592/13 3596/9
3607/20 3607/24
3608/18 3611/17
3611/19 3616/2
3616/18 3617/13
3617/14 3620/18
3639/3
**correcting [1]** 3559/12
**correctly [1]** 3543/1
**correlates [3]** 3615/24
3620/15 3623/4
**corroborated [1]**
3637/16
**corroborates [1]**

**corroborates... [1]**
3541/11
**could [65]** 3483/9
3488/12 3488/17
3494/1 3496/7 3497/25
3498/14 3498/25
3499/6 3503/9 3504/17
3508/5 3508/21
3508/24 3509/18
3510/6 3510/14 3511/9
3511/10 3511/11
3512/9 3514/25 3518/1
3519/23 3522/14
3524/17 3528/7 3530/6
3535/8 3535/12
3540/10 3540/14
3546/11 3548/22
3550/21 3551/5 3551/7
3552/25 3553/20
3553/24 3554/14
3558/22 3562/15
3566/9 3567/24
3567/24 3570/17
3570/18 3570/25
3572/15 3572/17
3576/7 3578/5 3579/8
3579/20 3588/9 3592/7
3593/20 3605/14
3613/8 3614/20 3615/2
3621/6 3626/18
3637/20
**couldn't [4]** 3502/10
3506/21 3523/6
3582/19
**counsel [3]** 3487/5
3488/1 3628/3
**Count [1]** 3541/6
**Count 1 [1]** 3541/6
**country [3]** 3528/20
3528/23 3547/19
**County [1]** 3497/8
**couple [18]** 3502/13
3504/10 3505/3 3511/3
3511/4 3517/14
3521/21 3528/21
3529/13 3546/15
3551/25 3552/3
3603/17 3605/15
3608/15 3608/23
3617/23 3636/16
**course [3]** 3510/18
3536/15 3606/6
**court [32]** 3474/1
3477/2 3478/7 3482/20
3483/14 3484/3 3484/7
3484/24 3487/12
3487/16 3506/3
3507/13 3542/5
3543/17 3545/17
3562/22 3563/1 3564/1
3564/4 3569/22 3573/5
3609/13 3610/14
3611/23 3612/6 3612/8
3627/21 3627/22
3628/13 3635/21
3636/9 3638/20
**Court's [3]** 3489/19

**courtroom [5]** 3477/18
3495/7 3563/3 3564/9
3609/22
**cover [1]** 3493/3
**covered [1]** 3549/2
3618/8
**CR [1]** 3474/4
**create [4]** 3517/24
3615/12 3615/14
3635/9
**create-TS [1]** 3615/12
**created [3]** 3499/12
3601/21 3615/20
**creates [1]** 3631/17
**creating [1]** 3522/9
**credibility [1]** 3589/5
**Criminal [1]** 3477/6
**cross [13]** 3476/4
3479/24 3506/24
3555/7 3555/10 3558/2
3562/19 3607/5
3607/10 3609/7 3632/7
3636/5 3638/7
**cross-examination [7]**
3479/24 3506/24
3555/7 3555/10 3558/2
3607/5 3607/10
**cross-examine [2]**
3632/7 3638/7
**crossed [1]** 3628/19
**crowd [5]** 3498/14
3498/17 3507/9 3509/2
3582/20
**CRR [2]** 3639/2 3639/8
**crying [1]** 3582/18
**CT [1]** 3606/15
**Cummings [1]** 3481/12
**cumulative [6]** 3490/22
3491/7 3493/5 3493/12
3494/18 3630/16
**curfew [2]** 3547/25
3548/4
**currently [1]** 3497/7
**cut [1]** 3601/18

## D

**D.C [49]** 3474/5
3474/17 3475/21
3479/4 3479/13 3483/1
3497/5 3497/16
3529/10 3529/18
3529/20 3530/23
3531/8 3531/25 3532/6
3534/5 3537/13 3539/4
3547/21 3555/23
3558/11 3559/4 3559/5
3559/6 3559/10
3559/10 3559/16
3559/18 3560/9 3561/1
3561/3 3561/5 3567/1
3567/5 3567/6 3569/2
3569/4 3575/24 3586/3
3590/23 3592/11
3592/24 3594/20
3597/7 3597/19 3598/2
3598/23 3600/11
3607/19

**courtroom** column 3:
**brought [1]** 3483/11
3623/17 3632/22
**D.C. Circuit [1]** 3483/2
**D.C. Op [1]** 3632/22
**D.C. Op Jan. 6 [1]**
3623/17
**Dallas [8]** 3591/1
3593/17 3594/13
3595/9 3595/13
3595/20 3596/6 3598/4
**danger [1]** 3617/19
**dangerous [1]** 3613/17
**darkness [1]** 3483/22
**data [16]** 3485/9
3485/9 3485/9 3486/18
3486/18 3489/21
3590/6 3591/20 3592/5
3594/3 3597/10
3597/11 3597/13
3614/10 3624/2 3629/2
**date [16]** 3487/17
3488/21 3489/18
3600/3 3600/5 3600/14
3605/19 3607/22
3615/22 3615/24
3616/7 3618/25
3621/10 3622/3 3623/3
3639/7
**date/time [2]** 3600/5
3600/14
**dates [8]** 3489/5
3607/21 3615/5
3615/14 3616/1
3619/17 3620/17
3621/11
**David [3]** 3475/10
3477/9 3490/18
**day [36]** 3474/7
3502/20 3502/23
3503/21 3504/4 3504/6
3504/12 3506/12
3510/18 3514/16
3514/22 3520/24
3526/20 3540/23
3544/9 3545/1 3546/19
3546/23 3546/24
3547/14 3561/13
3563/22 3571/22
3574/23 3575/5 3575/9
3575/11 3577/9
3577/15 3577/15
3591/3 3595/10
3607/20 3609/5
3609/11 3617/8
**days [3]** 3479/10
3532/22 3591/13
**dead [3]** 3632/23
3633/14 3633/22
**deadline [1]** 3487/17
**deal [3]** 3555/17
3555/19 3628/17
**dealing [1]** 3499/13
3509/2
**December [4]** 3490/24
3491/4 3529/7 3529/8
**decide [2]** 3529/9
3529/12
**deck [1]** 3616/15

**declarations [1]**
3637/12
**default [1]** 3625/14
**defendant [14]** 3475/2
3475/6 3475/10
3475/18 3477/7 3477/8
3477/8 3477/9 3477/12
3477/13 3477/15
3477/16 3539/16
3621/4
**Defendant Hackett [1]**
3477/13
**Defendant Minuta [1]**
3477/12
**Defendant Moerschel
[1]** 3477/15
**Defendant Vallejo [1]**
3477/16
**defendants [8]** 3474/7
3477/17 3572/25
3573/1 3620/25
3623/12 3632/16
3633/11
**defense [11]** 3487/5
3488/1 3488/6 3506/13
3506/17 3506/19
3506/23 3527/9
3622/21 3636/4
3636/22
**defense's [1]** 3631/25
**defenses [1]** 3492/11
**definitely [1]** 3553/5
**definition [1]** 3485/1
**degree [3]** 3486/4
3563/19 3590/10
**degrees [1]** 3483/22
**delete [4]** 3624/25
3625/18 3626/3
3632/25
**deleted [3]** 3616/25
3626/1 3634/20
**deleting [2]** 3634/5
3635/4
**depart [1]** 3595/2
**departed [1]** 3590/23
**depend [1]** 3625/6
**depict [1]** 3590/10
**deployed [3]** 3502/17
3527/2 3529/3
**deploying [1]** 3525/15
**deposit [1]** 3586/3
**deputy [1]** 3497/7
**derived [1]** 3484/25
**describe [22]** 3496/20
3498/14 3498/25
3512/11 3514/10
3517/18 3522/14
3531/3 3535/8 3535/12
3542/20 3546/11
3546/13 3547/9
3547/10 3548/22
3550/21 3551/7
3552/13 3552/25
3553/20 3554/14
**described [13]**
3483/20 3487/3
3494/23 3535/23

**declarations** column 5:
**3543/3 3543/4 3546/17**
3546/21 3548/24
3616/4 3618/5
**describing [1]** 3543/21
**description [2]** 3538/8
3620/21
**descriptions [1]**
3637/9
**designation [1]**
3599/25
**designed [1]** 3483/15
**detail [9]** 3535/12
3590/4 3599/4 3602/24
3603/6 3604/25
3605/18 3605/20
3607/1
**details [5]** 3571/21
3615/22 3615/23
3618/5 3620/22
**detain [1]** 3502/24
**detained [2]** 3502/22
3503/3
**determine [3]** 3571/18
3572/21 3604/6
**determining [1]** 3590/6
**device [11]** 3592/4
3592/22 3592/23
3593/14 3603/23
3604/2 3604/9 3621/19
3621/19 3630/8
3631/11
**devices [3]** 3621/2
3622/5 3623/8
**diagrams [1]** 3589/9
**dictating [1]** 3506/11
**did [154]** 3478/3
3480/1 3480/7 3480/13
3487/25 3492/1
3496/14 3496/17
3497/1 3497/3 3497/9
3497/12 3498/23
3498/24 3499/9
3499/18 3499/23
3500/3 3500/12 3501/2
3501/16 3502/7
3502/15 3503/19
3507/3 3508/16
3508/23 3510/19
3510/21 3513/4
3513/13 3514/18
3515/16 3518/1
3518/25 3519/7 3523/7
3526/17 3526/20
3528/14 3528/16
3528/18 3528/23
3528/24 3528/25
3529/2 3529/5 3529/6
3529/9 3529/12
3529/20 3529/22
3529/24 3530/1
3530/15 3530/16
3530/17 3530/20
3531/24 3532/13
3532/15 3532/21
3533/24 3534/17
3535/2 3536/15
3536/19 3537/2 3537/9

**did... [85]** 3539/15
3539/16 3542/11
3542/12 3542/13
3542/18 3542/19
3542/20 3542/25
3545/24 3546/3 3546/6
3546/17 3546/21
3547/2 3547/9 3547/15
3548/9 3548/11
3548/20 3549/14
3549/19 3549/22
3550/3 3550/7 3550/8
3550/9 3550/16
3550/21 3550/24
3551/2 3551/3 3551/12
3551/20 3552/11
3553/2 3553/4 3553/16
3553/18 3554/3 3554/4
3554/7 3554/10
3554/19 3554/21
3554/24 3555/1
3555/22 3557/5 3557/8
3557/10 3558/7
3558/14 3558/16
3558/17 3558/18
3558/24 3559/3
3561/10 3563/21
3564/24 3564/24
3565/6 3572/2 3572/3
3572/14 3574/4 3574/8
3574/14 3577/23
3578/1 3578/12
3579/18 3585/9 3586/3
3586/4 3589/8 3590/21
3596/22 3597/1
3608/21 3611/4
3613/12 3614/23
3638/2
**did you [39]** 3497/1
3497/9 3497/12
3499/18 3500/3
3500/12 3503/19
3508/16 3519/7 3523/7
3526/17 3528/14
3528/16 3528/25
3529/9 3529/12
3529/20 3529/22
3530/17 3530/20
3531/24 3532/13
3534/17 3548/9
3549/19 3549/22
3550/16 3551/12
3551/20 3553/16
3553/18 3554/7
3554/10 3558/14
3572/14 3577/23
3585/9 3586/3 3590/21
**didn't [23]** 3493/3
3502/24 3503/24
3504/4 3519/2 3520/12
3534/20 3539/3
3553/24 3558/20
3558/22 3560/18
3564/21 3564/23
3568/21 3577/22
3583/15 3594/1
3607/18 3607/23

**different [17]** 3486/15
3491/12 3491/25
3492/25 3493/1 3493/2
3548/24 3549/10
3575/23 3599/1
3605/21 3612/19
3612/21 3613/1 3626/2
3626/21 3627/24
**differentiate [2]**
3537/17 3537/22
**differently [1]** 3627/21
**dinner [17]** 3530/18
3530/20 3530/24
3530/25 3532/4
3534/11 3535/3
3536/15 3542/18
3543/2 3543/7 3546/11
3548/9 3586/11
3586/16
**direct [5]** 3476/4
3496/3 3528/3 3584/4
3588/5
**direction [6]** 3581/4
3583/11 3583/12
3600/15 3606/3
3606/16
**directional [1]** 3551/22
**directions [1]** 3549/10
**directly [2]** 3574/2
3576/23
**disagree [1]** 3624/3
**disclosure [9]** 3484/1
3487/4 3487/4 3487/11
3487/12 3487/14
3487/15 3487/16
3488/9
**discrete [1]** 3635/14
**discuss [9]** 3545/21
3547/2 3547/10
3547/15 3563/6
3636/15 3636/15
3636/19 3636/22
**discussed [4]** 3536/13
3541/2 3575/19 3613/6
**discussing [6]** 3483/9
3532/11 3543/8
3547/17 3563/14
3573/15
**discussion [17]** 3543/6
3543/14 3544/25
3547/20 3548/3 3548/6
3567/19 3573/11
3577/2 3581/12
3581/17 3581/21
3582/4 3583/14
3583/21 3586/10
3626/11
**discussions [8]**
3547/23 3547/24
3560/5 3560/8 3573/9
3576/18 3577/22
3583/16
**Disney [1]** 3546/14
**Disneyland [1]**
3548/24
**displayed [1]** 3612/2

**dispute [2]** 3624/19
3624/20
**disputing [1]** 3624/18
**disregard [1]** 3600/13
**disrespectful [1]**
3583/24
**distance [3]** 3483/22
3498/22 3517/25
**DISTRICT [4]** 3474/1
3474/1 3474/10 3540/1
**disturbance [2]**
3498/11 3510/6
**divide [1]** 3601/8
**division [1]** 3588/16
**do [125]** 3480/4
3486/23 3488/5 3490/9
3497/22 3499/9
3501/19 3502/7
3502/15 3502/19
3502/21 3505/8
3505/13 3505/15
3507/8 3508/3 3508/4
3509/16 3513/18
3514/8 3514/9 3514/15
3514/17 3516/12
3516/14 3517/3 3517/4
3518/22 3518/24
3519/9 3519/10
3519/17 3519/24
3519/25 3521/12
3522/1 3523/7 3523/16
3524/21 3524/22
3526/20 3531/25
3533/20 3535/19
3535/22 3536/1 3537/5
3539/15 3541/17
3542/2 3543/22 3545/3
3545/15 3545/21
3546/19 3546/22
3549/14 3550/3 3550/9
3550/24 3551/15
3553/2 3554/21
3554/24 3556/7
3556/19 3556/19
3559/3 3561/15
3561/17 3562/18
3568/11 3570/4 3573/3
3573/14 3573/17
3573/23 3574/25
3575/4 3575/8 3581/3
3581/4 3582/4 3584/10
3585/7 3585/8 3585/12
3585/14 3585/15
3585/16 3585/24
3585/25 3586/8
3588/13 3588/16
3588/25 3592/4 3596/7
3598/10 3599/10
3601/7 3604/1 3607/14
3607/24 3610/3
3611/23 3613/12
3614/13 3614/17
3614/20 3615/2
3618/24 3620/25
3622/11 3622/11
3622/14 3623/20
3627/2 3627/18

3631/22 3633/2 3634/3
3636/23
**do you [14]** 3536/1
3537/5 3556/19
3562/18 3568/11
3573/14 3573/17
3573/23 3575/4 3582/4
3585/7 3586/8 3588/16
3607/14
**Do you actually [1]**
3518/22
**Do you have [6]**
3480/4 3516/12 3519/9
3585/12 3585/14
3585/16
**do you know [1]**
3556/19
**do you recognize [6]**
3505/8 3521/12 3522/1
3524/21 3598/10
3599/10
**do you remember [7]**
3505/13 3514/15
3531/25 3535/19
3551/15 3561/15
3575/8
**do you see [7]** 3497/22
3509/16 3514/8 3517/3
3519/17 3519/24
3533/20
**document [3]** 3616/21
3618/9 3618/10
**documentation [1]**
3617/9
**documented [1]**
3617/1
**documenting [1]**
3616/3
**documents [2]**
3486/17 3613/15
**does [22]** 3486/14
3486/25 3487/25
3488/6 3496/24 3514/6
3516/8 3572/8 3593/2
3596/4 3596/7 3596/16
3597/4 3598/13
3598/24 3603/22
3617/10 3617/12
3621/12 3624/10
3635/8 3635/22
**doesn't [12]** 3540/1
3540/13 3545/15
3566/11 3569/1 3572/7
3572/19 3620/19
3628/2 3635/7 3637/11
3637/14
**dog [10]** 3518/21
3518/25 3519/1 3519/4
3519/6 3519/7 3519/9
3519/10 3519/24
3520/1
**doing [12]** 3508/11
3510/1 3517/9 3517/18
3519/19 3522/6
3524/11 3546/7
3555/13 3561/13
3562/14 3587/16

**dollies [1]** 3479/18
**Don [1]** 3585/17
**Don Siekerman [1]**
3585/17
**don't [79]** 3478/19
3481/19 3482/1 3486/1
3486/8 3488/16
3488/18 3493/5
3494/18 3498/11
3501/20 3503/3
3503/17 3506/7
3507/11 3521/4
3525/11 3532/8
3536/20 3538/1
3538/24 3539/20
3540/4 3540/5 3543/15
3543/23 3544/3 3544/6
3545/3 3545/13
3550/19 3551/17
3557/17 3560/13
3560/21 3562/6 3562/8
3565/18 3567/1
3568/15 3569/13
3573/11 3575/12
3576/23 3577/25
3580/22 3581/3
3583/24 3594/4
3597/12 3606/19
3607/7 3607/21
3611/11 3611/13
3611/22 3612/6
3612/10 3619/19
3619/25 3625/19
3626/8 3626/16
3626/24 3628/1
3628/17 3629/14
3631/16 3632/5 3632/9
3632/11 3632/23
3633/1 3633/7 3633/15
3634/2 3634/13
3634/15 3636/5
**done [5]** 3572/10
3592/6 3612/9 3614/6
3614/20
**door [35]** 3493/20
3493/21 3493/23
3494/11 3501/25
3502/1 3502/7 3502/8
3502/12 3502/14
3505/10 3505/12
3508/8 3508/12
3508/13 3508/15
3508/15 3508/19
3511/18 3513/16
3513/17 3514/12
3514/25 3518/13
3521/2 3521/3 3522/8
3523/15 3523/18
3524/14 3525/14
3548/15 3626/8
3626/17 3627/2
**doors [25]** 3491/9
3491/18 3502/21
3506/12 3506/16
3507/18 3509/4
3511/16 3511/20
3512/17 3513/13

**D**

doors... [14] 3514/14
3517/8 3518/16
3519/22 3520/6
3520/20 3521/5
3522/22 3522/25
3523/2 3523/3 3525/10
3525/25 3548/16
dots [2] 3590/18
3596/8
double [1] 3491/16
Doug's [1] 3479/14
Douyon [1] 3509/8
down [22] 3497/15
3510/10 3518/17
3518/18 3520/11
3527/15 3535/14
3547/25 3548/4
3550/14 3551/24
3563/5 3576/21 3577/7
3577/17 3582/19
3587/6 3592/12 3593/3
3594/8 3595/8 3608/5
download [5] 3489/4
3489/18 3615/23
3618/5 3619/4
downloaded [3]
3485/8 3485/16
3613/14
downloads [1]
3615/24
downtown [4] 3574/15
3574/18 3597/7
3607/19
drastic [1] 3549/12
draw [3] 3481/20
3500/7 3617/21
drawn [2] 3484/24
3626/18
dressed [2] 3498/7
3565/19
drew [3] 3500/9 3501/7
drink [3] 3533/5
3533/17 3553/8
drinking [4] 3584/10
3584/11 3584/14
3584/17
drinks [2] 3533/18
3584/5
drive [1] 3529/22
driven [6] 3591/24
3592/1 3592/9 3592/9
3593/5 3596/8
driver's [2] 3552/17
3557/6
driveway [1] 3555/4
driving [4] 3478/9
3532/11 3553/13
3553/21
dropped [2] 3565/25
3566/4
drove [3] 3479/17
3594/10
drug [8] 3484/8 3484/9
3484/15 3484/16
3484/20 3484/21
3486/21 3486/22
drunk [1] 3533/15

DSID [3] 3604/11
3618/5 3620/22
due [1] 3500/24
DUI [1] 3584/21
duration [2] 3522/20
3605/24
Durham [1] 3496/13
during [17] 3486/20
3486/22 3490/25
3503/21 3510/18
3513/12 3525/24
3542/18 3543/2 3563/7
3573/12 3589/10
3590/20 3606/5
3606/21 3609/4
3634/19
duty [1] 3498/13

**E**

each [8] 3486/4
3490/25 3492/7
3492/10 3551/11
3600/1 3603/23
3623/19
earlier [4] 3483/8
3484/6 3493/10
3528/21
early [3] 3526/21
3529/8 3609/15
easiest [2] 3614/3
3614/4
east [10] 3491/9
3491/18 3497/21
3500/4 3501/25
3505/10 3518/15
3522/21 3522/24
3598/25
eating [2] 3530/25
3548/13
echoing [1] 3504/3
Ed [13] 3558/6 3596/22
3629/5 3629/11
3629/18 3629/21
3629/21 3630/2
3630/18 3631/5 3631/6
3631/12 3633/3
Ed Vallejo [10] 3629/5
3629/11 3629/18
3629/21 3629/21
3630/2 3630/18 3631/6
3631/12 3633/3
Ed Vallejo's [2]
3596/22 3631/5
Ed's [1] 3631/24
Edward [2] 3475/19
3477/9
Edwards [2] 3474/16
3477/11
effect [1] 3626/4
either [5] 3488/1
3489/9 3523/6 3538/17
3618/8
elapsed [1] 3605/22
election [2] 3559/17
3559/19
elector [12] 3536/2
3536/9 3536/11

3543/4 3543/5 3545/21
3546/18 3546/21
3547/2 3547/9
electrical [1] 3542/14
element [1] 3544/1
elements [1] 3637/18
elicit [5] 3482/9
3482/12 3571/7
3608/13 3612/19
elicited [1] 3542/3
eliciting [2] 3491/6
3494/15
else [12] 3477/24
3495/2 3540/21 3544/1
3549/17 3550/7
3551/15 3551/17
3615/8 3622/13
3632/13 3635/17
email [8] 3474/18
3474/19 3475/5 3475/8
3475/13 3475/17
3475/22 3622/22
emails [1] 3627/22
emphasizes [1] 3484/4
empty [1] 3534/22
enable [1] 3617/11
end [11] 3490/11
3492/6 3507/23
3509/11 3510/14
3515/19 3528/23
3532/13 3534/15
3534/17 3627/20
ended [4] 3499/15
3508/19 3591/1 3606/2
ending [13] 3592/20
3594/18 3598/1
3598/22 3599/12
3601/13 3601/18
3603/7 3604/24
3604/25 3620/4
3621/19 3621/20
ends [1] 3594/22
enforcement [3]
3483/11 3497/2
3497/14
enforcing [2] 3579/24
3580/2
enhances [1] 3504/2
Enjoy [1] 3609/19
enough [2] 3520/5
3615/13
enroll [1] 3528/16
ensure [1] 3483/15
entered [2] 3495/7
3564/9
entering [1] 3517/12
enters [1] 3491/12
entire [6] 3492/10
3522/20 3526/25
3583/5 3583/6 3616/16
entirety [3] 3490/25
3543/24 3544/4
entrance [2] 3518/15
3521/7
entrances [1] 3521/4
entries [2] 3489/13
3489/14

3493/8
enumerated [1]
3484/23
environment [2]
3503/6 3510/14
envisioned [1] 3483/19
equipment [2] 3510/9
3603/20
ERT [2] 3501/12
3501/23
especially [1] 3504/1
essentially [4] 3479/11
3481/23 3616/1
3637/15
establish [2] 3479/2
3563/22
established [1] 3540/5
et [5] 3474/6 3541/15
3617/22 3617/22
3635/4
et cetera [4] 3541/15
3617/22 3617/22
3635/4
evaluate [3] 3487/12
3514/24 3517/25
evaluation [2] 3589/2
3589/2
even [12] 3489/21
3494/20 3502/10
3513/20 3538/12
3538/22 3544/1
3563/18 3614/24
3616/5 3626/11 3628/1
evening [2] 3530/17
3595/2
event [9] 3487/8
3487/10 3493/15
3556/6 3559/23
3564/16 3565/6 3565/9
3565/17
events [10] 3482/18
3484/13 3493/7
3524/24 3532/22
3560/6 3561/12 3566/8
3570/23 3571/22
eventually [3] 3520/5
3522/21 3551/2
ever [13] 3501/20
3503/4 3531/8 3531/11
3534/4 3534/7 3557/10
3566/10 3583/22
3584/12 3586/22
3596/16 3633/5
every [9] 3514/23
3514/24 3517/25
3520/24 3521/7 3527/4
3594/4 3623/19
3624/11
everybody [16]
3477/19 3477/20
3495/11 3499/11
3500/13 3520/22
3530/24 3546/16
3547/13 3548/21
3549/9 3549/10
3559/21 3559/23
3563/24 3579/1

everybody's [1] 3562/5
everyday [1] 3483/17
everyone [9] 3477/5
3495/9 3541/19
3544/16 3561/24
3564/6 3564/10
3609/24 3638/17
everything [9] 3501/15
3504/15 3510/7 3510/8
3550/4 3568/21 3570/4
3612/16 3628/20
everywhere [2]
3566/11 3581/20
evidence [40] 3478/14
3482/7 3482/23
3483/14 3484/3
3486/18 3490/22
3494/20 3504/22
3507/3 3509/7 3511/2
3514/1 3516/17
3523/22 3524/1 3525/1
3525/5 3526/3 3526/6
3538/4 3538/9 3538/24
3539/1 3540/14
3541/24 3544/3
3563/20 3571/7 3589/4
3589/19 3599/20
3602/17 3605/12
3610/7 3617/11
3619/19 3621/9
3629/22 3637/16
evidentiary [5] 3477/22
3478/17 3478/24
3479/5 3626/14
exact [4] 3503/24
3539/5 3600/12 3619/3
exactly [6] 3532/8
3537/17 3545/13
3554/8 3575/12
3620/21
examination [13]
3479/24 3496/3
3506/24 3528/3 3555/7
3555/10 3558/2 3585/5
3588/5 3607/5 3607/10
3608/21 3621/1
examine [1] 3632/7
3638/7
examined [1] 3630/8
Examiner [10] 3483/3
3485/5 3489/9 3489/25
3614/13 3614/24
3616/5 3620/24
3629/25 3633/24
example [5] 3604/6
3606/5 3629/17
3629/18 3629/20
examples [1] 3483/18
exception [4] 3563/19
3636/25 3637/4
3637/18
excerpt [1] 3489/1
excerpts [1] 3489/8
exchanged [1] 3624/24
excited [2] 3546/16
3549/8
exclude [1] 3482/23
excluded [1] 3585/22

**excluded...** [1] 3614/16
**exclusion** [2] 3487/7
3487/13
**excuse** [5] 3491/3
3492/14 3541/21
3544/24 3600/12
**exhibit** [27] 3480/24
3480/25 3481/1
3497/23 3504/22
3511/13 3513/23
3514/1 3517/1 3517/3
3520/11 3524/1 3525/5
3526/6 3589/19
3598/17 3599/20
3602/17 3605/12
3613/23 3614/11
3619/15 3619/22
3620/2 3622/20 3623/2
3629/1
**exhibits** [5] 3476/9
3613/21 3614/4
3622/19 3627/4
**exit** [3] 3481/2 3518/15
3551/20
**exit/entrance** [1]
3518/15
**exited** [4] 3492/17
3552/1 3563/3 3609/22
**expect** [4] 3490/9
3537/5 3562/18 3635/4
**expected** [3] 3488/4
3570/19 3629/25
**expecting** [1] 3553/6
**experience** [5] 3484/25
3489/23 3506/11
3536/14 3555/18
**experienced** [1]
3494/24
**experiences** [1]
3484/21
**expert** [25] 3483/25
3484/2 3484/12
3484/23 3486/13
3486/19 3487/3 3487/4
3487/10 3487/14
3487/16 3487/19
3487/21 3488/2 3488/3
3488/7 3488/8 3588/20
3588/24 3589/6
3614/22 3621/9
3634/23 3634/24
3635/1
**expertise** [6] 3485/7
3485/14 3485/15
3486/7 3488/17 3489/3
**experts** [2] 3483/5
3588/25
**explain** [19] 3502/9
3523/1 3536/25 3591/4
3592/1 3597/9 3600/4
3603/8 3613/16
3614/12 3614/17
3614/25 3615/8 3616/5
3620/25 3629/19
3630/2 3630/6 3630/24
**explained** [1] 3614/21
**explaining** [1] 3614/8

**explains** [2] 3602/24
3630/18
**explanation** [4] 3486/5
3486/9 3489/2 3631/20
**explosions** [6] 3580/7
3580/10 3580/25
3581/2 3582/6 3583/21
**expressed** [1] 3576/6
**extended** [1] 3491/24
**extends** [1] 3541/6
**extension** [1] 3492/9
**extensively** [1]
3490/23
**extent** [2] 3480/17
3621/22
**extra** [1] 3638/18
**extracted** [1] 3630/7
**extraction** [2] 3614/2
3630/20
**extraordinarily** [1]
3624/17
**extreme** [1] 3624/7
**Eye** [1] 3475/20
**eyes** [1] 3514/25

## F

**F.3d** [1] 3483/7
**face** [1] 3554/16
**Facebook** [4] 3567/12
3567/14 3568/13
3573/9
**Facebook Live** [4]
3567/12 3567/14
3568/13 3573/9
**facemasks** [1] 3565/20
**facility** [1] 3552/1
**facing** [1] 3530/4
**fact** [22] 3478/1 3478/6
3478/23 3479/2 3479/6
3480/12 3480/14
3481/25 3482/9
3482/17 3488/13
3538/7 3540/12
3578/11 3611/4 3611/4
3616/9 3618/21
3619/22 3624/13
3632/7 3633/22
**factor** [1] 3522/18
**factors** [1] 3589/4
**facts** [2] 3611/14
3638/9
**factually** [1] 3483/21
**fair** [5] 3498/5 3523/19
3524/23 3555/18
3592/11
**fairly** [1] 3632/12
**fall** [3] 3486/25
3498/23 3510/13
**falling** [1] 3582/19
**falls** [3] 3484/25
3485/4 3488/18
**familiar** [1] 3483/17
**far** [7] 3479/1 3482/13
3482/13 3506/2 3566/8
3575/21 3611/9
**fast** [1] 3512/15
**fast-forwarded** [1]
3512/15

**FBI** [2] 3588/15
3624/19
**fears** [1] 3503/8
**feature** [2] 3606/17
3606/18
**features** [1] 3606/19
**February** [1] 3497/10
**federal** [3] 3483/14
3484/2 3497/14
**feel** [2] 3503/2 3584/10
**feeling** [1] 3492/24
**feet** [2] 3490/25
3503/23
**felt** [1] 3564/25
**female** [2] 3534/2
3534/3
**fence** [1] 3527/3
**fences** [1] 3526/24
**fever** [1] 3613/11
**few** [4] 3501/3 3519/20
3566/14 3609/17
**field** [1] 3485/21
3542/25
**fight** [2] 3530/7
3570/18
**fighting** [2] 3499/13
3581/19
**figure** [1] 3583/14
**fill** [1] 3635/20
**final** [6] 3597/21
3604/21 3609/4
3609/11 3620/24
3636/12
**finally** [1] 3522/24
**find** [6] 3486/23
3510/22 3534/20
3619/10 3621/6
3632/11
**fine** [3] 3511/8 3544/18
3610/5
**fingers** [2] 3524/15
3524/16
**fingertips** [2] 3542/15
3542/16
**finish** [1] 3562/9
**finished** [3] 3548/13
3548/21 3635/22
**fire** [1] 3522/19
**firearm** [18] 3482/2
3558/16 3558/19
3558/20 3558/24
3559/3 3559/5 3559/13
3561/1 3565/25 3569/3
3569/5 3569/9 3570/20
3572/15 3572/18
3586/4 3611/7
**firearms** [13] 3479/16
3480/2 3480/5 3480/11
3559/6 3571/11
3571/24 3610/15
3610/16 3610/18
3610/18 3611/1 3611/4
**fireplace** [1] 3568/19
**first** [30] 3478/20
3479/13 3480/21
3490/6 3491/15
3493/19 3504/7

3555/14 3561/10
3565/24 3566/10
3572/25 3575/13
3577/18 3589/10
3591/2 3600/4 3602/13
3609/9 3614/6 3614/15
3615/12 3615/20
3617/23 3619/24
3621/5 3621/18
3636/13
**firsthand** [1] 3483/16
**fit** [1] 3616/25
**fits** [1] 3637/6
**five** [7] 3481/14
3515/18 3550/19
3600/6 3609/6 3609/8
3609/10
**FL** [2] 3475/12 3475/16
**flag** [3] 3633/16 3636/8
3636/18
**flagpole** [3] 3508/14
3508/16 3523/17
**flagpoles** [1] 3504/17
**flash** [1] 3503/23
**flash-bang** [1] 3503/23
**flat** [1] 3501/4
**FLETC** [1] 3497/14
**flies** [1] 3591/13
**flip** [4] 3595/16
3595/18 3596/1
3620/13
**Florida** [3] 3478/8
3481/1 3481/15
**flush** [1] 3520/19
**flushing** [1] 3520/6
**focus** [1] 3491/17
**focused** [1] 3625/24
**folks** [1] 3635/17
**follow** [1] 3499/19
**following** [6] 3480/3
3547/14 3552/8 3617/9
3629/14 3638/2
**follows** [2] 3479/12
3588/4
**footage** [1] 3494/9
**footnoted** [1] 3636/17
**footprint** [1] 3622/4
**force** [3] 3546/4
3546/10 3560/6
**Ford** [1] 3556/1
**foregoing** [1] 3639/3
**forensic** [1] 3608/21
**forget** [1] 3628/20
**forgive** [1] 3628/20
**form** [2] 3636/16
3636/17
**format** [1] 3619/3
**formats** [1] 3605/21
**forming** [1] 3500/19
**Fort** [1] 3475/12
**forth** [4] 3553/25
3559/11 3583/19
3593/17
**forward** [30] 3486/20
3507/7 3507/20
3507/22 3509/9 3511/1
3511/3 3512/1 3512/23

3515/9 3515/19
3516/16 3516/21
3517/13 3518/5
3519/11 3521/9
3521/20 3522/11
3529/7 3546/18 3549/8
3593/23 3596/20
3596/21 3602/2
3609/20
**forwarded** [1] 3512/15
**found** [6] 3481/24
3482/5 3485/25 3612/1
3612/7 3622/2
**foundation** [3] 3482/25
3536/21 3570/10
**four** [8] 3477/17
3497/6 3497/13
3515/18 3550/19
3552/10 3591/13
3628/3
**fourth** [1] 3614/16
**frame** [9] 3508/3
3508/19 3509/22
3510/1 3512/20 3513/4
3525/24 3590/20
3591/5
**framed** [1] 3573/21
**frankly** [5] 3485/7
3488/12 3489/10
3493/14 3540/5
**free** [1] 3587/5
**Friday** [2] 3477/22
3486/11
**friend** [10] 3529/9
3529/14 3530/9
3531/18 3531/22
3534/10 3555/23
3557/14 3558/12
3564/15
**friend's** [1] 3530/10
**friends** [1] 3584/15
**front** [16] 3492/4
3497/21 3498/2
3498/22 3499/14
3500/7 3502/12
3502/13 3502/18
3502/21 3548/15
3553/15 3568/19
3576/22 3613/17
**fuel** [2] 3552/17
3552/18
**full** [3] 3493/10
3543/24 3619/2
**full-blown** [1] 3493/10
**furniture** [3] 3523/4
3525/18 3526/15
**further** [13] 3490/1
3527/6 3555/6 3585/1
3587/3 3588/3 3591/20
3607/4 3608/1 3611/5
3613/9 3616/8 3631/17
**furtherance** [8] 3541/5
3541/16 3542/4
3543/15 3543/16
3544/7 3545/2 3545/7
**future** [1] 3563/14

**gallon [1]** 3550/20
**games [1]** 3628/10
**garage [3]** 3550/14
3551/19 3551/20
**Garden [17]** 3530/18
3530/21 3530/25
3532/4 3532/13
3532/17 3532/24
3533/1 3533/6 3533/11
3533/19 3538/4
3538/11 3549/3
3563/11 3584/6
3586/11
**gas [5]** 3479/12
3552/11 3552/13
3552/16 3581/20
**gathered [2]** 3561/11
3583/17
**gathering [1]** 3562/2
**gear [9]** 3493/25
3498/12 3501/14
3507/2 3510/7 3515/3
3515/3 3517/22
3517/22
**geez [1]** 3601/7
**general [3]** 3503/25
3572/6 3572/23
**generally [4]** 3480/1
3530/2 3531/4 3605/20
**generated [1]** 3630/4
**gentleman [7]** 3479/21
3519/2 3522/9 3523/16
3534/19 3536/7
3556/14
**gentlemen [5]** 3495/10
3535/10 3562/23
3578/8 3588/25
**genuinely [1]** 3486/8
**Georgia [1]** 3497/15
**get [61]** 3490/9 3493/7
3499/7 3502/12
3502/14 3502/23
3505/21 3509/3
3510/23 3511/23
3511/23 3512/17
3512/17 3514/25
3519/3 3520/10 3521/1
3521/7 3523/4 3523/9
3523/15 3525/13
3526/12 3526/17
3529/20 3530/6 3530/7
3533/2 3533/12
3536/24 3537/3
3543/23 3547/15
3547/16 3547/24
3548/3 3548/5 3549/11
3550/2 3551/2 3551/13
3553/16 3554/7
3554/10 3562/16
3569/15 3572/12
3581/9 3593/7 3600/9
3602/21 3606/9 3608/8
3609/6 3609/10
3616/12 3625/10
3626/2 3627/5 3628/12
3634/12
**getaway [1]** 3638/3

**getting [12]** 3499/8
3539/14 3601/4 3606/5
**getting [12]** 3499/8
3499/16 3500/21
3502/18 3510/11
3524/16 3530/24
3547/21 3548/7
3560/15 3573/8
3600/18
**give [10]** 3494/1
3499/23 3549/6 3604/1
3604/8 3605/22
3619/14 3628/9 3630/3
3632/3
**given [16]** 3480/10
3482/1 3482/19
3487/14 3488/8
3541/18 3561/19
3609/9 3611/2 3611/14
3613/9 3630/7 3635/25
3636/3 3637/7 3637/22
**gives [1]** 3619/6
**giving [1]** 3494/7
**glass [1]** 3502/16
**global [4]** 3604/10
3614/24 3614/25
3615/1
**gmail.com [2]** 3475/5
3475/8
**GMT [1]** 3600/7
**go [79]** 3478/19
3490/14 3493/18
3493/21 3496/14
3501/2 3505/22
3506/16 3507/20
3511/1 3511/2 3513/1
3513/7 3516/16
3516/20 3521/9
3521/10 3529/3 3529/7
3530/15 3533/11
3533/12 3533/14
3533/19 3534/13
3540/23 3544/17
3547/6 3547/13
3548/13 3548/14
3549/13 3550/7 3551/2
3554/18 3554/19
3555/1 3556/5 3564/15
3564/17 3564/20
3564/21 3564/24
3565/6 3575/9 3578/16
3581/7 3581/13
3581/25 3582/2 3582/5
3582/24 3583/1
3583/15 3583/22
3589/21 3590/12
3592/16 3593/10
3593/20 3594/15
3594/24 3596/16
3596/20 3596/21
3596/25 3597/23
3598/16 3598/17
3600/3 3601/6 3601/25
3608/22 3611/5
3612/20 3612/21
3620/19 3621/23
3627/13
**go ahead [6]** 3478/19

**goal [2]** 3514/24
3519/6
**goes [2]** 3484/3 3594/7
**going [97]** 3491/16
3491/17 3493/7
3493/18 3493/20
3493/21 3493/22
3503/10 3504/3
3504/18 3505/2
3508/22 3508/24
3511/4 3512/11 3515/6
3515/6 3515/7 3515/14
3519/11 3521/20
3522/19 3523/20
3525/8 3529/17
3532/12 3532/13
3532/23 3537/10
3537/11 3538/22
3538/23 3539/20
3541/10 3541/14
3544/12 3544/12
3544/16 3545/13
3546/7 3546/9 3546/9
3546/14 3546/18
3546/19 3547/2
3547/14 3547/15
3547/16 3548/24
3549/2 3549/10 3551/4
3552/6 3559/24
3561/12 3563/17
3564/13 3565/1
3565/24 3566/8 3567/2
3569/24 3570/5 3570/7
3570/13 3571/10
3575/1 3575/2 3575/11
3575/20 3575/23
3575/24 3575/25
3577/18 3581/21
3582/22 3591/10
3597/9 3598/24 3599/1
3605/5 3608/13
3609/14 3610/6
3610/24 3612/19
3626/2 3626/6 3627/18
3628/4 3628/24
3629/12 3630/24
3632/11 3635/2
3635/12
**gone [3]** 3479/8 3479/9
3584/1
**good [13]** 3477/4
3477/19 3477/20
3496/6 3518/21 3528/6
3555/12 3555/13
3558/4 3558/5 3565/14
3607/12 3607/13
**Good morning [7]**
3477/19 3496/6
3555/12 3555/13
3558/4 3558/5 3607/12
**Google [2]** 3604/5
3604/6
**Gorda [1]** 3475/16
**got [55]** 3491/12
3491/20 3491/23
3493/10 3498/18

3500/18 3500/19
3501/23 3501/24
3502/7 3502/8 3502/13
3502/13 3513/15
3519/21 3529/3
3532/24 3533/1 3533/4
3533/8 3534/14 3538/3
3548/18 3549/15
3550/4 3551/12
3551/14 3553/8
3553/10 3554/21
3554/25 3559/3
3565/25 3566/21
3574/22 3575/22
3577/18 3581/12
3581/14 3581/17
3581/18 3582/10
3582/11 3601/7
3605/24 3609/8
3609/16 3613/11
3617/12 3619/12
3622/22 3632/2
3636/21
**gotten [1]** 3584/12
**government [77]**
3474/14 3477/11
3478/6 3478/16
3479/10 3480/17
3480/24 3482/9 3487/2
3487/19 3488/24
3489/7 3489/9 3489/19
3491/6 3492/6 3493/4
3493/7 3494/14 3496/2
3523/22 3525/1 3526/2
3527/18 3528/2
3537/20 3539/22
3569/19 3571/10
3572/25 3573/4 3575/8
3575/14 3575/19
3578/22 3578/24
3587/8 3588/2 3589/16
3602/11 3605/8
3607/14 3607/18
3611/6 3613/21
3616/20 3618/12
3621/8 3622/9 3622/16
3624/3 3625/6 3625/15
3626/17 3627/5
3627/18 3628/3
3628/10 3628/14
3629/1 3630/10
3630/12 3631/9
3631/19 3632/2 3632/8
3633/11 3633/18
3634/2 3634/13
3634/17 3635/6 3635/9
3635/12 3638/2 3638/5
3638/6
**government's [22]**
3476/5 3476/11
3478/13 3478/25
3486/11 3490/1
3495/12 3497/23
3504/22 3513/23
3514/1 3524/1 3525/5
3526/6 3589/19
3599/20 3602/17

3632/18 3633/9
3634/22
**grab [1]** 3524/17
**Grabbed [1]** 3550/10
**graduate [1]** 3528/14
**grand [4]** 3478/4
3570/14 3571/17
3575/15
**graphs [1]** 3623/4
**grave [1]** 3627/17
**Grayson [1]** 3529/23
**great [1]** 3579/2
**Greene [2]** 3580/6
3621/13
**grenade [1]** 3503/23
**grenades [1]** 3581/20
**ground [4]** 3496/25
3508/20 3510/10
3510/11
**group [27]** 3513/15
3560/9 3560/23
3561/11 3567/11
3570/21 3571/10
3574/6 3574/9 3574/12
3576/10 3576/15
3576/20 3577/16
3577/17 3580/13
3580/20 3583/1 3583/4
3583/16 3583/21
3630/1 3632/23 3633/4
3633/14 3633/19
3633/21
**groups [10]** 3547/18
3549/4 3567/14 3579/4
3621/4 3623/10
3623/11 3623/12
3623/13 3623/15
**guard [4]** 3527/2
3528/17 3529/1 3553/5
3575/14 3575/19
3578/22 3578/24
**guess [12]** 3501/4
3540/16 3540/21
3542/24 3546/13
3549/25 3555/20
3556/24 3562/5
3574/14 3593/8
3594/14
**guilt [1]** 3625/9
**guilty [1]** 3565/1
**gun [19]** 3479/3 3479/6
3479/18 3479/22
3480/11 3480/14
3480/24 3481/3 3481/6
3481/9 3481/13
3481/14 3481/21
3481/22 3481/24
3483/1 3504/8 3550/23
3611/20
**guns [1]** 3537/13
3539/4 3539/25
3541/20 3545/14
3610/7 3611/25
**gunshot [1]** 3504/3
**guy [6]** 3530/9 3535/11
3535/20 3535/20
3536/8 3536/9
**guy's [1]** 3519/3
**guys [4]** 3496/25

G

Case 1:22-cr-00066-AT-RGV 3656-B 3649/3 3653-8 Document 253-801 3543 Filed 02/06 3692/14 3 Page 3609-8 of 1193 3614 3576/22

**guys... [3]** 3549/19
3555/25 3562/2

**H**

**H-e-r-r-i-n-g-t-o-n [1]**
3528/11
**Hackett [33]** 3475/6
3477/8 3477/13 3478/3
3478/10 3478/23
3479/2 3479/12
3479/16 3479/19
3479/21 3480/13
3480/14 3480/16
3480/20 3481/5
3481/21 3482/10
3482/25 3489/16
3605/2 3606/25
3612/24 3614/14
3619/7 3620/3 3620/6
3621/7 3621/18
3621/23 3623/13
3624/8 3632/15
**Hackett's [11]** 3481/6
3482/6 3482/24
3488/21 3608/14
3608/17 3608/20
3610/7 3614/19 3616/6
3617/16
**had [106]** 3477/20
3478/23 3479/2 3479/6
3480/4 3481/24
3482/10 3487/16
3489/16 3495/11
3497/13 3501/17
3517/23 3525/15
3527/1 3528/21
3529/13 3529/15
3531/8 3531/10
3531/11 3531/12
3533/4 3533/5 3533/9
3533/17 3533/17
3534/4 3534/7 3534/9
3534/16 3534/19
3535/6 3535/6 3535/11
3535/14 3535/16
3536/13 3536/13
3536/14 3540/7
3543/10 3546/8
3546/15 3549/23
3549/25 3551/10
3555/17 3559/7
3559/17 3559/23
3560/1 3560/5 3560/8
3562/12 3564/15
3564/17 3564/20
3565/13 3565/17
3565/19 3569/3 3569/4
3571/22 3571/25
3572/7 3574/1 3575/14
3575/16 3576/5
3580/18 3581/6
3582/16 3582/16
3584/1 3584/4 3584/5
3584/11 3584/14
3584/17 3585/10
3591/8 3591/11
3591/13 3593/15

3612/14 3612/24
3613/6 3613/7 3616/21
3620/3 3624/9 3624/23
3625/17 3626/1 3626/3
3626/11 3629/1 3629/3
3636/10 3636/12
3636/17 3636/24
**hadn't [1]** 3582/14
**hair [2]** 3535/11
3550/17
**half [1]** 3481/16
**halfway [1]** 3501/8
**Halim [21]** 3475/6
3477/13 3477/22
3482/4 3487/21
3488/10 3557/18
3613/6 3617/7 3618/14
3618/20 3619/15
3622/7 3622/24
3624/11 3627/3
3627/12 3628/12
3628/18 3636/12
3636/16
**Halim's [2]** 3614/5
3626/7
**hamstring [1]** 3488/6
**hand [11]** 3484/19
3495/16 3514/5
3514/13 3517/1 3519/3
3523/17 3526/10
3527/20 3587/10
3591/5
**handcuff [1]** 3503/10
**handcuffs [1]** 3503/7
**handed [3]** 3552/19
3552/21 3553/4
**handgun [9]** 3478/5
3480/6 3480/15 3482/4
3482/6 3482/10
3516/11 3612/16
3612/22
**handguns [3]** 3478/8
3610/9 3612/15
**handle [2]** 3629/5
3629/23
**handled [1]** 3638/4
**handles [2]** 3508/15
3550/20
**handoffs [1]** 3606/23
**hands [4]** 3504/16
3515/1 3542/11
3542/13
**handset [2]** 3603/23
3606/5
**hang [3]** 3537/14
3549/5 3575/1
**hanging [2]** 3574/10
3576/1
**Hanover [1]** 3497/8
**happen [6]** 3501/21
3503/5 3507/3 3532/23
3548/20 3635/4
**happened [17]**
3498/25 3500/18
3500/23 3501/10
3501/22 3503/24
3528/21 3532/24

3543/22 3546/8
3548/12 3552/13
3553/7 3570/20
3591/10
**happening [5]** 3544/20
3576/3 3581/9 3581/10
3581/22
**happy [6]** 3536/24
3549/7 3549/12 3614/3
3621/23 3626/23
**hard [8]** 3493/25
3493/25 3502/2 3502/9
3510/5 3520/2 3522/17
3616/21
**Harrelson [3]** 3481/12
3491/21 3492/24
**Harris [1]** 3619/23
**has [43]** 3482/14
3482/18 3484/16
3484/21 3484/24
3487/11 3489/4 3492/5
3494/19 3494/23
3504/2 3507/1 3507/8
3509/6 3509/7 3509/7
3511/1 3516/16 3520/3
3539/22 3544/12
3579/3 3592/4 3603/23
3613/18 3614/20
3617/1 3620/4 3620/6
3620/10 3621/10
3630/13 3631/13
3632/6 3632/8 3637/5
3637/22 3637/25
**hasn't [3]** 3504/19
3538/14 3611/6
**have [103]** 3477/20
3480/4 3480/7 3481/3
3481/13 3482/14
3485/3 3487/18
3489/18 3490/12
3491/2 3493/12
3493/14 3497/16
3498/12 3502/17
3503/3 3503/7 3508/14
3516/12 3518/22
3519/9 3519/10
3519/20 3520/11
3522/8 3525/11
3525/25 3527/23
3535/23 3535/25
3536/11 3536/20
3538/11 3540/1 3540/17
3542/11 3542/13
3549/13 3552/2 3554/3
3557/17 3559/20
3563/8 3572/21
3575/12 3583/24
3584/10 3584/21
3585/7 3585/12
3585/14 3585/16
3586/22 3588/19
3589/1 3589/13 3590/5
3592/6 3592/7 3592/8
3593/16 3593/21
3593/21 3595/1

3600/19 3604/10
3606/12 3606/17
3606/19 3606/19
3607/7 3608/15 3612/1
3613/9 3614/6 3615/9
3616/5 3618/1 3618/2
3622/14 3623/18
3625/11 3625/19
3625/20 3626/13
3626/21 3627/12
3627/17 3627/20
3628/5 3628/18
3631/22 3632/10
3632/14 3634/15
3635/24 3636/23
3637/7 3637/14
**haven't [7]** 3540/5
3570/10 3571/6
3571/12 3572/2 3572/4
3630/21
**having [10]** 3480/20
3543/25 3545/12
3576/24 3588/2
3601/17 3606/6
3626/10 3627/12
3631/8
**he [128]** 3478/13
3479/4 3479/5 3479/12
3479/12 3479/14
3479/15 3479/17
3479/18 3479/24
3479/25 3479/25
3479/25 3480/1 3480/1
3480/3 3480/8 3480/13
3480/13 3480/18
3480/18 3480/19
3481/17 3481/24
3484/23 3491/8 3494/2
3494/24 3507/8
3510/13 3510/16
3520/3 3529/17 3531/6
3534/19 3535/14
3535/16 3536/12
3536/13 3536/14
3537/17 3537/22
3538/14 3538/17
3538/20 3538/21
3539/10 3539/14
3539/14 3539/15
3540/7 3541/18
3542/11 3542/12
3542/13 3542/22
3542/22 3542/25
3553/13 3553/15
3553/25 3554/4 3554/6
3555/4 3558/20
3558/24 3563/23
3564/17 3564/20
3564/23 3564/24
3564/25 3569/24
3569/24 3570/1 3570/5
3570/14 3570/15
3570/16 3570/19
3570/20 3570/23
3571/4 3571/25 3572/3
3572/15 3572/17
3574/1 3574/1 3576/9

3576/24 3576/25
3578/12 3578/20
3580/22 3611/4
3612/14 3620/3 3620/8
3624/20 3624/23
3625/2 3625/9 3625/16
3625/17 3625/18
3626/1 3626/3 3629/22
3630/4 3630/9 3630/14
3630/14 3631/11
3637/8 3637/10
3637/12 3637/14
3637/15 3637/15
3637/22 3637/22
3637/25 3638/1 3638/2
3638/3
**he said [13]** 3479/15
3479/18 3479/25
3480/1 3480/13
3539/10 3541/18
3542/22 3574/1 3576/9
3576/14 3637/15
3638/1
**he's [28]** 3478/5
3478/11 3482/14
3491/12 3492/19
3506/11 3510/5 3520/2
3531/6 3538/8 3538/15
3538/22 3539/4 3540/4
3540/8 3540/9 3541/12
3544/11 3545/13
3545/14 3570/3
3570/13 3571/9
3571/17 3572/18
3582/22 3638/1
3638/12
**head [4]** 3549/19
3553/18 3557/2
3598/25
**headed [3]** 3549/20
3553/19 3555/3
**header [1]** 3602/21
**heading [1]** 3532/7
**hear [13]** 3505/24
3506/6 3506/9 3506/10
3506/21 3558/23
3565/14 3568/21
3572/2 3577/22 3578/1
3608/10 3627/23
**heard [27]** 3480/1
3505/14 3505/18
3507/17 3560/1
3567/19 3570/15
3571/4 3571/12 3573/9
3573/11 3576/19
3577/3 3577/4 3578/9
3579/14 3580/7
3580/10 3580/10
3581/2 3582/6 3583/20
3585/18 3586/22
3586/24 3611/11
3632/18
**hearing [4]** 3499/5
3505/13 3507/10
3580/25
**hearsay [2]** 3536/22
3563/19

**heart [1]** 3570/4
**heavily [1]** 3634/19
**held [4]** 3496/20
3500/24 3501/3 3501/5
**hell [1]** 3581/19
**help [9]** 3506/15
3507/3 3508/15
3510/24 3550/7
3560/24 3582/21
3604/5 3606/16
**helped [1]** 3479/17
**helpful [2]** 3614/12
3615/9
**helping [2]** 3506/17
3586/15
**helps [1]** 3606/15
**her [21]** 3485/6 3485/7
3485/12 3485/13
3485/13 3485/18
3485/20 3486/6 3486/7
3488/19 3490/9 3551/2
3615/3 3615/8 3615/9
3615/13 3615/17
3621/1 3621/1 3633/19
3634/10
**here [99]** 3485/3
3492/11 3497/5
3497/17 3498/3 3501/5
3505/3 3505/9 3506/14
3507/2 3507/18
3507/22 3509/23
3510/2 3510/18 3511/4
3511/8 3511/13 3512/6
3512/11 3512/21
3513/2 3513/5 3513/12
3514/6 3514/12 3515/6
3515/14 3515/20
3516/21 3517/9
3517/19 3519/17
3520/3 3521/25 3522/6
3523/13 3524/11
3525/8 3525/20
3525/23 3538/10
3545/3 3552/9 3565/24
3566/14 3569/9
3570/22 3571/18
3581/22 3584/21
3586/19 3589/14
3590/11 3590/13
3591/5 3592/12
3592/15 3592/18
3593/7 3593/13
3594/16 3594/25
3596/4 3596/10
3596/20 3597/9
3597/14 3597/24
3598/8 3598/8 3598/14
3598/20 3599/10
3602/2 3602/6 3602/8
3602/20 3602/23
3603/3 3603/18
3604/23 3605/5
3605/15 3605/17
3606/4 3606/12 3609/7
3610/14 3611/23
3613/20 3615/8
3616/15 3620/1 3624/8

3634/22
**here's [2]** 3483/11
3635/11
**Herrington [10]**
3527/18 3527/23
3528/2 3528/10
3545/20 3558/4 3563/4
3564/14 3587/4 3637/2
**Herrington's [1]**
3563/10
**hesitating [1]** 3636/4
**Hey [2]** 3583/17
3631/16
**HI [1]** 3475/4
**high [3]** 3528/14
3528/16 3563/19
**higher [3]** 3514/21
3515/3 3517/24
**highways [1]** 3554/9
**Hill [2]** 3565/7 3565/17
**Hilton [1]** 3532/1
**him [39]** 3479/3 3479/3
3481/22 3483/1 3494/3
3495/1 3507/5 3510/3
3510/3 3510/6 3510/15
3520/4 3521/15
3529/16 3529/21
3534/12 3534/14
3534/21 3537/5 3540/8
3542/18 3545/10
3558/15 3564/21
3565/1 3568/8 3570/4
3570/9 3571/12 3572/5
3572/5 3572/20
3576/25 3579/8
3585/18 3638/2 3638/5
3638/7 3638/11
**himself [3]** 3510/16
3576/25 3630/5
**hired [1]** 3526/23
**his [65]** 3478/23
3480/6 3480/8 3480/14
3481/24 3481/24
3482/10 3482/12
3482/12 3482/24
3484/22 3490/21
3491/23 3492/25
3506/5 3506/11 3507/8
3507/9 3510/7 3510/16
3534/20 3534/20
3537/22 3540/6
3541/19 3542/11
3542/13 3542/14
3542/16 3542/20
3554/1 3554/3 3567/23
3569/18 3570/5
3570/22 3570/25
3571/5 3572/6 3572/17
3572/23 3578/13
3579/15 3607/19
3607/22 3610/9
3610/10 3619/8 3619/8
3620/8 3620/9 3621/11
3621/19 3624/9
3624/19 3624/24
3625/8 3625/21 3629/7
3629/22 3630/13

3637/10 3638/1
**hit [3]** 3508/17 3508/18
3605/23
**hitting [2]** 3508/18
3523/17
**hold [3]** 3499/10
3501/11 3525/12
**holding [3]** 3508/12
3508/13 3510/15
**holster [1]** 3504/9
**home [16]** 3478/23
3481/24 3481/24
3482/6 3482/10
3482/12 3482/24
3526/17 3527/16
3544/16 3554/18
3555/2 3555/3 3587/6
3608/17 3608/21
**honcho [1]** 3557/2
**honestly [6]** 3501/17
3502/22 3510/10
3519/1 3521/4 3568/24
**honesty [1]** 3584/20
**Honor [56]** 3477/4
3478/2 3478/14
3488/23 3490/7
3490/16 3490/18
3491/5 3491/14 3492/3
3492/14 3493/17
3494/8 3495/3 3495/15
3505/20 3506/1
3527/10 3527/11
3527/12 3527/13
3527/17 3537/25
3542/7 3543/12
3543/14 3547/4 3555/8
3557/19 3569/12
3569/18 3570/8 3571/8
3573/4 3579/10 3585/3
3587/7 3588/19
3599/15 3607/7 3608/3
3608/24 3609/3 3610/1
3617/4 3617/14
3618/23 3623/9 3625/1
3627/15 3627/17
3629/16 3632/14
3635/18 3636/3
3637/21
**Honor's [3]** 3608/14
3610/2 3613/23
**HONORABLE [3]**
3474/9 3477/3 3564/4
**hope [2]** 3477/20
3495/11
**hotel [35]** 3479/18
3479/22 3530/23
3531/24 3532/7
3539/25 3541/22
3541/25 3544/25
3545/14 3549/20
3549/22 3559/7 3559/8
3559/13 3559/15
3561/2 3565/25 3566/5
3566/16 3566/22
3566/24 3567/1 3567/4
3567/5 3567/6 3567/9
3568/17 3568/25

3586/4 3586/5 3586/6
**hours [5]** 3491/4
3593/22 3594/11
3595/10 3600/6
**house [7]** 3527/4
3554/19 3554/22
3597/20 3608/14
3610/8 3610/10
**how [39]** 3480/21
3486/5 3504/2 3507/8
3508/13 3508/16
3515/16 3522/24
3524/15 3529/20
3530/20 3532/3
3532/21 3533/17
3547/15 3547/16
3547/24 3548/3 3548/4
3551/20 3552/9
3555/12 3562/18
3568/3 3572/21
3583/11 3603/8 3609/1
3612/23 3615/18
3619/11 3623/2 3623/7
3625/6 3629/7 3629/18
3629/21 3630/4
3630/19
**However [3]** 3520/8
3589/1 3635/20
**hugging [3]** 3493/25
3494/2 3510/2
**Hughes [6]** 3474/15
3477/11 3485/24
3617/24 3619/12
3625/7
**hundred [1]** 3503/17
**hundreds [1]** 3610/11
**hung [1]** 3593/22
**Huntsville [5]** 3592/25
3593/7 3593/8 3593/18
3593/24
**hurt [2]** 3493/14
3554/16

---

**I**

**I also [1]** 3636/23
**I am [3]** 3617/8
3623/19 3624/18
**I assume [1]** 3491/14
**I believe [11]** 3480/6
3492/3 3494/9 3504/5
3509/6 3510/14 3532/1
3552/10 3567/21
3613/23 3621/11
**I can [13]** 3479/1
3506/10 3512/8
3517/25 3533/13
3533/22 3571/2
3586/24 3615/8 3615/8
3619/14 3619/21
3629/16
**I cannot [1]** 3513/6
**I could [1]** 3511/10
**I couldn't [1]** 3506/21
**I did [4]** 3497/3
3564/24 3574/14
3613/12
**I didn't [5]** 3504/4

3568/21 3638/11
**I didn't know [3]**
3503/24 3520/12
3534/20
**I do [1]** 3627/18
**I don't [31]** 3481/19
3486/1 3486/8 3488/16
3493/5 3494/18
3501/20 3506/7
3507/11 3538/24
3543/15 3543/23
3544/3 3544/6 3545/3
3551/17 3560/21
3576/23 3594/4
3607/21 3611/11
3611/13 3612/6
3612/10 3626/8
3626/16 3632/5 3632/9
3632/11 3633/7
3633/15
**I don't have [4]**
3557/17 3606/19
3607/7 3634/15
**I don't recall [5]**
3568/15 3573/11
3575/12 3577/25
3619/19
**I guess [10]** 3501/4
3540/16 3540/21
3542/24 3546/13
3549/25 3556/24
3562/5 3593/8 3594/14
**I had [1]** 3540/7
**I have [5]** 3508/14
3519/20 3583/24
3627/17 3628/5
**I haven't [1]** 3571/12
**I hope [2]** 3477/20
3495/11
**I just [10]** 3478/19
3482/1 3498/8 3510/22
3522/8 3563/9 3622/15
3627/24 3632/20
3637/20
**I know [6]** 3482/13
3516/4 3569/23
3575/21 3592/9
3601/13
**I mean [31]** 3504/16
3507/8 3513/20
3514/22 3532/22
3534/1 3539/16 3540/9
3545/12 3570/7
3570/10 3574/11
3575/11 3575/20
3577/5 3581/18 3609/1
3612/18 3617/25
3618/4 3618/6 3625/3
3626/7 3631/17 3632/6
3632/10 3633/13
3633/15 3633/17
3634/1 3634/21
**I recall [10]** 3480/8
3546/24 3547/1 3548/8
3573/25 3574/3
3586/12 3586/14
3591/23 3595/25

3654

**I**

**I suspect [1]** 3635/20
**I think [49]** 3479/13
3482/11 3482/20
3483/8 3485/3 3486/13
3487/7 3487/8 3487/13
3488/10 3488/11
3488/14 3493/11
3494/17 3494/24
3506/2 3538/11
3541/20 3545/11
3551/21 3559/21
3563/10 3563/12
3563/14 3563/15
3563/22 3571/8
3573/25 3612/9
3613/14 3615/13
3617/8 3617/11
3617/12 3625/5
3625/16 3626/1
3626/19 3628/24
3629/12 3631/21
3631/24 3632/19
3633/10 3634/1
3634/15 3635/8 3635/8
3637/6
**I thought [3]** 3501/17
3595/23 3631/1
**I told [2]** 3546/15
3629/11
**I understand [9]**
3543/20 3571/16
3572/11 3577/17
3611/2 3618/15 3629/9
3631/4 3634/16
**I want [3]** 3498/19
3596/10 3603/17
**I wanted [5]** 3477/21
3519/1 3528/22 3571/1
3610/21
**I was [37]** 3497/21
3498/2 3500/15
3501/20 3510/2
3510/15 3511/23
3513/20 3523/17
3524/16 3529/14
3529/16 3530/9
3531/14 3531/17
3533/16 3534/12
3543/5 3552/16
3552/17 3552/19
3553/5 3553/17
3554/15 3554/18
3556/20 3568/20
3569/4 3574/10
3574/10 3576/2
3576/22 3583/4 3583/6
3585/20 3612/21
3617/8
**I went [4]** 3496/15
3548/14 3548/18
3555/2
**I will [6]** 3482/23
3487/1 3571/8 3623/21
3628/11 3628/12
**I wouldn't [1]** 3520/8
**I'd [11]** 3526/19 3533/4
3540/16 3554/12

3588/19 3596/11
3613/20 3613/20
3613/24
**I'll [19]** 3488/19 3493/9
3507/6 3507/12
3507/21 3507/23
3509/11 3512/2
3517/14 3519/12
3521/21 3521/25
3552/6 3563/5 3568/3
3587/15 3612/4
3628/21 3632/15
**I'm [75]** 3482/13
3487/9 3488/11 3491/3
3494/14 3494/20
3496/13 3497/7 3500/2
3503/9 3504/18 3505/2
3506/20 3506/22
3508/10 3511/4
3511/17 3511/22
3512/17 3514/12
3515/6 3515/7 3517/24
3518/15 3518/18
3518/20 3522/8
3523/15 3524/14
3535/15 3536/24
3538/5 3538/10 3551/1
3552/5 3552/6 3555/19
3556/24 3562/8
3564/13 3572/4 3573/3
3575/18 3577/7
3579/10 3585/25
3586/1 3586/21
3591/10 3591/23
3594/2 3595/17
3595/23 3600/6
3602/21 3605/7
3608/16 3610/2
3610/24 3611/15
3613/20 3614/3
3616/15 3618/3
3621/23 3625/24
3626/6 3626/23 3627/9
3627/18 3629/14
3636/4 3638/4 3638/15
3638/15
**I'm going [9]** 3504/18
3505/2 3511/4 3515/6
3515/7 3564/13
3591/10 3626/6
3627/18
**I'm just [8]** 3512/17
3517/24 3524/14
3591/23 3594/2
3629/14 3638/4
3638/15
**I'm not [6]** 3535/15
3538/5 3552/5 3552/6
3555/19 3638/15
**I'm sorry [12]** 3487/9
3491/3 3494/14 3503/9
3506/22 3562/8
3602/21 3605/7
3608/16 3610/2
3611/15 3616/15
**I've [20]** 3479/8 3479/9
3485/23 3510/9

3579/9 3584/11
3584/12 3584/14
3584/15 3584/16
3584/16 3584/17
3585/11 3601/7
3609/16 3628/15
3628/19 3628/20
**I-40 [2]** 3598/11
3598/14
**I-81 [2]** 3592/12 3593/4
**iCloud [16]** 3485/10
3485/17 3485/25
3486/3 3489/1 3489/8
3489/12 3489/14
3490/4 3613/5 3613/15
3614/19 3616/1 3616/2
3620/11 3620/13
**ID [8]** 3590/8 3604/6
3604/10 3614/24
3614/25 3615/1 3616/4
3619/17
**idea [4]** 3478/7
3518/21 3534/19
3629/7
**identification [1]**
3538/2
**identified [4]** 3538/14
3571/12 3622/15
3630/4
**Identifier [1]** 3603/21
**identifiers [1]** 3604/1
**identify [1]** 3618/6
**identifying [2]** 3538/15
3569/20
**identity [1]** 3606/14
**illegal [1]** 3571/11
**image [4]** 3616/15
3616/16 3630/21
3631/17
**IMEI [6]** 3603/19
3603/24 3604/4 3604/5
3606/4 3606/7
**implied [1]** 3635/18
**import [2]** 3491/21
3624/8
**important [1]** 3570/22
**importantly [1]**
3491/19
**impossible [2]** 3510/12
3514/23
**impression [3]** 3480/4
3480/7 3480/15
**incentive [1]** 3637/14
**inch [1]** 3512/20
**inches [1]** 3535/14
**incident [1]** 3582/8
**includes [3]** 3510/7
3614/2 3614/3
**including [3]** 3478/8
3521/5 3610/16
**incredibly [1]** 3619/7
**indeed [2]** 3625/17
3625/17
**independent [2]**
3538/9 3541/8
**independently [1]**
3489/11 3490/2

3476/9
**Indian [1]** 3475/7
**indicate [3]** 3594/3
3597/14 3606/3
**indicates [3]** 3600/16
3601/20 3606/20
**indication [1]** 3499/23
**individual [6]** 3484/8
3484/14 3484/19
3515/2 3515/15 3623/4
**individually [1]**
3547/17
**individuals [15]**
3499/14 3499/16
3503/16 3509/3
3511/18 3517/21
3525/13 3526/1 3535/2
3535/6 3535/8 3556/25
3601/16 3601/22
3637/9
**infantryman [2]**
3496/23 3496/24
**inference [4]** 3481/20
3489/22 3618/12
3635/9
**inferences [3]** 3483/21
3617/21 3626/18
**inflammatory [2]**
3492/7 3494/21
**information [7]**
3477/23 3485/19
3487/15 3605/20
3608/13 3621/10
3624/5
**informed [2]** 3548/15
3549/25
**initial [1]** 3493/19
**Initially [1]** 3534/19
**Inn [1]** 3479/10
**innocent [3]** 3540/16
3625/12 3625/12
**inquire [1]** 3622/15
**inside [18]** 3492/12
3492/16 3494/5 3494/9
3508/21 3508/22
3508/24 3509/1 3509/3
3510/23 3511/19
3511/24 3533/11
3533/14 3533/19
3553/8 3610/11
3611/25
**insofar [5]** 3486/11
3493/6 3563/16 3568/3
3578/8
**instance [3]** 3576/14
3591/7 3591/24
**instances [1]** 3603/12
**Instead [1]** 3619/4
**instruct [2]** 3489/25
3571/2
**instruction [2]** 3494/12
3494/13
**instructions [2]**
3636/10 3636/13
**insurrection [35]**
3567/20 3567/23
3567/24 3568/7

3568/12 3568/16
3569/8 3569/25 3570/6
3570/15 3570/16
3571/23 3572/3
3572/16 3572/24
3573/2 3573/10
3573/12 3573/15
3573/18 3573/24
3574/2 3576/6 3576/7
3576/10 3577/6 3578/2
3578/9 3578/10
3578/13 3578/21
3579/20 3579/23
3586/22 3587/1
**Insurrection Act [12]**
3567/23 3568/7
3568/12 3568/16
3569/25 3570/15
3570/16 3572/3
3572/24 3573/2
3573/10 3573/12
**intelligent [1]** 3518/20
**intend [3]** 3543/22
3613/22 3628/1
**intended [4]** 3483/25
3609/3 3611/11
3635/14
**intending [1]** 3634/2
**intends [3]** 3618/12
3622/16 3625/6
**intent [4]** 3563/15
3570/22 3570/25
3572/17
**intentionally [1]**
3597/13
**intents [1]** 3568/2
**interactions [1]**
3553/20
**interest [3]** 3540/3
3540/9 3540/13
**interested [3]** 3636/9
**International [1]**
3603/20
**interpret [4]** 3485/8
3486/6 3489/24
3613/18
**interpretation [5]**
3486/3 3486/17 3618/1
3618/4 3620/12
**interpreting [1]**
3485/15
**interrupt [1]** 3619/10
**interstates [1]** 3591/1
**introduce [19]** 3482/17
3485/20 3489/10
3496/7 3528/7 3588/9
3610/6 3610/14
3610/18 3611/12
3613/22 3622/16
3623/19 3624/6 3627/9
3627/12 3629/7
3634/25 3635/6
**introduced [6]** 3489/15
3491/2 3544/7 3620/10
3633/23 3637/1
**introducing [2]** 3627/8
3635/3
**investigation [2]**

investigation... [2]
3621/1 3621/3
**invite [3]** 3499/18
3564/23 3635/12
**invited [4]** 3564/15
3564/17 3564/20
3564/25
**invoke [4]** 3567/24
3570/17 3576/7 3578/5
**invoked [6]** 3563/18
3569/8 3570/17
3572/15 3576/9 3587/1
**invokes [1]** 3571/23
**invoking [1]** 3540/8
**involved [2]** 3567/14
3637/9
**iPhone [3]** 3606/8
3606/9 3619/17
**Iraq [4]** 3529/4 3529/5
3555/15 3584/12
**ironic [1]** 3510/22
**irrelevant [1]** 3629/9
**is [351]**
**is that correct [1]**
3556/12
**is there [1]** 3617/18
**island [1]** 3552/3
**islands [1]** 3551/25
**isn't [2]** 3506/24
3621/25
**issue [11]** 3478/20
3545/3 3613/5 3625/15
3628/22 3629/15
3631/9 3632/14 3633/6
3634/1 3634/9
**issues [2]** 3477/22
3478/17
**it [339]**
**it happened [1]**
3503/24
**it would be [6]**
3493/11 3545/6 3545/8
3546/13 3615/13
3621/24
**it's [113]** 3480/21
3485/11 3487/1 3487/8
3487/9 3491/7 3492/5
3493/3 3493/5 3493/5
3493/15 3494/22
3494/24 3495/10
3496/10 3498/10
3498/12 3501/12
3502/2 3502/9 3503/5
3503/16 3503/16
3503/17 3503/25
3504/2 3505/17 3506/7
3506/7 3511/22 3517/2
3517/23 3520/2 3522/9
3522/17 3523/1
3525/24 3528/10
3536/22 3538/17
3539/20 3539/21
3540/6 3540/8 3542/2
3545/9 3547/5 3549/5
3549/5 3560/21
3562/24 3563/18
3563/18 3564/19

3577/13 3578/6
3578/11 3581/2 3581/3
3583/12 3584/14
3585/10 3585/25
3590/17 3596/6 3596/8
3597/12 3600/6
3600/17 3600/22
3601/1 3601/8 3601/11
3606/18 3609/15
3611/23 3612/6 3612/8
3612/9 3612/10
3612/16 3612/16
3612/23 3616/2
3618/25 3619/11
3619/14 3619/16
3619/17 3620/1
3621/10 3623/23
3624/17 3624/20
3625/25 3628/22
3629/9 3629/12 3631/3
3631/10 3631/10
3631/10 3631/18
3631/24 3632/5
3632/10 3632/12
3632/16 3633/14
3633/15
**it's like [4]** 3501/12
3549/5 3549/5 3583/12
**item [2]** 3552/21
3552/23
**items [3]** 3483/20
3503/8 3550/24
**its [12]** 3478/16
3482/20 3482/21
3487/4 3488/2 3488/6
3488/7 3488/8 3580/13
3590/21 3603/23
3631/20
**itself [6]** 3547/21
3568/24 3625/20
3626/16 3631/18
3633/23

**J**

**J-e-n-n-i-f-e-r [1]**
3588/11
**J-o-s-e-p-h [1]** 3528/10
**jacket [1]** 3516/4
**Jackson [1]** 3475/11
**James [4]** 3534/21
3534/23 3546/25
3594/19
**James' [2]** 3595/7
3596/20
**Jan. [1]** 3623/17
**January [64]** 3474/5
3479/3 3479/20 3481/1
3481/16 3481/22
3481/25 3482/19
3483/2 3497/18 3498/1
3514/7 3516/3 3517/2
3523/20 3524/24
3529/8 3529/25
3536/17 3541/6
3541/10 3545/22
3561/2 3561/4 3561/5
3561/7 3574/18 3584/1

3590/17 3590/17
3590/24 3591/2 3591/8
3591/9 3591/16
3591/21 3591/22
3591/25 3592/8
3592/23 3593/1 3593/9
3593/19 3593/21
3594/9 3594/13
3594/20 3594/23
3595/3 3595/5 3597/2
3597/5 3598/3 3598/5
3604/17 3607/2
3607/15 3607/19
3624/10 3630/15
3631/12 3639/7
**January 11th [1]**
3591/22
**January 13th [1]**
3598/5
**January 5th [2]** 3561/2
3585/21
**January 6th [24]**
3479/3 3481/22
3481/25 3482/19
3497/18 3498/1 3514/7
3516/3 3517/2 3523/20
3524/24 3529/25
3536/17 3545/22
3561/5 3561/7 3584/1
3587/1 3591/16
3591/25 3592/23
3607/19 3630/15
3631/12
**January 7th [12]**
3479/20 3481/1
3590/17 3590/24
3591/8 3591/21 3592/8
3594/20 3594/23
3597/2 3597/5 3607/15
**January 8th [1]** 3598/3
**January 9th [1]** 3595/5
**Jeffrey [2]** 3474/14
3477/10
**jeffrey.nestler [1]**
3474/20
**JENNIFER [2]** 3588/2
3588/11
**Jenny [1]** 3587/9
**job [2]** 3511/22
3584/16
**Joe [4]** 3480/4 3480/5
3482/3 3527/18
**Joe Herrington [1]**
3527/18
**jog [1]** 3528/22
**join [2]** 3528/22
3567/25
**Joseph [5]** 3475/6
3477/8 3478/3 3528/2
3528/10
**Joseph Hackett [1]**
3478/3
**Joshua [5]** 3534/21
3534/23 3594/19
3595/7 3596/20
**Joshua James [2]**
3534/21 3534/23

3595/7 3596/20
**journey [1]** 3565/24
**Jr [1]** 3475/2
**JUDGE [3]** 3474/10
3607/8 3627/11
**July [1]** 3624/10
**juror [1]** 3484/10
**jurors [1]** 3495/5
**jury [56]** 3474/9 3478/4
3481/20 3481/23
3486/5 3486/9 3486/16
3490/14 3492/4 3492/5
3494/20 3495/6 3495/7
3496/7 3497/25
3520/18 3524/6
3524/11 3528/7 3532/3
3532/16 3563/3 3564/8
3564/9 3570/14 3571/2
3571/17 3572/21
3575/15 3588/10
3588/13 3589/10
3589/24 3591/4 3597/9
3599/24 3603/8 3605/4
3609/22 3610/3 3611/2
3611/6 3612/6 3612/9
3613/18 3613/18
3617/20 3618/1 3626/3
3632/1 3632/6 3632/11
3634/24 3636/10
3636/13 3638/17
**just [171]**

**K**

**Kailua [1]** 3475/4
**Kandaris [23]** 3537/7
3537/18 3537/23
3538/6 3538/11
3538/20 3538/24
3539/2 3539/3 3539/22
3540/4 3540/20
3541/13 3541/17
3541/20 3541/24
3543/17 3544/14
3544/21 3545/9
3563/13 3563/21
3637/17
**Kathryn [2]** 3474/14
3477/10
**Kathryn.Rakoczy [1]**
3474/19
**keep [9]** 3494/3
3508/15 3510/3
3511/18 3511/20
3513/22 3517/11
3586/5 3635/13
**Keeper [5]** 3531/13
3531/15 3531/18
3564/16 3571/22
**Keepers [18]** 3479/15
3481/1 3538/23
3539/11 3539/13
3540/10 3556/19
3560/5 3560/9 3561/23
3561/25 3562/13
3565/10 3574/7
3575/21 3576/10
3583/7 3586/15

**Kellye [10]** 3533/21
3533/24 3533/24
3534/4 3535/1 3550/11
3556/11 3585/14
3592/21 3634/4
**Kellye SoRelle [3]**
3556/11 3592/21
3634/4
**Kellye SoRelle's [1]**
3585/14
**Kentucky [9]** 3528/13
3529/2 3529/23
3553/19 3553/22
3554/7 3554/11
3596/12 3596/17
**kept [5]** 3513/16
3523/17 3524/16
3600/8 3606/10
**Keychain [1]** 3489/20
**kid [1]** 3528/21
**kids [2]** 3546/14
3548/24
**kind [52]** 3491/17
3496/25 3498/4
3499/12 3500/9 3502/3
3502/9 3502/9 3503/15
3504/1 3506/3 3512/14
3514/24 3517/21
3517/22 3519/5 3520/2
3520/3 3522/17 3523/1
3523/5 3529/15
3532/22 3532/23
3535/14 3544/4
3548/23 3555/25
3559/23 3561/19
3561/20 3562/6
3564/25 3568/19
3568/20 3576/24
3582/13 3582/16
3582/17 3582/17
3582/20 3583/18
3594/10 3594/14
3595/1 3597/19
3600/15 3601/3 3606/2
3626/6 3626/9 3629/2
**knew [4]** 3479/25
3520/23 3533/23
3580/6
**know [73]** 3478/21
3480/17 3482/13
3482/13 3483/4 3483/5
3487/8 3494/19
3494/22 3501/11
3501/20 3503/14
3503/17 3503/24
3507/5 3516/4 3520/12
3521/4 3529/15 3532/8
3534/20 3535/22
3537/25 3539/11
3539/15 3539/20
3540/4 3540/6 3540/15
3540/18 3541/8
3544/21 3545/13
3546/16 3549/7
3550/19 3551/23
3560/13 3562/6

3656

**K**

know... **[32]** 3562/10
3565/18 3569/23
3571/1 3575/21
3580/22 3581/3
3582/20 3585/24
3585/25 3592/9
3597/12 3601/13
3601/18 3604/4 3618/6
3622/4 3625/9 3626/10
3627/9 3628/14
3628/15 3628/17
3628/20 3631/6
3631/16 3634/2
3634/13 3636/5
3636/24 3637/9
3638/14
knowing **[2]** 3538/23
3539/10
knowledge **[16]**
3483/16 3484/4 3484/8
3484/13 3484/16
3484/17 3484/22
3484/24 3485/14
3485/14 3485/21
3486/7 3520/25
3531/19 3558/18
3586/25
knows **[1]** 3569/22
Knoxville **[1]** 3592/12

**L**

L.A. **[1]** 3493/22
L.A. Times **[1]** 3493/22
labeled **[1]** 3490/4
lack **[1]** 3482/25
ladies **[4]** 3495/10
3562/23 3578/8
3588/25
lady **[1]** 3548/14
laid **[1]** 3570/10
landing **[2]** 3501/4
3501/22
Landon **[7]** 3530/13
3558/12 3564/15
3566/2 3566/15
3574/16 3574/19
lane **[2]** 3475/7 3552/2
language **[3]** 3486/15
3486/15 3486/23
large **[2]** 3498/17
3504/2
largely **[1]** 3479/6
last **[10]** 3487/22
3487/24 3548/2
3588/11 3591/24
3593/20 3603/11
3621/6 3622/23
3625/24
late **[5]** 3487/14
3487/24 3488/5 3488/8
3529/7
later **[4]** 3481/11
3490/13 3595/10
3618/13
Latinos **[1]** 3567/15
latitude **[2]** 3590/9
3590/19

latitude and longitude **[1]**
3590/9
law **[5]** 3475/2 3483/5
3483/10 3497/2
3497/14
lawn **[2]** 3530/4
3582/13
lay **[5]** 3483/15
3483/18 3484/1
3484/12 3484/17
laying **[1]** 3510/10
layman's **[1]** 3615/25
layperson **[2]** 3485/22
3489/16
lead **[1]** 3483/5
leader **[2]** 3570/3
3637/24
leadership **[2]** 3556/18
3557/13
leading **[2]** 3493/7
3547/4
learn **[2]** 3549/22
3590/21
learned **[1]** 3532/3
leash **[1]** 3519/3
least **[9]** 3480/25
3487/3 3493/6 3521/4
3541/11 3541/21
3541/23 3621/7 3622/9
leave **[7]** 3488/22
3513/13 3548/9 3550/5
3592/24 3593/18
3610/24
leaves **[2]** 3594/20
3598/2
Lee **[1]** 3475/2
leeway **[1]** 3493/12
left **[20]** 3491/24
3492/20 3499/2 3499/5
3500/15 3509/24
3512/20 3514/5 3517/1
3517/8 3518/12
3526/10 3532/6
3532/20 3552/1
3559/14 3561/1 3569/5
3593/24 3635/24
left-hand **[3]** 3514/5
3517/1 3526/10
legal **[1]** 3604/5
legally **[1]** 3482/14
legs **[1]** 3510/7
Lemar **[1]** 3481/2
lengthy **[1]** 3620/1
less **[7]** 3570/25
3576/25 3581/8
3581/22 3583/18
3615/10 3615/16
let **[6]** 3504/10 3530/14
3586/18 3600/3 3626/5
3628/19
let's **[25]** 3490/14
3494/25 3495/4 3507/6
3507/11 3511/1 3512/1
3513/23 3515/9
3516/16 3517/13
3518/5 3522/11 3529/7
3542/9 3562/23
3590/11 3592/15

3596/20 3601/25
3613/5 3635/13
3635/13
level **[3]** 3514/21
3515/3 3517/24
Lexington **[2]** 3528/13
3529/2
license **[1]** 3557/6
licensing **[1]** 3482/15
lid **[1]** 3533/9
lie **[2]** 3637/14 3637/21
Lieberman **[1]** 3608/12
life **[3]** 3483/18
3584/11 3584/15
light **[1]** 3625/4
lights **[1]** 3549/9
like **[102]** 3477/24
3478/2 3482/16
3486/21 3489/10
3490/17 3496/25
3500/13 3501/4
3501/12 3501/19
3501/21 3502/9
3502/10 3503/2
3503/16 3504/3
3510/11 3515/2 3516/6
3516/10 3517/23
3520/3 3520/9 3523/5
3530/7 3531/3 3531/15
3533/25 3535/9
3542/14 3546/15
3546/15 3547/25
3548/4 3549/2 3549/5
3549/5 3549/9 3549/10
3549/13 3550/17
3550/20 3551/10
3551/10 3554/1 3554/2
3556/1 3556/3 3556/3
3556/8 3556/22
3557/11 3560/2
3560/16 3560/19
3562/6 3562/6 3565/19
3567/15 3568/17
3568/17 3568/19
3568/20 3574/20
3575/23 3575/25
3577/5 3579/2 3581/14
3581/18 3581/22
3583/12 3583/12
3583/17 3583/17
3584/10 3585/10
3590/18 3591/15
3594/10 3597/7
3597/13 3600/2 3604/4
3604/10 3613/20
3613/24 3616/12
3616/22 3617/4 3617/7
3624/18 3624/21
3627/3 3627/21
3629/17 3630/25
3633/22 3634/11
3635/21 3636/5
likely **[1]** 3601/18
limit **[1]** 3494/14
limitation **[2]** 3627/10
3628/15
limitations **[1]** 3628/21

3493/9 3494/17
3494/22 3494/23
3625/25 3625/25
3628/19 3632/10
3632/10 3633/20
limiting **[4]** 3491/6
3494/11 3494/13
3609/8
line **[13]** 3481/18
3484/24 3491/12
3499/10 3500/20
3582/16 3600/1 3600/1
3600/24 3606/22
3628/19
Line 1 **[1]** 3491/12
lines **[1]** 3601/6
liquor **[5]** 3566/18
3566/21 3566/24
3567/6 3584/2
list **[1]** 3590/9
listed **[2]** 3623/14
3623/15
literally **[1]** 3502/10
litigants **[1]** 3483/25
little **[17]** 3490/12
3493/12 3501/5 3513/1
3519/5 3525/14
3554/12 3562/24
3563/5 3564/13 3590/1
3601/4 3605/21 3609/7
3609/16 3611/9 3613/2
live **[5]** 3567/12
3567/14 3568/13
3573/9 3610/14
lives **[1]** 3540/11
living **[1]** 3588/14
load **[1]** 3550/16
loaded **[3]** 3479/15
3550/13 3550/24
local **[3]** 3600/6
3600/10 3600/14
locate **[1]** 3590/8
located **[2]** 3590/19
3600/11
location **[13]** 3500/7
3500/12 3500/18
3500/19 3519/21
3520/10 3536/19
3546/1 3562/5 3583/10
3583/13 3606/18
3606/20
locations **[3]** 3547/18
3574/1 3575/23
locking **[1]** 3548/15
log **[2]** 3489/4 3489/21
long **[22]** 3479/3
3479/6 3479/22
3480/11 3480/14
3481/3 3481/6 3481/9
3481/13 3481/14
3481/21 3481/22
3481/24 3483/1
3535/11 3535/13
3542/11 3562/18
3599/13 3610/7
3612/18 3623/18

**M**

made **[11]** 3487/12
3538/12 3542/1
3543/17 3559/5
3584/16 3594/11

longer **[4]** 3501/6
3603/15 3609/16
3633/21
longitude **[2]** 3590/9
3590/19
look **[25]** 3494/17
3514/5 3533/24
3540/18 3581/4
3591/10 3597/1 3600/1
3601/5 3601/10
3606/19 3609/19
3612/4 3616/22 3617/7
3617/8 3618/20
3628/14 3631/16
3632/7 3634/21
3635/10 3636/5
3636/23 3638/14
looked **[13]** 3479/8
3479/9 3480/23
3485/23 3500/13
3535/9 3542/14
3591/15 3607/1
3607/21 3621/2 3621/5
3629/7
looking **[34]** 3483/4
3499/3 3499/5 3505/9
3511/13 3515/1 3515/1
3517/22 3518/14
3518/14 3518/15
3518/18 3518/19
3518/20 3523/13
3525/23 3526/11
3526/12 3549/8 3550/1
3590/5 3590/13
3591/15 3591/20
3592/18 3593/13
3594/16 3594/25
3597/24 3598/20
3602/23 3604/23
3605/17 3637/1
looks **[5]** 3531/3
3594/10 3629/18
3630/25 3635/21
lost **[7]** 3580/16
3580/20 3580/20
3580/22 3584/15
3584/16 3584/16
lot **[7]** 3479/15 3503/14
3503/18 3549/3 3594/1
3606/19 3633/12
loud **[1]** 3503/25
Louis **[2]** 3474/15
3477/11
Louisville **[2]** 3564/16
3564/21
LTD **[1]** 3556/1
luggage **[3]** 3481/3
3481/13 3550/10
3550/13
lunch **[4]** 3608/12
3609/4 3609/14
3609/19

3605/17 3637/1
looks **[5]** 3531/3

3480/11 3480/14
3481/3 3481/6 3481/9
3481/13 3481/14
3481/21 3481/22
3481/24 3483/1
3535/11 3535/13
3542/11 3562/18
3599/13 3610/7
3612/18 3623/18

**made... [4]** 3600/25 3603/16 3627/20 3637/11
**magazines [1]** 3610/13
**maglocks [1]** 3525/11
**mail [1]** 3606/18
**main [1]** 3529/14
**maintain [1]** 3617/16
**major [2]** 3554/9 3590/25
**majority [2]** 3500/25 3530/5
**make [13]** 3491/5 3513/17 3529/16 3530/14 3540/13 3575/22 3592/3 3610/21 3614/12 3616/25 3618/18 3627/11 3637/15
**makes [3]** 3494/18 3577/1 3638/6
**makeup [1]** 3550/17
**making [10]** 3513/16 3539/12 3567/9 3567/11 3573/9 3580/13 3626/6 3629/10 3638/4 3638/15
**Mall [2]** 3597/7 3597/19
**manner [1]** 3506/7
**many [10]** 3502/8 3502/11 3503/1 3514/22 3515/16 3552/9 3594/4 3609/1 3623/2 3623/7
**Manzo [4]** 3474/15 3477/11 3494/23 3495/14
**map [8]** 3497/22 3498/5 3589/25 3590/10 3596/12 3596/20 3598/21 3607/23
**maps [3]** 3589/9 3589/9 3593/15
**Marc [1]** 3490/23
**March [2]** 3632/23 3633/5
**Marine [2]** 3496/18 3496/21
**Marion [1]** 3475/15
**mark [4]** 3511/14 3516/21 3521/10 3522/7
**marriage [1]** 3584/17
**Martin [3]** 3475/10 3477/14 3490/18
**mask [2]** 3587/15 3610/24
**masks [1]** 3517/23
**mass [2]** 3516/7 3516/9
**match [1]** 3637/9
**math [2]** 3481/14 3601/7
**matt [3]** 3475/22

**matter [8]** 3490/16 3490/24 3520/9 3572/7 3572/8 3617/10 3621/2 3639/4
**matters [2]** 3493/2 3493/6
**Matthew [2]** 3475/19 3477/16
**Matthew Peed [1]** 3477/16
**may [14]** 3484/9 3484/11 3493/14 3527/15 3540/15 3559/20 3578/10 3578/11 3592/6 3606/22 3608/5 3611/3 3613/15 3614/11
**maybe [11]** 3487/9 3487/9 3532/1 3533/18 3538/12 3556/22 3576/20 3581/24 3614/3 3627/4 3629/14
**McDonald's [1]** 3561/20
**me [49]** 3477/24 3478/22 3480/21 3483/6 3488/10 3491/4 3492/14 3500/16 3504/10 3505/24 3506/9 3506/22 3514/21 3515/3 3530/14 3532/22 3534/22 3536/13 3541/16 3541/21 3544/24 3545/1 3545/5 3549/6 3559/12 3564/17 3564/20 3565/14 3569/5 3572/1 3576/23 3585/11 3586/18 3600/3 3600/12 3616/14 3619/2 3619/11 3619/18 3625/5 3627/11 3627/21 3628/1 3628/19 3628/20 3633/16 3634/14 3634/14 3638/10
**mean [54]** 3486/10 3489/3 3496/24 3504/16 3507/4 3507/8 3513/20 3514/22 3516/8 3532/22 3534/1 3538/8 3539/16 3540/9 3545/11 3545/12 3556/7 3570/7 3570/10 3570/11 3571/2 3572/22 3574/5 3574/11 3575/11 3575/20 3577/5 3581/18 3583/24 3584/19 3596/7 3596/8 3603/22 3609/1 3612/18 3617/25 3618/4 3618/6 3621/12 3623/22 3625/3 3626/7 3628/2 3631/3 3631/17

3633/13 3633/15 3633/17 3634/1 3634/21 3635/22 3636/1
**meaning [7]** 3485/18 3500/20 3504/16 3525/11 3527/4 3600/17 3615/11
**means [9]** 3485/9 3486/18 3498/10 3498/11 3591/6 3599/25 3615/17 3618/2 3631/20
**meant [4]** 3486/21 3507/10 3520/22 3595/23
**media [1]** 3559/22
**median [1]** 3551/24
**medical [1]** 3507/2
**meet [5]** 3478/16 3544/22 3558/9 3558/10 3617/10
**meeting [1]** 3637/23
**meetings [3]** 3575/14 3575/16 3575/19
**meets [1]** 3484/22
**Meggs [2]** 3479/20 3481/4
**Meggs' [2]** 3479/16 3479/17
**Meggses [1]** 3478/3
**MEHTA [3]** 3474/9 3477/3 3564/5
**member [4]** 3543/17 3571/21 3574/10 3621/4
**members [3]** 3576/10 3576/14 3583/7
**memorized [1]** 3606/20
**memory [1]** 3619/20
**men [3]** 3490/25 3492/7 3492/9
**mention [1]** 3521/3
**mentioned [2]** 3636/10 3636/12
**mere [1]** 3490/25
**merged [1]** 3601/20
**mess [1]** 3534/13
**message [19]** 3621/5 3621/6 3629/4 3629/6 3630/10 3630/11 3630/12 3630/16 3630/17 3630/17 3631/7 3631/8 3631/10 3631/16 3631/23 3632/1 3632/3 3634/25 3635/6
**messages [29]** 3540/9 3554/1 3621/11 3622/2 3622/3 3623/3 3623/7 3623/7 3623/20 3624/6 3624/9 3624/12 3624/23 3625/2 3625/8 3625/10 3625/11 3625/14 3626/1 3626/9 3626/12 3626/15

3634/17 3634/24 3635/3 3635/10
**messaging [1]** 3539/6
**messenger [1]** 3615/4
**met [7]** 3479/12 3531/9 3531/11 3534/4 3534/7 3535/6 3583/9
**metro [1]** 3598/2
**Michael [1]** 3580/6
**Michael Greene [1]** 3580/6
**middle [4]** 3509/21 3512/20 3524/9 3568/20
**might [10]** 3540/16 3560/23 3569/8 3576/11 3576/15 3611/3 3617/21 3625/13 3626/19 3626/19
**military [9]** 3483/11 3496/15 3496/17 3514/15 3515/3 3517/22 3529/15 3542/22 3542/23 3567/25 3570/18
**militias [1]** 3578/20
**mind [11]** 3504/8 3510/13 3537/22 3569/1 3571/4 3571/5 3571/9 3572/19 3577/7 3625/8 3634/19
**mindset [1]** 3503/15
**minimum [1]** 3488/12
**minor [1]** 3632/12
**minus [1]** 3600/7
**MINUTA [8]** 3474/6 3475/2 3477/8 3477/12 3491/24 3492/12 3492/17 3607/6
**Minuta's [1]** 3492/15
**minute [7]** 3507/21 3507/22 3516/20 3520/25 3521/10 3522/6 3601/8
**minutes [7]** 3481/11 3501/3 3521/9 3562/20 3601/11 3601/25 3638/18
**mistakes [1]** 3584/16
**misunderstood [1]** 3581/24
**mix [1]** 3636/25
**MMS [1]** 3591/18
**mobile [8]** 3590/4 3600/17 3600/17 3600/22 3603/6 3603/9 3603/12 3603/20
**mode [1]** 3548/23
**modes [1]** 3547/20
**Moerschel [8]** 3475/10 3477/9 3477/15 3481/2 3490/19 3604/18 3621/8 3623/15
**Moerschel's [1]** 3604/14

**moment [4]** 3503/24 3513/6 3517/9 3518/18
**momentarily [2]** 3499/10 3500/24
**Monday [1]** 3609/7
**monikers [1]** 3535/23
**montage [3]** 3631/1 3631/2 3631/18
**month [2]** 3492/5 3529/3
**months [2]** 3497/13 3497/16
**mood [6]** 3546/11 3548/22 3548/25 3549/7 3549/23 3554/14
**more [29]** 3482/20 3486/12 3486/19 3490/16 3511/23 3512/2 3519/20 3520/13 3520/14 3525/20 3530/7 3535/12 3543/12 3547/1 3547/12 3559/10 3576/24 3581/8 3581/21 3583/18 3586/19 3592/2 3593/15 3596/21 3601/4 3602/3 3609/7 3625/25 3633/4
**Morelock [2]** 3478/2 3481/5
**morning [40]** 3474/7 3477/4 3477/19 3481/15 3496/6 3497/18 3497/20 3498/1 3498/7 3498/8 3498/15 3526/21 3528/6 3544/13 3555/12 3555/13 3558/4 3558/5 3561/2 3561/4 3561/5 3561/7 3561/11 3562/2 3562/24 3574/11 3574/18 3580/5 3594/12 3594/21 3597/1 3597/4 3597/22 3607/12 3607/13 3607/15 3608/15 3609/8 3610/2 3610/3
**morning's [1]** 3608/24
**most [2]** 3491/19 3605/19
**mostly [1]** 3603/14
**motivation [3]** 3624/24 3637/25 3638/5
**motive [2]** 3637/21 3637/22
**mouths [1]** 3627/23
**move [15]** 3494/25 3497/1 3504/19 3507/7 3510/16 3513/24 3523/22 3525/1 3526/2 3589/16 3594/12 3594/21 3597/16 3613/19
**moved [3]** 3582/18 3583/12 3593/25

**M**

**movements [2]** 3507/9 3590/22
**moves [3]** 3594/8 3595/3 3595/9
**moving [4]** 3480/9 3581/5 3590/24 3598/13
**Mr [5]** 3506/20 3551/15 3554/6 3562/8 3610/7
**Mr. [221]**
**Mr. Bentley [17]** 3530/11 3531/2 3531/22 3531/23 3533/21 3534/11 3549/18 3553/11 3553/12 3553/21 3553/25 3555/4 3558/14 3558/18 3561/8 3561/15 3583/4
**Mr. Bentley's [8]** 3550/5 3550/6 3551/14 3552/15 3552/20 3554/20 3554/21 3557/14
**Mr. Berry [6]** 3478/9 3479/17 3480/10 3481/4 3481/17 3482/2
**Mr. Berry's [4]** 3479/9 3479/11 3480/22 3481/18
**Mr. Bittner [1]** 3481/9
**Mr. Brown [1]** 3481/8
**Mr. Burgess [1]** 3481/8
**Mr. Carrion [1]** 3492/1
**Mr. Cummings [1]** 3481/12
**Mr. Dolan [1]** 3481/12
**Mr. Douyon [1]** 3509/8
**Mr. Ed [1]** 3558/6
**Mr. Hackett [29]** 3478/10 3478/23 3479/2 3479/12 3479/16 3479/19 3479/21 3480/13 3480/14 3480/16 3480/20 3481/5 3481/21 3482/10 3482/25 3489/16 3605/2 3606/25 3612/24 3614/14 3619/7 3620/3 3620/6 3621/7 3621/18 3621/23 3623/13 3624/8 3632/15
**Mr. Hackett's [10]** 3481/6 3482/6 3482/24 3488/21 3608/14 3608/17 3608/20 3614/19 3616/6 3617/16
**Mr. Harrelson [3]** 3481/12 3491/21 3492/24
**Mr. Herrington [7]** 3527/23 3545/20 3558/4 3563/4 3564/14 3587/4 3637/2

**Mr. Herrington's [2]** 3563/10
**Mr. James [1]** 3546/25
**Mr. Kandaris [21]** 3537/7 3537/23 3538/6 3538/11 3538/20 3538/24 3539/2 3539/22 3540/4 3540/20 3541/13 3541/17 3541/20 3541/24 3543/17 3544/14 3544/21 3545/9 3563/13 3563/21 3637/17
**Mr. Lemar [1]** 3481/2
**Mr. Lieberman [1]** 3608/12
**Mr. Manzo [2]** 3494/23 3495/14
**Mr. Meggs [1]** 3479/20 3481/4
**Mr. Meggs' [2]** 3479/16 3479/17
**Mr. Minuta [4]** 3491/24 3492/12 3492/17 3607/6
**Mr. Minuta's [1]** 3492/15
**Mr. Moerschel [4]** 3481/2 3604/18 3621/8 3623/15
**Mr. Moerschel's [1]** 3604/14
**Mr. Morelock [2]** 3478/2 3481/5
**Mr. Nestler [3]** 3608/7 3608/10 3611/11
**Mr. Peed [13]** 3557/22 3562/15 3562/18 3564/11 3572/10 3578/7 3578/16 3586/8 3628/23 3632/10 3634/11 3635/11 3636/17
**Mr. Rhodes [31]** 3533/21 3541/19 3544/22 3544/24 3551/10 3552/22 3553/11 3553/14 3553/21 3553/24 3554/3 3554/5 3555/3 3556/21 3557/2 3567/22 3571/4 3572/1 3572/3 3572/7 3573/17 3573/19 3573/23 3576/12 3578/12 3578/19 3579/18 3579/20 3580/21 3601/15 3633/1
**Mr. Rhodes' [3]** 3550/25 3571/4 3599/12
**Mr. Shipley [1]** 3557/20
**Mr. Stewart [1]** 3599/5
**Mr. Vallejo [21]** 3537/7 3537/23 3538/2 3538/4 3538/6 3538/9 3538/10

3541/14 3541/24 3544/14 3544/22 3545/9 3563/13 3563/21 3571/14 3571/19 3623/16 3629/4 3637/17
**Mr. Vallejo's [10]** 3540/6 3540/20 3597/25 3598/1 3607/15 3607/25 3629/2 3629/5 3630/1 3633/14
**Mr. Whip [2]** 3580/20 3580/24
**Mr. Young [1]** 3632/25
**Ms [1]** 3557/18
**Ms. [50]** 3477/22 3482/4 3485/24 3487/21 3488/10 3488/12 3507/20 3509/5 3512/22 3513/9 3523/10 3525/21 3549/25 3550/10 3550/25 3551/8 3566/18 3584/2 3589/8 3589/21 3590/12 3592/17 3593/11 3595/16 3596/1 3598/7 3598/16 3599/7 3602/19 3603/2 3605/14 3613/6 3614/5 3617/7 3617/24 3618/14 3618/20 3619/12 3619/15 3622/7 3622/24 3624/11 3625/7 3626/7 3627/12 3628/12 3628/18 3636/12 3636/16
**Ms. Badalament [18]** 3507/20 3509/5 3512/22 3513/9 3523/10 3525/21 3589/21 3590/12 3592/17 3593/11 3595/16 3596/1 3598/7 3598/16 3599/7 3602/19 3603/2 3605/14
**Ms. Banks [1]** 3589/8
**Ms. Cain [1]** 3488/12
**Ms. Halim [18]** 3477/22 3482/4 3487/21 3488/10 3613/6 3617/7 3618/14 3618/20 3619/15 3622/7 3622/24 3624/11 3627/3 3627/12 3628/12 3628/18 3636/12 3636/16
**Ms. Halim's [2]** 3614/5 3626/7
**Ms. Hughes [4]** 3485/24 3617/24 3619/12 3625/7
**Ms. SoRelle [4]** 3549/25 3551/8

**Ms. SoRelle's [2]** 3550/10 3550/25
**MSISDN [1]** 3600/19
**much [10]** 3510/17 3533/17 3562/25 3569/1 3574/22 3583/6 3584/12 3584/13 3608/5 3609/19
**multiple [2]** 3491/20 3606/22
**must [1]** 3624/5
**my [70]** 3481/14 3486/19 3487/25 3487/25 3490/8 3496/10 3499/5 3502/17 3504/8 3504/8 3511/22 3513/16 3514/24 3514/25 3515/15 3516/4 3516/5 3519/5 3520/22 3520/25 3522/8 3522/9 3523/17 3524/15 3524/16 3528/10 3528/20 3529/14 3530/9 3531/6 3533/3 3533/5 3533/6 3533/8 3534/13 3546/14 3548/18 3550/4 3552/5 3552/6 3552/19 3554/16 3554/16 3554/25 3558/6 3559/5 3566/10 3569/1 3569/5 3575/1 3575/13 3576/2 3577/7 3577/12 3579/1 3584/11 3584/15 3584/25 3586/6 3598/21 3601/7 3603/11 3610/24 3613/14 3615/16 3616/24 3619/20 3626/23 3628/11 3635/8
**Myers [1]** 3475/12
**myself [4]** 3502/18 3522/2 3533/13 3636/23
**MZ [2]** 3606/4 3606/12

**N**

**name [30]** 3496/8 3496/10 3528/8 3528/10 3530/10 3530/12 3534/20 3534/21 3536/11 3556/14 3558/6 3558/7 3588/10 3588/11 3604/8 3615/3 3615/18 3619/9 3629/5 3629/7 3629/21 3629/22 3630/1 3630/2 3630/7 3630/9 3630/13 3631/5 3631/6 3631/24
**named [3]** 3477/17 3530/9 3585/16
**names [5]** 3535/19 3535/22 3536/3 3635/5 3636/4

**narrative [1]** 3494/23
**narrow [2]** 3637/4 3637/5
**National [9]** 3493/23 3505/17 3505/18 3506/6 3507/10 3507/17 3527/2 3528/17 3529/1
**National Guard [3]** 3527/2 3528/17 3529/1
**naturally [1]** 3581/2
**nature [1]** 3482/19
**near [4]** 3580/7 3580/10 3583/8 3597/17
**nearly [2]** 3492/5 3510/12
**necessarily [2]** 3562/4 3592/6
**need [8]** 3523/7 3581/9 3608/12 3608/22 3618/1 3619/10 3622/13 3627/13
**needed [5]** 3532/19 3546/8 3550/1 3578/22 3603/13
**needs [2]** 3487/12 3637/5
**Nestler [5]** 3474/14 3477/10 3608/7 3608/10 3611/11
**network [2]** 3603/13 3606/13
**neutral [1]** 3518/17
**never [9]** 3502/23 3510/13 3538/20 3539/14 3559/5 3580/18 3585/10 3585/18 3638/6
**new [5]** 3497/7 3526/22 3599/3 3602/10 3606/5
**news [1]** 3559/22
**next [40]** 3492/7 3492/10 3497/22 3500/20 3501/2 3508/9 3508/10 3526/20 3534/10 3534/12 3534/14 3534/17 3534/21 3534/22 3534/23 3540/23 3543/2 3543/5 3544/13 3545/1 3545/10 3546/19 3546/22 3546/24 3553/7 3572/12 3572/13 3572/14 3592/16 3593/10 3594/12 3594/14 3594/24 3596/25 3597/23 3600/24 3608/13 3608/19 3619/3 3630/18
**nice [5]** 3477/20 3495/10 3495/11 3558/9 3558/10 3558/9 3558/10
**night [15]** 3526/18 3532/14 3532/17

**N**

**night...** [12] 3533/4
3536/12 3536/15
3548/10 3562/12
3566/16 3566/19
3573/25 3577/19
3584/1 3586/10
3622/23
**Nigrotime** [1] 3493/21
**nine** [1] 3496/18
**no** [120] 3474/4 3477/7
3488/13 3488/18
3489/22 3490/7
3492/10 3495/3
3499/20 3499/22
3499/25 3503/5
3506/19 3506/23
3510/15 3510/20
3511/23 3513/14
3516/14 3518/3
3523/24 3525/3 3526/4
3527/6 3527/10
3527/11 3527/12
3527/13 3530/16
3531/10 3531/12
3531/14 3531/17
3533/16 3534/6 3534/9
3534/19 3535/22
3536/18 3542/19
3543/19 3544/10
3544/10 3544/10
3544/10 3544/10
3544/10 3554/4 3555/6
3557/8 3557/12
3557/19 3557/21
3561/14 3561/17
3566/25 3577/2 3577/4
3577/24 3577/24
3578/25 3579/11
3579/16 3581/6 3581/8
3581/16 3581/16
3581/21 3582/3 3583/9
3583/21 3585/1 3585/8
3585/13 3585/15
3585/20 3586/13
3586/21 3586/24
3586/24 3587/2 3587/3
3588/22 3589/17
3591/11 3591/18
3596/18 3598/15
3599/18 3602/14
3602/25 3605/9 3607/4
3607/8 3608/1 3608/3
3610/5 3611/19
3613/16 3614/1
3615/16 3615/16
3616/9 3620/12
3623/18 3623/23
3623/24 3624/9
3626/22 3627/6 3628/5
3628/10 3630/8
3631/13 3633/4
3633/18 3633/20
3633/22 3634/21
3638/13
**No.** [1] 3477/7
**No. 22-15** [1] 3477/7
**nobody** [2] 3575/22

**noise** [2] 3503/25
3522/15
**non** [1] 3553/23
**non-verbal** [1] 3553/23
**none** [2] 3582/24
3583/1
**normal** [3] 3502/20
3502/23 3581/3
**North** [1] 3497/7
**North Carolina** [1]
3497/7
**northern** [1] 3598/24
**not** [152] 3478/11
3478/13 3480/1
3480/13 3480/21
3482/14 3484/9 3485/9
3486/2 3486/13
3486/14 3487/1
3487/25 3487/25
3488/20 3489/25
3491/15 3492/1 3492/1
3492/20 3493/11
3493/14 3493/18
3493/21 3494/1
3494/20 3499/22
3499/25 3500/1
3503/16 3507/3 3509/2
3509/7 3516/14 3518/3
3521/3 3527/3 3530/16
3531/10 3531/12
3531/14 3531/17
3533/16 3534/6 3534/9
3534/12 3535/6 3535/6
3535/15 3535/22
3536/7 3538/5 3538/22
3539/22 3540/5 3540/8
3540/8 3540/16
3542/19 3544/8 3545/6
3545/25 3546/24
3546/24 3547/16
3547/17 3552/5 3552/6
3554/4 3555/19 3557/8
3558/24 3559/18
3561/14 3561/17
3562/4 3563/6 3564/24
3565/1 3565/19 3570/9
3570/22 3571/2
3572/18 3572/18
3572/24 3574/10
3574/25 3577/4 3577/5
3578/9 3578/11
3578/13 3578/14
3579/11 3580/22
3582/10 3582/22
3583/9 3585/8 3585/15
3585/20 3585/25
3586/12 3586/14
3586/17 3586/24
3591/17 3592/6
3597/12 3610/6
3610/12 3612/13
3612/18 3613/12
3613/15 3613/24
3614/1 3614/22
3614/24 3616/5
3616/19 3617/24
3618/3 3618/7 3619/11

3624/10 3624/13
3624/13 3624/17
3624/18 3624/18
3624/19 3624/20
3624/22 3627/2 3627/3
3627/18 3627/24
3629/14 3630/3
3630/13 3630/15
3631/10 3634/9
3634/23 3635/20
3638/14 3638/15
**note** [3] 3487/1 3554/1
3637/20
**nothing** [7] 3506/18
3506/23 3510/11
3591/21 3607/6 3617/1
3631/8
**notice** [4] 3486/25
3487/20 3487/21
3488/5
**noticed** [1] 3533/3
**noting** [1] 3591/23
**notwithstanding** [1]
3637/4
**November** [2] 3604/17
3607/2
**now** [57] 3477/2
3477/3 3482/9 3487/6
3497/7 3502/20
3507/20 3508/21
3509/9 3511/1 3512/23
3513/4 3515/22 3516/2
3516/16 3516/25
3517/2 3517/13 3518/5
3518/14 3519/11
3519/20 3520/5
3522/11 3524/6
3524/19 3529/7 3543/2
3549/13 3551/4 3554/8
3562/24 3564/4 3564/5
3566/14 3576/5
3577/13 3580/5
3584/13 3584/17
3592/7 3592/15
3593/14 3595/14
3596/10 3596/20
3598/16 3603/1
3604/13 3608/12
3609/15 3627/19
3627/24 3634/21
3635/21 3636/8
3638/10
**number** [40] 3480/18
3493/15 3494/19
3585/7 3585/12
3585/14 3585/16
3586/7 3590/15
3592/20 3600/20
3600/21 3600/24
3601/13 3601/14
3601/17 3603/7
3604/18 3604/24
3604/25 3606/6
3606/10 3619/6
3619/15 3620/4 3620/4
3620/9 3621/18
3621/19 3621/20

3623/16 3625/8 3626/1
3630/7 3630/19
3631/13 3631/14
3632/19
**numbers** [6] 3606/1
3619/7 3620/7 3621/18
3623/14 3634/22
**numerical** [1] 3634/17
**NW** [2] 3474/17
3475/20

**O**

**oath** [26] 3479/15
3481/1 3495/17
3527/21 3531/13
3531/15 3531/18
3538/23 3539/11
3539/13 3540/10
3556/19 3560/5 3560/9
3561/23 3561/25
3562/13 3564/16
3565/10 3571/22
3574/7 3575/21
3576/10 3583/7
3586/15 3587/11
**Oath Keeper** [5]
3531/13 3531/15
3531/18 3564/16
3571/22
**Oath Keepers** [18]
3479/15 3481/1
3538/23 3539/11
3539/13 3540/10
3556/19 3560/5 3560/9
3561/23 3561/25
3562/13 3565/10
3574/7 3575/21
3576/10 3583/7
3586/15
**object** [8] 3490/21
3538/19 3611/1
3611/10 3611/12
3611/15 3629/12
3631/6
**objection** [37] 3505/20
3507/6 3507/12
3507/14 3514/19
3523/24 3525/3 3526/4
3536/20 3538/13
3539/17 3539/19
3539/21 3542/6
3543/11 3543/12
3545/16 3545/18
3547/4 3564/18 3568/1
3569/10 3572/12
3573/20 3579/7
3579/17 3588/21
3588/22 3589/17
3599/18 3602/14
3605/9 3611/20 3622/7
3623/18 3632/21
3633/8
**objections** [2] 3612/4
3636/16
**observation** [1]
3483/17
**observe** [1] 3551/5

**obsolete** [1] 3625/21
**obtain** [1] 3508/16
**obviously** [9] 3501/19
3514/23 3515/2 3519/2
3521/1 3575/20 3591/7
3618/6 3628/18
**OC** [3] 3502/17
3504/16 3525/15
**occasion** [1] 3600/13
**occupation** [1]
3584/15
**occur** [1] 3484/14
**occurred** [1] 3600/13
**off** [12] 3503/23 3504/3
3504/7 3508/20 3519/4
3522/19 3533/9
3542/18 3552/7 3553/5
3565/25 3568/20
**offer** [2] 3510/19
3589/1
**offered** [3] 3483/15
3578/10 3578/11
**office** [5] 3474/16
3497/8 3521/6 3527/5
3527/5
**officer** [45] 3490/8
3490/20 3490/21
3490/23 3491/1 3491/3
3491/7 3491/11
3491/13 3491/15
3491/19 3491/20
3491/23 3491/23
3492/20 3492/20
3492/24 3493/2
3493/18 3493/25
3494/1 3494/2 3494/2
3494/10 3497/6
3502/19 3502/19
3505/2 3505/8 3508/7
3508/10 3509/20
3509/23 3512/19
3514/13 3516/25
3517/8 3518/12
3520/24 3521/14
3521/18 3524/9
3526/10 3527/14
3608/17
**Officer Carrion** [8]
3491/3 3491/13 3493/2
3494/1 3494/10
3502/19 3508/10
3521/14
**Officer Marc** [1]
3490/23
**Officer Salke** [12]
3490/8 3491/7 3491/11
3491/19 3491/23
3492/20 3492/24
3494/2 3505/2 3505/8
3516/25 3527/14
**Officer Salke's** [3]
3490/20 3491/15
3493/18
**officers** [7] 3491/8
3500/14 3500/16
3509/22 3519/20
3520/5 3520/19
**OFFICES** [1] 3475/2
**oh** [5] 3595/22 3599/1

3553/18 3563/5

**oh... [3]** 3601/7 3605/7 3623/24
**okay [125]** 3477/19 3478/11 3492/2 3494/16 3495/1 3495/4 3499/23 3505/4 3507/16 3507/23 3509/7 3509/12 3509/16 3511/4 3512/2 3512/22 3515/9 3516/15 3516/24 3519/12 3519/16 3520/15 3520/17 3521/8 3521/21 3522/5 3524/5 3527/8 3529/7 3529/17 3531/21 3532/2 3535/18 3536/3 3536/5 3537/3 3537/19 3537/24 3538/3 3542/4 3545/20 3549/6 3551/2 3556/17 3556/23 3557/9 3557/16 3558/21 3559/25 3560/4 3561/22 3562/1 3562/15 3562/21 3563/4 3565/14 3567/3 3567/8 3568/23 3569/2 3572/19 3573/7 3573/13 3575/3 3576/4 3577/21 3580/3 3580/20 3581/11 3581/23 3585/2 3586/2 3587/4 3588/23 3589/21 3590/11 3596/19 3596/22 3598/6 3599/3 3599/23 3601/24 3604/7 3604/12 3604/20 3607/5 3608/4 3608/11 3608/25 3609/12 3609/14 3609/25 3610/20 3610/23 3610/25 3611/18 3611/21 3612/3 3613/2 3618/16 3620/23 3621/21 3622/6 3622/12 3622/25 3626/24 3627/7 3627/16 3628/8 3629/19 3629/24 3631/3 3631/15 3632/13 3633/17 3634/11 3634/23 3635/15 3635/16 3636/7 3636/20 3636/23 3637/17
**old [4]** 3528/20 3556/1 3556/1 3582/18
**older [4]** 3479/21 3535/10 3535/20 3556/1
**Olive [19]** 3530/18 3530/21 3530/25 3532/4 3532/13 3532/17 3532/24 3533/1 3533/6 3533/11

**Olive Garden [15]** 3530/18 3530/21 3530/25 3532/4 3532/17 3532/24 3533/1 3533/6 3533/11 3533/19 3538/4 3538/11 3563/11 3584/6 3586/11
**once [4]** 3503/3 3556/22 3614/11 3633/2
**one [83]** 3478/1 3478/22 3479/7 3480/4 3480/11 3480/13 3480/20 3481/3 3481/21 3482/5 3486/15 3486/23 3489/11 3490/16 3491/8 3503/17 3503/17 3503/17 3503/21 3506/12 3513/2 3516/6 3516/8 3516/21 3521/3 3525/20 3529/2 3533/18 3535/10 3537/15 3538/17 3541/9 3542/9 3543/12 3551/11 3551/11 3551/22 3551/24 3552/1 3552/15 3561/10 3562/13 3563/12 3564/20 3564/21 3564/24 3564/25 3565/6 3578/14 3581/6 3583/21 3586/13 3586/19 3590/12 3591/16 3591/21 3593/21 3594/5 3596/10 3596/21 3602/3 3610/10 3613/16 3616/25 3618/3 3619/23 3623/1 3623/1 3623/2 3623/16 3623/19 3624/11 3625/16 3629/6 3629/11 3630/12 3630/16 3630/22 3631/24 3631/25 3632/8 3633/10 3636/24
**one-call [1]** 3623/1
**one-page [1]** 3623/2
**one-row [1]** 3623/1
**ongoing [1]** 3592/5
**only [13]** 3484/12 3485/9 3503/21 3504/8 3509/2 3516/5 3521/3 3527/3 3534/15 3538/21 3556/20 3632/8 3636/4
**op [5]** 3539/14 3623/17 3632/22 3633/2 3633/2

**op channels** 3633/2
**op is [1]** 3633/2
**op when [1]** 3539/14
**open [18]** 3507/13 3509/4 3511/16 3511/19 3516/4 3523/2 3523/6 3525/14 3534/15 3542/5 3545/17 3562/22 3573/5 3584/21 3600/3 3600/5 3600/13 3609/13
**opened [3]** 3513/13 3597/13 3627/2
**openings [1]** 3507/2
**opens [2]** 3626/8 3626/17
**operational [1]** 3570/3
**operations [2]** 3484/15 3484/20
**opine [2]** 3489/25 3616/8
**opining [1]** 3616/9
**opinion [9]** 3483/18 3484/12 3506/5 3506/7 3507/10 3589/2 3589/2 3589/3 3589/5
**opinions [3]** 3483/15 3483/20 3589/1
**opportunity [1]** 3480/10
**opposed [2]** 3486/22 3572/5
**opposing [1]** 3579/5
**opposite [2]** 3534/15 3534/17
**option [1]** 3554/2
**order [2]** 3478/16 3519/22
**orders [2]** 3569/9 3574/25
**ordinary [1]** 3566/12
**organization [1]** 3557/11
**organize [1]** 3561/12
**originally [2]** 3496/13 3502/13
**originals [4]** 3617/5 3617/7 3618/21 3618/22
**originating [1]** 3606/1
**other [42]** 3479/3 3484/2 3484/19 3488/12 3488/20 3490/25 3492/8 3492/10 3500/16 3503/8 3503/16 3509/22 3534/22 3534/25 3535/2 3535/11 3541/14 3542/1 3545/10 3547/18 3551/11 3557/17 3567/14 3572/21 3572/21 3573/14 3586/4 3586/4 3586/23 3589/4 3595/11 3601/11

**op is [1]**... 3617/10 3622/4 3626/14 3628/3 3632/14 3635/13 3637/16 3637/18
**others [7]** 3479/4 3484/21 3580/24 3595/24 3621/23 3621/25 3622/1
**others' [1]** 3568/1
**otherwise [3]** 3482/13 3536/22 3545/15
**ought [2]** 3627/11 3635/5
**our [28]** 3490/6 3493/18 3495/4 3498/12 3498/13 3498/13 3500/20 3501/12 3501/13 3503/4 3503/23 3510/5 3525/15 3530/20 3532/7 3543/14 3549/20 3562/23 3566/4 3567/4 3608/19 3609/4 3609/11 3609/14 3619/8 3619/24 3630/11 3635/19
**out [61]** 3479/22 3481/5 3481/15 3482/4 3493/4 3494/10 3498/18 3503/7 3504/8 3513/22 3515/2 3516/11 3519/3 3519/21 3521/3 3526/11 3526/12 3529/15 3532/12 3533/2 3533/8 3533/12 3533/18 3534/20 3544/17 3548/21 3549/11 3550/2 3550/4 3553/8 3554/2 3554/25 3555/5 3559/23 3561/15 3561/18 3561/20 3561/23 3562/12 3566/12 3569/1 3574/10 3574/22 3575/2 3576/1 3583/12 3583/15 3590/25 3591/5 3593/22 3594/21 3600/3 3600/9 3608/20 3609/6 3609/9 3627/21 3627/23 3631/7 3631/23 3632/15
**outfitted [1]** 3510/6
**outgoing [3]** 3552/2 3601/1
**outline [3]** 3596/10 3596/12 3596/13
**outside [22]** 3478/15 3485/2 3498/14 3498/17 3502/17 3507/24 3511/19 3512/14 3523/8 3526/1 3534/13 3548/14 3548/16 3548/19 3548/20

3617/10...  (column 5)
**outweigh [1]** 3482/21
**over [17]** 3477/24 3482/4 3483/4 3490/4 3491/4 3499/5 3536/15 3581/9 3581/9 3584/15 3598/8 3601/18 3616/14 3616/15 3620/8 3633/2 3636/4
**overly [1]** 3494/21
**overnight [1]** 3550/17
**overrule [1]** 3612/4
**overruled [6]** 3514/20 3542/6 3545/16 3545/18 3547/5 3564/19
**overrun [1]** 3520/23
**overview [3]** 3590/14 3590/17 3598/1
**own [9]** 3488/2 3488/8 3503/11 3554/3 3586/5 3586/6 3603/23 3604/1 3629/22

**P**

**p.m [13]** 3591/3 3592/23 3593/1 3593/9 3594/9 3594/13 3594/23 3595/5 3595/10 3598/5 3622/23 3638/21 3638/21
**PA [1]** 3475/7
**pad [1]** 3510/8
**pads [2]** 3510/7 3510/8
**page [14]** 3483/13 3589/22 3590/11 3590/12 3590/13 3592/16 3592/18 3592/18 3593/10 3596/4 3598/18 3598/20 3618/24 3623/2
**page 1155 [1]** 3483/13
**page 3 [1]** 3592/18
**page 8 [1]** 3598/18
**paid [1]** 3548/19
**panel [2]** 3495/6 3564/8
**pants [2]** 3533/3 3533/8
**paper [1]** 3533/12
**paranoid [1]** 3638/1
**parking [4]** 3549/3 3550/14 3551/19 3551/20
**Parler [1]** 3493/24
**part [26]** 3491/14 3498/8 3498/10 3510/5 3538/25 3539/2 3539/22 3541/18 3543/15 3543/20 3551/5 3560/23 3570/6 3570/21 3571/9 3574/8 3574/12 3576/18 3602/7 3602/20 3621/1

**part... [5]** 3625/6 3626/10 3631/18 3631/25 3632/7

**participating [1]** 3624/21

**particular [11]** 3487/1 3491/21 3494/12 3507/9 3543/9 3604/2 3611/7 3614/8 3621/4 3628/2 3628/15

**particularized [1]** 3484/17

**particularly [4]** 3482/1 3507/11 3611/6 3613/12

**parties [3]** 3477/23 3609/17 3627/5

**party [2]** 3600/24 3601/14

**pass [2]** 3561/15 3561/20

**passenger [2]** 3478/5 3553/15

**passenger's [2]** 3552/16 3553/17

**passing [3]** 3561/18 3561/23 3562/11

**past [4]** 3499/7 3499/8 3499/24 3601/11

**patriotic [1]** 3506/14

**pause [5]** 3505/3 3508/2 3511/8 3615/8 3616/12

**Peed [18]** 3475/19 3475/19 3477/16 3557/22 3558/6 3558/8 3562/15 3562/18 3564/11 3572/10 3578/7 3578/16 3586/8 3628/23 3632/10 3634/11 3635/11 3636/17

**penal [3]** 3540/3 3540/9 3540/13

**pending [1]** 3584/22

**people [98]** 3478/9 3480/1 3499/6 3499/6 3499/8 3499/11 3499/18 3500/25 3502/8 3502/11 3502/13 3502/18 3503/1 3503/2 3503/14 3503/18 3504/17 3506/14 3507/2 3507/3 3510/22 3511/23 3512/13 3513/15 3513/19 3513/21 3514/15 3514/18 3514/22 3517/11 3519/21 3520/6 3520/19 3520/24 3521/1 3521/1 3521/6 3521/12 3522/18 3523/8 3525/16 3526/12 3530/6 3533/22 3535/23 3536/1 3536/4 3538/7

3547/12 3547/18 3549/4 3550/1 3555/20 3560/2 3560/6 3560/13 3560/14 3560/15 3560/16 3560/18 3560/19 3560/19 3560/24 3561/10 3561/21 3565/9 3565/12 3565/16 3566/11 3567/11 3567/25 3569/19 3570/18 3572/21 3572/21 3573/15 3573/18 3574/6 3575/24 3576/1 3576/20 3576/25 3579/5 3579/21 3579/23 3581/3 3582/1 3582/21 3583/13 3583/18 3586/4 3586/16 3637/8 3637/11

**people's [1]** 3535/19

**per [2]** 3510/2 3520/3

**perceived [2]** 3565/12 3565/21

**percent [3]** 3503/4 3503/12 3552/5

**percipient [2]** 3485/12 3485/12

**perhaps [5]** 3486/2 3491/19 3540/15 3578/12 3616/24

**perimeter [2]** 3493/19 3526/22

**period [5]** 3491/1 3579/18 3604/17 3607/2 3624/10

**periods [1]** 3623/8

**permit [2]** 3615/17 3624/11

**permits [2]** 3578/13 3578/15

**permitted [2]** 3484/11 3623/19

**person [26]** 3483/22 3503/8 3509/24 3514/23 3514/25 3515/16 3517/25 3518/20 3542/10 3542/20 3543/3 3543/3 3545/10 3545/20 3546/17 3546/21 3547/9 3547/10 3556/20 3571/21 3601/18 3603/16 3606/8 3624/21 3627/22 3634/23

**person's [1]** 3541/14

**personal [6]** 3480/6 3480/15 3482/3 3483/16 3484/13 3504/16

**personalized [1]** 3484/8

**personally [2]** 3570/19

**perspective [2]** 3571/22 3571/25

**pertains [1]** 3615/23

**Philadelphia [1]** 3475/7

**phone [100]** 3485/9 3485/9 3485/16 3488/13 3488/17 3488/18 3488/21 3490/8 3505/21 3532/8 3532/9 3532/9 3532/10 3536/24 3537/3 3554/1 3554/3 3554/5 3562/16 3585/7 3585/12 3585/14 3585/16 3590/15 3590/20 3590/21 3590/23 3591/7 3591/12 3591/12 3591/15 3591/25 3592/7 3592/8 3592/19 3593/2 3593/16 3593/18 3593/24 3594/3 3594/7 3594/12 3594/18 3594/18 3594/20 3595/1 3595/7 3595/8 3595/20 3596/2 3596/5 3596/16 3596/23 3597/6 3597/16 3597/25 3598/1 3598/2 3598/13 3598/22 3598/22 3599/12 3599/25 3600/23 3602/6 3602/25 3603/24 3604/14 3604/17 3604/24 3605/2 3606/5 3606/10 3606/25 3607/15 3607/19 3608/8 3615/1 3616/3 3616/6 3616/7 3619/6 3619/6 3619/7 3620/4 3620/4 3620/6 3620/8 3620/9 3621/13 3621/14 3621/15 3622/2 3623/14 3624/9 3624/19 3625/21 3630/4 3630/6 3630/25

**phones [6]** 3485/25 3532/19 3569/15 3595/11 3621/5 3629/6

**photo [6]** 3519/24 3521/13 3522/1 3524/7 3524/10 3525/20

**photograph [1]** 3611/24

**photographs [7]** 3610/15 3611/10 3611/13 3611/16 3612/2 3612/12 3612/25

**photos [2]** 3611/3 3612/5

**phrased [1]** 3568/4

**physical [4]** 3611/1 3611/13 3616/6 3621/15

**physically [1]** 3525/12

3630/12

**picked [2]** 3508/20 3629/6

**picture [3]** 3499/3 3500/5 3502/2

**piece [2]** 3516/6

**piecemeal [1]** 3544/4

**pieces [1]** 3590/7

**pint [1]** 3533/4

**place [1]** 3501/17

**placed [4]** 3495/17 3527/21 3587/11 3628/20

**plain [1]** 3515/4

**Plaintiff [1]** 3474/4

**plan [10]** 3493/18 3501/17 3574/23 3575/5 3575/9 3581/7 3610/14 3610/17 3611/22 3611/23

**planned [1]** 3540/23

**planning [4]** 3546/22 3612/20 3612/21 3630/15

**plans [3]** 3539/12 3546/18 3574/25

**plastic [4]** 3550/19 3550/20 3550/22 3611/20

**play [19]** 3493/10 3493/10 3505/2 3507/22 3509/9 3511/3 3512/1 3512/22 3513/9 3515/6 3515/9 3515/19 3516/21 3517/13 3518/5 3519/11 3521/20 3522/11 3602/2

**played [19]** 3505/6 3507/25 3509/14 3511/6 3512/4 3512/24 3513/10 3515/12 3515/21 3515/24 3516/19 3516/22 3517/16 3518/6 3519/14 3521/23 3522/12 3628/11 3637/17

**please [26]** 3477/5 3495/8 3495/16 3496/7 3512/9 3513/9 3521/15 3527/20 3528/7 3564/6 3564/10 3587/10 3592/16 3593/10 3593/23 3594/15 3594/24 3596/25 3597/23 3604/22 3609/23 3613/25 3617/5 3619/12 3628/7 3632/23

**plot [3]** 3590/9 3594/4 3607/18

**plus [1]** 3623/25

**PO [1]** 3475/3

**pocket [2]** 3533/5 3533/7

**point [48]** 3490/22

3497/1 3498/23 3503/11 3503/19 3504/20 3505/11 3508/21 3510/18 3511/17 3512/16 3513/12 3516/4 3518/1 3525/11 3533/15 3535/2 3541/18 3543/18 3548/9 3548/22 3551/4 3552/11 3553/7 3553/18 3554/3 3554/14 3562/7 3575/16 3580/5 3580/9 3580/14 3581/6 3582/5 3583/7 3589/12 3599/15 3614/4 3614/6 3624/14 3624/15 3629/10 3631/4 3634/3 3634/19 3634/22 3635/2

**pointed [2]** 3482/4 3498/4

**police [10]** 3497/5 3497/6 3497/9 3497/10 3497/17 3498/12 3500/20 3506/15 3506/16 3582/15

**political [1]** 3506/7

**ponytail [11]** 3536/2 3536/6 3536/7 3536/15 3542/10 3542/20 3543/3 3546/17 3546/22 3547/2 3547/10

**portion [1]** 3620/11

**position [4]** 3478/14 3614/2 3623/20 3631/25

**positions [1]** 3496/20

**possess [1]** 3611/4

**possessed [3]** 3482/14 3482/15 3482/25

**possession [4]** 3480/20 3482/12 3482/17 3482/24

**possible [4]** 3502/25 3549/11 3550/2 3636/6

**Possibly [1]** 3562/20

**post [1]** 3632/23

**potential [1]** 3634/9

**potentially [6]** 3488/2 3490/11 3541/2 3590/10 3601/16 3613/17

**practical [1]** 3502/25

**precedent [1]** 3609/9

**precisely [1]** 3637/11

**preclude [3]** 3483/25 3491/6 3613/19

**preference [2]** 3634/15 3635/8

**prejudice [1]** 3631/17

**prejudicial [11]** 3482/21 3482/21 3488/5 3488/6 3612/6 3612/10 3612/13 3617/21 3632/4 3632/5

**P**

**prejudicial... [1]** 3632/12

**prepare [2]** 3488/7 3589/9

**prepared [5]** 3627/3 3627/9 3627/10 3629/1 3636/22

**preponderance [1]** 3540/14

**prerogative [2]** 3630/11 3631/23

**present [6]** 3477/17 3536/16 3537/12 3541/20 3573/24 3621/15

**presentation [3]** 3485/23 3494/6 3619/8

**presented [3]** 3480/24 3630/9 3632/1

**presenting [1]** 3621/7

**President [20]** 3529/10 3539/7 3539/8 3539/9 3567/24 3569/8 3569/9 3570/17 3570/19 3570/21 3571/23 3574/2 3576/6 3576/9 3576/11 3576/16 3578/4 3579/6 3579/21 3579/24

**presiding [2]** 3477/1 3564/5

**presumably [2]** 3487/19 3612/14

**presume [1]** 3508/17

**pretrial [2]** 3487/16 3636/11

**pretty [8]** 3506/2 3510/14 3549/12 3551/1 3574/22 3583/5 3584/12 3584/13

**prevent [1]** 3520/25

**previous [3]** 3484/20 3484/25 3598/21

**previously [2]** 3535/24 3588/3

**primarily [1]** 3621/22

**principal [1]** 3492/11

**prior [10]** 3485/13 3485/14 3486/7 3487/18 3506/2 3542/22 3589/13 3598/17 3630/22 3633/8

**private [1]** 3615/4

**probably [4]** 3498/3 3531/6 3535/13 3554/12

**probative [3]** 3482/22 3493/5 3634/16

**problem [5]** 3584/10 3584/11 3584/14 3584/17 3635/11

**proceedings [3]** 3474/9 3477/18 3639/4

**process [3]** 3483/17 3604/5 3620/1

**produce [1]** 3626/12

**professional [1]** 3484/25

**proffer [3]** 3478/7 3485/5 3544/12

**proffering [1]** 3483/25

**proper [4]** 3484/13 3487/7 3507/5 3542/2

**property [1]** 3479/14

**proposed [3]** 3485/4

**proposing [1]** 3483/19

**prospective [1]** 3539/20

**protect [13]** 3500/2 3503/6 3510/16 3511/22 3519/1 3519/6 3560/6 3560/10 3560/12 3560/13 3560/14 3560/15 3560/24

**protesters [4]** 3509/1 3560/1 3560/10 3560/13

**prototypical [1]** 3483/18

**prove [1]** 3557/7

**proven [2]** 3537/21 3539/22

**provide [8]** 3485/18 3488/1 3492/1 3492/1 3539/4 3557/6 3574/24 3605/20

**provided [8]** 3484/22 3487/19 3538/8 3613/21 3614/18 3614/21 3623/4 3636/18

**provider [2]** 3590/4 3603/25

**providing [2]** 3618/7 3631/19

**prudent [1]** 3621/24

**publish [1]** 3602/13

**pull [17]** 3479/18 3504/18 3509/5 3513/23 3523/11 3523/18 3524/14 3524/19 3525/14 3525/21 3589/12 3598/17 3599/7 3601/25 3602/13 3603/1 3604/22

**pulled [1]** 3552/15 3552/19 3555/5

**pump [2]** 3552/17 3552/18

**Punta [1]** 3475/16

**purpose [9]** 3478/22 3478/25 3479/1 3625/25 3629/4 3631/7 3632/11 3632/19 3633/23

**purposes [3]** 3571/11 3632/4 3636/14

**pursuant [3]** 3504/19 3599/16 3602/12

**push [4]** 3491/17 3500/25 3512/14 3519/21

**pushthrough [1]** 3491/17

**pushed [5]** 3491/11 3501/23 3501/24 3502/13 3513/15 3513/20

**pushing [2]** 3481/6 3481/6

**put [23]** 3480/19 3486/9 3492/4 3502/1 3502/4 3519/4 3533/6 3541/17 3550/5 3550/6 3550/14 3552/20 3553/3 3559/7 3583/12 3613/17 3624/11 3627/18 3627/24 3628/2 3628/6 3635/9 3635/12

**putting [3]** 3526/24 3634/22 3634/23

**Q**

**QRF [14]** 3479/18 3479/21 3537/6 3537/12 3541/21 3541/25 3543/6 3544/19 3544/25 3569/20 3629/8 3629/10 3629/23 3630/11

**quality [2]** 3545/16 3637/4

**quantity [2]** 3626/16 3626/18

**Queen [1]** 3475/7

**question [30]** 3478/21 3487/6 3506/1 3506/4 3506/12 3507/4 3510/22 3536/23 3537/1 3537/9 3538/6 3540/19 3540/21 3547/7 3560/7 3568/4 3569/14 3571/6 3572/2 3572/12 3572/13 3572/14 3573/20 3577/14 3579/11 3585/10 3615/16 3617/18 3622/14 3624/18

**questions [33]** 3504/10 3505/4 3507/23 3509/11 3511/4 3512/2 3515/8 3517/14 3519/12 3520/13 3520/14 3521/21 3527/6 3527/10 3527/11 3527/12 3527/13 3555/6 3557/17 3557/19 3557/21 3572/5 3572/20 3583/25 3585/1 3586/7 3587/3 3603/17 3607/4 3607/8 3608/1 3608/15 3608/23

**quick [3]** 3546/4 3546/10 3601/7

**Quick Reaction Force [2]** 3546/4 3546/10

**quickly [3]** 3499/24 3500/25 3501/23

**quite [2]** 3582/8 3582/9

**quote [2]** 3483/12 3484/3

**R**

**rack [2]** 3481/3 3498/21

**racks [5]** 3499/2 3499/7 3499/8 3499/14 3499/24

**radio [1]** 3499/6

**raise [5]** 3495/16 3527/20 3587/10 3628/21 3632/20

**raised [3]** 3477/22 3624/22 3636/17

**raises [1]** 3632/9

**Rakoczy [2]** 3474/14 3477/10

**rally [3]** 3574/24 3575/6 3575/10

**ramp [2]** 3551/21 3551/22

**range [2]** 3619/1 3623/3

**Ranger [1]** 3479/14

**Ranger Doug's [1]** 3479/14

**ranges [1]** 3622/3

**rarely [1]** 3563/18

**RAT [1]** 3601/3

**rated [1]** 3516/6

**reacted [1]** 3507/9

**Reaction [2]** 3546/4 3546/10

**read [2]** 3490/1 3615/3

**reader [1]** 3606/3

**readily [1]** 3489/16

**reading [4]** 3489/3 3489/6 3614/10 3616/10

**ready [6]** 3495/12 3537/12 3539/25 3550/5 3554/18 3569/20

**real [5]** 3555/17 3555/19 3601/7 3618/3 3618/7

**really [12]** 3485/13 3487/25 3487/25 3488/6 3493/14 3561/14 3568/15 3568/21 3569/1 3597/19 3616/9 3618/7

**realm [2]** 3485/4 3488/19

**rear [1]** 3553/17

**reason [5]** 3529/14 3540/16 3552/3 3626/10 3636/4

**reasonably [1]** 3543/23

**reasoning [1]** 3483/17

**reasons [3]** 3529/13 3563/9 3626/3

**rebut [3]** 3488/3

**rebuts [1]** 3506/13

**rebutted [1]** 3506/24

**recall [33]** 3480/8 3499/2 3532/9 3533/22 3543/1 3546/24 3547/1 3548/8 3568/11 3568/15 3568/24 3573/11 3573/14 3573/17 3573/23 3573/25 3574/3 3575/4 3575/12 3576/21 3577/25 3582/4 3583/11 3586/12 3586/14 3586/17 3586/24 3591/23 3593/20 3595/25 3607/14 3619/19 3637/11

**recalls [1]** 3637/15

**receive [2]** 3497/12 3592/3

**received [13]** 3504/22 3514/1 3524/1 3525/5 3526/6 3589/19 3590/4 3592/10 3599/20 3600/23 3602/17 3605/12 3616/17

**recess [6]** 3562/24 3563/2 3564/1 3564/2 3638/20 3638/21

**recognize [7]** 3505/8 3521/12 3522/1 3524/21 3588/23 3598/10 3599/10

**recollection [3]** 3480/22 3516/12 3518/22

**record [32]** 3478/15 3490/19 3501/7 3504/20 3509/20 3512/19 3517/7 3521/18 3522/14 3563/9 3563/13 3589/4 3599/16 3600/3 3600/5 3600/13 3603/12 3617/19 3618/2 3618/13 3620/3 3627/19 3627/24 3628/4 3628/6 3637/20 3638/5 3638/9 3638/12 3638/14 3638/15 3639/3

**records [30]** 3485/15 3485/19 3486/6 3486/8 3488/24 3590/4 3599/4 3599/11 3599/13 3599/25 3600/2 3600/8 3600/20 3602/7 3602/12 3602/24 3603/6 3603/9 3603/15 3603/18 3604/13 3604/25 3605/5 3605/20 3606/10 3607/1 3613/8 3617/12 3617/15 3617/23

**recourse [1]** 3628/6

**recovered [8]** 3482/8

**R**

recovered... [7]
3488/14 3488/21
3610/7 3610/9 3610/16
3610/18 3624/19
**RECROSS [1]** 3476/4
recruiters [1] 3528/21
red [2] 3590/18 3596/7
redact [1] 3630/13
redirect [7] 3476/4
3480/2 3480/3 3585/2
3585/5 3608/2 3635/13
redline [1] 3636/13
redownload [2]
3615/22 3620/22
refer [2] 3486/6
3615/22
referenced [1] 3486/25
referring [2] 3485/25
3614/7
refers [3] 3489/4
3614/8 3619/4
regard [1] 3597/24
regarding [3] 3483/20
3490/24 3596/5
registration [2] 3591/2
3597/21
registrations [1]
3594/1
regular [2] 3498/12
3567/25
rehashing [1] 3544/9
relate [3] 3489/12
3615/6 3623/12
related [3] 3610/18
3618/5 3620/22
relates [4] 3490/20
3615/1 3615/10 3616/6
relation [4] 3577/6
3603/9 3630/15 3633/9
relaying [1] 3570/23
relevance [2] 3569/13
3569/24
relevant [21] 3491/1
3493/4 3506/8 3507/11
3571/9 3572/18
3572/24 3573/2 3589/5
3611/3 3611/4 3611/7
3611/14 3612/13
3613/16 3619/8
3624/13 3624/17
3624/24 3625/4
3630/14
reliability [1] 3563/22
relief [2] 3487/12
3487/14
rely [1] 3478/14
remarkably [1]
3492/25
remedy [2] 3487/6
3487/7
remember [23]
3487/17 3499/5
3505/13 3514/15
3517/10 3518/24
3523/16 3530/3
3531/25 3535/19
3539/5 3549/17

restroom [1] 3550/2
resume [2] 3562/25
3609/17
**RESUMED [1]** 3588/3
retreat [4] 3493/19
3499/21 3500/3
3500/12
retreated [4] 3499/15
3499/18 3500/4 3500/8
retrospect [1] 3544/20
retrospective [5]
3539/20 3539/21
3544/1 3545/5 3563/16
return [5] 3490/5
3614/8 3614/18
3616/10 3616/11
returned [1] 3497/16
returning [1] 3545/1
returns [11] 3489/2
3489/12 3489/14
3489/17 3489/22
3489/24 3598/14
3614/7 3615/5 3615/21
3617/3
review [1] 3592/22
reviewed [2] 3589/13
3599/4
Rhodes [65] 3531/11
3533/21 3534/7
3534/24 3534/25
3538/21 3539/3
3541/19 3544/22
3544/24 3551/10
3552/22 3553/11
3553/14 3553/21
3553/24 3554/3 3554/5
3555/3 3556/9 3556/10
3556/21 3557/2 3567/9
3567/12 3567/19
3567/22 3568/6 3568/9
3568/11 3570/15
3570/16 3571/4 3572/1
3572/3 3572/7 3573/15
3573/17 3573/19
3573/23 3574/13
3576/5 3576/8 3576/12
3578/4 3578/12
3578/19 3579/9
3579/14 3579/18
3579/20 3580/16
3580/18 3580/21
3586/23 3590/16
3599/5 3601/15
3601/20 3621/12
3632/22 3633/1
3633/14 3634/4 3638/3
3636/25
Rhodes' [10] 3550/25
3570/24 3571/4 3585/7
3596/2 3596/5 3596/16
3599/12 3637/23
3638/4
rid [1] 3625/10
riding [1] 3530/22
rifle [6] 3552/24
3552/25 3553/2 3553/4
3612/17 3612/22
rifles [4] 3539/7 3539/8
3565/13 3565/17

restroom [1] 3550/2
3478/13 3492/7
3492/10 3492/18
3492/22 3494/4 3495/2
3495/8 3495/16 3498/3
3498/18 3499/4 3500/5
3500/15 3500/15
3500/17 3501/5 3502/1
3502/3 3504/21
3505/12 3508/7
3508/19 3509/23
3510/2 3510/25 3511/8
3511/18 3511/25
3512/23 3513/25
3514/4 3514/12
3514/13 3517/13
3518/4 3518/9 3520/3
3521/19 3521/25
3523/10 3524/18
3525/4 3525/24
3527/14 3527/20
3527/23 3532/25
3537/8 3539/8 3539/17
3540/1 3541/4 3545/4
3545/11 3549/13
3551/22 3551/24
3554/8 3555/7 3555/21
3556/9 3558/12 3559/2
3559/13 3559/17
3559/20 3560/2 3560/6
3560/10 3560/18
3560/20 3560/21
3560/24 3561/3 3561/6
3561/8 3561/11
3561/13 3562/3
3563/23 3565/1 3565/4
3565/10 3565/13
3565/17 3565/21
3565/23 3565/25
3566/3 3566/6 3566/9
3566/16 3566/19
3566/22 3567/10
3567/15 3567/20
3567/25 3569/3 3572/1
3573/10 3574/16
3574/21 3574/21
3574/24 3575/15
3576/7 3576/11
3576/16 3576/19
3577/3 3577/13
3577/19 3578/17
3578/24 3578/25
3580/7 3580/14
3580/17 3580/25
3581/7 3581/13
3581/22 3582/23
3582/11 3582/23
3583/8 3583/15
3584/22 3584/24
3587/10 3587/13
3591/5 3595/14
3599/19 3601/6 3601/8
3602/15 3603/10
3607/17 3608/2 3609/1
3609/23 3611/21
3613/4 3619/2 3621/16
3622/13 3625/23
3634/7 3635/17

right-hand [1] 3514/13
right-side [1] 3508/7
RIOS [2] 3475/11
3475/15
riot [1] 3518/21
riots [1] 3529/24
ripped [1] 3516/4
rise [6] 3477/2 3563/1
3563/25 3564/3
3609/21 3638/19
RMR [2] 3639/2 3639/8
roaches [1] 3549/10
road [4] 3552/1 3593/2
3598/10 3598/13
roads [7] 3547/25
3548/4 3548/7 3551/23
3554/7 3554/9 3591/1
Robert [1] 3475/10
ROBERTO [2] 3474/6
3477/8
rode [4] 3529/21
3549/15 3555/25
3558/15
role [1] 3637/16
room [8] 3550/4
3550/11 3550/12
3550/25 3568/21
3586/4 3586/5 3586/6
rooms [1] 3568/18
Rotunda [5] 3500/4
3501/25 3504/1
3505/10 3518/16
round [2] 3516/7
3516/10
rounds [1] 3610/12
route [2] 3592/11
3598/25
routes [2] 3541/2
3541/15
routinely [1] 3612/8
row [1] 3623/1
rows [2] 3599/13
3605/15
rule [14] 3477/25
3483/12 3483/14
3484/2 3484/11 3485/1
3486/25 3487/8 3487/9
3487/10 3617/10
3624/7 3626/13
3636/18
Rule 16 [1] 3487/9
Rule 29 [1] 3636/18
rule's [1] 3484/22
ruled [1] 3628/15
rules [2] 3478/15
3544/3
ruling [8] 3489/20
3543/17 3608/14
3609/8 3610/2 3611/2
3613/23 3614/15
rulings [1] 3608/24
running [2] 3500/14
3581/19
RYAN [2] 3496/2
3496/10

**S**

S-a-l-k-e [1] 3496/11

3561/15 3561/15
3575/8 3575/18 3586/8
3595/14 3600/12
3607/21 3619/25
remembers [2]
3491/14 3637/8
remind [5] 3524/11
3588/13 3589/24
3619/11 3619/18
reminder [1] 3588/25
reminders [1] 3609/18
remotely [1] 3575/25
remove [1] 3587/15
removed [1] 3480/25
repeat [3] 3503/9
3548/2 3565/15
repeatedly [1] 3515/15
report [6] 3595/15
3605/18 3607/24
3615/18 3618/4
3620/21
represent [4] 3558/6
3590/18 3605/25
3627/4
representation [2]
3523/19 3524/23
Representations [1]
3627/20
representative [1]
3628/10
represented [1] 3629/3
represents [1] 3615/12
Republic [4] 3602/24
3603/8 3603/12
3603/14
requalified [1] 3588/20
requalify [1] 3588/23
request [1] 3614/19
requested [2] 3600/20
3600/20
require [6] 3481/23
3486/4 3486/6 3544/3
3624/7 3624/11
required [5] 3486/13
3489/23 3617/25
3618/4 3620/12
requirements [2]
3484/2 3484/23
requires [1] 3488/16
requiring [2] 3486/2
3487/10
reservation [1]
3538/12
Reserves [1] 3527/1
residual [2] 3563/19
3636/25
resources [1] 3597/6
respect [4] 3483/3
3489/20 3489/20
3614/14
respond [1] 3614/5
response [2] 3577/13
3614/18
responsibility [1]
3503/4
restate [1] 3552/6
restaurant [1] 3584/5

**sacrilege [1]** 3506/6
**sad [1]** 3483/23
**safe [3]** 3527/15
3587/6 3610/10
**safety [1]** 3503/11
**said [53]** 3479/15
3479/17 3479/18
3479/25 3480/1
3480/13 3480/18
3484/7 3486/20
3488/10 3506/13
3517/23 3520/19
3535/16 3535/20
3538/15 3539/10
3540/25 3541/13
3541/18 3542/22
3544/1 3547/12 3557/7
3558/11 3563/12
3568/9 3568/22
3570/11 3572/1
3572/22 3572/22
3573/17 3573/18
3574/1 3574/4 3576/9
3576/14 3579/9
3579/14 3579/20
3582/22 3600/22
3603/11 3613/8
3613/16 3617/24
3626/12 3631/22
3633/14 3637/5
3637/15 3638/1
**salient [1]** 3613/12
**Salke [18]** 3490/8
3490/8 3491/1 3491/7
3491/11 3491/19
3491/23 3492/20
3492/24 3493/23
3493/25 3494/2 3496/2
3496/10 3505/2 3505/8
3516/25 3527/14
**Salke's [3]** 3490/20
3491/15 3493/18
**same [23]** 3490/24
3503/15 3510/9
3517/11 3525/24
3571/22 3593/14
3603/25 3605/20
3606/6 3606/10
3609/18 3612/17
3618/25 3618/25
3619/3 3619/16
3619/17 3620/22
3621/25 3626/11
3631/14 3631/14
**sandwiched [1]**
3561/20
**sandwiches [2]**
3561/18 3562/11
**Sarasota [1]** 3625/2
**sardines [1]** 3502/10
**sat [1]** 3534/21
**satisfied [2]** 3618/21
3637/18
**save [2]** 3540/11
3618/13
**saw [19]** 3480/18
3481/17 3494/20

3502/16 3508/25
3512/14 3514/18
3518/25 3565/9
3565/10 3565/16
3567/9 3581/5 3591/7
3603/15 3604/16
3622/15
**say [62]** 3480/10
3480/13 3485/11
3489/17 3494/2 3498/5
3498/19 3514/6 3520/9
3526/19 3531/22
3533/24 3536/16
3536/19 3537/2 3537/5
3537/9 3537/10
3537/11 3537/14
3538/15 3539/3
3540/16 3541/9
3545/13 3545/15
3545/24 3546/3 3546/6
3546/20 3552/6
3554/12 3555/18
3558/7 3558/22 3560/7
3566/23 3570/13
3571/8 3572/4 3572/7
3574/17 3575/7
3579/18 3580/8 3592/1
3592/11 3604/16
3611/5 3611/11
3614/25 3615/4
3615/14 3615/15
3615/17 3616/6 3616/8
3624/16 3626/3
3627/10 3628/5
3635/10
**saying [17]** 3504/5
3507/21 3507/22
3509/9 3509/21 3511/3
3515/10 3515/14
3515/23 3521/9 3601/2
3601/6 3601/9 3601/23
3602/1 3602/2
**section [2]** 3603/3
3605/1
**says [15]** 3479/12
3483/12 3483/14
3489/3 3489/13
3537/23 3537/23
3538/17 3600/7
3615/21 3620/21
3625/2 3629/21 3633/1
3633/3
**scaffolding [1]** 3530/5
**scared [1]** 3549/9
**scene [1]** 3573/8
**school [2]** 3528/14
3528/16
**scope [7]** 3485/1
3564/18 3568/1
3569/10 3569/12
3632/12 3633/24
**scott [3]** 3475/14
3475/17 3477/14
**Scott Weinberg [1]**
3477/14
**scramble [1]** 3609/6
**screaming [1]** 3522/19

**screen [4]** 3583/1
**screenshot [3]**
3599/11 3629/3
3630/24
**se [2]** 3510/2 3520/3
**search [12]** 3489/1
3489/8 3489/12
3489/14 3489/17
3489/21 3608/13
3614/7 3614/8 3614/18
3616/10 3616/11
**search warrant [1]**
3616/10
**searched [2]** 3608/17
3608/20
**seat [7]** 3527/24
3533/2 3533/10
3534/14 3534/22
3553/17 3563/8
**seated [8]** 3477/5
3495/8 3553/12
3553/14 3553/15
3564/6 3564/10
3609/23
**seats [1]** 3534/15
**second [19]** 3489/13
3491/25 3492/21
3513/2 3516/21
3516/21 3521/10
3522/7 3542/9 3549/5
3549/6 3562/16
3586/19 3589/22
3592/15 3596/2 3608/8
3614/15 3615/7
**seconds [16]** 3505/3
3505/7 3507/22
3509/9 3509/21 3511/3
3515/15 3515/14
3515/23 3521/9 3601/2
3601/6 3601/9 3601/23
3602/1 3602/2
**section [2]** 3603/3
3605/1
**secure [4]** 3488/2
3488/2 3522/21
3522/24
**security [3]** 3539/15
3571/21 3574/24
**see [59]** 3488/17
3495/11 3497/22
3499/6 3502/2 3504/1
3504/4 3508/3 3508/21
3508/22 3508/24
3509/16 3510/6 3511/9
3512/6 3513/4 3514/8
3517/3 3519/4 3519/17
3519/24 3520/2 3524/6
3524/15 3525/9
3529/10 3533/20
3533/21 3533/21
3533/21 3542/18
3550/21 3552/8
3553/25 3562/25
3563/23 3566/9
3575/18 3581/9
3582/19 3591/2
3591/12 3592/25

3600/3 3600/25
3601/14 3605/6 3606/6
3606/9 3606/22 3612/7
3612/8 3612/10 3613/1
3617/4 3636/21
**seeing [5]** 3514/15
3515/2 3535/15 3601/6
3609/20
**seek [5]** 3588/19
3599/15 3614/13
3614/17 3615/9
**seeking [1]** 3478/23
**seeks [6]** 3523/22
3525/1 3526/2 3589/16
3602/11 3605/8
**seem [1]** 3566/11
**seemed [3]** 3545/5
3549/9 3552/7
**seems [13]** 3478/22
3483/6 3541/16 3545/1
3556/8 3593/16 3595/1
3613/2 3625/5 3629/17
3631/19 3633/15
3634/11
**seen [8]** 3479/22
3492/5 3535/7 3556/21
3562/12 3630/21
3630/23 3632/6
**seized [1]** 3621/2
**seizure [1]** 3605/22
**select [1]** 3631/23
**selected [1]** 3632/8
**Senate [1]** 3527/5
**send [2]** 3604/5
3605/23
**sense [4]** 3486/18
3577/1 3594/11 3617/9
**sent [6]** 3485/24
3592/10 3616/14
3619/2 3623/3 3623/8
**sentence [1]** 3548/2
**separate [2]** 3568/18
3575/23
**separated [1]** 3551/23
**sequence [5]** 3632/1
3632/2 3632/3 3632/6
3632/8
**series [2]** 3515/7
3523/3
**serious [1]** 3634/3
**serve [4]** 3496/17
3528/20 3528/25
3588/16
**served [6]** 3496/18
3497/4 3497/6 3529/1
3555/14 3555/21
**server [2]** 3599/25
3601/20
**service [5]** 3542/22
3555/14 3584/25
3590/4 3603/14
**serving [1]** 3528/23
**session [5]** 3474/7
3477/3 3564/4 3597/13
3597/15
**sessions [7]** 3590/6
3591/20 3592/5 3594/3

3610 3597/11
3601/11
**set [7]** 3487/16
3489/21 3498/20
3498/21 3526/22
3575/23 3600/22
**setting [1]** 3493/13
**setup [1]** 3619/16
**seven [2]** 3601/8
3610/7
**seven-minute [1]**
3601/8
**shared [2]** 3622/20
3624/9
**sharing [1]** 3550/12
**sharp [1]** 3556/4
**she [20]** 3485/11
3485/19 3534/1 3534/3
3614/23 3614/25
3615/4 3615/14 3616/8
3616/8 3616/9 3620/25
3621/2 3621/5 3621/6
3621/10 3623/2 3630/2
3630/6 3630/8
**She's [1]** 3630/24
**sheet [1]** 3603/15
**Sheriff's [1]** 3497/8
**Shipley [5]** 3475/2
3475/3 3477/12
3506/20 3557/20
**shirt [1]** 3516/7
**shortly [2]** 3562/25
3563/24
**should [8]** 3478/14
3484/17 3484/23
3589/3 3618/18 3627/9
3630/13 3633/10
**shoulder [2]** 3500/20
3500/21
**shouldn't [1]** 3541/9
**shouting [1]** 3492/19
**show [19]** 3493/22
3497/25 3594/5 3596/4
3597/4 3606/1 3606/23
3607/1 3611/5 3612/25
3625/11 3625/20
3629/5 3629/11
3629/18 3629/21
3630/12 3631/5
3631/23
**showed [3]** 3589/10
3592/22 3607/14
**showing [11]** 3489/1
3492/6 3590/18 3594/2
3598/22 3600/6
3607/24 3611/24
3625/17 3625/17
3629/1
**shown [2]** 3611/2
3631/5
**shows [5]** 3481/2
3481/19 3600/15
3600/17 3620/3
**shut [14]** 3508/12
3508/13 3508/15
3511/17 3511/18
3511/21 3511/23
3523/2 3523/3 3523/18

**shut... [4]** 3524/14
3525/12 3547/25
3548/4

**sic [1]** 3621/10

**side [23]** 3498/3
3499/2 3499/4 3499/7
3499/12 3499/16
3500/15 3500/15
3508/7 3514/13 3519/4
3519/5 3522/10 3523/6
3526/10 3529/2 3530/4
3534/22 3534/25
3552/16 3552/17
3552/19 3597/18

**sidebar [1]** 3549/2

**sidewalk [2]** 3576/21
3577/8

**Siekerman [1]** 3585/17

**sign [1]** 3512/21

**Signal [35]** 3488/13
3488/18 3488/20
3489/12 3489/13
3538/20 3541/10
3585/19 3615/4
3615/23 3616/3 3619/8
3619/8 3620/9 3621/4
3621/15 3622/4 3623/7
3624/9 3624/18
3624/21 3625/17
3626/3 3629/2 3629/4
3629/18 3629/23
3630/1 3630/3 3630/8
3631/13 3633/11
3633/20 3633/21
3633/21

**Signal app [3]** 3488/13
3488/18 3488/20

**silence [1]** 3541/14

**similar [7]** 3506/17
3592/19 3594/17
3605/19 3610/12
3614/21 3622/19

**simple [1]** 3614/9

**simply [14]** 3488/13
3489/3 3489/6 3490/1
3490/22 3491/7 3492/3
3571/3 3578/11
3614/17 3614/25
3617/2 3631/19 3635/2

**since [5]** 3492/5
3494/19 3500/15
3525/10 3584/12

**single [8]** 3481/6
3481/9 3514/23
3514/24 3520/24
3521/7 3527/4 3594/5

**sir [264]**

**sit [5]** 3534/10 3534/12
3534/16 3534/17
3584/21

**site [7]** 3588/20
3588/24 3589/25
3590/3 3590/6 3591/11
3606/21

**sites [1]** 3576/1

**sitting [6]** 3510/10
3533/1 3543/2 3543/5

**situation [4]** 3494/11
3501/19 3522/20
3523/16

**six [3]** 3593/22 3601/8
3601/11

**size [3]** 3483/21

**skylight [1]** 3498/2

**slide [21]** 3485/23
3486/3 3490/3 3593/20
3594/15 3594/24
3596/2 3596/4 3596/21
3596/25 3597/4
3597/23 3607/14
3614/15 3614/15
3614/16 3614/16
3615/7 3615/10
3616/15 3630/18

**Slide 3 [1]** 3490/3

**slides [1]** 3486/1

**slightly [2]** 3491/12
3609/15

**small [2]** 3516/10
3533/18

**smash [1]** 3502/16

**smashed [1]** 3524/16

**smashing [1]** 3502/20

**smile [2]** 3510/21
3585/9

**smiled [2]** 3510/21
3585/9

**smoke [4]** 3548/13
3548/19 3581/5
3581/20

**smoked [2]** 3551/1
3554/23

**SMS [5]** 3591/18
3593/6 3594/2 3594/5
3597/11

**so [248]**

**so I think [4]** 3485/11
3493/3 3545/5 3603/11

**so it's [2]** 3503/16
3504/2

**So this [1]** 3620/15

**so this has [1]** 3620/10

**so this is [6]** 3590/14
3592/19 3593/14
3605/18 3608/16
3618/25

**So this person [1]**
3606/8

**So this phone [1]**
3593/18

**So this report [1]**
3615/18

**soft [3]** 3498/8 3498/10
3498/11

**soldiers [1]** 3581/4

**some [44]** 3477/23
3479/3 3483/4 3486/4
3486/9 3487/19
3488/19 3493/9
3494/17 3497/1
3498/23 3503/2
3507/21 3507/23
3509/11 3512/2
3519/12 3525/15

**3544/1 3548/9 3549/1
3552/11 3555/17
3555/20 3559/23
3566/15 3575/14
3582/5 3583/7 3583/25
3584/5 3586/4 3593/16
3601/20 3604/1
3617/18 3618/1
3626/13 3626/14
3628/3 3634/3

**somebody [15]**
3502/20 3503/3 3503/6
3503/10 3508/17
3515/4 3532/11
3539/24 3540/15
3540/18 3545/12
3545/14 3549/5
3585/16 3637/7

**somehow [2]** 3486/12
3625/8

**someone [2]** 3606/5
3635/9

**something [20]**
3489/15 3501/18
3501/21 3530/14
3548/20 3549/8
3552/20 3553/8
3559/24 3570/17
3581/8 3592/4 3613/17
3614/20 3615/2
3618/24 3624/22
3625/18 3628/19
3630/3

**sometimes [2]** 3591/12
3600/25

**somewhere [1]** 3480/9

**song [3]** 3505/13
3505/16 3506/15

**soon [5]** 3499/11
3549/11 3550/2
3609/20 3629/12

**SoRelle [7]** 3549/25
3551/8 3556/11
3566/18 3584/2
3592/21 3634/4

**SoRelle's [4]** 3550/10
3550/25 3585/14
3595/20

**sorry [17]** 3487/9
3491/3 3494/14 3503/9
3506/20 3506/22
3516/17 3548/2 3562/8
3595/17 3595/23
3602/21 3605/7
3608/16 3610/2
3611/15 3616/15

**sort [17]** 3478/24
3481/16 3483/10
3483/12 3484/4
3486/14 3493/10
3507/8 3543/23
3561/12 3570/10
3572/6 3572/23 3612/8
3619/16 3636/24
3637/6

**SOU [1]** 3601/2

**sound [3]** 3504/3

**sounded [1]** 3504/3

**sounds [1]** 3627/3

**source [3]** 3621/12
3621/13 3621/14

**sources [1]** 3479/7

**south [4]** 3496/15
3497/5 3529/2 3594/21

**South Carolina [1]**
3497/5

**southwest [3]** 3590/25
3594/21 3598/3

**space [3]** 3519/5
3522/9 3625/22

**speaker [4]** 3538/2
3538/14 3538/16
3545/6

**speaking [2]** 3545/9
3551/7

**Special [2]** 3587/8
3588/15

**Special Agent [1]**
3587/8

**specialization [1]**
3488/16

**specialized [3]** 3484/4
3484/21 3485/20

**specific [7]** 3484/8
3492/23 3516/12
3518/22 3590/8 3620/8
3630/10

**specifically [5]** 3478/9
3479/24 3482/2
3523/16 3547/16

**specified [1]** 3623/12

**speculate [3]** 3481/23
3617/20 3618/2

**speculation [1]** 3579/7

**speech [2]** 3529/10
3575/25

**speed [1]** 3483/22

**spelled [1]** 3496/10

**spelling [3]** 3496/8
3528/8 3588/10

**spent [1]** 3483/4

**spilled [1]** 3533/9

**spin [1]** 3628/2

**split [1]** 3593/15

**spoke [1]** 3574/1

**spray [1]** 3504/17

**spreadsheet [1]**
3616/14

**squad [4]** 3498/8
3498/10 3498/11
3510/5

**squarely [2]** 3484/25
3485/4

**stack [2]** 3525/17
3526/14

**stacks [1]** 3483/10

**stage [1]** 3493/13

**stand [5]** 3527/19
3587/9 3588/3 3608/23
3628/4

**standards [1]** 3485/3

**standby [2]** 3574/3
3574/4

**standing [18]** 3492/9

**3504/5 3508/9 3508/10
3514/12 3526/1 3549/4
3555/4 3562/11 3570/1
3580/6 3580/9 3582/7
3582/12 3583/8 3583/9

**stands [3]** 3563/1
3564/1 3638/20

**start [8]** 3487/18
3493/20 3497/9 3515/9
3520/6 3526/24 3601/5
3638/18

**started [12]** 3497/10
3499/7 3499/8 3499/13
3500/19 3526/23
3580/13 3581/5 3600/2
3601/10 3606/2
3610/22

**starting [3]** 3499/12
3502/16 3512/13

**starts [1]** 3606/15

**stashed [1]** 3610/10

**state [7]** 3571/4 3571/5
3571/9 3572/12
3596/12 3596/17
3625/8

**stated [2]** 3517/21
3525/10

**statement [22]** 3520/8
3520/22 3536/21
3538/13 3539/5
3539/18 3539/19
3540/2 3540/2 3540/6
3540/6 3540/13 3542/3
3544/5 3544/5 3544/19
3545/7 3562/9 3563/10
3563/23 3636/11
3637/1

**statements [10]**
3538/19 3541/5 3542/1
3543/16 3543/24
3543/25 3563/10
3563/14 3563/17
3602/5

**states [9]** 3474/1
3474/3 3474/10 3477/7
3483/6 3484/7 3501/21
3510/23 3632/22

**stating [3]** 3496/8
3528/8 3588/10

**station [4]** 3479/12
3513/13 3552/11
3552/13

**stationed [3]** 3497/20
3497/21 3498/1

**statue [3]** 3561/19
3574/21 3574/22

**stay [1]** 3531/24

**stayed [4]** 3500/20
3559/8 3583/5 3595/1

**staying [1]** 3549/20

**stays [2]** 3595/8
3603/25

**step [7]** 3527/15
3563/4 3564/13 3587/5
3608/5 3611/5 3632/15

**steps [14]** 3493/19
3499/17 3500/4 3500/5

**S**

steps... [10] 3500/10 3500/14 3500/22 3501/1 3501/8 3501/14 3502/5 3502/23 3504/1 3582/15

Stewart [37] 3531/11 3534/7 3534/24 3534/25 3550/1 3551/8 3556/9 3556/10 3567/9 3567/12 3567/19 3568/6 3568/9 3568/11 3570/15 3570/16 3570/24 3573/15 3574/13 3576/5 3576/8 3576/21 3578/4 3579/14 3580/16 3580/18 3585/7 3586/23 3590/16 3596/2 3596/5 3596/16 3599/5 3632/22 3633/14 3634/4 3637/23

Stewart Rhodes [26] 3531/11 3534/7 3534/24 3534/25 3556/9 3556/10 3567/9 3567/12 3567/19 3568/6 3568/11 3570/15 3570/16 3573/15 3574/13 3576/5 3576/8 3578/4 3579/14 3580/16 3580/18 3586/23 3590/16 3632/22 3633/14 3634/4

Stewart Rhodes' [5] 3570/24 3585/7 3596/5 3596/16 3637/23

Stewart's [1] 3550/11

stick [1] 3569/1

still [19] 3488/24 3489/7 3511/17 3512/6 3523/8 3525/13 3525/15 3525/25 3526/12 3544/17 3554/15 3554/16 3577/7 3579/2 3582/15 3592/5 3592/7 3592/7 3637/3

stop [12] 3499/15 3500/21 3512/1 3513/19 3514/23 3518/8 3521/25 3552/11 3560/15 3579/24 3633/1 3635/10

stopped [4] 3633/12 3633/13 3633/19 3634/19

store [5] 3566/19 3566/21 3566/24 3567/6 3584/2

stored [1] 3612/24

story [1] 3638/6

straight [2] 3486/23 3594/7

stranger [1] 3637/8

**Street [6]** 3474/20 3475/11 3475/20 3571/20

stretch [1] 3485/11

strike [1] 3532/21

strong [4] 3634/15 3637/22 3637/25 3638/5

struck [2] 3532/22 3613/11

stuck [1] 3508/14

stuff [10] 3550/5 3550/6 3550/13 3550/16 3554/2 3554/25 3559/22 3582/13 3634/5 3636/19

style [1] 3556/2

SUAREZ [2] 3475/11 3475/14

subject [4] 3490/24 3493/2 3493/2 3493/6

submitted [2] 3477/23 3490/4

subscriber [1] 3606/14

substance [2] 3488/3 3626/19

substantive [4] 3634/24 3634/25 3635/3 3635/6

subtract [1] 3600/9

subtracted [2] 3600/6 3616/20

such [3] 3479/6 3483/21 3484/11

sudden [1] 3591/8

sufficient [2] 3481/20 3488/1

suggest [1] 3482/25

suggested [3] 3481/17 3622/8 3625/7

suggesting [1] 3480/18

suggestion [1] 3626/7

suggestive [1] 3480/19

suite [4] 3475/16 3475/20 3568/17 3568/20

summarized [1] 3621/3

summarizes [1] 3623/2

summary [7] 3621/9 3622/7 3622/8 3622/8 3622/10 3622/19 3624/1

sung [3] 3506/6 3506/15 3507/17

sunrise [1] 3554/12

supplemental [3] 3487/4 3487/15 3487/20

supplied [1] 3479/10

support [5] 3478/7 3539/4 3541/19 3578/21 3579/21

supported [1] 3541/11

supporting [2] 3598/21 3637/13

suppose [1] 3617/6

**T [table group]**

supposedly [2] 3570/7 3571/20

suppress [1] 3579/23

sure [13] 3520/12 3529/16 3531/5 3551/1 3552/5 3566/13 3569/16 3575/22 3609/10 3610/21 3614/12 3618/3 3618/19

surrounding [1] 3527/3

Survey [1] 3588/17

suspect [1] 3635/20

sustain [3] 3507/6 3507/12 3568/3

sustained [5] 3507/14 3568/8 3569/11 3573/21 3579/8

SWAT [1] 3501/13

switches [1] 3620/8

SWORN [3] 3496/2 3528/2 3588/3

**T**

T's [1] 3606/13

T-Mobile [4] 3590/4 3603/6 3603/9 3603/12

T-shirt [1] 3516/7

table [5] 3534/15 3534/18 3548/9 3548/18 3627/4

tabulated [1] 3623/2

tabulation [2] 3623/5 3623/6

tac [2] 3515/3 3517/22

tactical [1] 3565/19

take [13] 3478/12 3499/14 3542/18 3554/7 3562/23 3577/15 3603/24 3609/14 3611/9 3612/19 3617/7 3625/19 3631/9

taken [4] 3481/15 3520/11 3534/14 3582/14

takes [1] 3618/20

taking [3] 3590/3 3624/6 3625/21

talk [17] 3544/12 3546/18 3546/22 3553/24 3572/3 3586/15 3586/18 3601/22 3608/12 3608/22 3609/4 3609/16 3613/5 3618/11 3622/13 3626/24 3627/13

talked [8] 3483/8 3563/15 3576/5 3579/12 3583/22 3595/12 3602/7 3635/25

talking [25] 3480/1 3480/12 3492/12 3492/15 3537/15 3541/15 3544/11

**T [right group]**

3548/8 3549/4 3551/8 3551/9 3551/10 3558/11 3567/20 3570/15 3574/13 3575/13 3576/19 3578/1 3582/1 3583/18 3586/13 3629/2

talks [1] 3484/6

Tampa [1] 3625/3

tampered [2] 3559/17 3559/20

tape [3] 3542/14 3542/18

Taylor [1] 3565/3

team [4] 3501/12 3501/13 3501/23 3588/17

tear [1] 3581/20

tear gas [1] 3581/20

tech [1] 3501/14

technical [4] 3485/8 3485/21 3486/7 3601/4

tell [13] 3479/1 3488/10 3518/1 3522/17 3530/6 3546/14 3605/4 3605/22 3606/18 3628/1 3634/14 3638/5 3638/17

telling [6] 3570/4 3572/4 3573/3 3575/4 3575/8 3638/10

ten [3] 3479/16 3480/22 3609/9

ten firearms [1] 3479/16

tend [1] 3559/10

tense [1] 3554/17

tenuous [1] 3482/18

terminates [1] 3600/18

terminating [3] 3600/17 3600/22 3606/1

terms [15] 3479/5 3482/15 3485/19 3486/5 3489/21 3493/13 3563/13 3612/4 3614/13 3615/25 3624/17 3627/8 3636/25 3637/16 3637/21

testified [9] 3490/23 3491/4 3491/16 3570/14 3575/15 3584/4 3588/3 3619/23 3637/12

testify [10] 3478/4 3483/10 3484/4 3484/12 3488/4 3488/12 3488/20 3541/12 3615/9 3629/25

testifying [5] 3478/11 3484/15 3484/19 3490/21 3491/2

testimony [69] 3479/9 3479/11 3481/19

**T [rightmost]**

3482/11 3483/3 3483/18 3484/2 3484/5 3484/22 3485/4 3485/13 3485/18 3485/24 3486/5 3486/13 3486/24 3486/24 3487/3 3487/8 3488/3 3488/15 3489/7 3490/10 3490/20 3490/21 3491/7 3491/15 3491/22 3491/25 3492/23 3493/4 3493/9 3494/1 3494/15 3494/17 3494/25 3507/1 3527/15 3540/22 3541/8 3541/9 3542/2 3556/8 3563/6 3569/19 3575/13 3578/8 3587/5 3589/10 3589/13 3595/12 3598/21 3602/8 3603/11 3608/5 3614/21 3615/11 3617/20 3618/8 3619/5 3621/9 3622/8 3622/10 3633/20 3633/25 3635/14

Texarkana [1] 3593/25

Texas [11] 3544/22 3591/1 3591/9 3593/25 3594/8 3594/13 3595/4 3595/9 3595/13 3595/20 3596/6

text [8] 3554/1 3615/20 3622/2 3622/3 3629/8 3629/10 3629/17 3629/23

TextMe [13] 3489/13 3489/14 3489/17 3619/4 3619/5 3619/17 3619/19 3619/21 3620/3 3620/4 3620/8 3620/11 3621/20

texts [2] 3590/5 3629/20

than [8] 3515/4 3586/23 3599/1 3609/16 3615/11 3615/17 3616/9 3626/2

thank [33] 3495/4 3495/15 3495/18 3509/7 3527/14 3527/17 3527/22 3527/25 3542/7 3555/14 3557/17 3558/25 3559/12 3562/25 3564/6 3584/19 3584/24 3584/24 3585/3 3587/4 3587/7 3587/12 3587/14 3587/16 3602/4 3605/11 3606/24 3608/1 3608/4 3608/6 3609/18 3618/23 3638/17

thank you [25] 3495/4 3495/15 3495/18

thank you... [22]
3509/7 3527/14
3527/17 3527/22
3542/7 3555/14
3557/17 3558/25
3559/12 3584/24
3584/24 3587/4 3587/7
3587/12 3587/14
3587/16 3602/4
3605/11 3606/24
3608/1 3608/4 3618/23
Thanks [1] 3635/16
that [678]
that thought [1]
3518/21
that'll [1] 3606/2
that's [88] 3478/6
3478/15 3480/12
3481/14 3482/7
3482/11 3486/13
3488/14 3489/15
3491/10 3491/21
3491/24 3492/19
3492/20 3494/1
3500/13 3500/16
3504/8 3505/10
3506/17 3507/11
3509/24 3514/20
3516/6 3532/23
3534/16 3538/8
3538/10 3542/3 3544/7
3544/18 3544/19
3545/11 3546/7 3549/6
3555/24 3559/18
3562/14 3563/20
3568/8 3568/25 3570/7
3570/9 3571/18 3573/3
3574/3 3575/11 3576/2
3576/12 3577/12
3577/13 3578/25
3579/1 3581/3 3592/12
3594/13 3600/7
3600/16 3600/19
3600/24 3605/25
3606/12 3610/5
3610/25 3612/23
3613/4 3616/8 3616/21
3618/4 3618/7 3618/17
3619/25 3621/13
3621/14 3621/14
3622/20 3623/5
3624/19 3624/22
3624/22 3626/2 3630/3
3630/17 3633/2 3634/6
3634/21 3635/5
3635/12
their [18] 3483/10
3501/14 3501/14
3515/1 3535/22
3536/19 3550/13
3556/21 3573/1 3592/4
3600/8 3604/1 3604/6
3606/6 3621/5 3633/9
3634/18 3636/5
them [53] 3480/20
3486/4 3490/1 3492/6
3501/3 3501/5 3501/11

3502/24 3503/5
3511/19 3511/23
3512/18 3513/22
3525/12 3535/10
3537/16 3539/25
3546/15 3546/24
3546/25 3547/17
3548/8 3551/23 3552/8
3559/7 3560/12
3560/15 3561/20
3561/23 3562/12
3565/21 3567/12
3574/11 3576/19
3578/1 3600/18
3606/20 3608/22
3611/5 3612/5 3612/14
3613/16 3613/19
3625/12 3626/25
3627/25 3628/3
3629/11 3631/6 3632/3
3637/10
themselves [8]
3488/24 3544/11
3569/20 3613/8
3613/18 3615/5
3615/21 3625/11
then [116] 3477/23
3479/7 3479/14
3479/20 3479/21
3480/3 3481/4 3481/8
3481/11 3484/3 3484/6
3489/4 3490/14
3491/19 3493/23
3493/24 3494/5
3494/24 3494/25
3497/5 3497/15
3499/10 3499/13
3500/24 3501/4 3501/4
3501/24 3504/16
3505/3 3506/15
3507/21 3507/23
3515/7 3523/2 3533/13
3538/13 3539/21
3540/22 3544/21
3546/14 3548/19
3551/9 3551/21
3551/22 3551/24
3551/25 3554/24
3561/2 3566/2 3566/18
3566/21 3582/17
3589/25 3590/8 3590/9
3591/1 3591/8 3591/16
3591/18 3591/20
3591/21 3592/25
3593/25 3594/12
3595/2 3595/3 3595/8
3595/9 3597/17
3597/17 3597/21
3598/3 3598/4 3600/19
3601/3 3601/16
3601/19 3601/22
3605/23 3605/24
3606/4 3606/12
3606/17 3606/17
3611/19 3612/1 3612/7
3612/12 3613/11
3613/18 3614/9 3615/3

3622/3 3623/19
3624/11 3624/20
3625/10 3626/5
3626/19 3627/13
3627/22 3628/19
3629/13 3630/6 3633/4
3633/12 3634/2
3634/19 3635/5
3635/10 3635/11
3636/22 3637/18
theory [1] 3624/5
there [167]
there's [48] 3481/19
3489/22 3490/16
3492/10 3506/18
3506/18 3506/23
3506/23 3510/15
3519/5 3521/4 3523/2
3525/25 3538/9
3538/24 3539/1 3540/9
3540/13 3541/8
3541/17 3541/23
3544/1 3545/3 3545/15
3563/19 3581/8 3594/4
3605/21 3606/19
3611/19 3611/24
3613/16 3615/23
3616/9 3616/11 3618/3
3619/5 3620/12
3623/24 3625/3 3626/7
3629/20 3633/4
3633/18 3633/22
3634/3 3635/2 3638/4
thereby [1] 3484/1
therefore [1] 3618/1
these [52] 3477/18
3480/5 3490/24 3492/4
3492/6 3492/7 3506/14
3507/2 3517/21
3519/22 3520/6 3523/1
3525/12 3525/16
3535/8 3535/19
3535/23 3536/1 3536/4
3543/20 3556/18
3556/25 3579/4 3593/6
3595/25 3596/7
3597/10 3597/11
3599/25 3601/11
3602/6 3603/6 3603/9
3603/18 3604/13
3604/24 3605/5 3609/4
3609/8 3609/11
3612/24 3615/25
3617/12 3617/15
3620/16 3621/17
3623/10 3623/11
3625/10 3633/11
3635/3 3635/10
they [137] 3479/15
3481/13 3483/12
3486/10 3489/11
3489/16 3489/17
3489/18 3498/24
3499/3 3500/25
3501/13 3501/17
3502/22 3502/22
3503/15 3506/16

3517/23 3518/1 3520/9
3525/13 3532/11
3535/5 3536/16
3536/19 3536/21
3537/2 3537/6 3537/9
3537/10 3537/11
3537/12 3537/12
3537/14 3540/10
3540/12 3540/23
3541/2 3543/8 3543/9
3543/10 3543/22
3544/11 3544/12
3544/16 3544/23
3545/2 3545/21
3545/21 3545/24
3545/24 3545/25
3545/25 3546/3 3546/6
3546/7 3546/8 3546/8
3546/9 3546/15
3546/18 3546/22
3547/12 3547/13
3547/15 3547/15
3547/16 3547/17
3548/15 3548/15
3548/21 3549/8
3550/11 3551/10
3552/7 3553/23 3554/8
3557/5 3557/8 3557/10
3560/12 3561/12
3565/13 3565/18
3565/19 3568/18
3588/18 3578/24
3581/4 3582/14
3582/19 3582/19
3592/6 3592/7 3600/17
3604/4 3604/10
3604/10 3605/19
3605/23 3605/23
3606/8 3606/10
3607/23 3608/22
3611/11 3612/14
3613/15 3613/22
3615/5 3617/2 3617/16
3620/7 3628/1 3628/1
3628/16 3628/16
3628/18 3629/3 3629/3
3629/6 3629/6 3629/10
3629/10 3629/20
3631/21 3631/22
3631/22 3632/1
3633/13 3634/14
3634/18 3635/10
3635/10 3637/8
they'd [1] 3579/5
they'll [1] 3605/22
they're [21] 3503/3
3503/15 3506/14
3506/16 3514/21
3537/11 3537/21
3543/21 3544/9 3570/2
3573/8 3612/13
3612/13 3613/1
3613/15 3628/24
3631/22 3634/23
3638/12 3638/13
3638/14
they've [4] 3501/18

3629/2
thing [7] 3504/7 3516/5
3517/11 3520/3
3566/12 3596/10
3635/4
things [8] 3478/22
3541/21 3544/17
3550/17 3561/10
3609/17 3632/12
3635/4
think [107] 3479/13
3481/19 3482/1
3482/11 3482/20
3483/8 3485/3 3485/11
3486/1 3486/8 3486/13
3487/7 3487/8 3487/13
3488/5 3488/10
3488/11 3488/14
3488/16 3488/18
3493/3 3493/5 3493/11
3494/17 3494/18
3494/24 3501/16
3501/20 3506/2 3506/7
3507/11 3514/18
3518/25 3538/1
3538/11 3538/24
3540/15 3540/17
3541/17 3541/20
3542/2 3543/15
3543/23 3544/3 3544/6
3545/3 3545/5 3545/8
3545/11 3545/15
3551/21 3553/4
3559/21 3560/18
3560/21 3563/10
3563/12 3563/14
3563/15 3563/22
3571/8 3573/25
3585/10 3589/5
3603/11 3611/11
3611/14 3612/6 3612/9
3612/10 3613/9
3613/14 3615/13
3617/8 3617/11
3617/12 3617/23
3621/24 3622/11
3625/5 3625/16 3626/1
3626/8 3626/16
3626/19 3627/11
3628/18 3628/22
3628/24 3629/12
3631/21 3631/24
3632/5 3632/9 3632/11
3632/19 3633/1 3633/7
3633/10 3633/15
3634/1 3634/15 3635/8
3635/8 3636/6 3637/3
3637/6
thinking [6] 3501/20
3503/15 3505/18
3506/4 3512/16
3613/12
thinks [1] 3537/20
third [1] 3614/16
this [248]
those [60] 3485/3
3486/6 3489/22

**T**

those... [57] 3489/24
3493/1 3493/6 3494/12
3494/15 3498/23
3499/7 3500/22
3501/14 3502/3 3502/5
3502/18 3514/18
3522/21 3522/24
3523/3 3541/5 3547/23
3550/22 3551/25
3563/14 3572/5
3575/9 3576/1
3576/18 3580/25
3583/5 3590/7 3592/5
3594/4 3594/5 3601/16
3601/22 3605/25
3606/23 3610/16
3611/4 3613/21
3615/22 3615/24
3622/3 3622/9 3623/13
3623/19 3624/12
3626/1 3626/15 3627/4
3635/18 3635/20
3635/25 3636/4 3636/5
3636/12 3636/14
3636/17 3638/9
**though** [5] 3478/13
3604/4 3614/10
3619/17 3621/25
**thought** [10] 3501/17
3501/20 3518/21
3540/12 3559/24
3569/24 3570/11
3595/23 3613/10
3631/1
**thoughts** [1] 3577/12
**thousand** [1] 3610/12
**thousands** [2] 3539/12
3599/13
**threat** [3] 3514/21
3515/3 3517/24
**three** [8] 3486/1
3497/13 3497/16
3552/10 3552/10
3610/9 3610/15
3610/15
**through** [48] 3479/6
3479/7 3479/7 3480/23
3489/9 3489/10 3491/3
3491/16 3491/17
3493/18 3493/21
3494/10 3494/15
3499/12 3499/16
3506/16 3514/25
3517/25 3520/6
3520/18 3521/1 3532/3
3532/16 3554/1
3572/24 3589/25
3595/2 3595/15 3598/4
3599/24 3609/10
3612/20 3612/21
3613/22 3614/10
3614/13 3621/23
3622/17 3622/20
3624/10 3627/13
3634/10 3634/12
3634/22 3634/24
3634/25 3635/5 3637/1

**through-put** [5] 3621/25
3536/12 3584/11
3614/7 3614/21
**throw** [2] 3504/17
3552/7
**thrown** [2] 3581/20
3636/24
**thrust** [1] 3569/18
**Thursday** [3] 3487/21
3487/23 3487/24
**thus** [1] 3485/1
**tie** [2] 3611/7 3630/7
**tied** [2] 3577/12
3577/13
**till** [1] 3584/12
**time** [65] 3479/13
3483/4 3487/20 3488/1
3488/14 3490/12
3491/1 3492/10
3498/18 3501/12
3503/21 3504/8
3513/12 3513/24
3517/9 3525/24
3526/17 3527/15
3533/23 3534/14
3551/16 3551/18
3554/10 3556/20
3566/10 3566/15
3568/13 3568/16
3573/11 3577/5
3580/17 3582/9
3582/14 3583/6
3583/20 3587/5 3590/7
3590/20 3593/8
3595/11 3597/14
3600/3 3600/5 3600/6
3600/9 3600/14
3600/14 3603/11
3605/19 3605/22
3605/22 3605/23
3606/15 3608/5
3615/24 3616/7 3623/8
3624/10 3628/5 3632/2
3632/3 3632/6 3636/9
3636/13 3636/22
**timed** [1] 3631/25
**timeline** [1] 3581/24
**timely** [1] 3487/10
**times** [11] 3491/20
3493/22 3515/16
3525/12 3551/25
3552/4 3566/14
3573/14 3597/14
3615/14 3620/8
**timestamp** [3] 3514/6
3514/6 3516/25
**timing** [2] 3487/14
3488/8
**tired** [1] 3554/15
**titled** [2] 3616/16
3639/4
**titles** [1] 3600/4
**today** [8] 3490/11
3584/21 3589/14
3609/15 3623/21
3626/22 3627/2 3628/1
**together** [6] 3500/21
3530/25 3558/14

3636/12
**told** [10] 3480/8
3532/17 3532/19
3546/15 3559/6
3561/20 3572/1 3581/6
3627/21 3629/11
**tomorrow** [2] 3635/23
3636/6
**too** [6] 3494/20 3503/1
3538/5 3568/8 3602/21
3611/9
**took** [8] 3503/7
3520/25 3521/6 3533/5
3550/14 3554/9
3559/13 3605/23
**top** [10] 3489/3
3501/14 3514/5
3516/25 3582/14
3602/5 3602/20
3615/20 3620/19
3623/8
**topic** [4] 3583/17
3599/3 3602/10
3604/21
**topics** [1] 3484/9
**totality** [4] 3601/5
3613/24 3614/2 3615/7
**touch** [1] 3515/16
**touched** [1] 3491/20
**touching** [2] 3515/15
3516/13
**touchscreen** [1]
3500/6
**toward** [5] 3549/19
3549/20 3576/22
3581/4 3581/5
**towards** [9] 3500/14
3576/22 3580/13
3582/1 3593/25 3595/4
3597/18 3597/19
3598/23
**towels** [1] 3533/12
**tower** [8] 3590/9
3590/14 3590/18
3590/19 3594/17
3600/10 3600/11
3600/12
**towers** [1] 3607/18
**town** [3] 3550/2
3608/20 3609/6
**traditionally** [1] 3600/8
**trained** [2] 3501/18
3510/9
**training** [7] 3483/11
3485/6 3489/23
3497/12 3497/14
3497/15 3497/17
**tranche** [1] 3541/23
**transactions** [2]
3486/21 3486/22
**transcript** [3] 3474/9
3575/12 3639/3
**translate** [2] 3486/14
3486/20
**translation** [1] 3486/23
**translator** [2] 3486/12
3486/14

3631/21
**transport** [1] 3541/3
**transportation** [1]
3547/20
**travel** [3] 3558/14
3594/4 3594/5
**traveled** [2] 3478/8
3479/4
**traveling** [1] 3593/3
3598/23
**travels** [5] 3527/16
3587/6 3593/4 3598/3
3599/1
**trial** [15] 3474/9
3478/12 3483/9
3487/19 3489/15
3491/15 3506/2 3565/4
3572/25 3609/10
3609/10 3614/7
3614/21 3619/14
3636/14
**tried** [5] 3484/14
3499/10 3502/12
3502/18 3519/3
**tries** [1] 3595/4
**trip** [4] 3531/8 3534/4
3534/6 3534/8
**Troy** [2] 3474/16
3477/11
**truck** [2] 3479/16
3479/17
**Trump** [5] 3567/15
3567/17 3574/24
3575/5 3575/10
**Trump's** [1] 3529/10
**trunk** [3] 3552/20
3553/3 3554/25
**trust** [4] 3627/18
3627/24 3628/16
3628/21
**trustworthiness** [1]
3637/14
**truth** [4] 3571/3
3578/10 3578/14
3578/14
**try** [5] 3500/21 3510/23
3514/24 3533/13
3638/11
**trying** [36] 3499/14
3508/17 3509/3 3509/4
3510/23 3511/17
3511/19 3511/20
3511/23 3512/17
3513/18 3513/19
3513/21 3517/11
3517/24 3519/21
3520/24 3523/8
3523/15 3523/18
3524/14 3524/17
3525/13 3526/12
3530/6 3552/7 3561/15
3575/18 3579/10
3579/23 3582/20
3583/14 3631/7
3631/22 3632/2
3638/16
**TS** [1] 3615/12

**tucked** [1] 3524/15
**turn** [4] 3478/19
3502/11 3549/9
3590/11
**turned** [2] 3530/17
3551/22
**turns** [1] 3591/12
**twice** [1] 3584/17
**two** [49] 3477/22
3478/21 3478/24
3479/7 3479/7 3481/13
3481/22 3489/8 3491/4
3491/8 3492/9 3493/1
3493/2 3493/6 3497/4
3523/5 3533/18 3535/6
3535/8 3535/10
3535/19 3536/1
3537/16 3538/18
3551/23 3583/5
3584/21 3593/15
3595/25 3601/16
3602/2 3605/25
3608/19 3609/5
3610/10 3610/17
3611/25 3619/7 3620/6
3621/18 3623/14
3623/24 3624/23
3624/24 3635/19
3635/24 3636/1 3637/8
3637/11
**two evidentiary** [1]
3477/22
**two numbers** [1]
3621/18
**two sources** [1]
3479/7
**two witnesses** [1]
3608/19
**twofold** [1] 3625/16
**type** [5] 3497/12
3542/23 3550/16
3592/19 3617/19
**types** [1] 3613/1
**typical** [1] 3609/18
**typing** [1] 3554/2
**Tysons** [1] 3532/1
**Tysons Corner** [1]
3532/1

**U**

**U.S** [2] 3474/16 3527/1
**U.S.** [4] 3497/6 3497/9
3497/17 3526/24
**U.S. Capitol** [4] 3497/6
3497/9 3497/17
3526/24
**Ubered** [2] 3574/20
3574/21
**ultimately** [4] 3482/7
3485/7 3594/22 3598/4
**unaware** [1] 3509/1
**under** [20] 3484/2
3484/5 3484/11
3484/12 3486/25
3495/17 3503/15
3504/1 3516/5 3516/7
3527/21 3559/19
3559/21 3563/15

3669

# U

**under... [6]** 3576/3
3578/21 3587/11
3611/3 3611/8 3615/14
**underlying [3]** 3617/9
3624/2 3624/5
**understand [20]**
3486/16 3503/3
3541/23 3543/19
3543/20 3569/13
3571/16 3572/11
3572/15 3574/5 3574/8
3577/17 3606/16
3611/2 3618/15 3629/9
3629/15 3631/4
3634/16 3638/13
**understanding [20]**
3484/10 3485/6 3485/7
3485/22 3568/6 3569/7
3570/5 3570/12 3572/6
3572/7 3572/23 3573/1
3574/23 3575/1 3575/5
3578/13 3579/1
3579/15 3615/11
3616/24
**understood [7]**
3567/22 3570/16
3573/4 3574/12 3575/9
3578/19 3627/15
**unduly [8]** 3482/21
3493/5 3494/18 3612/6
3612/10 3612/13
3617/21 3632/11
**unemployed [1]**
3586/21
**unfamiliarity [1]**
3637/10
**unfortunately [3]**
3501/24 3510/13
3613/13
**unholstering [1]**
3503/19
**uniform [1]** 3498/13
**unique [9]** 3494/25
3603/24 3604/10
3606/12 3614/24
3614/25 3615/1 3616/4
3619/17
**unit [3]** 3498/11 3510/5
3510/6
**UNITED [8]** 3474/1
3474/3 3474/10 3477/7
3483/6 3484/7 3501/21
3510/23
**United States [4]**
3483/6 3484/7 3501/21
3510/23
**units [1]** 3527/2
**universal [1]** 3600/8
**unlawfully [1]** 3482/15
**unprepared [1]** 3626/5
**unrelated [2]** 3539/12
3631/10
**unsent [1]** 3554/1
**until [5]** 3583/21
3591/17 3591/21
3592/8 3605/23
**untimely [1]** 3487/11
**up [88]** 3479/13
3479/17 3480/19
3488/17 3493/7 3497/5
3497/17 3498/20
3498/21 3500/21
3501/1 3501/4 3501/8
3501/23 3501/24
3502/13 3502/23
3504/6 3504/18
3508/19 3508/20
3509/5 3510/11
3510/14 3513/2
3513/23 3515/22
3518/17 3519/23
3522/8 3523/11
3524/19 3525/21
3526/22 3526/24
3528/23 3532/13
3533/13 3533/13
3534/13 3537/21
3542/9 3544/22 3547/1
3550/13 3550/16
3550/24 3551/21
3551/22 3552/15
3552/19 3554/15
3566/14 3570/18
3574/6 3575/23 3579/5
3579/21 3586/18
3589/12 3591/1 3592/8
3592/15 3594/13
3594/22 3595/9
3597/13 3597/19
3598/17 3599/7
3601/25 3602/13
3603/1 3604/22
3606/19 3613/20
3614/3 3614/11
3619/21 3625/21
3626/2 3627/20 3628/4
3629/12 3630/16
3632/16 3634/6
3637/15
**update [7]** 3489/4
3615/21 3615/22
3615/24 3618/5 3619/4
3620/22
**updates [2]** 3616/7
3616/16
**updating [1]** 3616/3
**upon [19]** 3481/18
3482/24 3483/10
3484/13 3485/5 3485/6
3485/12 3485/13
3485/20 3541/25
3563/20 3567/24
3567/25 3576/11
3576/15 3578/20
3589/3 3626/14 3633/8
**upright [3]** 3494/3
3510/3 3510/15
**us [12]** 3499/14
3500/25 3501/12
3503/5 3508/15
3508/17 3508/18
3510/24 3559/10
3582/24 3604/5
3613/22
**usage [1]** 3605/1
**usdoj.gov [1]** 3474/19
3474/20
**use [17]** 3536/3
3559/10 3569/8 3570/6
3570/20 3571/10
3572/15 3572/17
3576/15 3591/8
3603/13 3603/24
3620/9 3625/20
3628/24 3631/7
3634/14
**used [20]** 3508/20
3535/15 3571/24
3579/4 3579/21 3590/7
3590/15 3590/20
3592/20 3594/17
3594/18 3597/6
3597/15 3601/4
3606/21 3619/7
3621/18 3629/22
3630/19 3633/11
**user [13]** 3591/24
3592/1 3592/4 3592/7
3592/9 3592/9 3593/5
3596/8 3597/12
3601/19 3603/13
3606/13 3619/9
**user-driven [4]**
3591/24 3592/1 3593/5
3596/8
**username [3]** 3630/14
3631/11 3631/14
**uses [2]** 3597/16
3620/8
**using [16]** 3541/3
3548/7 3554/5 3554/6
3577/2 3592/8 3603/16
3625/18 3630/14
3631/11 3633/1
3633/12 3633/13
3633/19 3634/18
3634/19
**usual [2]** 3609/16
3609/18
**uttered [1]** 3578/12

# V

**Vallejo [37]** 3475/19
3477/9 3477/16 3537/7
3537/18 3537/23
3538/2 3538/4 3538/6
3538/9 3538/10
3538/12 3541/9
3541/14 3541/24
3544/14 3544/22
3545/9 3558/6 3563/13
3563/21 3571/14
3571/19 3598/22
3623/16 3629/4 3629/5
3629/11 3629/18
3629/21 3629/21
3630/2 3630/18 3631/6
3631/12 3633/3
3637/17
**Vallejo's [12]** 3540/6
3540/20 3596/22
**usage [1]** 3605/1
**usdoj.gov [1]** 3474/19
3474/20
**value [2]** 3482/22
3634/16
**vantage [1]** 3491/12
**Various [1]** 3550/17
**vast [4]** 3500/24
3513/21 3520/23
3521/1
**vehicle [4]** 3530/22
3532/11 3549/24
3552/16
**vehicles [2]** 3549/4
3552/15
**verbal [1]** 3553/23
**verdict [2]** 3636/15
3636/17
**Verizon [3]** 3599/11
3599/13 3600/16
**versus [4]** 3477/7
3503/17 3503/17
3624/24
**very [12]** 3486/7
3490/24 3494/23
3498/4 3502/2 3503/25
3562/25 3589/24
3608/4 3609/19 3620/7
3637/5
**vest [3]** 3498/13
3516/5 3520/3
**vests [1]** 3565/20
**Veterans [1]** 3567/17
**vetted [3]** 3556/5
3556/7 3557/5
**video [37]** 3479/22
3481/19 3493/22
3493/22 3493/24
3505/6 3507/25
3509/14 3509/16
3511/6 3511/9 3512/4
3512/24 3513/10
3514/8 3515/12
3515/21 3515/24
3516/19 3516/22
3517/16 3518/6 3518/9
3519/14 3521/13
3521/23 3522/12
3541/25 3567/10
3567/12 3567/14
3568/13 3568/16
3568/22 3568/24
3573/9 3573/12
**videoing [1]** 3568/18
**videos [7]** 3479/8
3479/10 3492/4 3492/7
3494/12 3494/15
3522/17
**videotapes [1]** 3480/23
**view [7]** 3486/19
3487/25 3488/1
3567/23 3576/6
3626/21 3638/6
**Virginia [5]** 3559/8
3559/12 3559/13
3567/4 3569/5
**vision [1]** 3518/17
**visually [2]** 3504/4
3517/19
**voice [12]** 3591/16
3591/17 3592/9
3592/10 3593/6 3594/2
3594/5 3597/11
3603/16 3605/1 3605/1
3606/18
**VoLTE [1]** 3599/11
**volume [1]** 3626/8
**voluminous [2]** 3539/1
3611/23
**vs [3]** 3474/5 3483/6
3484/7

# W

**wait [1]** 3546/15
**waiting [1]** 3546/1
**walk [4]** 3520/18
3532/3 3532/16
3599/24
**walking [7]** 3574/1
3576/21 3577/1 3577/7
3577/16 3582/1
3582/20
**want [14]** 3498/19
3506/3 3545/3 3563/9
3596/10 3603/17
3610/3 3622/15 3625/9
3626/12 3627/10
3628/6 3634/14
3634/25
**wanted [22]** 3477/21
3519/1 3528/20
3528/22 3529/16
3544/17 3548/13
3549/11 3560/23
3562/13 3571/1 3579/1
3582/24 3583/1
3610/21 3613/9
3629/10 3632/20
3633/16 3636/8
3636/18 3636/19
**wanting [2]** 3583/22
3624/25
**wants [2]** 3492/6
3634/13
**warrant [11]** 3489/2
3489/9 3489/12
3489/14 3489/17
3489/21 3614/7 3614/8
3614/18 3616/10
3617/10
**was [365]**
**Washington [17]**
3474/5 3474/17
3475/21 3483/1 3529/9
3529/18 3529/20
3530/23 3531/8 3532/6
3547/21 3560/9 3567/5
3583/6 3590/23
3592/24 3597/7
**wasn't [12]** 3502/25
3513/21 3521/6 3553/6
3576/23 3581/16
3581/16 3583/2
3597/10 3607/24

**wasn't...** [2] 3612/20 3616/13

**watch** [1] 3529/24

**watching** [3] 3575/24 3576/1 3582/13

**water** [1] 3541/3

**waterways** [1] 3548/8

**way** [29] 3479/12 3480/19 3490/6 3503/5 3510/16 3513/16 3513/17 3532/18 3533/6 3546/13 3549/22 3557/5 3559/6 3562/5 3571/6 3578/14 3579/12 3580/13 3581/25 3582/3 3584/5 3599/1 3601/20 3613/17 3617/2 3628/4 3629/5 3630/1 3630/16

**ways** [1] 3548/6

**we** [250]

**We believe** [1] 3539/1

**we will** [2] 3562/24 3628/12

**we'd** [5] 3504/19 3513/24 3599/15 3606/9 3609/10

**we'll** [19] 3488/22 3490/12 3511/3 3511/8 3512/1 3536/3 3563/23 3577/15 3588/23 3589/25 3596/21 3604/4 3606/6 3609/17 3609/19 3615/17 3628/17 3636/21 3638/18

**we're** [17] 3488/11 3491/15 3491/17 3493/18 3493/20 3493/21 3493/22 3505/8 3519/11 3519/21 3521/20 3523/4 3525/25 3565/14 3571/18 3574/4 3608/13

**we've** [9] 3537/21 3538/3 3579/12 3630/21 3630/23 3635/25 3635/25 3636/3 3636/21

**weapon** [10] 3482/15 3482/18 3482/19 3503/20 3570/6 3570/6 3612/8 3612/11 3612/11 3638/4

**weapons** [15] 3501/15 3504/4 3504/6 3504/11 3504/16 3515/1 3522/9 3540/10 3541/25 3569/21 3571/20 3576/15 3577/2 3612/5 3612/7

**wearing** [3] 3515/4 3516/2 3517/22

**Web** [1] 3597/13

**website** [1] 3556/21

**wedge** [1] 3523/5

**Wednesday** [1] 3504/11

**week** [2] 3487/22 3487/24

**weekend** [10] 3477/20 3477/24 3482/4 3483/4 3490/4 3495/11 3529/3 3613/7 3616/14 3616/15

**weeks** [5] 3487/18 3487/18 3493/15 3494/19 3546/15

**weigh** [1] 3617/5

**weight** [1] 3531/6

**WEINBERG** [4] 3475/11 3475/14 3475/15 3477/14

**welcome** [6] 3495/10 3527/24 3587/13 3625/2 3625/2 3625/3

**well** [43] 3478/10 3478/19 3479/19 3481/21 3485/21 3493/15 3499/2 3504/10 3507/1 3513/12 3513/22 3523/3 3537/14 3538/3 3538/5 3538/17 3539/24 3540/12 3555/13 3556/8 3559/19 3569/2 3569/23 3570/9 3571/14 3572/11 3575/14 3577/15 3586/18 3597/17 3604/11 3610/12 3610/15 3617/6 3617/18 3621/23 3624/2 3626/20 3626/24 3633/17 3635/24 3636/21 3637/19

**went** [39] 3479/14 3496/15 3500/16 3503/23 3504/7 3533/2 3548/14 3548/16 3548/18 3548/19 3550/4 3550/10 3551/21 3551/22 3551/24 3553/8 3555/2 3555/23 3556/5 3561/3 3561/5 3566/2 3566/5 3566/16 3566/18 3566/22 3566/25 3567/6 3572/24 3574/15 3574/18 3577/17 3580/24 3582/17 3583/15 3583/18 3605/24 3622/20 3636/11

**were** [230]

**weren't** [6] 3536/22 3551/5 3554/9 3559/6 3567/4 3609/10

**west** [1] 3597/18

**western** [1] 3597/18

**wet** [2] 3533/3 3533/8

**what** [272]

**what's** [18] 3487/6

3516/25 3525/8 3530/10 3538/13 3538/22 3539/17 3569/23 3570/12 3581/10 3591/10 3597/9 3605/4 3622/4 3627/21 3633/6

**whatever** [1] 3578/21

**whatnot** [1] 3548/1

**whatsoever** [1] 3538/20

**when** [85] 3479/4 3482/18 3483/9 3483/19 3484/13 3490/9 3491/11 3497/9 3499/8 3499/18 3500/18 3500/19 3501/10 3501/16 3501/22 3502/7 3502/8 3502/12 3504/6 3505/18 3506/15 3511/16 3512/13 3513/12 3513/17 3514/18 3518/25 3528/16 3531/22 3531/24 3532/24 3533/1 3533/2 3533/8 3533/19 3533/24 3537/14 3539/11 3539/14 3541/20 3544/4 3544/16 3548/20 3548/21 3551/12 3553/4 3553/10 3553/21 3554/21 3555/3 3555/5 3559/3 3565/24 3566/21 3567/2 3571/23 3574/4 3577/16 3577/18 3581/12 3581/14 3581/17 3581/18 3582/7 3582/10 3582/11 3583/20 3586/3 3591/23 3592/1 3594/7 3596/7 3601/5 3601/10 3605/23 3610/3 3611/6 3616/3 3616/14 3619/11 3624/19 3630/6 3630/14 3631/24 3632/1

**where** [58] 3479/14 3492/19 3493/24 3496/12 3496/14 3497/20 3497/25 3499/11 3499/13 3500/3 3500/8 3500/13 3500/16 3501/2 3501/23 3502/1 3505/11 3514/10 3518/14 3524/7 3526/9 3528/12 3528/25 3529/22 3530/2 3530/5 3530/5 3530/7 3534/16 3545/21 3545/24 3549/19 3553/12 3553/18

3568/18 3570/11 3571/1 3573/8 3573/14 3575/24 3583/8 3583/9 3590/19 3595/6 3600/10 3603/12 3606/2 3607/22 3612/7 3617/8 3625/2 3631/11 3631/21 3636/21

**whether** [19] 3479/5 3479/25 3480/4 3482/2 3483/9 3483/22 3520/12 3538/6 3540/4 3541/13 3545/9 3572/17 3581/13 3582/2 3582/5 3597/12 3604/16 3626/13 3634/2

**which** [53] 3479/8 3480/19 3481/16 3482/6 3482/12 3484/7 3486/13 3487/24 3487/25 3489/12 3497/14 3500/5 3502/18 3504/18 3511/1 3516/5 3516/16 3537/15 3541/6 3543/21 3549/15 3551/12 3556/21 3566/11 3568/19 3570/24 3570/25 3579/2 3594/11 3600/10 3614/19 3614/20 3615/1 3615/4 3615/12 3616/4 3616/6 3616/16 3617/24 3619/4 3621/3 3622/2 3623/20 3625/24 3626/14 3629/4 3629/21 3631/5 3631/23 3634/14 3635/4 3636/16 3637/11

**while** [12] 3487/1 3501/5 3513/20 3521/6 3525/25 3569/9 3573/24 3576/1 3576/25 3592/5 3613/15 3613/20

**Whip** [20] 3530/9 3531/2 3531/3 3531/9 3532/10 3533/22 3551/9 3556/15 3566/6 3566/15 3570/2 3570/3 3580/7 3580/9 3580/20 3580/24 3582/4 3582/22 3583/4 3637/24

**Whip's** [2] 3549/16 3585/12

**Whippet** [1] 3479/20

**whiskey** [1] 3533/4

**white** [4] 3512/21 3535/20 3550/20 3597/20

**White House** [1] 3597/20

**who** [43] 3478/2

3491/20 3508/9 3530/8 3531/1 3532/9 3532/9 3532/10 3533/19 3534/17 3534/19 3534/23 3534/25 3535/5 3535/20 3536/6 3537/17 3540/15 3549/17 3551/7 3551/15 3552/21 3553/10 3557/7 3569/19 3574/4 3580/6 3583/15 3583/15 3583/17 3600/21 3600/25 3606/2 3608/19 3608/20 3608/21 3634/23 3637/7 3637/7 3637/8 3637/9

**who's** [2] 3491/23 3600/15

**whoever** [4] 3538/2 3562/12 3562/13 3582/15

**whole** [4] 3498/22 3559/23 3568/25 3583/20

**whom** [3] 3479/25 3634/8 3635/5

**whose** [3] 3554/5 3554/19 3583/11

**why** [37] 3478/19 3480/7 3500/1 3500/12 3502/24 3503/13 3504/8 3510/4 3510/21 3511/20 3519/7 3523/7 3528/19 3529/12 3529/13 3536/11 3549/22 3552/5 3559/18 3562/8 3563/9 3570/25 3570/25 3585/9 3585/24 3585/25 3600/7 3619/25 3620/6 3625/9 3625/10 3625/24 3626/24 3633/19 3633/21 3634/17

**WiFi** [2] 3603/14 3603/16

**Wilco** [1] 3633/3

**will** [37] 3482/23 3485/6 3485/18 3485/19 3486/6 3487/1 3494/2 3513/25 3520/14 3523/25 3526/5 3540/22 3562/24 3571/8 3603/12 3606/18 3609/15 3612/25 3613/24 3617/24 3620/25 3620/25 3623/21 3626/22 3627/1 3627/5 3628/11 3628/12 3628/12 3628/16 3628/17 3630/2 3630/6 3633/7 3634/8 3635/20 3636/5

**W**

**William [5]** 3475/2
3475/3 3477/12 3639/2
3639/8
**William Shipley [1]**
3477/12
**Williams [2]** 3483/6
3483/8
**willing [1]** 3571/20
**Wilson [1]** 3484/7
**windows [1]** 3521/5
**wireless [4]** 3602/25
3603/9 3603/13
3603/14
**within [3]** 3485/1
3485/19 3488/19
**without [10]** 3484/8
3486/9 3489/2 3489/6
3538/15 3543/25
3617/19 3626/11
3627/12 3632/3
**witness [30]** 3476/2
3483/16 3484/11
3484/18 3485/12
3485/13 3488/7 3490/6
3495/17 3496/2
3506/25 3509/19
3509/20 3511/12
3517/7 3521/17
3527/21 3528/2
3539/16 3544/7 3544/8
3587/11 3588/2
3628/25 3634/8
3634/12 3634/14
3635/3 3635/5 3637/7
**witness' [1]** 3484/1
**witness's [2]** 3571/9
3635/14
**witnesses [13]** 3476/4
3608/19 3609/1 3609/5
3609/6 3609/9 3609/11
3619/24 3627/23
3635/19 3635/19
3635/24 3636/6
**women [1]** 3582/18
**won't [1]** 3623/20
**word [1]** 3559/10
**words [5]** 3483/21
3486/21 3578/12
3617/10 3626/4
**work [4]** 3525/11
3526/21 3542/25
3589/25
**worked [2]** 3557/10
3636/12
**working [4]** 3497/18
3520/24 3548/15
3579/5
**works [1]** 3603/9
**World [1]** 3546/14
**world's [1]** 3581/22
**worried [3]** 3494/20
3529/14 3529/16
**would [121]** 3477/24
3478/2 3478/6 3481/23
3482/20 3482/21
3486/2 3487/18
3488/24 3489/7

3489/22 3489/23
3490/7 3490/17
3490/21 3490/22
3491/2 3491/2 3491/5
3491/6 3492/1 3493/11
3493/11 3494/6 3494/6
3494/8 3494/11 3499/3
3501/21 3502/21
3502/22 3502/23
3503/5 3503/7 3503/10
3504/5 3506/3 3510/16
3510/23 3511/23
3513/17 3516/10
3525/14 3525/14
3538/19 3539/21
3545/6 3545/8 3546/13
3547/13 3547/13
3552/2 3560/6 3560/10
3560/19 3560/19
3570/20 3571/7
3578/21 3604/8
3608/11 3611/1 3611/5
3611/9 3611/10
3611/12 3613/7
3613/19 3614/4 3614/6
3614/9 3614/13
3614/16 3614/17
3614/24 3614/25
3615/3 3615/4 3615/8
3615/9 3615/13
3615/15 3616/5 3616/8
3616/9 3616/12
3616/22 3617/4 3617/6
3617/11 3617/20
3617/25 3617/25
3618/2 3618/6 3618/8
3618/24 3621/8
3621/24 3624/3 3624/7
3624/16 3625/6 3625/9
3625/15 3626/10
3626/13 3627/3
3629/12 3630/12
3631/6 3631/9 3632/19
3632/21 3633/10
3633/18 3633/24
3634/9 3634/9 3635/19
3637/21
**wouldn't [5]** 3520/8
3548/16 3578/24
3616/8 3625/10
**wrong [1]** 3488/11

**Y**

**y'all [2]** 3565/14
3575/12
**yeah [15]** 3516/18
3534/3 3562/10
3565/16 3570/24
3574/14 3576/2
3577/15 3581/15
3582/12 3582/24
3584/17 3604/3 3604/3
3612/18
**year [2]** 3528/14
3528/20
**years [4]** 3496/18
3497/4 3497/6 3528/21
**yelling [3]** 3498/17

**yells [1]** 3491/24
**yes [212]**
**yet [1]** 3582/15
**you [659]**
**you know [2]** 3540/18
3549/7
**You'd [2]** 3558/11
3560/8
**you'll [5]** 3488/10
3600/25 3612/25
3628/20 3635/22
**you're [18]** 3492/12
3492/15 3499/3
3510/10 3524/11
3526/14 3543/2
3555/17 3556/24
3577/16 3579/11
3581/25 3587/16
3612/18 3626/2 3626/5
3627/10 3638/10
**you've [10]** 3500/6
3536/3 3540/24 3572/1
3578/9 3595/12 3602/7
3617/12 3617/24
3625/7
**Young [1]** 3632/25
**your [136]** 3477/4
3478/2 3478/14
3488/23 3490/7
3490/16 3490/18
3491/5 3491/14 3492/3
3492/14 3493/17
3494/8 3495/3 3495/15
3495/16 3496/8 3497/1
3499/21 3503/7 3503/8
3503/11 3503/19
3505/20 3506/1
3509/24 3510/7
3513/13 3513/17
3515/16 3516/2
3518/17 3527/10
3527/11 3527/12
3527/13 3527/15
3527/17 3527/20
3528/8 3528/23
3530/10 3531/18
3531/19 3532/16
3532/18 3534/10
3537/25 3542/7
3543/12 3543/14
3547/4 3548/24 3550/6
3554/14 3555/8
3555/14 3555/23
3556/8 3557/6 3557/19
3558/7 3558/12
3558/18 3559/3
3559/13 3561/1 3562/9
3562/18 3563/6
3564/15 3565/24
3565/25 3568/6 3569/7
3569/12 3569/18
3570/8 3570/11
3570/12 3571/8 3572/6
3572/19 3573/4
3574/23 3575/4
3577/14 3579/10
3584/4 3584/25 3585/3

3587/5 3587/5 3587/7
3587/10 3587/15
3588/10 3588/19
3589/1 3589/10
3589/13 3591/4
3595/12 3598/17
3599/15 3602/19
3603/24 3607/7 3608/3
3608/5 3608/14
3608/24 3609/3
3609/19 3610/1 3610/2
3613/23 3615/11
3617/4 3617/14
3618/23 3619/6 3623/9
3623/12 3625/1
3625/24 3627/15
3627/17 3629/16
3632/14 3635/18
3636/3 3637/21
**Your Honor [50]**
3477/4 3478/2 3488/23
3490/7 3490/18 3491/5
3491/14 3492/3
3492/14 3493/17
3494/8 3495/3 3495/15
3505/20 3506/1
3527/10 3527/12
3527/13 3527/17
3537/25 3542/7
3543/12 3543/14
3547/4 3555/8 3569/12
3569/18 3570/8 3571/8
3579/10 3585/3 3587/7
3588/19 3599/15
3607/7 3608/3 3608/24
3609/3 3610/1 3617/4
3617/14 3618/23
3625/1 3627/15
3627/17 3629/16
3632/14 3635/18
3636/3 3637/21
**Your Honor's [3]**
3608/14 3610/2
3613/23
**yours [1]** 3589/3
**yourself [21]** 3496/7
3508/3 3508/5 3509/16
3509/18 3511/9
3511/11 3512/6 3512/9
3513/4 3514/8 3517/3
3517/5 3518/9 3519/17
3522/3 3528/7 3574/4
3574/12 3588/9 3630/3

**Z**

**Zaremba [2]** 3639/2
3639/8
**zero [1]** 3505/2
**zoom [4]** 3598/7
3602/19 3603/2
3605/14