IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )       CR No. 22-15
                                   )       Washington, D.C.
          vs.                      )       January 11, 2023
                                   )       9:30 a.m.
ROBERTO A. MINUTA, ET AL.,         )
                                   )       Day 18
          Defendants.              )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                            Jeffrey S. Nestler
                            Alexandra Hughes
                            Louis Manzo
                            Troy Edwards
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277
                            Email:
                            Kathryn.Rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov

4166

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

3979

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  Court is in session;

3    the Honorable Amit P. Mehta presiding.

4          THE COURT:  Good morning.  Please be seated,

5    everyone.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7          This is Criminal Case No. 22-15, United States of

8    America versus Defendant No. 6, Roberto A. Minuta;

9    Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;

10   and Defendant 11, Edward Vallejo.

11         Kathryn Rakoczy, Jeffrey Nestler,

12   Alexandra Hughes, Troy Edwards, and Louis Manzo for

13   the government.

14         William Shipley for Defendant Minuta.

15         Angela Halim for Defendant Hackett.

16         Scott Weinberg for Defendant Moerschel.

17         And Matthew Peed for Defendant Vallejo.

18         All four named defendants are present in the

19   courtroom for these proceedings.

20         THE COURT:  All right.  Good morning, everyone.

21   I hope everybody is well.

22         Okay.  So we are not proceeding with evidence

23   today.  Mr. Shipley, thank you for notifying us last night

24   of the possibility, and so we've got an off-day.  We'll talk

25   about where we go from here at the end of our discussion

1    this morning.  But at least let's take the morning to talk

2    about a few loose ends, including jury instructions and the

3    verdict form.

4          But before we get there, there was the outstanding

5    issue of cross-examination of your character witnesses.  And

6    I had asked the parties to refer to a couple cases that I

7    sent you all the other -- I think yesterday.

8          MS. HALIM:  Yeah.  If I could, Your Honor,

9    I just -- to eliminate what doesn't need to be done, I can

10   tell you that tomorrow morning, I'll be prepared to rest on

11   Mr. Hackett's behalf with no defense case --

12         THE COURT:  Okay.

13         MS. HALIM:  -- so long as my exhibits are in that

14   I had raised at the end of yesterday.

15         THE COURT:  Okay.

16         MS. HALIM:  So I just wanted to let you know that,

17   to the extent that's helpful.

18         MR. PEED:  This may affect Mr. Vallejo, so if the

19   Court wanted to make a ruling.  I looked at the cases but

20   didn't do more than that.  But it sounds like if the Court

21   is prepared to give some guidance on it, then I would

22   appreciate it as well.

23         THE COURT:  I mean, I don't know.  Do you have a

24   different view -- the cases seem to suggest that whether

25   it's opinion -- at least my recollection is that the rule at

1    one point didn't make a distinction between opinion and

2    reputation evidence; it was just character evidence.

3              And so, you know, this *Lewis* case I cited from

4    1973, which interprets the old rule fairly clearly, says

5    that -- this is at 482 F.2d at 638 -- that a witness'

6    acquaintance with the accused community reputation may be

7    disbelieved if he has not heard specific events or specific

8    events or specific, you know -- specific events or instances

9    that are inconsistent with the trait.

10             So I read this case and then this *Coumaris*,

11   C-o-u-m-a-r-i-s, 399 F.3d 343, is more recent from 2005.

12   And it cites back to the *Lewis* decision.  So at least as of

13   2005, the Circuit thought *Lewis* was still good case law.

14             All right.  So I guess if we're on the subject,

15   so, Ms. Halim, you intend to rest.

16             Mr. Weinberg, what's your plan?

17             MR. WEINBERG:  Judge, I think we are going to rest

18   tomorrow as well.  I'm not officially 100 percent sure on

19   that yet, but it's most likely.  But I will let anybody

20   know if we change our mind or if -- when our mind is

21   made exactly.

22             THE COURT:  And can I just inquire whether that

23   depends upon Mr. Moerschel's decision whether to testify

24   or not?

25             MR. WEINBERG:  Yes, it does.

1          THE COURT:  Okay.  All right.  Fair enough.

2          So, you know, the government is on notice that

3    Mr. Moerschel may testify tomorrow.

4          And then, Mr. Peed, where does that leave --

5          MR. SHIPLEY:  I just want to make the record clear

6    just so everybody knows.

7          THE COURT:  Sure.

8          MR. SHIPLEY:  I had not advised my co-counsel that

9    my tactic might be shifting.  Kind of happened late, lots of

10   conversations with my client.

11         So to the extent that they're caught a little bit

12   by surprise in making their own decisions, that's my fault.

13   Not that I -- I wasn't going to tell them.  I always kept

14   that close while my client and I discussed about it.

15         But the late notice for my client is a product of

16   my decision-making.

17         THE COURT:  Okay.  I appreciate that, Mr. Shipley.

18   It's a complicated question, and I understand why there may

19   have been a lot of back-and-forth about it; I understand

20   that.  I don't -- no problem from my end.

21         MR. EDWARDS:  And we wanted to ask for

22   clarification.  So does that mean Mr. Minuta will be

23   resting?  I just wanted to clarify.  I saw that he wouldn't

24   be opening or calling Mr. Minuta, but I wanted to understand

25   whether Mr. Minuta would be resting tomorrow as well.

1            MR. SHIPLEY:  My intention right now is that

2     we will rest unless I have some epiphany that I can explain

3     to the Court why I would change my mind.  Mr. Minuta will

4     not be testifying.  I don't have a character witness in mind

5     or anything like that.  I will not be calling Mr. Jackson,

6     so that will not happen.

7            So I don't right now anticipate any more evidence,

8     and my plan at 9:20 this morning is that we will rest in

9     front of the jury.

10            THE COURT:  Okay.

11            All right.  So, Mr. Peed, where does that leave us

12     with Mr. Vallejo's defense case?

13            MR. PEED:  There are a couple documents that I

14     would want to present probably through an agent, unless

15     there doesn't -- unless we want to do kind of a standup and

16     get them all in.

17            I have a witness that will take probably ten

18     minutes to authenticate some photographs.

19            And then a couple witnesses at this -- you know,

20     I'm likely to call but I'm still trying to make that final

21     determination.  So I have some evidence that I definitely

22     want to present in terms of the photographs and the

23     documents.

24            There are -- the witnesses in the motion I gave to

25     the Court this morning, those are the ones that are -- two

```
1   are in Arizona, and I'm speaking with them about travel.
2   So I would need a little bit of time to get them here.
3           And then there's one in North Carolina that
4   I think I would call and that I think he could be here.
5   He asked if he came, for it to be on Friday, as did the
6   new -- the ten-minute witness about the photographs.
7           THE COURT:  So the ten-minute witness can be
8   here tomorrow?
9           MR. PEED:  She's in New York.  I texted her this
10  morning to ask if that was a possibility to come down
11  for tomorrow.
12          THE COURT:  Is this something that we even need
13  testimony for, I mean, if it's just to authenticate
14  photographs?
15          MR. PEED:  I could discuss that with
16  the government.
17          You know, I think -- I'd like to have her say
18  where the photographs were taken, and I don't think that's
19  in evidence.  So these are photographs that I showed in my
20  opening of Mr. Vallejo's kitchen setup, the one that he
21  brought to January 6th.  But the photographs are from the
22  last time he set it up with the same bins and the same
23  trailer and everything.
24          So that person can be here Thursday or Friday, she
25  had requested Friday because of her work schedule.
```

1          THE COURT:  What are these photographs of, a prior

2  instance when he set something up a -- at what?

3          MR. PEED:  If I could show the Court, it's the

4  photographs of the same bins that he brought to January 6th,

5  the same trailer he brought to January 6th, the same --

6          THE COURT:  I remember them from the opening, but

7  I'm not sure I have many more context than that.

8          MR. PEED:  So, Mr. Vallejo, the evidence is

9  showing he believed he was coming to a campground.  He

10  brought a ton of food because he believed he was setting up

11  a camp kitchen.

12          And he had experience setting up camp kitchens

13  with these same bins, trailer, tent, tent posts.  He brought

14  all the same stuff.  And so I just want to show his setup

15  from when he set up the camp kitchen.

16          THE COURT:  Which was when?

17          MR. PEED:  August of 2020.

18          THE COURT:  Okay.

19          And in what context?

20          MR. PEED:  That was the context of a three-day

21  festival at a campground.  And he basically had the same

22  idea, that he was coming to a camp background to set up the

23  same kind of kitchen.  People would be coming and going.  He

24  would be feeding them.  He'd be like a camp cook, which was

25  his role at the festival.

1          THE COURT:  Okay.

2     Okay.

3     Mr. Edwards.

4          MR. EDWARDS:  If Mr. Peed's intention is to have

5     the photos comes an as example of what Mr. Vallejo has used

6     those bins for in the past so then it followed that that's

7     what he was doing for January 6th, he'd have to have more

8     than that, right?  That's propensity evidence.  This is a

9     previous event, I believe, in August and photographs of what

10    he was doing with those bins.

11          Unless that witness is prepared to come in and say

12    they have direct evidence that, you know, he was with

13    Mr. Vallejo -- I actually don't know who the witness is.

14    But if -- these are two separate events.  And Mr. Vallejo or

15    another witness would have to come in and say that's what he

16    did with these photographs -- or that's what he did with

17    these bins.  So August is irrelevant, you know, without any

18    connection up.

19          And it's the first we've heard for the agent.  I'm

20    happy to ask Mr. Peed and try to figure out who that agent

21    is and whether or not that's something we can do tomorrow.

22          It would be the government's intention to make

23    sure that we can have the jury tomorrow, so that way we can

24    move forward.  So if that's something we can work with

25    Mr. Peed, we're happy to do it.

1          THE COURT:  Okay.  It would be -- propensity,

2    would be intent, motive, plan.

3          And the evidence is being circled back to the 6th

4    because we have got -- the government has put in the

5    evidence that Mr. Vallejo brought 30 days of food.  And

6    I believe that -- and Mr. Vallejo talked -- Mr. Vallejo

7    talked about having 30 days of food.

8          The message will come in that he had cleaned out

9    his kitchen to bring it, through the Signal chats.

10          And if Mr. -- if one of the witnesses identified

11    comes, he would talk about the bins having food, personally.

12    So it would all be tied together.

13          But even the record right now, Mr. Vallejo brought

14    30 days of food and believed he was going to a campground.

15    And so I think it's to show his intent was to cook and be a

16    camp cook at that campground.  It's admissible to show that

17    all the materials that he brought were the materials that he

18    uses when he does camp kitchens at campgrounds.

19          MR. EDWARDS:  That's propensity, right?

20          Mr. Vallejo in August doing something with the

21    bins is not evidence of his motive or intent to do something

22    with those bins in January 2021.

23          And if it is to the extent it's 404(b), we

24    certainly didn't get any notice of the extent to which he'd

25    be connecting up his prior uses of these bins in previous

```
 1    events that are not in D.C., are on the other coast.
 2              THE COURT:  I don't know that it's 404(b), in the
 3    sense that 404(b) covers --
 4              MR. EDWARDS:  Other acts.
 5              THE COURT:  Is it just other acts?  I always
 6    thought it was prior bad acts.
 7              MR. EDWARDS:  I think it's other acts.
 8              MR. PEED:  Other acts.
 9              THE COURT:  Other acts.
10              404(b) speaks in terms of evidence of other
11    crime, wrong, or act is not admissible to prove a
12    person's character.
13              You know, usually we talk about criminal
14    disposition.  I'm not sure that's what this is exactly we're
15    talking about.
16              We are talking about what the permitted use is of
17    404(b) evidence, which is under (b)(2):  "The evidence may
18    be admissible for another purpose, such as proving motive,
19    opportunity, intent, preparation, plan, knowledge,"
20    et cetera.
21              And then (C) talks about notice in a criminal
22    case.  And then it says, "In a criminal case, the prosecutor
23    must provide reasonable notice articulated in the notice
24    permitted purpose and do so in writing before trial."
25              There's no reciprocal notice requirement, at least
```

1    not in Rule 404.

2              MR. EDWARDS:  I'm sorry.  I don't have it in front

3    of me.  Is there separate prongs under (b)(2)?

4              I just -- I remember like (b)(2)(A).  And I could

5    just be wholly wrong here, I just thought that there was a

6    clarification that the notice would be required, but

7    I apologize.  I don't have it in front of me.

8              Okay.  Sorry about that, Your Honor.

9              THE COURT:  Yeah, no, there's no defense notice

10   requirement.

11             MR. EDWARDS:  Okay.

12             I think we'd still stick with our objection that

13   this is -- it's irrelevant.

14             What Mr. Vallejo is doing in August with these

15   bins in a different city in a different political event

16   that's not focused on --

17             THE COURT:  I don't even think it's a political

18   event.

19             MR. EDWARDS:  A different event.

20             MR. PEED:  It's sort of a libertarian festival, so

21   it's not strictly political but it has a libertarian element

22   to it.  So there's music but there's also libertarian

23   speeches.

24             THE COURT:  But more importantly or as

25   importantly, you said you've got a witness who will testify

1    that he actually knows and saw what was in the bins, at

2    least that's what I thought you had said.

3              MR. PEED:  Potentially, Your Honor.

4              THE COURT:  Let's set the photographs aside.

5    Mr. Peed, I need to have a firm understanding from you as to

6    what you intend to do, that is, actually intend to do with

7    witness testimony.

8              You've identified some civilian witnesses that you

9    intend to call.  Where are we with getting those people to

10   Washington, D.C.?

11             MR. PEED:  We're looking at our itineraries from

12   Arizona.

13             THE COURT:  I'm sorry?

14             MR. PEED:  We're looking at our itineraries from

15   Arizona today is where we are.

16             So I just -- I talked to them yesterday, talked

17   about how things are moving forward more quickly, and

18   they're looking at itineraries.

19             THE COURT:  I don't understand what that means.

20             MR. PEED:  That means I don't have --

21             THE COURT:  They can look at itineraries all they

22   want.  I need to know when they're going to be here --

23             MR. PEED:  So they're --

24             THE COURT:  -- so I can figure out when we can

25   continue this trial if you're going to present a defense

```
 1   case.

 2            MR. PEED:  So they could be here as soon as the

 3   airplane can get them here.

 4            THE COURT:  Well, that could be this afternoon now

 5   that the FAA is allowing domestic flights to take off.

 6            MR. PEED:  So, you know, I think -- my request

 7   would be since they were anticipating, from what we all

 8   understood the trial schedule to be, that it would be next

 9   week, that it would be Friday that they could get here and,

10   you know, sleep, and then if I could get them on.

11            THE COURT:  You think you can finish your case in

12   a half a day?

13            MR. PEED:  Yes.

14            THE COURT:  With each of the -- if all four of

15   those witnesses show up, you think you can get it done in a

16   half-day?

17            MR. PEED:  The only witness that would take any

18   time is the North Carolina witness.  I think all the others

19   would be very brief.

20            MR. NESTLER:  So that we're all talking -- is that

21   Mr. Zimmerman?

22            MR. PEED:  Yes.

23            MR. NESTLER:  Okay.

24            THE COURT:  Okay.

25            MR. NESTLER:  And Mr. Peed sent us last night an
```

```
 1    annotated version of Mr. Zimmerman's transcript from the
 2    first trial of the portions that he would want to introduce.
 3    We haven't gotten back to him yet.  We were doing it this
 4    morning.  But we would be amenable to having the transcript
 5    read in lieu of live testimony, as long as it's the full
 6    transcript, for Mr. Zimmerman because it's not related to
 7    January 6th, it's prologue.
 8              Mr. Zimmerman was not in the D.C. area on
 9    January 6th.  He talks about prior QRFs --
10              THE COURT:  No, no, I remember that.
11              MR. NESTLER:  -- and stuff.
12              THE COURT:  But he's -- again, he's not the person
13    with the medical issue?
14              MR. PEED:  Correct.
15              THE COURT:  Okay.
16              MR. NESTLER:  And just to make it clear, so
17    Mr. Cummings has the medical issue --
18              THE COURT:  Right.
19              MR. NESTLER:  -- in Portland, Oregon.  We are not
20    amenable to his transcript because he was actually in D.C.
21    on the 6th so --
22              THE COURT:  Right.
23              MR. NESTLER:  -- his testimony and our cross of
24    him would be different.
25              Mr. Zimmerman, I think those facts are all sort of
```

1    set in stone.

2            Mr. Cummings would have things to offer with

3    respect to Mr. Moerschel and Mr. Hackett that are -- we

4    would ask different questions of Mr. Cummings, which is why

5    we would insist on having live testimony even if it's

6    remote.

7            THE COURT:  So, like, what's the -- I mean, other

8    than the parties agreeing to Mr. Zimmerman's testimony being

9    read into the record, what's the evidentiary basis to do

10   that?  I mean, prior sworn testimony only comes in if the

11   person is unavailable.

12           This isn't just about me, it's about the jury and

13   their ability to actually evaluate testimony.

14           MR. PEED:  I think the unavailability issue is --

15   the party -- I was asked by Mr. Zimmerman that he started a

16   new job and is afraid he would lose it, and he asked if it

17   was possible to proceed by transcript.  I told him as a --

18   you know, a witness relationship issue.  So before I made

19   him come up here and risk his job, I would ask the

20   government if they were amenable to the transcript.

21           THE COURT:  Okay.

22           MR. PEED:  That's where we are.

23           THE COURT:  All right.  Well, I can tell you

24   I'm not amenable to the transcript.  I don't think there's a

25   basis to simply just read in the testimony just because the

1    parties have agreed to it.  I think the jury has a right to

2    have live testimony heard and evaluate that person's

3    testimony.

4              Okay.  So what you're telling me is that you can

5    get everybody here Friday that you wish to call?

6              MR. PEED:  I'll do my best, Your Honor.  That's --

7    my request would be next week because that's what I told

8    them initially but -- and I guess, actually my request would

9    be, I can do the New York and probably the North Carolina

10   and the agent on Friday with much less difficulty than

11   getting the Arizona people here.  And the Arizona people

12   are, I would say, less likely, you know, after we -- then

13   those that I can put on Friday who are local, relatively

14   speaking, on the east coast.

15             So if we could have a day on Friday and get those

16   done, then I think we would be prepared to have -- I don't

17   know how long the government's rebuttal case would be, but

18   I think we would be prepared by 11:00 a.m., I would be done

19   on Tuesday.

20             THE COURT:  So you'll have one or two witnesses

21   from Arizona?

22             MR. PEED:  One character and one fact witness.

23   I think both would be very short.

24             THE COURT:  And has the government been given

25   notice of who those folks are?

1          MR. PEED:  Yes, Your Honor, they're in the initial

2    list.

3          MR. EDWARDS:  We have a witness list that's longer

4    than that number, so we don't know the specific individual

5    that Mr. Peed is --

6          MR. SHIPLEY:  Well, we had a really long witness

7    list, and we got notice the night before of who the witness

8    is.

9          MR. EDWARDS:  Specifically -- no.

10         MR. PEED:  The only witness that I'm contemplating

11   that is not on anyone's list was the photograph

12   authenticator.  Everyone else was on the initial list.

13         THE COURT:  Okay.

14         Well, I don't want to call the jury in here for an

15   hour.  So unless there is some risk that any of the defense

16   counsel that have told me they are prepared to rest

17   tomorrow, that could change by Friday, I would just as well

18   assume do all of that on Friday and have you put on the

19   agent, your person from New York and --

20         MR. PEED:  Zimmerman.

21         THE COURT:  And Zimmerman.

22         And then we can bring the Arizona folks in on

23   Tuesday.  And if that's the extent of your case and what

24   would the government's thinking be right now in terms of

25   redirect -- I mean, a rebuttal since it would just be

```
 1   Mr. Vallejo?

 2           MR. NESTLER:  We need to know who these witnesses

 3   are from Arizona so --

 4           THE COURT:  Right.  Understood.

 5           MR. PEED:  The character witness will be Trevor

 6   Osgood, and the fact witness will be Kelly Carter.

 7           THE COURT:  All right.  So that would mean the

 8   government rebuttal Tuesday, and I assume it would be short,

 9   certainly not -- I can't imagine it would be more than the

10   day.

11           MR. EDWARDS:  No, Your Honor, I think that's right

12   where we are.

13           The only reason I'm hesitating is to figure out

14   Thursday or Friday.  It would be -- I understand we don't

15   want to waste the jury's time.  We can talk with Mr. Peed.

16   I don't know which agent he is talking about, if that is

17   able to fill some time tomorrow.

18           The reason I'm asking that is, it would be -- it

19   would provide a little more certainty as to who has rested

20   and what the government needs to start preparing to do

21   between now and --

22           THE COURT:  So, Mr. Peed, who is the agent you

23   want to have recalled?

24           MR. PEED:  I was -- it's just about getting in

25   some documents, so I was just thinking Agent Palian,
```

1    somebody who knows at a high level, you know, and can

2    authenticate a few text messages, a few videos that, you

3    know, are familiar to everyone involved in the

4    investigation.

5                 THE COURT:  Okay.

6                 All right.  Well, if it doesn't require anybody

7    with any -- if Agent Palian, I assume, will be available or

8    any agent, Agent Harris, Agent --

9                 MR. PEED:  Agent Hilgeman will probably do,

10    Agent Palian.

11                 MR. EDWARDS:  We were happy to take a look at the

12    records, I don't know what these records are, and figure

13    that out with Mr. Peed.

14                 THE COURT:  Okay.

15                 MR. EDWARDS:  But if that's something we can do

16    tomorrow.  The reason I say that is, I think we're all aware

17    minds could change between now and Friday, and it would be

18    difficult to try and figure out who has rested and what

19    cases do we need to start preparing -- what witnesses we

20    need to start preparing for.  Because if we don't -- if we

21    go dark Friday, we hear tomorrow that some witnesses weren't

22    available for Mr. Peed, we'd be dark from now to Tuesday.

23                 THE COURT:  Well -- but I thought Mr. Peed --

24    Mr. Peed is going to present his witnesses on Friday or at

25    least three of them.

1          MR. EDWARDS:  Right.

2          I thought that was a little speculative as to

3    whether or not Mr. Zimmerman could make it, whether the

4    New York agent could make it.  If we could bring the jury

5    tomorrow, we at least have some certainty that whatever this

6    agent testimony would be -- I guess I just mean to say to

7    try to use as much time efficiently as possible in case --

8    if they're not available for Friday, then that means we'd be

9    dark from now until Tuesday and I just --

10         THE COURT:  Well, they have to be available Friday

11   because, I mean, I can't continue to let the jury sit.  I'll

12   give Mr. Peed a little bit of flexibility, given that is --

13   you know, it's probably crept up on him that his fellow

14   counsel are resting in terms of his time estimates, but

15   I'm not going to go beyond that.

16         I mean, I need you to put on evidence on Friday.

17         MR. PEED:  Understood.

18         THE COURT:  All right.  So let's do this.  Why

19   don't we -- we can come back tomorrow, I'll let the jurors

20   know that they won't be here very long, it will be a very

21   short day, and then the expectation is that it will be most

22   of the morning Friday, and that they should have the case

23   early next week or mid next week.

24         MR. EDWARDS:  We could sit all day Friday.

25   I don't know the Court's schedule, of course, on the

 1  afternoon but if that's needed.

 2          MS. HALIM:  I have a status conference for another

 3  trial coming up in front of Judge Cobb on Friday afternoon.

 4          MR. SHIPLEY:  I have packed my Fridays with other

 5  cases in the afternoon.

 6          THE COURT:  Okay.

 7          I mean, you know, this was on the -- as long as we

 8  let them know, I think they'll be okay.  I just want to --

 9  it's important to give them information as opposed to

10  springing things on them so they can plan accordingly and

11  set expectations.

12          MR. WEINBERG:  Your Honor, Mr. Moerschel might

13  testify tomorrow.  Could you give me a deadline before you

14  tell the jurors that it will be a short day?  Will that

15  be -- maybe like 3:00 or 4:00 today?  Would that be okay?

16          THE COURT:  If you think that's a reasonable

17  amount of time in which you can let us know.

18          MR. WEINBERG:  I think that's fair.  4:00.

19          THE COURT:  Sure.

20          That would be great.  Yeah, if you would let

21  us know.

22          MR. WEINBERG:  And then the jurors can still plan

23  their day, whether it's going to be long or short.

24          THE COURT:  Sure, that's fine.

25          MR. WEINBERG:  Appreciate it.

1           THE COURT:  Sure.  Not a problem.

2           We really don't need to tell -- we told them this

3    morning or last light that we would get back to them this

4    afternoon about tomorrow.  So I don't think they're

5    expecting to hear from us this morning.

6           So if you want to take until 4:00 and just let us

7    know, that's fine.

8           Okay.  So it looks like the schedule will be set

9    tomorrow; and if Mr. Moerschel testifies, the government

10   should be -- is on notice that he may testify tomorrow and

11   actually will have notice before the end of the business day

12   whether, in fact, he will testify.

13          If he does testify, then, obviously, the day will

14   be longer.  We'll have Mr. Peed, at a minimum, call the

15   agent tomorrow.  We'll hear Mr. Shipley, Ms. Halim rest.

16          If it's a short day, it's a short day; and we'll

17   come back Friday with the witnesses that Mr. Peed's

18   identified, who he thinks he can get here, including

19   Mr. Zimmerman, with the expectation on Tuesday that the

20   Arizona witnesses will go on in the morning.  And then any

21   rebuttal case will happen Tuesday.

22          After that, depending on timing, what I would

23   propose is to read instructions Tuesday afternoon.  I think

24   that's probably feasible.  And then begin with closings on

25   Wednesday.  And we can talk about timing of all that, but

1   I think that's the schedule we all ought to strive for.

2          MR. EDWARDS:  Yes, Your Honor.

3          MR. PEED:  Your Honor, I have an evidentiary issue

4   to raise because I'd like to get in something through the

5   agent that came up yesterday.  So we've sort of talked about

6   the January 7th podcast.

7          The government is -- Mr. Vallejo in realtime was

8   sending messages.  He sent a message to Ms. Hancock,

9   Donna Hancock, saying that "People have taken the Capitol."

10         And then shortly thereafter, he's trying to figure

11  out who's breaking the windows and whether it's Antifa

12  or not.

13         You know, I understand why they're doing it.  A

14  big part of the government's case is that he's saying the

15  people took it; so he's either dissembling or something

16  about Antifa, but he's supporting the people.

17         On the podcast, Mr. Vallejo used the same language

18  in a context that I think reveals some idiosyncrasies in how

19  he's using the word "taken the Capitol" or "took the

20  Capitol."  I can show Your Honor what I'm talking about.

21         THE COURT:  Well, let me pause before you play it.

22         My main concern yesterday was with something

23  different.  And that was whether what you are seeking to

24  present was, one, hearsay because it was sort of a

25  self-exculpatory, out-of-court statement; but, two, that it

1  was going to create rule-of-completeness issues.

2          So if you want to present something about that

3  podcast, you know, some of the completeness issues that we

4  discussed yesterday are going to be at issue as well.

5          MR. PEED:  That's fine, Your Honor.

6          So I understand that.  I don't know if you want --

7  I assume the government will still object.  I don't know if

8  the Court is just saying I can put in any part of the

9  podcast as long as the government can put in any part they

10 want to.

11         MR. EDWARDS:  Yes, the government would continue

12 to object to the January 7th podcast coming in as

13 Mr. Vallejo's hearsay.

14         MR. PEED:  So there's a passage that I'm not using

15 for the truth but to show basically how Mr. Vallejo is using

16 the language quote that the government then puts in, you

17 know, when he uses that same language in other contexts.

18         THE COURT:  What's the portion you want to play?

19         MR. PEED:  So I have the transcript.  I think

20 it's easier.

21         So this question, Your Honor.

22         So it begins with -- this is the key language --

23 "The people took the Capitol," same thing language that he

24 sent to Ms. Hancock, "surrounded the Capitol building, but

25 weren't going to go in, weren't going to do anything.  They

 1    were just there to make sure those inside knew they were

 2    surrounded by all these people and that wanted them to do

 3    the right thing."

 4            And then he goes on to discuss the video that the

 5    jury saw yesterday titled, "We Are Not Antifa."

 6            So what -- what I want to show is not for the

 7    truth of what he's saying; but when Mr. Vallejo says, "The

 8    people took the Capitol," he literally says what he means,

 9    is surrounded the Capitol Building, not that they were going

10    to go in.

11            And so what he's doing in realtime is thinking,

12    and this is throughout the evidence already came in, that

13    Antifa is breaking the windows and trying to enter, but the

14    people have surrounded it.  And he's describing taking the

15    Capitol as the "surrounding" part and the "going in" part is

16    what he thinks Antifa is doing.

17            So it's not for the truth.  Mr. Vallejo wasn't

18    there.  But it's to show how his -- the language that -- I'm

19    sure the government in their closing is going to say, "Look,

20    he's saying the people took the Capitol, and he supports the

21    people taking the Capitol."

22            And then the discussion on the video, the jury has

23    the video.  So just to tie up, that's the video he was

24    discussing in the context of the people taking the Capitol

25    and then wondering if it's Antifa.

1          THE COURT:  Okay.  Mr. Edwards.

2          MR. EDWARDS:  Your Honor, the January 7th -- what

3    Mr. Vallejo is saying on January 7th does not explain what

4    Mr. Vallejo meant on January 6th.  This is about 24 hours

5    later in which quite a bit has happened, of which he's

6    received members from Stewart Rhodes to keep quiet and be

7    careful what you say and which he's met with Stewart Rhodes

8    face to face.

9          And I highlight that to show that this is a

10   completely separate incident in which he's saying this

11   phrase.  And, and it doesn't explain what he meant

12   24 hours earlier.

13         THE COURT:  I'm trying to remember when the last

14   text messages the government sent -- excuse me, the

15   government presented of Mr. Vallejo yesterday.

16         MR. EDWARDS:  Yesterday, well, there were messages

17   and there was a single message in late January and one in

18   February.  Those were the articles that he sent to the group

19   chat about FBI finding -- being able to get into Signal.

20         And then the press release for -- or the news

21   article about the first three Oath Keepers to be arrested.

22   So those extended into late January and early February.

23         And then I think that's as late as it got.

24         THE COURT:  The only -- the issue that -- you

25   know, my concern yesterday is a little bit ameliorated by

1    what Mr. Peed -- this is slightly different in some sense,

2    although it -- you know, this is an unusual or slightly

3    difficult case in terms of how to deal with that kind of

4    statement because, while it's true that one conspiracy is

5    alleged to have ended on January 6th, the other conspiracy

6    and the one in Count 1 is alleged to have continued.  And so

7    Mr. Vallejo's state of mind continues to be relevant past

8    January 6th and up through the end of January.

9            And if this is something that's being offered,

10   again, for his state of mind and his understanding of the

11   events of January the 6th and how that would then inform

12   whether he was continuing to, as the government alleges,

13   seeking to resist the transfer of power, then I think it

14   certainly -- there's an evidentiary basis for it, it seems

15   to me.

16           So I'll allow it in.  If there are some

17   completeness issues the government wishes to identify, then

18   I'll consider those as well.

19           MR. EDWARDS:  I think what we do -- what the

20   government would want to do -- and I don't know how this is

21   coming in.  I guess this might be coming in through the

22   only -- is highlight everything that had occurred in

23   24 hours then -- not everything, but highlight evidence that

24   we believe is relevant that occurred between the time he

25   says the phrase on January 6th as it's happening and then

1    what he says 24 hours later on his podcast.

2            Because if the implication here this is what he

3    meant when he said it 24 hours earlier, without Mr. Vallejo

4    taking the stand and testifying to that, you know, and

5    having an opportunity to cross on that, I think what the

6    government would want to do with that agent, then, is

7    present:  "Okay.  Well, then here's what happened and here's

8    the things he said and the things he heard from the leader

9    of the group until then."

10           MR. PEED:  I think the jury -- I mean, the jury's

11   heard that, I think, twice --

12           MR. EDWARDS:  Well, not in this context.

13           MR. PEED:  -- at least twice, including at the end

14   of the government's case.  We went through all of that.

15   It's all in evidence.

16           THE COURT:  Well, this is your case.  So the

17   government can cross-examine in a manner that -- I don't

18   think there's any prohibition on the government

19   cross-examining in your case an agent in response to

20   evidence -- using evidence that it admitted in its case.

21           MR. PEED:  I don't think it's a prohibition.

22   I think --

23           THE COURT:  I don't think there's a cumulativeness

24   issue to that at all.

25           MR. PEED:  I think -- I'm just thinking

1    about timing.

2            THE COURT:  Well, we've got all kinds of time.

3    So, I mean, I'll obviously see what the government wants to

4    do.  But, I mean, what they've suggested is if you want to

5    submit this for his state of mind as of the time of the

6    podcast on January 7th, then it seems to me that other

7    inputs would be valid as well.

8            MR. PEED:  Thank you.

9            THE COURT:  Okay.

10           All right.  Okay.  With all of that resolved, is

11   there anything else we need to do before we turn

12   to instructions?

13           MR. EDWARDS:  I just wanted to clarify, then.

14   From Mr. Peed's account, it sounds like there is no issue

15   anymore with Mr. Cummings.  So we're not -- the government

16   doesn't intend to proceed to try and figure out whether he's

17   available via video testimony.  I just want to make sure I

18   understood that right.

19           MR. PEED:  I think one of the documents that I'll

20   get in from the agent makes him close to unnecessary.  If I

21   hear from -- I think the Court has not ruled that he's

22   medically unavailable.

23           THE COURT:  I ruled that he's not medically

24   unavailable to participate via remote testimony.

25           MR. PEED:  Right.

1          So I --

2          THE COURT:  In fact, I should have been clearer

3     about it because that discussion was off the record

4     yesterday.

5          But the letter we received from the physician

6     simply said he's not able to travel.

7          It said nothing about his ability, either today,

8     tomorrow, or early next week, to testify remotely.

9          MR. PEED:  So I don't think I'll call him.  If I

10    do, it would be five minutes, because I just want to

11    establish the porta potty moment in the timeline.

12         MR. EDWARDS:  It's just a conditional part.

13         We've got to figure out if we need to make some

14    phone calls to see what's going on with the issue to make

15    sure that that person is ready.  We can have that ready

16    tomorrow if that's the case.  I just need to figure it out.

17    We want to help fill time tomorrow.  That's all.

18         THE COURT:  All right.  Well, Mr. Peed, you need

19    to decide whether you're calling him or not.

20         MR. PEED:  Okay.

21         When I have the order from the Court, if the Court

22    signs the order -- I put it on ECF this morning -- then

23    I'll -- his lawyer is not cooperative.  So when I get that

24    order, then I'll line it up and make that decision as soon

25    as possible.

1          MR. EDWARDS:  The only reason we're asking is

2    we've got to contact Mr. Cramer to set all this up.  We had

3    started to do that in the last trial at one point.  So

4    I know it's possible, but it's going to take some time.

5          THE COURT:  Let's put one foot in front of the

6    other here, folks.

7          We've been told that there's a witness who is not

8    able to fly to get here.  His lawyer has also suggested that

9    his -- the episode he had is actually affecting his ability

10   to testify and recall things.

11         It seems to me it would be beneficial to you,

12   Mr. Peed, to determine whether the benefit that you're

13   seeking by putting him up is going to be outweighed by the

14   potential cross-examination and limitations that he

15   otherwise might face.

16         So I think before we get all this set up, we ought

17   to find out exactly what his state of mind is and his

18   condition, his ability to recall.  I mean, I seem to think,

19   if memory served, when he testified last time, you know, he

20   was pretty good, but, you know, there were things that he

21   was a little fuzzy on.  And if this episode was more recent

22   in time, perhaps -- I don't have a sense of how clouded his

23   memory is, and I don't think you do either.  So I think

24   y'all just need to figure that out.

25         MR. PEED:  Yeah, I think having some time off out

1    of court, I can have more time to talk to him or his lawyer

2    to figure that out.

3             I opened on him and so -- because he's on the

4    government's witness list, and this was a key moment in the

5    timeline.  So it's just a question of, you know, if the jury

6    was expecting that I --

7             THE COURT:  The porta potties?

8             MR. PEED:  I opened on the porta potties.

9    I opened on Cummings --

10            THE COURT:  I know but there's -- I think

11   there's -- I don't remember exactly what his testimony was.

12   He went in with Caldwell to look at porta potties?

13            MR. PEED:  No, Your Honor, he walked with Line 1

14   over to the Capitol, and then heard Meggs saying something

15   about trying to decide whether to go in.  And then he had to

16   use the bathroom.  He went into the bathroom, he came out,

17   everybody is gone.

18            THE COURT:  Right.

19            MR. PEED:  And then he stood around for half an

20   hour and came then back down.  And he's not in the group;

21   he's not on the big board.

22            So, you know, the point of his testimony is,

23   whatever decisions were made, he was in the porta potty at

24   the time, came out, everybody is gone.  And that's the only

25   reason he's not, you know, considered a conspirator by the

1    government.

2         So in terms of pinpointing where any possible

3    conspiratorial agreement could have been and showing the

4    random nature of what, you know, kept you in or out of the

5    government's Line 1 big board, you know, it was -- it came

6    down to, he had to go the bathroom.

7         THE COURT:  You know, albeit for me to tell you

8    how to present your defense, but I don't know how terribly

9    useful that is.  I mean, the fact the man went to the

10   bathroom, good for him, you know, he got lucky.  The others

11   didn't.  I'm not sure that actually helps those who actually

12   went in.  It only underscores the fact is they went in.

13   Maybe if they didn't -- you know, if they had Mother Nature

14   call, too, they wouldn't be in the position they're in.

15        So I don't know that that is terribly helpful.

16   I mean, it may establish something in terms of timing, but

17   the jury is going to be instructed that, you know, you can

18   form a conspiracy moments before the offense is committed.

19        MR. PEED:  Which is the -- I mean, I think the

20   point is that if there was a conspiracy, it was performed

21   moments before entering.

22        THE COURT:  I mean, I -- let's put it this way.

23        MR. PEED:  Even though he was on all the planning

24   calls the government went through, Mr. Cummings, unlike

25   others, was on the GoToMeetings --

1           THE COURT:  Well, let's put it this way.

2    I'm not sure you also could draw the inference that

3    Mr. Cummings would not have gone in but for Mother Nature

4    calling.

5           MR. PEED:  I mean, he would -- obviously it's

6    self-serving testimony he would say that.  But I think, you

7    know, the fact that --

8           THE COURT:  I don't know how he could say that one

9    way or another.  I mean, it seems to me to be entirely

10   spec -- in some sense speculative.  I mean, I suppose he

11   could but, you know, I'm not sure how much weight anybody

12   would give to this sort of after-the-fact, you know,

13   assertion that he wouldn't have gone in on that day of now

14   that he's sitting in a trial with his compatriots who did go

15   in.

16           MR. PEED:  Yeah.

17           Well, like I said, Your Honor, I put him in the

18   lowest of priorities, especially given his medical issues.

19           But I did open on him.  And, you know, unless it's

20   a reason -- it could be ineffective assistance to open on a

21   witness and not give the jury an explanation for why that

22   witness isn't called.

23           THE COURT:  I can assure you it is not; because I

24   would be the one determining whether it was ineffective or

25   not.  So let me tell you right now, it would not.

1          MR. PEED:  I appreciate that opinion, Your Honor.

2          THE COURT:  Okay.

3          All right.  Let's turn to --

4          MS. HALIM:  Your Honor, I'm so sorry but this

5  raises a question for me as to the scope of rebuttal.  If

6  Mr. Peed brings up facts that are much closer to my client

7  and Mr. Moerschel and --

8          THE COURT:  Well, I don't think it would be

9  rebuttal.

10         I mean, look, I think the way we played this last

11  time was two things.  One is if a defendant calls a witness

12  in his case that doesn't inculpate another defendant, one,

13  there's no right of cross-examination.  We didn't have this

14  come up last time but if as a consequence of the order of

15  presentation a defendant who -- let's just be concrete, if

16  Mr. Peed puts on evidence that is -- creates problems for

17  your clients, I think I would be amenable to hearing you

18  re-open your case --

19         MS. HALIM:  Okay.

20         THE COURT:  -- to rebut whatever he's presenting.

21         MS. HALIM:  Okay.  Okay.

22         THE COURT:  I mean, I think that's just --

23  I haven't had to do that before, but I don't see why we

24  shouldn't.

25         And in some sense, what that seems to me to mean

```
 1   is that, Mr. Peed -- is that you all probably should not

 2   rest tomorrow.

 3              MS. HALIM:  Okay.

 4              THE COURT:  Well, let's see where we are.

 5              MS. HALIM:  Okay.  All right.

 6              THE COURT:  Let's see where we are.

 7              MS. HALIM:  Just flagging the issue.

 8              THE COURT:  Right.  Right.

 9              MR. PEED:  I'll just leave out Mr. Cummings,

10   Your Honor.

11              MS. HALIM:  Thank you, Your Honor.

12              MR. EDWARDS:  Can we -- just for sake of making

13   sure we get all the steps in place for tomorrow to make it

14   productive, can we also have the 4:00 p.m. deadline for

15   Mr. Moerschel apply to knowing whether Mr. Cummings in order

16   to set the tech up.  Because we can work with Mr. Cramer --

17              THE COURT:  I thought -- did you just say,

18   Mr. Peed, you're going to forego Mr. Cummings?

19              MR. PEED:  Yes, Your Honor.

20              MR. EDWARDS:  Oh, I did not hear that.  Sorry.

21              THE COURT:  That's all right.

22              MR. NESTLER:  And then there is also another

23   additional witness outstanding that there's an ex-parte

24   motion for a subpoena pending?  Is that what we understand

25   so that we know for timing?
```

1          THE COURT:  I mean, I don't remember who all the

2    folks are, but I think Mr. Peed has identified them all,

3    right?

4          MR. PEED:  Yes, Your Honor.

5          THE COURT:  Okay.

6          MR. NESTLER:  Okay.  Sorry, I heard that there was

7    some witness who was uncooperative and an uncooperative

8    defendant -- uncooperative with counsel.

9          MR. PEED:  That was Mr. Cummings.

10         MR. NESTLER:  Mr. Cummings.  Okay.  Sorry.  Okay.

11         THE COURT:  Okay.

12         All right.  Now, jury instructions.

13         I am working off the redline that Ms. Halim and

14   Mr. Edwards sent over the other night.  So just beginning on

15   page 1 -- and we'll make sure we post this just so the

16   record is clear -- page 1, 2, 3, just simply typo issues.

17         Page 4, there's just a footnote about

18   stipulations, since there were plenty of stipulations, we'll

19   include that statement in there obviously.

20         Page 5, 6, that puts us to page 7, "Participants'

21   Testimony" to be determined, depending upon what

22   Mr. Moerschel decides.

23         Obviously on page 8, we had two witnesses with

24   plea agreements testify, so we'll fill that in.

25         Defendant -- on page 9, Defendant -- "Right of

1    Defendant Not to Testify," we'll fill in the appropriate

2    defendants.

3              Oh, actually I take that back.

4              So I think on page 7, "Participants' Testimony,"

5    that comes in, that's referring to people who are

6    participants, not to the defendants.  So that will come in.

7              On page 9, those two --

8              MR. EDWARDS:  Your Honor, if I could just clarify.

9    I'm trying to think of who would have testified.  I don't

10   think we had any.

11             MR. NESTLER:  So I think, just to be clear, this

12   was because usually the government calls cooperators and --

13   especially in the first trial, the defense did also, so we

14   had neutralized, or made this language neutral, so that it

15   was the parties, not just the government, and that's why it

16   might seem a little odd.

17             But I think if the defendants are not calling

18   anyone --

19             THE COURT:  Right.  Okay.

20             So does the defendant think -- can we remove that,

21   given that the only other participants -- well, wait a

22   minute.  We had --

23             MR. NESTLER:  Sorry, we need the instruction.  We

24   need to change the language from the standard instruction to

25   make it neutral from either party to call somebody.

1          THE COURT:  I see.

2          MR. NESTLER:  But if not -- if the defense does

3    not call a person who was involved in the offense, we could

4    change it back to the more standard language that, "The

5    government is permitted to call someone who was involved in

6    the offense."

7          THE COURT:  Okay.  I see.  All right.  Let's see

8    where we are.  I mean, again, if Mr. Zimmerman testifies,

9    we'll see.

10          And then -- so we'll see, we'll just hold off on

11    that one.

12          Obviously we'll go back through and firm all these

13    up before they're finalized.

14          Page 9, "Defendant Right Not to Testify, Defendant

15    is a Witness," that's to be determined.

16          "Character of Defendant" on page 10, I think that

17    will depend on Mr. Peed.

18          "Specialized Opinion Testimony," I think we had --

19    we actually did not qualify --

20          MR. EDWARDS:  That's right.

21          THE COURT:  -- Ms. Cain yesterday but we did

22    qualify Agent Banks, right?

23          MR. EDWARDS:  Yes, Your Honor.

24          THE COURT:  So it's just Agent Banks.

25          All right.  Evaluation -- this is on page 11.

1    "Evaluation of Prior Inconsistent Statement of a Witness."

2          I think we should include not only that but we

3    also have a prior inconsistent statement under oath by

4    Mr. Berry that Ms. Halim wishes to admit.  This is the --

5    whether the door swung open or -- it was something

6    inconsistent with his Statement of Facts that he swore.

7          MS. HALIM:  So there were actually two instances.

8    One was the Statement of Facts, and the other was in his

9    trial testimony he said he told no one that he deleted --

10   on his trial he said he told Joe that the factory reset his

11   phone, but in the grand jury he said he did not tell anyone,

12   discuss it with anyone.

13         THE COURT:  Okay.  And did you admit the grand

14   jury testimony or --

15         MS. HALIM:  I did.

16         Justin, will you go and check.  I believe it's

17   in --

18         THE COURT:  Okay.  Well, I'll leave it until you

19   figure that out.  But either way, there are prior

20   inconsistent statements under oath, so we will include that

21   additional text in this instruction.

22         So impeachment of proof -- "Impeachment by Proof

23   of Conviction of a Crime," that will come out.

24         MS. HALIM:  Was the DUI cross regarding

25   Mr. Herrington, does that count as an impeachment by prior

4019

1   conviction?

2          MR. EDWARDS:  No, I think those were pending.

3          MS. HALIM:  Pending.  All right.

4          THE COURT:  Yeah.

5          Sorry.  Bear with me, everyone.

6          Okay.  So in terms of limited evidence in this

7   trial, I tried to keep better notes than I did last time

8   about this.

9          So the training video was admitted only against

10  Mr. Minuta -- excuse me, was not admitted against

11  Mr. Minuta, Moerschel, or Vallejo, so it was only admitted

12  against Mr. Hackett, I believe.

13          MS. HALIM:  Much to my chagrin that it came in at

14  all.

15          THE COURT:  Right.

16          MR. NESTLER:  If she wants it in against the other

17  three defendants, we're okay with that.

18          THE COURT:  So I will note that in this

19  instruction.

20          Transcripts, let me just confirm that the defense

21  does not wish to present any competing or alternative

22  transcripts?

23          MR. SHIPLEY:  I probably will have transcripts

24  played with the video that we have prepared in closing.

25  Those obviously aren't exhibits, but they're offered for the

```
1   same purpose the government offered them was simply to aid
2   the jury.  Whether they can hear or not what's in the
3   transcription is up to them.
4            THE COURT:  Well, let me back up.
5            The rule in this district is that trial judge has
6   discretion to send the transcripts back to the jury.  And I
7   did that in the first trial, and I intend to do that in
8   this trial.
9            If you wish to do that, whether -- in closing,
10  then I would ask you to also -- well, it's up to you, but do
11  you wish to also then have that transcript sent back as an
12  alternative if -- well, let me back up.
13           Is what you're suggesting that you have an
14  alternative transcript to something that the government has
15  admitted, or you are going to produce a transcript for audio
16  that the government did not have a transcript for?
17           MR. SHIPLEY:  That.  There are --
18           THE COURT:  The latter.
19           MR. SHIPLEY:  There are videos the government put
20  in with audio --
21           THE COURT:  Okay.
22           MR. SHIPLEY:  -- that government did not provide a
23  running transcription that we have prepared.
24           THE COURT:  Okay.
25           MR. SHIPLEY:  I only intended to use it in
```

1    closing, but I just didn't want to surprise anybody that

2    suddenly there's transcription on this video that didn't

3    come in when the witness was on the stand.

4            THE COURT:  All right.  Well, if you want that to

5    go back, just let the government know, because if you do

6    want it to go back, they have an opportunity to evaluate its

7    accuracy and then submit a competing transcript if they

8    think it's incorrect.

9            MR. SHIPLEY:  That's fine.

10           MR. EDWARDS:  There's two things real quick.

11           So my understanding is that the -- I guess I'm

12   just questioning if they're demonstratives for the jury and

13   they haven't been admitted.  The difference is our exhibits

14   were admitted, and the defense has an opportunity to submit

15   a competing transcript.

16           THE COURT:  Yeah, but I don't think that's the

17   issue.  I don't think the transcripts are "demonstratives."

18   I mean, they're sort of a quasi- -- they're not evidence,

19   but we're sending it back to the jury.

20           So I'm not sure that it needs to be a formal

21   admission of transcripts, because they're not formally

22   evidence.

23           MR. EDWARDS:  Well, the second thing is --

24           MR. SHIPLEY:  Fair enough.  I'll just key it up so

25   we know what we're talking about.

1          It's when -- the reference in the video where he

2    says, "Second Amendment."  He actually has a sentence before

3    that.  And the sentence before that was not testified to,

4    but it's there.  He knows what he said.  And then followed

5    up by the second sentence, which is the sentence regarding

6    the Second Amendment.

7          So I'm going to play that video, and I'm going to

8    run both sentences with a transcription.

9          MR. EDWARDS:  I see.

10          And then what we can do is work with Mr. Shipley

11    to figure out if there are going to be competing transcripts

12    and then just submit to Your Honor.

13          THE COURT:  Okay.

14          MR. SHIPLEY:  That's fine.

15          MR. PEED:  There's one government exhibit --

16    there's a transcript -- I think it was admitted as an

17    exhibit from the defense -- where Mr. Vallejo -- I mean,

18    I'm sorry -- Mr. Rhodes says, "Legal cover" or "Legal

19    coverage."

20          And so I think both transcripts are in.  But the

21    government's version is the one they've used with the audio

22    and the PowerPoint and it's synced.  And I think the

23    stenographer's version was admitted, is my recollection.

24    So both transcripts are -- it's not the Court's

25    recollection?

1          MR. EDWARDS:  Yeah, I don't think the transcript

2    was admitted.

3          I think what, if my memory is -- and Mr. Peed may

4    have made his own exhibit based on our PowerPoint exhibit.

5    And so then those would be the competing transcripts, not a

6    transcript of the stenographer.

7          MR. PEED:  So I don't know if the -- I think we're

8    having audio issues and I didn't get in the -- I didn't play

9    and since the audio is the evidence, I don't think that

10   there's an admitted version of the audio with -- of the

11   PowerPoint.  So I'd like to make that and just send it back.

12   The only difference is "cover" versus "coverage."

13         THE COURT:  Yeah, my recollection is that -- and

14   we can go back and look -- was that the witness did not

15   concur with your reading of it and thought it was just

16   simply "cover."  But, ultimately, that's the jury's

17   determination.  And if you've got a different transcript,

18   then let's just make sure that we have the appropriate

19   instruction to flag that issue for the jury.

20         MR. PEED:  So if I could take the government's

21   exhibit, make it say "coverage," and then just have that go

22   back with the jury.

23         THE COURT:  Why don't you work out what you want

24   to send back.  But, I mean, you have the right to put in a

25   competing transcript.

1          MR. EDWARDS:  Right.  So just to understand the

2    operation then, Your Honor.

3          Would it be -- for the competing transcript case

4    law, would it just be that there are two exhibits that look

5    similar and just the word is different in terms of where the

6    difference is in transcripts and then the instruction is

7    it's your determination to listen to the audio?

8          THE COURT:  I believe so.  I mean, I think that's

9    what the case law says.

10          MR. EDWARDS:  Yeah, that's what I --

11          THE COURT:  Just tell the jury that there's

12    different versions or different transcriptions.  And,

13    ultimately, it will be your decision as to what the accurate

14    one is if either are accurate.

15          MR. PEED:  If it's not evidence, do I need to do

16    this through a witness or just prepare the version with the

17    coverage as a --

18          THE COURT:  I don't think you need to do it

19    through a witness.  Just give it a number.

20          Okay.  Page 13 concerns redacted documents.

21    I think we had some.  So we'll include that in there.

22          Page 14, over the page 15.  15 is just a couple

23    spacing issues.

24          Same with 16.

25          MS. HALIM:  Your Honor, could we revisit firearms

1     on page 14.

2                THE COURT:  Okay.

3                MS. HALIM:  I may want -- I don't have anything to

4     propose at this moment, but I want to put some thought into

5     this.  I might have some proposed revisions of the

6     Second Amendment firearms objections, especially in light of

7     Mr. Nestler's final question on redirect to Task Force

8     Officer Lieberman.

9                I had asked about these guns that were found in

10    the attic that, whether he knew -- he didn't know.  They are

11    relics.  They were old guns.

12               And Mr. Nestler asked the question:  "Can they

13    still be used to kill a human?"

14               That's -- I might want some language that's a

15    little stronger than what's there.  So I just want to flag

16    for the Court that I'm thinking about that, and I may

17    propose some additional language.

18               MR. NESTLER:  We're happy to look at anything.

19               To remind everybody, and especially defense

20    counsel who wasn't there at the first trial, the government

21    objected to having this instruction at all.

22               The defense proposed it.

23               The Court came back with some suggestions that

24    didn't include the Second Amendment.  And the parties went

25    back and forth for a while, and the defense opted to include

1   this language that adds the Second Amendment, which we

2   thought was important of what the defense was trying to get

3   at, the Second Amendment right to possess a firearm.

4           If in general the defense doesn't want this

5   instruction, we're amenable to taking the whole thing out.

6           MS. HALIM:  I don't think I suggested that at all.

7   I definitely want the instruction.

8           THE COURT:  Okay.  Well, you know, we're still at

9   a phase where if you want to propose additional language or

10  edits, that's fine.  We're not running up against a

11  deadline, at least immediately.

12          Okay.  Let's turn then to page 17.  This is an

13  objection that Mr. Vallejo raises that's found elsewhere.

14  And in summarizing the indictment, the language presently

15  reads, "The first conspiracy charges Count 1, seditious

16  conspiracy, which charges that the defendants entered an

17  agreement to try and stop the lawful transfer of power by

18  opposing by force the authority of the government of the

19  United States or to use force to prevent, hinder, and delay

20  the execution of any law of the United States."

21          And, Mr. Peed, you object to using that language?

22          MR. PEED:  Yes, Your Honor.

23          I think that -- and I'll wait until the end of the

24  government's case -- that there isn't sufficient -- there's

25  sufficient evidence that there was a conspiracy to stop --

```
 1    to interfere with the election laws on January 6th.
 2              Everything after that, we have a series of -- we
 3    have text messages from -- and manifestos from Rhodes about
 4    resisting the Biden Administration, lots of that.
 5              And then we have -- you know, we have general
 6    statements that "We're at war.  We're mad.  We're going to
 7    do it again."
 8              But nothing about a -- nothing related to --
 9    nothing with specificity to, I think, take to the jury a
10    plan to forcibly oppose the authority of the United States.
11    There's nothing concrete to anything after January 6th.
12              You know, obviously, it's good evidence of intent
13    for January 6th.  So I think in terms of the jury's ability
14    to make a Rule 29-worthy verdict, I think all there
15    is, is --
16              THE COURT:  Why can't -- I guess I don't
17    understand why the jury could not conclude that the object
18    of opposing by force the authority of the government of the
19    United States was satisfied as of January 6th.
20              MR. PEED:  I think they could.
21              And I think that the execution of the law, as a
22    subset of authority of the United States, both involve
23    opposing authority of the United States --
24              THE COURT:  Right.
25              MR. PEED:  -- but one involves doing it through
```

4028

1    the hindering of the law.

2              So because the events of January 6th, as alleged,

3    are about the election laws, it's confusing to have one

4    event which meets these two --

5              THE COURT:  Well, it is and it isn't in the sense

6    that the government's theory with respect to opposing by

7    force the authority of the government, that was included in

8    the superseding indictment precisely because of the issues

9    defense counsel had raised about the 20th Amendment and that

10   it's not an executing law, it's not a law that can be

11   hindered in its execution.

12             And so the government's theory is that there was a

13   conspiracy to continue to resist or attempt to prevent the

14   transfer of power.

15             Now, look, I'll tell you, you know, there is

16   evidence.  We've got Mr. Rhodes' statements.  There are

17   other statements from other defendants.  I can't remember

18   whether the Kelly Meggs statements about shots being fired

19   is admitted.  I don't think it was.

20             Was that admitted at trial?

21             MR. EDWARDS:  I don't recall that message coming

22   into evidence in this trial.

23             THE COURT:  Yeah, I don't think it came in.

24             So even without that message, there was evidence

25   about Mr. Rhodes purchasing guns.

1          MR. PEED:  Sure.

2          THE COURT:  We know Mr. Rhodes was with at least

3    Ms. SoRelle and, I think, Mr. James.  That was established

4    by the cell phone evidence.

5          We got your client saying he's awaiting further

6    word from Mr. Rhodes about next steps.

7          MR. PEED:  So we have all this activity of --

8    I guess "preparation for resistance" is the best way to

9    put it.

10          You know, but we have Rhodes putting out in black

11    and white his intention.  He says, "When the Chi-Com puppet

12    regime starts, we will declare independence, nullify,

13    resist."

14          THE COURT:  Mr. Peed, you and I have had this

15    conversation more than once, which is, that's your

16    interpretation.  The government has a different

17    interpretation.  And the jury will ultimately decide.

18          MR. PEED:  I understand that.

19          What I'm looking for is the evidence that

20    legally --

21          THE COURT:  I've just identified it.

22          MR. PEED:  -- legally purchasing firearms --

23          THE COURT:  I'm sorry?

24          MR. PEED:  What is the evidence connecting the

25    legal purchase of firearms to opposing the authority of the

1    United States?

2            THE COURT:  Well, Mr. Rhodes purchased the

3    firearms on his way out of Washington, D.C.  He then has

4    this conversation with Mr. -- why am I forgetting his name,

5    the recorded conversation a few days later in which he's

6    talking about, "We should have brought rifles," you know,

7    "Hanging Nancy Pelosi from a lamppost."

8            And you've got other circumstances in which a jury

9    could infer, based upon viewing the evidence in the light

10   most favorable to the government, that a conspiracy

11   continued past January 6th.

12           And perhaps the evidence wasn't presented --

13   there's not as much evidence after January 6th, but there's

14   certainly -- and by the way, remember, that's what the jury

15   convicted on unanimously at the last trial.

16           MR. PEED:  They did.

17           And -- and I don't quibble that the -- if they

18   were trying to stop the certification under the Court's

19   ruling, that is seditious conspiracy if they conspire to do

20   so.  And so I'm not saying that they couldn't be guilty of

21   seditious conspiracy because of the events of January 6th.

22           But if, for example -- if we gave the jury a

23   special verdict form and said, you know, are you finding

24   this at -- just because of what happened prior to

25   January 6th or on January 6th, or are you finding for what

1    happened after January 6th?  I don't think that -- even if

2    they check the box for only after, I don't think that would

3    survive Rule 29 that --

4                THE COURT:  I disagree.

5                I mean, I disagree.  I've already told you why

6    I think there's sufficient evidence after the events at the

7    Capitol to suggest that the conspiracy had not -- at least

8    as charged in Count 1, continued.

9                MR. PEED:  The Court disagrees.

10               I mean, to my mind, if a defendant --

11               THE COURT:  I don't want to keep going back and

12   forth about this if there's nothing new to be said.

13               I mean, I think there's been evidence identified

14   about continued planning, continued intent.  I would agree

15   with you there's not a lot of detail, although query why

16   Mr. Rhodes brought a whole mess of weapons-related products

17   on his way back from Washington and, you know, holed up with

18   Joshua James, and, you know, the jury can draw its own

19   conclusions from that.

20               You know, we've met with Mr. what's his name, and,

21   you know, was talking about rifles, and hanging Nancy Pelosi

22   from a lamppost.  I mean, I -- those are the facts.

23               MR. PEED:  I know, Your Honor, it was all -- it's

24   all black and white, they were going to resist the Biden

25   Administration.

1          THE COURT:  That -- Mr. Peed, make that argument.

2    All right?  Make that argument.  See where it gets you.  It

3    didn't get Mr. Rhodes very far.

4          Okay.  All right.  So page 18, 19, 20, 21, 22, 23,

5    24, 25, 26, 27, 28, 29.

6          Okay.  So page 34, this is the multiple conspiracy

7    instruction, the government objects to it.  I -- you know,

8    again, I thought last time there was a basis for it, I'll

9    agree this time there's a basis for it, so I'll include that

10   instruction.

11         So in any event, at a minimum, it indicates here

12   Mr. Hackett moves to include the instruction, so I think --

13   as was the case in the last trial, I think there's a basis

14   for it, and I'll give that instruction again.

15         All right.  Page 46, I need defense statements of

16   the case if you would like to present one.  So could I get

17   that from you all by Friday?

18         MS. HALIM:  Yes.  Thank you.

19         MR. PEED:  I would request that we give it after

20   everyone has rested.

21         THE COURT:  What do you mean give it after

22   everyone -- I'd like the draft --

23         MR. PEED:  Final conference, you know, with that.

24         THE COURT:  So I'd like a draft by Friday so the

25   government can see it and consider it over the weekend.

 1    Tuesday when we resume, it seems like we will have time to

 2    have a final conference before I instruct -- if I instruct

 3    on Tuesday, depending on timing.  Trust me, nothing that's

 4    in here will not be uttered to the jury unless everybody is

 5    signed off on it; with objections noted, obviously.

 6            Okay.  I think that's it.

 7            MS. HALIM:  Wonderful.

 8            THE COURT:  We'll obviously on the last page

 9    include the alternates for this trial.

10            6 and 7, JC?

11            COURTROOM DEPUTY:  7 and 8.

12            THE COURT:  7 and 8.  Okay.

13            Okay.  All right.  Let's turn to the verdict form.

14    So, Mr. Vallejo, on page 1, has objected to the language "to

15    oppose by force the authority of the government of the

16    United States."  As I said, I think there's evidence to

17    support it, and so I'll include it.

18            Then the question becomes, what do we do about

19    this "both" option.  So let's talk about that.

20            MR. EDWARDS:  Happy to go first.  I know Ms. Halim

21    is objecting to it.

22            Look, as the Court is aware, one of the arguments

23    from the defense in the first trial was the fact that one

24    box was checked and not the other means that the jury had

25    acquitted or done something not -- the government hadn't met

1   its burden on that.

2           But, of course, the instructions to the jury had

3   been, "You can move on if you, you know, found that the

4   government has met beyond a reasonable doubt unanimously one

5   of those."

6           THE COURT:  Right.

7           MR. EDWARDS:  So this is an attempt to make -- do

8   nothing but make it a clear record.  This is not an

9   acquittal, this is, you can check one or check both.  The

10  instructions can stay the same but the "both" allows the

11  jury to make this clear.

12          THE COURT:  But doesn't that in some sense only

13  increase the potential confusion in that if they only check

14  one and they don't check both, how do we want to then draw

15  the inference whether they just decided, well, we don't have

16  to deal with the second one, let's just move on, versus they

17  sat down and they considered the second object and could not

18  reach a unanimous verdict.  I mean, it seems to me that we

19  either need to tell them what we did the first time around,

20  which is, "You only need to reach one object and not both,"

21  or we need them to reach unanimous conclusions as to both

22  objects.

23          MS. HALIM:  Just to throw into the mix, I think my

24  main position is that splitting one indictment, one charged

25  conspiracy into two trials already invites the potential for

4035

 1    inconsistent verdicts, and so I would ask that the verdict

 2    form be the same as it was with the first trial, and I agree

 3    with the Court that I think it invites confusion and

 4    ambiguity.

 5           THE COURT:  Well, let me ask the question of this

 6    set of defense counsel that I didn't neither think to ask

 7    nor -- well, let's put it this way, we didn't raise this,

 8    which is that if there is a conviction in which the jury

 9    only finds -- checks one of the two goals, will it be your

10    position that the jury has acquitted on the other goal?

11           MS. HALIM:  That is a very tough question.

12           MR. SHIPLEY:  I think it reflects an election by

13    the jury, you know, the manner in which the government

14    charged this count leads them to this crossroad by doing

15    what they did, by superseding out of fear of the case law on

16    the "opposed by use of force" to include the transfer,

17    instead of charging that maybe as a second, separate count,

18    they rolled it into one count, they've created this

19    circumstance by their own election, and there's no way to

20    solve that problem with a verdict form.

21           THE COURT:  Well, sure there is.  We can solve the

22    problem by asking them to reach a unanimous decision as to

23    both objects.

24           MR. SHIPLEY:  I think that's the position the

25    government puts itself in, so --

1          THE COURT:  Look, it's not unusual -- you all have

2     tried lots of cases, it's not unusual for a conspiracy to

3     have multiple objects, right?  This isn't unique.  I mean,

4     perhaps the objects are unique, but the fact of multiple

5     objects of a conspiracy is not unique.

6          And so, you know, again, the question is for

7     100 absolute, you know, percent clarity, do we want the jury

8     to reach a unanimous verdict as to both objects or have them

9     resolve the case only as to one?  But I am -- well, not

10    resolve it only as to one, but if they are unanimous as to

11    one, they can convict.

12         But I want to avoid the argument that the other

13    group has made, which I'm not terribly moved by, which is

14    that somehow the jury had acquitted on the other object

15    because they didn't check that object when they weren't told

16    they had to check both.

17         MR. EDWARDS:  Ms. Halim brought up a point.

18         THE COURT:  Or address both, I should say.

19         MR. EDWARDS:  Ms. Halim brought up a point the

20    government hadn't considered before, which is the appellate

21    record from the same case, 22-CR-15, sharing the same

22    verdict form and instructions.

23         I think that's a sound position, it's something

24    that the government agrees with, that this verdict form, it

25    only creates -- it raises the possibility of creating more

 1    issues.  So if we start to change the way we instruct the

 2    jury and have the verdict form, it's just not something that

 3    we had considered.  So I think it's safest to just keep it

 4    the same.

 5                THE COURT:  Okay.

 6                Well, give it some thought.

 7                MR. SHIPLEY:  I think there's case law on what the

 8    jury must find in multiple object conspiracies.  I haven't

 9    encountered it for a long time but I have in -- historically

10    way back in olden days, I did confront this issue and then

11    became more careful of the way I charged conspiracies down

12    the road.  So I would just like to take an opportunity to do

13    a little bit of the case law -- it's going to be in the

14    Ninth Circuit because that's obviously where I spent my

15    whole career.  I'll start there and then see if I can move

16    to either the D.C. circuit or other circuits --

17                THE COURT:  I suggest you do it in reverse.

18                MR. SHIPLEY:  No, I -- honestly what I found and

19    this was kind of shocking is the D.C. Circuit coming only

20    from this district has limited case law.

21                THE COURT:  Oh, sure.

22                MR. SHIPLEY:  I go to the Ninth Circuit, I've got

23    25 districts going into the Ninth Circuit, so everything is

24    covered at some point.

25                THE COURT:  Yeah, that's true.  We have -- but if

1    you want FERC opinions, you've got a lot of them.

2           All right.  Just think about it.  Look, I mean,

3    I think my understanding of the case law is simply that --

4    and we talked about this a bit last time, which is that if

5    there are multiple objections of a conspiracy that are

6    charged in a single count, the jury has to be unanimous as

7    to the object.

8           MR. SHIPLEY:  Right.

9           THE COURT:  They don't need to reach a decision as

10   to every object.  All they've got to do is be unanimous, at

11   least for a conviction, as to one object.  For acquittal,

12   they obviously need to be unanimous that neither object was

13   achieved.  And I think the instructions clearly laid that

14   out, that you have to, you know, be unanimous for guilt as

15   to one or the other object -- one of two objects.  But if

16   you are intending to find absence of guilt or find the

17   defendant not guilty, you have to find -- be unanimous that

18   neither object or some other element, obviously, has been

19   proven beyond a reasonable doubt.

20          MR. EDWARDS:  That's actually the next issue in

21   Footnote 2, I think related to it.

22          THE COURT:  Okay.

23          I mean, I think we dealt with this last time,

24   which is, I don't think they need to be unanimous -- or if

25   that's the import of what you're seeking, Mr. Peed --

1          MR. PEED:  It's not, Your Honor.  It's not.

2          THE COURT:  Oh, what's that?

3          MR. PEED:  I'm not seeking you unanimity on the

4    law.  What I'm seeking is that the language track the

5    indictment that the law is related to the -- is a law

6    governing the transfer of Presidential power.

7          So there's obviously a lot of resistance to the

8    laws governing -- going up the Capitol steps with the

9    police, trespassing, assaulting police officers, things of

10   that nature, and my concern is that there may not be

11   unanimity that they were trying to stop the certification.

12   There they not be unanimity about trying to --

13         THE COURT:  So let me -- I can short-circuit this.

14         One, I understand what your concern is, but the

15   instruction is very clear as to what the law is that's

16   defined.  I mean, it's these amendments and 3 U.S.C. 15 or

17   17, I think, or 18.

18         But, in any event, if what you'd like to have done

19   is -- I don't have the indictment in front of me.  But if

20   the indictment is specific as to this object, I'm not sure

21   what the problem would be in actually specifying it

22   here, too.

23         But, I mean, the instructions are clear as to what

24   the laws are for purposes of this count.

25         MR. PEED:  I've certainly had juries that have

1    some confusion between the instruction and the verdict; and

2    at the minimum, then we get the delay of a question.

3              But even if they -- they may not think to ask that

4    question and be looking at this, and someone in their mind

5    may think any law means any law.

6              So I would just ask that the laws governing

7    transfer of power follow the words of -- of -- I mean,

8    "that tracks the indictment or actually follow the words

9    United States."

10             So any law of the United States governing the

11   transfer of power.  That tracks the indictment.

12             MR. EDWARDS:  So two things, Your Honor.

13             THE COURT:  Hold on for a second.

14             That's different than what I have in this

15   footnote, which is specification of the 12th Amendment or

16   3 U.S.C. 15.

17             You would be satisfied with just:  Execution of

18   any law of the United States governing the transfer

19   of power"?

20             MR. PEED:  I don't think that's as precise.

21             Either one I'm asking for.  The first one which

22   has the specificity, I think it could be clear it's "or," so

23   it doesn't have to be unanimous as to which one.  I think

24   the indictment limits the government to arguing one

25   of those.

1           But they're all sort of subsumed by that phrase

2    "also in the indictment laws governing the transfer

3    of power."

4           I just don't want the jury to think that -- have

5    any document in front of them suggesting that a law that's

6    not related to the transfer of power is a possible basis.

7           THE COURT:  So I think there's close to zero

8    probability of that happening.

9           I mean, they got the instructions in front of

10   them, and the instructions are clear and define what the

11   laws are of the United States.  They are also instructed

12   that the verdict form is not a substitute for the

13   instructions.

14          So, you know, if there's some language you all can

15   agree on to give Mr. Peed the comfort he's seeking, I'm

16   happy to consider it, but I have absolutely no concern that

17   a jury is going to think that they're guilty because they

18   conspired to trespass on the Capitol steps.  I'm not worried

19   about that.  So this would have been a much shorter trial.

20          MR. PEED:  Resisting the police is a form of

21   resistance.  So I think that -- and I can say, you know,

22   I'm not the smartest lawyer ever, but I've wrestled with

23   what this statute means for the better part of a year.

24          And I -- and I can't -- it's taken a long time to

25   wrap my head around it, and I've had defense discussions

1    with defense counsel for hours as to what it means to resist

2    the authority of the United States.  It's have a very

3    vague phrase.

4              THE COURT:  Of course, it is.  But we are giving

5    context to something that was drawn quite vague by Congress

6    170 years ago.

7              MR. PEED:  Agreed.  Agreed.

8              THE COURT:  So --

9              MR. PEED:  So I think as much clarity as we can if

10   it's not in dispute --

11             THE COURT:  I want to be clear here.  If you all

12   can come up with some language, great.  But we spent a lot

13   of time on the instructions going over how precisely to

14   define those terms.

15             And the instructions are clear.  And I have zero

16   concern that the jury is going to somehow look at this

17   verdict form and think they can just disregard what the

18   instructions say.

19             In the instructions, we spent a lot of time last

20   time going over what the terms mean.  The defense had

21   actually proposed some language about what the terms mean

22   that I didn't agree with.  We went with the dictionary

23   definitions at the time as to what those terms meant, and

24   they are in the instructions.

25             So, as I said, if you've got something that you

1    can agree on, perhaps if it parrots the indictment, fine;

2    but I'm comfortable with it as it stands right now, and

3    I'm not worried about any confusion.

4            All right.  I think that takes care of

5    everything, right?  The other...

6            MR. EDWARDS:  There's one additional.

7            THE COURT:  I'm sorry?

8            MR. EDWARDS:  There's one additional.

9            THE COURT:  Yeah, I know.  I'm looking at page 6.

10           So, Ms. Halim, you're objecting to including as a

11   goal to induce a Member of Congress to leave the place where

12   the Member's duties are required to be performed.

13           MS. HALIM:  Yes.

14           So I've been sitting here looking at this.

15           I remember sitting in my office and making notes

16   back in August, September -- I don't remember when it was.

17   I'm sitting here now, and I don't remember why.

18           THE COURT:  All right.

19           MS. HALIM:  So if I could just have a chance to go

20   back, because I remember the notebook I was taking notes in.

21           THE COURT:  Okay.

22           MS. HALIM:  If I can just go back and consult my

23   notes, I might withdrew that objection, but I'm not prepared

24   to do that at this point, if that's okay.

25           THE COURT:  Okay.

1          Well, let's plan then to try and button some of

2    this up on Friday.  I think we will have some time.  I've

3    got -- my 1:00 is now off the calendar, so we should have a

4    little bit of time.  The first thing is I have is at 3:00.

5          MR. SHIPLEY:  I want to just tee up one thing.  We

6    don't have to resolve it now, but it goes to the Rule 29

7    motion I made yesterday, and that is the instructions as

8    read refer to Mr. Minuta being charged with deleting files

9    from his phone.

10          The indictment charges that Mr. Minuta discarded

11   his phone.  So we have a variance from the factual

12   allegation in the indictment.

13          In fact, the allegation regarding deleting, which

14   is the subject of the slides that we saw yesterday, that

15   appears nowhere in the indictment.

16          THE COURT:  Well, I'm glad you raised that.

17   I mean, I have to confess, I didn't look carefully -- and

18   perhaps I should have -- of what the objects were of each of

19   the obstruction counts.

20          But it is my view -- and this was expressed in

21   connection with Mr. Caldwell's instruction -- that the

22   language ought to parrot the indictment.  And so if the

23   indictment says "discard The phone," then the instructions

24   should say "discard the phone."

25          MR. EDWARDS:  Yes, Your Honor.

```
 1            If my memory serves, I haven't -- we have not
 2   touched this since the Joint Pretrial Statement, and I think
 3   we were still working that out, if my memory is correct.
 4            So that was kind of a -- we were still figuring
 5   out for trial one.  So the government doesn't disagree here.
 6            THE COURT:  Okay.
 7            MR. EDWARDS:  I mean, we can go back and make sure
 8   we are in accordance with your ruling from the first trial.
 9            MR. SHIPLEY:  I hadn't raised it at any point,
10   so...
11            THE COURT:  Okay.  Well, let's -- all of you who
12   have that count, please just make sure that we don't run
13   into that issue.  I mean, we'll double-check ourselves.
14            All right.
15            MR. PEED:  I apologize, Your Honor.  I went and
16   looked back at the seditious conspiracy part based on our
17   conversation, and I just want to note an objection to the
18   last sentence about Article II.
19            I think it's getting close to the Court's ruling
20   about the 20th Amendment not being --
21            THE COURT:  Hold on.  Where are you, Mr. Peed?
22            MR. PEED:  I'm on page 26.
23            THE COURT:  Okay.  So we're back in the
24   instructions.
25            MR. PEED:  Of the redline.
```

1          THE COURT:  Okay.

2          Point me to the language that you are

3    objecting to.

4          MR. PEED:  "Finally, Article II to the United

5    States of America Constitution, as amended by the 12th and

6    20th Amendments, provides that a person with the greatest

7    number of votes shall become President."

8          THE COURT:  And the concern is?

9          MR. PEED:  That that language is the kind of sub

10   executing language the Court ruled can't be hindered or

11   delayed.  In fact, it references the 20th amendment, which

12   the Court's ruling took out of this sphere.

13         THE COURT:  I mean, I don't know that it creates

14   any confusion, but I also don't know that it adds anything,

15   other than, I guess...

16         Thoughts?  So what are you suggesting, just taking

17   that clause out of there?

18         MR. PEED:  Yes, Your Honor.

19         THE COURT:  The "as amended by" clause.

20         MR. PEED:  I would just take out that sentence.

21         I believe that to hinder -- "prevent, hinder, or

22   delay execution of law" is about the laws governing

23   January 6th.

24         THE COURT:  That would include Article II?

25         MR. PEED:  We can say Article II.  But the

1    statement that "The person who has the greatest number of

2    votes shall become President on January 20th" is just saying

3    what happens.

4           And, you know, the government's theory, for

5    "authority of the United States" is that trying to stop

6    Biden somehow falls under that.  But the "execution of the

7    law" portion after all the pretrial litigation, I understood

8    to be the laws governing January 6th.

9           MR. NESTLER:  I don't believe Your Honor so

10   limited it to the laws governing January 6th.  I think we

11   debated this and litigated extensively on the

12   motion-to-dismiss stage that Article II can be a law that --

13   it is a law -- that the defendants can conspire to obstruct

14   or delay the execution of or hinder the execution of.

15          This is an accurate statement of the law.

16   Article II of the Constitution as amended by the two

17   amendments, the 12th and the 20th, provides a person with

18   the greatest number of votes, after taking the oath of

19   office, shall become President.

20          It's an accurate statement of the law.  And

21   interfering with the execution of that, that system,

22   Article II with Article -- with Amendment 12 and

23   Amendment 20 altogether can be hindered or delayed.  And

24   that is certainly an allegation that we make in this case,

25   and we believe there's evidence to support that.

4048

1           THE COURT:  Okay.

2           Well, I could take a look at this a little bit

3    more closely, but it's an accurate statement of the law.

4    Article II is, I think, specifically identified in

5    the indictment.

6           MR. NESTLER:  We've got to go back and

7    double-check whether Article II is specified in

8    the indictment.

9           It came up at the motion-to-dismiss stage where we

10   talked about the Constitution.

11          THE COURT:  Right.

12          MR. NESTLER:  And Your Honor had asked some

13   specificity in the instructions about which portions of the

14   Constitution.

15          MR. PEED:  The indictment says, "12th and

16   20th Amendment to the Constitution and Title III,

17   Section 15, of the United States Code."

18          And of those three laws, the Court said the

19   20th Amendment was not a basis for the hindering or delaying

20   of the execution, which leaves the 12th -- which is about

21   the procedure on the 6th in Title III, Section 15, which is

22   also about the procedure.

23          THE COURT:  I now -- this is now jogging my memory

24   a little bit.

25          The issue came up because the government had

```
 1    worded the indictment to say "including."  And I think the
 2    issue then came up:  Well, this is Article II.  Is it a law
 3    that governs the transfer of power?
 4            And that's how this all came up.  So --
 5            MR. NESTLER:  Right.
 6            And we specified that it was.  Your Honor invited
 7    the defense to file a motion for a bill of particulars if
 8    they wanted more clarification.  They did not.  We specified
 9    on the record that we believed Article II, as amended by the
10    12th and 20th Amendments, was such a law.  And we proceeded
11    that theory ever since.
12            THE COURT:  Remind me.  Did we submit a version --
13    or did we submit Article II into evidence in this trial?
14            MR. NESTLER:  Yes.  Yes.  Article II was read into
15    evidence?
16            And specifically the two portions of Article II --
17            THE COURT:  Right.
18            MR. NESTLER:  -- which is when the President's
19    office ends, that the President must take the oath of office
20    before ascending to the presidency.  Those two provisions
21    are important.
22            THE COURT:  All right.  I'll take a look at it.
23            Okay.  Oh, I think I forgot to -- before we
24    conclude, I need to insert into these instructions the
25    instruction on summary exhibits and summary testimony that
```

```
 1   I gave after the -- you know, after the jury had been

 2   adjourned -- I mean, began deliberating.  And I tried to

 3   keep a better track of what those summary exhibits were in

 4   this case.  And so here's my list, and you all can tell me

 5   if your list differs in any way.

 6            So I have Exhibit 1557, which came through

 7   Agent Harris.

 8            1526, which was a GoToMeeting summary, also

 9   through Agent Harris.

10            1515.1 that came through Agent Ortega.  That's

11   what I have here.  I can't remember.

12            MR. SHIPLEY:  Lieutenant Ortega.

13            THE COURT:  Lieutenant Ortega, right.

14            1516 that came through Mr. Wickham.

15            1501.2, which came through Agent Hilgeman, which

16   was the travel to D.C.

17            6925, also through Hilgeman, which was Rhodes'

18   purchases, I think, on the way to D.C.

19            And then 1518, which is Hilgeman's summary of the

20   Comfort Inn records.

21            And then I have through Special Agent Abrams,

22   6740A, 1500.2, 1508, 1503.1, 1504, and 1505.

23            And then through Agent Cain or Examiner Cain,

24   I'm sorry, 30 -- I'm sorry, 9700 and 9704.

25            So just take a look at that.  That's my list.
```

```
 1    If you all have additions, subtractions, just let me know.

 2    And we can try and sort that out on Friday.

 3              MR. EDWARDS:  Yes, Your Honor.

 4              THE COURT:  All right.  Anything else?

 5              MS. HALIM:  Just a reminder about Government's

 6    Exhibit 4761, when we resume before the jury, that the

 7    corrected Slide 3 go in or full Slide 3, I should say.

 8              MS. HUGHES:  3 and 4.  It's going to be two

 9    slides.

10              MS. HALIM:  Okay.

11              THE COURT:  So just remind me.  We can do

12    that tomorrow.

13              MS. HALIM:  Okay.  Thank you.

14              THE COURT:  So that will be the first order of

15    business tomorrow.  I'll just ask Mr. Edwards or Ms. Hughes

16    to note that that exhibit is being introduced.

17              MS. HUGHES:  Yes, Your Honor.  We'll be prepared

18    to read that in.

19              MS. HALIM:  And then also follow-up on JH29, which

20    was the full video of which the government played an excerpt

21    in their Exhibit 6776.1.

22              Mr. Nestler said he wanted to look into that.

23              Do you have any objection to that?

24              MR. NESTLER:  No.  The full Jim Caviezel on

25    Fox News Ms. Halim played.  And I don't know if she moved it
```

4052

1    in or not, but she 106ed us and it's in.

2                MS. HALIM:  Yes.  I have a reason.  I have

3    a reason.

4                So will that be admitted, Your Honor?

5                THE COURT:  Yes.

6                MS. HALIM:  Okay.  Thank you.

7                THE COURT:  Okay.  Anything else?

8                All right.  So the plan of action is tomorrow,

9    we'll read this one exhibit into the record as part of the

10   Government's case.  I will then turn to Mr. Shipley,

11   Ms. Halim.  We'll find out about Mr. Moerschel's case

12   tomorrow.

13                And if Mr. Moerschel rests tomorrow, we'll turn to

14   you, Mr. Peed.  We'll call the agent.  And then we'll

15   adjourn for the day.

16                And as I said, I'd like to be able to inform the

17   jury later today whether to expect a short day or not.

18                Let me just say this.  If you need more time, let

19   me know.  I don't want that artificial deadline to suggest

20   some sort of -- that I'm coercing you -- a decision before

21   the time needs to be made.  So if you need more time, let

22   me know.

23                So we'll put the agent on in Mr. Peed's case, and

24   then we'll resume on Friday with the witnesses who are from

25   New York, Mr. Zimmerman and there's one other who I can't

1    remember.

2         And then we'll reconvene -- we'll take care of

3    loose ends up with instructions and verdict form on Friday.

4         Tuesday, we'll finish up Mr. Peed's case,

5    government rebuttal, and we'll probably have time to read

6    the instructions.  And then plan to close on Wednesday.

7         MR. NESTLER:  And you plan to do all of the

8    closings on Wednesday?  Do you think we can get it in done

9    in one day.

10         THE COURT:  I think that will depend on how long

11    you all want.  So we'll think about -- I'll ask you all to

12    obviously think about that, and then we'll discuss.  I think

13    we took two days last time.

14         MR. NESTLER:  We had more defendants, some of whom

15    were longer-winded.

16         THE COURT:  We had one defendant, and we'll

17    reserve judgment on long-windedness.

18         All right.  We'll see where we are.  Thanks,

19    everyone.  Have a good rest of the day.

20         COURTROOM DEPUTY:  All rise.

21         (Sealed, ex parte bench conference)

22    ███████████    ██████

23    ███████████    ███████

24    ██████████    ██████████████████████████

25    ███████████████████

4054



4055



4056



4057



4058



4059



4060



4061

(Proceedings concluded at 11:35 a.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 11, 2023____    

              William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 3979/2 3979/6 4033/11 4053/20

**MR. EDWARDS: [48]** 3982/21 3986/4 3987/19 3988/4 3988/7 3989/2 3989/11 3989/19 3995/3 3995/9 3996/11 3997/11 3997/15 3998/1 3998/24 4001/2 4002/11 4004/2 4004/16 4005/19 4006/12 4007/13 4008/12 4009/1 4014/12 4014/20 4016/8 4017/20 4017/23 4019/2 4021/10 4021/23 4022/9 4023/1 4024/1 4024/10 4028/21 4033/20 4034/7 4036/17 4036/19 4038/20 4040/12 4043/6 4043/8 4044/25 4045/7 4051/3

**MR. NESTLER: [25]** 3991/20 3991/23 3991/25 3992/11 3992/16 3992/19 3992/23 3996/2 4014/22 4015/6 4015/10 4016/11 4016/23 4017/2 4019/16 4025/18 4047/9 4048/6 4048/12 4049/5 4049/14 4049/18 4051/24 4053/7 4053/14

**MR. PEED: [117]**
**MR. SHIPLEY: [22]** 3982/5 3982/8 3983/1 3995/6 3999/4 4019/23 4020/17 4020/19 4020/22 4020/25 4021/9 4021/24 4022/14 4035/12 4035/24 4037/7 4037/18 4037/22 4038/8 4044/5 4045/9 4050/12

**MR. WEINBERG: [6]** 3981/17 3981/25 3999/12 3999/18 3999/22 3999/25

**MS. HALIM: [32]** 3980/8 3980/13 3980/16 3999/2 4013/4 4013/19 4013/21 4014/3 4014/5 4014/7 4014/11 4018/7 4018/15 4018/24 4019/3 4019/13 4024/25 4025/3 4026/6 4032/18 4033/7 4034/23 4035/11

4043/18 4043/19 4043/22 4051/5 4051/10 4051/13 4051/19 4052/2 4052/6

**MS. HUGHES: [2]** 4051/8 4051/17

**THE COURT: [206]**

**1**
**10 [1]** 4017/16
**100 absolute [1]** 4036/7
**100 percent [1]** 3981/18
**106ed [1]** 4052/1
**11 [4]** 4165/5 3979/10 4017/25 4062/7
**114 [1]** 4166/16
**1150 [1]** 4166/20
**11:00 [1]** 3994/18
**11:35 [1]** 4061/2
**12 [1]** 4047/22
**12th [5]** 4046/5 4047/17 4048/15 4048/20 4049/10
**12th Amendment [1]** 4040/15
**13 [1]** 4024/20
**1341 [1]** 4166/4
**14 [2]** 4024/22 4025/1
**15 [9]** 4165/4 3979/7 4024/22 4024/22 4036/21 4039/16 4040/16 4048/17 4048/21
**1500.2 [1]** 4050/22
**1501.2 [1]** 4050/15
**1503.1 [1]** 4050/22
**1504 [1]** 4050/22
**1505 [1]** 4050/22
**1508 [1]** 4050/22
**1515.1 [1]** 4050/10
**1516 [1]** 4050/14
**1518 [1]** 4050/19
**1526 [1]** 4050/8
**1532 [1]** 4166/11
**1557 [1]** 4050/6
**16 [1]** 4024/24
**17 [2]** 4026/12 4039/17
**1775 [1]** 4166/20
**18 [3]** 4165/7 4032/4 4039/17
**19 [1]** 4032/4
**19129 [1]** 4166/7
**1973 [1]** 3981/4
**1:00 [1]** 4044/3

**2**
**20 [2]** 4032/4 4047/23
**20006 [1]** 4166/9
**2005 [2]** 3981/11 3981/13
**202 [2]** 4165/18 4166/21
**2020 [1]** 3985/17
**2021 [1]** 3987/22
**2023 [2]** 4165/5 4062/7

**20th [5]** 4046/6
4046/11 4047/2
4047/17 4049/10
**20th Amendment [4]** 4028/9 4045/20
4048/16 4048/19
**21 [1]** 4032/4
**215-300-3229 [1]** 4166/8
**22 [1]** 4032/4
**22-15 [1]** 4165/4
**22-CR-15 [1]** 4036/21
**228-1341 [1]** 4166/4
**23 [1]** 4032/4
**239 [1]** 4166/12
**24 [4]** 4004/4 4006/1 4006/3 4032/5
**24 hours [1]** 4005/23
**24 hours earlier [1]** 4004/12
**25 [2]** 4032/5 4037/23
**252-7277 [1]** 4165/18
**26 [2]** 4032/5 4045/22
**265 [1]** 4166/15
**27 [1]** 4032/5
**28 [1]** 4032/5
**29 [3]** 4031/3 4032/5 4044/6

**3**
**3 U.S.C. 15 [2]** 4039/16 4040/16
**30 [2]** 3987/5 4050/24
**30 days [2]** 3987/7 3987/14
**3229 [1]** 4166/8
**337-9755 [1]** 4166/12
**33901 [1]** 4166/12
**33950 [1]** 4166/16
**34 [1]** 4032/6
**343 [1]** 3981/11
**3580 [1]** 4166/7
**399 F.3d 343 [1]** 3981/11
**3:00 [2]** 3999/15 4044/4

**4**
**404 [6]** 3987/23 3988/2 3988/3 3988/10 3988/17 3989/1
**46 [1]** 4032/15
**4761 [1]** 4051/6
**4:00 [4]** 3999/15 3999/18 4000/6 4014/14

**5**
**575-8000 [1]** 4166/17

**6**
**601 [1]** 4165/17
**638 [1]** 3981/5
**6740A [1]** 4050/22
**6776.1 [1]** 4051/21
**6925 [1]** 4050/17
**6th [28]** 3984/21 3985/4 3985/5 3986/7

4057/3 4165/15
4165/17 4165/24
3992/21 4004/4 4005/5
4005/8 4005/11
4005/25 4027/1
4027/11 4027/13
4027/19 4028/2
4030/11 4030/13
4030/21 4030/25
4030/25 4031/1
4046/23 4047/8
4047/10 4048/21

**7**
**7277 [1]** 4165/18
**745 [1]** 4166/3
**7th [5]** 4001/6 4002/12 4004/2 4004/3 4007/6

**8**
**8000 [1]** 4166/17
**808 [1]** 4166/4
**808Shipleylaw [1]** 4166/5

**9**
**919-9491 [1]** 4166/21
**941 [1]** 4166/17
**9491 [1]** 4166/21
**96734 [1]** 4166/4
**9700 [1]** 4050/24
**9704 [1]** 4050/24
**9755 [1]** 4166/12
**9:20 [1]** 3983/8
**9:30 [1]** 4165/6

**A**
**A. [1]** 3979/8
**a.m [3]** 4165/6 3994/18 4061/2
**ability [5]** 3993/13 4008/7 4009/9 4009/18 4027/13
**able [5]** 3996/17 4004/19 4008/6 4009/8 4052/16
**about [67]** 3979/25 3980/2 3982/14 3982/19 3984/1 3984/6 3987/7 3987/11 3988/13 3988/15 3988/16 3988/21 3989/8 3990/17 3992/9 3993/12 3993/12 3996/16 3996/24 4000/4 4000/25 4001/5 4001/16 4001/20 4002/2 4004/4 4004/19 4004/21 4007/1 4008/3 4008/7 4010/15 4015/17 4019/8 4021/25 4025/9 4025/16 4027/3 4027/8 4028/3 4028/9 4028/18 4028/25 4029/6 4030/6 4031/12 4031/14 4031/21 4033/18 4033/19 4038/2 4038/4 4039/12 4041/19 4042/21 4043/3

4045/18 4045/20
4046/22 4048/10
4048/13 4048/20
4048/22 4051/5
4052/11 4053/11
4053/12
**about timing [1]** 4007/1
**above [1]** 4062/4
**above-titled [1]** 4062/4
**Abrams [1]** 4050/21
**absence [1]** 4038/16
**absolute [1]** 4036/7
**absolutely [1]** 4041/16
**accordance [1]** 4045/20
**accordingly [1]** 3999/10
**account [1]** 4007/14
**accuracy [1]** 4021/7
**accurate [5]** 4024/13 4024/14 4047/15 4047/20 4048/3
**accused [1]** 3981/6
**achieved [1]** 4038/13
**acquaintance [1]** 3981/6
**acquittal [2]** 4034/9 4038/11
**acquitted [3]** 4033/25 4035/10 4036/14
**act [1]** 3988/11
**action [1]** 4052/8
**activity [1]** 4029/7
**acts [6]** 3988/4 3988/5 3988/6 3988/7 3988/8 3988/9
**actually [18]** 3986/13 3990/1 3990/6 3992/20 3993/13 3994/8 4000/1 4009/9 4011/11 4011/11 4016/3 4017/19 4018/7 4022/2 4038/20 4039/21 4040/8 4042/21
**additional [6]** 4014/23 4018/21 4025/17 4026/9 4043/6 4043/8
**additions [1]** 4051/1
**address [1]** 4036/18
**adds [2]** 4026/1 4046/14
**adjourn [1]** 4052/15
**adjourned [1]** 4050/2
**Administration [2]** 4027/4 4031/25
**admissible [3]** 3987/16 3988/11 3988/18
**admission [1]** 4021/21
**admit [2]** 4018/4 4018/13
**admitted [14]** 4006/20 4019/9 4019/10 4019/11 4020/15 4019/13 4021/14 4021/13 4021/14 4022/16 4022/23 4023/2 4023/10 4028/19 4028/20

4064

**admitted...** [1] 4052/4
**advised** [1] 3982/8
**affect** [1] 3980/18
**affecting** [1] 4009/9
**afraid** [1] 3993/16
**after** [15] 3994/12
4000/22 4012/12
4027/2 4027/11
4030/13 4031/1 4031/2
4031/6 4032/19
4032/21 4047/7
4047/18 4050/1 4050/1
**afternoon** [6] 3991/4
3999/1 3999/3 3999/5
4000/4 4000/23
**again** [7] 3992/12
4005/10 4017/8 4027/7
4032/8 4032/14 4036/6
**against** [5] 4019/9
4019/10 4019/12
4019/16 4026/10
**agent** [31] 3983/14
3986/19 3986/20
3994/10 3995/19
3996/16 3996/22
3996/25 3997/7 3997/8
3997/8 3997/8 3997/9
3997/10 3998/4 3998/6
4000/15 4001/5 4006/6
4006/19 4007/20
4017/22 4017/24
4050/7 4050/9 4050/10
4050/15 4050/21
4050/23 4052/14
4052/23
**Agent Banks** [1]
4017/24
**Agent Cain** [1]
4050/23
**Agent Harris** [2]
4050/7 4050/9
**Agent Hilgeman** [1]
4050/15
**Agent Ortega** [1]
4050/10
**Agent Palian** [3]
3996/25 3997/7
3997/10
**ago** [1] 4042/6
**agree** [6] 4031/14
4032/9 4035/2 4041/15
4042/22 4043/1
**agreed** [3] 3994/1
4042/7 4042/7
**agreeing** [1] 3993/8
**agreement** [2] 4011/3
4026/17
**agreements** [1]
4015/24
**agrees** [1] 4036/24
**aid** [1] 4020/1
**airplane** [1] 3991/3
**AL** [1] 4165/6
**albeit** [1] 4011/7
**Alexandra** [2] 4165/15
3979/12
**Alexandra Hughes** [1]

**all** [85] 3979/2 3979/18
3979/20 3980/7
3981/14 3982/1
3983/11 3983/16
3985/14 3987/12
3987/17 3990/21
3991/7 3991/14
3991/18 3991/20
3992/25 3993/23
3995/18 3996/7 3997/6
3997/16 3998/18
3998/24 4000/25
4001/1 4003/2 4006/14
4006/15 4006/24
4007/2 4007/10
4007/10 4008/17
4008/18 4009/2
4009/16 4011/23
4013/3 4014/1 4014/5
4014/13 4014/21
4015/1 4015/2 4015/12
4017/7 4017/12
4017/25 4019/3
4019/14 4021/14
4025/21 4026/6
4027/14 4029/7
4031/23 4031/24
4032/2 4032/4 4032/15
4032/17 4033/13
4036/1 4038/2 4038/10
4041/1 4041/14
4042/11 4043/4
4043/18 4045/11
4045/14 4047/7 4049/4
4049/22 4050/4 4051/1
4051/4 4052/8 4053/7
4053/11 4053/11
4053/18 4053/20
**All right** [4] 3997/6
4008/18 4014/5
4043/18
**allegation** [3] 4044/12
4044/13 4047/24
**alleged** [3] 4005/5
4005/6 4028/2
**alleges** [1] 4005/12
**allow** [1] 4005/16
**allowing** [1] 3991/5
**allows** [1] 4034/10
**already** [3] 4003/12
4031/5 4034/25
**also** [16] 3989/22
4009/8 4012/2 4014/14
4014/22 4016/13
4018/3 4020/10
4020/11 4041/2
4041/11 4046/14
4048/22 4050/8
4050/17 4051/19
**alternates** [1] 4033/9
**alternative** [3] 4019/21
4020/12 4020/14
**although** [2] 4005/2
4031/15
**altogether** [1] 4047/23
**always** [2] 3982/13
3988/5

4036/9
**ambiguity** [1] 4035/4
**ameliorated** [1]
4004/25
**amenable** [6] 3992/4
3992/20 3993/20
3993/24 4013/17
4026/5
**amended** [4] 4046/5
4046/19 4047/16
4049/9
**amendment** [14]
4022/2 4022/6 4025/6
4025/24 4026/1 4026/3
4028/9 4040/15
4045/20 4046/11
4047/22 4047/23
4048/16 4048/19
**Amendment 12** [1]
4047/22
**Amendment 20** [1]
4047/23
**amendments** [4]
4039/16 4046/6
4047/17 4049/19
**AMERICA** [3] 4165/3
3979/8 4046/5
**AMIT** [2] 4165/9 3979/3
**Amit P. Mehta** [1]
3979/3
**amount** [1] 3999/17
**Angela** [2] 4166/6
3979/15
**Angela Halim** [1]
3979/15
**angiehalim** [1] 4166/8
**annotated** [1] 3992/1
**another** [6] 3986/15
3988/18 3999/2 4012/9
4013/12 4014/22
**anticipate** [1] 3983/7
**anticipating** [1] 3991/7
**Antifa** [6] 4001/11
4001/16 4003/5
4003/13 4003/16
4003/25
**any** [27] 3983/7
3986/17 3987/24
3991/17 3995/15
3997/7 3997/8 4000/20
4002/8 4002/9 4006/18
4011/2 4016/10
4019/21 4026/20
4032/11 4039/18
4040/5 4040/5 4040/10
4040/18 4041/5 4043/3
4045/9 4046/14 4050/5
4051/23
**anybody** [4] 3981/19
3997/6 4012/11 4021/1
**anymore** [1] 4007/15
**anyone** [3] 4016/19
4018/11 4018/12
**anyone's** [1] 3995/11
**anything** [9] 3983/5
4002/25 4007/11
4025/3 4025/18

4051/4 4052/7
**apologize** [2] 3989/7
4045/15
**APPEARANCES** [2]
4165/13 4165/20
**appears** [1] 4044/15
**appellate** [1] 4036/20
**apply** [1] 4014/15
**appreciate** [4] 3980/22
3982/17 3999/25
4013/1
**appropriate** [2] 4016/1
4023/18
**are** [81] 3979/18
3979/22 3980/13
3981/9 3981/17
3983/13 3983/24
3983/25 3983/25
3984/1 3984/19
3984/21 3985/1
3986/14 3988/1 3988/1
3988/16 3990/9
3990/15 3990/17
3992/19 3992/25
3993/3 3993/22
3994/12 3994/13
3994/25 3995/16
3996/3 3996/12 3997/3
3997/12 3998/14
4001/23 4002/4 4003/4
4005/16 4013/6 4014/4
4014/6 4015/2 4016/5
4016/17 4017/8
4018/19 4020/15
4020/17 4020/19
4021/17 4022/11
4022/20 4022/24
4024/4 4024/14
4025/10 4028/3
4028/16 4030/23
4030/25 4031/22
4036/4 4036/10 4038/5
4038/5 4038/16
4039/23 4039/24
4041/10 4041/11
4041/11 4042/4
4042/15 4042/24
4043/12 4045/8
4045/21 4046/2
4046/16 4049/21
4052/24 4053/18
**area** [1] 3992/8
**aren't** [1] 4019/25
**arguing** [1] 4040/24
**argument** [3] 4032/1
4032/2 4036/12
**arguments** [1] 4033/22
**Arizona** [9] 3984/1
3990/12 3990/15
3994/11 3994/11
3994/21 3995/22
3996/3 4000/20
**around** [2] 4010/19
4034/19 4041/25
**arrested** [1] 4004/21
**article** [16] 4004/21
4045/18 4046/4

4024/4 4046/25
4047/12 4047/16
4047/22 4047/22
4048/4 4048/7 4049/2
4049/9 4049/13
4049/14 4049/16
**Article II** [14] 4045/18
4046/4 4046/24
4046/25 4047/12
4047/16 4047/22
4048/4 4048/7 4049/2
4049/9 4049/13
4049/14 4049/16
**articles** [1] 4004/18
**articulated** [1] 3988/23
**artificial** [1] 4052/19
**as** [83] 3980/13
3980/22 3981/12
3981/18 3982/25
3984/5 3986/5 3988/18
3989/24 3990/5 3991/2
3991/2 3992/5 3992/5
3993/17 3995/17
3996/19 3998/2 3998/7
3998/7 3999/7 3999/7
3999/9 4002/4 4002/9
4002/9 4002/12
4003/15 4004/23
4004/23 4005/12
4005/18 4005/25
4007/5 4007/7 4008/24
4008/25 4013/5
4013/14 4018/25
4020/11 4022/16
4024/13 4024/17
4027/19 4027/21
4028/2 4030/13 4031/8
4032/13 4033/16
4033/22 4034/21
4035/2 4035/17
4035/22 4036/8 4036/9
4036/10 4036/10
4038/6 4038/9 4038/11
4038/14 4039/15
4039/20 4039/23
4040/20 4040/23
4042/1 4042/9 4042/9
4042/23 4042/25
4042/3 4043/10 4044/7
4046/5 4046/19
4047/16 4049/9 4052/9
4052/16
**ascending** [1] 4049/20
**aside** [1] 3990/4
**ask** [13] 3982/21
3984/10 3986/20
3993/4 3993/19
4020/10 4035/1 4035/5
4035/6 4040/3 4040/6
4051/16 4053/11
**asked** [7] 3980/6
3984/5 3993/15
3993/16 4025/9
4025/12 4048/12
**asking** [4] 3996/18
4009/1 4035/22
4040/21
**assaulting** [1] 4039/9

4065

**A**

**assertion [1]** 4012/13
**assistance [1]** 4012/20
**assume [4]** 3995/18
3996/8 3997/7 4002/7
**assure [1]** 4012/23
**attempt [2]** 4028/13
4034/7
**attic [1]** 4025/10
**ATTORNEY'S [1]**
4165/16
**audio [7]** 4020/15
4020/20 4022/21
4023/8 4023/9 4023/10
4024/7
**August [6]** 3985/17
3986/9 3986/17
3987/20 3989/14
4043/16
**authenticate [3]**
3983/18 3984/13
3997/2
**authenticator [1]**
3995/12
**authority [10]** 4026/18
4027/10 4027/18
4027/22 4027/23
4028/7 4029/25
4033/15 4042/2 4047/5
**available [5]** 3997/7
3997/22 3998/8
3998/10 4007/17
**Avenue [1]** 4166/15
**avoid [1]** 4036/12
**awaiting [1]** 4029/5
**aware [2]** 3997/16
4033/22

**B**

**back [34]** 3981/12
3982/19 3987/3 3992/3
3998/19 4000/3
4000/17 4010/20
4016/3 4017/4 4017/12
4020/4 4020/6 4020/11
4020/12 4021/5 4021/6
4021/19 4023/11
4023/14 4023/22
4023/24 4025/23
4025/25 4031/11
4031/17 4037/10
4043/16 4043/20
4043/22 4045/7
4045/16 4045/23
4046/8
**background [1]**
3985/22
**bad [1]** 3988/6
**Banks [2]** 4017/22
4017/24
**based [3]** 4023/4
4030/9 4045/16
**basically [2]** 3985/21
4002/15
**basis [8]** 3993/9
3993/25 4005/14
4032/8 4032/9 4032/13
4041/6 4048/19

bathroom [1] 4021/15
4010/16 4011/6
4011/10
**be [128]**
**Bear [1]** 4019/5
**became [1]** 4037/11
**because [30]** 3984/25
3985/10 3987/4 3992/6
3992/20 3993/25
3994/7 3997/20
3998/11 4001/4
4001/24 4005/4 4006/2
4008/3 4008/10 4010/3
4012/23 4014/16
4016/12 4021/5
4021/21 4028/2 4028/8
4030/21 4030/24
4036/15 4037/14
4041/17 4043/20
4048/25
**become [3]** 4046/7
4047/2 4047/19
**becomes [1]** 4033/18
**been [12]** 3982/19
3994/24 4008/2 4009/7
4011/3 4021/13
4031/13 4034/3
4038/18 4041/19
4043/14 4050/1
**before [22]** 4165/9
3980/4 3988/24
3993/18 3995/7
3999/13 4000/11
4001/21 4007/11
4009/16 4011/18
4011/21 4013/23
4017/13 4022/2 4022/3
4033/2 4036/20
4049/20 4049/23
4051/6 4052/20
**began [1]** 4050/2
**begin [1]** 4000/24
**beginning [1]** 4015/14
**begins [1]** 4002/22
**behalf [1]** 3980/11
**being [8]** 3987/3
3993/8 4004/19 4005/9
4028/18 4044/8
4045/20 4051/16
**believe [9]** 3986/9
3987/6 4005/24
4018/16 4019/12
4024/8 4046/21 4047/9
4047/25
**believed [4]** 3985/9
3985/10 3987/14
4049/9
**bench [1]** 4053/21
4050/23 4050/23
**beneficial [1]** 4009/11
**benefit [1]** 4009/12
**Berry [1]** 4018/4
**best [2]** 3994/6 4029/8
**better [3]** 4019/7
4041/23 4050/3
**between [5]** 3981/1
3996/21 3997/17
4005/24 4040/1
**beyond [1]** 3998/15

**Biden [3]** 4027/4
4031/24 4047/6
**big [3]** 4001/14
4010/21 4011/5
**bill [1]** 4049/7
**bins [12]** 3984/22
3985/4 3985/13 3986/6
3986/10 3986/17
3987/11 3987/21
3987/22 3987/25
3989/15 3990/1
**bit [10]** 3982/11 3984/2
3998/12 4004/5
4004/25 4037/13
4038/4 4044/4 4048/2
4048/24
**black [2]** 4029/10
4031/24
**board [2]** 4010/21
4011/5
**both [15]** 3994/23
4022/8 4022/20
4022/24 4027/22
4033/19 4034/9
4034/10 4034/14
4034/20 4034/21
4035/23 4036/8
4036/16 4036/18
**box [3]** 4166/3 4031/2
4033/24
**breaking [2]** 4001/11
4003/13
**brief [1]** 3991/19
**bring [3]** 3987/9
3995/22 3998/4
**brings [1]** 4013/6
**brought [12]** 3984/21
3985/4 3985/5 3985/10
3985/13 3987/5
3987/13 3987/17
4030/6 4031/16
4036/17 4036/19
**BROWN [2]** 4166/11
4166/14
**bsrlegal.com [2]**
4166/13 4166/17
**building [2]** 4002/24
4003/9
**burden [1]** 4034/1
**business [2]** 4000/11
4051/15
**button [1]** 4044/1

**C**

C-o-u-m-a-r-i-s [1]
3981/11
**Cain [3]** 4017/21
4050/23 4050/23
**Caldwell [1]** 4010/12
**Caldwell's [1]** 4044/21
**calendar [1]** 4044/3
**call [12]** 3983/20
3984/4 3990/9 3994/5
3995/14 4000/14
4008/9 4011/14
4016/25 4017/3 4017/5
4052/14

called [1] 4032/24
**calling [5]** 3982/24
3983/5 4008/19 4012/4
4016/17
**calls [4]** 4008/14
4011/24 4013/11
4016/12
**came [18]** 3984/5
4001/5 4003/12
4010/16 4010/20
4010/24 4011/5
4019/13 4025/23
4028/23 4048/9
4048/25 4049/2 4049/4
4050/6 4050/10
4050/14 4050/15
**camp [7]** 3985/11
3985/12 3985/15
3985/22 3985/24
3987/16 3987/18
**campground [4]**
3985/9 3985/21
3987/14 3987/16
**campgrounds [1]**
3987/18
**can [71]** 3980/9
3981/22 3983/2 3984/7
3984/24 3986/21
3986/23 3986/23
3986/24 3990/21
3990/24 3990/24
3991/3 3991/11
3991/15 3993/23
3994/4 3994/9 3994/13
3995/22 3996/15
3997/1 3997/15
3998/19 3999/10
3999/17 3999/22
4000/18 4000/25
4001/20 4002/8 4002/9
4006/17 4008/15
4010/1 4011/17
4012/23 4014/12
4014/14 4014/16
4016/20 4020/2
4022/10 4023/14
4025/12 4028/10
4031/18 4032/25
4034/3 4034/9 4034/10
4035/21 4036/11
4037/15 4039/13
4041/14 4041/21
4042/9 4042/12
4042/17 4043/1
4043/22 4045/7
4046/25 4047/13
4047/13 4047/23
4050/4 4051/2 4051/11
4053/8
**can't [8]** 3996/9
3998/11 4027/16
4028/17 4041/24
4046/10 4050/11
4052/25
**Capitol [15]** 4001/9
4001/19 4001/20
4002/23 4002/24
4003/8 4003/9 4003/15

called [1] 4032/24
4003/24 4010/14
4031/7 4039/8 4041/18
**Capitol Building [1]**
4003/9
**care [2]** 4043/4 4053/2
**career [1]** 4037/15
**careful [2]** 4004/7
4037/11
**carefully [1]** 4044/17
**Carolina [3]** 3984/3
3991/18 3994/9
**Carter [1]** 3996/6
**case [42]** 3979/7
3980/11 3981/3
3981/10 3981/13
3983/12 3988/22
3988/22 3991/1
3991/11 3994/17
3995/23 3998/7
3998/22 4000/21
4001/14 4005/3
4006/14 4006/16
4006/19 4006/20
4008/16 4013/12
4013/18 4024/3 4024/9
4026/24 4032/13
4032/16 4035/15
4036/9 4036/21 4037/7
4037/13 4037/20
4038/3 4047/24 4050/4
4052/10 4052/11
4052/23 4053/4
**Case No. 22-15 [1]**
3979/7
**cases [6]** 3980/6
3980/19 3980/24
3997/19 3999/5 4036/2
**caught [1]** 3982/11
**Caviezel [1]** 4051/24
**cell [1]** 4029/4
**cell phone [1]** 4029/4
**certainly [6]** 3987/24
3996/9 4005/14
4030/14 4039/25
4047/24
**certainty [2]** 3996/19
3998/5
**certification [2]**
4030/18 4039/11
**certify [1]** 4062/2
**cetera [1]** 3988/20
**chagrin [1]** 4019/13
**chance [1]** 4043/19
**change [7]** 3981/20
3983/3 3995/17
3997/17 4016/24
4017/4 4037/1
**character [7]** 3980/5
3981/2 3983/4 3988/12
3994/22 3996/5
4017/16
**charged [6]** 4031/8
4034/24 4035/14
4037/11 4038/6 4044/8
**charges [3]** 4026/15
4026/16 4044/10
**charging [1]** 4035/17

**C**

chat [1] 4004/19
chats [1] 3987/9
check [10] 4018/16
  4031/2 4034/9 4034/9
  4034/13 4034/14
  4036/15 4036/16
  4045/13 4048/7
checked [1] 4033/24
checks [1] 4035/9
Chi [1] 4029/11
Chi-Com [1] 4029/11
circled [1] 3987/3
circuit [7] 3981/13
  4037/14 4037/16
  4037/19 4037/22
  4037/23 4039/13
circuits [1] 4037/16
circumstance [1]
  4035/19
circumstances [1]
  4030/8
cited [1] 3981/3
cites [1] 3981/12
city [1] 3989/15
civilian [1] 3990/8
clarification [1]
  3982/22 3989/6 4049/8
clarify [3] 3982/23
  4007/13 4016/8
clarity [1] 4036/7
  4042/9
clause [2] 4046/17
  4046/19
cleaned [1] 3987/8
clear [12] 3982/5
  3992/16 4015/16
  4016/11 4034/8
  4034/11 4039/15
  4039/23 4040/22
  4041/10 4042/11
  4042/15
clearer [1] 4008/2
clearly [2] 3981/4
  4038/13
client [5] 3982/10
  3982/14 3982/15
  4013/6 4029/5
clients [1] 4013/17
CLINTON [1] 4166/19
clintonpeed.com [1]
  4166/22
close [5] 3982/14
  4007/20 4041/7
  4045/19 4053/6
closely [1] 4048/3
closer [1] 4013/6
closing [4] 4003/19
  4019/24 4020/9 4021/1
closings [2] 4000/24
  4053/8
clouded [1] 4009/22
co [1] 3982/8
co-counsel [1] 3982/8
coast [2] 3988/1
  3994/14
Cobb [1] 3999/3
Code [1] 4048/17

coercing [1] 4052/20
COLUMBIA [1] 4165/1
Com [1] 4029/11
come [12] 3984/10
  3986/11 3986/15
  3987/8 3993/19
  3998/19 4000/17
  4013/14 4016/6
  4018/23 4021/3
  4042/12
comes [4] 3986/5
  3987/11 3993/10
  4016/5
comfort [2] 4041/15
  4050/20
Comfort Inn [1]
  4050/20
comfortable [1] 4043/2
coming [9] 3985/9
  3985/22 3985/23
  3999/3 4002/12
  4005/21 4005/21
  4028/21 4037/19
committed [1] 4011/18
community [1] 3981/6
compatriots [1]
  4012/14
competing [7] 4019/21
  4021/7 4021/15
  4022/11 4023/5
  4023/25 4024/3
completely [1] 4004/10
completeness [3]
  4002/1 4002/3 4005/17
complicated [1]
  3982/18
concern [7] 4001/22
  4004/25 4039/10
  4039/14 4041/16
  4042/16 4046/8
concerns [1] 4024/20
conclude [2] 4027/17
  4049/24
concluded [1] 4061/2
conclusions [2]
  4031/19 4034/12
concrete [2] 4013/15
  4027/11
concur [1] 4023/15
condition [1] 4009/18
conditional [1]
  4008/12
conference [4] 3999/2
  4032/23 4033/2
  4053/21
confess [1] 4044/17
confirm [1] 4019/20
confront [1] 4037/10
confusing [1] 4028/3
confusion [5] 4034/13
  4035/3 4040/1 4043/3
  4046/14
Congress [2] 4042/5
  4043/11
connecting [2]
  3987/25 4029/24
connection [2]
  3986/18 4044/21

coming [M] 4053/20
4166/13
consequence [1]
  4013/14
consider [3] 4005/18
  4032/25 4041/16
considered [4]
  4010/25 4034/17
  4036/20 4037/3
conspiracies [2]
  4037/8 4037/11
conspiracy [18]
  4005/4 4005/5 4011/18
  4011/20 4026/15
  4026/16 4026/25
  4028/13 4030/10
  4030/19 4030/21
  4031/7 4032/6 4034/25
  4036/2 4036/5 4038/5
  4045/16
conspirator [1]
  4010/25
conspiratorial [1]
  4011/3
conspire [2] 4030/19
  4047/13
conspired [1] 4041/14
Constitution [5]
  4046/5 4047/16
  4048/10 4048/14
  4048/16
consult [1] 4043/22
contact [1] 4009/2
contemplating [1]
  3995/10
context [7] 3985/7
  3985/19 3985/20
  4001/18 4003/24
  4006/12 4042/5
contexts [1] 4002/17
continue [4] 3990/25
  3998/11 4002/11
  4028/13
continued [6] 4166/1
  4005/6 4030/11 4031/8
  4031/14 4031/14
continues [1] 4005/7
continuing [1] 4005/12
conversation [4]
  4029/15 4030/4 4030/5
  4045/17
conversations [1]
  3982/10
convict [1] 4036/11
convicted [1] 4030/15
conviction [4] 4018/23
  4019/1 4035/8 4038/11
cook [3] 3985/24
  3987/15 3987/16
cooperative [1]
  4008/23
cooperators [1]
  4016/12
correct [3] 3992/14
  4045/3 4062/3
corrected [1] 4051/7
could [34] 3980/8
  3984/4 3984/15 3985/3

could [M] 4165/2
3991/9 3991/10
3994/15 3995/17
3997/17 3998/3 3998/4
3998/4 3998/24
3999/13 4011/3 4012/2
4012/8 4012/11
4012/20 4016/8 4017/3
4023/20 4024/25
4027/17 4027/20
4030/9 4032/16
4034/17 4040/22
4043/19 4048/2
couldn't [1] 4030/20
Coumaris [1] 3981/10
counsel [8] 3982/8
3995/16 3998/14
4015/8 4025/20 4028/9
4035/6 4042/1
count [10] 4005/6
4018/25 4026/15
4031/8 4035/14
4035/17 4035/18
4038/6 4039/24
4045/12
Count 1 [3] 4005/6
4026/15 4031/8
counts [1] 4044/19
couple [4] 3980/6
3983/13 3983/19
4024/22
course [3] 3998/25
4034/2 4042/4
court [20] 4165/1
3979/2 3980/19
3980/20 3983/3
3983/25 3985/3
4001/25 4002/8
4007/21 4008/21
4008/21 4010/1
4025/16 4025/23
4031/9 4033/22 4035/3
4046/10 4048/18
Court's [5] 3998/25
4022/24 4030/18
4045/19 4046/12
courtroom [1] 3979/19
cover [3] 4022/18
4023/12 4023/21
4024/17
coverage [4] 4022/19
4023/12 4023/21
4024/17
covered [1] 4037/24
covers [1] 3988/3
CR [2] 4165/4 4036/21
Cramer [2] 4009/2
4014/16
create [1] 4002/1
created [1] 4035/18
creates [3] 4013/16
4036/25 4046/13
creating [1] 4036/25
crept [1] 3998/13
Crime [1] 4018/23
crime, [1] 3988/11
crime, wrong [1]
3988/11
criminal [4] 3979/7

3988/18 3988/21
3988/22
cross [8] 3980/5
3992/23 4006/5
4006/17 4006/19
4009/14 4013/13
4018/24
cross-examination [3]
3980/5 4009/14
4013/13
cross-examine [1]
4006/17
cross-examining [1]
4006/19
crossroad [1] 4035/14
CRR [2] 4062/2 4062/8
Cummings [12]
3992/17 3993/2 3993/4
4007/15 4010/9
4011/24 4012/3 4014/9
4014/15 4014/18
4015/9 4015/10
cumulativeness [1]
4006/23

**D**

D.C [11] 4165/5
4165/17 4166/21
3988/1 3990/10 3992/8
3992/20 4030/3
4037/16 4050/16
4050/18
D.C. [1] 4037/19
D.C. Circuit [1]
4037/19
dark [3] 3997/21
3997/22 3998/9
Date [1] 4062/7
David [2] 4166/10
3979/9
David Moerschel [1]
3979/9
day [20] 4165/7
3979/24 3985/20
3991/12 3991/16
3994/15 3996/10
3998/21 3998/24
4000/11 4000/13
4000/16 4000/16
4012/13 4052/15
4052/17 4053/9
4053/19
days [6] 3987/5 3987/7
3987/14 4030/5
4037/10 4053/13
deadline [4] 3999/13
4014/14 4026/11
4052/19
deal [2] 4005/3
4034/16
dealt [1] 4038/23
debated [1] 4047/11
decide [3] 4008/19
4010/15 4029/17
decided [1] 4034/15
decides [1] 4015/22
decision [8] 3981/12

**D**

**decision... [7]** 3981/23 3982/16 4008/24 4024/13 4035/22 4038/9 4052/20

**decision-making [1]** 3982/16

**decisions [2]** 3982/12 4010/23

**declare [1]** 4029/12

**defendant [26]** 4166/2 4166/6 4166/10 4166/18 3979/8 3979/9 3979/9 3979/10 3979/14 3979/15 3979/16 3979/17 4013/11 4013/12 4013/15 4015/8 4015/25 4015/25 4016/1 4016/20 4017/14 4017/14 4017/16 4031/10 4038/17 4053/16

**Defendant 11 [1]** 3979/10

**Defendant 7 [1]** 3979/9

**Defendant 8 [1]** 3979/9

**Defendant Hackett [1]** 3979/15

**Defendant Minuta [1]** 3979/14

**Defendant Moerschel [1]** 3979/16

**Defendant No. 6 [1]** 3979/8

**Defendant Vallejo [1]** 3979/17

**defendants [10]** 4165/7 3979/18 4016/2 4016/6 4016/17 4019/17 4026/16 4028/17 4047/13 4053/14

**defense [24]** 3980/11 3983/12 3989/9 3990/25 3995/15 4011/8 4016/13 4017/2 4019/20 4021/14 4022/17 4025/19 4025/22 4025/25 4026/2 4026/4 4028/9 4032/15 4033/23 4035/6 4041/25 4042/1 4042/20 4049/7

**define [2]** 4041/10 4042/14

**defined [1]** 4039/16

**definitely [2]** 3983/21 4026/7

**definitions [1]** 4042/23

**delay [4]** 4026/19 4040/2 4046/22 4047/14

**delayed [2]** 4046/11 4047/23

**delaying [1]** 4048/19

**deleted [1]** 4018/9

**deleting [2]** 4044/8

**deliberating [1]** 4050/2

**demonstratives [2]** 4021/12 4021/17

**depend [2]** 4017/17 4053/10

**depending [3]** 4000/22 4015/21 4033/3

**depends [1]** 3981/23

**describing [1]** 4003/14

**detail [1]** 4031/15

**determination [3]** 3983/21 4023/17 4024/7

**determine [1]** 4009/12

**determined [2]** 4015/21 4017/15

**determining [1]** 4012/24

**dictionary [1]** 4042/22

**did [25]** 3984/5 3986/16 3986/16 4012/14 4012/19 4014/17 4014/20 4016/13 4017/19 4017/21 4018/17 4018/13 4018/15 4019/7 4020/7 4020/16 4020/22 4023/14 4030/16 4034/19 4035/15 4037/10 4049/8 4049/12 4049/13

**didn't [18]** 3980/20 3981/1 3987/24 4011/11 4011/13 4013/13 4021/1 4021/2 4023/8 4023/8 4025/10 4025/24 4032/3 4035/6 4035/7 4036/15 4042/22 4044/17

**difference [3]** 4021/13 4023/12 4024/6

**different [14]** 3980/24 3989/15 3989/15 3989/19 3992/24 3993/4 4001/23 4005/1 4023/17 4024/5 4024/12 4024/12 4029/16 4040/14

**differs [1]** 4050/5

**difficult [1]** 3997/18 4005/3

**difficulty [1]** 3994/10

**direct [1]** 3986/12

**disagree [3]** 4031/4 4031/5 4045/5

**disagrees [1]** 4031/9

**disbelieved [1]** 3981/7

**discard [2]** 4044/23 4044/24

**discarded [1]** 4044/10

**discretion [1]** 4020/6

**discuss [2]** 3984/15 4003/4 4018/12 4053/12

**discussed [2]** 3982/14 4002/4

**discussing [1]** 4003/22 4008/3

**discussion [3]** 3979/25 4003/22 4008/3

**discussions [1]** 4041/25

**dismiss [2]** 4047/12 4048/9

**disposition [1]** 3988/14

**dispute [1]** 4042/10

**disregard [1]** 4042/17

**dissembling [1]** 4001/15

**distinction [1]** 3981/1

**district [5]** 4165/1 4165/1 4165/10 4020/5 4037/20

**districts [1]** 4037/23

**do [53]** 3980/20 3980/23 3983/15 3986/21 3986/25 3987/21 3988/24 3990/6 3990/6 3993/9 3994/6 3994/9 3995/18 3996/20 3997/9 3997/15 3997/19 3998/18 4002/25 4003/2 4005/19 4005/20 4006/6 4007/4 4007/11 4008/10 4009/3 4009/23 4013/23 4020/7 4020/9 4020/10 4021/5 4022/10 4024/15 4024/15 4024/18 4027/7 4030/19 4032/21 4033/18 4033/18 4034/7 4034/14 4036/7 4037/12 4037/17 4038/10 4043/24 4051/11 4051/23 4053/7 4053/8

**Do you have [2]** 3980/23 4051/23

**document [1]** 4041/5

**documents [5]** 3983/13 3983/23 3996/25 4007/19 4024/20

**does [11]** 3981/25 3982/4 3982/22 3983/11 3987/18 4000/13 4004/3 4016/20 4017/2 4018/25 4019/21 **doesn't [10]** 3980/9 3983/15 3997/6 4004/11 4007/16 4013/12 4026/4 4034/12 4040/23 4045/5

**doing [10]** 3986/7 3986/10 3987/20 3989/14 3992/3 4001/13 4003/11 4003/16 4027/25 4035/14

**domestic [1]** 4041/25

**don't [74]** 3980/23 3982/20 3983/4 3983/7 3984/18 3986/13 3988/2 3989/2 3989/7 3989/17 3990/19 3990/20 3993/24 3994/16 3995/5 3995/14 3996/14 3996/16 3997/12 3997/20 3998/19 3998/25 4000/2 4000/4 4002/6 4002/7 4005/20 4006/17 4006/21 4006/23 4008/9 4009/22 4009/23 4010/11 4011/8 4011/15 4012/8 4013/8 4013/23 4015/1 4016/9 4021/16 4021/17 4023/1 4023/7 4023/9 4023/23 4024/18 4028/19 4028/21 4028/23 4030/17 4031/1 4031/2 4031/11 4034/14 4034/15 4038/9 4038/24 4039/19 4040/20 4041/4 4043/16 4043/17 4044/6 4045/12 4046/13 4046/14 4047/9 4051/25 4052/19

**done [7]** 3980/9 3991/15 3994/16 3994/18 4033/25 4039/18 4053/18

**Donna [1]** 4001/9

**Donna Hancock [1]** 4001/9

**door [1]** 4018/5

**double [2]** 4045/13 4048/7

**double-check [2]** 4045/13 4048/7

**doubt [2]** 4034/4 4038/19

**down [5]** 3984/10 4010/20 4011/6 4034/17 4037/11

**draft [2]** 4032/22 4032/24

**draw [3]** 4012/2 4031/18 4034/14

**drawn [1]** 4042/5

**DUI [1]** 4018/24

**duties [1]** 4043/12

**E**

**each [2]** 3991/14 4044/18

**earlier [2]** 4004/12 4006/3

**early [3]** 3998/23 4004/22 4008/8

**easier [1]** 4002/20

**east [1]** 3994/14

**edits [1]** 4026/10

**Edward [2]** 4166/19 3979/10

**Edward Vallejo [1]** 3979/10

**Edwards [6]** 4165/16 3979/12 3986/3 4004/1 4015/14 4051/15

**efficiently [1]** 3998/7

**either [9]** 4001/15 4008/7 4009/23 4016/25 4018/19 4024/14 4034/19 4037/16 4040/21

**election [4]** 4027/1 4028/3 4035/12 4035/19

**element [1]** 3989/21 4038/18

**eliminate [1]** 3980/9

**else [4]** 3995/12 4007/11 4051/4 4052/7

**elsewhere [1]** 4026/13

**Email [7]** 4165/18 4165/19 4166/5 4166/8 4166/13 4166/17 4166/22

**encountered [1]** 4037/9

**end [7]** 3979/25 3980/14 3982/20 4000/11 4005/8 4006/13 4026/22

**ended [1]** 4005/5

**ends [2]** 3980/2 4049/19 4053/3

**enough [2]** 3982/1 4021/24

**enter [1]** 4003/13

**entered [1]** 4026/16

**entering [1]** 4011/21

**entirely [1]** 4012/9

**epiphany [1]** 3983/2

**episode [2]** 4009/9 4009/21

**especially [4]** 4012/18 4016/13 4025/6 4025/19

**establish [2]** 4008/11 4011/16

**established [1]** 4029/12

**estimates [1]** 3998/14

**et [2]** 4165/6 3988/20

**et cetera [1]** 3988/20

**evaluate [3]** 3993/13 3994/2 4021/6

**Evaluation [2]** 4017/25 4018/3

**even [8]** 3984/12 3987/13 3989/17 3993/5 4011/23 4028/24 4031/1 4040/3 4032/11 4039/18

**event [7]** 3986/9 3989/15 3989/18 3989/19 4028/4 4032/11 4039/18

**events [9]** 3981/7

**events... [8]** 3981/8
3981/8 3986/14 3988/1
4005/11 4028/2
4030/21 4031/6
**ever [2]** 4041/22
4049/11
**every [1]** 4038/10
**everybody [7]** 3979/21
3982/6 3994/5 4010/17
4010/24 4025/19
4033/4
**everyone [8]** 3979/5
3979/20 3995/12
3997/3 4019/5 4032/20
4032/22 4053/19
**everything [5]** 3984/23
4005/22 4005/23
4027/2 4037/23
**everything, [1]** 4043/5
**everything, right [1]**
4043/5
**evidence [44]** 3979/22
3981/2 3981/2 3983/7
3983/21 3984/19
3985/8 3986/8 3986/12
3987/3 3987/5 3987/21
3988/10 3988/17
3988/17 3998/16
4003/12 4005/23
4006/15 4006/20
4006/20 4013/16
4019/6 4021/18
4021/22 4023/9
4024/15 4026/25
4027/12 4028/16
4028/22 4028/24
4029/4 4029/19
4029/24 4030/9
4030/12 4030/13
4031/6 4031/13
4033/16 4047/25
4049/13 4049/15
**evidentiary [3]** 3993/9
4001/3 4005/14
**ex [2]** 4014/23 4053/21
**ex-parte [1]** 4014/23
**exactly [4]** 3981/21
3988/14 4009/17
4010/11
**examination [3]**
3980/5 4009/14
4013/13
**examine [1]** 4006/17
**Examiner [1]** 4050/23
**Examiner Cain [1]**
4050/23
**examining [1]** 4006/19
**example [2]** 3986/5
4030/22
**excerpt [1]** 4051/20
**exculpatory [1]**
4001/25
**excuse [2]** 4004/14
4019/10
**executing [2]** 4028/10
4046/10
**execution [10]** 4026/20

**feeding [1]** 3985/11
**fellow [1]** 3998/13
**FERC [1]** 4038/11
**festival [3]** 3985/21
3985/25 3989/20
**few [3]** 3980/2 3997/2
3997/2 4030/5
**figure [3]** 3986/20
3990/24 3996/13
3997/12 3997/18
4001/10 4007/16
4008/13 4008/16
4009/24 4010/2
4018/19 4022/11
**figuring [1]** 4045/4
**file [1]** 4049/7
**files [1]** 4044/8
**fill [4]** 3996/17 4008/17
4015/24 4016/1
**final [4]** 3983/20
4025/7 4032/23 4033/2
**finalized [1]** 4017/13
**Finally [1]** 4046/4
**find [6]** 4009/17 4037/8
4038/16 4038/16
4038/17 4052/11
**finding [3]** 4004/19
4030/23 4030/25
**finds [1]** 4035/9
**fine [7]** 3999/24 4000/7
4002/5 4021/9 4022/14
4026/10 4043/1
**finish [2]** 3991/11
4053/4
**firearm [1]** 4026/3
**firearms [5]** 4024/25
4025/6 4029/22
4029/25 4030/3
**fired [2]** 4028/18
**firm [2]** 3990/5 4017/12
**first [15]** 3986/19
3992/2 4004/21
4016/13 4020/7
4025/20 4026/15
4033/20 4033/23
4034/19 4035/2
4040/21 4044/4 4045/8
4051/14
**five [1]** 4008/10
**FL [2]** 4166/12 4166/16
**flag [2]** 4023/19
4025/15
**flagging [1]** 4014/7
**flexibility [1]** 3998/12
**flights [1]** 3991/5
**fly [1]** 4009/8
**focused [1]** 3989/16
**folks [4]** 3994/25
3995/22 4009/6 4015/2
**follow [3]** 4040/7
4040/8 4051/19
**follow-up [1]** 4051/19
**followed [2]** 3986/6
4022/4
**food [5]** 3985/10
3987/5 3987/7 3987/11
3987/14
**foot [1]** 4009/5

**footnote [3]** 4025/2
4038/21 4040/15
**force [7]** 4025/7
4026/18 4026/19
4027/18 4028/7
4033/15 4035/16
**forcibly [1]** 4027/10
**forego [1]** 4014/18
**foregoing [1]** 4062/3
**forgetting [1]** 4030/4
**forgot [1]** 4049/23
**form [13]** 3980/3
4011/18 4030/23
4033/13 4035/2
4035/20 4036/22
4036/24 4037/2
4041/12 4041/20
4042/17 4053/3
**formal [1]** 4021/20
**formally [1]** 4021/21
**Fort [1]** 4166/12
**forth [3]** 3982/19
4025/25 4031/12
**forward [3]** 3986/24
3990/17
**found [4]** 4025/9
4026/13 4034/3
4037/18
**four [2]** 3979/18
3991/14
**Fox [1]** 4051/25
**Fox News [1]** 4051/25
**Friday [27]** 3984/5
3984/24 3984/25
3991/9 3994/5 3994/10
3994/13 3994/15
3995/17 3995/18
3996/14 3997/17
3997/21 3997/24
3998/8 3998/10
3998/16 3998/22
3998/24 3999/3
4000/17 4032/17
4032/24 4044/2 4051/2
4052/24 4053/3
**Fridays [1]** 3999/4
**front [8]** 3983/9 3989/2
3989/7 3999/3 4009/5
4039/19 4041/5 4044/9
**full [4]** 3992/5 4051/7
4051/20 4051/24
**further [1]** 4029/5
**fuzzy [1]** 4009/21

**gave [3]** 3983/24
4030/22 4050/1
**general [2]** 4026/4
4027/5
**get [25]** 3980/4
3983/16 3984/2
3987/24 3991/3 3991/9
3991/10 3991/15
3994/5 3994/15 4000/3
4000/18 4001/4
4004/19 4007/20
4008/23 4009/8
4016/14 4014/3

**gets [1]** 4032/2
**getting [4]** 3990/9
3994/11 3996/24
4045/19
**give [12]** 3980/21
3998/12 3999/9
3999/13 4012/12
4012/21 4024/19
4032/14 4032/19
4032/21 4037/6
4041/15
**given [4]** 3994/24
3998/12 4012/18
4016/21
**giving [1]** 4042/4
**glad [1]** 4044/16
**gmail.com [2]** 4166/5
4166/8
**go [22]** 3979/25
3997/21 3998/15
4000/20 4002/24
4003/10 4010/15
4011/6 4012/14
4017/12 4018/16
4021/5 4021/6 4023/14
4023/21 4033/20
4037/22 4043/19
4043/22 4045/7 4048/6
4051/7
**goal [2]** 4035/10
4043/11
**goals [1]** 4035/9
**goes [2]** 4003/4 4044/6
**going [36]** 3981/17
3982/13 3985/23
3987/14 3990/22
3990/25 3997/24
3998/15 3999/23
4002/1 4002/4 4002/25
4002/25 4003/9
4003/15 4003/19
4008/14 4009/4
4009/13 4011/17
4014/18 4020/15
4022/7 4022/7 4022/11
4027/6 4031/11
4031/24 4037/13
4037/23 4039/8
4041/17 4042/12
4042/16 4042/20
4051/8
**gone [4]** 4010/17
4010/24 4012/3
4012/13
**good [8]** 3979/4 3979/6
3979/20 3981/13
4009/20 4011/10
4027/12 4053/19
**Good morning [3]**
3979/4 3979/6 3979/20
**Gorda [1]** 4166/16
**got [20]** 3979/24
3987/4 3989/25 3995/7
4004/23 4007/2
4008/13 4009/2
4011/10 4023/17

**F.2d [1]** 3981/5
**F.3d [1]** 3981/11
**FAA [1]** 3991/5
**face [3]** 4004/8 4004/8
4009/15
**fact [12]** 3994/22
3996/6 4000/12 4008/2
4011/9 4011/12 4012/7
4012/12 4033/23
4036/4 4044/13
4046/11
**factory [1]** 4018/10
**facts [5]** 3992/25
4013/6 4018/6 4018/8
4031/22
**factual [1]** 4044/11
**fair [3]** 3982/1 3999/18
4021/24
**fairly [1]** 3981/4
**falls [1]** 4047/6
**familiar [1]** 3997/3
**far [1]** 4032/3
**fault [1]** 3982/12
**favorable [1]** 4030/10
**FBI [1]** 4004/19
**fear [1]** 4035/15
**feasible [1]** 4000/24
**February [2]** 4004/18
4004/22

**E**

**40[2]** 4027/4 4028/1
4040/17 4046/22
4047/6 4047/14
4047/14 4047/21
4048/20
**exhibit [10]** 4022/15
4022/17 4023/4 4023/4
4023/21 4050/6 4051/6
4051/16 4051/21
4052/9
**Exhibit 1557 [1]**
4050/6
**Exhibit 4761 [1]**
4051/6
**exhibits [6]** 3980/13
4019/25 4021/13
4024/4 4049/25 4050/3
**expect [1]** 4052/17
**expectation [2]**
3998/21 4000/19
**expectations [1]**
3999/11
**expecting [2]** 4000/5
4010/6
**experience [1]** 3985/12
**explain [3]** 3983/2
4004/3 4004/11
**explanation [1]**
4012/21
**expressed [1]** 4044/20
**extended [1]** 4004/22
**extensively [1]**
4047/11
**extent [5]** 3980/17
3982/11 3987/23
3987/24 3995/23
**Eye [1]** 4166/20

**F**

4069

**G**

got... [10] 4028/16
4029/5 4030/8 4037/22
4038/1 4038/10 4041/9
4042/25 4044/3 4048/6
**GoToMeeting [1]**
4050/8
**GoToMeetings [1]**
4011/25
**gotten [1]** 3992/3
**governing [9]** 4039/6
4039/8 4040/6 4040/10
4040/18 4041/2
4046/22 4047/8
4047/10
**government [58]**
4165/14 3979/13
3982/2 3984/16 3987/4
3993/20 3994/24
3996/8 3996/20 4000/9
4001/7 4002/7 4002/9
4002/11 4002/16
4003/19 4004/14
4004/15 4005/12
4005/17 4005/20
4006/6 4006/17
4006/18 4007/3
4007/15 4011/1
4011/24 4016/12
4016/15 4017/5 4020/1
4020/14 4020/16
4020/19 4020/22
4021/5 4022/15
4025/20 4026/18
4027/18 4028/7
4029/16 4030/10
4032/7 4032/25
4033/15 4033/25
4034/4 4035/13
4035/25 4036/20
4036/24 4040/24
4045/5 4048/25
4051/20 4053/5
**government's [15]**
3986/22 3994/17
3995/24 4001/14
4006/14 4010/4 4011/5
4022/21 4023/20
4026/24 4028/6
4028/12 4047/4 4051/5
4052/10
**governs [1]** 4049/3
**grand [2]** 4018/11
4018/13
**great [2]** 3999/20
4042/12
**greatest [3]** 4046/6
4047/1 4047/18
**group [4]** 4004/18
4006/9 4010/20
4036/13
**guess [8]** 3981/14
3994/8 3998/6 4005/21
4021/11 4027/16
4029/8 4046/15
**guidance [1]** 3980/21
**guilt [2]** 4038/14
4038/16

**guilty [3]** 4030/20
4038/17 4041/17
**guns [2]** 4025/9
4025/11 4028/25

**H**

**Hackett [6]** 4166/6
3979/9 3979/15 3993/3
4019/12 4032/12
**Hackett's [1]** 3980/11
**had [39]** 3980/6
3980/14 3982/8
3984/25 3985/12
3985/21 3987/8 3990/2
3995/6 4005/22 4009/2
4009/9 4010/15 4011/6
4011/13 4013/23
4015/23 4016/12
4016/14 4016/22
4017/18 4024/21
4025/9 4028/9 4029/14
4031/7 4033/24 4034/2
4036/14 4036/16
4037/3 4039/25
4041/25 4042/20
4048/12 4048/25
4050/1 4053/14
4053/16
**hadn't [3]** 4033/25
4036/20 4045/9
**half [3]** 3991/12
3991/16 4010/19
**half-day [1]** 3991/16
**Halim [12]** 4166/6
3979/15 3981/15
4000/15 4015/13
4018/4 4033/20
4036/17 4036/19
4043/10 4051/25
4052/11
**Hancock [3]** 4001/8
4001/9 4002/24
**hanging [2]** 4030/7
4031/21
**happen [2]** 3983/6
4000/21
**happened [5]** 3982/9
4004/5 4006/7 4030/24
4031/1
**happening [2]** 4005/25
4041/8
**happens [1]** 4047/3
**happy [6]** 3986/20
3986/25 3997/11
4025/18 4033/20
4041/16
**Harris [3]** 3997/8
4050/7 4050/9
**has [30]** 3981/7 3986/5
3987/4 3989/21
3992/17 3994/1
3994/24 3996/19
3997/18 4003/22
4004/5 4007/21 4009/8
4015/2 4020/5 4020/14
4021/14 4022/2
4029/16 4030/3
4032/20 4033/14

4036/13 4037/20
4038/6 4038/18
4040/22 4047/1
**have [116]**
**haven't [5]** 3992/3
4013/23 4021/13
4037/8 4045/1
**having [8]** 3987/7
3987/11 3992/4 3993/5
4006/5 4009/25 4023/8
4025/21
**he [100]**
**He asked [1]** 3984/5
**he said [6]** 4006/3
4006/8 4018/9 4018/10
4018/11 4022/4
**he'd [3]** 3985/24
3986/7 3987/24
**he's [27]** 3992/12
3992/12 4001/10
4001/14 4001/15
4001/16 4001/19
4003/7 4003/11
4003/14 4003/20
4004/5 4004/7 4004/10
4007/16 4007/21
4007/23 4008/6 4010/3
4010/20 4010/21
4010/25 4012/14
4013/20 4029/5 4030/5
4041/15
**head [1]** 4041/25
**hear [6]** 3997/21
4000/5 4000/15
4007/21 4014/20
4020/2
**heard [7]** 3981/7
3986/19 3994/2 4006/8
4006/11 4010/14
4015/6
**hearing [1]** 4013/17
**hearsay [2]** 4001/24
4002/13
**help [1]** 4008/17
**helpful [2]** 3980/14
4011/15
**helps [1]** 4011/11
**her [3]** 3984/9 3984/17
3984/25
**here [26]** 3979/25
3984/2 3984/4 3984/8
3984/24 3989/5
3990/22 3991/2 3991/3
3991/9 3993/19 3994/5
3994/11 3995/14
3998/20 4000/18
4006/2 4009/6 4009/8
4032/11 4033/4
4042/11 4043/14
4043/17 4045/5
4050/11
**here tomorrow [1]**
3984/8
**here's [3]** 4006/7
4006/7 4050/4
**here, [1]** 4039/22
**here, too [1]** 4039/22

**Herrington [1]** 4052/8

**hesitating [1]** 3996/13
**HI [1]** 4166/4
**high [1]** 3997/1
**highlight [3]** 4004/9
4005/22 4005/23
**Hilgeman [3]** 3997/9
4050/15 4050/17
**Hilgeman's [1]**
4050/19
**him [14]** 3992/3
3992/24 3993/17
3993/19 3998/13
4007/20 4008/9
4008/19 4009/13
4010/1 4010/3 4011/10
4012/17 4012/19
**hinder [4]** 4026/19
4046/21 4046/21
4047/14
**hindered [3]** 4028/11
4046/10 4047/23
**hindering [2]** 4028/1
4048/19
**his [44]** 3985/14
3985/25 3987/9
3987/15 3987/21
3987/25 3992/20
3992/23 3993/19
3997/24 3998/13
3998/14 4003/18
4005/10 4005/10
4006/1 4007/5 4008/7
4008/23 4009/8 4009/9
4009/9 4009/17
4009/17 4009/18
4009/22 4010/1
4010/11 4010/22
4012/14 4012/18
4013/12 4018/6 4018/8
4018/10 4018/10
4023/4 4029/11 4030/3
4030/4 4031/17
4031/20 4044/9
4044/11
**historically [1]** 4037/9
**hold [3]** 4017/10
4040/13 4045/21
**holed [1]** 4031/17
**honestly [1]** 4037/18
**Honor [40]** 3979/6
3980/8 3989/8 3990/3
3994/6 3995/1 3996/11
3999/12 4001/2 4001/3
4001/20 4002/5
4002/21 4004/2
4010/13 4012/17
4013/1 4013/4 4014/10
4014/11 4014/19
4015/4 4016/8 4017/23
4022/12 4024/2
4024/25 4026/22
4031/23 4039/1
4040/12 4044/25
4045/15 4046/18
4047/9 4048/12 4049/6
4051/3 4051/17 4052/4
**HONORABLE [2]**

**hope [1]** 3979/21
**hour [2]** 3995/15
4010/20
**hours [6]** 4004/4
4004/12 4005/25
4006/1 4006/3 4042/1
**how [17]** 3990/17
3994/17 4001/18
4002/15 4003/18
4005/3 4005/11
4005/20 4009/22
4011/8 4011/8 4012/8
4012/11 4034/14
4042/13 4049/4
4052/9
**Hughes [3]** 4165/15
3979/12 4051/15
**human [12]** 4025/13

**I**

**I am [1]** 4036/9
**I apologize [2]** 3989/7
4045/15
**I assume [1]** 3997/7
4002/7
**I believe [4]** 3987/4
4018/16 4019/12
4046/21
**I can [11]** 3983/2
3990/24 3993/23
3994/9 3994/13
4001/20 4002/8 4010/1
4012/23 4039/13
4041/21
**I can't [2]** 3996/9
3998/11
**I did [3]** 4012/19
3979/7 4037/10
**I didn't [4]** 4023/8
4035/6 4042/22
4044/17
**I don't [23]** 3983/7
3984/18 3989/17
3993/24 3998/25
4006/21 4006/23
4010/11 4013/8 4015/1
4021/16 4021/17
4023/1 4023/9 4028/19
4028/23 4030/17
4031/2 4038/24
4040/20 4043/16
4043/17 4047/9
**I don't have [7]** 3983/4
3989/2 3989/7 3990/20
4009/22 4025/3
4039/19
**I don't recall [1]**
4028/21
**I gave [2]** 3983/24
4050/1
**I guess [8]** 3981/14
3994/8 3998/6 4005/21
4021/11 4027/16
4029/8 4046/15
**I have [16]** 3983/2
3983/17 3983/21
3985/7 3999/2 4001/3

4070

**I**

**I have... [10]** 4002/19
4037/9 4040/14
4041/16 4042/15
4044/17 4050/11
4050/21 4052/2 4052/2
**I haven't [2]** 4013/23
4037/8
**I hope [1]** 3979/21
**I just [8]** 3980/9
3980/16 3982/5
3982/23 3989/5 4021/1
4041/4 4045/17
**I know [4]** 4009/4
4010/10 4031/23
4033/20
**I mean [28]** 3984/13
3993/7 3993/10
3995/25 3998/16
3999/7 4006/10 4007/3
4007/4 4009/18
4011/16 4011/19
4012/9 4015/1 4021/18
4022/17 4024/8
4031/10 4034/18
4036/3 4039/16
4039/23 4040/7 4041/9
4044/17 4045/13
4046/13 4050/2
**I now [1]** 4048/23
**I opened [1]** 4010/9
**I should [4]** 4008/2
4036/18 4044/18
4051/7
**I think [80]** 3980/7
3981/17 3984/4 3984/4
3984/17 3988/7
3989/12 3991/6
3991/18 3992/25
3993/14 3994/1
3994/16 3994/18
3994/23 3996/11
3997/16 3999/8
3999/18 4000/23
4001/1 4002/19
4005/19 4006/5
4006/10 4006/11
4006/22 4007/19
4007/21 4009/25
4011/19 4012/6
4013/10 4013/17
4013/22 4015/2
4016/17 4017/16
4017/18 4018/2 4019/2
4022/16 4022/22
4023/3 4023/7 4024/8
4024/21 4027/9
4027/14 4027/20
4027/21 4029/3 4031/6
4031/13 4032/13
4033/6 4033/16
4034/23 4035/3
4035/12 4035/24
4036/23 4037/7 4038/3
4038/13 4038/21
4038/23 4039/17
4040/22 4040/23
4043/4 4044/2 4045/2

4049/1 4049/23
4050/18 4053/10
4053/12
**I thought [4]** 3990/2
3997/23 3998/2 4032/8
**I told [2]** 3993/17
3994/7
**I understand [6]**
3982/18 3982/19
3996/14 4001/13
4002/6 4029/18
**I want [4]** 4003/6
4025/4 4036/12 4044/5
**I wanted [1]** 3982/24
**I was [3]** 3993/15
3996/24 3996/25
**I will [3]** 3981/19
3983/5 4052/10
**I'd [6]** 3984/17 4001/4
4023/11 4032/22
4032/24 4052/16
**I'll [24]** 3980/10 3994/6
3998/11 3998/19
4005/16 4005/18
4007/3 4007/19 4008/9
4008/23 4008/24
4014/9 4018/18
4021/24 4026/23
4028/15 4032/8 4032/9
4032/14 4033/17
4037/15 4049/22
4051/15 4053/11
**I'm [52]** 3981/18
3983/20 3983/20
3984/1 3985/7 3986/19
3988/14 3989/2
3990/13 3993/24
3995/10 3996/13
3996/18 3998/15
4001/20 4002/14
4003/18 4004/13
4006/25 4011/11
4012/2 4012/11 4013/4
4016/9 4021/11
4021/20 4022/7 4022/7
4022/18 4025/16
4029/19 4029/23
4030/20 4036/13
4039/3 4039/4 4039/20
4040/21 4041/15
4041/18 4041/22
4043/2 4043/3 4043/7
4043/9 4043/17
4043/23 4044/16
4045/22 4050/24
4050/24 4052/20
**I'm going [2]** 4022/7
4022/7
**I'm just [1]** 4006/25
**I'm not [11]** 3981/18
3993/24 3998/15
4002/14 4030/20
4036/13 4039/3
4041/18 4041/22
4043/3 4043/23
**I'm not sure [6]** 3985/7
3988/14 4011/11

4039/20
**I'm sorry [6]** 3989/2
3990/13 4022/18
4029/23 4050/24
4050/24
**I'm thinking [1]**
4025/16
**I've [8]** 4029/21 4031/5
4037/22 4039/25
4041/22 4041/25
4043/14 4044/2
**idea [1]** 3985/22
**identified [7]** 3987/10
3990/8 4000/18 4015/2
4029/21 4031/13
4048/4
**identify [1]** 4005/17
**idiosyncrasies [1]**
4001/18
**II [14]** 4045/18 4046/4
4046/24 4046/25
4047/12 4047/16
4047/22 4048/4 4048/7
4049/2 4049/9 4049/13
4049/14 4049/16
**III [2]** 4048/16 4048/21
**imagine [1]** 3996/9
**immediately [1]**
4026/11
**impeachment [3]**
4018/22 4018/22
4018/25
**implication [1]** 4006/2
**import [1]** 4038/25
**important [3]** 3999/9
4026/2 4049/21
**importantly [2]**
3989/24 3989/25
**incident [1]** 4004/10
**include [12]** 4015/19
4018/2 4018/20
4024/21 4025/24
4025/25 4032/9
4032/12 4033/9
4033/17 4035/16
4046/24
**included [1]** 4028/7
**including [5]** 3980/2
4000/18 4006/13
4043/10 4049/1
**inconsistent [6]**
3981/9 4018/1 4018/3
4018/6 4018/20 4035/1
**incorrect [1]** 4021/8
**increase [1]** 4043/19
**inculpate [1]** 4013/12
**independence [1]**
4029/12
**Indian [1]** 4166/7
**indicates [1]** 4032/11
**indictment [20]**
4026/14 4028/8
4034/24 4039/5
4039/19 4039/20
4040/8 4040/11
4040/20 4041/2 4043/1
4044/10 4044/12

4044/23 4048/5 4048/8
4048/15 4049/17
**individual [1]** 3995/4
**induce [1]** 4043/11
**ineffective [2]** 4012/20
4012/24
**infer [1]** 4030/9
**inference [2]** 4012/2
4034/15
**inform [2]** 4005/11
4052/16
**information [1]** 3999/9
**initial [2]** 3995/1
3995/12
**initially [1]** 3994/8
**Inn [1]** 4050/20
**inputs [1]** 4007/7
**inquire [1]** 3981/22
**insert [1]** 4049/24
**inside [1]** 4003/1
**insist [1]** 3993/5
**instance [1]** 3985/2
**instances [2]** 3981/8
4018/7
**instead [1]** 4035/17
**instruct [3]** 4033/2
4033/2 4037/1
**instructed [2]** 4011/17
4041/11
**instruction [17]**
4016/23 4016/24
4018/21 4019/19
4023/19 4024/6
4025/21 4026/5 4026/7
4032/7 4032/10
4032/12 4032/14
4039/15 4040/1
4044/21 4049/25
**instructions [24]**
3980/2 4000/23
4007/12 4015/12
4034/2 4034/10
4036/22 4038/13
4039/23 4041/9
4041/10 4041/13
4042/13 4042/15
4042/18 4042/19
4042/24 4044/7
4044/23 4045/24
4048/13 4049/24
4053/3 4053/6
**intend [6]** 3981/15
3990/6 3990/6 3990/9
4007/16 4020/7
**intended [1]** 4020/25
**intending [1]** 4038/16
**intent [6]** 3987/2
3987/15 3987/21
3988/19 4027/12
4031/14
**intention [4]** 3983/1
3986/4 3986/22
4029/11
**interfere [1]** 4027/1
**interfering [1]** 4047/21
**interpretation [2]**
4029/16 4029/17

**interprets [1]** 3981/4
**introduce [1]** 3992/2
**introduced [1]** 4051/16
**investigation [1]**
3997/4
**invited [1]** 4049/6
**invites [2]** 4034/25
4035/3
**involve [1]** 4027/22
**involved [3]** 3997/3
4017/3 4017/5
**involves [1]** 4027/25
**irrelevant [2]** 3986/17
3989/13
**is [213]**
**Is there [1]** 3989/3
**is, [1]** 4027/15
**is, is [1]** 4027/15
**isn't [5]** 3993/12
4012/22 4026/24
4028/5 4036/3
**issue [19]** 3980/5
3992/13 3992/17
3993/14 3993/18
4001/3 4002/4 4004/24
4006/24 4007/14
4008/14 4014/7
4021/17 4023/19
4037/10 4038/20
4045/13 4048/25
4049/2
**issues [9]** 4002/1
4002/3 4005/17
4012/18 4015/16
4023/8 4024/23 4028/8
4037/1
**it [182]**
**it would be [7]**
3986/22 3991/8 3991/9
3996/8 3996/9 4009/11
4013/8
**it's [74]** 3980/25
3981/19 3982/18
3984/13 3985/3
3986/19 3987/15
3987/16 3987/23
3988/2 3988/7 3989/13
3989/17 3989/20
3989/21 3992/5 3992/6
3992/7 3993/5 3993/12
3996/24 3998/13
3999/9 3999/23
4000/16 4000/16
4001/11 4002/20
4003/17 4003/18
4003/25 4005/4
4005/25 4006/15
4006/21 4008/12
4009/4 4009/4 4010/5
4012/5 4012/19
4017/24 4018/16
4020/10 4021/8 4022/1
4022/4 4022/22
4022/24 4024/7
4024/15 4027/12
4028/3 4028/10
4030/10 4031/23
4036/1 4036/2 4036/23

4071

**I**

**it's...** [15] 4037/2
4037/3 4037/13 4039/1
4039/1 4039/16
4040/22 4041/24
4042/2 4042/10
4045/19 4047/20
4048/3 4051/8 4052/1
**it's easier** [1] 4002/20
**itineraries** [4] 3990/11
3990/14 3990/18
3990/21
**its** [5] 4006/20 4021/6
4028/11 4031/18
4034/1
**itself** [1] 4035/25

**J**

**Jackson** [2] 4166/11
3983/5
**James** [2] 4029/3
4031/18
**January** [37] 4165/5
3984/21 3985/4 3985/5
3986/7 3987/22 3992/7
3992/9 4001/6 4002/12
4004/2 4004/3 4004/4
4004/17 4004/22
4005/5 4005/8 4005/8
4005/11 4005/25
4007/6 4027/1 4027/11
4027/13 4027/19
4028/2 4030/11
4030/13 4030/21
4030/25 4030/25
4031/1 4046/23 4047/2
4047/8 4047/10 4062/7
**January 6th** [22]
3984/21 3985/4 3985/5
3986/7 3992/7 3992/9
4004/4 4005/5 4005/8
4005/25 4027/1
4027/11 4027/13
4027/19 4028/2
4030/11 4030/25
4030/25 4031/1
4046/23 4047/8
4047/10
**January 7th** [5] 4001/6
4002/12 4004/2 4004/3
4007/6
**JC** [1] 4033/10
**Jeffrey** [2] 4165/14
3979/11
**Jeffrey Nestler** [1]
3979/11
**jeffrey.nestler** [1]
4165/20
**JH29** [1] 4051/19
**Jim** [1] 4051/24
**Jim Caviezel** [1]
4051/24
**job** [2] 3993/16
3993/19
**Joe** [1] 4018/10
**jogging** [1] 4048/23
**Joint** [1] 4045/2
**Joseph** [2] 4166/6

**Joseph Hackett** [1]
3979/9
**Joshua** [1] 4031/18
**Joshua James** [1]
4031/18
**Jr** [1] 4166/2
**judge** [4] 4165/10
3981/17 3999/3 4020/5
**judgment** [1] 4053/17
**juries** [1] 4039/25
**jurors** [3] 3998/19
3999/14 3999/22
**jury** [50] 4165/9 3980/2
3983/9 3986/23
3993/12 3994/1
3995/14 3998/4
3998/11 4003/5
4003/22 4006/10
4010/5 4011/17
4012/21 4015/12
4018/11 4018/14
4020/2 4020/6 4021/12
4021/19 4023/19
4023/22 4024/11
4027/9 4027/17
4029/17 4030/8
4030/14 4030/22
4031/18 4033/4
4033/24 4034/2
4034/11 4035/8
4035/10 4035/13
4036/7 4036/14 4037/2
4037/8 4038/6 4041/4
4041/17 4042/16
4050/1 4051/6 4052/17
**jury's** [4] 3996/15
4006/10 4023/16
4027/13
**just** [97]
**Justin** [1] 4018/16

**K**

**Kailua** [1] 4166/4
**Kathryn** [2] 4165/14
3979/11
**Kathryn Rakoczy** [1]
3979/11
**Kathryn.Rakoczy** [1]
4165/19
**keep** [5] 4004/6 4019/7
4031/11 4037/3 4050/3
**Keepers** [1] 4004/21
**Kelly** [2] 3996/6
4028/18
**Kelly Carter** [1] 3996/6
**Kelly Meggs** [1]
4028/18
**kept** [2] 3982/13
4011/4
**key** [3] 4002/22 4010/4
4021/24
**kill** [1] 4025/13
**kind** [7] 3982/9
3983/15 3985/23
4005/3 4037/19 4045/4
4046/9
**kinds** [1] 4007/2

**kitchen** [5] 3985/11
3985/11 3985/15
3985/23 3987/9
**kitchens** [2] 3985/12
3987/18
**knew** [2] 4003/1
4025/10
**know** [99]
**know if** [1] 3981/20
**knowing** [1] 4014/15
**knowledge** [1] 3988/19
**knows** [4] 3982/6
3990/1 3997/1 4022/4

**L**

**laid** [1] 4038/13
**lamppost** [2] 4030/7
4031/22
**Lane** [1] 4166/7
**language** [24] 4001/17
4002/16 4002/17
4002/22 4002/23
4003/18 4016/14
4016/24 4017/4
4025/14 4025/17
4026/1 4026/9 4026/14
4026/21 4033/14
4039/4 4041/14
4042/12 4042/21
4044/22 4046/2 4046/9
4046/10
**last** [19] 3979/23
3984/22 3991/25
4000/3 4004/13 4009/3
4009/19 4013/10
4013/14 4019/7
4030/15 4032/8
4032/13 4033/8 4038/4
4038/23 4042/19
4045/18 4053/13
**late** [5] 3982/9 3982/15
4004/17 4004/22
4004/23
**later** [4] 4004/5 4006/1
4030/5 4052/17
**latter** [1] 4020/18
**law** [32] 4166/2
3981/13 4024/4 4024/9
4026/20 4027/21
4028/1 4028/10
4028/10 4035/15
4037/7 4037/13
4037/20 4038/3 4039/4
4039/5 4039/5 4039/15
4040/5 4040/5 4040/10
4040/18 4041/5
4046/22 4047/7
4047/12 4047/13
4047/15 4047/20
4048/3 4049/2 4049/10
**lawful** [1] 4026/17
**laws** [11] 4027/1
4028/3 4039/8 4039/24
4040/6 4041/2 4041/11
4046/22 4047/8
4047/10 4048/18
**lawyer** [4] 4008/23
4009/8 4010/1 4041/22

**leader** [1] 4011/7
**leads** [1] 4035/14
**least** [12] 3980/17
3980/25 3981/12
3988/25 3990/2
3997/25 3998/5
4006/13 4026/11
4029/2 4031/7 4038/11
**leave** [5] 3982/4
3983/11 4014/9
4018/18 4043/11
**leaves** [1] 4048/20
**Lee** [1] 4166/2
**legal** [3] 4022/18
4022/18 4029/25
**legally** [1] 4029/20
4029/22
**less** [2] 3994/10
3994/12
**let** [20] 3980/16
3981/19 3998/11
3998/19 3999/8
3999/17 3999/20
4000/6 4001/21
4012/25 4019/20
4020/4 4020/12 4021/5
4035/5 4039/13 4051/1
4052/18 4052/18
4052/21
**let's** [19] 3980/1
3990/4 3998/18 4009/5
4011/22 4012/1 4013/3
4013/15 4014/4 4014/6
4017/7 4023/18
4026/12 4033/13
4033/19 4034/16
4035/7 4044/1 4045/11
**let's see** [2] 4014/4
4017/7
**letter** [1] 4008/5
**level** [1] 3997/1
**Lewis** [3] 3981/3
3981/12 3981/13
**libertarian** [3] 3989/20
3989/21 3989/22
**Lieberman** [1] 4025/8
**lieu** [1] 3992/5
**Lieutenant** [2] 4050/12
4050/13
**Lieutenant Ortega** [2]
4050/12 4050/13
**light** [3] 4000/3 4025/6
4030/9
**like** [19] 3980/20
3983/5 3984/17
3985/24 3989/4 3993/7
3999/15 4000/8 4001/4
4007/14 4012/17
4023/11 4032/16
4032/22 4032/24
4033/1 4037/12
4039/18 4052/16
**likely** [3] 3981/19
3983/20 3994/12
**limitations** [1] 4009/14
**limited** [3] 4019/6
4037/20 4047/10
**limits** [1] 4040/24

**line** [3] 4008/24
4010/13 4011/5
**Line 1** [1] 4010/13
**list** [9] 3995/2 3995/3
3995/7 3995/11
3995/12 4010/4 4050/4
4050/5 4050/25
**listen** [1] 4024/7
**literally** [1] 4003/8
**litigated** [1] 4047/11
**litigation** [1] 4047/7
**little** [13] 3982/11
3984/2 3996/19 3998/2
3998/12 4004/25
4009/21 4016/16
4025/15 4037/13
4044/4 4048/2 4048/24
**live** [3] 3992/5 3993/5
3994/2
**local** [1] 3994/13
**long** [12] 3980/13
3992/5 3994/17 3995/6
3998/20 3999/7
3999/23 4002/9 4037/9
4041/24 4053/10
4053/17
**long-windedness** [1]
4053/17
**longer** [3] 3995/3
4000/14 4053/15
**longer-winded** [1]
4053/15
**look** [18] 3990/21
3997/11 4003/19
4010/12 4013/10
4023/14 4024/4
4025/18 4028/15
4033/22 4036/1 4038/2
4042/16 4044/17
4048/2 4049/22
4050/25 4051/22
**looked** [2] 3980/19
4045/16
**looking** [7] 3990/11
3990/14 3990/18
4029/19 4040/4 4043/9
4043/14
**looks** [1] 4000/8
**loose** [2] 3980/2
4053/3
**lose** [1] 3993/16
**lot** [6] 3982/19 4031/15
4038/1 4039/7 4042/12
4042/19
**lots** [3] 3982/9 4027/4
4036/2
**Louis** [2] 4165/15
3979/12
**Louis Manzo** [1]
3979/12
**lowest** [1] 4012/18
**lucky** [1] 4011/10

**M**

**mad** [1] 4027/6
**made** [8] 3981/21
3993/18 4010/23
4016/14 4023/4

made... [3] 4036/13
4044/7 4052/21
made exactly [1]
3981/21
main [2] 4001/22
4034/24
make [28] 3980/19
3981/1 3982/5 3983/20
3986/22 3992/16
3998/3 3998/4 4003/1
4007/17 4008/13
4008/14 4008/24
4014/13 4015/15
4016/25 4023/11
4023/18 4023/21
4027/14 4032/1 4032/2
4034/7 4034/8 4034/11
4045/7 4045/12
4047/24
makes [1] 4007/20
making [4] 3982/12
3982/16 4014/12
4043/15
man [1] 4011/9
manifestos [1] 4027/3
manner [2] 4006/17
4035/13
many [1] 3985/7
Manzo [2] 4165/15
3979/12
Marion [1] 4166/15
Martin [1] 4166/10
materials [1] 3987/17
3987/17
matt [1] 4166/22
matter [1] 4062/4
Matthew [2] 4166/19
3979/17
Matthew Peed [1]
3979/17
may [13] 3980/18
3981/6 3982/3 3982/18
3988/17 4000/10
4011/16 4023/3 4025/3
4025/16 4039/10
4040/3 4040/5
maybe [3] 3999/15
4011/13 4035/17
me [34] 3989/3 3989/7
3993/12 3994/4
3995/16 3999/13
4001/21 4004/14
4005/15 4007/6
4009/11 4011/7 4012/9
4012/25 4013/5
4013/25 4019/5
4019/10 4019/20
4020/4 4020/12 4033/3
4034/18 4035/5
4039/13 4039/19
4046/2 4049/12 4050/4
4051/1 4051/11
4052/18 4052/21
4052/22
me know [1] 4052/22
mean [51] 3980/23
3982/22 3984/13

3995/25 3996/7 3998/6
3998/11 3998/16
3999/7 4006/10 4007/3
4007/4 4009/18 4011/9
4011/16 4011/19
4011/22 4012/5 4012/9
4012/10 4013/10
4013/22 4013/25
4015/1 4017/8 4021/18
4022/17 4023/24
4024/8 4031/5 4031/10
4031/13 4031/22
4032/21 4034/18
4036/3 4038/2 4038/23
4039/16 4039/23
4040/7 4041/9 4042/20
4042/21 4044/17
4045/7 4045/13
4046/13 4050/2
means [8] 3990/19
3990/20 3998/8 4003/8
4033/24 4040/5
4041/23 4042/1
meant [4] 4004/4
4004/11 4006/3
4042/23
medical [3] 3992/13
3992/17 4012/18
medically [4] 4007/22
4007/23
meets [1] 4028/4
Meggs [2] 4010/14
4028/18
MEHTA [2] 4165/9
3979/3
Member [1] 4043/11
Member's [1] 4043/12
members [1] 4004/6
memory [6] 4009/19
4009/23 4023/3 4045/1
4045/3 4048/23
mess [1] 4031/16
message [5] 3987/8
4001/8 4004/17
4028/21 4028/24
messages [5] 3997/2
4001/8 4004/14
4004/16 4027/3
met [4] 4004/7 4031/20
4033/25 4034/4
mid [1] 3998/23
might [8] 3982/9
3999/12 4005/21
4009/15 4016/16
4025/5 4025/14
4043/23
mind [10] 3981/20
3981/20 3983/3 3983/4
4005/7 4005/10 4007/5
4009/17 4031/10
4040/4
minds [1] 3997/17
minimum [3] 4000/14
4032/11 4040/2
MINUTA [12] 4165/6
4166/2 3979/8 3979/14
3982/22 3982/24

4019/10 4019/11
4044/8 4044/10
minute [3] 3984/6
3984/7 4016/22
minutes [2] 3983/18
4008/10
mix [1] 4034/23
Moerschel [12]
4166/10 3979/9
3979/16 3982/3 3993/3
3999/12 4000/9 4013/7
4014/15 4015/22
4019/11 4052/13
Moerschel's [2]
3981/23 4052/11
moment [4] 4008/11
4010/4 4025/4
moments [2] 4011/18
4011/21
more [20] 3980/20
3981/11 3983/7 3985/7
3986/7 3989/24
3990/17 3996/9
3996/19 4009/21
4010/1 4017/4 4029/15
4036/25 4037/11
4048/3 4049/8 4052/18
4052/21 4053/14
morning [15] 3979/4
3979/6 3979/20 3980/1
3980/1 3980/10 3983/8
3983/25 3984/10
3992/4 3998/22 4000/3
4000/5 4000/20
4008/22
most [3] 3981/19
3998/21 4030/10
Mother [2] 4011/13
4012/3
motion [6] 3983/24
4014/24 4044/7
4047/12 4048/9 4049/7
motive [3] 3987/2
3987/21 3988/18
move [4] 3986/24
4034/3 4034/16
4037/15
moved [2] 4036/13
4051/25
moves [1] 4032/12
moving [1] 3990/17
Mr [6] 3987/10 3993/8
3997/22 4014/15
4030/4 4032/12
Mr. [135]
Mr. Berry [1] 4018/4
Mr. Caldwell's [1]
4044/21
Mr. Cramer [2] 4009/2
4014/16
Mr. Cummings [10]
3992/17 3993/2 3993/4
4007/15 4011/24
4012/3 4014/9 4014/18
4015/9 4015/10
Mr. Edwards [4]
3986/3 4004/1 4015/14

Mr. Hackett [2] 3993/3
4019/12
Mr. Hackett's [1]
3980/11
Mr. Herrington [1]
4018/25
Mr. Jackson [1] 3983/5
Mr. James [1] 4029/3
Mr. Minuta [8] 3982/22
3982/24 3982/25
3983/3 4019/10
4019/11 4044/8
4044/10
Mr. Moerschel [8]
3982/3 3993/3 3999/12
4000/9 4013/7 4014/15
4015/22 4052/13
Mr. Moerschel's [2]
3981/23 4052/11
Mr. Nestler [2] 4025/12
4051/22
Mr. Nestler's [1]
4025/7
Mr. Peed [31] 3982/4
3983/11 3986/20
3986/25 3990/5
3991/25 3995/5
3996/15 3996/22
3997/13 3997/23
3997/24 3998/12
4000/14 4005/1
4008/18 4009/12
4013/6 4013/16 4014/1
4014/18 4015/2
4017/17 4023/3
4026/21 4029/14
4032/1 4038/25
4041/15 4045/21
4052/14
Mr. Peed's [5] 3986/4
4000/17 4007/14
4052/23 4053/4
Mr. Rhodes [7]
4022/18 4028/25
4029/2 4029/6 4030/2
4031/16 4032/3
Mr. Rhodes' [1]
4028/16
Mr. Shipley [5]
3979/23 3982/17
4000/15 4022/10
4052/10
Mr. Vallejo [24]
3980/18 3985/8 3986/5
3986/13 3986/14
3987/5 3987/6 3987/6
3987/13 3987/20
3989/14 3996/1 4001/7
4001/17 4002/15
4003/7 4003/17 4004/3
4004/4 4004/15 4006/3
4022/17 4026/13
4033/14
Mr. Vallejo's [4]
3983/12 3984/20
4002/13 4005/7
Mr. Weinberg [1]

Mr. what's [1] 4031/20
Mr. Wickham [1]
4050/14
Mr. Zimmerman [9]
3991/21 3992/6 3992/8
3992/25 3993/15
3998/3 4000/19 4017/8
4052/25
Mr. Zimmerman's [1]
3992/1
Ms. [15] 3981/15
4000/15 4001/8
4002/24 4015/13
4017/21 4018/4 4029/3
4033/20 4036/17
4036/19 4043/10
4051/15 4051/25
4052/11
Ms. Cain [1] 4017/21
Ms. Halim [10] 3981/15
4000/15 4015/13
4018/4 4033/20
4036/17 4036/19
4043/10 4051/25
4052/11
Ms. Hancock [2]
4001/8 4002/24
Ms. Hughes [1]
4051/15
Ms. SoRelle [1] 4029/3
much [8] 3994/10
3998/7 4012/11 4013/6
4019/13 4030/13
4041/19 4042/9
multiple [5] 4032/6
4036/3 4036/4 4037/8
4038/5
music [1] 3989/22
must [3] 3988/23
4037/8 4049/19
my [42] 3980/13
3980/25 3982/8 3982/9
3982/10 3982/12
3982/14 3982/15
3982/16 3982/20
3983/1 3983/3 3983/8
3984/19 3991/6 3994/6
3994/7 3994/8 3999/4
4001/22 4004/25
4013/6 4019/13
4021/11 4022/23
4023/3 4023/13
4031/10 4034/23
4037/14 4038/3
4039/10 4041/25
4043/15 4043/22
4044/3 4044/20 4045/1
4045/3 4048/23 4050/4
4050/25
Myers [1] 4166/12

**N**

name [2] 4030/4
4031/20
named [1] 3979/18
Nancy [2] 4030/7
4031/21

**N**

Nancy Pelosi [1]
4031/21
nature [4] 4011/4
4011/13 4012/3
4039/10
need [29] 3980/9
3984/2 3984/12 3990/5
3990/22 3996/2
3997/19 3997/20
3998/16 4000/2
4007/11 4008/13
4008/16 4008/18
4009/24 4016/23
4016/24 4024/15
4024/18 4032/15
4034/19 4034/20
4034/21 4038/9
4038/12 4038/24
4049/24 4052/18
4052/21
needed [1] 3999/1
needs [3] 3996/20
4021/20 4052/21
neither [3] 4035/6
4038/12 4038/18
Nestler [4] 4165/14
3979/11 4025/12
4051/22
Nestler's [1] 4025/7
neutral [2] 4016/14
4016/25
neutralized [1]
4016/14
new [8] 3984/6 3984/9
3993/16 3994/9
3995/19 3998/4
4031/12 4052/25
New York [5] 3984/9
3994/9 3995/19 3998/4
4052/25
news [2] 4004/20
4051/25
next [7] 3991/8 3994/7
3998/23 3998/23
4008/8 4029/6 4038/20
night [4] 3979/23
3991/25 3995/7
4015/14
Ninth [3] 4037/14
4037/22 4037/23
no [19] 4165/4 3980/11
3982/20 3988/25
3989/9 3989/9 3992/10
3992/10 3995/9
3996/11 4007/14
4010/13 4013/13
4018/9 4019/2 4035/19
4037/18 4041/16
4051/24
No. [2] 3979/7 3979/8
North [3] 3984/3
3991/18 3994/9
North Carolina [3]
3984/3 3991/18 3994/9
not [122]
note [3] 4019/18
4045/17 4051/16

noted [1] 4033/5
notes [4] 4019/7
4043/15 4043/20
4043/23
nothing [8] 4008/7
4027/8 4027/8 4027/9
4027/11 4031/12
4033/3 4034/8
notice [13] 3982/2
3982/15 3987/24
3988/21 3988/23
3988/23 3988/25
3989/6 3989/9 3994/25
3995/7 4000/10
4000/11
notifying [1] 3979/23
now [19] 3983/1
3983/7 3987/13 3991/4
3995/24 3996/21
3997/17 3997/22
3998/9 4012/13
4012/25 4015/12
4028/15 4043/2
4043/17 4044/3 4044/6
4048/23 4048/23
nowhere [1] 4044/15
nullify [1] 4029/12
number [5] 3995/4
4024/19 4046/7 4047/1
4047/18
NW [2] 4165/17
4166/20

**O**

oath [5] 4004/21
4018/3 4018/20
4047/18 4049/19
Oath Keepers [1]
4004/21
object [16] 4002/7
4002/12 4026/21
4027/17 4034/17
4034/20 4036/14
4036/15 4037/8 4038/7
4038/10 4038/11
4038/15 4038/15
4038/18 4039/20
objected [2] 4025/21
4033/14
objecting [3] 4033/21
4043/10 4046/3
objecting to [1] 4046/3
objection [5] 3989/12
4026/13 4043/23
4045/17 4051/23
objections [3] 4025/6
4033/5 4038/5
objects [9] 4032/7
4034/22 4035/23
4036/3 4036/4 4036/5
4036/8 4038/15
4044/18
obstruct [1] 4047/13
obstruction [1]
4044/19
obviously [15] 4000/13
4007/3 4012/5 4015/19

4019/25 4027/12
4033/5 4033/8 4037/14
4038/12 4038/18
4039/7 4053/12
occurred [2] 4005/22
4005/24
odd [1] 4016/16
off [8] 3979/24 3991/5
4008/3 4009/25
4015/13 4017/10
4033/5 4044/3
off-day [1] 3979/24
offense [3] 4011/18
4017/3 4017/6
offer [1] 3993/2
offered [3] 4005/9
4019/25 4020/1
office [5] 4165/16
4043/15 4047/19
4048/19 4049/19
Officer [1] 4025/8
officers [1] 4039/9
OFFICES [1] 4166/2
officially [1] 3981/18
Oh [5] 4014/20 4016/3
4037/21 4039/2
4049/23
okay [73] 3979/22
3980/12 3980/15
3982/1 3982/17
3983/10 3985/18
3986/1 3986/2 3987/1
3989/8 3989/11
3991/23 3991/24
3992/15 3993/21
3994/4 3995/13 3997/5
3997/14 3999/6 3999/8
3999/15 4000/8 4004/1
4006/7 4007/9 4007/10
4008/20 4013/2
4013/19 4013/21
4013/21 4014/3 4014/5
4015/5 4015/6 4015/10
4015/10 4015/11
4016/19 4017/7
4018/13 4018/18
4019/6 4019/17
4020/21 4020/24
4022/13 4024/20
4025/2 4026/8 4026/12
4032/4 4032/6 4033/6
4033/12 4033/13
4037/5 4038/22
4043/21 4043/24
4043/25 4045/6
4045/11 4045/23
4046/1 4048/1 4049/23
4051/10 4051/13
4052/6 4052/7
old [2] 3981/4 4025/11
olden [1] 4037/10
once [1] 4029/15
one [57] 3981/1 3984/3
3984/20 3987/10
3994/20 3994/22
3994/22 4001/24
4004/14 4005/4 4005/6

4012/8 4012/24
4013/11 4013/12
4017/11 4018/8 4018/9
4022/15 4022/21
4024/14 4027/25
4028/3 4032/16
4033/22 4033/23
4034/4 4034/9 4034/14
4034/16 4034/20
4034/24 4034/24
4035/9 4035/18 4036/9
4036/10 4036/11
4038/11 4038/15
4038/15 4039/14
4040/21 4040/21
4040/23 4040/24
4043/6 4043/8 4044/5
4045/5 4052/9 4052/25
4053/9 4053/16
ones [1] 3983/25
only [24] 3991/17
3993/10 3995/10
3996/13 4004/24
4005/22 4009/1
4010/24 4011/12
4016/21 4018/2 4019/9
4019/11 4020/25
4023/12 4031/2
4034/12 4034/13
4034/20 4035/9 4036/9
4036/10 4036/25
4037/19
open [4] 4012/19
4012/20 4013/18
4018/5
opened [3] 4010/3
4010/8 4010/9
opening [3] 3982/24
3984/20 3985/6
operation [1] 4024/2
opinion [4] 3980/25
3981/1 4013/1 4017/18
opinions [1] 4038/1
opportunity [5]
3988/19 4006/5 4021/6
4021/14 4037/12
oppose [2] 4027/10
4033/15
opposed [2] 3999/9
4035/16
opposing [5] 4026/18
4027/18 4027/23
4028/6 4029/25
opted [1] 4025/25
option [1] 4033/19
order [6] 4008/21
4008/22 4008/24
4013/14 4014/15
4051/14
Oregon [1] 3992/19
Ortega [3] 4050/10
4050/12 4050/13
Osgood [1] 3996/6
other [31] 3980/7
3988/1 3988/4 3988/5
3988/7 3988/8 3988/9
3988/10 3993/7 3999/4

4009/6 4015/14
4016/21 4018/8
4019/16 4028/17
4028/17 4030/8
4033/24 4035/10
4036/12 4036/14
4037/16 4038/15
4038/18 4043/5
4046/15 4052/25
others [3] 3991/18
4011/10 4011/25
otherwise [1] 4009/15
ought [3] 4001/1
4009/16 4044/22
our [10] 3979/25
3981/20 3981/20
3989/12 3990/11
3990/14 3992/23
4021/13 4023/4
4045/16
ourselves [1] 4045/13
out [35] 3986/20
3987/8 3990/24
3996/13 3997/13
3997/18 4001/11
4001/25 4007/16
4008/13 4008/16
4009/17 4009/24
4009/25 4010/2
4010/16 4010/24
4011/4 4014/9 4018/19
4018/23 4022/11
4023/23 4026/5
4029/10 4030/3
4035/15 4038/14
4045/3 4045/5 4046/12
4046/17 4046/20
4051/2 4052/11
outstanding [2] 3980/4
4014/23
outweighed [1]
4009/13
over [6] 4010/14
4015/14 4024/22
4032/25 4042/13
4042/20
own [4] 3982/12
4023/4 4031/18
4035/19

**P**

P. [1] 3979/3
p.m [1] 4014/14
PA [1] 4166/7
packed [1] 3999/4
page [24] 4015/15
4015/16 4015/17
4015/20 4015/20
4015/23 4015/25
4016/4 4016/7 4017/14
4017/16 4017/25
4024/20 4024/22
4026/12 4032/4 4032/6
4032/15 4033/8
4033/14 4043/9
4045/22

**P**
page 6 [1] 4043/9
**Palian [3]** 3996/25
3997/7 3997/10
**parrot [1]** 4044/22
**parrots [1]** 4043/1
**part [9]** 4001/14 4002/8
4002/9 4003/15
4003/15 4008/12
4041/23 4045/16
4052/9
**parte [2]** 4014/23
4053/21
**participants [2]** 4016/6
4016/21
**Participants' [2]**
4015/20 4016/4
**participate [1]** 4007/24
**particulars [1]** 4049/7
**parties [5]** 3980/6
3993/8 3994/1 4016/15
4025/24
**party [2]** 3993/15
4016/25
**passage [1]** 4002/14
**past [3]** 3986/6 4005/7
4030/11
**pause [1]** 4001/21
**Peed [35]** 4166/19
4166/19 3979/17
3982/4 3983/11
3986/20 3986/25
3990/5 3991/25 3995/5
3996/15 3996/22
3997/13 3997/22
3997/23 3997/24
3998/12 4000/14
4005/1 4008/18
4009/12 4013/6
4013/16 4014/1
4014/18 4015/2
4017/17 4023/3
4026/21 4029/14
4032/1 4038/25
4041/15 4045/21
4052/14
**Peed's [5]** 3986/4
4000/17 4007/14
4052/23 4053/4
**Pelosi [2]** 4030/7
4031/21
**pending [3]** 4014/24
4019/2 4019/3
**people [15]** 3985/23
3990/9 3994/11
3994/11 4001/9
4001/15 4001/16
4002/23 4003/2 4003/8
4003/14 4003/20
4003/21 4003/24
4016/5
**percent [2]** 3981/18
4036/7
**performed [2]** 4011/20
4043/12
**perhaps [5]** 4009/22
4030/12 4036/4 4043/1
4044/18

**person [9]** 3984/24
3992/12 3993/11
3995/19 4008/15
4017/3 4046/6 4047/1
4047/17
**person's [2]** 3988/12
3994/2
**person's character [1]**
3988/12
**personally [1]** 3987/11
**phase [1]** 4026/9
**Philadelphia [1]**
4166/7
**phone [7]** 4008/14
4018/11 4029/4 4044/9
4044/11 4044/23
4044/24
**photograph [1]**
3995/11
**photographs [12]**
3983/18 3983/22
3984/6 3984/14
3984/18 3984/19
3984/21 3985/1 3985/4
3986/9 3986/16 3990/4
**photos [1]** 3986/5
**phrase [4]** 4004/11
4005/25 4041/1 4042/3
**physician [1]** 4008/5
**pinpointing [1]** 4011/2
**place [2]** 4014/13
4043/11
**Plaintiff [1]** 4165/4
**plan [11]** 3981/16
3983/8 3987/2 3988/19
3999/10 3999/22
4027/10 4044/1 4052/8
4053/6 4053/7
**planning [2]** 4011/23
4031/14
**play [4]** 4001/21
4002/18 4022/7 4023/8
**played [4]** 4013/10
4019/24 4051/20
4051/25
**plea [1]** 4015/24
**plea agreements [1]**
4015/24
**please [2]** 3979/4
4045/12
**plenty [1]** 4015/18
**PO [1]** 4166/3
**podcast [7]** 4001/6
4001/17 4002/3 4002/9
4002/12 4006/1 4007/6
**point [10]** 3981/1
4009/3 4010/22
4011/20 4036/17
4036/19 4037/24
4043/24 4045/9 4046/2
**police [3]** 4039/9
4039/9 4041/20
**political [3]** 3989/15
3989/17 3989/21
**porta [5]** 4008/11
4010/7 4010/8 4010/12

**porta potty [1]** 4008/11
4010/23
**portion [2]** 4002/18
4047/7
**portions [3]** 3992/2
4048/13 4049/16
**Portland [1]** 3992/19
**position [5]** 4011/14
4034/24 4035/10
4035/24 4036/23
**possess [1]** 4026/3
**possibility [3]** 3979/24
3984/10 4036/25
**possible [6]** 3993/17
3998/7 4008/25 4009/4
4011/2 4041/6
**post [1]** 4015/15
**posts [1]** 3985/13
**potential [3]** 4009/14
4034/13 4034/25
**Potentially [1]** 3990/3
**potties [3]** 4010/7
4010/8 4010/12
**potty [2]** 4008/11
4010/23
**power [10]** 4005/13
4026/17 4028/14
4039/6 4040/7 4040/11
4040/19 4041/3 4041/6
4049/3
**PowerPoint [3]**
4022/22 4023/4
4023/11
**precise [1]** 4040/20
**precisely [2]** 4028/8
4042/13
**preparation [2]**
3988/19 4029/8
**prepare [1]** 4024/16
**prepared [2]** 3980/10
3980/21 3986/11
3994/16 3994/18
3995/16 4019/24
4020/23 4043/23
4051/17
**preparing [3]** 3996/20
3997/19 3997/20
**present [11]** 3979/18
3983/14 3983/22
3990/25 3997/24
4001/24 4002/2 4006/7
4011/8 4019/21
4032/16
**presentation [1]**
4013/15
**presented [2]** 4004/15
4030/12
**presenting [1]** 4013/20
**presently [1]** 4026/14
**presidency [1]**
4049/20
**President [4]** 4046/7
4047/2 4047/19
4049/19
**President's [1]**
4049/18
**Presidential [1]** 4039/6

**presiding [1]** 3979/8
**press [1]** 4004/20
**pretrial [2]** 4045/2
4047/7
**pretty [1]** 4009/20
**prevent [3]** 4026/19
4028/13 4046/21
**previous [3]** 3986/9
3987/25
**prior [10]** 3985/1
3987/25 3988/6 3992/9
3993/10 4018/1 4018/3
4018/19 4018/25
4030/24
**priorities [1]** 4012/18
**probability [1]** 4041/8
**probably [9]** 3983/14
3983/17 3994/9 3997/9
3998/13 4000/24
4014/1 4019/23 4053/5
**problem [5]** 3982/20
4000/1 4035/20
4035/22 4039/21
**problems [1]** 4013/16
**procedure [2]** 4048/21
4048/22
**proceed [2]** 3993/17
4007/16
**proceeded [1]** 4049/10
**proceeding [1]**
3979/22
**proceedings [4]**
4165/9 3979/19 4061/2
4062/4
**produce [1]** 4020/15
**product [1]** 3982/15
**productive [1]** 4014/14
**products [1]** 4031/16
**prohibition [2]**
4006/18 4006/21
**prologue [1]** 3992/7
**prongs [1]** 3989/3
**proof [2]** 4018/22
4018/22
**propensity [3]** 3986/8
3987/1 3987/19
**propose [4]** 4000/23
4025/4 4025/17 4026/9
**proposed [3]** 4025/5
4025/22 4042/21
**prosecutor [1]** 3988/22
**prove [1]** 3988/11
**proven [1]** 4038/19
**provide [3]** 3988/23
3996/19 4020/22
**provides [1]** 4046/6
4047/17
**proving [1]** 3988/18
**provisions [1]** 4049/20
**Punta [1]** 4166/16
**puppet [1]** 4029/11
**purchase [1]** 4029/25
**purchased [1]** 4030/2
**purchases [1]** 4050/18
**purchasing [2]**
4028/25 4029/22
**purpose [3]** 3988/18
3988/24 4020/1

**purposes [1]** 4039/24
**put [17]** 3987/4
3994/13 3995/18
3998/16 4002/8 4002/9
4008/22 4009/5
4011/22 4012/1
4012/17 4020/19
4023/24 4025/4 4029/9
4035/7 4052/23
**put it [1]** 4029/9
**puts [4]** 4012/16
4013/16 4015/20
4035/25
**putting [2]** 4009/13
4029/10

**Q**
**QRFs [1]** 3992/9
**qualify [2]** 4017/19
4017/22
**quasi [1]** 4021/18
**Queen [1]** 4166/7
**query [1]** 4031/15
**question [12]** 3982/18
4002/21 4010/5 4013/5
4025/7 4025/12
4033/18 4035/5
4035/11 4036/6 4040/2
4040/4
**questioning [1]**
4021/12
**questions [1]** 3993/4
**quibble [1]** 4030/17
**quick [1]** 4021/10
**quickly [1]** 3990/17
**quiet [1]** 4004/6
**quite [2]** 4004/5 4042/5
**quote [1]** 4002/16

**R**
**raise [2]** 4001/4 4035/7
**raised [4]** 3980/14
4028/9 4044/16 4045/9
**raises [3]** 4013/5
4026/13 4036/25
**Rakoczy [2]** 4165/14
3979/11
**random [1]** 4011/4
**re [1]** 4013/18
**re-open [1]** 4013/18
**reach [6]** 4034/18
4034/20 4034/21
4035/22 4036/8 4038/9
**read [10]** 3981/10
3992/5 3993/9 3993/25
4000/23 4044/8
4049/14 4051/14
4052/9 4053/5
**reading [1]** 4023/15
**reads [1]** 4026/15
**ready [2]** 4008/15
4008/15
**real [1]** 4021/10
**really [2]** 3995/6
4000/2
**realtime [1]** 4001/7
4003/11
**reason [8]** 3996/13

**R**

reason... [7] 3996/16
3997/16 4009/1
4010/25 4012/20
4052/2 4052/3
reasonable [4]
3988/23 3999/16
4034/4 4038/19
rebut [1] 4013/20
rebuttal [7] 3994/17
3995/25 3996/8
4000/21 4013/5 4013/9
4053/5
recall [3] 4009/10
4009/18 4028/21
recalled [1] 3996/23
received [2] 4004/6
4008/5
recent [2] 3981/11
4009/21
reciprocal [1] 3988/25
recollection [4]
3980/25 4022/23
4022/25 4023/13
reconvene [1] 4053/2
record [10] 3982/5
3987/13 3993/9 4008/3
4015/16 4034/8
4036/21 4049/9 4052/9
4062/3
recorded [1] 4030/5
records [3] 3997/12
3997/12 4050/20
redacted [1] 4024/20
redirect [2] 3995/25
4025/7
redline [2] 4015/13
4045/25
refer [2] 3980/6 4044/8
reference [1] 4022/1
references [1] 4046/11
referring [1] 4016/5
reflects [1] 4035/12
regarding [3] 4018/24
4022/5 4044/13
regime [1] 4029/12
related [6] 3992/6
4027/8 4031/16
4038/21 4039/5 4041/6
relationship [1]
3993/18
relatively [1] 3994/13
release [1] 4004/20
relevant [2] 4005/7
4005/24
relics [1] 4025/11
remember [14] 3985/6
3989/4 3992/10
4004/13 4010/11
4015/1 4028/17
4030/14 4043/15
4043/16 4043/17
4043/20 4050/11
4053/1
remind [3] 4025/19
4049/12 4051/11
reminder [1] 4051/5
remote [2] 3993/6

remotely [1] 4008/8
remove [1] 4016/20
reputation [2] 3981/2
3981/6
request [4] 3991/6
3994/7 3994/8 4032/19
requested [1] 3984/25
require [1] 3997/6
required [2] 3989/6
4043/12
requirement [2]
3988/25 3989/10
reserve [1] 4053/17
reset [1] 4018/10
resist [5] 4005/13
4028/13 4029/13
4031/24 4042/1
resistance [3] 4029/8
4039/7 4041/21
resisting [2] 4027/4
4041/20
resolve [3] 4036/9
4036/10 4044/6
resolved [1] 4007/10
respect [2] 3993/3
4028/6
response [1] 4006/19
rest [9] 3980/10
3981/15 3981/17
3983/2 3983/8 3995/16
4000/15 4014/2
4053/19
rested [3] 3996/19
3997/18 4032/20
resting [3] 3982/23
3982/25 3998/14
rests [1] 4052/13
resume [1] 4033/1
4051/6 4052/24
reveals [1] 4001/18
reverse [1] 4037/17
revisions [1] 4025/5
revisit [1] 4024/25
Rhodes [11] 4004/6
4004/7 4022/18 4027/3
4028/25 4029/2 4029/6
4029/10 4030/2
4031/16 4032/3
Rhodes' [2] 4028/16
4050/17
rifles [2] 4030/6
4031/21
right [70] 3979/20
3981/14 3982/1 3983/1
3983/7 3983/11 3986/8
3987/13 3987/19
3992/18 3992/22
3993/23 3994/1
3995/24 3996/4 3996/7
3996/11 3997/6 3998/1
3998/18 4003/3
4007/10 4007/18
4007/25 4008/18
4010/18 4012/25
4013/3 4013/13 4014/5
4014/8 4014/8 4014/21
4015/3 4015/12

4017/7 4017/14
4017/20 4017/22
4017/25 4019/3
4019/15 4021/4
4023/24 4024/1 4026/3
4027/24 4032/2 4032/4
4032/15 4033/13
4034/6 4036/3 4038/2
4038/8 4043/2 4043/4
4043/5 4043/18
4045/14 4048/11
4049/5 4049/17
4049/22 4050/13
4051/4 4052/8 4053/18
RIOS [2] 4166/11
4166/15
rise [2] 3979/2 4053/20
risk [2] 3993/19
3995/15
RMR [2] 4062/2 4062/8
road [1] 4037/12
Robert [1] 4166/10
ROBERTO [2] 4165/6
3979/8
Roberto A. Minuta [1]
3979/8
role [1] 3985/25
rolled [1] 4035/18
rule [8] 3980/25 3981/4
3989/1 4002/1 4020/5
4027/14 4031/3 4044/6
Rule 29 [2] 4031/3
4044/6
Rule 29-worthy [1]
4027/14
ruled [3] 4007/21
4007/23 4046/10
ruling [5] 3980/19
4030/19 4045/8
4045/19 4046/12
run [2] 4022/8 4045/12
running [1] 4020/23

**S**

safest [1] 4037/3
said [18] 3989/25
3990/2 4006/3 4006/8
4008/6 4008/7 4012/17
4018/9 4018/10
4018/11 4022/4
4030/23 4031/12
4033/16 4042/25
4048/18 4051/22
4052/16
sake [1] 4014/12
same [19] 3984/22
3984/22 3985/4 3985/5
3985/5 3985/13
3985/14 3985/21
3985/23 4001/17
4002/17 4002/23
4020/1 4024/24
4034/10 4035/2
4036/21 4036/21
4037/4
sat [1] 4034/17

satisfied [2] 4007/8
4040/17
saw [4] 3982/23
3990/1 4003/5 4044/14
say [20] 3984/17
3986/11 3986/15
3994/12 3997/16
3998/6 4003/19 4004/7
4012/6 4012/8 4014/17
4023/21 4036/18
4041/21 4042/18
4044/24 4046/25
4049/1 4051/7 4052/18
saying [11] 4001/9
4001/14 4002/8 4003/7
4003/20 4004/3
4004/10 4010/14
4029/5 4030/20 4047/2
says [12] 3981/4
3988/22 4003/7 4003/8
4005/25 4006/1 4022/2
4022/18 4024/9
4029/11 4044/23
4048/15
schedule [5] 3984/25
3991/8 3998/25 4000/8
4001/1
scope [1] 4013/5
scott [3] 4166/14
4166/17 3979/16
Scott Weinberg [1]
3979/16
Sealed [1] 4053/21
seated [1] 3979/4
second [12] 4021/23
4022/2 4022/5 4022/6
4025/6 4025/24 4026/1
4026/3 4034/16
4034/17 4035/17
4040/13
Second Amendment
[4] 4022/6 4025/6
4026/1 4026/3
Section [2] 4048/17
4048/21
Section 15 [2] 4048/17
4048/21
seditious [4] 4026/15
4030/19 4030/21
4045/16
see [15] 4007/3
4008/14 4013/23
4014/4 4014/6 4017/1
4017/7 4017/7 4017/9
4017/10 4022/9 4032/2
4032/25 4037/15
4053/18
seeking [7] 4001/23
4005/13 4009/13
4038/25 4039/3 4039/4
4041/15
seem [3] 3980/24
4009/18 4016/16
seems [7] 4005/14
4007/6 4009/11 4012/9
4013/25 4033/1
4048/15
self [2] 4001/25 4012/6

self-exculpatory [1]
4001/25
self-serving [1] 4012/6
send [3] 4020/6
4023/11 4023/24
sending [2] 4001/8
4021/19
sense [7] 3988/3
4005/1 4009/22
4012/10 4013/25
4028/5 4034/12
sent [8] 3980/7
3991/25 4001/8
4002/24 4004/14
4004/18 4015/14
4020/11
sentence [6] 4022/2
4022/3 4022/5 4022/5
4045/18 4046/20
sentences [1] 4022/8
separate [4] 3986/14
3989/3 4004/10
4035/17
September [1] 4043/16
series [1] 4027/2
served [1] 4009/19
serves [1] 4045/1
serving [1] 4012/6
session [1] 3979/2
set [12] 3984/22
3985/2 3985/15
3985/22 3990/4 3993/1
3999/11 4000/8 4009/2
4009/16 4014/16
4035/6
setting [2] 3985/10
3985/12
setup [2] 3984/20
3985/14
shall [3] 4046/7 4047/2
4047/19
sharing [1] 4036/21
she [4] 3984/24
4019/16 4051/25
4052/1
She's [1] 3984/9
shifting [1] 3982/9
Shipley [8] 4166/2
4166/3 3979/14
3979/23 3982/17
4000/15 4022/10
4052/10
shocking [1] 4037/19
short [9] 3994/23
3996/8 3996/21
3999/14 3999/23
4000/16 4000/16
4039/13 4052/17
short-circuit [1]
4039/13
shorter [1] 4041/19
shortly [1] 4001/10
shots [1] 4028/18
should [11] 3998/22
4000/10 4008/2 4014/1
4018/2 4030/6 4036/18
4044/3 4044/18
4044/24 4051/7

**S**

shouldn't [1] 4013/24
show [10] 3985/3
3985/14 3987/15
3987/16 3991/15
4001/20 4002/15
4003/6 4003/18 4004/9
showed [1] 3984/19
showing [2] 3985/9
4011/3
Signal [2] 3987/9
4004/19
signed [1] 4033/5
signs [1] 4008/22
similar [1] 4024/5
simply [6] 3993/25
4008/6 4015/16 4020/1
4023/16 4038/3
since [6] 3991/7
3995/25 4015/18
4023/9 4045/2 4049/11
single [2] 4004/17
4038/6
sit [2] 3998/11 3998/24
sitting [4] 4012/14
4043/14 4043/15
4043/17
sleep [1] 3991/10
Slide [2] 4051/7 4051/7
Slide 3 [2] 4051/7
4051/7
slides [2] 4044/14
4051/9
slightly [2] 4005/1
4005/2
smartest [1] 4041/22
so [183]
So both [1] 4022/24
So I [1] 3984/2
so I think [10] 4009/16
4009/23 4016/4
4022/20 4027/13
4032/12 4037/3 4041/7
4041/21 4042/9
So it's [2] 4010/5
4017/24
So this is [1] 4034/7
So this question [1]
4002/21
solve [2] 4035/20
4035/21
some [39] 3980/21
3983/2 3983/18
3983/21 3990/8
3995/15 3996/17
3996/25 3997/21
3998/5 4001/18 4002/3
4005/1 4005/16
4008/13 4009/4
4009/25 4012/10
4013/25 4015/7
4024/21 4025/4 4025/5
4025/14 4025/17
4025/23 4034/12
4037/6 4037/24
4038/18 4040/1
4041/14 4042/12
4042/21 4044/1 4044/2

4053/14
somebody [2] 3997/1
4016/25
somehow [3] 4036/14
4042/16 4047/6
someone [2] 4017/5
4040/4
something [21]
3984/12 3985/2
3986/21 3986/24
3987/20 3987/21
3997/15 4001/4
4001/15 4001/22
4002/2 4005/9 4010/14
4011/16 4018/5
4020/14 4033/25
4036/23 4037/2 4042/5
4042/25
soon [2] 3991/2
4008/24
SoRelle [1] 4029/3
sorry [14] 3989/2
3989/8 3990/13 4013/4
4014/20 4015/6
4015/10 4016/23
4019/5 4022/18
4029/23 4043/7
4050/24 4050/24
sort [9] 3989/20
3992/25 4001/5
4001/24 4012/12
4021/18 4041/1 4051/2
4052/20
sound [1] 4036/23
sounds [2] 3980/20
4007/14
spacing [1] 4024/23
speaking [2] 3984/1
3994/14
speaks [1] 3988/10
spec [1] 4012/10
special [2] 4030/23
4050/21
Special Agent Abrams
[1] 4050/21
Specialized [1]
4017/18
specific [6] 3981/7
3981/7 3981/8 3981/8
3995/4 4039/20
specifically [3] 3995/9
4048/4 4049/16
specification [1]
4040/15
specificity [3] 4027/9
4040/22 4048/13
specified [3] 4048/7
4049/6 4049/8
specifying [1] 4039/21
speculative [2] 3998/2
4012/10
speeches [1] 3989/23
spent [3] 4037/14
4042/12 4042/19
sphere [1] 4046/12
splitting [1] 4034/24
springing [1] 3999/10

4048/9
stand [2] 4006/4
4021/3
standard [2] 4016/24
4017/4
stands [1] 4043/2
standup [1] 3983/15
start [5] 3996/20
3997/19 3997/20
4037/1 4037/15
started [2] 3993/15
4009/3
starts [1] 4029/12
state [4] 4005/7
4005/10 4007/5
4009/17
statement [12]
4001/25 4005/4
4015/19 4018/1 4018/3
4018/6 4018/8 4045/2
4047/1 4047/15
4047/20 4048/3
statements [6]
4018/20 4027/6
4028/16 4028/17
4028/18 4032/15
STATES [20] 4165/1
4165/3 4165/10 3979/7
4026/19 4026/20
4027/10 4027/19
4027/22 4027/23
4030/1 4033/16 4040/9
4040/10 4040/18
4041/11 4042/2 4046/5
4047/5 4048/17
status [1] 3999/2
statute [1] 4041/23
stay [1] 4034/10
stenographer [1]
4023/6
stenographer's [1]
4022/23
steps [4] 4014/13
4029/6 4039/8 4041/18
Stewart [2] 4004/6
4004/7
Stewart Rhodes [2]
4004/6 4004/7
stick [1] 3989/12
still [9] 3981/13
3983/20 3989/12
3999/22 4002/7
4025/13 4026/8 4045/3
4045/4
stipulations [2]
4015/18 4015/18
stone [1] 3993/1
stood [1] 4010/19
stop [5] 4026/17
4026/25 4030/18
4039/11 4047/5
Street [3] 4165/17
4166/11 4166/20
strictly [1] 3989/21
strive [1] 4001/1
stronger [1] 4025/15
stuff [2] 3985/14

SUAREZ [2] 4166/11
4166/14
sub [1] 4046/9
subject [2] 3981/14
4044/14
submit [6] 4007/5
4021/7 4021/14
4022/12 4049/12
4049/13
subpoena [1] 4014/24
subset [1] 4027/22
substitute [1] 4041/12
subsumed [1] 4041/1
subtractions [1]
4051/1
such [2] 3988/18
4049/10
suddenly [1] 4021/2
sufficient [3] 4026/24
4026/25 4031/6
suggest [4] 3980/24
4031/7 4037/17
4052/19
suggested [3] 4007/4
4009/8 4026/6
suggesting [3]
4020/13 4041/5
4046/16
suggestions [1]
4025/23
Suite [2] 4166/16
4166/20
summarizing [1]
4026/14
summary [5] 4049/25
4049/25 4050/3 4050/8
4050/19
superseding [2]
4028/8 4035/15
support [2] 4033/17
4047/25
supporting [1]
4001/16
supports [1] 4003/20
suppose [1] 4012/10
sure [25] 3981/18
3982/7 3985/7 3986/23
3988/14 3999/19
3999/24 4000/1 4003/1
4003/19 4007/17
4008/15 4011/11
4012/2 4012/11
4014/13 4015/15
4021/20 4023/18
4029/1 4035/21
4037/21 4039/20
4045/2 4045/12
surprise [2] 3982/12
4021/1
surrounded [4]
4002/24 4003/2 4003/9
4003/14
surrounding [1]
4003/15
survive [1] 4031/3
swore [1] 4018/6
sworn [1] 3993/10

swung [1] 4018/5
synced [1] 4022/22
system [1] 4047/21

**T**

tactic [1] 3982/9
take [17] 3980/1
3983/17 3991/5
3991/17 3997/11
4000/6 4009/4 4016/3
4023/20 4027/9
4037/12 4046/20
4048/2 4049/19
4049/22 4050/25
4053/2
taken [4] 3984/18
4001/9 4001/19
4041/24
takes [1] 4043/4
taking [8] 4003/14
4003/21 4003/24
4006/4 4026/5 4043/20
4046/16 4047/18
talk [8] 3979/24 3980/1
3987/11 3988/13
3996/15 4000/25
4010/1 4033/19
talked [7] 3987/6
3987/7 3990/16
3990/16 4001/5 4038/4
4048/10
talking [8] 3988/15
3988/16 3991/20
3996/16 4001/20
4021/25 4030/6
4031/21
talks [2] 3988/21
3992/9
Task [1] 4025/7
tech [1] 4014/16
tee [1] 4044/5
tell [12] 3980/10
3982/13 3993/23
3999/14 4000/2 4011/7
4012/25 4018/11
4024/11 4028/15
4034/19 4050/4
telling [1] 3994/4
ten [3] 3983/17 3984/6
3984/7
ten-minute [2] 3984/6
3984/7
tent [2] 3985/13
3985/13
terms [14] 3983/22
3988/10 3995/24
3998/14 4005/3 4011/2
4011/16 4019/6 4024/5
4027/13 4042/14
4042/20 4042/21
4042/23
terribly [3] 4011/8
4011/15 4036/13
testified [3] 4009/19
4016/9 4022/3
testifies [2] 4000/9
4017/8
testify [12] 3981/23

4077

testify... [11] 3982/3
3989/25 3999/13
4000/10 4000/12
4000/13 4008/8
4009/10 4015/24
4016/1 4017/14
testifying [2] 3983/4
4006/4
testimony [23]
3984/13 3990/7 3992/5
3992/23 3993/5 3993/8
3993/10 3993/13
3993/25 3994/2 3994/3
3998/6 4007/17
4007/24 4010/11
4010/22 4012/6
4015/21 4016/4
4017/18 4018/9
4018/14 4049/25
text [4] 3997/2 4004/14
4018/21 4027/3
texted [1] 3984/9
than [12] 3980/20
3985/7 3986/8 3993/8
3994/10 3995/4 3996/9
4019/7 4025/15
4029/15 4040/14
4046/15
thank [6] 3979/23
4007/8 4014/11
4032/18 4051/13
4052/6
thank you [5] 3979/23
4007/8 4032/18
4051/13 4052/6
Thanks [1] 4053/18
that [423]
that tomorrow [1]
4051/12
that tracks [1] 4040/8
that's [68] 3980/17
3982/12 3984/18
3986/6 3986/8 3986/15
3986/16 3986/21
3986/24 3987/19
3988/14 3989/16
3990/2 3993/22 3994/6
3994/7 3995/3 3995/23
3996/11 3997/15
3999/1 3999/16
3999/18 3999/24
4000/7 4000/24 4001/1
4002/5 4003/23
4004/23 4005/9
4008/16 4008/17
4010/24 4013/22
4014/21 4016/5
4017/20 4021/9
4021/16 4022/14
4023/16 4024/8
4024/11 4025/14
4025/14 4026/10
4026/13 4029/15
4030/14 4033/3 4033/6
4035/24 4036/23
4037/14 4037/25

4039/15 4040/14
4040/20 4041/5
4043/24 4049/4
4050/10 4050/25
their [7] 3982/12
3993/13 3999/23
4003/19 4035/19
4040/4 4051/21
them [28] 3982/13
3983/16 3984/1 3984/2
3985/6 3985/24
3990/16 3991/3
3991/10 3994/8
3997/25 3999/8 3999/9
3999/10 4000/2 4000/3
4003/2 4015/2 4020/1
4020/3 4034/19
4034/21 4035/14
4035/22 4036/8 4038/1
4041/5 4041/10
then [75] 3980/21
3981/10 3982/4
3983/19 3983/4 3986/6
3988/21 3988/22
3991/10 3994/12
3994/16 3995/22
3998/8 3998/21
3999/22 4000/13
4000/20 4000/24
4001/10 4002/16
4003/4 4003/22
4003/25 4004/20
4004/23 4005/11
4005/13 4005/17
4005/23 4005/25
4006/6 4006/7 4006/9
4007/6 4007/13
4008/22 4008/24
4010/14 4010/15
4010/19 4010/20
4014/22 4017/10
4020/10 4020/11
4021/7 4022/4 4022/10
4022/12 4023/5
4023/18 4023/21
4024/2 4024/6 4026/12
4027/5 4030/3 4033/18
4034/14 4037/10
4037/15 4040/2 4044/1
4044/23 4049/2
4050/19 4050/21
4050/23 4051/19
4052/10 4052/14
4052/24 4053/2 4053/6
4053/12
theory [4] 4028/6
4028/12 4047/4
4049/11
there [47] 3980/4
3980/4 3982/18
3983/13 3983/15
3983/24 3989/3 3989/5
3995/15 4003/1
4003/18 4004/16
4004/17 4005/16
4007/11 4007/14
4009/20 4011/20

4015/18 4015/19
4018/7 4018/19
4020/17 4020/19
4022/4 4022/11 4024/4
4024/21 4025/15
4025/20 4026/24
4026/25 4027/14
4028/12 4028/15
4028/16 4028/24
4032/8 4035/8 4035/21
4037/15 4038/5
4039/10 4039/12
4046/17
there's [42] 3984/3
3988/25 3989/9
3989/22 3989/22
3993/24 4002/14
4005/14 4006/18
4006/23 4009/7
4010/10 4010/11
4013/13 4014/23
4015/17 4021/2
4021/10 4022/15
4022/16 4023/10
4024/11 4026/24
4027/11 4030/13
4030/13 4031/6
4031/12 4031/13
4031/15 4032/9
4032/13 4033/16
4035/19 4037/7 4039/7
4041/7 4041/14 4043/6
4043/8 4047/25
4052/25
thereafter [1] 4001/10
these [17] 3979/19
3984/19 3985/1
3985/13 3986/14
3986/16 3986/17
3987/25 3989/14
3996/2 3997/12 4003/2
4017/12 4025/9 4028/4
4039/16 4049/24
they [60] 3986/12
3990/21 3990/21
3991/2 3991/7 3991/9
3993/20 3995/16
3998/10 3998/20
3998/22 3999/10
4002/9 4002/25 4003/1
4003/9 4011/12
4011/13 4011/13
4011/14 4020/2 4021/6
4021/7 4021/13
4025/10 4025/11
4025/12 4027/20
4030/16 4030/17
4030/19 4030/20
4031/2 4031/24
4034/13 4034/14
4034/15 4034/16
4034/17 4035/15
4035/18 4036/10
4036/11 4036/15
4036/15 4036/16
4038/9 4038/12
4038/24 4039/11

4041/9 4041/11
4041/17 4042/17
4042/24 4049/8 4049/8
they'll [1] 3999/8
they're [17] 3982/11
3990/18 3990/22
3990/23 3995/1 3998/8
4000/4 4001/13
4011/14 4017/13
4019/25 4021/12
4021/18 4021/18
4021/21 4041/1
4041/17
they've [4] 4007/4
4022/21 4035/18
4038/10
thing [6] 4002/23
4003/3 4021/23 4026/5
4044/4 4044/5
things [11] 3990/17
3993/2 3999/10 4006/8
4006/8 4009/10
4009/20 4013/11
4021/10 4039/9
4040/12
think [139]
thinking [5] 3995/24
3996/25 4003/11
4006/25 4025/16
thinks [2] 4000/18
4003/16
this [122]
this trial [1] 4020/8
those [27] 3983/25
3986/6 3986/10
3987/22 3990/9
3991/15 3992/25
3994/13 3994/15
3994/25 4003/1
4004/18 4004/22
4005/18 4011/11
4016/7 4019/2 4019/25
4023/5 4031/22 4034/5
4040/25 4042/14
4042/23 4048/18
4049/20 4050/3
though [1] 4011/23
thought [12] 3981/13
3988/6 3989/5 3990/2
3997/23 3998/2
4014/17 4023/15
4025/4 4026/2 4032/8
4037/6
Thoughts [1] 4046/16
three [5] 3985/20
3997/25 4004/21
4019/17 4048/18
three-day [1] 3985/20
through [19] 3983/14
3987/9 4001/4 4005/8
4005/21 4006/14
4011/24 4017/12
4024/16 4025/4
4027/25 4050/6 4050/9
4050/10 4050/14
4050/15 4050/17
4051/20 4050/23

throughout [1]
4003/12
throw [1] 4034/23
Thursday [2] 3984/24
3996/14
tie [1] 4003/23
tied [1] 3987/12
time [40] 3984/2
3984/22 3991/18
3996/15 3996/17
3998/7 3998/14
3999/17 4005/24
4007/2 4007/5 4008/17
4009/4 4009/19
4009/22 4009/25
4010/1 4010/24
4013/11 4013/14
4019/7 4032/8 4032/9
4033/1 4034/19 4037/9
4038/4 4038/23
4041/24 4042/13
4042/19 4042/20
4042/23 4044/2 4044/4
4052/18 4052/21
4052/21 4053/5
4053/13
timeline [2] 4008/11
4010/5
timing [6] 4000/22
4000/25 4007/1
4011/16 4014/25
4033/3
Title [2] 4048/16
4048/21
Title III [1] 4048/21
titled [2] 4003/5 4062/4
today [5] 3979/23
3990/15 3999/15
4008/7 4052/17
together [1] 3987/12
told [9] 3993/17 3994/7
3995/16 4000/2 4009/7
4018/9 4018/10 4031/5
4036/15
tomorrow [29] 3980/10
3981/18 3982/3
3982/25 3984/8
3984/11 3986/21
3986/23 3995/17
3996/17 3997/16
3997/21 3998/5
3998/19 3999/13
4000/4 4000/9 4000/10
4000/15 4008/8
4008/16 4008/17
4014/2 4014/13
4051/12 4051/15
4052/8 4052/12
4052/13
ton [1] 3985/10
too [2] 4011/14
4039/22
took [7] 4001/15
4001/19 4002/23
4003/8 4003/20
4046/12 4053/13
touched [1] 4045/2
tough [1] 4035/11

**track** [2] 4039/4 4050/3
**tracks** [2] 4040/8
4040/11
**trailer** [3] 3984/23
3985/5 3985/13
**training** [1] 4019/9
**trait** [1] 3981/9
**transcript** [22] 4165/9
3992/1 3992/4 3992/6
3992/20 3993/17
3993/20 3993/24
4002/19 4020/11
4020/14 4020/15
4020/16 4021/7
4021/15 4022/16
4023/1 4023/6 4023/17
4023/25 4024/3 4062/3
**transcription** [4]
4020/3 4020/23 4021/2
4022/8
**transcriptions** [1]
4024/12
**transcripts** [11]
4019/20 4019/22
4019/23 4020/6
4021/17 4021/21
4022/11 4022/20
4022/24 4023/5 4024/6
**transfer** [11] 4005/13
4026/17 4028/14
4035/16 4039/6 4040/7
4040/11 4040/18
4041/2 4041/6 4049/3
**travel** [3] 3984/1
4008/6 4050/16
**trespass** [1] 4041/18
**trespassing** [1] 4039/9
**Trevor** [1] 3996/5
**trial** [27] 4165/9
3988/24 3990/25
3991/8 3992/2 3999/3
4009/3 4012/14
4016/13 4018/9
4018/10 4019/7 4020/5
4020/7 4020/8 4025/20
4028/20 4028/22
4030/15 4032/13
4033/9 4033/23 4035/2
4041/19 4045/5 4045/8
4049/13
**trials** [1] 4034/25
**tried** [3] 4019/7 4036/2
4050/2
**Troy** [2] 4165/16
3979/12
**Troy Edwards** [1]
3979/12
**true** [2] 4005/4 4037/25
**Trust** [1] 4033/3
**truth** [3] 4002/15
4003/7 4003/17
**try** [7] 3986/20 3997/18
3998/7 4007/16
4026/17 4044/1 4051/2
**trying** [11] 3983/20
4001/10 4003/13
4004/13 4010/15

4039/11 4039/12
4047/5
**Tuesday** [11] 3994/19
3995/23 3996/8
3997/22 3998/9
4000/19 4000/21
4000/23 4033/1 4033/3
4053/4
**turn** [6] 4007/11
4013/3 4026/12
4033/13 4026/12
4052/13
**twice** [2] 4006/11
4006/13
**two** [20] 3983/25
3986/14 3994/20
4001/25 4013/11
4015/23 4016/7 4018/7
4021/10 4024/4 4028/4
4034/25 4035/9
4038/15 4040/12
4047/16 4049/16
4049/20 4051/8
4053/13
**typo** [1] 4015/16

**U**

**U.S** [1] 4165/16
**U.S.C.** [2] 4039/16
4040/16
**ultimately** [3] 4023/16
4024/13 4029/17
**unanimity** [1] 4039/3
4039/11 4039/12
**unanimous** [12]
4034/18 4034/21
4035/22 4036/8
4036/10 4038/6
4038/10 4038/12
4038/14 4038/17
4038/24 4040/23
**unanimously** [2]
4030/15 4034/4
**unavailability** [1]
3993/14
**unavailable** [3]
3993/11 4007/22
4007/24
**uncooperative** [3]
4015/7 4015/7 4015/8
**under** [6] 3988/17
3989/3 4018/3 4018/20
4030/18 4047/6
**underscores** [1]
4011/12
**understand** [12]
3982/18 3982/19
3982/24 3990/19
3996/14 4001/13
4002/6 4014/24 4024/1
4027/17 4029/18
4039/14
**understanding** [4]
3990/5 4005/10
4021/11 4038/3
**understood** [5] 3991/8
3996/4 3998/17

**unique** [3] 4036/3
4036/4 4036/5
**UNITED** [20] 4165/1
4165/3 4165/10 3979/7
4026/19 4026/20
4027/10 4027/19
4027/22 4027/23
4030/1 4033/16 4040/9
4040/10 4040/18
4041/1 4042/2 4046/4
4047/5 4048/17
**United States** [13]
4026/19 4026/20
4027/10 4027/19
4027/22 4027/23
4030/1 4033/16 4040/9
4040/10 4040/18
4041/11 4047/5
**United States Code** [1]
4048/17
**unless** [7] 3983/2
3983/14 3983/15
3986/11 3995/15
4012/19 4033/4
**unlike** [1] 4011/24
**unnecessary** [1]
4007/20
**until** [5] 3998/9 4000/6
4006/9 4018/18
4026/23
**unusual** [3] 4005/2
4036/1 4036/2
**up** [44] 3984/22 3985/2
3985/10 3985/12
3985/15 3985/22
3986/18 3987/25
3991/15 3993/19
3998/13 3999/3 4001/5
4003/23 4005/8
4008/24 4009/2
4009/13 4009/16
4013/6 4013/14
4014/16 4017/13
4020/3 4020/4 4020/10
4020/12 4021/24
4022/5 4026/10
4031/17 4036/17
4036/19 4039/8
4042/12 4044/2 4044/5
4048/9 4048/25 4049/2
4049/4 4051/19 4053/2
4053/4
**upon** [3] 3981/23
4015/21 4030/9
**us** [9] 3979/23 3983/11
3991/25 3999/17
3999/21 4000/5 4000/6
4015/20 4052/1
**us know** [1] 3999/21
**usdoj.gov** [2] 4165/19
4165/20
**use** [6] 3988/16 3998/7
4010/16 4020/25
4026/19 4035/16
**used** [4] 3986/5
4001/17 4022/21
4025/13

**uses** [3] 3987/18
3987/25 4002/17
**using** [5] 4001/19
4002/14 4002/15
4006/20 4026/21
**usually** [2] 3988/13
4016/12
**uttered** [1] 4033/4

**V**

**vague** [2] 4042/3
4042/5
**vague phrase** [1]
4042/3
**valid** [1] 4007/7
**Vallejo** [28] 4166/19
3979/10 3979/17
3980/18 3985/8 3986/5
3986/13 3986/14
3987/5 3987/6 3987/6
3987/13 3987/20
3989/14 3996/1 4001/7
4001/17 4002/15
4003/7 4003/17 4004/3
4004/4 4004/15 4006/3
4019/11 4022/17
4026/13 4033/14
**Vallejo's** [4] 3983/12
3984/20 4002/13
4005/7
**variance** [1] 4044/11
**verdict** [15] 3980/3
4027/14 4030/23
4033/13 4034/18
4035/1 4035/20 4036/8
4036/22 4036/24
4037/2 4040/1 4041/12
4042/17 4053/3
**verdicts** [1] 4035/1
**version** [6] 3992/1
4022/21 4022/23
4023/10 4024/16
4049/12
**versions** [1] 4024/12
**versus** [3] 3979/8
4023/12 4034/16
**very** [8] 3991/19
3994/23 3998/20
3998/20 4032/3
4035/11 4039/15
4042/2
**via** [2] 4007/17 4007/24
**video** [11] 4003/4
4003/22 4003/23
4003/23 4007/17
4019/9 4019/24 4021/2
4022/1 4022/7 4051/20
**videos** [3] 3997/2
4020/19
**view** [2] 3980/24
4044/20
**viewing** [1] 4030/9
**votes** [3] 4046/7
4047/2 4047/18
**vs** [1] 4165/5

**wait** [2] 4016/21
4026/23
**walked** [1] 4010/13
**want** [45] 3982/5
3983/14 3983/15
3983/22 3985/14
3990/22 3992/2
3995/14 3996/15
3996/23 3999/8 4000/6
4002/2 4002/6 4002/10
4002/18 4003/6
4005/20 4006/6 4007/4
4007/17 4008/10
4008/17 4021/1 4021/4
4021/6 4023/23 4025/3
4025/4 4025/14
4025/15 4026/4 4026/7
4026/9 4031/11
4034/14 4036/7
4036/12 4038/1 4041/4
4042/11 4044/5
4045/17 4052/19
4053/11
**want to** [1] 4002/10
**wanted** [9] 3980/14
3980/19 3982/21
3982/23 3982/24
4003/2 4007/13 4049/8
4051/22
**wants** [2] 4007/3
4019/16
**war** [1] 4027/6
**was** [107]
**Washington** [6] 4165/5
4165/17 4166/21
3990/10 4030/3
4031/17
**wasn't** [4] 3982/13
4003/17 4025/20
4030/12
**waste** [1] 3996/15
**way** [17] 3986/23
4011/22 4012/1 4012/9
4013/10 4018/19
4029/8 4030/3 4030/14
4031/17 4035/7
4035/19 4037/1
4037/10 4037/11
4050/5 4050/18
**we** [176]
**we believe** [1] 4005/24
**we will** [6] 3983/2
3983/8 4018/20
4029/12 4033/1 4044/2
**we'd** [3] 3989/12
3997/22 3998/8
**we'll** [31] 3979/24
4000/14 4000/15
4000/16 4015/15
4015/18 4015/24
4016/1 4017/9 4017/10
4017/10 4017/12
4024/21 4033/8
4045/13 4051/17
4052/9 4052/11
4052/13 4052/14
4052/14 4052/23

4079

we'll... **[9]** 4052/24
4053/2 4053/2 4053/4
4053/5 4053/11
4053/12 4053/16
4053/18
we're **[21]** 3981/14
3986/25 3988/14
3990/11 3990/14
3991/20 3997/16
4007/15 4009/1
4019/17 4021/19
4021/25 4023/7
4025/18 4026/5 4026/8
4026/10 4027/6 4027/6
4027/6 4045/23
we've **[10]** 3979/24
3986/19 4001/5 4007/2
4008/13 4009/2 4009/7
4028/16 4031/20
4048/6
weapons **[1]** 4031/16
weapons-related **[1]**
4031/16
Wednesday **[3]**
4000/25 4053/6 4053/8
week **[5]** 3991/9
3994/7 3998/23
3998/23 4008/8
weekend **[1]** 4032/25
weight **[1]** 4012/11
WEINBERG **[5]**
4166/11 4166/14
4166/15 3979/16
3981/16
well **[47]** 3979/21
3980/22 3981/18
3982/25 3991/4
3993/23 3995/6
3995/14 3995/17
3997/6 3997/23
3998/10 4001/21
4002/4 4004/16
4005/18 4006/7
4006/12 4006/16
4007/2 4007/7 4008/18
4012/1 4012/17 4013/8
4014/4 4016/21
4018/18 4020/4
4020/10 4020/12
4021/4 4021/23 4026/8
4028/5 4030/2 4034/15
4035/5 4035/7 4035/21
4036/9 4037/6 4044/1
4044/16 4045/11
4048/2 4049/2
went **[10]** 4006/14
4010/12 4010/16
4011/9 4011/12
4011/12 4011/24
4025/24 4042/22
4045/15
were **[27]** 3984/18
3987/17 3991/7 3992/3
3993/20 3997/11
4003/1 4003/1 4003/9
4004/16 4004/18
4009/20 4010/23

4021/14 4025/9
4025/11 4030/18
4031/24 4039/11
4044/18 4045/3 4045/4
4050/3 4053/15
weren't **[4]** 3997/21
4002/25 4002/25
4036/15
what **[93]**
what's **[9]** 3981/16
3993/7 3993/9 4002/18
4008/14 4020/2
4025/15 4031/20
4039/2
whatever **[3]** 3998/5
4010/23 4013/20
when **[22]** 3981/20
3985/2 3985/15
3985/16 3987/18
3990/22 3990/24
4002/17 4003/7
4004/13 4006/3
4008/21 4008/23
4009/19 4021/3 4022/1
4029/11 4033/1
4036/15 4043/16
4049/18 4051/6
where **[22]** 3979/25
3982/4 3983/11
3984/18 3990/9
3990/15 3993/22
3996/12 4011/2 4014/4
4014/6 4017/8 4022/1
4022/17 4024/5 4026/9
4032/2 4037/14
4043/11 4045/21
4048/9 4053/18
whether **[26]** 3980/24
3981/22 3981/23
3982/25 3986/21
3998/3 3998/3 3999/23
4000/12 4001/11
4001/23 4005/12
4007/16 4008/19
4009/12 4010/15
4012/24 4014/15
4018/5 4020/2 4020/9
4025/10 4028/18
4034/15 4048/7
4052/17
which **[47]** 3981/4
3985/16 3985/24
3987/24 3988/17
3993/4 3996/16
3999/17 4004/5 4004/5
4004/7 4004/10
4011/19 4022/5 4026/1
4026/16 4028/4
4029/15 4030/5 4030/8
4034/20 4035/8 4035/8
4035/13 4036/13
4036/13 4036/20
4038/4 4038/24
4040/15 4040/21
4040/23 4044/13
4046/11 4048/13
4048/20 4048/20

4050/6 4050/8 4050/15
4050/15 4050/17
4050/19 4051/19
4051/20
while **[3]** 3982/14
4005/4 4025/25
white **[2]** 4029/11
4031/24
who **[27]** 3986/13
3986/20 3989/25
3994/13 3994/25
3995/7 3996/2 3996/19
3996/22 3997/1
3997/18 4000/18
4009/7 4011/11
4012/14 4013/15
4015/1 4015/7 4016/5
4016/9 4017/3 4017/5
4025/20 4045/11
4047/1 4052/24
4052/25
who's **[1]** 4001/11
whole **[4]** 4026/5
4031/16 4037/15
wholly **[1]** 3989/5
whom **[1]** 4053/14
why **[15]** 3982/18
3983/3 3993/4 3998/18
4001/13 4012/21
4013/23 4016/15
4023/23 4027/16
4027/17 4030/4 4031/5
4031/15 4043/17
Wickham **[1]** 4050/14
will **[43]** 3981/19
3982/22 3983/2 3983/3
3983/5 3983/6 3983/8
3983/17 3987/8
3989/25 3996/5 3996/6
3997/7 3997/9 3998/20
3998/21 3999/14
3999/14 4000/8
4000/11 4000/12
4000/13 4000/20
4000/21 4002/7 4016/6
4017/17 4018/16
4018/20 4018/23
4019/18 4019/23
4024/13 4029/12
4029/17 4033/1 4033/4
4035/9 4044/2 4051/14
4052/4 4052/10
4053/10
William **[5]** 4166/2
4166/3 3979/14 4062/2
4062/8
William Shipley **[1]**
3979/14
winded **[1]** 4053/15
windedness **[1]**
4053/17
windows **[2]** 4001/11
4003/13
wish **[4]** 3994/5
4019/21 4020/9
4020/11
wishes **[2]** 4005/17

withdrew **[1]** 4043/23
without **[3]** 3986/17
4006/3 4028/24
witness **[32]** 3983/4
3983/17 3984/6 3984/7
3986/11 3986/13
3986/15 3989/25
3990/7 3991/17
3991/18 3993/18
3994/22 3995/3 3995/6
3995/7 3995/10 3996/6
3996/6 4009/7 4010/4
4012/21 4012/22
4013/11 4014/23
4015/7 4017/15 4018/1
4021/3 4023/14
4024/16 4024/19
witness' **[1]** 3981/5
witnesses **[15]** 3980/5
3983/19 3983/24
3987/10 3990/8
3991/15 3994/20
3996/2 3997/19
3997/21 3997/24
4000/17 4000/20
4015/23 4052/24
won't **[1]** 3998/20
Wonderful **[1]** 4033/7
wondering **[1]** 4003/25
word **[3]** 4001/19
4024/5 4029/6
worded **[1]** 4049/1
words **[2]** 4040/7
4040/8
work **[5]** 3984/25
3986/24 4014/16
4022/10 4023/23
working **[2]** 4015/13
4045/3
worried **[2]** 4041/18
4043/3
worthy **[1]** 4027/14
would **[84]** 3980/21
3982/25 3983/3
3983/14 3984/2 3984/4
3985/23 3985/24
3986/15 3986/22
3987/1 3987/2 3987/11
3987/12 3989/6 3991/7
3991/8 3991/9 3991/17
3991/19 3992/2 3992/4
3992/24 3993/2 3993/4
3993/5 3993/16
3993/19 3994/7 3994/8
3994/12 3994/16
3994/17 3994/18
3994/18 3994/23
3995/17 3995/24
3995/25 3996/7 3996/8
3996/9 3996/14
3996/18 3996/19
3997/17 3998/6
3999/15 3999/20
3999/20 4000/3
4000/22 4002/11
4005/11 4005/20
4006/6 4007/7 4008/10

4012/6 4012/12
4012/24 4012/25
4013/8 4013/17 4016/9
4020/10 4023/5 4024/3
4024/4 4031/2 4031/14
4032/16 4032/19
4035/1 4037/12
4039/21 4040/6
4040/17 4041/19
4046/20 4046/24
wouldn't **[3]** 3982/23
4011/14 4012/13
wrap **[1]** 4041/25
wrestled **[1]** 4041/22
writing **[1]** 3988/24
wrong **[2]** 3988/11
3989/5

**Y**

y'all **[1]** 4009/24
Yeah **[13]** 3980/8
3989/9 3999/20
4009/25 4012/16
4019/4 4021/16 4023/1
4023/13 4024/10
4028/23 4037/25
4043/9
year **[1]** 4041/23
years **[1]** 4042/6
Yes **[20]** 3981/25
3991/13 3991/22
3995/1 4001/2 4002/11
4014/19 4015/4
4017/23 4026/22
4032/18 4043/13
4044/25 4046/18
4049/14 4049/14
4051/3 4051/17 4052/2
4052/5
yesterday **[14]** 3980/7
3980/14 3990/16
4001/5 4001/22 4002/4
4003/5 4004/15
4004/16 4004/25
4008/4 4017/21 4044/7
4044/14
yet **[2]** 3981/19 3992/3
York **[5]** 3984/9 3994/9
3995/19 3998/4
4052/25
you **[168]**
you know **[1]** 4031/21
you'd **[1]** 4039/18
you'll **[1]** 3994/20
you're **[8]** 3990/25
3994/4 4008/19
4009/12 4014/18
4020/13 4038/25
4043/10
you've **[6]** 3989/25
3990/8 4023/17 4030/8
4038/1 4042/25
your **[59]** 3979/6
3980/5 3980/8 3981/16
3989/8 3990/3 3991/11
3994/6 3995/1 3995/19
3995/23 3996/11

4080

## Y

**your... [47]**  3999/12
4001/2 4001/3 4001/20
4002/5 4002/21 4004/2
4006/16 4006/19
4010/13 4011/8
4012/17 4013/1 4013/4
4013/17 4013/18
4014/10 4014/11
4014/19 4015/4 4016/8
4017/23 4022/12
4023/15 4024/2 4024/7
4024/13 4024/25
4026/22 4029/5
4029/15 4031/23
4035/9 4039/1 4039/14
4040/12 4044/25
4045/8 4045/15
4046/18 4047/9
4048/12 4049/6 4050/5
4051/3 4051/17 4052/4
**Your Honor [40]**
3979/6 3980/8 3989/8
3990/3 3994/6 3995/1
3996/11 3999/12
4001/2 4001/3 4001/20
4002/5 4002/21 4004/2
4010/13 4012/17
4013/1 4013/4 4014/10
4014/11 4014/19
4015/4 4016/8 4017/23
4022/12 4024/2
4024/25 4026/22
4031/23 4039/1
4040/12 4044/25
4045/15 4046/18
4047/9 4048/12 4049/6
4051/3 4051/17 4052/4

## Z

**Zaremba [2]**  4062/2
4062/8
**zero [2]**  4041/7
4042/15
**Zimmerman [11]**
3991/21 3992/6 3992/8
3992/25 3993/15
3995/20 3995/21
3998/3 4000/19 4017/8
4052/25
**Zimmerman's [2]**
3992/1 3993/8