4081

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 22-15
                                   )    Washington, D.C.
          vs.                      )    January 12, 2023
                                   )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,         )
                                   )    Day 19
          Defendants.              )
_____)

              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DEFENDANT'S: | | | | |
| BYRON CODY | 4105 | 4116 | 4146 | |

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|---|---|
| EV101.1, EV105, EV106, EV108 | 4106 |
| EV124.1B, EV176, EV181, EV183 | 4106 |
| EV182, EV305.1, EV329, AND EV602 | 4106 |
| EV184 | 4107 |
| EV150B | 4110 |
| EV1000.7TR | 4115 |

```
1                      P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.
3              This Honorable Court is now in session; the
4    Honorable Judge Amit P. Mehta now presiding.
5              THE COURT:  Please be seated, everyone.
6              COURTROOM DEPUTY:  Your Honor, we are in Criminal
7    Action No. 22-15, United States of America versus Roberto A.
8    Minuta, Joseph Hackett, David Moerschel, and Edward Vallejo.
9              Representing the United States, we have Mr. Troy
10   Edwards.
11             Representing Roberto Minuta, we have Mr. William
12   Shipley.
13             Representing Mr. Hackett we have Ms. Angela Halim.
14             Representing Mr. David Moerschel, we have Connor
15   Martin and Scott Weinberg.  I'm sorry, Scott Weinberg is not
16   present.
17             And representing Edward Vallejo is Matthew Peed.
18             THE COURT:  Okay.  Good morning, everyone.
19             All right.  So just to recap where we are.
20   Government has the updated exhibit that we talked about
21   yesterday, you'll introduce that.  I assume the plan has not
22   changed for you, Mr. Shipley, and Ms. Halim, or
23   Mr. Weinberg.
24             MR. WEINBERG:  That's correct, Judge.
25             THE COURT:  So you all will rest.  And we have the
```

```
 1    agent available that Mr. Peed is going to call to start his
 2    case?
 3              MR. EDWARDS:  Yes, Your Honor.
 4              THE COURT:  And I understand there are objections
 5    to certain exhibits he wishes to introduce?
 6              MR. EDWARDS:  Yes, Your Honor.
 7              My team should be here soon just with the
 8    computer.  That's what I was going to -- that Mr. Peed may
 9    have available, should be helpful.
10              THE COURT:  Here's the team.
11              MR. EDWARDS:  No, no, that's all right.
12              So there's only two that I wanted to highlight.
13    I just thought it would be worth doing this before the jury
14    came in.
15              So EV184.  And, Mr. Peed, if you're able to help
16    us out, thank you, I appreciate that.
17              MR. PEED:  To clarify, this is all, none of it's
18    for the truth.  This is all for what Mr. Vallejo was seeing.
19    And I would welcome that instruction, because a lot of it
20    obviously isn't true from what the videos show.
21              THE COURT:  Is this just with respect to the two
22    exhibits or all of them?
23              MR. PEED:  For now, just the one that we're
24    talking about.
25              But generally all of them.
```

1          MR. EDWARDS:  So I'll just highlight, I think

2    today's testimony might be -- so we received more exhibits

3    after midnight last night.

4          If Mr. Peed anticipates getting into everything

5    that was in that folder, I suspect today's testimony will be

6    quite a bit longer than what we anticipated.  I don't know

7    Mr. Peed's plan.

8          Having gone through what we received this morning,

9    EV184 is a series of messages that appear in the

10   "D.C. Op Jan. 6" chat so --

11         Page down.  Thank you.

12         So these messages -- the government's bottom line

13   here is that these messages are hearsay.  This comes -- some

14   of the messages that came in from "D.C. Op Jan. 6" on

15   January 7th were statements against penal interest for these

16   individuals.  This is Jessica saying, "When people are

17   destroying shit, us Oath Keepers shut that shit down."

18         And there are about four or five of these.  "When

19   the police in riot gear wanted to leave the north exit...

20   it was Oath Keepers that escorted them to safety."

21         These aren't statements of co-conspirators that

22   are in furtherance.  They are no statements of party

23   opponents.  They're not statements against penal interest.

24   These are purely hearsay.  The purpose of this is to show

25   that the Oath Keepers were doing things on the day of

1  January 6th.  So these are different than the messages the

2  government presented that were around the same time frame.

3          MR. PEED:  So my purpose is not to show that they

4  were doing good things.  I think the jury has seen that they

5  weren't.  But Mr. Vallejo wasn't at the Capitol, and he

6  stuck around on the 7th and these are the -- what he's

7  seeing.  And so I would want a limiting instruction, this is

8  only going to -- this is not for the truth of the matter but

9  for Mr. Vallejo's, what he was seeing through the chats.

10          THE COURT:  Why is that relevant?

11          MR. PEED:  Because he stuck around on the 7th,

12  continued to be a part of this group, continued to associate

13  with the Oath Keepers, and I think the government's theory

14  is that he viewed Stewart Rhodes as kind of a leader for the

15  next several days.  So the fact that he was being told by

16  Oath Keepers who were there that they were doing good

17  things, you know, is relevant to his state of mind and

18  whether it's him associating with an organization or a

19  leadership or people who were sponsoring bad things.

20          MR. EDWARDS:  So these are not present-sense

21  impressions or effects on the listener in which Mr. Vallejo

22  then did something or something he saw firsthand.  These are

23  messages on the group chat that don't come from

24  Stewart Rhodes.

25          And to the extent Mr. Peed's hook into relevance

1    is that Mr. Vallejo turns to Stewart Rhodes, it's not

2    Mr. Rhodes that's making these messages.  And so these are

3    messages that just come from other people that don't fit

4    into any of the other categories we've talked about with

5    exceptions to hearsay.

6              THE COURT:  I mean, it's true they don't fit any

7    hearsay exception.  I think the question is whether, as

8    Mr. Peed has suggested, you know, look, the government's --

9    again, Count 1, the conspiracy continues past January 6th;

10   two, part of what the government's theory here is,

11   particularly by highlighting the fact that Mr. Vallejo went

12   to Texas, is to suggest that Mr. Vallejo was committed to

13   continuing in the sedition by wishing to join

14   Stewart Rhodes.  And if what Mr. Peed intends to argue is

15   that when he was driving down there, he understood that the

16   Oath Keepers had done all these heroic things that people

17   had said they did on the group chat, not saying they, in

18   fact, did, but this is what he read and understood, seems

19   fair game to me, I mean, with the limiting instruction.

20             MR. EDWARDS:  It's not -- I would understand that

21   if it was what Stewart Rhodes was saying or if he was

22   reaching out to these Oath Keepers to say he wanted to

23   operate with him.

24             THE COURT:  But these are his other

25   co-conspirators.  I don't think it has to be just

1    Stewart Rhodes.  These are all the other people he's alleged

2    to have been in the conspiracy with.

3              MR. EDWARDS:  That's accurate.

4              My point was to just say that he doesn't turn

5    around and say, I'm following -- these individuals are the

6    Oath Keepers, he goes straight to Rhodes in Texas.  So

7    I think that this is actually disconnected from what his --

8    this is not related to his intent to follow Stewart Rhodes

9    into Texas.

10             THE COURT:  Well, no, these are things he's

11   reading in the immediate aftermath of the events.  And then

12   I think he starts heading to Texas on the 8th, right?  So,

13   you know, this is -- these are all things he's reading

14   before he decides to head out to see Stewart Rhodes and what

15   point he makes that firm decision is, well, not clear, but,

16   you know, if the simple point is that this is what he was

17   reading and because he wasn't there, this is what he would

18   have understood people to have done potentially, then I

19   suppose it does rebut the notion that he continued to have a

20   guilty state of mind and continued to conspire.

21             MR. EDWARDS:  Yes, Your Honor.

22             The next exhibit is EV --

23             THE COURT:  So just to put a pin on file, but,

24   Mr. Peed, are there a series of these or how many of them

25   are there that I should --

1           MR. PEED:  Four, just four.

2           THE COURT:  Okay.  So I'll ask you to flag for me

3    when would be an appropriate time to provide the limiting

4    instruction after those four have been -- are they all

5    consecutive?

6           MR. PEED:  Yes.

7           THE COURT:  Okay.  All right.

8           MR. EDWARDS:  And then EV182 is, really the only

9    point I want to make here is to just ask, before we go into

10   the evidence, whether or not the whole series is one of the

11   ones we received last night.

12          MR. PEED:  I cut this down, Your Honor, just for

13   the government's knowledge.

14          I basically cut it to two messages.  It was long

15   series of planning messages.  You know, I felt like the jury

16   should just get those, but I'll show the government what I

17   cut it to, although the PDF is not --

18          Just one message with the overview of events and

19   then a message from Roger Stone with his event.

20          MR. EDWARDS:  Okay.

21          Generally, just to ask for a proffer.

22   So this is -- because Mr. Vallejo, I don't believe, is on

23   the chat, so it's not for his state of mind?

24          MR. PEED:  No, this would be for Stewart Rhodes'

25   state of mind, Kelly Meggs, people who are on the chat.

1    Siekerman was on the chat.

2              MR. EDWARDS:  The only thing point I was going to

3    make, it's lengthy, about 80 slides, so I wanted to see how

4    much we were going to get into today.

5              MR. PEED:  I don't want to do hardly anything with

6    the agent.  I emailed the government.  I'd like to do what

7    Ms. Halim did of just get into the record documents and then

8    in closing we can put them in context.  I don't need to go

9    through with the agent, who's not a fact witness, percipient

10   witness.

11             THE COURT:  So does the government -- are you

12   intending to introduce all 80?

13             MR. PEED:  No, Your Honor, I've cut that one.

14             THE COURT:  Okay.  So you're just intending to

15   introduce two?

16             MR. PEED:  For this one, yes, Your Honor.

17             THE COURT:  Into evidence, as opposed to just show

18   them to the agent?

19             MR. PEED:  Yes, for this exhibit.

20             THE COURT:  All right.  Okay.

21             MR. EDWARDS:  Okay.

22             THE COURT:  882.

23             MR. EDWARDS:  Right, no objection.  I've reviewed

24   the rest.  I just wanted to flag that it might be, direct

25   and cross might be a little longer than we, I think, we

1  anticipated.

2          MR. PEED:  I guess what I'd like from the

3  government to know is how many of these can I just enter

4  into the record and not have to go through the process of

5  having the agent say this, I've reviewed the messages,

6  et cetera, et cetera, because I don't want to review them

7  with the witness, a lot of them, most of them.

8          MR. EDWARDS:  I don't want to comment on how

9  Mr. Peed should engage in his direct, but I think the

10  government's intention would be if they're going to be

11  admitted into evidence and go argue them, they're coming in

12  through this witness and we'll take an opportunity to cross

13  this witness on those exhibits.

14          THE COURT:  I think, maybe I'm misunderstanding

15  Mr. Peed's question, but I thought he was asking to what

16  extent he needs to lay the foundation for all of these or

17  whether we can just stand up, admit them all, and then just

18  present them to the witness.  Correct?

19          MR. PEED:  Yes.

20          MR. EDWARDS:  I see.

21          So one thing I'll note is -- I can't speak to how

22  confident the agent is going to be.  These are exhibits we

23  kind of -- we got last night, we weren't aware they were

24  coming in through this agent, you know, I don't necessarily

25  have an objection to its authenticity, I'll say that.

```
 1    I just don't know, I can't speak to what the agent is going
 2    to say if he gets questioned about them on particular chats.
 3            MR. PEED:  So I don't -- if I could add, maybe if
 4    I could have maybe three minutes, I could segregate all the
 5    ones.  I just want to stand up, even outside of the jury,
 6    enter them into the record.  The government doesn't object
 7    to authenticity.  They're just Signal chats and SMS chats.
 8            THE COURT:  Look, I think the bottom line is that
 9    if there's no objection to authenticity and foundation, then
10    we can just admit them.  And then if there are -- well, we
11    can provisionally admit them.  And if there are specific
12    objections as they're coming up --
13            MR. EDWARDS:  We can do that.
14            THE COURT:  -- we can do that and then we can
15    ultimately --
16            MR. PEED:  So I don't intend to ask -- a lot of
17    them are messages from Mr. Vallejo.  Government's reviewed
18    them.  I don't intend to ask this witness about them.
19            I really only need to get this witness into the
20    January 7th podcast, maybe a video.  But these messages are
21    just for the record and to be able to use at closing.
22            THE COURT:  Okay.
23            But, well, I guess two things; one, do I hear you
24    saying that the only actual questions you're going to ask
25    concern the podcast?
```

 1              MR. PEED:  And essentially the video.

 2              THE COURT:  A video.

 3              But none of these messages?

 4              MR. PEED:  Correct.

 5              THE COURT:  Okay.

 6              MR. PEED:  I need to -- for the limiting

 7    instruction, I need to go through the one we just looked at

 8    with the assistant, so I'll do that one.

 9              THE COURT:  Okay.

10              So -- but then that still begs the question of

11    what the government can do for purposes of

12    cross-examination.  I mean, if you are seeking to admit a

13    whole bunch of evidence through an agent, even if you're not

14    asking questions about the particular exhibits, I don't know

15    why that would preclude the government from crossing with

16    respect to the substance of some of the exhibits that you're

17    seeking to admit.

18              MR. PEED:  I don't have an objection to it.

19              I think procedurally -- so I'd like to enter

20    documents before I even call the agent as part of my case,

21    if the government does not object to that procedure.  And

22    then if they want in the rebuttal case to do something with

23    those documents or rebut something in them, that's -- to me

24    seems like the way to do it.

25              You know, I've opened a case, I'm putting

1  documents in, but I'm not -- especially it's like a

2  stipulation, these are authentic and these are -- I'm

3  entering them as evidence.  I don't need to ask the witness

4  anything about them.

5           THE COURT:  Okay.

6           MR. EDWARDS:  Right, we're not -- but the

7  government's position here is that they should come through

8  the witness.  We have the witness here.  We have an agent

9  here, and those materials are what we received under a

10  folder "Exhibits for FBI Agents."

11           And so I'm not saying Mr. Peed has to ask

12  questions about them but they should come in through the

13  witness.

14           MR. PEED:  It will be fairly tedious to just show

15  him a document that's -- already no dispute about the

16  authenticity and the foundation, and then to show him

17  another one and show him another one.  There's no questions

18  for him.

19           MR. EDWARDS:  Well, I guess it's really one thing.

20  They've got to come in in front of the jury.  At least the

21  government's position is that they've got to come in in

22  front of the jury.

23           Now, I don't know if Mr. Peed is saying to stand

24  up and then admit them in front of the jury and then call

25  the witness, but I see that as just then closing the scope

1  of his direct after he's put in all of these materials.

2          And so, again, it's the government's position that

3  this will come in through the agent.  He can ask whatever

4  questions he has about them or not.  But then those exhibits

5  that have now been admitted in front of the jury, to

6  Your Honor's point, is then fair game for cross-examination.

7          MR. PEED:  I could do them -- I could do these

8  later.  I mean, the agent is not relevant to getting these

9  documents in.

10         THE COURT:  I don't think it's an issue of timing.

11 It's an issue of the extent to which the government gets to

12 cross-examine whoever you're going to put them through.  And

13 it seems to me that -- I mean, if what you're suggesting,

14 Mr. Peed, is that you want to just move in dozens of

15 messages without asking them to be read before the jury and

16 then just decide which ones you want to use in closing,

17 then, you know -- the admission of exhibits that don't come

18 through witnesses is something that is certainly proper if

19 the other side agrees to it.

20         But if the other side believes that those exhibits

21 give rise to proper cross-examination, then I'm not so sure

22 that it's simply appropriate to just move them all in and

23 then say the government can decide what they want to use in

24 rebuttal.

25         I mean, there are -- there's arguably 106 type

```
 1    issues there, although perhaps not precise 106 issues, but
 2    I'm not sure why you should be able to just move all this in
 3    and then limit the scope of the examination to a few
 4    questions about a particular handful of exhibits.
 5              MR. PEED:  I think the reason is because this
 6    agent is not relevant -- I don't mead to move them in now
 7    with this agent.  It will be --
 8              THE COURT:  Well, when are you going to move them
 9    in and through whom?
10              MR. PEED:  Well, I mean, my hope is the government
11    would just, you know, not object to it.
12              THE COURT:  Well, what if --
13              MR. PEED:  If they're objecting to it --
14              THE COURT:  So they are.  I mean, at least what I
15    heard Mr. Edwards say is, we're not objecting to them at
16    least foundationally, but there may be individualized
17    objections to some of the exhibits and their relevance.
18              MR. PEED:  I just want to be really efficient.
19    And so if --
20              THE COURT:  I want you to be efficient too.
21              MR. PEED:  -- if I need -- you know, it would --
22    if the government will let me just block admit them, I can
23    just have an investigator maybe block admit them with no
24    questions, and the government can do whatever they want with
25    them.
```

4098

1              I mean, I think the government can do whatever
2      they want with them, whether it's rebuttal or cross.  It
3      just doesn't make sense for me to cross a witness who wasn't
4      asked about these documents.  You know, I want the documents
5      in evidence, someone who knows where they came from can just
6      get that.

7              Questions about them are not -- I don't have any
8      questions about them.  A lot of them we've seen before but
9      there's -- I'm making sure that they're -- the government
10     has slides that they've chosen, and I'm making sure that the
11     context is there, things like that.  And I'm not asking
12     questions about them.  But, you know, I want the evidence in
13     so that the story can be told in closing.

14              MR. EDWARDS:  I think we can accomplish that.  The
15     government doesn't object to having Agent Cody on the stand
16     and then have Mr. Peed admit them at the forefront through
17     Agent Cody, and then he doesn't have to ask anything.

18              MR. PEED:  If I could have -- like we did with
19     Agent Hilgeman, maybe, just have Agent Cody look at these
20     and then block admit them, I think that would be very
21     efficient.

22              THE COURT:  Okay.  I mean, you can do that.
23     I think the question is then does that -- I mean, I don't
24     know why that would foreclose them from examining the agent
25     about either particular exhibits that you've block admitted

1   or --

2             MR. PEED:  I don't have an objection.  I don't

3   think it makes sense procedurally, but I don't have an

4   objection to it.

5             MR. EDWARDS:  Okay.  Thank you, Your Honor.

6             THE COURT:  All right.  So I think that's -- so is

7   everybody comfortable with how we'll proceed then?

8             MR. PEED:  Sure.  If I could have ten minutes.

9             THE COURT:  You need ten minutes to?

10            MR. PEED:  Meet with Agent Cody.

11            THE COURT:  I'm sorry?

12            MR. PEED:  Meet with Agent Cody and just make it

13   efficient that he's reviewed all these, and we are admitting

14   these numbers and -- I thought that's what we just said.

15            THE COURT:  Okay.

16            If you're not asking him questions and the

17   government is stipulating to admission, then what do you

18   need to talk to him about?

19            MR. PEED:  You are stipulating to admission?

20            MR. EDWARDS:  No, but we're not -- to the Court's

21   point, if you're going to ask questions to show him and then

22   admit them, the government is not going to object to that

23   procedure at the beginning.

24            THE COURT:  All right.  So you need to show him

25   what you want to admit, is that what I'm hearing you say?

1          MR. PEED:  I think it would go faster, maybe five

2    minutes.

3          MR. EDWARDS:  I will say the agent has reviewed,

4    as of this morning when we went to him and provided them to

5    him so he could say he's at least seen them.

6          MR. PEED:  He's seen all -- he's seen all of them.

7          MR. EDWARDS:  Whatever was in the folder titled

8    "Exhibits for FBI Agents."

9          MR. PEED:  All right.  So can I just say, "You

10   reviewed exhibits," list the numbers, and then move to admit

11   them?

12         MR. EDWARDS:  I'm not sure he will not know the

13   numbers but, yes, he has reviewed everything that you put in

14   that folder, yes.

15         THE COURT:  Okay?

16         Okay.  Well, let's bring our jury in then.

17         MS. HALIM:  Your Honor, Mr. Hackett is not feeling

18   well.  I am comfortable waiving his presence for the first

19   part of the proceedings until he gets back.  He's in the

20   restroom.  If that's okay with the Court?  Otherwise

21   I'm going to have to go hunt him down.

22         THE COURT:  I mean, it's fine with me so long as

23   you don't want me to -- well, do you want me to say

24   something to the jury that may otherwise note his absence?

25         MS. HALIM:  I mean, I don't know how to delicately

```
 1   deal with this.  He stepped out because he is not feeling
 2   well, but he will be back as soon as he can.  So --
 3             THE COURT:  Do you want me to just say that he's a
 4   little under the weather --
 5             MS. HALIM:  Yes.
 6             THE COURT:  -- he's here but under the weather
 7   and --
 8             MS. HALIM:  Thank you.
 9             THE COURT:  All right.  Sure.
10             (Pause)
11             THE COURT:  Mr. Peed, I guess one question.
12             I don't know how much time we'll have before
13   everything concludes, but we had had an email dialogue
14   yesterday about your remaining witnesses.  And the one
15   witness who is coming in just to -- for the photographs,
16   that person will be on Tuesday so we will not be sitting
17   tomorrow, correct?
18             MR. PEED:  Yes, Your Honor.
19             THE COURT:  Okay.
20             MS. HUGHES:  And, Your Honor, just for
21   clarification, we'll begin by reading that one message?
22             THE COURT:  Yes.
23             MS. HUGHES:  Thank you.
24             (Pause)
25             COURTROOM DEPUTY:  All rise.
```

1          Jury panel.

2          (Jury entered the courtroom.)

3          THE COURT:  All right.  Please be seated,

4     everybody.

5          Ladies and gentlemen, welcome back.  It is nice to

6     have you with us again.

7          Thank you for your patience and understanding with

8     respect to yesterday.

9          You know, we try to schedule these trials in a

10    straight line but sometimes there are a lot of moving parts

11    to trials, and we're not always able to do it.  It's not

12    anybody's fault, it's just the nature of how these trials

13    sometimes evolve.

14         But we are ready to proceed today, and so the

15    first order of business, you all heard that the government

16    did rest its case the other day; however, there is one

17    exhibit that we need to present to you from the government

18    that is a slightly more complete version of the exhibit than

19    what was presented.  So I'll ask Ms. Hughes to simply just

20    put that exhibit up and read it into the record.

21         MS. HUGHES:  Thank you, Your Honor.

22         This is Government's Exhibit 4761, and this is

23    pages 3 and 4.

24         So, again, this is Government's Exhibit 4761,

25    pages 3 to 4.

1          On December 9th, 2020, TruthSeeker69 sent to the

2    "GA OK General" chat, "Requests from national (Stewart

3    Rhodes) we are going to be in D.C. this weekend.  The

4    patriot pastors who are organizing the Jericho March around

5    the U.S. Capitol and Supreme Court on Saturday have asked

6    for our assistance with security.  General Flynn and his

7    family will be there, so it's important that we show up

8    ready to help.

9          "I'd any of you or anyone else from your chapters

10   can make it, it would be a blessing.  Oath Keepers will

11   cover your expenses.  We also welcome allied groups.

12   Already have some 3 percenters from L.A. coming (from

13   AP III, who were with us in Lafayette).  Please pass the

14   word to other squared-away groups."

15          Thank you, Your Honor.

16          THE COURT:  All right.  Thank you, Ms. Hughes.

17          JUROR:  Can I have a pen?

18          THE COURT:  Yes, of course.  You got an extra.

19   Thank you.

20          Okay.  So with that, we now turn to the defense.

21   Just a reminder, the defense has the opportunity to but has

22   no obligation to present a case.  So let me first turn to

23   Mr. Shipley and ask if you have any witnesses or evidence

24   you wish to present?

25          MR. SHIPLEY:  Your Honor, subject only to being

4104

1   able to confirm that the exhibits -- limited number of

2   exhibits that we have offered are in evidence, which I'll

3   confirm with your clerk, at this point, Mr. Minuta has no

4   further evidence to offer and Mr. Minuta rests.

5           THE COURT:  All right.  Thank you, Mr. Shipley.

6           Ms. Halim, on behalf of Mr. Hackett, do you have

7   any evidence or witnesses?

8           MS. HALIM:  Thank you, Your Honor.

9           On behalf of Mr. Hackett, the defense rests.

10          THE COURT:  All right.  Thank you, Ms. Halim.

11          Mr. Weinberg, on behalf of Mr. Moerschel.

12          MR. WEINBERG:  Good morning, Your Honor.

13          On behalf of Mr. Moerschel, the defense rests.

14          THE COURT:  All right.  Thank you, sir.

15          Okay.  Mr. Peed, any witnesses or evidence that

16   you wish to present on behalf of Mr. Vallejo?

17          MR. PEED:  Yes, Your Honor.

18          At this time, I would call FBI Agent Byron Cody to

19   the stand.

20          THE COURT:  Okay.

21          Agent Cody, you can have a seat.

22          We don't need to have you sworn in.  You were

23   sworn previously, you just remain under oath.  So welcome

24   back.

25          Mr. Peed.

1          MR. PEED:  Thank you, Your Honor.

2                        - - -

3     BYRON CODY, WITNESS FOR DEFENDANT VALLEJO, HAVING BEEN

4     PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

5     FOLLOWS:

6                DIRECT EXAMINATION (CONTINUED)

7                        - - -

8                        - - -

9     BY MR. PEED:

10         Q    Agent Cody, this morning, did you have a chance to

11    review a batch of exhibits presented to you by the

12    government?

13         A    Yes, most of them.

14         Q    All right.

15              I'd like to go through and name them and -- well,

16    let me just back up.

17              You reviewed them and the messages that were

18    pulled from Mr. Vallejo's phone, did you recognize them as

19    SMS messages?

20         A    I recognized them as SMS messages.  I did not have

21    a chance to verify them in the phone.

22         Q    Okay.

23              MR. PEED:  Your Honor, at this time on behalf of

24    Mr. Vallejo, I would move to admit a series of exhibits that

25    have been provided to the government.  I'd like to read into

1    the record those exhibit numbers.

2              THE COURT:  Okay.

3              MR. PEED:  Exhibit EV101.1, EV105, EV106, EV108,

4    EV124.1B, EV176, EV181, EV183, EV182, EV305.1, EV329, and

5    EV602.

6              THE COURT:  All right.  Mr. Edwards, without

7    objection, those will be admitted?

8              MR. EDWARDS:  Yes, Your Honor.

9              We're just reviewing those are the same numbers

10   that we had, but, otherwise, no objection to them.

11             THE COURT:  Okay.  So those exhibit numbers will

12   all be admitted.

13                      (Defendant's Exhibits EV101.1, EV105, EV106,
                        EV108, EV124.1B, EV176, EV181, EV183,
14                              EV182, EV305.1, EV329,
                        and EV602 received into evidence.)

15

16

17   BY MR. PEED:

18       Q    All right, Agent Cody, to begin, I'd like to show

19   you and the jury what's been marked as EV184.

20             All right, sir.  Do you see this slide is dated

21   January 7th?

22             MR. PEED:  You don't have it?

23             JUROR:  No.

24             THE COURT:  EV184 was not among those you listed.

25             MR. PEED:  Okay.  Good catch, Your Honor.

1        THE COURT:  All right.  So EV184, subject to the

2   discussion previously, will be admitted.

3                              (Defendant's Exhibit EV184

4                                 received into evidence.)

5        THE COURT:  And you can show it to the jury, yes.

6   Thank you.

7   BY MR. PEED:

8        Q    All right.  Sir, do you see on January 7th, at

9   2:37 p.m., Jessica -- you understand that to be

10  Jessica Watkins?

11       A    Yes, sir.

12       Q    All right.  She writes to the "D.C. Op Jan. 6, 21"

13  chat, "When people were destroying shit, us Oath Keepers

14  shut that shit down"?

15       A    Yes.

16       Q    And Bilbo, who you understand to be Brian Ulrich,

17  correct?

18       A    Correct.

19       Q    He wrote shortly thereafter, "When the police in

20  riot gear wanted to leave the north exit down the stairs

21  through the crowd..it was Oath Keepers that escorted them to

22  safety..fact"?

23       A    That's what it says.

24       Q    Jessica, a minute later, stated, "Kelly will tell

25  ya.  He was in there with us.  We were cussing a 'em, and

1    patriots put an end to that mess.  Watch the news.  They

2    replay the same 5 videos of violence over and over because

3    it was that rare.  They also don't show patriots pulling

4    them away and stopping them."

5         A    Yes, sir.

6         Q    Then Mr. Ulrich responds at 2:45 p.m., "I can tell

7    you that the cops we escorted out were happy we were there.

8    They were scared and tired.  There was 15-20 of them.  2 of

9    us from Hydro's unit did that..where's the video?  We also

10   handed out water bottles to folks that had been sprayed.  We

11   helped locate a husband of a woman.  They got separated and

12   she was scared."

13             MR. PEED:  All right.  Do you want to give a

14   limiting instruction, Your Honor?

15             THE COURT:  Okay.

16             So, ladies and gentlemen, the messages that

17   comprise Exhibit 184 that Mr. Peed just read into the

18   record, those are not being admitted for the truth of what

19   those statements say; rather, they are being admitted simply

20   to -- as evidence of Mr. Vallejo's state of mind as someone

21   who may have read those messages.  So, again, the content of

22   the statements are not admitting for the truth of what they

23   actually assert but, rather, Mr. Vallejo's state of mind as

24   someone who may have read those messages.

25

1    BY MR. PEED:

2        Q    All right.

3             Mr. Vallejo was not at the Capitol area on

4    January 6th, correct?

5        A    Not to my knowledge.

6        Q    All right.

7             But he was on the "D.C. Op Jan. 6, 21" chat group,

8    right?

9        A    Yes.

10       Q    And that's the chat group these messages were sent

11   to?

12       A    Correct.

13       Q    Thank you.  You can take that down.

14            All right.  I'd like to show you and the jury what

15   the government introduced as Exhibit 9552.

16            All right.  Sir, on January 6th, at 2:32 p.m.,

17   Mr. Vallejo sent a text message to Donna Hancock, correct?

18       A    Yes.

19       Q    All right.

20            And this text said, "The people have taken the

21   Capitol and Congress is in bedlam & locked down," correct?

22       A    Yes.

23       Q    All right.

24            You have reviewed -- Mr. Vallejo did a podcast on

25   January 7th, correct?

4110

1      A     Correct.

2      Q     On the morning of January 7th?

3      A     Yes.

4      Q     All right.

5            I'd like to --

6            If you could take that down.

7            I'd like to play you a portion of that podcast.

8            And we'll see if the speaker is working.

9            MR. EDWARDS:  No objection.

10           MR. PEED:  I'd like to move to admit Defense

11     Exhibit EV150B.

12           THE COURT:  EV150B is admitted.

13           Can I ask counsel, have you resolved any

14     completeness issues or were there any that --

15           MR. EDWARDS:  Other than what we've already talked

16     about yesterday, what we've let Mr. Peed and the Court know

17     that we would present, no.

18           THE COURT:  All right.  Great.  Thank you.

19           All right.  So EV150B is admitted.

20                                    (Defendant's Exhibit EV150B
                                        received into evidence.)
21

22           MR. PEED:  I will say, Your Honor, this is a

23     different clip, so what our discussion yesterday isn't

24     germane to this clip.  The discussion yesterday was about a

25     different portion.

4111

1                THE COURT:  Okay.  Let's just play what's been
2    admitted and we'll figure the rest out.
3                (Audio played)
4                JUROR:  There's no picture on the screen.
5                THE COURT:  So can we publish this to the jury?
6    And we're using the table mike, is that right, here?
7                MR. PEED:  Yes.
8                MR. NESTLER:  We're using the speaker, Your Honor.
9                THE COURT:  We're using the speaker.  All right.
10   I don't know if -- all right.  So let's play it and
11   hopefully it works.
12               (Audio played)
13   BY MR. PEED:
14       Q    All right, sir.
15            All right.  For the record, since it doesn't
16   contain the audio, could you read the phrase starting after
17   the first ellipse here.
18       A    The first ellipse?
19       Q    Because this is -- the transcript is not evidence,
20   the audio is, but did you hear Mr. Vallejo state, "The
21   people took the Capitol, surrounded the Capitol"?
22       A    Yes.
23       Q    All right.
24            And "took" is the same verb that he used with
25   Ms. Hancock, correct, in his message at 2:32?

1    A    Well, I'd have to go back, I didn't memorize the

2  message.

3    Q    Let's go back to it.

4         All right.  Mr. Vallejo said to Ms. Hancock, "The

5  people have taken the capital," correct?

6    A    Correct.

7    Q    So he's using the same language.  The same verb?

8    A    Same verb, yes.

9    Q    Now, he also said that Antifa had broken into the

10 Capitol, correct?

11   A    It says, "They had so many Antifas in there."

12   Q    Right.

13        I'll play it again.

14        (Audio played)

15        MR. PEED:  Pause it there.

16 BY MR. PEED:

17   Q    Mr. Vallejo tells Mr. Hancock he'll send him a

18 video, correct?

19   A    Correct.

20   Q    Do you recall when you testified last that we went

21 through a video that matches his description?

22   A    Yes.

23   Q    All right.

24        And Mr. Vallejo, in the 45 minutes to an hour

25 after he sent that message to Ms. Hancock, sent other

4113

1    messages where he was discussing Antifa breaking into the

2    Capitol, correct?

3        A    I'd have to review them.

4        Q    You don't recall?

5        A    No, I do not.

6        Q    All right.

7             THE COURT:  Ladies and gentlemen, let me just

8    provide an instruction with respect to this podcast as

9    evidence.  Again, this is not being offered for the truth of

10   what the contents are of Mr. Vallejo's words; rather, they

11   are being offered to bear on his state of mind and provide

12   context for some of the other exhibits that have been

13   introduced in the case.

14            MR. PEED:  All right.  You can take that down.

15   BY MR. PEED:

16       Q    All right, sir.

17            So based on the evidence we've reviewed, when

18   Mr. Vallejo has used the word take the Capitol or took the

19   Capitol, he's distinguishing that from the actions of

20   Antifa, correct?

21       A    He says, "The people," I believe, "took the

22   Capitol."

23       Q    And surrounded the Capitol?

24       A    Yes.

25       Q    But weren't going to go in?

```
 1        A     That's what he says.

 2        Q     And then he says, "Antifa started breaking in,"

 3   correct?

 4        A     Generally, yes.

 5        Q     All right.  Thank you.

 6              All right.  Just some housekeeping here.

 7              Are you familiar, sir, with a recording of

 8   Stewart Rhodes on a GoToMeeting in November of 2020?

 9        A     Yes, I am.

10              THE COURT:  Mr. Peed, what do we have going on

11   here?

12              MR. PEED:  I have a spinning blue circle.

13              THE COURT:  It looks like --

14              (Audio played)

15              THE COURT:  Hang on.

16              Does the jury have this in front of it?

17              JUROR:  No.

18              THE COURT:  No.

19              All right.  So can we show this and give it an

20   exhibit number, Mr. Peed?

21              MR. PEED:  Yes, Your Honor.  This is Exhibit

22   1000 -- Defense 1000.7.TR.

23              THE COURT:  All right.  So this is EV1000.7.TR.

24              Go ahead, why don't you play it.

25              (Audio played)
```

1                                    (Defendant Exhibit EV1000.7.TR
                                      received into evidence.)

2    BY MR. PEED:

3        Q    All right, sir.

4             Stewart Rhodes just said that, "The reason we have

5    to do it that way is because that gives you legal coverage,"

6    correct?

7        A    I hear the word "cover" at the end but, yes.

8        Q    You heard the word "cover"?

9        A    Yes, sir.

10       Q    All right.

11            You can take that down.

12            THE COURT:  All right.  So, ladies and gentlemen,

13   again, just another instruction about this particular

14   exhibit.

15            You'll recall that you saw this exhibit presented

16   by the government with a transcript along with the audio.

17   This is being presented to you as an alternative transcript

18   that goes along with that audio that's being presented by

19   Mr. Vallejo.  It will be up to you ultimately what that

20   audio says.

21            Remember, again, the audio is the evidence, and

22   the transcripts are just being provided to you as a guide.

23   If there's a difference in the transcripts, again, it will

24   be ultimately up to you whether either transcript is

25   correct, neither transcript is correct.  Ultimately it's the

```
1    video that will -- is the evidence in the case.
2            MR. PEED:  Your Honor, no further questions for
3    now.  Thank you.
4            THE COURT:  All right.  Any cross-examination?
5            MR. EDWARDS:  Yes, Your Honor.
6                         - - -
7                    CROSS-EXAMINATION
8    BY MR. EDWARDS:
9        Q    Hello again, Agent Cody.
10       A    Good morning.
11       Q    Good morning.
12            Now, Mr. Peed admitted a few exhibits there in the
13   beginning.  Do you recall that?
14       A    Yes.
15       Q    Okay.
16            And I didn't ask questions about all of them but
17   I have a couple questions for you.
18       A    Okay.
19            MR. EDWARDS:  Ms. Badalament, can you please pull
20   up Defense Exhibit EV329.
21            Thank you.
22   BY MR. EDWARDS:
23       Q    Agent Cody, these are going to be presented to the
24   jury.  These have been admitted.
25       A    Yes, sir.
```

4117

1       Q     Agent Cody, can you -- on September 1st,

2    7:41 p.m., what did Whiskey62 say to the "OK FL Hangout"?

3       A     "Guys, nit to be the wet blanket, remember no OK

4    business on unsecure and unvetted media.  And take every

5    care to protect UR identity.  Doxing is a serious weapon."

6       Q     Okay.  Was Whiskey --

7             MR. EDWARDS:  Can we go back, please.  Thank you,

8    Ms. Badalament.

9    BY MR. EDWARDS:

10      Q     Whiskey62, he was telling the "OK FL Hangout,"

11   "No OK business on unsecure and unvetted media," correct?

12      A     Yes.

13      Q     And he said, "Doxing is a serious weapon,"

14   correct?

15      A     Yes.

16      Q     September 1st, that was before the election,

17   right?

18      A     Yes, it was.

19      Q     Okay.

20            And Rhodes and others talked about being careful

21   on chats after the election, right?

22      A     They did, yes.

23            MR. EDWARDS:  Can we go back to where Mr. Peed

24   left off, exhibit -- Defense Exhibit EV1000.7.

25            Okay.  Ms. Badalament, can we please play -- start

4118

1    from the beginning and play here.

2                    (Audio played)

3                    MR. EDWARDS:  Can we pause there?  Thank you,

4    Ms. Badalament.

5    BY MR. EDWARDS:

6        Q    Agent Cody, as early as November 9th, 2020, did

7    Stewart Rhodes -- or Stewart Rhodes said, "We'll have to

8    make a determination of who goes where and who is going to

9    be on the outside and who is going to be on the inside,"

10   correct?

11       A    Yes.

12       Q    On January 6th in Washington, D.C., Mr. Hackett

13   and Mr. Moerschel, Mr. Minuta, they were on the inside,

14   right?

15       A    Correct.

16       Q    And Mr. Vallejo, he was on the outside, right?

17       A    Correct.

18       Q    And as early as November 9th, 2020, Mr. Rhodes

19   said, "We're going to have a QRF, armed QRF," right?

20       A    Yes.

21       Q    He didn't say QRF with food?

22       A    No.

23       Q    He didn't say QRF with kitchen?

24       A    No.

25       Q    He didn't say QRF for exfil?

4119

1      A     No.

2      Q     He said, "armed QRF," as early as November 9th?

3      A     Yes.

4      Q     And Kelly Meggs was on this call from Florida,

5   right?

6      A     Right.

7      Q     And Jessica Watkins, she was on this call, right?

8      A     Yes.

9      Q     Michael Greene, or Whip, the ops lead for

10  January 6th, he was on that call, right?

11     A     Yes.

12           MR. EDWARDS:  Can we go to the next clip,

13  Ms. Badalament.

14           Thank you.

15           And play.

16           (Audio played)

17           MR. EDWARDS:  Thank you, Ms. Badalament.

18  BY MR. EDWARDS:

19     Q     Before I go forward, I asked you some questions

20  about who was on that call.

21           Joseph Hackett was on that call, too, right?

22     A     Yes.

23     Q     Now, earlier I asked you some questions about what

24  Whiskey62 said about doxing before the election, right?

25     A     Right.

4120

1    Q    Now, after the election, Rhodes said, "We're in an

2    era now where everything you say is being monitored," right?

3    A    Right.

4    Q    And he said, "Right now, this phone call is being

5    recorded by the NSA and FBI and CIA," right?

6    A    Right.

7    Q    Okay.

8        Mr. Rhodes did not say being monitored by Antifa?

9    A    No.

10    Q    He did not say he was concerned with doxing?

11    A    No.

12    Q    In fact, after the election, he was concerned

13    about law enforcement, right?

14    A    Right.

15    Q    Including the FBI?

16    A    Yes.

17        MR. EDWARDS:  Can we go to the next clip,

18    Ms. Badalament.

19        (Audio played)

20        MR. EDWARDS:  Can we pause there?

21        Thank you, Ms. Badalament.

22    BY MR. EDWARDS:

23    Q    Agent Cody, specifically Mr. Rhodes was concerned

24    with getting popped with a conspiracy charge, right?

25    A    Right.

4121

```
 1        Q    After the election?

 2        A    Yes.

 3             MR. EDWARDS:  Can we go to the next clip,

 4   Ms. Badalament, go forward a little bit.  Thank you.

 5             (Audio played)

 6   BY MR. EDWARDS:

 7        Q    Agent Cody, as early as November 9th, 2020, Rhodes

 8   said, "There's nothing left to do but to fight," right?

 9        A    Right.

10        Q    And as early as November, Mr. Rhodes says, "That's

11   true for us, too," right?

12        A    Yes.

13        Q    And he said, "We are not getting out of this

14   without a fight," right?

15        A    Correct.

16        Q    Now, after -- at the end of that clip, Mr. Rhodes

17   said, "But let's do it while President Trump is

18   commander-in-chief," right?

19        A    Right.

20        Q    "Let's try to get him to do his duty," right?

21        A    Right.

22        Q    On January 6th, Trump did not do what Rhodes

23   wanted, right?

24        A    Correct.

25        Q    And on January 6th, Rhodes messaged his group that
```

1    Trump and Pence did not do what he wanted, right?

2        A    Right.

3        Q    On January 6th, Rhodes told the group that,

4    "Patriots were taking matters into their own hands," right?

5        A    Right.

6            THE COURT:  Mr. Edwards, I think we're getting a

7    little far afield of the direct here; I think we're getting

8    a little bit beyond the scope.

9            MR. EDWARDS:  Yes, Your Honor.

10           Ms. Badalament, can we please open EV106.

11           This is another exhibit, Agent Cody, that was

12   admitted at the beginning of your testimony.

13           Just open it slowly.

14           Thank you, Ms. Badalament.

15   BY MR. EDWARDS:

16       Q    Agent Cody, on December 24th, Vallejo sent to K2

17   this link, right?

18       A    Right.

19       Q    And it says, "Open letter President Trump," right?

20       A    Right.

21       Q    That's a letter that Stewart Rhodes wrote, right?

22       A    Yes.

23       Q    And so as early as December 24th, Mr. Vallejo was

24   circulating Rhodes' words, right?

25       A    Yes.

1          MR. EDWARDS:  Ms. Badalament, could we go to the

2     next page, please.

3          In fact, could we go to Slide 4.

4          And, Ms. Badalament, can we zoom in on the

5     paragraph that starts at the top, "If you fail to act," the

6     first full paragraph.

7     BY MR. EDWARDS:

8     Q    Agent Cody, do you see on the screen here this top

9     full paragraph?

10    A    I do.

11    Q    Can you please read the first sentence.

12    A    "If you fail to act while you are still in office,

13    we the people will have to fight a bloody Civil War and

14    revolution against these two illegitimate Communist China

15    puppets and their illegitimate regime with all the powers of

16    the deep state behind them" --

17    Q    You can stop there, sorry, Agent Cody.  Didn't

18    mean to cut you off.

19         MR. EDWARDS:  Can we go down to Slide 8,

20    Ms. Badalament.

21         And go one up, I apologize if I gave you the wrong

22    number.

23    BY MR. EDWARDS:

24    Q    Can we zoom in on the all caps here in the center.

25         Did Stewart Rhodes, in this letter that

1    Mr. Vallejo circulated, say, "We are in for a fight no

2    matter what, no matter what"?

3        A    Yes.

4            MR. EDWARDS:  Could we go to the next slide,

5    Ms. Badalament.

6    BY MR. EDWARDS:

7        Q    This was signed by Stewart Rhodes and Kellye

8    SoRelle, right?

9        A    Correct.

10            MR. EDWARDS:  Ms. Badalament, can we open

11    government's -- Defense Exhibit EV305.1, please.

12    BY MR. EDWARDS:

13        Q    And while she does that, Agent Cody, we're going

14    to now start it in November, you were in December, and now

15    I'm going to ask you some questions about January of 2021.

16        A    Okay.

17            MR. EDWARDS:  Now, can we go to the next slide,

18    Ms. Badalament.

19    BY MR. EDWARDS:

20        Q    Agent Cody, Mr. Peed admitted an exhibit in which

21    Mr. Vallejo --

22            MR. EDWARDS:  Oh, I apologize, Ms. Badalament.

23    Can we open --

24    BY MR. EDWARDS:

25        Q    Mr. Peed introduced an exhibit that is from the

```
1       "1776" Square chat, correct?

2       A     Yes.

3       Q     And that is a chat that includes Ed Vallejo and

4    Todd Kandaris, right?

5       A     Yes.

6       Q     They chat on their way to Washington, D.C., right?

7       A     Yes.

8       Q     In early January, December 31st and early January,

9    right?

10      A     Yes.

11      Q     Okay.

12            Now, Ms. Badalament, can we turn to Government's

13   Exhibit 9514, slide 96.

14            Now, on December 31st, that same time span from

15   that group chat, Agent Cody, what did -- first of all,

16   Prometheus was Todd Kandaris, right?

17      A     Right.

18      Q     What did Todd Kandaris message Stewart Rhodes

19   directly?

20      A     "Just as volunteers, as far as I know, no one is

21   anticipating speaking.  We are rifles, manpower, warm bodies

22   there to support the process and the President."

23      Q     And that was the same day that Mr. Kandaris was

24   engaged in the group chat with Mr. Vallejo, correct?

25      A     Yes.
```

1    Q    Now, Mr. Vallejo was not in that defense exhibit,

2    Mr. Vallejo also messaged the "1776" square chat on

3    January 1st, right?

4    A    Yes.

5         MR. EDWARDS:  Can we please go to slide 98,

6    Ms. Badalament.

7    BY MR. EDWARDS:

8    Q    Agent Cody, what does Vallejo message the group

9    chat, that same group chat the next day?

10   A    "Gentleman, may the living God bless us this day

11   and grant us victory in this historic mission we undertake

12   against all forms of tyranny over the minds of men.  We are

13   the Constitution of America, not some paper with mere words.

14   Action.  Amen."

15   Q    Thank you, Agent Cody.

16        Now, Ms. Badalament, can we please turn to Defense

17   Exhibit EV182.

18        Agent Cody, Mr. Peed introduced an exhibit of a

19   chat titled "Jan 5/6 D.C. OK security/VIP" chat, right?

20   A    Yes.

21   Q    And, Agent Cody, Mr. Vallejo is not on that chat,

22   right?

23   A    Correct.

24   Q    And based on your investigation, there was no

25   indication that Mr. Vallejo talked about security or VIPs,

1    right?

2         A    Not to my knowledge.

3         Q    Now, Agent Cody, this was a group chat among some

4    of these individuals that we've discussed focused on

5    security and VIPs, right?

6         A    Yes.

7         Q    But this group, they also had other group chats

8    for January 6th, right?

9         A    Yes.

10        Q    And so they had multiple group chats but for the

11   same day, focused on the same day, right?

12        A    Yes.

13        Q    And one of those included "D.C. Op Jan. 6, 21",

14   right?

15        A    Yes.

16        Q    Now, that group chat doesn't have the word

17   "security" or "VIP," right?

18        A    Right.

19        Q    So, Agent Cody, on January 6th, the defendants and

20   the members of these chats had multiple reasons to be in

21   D.C., right?

22        A    Apparently.

23        Q    So let's talk about January 6th.

24             Ms. Badalament, can we please pull up Defense

25   Exhibit EV202.

 1          The Court's indulgence.

 2          Ms. Badalament, can we please pull up EV184.

 3          COURTROOM DEPUTY:  This is admitted?

 4          MR. EDWARDS:  Yes, sir.  This was admitted for

 5   Mr. Peed.  Thank you.

 6   BY MR. EDWARDS:

 7      Q    Agent Cody, Mr. Peed asked you questions about

 8   what Jessica meant -- messaged to the group chat on

 9   January 7th, right?

10      A    Yes.

11      Q    And Jessica, that's Jessica Watkins, right?

12      A    Right.

13      Q    Now, the day after January 6th, Ms. Watkins

14   messaged, "When people were destroying shit, us Oath Keepers

15   shut that shit down," right?

16      A    Yes.

17      Q    So this was January 7th, right?

18      A    Right.

19          MR. EDWARDS:  Ms. Badalament, can we please pull

20   up Government's Exhibit 1502.

21          And can we please jump to timestamp 9 minutes and

22   47 seconds, please.

23   BY MR. EDWARDS:

24      Q    Now, Agent Cody, after, on January 7th,

25   Ms. Watkins messaged, "We Oath Keepers shut that shit down."

4129

```
1              Agent Cody, we're going to play here from
2    9 minutes, 47 seconds to 10 minutes, 8 seconds.
3              MR. PEED:  Your Honor, on the phone.
4              (Bench conference)
5              MR. PEED:  Your Honor, you can't -- there's a
6    limiting instruction.  None of this came in for the truth.
7    So whether it's true or not, he can't be impeached by
8    showing that it's not true.
9              We know it's not true; we've seen it's not true.
10   Mr. Vallejo wasn't there.
11             So it didn't come in for the truth.  I think it's
12   beyond the scope.
13             MR. EDWARDS:  Your Honor, Mr. Peed showed messages
14   that -- of other individuals describing what they did on
15   January 6th and incorrectly.  And those messages, while
16   still relevant to apparently Mr. Vallejo's intent, it's the
17   government's prerogative to show that they were wrong,
18   regardless of Mr. Vallejo's intent.
19             I don't know if Mr. Peed was trying to speak, so I
20   don't mean to cut him off if he was, but...
21             MR. PEED:  I was waiting for the Court.
22             The Court appeared to be thinking.
23             MR. EDWARDS:  Right.
24             MR. PEED:  Obviously, the scope of the exhibit is
25   about what Mr. Vallejo was told and had seen.  So if the
```

 1    government wants to cross with other things that Mr. Vallejo

 2    was shown or was seen, I think that's within the scope.

 3              MR. EDWARDS:  Right.

 4              It's the government's theory here.

 5              And what you'll see after I show this exhibit is

 6    an exhibit where Mr. Rhodes is messaging people like

 7    Jessica Watkins and Ed Vallejo to "keep your mouth shut,"

 8    and so there's a collective effort to go quiet and to spin

 9    afterward.

10              And so laying that step-by-step procedure is to

11    show what they did and then show that they messaged to put a

12    spin on it and then be quiet on January 7th.

13              THE COURT:  So I think Mr. Peed's right in that

14    the exhibit was limited to just what its effect was on

15    Mr. Vallejo.  And the jury's not looking at it for the truth

16    of the content, so I don't think it's appropriate to rebut

17    this statement with the truth.

18              Now, if you want to show other documents that

19    might bear on Mr. Vallejo's intent and state of mind, that

20    seems to me to be arguably within the cross.

21              But I do think showing something to rebut the

22    truth of what was said is beyond the purpose for which the

23    exhibit was admitted.

24              MR. PEED:  Thank you, Your Honor.

25              (Open court)

1          THE COURT:  So that objection will be sustained.

2    BY MR. EDWARDS:

3      Q    Agent Cody, on January 7th, Jessica Watkins

4    messaged "We Oath Keepers shut that shit down," right?

5      A    Yes.

6      Q    But on January 6th --

7          Ms. Badalament, if we could pull up Government's

8    Exhibit 9652; go to the first slide.

9          -- what had Stewart Rhodes messaged the group chat

10   that included Jessica Watkins and Ed Vallejo?

11     A    "Be very careful and mindful that anything you say

12   can and will be used against you.  Expect it."

13     Q    Could we go to the next slide.

14          What did he continue to say to that same group?

15     A    "God bless you, brothers.  But be mindful -

16   anything you say can and will be used against you.  All,

17   keep that in mind."

18     Q    Thank you.

19          Ms. Badalament, can we please pull up Defense

20   Exhibit EV105.

21          This was another exhibit Mr. Peed admitted.

22   I'm not sure there were questions but I've got a couple for

23   you.

24          Thank you, Ms. Badalament, as we jump between

25   Defense Exhibits and Government's Exhibits.

4132

```
 1              Okay.  Can we scroll down, please.
 2              THE COURT:  So this is EV105?
 3              MR. EDWARDS:  Yes, Your Honor.
 4              Scroll down one more.
 5              Sorry, go one up.
 6   BY MR. EDWARDS:
 7        Q    So, Agent Cody, on January 6th, one of -- Vallejo
 8   messaged the group chat, "We got food for 30 days," right?
 9        A    Right.
10        Q    Now, right before that, he messaged --
11              Can we go back up one, Ms. Badalament.
12              Right before that, Vallejo messaged, "We'll be
13   back at 6:00 a.m. to do it again," right?
14        A    Right.
15        Q    Now, the message about having food, Mr. Vallejo
16   also had a sword, right?
17        A    Yes.
18        Q    Mr. Vallejo also had rifles, right?
19        A    Yes.
20              MR. PEED:  Objection.
21              THE COURT:  Sustained.
22   BY MR. EDWARDS:
23        Q    Agent Cody --
24              Or, Ms. Badalament, can we please go back to --
25              Agent Cody, had Todd Kandaris, who was with
```

```
 1    Mr. Vallejo --
 2             MR. PEED:  Asked and answered.
 3             THE COURT:  I didn't hear the question.
 4             So go ahead.  What's the question?
 5    BY MR. EDWARDS:
 6        Q    Had Todd Kandaris, days before, messaged
 7    Stewart Rhodes that "We are rifles for the President and the
 8    process"?
 9        A    I'd have to see the message.
10             THE COURT:  All right.  Well, it's been shown to
11    the jury.
12             MR. EDWARDS:  Okay.
13    BY MR. EDWARDS:
14        Q    Now, my final topic, Agent Cody, Mr. Peed asked
15    you some questions about Mr. Vallejo mentioning Antifa,
16    right?
17        A    Yes.
18        Q    And he showed you portions of Mr. Vallejo's
19    podcast, right?
20        A    Right.
21        Q    Now, Mr. Vallejo recorded that podcast on
22    January 7th, right?
23        A    Yes.
24        Q    So that was after Stewart Rhodes' 8:40 p.m.
25    message on January 6th about watching what you said, right?
```

1        A    Yes.

2        Q    And that was after Stewart Rhodes messaged

3   Edward Vallejo and the others to meet face to face, right?

4        A    Right.

5        Q    On the night of January 6th, they met face to face

6   at Olive Garden, right?

7        A    Yes.

8        Q    And, Agent Cody, this is after Vallejo had sent a

9   message, a YouTube video on the day of January 6th of

10  violence at the Capitol titled, "We are not Tifa," right?

11       A    Correct.

12       Q    In fact, Stewart Rhodes, on January 6th, said the

13  same thing, that it was not Antifa, right?

14       A    Yes.

15            MR. EDWARDS:  Ms. Badalament, can we please pull

16  up Government's Exhibit 9554, Slide 21.

17  BY MR. EDWARDS:

18       Q    Now, the day before Mr. Vallejo talked about

19  Antifa.  What had Stewart Rhodes messaged the group chat

20  that included Vallejo?

21       A    "Look, I was there.  I was right outside.

22  Patriots stormed in.  Not Antifa.  And I don't blame them.

23  They were justifiably pissed off."

24            MR. EDWARDS:  Can we please jump to Slide 29.

25

1    BY MR. EDWARDS:

2         Q    Now, while Ms. Badalament does that, Agent Cody,

3    Edward Vallejo was active on this chat on January 6th,

4    right?

5         A    Yes.

6         Q    And responding to messages that day, right?

7         A    Yes.

8         Q    And so on 7:17 p.m., a little later that night,

9    Mr. Vallejo said, "We'll, they have to declare buttboy

10   President in the dead of night with no one there," right?

11        A    Yes.

12        Q    Now, minutes later, what did Stewart Rhodes

13   message that same group chat with Mr. Vallejo?

14        A    "Thousands of ticked off patriots spontaneously

15   marched on the Capitol and sent the message that they will

16   not live under illegitimate Chi-Com puppet regime.  You

17   can't handle that, hit the door.  You ain't seen nothing

18   yet."

19        Q    Mr. Rhodes doesn't say Antifa, does he?

20        A    No.

21        Q    Okay.

22             Now, there were -- in addition to what Mr. Peed

23   showed, there were other things Mr. Vallejo said on that

24   January 7th podcast, right?

25        A    Yes.

1          Q     And there were other things that Todd Kandaris

2     said on that podcast, right?

3          A     Yes.

4                MR. EDWARDS:  Ms. Badalament, can we please turn

5     to Government's Exhibit 1053.1.

6                THE COURT:  Is there any objection to this,

7     Mr. Peed?  This is other portions of the podcast.

8                MR. EDWARDS:  Yes, Your Honor.

9                MR. PEED:  I don't know what portion they're going

10    to play, but the one we discussed yesterday, yes, there's an

11    objection.

12               MR. EDWARDS:  For the record, this is 1053.1.TR.

13               THE COURT:  Okay.

14               (Bench conference)

15               Mr. Edwards.

16               MR. PEED:  I just want to note Ms. Halim is not

17    here.  I don't know if you want to wait until Mr. Hackett's

18    counsel --

19               THE COURT:  I assume that she walked out for a

20    reason.

21               So, I mean, this is your witness, this is your

22    case.  So, you know, if she needed to be here, she would

23    have asked me to put a pause on things.

24               Is that the only issue?

25               MR. EDWARDS:  I'm happy to talk about what clips

1    I'm going to show.  I don't know if the Court needs that.

2            THE COURT:  Hang on.

3            But this is on the podcast?

4            MR. EDWARDS:  Yes, Your Honor.

5            THE COURT:  On the 7th?

6            MR. EDWARDS:  Yes.

7            THE COURT:  Okay.

8            MR. PEED:  Your Honor, the scope of my direct was

9    about Mr. Vallejo's use of the word "taken," because the

10   government repeatedly showed a message with the word

11   "taken," implying that Mr. Vallejo understood that patriots

12   had taken the Capitol, you know.  And so what I showed was

13   that when he used that same word "taken," he meant it to be

14   surround the Capitol.  It was a linguistic point.

15           THE COURT:  Right, no, I understand it was about

16   "taken" in the video that was shown yesterday about the

17   smashing of the video -- of the window.

18           So what do you intend to play of the podcast?

19           MR. EDWARDS:  Yes, Your Honor.

20           So Mr. Peed, also in some of his questions, showed

21   messages that showed Mr. Vallejo's intent before he followed

22   Rhodes into Texas in January.  Some of those messages --

23           THE COURT:  I'm sorry, Mr. Rhodes followed him

24   into what?

25           MR. EDWARDS:  Before he followed Mr. Rhodes after

1    January 6th.  So he followed him into Texas and he -- and

2    part of showing Mr. Vallejo's intent was showing -- Mr. Peed

3    showed some of the messages to then highlight what was in

4    Mr. Vallejo's mind when he went with Mr. Rhodes.  Some of

5    what Mr. Vallejo discussed in this podcast is "not being

6    done" and "following Mr. Rhodes."

7           And I mentioned this yesterday when we discussed

8    there were going to be rule of completeness portions that

9    the government intended to introduce if he got into the

10   January 7th podcast.

11          THE COURT:  So can you show me what you wish to

12   play -- and how many clips do you have?

13          MR. EDWARDS:  Not many.  I think three.

14          So here's one.  So Mr. Vallejo talks about what

15   they did that morning of January 7th.

16          And then we can -- I'll get with Ms. Badalament.

17          So here is the second clip.

18          The jury is seeing this, by the way, I think.

19          THE COURT:  It is?

20          MR. EDWARDS:  It looks like it to me.  Yeah.

21   Sorry.

22          THE COURT:  That's okay.

23          MR. EDWARDS:  And so here's the next clip, where

24   they're discussing ruminating the event.

25          And, again, this is what Mr. Peed got into, the

1    events of January 6th, where he thought -- he showed

2    evidence that Mr. Vallejo discussed Antifa doing things.

3              I'm showing what Mr. Vallejo and Kandaris talked

4    about in ruminating those events.

5              MR. PEED:  Again, Your Honor, I was focused on his

6    language.  And this is getting to the -- way beyond into the

7    substance.  And this is rebuttal stuff.

8              MR. EDWARDS:  No, this is the same podcast within

9    seconds or a minute of Mr. Vallejo talking about the events.

10   And this is now Todd Kandaris and Vallejo talking about it

11   but at a different point in the podcast.

12             (Pause)

13             MR. EDWARDS:  The only thing I'd add is that

14   I understand Mr. Peed thinks that his focus was linguistic,

15   but what comes across to the jury is Mr. Vallejo's intent

16   that day and focusing on the events of January 6th.  These

17   comments do the same thing.

18             MR. PEED:  I framed it around -- the entire part

19   around the Donna Hancock text because the government used

20   that text to a great extent.  So I wanted to show with that

21   text the same verb is used, and it was used in the context

22   of distinguishing "surrounding" versus "taking," or taking

23   including surrounding but taking not including going in.

24   That was all I got into.

25             THE COURT:  I guess the other -- well, look,

```
 1   I mean --
 2          MR. EDWARDS:  I note that this is what we flagged
 3   yesterday.
 4          THE COURT:  All right.
 5          We did flag this yesterday as potentially opening
 6   the door to these additional excerpts from the podcast.
 7          And, you know, the overall gist of your
 8   presentation through the agent of exhibits has been with
 9   respect to Mr. Vallejo's state of mind after January 6th and
10   what he understood the Oath Keepers to have done.  That was
11   the purpose of that set of four slides.
12          And, you know, some of these statements are --
13   sort of rebut that and arguably are relevant to his --
14   what -- are other evidence of his state of mind.
15          MR. PEED:  That's why they have a rebuttal case.
16          I think that in the scope of the direct, what I
17   focused on was what Mr. Vallejo was told on the chat.
18          THE COURT:  Yeah.
19          But, remember, the scope is of the direct
20   examination, it's not of an exhibit, right?
21          So the scope of direct examination, the cross-exam
22   has to be within the scope of the examination, and the
23   overall tenor and tone of the examination was to present
24   exhibits that, in your view, bore out an innocent state of
25   mind, right?
```

1            MR. PEED:  No, Your Honor.  Those messages were

2    about whether the Oath Keepers were a group and that he

3    could continue to associate with.

4            THE COURT:  Correct, and, therefore, explaining

5    why he did so, right?

6            MR. PEED:  But not his plans, not anything that he

7    did.

8            THE COURT:  No, I understand it's not anything

9    that he did.

10           But, you know, he's now saying, "I'm waiting for

11   orders from Stewart Rhodes."  I mean, that is -- you know,

12   that's within the scope of what you were trying to establish

13   on direct, it seems to me.

14           And we talked about this yesterday, about how, you

15   know, playing this thing is going to open the door

16   potentially to other portions of it.

17           MR. PEED:  This wasn't what we talked about

18   yesterday.  I wanted to put in the domestic terrorism

19   comment --

20           THE COURT:  I understand.

21           MR. PEED:  -- and so we had that discussion.

22           THE COURT:  I understand.

23           But, you know, I think that at least -- can you

24   put those clips back up.

25           MR. EDWARDS:  Yes, Your Honor, I'll get

4142

1    Ms. Badalament.

2             THE COURT:  Can you go back to the first one.

3             MR. EDWARDS:  Yes, I keep forgetting she can't

4    hear you.

5             THE COURT:  Right.

6             Okay.

7             MR. EDWARDS:  And the next one.

8             Oh, no, sorry.

9             There you go.

10            THE COURT:  Yeah, I mean.  On this particular

11   clip, it says, Now we -- you know, election fraud and that's

12   just not an issue anymore, that goes away?  Are we done?"

13            And Vallejo responds, "Are you asking me?

14   I'm never done."

15            Mr. Kandaris says, "You know, we're sitting here,

16   you know our digs, if you will, ruminating the events and

17   trying to calculate what next steps are."

18            Mr. Vallejo says, "Yeah, I'm waiting for orders

19   from Stewart Rhodes."

20            I mean, this is direct state of mind.  And, you

21   know, your presentation concerned what Mr. Vallejo would

22   have perceived about the events of that day, and now we've

23   got Kandaris saying he and Vallejo were ruminating about the

24   events of that day.

25            MR. PEED:  So --

4143

1          THE COURT:  And Mr. Vallejo responded, "Yeah, I'm

2    waiting for orders from Stewart Rhodes."

3          So I think that's certainly permissible.

4          MR. PEED:  So what is the fact that -- I mean,

5    I think the government is just trying to get in the truth

6    here that Mr. Kandaris was ruminating on events and trying

7    to decide next steps.

8          THE COURT:  Yeah, but it's context for

9    Mr. Vallejo's statement of, "That I'm waiting for orders

10   from Stewart Rhodes," and that it goes directly to his state

11   of mind and what he is -- what his next steps are, right?

12         So, I mean, I think that comes in.

13         What's the last one?

14         MR. EDWARDS:  That's it.

15         THE COURT:  That's it, just those two?

16         MR. EDWARDS:  Yes, Your Honor.

17         MR. PEED:  Another objection, Your Honor.

18         The government has put in photographs, I mean,

19   obviously they've chosen for a reason, into this exhibit.  I

20   would ask that they crop those out.

21         MR. EDWARDS:  These have already been -- those

22   photographs are the photographs that we had --

23         THE COURT:  I know, but let's take them out.

24   I don't think we need them.  Can you just --

25         MR. EDWARDS:  We can manually do it right now if

1    that's helpful.

2            THE COURT:  Just take those out.

3            MR. EDWARDS:  We can do that right now.

4            Did you want me to explain to the jury why we're

5    pausing -- or it doesn't matter.  We can just do it and

6    delete.

7            THE COURT:  That's fine.

8            MR. EDWARDS:  Okay.  Thank you.

9            (Open court)

10           MR. EDWARDS:  Agent Cody, we're going to take one

11   small -- a couple seconds to move something around based on

12   the conversation.  We'll be right back.

13           THE COURT:  Feel free to stand up and stretch if

14   you'd like, thank you.  I appreciate your patience.

15           (Pause)

16           THE COURT:  All right.  Mr. Edwards, are you ready

17   to go?

18           MR. EDWARDS:  Yes, Your Honor.  Thank you.

19           THE COURT:  So this is Government 1053.1.TR,

20   correct?

21           MR. EDWARDS:  Yes, Your Honor.

22   BY MR. EDWARDS:

23       Q    Agent Cody, before that break we talked -- I had

24   asked you, did Mr. Vallejo say other things on that podcast

25   on the morning of January 7th?

1      A    Yes.

2      Q    All right.

3           And I'm going to play now Government's

4   Exhibit 1053.1.TR.

5           And, yes, sir, can we publish this to the jury,

6   please.

7           (Audio played)

8   BY MR. EDWARDS:

9      Q    So we'll pause there.

10          Agent Cody, did Mr. Vallejo, he said on this

11  podcast, "We did what we had to do and we got back here to

12  take care of business"?

13     A    Yes.

14     Q    And the here, he went back to the QRF hotel,

15  right?

16          MR. PEED:  Objection, Your Honor.

17          THE COURT:  That's sustained.

18          MR. EDWARDS:  Can we go to the next clip, please,

19  Ms. Badalament, and play this for Agent Cody, please.

20          (Audio played)

21  BY MR. EDWARDS:

22     Q    Agent Cody, when the host asked, "Are we election

23  fraud, that's just not an issue anymore, are we done,"

24  Mr. Vallejo responded, "I'm never done," right?

25     A    Right.

1    Q    And Todd Kandaris, he, after saying he's

2    ruminating the events, he said he's trying to calculate what

3    next steps are, right?

4    A    Right.

5    Q    And on the morning of January 7th, Ed Vallejo

6    said, "I'm waiting for orders from Stewart Rhodes," right?

7    A    Yes.

8         MR. EDWARDS:  Ms. Badalament, can we turn to

9    Defense Exhibit EV105.  We can take this down.  Can we take

10   that down.

11   BY MR. EDWARDS:

12   Q    Agent Cody, after January 6th, that evening, what

13   did Ed Vallejo message the group chat?

14   A    "We'll be back at 6:00 a.m. to do it again."

15        MR. EDWARDS:  Can we please publish that to the

16   jury.  Thank you very much.

17        No further questions, Your Honor.

18        THE COURT:  Thank you, Mr. Edwards.

19        Redirect.

20        MR. PEED:  Keep that up, please.

21              - - -

22              REDIRECT EXAMINATION

23   BY MR. PEED:

24   Q    All right.

25        You just read, "We'll be back at 6:00 a.m. to do

1   it again," what was the "it" that Mr. Vallejo said to do it

2   again?

3        A    I can't make an inference from this.

4        Q    You don't remember?  You don't remember the text

5   that came before this?

6        A    I could read it for you if you'd like.

7        Q    You don't remember.  You're an agent in this

8   investigation.  You don't remember what it said.  The jury

9   has seen it last time --

10        A    No, I don't memorize messages, sir.

11        Q    Stewart Rhodes said, "The patriots spontaneously

12   marched on the Capitol," correct?

13        A    I'd like to review it.

14        Q    Do you remember that Stewart Rhodes said,

15   "Patriots spontaneously marched on the Capitol"?

16        A    I remember generally him saying something to that

17   effect.  I don't know if it was the message immediately

18   before this one.

19        Q    Can you go right before.

20             Sir, it says, "Patriots spontaneously marched on

21   the Capitol and sent a message," correct?

22        A    Correct.

23        Q    There were people that day who marched towards the

24   Capitol peacefully, correct?

25        A    They marched to the Capitol, yes.

4148

1      Q    Did you discover in your investigation there were

2  at least some people who went to the Capitol and did not

3  break any laws?

4      A    I don't investigate people who don't break laws.

5      Q    Have you reviewed videos of that day, sir?

6      A    Yes.

7      Q    Have you reviewed videos of people standing there?

8      A    Yes.

9      Q    Not using force?

10     A    Generally.

11     Q    Holding signs?

12     A    Yes.

13     Q    Those signs with political statements?

14     A    Yes.

15     Q    Near the Capitol?

16     A    Yes.

17     Q    Signs that had messages on them?

18     A    Correct.

19     Q    Go to the next slide, please.

20          All right.  So Mr. Vallejo, when he said, "We'll

21  be back at 6:00 to do it again," he was responding to a

22  message that said that there was a spontaneous march,

23  correct?

24     A    Yes, he was responding to that message.

25     Q    Thank you.

1          All right.  Now, let's go to EV1000.7.  Can we

2     show it to the jury.

3          All right.  Don't pull it up.  I'll refresh his

4     recollection if I need to.

5          All right.  We listened to something that, again,

6     that's already been in evidence, which is Mr. Rhodes talking

7     on a GoToMeeting recording, correct?

8     A    Correct.

9     Q    All right.

10          This was a discussion on November 9th, 2020,

11    right?

12    A    Yes.

13    Q    This was not a discussion about January 6th?

14          MR. EDWARDS:  Objection as to form, Your Honor.

15          THE COURT:  It's overruled.

16          THE WITNESS:  I'm sorry, could you repeat the

17    question, please.

18    BY MR. PEED:

19    Q    This call was about plans for a rally to be held

20    in this area on November 14th, correct?

21          MR. EDWARDS:  Objection as to leading, Your Honor.

22          THE COURT:  He's permitted to lead.  Go ahead.

23          THE WITNESS:  Yes, I believe there was a rally on

24    November 14th.

25

4150

```
1   BY MR. PEED:
2       Q    And that's what the call was about that we
3   listened to, right?
4       A    It's my understanding.
5       Q    All right.
6            And Mr. Rhodes said they will have a QRF at that
7   rally, correct?
8       A    Yes.
9       Q    And Mr. Rhodes said that the QRF will be awaiting
10  the orders -- will be awaiting the President's orders,
11  correct?
12      A    I don't know if it was a QRF was awaiting the
13  President's orders or they will be awaiting the President's
14  orders, but, yes, it was a line in there.
15      Q    All right.
16           The President belongs to the government, is a
17  member of the government, right?
18      A    Yes.
19      Q    Okay.
20           Now, do you recall Mr. Edwards asking you where
21  Mr. Vallejo was on January 6th?
22      A    Yes.
23      Q    And you gave him an answer, right?
24      A    Yes.
25      Q    Mr. Vallejo -- do you recall your answer?
```

4151

1        A      No.

2        Q      All right.

3               Mr. Edwards talked about a statement from

4    Mr. Rhodes on his cross, right, about "our best men posted

5    outside," correct?

6        A      Yes.

7        Q      All right.

8               And then he asked you, was Mr. Vallejo outside or

9    inside.  Do you remember that?

10       A      Yes.

11       Q      And you said Mr. Vallejo was outside, I believe,

12   was your testimony, right?

13       A      He was outside.

14              Not outside the Capitol but he was not inside the

15   Capitol.

16       Q      By Capitol, do you mean the Capitol Building or do

17   you mean the Capitol, D.C., Washington, D.C.?

18       A      Capitol with an O-L.

19              My understanding, though, he was at some point

20   looking for his car that morning.

21       Q      All right.

22              So, just to be clear, when the patriots

23   spontaneously marched on the Capitol, based on the time of

24   that message from Mr. Rhodes, Mr. Vallejo -- let me be more

25   precise.

1          When -- at 2:00 on January 6th when the barriers

2    were being pushed down, Mr. Vallejo was not at the hotel or

3    in Washington, D.C. near the Capitol, correct?

4        A    I don't know exactly where he was.  I believe he

5    was looking for --

6              MR. EDWARDS:  Objection as to leading.

7              MR. PEED:  Permission to lead with this agent,

8    Your Honor.

9              THE COURT:  He's permitted to under Rule 611.

10             Go ahead.

11   BY MR. PEED:

12       Q    At 2:00 p.m., sir, Mr. Vallejo was not at the QRF

13   hotel that you've been calling -- using that language for

14   the hotel, correct?

15       A    I'd have to go back and review his specific

16   messages as to exactly what time he was sending messages and

17   what he was doing.

18       Q    How come when the government asked you, you had a

19   yes-or-no answer, you didn't ask to review any more

20   messages?

21       A    I don't know.

22       Q    You don't know where Mr. Vallejo was at 2:00 p.m.

23   on January 6th?

24       A    Exactly, off the top of my head, no, I do not.

25       Q    Do you know where he was at 1:00 p.m. on

1    January 6th?

2         A    I do not.

3              I know in the morning, he was locating his truck.

4    And at some point in the afternoon, he was messaging that he

5    was standing by.

6         Q    It was the morning he was looking for his truck.

7    What time in the morning did he leave the hotel?

8         A    I believe early morning.

9              THE COURT:  All right.  I think we're getting into

10   argument and beyond the scope of the cross.

11             MR. PEED:  Thank you, Your Honor.

12   BY MR. PEED:

13        Q    Can we go to Exhibit 9414.

14             I have it, actually.  Could we switch back.

15             All right.  While the computer restarts, sir, you

16   were asked about a message from Todd Kandaris saying, "We're

17   there to support the process and the President," do you

18   recall that?

19        A    Yes.

20        Q    Was there a process going on January 6th?

21        A    Yes.

22        Q    And was that process the certification of the

23   election?

24        A    Yes.

25        Q    And did Mr. Kandaris say he was there to support

4154

1   that process?

2       A    Yes.

3       Q    He didn't say he was there to interrupt it, did

4   he?

5       A    He did not say that.

6       Q    In fact, Mr. Kandaris and Mr. Vallejo did a

7   podcast on January 6th, correct?

8       A    Yes.

9       Q    And in that podcast, they stated they were -- they

10  talked about certification, right?

11      A    Generally, I believe so.

12      Q    And if you'll recall, they expressed a desire to

13  see the outcome of that certification, right?

14      A    I'd have to hear a replay.

15      Q    The government asked you about a video titled "We

16  are not Tifa"; correct?

17      A    Yes.

18      Q    And that video, we reviewed it when you were here

19  last time, showed individuals breaking into the Capitol or

20  punching the windows or being pulled back, do you recall

21  that?

22      A    Yes.

23      Q    Now, the government asked you about the title,

24  "We are not Tifa," correct?

25      A    Yes.

1     Q    And in that video, Trump supporters are pulling

2  people off the windows, correct?

3     A    People wearing --

4     Q    People wearing Trump gear are pulling people off

5  the window, right?

6     A    Yes.

7     Q    Now, Mr. Vallejo sent that message -- or talked

8  about that video with Mr. Hancock, right?

9     A    Yes.

10     Q    In doing so, he was expressing the view that there

11  were Antifa members going into the Capitol and hurting the

12  window?

13     A    He expressed that view, yes.

14     Q    And so when the title says, "We are not Tifa,"

15  it's saying, "We don't act like Tifa," correct?

16     THE COURT:  You're asking him to interpret

17  something, so it's overruled -- the objection is sustained.

18     MR. PEED:  Withdrawn, Your Honor.

19  BY MR. PEED:

20     Q    You said on your direct that Mr. Vallejo was not

21  involved in security, correct?

22     A    Yes, that is to the best of my knowledge.

23     Q    Do you know what Mr. Vallejo did on January 5th

24  when he got to D.C.?

25     A    No.

4156

1      Q    So what was the basis of your answer that he did
2  not do any security?
3      A    I don't recall seeing any messages where he's
4  explicitly talking about having been a part of the VIP
5  security detail.
6      Q    Do you know where he was -- do you know where he
7  went on January 5th?
8      A    No.
9      Q    Do you know who he was with on January 5th --
10     A    No, I --
11     Q    -- when he got to D.C.?
12     A    -- do not.
13     Q    All right.
14          So your answer to the government's question was
15  based on a review of messages, correct?
16     A    Based on, yes, review of messages, some text
17  messages, yes.
18     Q    Did you review messages where Mr. Vallejo
19  described going down to the Supreme Court?
20     A    I don't recall those specifically, no.
21     Q    So you don't recall reviewing Mr. Vallejo's
22  messages directly with Stewart Rhodes?
23     A    Not all of them, no.
24     Q    All right.
25          Let's talk about the January 7th podcast.  You

1   were asked questions about that, correct?

2       A    Yes.

3       Q    And Mr. Vallejo said he was awaiting orders from

4   Stewart Rhodes, right?

5       A    Yes.

6       Q    In your investigation you uncovered evidence that

7   Stewart Rhodes claimed that he had a direct line to the

8   President of the United States, right?

9       A    Yes.

10      Q    So waiting for orders from Stewart Rhodes would be

11  awaiting for orders from someone purporting to have a direct

12  line to the President of the United States?

13           MR. EDWARDS:  Objection.

14           THE COURT:  Sustained.

15  BY MR. PEED:

16      Q    Now, on that same podcast, Mr. Vallejo described

17  the people who broke the windows of the Capitol as "people

18  involved in domestic terrorism," didn't he?

19      A    Yes.

20           MR. PEED:  No further questions.

21           THE COURT:  Okay.

22           All right.  Agent Cody, you may step down.

23  Thank you very much, sir.

24           THE WITNESS:  Thank you, Your Honor.

25           THE COURT:  All right.  Just quickly if we could

1   get on the phone, please.

2              (Bench conference)

3              THE COURT:  All right.

4              So, Mr. Peed, you have nothing further this

5   morning; is that right?

6              MR. PEED:  Yes, Your Honor.

7              THE COURT:  Okay.

8              (Open court)

9              THE COURT:  Okay.

10             Ladies and gentlemen, we are not only going to

11  take our morning break, we are going to take the break for

12  the day.  Hopefully it was communicated to you that today

13  might be a short day.  Turns out that that prediction was

14  correct.

15             Also turns out we will not be sitting tomorrow.

16  We will resume on Tuesday.  As I said, there are a lot of

17  moving parts and pieces to these trials, and sometimes we

18  can't sit as consistently as we would like.

19             All of that said, the good news is we're still

20  very much on track to get you this case by the middle of

21  next week.  So what remains in this case is the completion

22  of Mr. Vallejo's case and then the government's rebuttal

23  case, and then we will instruct you, we'll hear closings,

24  and then the case will be yours.

25             So we're very much on track.  We appreciate your

```
 1   patience with -- with the schedule, and we look forward to
 2   seeing you next Tuesday, we'll start at 9:30.
 3            Just the same reminders to please not discuss the
 4   case, no media exposure, social media, and please no
 5   independence research, and continue to keep an open mind,
 6   and we look forward to seeing you next week.  Thank you,
 7   everyone.
 8            COURTROOM DEPUTY:  All rise.
 9            (Jury exited the courtroom.)
10            THE COURT:  All right.  Please be seated,
11   everyone.
12            So in terms of schedule, I'd like for us to be
13   able to convene tomorrow to finalize jury instructions,
14   because given the number of witnesses Mr. Peed intends to
15   call, I'm not sure we're going to have a lot of time.  I'd
16   like to be able to read instructions on Tuesday, perhaps
17   we'll have some time to finalize them then.  But if you
18   can -- did you say you were leaving town?  Ms. Halim, I'm
19   looking at you.
20            MS. HALIM:  Oh, I was going to ask if I could
21   participate remotely.  I do think it would be good to get to
22   a doctor.  I'm not doing well.
23            THE COURT:  Okay.
24            MS. HALIM:  But I could participate by Zoom
25   tomorrow.
```

1          THE COURT:  If Mr. Hackett is amenable to that,

2    then it's fine by me.

3          MS. HALIM:  And he is.  I spoke with him about

4    that.

5          In fact, I can waive his presence or he can be

6    here in court, whichever you prefer, Your Honor.

7          THE COURT:  He can be remote if he wants to be

8    remote, that's fine, too.

9          I think the only outstanding to do in terms of

10   actual language was the defense instructions.  I know I had

11   said Friday generally, but can I ask you all to please have

12   those drafts to the government and to me by 9:30 tomorrow?

13   And then we can convene at 11:00 to try and finalize both

14   jury instructions and -- oh, that's right.  Sorry, 1:00?

15         MS. HALIM:  I'm sorry?

16         THE COURT:  1:00.

17         MS. HALIM:  1:00 tomorrow?

18         THE COURT:  Yes.  Does that work for everyone?

19         MR. EDWARDS:  Yes, Your Honor, for the government.

20         THE COURT:  Is anybody else intending on

21   participating remotely, or everyone else will be here?

22         MR. SHIPLEY:  Your Honor, let me pull up my

23   calendar.

24         I stack most of my Fridays with status conferences

25   in other cases.

1    MS. HALIM:  Your Honor, do you think we'll be

2    finished by 2:00?  I have a status conference with

3    Judge Cobb starting at 2:00.

4    THE COURT:  I hope so.

5    MS. HALIM:  Okay.

6    THE COURT:  I hope so.  I think it will be a

7    hybrid.

8    MR. SHIPLEY:  I have a status conference with

9    Judge Bates at 2:00.

10    THE COURT:  At 2:00?  Okay.

11    I think we can finish within an hour.

12    MR. NESTLER:  That's fine.  We're available at the

13    Court's convenience if you want to start a little earlier,

14    Your Honor, to make sure we get done before 2:00.

15    THE COURT:  I was trying to think what time --

16    okay.  It's just that we're doing the questionnaire tomorrow

17    for the next trial and the jurors are coming in so we want

18    to make sure that that's done.

19    So why don't we say 12:30.  I think that ought to

20    give us enough time to finish up in the morning and then get

21    started here.  But hopefully this won't take that long.

22    There are only a few loose ends to resolve.  Okay?

23    So we'll see everybody at 12:30 tomorrow.  Again,

24    please, defense, to the extent you wish to have either a

25    collective or an individualized defense instruction, 9:30 to

 1    the government and to me tomorrow so we can take a look at

 2    it.

 3         We'll convene at 12:30 to resolve any final issues

 4    concerning the jury instructions.  And the verdict form,

 5    although I think we resolved that but just to confirm, we'll

 6    confirm that tomorrow.

 7         And just, again, a reminder in anticipation of

 8    getting this case to the jury to get your exhibit lists

 9    ready.  So just putting a reminder on that.

10         All right.  Anything else?

11         MR. EDWARDS:  Yes, Your Honor, just to verify

12    whether Mr. -- if the plan is the same for Tuesday as of

13    last night for Mr. Peed's witnesses?

14         MR. PEED:  Yeah.

15         MR. EDWARDS:  So it would be three?

16         MR. PEED:  That's the current plan.

17         THE COURT:  I'm sorry, three?  I thought it was

18    four.  You have Zimmerman --

19         MR. PEED:  Right.  Right.

20         THE COURT:  -- the two Arizona witnesses, right?

21         MR. PEED:  You're right.

22         THE COURT:  And then the person who is coming in

23    for the photo.  So four.  But they're all short, correct,

24    Mr. Peed, or relatively short?

25         MR. PEED:  Yes, Your Honor.

1          THE COURT:  So we should be able to finish either

2    before lunch or soon after lunch.  I'll intend to

3    instruct -- well, I'm sorry.  The government will have its

4    rebuttal, I don't know whether you intend to have one.  And

5    if you do, I assume it will be short, and then we'll read

6    and then again plan to begin closings Wednesday.

7          I guess one thing I would ask you all to think

8    about before tomorrow is a length of closings just so I can

9    think about schedule.  I know it took us two days last time,

10   it wouldn't surprise me if it took two days this time.  But

11   it would just be helpful to have a general sense of what

12   you're currently thinking about.  Okay?

13         MR. NESTLER:  Only one outstanding matter,

14   Your Honor.  Government Exhibit 1531, our large board, when

15   we introduced it a month ago, we -- Your Honor had deferred

16   ruling on whether it would be admitted as an exhibit.  We

17   can litigate that tomorrow and discuss it.  I just wanted to

18   make sure that Your Honor was aware --

19         THE COURT:  Yeah, let's talk about it tomorrow.

20         My current sense, and I'm happy to hear more from

21   the parties, it's a demonstrative and it doesn't go back.

22   Particularly given the structure of it and some of the text,

23   that I think it's more demonstrative than comes in

24   substantively.

25         MR. NESTLER:  Understood.

4164

1          Our position is that it's a summary; we thought we

2    laid the foundation of that.  We were litigating it, I don't

3    know if Your Honor remembers, on the phones, and we thought

4    we should push it off and show it to the jury then, and then

5    have a final decision then.

6          THE COURT:  Yeah, no, I mean, there's not --

7    obviously I don't think there's any problem with showing it

8    as a demonstrative, it's just whether it's admitted as

9    evidence.

10          And, again, we can talk about this more tomorrow,

11    but if it's a "summary," I don't know that it's a summary

12    of -- it's the government's summary of the theory of the

13    case, not any particular documents or testimony, so I don't

14    think there's a basis to allow that back in for the jury

15    based on that theory.

16          So let me think about it.  If there's more to

17    discuss, we can discuss it tomorrow.

18          MR. NESTLER:  Yes, Your Honor.  Thank you.

19          THE COURT:  We'll see you tomorrow afternoon,

20    I should say.

21          (Proceedings concluded at 11:07 a.m.)

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 12, 2023_____     

           William P. Zaremba, RMR, CRR

**BY MR. EDWARDS:**
**[28]** 4116/8 4116/22
4117/9 4118/5 4119/18
4120/22 4121/6
4122/15 4123/7
4123/23 4124/6
4124/24 4126/7 4128/6
4128/23 4131/2 4132/6
4132/22 4133/5
4133/13 4134/17
4134/25 4144/22
4145/8 4145/21
4146/11
**BY MR. PEED: [15]**
4105/9 4106/17 4107/7
4108/25 4111/13
4112/16 4113/15
4115/2 4146/23
4149/18 4149/25
4152/11 4153/12
4155/19 4157/15
**COURTROOM
DEPUTY: [5]** 4084/2
4084/6 4101/25 4128/3
4159/8
**JUROR: [4]** 4103/17
4106/23 4111/4
4114/17
**MR. EDWARDS: [90]**
**MR. NESTLER: [5]**
4111/8 4161/12
4163/13 4163/25
4164/18
**MR. PEED: [84]**
4085/17 4085/23
4087/3 4087/11 4090/1
4090/6 4090/12
4090/24 4091/5
4091/13 4091/16
4091/19 4092/2
4092/19 4093/3
4093/16 4094/1 4094/4
4094/6 4094/18
4095/14 4096/7 4097/5
4097/10 4097/13
4097/18 4097/21
4098/18 4099/2 4099/8
4099/10 4099/12
4099/19 4100/1 4100/6
4100/9 4101/18
4104/17 4105/1
4105/23 4106/3
4106/22 4106/25
4108/13 4110/10
4110/22 4111/7
4112/15 4113/14
4114/12 4114/21
4116/2 4129/3 4129/5
4129/21 4129/24
4130/24 4132/20
4133/2 4136/9 4136/16
4137/8 4139/5 4139/18
4140/15 4141/1 4141/6
4141/17 4141/21
4142/25 4143/4
4143/17 4145/16

4153/11 4155/18
4157/20 4158/6
4162/14 4162/16
4162/19 4162/21
4162/25
**MR. SHIPLEY: [3]**
4103/25 4160/22
4161/8
**MR. WEINBERG: [2]**
4084/24 4104/12
**MS. HALIM: [12]**
4100/17 4100/25
4101/5 4101/8 4104/8
4159/20 4159/24
4160/3 4160/15
4160/17 4161/1 4161/5
**MS. HUGHES: [3]**
4101/20 4101/23
4102/21
**THE COURT: [140]**
**THE WITNESS: [3]**
4149/16 4149/23
4157/24

**'**

**'em [1]** 4107/25

**1**

**10 minutes [1]** 4129/2
**1000 [1]** 4114/22
**1000.7.TR [1]** 4114/22
**1053.1 [1]** 4136/5
**1053.1.TR [3]** 4136/12
4144/19 4145/4
**106 [2]** 4096/25 4097/1
**114 [1]** 4082/16
**1150 [1]** 4082/20
**11:00 [1]** 4160/13
**11:07 [1]** 4164/21
**12 [2]** 4081/5 4165/7
**12:30 [3]** 4161/19
4161/23 4162/3
**1341 [1]** 4082/4
**14th [2]** 4149/20
4149/24
**15 [2]** 4081/4 4084/7
**15-20 [1]** 4108/8
**1502 [1]** 4128/20
**1531 [1]** 4163/14
**1532 [1]** 4082/11
**1775 [1]** 4082/20
**1776 [2]** 4125/1 4126/2
**184 [1]** 4108/17
**19 [1]** 4081/7
**19129 [1]** 4082/7
**1:00 [4]** 4152/25
4160/14 4160/16
4160/17
**1st [3]** 4117/1 4117/16
4126/3

**2**

**20 [1]** 4108/8
**20006 [1]** 4082/21
**202 [2]** 4081/17
4082/21
**2020 [6]** 4103/1 4114/8

4149/10
**2021 [1]** 4124/15
**2023 [2]** 4081/5 4165/7
**20579 [1]** 4081/17
**21 [4]** 4107/12 4109/7
4127/13 4134/16
**215-300-3229 [1]**
4082/8
**22-15 [2]** 4081/4
4082/8
**228-1341 [1]** 4082/4
**239 [1]** 4082/12
**24th [2]** 4122/16
4122/23
**252-7277 [1]** 4081/17
**265 [1]** 4082/15
**29 [1]** 4134/24
**2:00 [8]** 4152/1
4152/12 4152/22
4161/2 4161/3 4161/9
4161/10 4161/14
**2:32 [2]** 4109/16
4111/25
**2:37 [1]** 4107/9
**2:45 [1]** 4108/6

**3**

**30 days [1]** 4132/8
**31st [2]** 4125/8
4125/14
**3229 [1]** 4082/8
**337-9755 [1]** 4082/12
**33901 [1]** 4082/12
**33950 [1]** 4082/16
**3580 [1]** 4082/7

**4**

**45 [1]** 4112/24
**47 [2]** 4128/22 4129/2
**4761 [2]** 4102/22
4102/24

**5**

**5/6 [1]** 4126/19
**575-8000 [1]** 4082/17
**5th [3]** 4155/23 4156/7
4156/9

**6**

**601 [1]** 4081/16
**611 [1]** 4152/9
**6:00 [4]** 4132/13
4146/14 4146/25
4148/21
**6th [33]** 4087/1 4088/9
4109/4 4109/16
4118/12 4119/10
4121/22 4121/25
4122/3 4127/8 4127/19
4127/23 4128/13
4129/15 4131/6 4132/7
4133/25 4134/5 4134/9
4134/12 4135/3 4138/1
4139/1 4139/16 4140/9
4146/12 4149/13
4150/21 4152/1
4152/23 4153/1
4153/20 4154/7

**7277 [1]** 4081/17
**745 [1]** 4082/3
**7:17 [1]** 4135/8
**7:41 p.m [1]** 4117/2
**7th [21]** 4086/15
4087/6 4087/11
4093/20 4106/21
4107/8 4109/25 4110/2
4128/9 4128/17
4128/24 4130/12
4131/3 4133/22
4135/24 4137/5
4138/10 4138/15
4144/25 4146/5
4156/25

**8**

**80 [2]** 4091/3 4091/12
**8000 [1]** 4082/17
**808 [1]** 4082/4
**808Shipleylaw [1]**
4082/5
**882 [1]** 4091/22
**8:40 [1]** 4133/24
**8th [2]** 4089/12

**9**

**9 minutes [2]** 4128/21
4129/2
**919-9491 [1]** 4082/21
**941 [1]** 4082/17
**9414 [1]** 4153/13
**9491 [1]** 4082/21
**9514 [1]** 4125/13
**9552 [1]** 4109/15
**9554 [1]** 4134/16
**96 [1]** 4125/13
**9652 [1]** 4131/8
**96734 [1]** 4082/4
**9755 [1]** 4082/12
**98 [1]** 4126/5
**9:30 [4]** 4081/6 4159/2
4160/12 4161/25
**9th [6]** 4103/1 4118/6
4118/18 4119/2 4121/7
4149/10

**A**

**a.m [5]** 4081/6 4132/13
4146/14 4146/25
4164/21
**able [8]** 4085/15
4093/21 4097/2
4102/11 4104/1
4159/13 4159/16
4163/1
**about [72]** 4084/20
4085/24 4086/18
4088/4 4091/3 4093/2
4093/18 4094/14
4095/4 4095/12
4095/15 4096/4 4097/4
4098/4 4098/7 4098/8
4098/12 4098/25
4099/18 4101/14
4110/16 4110/24
4115/13 4116/16

4119/23 4119/24
4120/13 4124/15
4126/25 4127/23
4128/7 4129/25
4132/15 4133/15
4133/25 4134/18
4136/25 4137/9
4137/15 4137/16
4138/14 4139/4 4139/9
4139/10 4141/2
4141/14 4141/14
4141/17 4142/22
4142/23 4149/13
4149/19 4150/2 4151/3
4151/4 4153/16
4154/10 4154/15
4154/23 4155/8 4156/4
4156/25 4157/1 4160/3
4163/8 4163/9 4163/12
4163/19 4164/10
4164/16
**above [1]** 4165/4
**above-titled [1]** 4165/4
**absence [1]** 4100/24
**accomplish [1]**
4098/14
**accurate [1]** 4089/3
**across [1]** 4139/15
**act [3]** 4123/5 4123/12
4155/15
**Action [2]** 4084/7
4126/14
**actions [1]** 4113/19
**active [1]** 4135/3
**actual [2]** 4093/24
4160/10
**actually [3]** 4089/7
4108/23 4153/14
**add [2]** 4093/3 4139/13
**addition [1]** 4135/22
**additional [1]** 4140/6
**admission [3]** 4096/17
4099/17 4099/19
**admit [15]** 4092/17
4093/10 4093/11
4094/12 4094/17
4095/24 4097/22
4097/23 4098/16
4098/20 4099/22
4099/25 4100/10
4105/24 4110/10
**admitted [22]** 4083/10
4092/11 4096/5
4098/25 4106/7
4106/12 4107/2
4108/18 4108/19
4110/12 4110/19
4111/2 4116/12
4116/24 4122/12
4124/20 4128/3 4128/4
4130/23 4131/21
4163/16 4164/8
**admitting [2]** 4099/13
4108/22
**afield [1]** 4122/7
**after [21]** 4086/3
4090/4 4096/1 4111/16

4167

**A**

**after... [17]** 4112/25
4117/21 4120/1
4120/12 4121/1
4121/16 4128/13
4128/24 4130/5
4133/24 4134/2 4134/8
4137/25 4140/9 4146/1
4146/12 4163/2
**aftermath [1]** 4089/11
**afternoon [2]** 4153/4
4164/19
**afterward [1]** 4130/9
**again [23]** 4088/9
4096/2 4102/6 4102/24
4108/21 4112/13
4113/9 4115/13
4115/21 4115/23
4116/9 4132/13
4138/25 4139/5
4146/14 4147/1 4147/2
4148/21 4149/5
4161/23 4162/7 4163/6
4164/10
**against [6]** 4086/15
4086/23 4123/14
4126/12 4131/12
4131/16
**agent [66]** 4085/1
4091/6 4091/9 4091/18
4092/5 4092/22
4092/24 4093/1
4094/13 4094/20
4095/8 4096/3 4096/8
4097/6 4097/7 4098/15
4098/17 4098/19
4098/19 4098/24
4099/10 4099/12
4100/3 4104/18
4104/21 4105/10
4106/18 4116/9
4116/23 4117/1 4118/6
4120/23 4121/7
4122/11 4122/16
4123/8 4123/17
4124/13 4124/20
4125/15 4126/8
4126/15 4126/18
4126/21 4127/3
4127/19 4128/7
4128/24 4129/1 4131/3
4132/7 4132/23
4132/25 4133/14
4134/8 4135/2 4140/8
4144/10 4144/23
4145/10 4145/19
4145/22 4146/12
4147/7 4152/7 4157/22
**Agent Cody [36]**
4098/15 4098/17
4098/19 4099/10
4099/12 4104/21
4106/18 4116/9 4117/1
4120/23 4121/7
4122/11 4123/8
4123/17 4124/13
4124/20 4125/15
4126/15 4126/18

**A**
4128/24 4129/1 4131/3
4132/7 4132/23
4132/25 4133/14
4134/8 4135/2 4144/10
4144/23 4145/10
4145/22 4157/22
**Agent Hilgeman [1]**
4098/19
**Agents [2]** 4095/10
4100/8
**ago [1]** 4163/15
**agrees [1]** 4096/19
**ahead [4]** 4114/24
4133/4 4149/22
4152/10
**ain't [1]** 4135/17
**AL [1]** 4081/6
**Alexandra [1]** 4081/15
**all [108]**
**all right [4]** 4085/11
4106/20 4109/6
4114/23
**alleged [1]** 4089/1
**allied [1]** 4103/11
**allow [1]** 4164/14
**along [2]** 4115/16
4115/18
**already [5]** 4095/15
4103/12 4110/15
4143/21 4149/6
**also [10]** 4103/11
4108/3 4108/9 4112/9
4126/2 4127/7 4132/16
4132/18 4137/20
4158/15
**alternative [1]** 4115/17
**although [3]** 4090/17
4097/1 4162/5
**always [1]** 4102/11
**am [2]** 4100/18 4114/9
**Amen [1]** 4126/14
**amenable [1]** 4160/1
**AMERICA [3]** 4081/3
4084/7 4126/13
**AMIT [2]** 4081/9 4084/4
**among [1]** 4106/24
4127/3
**Angela [2]** 4082/6
4084/13
**angiehalim [1]** 4082/8
**another [6]** 4095/17
4095/17 4115/13
4122/11 4131/21
4143/17
**answer [5]** 4150/23
4150/25 4152/19
4156/1 4156/14
**answered [1]** 4133/2
**anticipated [2]** 4086/6
4092/1
**anticipates [1]** 4086/4
**anticipating [1]**
4125/21
**anticipation [1]** 4162/7
**Antifa [12]** 4112/9
4113/1 4113/20 4114/2
4120/8 4133/15

**A**
4134/22 4135/19
4139/2 4155/11
**Antifas [1]** 4112/11
**any [18]** 4088/4 4088/6
4098/7 4103/9 4103/23
4104/7 4104/15
4110/13 4110/14
4116/4 4136/6 4148/3
4152/19 4156/2 4156/3
4162/3 4164/7 4164/13
**anybody [1]** 4160/20
**anybody's [1]** 4102/12
**anymore [2]** 4142/12
4145/23
**anyone [1]** 4103/9
**anything [8]** 4091/5
4095/4 4098/17
4131/11 4131/16
4141/6 4141/8 4162/10
**AP [1]** 4103/13
**AP III [1]** 4103/13
**apologize [2]** 4123/21
4124/22
**apparently [2]** 4127/22
4129/16
**appear [1]** 4086/9
**APPEARANCES [2]**
4081/13 4081/20
**appeared [1]** 4129/22
**appreciate [3]** 4085/16
4144/14 4158/25
**appropriate [3]** 4090/3
4096/22 4130/16
**are [82]** 4084/6
4084/19 4085/4
4086/13 4086/16
4086/18 4086/22
4086/22 4086/24
4087/1 4087/6 4087/20
4087/22 4088/2
4088/24 4089/1 4089/5
4089/10 4089/13
4089/24 4089/25
4090/4 4090/25
4091/11 4092/22
4093/10 4093/11
4093/17 4093/20
4094/12 4095/2 4095/2
4095/9 4096/25 4097/8
4097/14 4098/7
4099/13 4099/19
4102/10 4102/14
4103/3 4103/4 4104/2
4106/9 4108/18
4108/19 4108/22
4113/10 4113/11
4114/7 4115/22
4116/23 4121/11
4123/12 4124/1
4125/21 4126/12
4133/7 4134/10
4140/12 4140/13
4140/14 4142/12
4142/13 4142/17
4143/11 4143/22
4144/16 4145/22
4145/23 4146/3

**A**
4155/1 4155/4 4155/14
4158/10 4158/11
4158/16 4161/17
4161/22
**area [2]** 4109/3
4149/20
**aren't [1]** 4086/21
**arguably [3]** 4096/25
4130/20 4140/13
**argue [2]** 4088/14
4092/11
**argument [1]** 4153/10
**Arizona [1]** 4162/20
**armed [2]** 4118/19
4119/2
**around [8]** 4087/2
4087/6 4087/11 4089/5
4103/4 4139/18
4139/19 4144/11
**as [51]** 4087/14 4088/7
4091/17 4093/12
4094/20 4095/3
4095/25 4100/4
4100/22 4101/2 4101/2
4105/4 4105/18
4105/20 4106/19
4108/20 4108/20
4108/23 4109/15
4113/8 4115/17
4115/22 4118/6 4118/6
4118/18 4118/18
4119/2 4119/2 4121/7
4121/7 4121/10
4121/10 4122/23
4122/23 4125/20
4125/20 4125/20
4131/24 4140/5
4149/14 4149/21
4152/6 4152/16
4157/17 4158/16
4158/18 4158/18
4162/12 4163/16
4164/8 4164/8
**ask [21]** 4090/2 4090/9
4090/21 4093/16
4093/18 4093/24
4095/3 4095/11 4096/3
4098/17 4099/21
4102/19 4103/23
4110/13 4116/16
4124/15 4143/20
4152/19 4159/20
4160/11 4163/7
**asked [16]** 4098/4
4103/5 4119/19
4119/23 4128/7 4133/2
4133/14 4136/23
4144/24 4145/22
4151/8 4152/18
4153/16 4154/15
4154/23 4157/1
**asking [8]** 4092/15
4094/14 4096/15
4098/11 4099/16
4142/13 4150/20
4155/16
**assert [1]** 4108/23

**A**
**assistance [1]** 4103/6
**assistant [1]** 4094/8
**associate [2]** 4087/12
4141/3
**associating [1]**
4087/18
**assume [3]** 4084/21
4136/19 4163/5
**ATTORNEY'S [1]**
4081/16
**audio [17]** 4111/3
4111/12 4111/16
4111/20 4112/14
4114/14 4114/25
4115/16 4115/18
4115/20 4115/21
4118/2 4119/16
4120/19 4121/5 4145/7
4145/20
**authentic [1]** 4095/2
**authenticity [4]**
4092/25 4093/7 4093/9
4095/16
**available [3]** 4085/1
4085/9 4161/12
**Avenue [1]** 4082/15
**awaiting [6]** 4150/9
4150/10 4150/12
4150/13 4157/3
4157/11
**aware [2]** 4092/23
4163/18
**away [3]** 4103/14
4108/4 4142/12

**B**
**back [25]** 4100/19
4101/2 4102/5 4104/24
4105/16 4112/1 4112/3
4117/7 4117/23
4132/11 4132/13
4132/24 4141/24
4142/2 4144/12
4145/11 4145/14
4146/14 4146/25
4148/21 4152/15
4153/14 4154/20
4163/21 4164/14
**bad [1]** 4087/19
**Badalament [36]**
4116/19 4117/8
4117/25 4118/4
4119/13 4119/17
4120/18 4120/21
4121/4 4122/10
4122/14 4123/1 4123/4
4123/20 4124/5
4124/10 4124/18
4124/22 4125/12
4126/6 4126/16
4127/24 4128/2
4128/19 4131/7
4131/19 4131/24
4132/11 4132/24
4134/5 4135/2 4136/4
4138/16 4142/1
4145/19 4146/8
**barriers [1]** 4152/1

**based [7]** 4113/17 4126/24 4144/11 4151/23 4156/15 4156/16 4164/15
**basically [1]** 4090/14
**basis [2]** 4156/1 4164/14
**batch [1]** 4105/11
**Bates [1]** 4161/9
**be [87]**
**bear [2]** 4113/11 4130/19
**because [13]** 4085/19 4087/11 4089/17 4090/22 4092/6 4097/5 4101/1 4108/2 4111/19 4115/5 4137/9 4139/19 4159/14
**bedlam [1]** 4109/21
**been [16]** 4089/2 4090/4 4096/5 4105/3 4105/25 4106/19 4108/10 4111/1 4113/12 4116/24 4133/10 4140/8 4143/21 4149/6 4152/13 4156/4
**before [24]** 4081/9 4085/13 4089/14 4090/9 4094/20 4096/15 4098/8 4101/12 4117/16 4119/19 4119/24 4132/10 4132/12 4133/6 4134/18 4137/21 4137/25 4144/23 4147/5 4147/18 4147/19 4161/14 4163/2 4163/8
**begin [3]** 4101/21 4106/18 4163/6
**beginning [4]** 4099/23 4116/13 4118/1 4122/12
**begs [1]** 4094/10
**behalf [6]** 4104/6 4104/9 4104/11 4104/13 4104/16 4105/23
**behind [1]** 4123/16
**being [16]** 4087/15 4103/25 4108/18 4108/19 4113/9 4113/11 4115/17 4115/18 4115/22 4117/20 4120/2 4120/4 4120/8 4138/5 4152/2 4154/20
**believe [7]** 4090/22 4113/21 4149/23 4151/11 4152/4 4153/8 4154/11
**believes [1]** 4096/20
**belongs [1]** 4150/16
**Bench [3]** 4129/4 4136/14 4158/2
**best [2]** 4151/4

**between [1]** 4131/24
**beyond [5]** 4122/8 4129/12 4130/22 4139/6 4153/10
**Bilbo [1]** 4107/16
**bit [3]** 4086/6 4121/4 4122/8
**blame [1]** 4134/22
**blanket [1]** 4117/3
**bless [2]** 4126/10 4131/15
**blessing [1]** 4103/10
**block [4]** 4097/22 4097/23 4098/20 4098/25
**bloody [1]** 4123/13
**blue [1]** 4114/12
**board [1]** 4163/14
**bodies [1]** 4125/21
**bore [1]** 4140/24
**both [1]** 4160/13
**bottles [1]** 4108/10
**bottom [2]** 4086/12 4093/8
**Box [1]** 4082/3
**break [5]** 4144/23 4148/3 4148/4 4158/11 4158/11
**breaking [3]** 4113/1 4114/2 4154/19
**Brian [1]** 4107/16
**Brian Ulrich [1]** 4107/16
**bring [1]** 4100/16
**broke [1]** 4157/17
**broken [1]** 4112/9
**brothers [1]** 4131/15
**BROWN [2]** 4082/11 4082/14
**bsrlegal.com [2]** 4082/13 4082/17
**Building [1]** 4151/16
**bunch [1]** 4094/13
**business [4]** 4102/15 4117/4 4117/11 4145/12
**buttboy [1]** 4135/9
**Byron [2]** 4104/18 4105/3
**Byron Cody [1]** 4104/18

**C**

**calculate [2]** 4142/17 4146/2
**calendar [1]** 4160/23
**call [13]** 4085/1 4094/20 4095/24 4104/18 4119/4 4119/7 4119/10 4119/20 4119/21 4120/4 4149/19 4150/2 4159/15
**calling [1]** 4152/13
**came [5]** 4085/14 4086/14 4098/5 4129/6 4147/5

**can't [8]** 4092/21 4093/1 4129/5 4129/7 4135/17 4142/3 4147/3 4158/18
**capital [1]** 4112/5
**Capitol [34]** 4087/5 4103/5 4109/3 4109/21 4111/21 4111/21 4112/10 4113/2 4113/18 4113/19 4113/22 4113/23 4134/10 4135/15 4137/12 4137/14 4147/12 4147/15 4147/21 4147/24 4147/25 4148/2 4148/15 4151/14 4151/15 4151/16 4151/16 4151/17 4151/18 4151/23 4152/3 4154/19 4155/11 4157/17
**Capitol Building [1]** 4151/16
**caps [1]** 4123/24
**car [1]** 4151/20
**care [2]** 4117/5 4145/12
**careful [1]** 4117/20 4131/11
**case [18]** 4085/2 4094/20 4094/22 4094/25 4102/16 4103/22 4113/13 4116/1 4136/22 4140/15 4158/20 4158/21 4158/22 4158/23 4158/24 4159/4 4162/8 4164/13
**cases [1]** 4160/25
**catch [1]** 4106/25
**categories [1]** 4088/4
**center [1]** 4123/24
**certain [1]** 4085/5
**certainly [2]** 4096/18 4143/3
**certification [3]** 4153/22 4154/10 4154/13
**certify [1]** 4165/2
**cetera [1]** 4092/6 4092/6
**chance [2]** 4105/10 4105/21
**changed [1]** 4084/22
**chapters [1]** 4103/9
**charge [1]** 4120/24
**chat [31]** 4086/10 4087/23 4088/17 4090/23 4090/25 4091/1 4103/2 4107/13 4109/7 4109/10 4125/1 4125/3 4125/6 4125/15 4125/24 4126/2 4126/9 4126/9 4126/19 4126/21 4127/3 4127/16 4128/8

**can't [8]** 4092/21 4093/1 4135/3 4135/13 4140/17 4144/15
**chats [8]** 4087/9 4093/2 4093/7 4093/7 4117/21 4127/7 4127/10 4127/20
**Chi [1]** 4135/16
**Chi-Com [1]** 4135/16
**chief [1]** 4121/18
**China [1]** 4123/14
**chosen [2]** 4098/10 4143/19
**CIA [1]** 4120/5
**circle [1]** 4114/12
**circulated [1]** 4124/1
**circulating [1]** 4122/24
**Civil [1]** 4123/13
**Civil War [1]** 4123/13
**claimed [1]** 4157/7
**clarification [1]** 4101/21
**clarify [1]** 4085/17
**clear [2]** 4089/15 4151/22
**clerk [1]** 4104/3
**CLINTON [1]** 4082/19
**clintonpeed.com [1]** 4082/22
**clip [10]** 4110/23 4110/24 4119/12 4120/17 4121/3 4121/16 4138/17 4138/23 4142/11 4145/18
**clips [3]** 4136/25 4138/12 4141/24
**closing [5]** 4091/8 4093/21 4095/25 4096/16 4098/13
**closings [3]** 4158/23 4163/6 4163/8
**co [2]** 4086/21 4088/25
**co-conspirators [2]** 4086/21 4088/25
**Cobb [1]** 4161/3
**Cody [46]** 4098/15 4098/17 4098/19 4099/10 4099/12 4104/18 4104/21 4105/3 4105/10 4106/18 4116/9 4116/23 4117/1 4118/6 4120/23 4121/7 4122/11 4122/16 4123/8 4123/17 4124/13 4124/20 4125/15 4126/8 4126/15 4126/18 4126/21 4127/3 4127/19 4128/7 4128/24 4129/1 4131/3 4132/7 4132/23 4132/25 4133/14 4134/8 4135/2 4144/10 4144/23 4145/10 4145/19 4145/22 4146/12 4157/22

**collective [2]** 4130/8 4161/25
**COLUMBIA [1]** 4081/1
**Com [1]** 4135/16
**come [10]** 4087/23 4088/3 4095/7 4095/12 4095/20 4095/21 4096/3 4096/17 4129/11 4152/18
**comes [4]** 4086/13 4139/15 4143/12 4163/23
**comfortable [2]** 4099/7 4100/18
**coming [7]** 4092/11 4092/24 4093/12 4101/15 4103/12 4161/17 4162/22
**commander [1]** 4121/18
**comment [2]** 4092/8 4141/19
**comments [1]** 4139/17
**committed [1]** 4088/12
**communicated [1]** 4158/12
**Communist [1]** 4123/14
**complete [1]** 4102/18
**completeness [2]** 4110/14 4138/8
**completion [1]** 4158/21
**comprise [1]** 4108/17
**computer [2]** 4085/8 4153/15
**concern [1]** 4093/25
**concerned [4]** 4120/10 4120/12 4120/23 4142/21
**concerning [1]** 4162/4
**concluded [1]** 4164/21
**concludes [1]** 4101/13
**conference [5]** 4129/4 4136/14 4158/2 4161/2 4161/8
**conferences [1]** 4160/24
**confident [1]** 4092/22
**confirm [4]** 4104/1 4104/3 4162/5 4162/6
**Congress [1]** 4109/21 4082/13 4084/14
**connor [3]** 4082/10 4082/13 4084/14
**consecutive [1]** 4090/5
**consistently [1]** 4158/18
**conspiracy [3]** 4088/9 4089/2 4120/24
**conspirators [2]** 4086/21 4088/25
**conspire [1]** 4089/20
**Constitution [1]** 4126/13
**contain [1]** 4111/16
**content [2]** 4108/21 4130/16
**contents [1]** 4113/10

4169

# C

context [5] 4091/8
4098/11 4113/12
4139/21 4143/8
continue [3] 4131/14
4141/3 4159/5
continued [6] 4082/1
4087/12 4087/12
4089/19 4089/20
4105/6
continues [1] 4088/9
continuing [1] 4088/13
convene [3] 4159/13
4160/13 4162/3
convenience [1]
4161/13
conversation [1]
4144/12
cops [1] 4108/7
correct [63] 4084/24
4092/18 4094/4
4101/17 4107/17
4107/18 4109/4
4109/12 4109/17
4109/21 4109/25
4110/1 4111/25 4112/5
4112/6 4112/10
4112/18 4112/19
4113/2 4113/20 4114/3
4115/6 4115/25
4115/25 4117/11
4117/14 4118/10
4118/15 4118/17
4121/15 4121/24
4124/9 4125/1 4125/24
4126/23 4134/11
4141/4 4144/20
4147/12 4147/21
4147/22 4147/24
4148/18 4148/23
4149/7 4149/8 4149/20
4150/7 4150/11 4151/5
4152/3 4152/14 4154/7
4154/16 4154/24
4155/2 4155/15
4155/21 4156/15
4157/1 4158/14
4162/23 4165/3
could [22] 4093/3
4093/4 4093/4 4096/7
4096/7 4098/18 4099/8
4100/5 4110/6 4111/16
4123/1 4123/3 4124/4
4131/7 4131/13 4141/3
4147/6 4149/16
4153/14 4157/25
4159/20 4159/24
counsel [2] 4110/13
4136/18
Count [1] 4088/9
Count 1 [1] 4088/9
couple [3] 4116/17
4131/22 4144/11
course [1] 4103/18
court [13] 4081/1
4084/3 4100/20 4103/5
4110/16 4129/21
4129/22 4130/25

4158/3 4160/6
Court's [3] 4099/20
4128/1 4161/13
courtroom [2] 4102/2
4159/9
cover [3] 4103/11
4115/7 4115/8
coverage [1] 4115/5
CR [1] 4081/4
Criminal [1] 4084/6
crop [1] 4143/20
cross [16] 4083/4
4091/25 4092/12
4094/12 4096/3
4096/12 4096/21
4098/2 4098/3 4116/4
4116/7 4130/1 4130/20
4140/21 4151/4
4153/10
cross-exam [1]
4140/21
cross-examination [5]
4094/12 4096/6
4096/21 4116/4 4116/7
cross-examine [1]
4096/12
crossing [1] 4094/15
crowd..it [1] 4107/21
CRR [2] 4165/2 4165/8
current [2] 4162/16
4163/20
currently [1] 4163/12
cussing [1] 4107/25
cut [6] 4090/12
4090/14 4090/17
4091/13 4123/18
4129/20

# D

D.C [14] 4081/5
4081/17 4082/21
4103/3 4107/12
4118/12 4125/6
4126/19 4127/21
4151/17 4151/17
4152/3 4155/24
4156/11
D.C. [4] 4086/10
4086/14 4109/7
4127/13
D.C. Op Jan. 6 [2]
4086/10 4086/14
D.C. Op Jan. 6, 21 [2]
4109/7 4127/13
Date [1] 4165/7
dated [1] 4106/20
David [3] 4082/10
4084/8 4084/14
day [19] 4081/7
4086/25 4102/16
4125/23 4126/9
4126/10 4127/11
4127/11 4128/13
4134/9 4134/18 4135/6
4139/16 4142/22
4142/24 4147/23
4148/5 4158/12

days [5] 4087/15
4132/8 4133/6 4163/9
4163/10
dead [1] 4135/10
deal [1] 4101/1
December [6] 4103/1
4122/16 4122/23
4124/14 4125/8
4125/14
December 24th [2]
4122/16 4122/23
December 31st [2]
4125/8 4125/14
decide [3] 4096/16
4096/23 4143/7
decides [1] 4089/14
decision [2] 4089/15
4164/5
declare [1] 4135/9
deep [1] 4123/16
Defendant [6] 4082/2
4082/6 4082/10
4082/18 4105/3 4115/1
DEFENDANT'S [5]
4083/5 4083/10
4106/13 4107/3
4110/20
defendants [2] 4081/7
4127/19
defense [18] 4103/20
4103/21 4104/9
4104/13 4110/10
4114/22 4116/20
4117/24 4124/11
4126/1 4126/16
4127/24 4131/19
4131/25 4146/9
4160/10 4161/24
4161/25
Defense Exhibit
EV1000.7 [1] 4117/24
deferred [1] 4163/15
delete [1] 4144/6
delicately [1] 4100/25
demonstrative [3]
4163/21 4163/23
4164/8
described [2] 4156/19
4157/16
describing [1] 4129/14
description [1]
4112/21
desire [1] 4154/12
destroying [3] 4086/17
4107/13 4128/14
detail [1] 4156/5
determination [1]
4118/8
dialogue [1] 4101/13
did [47] 4087/22
4088/17 4088/18
4091/7 4098/18
4102/16 4105/10
4105/18 4105/20
4108/9 4109/24
4111/20 4117/2
4117/22 4118/6 4120/8

4122/1 4123/25
4125/15 4125/18
4129/14 4130/11
4131/14 4135/12
4138/15 4140/5 4141/5
4141/7 4141/9 4144/4
4144/24 4145/10
4145/11 4146/13
4148/1 4148/2 4153/7
4153/25 4154/3 4154/5
4154/6 4155/23 4156/1
4156/18 4159/18
did you [1] 4105/18
didn't [11] 4112/1
4116/16 4118/21
4118/23 4118/25
4123/17 4129/11
4133/3 4152/19 4154/3
4157/18
difference [1] 4115/23
different [4] 4087/1
4110/23 4110/25
4139/11
digs [1] 4142/16
direct [15] 4083/4
4091/24 4092/9 4096/1
4105/6 4122/7 4137/8
4140/16 4140/19
4140/21 4141/13
4142/20 4155/20
4157/7 4157/11
directly [3] 4125/19
4143/10 4156/22
disconnected [1]
4089/7
discover [1] 4148/1
discuss [4] 4159/3
4163/17 4164/17
4164/17
discussed [5] 4127/4
4136/10 4138/5 4138/7
4139/2
discussing [2] 4113/1
4138/24
discussion [6] 4107/2
4110/23 4110/24
4141/21 4149/10
4149/13
dispute [1] 4095/15
distinguishing [2]
4113/19 4139/22
DISTRICT [3] 4081/1
4081/1 4081/10
do [68] 4091/5 4091/6
4093/13 4093/14
4093/23 4094/8
4094/11 4094/22
4094/24 4096/7 4096/7
4097/24 4098/1
4098/22 4099/17
4100/23 4101/3
4102/11 4104/6
4106/20 4107/8
4108/13 4112/20
4113/5 4114/10 4115/5
4116/13 4121/8
4121/17 4121/20

4123/10 4130/21
4132/13 4137/18
4138/12 4139/7
4143/25 4144/3 4144/5
4145/11 4146/14
4146/25 4147/1
4147/14 4148/21
4150/20 4150/25
4151/9 4151/16
4151/16 4152/24
4152/25 4153/2
4153/17 4154/20
4155/23 4156/2 4156/6
4156/6 4156/9 4156/12
4159/21 4160/9 4161/1
4163/5
do you [10] 4099/17
4112/20 4116/13
4137/18 4147/14
4150/20 4150/25
4151/9 4153/17
4154/20
do you have [2]
4104/6 4138/12
do you know [2]
4152/25 4156/6
do you see [3] 4106/20
4107/8 4123/8
doctor [1] 4159/22
document [1] 4095/15
documents [9] 4091/7
4094/20 4094/23
4095/1 4096/9 4098/4
4098/4 4130/18
4164/13
does [10] 4089/19
4091/11 4094/21
4098/23 4114/16
4124/13 4126/8 4135/2
4135/19 4160/18
doesn't [10] 4089/4
4093/6 4098/3 4098/15
4098/17 4111/15
4127/16 4135/19
4144/5 4163/21
doing [9] 4085/13
4086/25 4087/4
4087/16 4139/2
4152/17 4155/10
4159/22 4161/16
domestic [2] 4141/18
4157/18
don't [67] 4086/6
4087/23 4088/3 4088/6
4088/25 4090/22
4091/5 4091/8 4092/6
4092/8 4092/24 4093/1
4093/3 4093/16
4093/18 4094/14
4094/18 4095/3
4095/23 4096/16
4096/17 4097/6 4098/7
4098/23 4099/2 4099/2
4099/3 4100/23
4100/25 4101/12
4104/22 4106/22
4108/3 4111/10 4113/4

**D**

**don't... [32]** 4114/24
4129/19 4129/20
4130/16 4134/22
4136/9 4136/17 4137/1
4143/24 4147/4 4147/4
4147/7 4147/8 4147/10
4147/17 4148/4 4148/4
4149/3 4150/12 4152/4
4152/21 4152/22
4155/15 4156/3
4156/20 4156/21
4161/19 4163/4 4164/2
4164/7 4164/11
4164/13
**done [10]** 4088/16
4089/18 4138/6
4140/10 4142/12
4142/14 4145/23
4145/24 4161/14
4161/18
**Donna [2]** 4109/17
4139/19
**door [3]** 4135/17
4140/6 4141/15
**down [23]** 4086/11
4086/17 4088/15
4090/12 4100/21
4107/14 4107/20
4109/13 4109/21
4110/6 4113/14
4115/11 4123/19
4128/15 4128/25
4131/4 4132/1 4132/4
4146/9 4146/10 4152/2
4156/19 4157/22
**doxing [4]** 4117/5
4117/13 4119/24
4120/10
**dozens [1]** 4096/14
**drafts [1]** 4160/12
**driving [1]** 4088/15
**duty [1]** 4121/20

**E**

**earlier [2]** 4119/23
4161/13
**early [9]** 4118/6
4118/18 4119/2 4121/7
4121/10 4122/23
4125/8 4125/8 4153/8
**Ed [5]** 4125/3 4130/7
4131/10 4146/5
4146/13
**Ed Vallejo [5]** 4125/3
4130/7 4131/10 4146/5
4146/13
**Edward [5]** 4082/19
4084/8 4084/17 4134/3
4135/3
**Edward Vallejo [1]**
4134/3
**Edwards [10]** 4081/15
4084/10 4097/15
4106/6 4122/6 4136/15
4144/16 4146/18
4150/20 4151/3
**effect [2]** 4130/14

**effects [1]** 4087/21
**efficient [4]** 4097/18
4097/20 4098/21
4099/13
**effort [1]** 4130/8
**either [4]** 4098/25
4115/24 4161/24
4163/1
**election [9]** 4117/16
4117/21 4119/24
4120/1 4120/12 4121/1
4142/11 4145/22
4153/23
**ellipse [2]** 4111/17
4111/18
**else [4]** 4103/9
4160/20 4160/21
4162/10
**email [8]** 4081/18
4081/19 4082/5 4082/8
4082/13 4082/17
4082/22 4101/13
**emailed [1]** 4091/6
**end [3]** 4108/1 4115/7
4121/16
**ends [1]** 4161/22
**enforcement [1]**
4120/13
**engage [1]** 4092/9
**engaged [1]** 4125/24
**enough [1]** 4161/20
**enter [3]** 4092/3 4093/6
4094/19
**entered [1]** 4102/2
**entering [1]** 4095/3
**entire [1]** 4139/18
**era [1]** 4120/2
**escorted [3]** 4086/20
4107/21 4108/7
**especially [1]** 4095/1
**essentially [1]** 4094/1
**establish [1]** 4141/12
**et [3]** 4081/6 4092/6
4092/6
**et cetera [1]** 4092/6
**EV [1]** 4089/22
**EV1000.7 [2]** 4117/24
4149/1
**EV1000.7.TR [2]**
4114/23 4115/1
**EV101.1 [2]** 4106/3
4106/13
**EV105 [5]** 4106/3
4106/13 4131/20
4132/2 4146/9
**EV106 [3]** 4106/3
4106/13 4122/10
**EV108 [2]** 4106/3
4106/13
**EV124.1B [2]** 4106/4
4106/13
**EV150B [4]** 4110/11
4110/12 4110/19
4110/20
**EV176 [2]** 4106/4
4106/13
**EV181 [2]** 4106/4

**EV182 [4]** 4090/8
4106/4 4106/14
4126/17
**EV183 [2]** 4106/4
4106/13
**EV184 [7]** 4085/15
4086/9 4106/19
4106/24 4107/1 4107/3
4128/2
**EV202 [1]** 4127/25
**EV305.1 [3]** 4106/4
4106/14 4124/11
**EV329 [3]** 4106/4
4106/14 4116/20
**EV602 [2]** 4106/5
4106/14
**even [3]** 4093/5
4094/13 4094/20
**evening [1]** 4146/12
**event [2]** 4090/19
4138/24
**events [11]** 4089/11
4090/18 4139/1 4139/4
4139/9 4139/16
4142/16 4142/22
4142/24 4143/6 4146/2
**every [1]** 4117/4
**everybody [1]** 4099/7
4102/4 4161/23
**everyone [6]** 4084/5
4084/18 4159/7
4159/11 4160/18
4160/21
**everything [4]** 4086/4
4100/13 4101/13
4120/2
**evidence [27]** 4090/10
4091/17 4092/11
4094/13 4095/3 4098/5
4098/12 4103/23
4104/2 4104/4 4104/7
4104/15 4106/14
4107/3 4108/20
4110/20 4111/19
4113/9 4113/17 4115/1
4115/21 4116/1 4139/2
4140/14 4149/6 4157/6
4164/9
**evolve [1]** 4102/13
**exactly [3]** 4152/4
4152/16 4152/24
**exam [1]** 4140/21
**examination [12]**
4094/12 4096/6
4096/21 4097/3 4105/6
4116/4 4116/7 4140/20
4140/21 4140/22
4140/23 4146/22
**examine [1]** 4096/12
**examining [1]** 4098/24
**exception [1]** 4088/7
**exceptions [1]** 4088/5
**excerpts [1]** 4140/6
**exfil [1]** 4118/25
**exhibit [52]** 4084/20
4089/22 4091/19
4102/17 4102/18

4102/24 4106/1 4106/3
4106/11 4107/3
4108/17 4109/15
4110/11 4110/20
4114/20 4114/21
4115/1 4115/14
4115/15 4116/20
4117/24 4117/24
4122/11 4124/11
4124/20 4124/25
4125/13 4126/1
4126/17 4126/18
4127/25 4128/20
4129/24 4130/5 4130/6
4130/14 4130/23
4131/8 4131/20
4131/21 4134/16
4136/5 4140/20
4143/19 4145/4 4146/9
4153/13 4162/8
4163/14 4163/16
**Exhibit 1053.1.TR [1]**
4145/4
**Exhibit 4761 [2]**
4102/22 4102/24
**exhibits [28]** 4083/8
4085/5 4085/22 4086/2
4092/13 4092/22
4094/14 4094/16
4095/10 4096/4
4096/17 4096/20
4097/4 4097/17
4098/25 4100/8
4100/10 4104/1 4104/2
4105/11 4105/24
4106/13 4113/12
4116/12 4131/25
4131/25 4140/8
4140/24
**exit [2]** 4086/19
4107/20
**exited [1]** 4159/9
**Expect [1]** 4131/12
**expenses [1]** 4103/11
**explain [1]** 4144/4
**explaining [1]** 4141/4
**explicitly [1]** 4156/4
**exposure [1]** 4155/13
**expressed [2]** 4154/12
4155/13
**expressing [1]**
4155/10
**extent [5]** 4087/25
4092/16 4096/11
4139/20 4161/24
**extra [1]** 4103/18
**Eye [1]** 4082/20

**F**

**face [4]** 4134/3 4134/3
4134/5 4134/5
**fact [10]** 4087/15
4088/11 4088/18
4091/9 4120/12 4123/3
4134/12 4143/4 4154/6
4160/5
**fail [2]** 4123/5 4123/12

**fairly [1]** 4095/14
**familiar [1]** 4114/7
**family [1]** 4103/7
**far [2]** 4122/7 4125/20
**faster [1]** 4100/1
**fault [1]** 4102/12
**FBI [5]** 4095/10 4100/8
4104/18 4120/5
4120/15
**Feel [1]** 4144/13
**feeling [2]** 4100/17
4101/1
**felt [1]** 4090/15
**few [3]** 4097/3 4116/12
4161/22
**fight [4]** 4121/8
4121/14 4123/13
4124/1
**figure [1]** 4111/2
**file [1]** 4089/23
**final [3]** 4133/14
4162/3 4164/5
**finalize [3]** 4159/13
4159/17 4160/13
**fine [5]** 4100/22 4144/7
4160/2 4160/8 4161/12
**finish [3]** 4161/11
4161/20 4163/1
**finished [1]** 4161/2
**firm [1]** 4089/15
**first [10]** 4100/14
4102/15 4103/22
4111/17 4111/18
4123/6 4123/11
4125/15 4131/8 4142/2
**firsthand [1]** 4087/22
**fit [2]** 4088/3 4088/6
**five [2]** 4086/18 4100/1
**FL [4]** 4082/12 4082/16
4117/2 4117/10
**flag [3]** 4090/2 4091/2
4140/5
**flagged [1]** 4140/2
**Florida [1]** 4119/4
**Flynn [1]** 4103/6
**focus [1]** 4139/14
**focused [4]** 4127/4
4127/11 4139/5
4140/17
**focusing [1]** 4139/16
**folder [4]** 4086/5
4095/10 4100/7
4100/14
**folks [1]** 4108/10
**follow [1]** 4089/8
**followed [4]** 4137/21
4137/23 4137/25
4138/1
**following [2]** 4089/5
4138/6
**FOLLOWS [1]** 4105/5
**food [3]** 4118/21
4132/8 4132/15
**force [1]** 4148/9
**foreclose [1]** 4098/24
**forefront [1]** 4098/16
**foregoing [1]** 4165/3

4171

**F**

forgetting [1] 4142/3
form [2] 4149/14
4162/4
forms [1] 4126/12
Fort [1] 4082/12
forward [4] 4119/19
4121/4 4159/1 4159/6
foundation [4] 4092/16
4093/9 4095/16 4164/2
foundationally [1]
4097/16
four [7] 4086/18
4090/1 4090/1 4090/4
4140/11 4162/18
4162/23
frame [1] 4087/2
framed [1] 4139/18
fraud [2] 4142/11
4145/23
free [1] 4144/13
Friday [1] 4160/11
Fridays [1] 4160/24
front [5] 4095/20
4095/22 4095/24
4096/5 4114/16
full [2] 4123/6 4123/9
further [6] 4104/4
4105/4 4116/2 4146/17
4157/20 4158/4
furtherance [1]
4086/22

**G**

GA [1] 4103/2
game [2] 4088/19
4096/6
Garden [1] 4134/6
gave [2] 4123/21
4150/23
gear [3] 4086/19
4107/20 4155/4
general [3] 4103/2
4103/6 4163/11
General Flynn [1]
4103/6
generally [7] 4085/25
4090/21 4114/4
4147/16 4148/10
4154/11 4160/11
Gentleman [1] 4126/10
gentlemen [5] 4102/5
4108/16 4113/7
4115/12 4158/10
germane [1] 4110/24
get [15] 4090/16
4091/4 4091/7 4093/19
4098/6 4121/20
4138/16 4141/25
4143/5 4158/1 4158/20
4159/21 4161/14
4161/20 4162/8
gets [3] 4093/2
4096/11 4100/19
getting [9] 4086/4
4096/8 4120/24
4121/13 4122/6 4122/7
4139/6 4153/9 4162/8

gist [1] 4110/7
give [4] 4096/21
4108/13 4114/19
4161/20
given [2] 4159/14
4163/22
gives [1] 4115/5
gmail.com [2] 4082/5
4082/8
go [45] 4090/9 4091/8
4092/4 4092/11 4094/7
4100/1 4100/21
4105/15 4112/1 4112/3
4113/25 4114/24
4117/7 4117/23
4119/12 4119/19
4120/17 4121/3 4121/4
4123/1 4123/3 4123/19
4123/21 4124/4
4124/17 4126/5 4130/8
4131/8 4131/13 4132/5
4132/11 4132/24
4133/4 4142/2 4142/9
4144/17 4145/18
4147/19 4148/19
4149/1 4149/22
4152/10 4152/15
4153/13 4163/21
go ahead [4] 4114/24
4133/4 4149/22
4152/10
God [2] 4126/10
4131/15
goes [5] 4089/6
4115/18 4118/8
4142/12 4143/10
going [38] 4085/1
4085/8 4087/8 4091/2
4091/4 4092/10
4092/22 4093/1
4093/24 4096/12
4097/8 4099/21
4099/22 4100/21
4103/3 4113/25
4114/10 4116/23
4118/8 4118/9 4118/19
4124/13 4124/15
4129/1 4136/9 4137/1
4138/8 4139/23
4141/15 4144/10
4145/3 4153/20
4155/11 4156/19
4158/10 4158/11
4159/15 4159/20
gone [1] 4086/8
good [9] 4084/18
4087/4 4087/16
4104/12 4106/25
4116/10 4116/11
4158/19 4159/21
Good morning [3]
4084/18 4116/10
4116/11
Gorda [1] 4082/16
got [14] 4092/23
4095/20 4095/21
4103/18 4108/11
4131/22 4132/8 4138/9

4142/23 4145/11
4155/24 4156/11
GoToMeeting [2]
4114/8 4149/7
government [44]
4081/14 4084/20
4087/2 4090/16 4091/6
4091/11 4092/3 4093/6
4094/11 4094/15
4094/21 4096/11
4096/23 4097/10
4097/22 4097/24
4098/1 4098/9 4098/15
4099/17 4099/22
4102/15 4102/17
4105/12 4105/25
4109/15 4115/16
4130/1 4137/10 4138/9
4139/19 4143/5
4143/18 4144/19
4150/16 4150/17
4152/18 4154/15
4154/23 4160/12
4163/14
government's [25]
4086/12 4087/13
4088/8 4088/10
4090/13 4092/10
4093/17 4095/7
4095/21 4096/2
4102/22 4102/24
4124/11 4125/12
4128/20 4129/17
4130/4 4131/7 4131/25
4134/16 4136/5 4145/3
4156/14 4158/22
4164/12
grant [1] 4126/11
great [2] 4110/18
4139/20
Greene [1] 4119/9
group [24] 4087/12
4087/23 4088/17
4109/7 4109/10
4121/25 4122/3
4125/15 4125/24
4126/8 4126/9 4127/3
4127/7 4127/7 4127/10
4127/16 4128/8 4131/9
4131/14 4132/8
4134/19 4135/13
4142/2 4146/13
groups [2] 4103/11
4103/14
guess [6] 4092/2
4093/23 4095/19
4101/11 4139/25
4163/7
guide [1] 4115/22
guilty [1] 4089/20
Guys [1] 4117/3

**H**

Hackett [9] 4082/6
4084/8 4084/13
4100/17 4104/6 4104/9

4160/1
Hackett's [1] 4136/17
had [29] 4088/16
4088/17 4101/13
4101/13 4106/10
4108/10 4112/9
4112/11 4127/7
4127/10 4127/20
4129/25 4131/9
4132/16 4132/18
4132/25 4133/6 4134/8
4134/19 4137/12
4141/21 4143/22
4144/23 4145/11
4148/17 4152/18
4157/7 4160/10
4163/15
Halim [8] 4082/6
4084/13 4084/22
4091/7 4104/6 4104/10
4136/16 4159/18
Hancock [7] 4109/17
4111/25 4112/4
4112/17 4112/25
4139/19 4155/8
handed [1] 4108/10
handful [1] 4097/4
handle [1] 4135/17
hands [1] 4122/4
Hang [2] 4114/15
4137/2
Hangout [2] 4117/2
4117/10
happy [3] 4108/7
4136/25 4163/20
hardly [1] 4091/5
has [18] 4084/20
4084/21 4087/4 4088/8
4088/25 4095/11
4096/4 4098/10 4100/3
4100/13 4103/21
4103/21 4104/3
4113/18 4140/8
4140/22 4143/18
4147/9
have [88]
having [6] 4086/8
4092/5 4098/15 4105/3
4132/15 4156/4
he [123]
he said [6] 4117/13
4119/2 4120/4 4121/13
4145/10 4146/2
he'll [1] 4112/17
he's [20] 4087/6
4089/1 4089/10
4089/13 4096/1
4099/13 4100/5 4100/6
4100/6 4100/19 4101/3
4101/6 4112/7 4113/19
4141/10 4146/1 4146/2
4149/22 4152/9 4156/3
head [2] 4089/14
4152/24
heading [1] 4089/12
hear [8] 4093/23
4111/20 4115/11 4133/3

4124/4 4154/14
4158/23 4163/20
heard [3] 4097/15
4102/15 4115/18
hearing [1] 4099/25
hearsay [4] 4086/13
4086/24 4088/5 4088/7
held [1] 4149/19
Hello [1] 4116/9
help [2] 4085/15
4103/8
helped [1] 4108/11
helpful [3] 4085/9
4144/1 4163/11
here [29] 4085/7
4086/13 4088/10
4090/9 4095/7 4095/8
4095/9 4101/6 4111/6
4111/17 4114/6
4114/11 4118/1 4122/7
4123/8 4123/24 4129/1
4130/4 4136/7
4136/22 4138/17
4142/15 4143/6
4145/11 4145/14
4154/18 4160/6
4160/21 4161/21
here's [3] 4085/10
4138/14 4138/23
heroic [1] 4088/16
HI [1] 4082/4
highlight [3] 4085/12
4086/1 4138/3
highlighting [1]
4088/11
Hilgeman [1] 4098/19
him [22] 4087/18
4088/23 4095/15
4095/16 4095/17
4095/18 4099/16
4099/18 4099/21
4099/24 4100/4 4100/5
4100/21 4112/17
4121/20 4129/20
4137/23 4138/1
4147/16 4155/16 4160/3
his [32] 4085/1
4087/17 4088/24
4089/7 4089/8 4090/19
4090/23 4092/9 4096/1
4100/18 4100/24
4103/6 4111/25
4112/21 4113/11
4121/20 4121/25
4137/20 4139/13
4139/14 4140/13
4140/14 4141/6
4143/10 4143/11
4149/3 4151/4 4151/20
4152/15 4153/3 4153/6
4160/5
historic [1] 4126/11
hit [1] 4135/17
Holding [1] 4148/11
Honor [65] 4084/6
4085/3 4085/6 4089/21
4090/12 4091/13

**H**

**Honor... [59]** 4091/16
4099/5 4100/17
4101/18 4101/20
4102/21 4103/15
4103/25 4104/8
4104/12 4104/17
4105/1 4105/23 4106/8
4106/25 4108/14
4110/22 4111/8
4114/21 4116/2 4116/5
4122/9 4129/3 4129/5
4129/13 4130/24
4132/3 4136/8 4137/4
4137/8 4137/19 4139/5
4141/1 4141/25
4143/16 4143/17
4144/18 4144/21
4145/16 4146/17
4149/14 4149/21
4152/8 4153/11
4155/18 4157/24
4158/6 4160/6 4160/19
4160/22 4161/1
4161/14 4162/11
4162/25 4163/11
4163/15 4163/18
4164/3 4164/18
**Honor's [1]** 4096/6
**HONORABLE [3]**
4081/9 4084/3 4084/4
**hook [1]** 4087/25
**hope [3]** 4097/10
4161/4 4161/6
**hopefully [3]** 4111/11
4158/12 4161/21
**host [1]** 4145/22
**hotel [5]** 4145/14
4152/2 4152/13
4152/14 4153/7
**hour [2]** 4112/24
4161/11
**housekeeping [1]**
4114/6
**how [12]** 4089/24
4091/3 4092/3 4092/8
4092/21 4099/7
4100/25 4101/12
4102/12 4138/12
4141/14 4152/18
**however [1]** 4102/16
**Hughes [3]** 4081/15
4102/19 4103/16
**hunt [1]** 4100/21
**hurting [1]** 4155/11
**husband [1]** 4108/11
**hybrid [1]** 4161/7
**Hydro's [1]** 4108/9

**I**

**I am [1]** 4100/18
**I apologize [1]** 4123/21
**I assume [2]** 4084/21
4163/5
**I believe [5]** 4113/21
4149/23 4151/11
4152/4 4153/8
**I can [4]** 4097/22

**I can't [3]** 4092/21
4093/1 4147/3
**I didn't [2]** 4112/1
4133/3
**I don't [16]** 4088/25
4090/22 4091/8
4092/24 4093/3
4093/16 4093/18
4095/3 4096/10 4097/6
4106/16 4134/22
4143/24 4147/10
4148/4 4164/13
**I don't have [2]** 4098/7
4099/3
**I don't recall [2]**
4156/3 4156/20
**I guess [4]** 4092/2
4095/19 4139/25
4163/7
**I have [2]** 4116/17
4153/14
**I hope [1]** 4161/4
**I just [6]** 4085/13
4093/1 4093/5 4097/18
4136/16 4163/17
**I know [4]** 4125/20
4153/3 4160/10 4163/9
**I mean [15]** 4088/6
4088/19 4094/12
4096/8 4096/13
4096/25 4097/10
4097/14 4098/1
4098/22 4100/22
4100/25 4136/21
4140/1 4143/12
**I should [2]** 4089/25
4164/20
**I think [35]** 4086/1
4087/4 4087/13 4088/7
4089/7 4089/12
4091/25 4092/9
4092/14 4093/8
4094/19 4097/5 4098/1
4098/14 4098/20
4098/23 4099/6 4100/1
4122/6 4122/7 4129/11
4130/2 4138/13
4138/18 4140/16
4141/23 4143/5
4143/12 4153/9 4160/9
4161/6 4161/11
4161/19 4162/5
4163/23
**I thought [3]** 4092/15
4099/14 4162/17
**I understand [4]**
4085/4 4139/14 4141/8
4141/20
**I want [3]** 4090/9
4098/4 4098/12
**I was [8]** 4085/8
4091/2 4129/21
4134/21 4134/21
4139/5 4159/20
4161/15
**I will [2]** 4100/3
4110/22

**I'd have [1]** 4112/1
**I'll [13]** 4086/1 4090/2
4090/16 4092/21
4092/25 4094/8
4102/19 4104/2
4112/13 4138/16
4141/25 4149/3 4163/2
**I'm [38]** 4084/15
4089/5 4092/14
4094/24 4095/1 4095/2
4095/11 4096/21
4097/2 4098/9 4098/10
4098/11 4099/11
4099/25 4100/12
4100/21 4124/15
4131/22 4136/25
4137/1 4137/23 4139/3
4141/10 4142/14
4142/18 4143/1 4143/9
4145/3 4145/24 4146/6
4149/16 4159/15
4159/18 4159/22
4160/15 4162/17
4163/3 4163/20
**I'm going [3]** 4100/21
4124/15 4145/3
**I'm never [1]** 4142/14
**I'm not [5]** 4095/1
4095/11 4096/21
4098/11 4159/22
**I'm not sure [4]** 4097/2
4100/12 4131/22
4159/15
**I'm sorry [6]** 4099/11
4137/23 4149/16
4160/15 4162/17
4163/3
**I've [5]** 4091/13
4091/23 4092/5
4094/25 4131/22
**identity [1]** 4117/5
**III [1]** 4103/13
**illegitimate [3]** 4123/14
4123/15 4135/16
**immediate [1]** 4089/11
**immediately [1]**
4147/17
**impeached [1]** 4129/7
**implying [1]** 4137/11
**important [1]** 4103/7
**impressions [1]**
4087/21
**included [3]** 4127/13
4131/10 4134/20
**includes [1]** 4125/1
**including [3]** 4120/15
4139/23 4139/23
**incorrectly [1]** 4129/15
**independence [1]**

**INDEX [2]** 4083/2
4083/8
**Indian [1]** 4082/7
**indication [1]** 4126/25
**individualized [2]**
4097/16 4161/25
**individuals [5]** 4086/16
4089/5 4127/4 4129/14
4154/19
**indulgence [1]** 4128/1
**inference [1]** 4147/3
**innocent [1]** 4140/24
**inside [4]** 4118/9
4118/13 4151/9
4151/14
**instruct [2]** 4158/23
4163/3
**instruction [10]**
4085/19 4087/7
4088/19 4090/4 4094/7
4108/14 4113/8
4115/13 4129/6
4161/25
**instructions [5]**
4159/13 4159/16
4160/10 4160/14
4162/4
**intend [5]** 4093/16
4093/18 4137/18
4163/2 4163/4
**intended [1]** 4138/9
**intending [3]** 4091/12
4091/14 4160/20
**intends [2]** 4088/14
4159/14
**intent [7]** 4089/8
4129/16 4129/18
4130/19 4137/21
4138/2 4139/15
**intention [1]** 4092/10
**interest [2]** 4086/15
4086/23
**interpret [1]** 4155/16
**interrupt [1]** 4154/3
**introduce [5]** 4084/21
4085/5 4091/12
4091/15 4138/9
**introduced [5]** 4109/15
4113/13 4124/25
4126/18 4163/15
**investigate [1]** 4148/4
**investigation [4]**
4126/24 4147/8 4148/1
4157/6
**investigator [1]**
4097/23
**involved [2]** 4155/21
4157/6
**is [153]**
**isn't [2]** 4085/20
4110/23
**issue [5]** 4096/10
4096/11 4136/24
4142/12 4145/23
**issues [4]** 4097/1
4097/1 4110/14 4162/3
**it [118]**

**it... [1]** 4086/20
**it would be [5]**
4085/13 4103/10
4159/21 4162/15
4163/16
**it's [45]** 4085/17
4087/18 4088/1 4088/6
4088/20 4090/23
4091/3 4095/1 4095/19
4096/2 4096/10
4096/11 4096/22
4098/2 4100/22
4102/11 4102/12
4103/7 4115/25 4129/7
4129/8 4129/9 4129/9
4129/11 4129/16
4130/4 4130/16
4133/10 4140/20
4141/8 4143/8 4149/15
4150/4 4155/15
4155/17 4160/2
4161/16 4163/21
4163/23 4164/1 4164/8
4164/8 4164/11
4164/11 4164/12
**it's like [1]** 4095/1
**its [4]** 4092/25 4102/16
4130/14 4163/3

**J**

**Jackson [1]** 4082/11
**Jan [1]** 4126/19
**Jan. [5]** 4086/10
4086/14 4107/12
4109/7 4127/13
**Jan. 6 [1]** 4107/12
**January [61]** 4081/5
4086/15 4087/1 4088/9
4093/20 4106/21
4107/8 4109/4 4109/16
4109/25 4110/2
4118/12 4119/10
4121/22 4121/25
4122/3 4124/15 4125/8
4125/8 4126/3 4127/8
4127/19 4127/23
4128/9 4128/13
4128/17 4128/24
4129/15 4130/12
4131/3 4131/6 4132/7
4133/22 4133/25
4134/5 4134/9 4134/12
4135/3 4135/24
4137/22 4138/1
4138/10 4138/15
4139/1 4139/16 4140/9
4144/25 4146/5
4146/12 4149/13
4150/21 4152/1
4152/23 4153/1
4153/20 4154/7
4155/23 4156/7 4156/9
4156/25 4165/7
**January 1st [1]** 4126/3
**January 5th [2]**
4155/23 4156/9
**January 6th [30]**
4087/1 4088/9 4109/4

**January 6th... [27]**
4109/16 4118/12
4119/10 4121/22
4121/25 4122/3 4127/8
4127/19 4127/23
4129/15 4131/6 4132/7
4133/25 4134/5 4134/9
4134/12 4135/3 4138/1
4140/9 4146/12
4149/13 4150/21
4152/1 4152/23 4153/1
4153/20 4154/7
**January 7th [17]**
4086/15 4093/20
4106/21 4107/8
4109/25 4110/2 4128/9
4128/17 4128/24
4130/12 4133/22
4135/24 4138/10
4138/15 4144/25
4146/5 4156/25
**Jeffrey [1]** 4081/14
**jeffrey.nestler [1]**
4081/19
**Jericho [1]** 4103/4
**Jericho March [1]**
4103/4
**Jessica [11]** 4086/16
4107/9 4107/10
4107/24 4119/7 4128/8
4128/11 4128/11
4130/7 4131/3 4131/10
**Jessica Watkins [5]**
4107/10 4119/7
4128/11 4130/7
4131/10
**join [1]** 4088/13
**Joseph [3]** 4082/6
4084/8 4119/21
**Jr [1]** 4082/2
**JUDGE [5]** 4081/10
4084/4 4084/24 4161/3
4161/9
**Judge Bates [1]**
4161/9
**Judge Cobb [1]**
4161/3
**jump [3]** 4128/21
4131/24 4134/24
**jurors [1]** 4161/17
**jury [35]** 4081/9
4085/13 4087/4
4090/15 4093/5
4095/20 4095/22
4095/24 4096/5
4096/15 4100/16
4100/24 4102/1 4102/2
4106/19 4107/5
4109/14 4111/5
4114/16 4116/24
4133/11 4138/18
4139/15 4144/4 4145/5
4146/16 4147/8 4149/2
4159/9 4159/13
4160/14 4162/4 4162/8
4164/4 4164/14
**jury's [1]** 4130/15

**K**
**K2 [1]** 4122/16
**Kailua [1]** 4082/4
**Kandaris [16]** 4125/4
4125/16 4125/18
4125/23 4132/25
4133/6 4136/1 4139/3
4139/10 4142/15
4142/23 4143/6 4146/1
4153/16 4153/25
4154/6
**Kathryn [1]** 4081/14
**Kathryn.Rakoczy [1]**
4081/18
**keep [5]** 4130/7
4131/17 4142/3
4146/20 4159/5
**Keepers [16]** 4086/17
4086/20 4086/25
4087/13 4087/16
4088/16 4088/22
4089/6 4103/10
4107/13 4107/21
4128/14 4128/25
4131/4 4140/10 4141/2
**Kelly [3]** 4090/25
4107/24 4119/4
**Kelly Meggs [2]**

4085/7 4085/13
4085/21 4085/23
4086/1 4088/3 4088/25
4089/4 4089/23 4090/1
4090/9 4090/12
4090/16 4090/18
4090/21 4091/7
4091/14 4091/17
4091/24 4092/3
4092/17 4092/17
4093/1 4093/5 4093/7
4093/10 4093/21
4094/7 4095/14
4095/25 4096/14
4096/16 4096/22
4097/2 4097/11
4097/18 4097/22
4097/23 4098/3 4098/5
4098/19 4099/12
4099/14 4100/9 4101/3
4101/15 4101/20
4102/12 4102/19
4103/21 4104/23
4105/16 4106/9
4108/17 4111/1 4113/7
4114/6 4115/4 4115/13
4115/22 4122/13
4125/20 4130/14
4136/16 4142/12
4143/5 4143/15
4143/24 4144/2 4144/5
4145/23 4146/25
4151/22 4157/25
4159/3 4161/16 4162/5
4162/7 4162/9 4162/11
4163/8 4163/11
4163/17 4164/8
**justifiably [1]** 4134/23

**Kellye [1]** 4124/7
**kind [2]** 4087/14
4092/23
**kitchen [1]** 4118/23
**know [59]** 4086/6
4087/17 4088/8
4089/13 4089/16
4090/15 4092/3
4092/24 4093/1
4094/14 4094/25
4095/23 4096/17
4097/11 4097/21
4098/4 4098/12
4098/24 4100/12
4100/25 4101/12
4102/9 4110/16
4111/10 4125/20
4129/9 4129/19 4136/9
4136/17 4136/22
4137/1 4137/12 4140/7
4140/12 4141/10
4141/11 4141/15
4141/23 4142/11
4142/15 4142/16
4142/21 4143/23
4147/17 4150/12
4152/4 4152/21
4152/22 4152/25
4153/3 4155/23 4156/6
4156/6 4156/9 4160/10
4163/4 4163/9 4163/3
4164/11
**knowledge [4]** 4090/13
4109/5 4127/2 4155/22
**knows [1]** 4098/5

**L**
**L.A [1]** 4103/12
**ladies [5]** 4102/5
4108/16 4113/7
4115/12 4158/10
**Lafayette [1]** 4103/13
**laid [1]** 4164/2
**Lane [1]** 4082/7
**language [4]** 4112/7
4139/6 4152/13
4160/10
**large [1]** 4163/14
**last [9]** 4086/3 4090/11
4092/23 4112/20
4143/13 4147/9
4154/19 4162/13
4163/9
**later [4]** 4096/8
4107/24 4135/8
4135/12
**law [2]** 4082/2 4120/13
**laws [2]** 4148/3 4148/4
**lay [1]** 4092/16
**laying [1]** 4130/10
**lead [3]** 4119/9
4149/22 4152/7
**leader [1]** 4087/14
**leadership [1]** 4087/19
**leading [2]** 4149/21
4152/6
**least [6]** 4095/20

4100/5 4141/23 4148/2
**leave [3]** 4086/19
4107/20 4153/7
**leaving [1]** 4159/18
**Lee [1]** 4082/2
**left [2]** 4117/24 4121/8
**legal [1]** 4115/5
**length [1]** 4163/8
**lengthy [1]** 4091/3
**let [8]** 4097/22 4103/22
4105/16 4110/16
4113/7 4151/24
4160/22 4164/16
**let's [11]** 4100/16
4111/1 4111/10 4112/3
4121/17 4121/20
4127/23 4143/23
4149/1 4156/25
4163/19
**letter [3]** 4122/19
4122/21 4123/25
**like [25]** 4090/15
4091/6 4092/2 4094/19
4094/24 4095/1
4098/11 4098/18
4105/15 4105/25
4106/18 4109/14
4110/5 4110/7 4110/10
4114/13 4130/6
4138/20 4144/14
4147/6 4147/13
4155/15 4158/18
4159/12 4159/16
**limit [1]** 4097/3
**limited [2]** 4104/1
4130/14
**limiting [6]** 4087/7
4088/19 4090/3 4094/6
4108/14 4129/6
**line [6]** 4086/12 4093/8
4102/10 4150/14
4157/7 4157/12
**linguistic [2]** 4137/14
4139/14
**link [1]** 4122/17
**list [1]** 4100/10
**listed [1]** 4106/24
**listened [2]** 4149/5
4150/3
**listener [1]** 4087/21
**lists [1]** 4162/8
**litigate [1]** 4163/17
**litigating [1]** 4164/2
**little [7]** 4091/25
4101/4 4121/4 4122/7
4122/8 4135/8 4161/13
**live [1]** 4135/16
**living [1]** 4126/10
**locate [1]** 4108/11
**locating [1]** 4153/3
**locked [1]** 4109/21
**long [3]** 4090/14
4100/22 4161/21
**longer [2]** 4086/6
4091/25
**look [8]** 4088/8 4093/8
4098/19 4134/21

4104/25 4159/1 4159/6
4162/1
**looked [1]** 4094/7
**looking [5]** 4130/15
4151/20 4152/5 4153/6
4159/19
**looks [2]** 4114/13
4138/20
**loose [1]** 4161/22
**lot [7]** 4085/19 4092/7
4093/16 4098/8
4102/10 4158/16
4159/15
**lunch [2]** 4163/2
4163/2

**M**
**make [10]** 4090/9
4091/3 4098/3 4099/12
4103/10 4118/8 4147/3
4161/14 4161/18
4163/18
**makes [2]** 4089/15
4099/3
**making [3]** 4088/2
4098/9 4098/10
**manpower [1]** 4125/21
**manually [1]** 4143/25
**many [5]** 4089/24
4092/3 4112/11
4138/12 4138/13
**march [2]** 4103/4
4148/22
**marched [7]** 4135/15
4147/12 4147/15
4147/20 4147/23
4147/25 4151/23
**Marion [1]** 4082/15
**marked [1]** 4106/19
**Martin [2]** 4082/10
4084/15
**matches [1]** 4112/21
**materials [2]** 4095/9
4096/1
**matt [1]** 4082/22
**matter [6]** 4087/8
4124/2 4124/2 4144/5
4163/13 4165/4
**matters [1]** 4122/4
**Matthew [2]** 4082/19
4084/17
**may [7]** 4085/8
4097/16 4100/24
4108/21 4108/24
4126/10 4157/22
**maybe [7]** 4092/14
4093/3 4093/4 4093/20
4097/23 4098/19
4100/1
**me [27]** 4088/19
4090/2 4094/23
4096/13 4097/22
4098/3 4100/22
4101/3 4103/22
4105/16 4113/7
4130/20 4136/22
4138/11 4138/20

**M**

me... [10] 4141/13
4142/13 4144/4
4151/24 4160/2
4160/12 4160/22
4162/1 4163/10
4164/16
mead [1] 4097/6
mean [26] 4088/6
4088/19 4094/12
4096/8 4096/13
4096/25 4097/10
4097/14 4098/1
4098/22 4098/23
4100/2 4100/25
4123/18 4129/20
4136/21 4140/1
4141/11 4142/10
4142/20 4143/4
4143/12 4143/18
4151/16 4151/17
4164/6
meant [2] 4128/8
4137/13
media [4] 4117/4
4117/11 4159/4 4159/4
meet [3] 4099/10
4099/12 4134/3
Meggs [2] 4090/25
4119/4
MEHTA [2] 4081/9
4084/4
member [1] 4150/17
members [2] 4127/20
4155/11
memorize [2] 4112/1
4147/10
men [2] 4126/12
4151/4
mentioned [1] 4138/7
mentioning [1]
4133/15
mere [1] 4126/13
mess [1] 4108/1
message [24] 4090/18
4090/19 4101/21
4109/17 4111/25
4112/2 4112/25
4125/18 4126/8
4132/15 4133/9
4133/25 4134/9
4135/13 4135/15
4137/10 4146/13
4147/17 4147/21
4148/22 4148/24
4151/24 4153/16
4155/7
messaged [14]
4121/25 4126/2 4128/8
4128/14 4128/25
4130/11 4131/4 4131/9
4132/8 4132/10
4132/12 4133/6 4134/2
4134/19
messages [41] 4086/9
4086/12 4086/13
4086/14 4087/1
4087/23 4088/2 4088/3

4092/5 4093/17
4093/20 4094/3
4096/15 4105/17
4105/19 4105/20
4108/16 4108/21
4108/24 4109/10
4113/1 4129/13
4129/15 4135/6
4137/21 4137/22
4138/3 4141/1 4147/10
4148/17 4152/16
4152/16 4152/20
4156/3 4156/15
4156/16 4156/17
4156/18 4156/22
messaging [2] 4130/6
4153/4
met [1] 4134/5
Michael [1] 4119/9
Michael Greene [1]
4119/9
middle [1] 4158/20
midnight [1] 4086/3
might [5] 4086/2
4091/24 4091/25
4130/19 4158/13
mike [1] 4111/6
mind [16] 4087/17
4089/20 4090/23
4090/25 4108/20
4108/23 4113/11
4130/19 4131/17
4138/4 4140/9 4140/14
4140/25 4142/20
4143/11 4159/5
mindful [2] 4131/11
4131/15
minds [1] 4126/12
MINUTA [7] 4081/6
4082/2 4084/8 4084/11
4104/3 4104/4 4118/13
minute [2] 4107/24
4139/9
minutes [9] 4093/4
4099/8 4099/9 4100/2
4112/24 4128/21
4129/2 4129/2 4135/12
mission [1] 4126/11
misunderstanding [1]
4092/14
Moerschel [6] 4082/10
4084/8 4084/14
4104/11 4104/13
4118/13
monitored [2] 4120/2
4120/8
month [1] 4163/15
more [9] 4086/2
4102/18 4132/4
4151/24 4152/19
4163/20 4163/23
4164/10 4164/16
morning [19] 4084/18
4086/8 4100/4 4104/12
4105/10 4110/2
4110/16 4116/11
4138/15 4144/25

4153/6 4153/7 4153/8
4158/5 4158/11
4161/20
most [3] 4092/7
4105/13 4160/24
mouth [1] 4130/7
move [9] 4096/14
4096/22 4097/2 4097/6
4097/8 4100/10
4105/24 4110/10
4144/11
moving [2] 4102/10
4158/17
Mr [3] 4084/9 4084/14
4162/12
Mr. [185]
Mr. Edwards [8]
4097/15 4106/6 4122/6
4136/15 4144/16
4146/18 4150/20
4151/3
Mr. Hackett [6]
4084/13 4100/17
4104/6 4104/9 4118/12
4160/1
Mr. Hackett's [1]
4136/17
Mr. Hancock [2]
4112/17 4155/8
Mr. Kandaris [5]
4125/23 4142/15
4143/6 4153/25 4154/6
Mr. Minuta [3] 4104/3
4104/4 4118/13
Mr. Moerschel [3]
4104/11 4104/13
4118/13
Mr. Peed [39] 4085/1
4085/8 4085/15 4086/4
4088/8 4088/14
4089/24 4092/9
4095/11 4095/23
4096/14 4098/16
4101/11 4104/15
4104/25 4108/17
4110/16 4114/10
4114/20 4116/12
4117/23 4124/20
4124/25 4126/18
4128/5 4128/7 4129/13
4129/19 4131/21
4133/14 4135/22
4136/7 4137/20 4138/2
4138/25 4139/14
4158/4 4159/14
4162/24
Mr. Peed's [5] 4086/7
4087/25 4092/13
4130/13 4162/13
Mr. Rhodes [17]
4088/2 4118/18 4120/8
4120/23 4121/10
4121/16 4130/6
4135/19 4137/23
4137/25 4138/4 4138/6
4149/6 4150/6 4150/9
4151/4 4151/24

4084/22 4103/23
4104/5
Mr. Ulrich [1] 4108/6
Mr. Vallejo [71]
4085/18 4087/5
4087/21 4088/1
4088/11 4088/12
4090/22 4093/17
4104/16 4105/24
4109/3 4109/17
4109/24 4111/20
4112/4 4112/17
4112/24 4113/18
4115/19 4118/16
4122/23 4124/1
4124/21 4125/24
4126/1 4126/2 4126/21
4126/25 4129/10
4129/25 4130/1
4130/15 4132/15
4132/18 4133/1
4133/15 4133/21
4134/18 4135/9
4135/13 4135/23
4137/11 4138/5
4138/14 4139/2 4139/3
4139/9 4140/17
4142/18 4142/21
4143/1 4144/24
4145/10 4145/24
4147/1 4148/20
4150/21 4150/25
4151/8 4151/11
4151/24 4152/2
4152/12 4152/22
4154/6 4155/7 4155/20
4155/23 4156/18
4157/3 4157/16
Mr. Vallejo's [18]
4087/9 4105/18
4108/20 4108/23
4113/10 4129/16
4129/18 4130/19
4133/18 4137/9
4137/21 4138/2 4138/4
4139/15 4140/9 4143/9
4156/21 4158/22
Mr. Weinberg [2]
4084/23 4104/11
Mr. William [1]
4084/11
Ms [2] 4131/7 4132/11
Ms. [48] 4084/13
4084/22 4091/7
4102/19 4103/16
4104/6 4104/10
4111/25 4112/4
4112/25 4116/19
4117/8 4117/25 4118/4
4119/13 4119/17
4120/18 4120/21
4121/4 4122/10
4122/14 4123/1 4123/4
4123/20 4124/5
4124/10 4124/18
4124/22 4125/12
4126/6 4126/16

4128/13 4128/19
4128/25 4131/19
4131/24 4132/24
4134/15 4135/2 4136/4
4136/16 4138/16
4142/1 4145/19 4146/8
4159/18
Ms. Angela [1]
4084/13
Ms. Badalament [34]
4116/19 4117/8
4117/25 4118/4
4119/13 4119/17
4120/18 4120/21
4121/4 4122/10
4122/14 4123/1 4123/4
4123/20 4124/5
4124/10 4124/18
4124/22 4125/12
4126/6 4126/16
4127/24 4128/2
4128/19 4131/19
4131/24 4132/24
4134/15 4135/2 4136/4
4138/16 4142/1
4145/19 4146/8
Ms. Halim [6] 4084/22
4091/7 4104/6 4104/10
4136/16 4159/18
Ms. Hancock [3]
4111/25 4112/4
4112/25
Ms. Hughes [2]
4102/19 4103/16
Ms. Watkins [2]
4128/13 4128/25
much [6] 4091/4
4101/12 4146/16
4157/23 4158/20
4158/25
multiple [2] 4127/10
4127/20
my [6] 4085/7 4087/3
4089/4 4094/20
4097/10 4109/5 4127/2
4133/14 4137/8 4150/4
4151/19 4152/24
4155/22 4160/22
4160/24 4163/20
Myers [1] 4082/12

**N**

name [1] 4105/15
national [1] 4103/2
nature [1] 4102/12
near [2] 4148/15
4152/3
necessarily [1]
4092/24
need [13] 4091/8
4093/19 4094/6 4094/7
4095/3 4097/21 4099/9
4099/18 4099/24
4102/17 4104/22
4143/24 4149/4
needed [1] 4136/12
needs [2] 4092/16

**N**

needs... [1] 4137/1
neither [1] 4115/25
Nestler [1] 4081/14
never [2] 4142/14
4145/24
news [2] 4108/1
4158/19
next [22] 4087/15
4089/22 4119/12
4120/17 4121/3 4123/2
4124/4 4124/17 4126/9
4131/13 4138/23
4142/7 4142/17 4143/7
4143/11 4145/18
4146/3 4148/19
4158/21 4159/2 4159/6
4161/17
nice [1] 4102/5
night [7] 4086/3
4090/11 4092/23
4134/5 4135/8 4135/10
4162/13
nit [1] 4117/3
no [57] 4081/4 4084/7
4085/11 4085/11
4086/22 4089/10
4090/24 4091/13
4091/23 4093/9
4095/15 4095/17
4097/23 4099/24
4103/22 4104/3
4106/10 4106/23
4110/9 4110/17 4111/4
4113/5 4114/17
4114/18 4116/2 4117/3
4117/11 4118/22
4118/24 4119/1 4120/9
4120/11 4124/1 4124/2
4125/20 4126/24
4135/10 4135/20
4137/15 4139/8 4141/1
4141/8 4142/8 4146/17
4147/10 4151/1
4152/19 4152/24
4155/25 4156/8
4156/10 4156/20
4156/23 4157/20
4159/4 4159/4 4164/6
No OK [1] 4117/11
none [3] 4085/17
4094/3 4129/6
north [2] 4086/19
4107/20
not [103]
note [4] 4092/21
4100/24 4136/16
4140/2
nothing [3] 4121/8
4135/17 4158/4
notion [1] 4089/19
November [10] 4114/8
4118/6 4118/18 4119/2
4121/7 4121/10
4124/14 4149/10
4149/20 4149/24
November 14th [2]
4149/20 4149/24

November 9th [4]
4118/6 4118/18 4119/2
4149/10
now [47] 4084/3
4084/4 4085/23
4095/23 4096/5 4097/6
4103/20 4112/9 4116/3
4116/12 4119/23
4120/1 4120/2 4120/4
4121/16 4124/14
4124/14 4124/17
4125/12 4125/14
4126/1 4126/16 4127/3
4127/16 4128/13
4128/24 4130/18
4132/10 4132/15
4133/14 4133/21
4135/12 4135/22
4139/10 4141/10
4142/11 4142/22
4143/25 4144/3 4145/3
4149/1 4150/20
4154/23 4155/7
4157/16
NSA [1] 4120/5
number [4] 4104/1
4114/20 4123/22
4159/14
numbers [6] 4099/14
4100/10 4100/13
4106/1 4106/9 4106/11
NW [2] 4081/16
4082/20

**O**

O-L [1] 4151/18
oath [17] 4086/17
4086/20 4086/25
4087/13 4087/16
4088/16 4088/22
4089/6 4103/10
4104/23 4107/13
4107/21 4128/14
4128/25 4131/4
4140/10 4141/2
Oath Keepers [15]
4086/17 4086/20
4086/25 4087/13
4087/16 4088/16
4089/6 4103/10
4107/13 4107/21
4128/14 4128/25
4131/4 4140/10 4141/2
object [5] 4093/6
4094/21 4097/11
4098/15 4099/12
objecting [2] 4097/13
4097/15
objection [20] 4091/23
4092/25 4093/9
4094/18 4099/2 4099/4
4106/7 4106/10 4110/9
4131/1 4132/20 4136/6
4136/11 4143/17
4145/16 4149/14
4149/21 4152/6
4155/17 4157/13

objections [3] 4093/6
4093/12 4097/17
obligation [1] 4103/22
obviously [4] 4085/20
4129/24 4143/19
4164/7
off [9] 4117/24 4123/18
4129/20 4134/23
4135/14 4152/24
4155/2 4155/4 4164/4
offer [1] 4104/4
offered [3] 4104/2
4113/9 4113/11
office [2] 4081/16
4123/12
OFFICES [1] 4082/2
oh [4] 4124/22 4142/8
4159/20 4160/14
OK [6] 4103/2 4117/2
4117/3 4117/10
4117/11 4126/19
OK FL Hangout [2]
4117/2 4117/10
okay [53] 4084/18
4090/2 4090/7 4090/20
4091/14 4091/20
4091/21 4093/22
4094/5 4094/9 4095/5
4098/22 4099/5
4099/15 4100/15
4100/16 4100/20
4101/19 4103/20
4104/15 4104/20
4105/22 4106/2
4106/11 4106/25
4108/15 4111/1
4116/15 4116/18
4117/6 4117/19
4117/25 4120/7
4124/16 4125/11
4132/1 4133/12
4135/21 4136/13
4137/7 4138/22 4142/6
4144/8 4150/19
4157/21 4158/7 4158/9
4159/23 4161/5
4161/10 4161/16
4161/22 4163/12
Olive [1] 4134/6
Olive Garden [1]
4134/6
one [34] 4085/23
4090/10 4090/18
4091/13 4091/16
4092/21 4093/23
4094/7 4094/8 4095/17
4095/17 4095/19
4101/11 4101/14
4101/21 4102/16
4123/21 4125/20
4127/13 4132/4 4132/5
4132/7 4132/11
4135/10 4136/10
4138/14 4142/2 4142/7
4143/13 4144/10
4147/18 4163/4 4163/7
ones [3] 4090/11

only [13] 4085/12
4087/8 4090/8 4091/2
4093/19 4093/24
4103/25 4136/24
4139/13 4158/10
4160/9 4161/22
4163/13
Op [5] 4086/10
4086/14 4107/12
4109/7 4127/13
open [10] 4122/10
4122/13 4122/19
4124/10 4124/23
4130/25 4141/15
4144/9 4158/8 4159/5
opened [1] 4094/25
opening [1] 4140/5
operate [1] 4088/23
opponents [1] 4086/23
opportunity [2]
4092/12 4103/21
opposed [1] 4091/17
ops [1] 4119/9
order [1] 4102/15
orders [12] 4141/11
4142/18 4143/2 4143/9
4146/6 4150/10
4150/10 4150/13
4150/14 4157/3
4157/10 4157/11
organization [1]
4087/18
organizing [1] 4103/4
other [23] 4088/5
4088/4 4088/24 4089/1
4096/19 4096/20
4102/16 4103/14
4110/15 4112/25
4113/12 4127/7
4129/14 4130/1
4130/18 4135/23
4136/1 4136/7 4139/25
4140/14 4141/16
4144/24 4160/25
others [2] 4117/20
4134/3
otherwise [3] 4100/20
4100/24 4106/10
ought [1] 4161/19
our [8] 4100/16 4103/6
4110/23 4142/16
4151/4 4158/11
4163/14 4164/1
out [15] 4085/16
4088/22 4089/14
4101/1 4108/7 4108/10
4111/2 4121/13
4136/19 4140/24
4143/20 4143/23
4144/2 4158/13
4158/15
outcome [1] 4154/13
outside [9] 4093/5
4118/9 4118/16
4134/21 4151/5 4151/8
4151/11 4151/13
4151/14

outstanding [1] 4160/9
4163/13
over [3] 4108/2 4108/2
4126/12
overall [2] 4140/7
4140/23
overruled [2] 4149/15
4155/17
overview [1] 4090/18
own [1] 4122/4

**P**

p.m [9] 4107/9 4108/6
4109/16 4117/2
4133/24 4135/8
4152/12 4152/22
4152/25
PA [1] 4082/7
page [2] 4086/11
4123/2
pages [2] 4102/23
4102/25
panel [1] 4102/1
paper [1] 4126/13
paragraph [3] 4123/5
4123/6 4123/9
part [7] 4087/12
4088/10 4094/20
4100/19 4138/2
4139/18 4156/4
participate [2] 4159/21
4159/24
participating [1]
4160/21
particular [7] 4093/2
4094/14 4097/4
4098/25 4115/13
4142/10 4164/13
particularly [2]
4088/11 4163/22
parties [1] 4163/21
parts [2] 4102/10
4158/17
party [1] 4086/22
pass [1] 4103/13
past [1] 4088/9
pastors [1] 4103/4
patience [3] 4102/7
4144/14 4159/1
patriot [1] 4103/4
patriots [10] 4108/1
4108/3 4122/4 4134/22
4135/14 4137/11
4147/11 4147/15
4147/20 4151/22
pause [9] 4101/10
4101/24 4112/15
4118/3 4120/20
4136/23 4139/12
4144/15 4145/9
pausing [1] 4144/5
PDF [1] 4090/17
peacefully [1] 4147/24
Peed [42] 4082/19
4084/9 4084/17
4085/1 4085/8 4085/15
4086/4 4088/8 4088/14
4089/24 4092/9

4176

**Peed... [31]** 4095/11
4095/23 4096/14
4098/16 4101/11
4104/15 4104/25
4108/17 4110/16
4114/10 4114/20
4116/12 4117/23
4124/20 4124/25
4126/18 4128/5 4128/7
4129/13 4129/19
4131/21 4133/14
4135/22 4136/7
4137/20 4138/2
4138/25 4139/14
4158/4 4159/14
4162/24
**Peed's [5]** 4086/7
4087/25 4092/15
4130/13 4162/13
**pen [1]** 4103/17
**penal [2]** 4086/15
4086/23
**Pence [1]** 4122/1
**people [25]** 4086/16
4087/19 4088/3
4088/16 4089/1
4089/18 4090/25
4107/13 4109/20
4111/21 4112/5
4113/21 4123/13
4128/14 4130/6
4147/23 4148/2 4148/4
4148/7 4155/2 4155/3
4155/4 4155/4 4157/17
4157/17
**perceived [1]** 4142/22
**percenters [1]** 4103/12
**percipient [1]** 4091/9
**perhaps [2]** 4097/1
4159/16
**permissible [1]** 4143/3
**Permission [1]** 4152/7
**permitted [2]** 4149/22
4152/9
**person [2]** 4101/16
4162/22
**Philadelphia [1]**
4082/7
**phone [5]** 4105/18
4105/21 4120/4 4129/3
4158/1
**phones [1]** 4164/3
**photo [1]** 4162/23
**photographs [4]**
4101/15 4143/18
4143/22 4143/22
**phrase [1]** 4111/16
**picture [1]** 4111/4
**pieces [1]** 4158/17
**pin [1]** 4089/23
**pissed [1]** 4134/23
**Plaintiff [1]** 4081/4
**plan [5]** 4084/21
4086/7 4162/12
4162/16 4163/6
**planning [1]** 4090/15
**plans [2]** 4141/6

**play [14]** 4110/7
4111/1 4111/10
4112/13 4114/24
4117/25 4118/1
4119/15 4129/1
4136/10 4137/18
4138/12 4145/3
4145/19
**played [11]** 4111/3
4111/12 4112/14
4114/14 4114/25
4118/2 4119/16
4120/19 4121/5 4145/7
4145/20
**playing [1]** 4141/15
**please [36]** 4084/5
4102/3 4103/13
4116/19 4117/7
4117/25 4122/10
4123/2 4123/11
4124/11 4126/5
4126/16 4127/24
4128/2 4128/19
4128/21 4128/22
4131/19 4132/1
4132/24 4134/15
4134/24 4136/4 4145/6
4145/18 4145/19
4146/15 4146/20
4148/19 4149/17
4158/1 4159/3 4159/4
4159/10 4160/11
4161/24
**PO [1]** 4082/3
**podcast [23]** 4093/20
4093/25 4109/24
4110/7 4113/8 4133/19
4133/21 4135/24
4136/2 4136/7 4137/3
4137/18 4138/5
4138/10 4139/8
4139/11 4140/6
4144/24 4145/11
4154/7 4154/9 4156/25
4157/16
**point [12]** 4089/4
4089/15 4089/16
4090/9 4091/2 4096/6
4099/21 4104/3
4137/14 4139/11
4151/19 4153/4
**police [2]** 4086/19
4107/19
**political [1]** 4148/13
**popped [1]** 4120/24
**portion [3]** 4110/7
4110/25 4136/9
**portions [4]** 4133/18
4136/7 4138/8 4141/16
**position [4]** 4095/7
4095/21 4096/2 4164/1
**posted [1]** 4151/4
**potentially [1]** 4089/18
4140/5 4141/16
**powers [1]** 4123/15
**precise [1]** 4097/1
4151/25

**prediction [1]** 4158/13
**prefer [1]** 4160/6
**prerogative [1]**
4129/17
**presence [2]** 4100/18
4160/5
**present [9]** 4084/16
4087/20 4092/18
4102/17 4103/22
4103/24 4104/16
4110/17 4140/23
**present-sense [1]**
4087/20
**presentation [2]**
4140/8 4142/21
**presented [7]** 4087/2
4102/19 4105/11
4115/15 4115/17
4115/18 4116/23
**President [9]** 4121/17
4122/19 4125/22
4133/7 4135/10
4150/16 4153/17
4157/8 4157/12
**President Trump [2]**
4121/17 4122/19
**President's [3]**
4150/10 4150/13
4150/13
**presiding [1]** 4084/4
**previously [3]** 4104/23
4105/4 4107/2
**problem [1]** 4164/7
**procedurally [2]**
4094/19 4099/3
**procedure [3]** 4094/21
4099/23 4130/10
**proceed [2]** 4099/7
4102/14
**proceedings [4]**
4081/9 4100/19
4164/21 4165/4
**process [7]** 4092/4
4125/22 4133/8
4153/17 4153/20
4153/22 4154/1
**proffer [1]** 4090/21
**Prometheus [1]**
4125/16
**proper [2]** 4096/18
4096/21
**protect [1]** 4117/5
**provide [3]** 4090/3
4113/8 4113/11
**provided [3]** 4100/4
4105/25 4115/22
**provisionally [1]**
4093/11
**publish [3]** 4111/5
4145/5 4146/15
**pull [9]** 4116/19
4127/24 4128/2
4128/19 4131/7
4131/19 4134/15
4149/3 4160/22
**pulled [2]** 4105/18
4154/20

**pulling [3]** 4108/24
4155/1 4155/4
**punching [1]** 4154/20
**Punta [1]** 4082/16
**puppet [1]** 4135/16
**puppets [1]** 4123/15
**purely [1]** 4086/24
**purporting [1]** 4157/11
**purpose [4]** 4086/24
4087/3 4130/22
4140/11
**purposes [1]** 4094/11
**push [1]** 4164/4
**pushed [1]** 4152/2
**put [12]** 4089/23
4091/8 4096/1 4096/12
4100/13 4102/20
4108/1 4130/11
4136/23 4141/18
4141/24 4143/18
**putting [2]** 4094/25
4162/9

**Q**

**QRF [11]** 4118/19
4118/19 4118/21
4118/23 4118/25
4119/2 4145/14 4150/6
4150/9 4150/12
4152/12
**Queen [1]** 4082/7
**question [9]** 4088/7
4092/15 4094/10
4098/23 4101/11
4133/3 4133/4 4149/17
4156/14
**questioned [1]** 4093/2
**questionnaire [1]**
4161/16
**questions [25]**
4093/24 4094/14
4095/12 4095/17
4096/4 4097/4 4097/24
4098/7 4098/8 4098/12
4099/16 4099/21
4116/2 4116/16
4116/17 4119/19
4119/23 4124/15
4128/7 4131/22
4133/15 4137/20
4146/17 4157/1
4157/20
**quickly [1]** 4157/25
**quiet [2]** 4130/8
4130/12
**quite [1]** 4086/6

**R**

**Rakoczy [1]** 4081/14
**rally [3]** 4149/19
4149/23 4150/7
**rare [1]** 4108/3
**rather [3]** 4108/19
4108/23 4113/10
**reaching [1]** 4088/22
**read [13]** 4088/18
4096/15 4102/20
4105/25 4108/17

**4108/21** 4108/24
4111/16 4123/11
4146/25 4147/6
4159/16 4163/5
**reading [4]** 4089/11
4089/13 4089/17
4101/21
**ready [4]** 4102/14
4103/8 4144/16 4162/9
**really [4]** 4090/8
4093/19 4095/19
4097/18
**reason [4]** 4097/5
4115/4 4136/20
4143/19
**reasons [1]** 4127/20
**rebut [5]** 4089/19
4094/23 4130/16
4130/21 4140/13
**rebuttal [7]** 4094/22
4096/24 4098/2 4139/7
4140/15 4158/22
4163/4
**recall [12]** 4112/20
4113/4 4115/15
4116/13 4150/20
4150/25 4153/18
4154/12 4154/20
4156/3 4156/20
4156/21
**recap [1]** 4084/19
**received [8]** 4086/2
4086/8 4090/11 4095/3
4106/14 4107/3
4110/20 4115/1
**recognize [1]** 4105/18
**recognized [1]**
4105/20
**recollection [1]** 4149/4
**record [10]** 4091/7
4092/4 4093/6 4093/21
4102/20 4106/1
4108/18 4111/15
4112/16 4165/3
**recorded [1]** 4120/5
4133/21
**recording [2]** 4114/7
4149/7
**RECROSS [1]** 4083/4
**REDIRECT [3]** 4083/4
4146/19 4146/22
**refresh [1]** 4149/3
**regardless [1]** 4129/18
**regime [3]** 4123/15
4135/16
**related [1]** 4089/8
**relatively [1]** 4162/24
**relevance [2]** 4087/25
**relevant [6]** 4087/10
4087/17 4096/8 4097/6
4129/16 4140/13
**remain [1]** 4104/23
**remaining [1]** 4101/14
**remains [1]** 4158/21
**remember [10]**
4115/21 4117/3
4140/19 4147/4 4147/4

4177

**remember... [5]** 4147/7
4147/8 4147/14
4147/16 4151/9
**remembers [1]** 4164/3
**reminder [3]** 4103/21
4162/7 4162/9
**reminders [1]** 4159/3
**remote [2]** 4160/7
4160/8
**remotely [2]** 4159/21
4160/21
**repeat [1]** 4149/16
**repeatedly [1]** 4137/10
**replay [2]** 4108/2
4154/14
**representing [5]**
4084/9 4084/11
4084/13 4084/14
4084/17
**Requests [1]** 4103/2
**research [1]** 4159/5
**resolve [2]** 4161/22
4162/3
**resolved [2]** 4110/13
4162/5
**respect [5]** 4085/21
4094/16 4102/8 4113/8
4140/9
**responded [2]** 4143/1
4145/24
**responding [3]** 4135/6
4148/21 4148/24
**responds [2]** 4108/6
4142/13
**rest [4]** 4084/25
4091/24 4102/16
4111/2
**restarts [1]** 4153/15
**restroom [1]** 4100/20
**rests [3]** 4104/4 4104/9
4104/13
**resume [1]** 4158/16
**RESUMED [1]** 4105/4
**review [9]** 4092/6
4105/11 4113/3
4147/13 4152/15
4152/19 4156/15
4156/16 4156/18
**reviewed [13]** 4091/23
4092/5 4093/17
4099/13 4100/3
4100/10 4100/13
4105/17 4109/24
4113/17 4148/5 4148/7
4154/18
**reviewing [2]** 4106/9
4156/21
**revolution [1]** 4123/14
**Rhodes [59]** 4087/14
4087/24 4088/1 4088/2
4088/14 4088/21
4089/1 4089/6 4089/8
4089/14 4103/3 4114/8
4115/4 4117/20 4118/7
4118/7 4118/18 4120/1
4120/8 4120/23 4121/7
4121/10 4121/16

4122/3 4122/21
4123/25 4124/7
4125/18 4130/6 4131/9
4133/7 4134/2 4134/12
4134/19 4135/12
4135/19 4137/22
4137/23 4137/25
4138/4 4138/6 4141/11
4142/19 4143/2
4143/10 4146/6
4147/11 4147/14
4149/6 4150/6 4150/9
4151/4 4151/24
4156/22 4157/4 4157/7
4157/10
**Rhodes' [3]** 4090/24
4122/24 4133/24
**rifles [3]** 4125/21
4132/18 4133/7
**right [203]**
**RIOS [2]** 4082/11
4082/15
**riot [2]** 4086/19
4107/20
**rise [4]** 4084/2 4096/21
4101/25 4159/8
**RMR [2]** 4165/2 4165/8
**Robert [1]** 4082/10
**ROBERTO [3]** 4081/6
4084/7 4084/11
**Roger [1]** 4090/19
**Roger Stone [1]**
4090/19
**rule [2]** 4138/8 4152/9
**ruling [1]** 4163/16
**ruminating [6]** 4138/24
4139/4 4142/16
4142/23 4143/6 4146/2

S

**safety [1]** 4086/20
**safety..fact [1]** 4107/22
**said [39]** 4088/17
4099/14 4109/20
4112/4 4112/9 4115/4
4117/13 4118/7
4118/19 4119/2
4119/24 4120/1 4120/4
4121/8 4121/13
4121/17 4130/22
4133/25 4134/12
4135/9 4135/23 4136/2
4145/10 4146/2 4146/6
4147/1 4147/8 4147/11
4147/14 4148/20
4148/22 4150/6 4150/9
4151/11 4155/20
4157/3 4158/16
4158/19 4160/11
**same [22]** 4087/2
4106/9 4108/2 4111/24
4112/7 4112/7 4112/8
4125/14 4125/23
4126/9 4127/11
4127/11 4131/14
4134/13 4135/13
4137/13 4139/8

4157/16 4159/3
4162/12
**Saturday [1]** 4103/5
**saw [2]** 4087/22
4115/15
**say [35]** 4088/22
4089/4 4089/5 4092/5
4092/25 4093/2
4096/23 4097/15
4099/25 4100/3 4100/5
4100/9 4100/23 4101/3
4108/19 4110/22
4117/2 4118/21
4118/23 4118/25
4120/2 4120/8 4120/10
4124/1 4131/11
4131/14 4131/16
4135/19 4144/24
4153/25 4154/3 4154/5
4159/18 4161/19
4164/20
**saying [12]** 4086/16
4088/17 4088/21
4093/24 4095/11
4095/23 4141/10
4142/23 4146/1
4147/16 4153/16
4155/15
**says [13]** 4107/23
4112/11 4113/21
4114/1 4114/2 4115/20
4121/10 4122/19
4142/11 4142/15
4142/18 4147/20
4155/14
**scared [2]** 4108/8
4108/12
**schedule [4]** 4102/9
4159/1 4159/12 4163/9
**scope [13]** 4095/25
4097/3 4122/8 4129/12
4129/24 4130/2 4137/8
4140/16 4140/19
4140/21 4140/22
4141/12 4153/10
**scott [4]** 4082/14
4082/17 4084/15
4084/15
**screen [1]** 4111/4
4123/8
**scroll [2]** 4132/1
4132/4
**seat [1]** 4104/21
**seated [3]** 4084/5
4102/3 4159/10
**second [1]** 4138/17
**seconds [5]** 4128/22
4129/2 4129/2 4139/9
4144/11
**security [8]** 4103/6
4126/19 4126/25
4127/5 4127/17
4155/21 4156/2 4156/5
**security/VIP [1]**
4126/19
**sedition [1]** 4088/13
**see [13]** 4089/14

4095/25 4106/20
4107/8 4110/8 4123/8
4130/5 4133/9 4154/13
4161/23 4164/19
**seeing [7]** 4085/18
4087/7 4087/9 4138/18
4156/3 4159/2 4159/6
**seeking [2]** 4094/12
4094/17
**seems [5]** 4088/18
4094/24 4096/13
4130/20 4141/13
**seen [10]** 4087/4
4098/8 4100/5 4100/6
4100/6 4129/9 4129/25
4130/2 4135/17 4147/9
**segregate [1]** 4093/4
**send [1]** 4112/17
**sending [1]** 4152/16
**sense [5]** 4087/20
4098/3 4099/3 4163/11
4163/20
**sent [10]** 4103/1
4109/10 4109/17
4112/25 4112/25
4122/16 4134/8
4135/15 4147/21
4155/7
**sentence [1]** 4123/11
**separated [1]** 4108/11
**September [2]** 4117/1
4117/16
**series [5]** 4086/9
4089/24 4090/10
4090/15 4105/24
**serious [2]** 4117/5
4117/13
**session [1]** 4084/3
**set [1]** 4140/11
**several [2]** 4087/15
4111/20
**she [8]** 4107/12
4108/12 4119/7
4124/13 4136/19
4136/22 4136/22
4142/3
**Shipley [6]** 4082/2
4082/3 4084/12
4084/22 4103/23
4104/5
**shit [8]** 4086/17
4086/17 4107/13
4107/14 4128/14
4125/15 4128/25
4131/4
**short [4]** 4158/13
4162/23 4162/24
4163/5
**shortly [1]** 4107/19
**should [11]** 4085/7
4085/9 4089/25
4090/16 4092/9 4095/7
4095/12 4097/2 4163/1
4164/4 4164/20
**show [26]** 4085/20
4086/24 4087/3
4090/16 4091/17
4094/14 4095/16

4099/24 4103/7
4106/18 4107/5 4108/3
4109/14 4114/19
4129/17 4130/5
4130/11 4130/11
4130/18 4137/1
4138/11 4139/20
4149/2 4164/4
**showed [10]** 4129/13
4133/18 4135/23
4137/10 4137/12
4137/20 4137/21
4138/3 4139/1 4154/19
**showing [6]** 4129/8
4130/21 4138/2 4138/2
4139/3 4164/7
**shown [3]** 4130/2
4133/10 4137/16
**shut [6]** 4086/17
4107/14 4128/15
4128/25 4130/7 4131/4
**side [2]** 4096/19
4096/20
**Siekerman [1]** 4091/1
**Signal [1]** 4093/7
**signed [1]** 4124/7
**signs [3]** 4148/11
4148/13 4148/17
**simple [1]** 4089/16
**simply [3]** 4096/22
4102/19 4108/19
**since [1]** 4111/15
**sir [20]** 4104/14
4106/20 4107/8
4107/11 4108/5
4109/16 4111/14
4113/16 4114/7 4115/3
4115/9 4116/25 4128/4
4145/5 4147/10
4147/20 4148/5
4152/12 4153/15
4157/23
**sit [1]** 4158/18
**sitting [3]** 4101/16
4142/15 4158/15
**slide [12]** 4106/20
4123/3 4123/19 4124/4
4124/17 4125/13
4126/5 4131/8 4131/13
4134/16 4134/24
4148/19
**Slide 21 [1]** 4134/16
**Slide 8 [1]** 4123/19
**slides [1]** 4091/3
4098/10 4140/11
**slightly [1]** 4102/18
**slowly [1]** 4122/13
**small [1]** 4144/11
**smashing [1]** 4137/17
**SMS [3]** 4093/7
4105/19 4105/20
**so [131]**
**So I think [2]** 4130/13
4143/3
**so it's [3]** 4090/23
4103/7 4155/17
**So this is [4]** 4090/22

**So this is... [3]**
4114/23 4132/2
4144/19
**social [1]** 4159/4
**some [23]** 4086/15
4094/16 4097/17
4103/12 4113/12
4114/6 4119/19
4119/23 4124/15
4126/13 4127/3
4133/15 4137/20
4137/22 4138/3 4138/4
4140/12 4148/2
4151/19 4153/4
4156/16 4159/17
4163/22
**someone [4]** 4098/5
4108/20 4108/24
4157/11
**something [11]**
4087/22 4087/22
4094/22 4094/23
4096/18 4100/24
4130/21 4144/11
4147/16 4149/5
4155/17
**sometimes [3]** 4102/10
4102/13 4158/17
**soon [3]** 4085/7 4101/2
4163/2
**SoRelle [1]** 4124/8
**sorry [12]** 4084/15
4099/11 4123/17
4132/5 4137/23
4138/21 4142/8
4149/16 4160/14
4160/15 4162/17
4163/3
**sort [1]** 4140/13
**span [1]** 4125/14
**speak [3]** 4092/21
4093/1 4129/19
**speaker [3]** 4110/8
4111/8 4111/9
**speaking [1]** 4125/21
**specific [2]** 4093/11
4152/15
**specifically [2]**
4120/23 4156/20
**spin [2]** 4130/8
4130/12
**spinning [1]** 4114/12
**spoke [1]** 4160/3
**sponsoring [1]**
4087/19
**spontaneous [1]**
4148/22
**spontaneously [5]**
4135/14 4147/11
4147/15 4147/20
4151/23
**sprayed [1]** 4108/10
**square [2]** 4125/1
4126/2
**squared [1]** 4103/14
**squared-away [1]**
4103/14

**stairs [1]** 4107/20
**stand [7]** 4092/17
4093/5 4095/23
4098/15 4104/19
4105/4 4144/13
**standing [2]** 4148/7
4153/5
**start [5]** 4085/1
4117/25 4124/14
4159/2 4161/13
**started [2]** 4114/2
4161/21
**starting [2]** 4111/16
4161/3
**starts [2]** 4089/12
4123/5
**state [15]** 4087/17
4089/20 4090/23
4090/25 4108/20
4108/23 4111/20
4113/11 4123/16
4130/19 4140/9
4140/14 4140/24
4142/20 4143/10
**stated [2]** 4107/24
4154/9
**statement [3]** 4130/17
4143/9 4151/3
**statements [8]**
4086/15 4086/21
4086/22 4086/23
4108/19 4108/22
4140/12 4148/13
**STATES [7]** 4081/1
4081/3 4081/10 4084/7
4084/9 4157/8 4157/12
**status [3]** 4160/24
4161/2 4161/8
**step [3]** 4130/10
4130/10 4157/22
**stepped [1]** 4101/1
**steps [4]** 4142/17
4143/7 4143/11 4146/3
**Stewart [36]** 4087/14
4087/24 4088/1
4088/14 4088/21
4089/1 4089/8 4089/14
4090/24 4103/2 4114/8
4115/4 4118/7 4118/7
4122/21 4123/25
4124/7 4125/18 4131/9
4133/7 4133/24 4134/2
4134/12 4134/19
4135/12 4141/11
4142/19 4143/2
4143/10 4146/6
4147/11 4147/16
4156/22 4157/4 4157/7
4157/10
**Stewart Rhodes [31]**
4087/14 4087/24
4088/1 4088/14
4088/21 4089/1 4089/8
4089/14 4114/8 4115/4
4118/7 4118/7 4122/21
4123/25 4124/7
4125/18 4131/9 4133/7

4134/19 4135/12
4141/11 4142/19
4143/2 4143/10 4146/6
4156/22 4157/4 4157/7
4157/10
**Stewart Rhodes' [2]**
4090/24 4133/24
**still [4]** 4094/10
4123/12 4129/16
4137/12
**stipulating [2]** 4099/17
4099/19
**stipulation [1]** 4095/2
**Stone [1]** 4090/19
**stop [1]** 4123/17
**stopping [1]** 4108/4
**stormed [1]** 4134/22
**story [1]** 4098/13
**straight [2]** 4089/6
4102/10
**Street [3]** 4081/16
4082/11 4082/20
**stretch [1]** 4144/13
**structure [1]** 4163/22
**stuck [2]** 4087/6
4087/11
**stuff [1]** 4139/7
**SUAREZ [2]** 4082/11
4082/14
**subject [2]** 4103/25
4107/1
**substance [2]** 4094/16
4139/7
**substantively [1]**
4163/24
**suggest [1]** 4088/12
**suggested [1]** 4088/8
**suggesting [1]**
4096/13
**Suite [2]** 4082/16
4082/20
**summary [4]** 4164/1
4164/11 4164/11
4164/12
**support [3]** 4125/22
4153/17 4153/25
**supporters [1]** 4155/1
**suppose [1]** 4089/19
**Supreme [2]** 4103/5
4156/19
**Supreme Court [2]**
4103/5 4156/19
**sure [12]** 4096/21
4097/2 4098/9 4098/10
4099/8 4100/12 4101/9
4131/22 4159/15
4161/14 4161/18
4163/18
**surprise [1]** 4163/10
**surround [1]** 4137/14
**surrounded [2]**
4111/21 4113/23
**surrounding [2]**
4139/22 4139/23
**suspect [1]** 4086/5
**sustained [5]** 4131/1
4132/21 4145/17

**switch [1]** 4153/14
**sword [1]** 4137/14
**sworn [3]** 4104/22
4104/23 4105/4

**T**
**table [1]** 4111/6
**take [17]** 4092/12
4109/13 4110/6
4113/14 4113/18
4115/11 4117/4
4143/23 4144/2
4144/10 4145/12
4146/9 4146/9 4158/11
4158/11 4161/21
4162/1
**taken [7]** 4109/20
4112/5 4137/9 4137/11
4137/12 4137/13
4137/16
**taking [4]** 4122/4
4139/22 4139/22
4139/23
**talk [6]** 4099/18
4127/23 4136/25
4156/25 4163/19
4164/10
**talked [13]** 4084/20
4088/4 4110/15
4117/20 4126/25
4134/18 4139/3
4141/14 4141/17
4144/23 4151/3
4154/10 4155/7
**talking [5]** 4085/24
4139/9 4139/10 4149/6
4156/4
**talks [1]** 4138/14
**team [2]** 4085/7
4085/10
**tedious [1]** 4095/14
**tell [2]** 4107/24 4108/6
**telling [1]** 4117/10
**tells [1]** 4112/17
**ten [2]** 4099/8 4099/9
**tenor [1]** 4140/23
**terms [2]** 4159/12
4160/9
**terrorism [2]** 4141/18
4157/18
**testified [2]** 4105/4
4112/20
**testimony [5]** 4086/2
4086/5 4122/12
4151/12 4164/13
**Texas [6]** 4088/12
4089/6 4089/9 4089/12
4137/22 4138/1
**text [8]** 4109/17
4109/20 4139/19
4139/20 4139/21
4147/4 4156/16
4163/22
**than [6]** 4086/6 4087/1
4091/25 4102/18
4110/15 4163/23
**thank [44]** 4085/16

**switch [1]** 4153/14
4101/23 4102/7
4102/21 4103/15
4103/16 4103/19
4104/5 4104/8 4104/10
4104/14 4105/1 4107/6
4109/13 4110/18
4114/5 4116/3 4116/21
4117/7 4118/3 4119/14
4119/17 4120/21
4121/4 4122/14
4126/15 4128/5
4130/24 4131/18
4131/24 4144/8
4144/14 4144/18
4146/16 4146/18
4148/25 4153/11
4157/23 4157/24
4159/6 4164/18
**thank you [37]**
4085/16 4086/11
4099/5 4101/8 4101/23
4102/7 4102/21
4103/15 4103/16
4103/19 4104/5 4104/8
4104/10 4104/14
4105/1 4107/6 4109/13
4110/18 4114/5 4116/3
4116/21 4118/3
4119/17 4120/21
4121/4 4122/14
4126/15 4128/5
4130/24 4146/16
4146/18 4148/25
4153/11 4157/23
4157/24 4159/6
4164/18
**that [299]**
**that's [36]** 4084/24
4085/8 4085/11 4088/2
4089/3 4094/23
4095/15 4099/6
4099/14 4100/20
4107/23 4109/10
4114/1 4115/18
4121/10 4122/21
4128/11 4130/2
4138/22 4140/15
4141/12 4142/11
4143/3 4143/14
4143/15 4144/1 4144/7
4145/17 4145/23
4149/6 4150/2 4160/8
4160/14 4161/12
4161/18 4162/16
**that..where's [1]**
4108/9
**their [4]** 4097/17
4122/4 4123/15 4125/6
**them [68]** 4085/22
4085/25 4086/20
4089/24 4091/8
4091/18 4092/6 4092/7
4092/7 4092/11
4092/17 4092/18
4093/2 4093/6 4093/10
4093/11 4093/17
4093/18 4093/18

**them...** [49] 4094/23
4095/3 4095/4 4095/12
4095/24 4096/4 4096/7
4096/12 4096/15
4096/22 4097/6 4097/8
4097/15 4097/22
4097/23 4097/25
4098/2 4098/7 4098/8
4098/8 4098/12
4098/16 4098/20
4098/24 4099/22
4100/4 4100/5 4100/6
4100/11 4105/13
4105/15 4105/17
4105/18 4105/20
4105/21 4106/10
4107/21 4108/4 4108/4
4108/8 4113/3 4116/16
4123/16 4134/22
4143/23 4143/24
4148/17 4156/23
4159/17
**then** [52] 4087/22
4089/11 4089/18
4090/8 4090/19 4091/7
4092/17 4093/9
4093/10 4093/14
4094/10 4094/22
4095/16 4095/24
4096/4 4096/6 4096/16
4096/17 4096/21
4096/23 4097/3
4098/16 4098/17
4098/20 4098/23
4099/7 4099/17
4099/21 4100/10
4100/16 4108/6 4114/2
4130/11 4130/12
4138/3 4138/16 4151/8
4158/22 4158/23
4158/24 4159/17
4160/2 4160/13
4161/20 4162/22
4163/5 4163/6 4164/4
4164/4 4164/5
**theory** [5] 4087/13
4088/10 4130/4
4164/12 4164/15
**there** [52] 4085/4
4086/18 4087/16
4088/15 4089/17
4089/24 4089/25
4093/10 4093/11
4096/25 4097/1
4097/16 4098/11
4102/10 4102/16
4103/7 4107/25 4108/7
4108/8 4110/14
4112/11 4112/15
4116/12 4118/3
4120/20 4123/17
4125/22 4126/24
4129/10 4131/22
4134/21 4135/10
4135/22 4135/23
4136/1 4136/6 4138/8

4148/1 4148/7 4148/22
4149/23 4150/14
4153/17 4153/20
4153/25 4154/3
4155/10 4158/16
4161/22
**there's** [15] 4085/12
4093/9 4095/17
4096/25 4098/9 4111/4
4115/23 4121/8 4129/5
4130/8 4136/10 4164/6
4164/7 4164/14
4164/16
**thereafter** [1] 4107/19
**therefore** [1] 4141/4
**these** [47] 4086/12
4086/13 4086/15
4086/18 4086/21
4086/24 4087/1 4087/6
4087/20 4087/22
4088/2 4088/2 4088/16
4088/22 4088/24
4089/1 4089/5 4089/10
4089/13 4089/24
4092/3 4092/16
4092/22 4093/20
4094/3 4095/2 4095/2
4096/1 4096/7 4096/8
4098/4 4098/19
4099/13 4099/14
4102/9 4102/12
4109/10 4116/23
4116/24 4123/14
4127/4 4127/20
4139/16 4140/6
4140/12 4143/21
4158/17
**they** [48] 4086/22
4087/3 4087/4 4087/16
4088/6 4088/17
4088/17 4090/4
4092/23 4094/22
4095/7 4095/12
4096/23 4097/14
4097/24 4098/2 4098/5
4108/1 4108/3 4108/8
4108/11 4108/19
4108/22 4112/11
4113/10 4117/22
4118/13 4125/6 4127/7
4127/10 4129/14
4129/17 4130/11
4130/11 4134/5
4134/23 4135/9
4135/15 4138/15
4140/15 4143/20
4147/25 4150/6
4150/13 4154/9 4154/9
4154/9 4154/12
**they're** [10] 4086/23
4092/10 4092/11
4093/7 4093/12
4097/13 4098/9 4136/9
4138/24 4162/23
**they've** [4] 4095/20
4095/21 4098/10
4143/19

4092/21 4095/19
4134/13 4139/13
4139/17 4141/15
4163/7
**things** [15] 4086/25
4087/4 4087/17
4087/19 4088/16
4089/10 4089/13
4093/23 4098/11
4130/1 4135/23 4136/1
4136/23 4139/2
4144/24
**think** [51] 4086/1
4087/4 4087/13 4088/7
4088/25 4089/7
4089/12 4091/25
4092/9 4092/14 4093/8
4094/19 4096/10
4097/5 4098/1 4098/14
4098/20 4098/23
4099/3 4099/6 4100/1
4122/6 4122/7 4129/11
4130/2 4130/13
4130/16 4130/21
4138/13 4138/18
4140/16 4141/23
4143/3 4143/5 4143/12
4143/24 4153/9
4159/21 4160/9 4161/1
4161/6 4161/11
4161/15 4161/19
4162/5 4163/7 4163/9
4163/23 4164/7
4164/14 4164/16
**thinking** [2] 4129/22
4163/12
**thinks** [1] 4139/14
**this** [124]
**those** [29] 4090/4
4090/16 4092/13
4094/23 4095/9 4096/4
4096/20 4106/1 4106/7
4106/9 4106/11
4106/24 4108/18
4108/19 4108/21
4108/24 4127/13
4129/15 4137/22
4139/4 4141/1 4141/24
4143/15 4143/20
4143/21 4144/2
4148/13 4156/20
4160/12
**though** [1] 4151/19
**thought** [7] 4085/13
4092/15 4099/14
4139/1 4162/17 4164/1
4164/3
**Thousands** [1]
4135/14
**three** [4] 4093/4
4138/13 4162/15
4162/17
**through** [19] 4086/8
4087/9 4091/9 4092/4
4092/12 4092/24
4094/7 4094/13 4095/7
4095/12 4096/3

4097/9 4098/16
4105/15 4107/21
4112/21 4140/8
**ticked** [1] 4135/14
**Tifa** [5] 4134/10
4154/16 4154/24
4155/14 4155/15
**time** [17] 4087/2
4090/3 4101/12
4104/18 4105/23
4125/14 4147/9
4151/23 4152/16
4153/7 4154/19
4159/15 4159/17
4161/15 4161/20
4163/9 4163/10
**timestamp** [1] 4128/21
**timing** [1] 4096/10
**tired** [1] 4108/8
**title** [2] 4154/23
4155/14
**titled** [5] 4100/7
4126/19 4134/10
4154/15 4165/4
**today** [3] 4091/4
4102/14 4158/12
**today's** [2] 4086/2
4086/5
**Todd** [9] 4125/4
4125/16 4125/18
4132/25 4133/6 4136/1
4139/10 4146/1
4153/16
**Todd Kandaris** [6]
4132/25 4133/6 4136/1
4139/10 4146/1
4153/16
**told** [5] 4087/15
4098/13 4122/3
4129/25 4140/17
**tomorrow** [16] 4101/17
4158/15 4159/13
4159/25 4160/12
4160/17 4161/16
4161/23 4162/1 4162/6
4163/8 4163/17
4163/19 4164/10
4164/17 4164/19
**tone** [1] 4140/23
**too** [4] 4097/20
4119/21 4121/11
4160/8
**took** [6] 4111/21
4111/24 4113/18
4113/21 4163/9
4163/10
**top** [3] 4123/5 4123/8
4152/24
**topic** [1] 4133/14
**towards** [1] 4147/23
**town** [1] 4159/18
**track** [2] 4158/20
4158/25
**transcript** [7] 4081/9
4111/19 4115/16
4115/17 4115/24
4115/25 4165/3

**transcripts** [2] 4115/22
4115/23
**trial** [2] 4081/9 4161/17
**trials** [4] 4102/9
4102/11 4102/12
4158/17
**Troy** [2] 4081/15
4084/9
**truck** [2] 4153/3 4153/6
**true** [7] 4085/20 4088/6
4121/11 4129/7 4129/8
4129/9 4129/9
**Trump** [6] 4121/17
4121/22 4122/1
4122/19 4155/1 4155/4
**truth** [11] 4085/18
4087/8 4108/18
4108/22 4113/9 4129/6
4129/11 4130/15
4130/17 4130/22
4143/5
**TruthSeeker69** [1]
4103/1
**try** [3] 4102/9 4121/20
4160/13
**trying** [5] 4129/19
4141/12 4142/17
4143/5 4143/6 4146/2
4161/15
**Tuesday** [5] 4101/16
4158/16 4159/2
4159/16 4162/12
**turn** [7] 4089/4
4103/20 4103/22
4125/12 4126/16
4136/4 4146/8
**turns** [3] 4088/1
4158/13 4158/15
**two** [11] 4085/12
4085/21 4088/10
4090/14 4091/15
4093/23 4123/14
4143/15 4162/20
4163/9 4163/10
**type** [1] 4096/25
**tyranny** [1] 4126/12

**U**

**U.S** [1] 4081/16
**U.S.** [1] 4103/5
**U.S. Capitol** [1] 4103/5
**Ulrich** [2] 4107/16
4108/6
**ultimately** [4] 4093/15
4115/19 4115/24
4115/25
**uncovered** [1] 4157/6
**under** [6] 4095/9
4101/4 4101/6 4104/23
4135/16 4152/9
**understand** [9] 4085/4
4088/20 4107/9
4107/16 4137/15
4139/14 4141/8
4141/20 4141/22
**understanding** [3]
4102/7 4150/4 4151/19
**understood** [6]

**U**

**understood... [6]**
4088/15 4088/18
4089/18 4137/11
4140/10 4163/25
**undertake [1]** 4126/11
**unit [1]** 4108/9
**UNITED [7]** 4081/1
4081/3 4081/10 4084/7
4084/9 4157/8 4157/12
**United States [1]**
4157/8
**unsecure [2]** 4117/4
4117/11
**until [2]** 4100/19
4136/17
**unvetted [2]** 4117/4
4117/11
**up [25]** 4092/17 4093/5
4093/12 4095/24
4102/20 4103/7
4105/16 4115/19
4115/24 4116/20
4123/21 4127/24
4128/2 4128/20 4131/7
4131/19 4132/5
4132/11 4134/16
4141/24 4144/13
4146/20 4149/3
4160/22 4161/20
**updated [1]** 4084/20
**UR [1]** 4117/5
**us [14]** 4085/16
4086/17 4102/6
4103/13 4107/13
4107/25 4108/9
4121/11 4126/10
4126/11 4128/14
4159/12 4161/20
4163/9
**usdoj.gov [2]** 4081/18
4081/19
**use [4]** 4093/21
4096/16 4096/23
4137/9
**used [8]** 4111/24
4113/18 4131/12
4131/16 4137/13
4139/19 4139/21
4139/21
**using [6]** 4111/6
4111/8 4111/9 4112/7
4148/9 4152/13

**V**

**Vallejo [91]**
**Vallejo's [18]** 4087/9
4105/18 4108/20
4108/23 4113/10
4129/16 4129/18
4130/19 4133/18
4137/9 4137/21 4138/2
4138/4 4139/15 4140/9
4143/9 4156/21
4158/22
**verb [4]** 4111/24
4112/7 4112/8 4139/21
**verdict [2]** 4162/4

4162/11
**version [1]** 4102/18
**versus [2]** 4084/7
4139/22
**very [6]** 4098/20
4131/11 4146/16
4157/23 4158/20
4158/25
**victory [1]** 4126/11
**video [14]** 4093/20
4094/1 4094/2 4108/9
4112/18 4112/21
4116/1 4134/9 4137/16
4137/17 4154/15
4154/18 4155/1 4155/8
4158/23
**videos [4]** 4085/20
4108/2 4148/5 4148/7
**view [3]** 4140/24
4155/10 4155/13
**viewed [1]** 4087/14
**violence [2]** 4108/2
4134/10
**VIP [3]** 4126/19
4127/17 4156/4
**VIPs [2]** 4126/25
4127/5
**volunteers [1]** 4125/20
**vs [1]** 4081/5

**W**

**wait [1]** 4136/17
**waiting [7]** 4129/21
4141/10 4142/18
4143/2 4143/9 4146/6
4157/10
**waive [1]** 4160/5
**waiving [1]** 4100/18
**walked [1]** 4136/19
**want [27]** 4087/7
4090/9 4091/5 4092/6
4092/8 4093/5 4094/22
4096/14 4096/16
4096/23 4097/18
4097/20 4097/24
4098/2 4098/4 4098/12
4099/25 4100/23
4100/23 4101/3
4108/13 4130/18
4136/16 4136/17
4144/4 4161/13
4161/17
**wanted [11]** 4085/12
4086/19 4088/22
4091/3 4091/24
4107/20 4121/23
4122/1 4139/20
4141/18 4163/17
**wants [2]** 4130/1
4160/7
**War [1]** 4123/13
**warm [1]** 4125/21
**was [138]**
**Washington [7]** 4081/5
4081/17 4082/21
4118/12 4125/6
4151/17 4152/3
**wasn't [5]** 4087/5

4129/10 4141/17
**Watch [1]** 4108/1
**watching [1]** 4133/25
**water [1]** 4108/10
**Watkins [8]** 4107/10
4119/7 4128/11
4128/13 4128/25
4130/7 4131/3 4131/10
**way [5]** 4094/24 4115/5
4125/6 4138/18 4139/6
**we [171]**
**We are [1]** 4154/24
**we will [4]** 4101/16
4158/15 4158/16
4158/23
**we'll [23]** 4092/12
4099/7 4101/12
4101/21 4110/8 4111/2
4118/7 4132/12 4135/9
4144/12 4145/9
4146/14 4146/25
4148/20 4158/23
4159/2 4159/17 4161/1
4161/23 4162/3 4162/5
4165/5 4164/19
**we're [25]** 4085/23
4095/6 4097/15
4099/20 4102/11
4106/9 4111/6 4111/8
4111/9 4118/19 4120/1
4122/6 4122/7 4124/13
4129/1 4142/15 4144/4
4144/10 4153/9
4153/16 4158/19
4158/25 4159/15
4161/12 4161/16
**we've [8]** 4088/4
4098/8 4110/15
4110/16 4113/17
4127/4 4129/9 4142/22
**weapon [2]** 4117/5
4117/13
**wearing [2]** 4155/3
4155/4
**weather [2]** 4101/4
4101/6
**Wednesday [1]** 4163/6
**week [2]** 4158/21
4159/6
**weekend [1]** 4103/3
**WEINBERG [7]**
4082/11 4082/14
4082/15 4084/15
4084/15 4084/23
4104/11
**welcome [4]** 4085/19
4102/5 4103/11
4104/23
**well [18]** 4089/10
4089/15 4093/10
4093/23 4095/19
4097/8 4097/10
4097/12 4100/16
4100/18 4100/23
4101/2 4105/15 4112/1
4133/10 4139/25
4159/22 4163/3

4100/4 4112/20 4138/4
4145/14 4148/2 4156/7
**were [44]** 4086/15
4086/25 4087/2 4087/4
4087/16 4087/16
4087/19 4091/4
4092/23 4103/13
4104/22 4105/17
4107/13 4107/25
4108/7 4108/7 4108/8
4109/10 4110/14
4118/13 4122/4
4124/14 4128/14
4129/17 4131/22
4134/23 4135/22
4135/23 4136/1 4138/8
4141/1 4141/2 4141/12
4142/23 4147/23
4148/1 4152/2 4153/16
4154/9 4154/18
4155/11 4157/1
4159/18 4164/2
**weren't [3]** 4087/5
4092/23 4113/25
**wet [1]** 4117/3
**what [102]**
**what's [4]** 4106/19
4111/1 4133/4 4143/13
**whatever [4]** 4096/3
4097/24 4098/1 4100/7
**when [25]** 4086/16
4086/18 4088/15
4090/3 4097/8 4100/4
4107/13 4107/19
4112/20 4113/17
4128/14 4137/13
4138/4 4138/7 4145/22
4148/20 4151/22
4152/1 4152/1 4152/18
4154/18 4155/14
4155/24 4156/11
4163/14
**where [17]** 4084/19
4098/5 4113/1 4117/23
4118/8 4120/2 4130/6
4138/23 4139/1
4150/20 4152/4
4152/22 4152/25
4156/3 4156/6 4156/6
4156/18
**whether [12]** 4087/18
4088/7 4090/10
4092/17 4098/2
4115/24 4129/7 4141/2
4162/12 4163/4
4163/16 4164/8
**which [7]** 4087/21
4096/11 4096/16
4104/2 4124/20
4130/22 4149/6
**whichever [1]** 4160/6
**while [6]** 4121/17
4123/12 4124/13
4129/15 4135/2
4153/15
**Whip [1]** 4119/9
**Whiskey [1]** 4117/6

**Whiskey62 [3]** 4117/2
4117/10 4119/24
**who [22]** 4087/16
4087/19 4090/25
4098/3 4098/5 4101/15
4103/4 4103/13
4107/16 4108/21
4108/24 4118/8 4118/8
4118/9 4119/20
4132/25 4147/23
4148/2 4148/4 4156/9
4157/17 4162/22
**who's [1]** 4091/9
**whoever [1]** 4096/12
**whole [2]** 4090/14
4094/13
**whom [1]** 4097/9
**why [9]** 4087/10
4094/15 4097/2
4098/24 4114/24
4140/15 4141/5 4144/4
4161/19
**will [39]** 4084/25
4086/5 4095/14 4096/3
4097/7 4097/22 4100/3
4100/12 4101/2
4101/16 4101/16
4103/7 4103/10 4106/7
4106/11 4107/2
4107/24 4110/22
4115/19 4115/23
4116/1 4123/13 4131/1
4131/12 4131/16
4135/15 4142/16
4150/6 4150/9 4150/10
4150/13 4158/15
4158/16 4158/23
4158/24 4160/21
4161/6 4163/3 4163/5
**William [5]** 4082/2
4082/3 4084/11 4165/2
4165/8
**window [3]** 4137/17
4155/5 4155/12
**windows [3]** 4154/20
4155/2 4157/17
**wish [4]** 4103/24
4104/16 4138/11
4161/24
**wishes [1]** 4085/5
**wishing [1]** 4088/13
**Withdrawn [1]** 4155/18
**within [6]** 4130/2
4130/20 4139/8
4140/22 4141/12
4161/11
**without [3]** 4096/15
4106/6 4121/14
**witness [18]** 4083/2
4091/9 4091/10 4092/7
4092/12 4092/13
4092/18 4093/18
4093/19 4095/3 4095/8
4095/8 4095/13
4095/25 4098/3
4101/15 4105/3
4136/21
**witnesses [9]** 4083/4

witnesses... [8]
4096/18 4101/14
4103/23 4104/7
4104/15 4159/14
4162/13 4162/20
woman [1] 4108/11
won't [1] 4161/21
word [8] 4103/14
4113/18 4115/7 4115/8
4127/16 4137/9
4137/10 4137/13
words [3] 4113/10
4122/24 4126/13
work [1] 4160/18
working [1] 4110/8
works [1] 4111/11
worth [1] 4085/13
would [28] 4085/13
4085/19 4087/7
4088/20 4089/17
4090/3 4090/24
4092/10 4094/15
4097/11 4097/21
4098/20 4098/24
4100/1 4103/10
4104/18 4105/24
4110/17 4136/22
4142/21 4143/20
4157/10 4158/18
4159/21 4162/15
4163/7 4163/11
4163/16
wouldn't [1] 4163/10
writes [1] 4107/12
wrong [2] 4123/21
4129/17
wrote [2] 4107/19
4122/21

Y

ya [1] 4107/25
Yeah [9] 4138/20
4140/18 4142/10
4142/18 4143/1 4143/8
4162/14 4163/19
4164/6
yes [137]
yesterday [13] 4084/21
4101/14 4102/8
4110/16 4110/23
4110/24 4136/10
4137/16 4138/7 4140/3
4140/5 4141/14
4141/18
yet [1] 4135/18
you [250]
you know [1] 4089/13
you understand [2]
4107/9 4107/16
you'd [2] 4144/14
4147/6
you'll [4] 4084/21
4115/15 4130/5
4154/12
you're [13] 4085/15
4091/14 4093/24
4094/13 4094/16

4099/16 4099/21
4147/7 4155/16
4162/21 4163/12
you've [2] 4098/25
4152/13
your [89]
Your Honor [60]
4084/6 4085/3 4085/6
4089/21 4090/12
4091/13 4091/16
4099/5 4100/17
4101/18 4101/20
4102/21 4103/15
4103/25 4104/8
4104/12 4104/17
4105/1 4105/23 4106/8
4106/25 4108/14
4110/22 4114/21
4116/2 4116/5 4122/9
4129/3 4129/5 4129/13
4130/24 4132/3 4136/8
4137/4 4137/8 4137/19
4139/5 4141/1 4141/25
4143/17 4144/18
4144/21 4145/16
4146/17 4149/14
4149/21 4153/11
4157/24 4158/6 4160/6
4160/19 4160/22
4161/1 4161/14
4162/11 4162/25
4163/14 4163/15
4163/18 4164/18
Your Honor's [1]
4096/6
yours [1] 4158/24
YouTube [1] 4134/9

Z

Zaremba [2] 4165/2
4165/8
Zimmerman [1]
4162/18
zoom [3] 4123/4
4123/24 4159/24