4182

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 22-15
                                    )     Washington, D.C.
          vs.                       )     January 13, 2023
                                    )     12:30 p.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )     Day 20
          Defendants.               )
_____    )

            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:              Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229
                             Email: angiehalim@gmail.com


For Defendant
David Moerschel:             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

                             Scott Weinberg
                             BROWN, SUAREZ,
                             RIOS & WEINBERG
                             265 E Marion Avenue
                             Suite 114
                             Punta Gorda, FL 33950
                             (941) 575-8000
                             Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:              Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

P R O C E E D I N G S

1

2        COURTROOM DEPUTY:  All rise.

3        All rise.  This Court is now in session; the

4   Honorable Amit P. Mehta presiding.

5        THE COURT:  Good afternoon.  Please be seated,

6   everyone.

7        COURTROOM DEPUTY:  Good afternoon, Your Honor.

8   This is Criminal Case No. 22-15, United States of America

9   versus Defendant No. 6, Roberto A. Minuta; Defendant 7,

10  Joseph Hackett; Defendant 8, David Moerschel; and Defendant

11  11, Edward Vallejo.

12        Jeffrey Nestler, Alexandra Hughes, Troy Edwards

13  and Louis Manzo for the government.

14        William Shipley for Defendant Minuta.

15        Angela Halim on behalf of Defendant Hackett.

16        Scott Weinberg and Connor Martin for

17  Defendant Moerschel.

18        And Matthew Peed for Defendant Vallejo.

19        Defendant Minuta is appearing in person for these

20  proceedings.

21        Defendants Hackett, Moerschel, and Vallejo have

22  had their appearances waived by counsel.

23        THE COURT:  All right.  Good afternoon, again,

24  everybody, and welcome back.

25        Okay.  So the main purpose here this afternoon is

1    to finalize our jury instructions and finalize the verdict

2    form and, then, if is there any other matters before we

3    reconvene on Tuesday.

4            You all should have received last evening the

5    updated jury instructions with a few outstanding matters.

6    So unless there's anything preliminarily, I would just

7    propose we kind of walk through this one more time page by

8    page.  And if anybody has anything they want to raise, just

9    speak now or forever hold your peace.

10           So just moving through the standard instructions,

11   page 1, 2, 3, 4, 5, 6, 7, we've noted on page 7 that we may

12   change the participants' testimony text a little bit

13   depending upon who Mr. Peed presents.

14           Witnesses with plea agreements, you see there

15   we've included Mr. Berry and Mr. Ulrich's names.

16           Moving to page 8, page 9, on the assumption that

17   Mr. Vallejo has decided not to testify, we've excluded the

18   defendant as a witness.  Obviously that'll change if he

19   makes that -- makes a different decision.

20           I think Mr. Peed is intending to call at least one

21   character witness, and if he does, then we'll include the

22   appropriate text there under character of defendant.

23           Specialized opinion testimony on page 10.  We've

24   just noted Jennifer Banks, and that's all.

25           We modified the evaluation of prior inconsistent

1    statement of a witness to include the two under oath

2    statements that Ms. Halim used to cross-examine and impeach

3    Mr. Berry.

4            Ms. Halim, is that instruction as revised okay --

5    is it acceptable to you?

6            MS. HALIM:  Yes, Your Honor, it is.  Thank you.

7            THE COURT:  Okay.

8            MR. NESTLER:  To be clear, well, the prior

9    statements, one was at the grand jury, the other one was in

10   the Statement of Offense, not in his plea agreement.

11           THE COURT:  Right.

12           MR. NESTLER:  But I don't know how to say this,

13   but Ms. Halim confronted him with it but it was not

14   inconsistent with anything he said on the stand.  She's

15   arguing it's inconsistent with the facts as presented at

16   trial, but the statement in the Statement of Offense was not

17   inconsistent with his testimony.

18           And so I don't believe that is a prior

19   inconsistent statement.  She's using that, which I think she

20   can do, to say that -- it's actually a prior consistent

21   statement, what he said on the stand, which is inconsistent

22   with what she said the evidence is, which is true, Mr. Berry

23   said that the doors opened in and the evidence is that the

24   doors opened out.  I think that's fair.

25           But I say that because this is focused on prior

1     inconsistent statements and he didn't say anything

2     inconsistent with the Statement of Offense from my

3     perspective.

4               MS. HALIM:  Your Honor, that's a good point, that

5     is true.  And that's the point that I was making, was that

6     it's inconsistent with the facts.

7               THE COURT:  The two statements concern the opening

8     of the door, correct, and then what was the other one?

9               MR. NESTLER:  The one in the grand jury concerned

10    whether Mr. Hackett had told -- whether they had had a

11    conversation, Mr. Berry and Mr. Hackett, about deleting

12    evidence while they were in the car.

13              THE COURT:  Right.

14              MR. NESTLER:  I believe he said on the stand that

15    he thought they did and in the grand jury he said that he

16    didn't but then there was some other context which I

17    introduced it on redirect.

18              THE COURT:  Right.

19              So at a minimum, why isn't the grand jury

20    testimony inconsistent with his trial testimony?

21              MR. NESTLER:  I agree it is.  There were two

22    pieces here.

23              THE COURT:  Right.

24              MR. NESTLER:  We may want to just limit it.

25    I believe we can say, made an earlier statement under oath

1    subject to the penalty of perjury at the grand jury, and

2    that this statement may be inconsistent.  Rather than

3    pluralizing it, it can be singular.  I'm just pointing out

4    that the plea agreement is not the other alleged

5    inconsistent statement.

6                THE COURT:  Okay.

7                Ms. Halim, are you comfortable with dropping the

8    plea agreement language?

9                MS. HALIM:  Yes, in terms of it being an

10   inconsistent statement.  I'd like to just think about

11   whether I want an instruction that acknowledges the portion

12   about his incorrect recollection.  I'd like to think about

13   that.

14               I do agree, though, that it is not an inconsistent

15   statement.  In fact, I elicited from him that that was still

16   his belief as of the date of his trial testimony.

17               THE COURT:  Okay.  So we'll at least presumptively

18   take that out unless we hear from you differently.

19               MS. HALIM:  Thank you.

20               MR. SHIPLEY:  Can I -- this is just a general

21   observation with a specific request.

22               I understand that the instruction in this district

23   come from a publication generally called the Red Book,

24   correct?

25               THE COURT:  Correct.

1          MR. SHIPLEY:  And this District does not have

2     pattern instructions adopted by the appellate court.

3          THE COURT:  Correct.

4          MR. SHIPLEY:  As is common, or not in every

5     circuit, but in some.

6          There is a pattern instruction in the

7     Ninth Circuit that talks about testimony under specialized

8     circumstances, it's accomplices and cooperators and stuff

9     like that.

10         The last sentence of that instruction, and I have

11    it, I can give it to the Court, I don't know if the Court

12    would consider using it.  The last sentence of that

13    instruction, which the Circuit has dealt with in opinions,

14    is that the testimony of such witnesses should be viewed

15    with greater scrutiny than other witnesses as opposed to

16    juxtapositioning the fact the witness has benefits against

17    other witnesses who may have other kinds of bias but not

18    necessarily a bias that stems from a benefit.

19         I'm happy to -- we don't have to resolve this now.

20    I'll submit it, if the Court wants to consider it, the

21    government wants to comment on it, that's fine.  It is a

22    Ninth Circuit instruction.

23         MS. HALIM:  The Third Circuit has a similar

24    instruction, Your Honor, regarding treating cooperator

25    testimony with care and caution, I think is the precise

1    language.  I'll work with Mr. Shipley.

2            THE COURT:  So the Red Book instruction has

3    something to that effect.  Maybe you all don't think it's

4    quite strong enough, but there is something to that effect.

5            I'm looking at page 8, the paragraph right above

6    the preparation of witnesses.  It reads, "However, you may

7    consider whether witnesses who have entered into such

8    agreements have an interest different from other types of

9    witnesses.  You may consider whether the plea agreements the

10   witnesses entered into with the government have motivated

11   them to testify falsely against the defendants.  The

12   testimony of witnesses who have entered into plea agreements

13   should be considered with caution.  You should give their

14   testimony as much weight as you think in your judgment it

15   deserves."

16           MR. SHIPLEY:  I'll just read just briefly the text

17   from the Ninth Circuit and then we can consider the two

18   alternatives.

19           The text from the Ninth Circuit, this is the final

20   concluding paragraph, above it talks about the kinds of

21   benefits.  It says, "For these reasons in evaluating the

22   testimony of," in this case, it would be Ulrich and Berry,

23   "you should consider the extent to which or whether their

24   testimony may have been influenced by these factors.

25   In addition, you should examine the testimony of Berry and

1    Ulrich with greater caution than that of other witnesses."

2        And I'm happy -- it's Ninth Circuit pattern

3    Section 3.9, that's on the Ninth Circuit's website.  I can

4    deliver it to everybody.

5        THE COURT:  I mean, you know, look, I don't know

6    that there's -- you know, maybe it's a little stronger, but

7    if you sort of combine these sentences for the overall tenor

8    of what the Red Book instruction is, you know, first it says

9    "you may consider whether the witnesses who have entered

10    into such agreements have an interest different than other

11    types of witnesses," and then the two sentences later, you

12    know, "you should consider it with caution."  So I think the

13    overall tenor is the same, and at least at a minimum, the

14    instruction to the jury is the same.

15        So I'm inclined to just keep it as is and you all

16    will obviously point to it, if you think it's appropriate,

17    and raise questions about their motivations for testifying

18    the way they did in your closings, I suspect.

19        MR. SHIPLEY:  And, again, I'm just base -- based

20    on my own history in a different circuit, I wanted to raise

21    it.

22        THE COURT:  Sure.

23        It occurs to me as I'm looking back through this,

24    that we may have inadvertently dropped the language about

25    prior inconsistent statements that were not under oath.

4192

1          That was my mistake.  Then we should keep both in

2   there.

3          MR. EDWARDS:  I'm just trying to recall if there

4   were any.

5          THE COURT:  I mean, at a minimum, if there

6   weren't -- I think -- I'd have to go back and look at my

7   notes because I tried to keep track, but at a minimum,

8   I think there were certainly omissions noted from interviews

9   or statements.

10          MR. EDWARDS:  Sorry, go ahead and finish.

11          THE COURT:  Go ahead.

12          MR. EDWARDS:  I was going to say, I know there was

13   an attempt from Mr. Shipley once or twice, the Court had

14   advised him on how to go about doing it.  And then

15   Mr. Shipley actually, with the witness on the stand,

16   confirmed it, and so then it was consistent and so he backed

17   away from that.  That was the one incident that was in my

18   mind.

19          MR. SHIPLEY:  No, but I think he made other

20   admissions that his prior interview was inconsistent with

21   his testimony, which Ms. Hughes then tried to repair on

22   redirect by getting him to admit that he had minimized

23   earlier and left things out.

24          THE COURT:  Yeah, I don't know it was so much that

25   it was inconsistent with his -- well, depends on how you

```
 1    define it, I suppose.

 2              But I agree with you that the point is the same,

 3    which is that his testimony here, in some respects, material

 4    respects, was omitted from his first interview with the FBI,

 5    and that's a fair inconsistency to highlight and note for

 6    the jury, that that inconsistency can be used to determine a

 7    witness's credibility.

 8              So we'll make sure we put that back in.  We won't

 9    specify Mr. Berry, but we'll just make it -- leave it

10    generic so that the jury can consider it, because, frankly,

11    there may have been a couple more, I just can't recall.

12              MS. HALIM:  Your Honor, just for the record,

13    Mr. Berry did acknowledge that his trial testimony was

14    inconsistent with his handwritten statement, and he also

15    acknowledged that what he told the FBI the first time was in

16    some ways inconsistent.  So I would ask for that instruction

17    to go back in.  Thank you.

18              THE COURT:  Okay.  Yeah, we'll certainly reinsert

19    it.

20              Okay.  So we have modified the evidence admitted

21    only against one defendant to reflect the training video.

22    Is that 2811?  Do we have that number right?

23              MR. EDWARDS:  No, Your Honor.  I went through some

24    of the bubbles here to find the right numbers.

25              I believe these are 4802.1 and then 4802.2.
```

1        And I have titles for them if that's helpful for

2   the instruction, although if you're just -- I think we just

3   used exhibit numbers throughout the rest.

4        THE COURT:  I think the exhibit number is fine.

5        So if those are the exhibits, we'll include those

6   numbers then.  Okay.

7        All right.  So that brings us to the firearms

8   instruction.  When we were last together, Ms. Halim, you

9   said that you might want to propose some revised language.

10       MS. HALIM:  Yes.

11       So I don't actually have any additional language

12  to propose, but I went back through the instruction and I

13  object to the very last sentence.  "You may, however,

14  consider this evidence as circumstantial proof that a

15  defendant planned to do something unlawful."

16       To be clear, for the record, I want the firearm

17  instruction.  I just object to that final sentence.  I think

18  it does, in some ways, run contrary to or afoul of the

19  Second Amendment.  And if the Court is going to leave it in,

20  then I would ask that we insert, "You may, but are not

21  required to, consider this evidence."

22       But I think mere possession -- lawful possession

23  of a firearm, I think, to suggest that it could be

24  considered a circumstantial proof of something unlawful,

25  I'm not comfortable with that language.

1          MR. SHIPLEY:  My view, Your Honor, would be that's

2    actually argument.  The government could argue that, but

3    that's argument.

4          THE COURT:  Well, let me say this.

5          I'm not -- two things:  One is, this is a unique

6    instruction, it's not something that arises in most cases,

7    and so we included it in here in the first trial in order to

8    convey to the jury that just possession of a firearm by

9    itself is a protected right under the Constitution and

10   there's nothing inherently unlawful about it.

11         That said, once that's out there, at the same

12   time, I think it's also an accurate statement of law to say

13   that just mere -- that a person can use an otherwise

14   lawfully possessed weapon for unlawful purposes.  And so

15   that's what this tried to get across.

16         And so, you know, the language that is in sentence

17   3, "The Second Amendment does not, however, provide a right

18   to possess or use a firearm to commit a crime, including to

19   further a conspiracy.  You may not infer that a defendant

20   had a predisposition to engage in criminal conduct simply

21   because a person lawfully possessed firearms.  You may,

22   however, consider this evidence as circumstantial proof that

23   a defendant planned to do something unlawful."

24         MR. SHIPLEY:  Again, though, my concern is that

25   you're telling the jury that possession of a firearm is

1   circumstantial evidence of something, and I think that's

2   argument.

3        And I don't think that sentence is necessary to

4   make the instruction fair or complete.  I think the third

5   sentence that you cited says exactly what the last sentence

6   says, is that, you know, possession of a firearm -- or the

7   Second Amendment does not allow possession of a firearm for

8   purposes of committing a crime.

9        But to call attention to the possession of a

10   firearm as maybe circumstantial evidence of crime leads the

11   jury in that direction.

12        MS. HALIM:  I would agree with that, Your Honor.

13        MR. NESTLER:  So, if we back up for a second, this

14   was an instruction that was jointly submitted by the parties

15   if the Court was inclined to give this instruction, which

16   the government objected to giving in the first place and it

17   was drafted this way by both parties.

18        I believe Ms. Halim and I had talked about this

19   language back in August or September, because it was

20   supposed to be neutral, which is -- sentence 4 is "You may

21   not infer."  So it's telling the jury they may not do

22   something.

23        The final sentence, sentence 5, is supposed to

24   correct for that, which is "you may not infer" this, but you

25   may use that evidence for a different purpose.  So it is

1   telling the jury what purpose they may use that evidence

2   for.  And so sentence 4 says you can't use it for a certain

3   purpose, sentence 5 says you can use it for this other

4   purpose.

5          So when you it says "you may," it does not say

6   "you must," and that phrase comes elsewhere in the

7   instructions, you may use this, they don't have to,

8   obviously.

9          But sentence 4 is very clear, "you may not."  And

10  we believe that sentence 5 is an accurate statement of the

11  law, and it does work to balance out the instructions to

12  what the jury can use this evidence for.

13         MR. SHIPLEY:  I'll leave it to Ms. Halim to decide

14  what tradeoff she wants, because obviously implicates her

15  client the most.

16         MS. HALIM:  Well, as Mr. Shipley said, the third

17  sentence accomplishes the neutrality and the balance.  And

18  I think the final sentence is unnecessary, and like

19  Mr. Shipley said, it does sort of veer the jury in that

20  direction and it's --

21         MR. NESTLER:  So our position is that the third

22  sentence is the balance for the second sentence.

23         So the second sentence -- so the first sentence

24  tees it up, the second sentence says what the Second

25  Amendment protects, and the third sentence is the qualifier

1   for that.  Then the fourth sentence says what the jury

2   cannot do with the evidence.  And the fifth sentence says

3   the jury can do what they want with the evidence.

4           Sentences 2 and 3 and 4 and 5 each work in tandem

5   with each other about Second Amendment and then evidence.

6           THE COURT:  Ms. Halim, what about your alternative

7   language?  It says, "You may, however, but are not required

8   to, consider this evidence as circumstantial proof that a

9   defendant planned to do something unlawful."  Is that an

10  acceptable alternative?

11          MS. HALIM:  I would say that it is a requested

12  alternative if Your Honor is inclined to leave the last

13  sentence in.  I would still maintain the objection as to the

14  last sentence.  Does that make sense?

15          THE COURT:  Understood.

16          Look, I think, I'm going to leave it in.  One,

17  I think it's an accurate statement of the law.  I don't

18  think it is directing the jury to consider the gun

19  possession in a particular way.  At the end of the day, it

20  does say "may," so I think the jury will understand that it

21  is up to them how to consider the firearms evidence.

22          But I can emphasize it further by including "but

23  are not required to."  You may, however -- "you may,

24  however, but are not required to, consider this evidence as

25  circumstantial proof that the defendant planned to do

1    something unlawful."

2            MR. PEED:  Could I ask, Your Honor, I think the

3    word "proof" stands out to me as problematic.

4            Typically I see it phrased like "You may consider

5    this as evidence that a defendant," versus "You may consider

6    this as circumstantial proof."  I would ask that it at least

7    be phrased that way.

8            THE COURT:  So you just want "as circumstantial

9    proof" removed?

10           MR. PEED:  And I would put "as" before the word

11   "evidence." "You may consider this as evidence that the

12   defendant planned to do something unlawful."

13           And then I like -- I would insert at the end, the

14   same language from the cooperators of -- you give it the

15   weight that you -- however it's phrased.  "You give the

16   weight that you think it deserves," something like that.

17   "You may consider this evidence along with other evidence in

18   the case and give it as much weight as you think it

19   deserves."

20           THE COURT:  I'm not going to include that last

21   sentence because I don't want to highlight this any more

22   than we already are.

23           I mean, I guess, I don't have a problem with "you

24   may, however, consider -- you may, however, but are not

25   required to, consider this as evidence that a defendant

4200

```
 1    planned to do something unlawful."  I guess it doesn't
 2    really change the meaning that much.
 3              MS. HALIM:  The last sentence, Your Honor, that
 4    you just spoke, that, I'm more comfortable with.
 5              THE COURT:  Okay.
 6              So the last sentence will read, "You may, however,
 7    but are not required to, consider this as evidence that a
 8    defendant planned to do something unlawful."  Okay.
 9              All right.  So moving forward, page 14, 15.
10              16, we just noted -- are the notes, did they get
11    the notes or they just for me?
12              LAW CLERK:  They can see.
13              THE COURT:  We'll circle back to Mr. Minuta's
14    obstruction count when we get to it.
15              I think the next issue on the substantive
16    instructions is on page 24.  This was Mr. Peed's, what he
17    raised about the Article II language.
18              So I went back and I took a closer look.  And
19    I think the sentence is accurate in some sense but it's not
20    in another.
21              And what I mean by that is, "Finally, Article II
22    of the United States Constitution as amended by the 12th and
23    20th Amendment provides that the person with the greatest
24    number of votes after that person has taken the required
25    oath shall become President on January 20th."
```

1          It's accurate in one sense, that the original

2   language about "the greatest number of votes" was in

3   Article II.  That portion of the language about the

4   electoral counting has been superseded by the

5   12th Amendment.

6          Article II never sort of spoke of a January 20th

7   as a date.  That was added.  In fact, the Constitution never

8   had a specific date for the ending of the term.  My

9   understanding based on my little research is that that

10  actually, the original -- the Presidential term actually

11  used to start in March.

12         MR. SHIPLEY:  March.

13         THE COURT:  And that both as a result of the long

14  lame duck session, that ended up being for Congress and for

15  the President, this was rolled back to the January dates,

16  and that's why it exists in the 20th Amendment today.

17         And so I don't recall what we put in in terms of

18  Article II into the evidence, but presumably the portion of

19  Article II -- it's Article II as it exists today.  Do we

20  have that document, as opposed to the original Article II as

21  amended?

22         MR. NESTLER:  So when the Constitution, my

23  understanding is that when the Constitution is amended, it's

24  not like there's language stricken out.  So it exists and

25  then there are amendments to it and they have to be read in

1    tandem.  So the way we drafted this language, and it was

2    given at the first trial, was they are read in tandem.  It's

3    Article II, but we wrote "as amended," because Amendments 12

4    and 20 literally amend the language in some senses of

5    Article II.  In others, they stand on their own.

6            THE COURT:  That's why I agree with you with

7    respect to the 12th Amendment.

8            I'm not so sure about the 20th Amendment.  I

9    suppose you're right in the sense of it's adding to the

10   Constitution.  And if you view that as having to add to one

11   of the three articles, naturally it's Article II that it's

12   adding to.

13           But here's what my -- courtesy of Mr. Peed, if

14   this helps you at all.  "The 12th Amendment to the

15   Constitution provides that the Vice President," as President

16   of -- "as the President of the Senate, must in the presence

17   of the Senate and House of Representatives, open all the

18   certificates for Presidential election sent by the electors

19   of Congress."

20           Then add this sentence:  "It also provides that

21   the person" receiving it -- or "the person having the

22   greatest number of votes for President shall be the

23   President."  That's the language straight out of the 12th

24   Amendment.

25           Then the sentence concerning Title III.  And then

4203

```
 1   finally Article II to the United States Constitution

 2   provides that the person elected President must take an oath

 3   before he enters office, period.  So that removes the issue

 4   of January 20th that you raised a concern with and

 5   accurately describes what each of those provisions states as

 6   a law that needs to be executed before a person can assume

 7   the Office of the Presidency.

 8            I mean, it does not suggest that the way it was

 9   written previously was inaccurate.  I just think this may be

10   a little clearer and address the concern that Mr. Peed has

11   raised.

12            MR. PEED:  As I hear it, the concern about the

13   person with the greatest number of votes becoming President,

14   my concern is that the parts of it that are more status

15   statements, which the 20th Amendment was also, are, at best,

16   confusing; at worst, not things that can be hindered or

17   delayed.

18            THE COURT:  That's why I've taken the 20th

19   Amendment out of this altogether.

20            MR. PEED:  Right.

21            I think that part of Article II is similar to the

22   20th Amendment.  And the relevant part of Article II that

23   can be interfered with is the part that was amended by the

24   12th Amendment that's in here.  So I think it would be

25   accurate to say Article II and the 12th Amendment, or as
```

1   amended by the 12th Amendment provides.  So it's clear what,

2   if you interfere with, you're guilty of.  That would be my

3   proposal.

4              "Article II, as amended by the 12th Amendment to

5   the Constitution, provides," and that is the language that

6   the defendants are charged with conspiring to interfere

7   with.

8              THE COURT:  So, Mr. Peed, you're not -- you're

9   only referring me back to the amendments.  I'm not sure what

10  you want in the way of language.

11             MR. PEED:  I'm trying to say what, like, this

12  sentence that begins the 12th Amendment?

13             THE COURT:  Right.

14             MR. PEED:  I think it's accurate to say,

15  "Article II of the Constitution, as amended by the

16  12th Amendment, provides," and then everything that's

17  less -- because everything that follows that is what they're

18  charged with interfering with.

19             THE COURT:  So your only concern with what I said

20  is that we start the 12th Amendment sentence with

21  "Article II to the United States Constitution as amended by

22  the 12th Amendment provides"?

23             MR. PEED:  Well, my concern is the status

24  statement that "whoever receives the most votes, is the

25  President."  That sounds to my ear like the same type of

```
 1    status language as the end of the Presidential term.  It's

 2    basically saying who is legitimate.  And so it's a statement

 3    of legitimacy, as opposed to a law that can be interfered

 4    with.

 5            What can be interfered with is Congress trying to

 6    follow these procedures that are spelled out here after

 7    that, after the word "provides."  So I think if the Court

 8    says, "Article II, as amended by the 12th Amendment," and

 9    doesn't insert the language about "the greatest number of

10    votes."

11            To me it sounds like kind of an end-run around the

12    20th Amendment.

13            MR. NESTLER:  If Your Honor is prepared, I'm happy

14    to address Your Honor's proposal.  We disagree about

15    removing the 20th Amendment.

16            The 20th Amendment does directly amend the Second

17    Article of the Constitution.  So talking about the terms of

18    the President, Article II is originally written so that the

19    President shall hold the office during the term of four

20    years.

21            And Amendment 20 modifies that because that term

22    of four years, at a time of the 20th Amendment, was

23    modified, because that term ran from March to March, every

24    four years, starting from President Washington.

25            And so when the 20th Amendment was enacted, it
```

```
 1   changed the term of the President, that now that first term
 2   then ran from March to January and then subsequently the
 3   term is January to January.
 4            THE COURT:  Okay.  I think we're just -- it's a
 5   semantic debate we're having in terms of what "amendment"
 6   means in the sense that Article II never actually had the
 7   date March in it.
 8            MR. NESTLER:  Correct.
 9            THE COURT:  So this is an amendment in the sense
10   that it's adding to, as opposed to changing.  So, I mean, an
11   amendment can comprise both, it seems to me.
12            MR. NESTLER:  Well, I'm not sure it's adding --
13   well, you're correct that an amendment -- the word
14   "amendment" could comprise both.  But Article II did have a
15   term in it.  It was four years from the ratification,
16   I guess, of the original Constitution.  And so this -- the
17   20th Amendment did change that term.  It changed it starting
18   in January.
19            And it is important that the President's
20   inaugurated on January 20th as required by the Constitution,
21   and that's what the sentence is trying to get at.  Basically
22   that the President's four-year term starts on January 20th,
23   and that concept comes from both Article II and the 12th
24   Amendment and the 20th Amendment, all three read together.
25            MR. PEED:  I believe that's what we litigated and
```

1    that's not something you can interfere with by force.  It's

2    just a legal fact that the President who receives the most

3    votes, his term begins or her term begins on January 20th.

4         To try to put it clearly, you can't prevent,

5    hinder, or delay the fact that whoever receives the most

6    votes becomes President, but you can prevent, hinder or

7    delay the counting of the votes, the opening of the

8    envelopes.  So that's why I would take out that.

9         I just think the --

10         THE COURT:  I hear you.

11         (Pause)

12         THE COURT:  Here's what I propose.

13         "Article II of the Constitution, as amended by the

14    12th Amendment, provides that the Vice President, as the

15    President of the Senate, must in the presence of the Senate

16    and House of Representatives, open all the certificates for

17    Presidential elections set by the electors to Congress and

18    the vote shall then be counted."  That comes straight out of

19    the amendment.

20         Then, "Title III, Section 15 of the U.S. Code

21    further provides that the Senate and House of

22    Representatives must meet for that purpose at 1:00 p.m. on

23    January 6th following the Presidential election and

24    specifies the procedures by which the vote count must be

25    conducted or shall be conducted."

1          "Finally, Article II to the U.S. Constitution

2    provides that the person elected President must take an oath

3    before he enters office," period.

4          Those are all the laws of the transfer of power

5    that require some execution.

6          MR. NESTLER:  One second, Your Honor.  I'm just

7    processing what Your Honor has said.

8          Can you read the last sentence again, Your Honor,

9    please?

10          THE COURT:  Sure.  The one about the oath?

11          MR. NESTLER:  Yes.

12          THE COURT:  So, "Finally, Article II to the United

13    States Constitution provides that the person elected

14    President must take an oath before he enters office."

15          That's a slightly -- it's tweaked words from what

16    Article II says, but --

17          Article II says, "Before he enter on the execution

18    of his office, he shall take the following oath or

19    affirmation."

20          MR. NESTLER:  I'm focusing on the phrase before

21    that, which is "the person elected President."  Is that the

22    phrase Your Honor said, rather than that we had written,

23    "the person with the greatest number of votes"?

24          THE COURT:  Right.  I just -- I guess I

25    short-handed that to say, "elected President."

1          MR. NESTLER:  Right.  And we prefer to stick with

2     "the greatest number of votes" because, I guess, the point

3     is the person is not elected President until they become the

4     President, and so it's the person with the greatest number

5     of votes who becomes President.

6          Saying a person who is elected President is a

7     little bit circular.

8          (Pause)

9          THE COURT:  "Article II of the Constitution

10     provides that the person with the greatest number of

11     electoral votes for President must take an oath before he

12     enters office."

13          MR. NESTLER:  That's acceptable.  But we still

14     believe that referencing the date of January 20th is

15     important in this instruction.  That is part of the

16     Constitution and the transfer of power process.

17          THE COURT:  Right.  It is.

18          On the other hand, I mean, we did litigate the

19     issue of whether the 20th Amendment, insofar as the date

20     itself, concerns the term begins, whether that's something

21     that can be hindered, delayed, et cetera, and I'd ruled it

22     was essentially a self-executing provision, at least insofar

23     as the beginning of the term.

24          So just to avoid any inconsistency, although

25     I think the last instructions were still accurate and not

 1    inconsistent, I'll modify it and not mention January 20th.

 2    I mean, obviously, it's in the record that the term begins

 3    on January 20th, and the jury doesn't need to have that in

 4    the instructions.

 5            MR. NESTLER:  Yes, Your Honor.

 6            THE COURT:  Okay.  So we will change that

 7    accordingly.

 8            I think that is it until we get to page 36 and

 9    Mr. Minuta's Count 6, which I would propose that we simply

10    mirror what the indictment says, or parrot what the

11    indictment says, which is "Minuta is charged with discarding

12    his cellular telephone and, with it, certain media files and

13    communications that showed his involvement in the conduct

14    being investigated by the grand jury."

15            MR. EDWARDS:  Your Honor, we propose -- we had

16    drafted, this might be semantics.  We wrote, "discarding a

17    cellular phone, which contained certain media files and

18    communications."  It's fewer words and it makes it clearer

19    than what we had written in the indictment.  I recognize

20    that is a small change but that is what we were going to

21    propose to the Court.

22            THE COURT:  So "discarded a cellular phone, which

23    contained"?

24            MR. EDWARDS:  Correct.

25            THE COURT:  Mr. Shipley, any objection to that

1    language?

2            MR. SHIPLEY:  No, I think that's fine.

3            THE COURT:  Okay.

4            Okay.  That brings us to the defense instruction.

5            So let's start with the proposal that -- of the

6    three defendants, that's Mr. Minuta, Moerschel, and Hackett.

7    Any objection to that proposed wording by the government?

8            MR. EDWARDS:  A small change, Your Honor.

9            At the first paragraph, when it lists the count,

10   Counts 1, 2, and 4, and then there's a parenthetical that

11   titles the count, our suggestion is to change it to what the

12   title is to match the jury instructions.  So it would

13   just -- conspiracy to prevent members of Congress from

14   discharging any duties.  That's how it's been listed in the

15   jury instructions and it's consistent with the Court's

16   Rule 12 ruling.

17           MS. HALIM:  There's no objection to that,

18   Your Honor.

19           MR. SHIPLEY:  That's fine.

20           MR. WEINBERG:  Concede.

21           THE COURT:  Okay.

22           All right.  So the parentheticals will essentially

23   just match the titles that we've included in the jury

24   instructions for each of those counts.

25           MR. EDWARDS:  Yes, Your Honor.

1           THE COURT:  And then there's Mr. Peed's

2    instruction, and I'll just share my reaction, which is this

3    is more than I'm prepared to give in a defense instruction,

4    and this contains a fair amount of argument that will be

5    included in summation and that I'm not prepared to give in a

6    defense instruction.

7           What I am prepared to give is as follows:

8    "Mr. Vallejo contends that he did not join in any conspiracy

9    to stop the electoral certification or oppose the authority

10   of the United States by force."

11          Skip down to the sentence that begins, "It is

12   Mr. Vallejo's theory that there was no prior plan by the

13   Oath Keepers to attack the Capitol and that he was never

14   staged at the Comfort Inn as part of any such plan."

15          And then skip down to "Mr. Vallejo is not required

16   to prove his innocence" until the end of the proposal.

17          MR. PEED:  Could I modify it, Your Honor, to match

18   the language of the other defendants in terms of, instead of

19   proving innocence, "Mr. Vallejo is not required to present a

20   defense or prove any fact."  I think that's the language --

21   I want to make it match.

22          THE COURT:  That is an accurate statement but not

23   a fulsome statement of the law, because now that you have

24   prepared a defense, the jury is certainly entitled to

25   consider any evidence that you've presented in determining

1   whether the government has met its burden.

2          So while I'm comfortable with "Mr. Vallejo's not

3   required to prove his innocence," to say that he is not

4   required to present a defense or prove any fact, while

5   accurate, I think is incomplete, given that you have

6   presented a defense and that if you want to include similar

7   language, then I think it has to say something to the effect

8   of "although Mr. Vallejo is not required to present a

9   defense or prove any fact" -- wait, I should say,

10  "Mr. Vallejo is not required to prove -- required to present

11  a defense or prove any fact, but you may consider any

12  evidence that he presented in his case."

13          MR. PEED:  Keep it as it is, Your Honor.

14          THE COURT:  All right.

15          So, as proposed, any thoughts from the government

16  or you, Mr. Peed, about how I've suggested to edit it?

17          MR. EDWARDS:  Sorry, I'm looking at the second

18  section, I think, where it starts, "It is Mr. Vallejo's

19  theory that there was no prior claim by the Oath Keepers to

20  attack the Capitol."  That's included in your -- in the

21  Court's version?

22          THE COURT:  Right.

23          MR. EDWARDS:  The government's position here is

24  that that's not what he's charged with.

25          This idea that there's a plan ahead of time for

4214

```
 1    the Oath Keepers to attack the Capitol.  We had engaged in
 2    this conversation once or twice in the first trial.
 3               THE COURT:  Right.
 4               MR. EDWARDS:  So I think it should more reflect
 5    what he's charged with akin to what Messrs. Minuta, Hackett,
 6    and Moerschel have done.
 7               THE COURT:  How about as follows:  "Mr. Vallejo
 8    contends that there never was a conspiracy to stop the
 9    electoral certification or oppose the authority of the
10    United States by force, nor did he join in any such
11    conspiracy.  He was not staged at the Comfort Inn as part of
12    any such plan."
13               And then "Mr. Vallejo is not required to prove his
14    innocence, rather, the government must prove beyond a
15    reasonable doubt."
16               MR. EDWARDS:  Yes, Your Honor, I'm fine with --
17    that's fine for the government.
18               THE COURT:  Mr. Peed.
19               MR. PEED:  I prefer the Court's first draft.
20               THE COURT:  So the first sentence, you'd rather
21    have "contends that he did not join in any conspiracy to
22    stop" as opposed to that there never was any such -- that
23    there was never a conspiracy to stop and he did not join
24    one?
25               MR. PEED:  The way the Court first read it.  Not
```

4215

1   having it in front of me, it's hard to --

2            THE COURT:  All right.

3            It would then read "Mr. Vallejo contends that he

4   did not join in any conspiracy to stop the electoral

5   certification or to oppose the authority of the

6   United States by force.  He was not staged at the Comfort

7   Inn as part of any such plan."

8            Jumps to "Mr. Vallejo is not required to prove his

9   innocence, rather, the government must prove" until the end.

10  Okay?

11           MR. EDWARDS:  Yes, Your Honor.

12           THE COURT:  All right.

13           So I think that takes care then of what your

14  instructions will look like.

15           All right.  Let's turn then to the verdict form.

16           We had sort of left open, although I think we had

17  reached consensus about the inclusion of the both

18  alternative in the seditious conspiracy charge, as well as

19  the interfering with a member of Congress charge or

20  conspiracy to prevent members of Congress from discharging

21  their duties charge.  And I think we had left it, or at

22  least I think -- I think we had left it as not including

23  both so that the forms were consistent with the first trial.

24           Is everybody in agreement with that?

25           MR. EDWARDS:  Yes, Your Honor.

1          THE COURT:  Okay.

2          MS. HALIM:  Yes, Your Honor.

3          THE COURT:  All right.

4          So with that then, is there anything else about

5     the form that needs resolution?

6          MR. EDWARDS:  There was one -- sorry, I'm just

7     scrolling down.

8          MS. HALIM:  You know, if it's about the objection

9     I had raised on the --

10          THE COURT:  Right.

11          MS. HALIM:  I withdraw that objection.

12          THE COURT:  You withdrew it.

13          MR. EDWARDS:  That's right.  That's the last one

14     I have too.

15          THE COURT:  You withdraw.

16          MS. HALIM:  Yeah.

17          THE COURT:  All right.  So with that, let me

18     just -- I want to take a look at my list of outstanding

19     issues.

20          Let me just formally say, Mr. Shipley, I'm going

21     to defer on your Rule 29 motion.  I don't know if I formally

22     stated that on the record, but I'll defer on your Rule 29

23     motion at this point.

24          MR. SHIPLEY:  I understand.

25          THE COURT:  Okay.  And to the extent -- well, I

1    guess you'll still have the opportunity to do it Tuesday.

2    So that is to renew the motion after the close of the

3    defense case.

4              MR. SHIPLEY:  Okay.

5              THE COURT:  I'll assume you all will do that,

6    we'll do that just before the government begins its

7    rebuttal, if there is one.

8              All right.  Last thing -- the last two open items

9    I have, that we have on our list, is, Mr. Shipley, you and

10   Mr. Edwards were going to discuss any transcripts that you

11   intended to use in your closing.

12             MR. SHIPLEY:  Your Honor, we haven't done that

13   yet, but I will get those to Mr. Edwards through the course

14   of the weekend as I decide which ones I might want to add,

15   which videos that have audio that I might want to add a

16   transcription to.  Haven't made a final decision yet, and so

17   rather than do work that's not necessary, I'll wait till

18   I have it.  But I won't wait until the last minute.  I'll

19   get it to him.

20             THE COURT:  Okay.

21             And so what I will -- because I'd like to have

22   those -- unless you don't want me to -- I would propose to

23   send your transcript back to the jury.  Do you wish to do

24   that?

25             MR. SHIPLEY:  No, for anything -- especially if

1    there's a government transcript and I'm providing the

2    secondary transcript, absolutely, I want them both to go.

3                And that might apply mostly to the montages which

4    have transcriptions.

5                But anything where I have the only transcript,

6    because I'm the only one using that particular video, I'd

7    like that to go as well and I will get that to counsel and

8    the government so they can decide if they want to produce an

9    alternative themselves.

10               THE COURT:  Okay.

11               Well, I may be misrecollecting but I didn't

12    understand when we left off the other day that you were

13    intending to submit any transcripts that would compete with

14    the government's transcripts that it's presented.

15               MR. SHIPLEY:  Only as -- I'm only making that

16    comment as a precaution, because there are certain exhibits

17    I'm going to use where the government has a transcript.  I

18    can't say off the top of my head right now I disagree with

19    any of the government's transcripts and would want to have

20    an alternative, but as I work through it, that might be the

21    case.  If I find something, I will communicate immediately

22    to Mr. Edwards or Mr. Nestler.

23               THE COURT:  Okay.

24               So, if that's the case, then I'll just leave --

25    just -- we'll technically leave your case open to allow you

 1    to admit any transcripts with audio that you intend to use

 2    and wish to submit to the jury.

 3         MR. SHIPLEY:  Leaving my case open is a dangerous

 4    idea.

 5         THE COURT:  Well, for that limited purpose.

 6         MR. SHIPLEY:  I understand.

 7         THE COURT:  I'm not opening the door wide open,

 8    there's a little crack for very limited purposes.

 9         MR. SHIPLEY:  If I have three days, I might do

10    real damage with that.

11         THE COURT:  So in any event, just as a technical

12    matter, we'll make sure that those are included as part of

13    the exhibits the jury receives.  Obviously, if whatever

14    Mr. Shipley wants to present, the government has a different

15    view, then you'll have the opportunity to --

16         MR. EDWARDS:  Yes.

17         And, Your Honor, just, my understanding of the law

18    in the Circuit, I just want to clarify, is that if there is

19    a competing transcript, so if the government is has one,

20    Mr. Shipley may disagree, like if there's a word difference

21    or if something else should have been transcribed, then

22    those go to the Court first, and then my understanding is

23    that the Court would then decide, is this ambiguous, can we

24    cannot tell.  If the answer is, this is ambiguous, then it

25    goes for the jury for the jury to decide.  I thought it was

1    the Court as the first arbiter or at least the first layer

2    of review.

3            We dealt with this via email in the first trial,

4    and I'm digging now to find that case in a couple of the

5    paragraphs the government had provided.  Just to make sure

6    I'm remembering correctly.

7            THE COURT:  I think that's not 100 percent

8    accurate.

9            I'm reading from the Red Book, which quotes

10   *United States versus Holton*, 116 F.3d 1536.  "On many

11   occasions, a defendant may object to the accuracy of a

12   transcript and argue that the underlying tape recording is

13   too unintelligible to be effectively challenged.  If there

14   is a general objection to the accuracy of the transcript but

15   no alternative transcript is offered, then the judge may

16   review the transcript against the tape and whatever other

17   evidence is presented and certify the transcript's accuracy,

18   but the jury must be informed that the transcript is only

19   one party's version.

20           "If a party makes specific objections to the

21   transcript or offers an alternative transcript, then the

22   jury is entitled to consider the divergence in two

23   transcripts of the same conversation with the recording of

24   it as a problem of fact to be resolved in the traditional

25   manner."

1        So I don't act as a gatekeeper if there is a --

2   for example, with Mr. Peed's --

3           MR. EDWARDS:  Right.

4           THE COURT:  -- alternative.

5           MR. EDWARDS:  Understood.

6           And thanks for the cite.  I found our e-mail.  So

7   I just was misremembering that.

8           THE COURT:  Okay.

9           MR. EDWARDS:  So is it my understanding then

10  Mr. Shipley, just whatever transcripts he wants to provide,

11  then we give them to the Court and they would then just go

12  to the jury, if it's a competing transcript, it would just

13  go to the jury.

14          THE COURT:  Correct.

15          MR. EDWARDS:  It's a new transcript as in it's

16  just a new exhibit, that's for the purpose of just allowing

17  him to admit that next week.

18          THE COURT:  Correct.

19          MR. EDWARDS:  Okay.

20          THE COURT:  With of the caveat that if the

21  government disagrees with his transcription but doesn't

22  propose an alternative, I think I would then be required to

23  look at your transcript to certify its accuracy.

24          MR. EDWARDS:  Understood.  Thank you, Your Honor.

25          THE COURT:  Which is what I did with the

1    government's exhibits --

2              MR. EDWARDS:  Right.

3              THE COURT:  -- exhibits in the first trial.

4              MR. EDWARDS:  Thank you.

5              THE COURT:  Okay.

6              And then the only other issue, I think, although

7    I think perhaps -- I'm not sure whether we resolved it or

8    not, and that is the government had raised some questions

9    about the photographs that Mr. Peed wants to admit about the

10   camp.  Have we resolved that?

11             MR. EDWARDS:  I did not think we did.

12             My impression was that at least the government's

13   objection was that the way Mr. Vallejo -- I have a tendency

14   to stand when I do this.

15             THE COURT:  That's okay.

16             MR. EDWARDS:  Is that Mr. Vallejo's position on

17   the photographs, if I'm understanding them correctly, is

18   that these are the way Mr. Vallejo used these bins at a

19   separate rally months before January 6th.

20             THE COURT:  Right.

21             MR. EDWARDS:  My impression was that we had left

22   it as if the witness or if Mr. Peed, through his case, was,

23   in some way, able to connect up that person's awareness of

24   then how Mr. Vallejo used them on January 6th, or some

25   question of can he bridge this distance, it's not clear to

1    me that that is going to happen or is happening through that

2    witness.  And so the government just sticks with its

3    objection that purely the way Mr. Vallejo used something

4    months before should not be relevant to how he's using them

5    in January 6th as to what he was storing in them.

6            THE COURT:  So I thought Mr. Peed to say one of

7    his witnesses is going to come in and testify that he saw

8    what was in those bins, and it was food.  Right?

9            MR. PEED:  Yes, Your Honor.

10           I have a witness who will say he looked through

11   all the bins and there was food in all of them.

12           But there's already in the evidence that

13   Mr. Vallejo brought 30 days' worth of food.  And the bins

14   and the trailer that are in the photographs are the same

15   ones that he brought to D.C.

16           So I don't think I need that last bit of

17   testimony, that the person actually looked in the bins and

18   saw it, given that the government has already put in

19   evidence that he brought 30 days' worth of food and these

20   are the bins that he's bringing into the hotel and they're

21   part of -- not only that, Your Honor, but there's also

22   evidence Mr. Vallejo was going to a campground, is where he

23   thought he was going to.  So he thought he was going to a

24   campground specifically and brought 30 days of food.  What I

25   would like to show is this is Mr. Vallejo's campground cook

1     setup.  This is what he thought he was bringing on January

2     5th.  So it's the campground combined with the 30 days of

3     food which I think I already established is enough of a

4     link.

5                MR. EDWARDS:  What I think the evidence shows

6     right now is Mr. Vallejo said he had 30 days of food.

7     I think that's different.

8                THE COURT:  Right.

9                MR. EDWARDS:  And I think going to a campground

10    does not reflect one way or the other whether you're taking

11    rifles to that campground or food.

12               So my understanding was that if a witness was

13    going to come in and say on the 5th or 6th, he saw inside

14    those bins what there was, I think that still -- the Court's

15    impression, at least I thought it was, Mr. Peed gets closer

16    to bringing these photos in.

17               I would still submit that what he's using for

18    those bins back in August is not relevant to -- if a witness

19    is going to say what he saw in those bins on January 5th,

20    then that is Mr. Peed's theory, that's the evidence, and

21    that is what's relevant to his case as to the time frame of

22    the conspiracy.

23               To show what he was doing with them outside the

24    time frame of the conspiracy is still not relevant even if a

25    witness comes in and says, I saw what was in them during the

1   conspiracy.

2           MR. PEED:  I'll just note, I believe the

3   government uses most of these statements for the truth.

4   So -- because they're using them as co-conspirator

5   exceptions for the truth.

6           So I think it's -- the government's put in

7   evidence that Mr. Vallejo didn't just say he brought 30 days

8   of food but that he brought 30 days of food, using that as a

9   statement of Mr. Vallejo.  It's my understanding the

10  government's use of that statement is what --

11          MR. EDWARDS:  Well, my initial reaction is then,

12  great, it's true then that they had rifles, because

13  Mr. Kandaris messaged that he and Mr. Vallejo brought

14  rifles.

15          MR. PEED:  I think that's your argument.

16          You're offering that for the truth.  Whether it's

17  true or not, you're offering it for the truth.

18          THE COURT:  Right.  I mean, I think that's fair.

19          I mean, if --

20          MR. EDWARDS:  But if I could just point out then,

21  I don't understand 30 days of food to be to the exclusion of

22  rifles.

23          THE COURT:  I don't think it is.

24          MR. EDWARDS:  Right.

25          So -- but that's the relevance, I understand, from

1    Mr. Peed is that if he's going to show photos from August

2    outside the time frame of the conspiracy of bins full of

3    food without rifles, it's just strikes me as just propensity

4    evidence that you're showing the jury that this show you

5    used them before, so this is how he used them before the

6    election, at that point, at a rally that was not related to

7    the Presidential election or politics.

8              THE COURT:  Okay.

9              I think I'm not sure it is all that useful to

10    argue about this.  If Mr. Peed has got somebody that's going

11    to say that there was food in the bins, then I think it's a

12    slightly easier case.

13             Look, it's unusual, I mean, think of 404(b)

14    evidence, I don't even know if -- it's sort of usually think

15    about them in terms of prior bad acts.  This is the

16    opposite.

17             But we talked about this the other day, that

18    Rule 404 doesn't really make a distinction, it just speaks

19    in terms of prior acts, and that prior acts are not

20    admissible to prove a person's character in order to show

21    that on a particular occasion the person acted in accordance

22    with the character.  But it can be admitted for another

23    purpose such as proving motive, opportunity, intent,

24    preparation, plan, knowledge, identity, absence of mistake,

25    or lack of accident.

1          And Mr. Peed's view is the fact that he -- you

2    know, the same way that we've had this argument at the first

3    trial and had it somewhat here, is that the fact they had an

4    earlier QRF and wasn't used for violent purposes the first

5    time is evidence that that was the same reason it was used

6    on January 6th.  It wasn't used for offensive purposes, it

7    was used for primarily defensive purposes and a condition

8    didn't arise to deploy the QRF.

9          So I think it's the same -- of the same ilk, and

10   so I'll allow it in.  I don't know if there's -- how many

11   photographs there are, but I'll permit you to bring them in,

12   okay?  Or I'll allow them to be admitted.

13         Assuming, Mr. Peed, that whoever is coming in can

14   specify the date.

15         MR. PEED:  The dates known with specificity.

16         THE COURT:  I'm sorry?

17         MR. PEED:  Yes, Your Honor.

18         THE COURT:  I want to make sure that this isn't

19   some possession that's remote in time but that rather is at

20   least -- has a more close temporal nexus to the events of

21   the 6th.

22         MR. EDWARDS:  So I understand the Court's ruling,

23   so it's not conditional then.  It would just be -- it would

24   just be admitted.

25         THE COURT:  Right.

4228

1              MR. EDWARDS:  Okay.

2              Based on subsequent testimony from another witness

3       about the 5th or the 6th.  There is not an attachment there.

4              THE COURT:  Ultimately, I don't think it hinges on

5       that.

6              MR. EDWARDS:  Right.

7              THE COURT:  But as I said, I think it strengthens

8       the case.

9              MR. EDWARDS:  Sure.

10             THE COURT:  But I don't think it hinges on it.

11             MR. EDWARDS:  All right.

12             The government has one issue, but I didn't know if

13      the Court was done.

14             THE COURT:  That's my list.

15             MR. EDWARDS:  Just a small one.  I've raised it

16      with defense counsel.  I think we're fine other than just

17      procedurally just rolling through some of the paperwork.

18             The parties throughout the trial had some

19      handshake agreements about a lot of the stipulations.  In

20      the haze of trial, some got signed, some did not.

21             I think it's the government's position, and it

22      sounds like defense, too, that these would not be

23      necessarily going to the jury, it just would be something

24      that we want on the record, these stips.

25             So we just wanted to see the Court's preference,

```
 1   if it has one, if it has to go to the jury or not.  I think
 2   the parties are in agreement that we just want it as part of
 3   the record itself, these stips.  So we wanted to make sure
 4   that they got all four signatures on each and then give them
 5   to the Court.
 6           THE COURT:  And give them to me for what purpose?
 7           MR. EDWARDS:  Really, we just wanted this
 8   paperwork.  There were many times where we'd say to the jury
 9   or to the Court, this video has been admitted pursuant to a
10   stipulation among the parties.
11           THE COURT:  Right.
12           MR. EDWARDS:  We want that paperwork that's been
13   signed by all the parties as part of the trial record.
14           THE COURT:  I guess my view on this is as follows.
15   If you all don't have a strong view that it should go back,
16   then I'm not sure I have a dog in the fight; on the other
17   hand, my recollection is that there may have been one or two
18   stips that actually were substantive evidence as opposed to
19   just foundation and authenticity and chain of custody.
20   Maybe I'm misrecollecting.  You know, there were --
21           MR. EDWARDS:  Some we did.
22           THE COURT:  -- at least one stip about what was
23   found and what wasn't found during searches.  Seems to me
24   maybe that one ought to go back, but I'll leave it to you,
25   and it's in the record, but I'll leave it to you whether you
```

1    want the jury to have a physical copy of it or not.

2                MR. EDWARDS:  Okay.  We can work with the parties.

3                I know there were one or two that we had agreed

4    ahead of time that would not go back to the jury that we

5    just wanted to read portions of it into the record.

6                THE COURT:  Yeah, I don't think there's any

7    requirement that the signed stipulation has to go back to

8    the jury.

9                MR. EDWARDS:  Okay.

10               So we'll get together and just make sure they're

11   all signed and then we can get them to the Court.

12               THE COURT:  Okay.

13               MR. EDWARDS:  All right.  Thank you.

14               MR. SHIPLEY:  I think I'm probably the offender of

15   not signing them.

16               MR. EDWARDS:  I did look to my left each time I

17   mentioned it.

18               MR. SHIPLEY:  They were given to me each week and

19   Mr. Nestler has asked me for them three times.

20               THE COURT:  There's still time to cure your

21   conduct.

22               Okay.

23               MS. HALIM:  Your Honor, I have one question for

24   you.

25               THE COURT:  I'm reminded about two things; one,

```
 1   I'd asked you all to think about length of closings.  Any
 2   insight on that?
 3             MR. EDWARDS:  For the government, about an hour
 4   and a half.
 5             THE COURT:  Mr. Shipley.
 6             MR. SHIPLEY:  I am going to say an hour to an hour
 7   and 15 minutes, subject to maybe needing to add something
 8   based on what I hear the government -- or what I hear the
 9   government say.
10             THE COURT:  Okay.  Ms. Halim.
11             MS. HALIM:  I'd like to reserve an hour,
12   Your Honor.
13             THE COURT:  Mr. Weinberg.
14             MR. WEINBERG:  I'll probably be an hour to hour
15   and 15, but probably under, just to be safe.
16             THE COURT:  And, Mr. Peed.
17             MR. PEED:  Hour and a half.
18             MS. HALIM:  Your Honor, while we're talking about
19   closing arguments, could I ask you a question?
20             THE COURT:  Yeah, of course.
21             MS. HALIM:  Thank you.
22             Regarding not transcripts, not evidentiary
23   transcripts, but the actual trial transcripts of as the
24   testimony came in from witnesses, I'd like to be able to
25   show portions as a demonstrative during my closing for the
```

```
 1   jury.  Is there any prohibition against doing that?  I know
 2   it doesn't go back to the jury, but is there any prohibition
 3   about putting up an excerpt of testimony as I'm making
 4   argument?
 5            THE COURT:  So I think -- I know what we did and
 6   what we talked about at the first trial was to not show
 7   images of transcripts.  You could show that -- you could
 8   type out the testimony verbatim on a PowerPoint.  But
 9   I think the concern was if you showed images of transcripts,
10   the jury would then think, oh, there are transcripts, and it
11   would invite them to ask for them potentially.
12            MS. HALIM:  Understood.
13            But it would be permissible to copy the exact
14   language?
15            THE COURT:  Right.
16            MS. HALIM:  And show that on a blank slide or
17   something.  Okay.  Thank you.
18            THE COURT:  Correct.
19            MR. SHIPLEY:  And on that same note, not having
20   closed in this Circuit before, any problem with using the
21   language of jury instructions?
22            THE COURT:  No.  That's why I instruct first.
23            MR. SHIPLEY:  Okay.
24            THE COURT:  And then I'll just ask that you all,
25   by Monday evening, share slide decks that you intend to use,
```

1   if any.

2          I understand the defense may be a little sensitive

3   about that, but I just want to -- the bottom line is I want

4   to avoid any objections that we can in terms of either

5   exhibits or testimony, for example, that -- I just don't

6   want to there be -- I would like to avoid an objection,

7   well, that's not accurately described and the like.  I

8   suppose you don't have to share your entire slide deck but

9   just anything that might draw an objection, such as

10  particular exhibits or testimony that's being transcribed.

11         And then exhibit lists, just, again, another

12  reminder to please have those ready to go by, I think the

13  odds are, odds are the government won't have its rebuttal

14  till Thursday, I think, given the schedule.

15         So just please be prepared to have those ready to

16  go by Wednesday evening at the latest and to be sure to

17  exchange those exhibit lists with the other side just so

18  that anybody can raise any objections with them before

19  they're sent back, okay?

20         MR. NESTLER:  One open issue, Your Honor, which is

21  Government's Exhibit 1531, which the government believes is

22  a compilation of evidence.  So in the first trial, we had

23  Government's Exhibit 1530.

24         MR. SHIPLEY:  I can't hear you, Jeff.

25         THE COURT:  This is the board.

1          MR. NESTLER:  Government's Exhibit 1531, the

2     board, in the first trial, we had Government's Exhibit 1530,

3     and I believe Your Honor had ruled it was a compilation and

4     it didn't go back to the jury.

5          Ms. Badalament, if you want to put it up just so

6     Your Honor can see it.

7          We do believe it's a compilation of evidence and

8     that it is a neutral compilation of evidence using only

9     evidence that was admitted at the trial, which are --

10          THE COURT:  So my recollection is that this issue

11     did not come up, and that this was admitted without any

12     objection being raised about its admissibility.

13          MR. NESTLER:  Correct, during the trial itself.

14          And then when we had a discussion about summary

15     exhibits at the end of the trial or, I'm sorry, after we had

16     all rested, there was another -- a subsequent conversation

17     about summary exhibits.

18          THE COURT:  Right.

19          But I don't think that included this one.  At

20     least I didn't conceive it as including this one.  We were

21     talking about the montage.

22          MR. NESTLER:  We believe that Your Honor had found

23     this was not a summary exhibit.

24          THE COURT:  Right.

25          MR. NESTLER:  Correct.

1          And that's our position.  It's not a summary

2   exhibit, it is a compilation, and a compilation is

3   admissible, it's different than a summary exhibit.

4          I know that sometimes the line can be a little

5   fuzzy or murky depending on the kinds of evidence you're

6   talking about here, but we believe this is a compilation of

7   other evidence, and, therefore, independently admissible.

8          The words on here are words used by -- with of the

9   exception of Line 1 and Line 2, which we've litigated

10  extensively pretrial, every other word on here is a word

11  said by a defendant or a co-conspirator, including Quick

12  Reaction Force and Leadership.  Those are both things that

13  were said by Mr. Rhodes, and Quick Reaction Force and QRF

14  are also things said by Mr. Vallejo and other defendants and

15  other conspirators.

16         And then all the names and the monikers, those are

17  all involved and have all been independently admitted based

18  on the Signal records and also pursuant to stipulation.  And

19  then all the photographs that we laid the foundation for are

20  all from January 6th, with the exception of Mr. Siekerman,

21  his driver's license photo, and then a few members of the

22  QRF who didn't leave the hotel during relevant time frame.

23         And so our position is that this is a compilation

24  of all of that evidence.  And, I'm sorry, the other words on

25  here are Southeast, Florida, and Ohio.  Mr. James said that

1    he was the leader of the southeast group and was part of the

2    southeast chat.  And Kelly Meggs said he was the leader of

3    Florida, and Watkins said she was from Ohio.

4           So all of these words come from evidence, and all

5    of the photographs and names and other monikers are all in

6    evidence.  This is just compiling them.  And we don't

7    believe there's anything prejudicial about it and that it

8    would be particularly helpful for the jury to have while

9    they're deliberating.

10          THE COURT:  And under what rule would you contend

11   that a compilation comes in?

12          MR. NESTLER:  Well, under Rule 803, there's a

13   discussion of compilations, and how the phrase "compilation"

14   is read broadly.

15          One of the exhibits under -- I'm sorry, one of the

16   notes under Rule 103 talks about how data compilations and

17   compilations are supposed to be read broadly, and it's a --

18   broadly descriptive means of storing information and it's

19   broader than the conventional words in a written or

20   documentary form.  So we believe that is --

21          THE COURT:  So this is under 803 or 103, you said?

22          MR. NESTLER:  803 is just talking about

23   compilations.  But we believe that -- we believe -- and

24   I can point the Court to the case law about how a

25   compilation is separate from a summary and a compilation of

```
 1    information is admissible.
 2              THE COURT:  Okay.
 3              Thoughts from defense counsel?
 4              MS. HALIM:  Your Honor, I object to this going
 5    back to the jury.  This is -- I mean, this is classic
 6    demonstrative that reflects the government's theory and
 7    argument.  They have selectively chosen who to put on this
 8    board, where to put those people on the board.  It
 9    represents their argument.  It would be inappropriate for it
10    to go back to the jury as actual evidence.
11              MR. SHIPLEY:  Yeah, I believe Mr. Nestler's
12    description is the description of a demonstrative exhibit.
13              And I'm looking for 803, compilation, and I don't
14    see it in any of the exceptions.  I'm not saying it's not
15    there, I'm just scanning it, the words aren't jumping out at
16    me.
17              MR. NESTLER:  To be clear, on 803 is the exception
18    against hearsay, and there's a lot of discussion about data
19    compilations and what a compilation is when we talk about
20    records.
21              So I was just saying, using the word
22    "compilation," we're using that in the same sense that it's
23    used in Rule 803.
24              Rule 611 is just -- it's presenting evidence.
25    This is a piece of evidence.  Each independent constituent
```

1    part is admissible and has been authenticated and we are

2    compiling it together for the jury in a form that is easier

3    to see.

4            We could put -- there are, I think there were 32

5    photographs on here -- each of those 32 photographs on a

6    separate piece of paper with a name and the face and a

7    picture and a name and a Signal moniker or nickname on 32

8    separate pieces of paper all in one larger PowerPoint or

9    PDF.  This is supposed to put it on to one slide so that the

10   jury can make sense of it more easily.  It's just compiling

11   the information into one spot.

12           And the government -- I understand what Ms. Halim

13   said, I understand the objection.  We are amenable to a

14   limiting instruction about it, that it is -- whatever

15   limiting instruction the defense wants about how the jury

16   should consider it.

17           We think it's helpful for the jury to have in

18   order to review while they're reviewing the evidence,

19   especially given the number of people that they heard about

20   and the number of statements they heard, it's a lot to keep

21   track of, and this helps them keep track of who is who.

22           THE COURT:  Why don't you send me anything that

23   you think would be helpful.  If you've got case law, I'm

24   happy to take a look at that and then I can --

25           MR. SHIPLEY:  Your Honor, I've got a call from

 1  another judge in this court.  May I answer it?

 2           THE COURT:  Yes.  Okay.

 3           MR. EDWARDS:  We had -- that conversation reminded

 4  me there was one issue on the jury instructions the

 5  government wanted to raise for purposes of summary evidence.

 6           THE COURT:  Okay.  Did we slide that in?  It's in

 7  there now.  Yeah.  Okay.

 8           MR. EDWARDS:  I'm sorry I did not bring this up

 9  when we were going through jury instructions.

10           So there are just a few more, I think, that

11  actually we should add.

12           THE COURT:  Okay.

13           MR. EDWARDS:  And then one or two that we think

14  don't qualify as summary so much as compilations so it's a

15  little related to the conversation we just had.

16           So in the first --

17           MR. SHIPLEY:  I apologize, Your Honor.  I've got a

18  2:00 Zoom with Judge Bates so they're wondering where I'm

19  at.

20           THE COURT:  All right.  We'll get you out of here

21  in a second.

22           MR. EDWARDS:  So very quickly, page 44 is now

23  where the, I think, at least when the redlines are showing,

24  where summary evidence is, in the first bullet, it talks

25  about Agent Kelsey's exhibits.  I think it should also

1    include 1525.  And if this helpful, I can provide it to

2    Ms. Wilson in an email, but 1525.

3            And then we think the second bullet,

4    Captain Ortega's exhibit was not a summary exhibit so much

5    as a compilation showing snippets of CCTV from what we had

6    referred to as the riot exhibit.  I don't remember what we

7    called it.

8            But this is -- I'm not sure that exhibit falls in

9    the same category as voluminous records or disparate records

10   as the Court has ruled for other exhibits.  This was

11   snippets of CCTV from January 6th.

12           For the third exhibit, the third bullet, I think

13   we should add 6900, which are additional GoToMeeting records

14   which came in as, I believe, a summary exhibit of the

15   GoToMeeting records from early January.

16           THE COURT:  Okay.

17           MR. EDWARDS:  For Mr. Wickham, same position from

18   the government, at least, that this is not a summary

19   exhibit, just showing snippets of the official proceeding

20   that was going on that day.

21           And then for Special Agent Abrams, we should

22   include -- we included 6740A, I think we should add 6742A,

23   which was a summary exhibit of the call detail records from

24   the afternoon, instead of just the morning, so the second

25   half of the day.

1    And then finally for Examiner Cain, it would

2    include 9701 and 9702, which then completes out the

3    defendants that she was testifying about there.

4        THE COURT:  Okay.

5        MR. EDWARDS:  And that's all we have got.

6        THE COURT:  I'm sorry, what was the last thing,

7    Agent Cain?

8        MR. EDWARDS:  Examiner Cain should have -- so it

9    currently has 9700 and 9704.  It should include 9701 and

10   9702.

11       THE COURT:  Okay.

12       All right.  Thank you, Mr. Edwards.

13       Any objection to dropping Ortega and Wickham,

14   those exhibits from the instruction?

15       MS. HALIM:  I don't think so, Your Honor.

16       THE COURT:  Okay.  All right.  So we'll revise

17   that.

18       And I actually think one of the things I will do

19   also is, I mean, we'll probably find a place in the

20   substantive instructions to move this up into the

21   substantive instructions instead of in the final

22   instructions.  I think it's probably more appropriate there.

23       So then just with that one outstanding issue about

24   the compilation exhibit outstanding, you all will get me

25   what you'd like to have me take a look at and I'll rule on

1    that Tuesday; otherwise, is there anything else?

2            MR. NESTLER:  No.

3            So just so we know the plan is Tuesday, Mr. Peed

4    will have four witnesses, and then we'll probably break and

5    then do the jury instructions, and then Wednesday we'll do

6    the closings with the exception of rebuttal, which will be

7    Thursday morning.

8            THE COURT:  Correct.

9            I don't know whether the government is planning on

10   a rebuttal case at this juncture or not, but the bottom line

11   is I'm not -- we will not be closing on Wednesday.

12           MR. NESTLER:  On Tuesday.

13           THE COURT:  On Tuesday, excuse me, right.

14           I will hopefully be able to instruct on Tuesday

15   afternoon, and then we'll start with closings Wednesday

16   morning.

17           MR. SHIPLEY:  I'm not making a run but I've got

18   Judge Bates waiting.

19           THE COURT:  Let Judge Bates know that I've

20   detained you.

21           MS. HALIM:  Your Honor, may I be excused as well

22   to get on my 2:00 p.m. Zoom with Judge Cobb?

23           THE COURT:  Yes, of course.  I think we're done.

24           Thank you, everybody.  Have a good weekend.

25           (Proceedings concluded at 1:57 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 13, 2023_____      

       William P. Zaremba, RMR, CRR

4244

**COURTROOM DEPUTY: [2]** 4184/2 4184/7

**LAW CLERK: [1]** 4200/12

**MR. EDWARDS: [54]** 4192/3 4192/10 4192/12 4193/23 4210/15 4210/24 4211/8 4211/25 4213/17 4213/23 4214/4 4214/16 4215/11 4215/25 4216/6 4216/13 4219/16 4221/3 4221/5 4221/9 4221/15 4221/19 4221/24 4222/2 4222/4 4222/11 4222/16 4222/21 4224/5 4224/9 4225/11 4225/20 4225/24 4227/22 4228/1 4228/6 4228/9 4228/11 4228/15 4229/7 4229/12 4229/21 4230/2 4230/9 4230/13 4230/16 4231/3 4239/3 4239/8 4239/13 4239/22 4240/17 4241/5 4241/8

**MR. NESTLER: [28]** 4186/8 4186/12 4187/9 4187/14 4187/21 4187/24 4196/13 4197/21 4201/22 4205/13 4206/8 4206/12 4208/6 4208/11 4208/20 4209/1 4209/13 4210/5 4233/20 4234/1 4234/13 4234/22 4234/25 4236/12 4236/22 4237/17 4242/2 4242/12

**MR. PEED: [18]** 4199/2 4199/10 4203/12 4203/20 4204/11 4204/14 4204/23 4206/25 4212/17 4213/13 4214/19 4214/24 4223/9 4225/2 4225/15 4227/15 4227/17 4231/17

**MR. SHIPLEY: [30]** 4188/20 4189/1 4189/4 4190/16 4191/19 4192/19 4195/1 4195/24 4197/13 4201/12 4211/2 4211/19 4216/24 4217/4 4217/12 4217/25 4218/15 4219/3 4219/6 4219/9 4230/14 4230/18 4231/6 4232/19 4232/23 4233/24

**MR. WEINBERG: [2]** 4211/20 4231/14

**MS. HALIM: [25]** 4186/6 4187/4 4188/9 4188/19 4189/23 4193/12 4194/10 4196/12 4197/16 4198/11 4200/3 4211/17 4216/2 4216/8 4216/11 4216/16 4230/23 4231/11 4231/18 4231/21 4232/12 4232/16 4237/4 4241/15 4242/21

**THE COURT: [133]**

**1**

**10 [1]** 4185/23
**100 percent [1]** 4220/7
**103 [2]** 4236/16 4236/21
**11 [1]** 4184/11
**114 [1]** 4183/16
**1150 [1]** 4183/20
**116 F.3d 1536 [1]** 4220/10
**12 [2]** 4202/3 4211/16
**12:30 [1]** 4182/6
**12th [8]** 4200/22 4202/7 4202/23 4203/24 4204/1 4204/4 4206/23 4207/14
**12th Amendment [8]** 4201/5 4202/14 4203/25 4204/12 4204/16 4204/20 4204/22 4205/8
**13 [2]** 4182/5 4243/7
**1341 [1]** 4183/4
**14 [1]** 4200/9
**15 [6]** 4182/4 4184/8 4200/9 4207/20 4231/7 4231/15
**1525 [2]** 4240/1 4240/2
**1530 [2]** 4233/23 4234/2
**1531 [2]** 4233/21 4234/1
**1532 [1]** 4183/11
**1536 [1]** 4220/10
**16 [1]** 4200/10
**1775 [1]** 4183/20
**19129 [1]** 4183/7
**1:00 [1]** 4207/22
**1:57 [1]** 4242/25

**2**

**20 [3]** 4182/7 4202/4 4205/21
**20006 [1]** 4183/21
**202 [2]** 4182/17 4183/21
**2023 [2]** 4182/5 4243/7
**20579 [1]** 4182/17
**20th [21]** 4200/23

**4239/17 4242/17**

**3**

**3.9 [1]** 4191/3
**30 [2]** 4222/4 4224/6
**30 days [4]** 4223/24 4225/7 4225/8 4225/21
**30 days' [2]** 4223/13 4223/19
**32 [3]** 4238/4 4238/5 4238/7
**3229 [1]** 4183/8
**337-9755 [1]** 4183/12
**33901 [1]** 4183/12
**33950 [1]** 4183/16
**3580 [1]** 4183/7
**36 [1]** 4210/8

**4**

**404 [2]** 4226/13 4226/18
**44 [1]** 4239/22
**4802.1 [1]** 4193/25
**4802.2 [1]** 4193/25

**5**

**575-8000 [1]** 4183/17
**5th [4]** 4224/2 4224/13 4224/19 4228/3

**6**

**601 [1]** 4182/16
**611 [1]** 4237/24
**6740A [1]** 4240/22
**6742A [1]** 4240/22
**6900 [1]** 4240/13
**6th [10]** 4207/23 4222/19 4222/24 4223/5 4224/13 4227/6 4227/21 4228/3 4235/20 4240/11

**7**

**7277 [1]** 4182/17
**745 [1]** 4183/3

**8**

**8000 [1]** 4183/17
**803 [6]** 4236/12 4236/21 4236/22 4237/13 4237/17 4237/23
**808 [1]** 4183/4
**808Shipleylaw [1]** 4183/5

**9**

**919-9491 [1]** 4183/21
**941 [1]** 4183/17
**9491 [1]** 4183/21
**96734 [1]** 4183/4
**9700 [1]** 4241/9
**9701 [2]** 4241/2 4241/9
**9702 [2]** 4241/2 4241/10
**9704 [1]** 4241/9
**9755 [1]** 4183/12

**A**

**able [3]** 4222/23 4231/24 4242/14
**about [59]** 4187/11 4188/10 4188/12 4188/12 4189/7 4190/20 4191/17 4191/24 4192/14 4195/10 4196/18 4198/5 4198/6 4200/17 4201/2 4201/3 4202/8 4203/12 4205/9 4205/14 4205/17 4208/10 4213/16 4214/7 4215/17 4216/4 4216/8 4222/9 4222/9 4226/10 4226/15 4226/17 4228/3 4228/19 4229/22 4230/25 4231/1 4231/3 4231/18 4232/3 4232/6 4233/3 4234/12 4234/14 4234/17 4234/21 4235/6 4236/7 4236/16 4236/22 4236/24 4237/18 4237/19 4238/14 4238/15 4238/19 4239/25 4241/3 4241/23
**above [3]** 4190/5 4190/20 4243/4
**above-titled [1]** 4243/4
**Abrams [1]** 4240/21
**absence [1]** 4226/24
**absolutely [1]** 4218/2
**acceptable [3]** 4186/5 4198/10 4209/13
**accident [1]** 4226/25
**accomplices [1]** 4189/8
**accomplishes [1]** 4197/17
**accordance [1]** 4226/21
**accordingly [1]** 4210/7

**accuracy [4]** 4220/11 4220/14 4220/17 4221/23
**accurate [11]** 4195/12 4197/10 4198/17 4200/19 4201/1 4203/25 4204/14 4209/25 4212/22 4213/5 4220/8
**accurately [2]** 4203/5 4233/7
**acknowledge [1]** 4193/13
**acknowledged [1]** 4193/15
**acknowledges [1]** 4188/11
**across [1]** 4195/15
**act [1]** 4221/1
**acted [1]** 4226/21
**acts [3]** 4226/15 4226/19 4226/19
**actual [2]** 4231/23 4237/10
**actually [11]** 4186/20 4192/15 4194/11 4195/2 4201/10 4201/10 4206/6 4223/17 4229/18 4239/11 4241/18
**add [8]** 4202/10 4202/20 4217/14 4217/15 4231/7 4239/11 4240/13 4240/22
**added [1]** 4201/7
**adding [4]** 4202/9 4202/12 4206/10 4206/12
**addition [1]** 4190/25
**additional [2]** 4194/11 4240/13
**address [2]** 4203/10 4205/14
**admissibility [1]** 4234/12
**admissible [5]** 4226/20 4235/3 4235/7 4237/1 4238/1
**admissions [1]** 4192/20
**admit [4]** 4192/22 4219/1 4221/17 4222/9
**admitted [8]** 4193/20 4226/22 4227/12 4227/24 4229/9 4234/9 4234/11 4235/17
**adopted [1]** 4189/2
**advised [1]** 4192/14
**affirmation [1]** 4208/19
**afoul [1]** 4194/18
**after [5]** 4200/24 4205/6 4205/7 4217/2 4234/15
**afternoon [6]** 4184/5 4184/7 4184/23 4184/25 4240/24 4242/15

**A**

**again [5]** 4184/23
4191/19 4195/24
4208/8 4233/11
**against [6]** 4189/16
4190/11 4193/21
4220/16 4232/1
4237/18
**Agent [3]** 4239/25
4240/21 4241/7
**Agent Cain [1]** 4241/7
**Agent Kelsey's [1]**
4239/25
**agree [5]** 4187/21
4188/14 4193/2
4196/12 4202/6
**agreed [2]** 4230/3
**agreement [5]** 4186/10
4188/4 4188/8 4215/24
4229/2
**agreements [6]**
4185/14 4190/8 4190/9
4190/12 4191/10
4228/19
**ahead [4]** 4192/10
4192/11 4213/25
4230/4
**akin [1]** 4214/5
**AL [1]** 4182/6
**Alexandra [2]** 4182/15
4184/12
**Alexandra Hughes [1]**
4184/12
**all [50]** 4184/2 4184/3
4184/23 4185/4
4185/24 4190/3
4191/15 4194/7 4200/9
4202/14 4202/17
4206/24 4207/16
4208/4 4211/22
4213/14 4215/2
4215/12 4215/15
4216/3 4216/17 4217/5
4217/8 4223/11
4223/11 4226/9
4228/11 4229/4
4229/13 4229/15
4230/11 4230/13
4231/1 4232/24
4234/16 4235/16
4235/17 4235/16
4235/19 4235/20
4235/24 4236/4 4236/4
4236/5 4238/8 4239/20
4241/5 4241/12
4241/16 4241/24
**All right [3]** 4215/2
4228/11 4241/16
**alleged [1]** 4188/4
**allow [4]** 4196/7
4218/25 4227/10
4227/12
**allowing [1]** 4221/16
**along [1]** 4199/17
**already [4]** 4199/22
4223/12 4223/18
4224/3
**also [9]** 4193/14

4203/15 4223/21
4235/14 4235/18
4239/25 4241/19
**alternative [10]** 4198/6
4198/10 4198/12
4215/18 4218/9
4218/20 4220/15
4220/21 4221/4
4221/22
**alternatives [1]**
4190/14
**although [5]** 4194/2
4209/24 4213/8
4215/16 4222/6
**altogether [1]** 4203/19
**am [2]** 4212/7 4231/6
**ambiguous [2]**
4219/23 4219/24
**amenable [1]** 4238/13
**amend [2]** 4202/4
4205/16
**amended [11]** 4200/22
4201/21 4201/23
4202/3 4203/23 4204/1
4204/4 4204/15
4204/21 4205/8
4207/13
**amendment [41]**
4194/19 4195/17
4196/7 4197/25 4198/5
4200/23 4201/5
4201/16 4202/7 4202/8
4202/14 4202/24
4203/15 4203/19
4203/22 4203/24
4203/25 4204/1 4204/4
4204/12 4204/16
4204/20 4204/22
4205/8 4205/12
4205/15 4205/16
4205/21 4205/22
4205/25 4206/5 4206/9
4206/11 4206/13
4206/14 4206/17
4206/24 4206/24
4207/14 4207/19
4209/19
**amendments [3]**
4201/25 4202/3 4204/9
**AMERICA [2]** 4182/3
4184/8
**AMIT [2]** 4182/9 4184/4
**Amit P. Mehta [1]**
4184/4
**among [1]** 4229/10
**amount [1]** 4212/4
**Angela [2]** 4183/6
4184/15
**Angela Halim [1]**
4184/15
**angiehalim [1]** 4183/8
**another [6]** 4200/20
4226/22 4228/2
4233/11 4234/16
4239/1
**answer [2]** 4219/24
4239/1

4194/11 4199/21
4209/24 4210/25
4211/7 4211/14 4212/8
4212/14 4212/20
4212/25 4213/4 4213/9
4213/11 4213/11
4213/15 4214/10
4214/12 4214/21
4214/22 4215/4 4215/7
4217/10 4218/13
4218/19 4219/1
4219/11 4230/6 4231/1
4232/1 4232/2 4232/20
4233/1 4233/4 4233/18
4234/1 4237/14
4241/13
**anybody [2]** 4185/8
4233/18
**anything [11]** 4185/6
4185/8 4186/14 4187/1
4216/4 4217/25 4218/5
4233/9 4236/7 4238/22
4242/1
**apologize [1]** 4239/17
**appearances [3]**
4182/13 4182/20
4184/22
**appearing [1]** 4184/19
**appellate [1]** 4189/2
**apply [1]** 4218/3
**appropriate [3]**
4185/22 4191/16
4232/24
**arbiter [1]** 4220/1
**are [45]** 4188/7
4193/25 4194/5
4194/20 4198/7
4198/23 4198/24
4199/22 4199/24
4200/7 4200/10
4201/25 4202/2
4203/14 4203/15
4204/6 4205/6 4208/4
4218/16 4219/12
4222/18 4223/14
4223/14 4223/20
4226/19 4227/11
4229/2 4232/10
4233/13 4233/13
4234/9 4235/8 4235/12
4235/14 4235/16
4235/19 4235/25
4236/5 4236/17 4238/1
4238/4 4238/13
4239/10 4239/23
4240/13
**aren't [1]** 4237/15
**argue [3]** 4195/2
4220/12 4226/10
**arguing [1]** 4186/15
**argument [9]** 4195/2
4195/3 4196/2 4212/4
4225/15 4227/2 4232/4
4237/7 4237/9
**arguments [1]** 4231/19
**arise [1]** 4227/8
**arises [1]** 4195/6

**Article [30]** 4200/17
4200/21 4201/3 4201/6
4201/18 4201/19
4201/19 4201/20
4202/3 4202/5 4202/11
4203/1 4203/21
4203/22 4203/25
4204/4 4204/15
4204/21 4205/8
4205/17 4205/18
4206/6 4206/14
4206/23 4207/13
4208/1 4208/12
4208/16 4208/17
4209/9
**Article II [23]** 4200/17
4201/3 4201/6 4201/18
4201/19 4201/19
4201/20 4202/3 4202/5
4202/11 4203/21
4203/22 4203/25
4204/4 4204/15
4204/21 4205/8
4205/18 4206/6
4206/14 4207/13
4208/12 4208/17
**articles [1]** 4202/11
**as [100]**
**ask [7]** 4193/16
4194/20 4199/2 4199/6
4231/19 4232/11
4232/24
**asked [2]** 4230/19
4231/1
**assume [2]** 4203/6
4217/5
**Assuming [1]** 4227/13
**assumption [1]**
4185/16
**attachment [1]** 4228/3
**attack [3]** 4212/13
4213/20 4214/1
**attempt [1]** 4192/13
**attention [1]** 4196/9
**ATTORNEY'S [1]**
4182/16
**audio [2]** 4217/15
4219/1
**August [3]** 4196/19
4224/18 4226/1
**authenticated [1]**
4238/1
**authenticity [1]**
4229/19
**authority [3]** 4212/9
4214/9 4215/5
**Avenue [1]** 4183/15
**avoid [3]** 4209/24
4233/4 4233/6
**awareness [1]** 4222/23
**away [1]** 4192/17

**B**

**back [23]** 4184/24
4191/23 4192/6 4193/8
4193/17 4194/12
4196/13 4196/19

4200/13 4200/18
4201/15 4204/9
4217/23 4224/18
4229/15 4229/24
4230/4 4230/7 4232/2
4233/19 4234/4 4237/5
4237/10
**backed [1]** 4192/16
**bad [1]** 4226/15
**Badalament [1]** 4234/5
**balance [3]** 4197/11
4197/17 4197/22
**Banks [1]** 4185/24
**base [1]** 4191/19
**based [5]** 4191/19
4201/9 4228/2 4231/8
4235/17
**basically [2]** 4205/2
4206/21
**Bates [3]** 4239/18
4242/18 4242/19
**be [61]** 4184/5 4186/8
4188/2 4188/3 4189/14
4190/13 4190/22
4193/6 4194/16
4194/23 4195/1
4196/20 4199/7
4201/25 4202/22
4203/6 4203/9 4203/16
4203/23 4203/24
4204/2 4205/3 4205/5
4207/18 4207/24
4207/25 4209/21
4210/16 4212/4
4218/11 4218/20
4220/13 4220/18
4220/24 4221/22
4223/4 4225/21
4226/22 4227/12
4227/23 4227/24
4228/22 4228/23
4231/14 4231/15
4231/24 4232/13
4233/2 4233/6 4233/15
4233/16 4235/4 4236/8
4236/17 4237/9
4237/17 4238/23
4242/6 4242/11
4242/14 4242/21
**because [18]** 4186/25
4192/7 4193/10
4195/21 4196/19
4197/14 4199/21
4202/3 4204/17
4205/21 4205/23
4209/2 4212/23
4217/21 4218/6
4218/16 4225/4
4225/12
**become [2]** 4200/25
4209/3
**becomes [2]** 4207/6
4209/5
**becoming [1]** 4203/13
**been [10]** 4190/24
4193/11 4201/4
4211/14 4219/21
4229/9 4229/12

**B**

been... [3] 4229/17 4235/17 4238/1
before [17] 4182/9 4185/2 4199/10 4203/3 4203/6 4208/3 4208/14 4208/7 4208/20 4209/11 4217/6 4222/19 4223/4 4226/5 4226/5 4232/20 4233/18
beginning [1] 4209/3
begins [7] 4204/12 4207/3 4207/3 4209/20 4210/2 4212/11 4217/6
behalf [1] 4184/15
being [5] 4188/9 4201/14 4210/14 4233/10 4234/12
belief [1] 4188/16
believe [19] 4186/18 4187/14 4187/25 4193/25 4196/18 4197/10 4206/25 4209/14 4225/2 4234/3 4234/7 4234/22 4235/6 4236/7 4236/20 4236/23 4236/23 4237/11 4240/14
believes [1] 4233/21
benefit [1] 4189/18
benefits [2] 4189/16 4190/21
Berry [8] 4185/15 4186/3 4186/22 4187/11 4190/22 4190/25 4193/9 4193/13
best [1] 4203/15
beyond [1] 4214/14
bias [2] 4189/17 4189/18
bins [11] 4222/18 4223/8 4223/11 4223/13 4223/17 4223/20 4224/14 4224/18 4224/19 4226/2 4226/11
bit [3] 4185/12 4209/7 4223/16
blank [1] 4232/16
board [4] 4233/25 4234/2 4237/8 4237/8
Book [4] 4188/23 4190/2 4191/8 4220/9
both [10] 4192/1 4196/17 4201/13 4206/11 4206/14 4206/23 4215/17 4215/23 4218/2 4235/12
bottom [2] 4233/3 4242/10
Box [1] 4183/3
break [1] 4242/4
bridge [1] 4222/25
briefly [1] 4190/16
bring [2] 4227/11

bringing [3] 4223/20 4224/1 4224/16
brings [2] 4194/7 4211/4
broader [1] 4236/19
broadly [3] 4236/14 4236/17 4236/18
brought [7] 4223/13 4223/15 4223/19 4223/24 4225/7 4225/8 4225/13
BROWN [2] 4183/11 4183/14
bsrlegal.com [2] 4183/13 4183/17
bubbles [1] 4193/24
bullet [3] 4239/24 4240/3 4240/12
burden [1] 4213/1

**C**

Cain [3] 4241/1 4241/7 4241/8
call [4] 4185/20 4196/9 4238/25 4240/23
called [2] 4188/23 4240/7
came [4] 4231/24 4240/14
camp [1] 4222/10
campground [6] 4223/22 4223/24 4223/25 4224/2 4224/9 4224/11
can [40] 4186/20 4187/25 4188/3 4188/20 4189/11 4190/17 4191/3 4193/6 4193/10 4195/13 4197/3 4197/12 4198/3 4198/22 4200/12 4203/6 4203/16 4203/23 4205/3 4205/5 4206/11 4207/1 4207/6 4208/8 4209/21 4218/8 4219/23 4222/25 4226/22 4227/13 4230/2 4230/11 4233/4 4233/18 4234/6 4235/4 4236/24 4238/10 4238/24 4240/1
can't [5] 4193/11 4197/2 4207/4 4218/18 4233/24
cannot [2] 4198/2 4219/24
Capitol [3] 4212/13 4213/20 4214/1
Captain [1] 4240/4
Captain Ortega's [1] 4240/4
car [1] 4187/12
care [2] 4189/25 4215/13
case [17] 4184/8 4190/22 4199/18 4213/12 4217/3

4218/25 4219/3 4220/4 4222/22 4224/21 4226/12 4228/8 4236/24 4238/23 4242/10
cases [1] 4195/6
category [1] 4240/9
caution [4] 4189/25 4190/13 4191/1 4191/12
caveat [1] 4221/20
CCTV [2] 4240/5 4240/11
cellular [3] 4210/12 4210/17 4210/22
certain [4] 4197/2 4210/12 4210/17 4218/16
certainly [3] 4192/8 4193/18 4212/24
certificates [2] 4202/18 4207/16
certification [3] 4212/9 4214/9 4215/5
certify [1] 4220/17 4221/23 4243/2
cetera [1] 4209/21
chain [1] 4229/19
challenged [1] 4220/13
change [8] 4185/12 4185/18 4200/2 4206/17 4210/6 4210/20 4211/8 4211/11
changed [2] 4206/1 4206/17
changing [1] 4206/10
character [4] 4185/21 4185/22 4226/20 4226/22
charge [3] 4215/18 4215/19 4215/21
charged [5] 4204/6 4204/18 4210/11 4213/24 4214/5
chat [1] 4236/2
chosen [1] 4237/7
circle [1] 4200/13
circuit [1] 4189/5 4189/7 4189/13 4189/22 4189/23 4190/17 4190/19 4191/2 4191/20 4219/18 4232/20
Circuit's [1] 4191/3
circular [1] 4209/7
circumstances [1] 4189/8
circumstantial [9] 4194/14 4194/24 4195/22 4196/1 4196/10 4198/8 4198/25 4199/6 4199/8
cite [1] 4221/6
cited [1] 4196/5
claim [1] 4213/19
clarify [1] 4219/18

clear [6] 4186/8 4194/16 4197/9 4204/1 4222/25 4237/17
clearer [2] 4203/10 4210/18
clearly [1] 4207/4
client [1] 4197/15
CLINTON [1] 4183/19
clintonpeed.com [1] 4183/22
close [1] 4217/2 4227/20
closed [1] 4232/20
closer [2] 4200/18 4224/15
closing [1] 4217/11 4231/19 4231/25 4242/11
closings [4] 4191/18 4231/1 4242/6 4242/15
co [2] 4225/4 4235/11
co-conspirator [2] 4225/4 4235/11
Cobb [1] 4242/22
Code [1] 4207/20
COLUMBIA [1] 4182/1
combine [1] 4191/7
combined [1] 4224/2
come [5] 4188/23 4223/7 4224/13 4234/11 4236/4
comes [5] 4197/6 4206/23 4207/18 4224/25 4236/11
Comfort [3] 4212/14 4214/11 4215/6
Comfort Inn [1] 4212/14
comfortable [4] 4188/7 4194/25 4200/4 4213/2
coming [1] 4227/13
comment [2] 4189/21 4218/16
commit [1] 4195/18
committing [1] 4196/8
common [1] 4189/4
communicate [1] 4218/21
communications [2] 4210/13 4210/18
compete [1] 4218/13
competing [2] 4219/19 4221/12
compilation [17] 4233/22 4234/3 4234/7 4234/8 4235/2 4235/2 4235/6 4235/23 4236/11 4236/13 4236/25 4236/25 4237/13 4237/19 4237/22 4240/5 4241/24
compilations [6] 4236/13 4236/16 4236/17 4236/23 4237/19 4239/14
compiling [3] 4236/6

complete [1] 4196/4
completes [1] 4241/2
comprise [1] 4206/11 4206/14
Concede [1] 4211/20
conceive [1] 4234/20
concept [1] 4206/23
concern [9] 4187/7 4195/24 4203/4 4203/10 4203/12 4203/14 4204/19 4204/23 4232/9
concerned [1] 4187/9
concerning [1] 4202/25
concerns [1] 4209/20
concluded [1] 4242/25
concluding [1] 4190/20
condition [1] 4227/7
conditional [1] 4227/23
conduct [3] 4195/20 4210/13 4230/21
conducted [2] 4207/25 4207/25
confirmed [1] 4192/16
confronted [1] 4186/13
confusing [1] 4203/16
Congress [7] 4201/14 4202/19 4205/5 4207/17 4211/13 4215/19 4215/20
connect [1] 4222/23
connor [3] 4183/10 4183/13 4184/16
Connor Martin [1] 4184/16
consensus [1] 4215/17
consider [27] 4189/12 4189/20 4190/7 4190/9 4190/17 4190/23 4191/9 4191/12 4193/10 4194/14 4194/21 4195/22 4198/8 4198/18 4198/21 4198/24 4199/4 4199/5 4199/11 4199/17 4199/24 4199/25 4200/7 4212/25 4213/11 4220/22 4238/16
considered [2] 4190/13 4194/24
consistent [4] 4186/20 4192/16 4211/15 4215/23
conspiracy [14] 4195/19 4211/13 4212/8 4214/8 4214/11 4214/21 4214/23 4215/4 4215/18 4215/20 4224/22 4224/24 4225/1 4226/2 4235/11
conspirator [2] 4225/4 4235/11
conspirators [1]

4247

**C**

**conspirators... [1]** 4235/15
**conspiring [1]** 4204/6
**constituent [1]** 4237/25
**Constitution [19]** 4195/9 4200/22 4201/7 4201/22 4201/23 4202/10 4202/15 4203/1 4204/5 4204/15 4204/21 4205/17 4206/16 4206/20 4207/13 4208/1 4208/13 4209/9 4209/16
**contained [2]** 4210/17 4210/23
**contains [2]** 4212/4
**contend [1]** 4236/10
**contends [4]** 4212/8 4214/8 4214/21 4215/3
**context [1]** 4187/16
**CONTINUED [1]** 4183/1
**contrary [1]** 4194/18
**conventional [1]** 4236/19
**conversation [6]** 4187/11 4214/2 4220/23 4234/16 4239/3 4239/15
**convey [1]** 4195/8
**cook [1]** 4223/25
**cooperator [1]** 4189/24
**cooperators [2]** 4189/8 4199/14
**copy [2]** 4230/1 4232/13
**correct [15]** 4187/8 4188/24 4188/25 4189/3 4196/24 4206/8 4206/13 4210/24 4221/14 4221/18 4232/18 4234/13 4234/25 4242/8 4243/3
**correctly [2]** 4220/6 4222/17
**could [10]** 4194/23 4195/2 4199/2 4206/14 4212/17 4225/20 4231/19 4232/7 4232/7 4238/4
**counsel [4]** 4184/22 4218/7 4228/16 4237/3
**count [5]** 4200/14 4207/24 4210/9 4211/9 4211/11
**Count 6 [1]** 4210/9
**counted [1]** 4207/18
**counting [2]** 4201/4 4207/7
**counts [2]** 4211/10 4211/24
**Counts 1 [1]** 4211/10
**couple [4]** 4193/11 4220/4
**course [1]** 4217/13

**court [23]** 4182/1 4184/3 4189/2 4189/11 4189/11 4189/20 4192/13 4194/19 4196/15 4205/7 4210/21 4214/25 4219/22 4219/23 4220/1 4221/11 4228/13 4229/5 4229/9 4230/11 4236/24 4239/1 4240/10
**Court's [6]** 4211/15 4213/21 4214/19 4224/14 4227/22 4228/25
**courtesy [1]** 4202/13
**CR [1]** 4182/4
**crack [1]** 4219/8
**credibility [1]** 4193/7
**crime [3]** 4195/18 4196/8 4196/10
**criminal [2]** 4184/8 4195/20
**cross [1]** 4186/2
**cross-examine [1]** 4186/2
**CRR [2]** 4243/2 4243/8
**cure [1]** 4230/20
**currently [1]** 4241/9
**custody [1]** 4229/19

**D**

**D.C [4]** 4182/5 4182/17 4183/21 4223/15
**damage [1]** 4219/10
**dangerous [1]** 4219/3
**data [2]** 4236/16 4237/18
**date [8]** 4188/16 4201/7 4201/8 4206/7 4209/14 4209/19 4227/14 4243/7
**dates [2]** 4201/15 4227/15
**David [2]** 4183/10 4184/10
**day [6]** 4182/7 4198/19 4218/12 4226/17 4240/20 4240/25
**days [7]** 4219/9 4223/24 4224/2 4224/6 4225/7 4225/8 4225/21
**days' [2]** 4223/13 4223/19
**dealt [2]** 4189/13 4220/3
**debate [1]** 4206/5
**decide [5]** 4197/13 4217/14 4218/8 4219/23 4219/25
**decided [1]** 4185/17
**decision [2]** 4185/19 4217/16
**deck [1]** 4233/8
**decks [1]** 4232/25
**defendant [27]** 4183/2 4183/6 4183/10

**4184/10** 4184/10
**4184/14** 4184/15
**4184/17** 4184/18
**4184/19** 4185/18
**4185/22** 4193/21
**4194/15** 4195/19
**4195/23** 4198/9
**4198/25** 4199/5
**4199/12** 4199/25
**4200/8** 4220/11
**4235/11**
**Defendant Hackett [1]** 4184/15
**Defendant Moerschel [1]** 4184/17
**Defendant Vallejo [1]** 4184/18
**defendants [8]** 4182/7 4184/21 4190/11 4204/6 4211/6 4212/18 4235/14 4241/3
**defense [15]** 4211/4 4212/3 4212/6 4212/20 4212/24 4213/4 4213/6 4213/9 4213/11 4217/3 4228/16 4228/22 4233/2 4237/3 4238/15
**defensive [1]** 4227/7
**defer [2]** 4216/21 4216/22
**define [1]** 4193/1
**delay [2]** 4207/5 4207/7
**delayed [2]** 4203/17 4209/21
**deleting [1]** 4187/11
**deliberating [1]** 4236/9
**deliver [1]** 4191/4
**demonstrative [3]** 4231/25 4237/6 4237/12
**depending [2]** 4185/13 4235/5
**depends [1]** 4192/25
**deploy [1]** 4227/8
**described [1]** 4233/7
**describes [1]** 4203/5
**description [2]** 4237/12 4237/12
**descriptive [1]** 4236/18
**deserves [3]** 4190/15 4199/16 4199/19
**detail [1]** 4240/23
**detained [1]** 4242/20
**determine [1]** 4193/6
**determining [1]** 4212/25
**did [22]** 4187/15 4191/18 4193/13 4200/10 4206/14 4206/17 4209/18 4212/8 4214/10 4214/21 4214/23 4215/4 4221/25 4222/11 4222/11 4228/20 4229/21

**4234/11** 4239/6 4239/8
**didn't [9]** 4187/1 4187/9 4218/11 4225/7 4227/8 4228/12 4234/4 4234/20 4235/22
**difference [1]** 4219/20
**different [8]** 4185/19 4190/8 4191/10 4191/20 4196/25 4219/14 4224/7 4235/3
**differently [1]** 4188/18
**digging [1]** 4220/4
**directing [1]** 4198/18
**direction [2]** 4196/11 4197/20
**directly [1]** 4205/16
**disagree [3]** 4205/14 4218/18 4219/20
**disagrees [1]** 4221/21
**discarded [1]** 4210/22
**discarding [2]** 4210/11 4210/16
**discharging [2]** 4211/14 4215/20
**discuss [1]** 4217/10
**discussion [3]** 4234/14 4236/13 4237/18
**disparate [1]** 4240/9
**distance [1]** 4222/25
**distinction [1]** 4226/18
**district [5]** 4182/1 4182/1 4182/10 4188/22 4189/1
**divergence [1]** 4220/22
**do [26]** 4186/20 4188/14 4193/22 4194/15 4195/23 4196/21 4198/2 4198/3 4198/9 4198/25 4199/12 4200/1 4200/8 4201/19 4217/1 4217/5 4217/6 4217/17 4217/23 4217/23 4219/9 4222/14 4234/7 4241/18 4242/5 4242/5
**Do you [1]** 4217/23
**document [1]** 4201/20
**documentary [1]** 4236/20
**does [13]** 4185/21 4189/1 4194/18 4195/17 4196/7 4197/5 4197/11 4197/19 4198/14 4198/20 4203/8 4205/16 4224/10
**doesn't [6]** 4200/1 4205/9 4210/3 4221/21 4226/18 4232/2
**dog [1]** 4229/16
**doing [3]** 4192/14 4224/23 4232/1
**don't [36]** 4186/12 4186/18 4189/11 4189/19 4190/3 4191/5

**4196/3** 4197/7 4198/17
**4199/21** 4199/23
**4201/17** 4216/21
**4217/22** 4221/1
**4223/16** 4225/21
**4225/23** 4226/14
**4227/10** 4228/4
**4228/10** 4229/15
**4230/6** 4233/5 4233/8
**4234/19** 4236/6
**4237/13** 4238/22
**4239/14** 4240/6
**4241/15** 4242/9
**done [4]** 4214/6 4217/12 4228/13 4242/23
**door [2]** 4187/8 4219/7
**doors [2]** 4186/23 4186/24
**doubt [1]** 4214/15
**down [3]** 4212/11 4212/15 4216/17
**draft [1]** 4214/19
**drafted [3]** 4196/13 4202/1 4210/16
**draw [1]** 4233/9
**driver's [1]** 4235/12
**dropped [1]** 4191/24
**dropping [2]** 4188/7 4241/13
**duck [1]** 4201/14
**during [6]** 4205/19 4224/25 4229/23 4231/25 4234/13 4235/22
**duties [2]** 4211/14 4215/21

**E**

**e-mail [1]** 4221/6
**each [9]** 4198/4 4198/5 4203/5 4211/24 4229/4 4230/16 4230/18 4237/25 4238/5
**ear [1]** 4204/25
**earlier [3]** 4187/25 4192/23 4227/4
**early [1]** 4240/15
**easier [2]** 4226/12 4238/2
**easily [1]** 4238/10
**edit [1]** 4213/16
**Edward [2]** 4183/19 4184/11
**Edwards [6]** 4182/15 4184/12 4217/10 4217/13 4218/22 4241/12
**effect [3]** 4190/3 4190/4 4213/7
**effectively [1]** 4220/13
**either [1]** 4233/4
**elected [7]** 4203/2 4208/2 4208/13 4208/21 4208/25 4209/3 4209/6
**election [4]** 4202/18

**election... [3]** 4207/23
4226/6 4226/7
**elections [1]** 4207/17
**electoral [5]** 4201/4
4209/11 4212/9 4214/9
4215/4
**electors [2]** 4202/18
4207/17
**elicited [1]** 4188/15
**else [3]** 4216/4
4219/21 4242/1
**elsewhere [1]** 4197/6
**email [9]** 4182/18
4182/19 4183/5 4183/8
4183/13 4183/17
4183/22 4220/3 4240/2
**emphasize [1]** 4198/22
**enacted [1]** 4205/25
**end [7]** 4198/19
4199/13 4205/1
4205/11 4212/16
4215/9 4234/15
**end-run [1]** 4205/11
**ended [1]** 4201/14
**ending [1]** 4201/8
**engage [1]** 4195/20
**engaged [1]** 4214/1
**enough [2]** 4190/4
4224/3
**enter [1]** 4208/17
**entered [4]** 4190/7
4190/10 4190/12
4191/9
**enters [4]** 4203/3
4208/3 4208/14
4209/12
**entire [1]** 4233/8
**entitled [2]** 4212/24
4220/22
**envelopes [1]** 4207/8
**especially [2]** 4217/25
4238/19
**essentially [2]** 4209/22
4211/22
**established [1]** 4224/3
**et [2]** 4182/6 4209/21
**evaluating [1]** 4190/21
**evaluation [1]** 4185/25
**even [2]** 4224/24
4226/14
**evening [3]** 4185/4
4232/25 4233/16
**event [1]** 4219/11
**events [1]** 4227/20
**every [3]** 4189/4
4205/23 4235/10
**everybody [4]** 4184/24
4191/4 4215/24
4242/24
**everyone [1]** 4184/6
**everything [2]** 4204/16
4204/17
**evidence [54]** 4186/22
4186/23 4187/12
4193/20 4194/14
4194/21 4195/22
4196/1 4196/10

4197/12 4198/2 4198/3
4198/5 4198/8 4198/21
4198/24 4199/5
4199/11 4199/11
4199/17 4199/19 4199/17
4199/25 4200/7
4201/18 4212/25
4213/12 4220/17
4223/12 4223/19
4223/22 4224/5
4224/20 4225/7 4226/4
4226/14 4227/5
4229/18 4233/22
4234/7 4234/8 4234/9
4235/5 4235/7 4235/24
4236/4 4236/6 4237/10
4237/24 4237/25
4238/18 4239/5
4239/24
**evidentiary [1]** 4231/22
**exact [1]** 4232/13
**exactly [1]** 4196/5
**examine [2]** 4186/2
4190/25
**Examiner [2]** 4241/1
4241/8
**Examiner Cain [2]**
4241/1 4241/8
**example [2]** 4221/2
4233/5
**exception [4]** 4235/9
4235/20 4237/17
4242/6
**exceptions [2]** 4225/5
4237/14
**excerpt [1]** 4232/3
**exchange [1]** 4233/17
**excluded [1]** 4185/17
**exclusion [1]** 4225/21
**excuse [1]** 4242/13
**excused [1]** 4242/21
**executed [1]** 4203/6
**executing [1]** 4209/22
**execution [2]** 4208/5
4208/17
**exhibit [22]** 4194/3
4194/4 4221/16
4233/11 4233/17
4233/21 4233/23
4234/1 4234/2 4234/23
4235/2 4235/3 4237/12
4240/4 4240/4 4240/6
4240/8 4240/12
4240/14 4240/19
4240/23 4241/24
**exhibits [13]** 4194/5
4218/16 4219/13
4222/1 4222/3 4223/5
4233/10 4234/15
4234/17 4236/15
4239/25 4240/10
4241/14
**exists [3]** 4201/16
4201/19 4201/24
**extensively [1]**
4235/10
**extent [2]** 4190/23

**Eye [1]** 4183/20

**F**

**F.3d [1]** 4220/10
**face [1]** 4238/6
**fact [12]** 4188/15
4189/16 4201/7 4207/2
4207/5 4212/20 4213/4
4213/9 4213/11
4220/24 4227/1 4227/3
**factors [1]** 4190/24
**facts [2]** 4186/15
4187/6
**fair [5]** 4186/24 4193/5
4196/4 4212/4 4225/18
**falls [1]** 4240/8
**falsely [1]** 4190/11
**FBI [2]** 4193/4 4193/15
4239/10
**few [3]** 4185/5 4235/21
4239/10
**fewer [1]** 4210/18
**fifth [1]** 4198/2
**fight [1]** 4229/16
**files [2]** 4210/12
4210/17
**final [6]** 4190/19
4194/17 4196/23
4197/18 4217/16
4241/21
**finalize [2]** 4185/1
4185/1
**finally [5]** 4200/21
4203/1 4208/1 4208/12
4241/1
**find [4]** 4193/24
4218/21 4220/4
4241/19
**fine [7]** 4189/21 4194/4
4211/2 4211/19
4214/16 4214/17
4228/16
**finish [1]** 4192/10
**firearm [8]** 4194/16
4194/23 4195/8
4195/18 4195/25
4196/6 4196/7 4196/10
**firearms [3]** 4194/7
4195/21 4198/21
**first [27]** 4191/8 4193/4
4193/15 4195/7
4196/16 4197/23
4202/2 4206/1 4211/9
4214/2 4214/19
4214/20 4214/25
4215/23 4219/22
4220/1 4220/1 4220/3
4222/3 4227/2 4227/4
4232/6 4232/22
4233/22 4234/2
4239/16 4239/24
**FL [2]** 4183/12 4183/16
**Florida [2]** 4235/25
4236/3
**focused [1]** 4186/25
**focusing [1]** 4208/20
**follow [1]** 4205/6
**following [2]** 4207/23

**follows [1]** 4204/17
4212/7 4214/7 4229/14
**food [13]** 4223/8
4223/11 4223/13
4223/19 4223/24
4224/3 4224/6 4224/11
4225/8 4225/8 4225/21
4226/3 4226/11
**force [6]** 4207/1
4212/10 4214/10
4215/6 4235/12
4235/13
**foregoing [1]** 4243/3
**forever [1]** 4185/9
**form [5]** 4185/2
4215/15 4216/5
4236/20 4238/2
**formally [2]** 4216/20
4216/21
**forms [1]** 4215/23
**Fort [1]** 4183/12
**forward [1]** 4200/9
**found [4]** 4221/6
4229/23 4229/23
4234/22
**foundation [2]** 4229/19
4235/19
**four [7]** 4205/19
4205/22 4205/24
4206/15 4206/22
4229/4 4242/4
**four-year [1]** 4206/22
**fourth [1]** 4198/1
**frame [4]** 4224/21
4224/24 4226/2
4235/22
**frankly [1]** 4193/12
**front [1]** 4215/1
**full [1]** 4226/2
**fulsome [1]** 4212/23
**further [3]** 4195/19
4198/22 4207/21
**fuzzy [1]** 4235/5

**G**

**gatekeeper [1]** 4221/1
**general [2]** 4188/20
4220/14
**generally [1]** 4188/23
**generic [1]** 4193/10
**get [13]** 4195/15
4200/10 4200/14
4206/21 4210/8
4217/13 4217/19
4218/7 4230/10
4230/11 4239/20
4241/24 4242/22
**gets [1]** 4224/15
**getting [1]** 4192/22
**give [12]** 4189/11
4190/13 4196/15
4199/14 4199/15
4199/18 4212/3 4212/5
4212/7 4221/11 4229/4
4229/6
**given [6]** 4202/2
4213/5 4223/18

**giving [1]** 4196/16
**gmail.com [2]** 4183/5
4183/8
**go [20]** 4192/6 4192/10
4192/11 4192/14
4193/17 4218/2 4218/7
4219/22 4221/11
4221/13 4229/1
4229/15 4229/24
4230/4 4230/7 4232/2
4233/12 4233/16
4234/4 4237/10
**go ahead [2]** 4192/10
4192/11
**goes [1]** 4219/25
**going [23]** 4192/12
4194/19 4198/16
4199/20 4210/20
4216/20 4217/10
4218/17 4223/1 4223/7
4223/22 4223/23
4223/23 4224/9
4224/13 4224/19
4226/1 4226/10
4228/23 4231/6 4237/4
4239/9 4240/20
**good [5]** 4184/5 4184/7
4184/23 4187/4
4242/24
**Gorda [1]** 4183/16
**got [8]** 4226/10
4228/20 4229/4
4238/23 4238/25
4239/17 4241/5
4242/17
**GoToMeeting [2]**
4240/13 4240/15
**government [34]**
4182/14 4184/13
4189/21 4190/10
4195/2 4196/16 4211/7
4213/1 4213/15
4214/14 4214/17
4215/9 4217/6 4218/1
4218/8 4218/17
4219/14 4219/19
4220/5 4221/21 4222/8
4223/2 4223/18 4225/3
4228/12 4231/3 4231/8
4231/9 4233/13
4233/21 4238/12
4239/5 4240/18 4242/9
**government's [13]**
4213/23 4218/14
4218/19 4222/1
4222/12 4225/6
4225/10 4228/21
4233/21 4233/23
4234/1 4234/2 4237/6
**grand [6]** 4186/9
4187/9 4187/15
4187/19 4188/1
4210/14
**great [1]** 4225/12
**greater [2]** 4189/15
4191/1

**greatest [9]** 4200/23
4201/2 4202/22
4203/13 4205/9
4208/23 4209/2 4209/4
4209/10
**group [1]** 4236/1
**guess [7]** 4199/23
4200/1 4206/16
4208/24 4209/2 4217/1
4229/14
**guilty [1]** 4204/2
**gun [1]** 4198/18

**H**

**Hackett [8]** 4183/6
4184/10 4184/15
4184/21 4187/10
4187/11 4211/6 4214/5
**had [38]** 4184/22
4187/10 4187/10
4187/10 4192/13
4192/22 4195/20
4196/18 4201/8 4206/6
4208/22 4210/15
4210/19 4214/1
4215/16 4215/16
4215/21 4215/22
4216/9 4220/5 4222/8
4222/21 4224/6
4225/12 4227/2 4227/3
4227/3 4228/18 4230/3
4233/22 4234/2 4234/3
4234/14 4234/15
4234/22 4239/3
4239/15 4240/5
**half [3]** 4231/4 4231/17
4240/25
**Halim [12]** 4183/6
4184/15 4186/2 4186/4
4186/13 4188/7 4194/8
4196/18 4197/13
4198/6 4231/10
4238/12
**hand [2]** 4209/18
4229/17
**handed [1]** 4208/25
**handshake [1]** 4228/19
**handwritten [1]**
4193/14
**happen [1]** 4223/1
**happening [1]** 4223/1
**happy [4]** 4189/19
4191/2 4205/13
4238/24
**hard [1]** 4215/1
**has [27]** 4185/8
4185/17 4189/13
4189/16 4189/23
4190/2 4200/24 4201/4
4203/10 4208/7 4213/1
4213/7 4218/17
4219/14 4219/19
4223/18 4226/10
4227/20 4228/12
4229/1 4229/1 4229/9
4230/7 4230/19 4238/1
4240/10 4241/9

**haven't [2]** 4217/12
4217/16
**having [5]** 4202/10
4202/21 4206/5 4215/1
4232/19
**haze [1]** 4228/20
**he [55]** 4185/18
4185/21 4186/14
4186/21 4187/1
4187/14 4187/15
4187/15 4187/15
4192/16 4192/19
4192/22 4193/14
4193/15 4200/16
4203/3 4208/3 4208/14
4208/17 4208/18
4209/11 4212/8
4212/13 4213/3
4213/12 4214/10
4214/11 4214/21
4214/23 4215/3 4215/6
4221/10 4222/25
4223/5 4223/7 4223/10
4223/15 4223/19
4223/22 4223/23
4223/23 4223/23
4224/1 4224/1 4224/6
4224/13 4224/19
4224/23 4225/7 4225/8
4225/13 4226/5 4227/1
4236/1 4236/2
**he didn't [1]** 4187/1
**he said [3]** 4186/14
4186/21 4187/14
**he's [6]** 4213/24
4214/5 4223/4 4223/20
4224/17 4226/1
**head [1]** 4218/18
**hear [6]** 4188/18
4203/12 4207/10
4231/8 4231/8 4233/24
4237/4 4238/25
**heard [2]** 4238/19
4238/20
**hearsay [1]** 4237/18
**helpful [5]** 4194/1
4236/8 4238/17
4238/23 4240/1
**helps [2]** 4202/14
4238/21
**her [2]** 4197/14 4207/3
**here [15]** 4184/25
4187/22 4193/3
4193/24 4195/7
4203/24 4205/6
4213/23 4227/3 4235/6
4235/8 4235/10
4235/25 4238/5
4239/20
**here's [2]** 4202/13
4207/12
**HI [1]** 4183/4
**highlight [2]** 4193/5
4199/21
**him [6]** 4186/13
4188/15 4192/14
4192/22 4217/19
4221/17

4207/6
**hindered [2]** 4203/16
4209/21
**hinges [2]** 4228/4
4228/10
**his [27]** 4186/10
4186/17 4187/20
4188/12 4188/16
4188/16 4192/20
4192/21 4192/25
4193/3 4193/4 4193/13
4193/14 4207/3
4208/18 4210/12
4210/13 4212/16
4213/3 4213/12
4214/13 4215/8
4221/21 4222/22
4223/7 4224/21
4235/21
**history [1]** 4191/20
**hold [2]** 4185/9
4205/19
**Holton [1]** 4220/10
**Honor [45]** 4184/7
4186/6 4187/4 4189/24
4193/12 4193/23
4195/1 4196/12
4198/12 4199/2 4200/3
4205/13 4208/6 4208/7
4208/8 4208/22 4210/5
4210/15 4211/8
4211/18 4211/25
4212/17 4213/13
4214/16 4215/11
4215/25 4216/2
4217/12 4219/17
4221/24 4223/9
4223/21 4227/17
4230/23 4231/12
4231/18 4233/20
4234/3 4234/6 4234/22
4237/4 4238/25
4239/17 4241/15
4242/21
**Honor's [1]** 4205/14
**HONORABLE [2]**
4182/9 4184/4
**hopefully [1]** 4242/14
**hotel [2]** 4223/20
4235/22
**hour [7]** 4231/3 4231/6
4231/6 4231/11
4231/14 4231/14
4231/17
**House [3]** 4202/17
4207/16 4207/21
**how [15]** 4186/12
4192/14 4192/25
4198/21 4211/14
4213/16 4214/7
4222/24 4223/4 4226/5
4227/10 4236/13
4236/16 4236/24
4238/15
**however [11]** 4190/6
4194/13 4195/17
4195/22 4198/7

4199/15 4199/24
4199/24 4200/6
**Hughes [3]** 4182/15
4184/12 4192/21

**I**

**I am [2]** 4212/7 4231/6
**I believe [7]** 4187/25
4193/25 4196/18
4206/25 4225/2 4234/3
4240/14
**I can [6]** 4189/11
4191/3 4198/22
4236/24 4238/24
4240/1
**I can't [1]** 4233/24
**I did [4]** 4221/25
4222/11 4230/16
4239/8
**I didn't [1]** 4234/20
**I didn't know [1]**
4228/12
**I don't [10]** 4186/18
4194/11 4198/17
4221/1 4223/16
4225/23 4226/14
4228/10 4230/6
4234/19
**I don't have [1]**
4199/23
**I don't recall [1]**
4201/17
**I guess [6]** 4199/23
4200/1 4206/16
4208/24 4209/2
4229/14
**I have [7]** 4189/10
4194/1 4216/14
4217/18 4223/10
4229/16 4230/25
**I just [8]** 4194/17
4203/9 4207/9 4208/24
4219/18 4221/7 4233/3
4233/5
**I know [5]** 4192/12
4230/3 4232/1 4232/5
4235/4
**I mean [9]** 4191/5
4192/5 4199/23 4203/8
4209/18 4210/2
4225/18 4225/19
4237/5
**I say [1]** 4186/25
**I think [63]**
**I thought [2]** 4223/6
4224/15
**I understand [6]**
4216/24 4225/25
4227/22 4233/2
4238/12 4238/13
**I want [6]** 4188/11
4194/16 4212/21
4216/18 4218/2
4227/18
**I wanted [1]** 4191/20
**I was [2]** 4192/12
4237/21

**I went [3]** 4193/23
4194/12 4200/18
**I will [6]** 4217/13
4217/21 4218/7
4218/21 4241/18
4242/14
**I work [1]** 4218/20
**I'd [9]** 4188/10 4188/12
4192/6 4209/21
4217/21 4218/6 4231/1
4231/11 4231/24
**I'll [20]** 4189/20 4190/1
4190/16 4197/13
4210/1 4212/2 4216/22
4217/5 4217/17
4217/18 4218/24
4225/2 4227/10
4227/11 4227/12
4229/24 4229/25
4231/14 4232/24
4241/25
**I'm [57]** 4188/3
4189/19 4190/5 4191/2
4191/15 4191/19
4191/23 4192/3
4194/25 4195/5
4198/16 4199/20
4200/4 4202/8 4204/9
4204/11 4205/13
4206/12 4208/6
4208/20 4212/3 4212/5
4213/2 4213/17
4214/16 4216/6
4216/20 4218/1 4218/6
4218/15 4218/17
4219/7 4220/4 4220/6
4220/9 4222/7 4222/17
4226/9 4227/16
4229/16 4229/20
4230/14 4230/25
4232/3 4234/15
4235/24 4236/15
4237/13 4237/14
4237/15 4238/23
4239/8 4239/18 4240/8
4241/6 4242/11
4242/17
**I'm going [2]** 4216/20
4218/17
**I'm just [6]** 4188/3
4191/19 4192/3 4208/6
4216/6 4237/15
**I'm not [8]** 4194/25
4195/5 4199/20 4202/8
4212/5 4237/14
4242/11 4242/17
**I'm not sure [5]** 4204/9
4206/12 4222/7 4226/9
4240/8
**I'm sorry [6]** 4227/16
4234/15 4235/24
4236/15 4239/8 4241/6
**I've [7]** 4203/18
4213/16 4228/15
4238/25 4239/17
4242/17 4242/19
**idea [2]** 4213/25
4219/4

**I**

**identity [1]** 4226/24
**II [29]** 4200/17 4200/21
4201/3 4201/6 4201/18
4201/19 4201/19
4201/20 4202/3 4202/5
4202/11 4203/1
4203/21 4203/22
4203/25 4204/4
4204/15 4204/21
4205/8 4205/18 4206/6
4206/14 4206/23
4207/13 4208/1
4208/12 4208/16
4208/17 4209/9
**III [2]** 4202/25 4207/20
**ilk [1]** 4227/9
**images [2]** 4232/7
4232/9
**immediately [1]**
4218/21
**impeach [1]** 4186/2
**implicates [1]** 4197/14
**important [2]** 4206/19
4209/15
**impression [3]**
4222/12 4222/21
4224/15
**inaccurate [1]** 4203/9
**inadvertently [1]**
4191/24
**inappropriate [1]**
4237/9
**inaugurated [1]**
4206/20
**incident [1]** 4192/17
**inclined [3]** 4191/15
4196/15 4198/12
**include [9]** 4185/21
4186/1 4194/5 4199/20
4213/6 4240/1 4240/22
4241/2 4241/9
**included [8]** 4185/15
4195/7 4211/23 4212/5
4213/20 4219/12
4234/19 4240/22
**including [5]** 4195/18
4198/22 4215/22
4234/20 4235/11
**inclusion [1]** 4215/17
**incomplete [1]** 4213/5
**inconsistency [3]**
4193/5 4193/6 4209/24
**inconsistent [20]**
4185/25 4186/14
4186/15 4186/17
4186/19 4186/21
4187/1 4187/2 4187/6
4187/20 4188/2 4188/5
4188/10 4188/14
4191/25 4192/20
4192/25 4193/14
4193/16 4210/1
**incorrect [1]** 4188/12
**independent [1]**
4237/25
**independently [2]**
4235/7 4235/17

---

**indictment [3]** 4210/10
4210/11 4210/19
**infer [3]** 4195/19
4196/21 4196/24
**influenced [1]** 4190/24
**information [3]**
4236/18 4237/1
4238/11
**informed [1]** 4220/18
**inherently [1]** 4195/10
**initial [1]** 4225/11
**Inn [3]** 4212/14
4214/11 4215/7
**innocence [5]** 4212/16
4212/19 4213/3
4214/14 4215/9
**insert [3]** 4194/20
4199/13 4205/9
**inside [1]** 4224/13
**insight [1]** 4231/2
**insofar [2]** 4209/19
4209/22
**instead [3]** 4212/18
4240/24 4241/21
**instruct [2]** 4232/22
4242/14
**instruction [28]** 4186/4
4188/11 4188/22
4189/6 4189/10
4189/13 4189/22
4189/24 4190/2 4191/8
4191/14 4193/16
4194/2 4194/8 4194/12
4194/17 4195/6 4196/4
4196/14 4196/15
4209/15 4211/4 4212/2
4212/3 4212/6 4238/14
4238/15 4241/14
**instructions [20]**
4185/1 4185/5 4185/10
4185/12 4197/7 4197/11
4200/16 4209/25
4210/4 4211/12
4211/15 4211/24
4215/14 4232/21
4239/4 4239/9 4241/20
4241/21 4241/22
4242/5
**intend [2]** 4219/1
4232/25
**intended [1]** 4217/11
**intending [2]** 4185/20
4218/13
**intent [1]** 4226/23
**interest [2]** 4190/8
4191/10
**interfere [3]** 4204/2
4204/6 4207/1
**interfered [1]** 4203/23
4205/3 4205/5
**interfering [2]** 4204/18
4215/19
**interview [2]** 4192/20
4193/4
**interviews [1]** 4192/8
**introduced [1]** 4187/17
**investigated [1]**

---

**invite [1]** 4232/11
**involved [1]** 4235/17
**involvement [1]**
4210/13
**is [212]**
**is there [4]** 4216/4
4232/1 4232/2 4242/1
**isn't [2]** 4187/19
4227/18
**issue [9]** 4200/15
4203/3 4209/19 4222/6
4228/12 4233/20
4234/10 4239/4
4241/23
**issues [1]** 4216/19
**it [192]**
**it would be [3]**
4203/24 4232/13
4237/9
**it's [70]**
**items [1]** 4217/8
**its [6]** 4213/1 4217/6
4221/23 4223/2
4233/13 4234/12
**itself [4]** 4195/9
4209/20 4229/3
4234/13

---

**J**

**Jackson [1]** 4183/11
**James [1]** 4235/25
**January [26]** 4182/5
4200/25 4201/6
4201/15 4203/4 4206/2
4206/3 4206/3 4206/18
4206/20 4206/22
4207/3 4207/23
4209/14 4210/1 4210/3
4222/19 4222/24
4223/5 4224/1 4224/19
4227/6 4235/20
4240/11 4240/15
4243/7
**January 20th [3]**
4201/6 4206/22 4207/3
**January 5th [1]**
4224/19
**January 6th [7]**
4207/23 4222/19
4222/24 4223/5 4227/6
4235/20 4240/11
**Jeff [1]** 4233/24
**Jeffrey [2]** 4182/14
4184/12
**jeffrey.nestler [1]**
4182/19
**Jennifer [1]** 4185/24
**join [5]** 4212/8 4214/10
4214/21 4214/23
4215/4
**jointly [1]** 4196/14
**Joseph [2]** 4183/6
4184/10
**Jr [1]** 4183/2
**judge [7]** 4182/10
4220/15 4239/1
4239/18 4242/18

---

**Judge Bates [2]**
4239/18 4242/19
**judgment [1]** 4190/14
**jumping [1]** 4237/15
**Jumps [1]** 4215/8
**juncture [1]** 4242/10
**jury [59]** 4182/9 4185/1
4185/5 4186/9 4187/9
4187/15 4187/19
4188/1 4191/14 4193/6
4193/10 4195/8
4195/25 4196/11
4196/21 4197/1
4197/12 4197/19
4198/1 4198/3 4198/18
4198/20 4210/3
4210/14 4211/12
4211/15 4211/23
4212/24 4217/23
4219/2 4219/13
4219/25 4219/25
4220/18 4220/22
4221/12 4221/13
4226/4 4228/23 4229/1
4229/8 4230/1 4230/4
4230/8 4232/1 4232/2
4232/10 4232/21
4234/4 4236/8 4237/5
4237/10 4238/2
4238/10 4238/15
4238/17 4239/4 4239/9
4242/5
**just [91]**
**juxtapositioning [1]**
4189/16

---

**K**

**Kailua [1]** 4183/4
**Kandaris [1]** 4225/13
**Kathryn [1]** 4182/14
**Kathryn.Rakoczy [1]**
4182/18
**keep [6]** 4191/15
4192/1 4192/7 4213/13
4238/20 4238/21
**Keepers [3]** 4212/13
4213/19 4214/1
**Kelly [1]** 4236/2
**Kelly Meggs [1]**
4236/2
**Kelsey's [1]** 4239/25
**kind [2]** 4185/7
4205/11
**kinds [3]** 4189/17
4190/20 4235/5
**know [25]** 4186/12
4189/11 4191/5 4191/5
4191/6 4191/8 4191/12
4192/12 4192/24
4195/16 4196/6 4216/8
4216/21 4226/14
4227/2 4227/10
4228/12 4229/20
4230/3 4232/1 4232/5
4235/4 4242/3 4242/9
4242/19
**knowledge [1]** 4226/24

---

**known [1]** 4227/15

---

**L**

**lack [1]** 4226/25
**laid [1]** 4235/19
**lame [1]** 4201/14
**Lane [1]** 4183/7
**language [27]** 4188/8
4190/1 4191/24 4194/9
4194/11 4194/25
4195/16 4196/19
4198/7 4199/14
4200/17 4201/2 4201/3
4201/24 4202/1 4202/4
4202/23 4204/5
4204/10 4205/1 4205/9
4211/1 4212/18
4212/20 4213/7
4232/14 4232/21
**larger [1]** 4238/8
**last [19]** 4185/4
4189/10 4189/12
4194/8 4194/13 4196/5
4198/12 4198/14
4199/20 4200/3 4200/6
4208/8 4209/25
4216/13 4217/8 4217/8
4217/18 4223/16
4241/6
**later [1]** 4191/11
**latest [1]** 4233/16
**law [10]** 4183/2
4195/12 4197/11
4198/17 4203/6 4205/3
4212/23 4219/17
4236/24 4238/23
**lawful [1]** 4194/22
**lawfully [2]** 4195/14
4195/21
**laws [1]** 4208/4
**layer [1]** 4220/1
**leader [1]** 4236/1
4236/2
**Leadership [1]**
4235/12
**leads [1]** 4196/10
**least [14]** 4185/20
4188/17 4191/13
4199/6 4209/22
4215/22 4220/1
4222/12 4224/15
4227/20 4229/22
4234/20 4239/23
4240/18
**leave [10]** 4193/9
4194/19 4197/13
4198/12 4198/16
4218/24 4218/25
4229/24 4229/25
4235/22
**Leaving [1]** 4219/3
**Lee [1]** 4183/2
**left [7]** 4192/23
4215/16 4215/21
4215/22 4218/12
4222/21 4230/16
**legal [1]** 4207/2
**legitimacy [1]** 4205/3

4251

## L

**legitimate [1]** 4205/2
**length [1]** 4231/1
**less [1]** 4204/17
**let [4]** 4195/4 4216/17
4216/20 4242/19
**let's [2]** 4211/5
4215/15
**license [1]** 4235/21
**like [22]** 4188/10
4188/12 4189/9
4197/18 4199/4
4199/13 4199/16
4201/24 4204/11
4204/25 4205/11
4215/14 4217/21
4218/7 4219/20
4223/25 4228/22
4231/11 4231/24
4233/6 4233/7 4241/25
**limit [1]** 4187/24
**limited [2]** 4219/5
4219/8
**limiting [1]** 4238/14
4238/15
**line [5]** 4233/3 4235/4
4235/9 4235/9 4242/10
**Line 1 [1]** 4235/9
**link [1]** 4224/4
**list [3]** 4216/18 4217/9
4228/14
**listed [1]** 4211/14
**lists [3]** 4211/9
4233/11 4233/17
**literally [1]** 4202/4
**litigate [1]** 4209/18
**litigated [2]** 4206/25
4235/9
**little [9]** 4185/12
4191/6 4201/9 4203/10
4209/7 4219/8 4233/2
4235/4 4239/15
**long [1]** 4201/13
**look [1]** 4191/5
4192/6 4198/16
4200/18 4215/14
4216/18 4221/23
4226/13 4230/16
4238/24 4241/25
**looked [2]** 4223/10
4223/17
**looking [4]** 4190/5
4191/23 4213/17
4237/13
**lot [3]** 4228/19 4237/18
4238/20
**Louis [1]** 4184/13
**Louis Manzo [1]**
4184/13

## M

**made [3]** 4187/25
4192/19 4217/16
**mail [1]** 4221/6
**main [1]** 4184/25
**maintain [1]** 4198/13
**make [12]** 4193/8
4193/9 4196/4 4198/14

**makes [4]** 4185/19
4185/19 4210/18
4220/20
**making [4]** 4187/5
4218/15 4232/3
4242/17
**manner [1]** 4220/25
**many [3]** 4220/10
4227/10 4229/8
**Manzo [1]** 4184/13
**March [6]** 4201/11
4201/12 4205/23
4205/23 4206/2 4206/7
**Marion [1]** 4183/15
**Martin [1]** 4183/10
4184/16
**match [4]** 4211/12
4211/23 4212/17
4212/21
**material [1]** 4193/3
**matt [1]** 4183/22
**matter [2]** 4219/12
4243/4
**matters [2]** 4185/2
4185/5
**Matthew [2]** 4183/19
4184/18
**Matthew Peed [1]**
4184/18
**may [43]** 4185/11
4187/24 4188/2
4189/17 4190/6 4190/9
4190/24 4191/9
4191/24 4193/11
4194/13 4194/20
4195/19 4195/21
4196/20 4196/21
4196/24 4196/25
4197/1 4197/5 4197/7
4197/9 4198/7 4198/20
4198/23 4198/23
4199/4 4199/5 4199/11
4199/17 4199/24
4199/24 4200/6 4203/9
4213/11 4218/11
4219/20 4220/11
4220/15 4229/17
4233/2 4239/1 4242/21
**maybe [6]** 4190/3
4191/6 4196/10
4229/20 4229/24
4231/7
**me [23]** 4191/23
4195/4 4199/3 4200/11
4204/9 4205/11
4206/11 4215/1
4216/17 4216/20
4217/22 4223/1 4226/3
4229/6 4229/23
4230/18 4230/19
4237/16 4238/22
4239/4 4241/24
4241/25 4242/13
**mean [13]** 4191/5

**4200/21 4203/8**
4206/10 4209/18
4210/2 4225/18
4225/19 4226/13
4237/5 4241/19
**meaning [1]** 4200/2
**means [2]** 4206/6
4236/18
**media [2]** 4210/12
4210/17
**meet [1]** 4207/22
**Meggs [1]** 4236/2
**MEHTA [2]** 4182/9
4184/4
**member [1]** 4215/19
**members [3]** 4211/13
4215/20 4235/21
**mention [1]** 4210/1
**mentioned [1]** 4230/17
**mere [2]** 4194/22
4195/13
**messaged [1]** 4225/13
**Messrs. [1]** 4214/5
**Messrs. Minuta [1]**
4214/5
**met [1]** 4213/1
**might [8]** 4194/9
4210/16 4217/14
4217/15 4218/3
4218/20 4219/9 4233/9
**mind [1]** 4192/18
**minimized [1]** 4192/22
**minimum [4]** 4187/19
4191/13 4192/5 4192/7
**MINUTA [8]** 4182/6
4183/2 4184/9 4184/14
4184/19 4210/11
4211/6 4214/5
**Minuta's [2]** 4200/13
4210/9
**minute [1]** 4217/18
**minutes [1]** 4231/7
**mirror [1]** 4210/10
**misrecollecting [2]**
4218/11 4229/20
**misremembering [1]**
4221/7
**mistake [2]** 4192/1
4226/24
**modified [3]** 4185/25
4193/20 4205/23
**modifies [1]** 4205/21
**modify [2]** 4210/1
4212/17
**Moerschel [5]** 4183/10
4184/10 4184/17
4184/21 4211/6 4214/6
**Monday [1]** 4232/25
**moniker [1]** 4238/7
**monikers [2]** 4235/16
4236/5
**montage [1]** 4234/21
**montages [1]** 4218/3
**months [2]** 4222/19
4223/4
**more [11]** 4185/7
4193/11 4199/21

**4214/4 4227/20**
4238/10 4239/10
4241/22
**morning [3]** 4240/24
4242/7 4242/16
**most [6]** 4195/6
4197/15 4204/24
4207/2 4207/5 4225/3
**mostly [1]** 4218/3
**motion [3]** 4216/21
4216/23 4217/2
**motivated [1]** 4190/10
**motivations [1]**
4191/17
**motive [1]** 4226/23
**move [1]** 4241/20
**moving [5]** 4185/10
4185/16 4200/9
**Mr [1]** 4217/13
**Mr. [83]**
**Mr. Berry [6]** 4185/15
4186/3 4186/22
4187/11 4193/9
4193/13
**Mr. Edwards [3]**
4217/10 4218/22
4241/12
**Mr. Hackett [2]**
4187/10 4187/11
**Mr. James [3]** 4185/25
**Mr. Kandaris [1]**
4225/13
**Mr. Minuta [1]** 4211/6
**Mr. Minuta's [2]**
4200/13 4210/9
**Mr. Nestler [2]** 4218/22
4230/19
**Mr. Nestler's [1]**
4237/11
**Mr. Peed [16]** 4185/13
4185/20 4202/13
4203/10 4204/8
4213/16 4214/18
4222/9 4222/22 4223/6
4224/15 4226/1
4226/10 4227/13
4231/16 4242/3
**Mr. Peed's [5]** 4200/16
4212/1 4221/2 4224/20
4227/1
**Mr. Rhodes [1]**
4235/13
**Mr. Shipley [12]**
4190/1 4192/13
4192/15 4197/16
4197/19 4210/25
4216/20 4217/9
4219/14 4219/20
4221/10 4231/5
**Mr. Siekerman [1]**
4235/20
**Mr. Ulrich's [1]**
4185/15
**Mr. Vallejo [21]**
4185/17 4212/8
4212/12 4212/18
4213/8 4213/10 4214/7

**4214/13 4215/3 4215/8**
**4222/13 4222/18**
4222/24 4223/3
4223/13 4223/22
4224/6 4225/7 4225/9
4225/13 4235/14
**Mr. Vallejo's [5]**
4212/12 4213/2
4213/18 4222/16
4223/25
**Mr. Weinberg [1]**
4231/13
**Mr. Wickham [1]**
4240/17
**Ms. [13]** 4186/2 4186/4
4186/13 4188/7
4192/21 4194/8
4196/18 4197/13
4198/6 4231/10 4234/5
4238/12 4240/2
**Ms. Badalament [1]**
4234/5
**Ms. Halim [6]** 4186/2
4186/4 4186/13 4188/7
4194/8 4196/18
4197/13 4198/6
4231/10 4238/12
**Ms. Hughes [1]**
4192/21
**Ms. Wilson [1]** 4240/2
**much [6]** 4190/14
4192/24 4199/18
4200/2 4239/14 4240/4
**murky [1]** 4235/5
**must [12]** 4197/6
4202/16 4203/2
4207/15 4207/22
4207/24 4208/2
4208/14 4209/11
4214/14 4215/9
4220/18
**my [34]** 4187/2
4191/20 4192/1 4192/6
4192/17 4195/1
4195/24 4201/8 4201/9
4201/22 4202/13
4203/14 4204/2
4204/23 4204/25
4212/2 4216/18
4218/18 4219/3
4219/17 4219/22
4221/9 4222/12
4222/21 4224/12
4225/9 4225/11
4228/14 4229/14
4229/17 4230/16
4231/25 4234/10
4242/22
**Myers [1]** 4183/12

## N

**name [2]** 4238/6
4238/7
**names [3]** 4185/15
4235/16 4236/5
**naturally [1]** 4202/11
**necessarily [2]**
4189/18 4228/23

**N**

necessary [2] 4196/3
4217/17
need [2] 4210/3
4223/16
needing [1] 4231/7
needs [2] 4203/6
4216/5
Nestler [4] 4182/14
4184/12 4218/22
4230/19
Nestler's [1] 4237/17
neutral [2] 4196/20
4234/8
neutrality [1] 4197/17
never [7] 4201/6
4201/7 4206/6 4212/13
4214/8 4214/22
4214/23
new [2] 4221/15
4221/16
next [2] 4200/15
4221/17
nexus [1] 4227/20
nickname [1] 4238/7
Ninth [6] 4189/7
4189/22 4190/17
4190/19 4191/2 4191/3
Ninth Circuit [2]
4189/7 4190/19
no [13] 4182/4 4184/8
4184/9 4192/19
4193/23 4211/2
4211/17 4212/12
4213/19 4217/25
4220/15 4232/22
4242/2
not [102]
note [3] 4193/5 4225/2
4232/19
noted [4] 4185/11
4185/24 4192/8
4200/10
notes [4] 4192/7
4200/10 4200/11
4236/16
nothing [1] 4195/10
now [10] 4184/3
4185/9 4189/19 4206/1
4212/23 4218/18
4220/4 4224/6 4239/7
4239/22
number [13] 4193/22
4194/4 4200/24 4201/2
4202/22 4203/13
4205/9 4208/23 4209/2
4209/4 4209/10
4238/19 4238/20
numbers [3] 4193/24
4194/3 4194/6
NW [2] 4182/16
4183/20

**O**

oath [13] 4186/1
4187/25 4191/25
4200/25 4203/2 4208/2
4208/10 4208/14

4205/18 4209/11
4212/13 4213/19
4214/1
Oath Keepers [3]
4212/13 4213/19
4214/1
object [4] 4194/13
4194/17 4220/11
4237/4
objected [1] 4196/16
objection [14] 4198/13
4210/25 4211/7
4211/17 4216/8
4216/11 4220/14
4222/13 4223/3 4233/6
4233/9 4234/12
4238/13 4241/13
objections [3] 4220/20
4233/4 4233/18
observation [1]
4188/21
obstruction [1]
4200/14
obviously [6] 4185/18
4191/16 4197/8
4197/14 4210/2
4219/13
occasion [1] 4226/21
occasions [1] 4220/11
occurs [1] 4191/23
odds [2] 4233/13
4233/13
off [2] 4218/12 4218/18
offender [1] 4230/14
Offense [3] 4186/10
4186/16 4187/2
offensive [4] 4227/6
offered [1] 4220/15
offering [2] 4225/16
4225/17
offers [1] 4220/21
office [8] 4182/16
4203/3 4203/7 4205/19
4208/3 4208/14
4208/18 4209/12
OFFICES [1] 4183/2
official [1] 4240/19
oh [1] 4232/10
Ohio [2] 4235/25
4236/3
okay [46] 4184/25
4186/4 4186/7 4188/6
4188/17 4193/18
4193/20 4194/6 4200/5
4200/8 4206/4 4210/6
4211/3 4211/4 4211/21
4215/10 4216/1
4216/25 4217/4
4217/20 4218/10
4218/23 4221/8
4221/19 4222/5
4222/15 4226/8
4227/12 4228/1 4230/2
4230/9 4230/12
4230/22 4231/10
4232/17 4232/23
4233/19 4237/2 4239/2
4239/6 4239/7 4239/12

4241/11 4241/16
omissions [1] 4192/8
omitted [1] 4193/4
once [3] 4192/13
4195/11 4214/2
one [44] 4185/7
4185/20 4186/9 4186/9
4187/8 4187/9 4192/17
4193/21 4195/5
4198/16 4201/1
4202/10 4208/6
4208/10 4214/24
4216/6 4216/13 4217/7
4218/6 4219/19
4220/19 4223/6
4224/10 4228/12
4228/15 4229/1
4229/17 4229/22
4229/24 4230/3
4230/23 4230/25
4233/20 4234/19
4234/20 4236/15
4236/15 4238/8 4238/9
4238/11 4239/4
4239/13 4241/18
4241/23
ones [4] 4217/14
4223/15
only [11] 4193/21
4204/9 4204/19 4218/5
4218/6 4218/15
4218/15 4220/18
4222/6 4223/21 4234/8
open [8] 4202/17
4207/16 4215/16
4217/8 4218/25 4219/3
4219/7 4233/20
opened [2] 4186/23
4186/24
opening [3] 4187/7
4207/7 4219/7
opinion [1] 4185/23
opinions [1] 4189/13
opportunity [3] 4217/1
4219/15 4226/23
oppose [3] 4212/9
4214/9 4215/5
opposed [6] 4189/15
4201/20 4205/3
4206/10 4214/22
4229/18
opposite [1] 4226/16
order [3] 4195/7
4226/20 4238/18
original [4] 4201/1
4201/10 4201/20
4206/16
originally [1] 4205/18
Ortega [1] 4241/13
Ortega's [1] 4240/4
other [32] 4185/2
4186/9 4187/8 4187/16
4188/4 4189/15
4189/17 4189/17
4190/8 4191/1 4191/10
4192/19 4197/3 4198/5
4199/17 4209/18

4220/16 4222/6
4224/10 4226/17
4228/16 4229/16
4233/17 4235/7
4235/10 4235/14
4235/15 4235/24
4236/5 4240/10
others [1] 4202/5
otherwise [2] 4195/13
4242/1
ought [1] 4229/24
our [7] 4185/1 4197/21
4211/11 4217/9 4221/6
4235/1 4235/23
out [18] 4186/24
4188/3 4188/18
4192/23 4195/11
4197/11 4199/3
4201/24 4202/23
4203/19 4205/6 4207/8
4207/18 4225/20
4232/8 4237/15
4239/20 4241/2
outside [2] 4224/23
4226/2
outstanding [4] 4185/5
4216/18 4241/23
4241/24
overall [2] 4191/7
4191/13
own [2] 4191/20
4202/5

**P**

P. [1] 4184/4
p.m [4] 4182/6 4207/22
4242/22 4242/25
PA [1] 4183/7
page [12] 4185/7
4185/8 4185/11
4185/11 4185/16
4185/16 4185/23
4190/5 4200/9 4200/16
4210/8 4239/22
paper [2] 4238/6
4238/8
paperwork [3] 4228/17
4229/8 4229/12
paragraph [3] 4190/5
4190/20 4211/9
paragraphs [1] 4220/5
parenthetical [1]
4211/10
parentheticals [1]
4211/22
parrot [1] 4210/10
part [13] 4203/21
4203/22 4203/23
4209/15 4212/14
4214/11 4215/7
4219/12 4223/21
4229/2 4229/13 4236/1
4238/1
participants' [1]
4185/12
particular [4] 4198/19
4218/6 4226/21

particularly [1] 4236/8
parties [7] 4196/14
4196/17 4228/18
4229/2 4229/10
4229/13 4230/2
parts [1] 4203/14
party [1] 4220/20
party's [1] 4220/19
pattern [3] 4189/2
4189/6 4191/2
Pause [1] 4207/11
4209/8
PDF [1] 4238/9
peace [1] 4185/9
Peed [19] 4183/19
4183/19 4184/18
4185/13 4185/20
4202/13 4203/10
4204/8 4213/16
4214/18 4222/9
4222/22 4223/6
4224/15 4226/1
4226/10 4227/13
4231/16 4242/3
Peed's [5] 4200/16
4212/1 4212/2 4224/20
4227/1
penalty [1] 4188/1
people [2] 4237/8
4238/19
percent [1] 4220/7
perhaps [1] 4222/7
period [2] 4203/3
4208/3
perjury [1] 4188/1
permissible [1]
4232/13
permit [1] 4227/11
person [20] 4184/19
4195/13 4195/21
4200/23 4200/24
4202/21 4202/21
4203/2 4203/6 4203/13
4208/2 4208/13
4208/21 4208/23
4209/3 4209/4 4209/6
4209/10 4223/17
4226/21
person's [2] 4222/23
4226/20
perspective [1] 4187/3
Philadelphia [1]
4183/7
phone [2] 4210/17
4210/22
photo [1] 4235/21
photographs [8]
4222/9 4222/17
4223/14 4227/11
4235/19 4236/5 4238/5
4238/5
photos [2] 4224/16
4226/1
phrase [4] 4197/6
4208/20 4208/22
4236/13
phrased [3] 4199/4

**P**

phrased... **[2]** 4199/7 4199/15
physical **[1]** 4230/1
picture **[1]** 4238/7
piece **[2]** 4237/25 4238/6
pieces **[2]** 4187/22 4238/8
place **[2]** 4196/16 4241/19
Plaintiff **[1]** 4182/4
plan **[7]** 4212/12 4212/14 4213/25 4214/12 4215/7 4226/24 4242/3
planned **[7]** 4194/15 4195/23 4198/9 4198/25 4199/12 4200/1 4200/8
planning **[1]** 4242/9
plea **[6]** 4185/14 4186/10 4188/4 4188/8 4190/9 4190/12
plea agreement **[3]** 4186/10 4188/4 4188/8
please **[4]** 4184/5 4208/9 4233/12 4233/15
pluralizing **[1]** 4188/3
PO **[1]** 4183/3
point **[9]** 4187/4 4187/5 4191/16 4193/2 4209/2 4216/23 4225/20 4226/6 4236/24
pointing **[1]** 4188/3
politics **[1]** 4226/7
portion **[3]** 4188/11 4201/3 4201/18
portions **[2]** 4230/5 4231/25
position **[7]** 4197/21 4213/23 4222/16 4228/21 4235/1 4235/23 4240/17
possess **[1]** 4195/18
possessed **[2]** 4195/14 4195/21
possession **[9]** 4194/22 4194/22 4195/8 4195/25 4196/6 4196/7 4196/9 4198/19 4227/19
potentially **[1]** 4232/11
power **[2]** 4208/4 4209/16
PowerPoint **[2]** 4232/8 4238/8
precaution **[1]** 4218/16
precise **[1]** 4189/25
predisposition **[1]** 4195/20
prefer **[2]** 4209/1 4214/19
preference **[1]** 4228/25
prejudicial **[1]** 4236/7
preliminarily **[1]** 4185/6
preparation **[2]** 4226/24
prepared **[6]** 4205/13 4212/3 4212/5 4212/7 4212/24 4233/15
presence **[2]** 4202/16 4207/15
present **[5]** 4212/19 4213/4 4213/8 4213/10 4219/14
presented **[6]** 4186/15 4212/25 4213/6 4213/12 4218/14 4220/17
presenting **[1]** 4237/24
presents **[1]** 4185/13
Presidency **[1]** 4203/7
President **[27]** 4200/25 4201/15 4202/15 4202/15 4202/16 4202/22 4202/23 4203/2 4203/13 4204/25 4205/18 4205/19 4205/24 4206/1 4207/2 4207/6 4207/14 4207/15 4208/2 4208/14 4208/21 4208/25 4209/3 4209/4 4209/5 4209/6 4209/11
President's **[2]** 4206/19 4206/22
Presidential **[6]** 4201/10 4202/18 4205/1 4207/17 4207/23 4226/7
presiding **[1]** 4184/4
presumably **[1]** 4201/18
presumptively **[1]** 4188/17
pretrial **[1]** 4235/10
prevent **[4]** 4207/4 4207/6 4211/13 4215/20
previously **[1]** 4203/9
primarily **[1]** 4227/7
prior **[12]** 4185/25 4186/8 4186/18 4186/20 4186/25 4191/25 4192/20 4212/12 4213/19 4226/15 4226/19 4226/19
probably **[6]** 4230/14 4231/14 4231/15 4241/19 4241/22 4242/4
problem **[3]** 4199/23 4220/24 4232/20
problematic **[1]** 4199/3
procedurally **[1]** 4228/17
procedures **[2]** 4205/6 4207/24
proceeding **[1]** 4240/19
proceedings **[4]**
process **[1]** 4209/16
processing **[1]** 4208/7
produce **[1]** 4218/8
prohibition **[2]** 4232/1 4232/2
proof **[8]** 4194/14 4194/24 4195/22 4198/8 4198/25 4199/3 4199/6 4199/9
propensity **[1]** 4226/3
proposal **[4]** 4204/3 4205/14 4211/5 4212/16
propose **[9]** 4185/7 4194/9 4194/12 4207/12 4210/9 4210/15 4210/21 4217/22 4221/22
proposed **[2]** 4211/7 4213/15
protected **[1]** 4195/9
protects **[1]** 4197/25
prove **[12]** 4212/16 4212/20 4213/3 4213/4 4213/9 4213/10 4213/11 4214/13 4214/14 4215/8 4215/9 4226/20
provide **[3]** 4195/17 4221/10 4240/1
provided **[1]** 4220/5
provides **[14]** 4200/23 4202/15 4202/20 4203/2 4204/1 4204/5 4204/16 4204/22 4205/7 4207/14 4207/21 4208/2 4208/13 4209/10
providing **[1]** 4218/1
proving **[2]** 4212/19 4226/23
provision **[1]** 4209/22
provisions **[1]** 4203/5
publication **[1]** 4188/23
Punta **[1]** 4183/16
purely **[1]** 4223/3
purpose **[10]** 4184/25 4196/25 4197/1 4197/3 4197/4 4207/22 4219/5 4221/16 4226/23 4229/6
purposes **[7]** 4195/14 4196/8 4219/8 4227/4 4227/6 4227/7 4239/5
pursuant **[2]** 4229/9 4235/18
put **[11]** 4193/8 4199/10 4201/17 4207/4 4223/18 4225/6 4234/5 4237/7 4237/8 4238/4 4238/9
putting **[1]** 4232/3

**Q**

QRF **[4]** 4227/4 4227/8 4242/25 4243/4
qualifier **[1]** 4197/25
qualify **[1]** 4239/14
Queen **[1]** 4183/7
question **[3]** 4222/25 4230/23 4231/19
questions **[3]** 4191/17 4222/8
Quick **[2]** 4235/11 4235/13
quickly **[1]** 4239/22
quite **[1]** 4190/4
quotes **[1]** 4220/9

**R**

raise **[5]** 4185/8 4191/17 4191/20 4233/18 4239/5
raised **[7]** 4200/17 4203/4 4203/11 4216/9 4222/8 4228/15 4234/12
Rakoczy **[1]** 4182/14
rally **[2]** 4222/19 4226/6
ran **[2]** 4205/23 4206/2
rather **[7]** 4188/2 4208/22 4214/14 4214/20 4215/9 4217/17 4227/19
ratification **[1]** 4206/15
reached **[1]** 4215/17
reaction **[4]** 4212/2 4225/11 4235/12 4235/13
read **[11]** 4190/16 4200/6 4201/25 4202/2 4206/24 4208/8 4214/25 4215/3 4230/5 4236/14 4236/17
reading **[1]** 4220/9
reads **[1]** 4190/6
ready **[2]** 4233/12 4233/15
real **[1]** 4219/10
really **[3]** 4200/2 4226/18 4229/7
reason **[1]** 4227/5
reasonable **[1]** 4214/15
reasons **[1]** 4190/21
rebuttal **[4]** 4217/7 4233/13 4242/6 4242/10
recall **[3]** 4192/3 4193/11 4201/17
received **[4]** 4185/4 4207/2 4207/5 4219/13
receiving **[1]** 4202/21
recognize **[1]** 4210/19
recollection **[3]** 4188/12 4229/17 4234/10
reconvene **[1]** 4185/3
record **[10]** 4193/12 4194/16 4210/2 4216/22 4228/24
qualifier **[1]** 4197/25
recording **[2]** 4220/12 4220/23
records **[7]** 4235/18 4237/20 4240/9 4240/9 4240/13 4240/15 4240/23
Red **[4]** 4188/23 4190/2 4191/8 4220/9
Red Book **[4]** 4188/23 4190/2 4191/8 4220/9
redirect **[1]** 4187/17 4192/22
redlines **[1]** 4239/23
referencing **[1]** 4209/14
referred **[1]** 4240/6
referring **[1]** 4204/9
reflect **[3]** 4193/21 4214/4 4224/10
reflects **[1]** 4237/6
regarding **[1]** 4189/24 4231/22
reinsert **[1]** 4193/18
related **[2]** 4226/6 4239/15
relevance **[1]** 4225/25
relevant **[6]** 4203/22 4223/4 4224/18 4224/21 4224/24 4235/22
remember **[1]** 4240/6
remembering **[1]** 4220/6
reminded **[2]** 4230/25 4239/3
reminder **[1]** 4233/12
remote **[1]** 4227/19
removed **[1]** 4199/9
removes **[1]** 4203/3
removing **[1]** 4205/15
renew **[1]** 4217/2
repair **[1]** 4192/21
Representatives **[3]** 4202/17 4207/16 4207/22
represents **[1]** 4237/9
request **[1]** 4188/21
requested **[1]** 4198/11
require **[1]** 4208/5
required **[18]** 4194/21 4198/7 4198/23 4198/24 4199/25 4200/7 4200/24 4206/20 4212/15 4212/19 4213/3 4213/4 4213/8 4213/10 4213/10 4214/13 4215/8 4221/22
requirement **[1]** 4230/7
research **[1]** 4201/9
reserve **[1]** 4231/11
resolution **[1]** 4216/5
resolve **[1]** 4189/19
resolved **[3]** 4220/24 4227/7 4222/10
respect **[1]** 4202/7

**R**

respects [2] 4193/3
4193/4
rest [1] 4194/3
rested [1] 4234/16
result [1] 4201/13
review [3] 4220/2
4220/16 4238/18
reviewing [1] 4238/18
revise [1] 4241/16
revised [2] 4186/4
4194/9
Rhodes [1] 4235/13
rifles [5] 4224/11
4225/12 4225/14
4225/22 4226/3
right [51] 4184/23
4186/11 4187/13
4187/18 4187/23
4190/5 4193/22
4193/24 4194/7 4195/9
4195/17 4200/9 4202/9
4203/20 4204/13
4208/24 4209/1
4209/17 4211/22
4213/14 4213/22
4214/3 4215/2 4215/12
4215/15 4216/3
4216/10 4216/13
4216/17 4217/8
4218/18 4221/3 4222/2
4222/20 4223/8 4224/6
4224/8 4225/18
4225/24 4227/25
4228/6 4228/11
4229/11 4230/13
4232/15 4234/18
4234/24 4239/20
4241/12 4241/16
4242/13
RIOS [2] 4183/11
4183/15
riot [1] 4240/6
rise [2] 4184/2 4184/3
RMR [2] 4243/2 4243/8
Robert [1] 4183/10
ROBERTO [2] 4182/6
4184/9
rolled [1] 4201/15
rolling [1] 4228/17
rule [10] 4211/16
4216/21 4216/22
4226/18 4236/10
4236/12 4236/16
4237/23 4237/24
4241/25
Rule 12 [1] 4211/16
Rule 29 [1] 4216/22
Rule 404 [1] 4226/18
ruled [3] 4209/21
4234/3 4240/10
ruling [2] 4211/16
4227/22
run [3] 4194/18
4205/11 4242/17

**S**

safe [1] 4231/15

said [23] 4186/14
4186/21 4186/22
4186/23 4187/14
4187/15 4194/9
4195/11 4197/16
4197/19 4204/19
4208/7 4208/22 4224/6
4228/7 4235/11
4235/13 4235/14
4235/25 4236/2 4236/3
4236/21 4238/13
same [16] 4191/13
4191/14 4193/2
4195/11 4199/14
4204/25 4220/23
4223/14 4227/2 4227/5
4227/9 4227/9 4232/19
4237/22 4240/9
4240/17
saw [5] 4223/7
4223/18 4224/13
4224/19 4224/25
say [29] 4186/12
4186/20 4186/25
4187/1 4187/25
4192/12 4195/4
4195/12 4197/5
4198/11 4198/20
4203/25 4204/11
4204/14 4208/25
4213/3 4213/7 4213/9
4216/20 4218/18
4223/6 4223/10
4224/13 4224/19
4225/7 4226/11 4229/8
4231/6 4231/9
saying [4] 4205/2
4209/6 4237/14
4237/21
says [17] 4190/21
4191/8 4196/5 4196/6
4197/2 4197/3 4197/5
4197/24 4198/1 4198/2
4198/7 4205/8 4208/16
4208/17 4210/10
4210/11 4224/25
scanning [1] 4237/15
schedule [1] 4233/14
scott [3] 4183/14
4183/17 4184/16
Scott Weinberg [1]
4184/16
scrolling [1] 4216/7
scrutiny [1] 4216/7
searches [1] 4229/23
seated [1] 4184/5
second [15] 4194/19
4195/17 4196/7
4196/13 4197/22
4197/23 4197/24
4197/24 4198/5
4205/16 4208/6
4213/17 4239/21
4240/3 4240/24
Second Amendment
[2] 4194/19 4198/5
secondary [1] 4218/2
section [3] 4191/3

seditious [1] 4215/18
see [7] 4185/14 4199/4
4200/12 4228/25
4234/6 4237/14 4238/3
seems [2] 4206/11
4229/23
selectively [1] 4237/7
self [1] 4209/22
self-executing [1]
4209/22
semantic [1] 4206/5
semantics [1] 4210/16
Senate [5] 4202/16
4202/17 4207/15
4207/15 4207/21
send [2] 4217/23
4238/22
sense [8] 4198/14
4200/19 4201/1 4202/9
4206/6 4206/9 4237/22
4238/10
senses [1] 4202/4
sensitive [1] 4233/2
sent [2] 4202/18
4233/19
sentence [39] 4189/10
4189/12 4194/13
4194/17 4195/16
4196/3 4196/5 4196/5
4196/20 4196/23
4196/23 4197/2 4197/3
4197/9 4197/10
4197/17 4197/18
4197/22 4197/22
4197/23 4197/23
4197/24 4197/25
4198/1 4198/2 4198/13
4198/14 4199/21
4200/3 4200/6 4200/19
4202/20 4202/25
4204/12 4204/20
4206/21 4208/8
4212/11 4214/20
sentences [3] 4191/7
4191/11 4198/4
separate [4] 4222/19
4236/25 4238/6 4238/8
September [1] 4196/19
session [2] 4184/3
4201/14
set [1] 4207/17
setup [1] 4224/1
shall [6] 4200/25
4202/22 4205/19
4207/18 4207/25
4208/18
share [3] 4212/2
4232/25 4233/8
she [5] 4186/19
4186/22 4197/14
4236/3 4241/3
She's [2] 4186/14
4186/19
Shipley [15] 4183/2
4183/3 4184/14 4190/1
4192/13 4192/15
4197/16 4197/19

**4254**

4217/9 4219/14
4219/20 4221/10
4231/5
short [1] 4208/25
short-handed [1]
4208/25
should [21] 4185/4
4189/14 4190/13
4190/13 4190/23
4190/25 4191/12
4192/1 4213/9 4214/4
4219/21 4223/4
4229/15 4238/16
4239/11 4239/25
4240/13 4240/21
4240/22 4241/8 4241/9
show [9] 4223/25
4224/23 4226/1 4226/4
4226/20 4231/25
4232/6 4232/7 4232/16
showed [2] 4210/13
4232/9
showing [4] 4226/4
4239/23 4240/5
4240/19
shows [1] 4224/5
side [1] 4233/17
Siekerman [1] 4235/20
Signal [2] 4235/18
4238/7
signatures [1] 4229/4
signed [4] 4228/20
4229/13 4230/7
4230/11
signing [1] 4230/15
similar [3] 4189/23
4203/21 4213/6
simply [2] 4195/20
4210/9
singular [1] 4188/3
skip [2] 4212/11
4212/15
slide [5] 4232/16
4232/25 4233/8 4238/9
4239/6
slightly [2] 4208/15
4226/12
small [3] 4210/20
4211/8 4228/15
snippets [3] 4240/5
4240/11 4240/19
so [123]
so I think [9] 4191/12
4198/20 4203/24
4205/7 4214/4 4215/13
4225/6 4227/9 4232/5
so it's [5] 4196/5
4204/1 4205/2 4224/2
4227/23
so this [1] 4206/16
So this is [2] 4206/9
4236/21
some [19] 4187/16
4189/5 4193/3 4193/16
4193/23 4194/9
4197/18 4200/19
4202/4 4208/5 4222/8

4222/23 4222/24

4227/19 4228/17
4228/18 4228/20
4228/20 4229/21
somebody [1] 4226/10
something [23] 4190/3
4190/4 4194/15
4194/24 4195/6
4195/23 4196/1
4196/22 4198/9 4199/1
4199/12 4199/16
4200/1 4200/8 4207/1
4209/20 4213/7
4218/21 4219/21
4223/3 4228/23 4231/7
4232/17
sometimes [1] 4235/4
somewhat [1] 4227/3
sorry [9] 4192/10
4213/17 4216/6
4227/16 4234/15
4235/24 4236/15
4239/8 4241/6
sort [5] 4191/7 4197/19
4201/6 4215/16
4226/14
sounds [3] 4204/25
4205/11 4228/22
southeast [1] 4235/25
4236/1 4236/2
speak [1] 4185/9
speaks [1] 4226/18
Special [1] 4240/21
Special Agent Abrams
[1] 4240/21
specialized [2]
4185/23 4189/7
specific [3] 4188/21
4201/8 4220/20
specifically [1]
4223/24
specificity [1] 4227/15
specifies [1] 4207/24
specify [2] 4193/9
4227/14
spelled [1] 4205/6
spoke [2] 4200/4
4201/6
spot [1] 4238/11
staged [3] 4212/14
4214/11 4215/6
stand [6] 4186/14
4186/21 4187/14
4192/15 4202/5
4222/14
standard [1] 4185/10
stands [1] 4199/3
start [4] 4201/11
4204/20 4211/5
4242/15
starting [2] 4205/24
4206/9
starts [2] 4206/22
4213/18
stated [1] 4216/22
statement [22] 4186/1
4186/10 4186/16
4186/16 4186/19

S

**statement... [17]**
4186/21 4187/2
4187/25 4188/2 4188/5
4188/10 4188/15
4193/14 4195/12
4197/10 4198/17
4204/24 4205/2
4212/22 4212/23
4225/9 4225/10

**statements [9]** 4186/2
4186/9 4187/1 4187/7
4191/25 4192/9
4203/15 4225/3
4238/20

**states [13]** 4182/1
4182/3 4182/10 4184/8
4200/22 4203/1 4203/5
4204/21 4208/13
4212/10 4214/10
4215/6 4220/10

**status [3]** 4203/14
4204/23 4205/1

**stems [1]** 4189/18

**stick [1]** 4209/1

**sticks [1]** 4223/2

**still [9]** 4188/15
4198/13 4209/13
4209/25 4217/1
4224/14 4224/17
4224/24 4230/20

**stip [1]** 4229/22

**stips [3]** 4228/24
4229/3 4229/18

**stipulation [3]** 4229/10
4230/7 4235/18

**stipulations [1]**
4228/19

**stop [5]** 4212/9 4214/8
4214/22 4214/23
4215/4

**storing [2]** 4223/5
4236/18

**straight [2]** 4202/23
4207/18

**Street [3]** 4182/16
4183/11 4183/20

**strengthens [1]** 4228/7

**stricken [1]** 4201/24

**strikes [1]** 4226/3

**strong [2]** 4190/4
4229/15

**stronger [1]** 4191/6

**stuff [1]** 4189/8

**SUAREZ [2]** 4183/11
4183/14

**subject [2]** 4188/1
4231/7

**submit [4]** 4189/20
4218/13 4219/2
4224/17

**submitted [1]** 4196/14

**subsequent [2]** 4228/2
4234/16

**subsequently [1]**
4206/2

**substantive [4]**
4200/15 4229/18

**such [10]** 4189/14
4190/7 4191/10
4212/14 4214/10
4214/12 4214/22
4215/7 4226/23 4233/9

**suggest [2]** 4194/23
4203/8

**suggested [1]** 4213/16

**suggestion [1]**
4211/11

**Suite [2]** 4183/16
4183/20

**summary [13]** 4234/14
4234/17 4234/23
4235/1 4235/3 4236/25
4239/5 4239/14
4239/24 4240/4
4240/14 4240/18
4240/23

**summation [1]** 4212/5

**superseded [1]** 4201/4

**suppose [3]** 4193/1
4202/9 4233/8

**supposed [4]** 4196/20
4196/23 4236/17
4238/9

**sure [17]** 4191/22
4193/8 4202/8 4204/9
4206/12 4208/10
4219/12 4220/5 4222/7
4226/9 4227/18 4228/9
4229/3 4229/16
4230/10 4233/16
4240/8

**suspect [1]** 4191/18

T

**take [10]** 4188/2
4203/2 4207/8 4208/2
4208/14 4208/18
4209/11 4216/18
4238/24 4241/25

**taken [2]** 4200/24
4203/18

**takes [1]** 4215/13

**taking [1]** 4224/10

**talk [1]** 4237/19

**talked [3]** 4196/18
4226/17 4232/6

**talking [5]** 4205/17
4231/18 4234/21
4235/6 4236/22

**talks [4]** 4189/7
4190/20 4236/16
4239/24

**tandem [3]** 4198/4
4202/1 4202/2

**tape [2]** 4220/12
4220/16

**technical [1]** 4219/11

**technically [1]** 4218/25

**tees [1]** 4197/24

**telephone [1]** 4210/12

**tell [1]** 4219/24

**telling [3]** 4195/25
4221/1 4197/1

**temporal [1]** 4227/20

**tenancy [1]** 4226/6

**tenor [2]** 4191/7
4191/13

**term [17]** 4201/8
4201/10 4205/1
4205/19 4205/21
4205/23 4206/1 4206/1
4206/3 4206/15
4206/17 4206/22
4207/3 4207/3 4209/20
4209/23 4210/2

**terms [8]** 4188/9
4201/17 4205/17
4206/5 4212/18
4226/15 4226/19
4233/4

**testify [3]** 4185/17
4190/11 4223/7

**testifying [2]** 4191/17
4241/3

**testimony [24]**
4185/12 4185/23
4186/17 4187/20
4187/20 4188/16
4189/7 4189/14
4189/25 4190/12
4190/14 4190/22
4190/24 4190/25
4192/21 4193/3
4193/13 4223/17
4228/2 4231/24 4232/3
4232/8 4233/5 4233/10

**text [4]** 4185/12
4185/22 4190/16
4190/19

**than [12]** 4188/2
4189/15 4191/1
4191/10 4199/22
4208/22 4210/19
4212/3 4217/17
4228/16 4235/3
4236/19

**Thank [10]** 4186/6
4188/19 4193/17
4221/24 4222/4
4230/13 4231/11
4232/17 4241/12
4242/24

**Thank you [9]** 4186/6
4188/19 4221/24
4222/4 4230/13
4231/21 4232/17
4241/12 4242/24

**thanks [1]** 4221/6

**that [370]**

**that'll [1]** 4185/18

**that's [55]** 4185/24
4186/24 4187/4 4187/5
4189/21 4191/3 4193/5
4194/1 4195/1 4195/3
4195/11 4195/15
4196/1 4201/16 4202/6
4202/23 4203/18
4203/24 4204/16
4206/21 4206/25
4207/1 4207/8 4208/15
4209/13 4209/20
4211/2 4211/6 4211/14

**tendency [1]** 4226/7

4213/20 4213/24
4214/17 4216/13
4216/13 4217/17
4218/24 4220/7
4221/16 4222/15
4224/7 4224/20
4225/15 4225/18
4225/25 4226/10
4227/19 4228/14
4229/12 4232/22
4233/7 4233/10 4235/1
4241/5

**their [7]** 4184/22
4190/13 4190/23
4191/17 4202/5
4215/21 4237/9

**them [28]** 4190/11
4194/1 4198/21 4218/2
4221/11 4222/17
4222/24 4223/4 4223/5
4223/11 4224/23
4224/25 4225/4 4226/5
4226/5 4226/15
4227/11 4227/12
4229/4 4229/6 4230/11
4230/15 4230/19
4232/11 4232/11
4233/18 4236/6
4238/21

**themselves [1]** 4218/9

**then [75]**

**theory [4]** 4212/12
4213/19 4224/20
4237/6

**there [51]** 4185/2
4185/14 4185/22
4187/16 4187/21
4189/6 4190/4 4192/2
4192/3 4192/5 4192/8
4192/12 4193/11
4195/11 4201/25
4212/12 4213/19
4214/8 4214/22
4214/23 4216/4 4216/6
4217/7 4218/16
4219/18 4220/13
4221/1 4223/11
4224/14 4226/11
4227/11 4228/3 4228/3
4229/8 4229/17
4229/20 4230/3 4232/1
4232/2 4232/10 4233/6
4234/16 4237/15
4238/4 4238/4 4239/4
4239/7 4239/10 4241/3
4241/22 4242/1

**there's [19]** 4185/6
4191/6 4195/10
4201/24 4211/10
4211/17 4212/1
4213/25 4218/1 4219/8
4219/20 4223/12
4220/7 4223/1
4230/6 4230/20 4236/7
4236/12 4237/18

**therefore [1]** 4235/7

**these [15]** 4184/19

4190/21 4190/24

**4191/7 4193/25 4205/6**
4222/18 4222/18
4223/19 4224/16
4225/3 4228/22
4228/24 4229/3 4236/4

**they [26]** 4185/6
4187/10 4187/12
4187/15 4191/18
4196/21 4197/1 4197/7
4198/3 4200/10
4200/11 4200/12
4201/25 4202/2 4202/5
4209/3 4218/8 4218/8
4221/11 4225/12
4227/3 4229/4 4230/18
4237/7 4238/19
4238/20

**they're [8]** 4204/17
4223/20 4225/4
4230/10 4233/19
4236/9 4238/18
4239/18

**thing [2]** 4217/8 4241/6

**things [7]** 4192/23
4195/5 4203/16
4230/25 4235/12
4235/14 4241/18

**think [101]**

**third [7]** 4189/23
4196/4 4197/16
4197/21 4197/25
4240/12 4240/12

**Third Circuit [1]**
4189/23

**this [97]**

**those [21]** 4194/2
4194/5 4203/5 4208/4
4211/24 4217/13
4217/22 4219/12
4219/22 4223/8
4224/14 4224/18
4224/19 4233/12
4233/15 4233/17
4235/12 4235/16
4237/8 4238/5 4241/14

**though [2]** 4188/14
4195/24

**thought [7]** 4187/15
4219/25 4223/6
4223/23 4223/23
4224/1 4224/15

**thoughts [2]** 4213/15
4237/3

**three [5]** 4202/11
4206/24 4211/6 4219/9
4230/19

**through [12]** 4185/7
4185/10 4191/23
4193/23 4194/12
4217/13 4218/20
4222/22 4223/1
4223/10 4228/17
4239/9

**throughout [2]** 4194/3
4228/18

**Thursday [2]** 4233/14
4242/7

**T**

till [2] 4217/17 4233/14
time [14] 4185/7
4193/15 4195/12
4205/22 4213/25
4224/21 4224/24
4226/2 4227/5 4227/19
4230/4 4230/16
4230/20 4235/22
times [2] 4229/8
4230/19
title [3] 4202/25
4207/20 4211/12
titled [1] 4243/4
titles [3] 4194/1
4211/11 4211/23
today [2] 4201/16
4201/19
together [4] 4194/8
4206/24 4230/10
4238/2
told [2] 4187/10
4193/15
too [3] 4216/14
4220/13 4228/22
took [1] 4200/18
top [1] 4218/18
track [3] 4192/7
4238/21 4238/21
tradeoff [1] 4197/14
traditional [1] 4220/24
trailer [1] 4223/14
training [1] 4193/21
transcribed [1]
4219/21 4233/10
transcript [18] 4182/9
4217/23 4218/1 4218/2
4218/5 4218/17
4219/19 4220/12
4220/14 4220/15
4220/16 4220/18
4220/21 4220/21
4221/12 4221/15
4221/23 4243/3
transcript's [1]
4220/17
transcription [2]
4217/16 4221/21
transcriptions [1]
4218/4
transcripts [13]
4217/10 4218/13
4218/14 4218/19
4219/1 4220/23
4221/10 4231/22
4231/23 4231/23
4232/7 4232/9 4232/10
transfer [2] 4208/4
4209/16
treating [1] 4189/24
trial [22] 4182/9
4186/16 4187/20
4188/16 4193/13
4195/7 4202/2 4214/2
4215/23 4203/0 4222/3
4227/3 4228/18
4228/20 4229/13
4231/23 4232/6

**U**

tried [3] 4192/7
4192/21 4195/15
Troy [2] 4182/15
4184/12
Troy Edwards [1]
4184/12
true [4] 4186/22 4187/5
4225/12 4225/17
truth [4] 4225/3 4225/5
4225/16 4225/17
try [1] 4207/4
trying [4] 4192/3
4204/11 4205/5
4206/21
Tuesday [7] 4185/3
4217/1 4242/1 4242/3
4242/12 4242/13
4242/14
turn [1] 4215/15
tweaked [1] 4208/15
twice [2] 4192/13
4214/2
two [12] 4186/1 4187/7
4187/21 4190/17
4191/11 4195/5 4217/8
4220/22 4229/17
4230/3 4230/25
4239/13
type [2] 4204/25
4232/8
types [2] 4190/8
4191/11
Typically [1] 4199/4

**U**

U.S [2] 4182/16
4207/20
U.S. [1] 4208/1
U.S. Constitution [1]
4208/1
Ulrich [2] 4190/22
4191/1
Ulrich's [1] 4185/15
Ultimately [1] 4228/4
under [12] 4185/22
4186/1 4187/25 4189/7
4191/25 4195/9
4231/15 4236/10
4236/12 4236/15
4236/16 4236/21
underlying [1] 4220/12
understand [11]
4188/22 4198/20
4216/24 4218/12
4219/6 4225/21
4225/25 4227/22
4233/2 4238/12
4238/13
understanding [8]
4201/9 4201/23
4219/17 4219/22
4221/9 4222/17
4224/12 4225/9
Understood [4]
4188/15 4221/5
4221/24 4232/12

**V**

4220/13
unique [1] 4195/5
UNITED [12] 4182/1
4182/3 4182/10 4184/8
4200/22 4203/1
4204/21 4208/12
4212/10 4214/10
4215/6 4220/10
United States [4]
4212/10 4214/10
4215/6 4220/10
unlawful [10] 4194/15
4194/24 4195/10
4195/14 4195/23
4198/9 4199/1 4199/12
4200/1 4200/8
unless [3] 4185/6
4188/18 4217/22
unnecessary [1]
4197/18
until [5] 4209/3 4210/8
4212/16 4215/9
4217/18
unusual [1] 4226/13
up [11] 4196/13
4197/24 4198/21
4201/14 4222/23
4232/3 4234/5 4234/11
4239/8 4241/20
updated [1] 4185/5
upon [1] 4185/13
us [2] 4194/7 4211/4
usdoj.gov [2] 4182/18
4182/19
use [13] 4195/13
4195/18 4196/25
4197/1 4197/2 4197/3
4197/7 4197/12
4217/11 4218/17
4219/1 4225/10
4232/25
used [15] 4186/2
4193/6 4194/3 4201/11
4222/18 4222/24
4223/3 4226/5 4226/5
4227/4 4227/5 4227/6
4227/7 4235/8 4237/23
useful [1] 4226/9
uses [1] 4225/3
using [11] 4186/19
4189/12 4218/6 4223/4
4224/17 4225/4 4225/8
4232/20 4234/8
4237/21 4237/22
usually [1] 4226/14

**V**

Vallejo [25] 4183/19
4184/11 4184/18
4184/21 4185/17
4212/8 4212/15
4212/19 4213/8
4213/10 4214/7
4214/13 4215/3 4215/8
4222/13 4222/22
4222/24 4223/3
4223/13 4223/22

4225/13 4235/14
Vallejo's [5] 4212/12
4213/2 4213/18
4222/16 4223/25
veer [1] 4197/19
verbatim [1] 4232/8
verdict [2] 4185/1
4215/15
version [2] 4213/21
4213/21
versus [3] 4184/9
4199/5 4220/10
very [4] 4194/13
4197/9 4219/8 4239/22
via [1] 4220/3
Vice [2] 4202/15
4207/14
Vice President [2]
4202/15 4207/14
video [3] 4193/21
4218/6 4229/9
videos [1] 4217/15
view [6] 4195/1
4202/10 4219/15
4227/1 4229/14
4229/15
viewed [1] 4189/14
violent [1] 4227/4
voluminous [1] 4240/9
vote [2] 4207/18
4207/24
votes [13] 4200/24
4201/2 4202/22
4203/13 4204/24
4205/10 4207/3 4207/6
4207/7 4208/23 4209/2
4209/5 4209/11
vs [1] 4182/5

**W**

wait [3] 4213/9
4217/17 4217/18
waiting [1] 4242/18
waived [1] 4184/22
walk [1] 4185/7
want [28] 4185/8
4187/24 4188/11
4194/9 4194/16 4198/3
4199/8 4199/21
4204/10 4212/21
4213/6 4216/18
4217/14 4217/15
4217/22 4218/2 4218/8
4218/19 4219/18
4227/18 4228/24
4229/2 4229/12 4230/1
4233/3 4233/3 4233/6
4234/5
wanted [6] 4191/20
4228/25 4229/3 4229/7
4230/5 4239/5
wants [7] 4189/20
4189/21 4197/14
4219/14 4221/10
4222/9 4238/15
was [95]
Washington [4] 4182/5

wasn't [3] 4227/4
4227/6 4229/23
Watkins [1] 4236/3
way [14] 4191/18
4196/17 4198/19
4199/7 4202/1 4203/8
4204/10 4214/25
4222/13 4222/18
4222/23 4223/2
4224/10 4227/2
ways [3] 4193/16
4194/18
we [107]
we believe [5] 4197/10
4234/22 4235/6
4236/20 4236/23
we will [2] 4210/6
4242/11
we'd [1] 4229/8
we'll [17] 4185/21
4188/17 4193/8 4193/9
4193/18 4194/5
4200/13 4217/6
4218/25 4219/12
4230/10 4239/20
4241/16 4241/19
4242/4 4242/5 4242/15
we're [6] 4206/4
4206/5 4228/16
4231/18 4237/22
4242/23
we've [7] 4185/11
4185/15 4185/17
4185/23 4211/23
4227/2 4235/9
weapon [1] 4195/14
website [1] 4191/3
Wednesday [4]
4233/16 4242/5
4242/11 4242/15
week [2] 4221/17
4230/18
weekend [2] 4217/14
4242/24
weight [4] 4190/14
4199/15 4199/16
4199/18
WEINBERG [5]
4183/11 4183/14
4183/15 4184/16
4231/13
welcome [1] 4184/24
well [16] 4186/8
4192/25 4195/4
4197/16 4204/23
4206/12 4206/13
4215/18 4216/25
4218/7 4218/11 4219/5
4225/11 4233/7
4236/12 4242/21
went [3] 4193/23
4194/12 4200/18
were [20] 4187/12
4187/21 4191/25
4192/4 4192/8 4194/8
4209/25 4210/20

**W**

**were... [12]** 4215/23
4217/10 4218/12
4229/8 4229/18
4229/20 4230/3
4230/18 4234/20
4235/13 4238/4 4239/9
**weren't [1]** 4192/6
**what [68]**
**what's [1]** 4224/21
**whatever [4]** 4219/13
4220/16 4221/10
4238/14
**when [13]** 4194/8
4197/5 4200/14
4201/22 4201/23
4205/25 4211/9
4218/12 4222/14
4234/14 4237/10
4239/9 4239/23
**where [9]** 4213/18
4218/5 4218/17
4223/22 4229/8 4237/8
4239/18 4239/23
4239/24
**whether [15]** 4187/10
4187/10 4188/11
4190/7 4190/9 4190/23
4191/9 4209/19
4209/20 4213/1 4222/7
4224/10 4225/16
4229/25 4242/9
**which [34]** 4186/19
4186/21 4186/22
4187/16 4189/13
4190/23 4192/21
4193/3 4196/15
4196/20 4196/24
4203/15 4207/24
4208/21 4210/9
4210/11 4210/17
4210/22 4212/2
4217/14 4217/15
4218/3 4220/9 4221/25
4224/3 4233/20
4233/21 4234/9 4235/9
4240/13 4240/14
4240/23 4241/2 4242/6
**while [6]** 4187/12
4213/2 4213/4 4231/18
4236/8 4238/18
**who [14]** 4185/13
4189/17 4190/7
4190/12 4191/9 4205/2
4207/2 4209/5 4209/6
4223/10 4235/22
4237/7 4238/21
4238/21
**whoever [3]** 4204/24
4207/5 4227/13
**why [7]** 4187/19
4201/16 4202/6
4203/18 4207/8
4232/22 4238/22
**Wickham [2]** 4240/17
4241/13
**wide [1]** 4219/7
**will [19]** 4191/16

4200/6 4211/20
4211/22 4212/4
4215/14 4217/5
4217/13 4217/21
4218/7 4218/21
4223/10 4241/18
4241/24 4242/4 4242/6
4242/11 4242/14
**William [5]** 4183/2
4183/3 4184/14 4243/2
4243/8
**Wilson [1]** 4240/2
**wish [2]** 4217/23
4219/2
**withdraw [2]** 4216/11
4216/15
**withdrew [1]** 4216/12
**without [2]** 4226/3
4234/11
**witness [12]** 4185/18
4185/21 4186/1
4189/16 4192/15
4222/22 4223/2
4223/10 4224/12
4224/18 4224/25
4228/2
**witness's [1]** 4193/7
**witnesses [15]**
4185/14 4189/14
4189/15 4189/17
4190/6 4190/7 4190/9
4190/10 4190/12
4191/1 4191/9 4191/11
4223/7 4231/24 4242/4
**won't [3]** 4193/8
4217/18 4233/13
**wondering [1]** 4239/18
**word [8]** 4199/3
4199/10 4205/7
4206/13 4219/20
4235/10 4235/10
4237/21
**wording [1]** 4211/7
**words [8]** 4208/15
4210/18 4235/8 4235/8
4235/24 4236/4
4236/19 4237/15
**work [6]** 4190/1
4197/11 4198/4
4217/17 4218/20
4230/2
**worst [1]** 4203/16
**worth [2]** 4223/13
4223/19
**would [41]** 4185/6
4189/12 4190/22
4193/16 4194/20
4195/1 4196/12
4198/11 4198/13
4199/6 4199/10
4199/13 4203/24
4204/2 4207/8 4210/9
4211/12 4215/3
4217/22 4218/13
4218/19 4219/23
4221/11 4221/12
4222/23 4223/25
4224/17 4227/23

4228/23 4230/4
4232/10 4232/11
4232/13 4233/6 4236/8
4236/10 4237/9
4238/23 4241/1
**written [5]** 4203/9
4205/18 4208/22
4210/19 4236/19
**wrote [2]** 4202/3
4210/16

**Y**

**Yeah [7]** 4192/24
4193/18 4216/16
4230/6 4231/20
4237/11 4239/7
**year [1]** 4206/22
**years [4]** 4205/20
4205/22 4205/24
4206/15
**Yes [15]** 4186/6 4188/9
4194/10 4208/11
4210/5 4211/25
4214/16 4215/11
4215/25 4216/2
4219/16 4223/9
4227/17 4239/2
4242/23
**yet [2]** 4217/13
4217/16
**you [122]**
**you'd [2]** 4214/20
4241/25
**you'll [2]** 4217/1
4219/15
**you're [12]** 4194/2
4195/25 4202/9 4204/2
4204/8 4204/8 4206/13
4224/10 4225/16
4225/17 4226/4 4235/5
**you've [2]** 4212/25
4238/23
**your [62]** 4184/7
4185/9 4186/6 4187/4
4189/24 4190/14
4191/18 4193/12
4193/23 4195/1
4196/12 4198/9
4198/12 4199/2 4200/3
4204/19 4205/13
4205/14 4208/6 4208/7
4208/8 4208/22 4210/5
4210/15 4211/8
4211/18 4211/25
4212/17 4213/13
4213/20 4214/16
4215/11 4215/13
4215/25 4216/2
4216/21 4216/22
4217/1 4217/12
4217/23 4218/25
4219/17 4221/23
4221/24 4223/9
4223/21 4225/15
4227/17 4230/20
4230/23 4231/12
4231/18 4233/8

4234/22 4237/4
4238/25 4239/17
4241/15 4242/21
**Your Honor [41]**
4186/6 4187/4 4189/24
4193/12 4193/23
4195/1 4196/12
4198/12 4199/2 4200/3
4205/13 4208/6 4208/7
4208/8 4208/22 4210/5
4210/15 4211/8
4211/18 4211/25
4212/17 4213/13
4214/16 4215/11
4215/25 4216/2
4221/24 4223/9
4223/21 4227/17
4230/23 4231/12
4231/18 4233/20
4234/3 4234/6 4234/22
4237/4 4238/25
4239/17 4241/15
**Your Honor's [1]**
4205/14

**Z**

**Zaremba [2]** 4243/2
4243/8
**Zoom [2]** 4239/18
4242/22