IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR No. 22-15 |
| | ) | Washington, D.C. |
| vs. | ) | January 19, 2023 |
| | ) | 9:30 a.m. |
| ROBERTO A. MINUTA, ET AL., | ) | |
| | ) | Day 23 |
| Defendants. | ) | |
| _____ | ) | |

TRANSCRIPT OF JURY TRIAL CLOSING ARGUMENT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                            Jeffrey S. Nestler
                            Alexandra Hughes
                            Troy Edwards
                            U.S. ATTORNEY'S OFFICE
                            601 D Street, NW
                            Washington, D.C. 20579
                            (202) 252-7277
                            Email:
                            Kathryn.Rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com

For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com

4655

1                    P R O C E E D I N G S

2            THE COURT:  Please be seated, everyone.

3  Thank you.

4            COURTROOM DEPUTY:  Good morning, Your Honor.

5            This is Criminal Case No. 22-15, United States of

6  America versus Defendant No. 6, Roberto A. Minuta;

7  Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;

8  and Defendant 11, Edward Vallejo.

9            Kathryn Rakoczy, Jeffrey Nestler,

10  Alexandra Hughes, Troy Edwards, and Louis Manzo for the

11  government.

12            William Shipley for Defendant Minuta.

13            Angela Halim for Defendant Hackett.

14            Scott Weinberg and Connor Martin for

15  Defendant Moerschel.

16            Matthew Peed for Defendant Vallejo.

17            All four named defendants are present in the

18  courtroom for these proceedings.

19            THE COURT:  Okay.  Good morning, everyone.

20            Good to be with you again.

21            Quick question before we get started:  The

22  question has been raised about whether the jury will

23  deliberate all day tomorrow.  That depends, in part, on

24  counsel's availability, and I don't know whether those of

25  you who are from out of town made plans.  If you have,

```
 1   that's fine.  But I didn't want to presume that you've
 2   decided to stay here all day.
 3            MS. HALIM:  Other than the 2:30 status --
 4   scheduling -- no.  It's a status conference with
 5   Judge Cobb -- I'm available.  I can stay here.  That
 6   wouldn't be a problem.
 7            MR. WEINBERG:  And, Judge, we're here for the
 8   duration.
 9            MR. SHIPLEY:  I have a sentencing before
10   Judge Howell at 2:00, so I'll be out of pocket for about an
11   hour there.  I don't think she would really want me to leave
12   the sentencing.  She could say let's break for 15 minutes to
13   go deal with the question, but that's where I'm at.
14            THE COURT:  Sure, okay.  I just wanted to ask.
15   And ultimately I'll leave it to them because it will --
16   we've told them Fridays are half days.  If they're all
17   willing to stay, then we can have them stay all day.
18            Okay.  I assume government counsel is here.
19            MR. NESTLER:  Always.
20            THE COURT:  Actually, I know you're here because
21   you'll be with me.
22            MR. SHIPLEY:  It's somebody that's in the video?
23            THE COURT:  Which of the many videos?
24            MR. SHIPLEY:  Standing right next to Mr. James.
25            THE COURT:  Okay.  Oh, in that video.  Okay.
```

1          MS. HALIM:  I'd like to inquire how long the

2    government thinks rebuttal will be and whether or not

3    there's a time limit.

4          THE COURT:  Yeah, that's a fair question.  I meant

5    to ask that.

6          Mr. Nestler.

7          MR. NESTLER:  Probably about an hour, Your Honor.

8          MS. HALIM:  That seems a little long considering

9    the closing proffer was an hour and 15 minutes.  I just note

10   that for the record, please.

11         THE COURT:  Well, it is a rebuttal to collectively

12   multiple hours of closing so I don't know that it's measured

13   based upon the opening.

14         MR. MANZO:  I could have spoken longer.

15         THE COURT:  I have no doubt.

16         Just while we've got a little bit of downtime

17   here, I think they're just lining up, in terms of counsel's

18   availability while the jury is deliberating, just make sure

19   JC has your contact information.

20         Just as long as you're sort of within ten minutes

21   or so of the courthouse, that's all I ask.

22         All right.

23         COURTROOM DEPUTY:  Jury panel.

24         (Jury entered the courtroom.)

25         THE COURT:  Okay.  Please be seated, everyone.

1          Welcome back, everyone.  We are at the

2    literally -- quite literally the final stages of the case.

3          So what is left is for the government to deliver

4    its rebuttal and then I'll provide you with some final

5    instructions and the case will be yours.

6          Mr. Nestler.

7          MR. NESTLER:  Thank you, Your Honor.

8          Good morning.

9          Mr. Shipley made a great point yesterday when he

10   addressed you.  There was a conspiracy.  That is not in

11   question.  There was a conspiracy.  Stewart Rhodes set out

12   the parameters of the conspiracy just after Election Day

13   with Meggs and James and other senior leaders of the

14   organization and of the conspiracy.

15         It was to oppose by force the authority of the

16   government of the United States to prevent at all costs

17   Joe Biden from taking office as President on January 20th of

18   2021.  That's the conspiracy.  Rhodes set it out.

19         As Mr. Shipley said, and we agree, the critical

20   question for you all when you are deliberating is whether

21   each of these four defendants joined in that conspiracy,

22   agreed with those objectives.

23         I will now explain to you today why the answer to

24   that question is a resounding yes, each one of these

25   defendants accepted Rhodes' invitation to sedition.

1    From November and then into December of 2020,

2  things became more urgent.  None of the legal avenues that

3  President Trump was working on or working to stay in office

4  and the Oath Keepers needed to take action, things were

5  coming more urgent, more dire.

6    You heard messages from Jason Dolan that he knew

7  they were about to go commit treason because they were

8  trying to oppose the government.

9    Caleb Berry and Kelly Meggs wrote how they were

10  prepared to die, it was time to die, the time was now.

11    But what to do?

12    And then in late December of 2020, the opportunity

13  presented itself for these individuals.

14    Congress was set to certify the election at the

15  Capitol Building on the afternoon of January 6th of 2021.

16  And so what did each one of these defendants do starting in

17  made to late December?  Made plans to travel from across the

18  country to come here to D.C.

19    Each defendant told at least one other conspirator

20  in their own way they were in.

21    It's on, I'm in, let's do it, the time for

22  peaceful protest is over, let's go.

23    The objectives became clearer, they were going to

24  go oppose Congress.  That part of the government.

25    It does not matter precisely when each defendant

1  joined the conspiracy.  Maybe when they were talking on

2  Signal or on GoToMeeting or face to face, maybe when they

3  decided to come to D.C. themselves, or when Minuta joined

4  with the Proud Boys and Stewart Rhodes in D.C. on

5  December 12th, or when Vallejo packed up his rifles and his

6  tracks and drove all the way across the country from Arizona

7  to D.C. starting on January 2nd, or when Hackett and

8  Moerschel packed their rifles and their trucks and drove up

9  from Florida to D.C. starting around January 4th.  Or in

10  early January when each of these four men joined one of the

11  two key Oath Keeper op Signal chats related to what was

12  happening in D.C.

13       Hackett and Moerschel were in the "OK FL D.C. Op

14  Jan. 6" Signal chat.  And Minuta and Vallejo were in the

15  more national "D.C. Op Jan. 6, 21" chat.

16       The bottom line, ladies and gentlemen, is that by

17  the time each man either breached the Capitol Building on

18  the afternoon of January 6th, Hackett and Moerschel at 2:40

19  p.m., Minuta at 3:14 p.m., and by the time Vallejo sent the

20  message to the rest of the conspirators at 2:38 p.m., that

21  he was the QRF at the hotel standing by and ready, each

22  defendant showed you they had agreed.  They agreed to join

23  the conspiracy headed by Stewart Rhodes, and with that

24  decision all of the objectives of the conspiracy.

25       Yes, that objective, as initially laid out by

4661

1    Rhodes, was opposing the authority of the government of the

2    United States by force.  But as time went on, the objectives

3    became clearer.  How to accomplish that goal had

4    crystallized, opposing what was happening in Congress.

5           Mr. Manzo showed you this slide yesterday, and

6    this is a helpful roadmap for when you are deliberating.

7    Seditious conspiracy has two parts.  The first is the

8    broader one, opposing the authority of the United States by

9    force, opposing the government itself.

10          The second part is preventing, hindering or

11   delaying the execution of the law by force.  What they were

12   doing at the Capitol Building on the afternoon of

13   January 6th was preventing Congress, part of the

14   United States Government, from executing the laws, the

15   Constitution and the U.S. Code.

16          The second conspiracy charge is obstruction of

17   Congress.  That's obstructing Congress as a body.  Congress

18   is the House of Representatives and the Senate, you heard

19   all from Mr. Wickham, the Parliamentarian, when he was here.

20   That's obstructing Congress as the body, they could not

21   meet.

22          And then the fourth count is the third conspiracy

23   count, conspiracy to impede members of Congress.  That's

24   impeding and moving them as individuals, not as the body

25   themselves.  And that's using force or intimidation or

1    threats or violence to prevent each member of Congress, each

2    Senator, each Representative, from doing the duties they

3    were required to do and then also forcing them to leave the

4    place where they were required to do those duties, inside

5    the Capitol Building.

6            Ladies and gentlemen, this is not a political

7    case.  You heard that yesterday from defense counsel.  This

8    case was about politics.  It is not.  It is not about

9    Joe Biden.  It's not about Donald Trump.  My colleagues and

10   I work for the United States Department of Justice.  We

11   don't do politics.  This was not a rush to judgment.  This

12   was not a narrative in search of facts.  The FBI started

13   investigating on the evening of January 6th.

14           You heard the grand jury started investigating

15   just two days later, on January 8th of 2021, when

16   Donald Trump was still the President of the United States.

17           These defendants were indicted a year after that,

18   in 2022.

19           Political parties are irrelevant, political

20   preferences are irrelevant.  This is a case about people

21   conspiring with each other to oppose the United States

22   Government.

23           And you heard from defense counsel yesterday that

24   lots of people said lots of things and that people have

25   First Amendment rights.  That is true, and those are

1    sacrosanct.

2            But those other people are not on trial, these

3    four men are.

4            Your job, your sole responsibility is to determine

5    whether the evidence has proved beyond a reasonable doubt

6    whether each of these four defendants is guilty.  Other

7    people did not take the same actions as these defendants.

8    Someone wants to sit on their couch and scream at the TV

9    about how they want to kill Nancy Pelosi, go for it;

10   protected, do that all day.

11           Now, do that and then travel across the country

12   with dozens of firearms and multiple co-conspirators, force

13   their way into the place where Nancy Pelosi is working at

14   the time she's required to be there by the Constitution when

15   you know she'll be there and make your way to right outside

16   of her office when you know she's supposed to be there,

17   that's not a coincidence, that's not exercising your First

18   Amendment rights.  That is a conspiracy.  That's what these

19   defendants agreed to do.

20           You also heard a lot yesterday, from all four

21   defense counsel, about the integrity of our investigation

22   and our presentation of evidence here to you in court.

23           There were a lot of complaints about how we

24   presented the evidence to you.  Maybe that means it was too

25   compelling.  The facts are what matter.  Our job is to bring

1    you the facts and, now, in closing argument, Mr. Manzo and

2    myself, explained to you what those facts mean.  That's how

3    it works.

4            There were thousands of messages as part of the

5    conspiracy, hundreds of chats, a dozen different places to

6    find these communications, Signal, text, Facebook, Parler,

7    Rocket.Chat, GoToMeeting, ProtonMail, in videos and recorded

8    conversations.

9            Every message we showed you, we brought to you has

10   a notation that shows you where it came from, whose phone,

11   who sent it, what date, what time, what Signal chat.  And we

12   even gave you a list of which conspirators were in which

13   Signal chats at which times.

14           And when a message was too long to fit on to one

15   slide so you could read it clearly, we broke it into two

16   slides and we wrote "continued" or a slash 1 or a slash 2 on

17   the bottom.  It's not a secret.  Nothing is being hidden

18   from you.

19           You can see that here.

20           Ms. Halim spent a lot of her time yesterday

21   attacking the government for what she said, cutting the

22   message in half and alleging that we hid it from you.  It

23   was Exhibit 4761, a message that -- from TruthSeeker69, it's

24   right here, that we showed to Brian Ulrich.  How

25   do you know, she warned, that the government has not done

 1   that with every other message.  What if she didn't catch

 2   another example of this nefarious behavior.  You cannot

 3   trust the government, anything we say, she said.  That was

 4   the tenor of her entire closing argument yesterday based on

 5   this example, except she's wrong.

 6           We did present this entire message to you back on

 7   December 15th, a month ago, not just for the first time last

 8   week with Mr. Ulrich, a month ago with Special Agent Kelsey

 9   Harris.  It's Exhibit 6778, slides 20 and 21, it's right

10   here in front of you.  Agent Harris sat on the witness stand

11   and read each and every word of this message from

12   TruthSeeker69 to you and into the record.  Ms. Halim was

13   here in the courtroom.

14           A month later when Brian Ulrich was here,

15   Ms. Hughes was examining him and we presented this message

16   for the important part for Mr. Ulrich, the man who lived

17   this, who got these messages in realtime.  He was part of

18   the "Georgia OK General" chat.

19           And what was important to him, what was important

20   to him was that Stewart Rhodes was asking for help.  That's

21   why we read this message to him.  And he read it and he

22   explained it to you.  Stewart Rhodes is asking for help.

23           We hid nothing.  We don't hide anything.  We're

24   trying to make the presentation of evidence more efficient.

25   That should be a goal shared by every single person in this

1    courtroom every day.

2            Now, Mr. Shipley said that we fabricated evidence.

3    Ladies and gentlemen, we took hundreds, if not thousands of

4    hours of video and then communications and photographs and

5    maps, and we put them in sequence in order to help you make

6    sense of the evidence, understand the connections, the

7    timelines, the maps, the people involved.

8            The defense is permitted to and able to, but not

9    required to, do the same thing.  They have the ability to

10   put evidence before you.  They did it again and again,

11   putting their own gloss, their own preferred messages before

12   you.  They each accused us yesterday of cherry-picking, one

13   of their favorite words, and taking messages out of context.

14           But during the trial, you saw again and again,

15   they had the ability and they did put their own messages in

16   front of you.

17           The defense has the same access to the same

18   videos, the same files, the same message.

19           MR. SHIPLEY:  Your Honor, I'm going to object to

20   the commentary on what the defense did or didn't do when the

21   defense doesn't have an obligation.

22           THE COURT:  I think it's appropriate, given the

23   defense's -- what it did during cross-examination.

24           MR. SHIPLEY:  If that's clear.

25           THE COURT:  Okay.  I mean, this was done during

 1   cross-examination is what you're referring to, correct,

 2   Mr. Nestler?

 3           MR. NESTLER:  Yes, Your Honor.

 4           THE COURT:  Just a reminder, ladies and gentlemen,

 5   the defendants have no obligation to present any evidence of

 6   their own.  They have the opportunity to do so through

 7   cross-examination.  They don't have an obligation to do so

 8   through their own defense case.

 9           Is that okay?

10           MR. SHIPLEY:  Thank you, Your Honor.

11           THE COURT:  Sure.

12           MR. NESTLER:  They do not have to call any

13   witnesses or present any evidence, but they can and they

14   did.  Mr. --

15           MR. SHIPLEY:  Your Honor, objection.  That's

16   commentary on the defense presentation of a defense.

17           THE COURT:  Just to be clear, again, the defense

18   has no obligation at all to present witnesses during its

19   case.  It has the right to cross-examine the government's

20   witnesses, and it may do so through questions and

21   presentation of exhibits if they choose to do so.

22           MR. NESTLER:  As I said, they don't have an

23   obligation to do so, but they can and they did.

24           MR. SHIPLEY:  Objection, Your Honor.  He said the

25   same thing.

4668

1              THE COURT:  Hang on.  Hang on.  Hang on.

2              Mr. Shipley, I think I've made clear to the jury

3    where the burdens lie and what the government is permitted

4    to say and not say.

5              Mr. Nestler's comment, I was directing the jury

6    right now, is only to the defense presentation in

7    cross-examination of the government's case and to extent

8    that Mr. Peed presented a defense case at all.  It is not a

9    commentary, nor should the jury draw any inference about the

10   decision of any other defendant either not to present

11   evidence or to not testify.

12             Again, there's no burden and you are not permitted

13   to draw any inference from their decision not to present

14   evidence or witnesses in their case.

15             MR. NESTLER:  Mr. Peed called an FBI Special Agent

16   as a witness.  He called Special Agent Cody to testify as to

17   exhibits.

18             Now, we presented evidence of what the FBI located

19   elsewhere, not any single Signal message you saw here during

20   this trial came from one of these four defendants' phones,

21   not a single one, because each one of these defendants got

22   rid of Signal or his entire phone altogether.  Think about

23   that.  Much of the damning evidence you saw against these

24   defendants came from other people's phones and other places.

25             The FBI agents' jobs as they sat on the witness

1    stand is to collect the evidence and show it to you.

2    They cannot tell you what the evidence means.  They were

3    not there.

4            And you heard what they said.  It was

5    Judge Mehta's own instruction to them.  They cannot

6    interpret the messages for you unless they were on them;

7    and, of course, they weren't.

8            Now, people who lived those messages, who were

9    part of those communications, who sent and received them in

10   realtime, they can tell you what they meant.  They can tell

11   you what was going on in their heads and other people's.

12   For you, that's Caleb Berry; that's Brian Ulrich; that's

13   Mike Adams.  And they all said the same thing:  The people

14   on these Signal chats were serious.  They meant what they

15   said about opposing the government by force.  It was real.

16           Let's talk about the evidence that the defendants

17   joined this agreement.  Mr. Edwards is going to put up the

18   board that we've talked about before to help you make sense

19   of some of these individuals.

20           Now, each defense counsel complained yesterday

21   that the defendants did different things from each other,

22   yes, that's correct, precisely the point.  Each person can

23   play a unique and different role in a conspiracy.  The fact

24   that Vallejo and Minuta didn't know Hackett and Moerschel

25   supports the argument they were all part of a conspiracy.

4670

```
 1    They each had a role.
 2            Hackett and Moerschel deposited firearms at the
 3    QRF and would be part of the muscle, part of Line 1.
 4            Minuta would be part of the muscling as part of
 5    Line 2.
 6            Vallejo would guard the guns at the QRF, along
 7    with members of the QRF from North Carolina -- that's Stamey
 8    over here -- and along with the other member of the QRF from
 9    Florida -- that's Bittner over here.  Sorry.  He didn't
10    angle it well.
11            Caleb Berry explained it to you.  Hackett
12    and Moerschel were communicating through Meggs and Meggs
13    to Rhodes.
14            Hackett and Moerschel know they left firearms at
15    the QRF hotel.  They know there are people at the QRF hotel
16    guarding those firearms.  And they know that Meggs was the
17    person to give the order to bring those firearms in.  And
18    Hackett and Moerschel had communicated with Bittner, the man
19    guarding their firearms when they dropped off and picked up
20    their firearms.
21            The same goes for Minuta through James.  James was
22    talking to Rhodes.  And the same goes for Vallejo, who was
23    communicating directly with Rhodes.
24            You have the Judge's instructions with you, and
25    you'll have them when you're deliberating.  Look at page 19.
```

1           "It is not necessary for the defendant to know

2    every other member or the conspiracy.  In fact," the Judge

3    told you, "a defendant may know only one other member of the

4    conspiracy and still be a coconspirator."

5           And look at page 20.

6           "Each member of the conspiracy may perform

7    separate and distinct acts or even no acts at all."

8           The members of Line 1 performed similar acts in

9    breaching the Capitol, and it's similar to members of Line 2

10   but different from what people at the QRF did.  All part of

11   the same conspiracy.

12          They were each connected through Rhodes and his

13   top lieutenants, including Kelly Meggs and Joshua James.

14          We gave you this exhibit.  It's Exhibit 1557.

15   Minuta and Vallejo were in the "D.C. Op Jan. 6 21" chat with

16   Rhodes and Meggs and James and Watkins and others.

17          And Hackett and Moerschel were in the

18   "OK FL Hangout" with Rhodes and Meggs and James and others.

19   How do you think they all communicated with each other?

20   Through those central people, who were then disseminating

21   the messages, like any other organization, how would that

22   work.

23          You know that Minuta communicated directly with

24   Rhodes before, during, and after January 6th and that

25   Vallejo communicated directly with Rhodes before, during,

1   and after January 6th.

2          Now, Mr. Peed argued to you yesterday that Vallejo

3   was taking orders from President Trump, not Stewart Rhodes.

4   That's just plain wrong.

5          How do you know Vallejo was looking to Rhodes for

6   orders?  On January 7th, Vallejo messaged Rhodes, addressing

7   him as "sir," saying he was awaiting orders.  On that

8   January 7th podcast, Vallejo said he was awaiting orders

9   from Rhodes.  He sent Rhodes messages in advance of

10  January 6th and to the "D.C. Op Jan 6" chat, saying he was

11  looking to Rhodes for guidance.  And after January 6th,

12  Vallejo made his way to Texas where he thought Rhodes

13  would be.

14         One other example about these relationships.  Just

15  think about the communications and relationship between the

16  conspirators just regarding the hotel.

17         Caldwell, member of the QRF from Virginia, found

18  the hotel and stayed there.

19         Stamey booked the hotel and stayed there.

20         Meggs paid for those hotel rooms and instructed

21  Bittner to stay there, while Meggs stayed elsewhere in D.C.

22         Vallejo spoke directly with Meggs to get the

23  details about the hotel.  Then Vallejo stayed there in a

24  room adjoining Bittner, paid for by Meggs, across the hall

25  from Stamey.

1           And Meggs and Vallejo communicated with Rhodes

2     about the hotel serving as the QRF.

3           All connected and linked to one another.

4           Let's talk about the defendants' reasons for

5     joining the conspiracy.

6           And Mr. Shipley claimed to you yesterday that

7     Defendant Minuta did not like President Trump and,

8     therefore, I suppose the argument goes, could not have

9     joined a conspiracy to oppose the government in an effort to

10    keep President Trump in power.

11          But each one of these defendants subscribed to the

12    same idea, that the 2020 Presidential election was

13    fraudulent and that there was government overreach.  They

14    blamed the government.  They were mad at the government.

15          Each conspirator can bring their own history and

16    motives to join the conspiracy.  Maybe Rhodes also wanted to

17    use his conspiracy to make some money, this grifter defense

18    that Mr. Weinberg talked to you about.  And maybe Vallejo

19    was focused on keeping President Trump in office.  That's

20    what Mr. Peed argued to you.  He was so focused on that.

21          And Minuta thinks the government has become

22    tyrannical and needs to be attacked.  That's what he said on

23    his Facebook messages.  And that's what Mr. Shipley talked

24    to you about.

25          But the evidence shows they all had the same goal.

1    They're all still part of the same conspiracy with the same

2    objectives, opposing the government, stopping the transfer

3    of power.

4        You heard from Brian Ulrich and Caleb Berry They

5    said they were mad at Republicans too.  Didn't matter.

6    Republicans, Democrats, they told you they thought people in

7    power in government were not doing enough to stop the

8    fraudulent election and they had too much government

9    overreach.

10       Look at what the Judge instructed you on page 15:

11   "A person can have many reasons for his conduct.  So long as

12   one of those reasons is illegal, it does not matter what the

13   other reasons are."

14       The instructions say, "While a defendant must act

15   with the necessary intent for the crime, this need not be

16   the defendant's sole purpose."

17       People are complicated.  They can act for multiple

18   reasons.  So long as one is illegal -- and each one of these

19   defendants, it was illegal -- that's sufficient.

20       Now, speaking of intent, the defense lawyers

21   yesterday each made statements about what their clients were

22   thinking or intending or not to do.  Hackett meant no harm,

23   Minuta wanted to help the police.  Moerschel wanted to go

24   there and help medics.  Vallejo was only opposed to Antifa.

25   Not a single one of those statements is true.

1    Yes, the government bears the burden of proving

2    each defendant's intent beyond a reasonable doubt, but as

3    Judge Mehta told you, look at page 14 of your instructions,

4    a person's intent cannot be proved directly.  You cannot

5    know what a person is thinking.  There's no way to actually

6    know.

7    You, the jury, you determine the defendants'

8    intent based on all the circumstances.  Their statements,

9    their actions, and the statements and actions of those

10   around them and those who are part of their conspiracy.

11   Using those facts and circumstances, you can

12   determine what they were intending.

13   These defendants were fully engaged with the other

14   conspirators.  Hackett even wrote to the Florida

15   Oath Keepers in a message that you saw that he reads each

16   and every message sent in the chat and he encouraged others

17   to do so.  It was --

18   MS. HALIM:  Objection.  Misstatement of the actual

19   statement, Your Honor.

20   THE COURT:  The jury's recollection will control

21   what the evidence was.

22   MR. NESTLER:  Mr. Berry explained to you that he

23   read everything on the Signal messages, even when he was

24   working 14-hour days as a line cook.  It was important to

25   him to scroll back up and read everything and be fully

1    plugged in.

2            Moerschel, for his part, joined the Signal chat on

3    December 19th.  That same day that the group started

4    planning in earnest to go to D.C.  That is not a

5    coincidence.  That's why he joined that day, because that's

6    what he was in for.

7            Now, Mr. Weinberg and Mr. Peed, in an effort to

8    argue yesterday why their clients took certain actions on

9    the afternoon of January 6th, they even conceded that the

10   evidence showed that Moerschel and Vallejo were actively

11   monitoring the Signal communications on the afternoon of

12   January 6th.

13           Let's talk about the defendants' reasons for going

14   to the Capitol:  To stop Congress from certifying the vote.

15   It's that simple.

16           Now, Mr. Shipley and Ms. Halim and Mr. Weinberg

17   all made versions of the following argument to you

18   yesterday.  How do you know that these defendants knew that

19   Congress was meeting in joint session on the afternoon of

20   January 6th to certify the Presidential lection.  How

21   do you know?  Now, Mr. Peed did that make that argument to

22   you, well, because Mr. Vallejo was talking at length in

23   advance of January 6th and on January 6th and on the podcast

24   that morning about exactly what was happening so it's

25   obvious that he's personally talking about it.

1          But you see all the evidence they all knew, on the

2    "D.C. Op Jan. 6" chat, it was discussed at length.

3          Rhodes told everybody, this was a hard

4    constitutional deadline, January 6th.

5          Meggs said they would be going to the Capitol on

6    January 6th, flying their Oath Keepers flags, making those

7    senators very uncomfortable.

8          Roberto Minuta was corresponding with Enrique

9    Tarrio on Parler about #J6 and #J20.  January 6th,

10   certification of the vote.  J20, the inauguration of the

11   President.

12         And then on the afternoon of January the 6th, the

13   conspirators were waiting on the Vice President, on

14   Vice President Pence.  They were holding out hope that he

15   would do something to stop the certification of the vote.

16   Only once that didn't occur, only once word had spread that

17   Pence had screwed them, Pence had betrayed them, Pence was

18   not going to stop the certification, did these Oath Keepers

19   spring into action.

20         It was around 1:40 p.m. that Rhodes told his

21   followers, "Pence screwed us, he is doing nothing."

22         And then a few minutes later, Jessica Watkins

23   repeats that on Zello.  It spread like wildfire that Pence

24   has screwed us and we're all going to the Capitol.  And

25   recall that Hackett and Moerschel are with Watkins at this

4678

1    time it.

2              It's around this time that the members of Line 1

3    and Line 2 make their way to the Capitol.

4              Now, Mr. Shipley talked to you, and so did

5    Ms. Halim, about personal security details, working

6    security.

7              Mr. Shipley said this to you yesterday, though,

8    Minuta did not go to the Capitol, having to do anything with

9    personal security for Roger Stone.  That was over.  Whatever

10   that was, it was over.  And Brian Ulrich told you the same

11   thing.

12             Similarly, Hackett and Moerschel, them going to

13   the Capitol had nothing at all to do with any alleged

14   personal security.

15             First of all, Caleb Berry told you that.

16             Remember that Rhodes often talked about the need

17   for what he called legal cover to explain themselves.  And a

18   personal security detail, or a PSD, is a great way to get

19   this legal cover.  There's no evidence of any actual

20   protectees that anyone was protecting.  No one they were

21   actually securing.  You have all the video we presented to

22   you of Line 1, approaching the building, entering the

23   building.  It's just them, they're not with anybody else,

24   they're not protecting anybody.

25             The defendants had no training in security.  No

1    security company.

2            And the best example of why this whole PSD theory

3    is bunk is what actually occurred that afternoon.

4            Rhodes called his group to the Capitol and Meggs

5    and James brought their respective subgroups to the Capitol.

6            If you're protecting a human being, would you

7    bring them into a riot?  Wouldn't that be security 101?

8    Take the people you are allegedly protecting away from the

9    harm?  But, no, they all went straight to the Capitol, to

10   the same place.

11           Now, let's talk about intent.  You can infer their

12   intent from all their circumstances, as I said.  And as

13   Mr. Manzo explained to you, Mr. Hackett in particular was

14   far more careful than some of the other defendants.

15           But Caleb Berry testified, he let you in on one of

16   those one-on-one conversations that the two of them had in

17   the hotel room in D.C. on the night of January 5th before

18   they did what they did the next day on January 6th.

19           Remember what Mr. Berry told you.  Joe, he called

20   him Joe, was in D.C. to fight.  He thought the country was

21   going to the point of no return, and he, he, Hackett,

22   thought it was up to him to do something about it.

23           Remember what Mike Adams told you about Joseph

24   Hackett as well.  Adams told Hackett back in November, don't

25   go to D.C., don't get too involved with the Oath Keepers,

1    this is a bad idea.  Kelly Meggs is taking you in the wrong

2    direction.  Pull out.

3           Hackett didn't listen.  Hackett should have known

4    better.  Hackett, with Caleb Berry, was literally the adult

5    in the room.  If Berry, a child, they all said he was a

6    child, he was 19 at the time, prepared to take up firearms

7    and die for his cause, if he was prepared to die and knew

8    what he was signing up for, then surely Hackett did, too.

9           Let's talk about corroboration.  Start with

10   Caleb Berry.  Gave you corroboration about what happened

11   with Line 1.  Each defense counsel yesterday, all four of

12   them, attacked Caleb Berry.

13          Ms. Halim conceded that he was corroborated on

14   most of his important points, but she said he wasn't on one.

15   I'll say why that's wrong in a second.

16          What did he say about the conversation with

17   Kelly Meggs and the rest of the group?  He had that they got

18   to the Capitol and they huddled.  Here you can see them

19   huddling.

20          There were a dozen of them, members from Florida

21   and from Ohio.  They were in a huddle formation on the

22   Capitol Grounds, they could hear each other better because

23   it was loud.

24          Kelly Meggs was doing most of the talking.  The

25   whole group knew that Congress was meeting.  They knew that

1    word had already been spreading that Vice President Pence

2    had betrayed them, he wasn't going to stop the

3    certification.

4            The group knew the Capitol had already been

5    breached.  Meggs said they were going to go stop the vote.

6    Here is a close-up from a video taken by Sandra Parker

7    around this time showing them, in that huddle formation, all

8    together.  Hackett just behind Berry, hearing everything

9    Berry was saying, right next to Kelly Meggs.

10           Everyone knew what Meggs meant when Meggs said

11   those statements.  No one voiced any disagreement.

12           The huddle broke and everybody followed Meggs up

13   the stairs to the building just like the video shows.

14           In that stack formation that Caleb Berry described

15   to you, with hands on shoulders.  No one walked away, no one

16   peeled off, no one disagreed.  At that moment every single

17   person in the group, Hackett and Moerschel included, was

18   part of that conspiracy.

19           What better evidence of an agreement?

20           And you know this was all happening at 2:32 based

21   on the timestamps from the surveillance video.  And what was

22   happening around that same time, Kelly Meggs on a three-way

23   call with Stewart Rhodes and Michael Greene.

24           And what did Ms. Halim tell you, that that phrase,

25   "Stop the vote," that Kelly Meggs said, that that wasn't

 1    anywhere.  Why would he say a phrase like that?

 2            First of all, that's what they had all been

 3    discussing in December and early January.  It's synonymous

 4    with stopping the steal, stopping the vote.

 5            Second, you have seen that phrase.  You know who

 6    said it?  Kelly Meggs' own wife on the night of January 6th.

 7    Connie Meggs said that same thing in a text message she sent

 8    to Patty Gee, in a message she deleted off of her phone but

 9    was covered from T-Mobile.  She said that after hearing that

10    the Vice President wasn't standing up for President Trump,

11    and she used that slur, she said that, quote, "We went up

12    there to stop the vote."  Same words, same marriage,

13    Kelly Meggs, Connie Meggs.

14            Now, Ms. Halim made a big fuss when

15    cross-examining Mr. Berry and in her closing argument

16    yesterday about his sworn Statement of Facts to support his

17    guilty plea.  He said, quote, "At least some of the

18    co-conspirators and other individuals pushed against

19    U.S. Capitol police officers and the east Rotunda doors,

20    eventually forcing open the doors."  That was that statement

21    she cross-examined him about and showed you yesterday in

22    closing.

23            The statement is literally true.  This is a video,

24    you'll have it with you, it's from Exhibit 1503.1, it's the

25    News2Share video.  There's Harrelson and Hackett after they

1    ascended the stairs, the stack that Caleb Berry described

2    moves forward towards the doors.

3        The doors are closed.  There's Hackett behind

4    Harrelson.  He's actually in front of Kelly Meggs.  And they

5    are walking, of their own free will, closer towards the

6    doors.  There's Meggs and Dolan behind him, and there's

7    Moerschel and Young behind them.  You have the full video.

8        As they get closer and closer to the doors, that

9    was around 2:37 p.m.  At around 2:38 and 2:39 p.m., the

10   doors are breached.  Yes, some rioter from inside the

11   building presses that sort of emergency bar on the door and

12   pushes it open, but then look at what happens on the video.

13       The mob, including Hackett and Moerschel, outside

14   of the doors, literally force the doors open, they use their

15   hands.  You can see them using their hands to force the door

16   open to keep the door open so the rest of this mob can go

17   in.  And that crowd, including Hackett and Moerschel, as

18   well as Berry, they pushed against Officer Salke and

19   Officer Carrion and the doors themselves.  They pried open

20   those doors, they kept those doors pried open, and they kept

21   them open wide enough to allow them and the other

22   co-conspirators to breach the building.

23       And there's additional corroboration for

24   Caleb Berry's testimony.  He explained to you, he initially

25   minimized.  That is human nature.  Before he even met with

1    the government, he wrote down everything in his own words

2    and handwriting on single-spaced pages to try to make

3    himself look better.  That is human nature.

4            But then when he met with the FBI and the

5    prosecutors, he told you, he told the truth.  The defense

6    counsel even pointed out that they explained Kelly Meggs'

7    statement about trying to stop the vote, only the second

8    time he met with the FBI and the government and that he

9    testified to it in the grand jury when he was under the same

10   oath that he was under when he testified here.

11           Berry also explained that Harrelson had touched

12   Officer Salke's body armor and then discussed it.  There's

13   video of that touching, more corroboration.

14           And, ladies and gentlemen, use your common sense.

15   If Caleb Berry was embellishing, if he was doing everything

16   the government wanted him to do, why didn't he say he looked

17   inside those rifle cases.  He said he never looked inside.

18   He picked them up, they were heavy.  Never looked inside.

19   Wouldn't it have been easy to say they actually contained

20   rifles?  He told you, not 100 percent sure they contained

21   rifles, but he thought they did.  But he didn't look inside.

22   Wouldn't that have been easy?

23           Wouldn't he have been able to say he knew who

24   Moerschel was?  He didn't recognize Moerschel in the video.

25   He doesn't know Moerschel that well.  He knew Hackett

1    better.  Wouldn't that have been easy to say?

2            He told you his job, his only job, his only

3    obligation, sit there and tell the truth.

4            Let's talk about Brian Ulrich, Line 2.  Minuta and

5    Ulrich went to the Capitol because of Congress's proceeding,

6    not to help the police that Mr. Shipley said.  I mean, he

7    said that with a straight face yesterday, that Minuta went

8    there to help the police.

9            Brian Ulrich was clear in his testimony that

10   helping the police was never anyone's intent.  And, in fact,

11   he saw Minuta berating the police.  On his way to the

12   Capitol, Minuta said he knew patriots were attacking the

13   Capitol.  And he thought he was a patriot.

14           En route, he was concerned with police committing

15   violence against patriots.  He wanted to stand up to the

16   police for what they were doing to what he thought were his

17   fellow patriots.  He screamed at officers, told them to

18   stand down.  He tried to physically pull them out of the

19   building.  His words, "Because its our fucking Capitol."

20           Now, Mr. Shipley said something to you yesterday

21   that Minuta immediately left the Capitol after he was in the

22   Rotunda.  That's wrong.  You have the video to show that's

23   wrong.  He did not.  He exited those Capitol doors at

24   3:19 p.m. after Officer Jackson and others in the Rotunda

25   had repelled his advances.

1           But then he hung out on that landing for almost 20

2    more minutes while rioters agitated and chanted,

3    "Stop the Steal.  Fight for Trump."  He finally retrieved

4    Jonathan Walden, the guy who Ulrich called K-9, at 3:35 p.m.

5           Then -- then Minuta descended the stairs.  And,

6    yes, police officers were leaving at that same time, these

7    officers in this hard riot gear that you heard about how if

8    they had fallen down, it could have been catastrophic for

9    them because they would have been trampled.  It's hard to

10   get up wearing all this gear.  Mr. Shipley claimed to you

11   that Mr. Minuta was helping these officers.  You'll have

12   this full video there.

13          Look at what Minuta was saying.

14          "That's the police being escorted by the people,

15   the people, because it's our fucking building, our fucking

16   building."

17          He is joyous.  He is celebrating the officers were

18   leaving his building.

19          And, remember.  That's because he thought he had

20   won.  He thought he and his group had prevailed.

21          Interestingly enough, this video that Minuta took

22   himself on his phone was not found on his phone or anywhere

23   from Roberto Minuta.  It was actually found on Vallejo's

24   phone.  Vallejo, a man that they claim that they never met

25   each other.  Talk about conspirators.

1          This whole thing corroborates Brian Ulrich's

2     testimony.

3          Minuta did not help.  Minuta did not talk about

4     helping.  He was there to physically and forcibly remove

5     police officers from the building because he felt so

6     entitled to do so, because he hated the government so much.

7          Now, let's talk about one quick note about Berry

8     and Ulrich.  This is an important point, ladies and

9     gentlemen.  They each pled guilty to a conspiracy.  They

10    stood in this courtroom in front of this judge, Judge Mehta,

11    explained what they did, and pled guilty to conspiring with

12    others as part of a seditious conspiracy for Brian Ulrich

13    and to obstructing Congress for Caleb Berry.  And both of

14    them also pled guilty to Count 3 that every man here is

15    charged with, which is actually obstructing Congress.

16         Judge Mehta accepted their guilty pleas.  And if

17    these two men are guilty -- and they are.  They told you

18    they are -- then each one of these defendants is also

19    guilty.  Each one of these defendants did much more than

20    Caleb Berry and Brian Ulrich.

21         Let's talk about Joe Herrington.  Corroboration

22    for him.  He described Kandaris to a T.  The bigger guy,

23    bald, called himself an elector.  And Vallejo, a ponytail

24    beard with tape on his fingers.

25         Yesterday Mr. Peed even told you that

1    Joe Herrington seemed like a straight shooter.

2              Herrington said that Kandaris and Vallejo were

3    discussing waterways at that dinner at the Olive Garden.  Of

4    course, Caldwell and Meggs had been planning to transport

5    weapons on the waterways.

6              Herrington told you that Vallejo said he'd been

7    serving as the QRF.  And you know that Vallejo himself said,

8    "I'm the QRF."

9              Now, during his closing argument yesterday,

10   Mr. Peed did not once mention all of those rifles that

11   Vallejo and Kandaris brought with them from Arizona all the

12   way across the country to Arlington.

13             What were those rifles for, ladies and gentlemen?

14   The armed Quick Reaction Force.  That's what Rhodes said it

15   was, an armed Quick Reaction Force.

16             And so what is a QRF?  Quick Reaction Force.  The

17   word is literally in the title.  How could these defendants

18   not have been agreed to use force?  It was literally in the

19   name of what Vallejo said he was.

20             And Berry explained to you how the term was used

21   in the group.  It was not defensive; it was a

22   counteroffensive.  If their group were under attack, they

23   would use the QRF to launch a counterattack.  They didn't

24   need the weapons at the outset.  They were in reserve, ready

25   to be called in if necessary.

1            You know from the Florida group that Hackett drove

2    with 9 or 10 long guns in Meggs' truck.  And you can see him

3    on the video with those long guns at the Comfort Inn hotel.

4    And each car in that caravan, Jeremy Brown's RVs and the

5    other minivans and the other cars, brought weapons to that

6    QRF hotel.  You can see for yourself on the video that is an

7    arsenal.

8            Moerschel, for his part, he drove from Florida to

9    Virginia with Kenneth Bittner, Gator Kane, or Kane, the man

10   who was guarding Florida's arsenal of weapons.

11           And then Moerschel left Kane, Bittner, in the room

12   with all of the guns and all of the ammo, including

13   Moerschel's own guns and ammo, before Moerschel went into

14   D.C.; in other words, Hackett deposited weapons at the QRF

15   hotel.  Moerschel deposited weapons and the QRF himself, the

16   man who would be the Florida QRF himself.

17           Let's talk about the defendants' actions at the

18   Capitol.  These defendants knew what they were doing, and

19   they were dangerous.

20           Defense counsel yesterday told you it was loud; it

21   was chaotic.

22           That's true.  But these defendants were

23   disciplined.  They knew what they were doing.  They knew why

24   they were there.  Caleb Berry told you not just about what

25   Kelly Meggs said while they were in that huddle.  But all

1    the messages, all the talk, all the rhetoric, all the

2    traveling, all the training, all the transporting of

3    firearms and the ammunition, all leading to this point.

4    They knew what they were there to do.  It didn't even need

5    to be said out loud.  It was the culmination of all they had

6    worked for, all they had trained for, all they had wanted.

7            And the crowd was happy to see them.  The crowd

8    was chanting for Oath Keepers.  The crowd parted for them to

9    go up the steps.

10            Caleb Berry said it felt like the crowd wanted to

11   use him and the rest of the group as a battering ram.  They

12   had a position of prominence.  And it made him feel good.

13   It made him feel justified.

14            Think about how that would have also felt to

15   Hackett and Moerschel at the time.

16            These Oath Keepers were recognizable.  This was

17   everything Rhodes had hoped for.  The Oath Keepers had

18   enough legitimacy, enough visibility among this movement,

19   among these like-minded people, who were supporting efforts

20   to stop the certification process, to Stop the Steal, and

21   they were respected by this crowd.  The people looked to

22   them.

23            And what did they do?  They pushed to the front.

24            Recall what Officer Salke and Officer Carrion told

25   you about this group.  Their attire, their camouflage, their

1    organization, their discipline made them more dangerous than

2    the average rioter.

3            Now, Hackett and Moerschel are charged in Count 5,

4    ladies and gentlemen, with destruction of property for the

5    damage to the doors at the time of their violent breach.

6    And to be clear, you do not need to find, and we are not

7    alleging, that they personally damaged these doors as they

8    breached them.  It is sufficient for you to find that they

9    aided and abetted others, meaning that they helped by their

10   actions to bring that result about.  That included yanking

11   on the handles, smashing the glass panes, and the physical

12   force that broke the metal door-closer apparatus.

13           Now, this damage and the defendants' aiding and

14   abetting of it includes the pepper spray, the spray used by

15   the rioters on the doors and the spray used by the police

16   back with on the rioters.

17           And the defendants' actions in violently pushing

18   through those doors assisted others in causing that damage.

19           You heard from Jason McIntyre about the damage,

20   the $24,000 in damage to both the Columbus Doors -- those

21   are these ornate, heavy, bronze doors -- and also the east

22   Rotunda doors, those actual sort of more office-like,

23   regular doors that have glass panes and are made out

24   of metal.

25           You heard what Mr. McIntyre told you about these

4692

1    Columbus Doors.  They are literally works of art from 1860s.

2    They contained these small figures with little swords made

3    out of pure bronze and that many of these little swords and

4    things that people on horseback were holding were bent or

5    broken off and need to be cleaned and repaired.

6            This is literally the door that is not open to the

7    public.  It's used as art and as symbolism.  It's the door

8    through which the departing President walks on January 20th

9    after inauguration, after the peaceful transfer of power.

10           Let's talk about what these defendants did inside.

11   They were methodical.  Defense counsel complained to you

12   yesterday that they were not triumphant or fist-pumping or

13   chanting.

14           So what?  That is a false dichotomy.  They don't

15   have to be fist-pumping and chanting to be happy about what

16   they did or to know that they were successful.  They were

17   also deliberate in what they did.  They went in there with a

18   purpose.  And you can infer that purpose, that intent based

19   on what their co-conspirators were doing and saying.  Many

20   of them were fist-pumping and chanting, pushing against riot

21   officers, screaming, "Treason."

22           They are no different than Meggs, than Watkins,

23   than Harrelson chanting, "Treason," than Isaacs pushing

24   through the doors, yelling, "The fight is not over."

25           And then talking about Hackett and Moerschel here,

```
 1   they left, because they recognized just how bad it was.

 2   They weren't able to locate Speaker Pelosi like Kelly Meggs

 3   said they were doing.  Their conspirators weren't able to

 4   make it into the Senate Chamber.  Jessica Watkins and the

 5   rest of the group are rebuffed.

 6          Members of Congress had been evacuated.  There

 7   were more and more police pouring into the building, pushing

 8   the rioters out.  They had achieved their immediate goal.

 9   Congress was scared.  Congress was intimidated.  The

10   proceeding was halted.  Congress members had to flee.  Now

11   it was time to regroup and figure out next steps.

12          Now, each of the three police officers who were

13   there that day you heard from, from the Capitol Police --

14   that's Officer Salke and Officer Carrion -- and from MPD --

15   that's Officer Anthony Jackson.  They each encountered two

16   groups of Oath Keepers, two waves.  Maybe it didn't come

17   through because of the way that they each perceived the day.

18          But let me explain.  The initial breach of the

19   building was out -- or on these doors was at 2:40 p.m.

20   That's when Line 1 came in with Hackett and Moerschel and

21   the rest of Line 1.

22          Then Watkins and half the group, seven of them, go

23   north towards the Senate where they try to penetrate the

24   Senate.  And they're met by a line of MPD riot officers,

25   including Anthony Jackson.  And he explained to you how they
```

1  were all in formation there, hands on each other's

2  shoulders, pushing the rioters back toward the Rotunda.  And

3  rioters were pushing them back.

4          He was explaining that he's a big guy, and he was

5  getting pushed back and pushed back.  That was Watkins and

6  the other six members of Line 1.

7          And then Anthony Jackson explained to you that

8  they were successful.  Those riot cops were able to push the

9  rioters back into the Rotunda, only to encounter

10 Roberto Minuta and Joshua James.  Anthony Jackson had to

11 encounter a second wave of these Oath Keeper defendants.

12         Meanwhile, Officers Salke and Carrion, they were

13 at the doors, those east Rotunda doors, the whole time.

14 They were there at 2:40 when Line 1 breached, and there were

15 there around 3:14 p.m. on Line 2, including when

16 Roberto Minuta breached.

17         Now, Mr. Weinberg told you yesterday that these

18 defendants were all talk.  He said that his client, while he

19 talked tough, never had an actual plan to do anything

20 violent, never followed through.

21         If that was the case, ladies and gentlemen,

22 then why did David Moerschel bring his AR-15 semi-automatic

23 rifle all the way from his house in Florida to the outskirts

24 of D.C.?  And why did he force his way into the

25 Capitol Building?

1          If these defendants never followed through on all

2    that tough talk, ask Officer Jackson whether he thought it

3    was just tough talk.  Ask Officer Mendoza, Officer Jackson's

4    colleague, who you heard in the video.  He said he could not

5    believe as Roberto Minuta was pushing that riot shield into

6    his chest as you saw on that video.  Ask Officer Salke as

7    Hackett and Moerschel pushed past him into the building.

8    And ask those staffers in Speaker Pelosi's office, who were

9    cowering for an hour in that conference room as Hackett and

10   Moerschel and Meggs and the rest of those conspirators were

11   just feet away outside the suite of her offices.

12          Ms. Halim and Mr. Weinberg made a few points

13   yesterday asking you, why did people make plans for after

14   January 6th if they thought they would be committing

15   sedition that day?  Think back to what Rhodes said back in

16   November, his Serbian plan, the whole point was to get

17   police and military to switch sides and align with the

18   patriots.

19          Think about what Meggs had been saying throughout

20   December.  We need to move in sufficient numbers.  This

21   group thought the entire government would be upended.  They

22   thought they were going to be successful because they had

23   the numbers at their back and that the police and military

24   would switch sides and join what they thought were the

25   patriots.

1         Caleb Berry explained this to you.  The group was

2    going to take part in stopping Congress and there would be

3    so many of them, they would be so justified, they would be

4    celebrated, there wouldn't be any concern that law

5    enforcement would come after them.

6         Minuta even yelled the same sentiment to the

7    officers while he was outside the Capitol Building, asking

8    them to stand down and switch sides.

9         It was only on the night of January 6th, after

10   they were having that celebratory dinner at the Olive

11   Garden, they had been successful in stopping Congress, that

12   they finally realized they miscalculated.  They were now

13   wanted by the FBI.

14        And that leads me to talking about consciousness

15   of guilt.  Let's talk about how the defendants' awareness

16   about what the FBI was looking for them shows they knew they

17   were guilty.  They took actions to hide their identities and

18   to get rid of evidence, and you can and you should infer

19   that they knew they were guilty and, therefore, that they

20   are guilty.

21        Now, before the election, you heard of some of

22   this evidence from Ms. Halim.  Any anonymity concerns were

23   from the left about Antifa, about doxing.  You heard defense

24   counsel talk and show you some videos and messages from way

25   back in the summer of 2020 about Antifa and George Floyd

1   protests, and these defendants' concerns or these

2   Oath Keepers' concerns were about doxing and the left.

3          After the election, that was in the past.

4   Everyone's mindset changed.

5          After the election, their concern turned to hiding

6   from the government.  It was no longer the left, it was the

7   FBI.

8          Rhodes said it himself on that November 9th

9   GoToMeeting that one of the members secretly recorded and

10  later gave to the FBI.

11         Berry himself told you, Hackett's actions in

12  November, signing up for TextMe, changing his number, using

13  the VPN, all showed it.  Moerschel buying that fancy

14  ProtonMail package so he could have encrypted emails based

15  in Switzerland, all shows it.

16         Ms. Halim mentioned that the numerous ways that

17  Hackett disguised his identity because he was scared of

18  being doxed.  It's also proof, that's not true, that he hid

19  his identity because of his agreement in the conspiracy.

20         On that November 9th GoToMeeting, Rhodes said, "Be

21  careful of monitoring by the FBI," and what he called three

22  letter agencies.  He told his followers, and Hackett was on

23  that call, that November 9th GoToMeeting call, be careful

24  about, "getting popped for a conspiracy."  Rhodes told his

25  followers, "make the government do their work, don't make it

1   easy for them."

2            The government did its work, ladies and gentlemen.

3            Now, Hackett and Moerschel, in the days after

4   January 6th, deleted Signal off of their phones.  Their

5   lawyers told you that's because they were done with the app

6   and they were done with the group.

7            Consider this, ladies and gentlemen.  They knew

8   what they had done was wrong.  Rhodes had been telling

9   everybody, delete, delete, delete, delete the things that

10  can incriminate you, delete the things that can incriminate

11  anybody else.  They saw their faces were all over the TV.

12  You saw those messages.  Who's on TV?  All of us.  That's

13  why they were deleting, to hide evidence from the grand

14  jury.

15           You know that Moerschel deleted his text messages

16  and Signal from literally the timeline of this conspiracy,

17  from November 2020 to January 2021, all gone.

18           Now, talking about deletion, Ms. Halim

19  cross-examined Caleb Berry about this point and I want to

20  talk to you about this.

21           Ms. Halim claimed that Caleb Berry was

22  inconsistent or was lying about deleting evidence.  But

23  Mr. Berry said on the stand, right here in front of you, the

24  same thing he said in the grand jury.  He was in Meggs'

25  truck, the back of the truck, sitting in the middle seat,

1    remember he was the youngest member.  Joe Hackett was

2    sitting next to him.  They were driving from Virginia, after

3    getting all their guns at the hotel, the QRF hotel, all the

4    way back to D.C. on January 7th.

5           Hackett had his iPhone with him.  Berry said that

6    Hackett said, Hackett had taken a picture or a video on that

7    iPhone from inside the Capitol and had already deleted it.

8    And that when Berry heard that from Hackett, a man who Berry

9    considered to be a leader, who Berry looked up to, who Berry

10   thought was close with Kelly Meggs, that caused Berry to

11   factory reset his own iPhone right there in the back of

12   Meggs' car to also hide evidence from the government and the

13   grand jury.

14          And Berry said the same thing in the grand jury.

15   He said in the grand jury he had discussed deleting with

16   Hackett.  You'll have his testimony, Ms. Halim introduced

17   it, showed it to him, so it's part of the evidence now.  I

18   had to show additional portions to give context to it.

19   You'll see in the grand jury, he said he had not discussed

20   deleting evidence with anyone else, anyone other than

21   Hackett.  He said he discussed it with Hackett.

22          Now, let's talk about Minuta discarding evidence.

23   You heard -- and Minuta also got rid of not just Signal but

24   his entire phone, as you heard.  The FBI searched him when

25   he was arrested in New York.  He had a phone on him.  That

4700

```
 1   phone didn't have any data relating to January of 2021.
 2   They searched his house in Texas around the same time, found
 3   two additional phones.  From both of those searches, the FBI
 4   did not locate the phone he was using on January 6th.
 5           There are photos and videos of him using a phone
 6   inside the Capitol, you've seen them.
 7           According to the evidence we showed you, in
 8   Exhibit 6740A, Minuta was actively using a phone with a
 9   certain phone number ending in 4147 on January 6th.  And
10   according to the evidence you saw, he was using that number
11   to log into Signal to communicate on Signal on January 6th.
12           But you heard from Kate Cain from the FBI, one of
13   his devices was activated in February of 2021.  No data at
14   all recovered from the month prior to February of 2021.
15           Ladies and gentlemen, you heard from Mr. Shipley
16   and you saw the car seats in the back of Mr. Minuta's car.
17   He is a family man.  Think about that.  He got rid of his
18   phone.  He didn't have any of the photos or videos or text
19   messages.
20           MR. SHIPLEY:  I'm going to object, Your Honor.
21   There's no evidence in the record he got rid of any phone.
22           THE COURT:  He's making argument, Mr. Shipley.
23   The jury understands that making arguments is not evidence.
24           MR. NESTLER:  The phone he has, no pictures,
25   video, communications from January of 2021.  Why would a
```

1    person do that, erase that month from their life?  Because

2    they knew they were guilty and you can use that to infer

3    they are guilty.

4            And you know that he took videos, both inside and

5    outside the Capitol.  We showed them to you, both inside and

6    outside the Capitol, you have them.  But none of them are

7    recovered from Roberto Minuta, not from his phones, not from

8    his accounts.  They were found elsewhere.  The video from

9    inside of the Rotunda, that was found on James' phone and

10   Rhodes' phone, not Minuta's.  That video that Minuta took

11   outside the Capitol of the police officers walking down the

12   stairs, saying, "It's our fucking building," that was found

13   on Vallejo's phone, not Minuta's.

14           Now, let's talk about Vallejo.  Vallejo did not

15   breach the Capitol Building, right?  He stayed in Arlington,

16   Virginia, guarding an arsenal of firearms.

17           Starting on January 2nd, Vallejo traveled across

18   the country with weapons and with people.  He and Kandaris

19   told Rhodes they would be manpower and firepower.

20           Mr. Peed conceded to you yesterday that Vallejo

21   was focused on what Congress was doing on January 6th, he

22   was following it closely.  He was messaging that 1776 Square

23   chat about it all the time.

24           Vallejo was not coming to D.C. to be a kitchen, to

25   be a cook, to be an Uber.  He was coming here to be a

1    revolutionary and an armed one at that.

2         Like many other criminal conspiracies, he

3    performed a certain unique role, that of the lookout, the

4    guy waiting in reserve, the guy guarding the stash, the guy

5    waiting with the weapons, the guy who's there to bring help

6    when they need help, and that help is guns and a lot of

7    them.

8         Vallejo messaged with Rhodes directly, repeatedly

9    leading up to January 6th and around the time of

10    January 6th.  Never once, you have those messages, did he

11    talk about being the kitchen or the food.  He was telling

12    Rhodes he was the rifles.  He was the QRF.  He, the man, was

13    the QRF.

14         On January 6th, Vallejo got the message from

15    Rhodes on that "D.C. Op Jan. 6, 21" chat, at around 1:40

16    p.m. when Rhodes said, "Pence is doing nothing, Trump is

17    doing nothing.  Patriots are taking matters into their own

18    hands."  That was 1:38 p.m., it was around 1:40.

19         It was at that time that these conspirators saw

20    that the system was broken, that Vallejo saw the system was

21    broken, and in his own words, he was, in his own words, the

22    motherfucker that was going to fix it.

23         He arrived back at the hotel with his truck just a

24    few minutes later and then he was actively monitoring the

25    situation on the ground.  He was receiving updates from the

1    group and other sources and giving updates back.  You saw

2    all of his messages from the afternoon of January 6th back

3    to this group.

4              If Mr. Vallejo was an Uber, trying to drive people

5    from D.C. out of D.C., why didn't he stay in D.C. after

6    getting his truck around 1 p.m.?  Why did he drive all the

7    way back to the hotel.  There's one easy answer for that.

8    That's where the guns are.  Vallejo needs the guns.  Yeah,

9    he needs the trucks to transport the guns, but he needs the

10   guns.

11             That's also, ladies and gentlemen, where Bittner

12   was, where Stamey was, where Kandaris was.  Each of them in

13   those rooms, all adjoining and across the hall from one

14   another, guarding those arsenal of weapons.

15             Now, yesterday, Mr. Peed did not address the fact

16   that Vallejo brought rifles.  You know they were there.  On

17   the Comfort Inn videos, you see those bags, those literally

18   large rifle bags that Vallejo and Kandaris are wheeling into

19   the hotel.  He's messaging Rhodes about rifles.  He's

20   talking about having facilities.  And on the podcast talking

21   about how they have the facilities and the technical

22   know-how and know how to use them.

23             Now, Mr. Peed also made a legal argument to you

24   about sedition and opposing the government by force.  His

25   argument to you was, basically, let me boil it down,

4704

1    Mr. Vallejo planned to commit sedition against the

2    United States Government starting on January 20th.  That was

3    his argument to you yesterday.  All of Vallejo's planning

4    was directed at opposing Joe Biden, not at opposing the

5    government between January 6th and January 20th.

6              First of all, that is quite the concession to

7    make, but that's basically what his argument was.  Let's

8    talk about the calendar.  This is Exhibit 1538, it's in

9    evidence.

10             Okay.  In November, this is when election day

11   happened, this is when the election results were announced.

12   In December, it's when the electors vote.  And here is a

13   calendar from the month of January, and you have the

14   instructions that Judge Mehta gave you.  You'll have them to

15   review in the back.

16             The seditious conspiracy count includes an

17   agreement to oppose the authority of the United States by

18   force and that period runs from November of 2020 through

19   January of 2021.  That's the period of the conspiracy.

20             And look at the instructions on page 14.  "It is

21   sufficient if the evidence in the case establishes beyond a

22   reasonable doubt that the conspiracy existed at any time in

23   this time window."

24             At any time between November of 2020 and January

25   of 2021.  That means that Vallejo's agreement that Mr. Peed

1    conceded yesterday to oppose President Biden's

2    administration between January 20th and January 31st --

3             MR. PEED:  I'm going to object to the

4    characterization of Mr. Vallejo's agreement because that I

5    was referencing documents written by Mr. Rhodes, not

6    Mr. Vallejo.

7             THE COURT:  Again, this is all argument.  The jury

8    understands this is argument.  The jury will evaluate the

9    evidence.

10            MR. NESTLER:  Thank you, Your Honor.

11            That means that Vallejo's participation,

12   agreement, knowing, voluntarily agreeing with everyone else

13   to oppose President Biden, it's sedition.

14            Second, you know, ladies and gentlemen, that

15   opposing President Biden-elect is just code for opposing

16   those parts of the Federal Government working to ensure that

17   the peaceful transfer of power was transferred from

18   President Trump to him; in other words, saying, "I oppose

19   Biden" is just code for opposing Congress's efforts to do

20   its duty to certify the election.  Same thing as opposing

21   Joe Biden himself.

22            The third point about this, ladies and gentlemen,

23   is what Caleb Berry said in his testimony.  He told you it

24   was clear.  They were in D.C. to oppose Congress at the

25   Capitol on January 6th with firearms at the ready in

1    Arlington, guarded by Vallejo.

2            Ulrich told you the same thing. The situation was

3    dire for them. It was urgent. It was now. It wasn't off

4    in some distant future.

5            And one more argument that Mr. Peed made, which

6    is that Mr. Vallejo was opposing Antifa, not the

7    Federal Government.

8            The evidence is clear. On January 6th, it was

9    self-appointed patriots, like these defendants, who were

10   attacking the Capitol. The conspirators were fighting the

11   government, not Antifa.

12           On the evening of January 6th at around 6:20,

13   Rhodes even told that "D.C. Op Jan. 6, 21" chat, which

14   included Vallejo, "It was patriots who stormed the Capitol."

15           Rhodes was clear. Rhodes wasn't hiding that. It

16   was patriots, not Antifa. And Rhodes said, "You can't

17   handle that, hit the door. You ain't seen nothing yet."

18           In the very next message, what does Vallejo write?

19           "We'll be back at 6:00 a.m. to do it again."

20           And then he writes, "We've only yet begun

21   to fight."

22           And fight against whom?

23           The government. That's a conspiracy.

24           Now, later that night, Rhodes tells this chat,

25   including Vallejo, "Watch what you say. Anything you say

 1    can and will be used against you.  Let's all go talk in

 2    person at the Olive Garden."

 3              So Vallejo goes to that Olive Garden where they

 4    don't talk about Antifa at all.  You heard from

 5    Joe Herrington Antifa is not a topic of conversation.

 6              And then they go back the next day.  Vallejo says,

 7    "We're at war."

 8              And then Vallejo talks on that podcast the next

 9    day.  But what's he doing now?  He now has heard from Rhodes

10    that they're being monitored.  The FBI is coming.  We know

11    from Herrington that everyone scattered like cockroaches

12    when they left the dinner because they knew the FBI was

13    after them.

14              So what does Ed Vallejo do on Ernie Hancock's

15    podcast the next day?  That's when he starts talking how it

16    was Antifa who attacked government, and he's there to

17    protect everyone against Antifa.

18              Don't fall for that.

19              Same goes for his statement in late January, and

20    Mr. Peed showed you.  He said to Rhodes, "Only guilty people

21    delete their Signal chats.  Don't worry.  I have nothing to

22    hide."

23              Why would he write that after Rhodes had already

24    said, "Everyone's monitoring your Signal chats"?  He's

25    trying to convince everybody else and trying to convince

1  you, ladies and gentlemen, that he didn't know he was

2  guilty.  He was and he knew.

3          And, by the way, he did delete Signal after that.

4  After he got complacent after sending that message around

5  January 24th, he did delete Signal.  Why?  Because he knew

6  it contained incriminating evidence.

7          Ladies and gentlemen, Stewart Rhodes lamented on

8  that secret recording that you heard that Jason Alpers made

9  on January 10th that he wished his group had brought their

10  rifles; in other words, Stewart Rhodes wished he had given

11  the Signal to call in Vallejo and the rest of the QRF with

12  the rifles.  You have the audio recording and a transcript

13  of it.

14          Then Rhodes said, "We" -- that was his word, "we,"

15  him and his followers, including Minuta, Hackett, Moerschel,

16  and Vallejo -- "could have fixed it right then and there on

17  January 6th," because, according to Rhodes, then he'd be

18  able to hang Speaker of the House Nancy Pelosi from a

19  lamppost.

20          Ladies and gentlemen, Kelly Meggs told the

21  co-conspirators that "We make the rules."

22          And Stewart Rhodes preached to his followers that

23  they were above the law.  Each of these defendants adopted

24  that view.  Each believed that he was above the law, that he

25  had some sort of special authority, special power, to decide

1    right and wrong, just and unjust, when to abide by an

2    election result and when to try and violently override it.

3            These defendants and their co-conspirators most

4    certainly do not make the rules.  They most certainly are

5    not above the law, they are subject to the same rules, the

6    same laws, the same requirements as every other citizen of

7    this country.

8            Our country was founded on the principle that the

9    people hold the power to effect change in the government.

10   Not certain people, not these self-appointed people.  The

11   people.

12           And how do they do that?  Through votes, through

13   discourse, through advocacy.  That is how the peaceful

14   transfer of power has worked in this country for over

15   200 years.

16           These defendants ignored that history.  They

17   ignored the laws.  And they ignored the will of the people

18   because they hated the government and they wanted to reverse

19   the outcome of the 2020 Presidential election.

20           Their enemy, in their own words, was the

21   tyrannical government.  They anointed themselves with the

22   power to arrest the politicians that they determined were

23   corrupt.  So they took matters out of the hands of the

24   people, and they put rifles into their own hands.

25           They drove across the country.  They took aim at

4710

1    Washington, D.C.  They stopped the transfer of power.  They

2    agreed that it must be done, and then they did it.

3            And while doing so, they had the audacity to claim

4    to be Oath Keepers.  They did not live up to that creed.

5    They claimed to wrap themselves in the Constitution, but

6    they trampled it.  They claimed to be saving the republic,

7    but they fractured it.

8            Thankfully, it still stands.  The real people who

9    kept oaths on January 6th are living proof.  The police

10   officers who faced these defendants and who protected the

11   constitutional process of the Capitol, the members of

12   Congress who faced down the riot and later returned to do

13   their constitutional duty.

14           And now you, whom the Constitution itself gives

15   the power to decide these defendants' guilt.

16           These four men believed they were above the law.

17   No one is.

18           Now it is your solemn duty and responsibility to

19   sit in judgment of them, to hold them accountable for

20   agreeing to commit sedition against the government of the

21   United States of America.  They are not above the law.  We

22   ask you to uphold the Constitution that they tried to

23   subvert.  We ask you to return the only verdict consistent

24   with the evidence.

25           Roberto Minuta is guilty.

1          Joseph Hackett is guilty.

2          David Moerschel is guilty.

3          And Edward Vallejo is guilty.

4          Thank you.

5          THE COURT:  All right.  Thank you, Mr. Nestler.

6          Could I ask one of you to please take the

7    board down.

8          Okay.  Ladies and gentlemen, all that is left at

9    this point is for me to provide you with some final

10   instructions before you begin your deliberations.  This will

11   just take just about ten minutes or so, not much longer than

12   that.

13         When you return to the jury room, you should first

14   select a foreperson to preside over your deliberations and

15   to be your spokesperson here in court.  There are no

16   specific rules regarding how you should select a foreperson.

17   That is up to you; however, as you go about your task, be

18   mindful of your mission:  To reach a fair and just verdict

19   based on the evidence.  Consider selecting a foreperson who

20   will be able to facilitate your discussions, who can help

21   you organize the evidence, who will encourage civility and

22   mutual respect among all of you, who will invite each juror

23   to speak up regarding his or her views about the evidence,

24   and who will promote a full and fair consideration of that

25   evidence.

1          I would like to remind you that in some cases, as

2   we've talked about, there may be reports in the newspaper or

3   the radio, on the radio or Internet or television concerning

4   the case.  If there is such media coverage about this case,

5   you may be tempted to read, listen to, or watch it.  As

6   we've discussed throughout, you must not read, listen to, or

7   watch such reports because you must decide this case solely

8   on the evidence presented in the courtroom.

9          If any publicity about this trial inadvertently

10  comes to your attention, do not discuss it with any other

11  jurors or anyone else.  Just let me or Mr. Douyon know as

12  soon after it happens as you can, and then I will briefly

13  discuss it with you.

14         As you retire to the jury room to deliberate, I

15  also wish to remind you of an instruction I gave you at the

16  beginning of trial.  During the deliberations, you may not

17  communicate with anyone not on the jury about this case.

18  This includes any electronic communication, such as email or

19  text or any blogging about the case.

20         In addition, you may not conduct any independent

21  investigation during deliberations.  This means you may not

22  conduct any research in person or electronically via the

23  Internet or in any other way.

24         If it becomes necessary during your deliberations

25  to communicate with me, you may send me a note by deputy,

4713

1    signed by your foreperson or by one or more members of

2    the jury.

3            No member of the jury should try to communicate

4    with me except by such a signed note.  And I will never

5    communicate with any member of the jury on any matter

6    concerning the merits of this case except in writing or

7    orally here in open court.

8            Bear in mind that you are never under any

9    circumstances to reveal to any person, not to the Clerk or

10   to me, how jurors are voting until after you have reached a

11   unanimous verdict.  This means that you should never tell me

12   in writing or in open court how the jury is divided on any

13   matter -- for example, 6-6 or 11-1 or in any other

14   fashion -- or whether the vote favors the government, the

15   defendant, or what it may be on any other issue in the case.

16           It is your duty as jurors to consult with one

17   another and to deliberate, expecting to reach an agreement.

18   You must decide the case for yourself, but you should do so

19   only after thoroughly discussing it with your fellow jurors.

20           You should not hesitate to change an opinion when

21   convinced that it is wrong.  You should not be influenced to

22   vote in any way on any question just because another juror

23   favors a particular decision or holds an opinion different

24   from your own.

25           You should reach an agreement only if you can do

1    so in good conscience.  In other words, you should not

2    surrender your honest beliefs about the effect or weight of

3    evidence merely to return a verdict or solely because of

4    other jurors' opinions.

5           Now, the attitude and conduct of jurors at the

6    beginning of their deliberations are matters of considerable

7    importance.  It may not be useful for a juror upon entering

8    the jury room to voice a strong expression of an opinion on

9    the case or to announce a determination to stand for a

10   certain verdict.  When one does that at the outset, a sense

11   of pride may cause the juror to hesitate to back away from

12   an announced position after a discussion of the case.

13          Furthermore, many juries find it useful to avoid

14   an initial vote upon retiring to the jury room.  Calmly

15   reviewing and discussing the case at the beginning of

16   deliberations is often a more useful way to proceed.

17   Remember that you are not partisans or advocates in this

18   matter, but you are judges of the facts.

19          Now, each count of the indictment charges a

20   separate offense; moreover, each defendant is entitled to

21   have their issue of their guilt as to each of their crimes

22   for which they are on trial determined from their own

23   conduct and from the evidence that applies to them as if

24   they were being tried alone.

25          You should, therefore, consider separately each

4715

```
1    offense and the evidence which applies to it, and you should
2    return separate verdicts as to each count of the Indictment,
3    as well as to each defendant.  The fact that you may find
4    any one defendant guilty or not guilty on any one count of
5    the indictment should not influence your verdict with
6    respect to any other count of the indictment for that
7    defendant, nor should it influence your verdict with respect
8    to any other defendant as to that count or any other count
9    in the indictment.
10           Thus, you may find any one or more of the
11   defendants guilty or not guilty on any one or more of the
12   counts in the indictment, and you may return different
13   verdicts as to different defendants and as to different
14   counts.  At any time during your deliberations, you may
15   return your verdict of guilty or not guilty with respect to
16   any defendant on any count.
17           I also want to add one other thing that's not
18   actually in the written instructions, which is, you've heard
19   that other individuals accepted pleas in this case and I
20   accepted those pleas.  These defendants have elected to
21   choose -- have elected to choose their right to be tried and
22   have the government bear its burden of proof beyond a
23   reasonable doubt.  The fact that another person has entered
24   a plea is not evidence of the guilt of any of these
25   particular defendants.
```

4716

1          A verdict must represent the considered judgment

2     of each juror; and in order to return a verdict, each juror

3     must agree on the verdict.  In other words, your verdicts

4     must be unanimous.

5          A question of possible punishment of the defendant

6     in the event of a conviction is not a concern of yours and

7     should not enter into or influence your deliberations in any

8     way.  The duty of imposing sentence in the event of a

9     conviction rests exclusively with me.  Your verdict should

10    not be based -- your verdict should be based solely on the

11    evidence in this case, and you should not consider the

12    matter of punishment at all.

13         I will be sending into the jury room with you the

14    exhibits that have been admitted into the evidence except

15    for firearms, ammunition, and any firearm-related material.

16    You may examine any or all of the exhibits as you consider

17    your verdicts.  Please keep in mind that the exhibits that

18    were only marked for identification but were not admitted

19    into evidence will not be given to you to examine or

20    consider in reaching your verdict.

21         If you wish to examine the firearms, ammunition,

22    and firearms-related materials, please notify the Clerk by a

23    written note and the Marshal will bring them to you.  For

24    security purposes, the Marshal will remain in the jury room

25    while each of you has the opportunity to examine this

1    evidence.  You should not discuss the evidence or otherwise

2    discuss the case amongst yourselves while the Marshal is

3    present in the jury room.  You may ask to examine this

4    evidence as often as you find it necessary.

5            If you wish to see or hear portions of the video

6    or audio recordings that I have admitted into evidence, you

7    will have those exhibits available to you for your

8    deliberations.

9            I will provide each of you with a copy of my

10   instructions.  During your deliberations, you may, if you

11   want, refer to these instructions.  While you may refer to

12   any particular portion of the instructions, you are to

13   consider the instructions as a whole and you may not follow

14   some and ignore others.  If you have any questions about the

15   instructions, you should feel free to send me a note.

16   Please return your instructions to me when your verdict is

17   rendered.

18           You will be provided with a verdict form for use

19   when you have concluded your deliberations.  The form is not

20   evidence in the case and nothing in it should be taken to

21   suggest or convey an opinion by me as to what the verdict

22   should be.  Nothing in the form replaces the jury

23   instructions of law that I've already given you, and nothing

24   in it replaces or modifies the instructions about the

25   elements which the government must prove beyond a reasonable

4718

1    doubt.  The form is meant only to assist you in recording

2    your verdict.

3          When you have reached your verdict, just send me a

4    note telling me you have reached your verdict and have your

5    foreperson sign the note.  Do not tell me what the verdict

6    is.  The foreperson should fill out and sign the verdict

7    form that will be provided.  We will then call you into the

8    courtroom and ask you your verdict in open court.

9          Now, the last thing I must do before you begin

10   your deliberations is to excuse the alternate jurors.  As

11   I told you before, the selection of alternates was an

12   entirely random process.  It is nothing personal.  We

13   selected the alternates seats before any of you entered the

14   courtroom.  It is always difficult to excuse the alternates

15   in any trial, but it is particularly difficult to excuse the

16   alternates in a case like this, given the length of time and

17   commitment each of you have given to this endeavor.

18         However, we do have 12 healthy and attentive

19   jurors remaining, and so the alternates I will be excusing

20   now are in Seats 7 and 8.

21         Now, before you leave, I am going to ask you to

22   provide your contact information, including your daytime

23   phone number, to Mr. Douyon.  I do this because it is

24   possible, albeit, unlikely, that we will need to summon you

25   back to rejoin the jury in case something happens to a

1   regular juror.  Since that possibility exists, I'm also

2   going to instruct you not to discuss the case with anyone

3   until we call you.  My earlier instruction on the use of the

4   Internet still applies.  Do not research this case or

5   communicate about it on the Internet.

6           In all likelihood, we will be calling you to tell

7   you that there has been a verdict and that you are now free

8   to discuss the case.  As I said, there is, however, a small

9   chance that we will need to bring you back on to the jury.

10          I want to thank you on behalf of the Court and all

11  the parties and the counsel for your service, and at this

12  point, I'll ask Mr. Douyon to have you -- escort you out of

13  the courtroom and provide you with additional instructions.

14          Thank you, all, very much.  We are very much

15  grateful, and committing as much time as you have is really

16  in the best -- best of the civic duty that individual

17  citizens can provide.  And it may be bittersweet to be

18  through all of this and not get to deliberate but you have

19  served an important role and we are grateful and thankful

20  for all you've done.

21          I'm just going to excuse the two jurors and the

22  rest of you in a moment.

23          (Alternate jurors excused.)

24          THE COURT:  Okay.  Ladies and gentlemen -- you may

25  be seated, everybody.

1          You will be our deliberating jurors.  So you will

2    retire momentarily to deliberate, begin your deliberations.

3    We will get to you the instructions and the exhibits, that

4    will take a few minutes, and the jury verdict form, but you

5    will all have that shortly.

6          You also will have exhibit lists with you to help

7    you navigate through the mountain of evidence that has been

8    admitted in this case.

9          You will deliberate until 5:00.  If you have not

10   reached a verdict by 5:00, I'm not going to call you back

11   into the courtroom to dismiss you.  At that point, the day

12   will end and you will just leave and you will come back and

13   resume you're deliberations tomorrow at 9:30 and essentially

14   follow the same schedule that we have been throughout,

15   including your lunch hour.

16         Now, one slight -- one thing.  If you wish to

17   deliberate for the full day tomorrow, that is entirely up to

18   you.  We are available for you if you wish to do that.  But

19   that is entirely up to you as jurors.  So before you leave

20   for the day, please -- well, before you leave for the day,

21   please just have that conversation amongst yourselves and

22   let Mr. Douyon know so we can know what to expect tomorrow

23   in terms of the length of time that you'll deliberate, but

24   that is entirely up to you, we'll ask you collectively to

25   make that decision and let us know, and that's all.

1          So at this point, Mr. Douyon will be back

2    momentarily and he will show you back into the courtroom so

3    you can begin your deliberations.  Yes, you will be able to

4    take your jury notes with you.  And as I said earlier,

5    you'll be able to consider them as you -- during your

6    deliberations, okay?

7          JUROR:  Do we leave them in the jury room when

8    we're leaving for the day?

9          THE COURT:  Yes, Mr. Douyon will collect them.

10   The jury room will be locked overnight.

11         And right on cue, there he is.

12         COURTROOM DEPUTY:  All rise.

13         (Jury exited the courtroom.)

14         THE COURT:  All right.  Please be seated,

15   everyone.

16         Okay.  So I think there's one issue concerning

17   exhibits or sending the government's list of statements back

18   to the jury.

19         Ms. Halim.

20         MS. HALIM:  Yes.  Thank you, Your Honor.

21         So there's no objection to anything else that the

22   government provided in terms of the exhibits that they

23   produced to go back to the jury.

24         You know, it's been a consistent defense theme

25   that it's already creating a misimpression of sorts the way

4722

```
 1    the government has compiled the slide decks and their

 2    exhibits.

 3            When you take those and put them into a

 4    spreadsheet where you just see one after another after

 5    another after another, I think that takes it even a step

 6    further.

 7            So while I am cognizant of the need to make things

 8    easier for the jury, this is one of those times where we

 9    were bumping up against creating a misimpression that would

10    be unfair to Mr. Hackett and the rest of the defendants, so

11    I object just to the spreadsheet that just delineates every

12    single message that was admitted.

13            THE COURT:  So, I'll confess, I have not seen it.

14    Is it simply it -- well, is it organized by exhibit number

15    and then all of the messages that have been entered pursuant

16    to that exhibit number?

17            MR. EDWARDS:  Yes, Your Honor.  I don't know if

18    you're asking how it's ordered, but it's the same type of

19    spreadsheet that Your Honor had asked for in the first trial

20    that went back.

21            So it's a spreadsheet of statements.

22            THE COURT:  To be clear, I don't remember if I

23    asked for it.  I know the government prepared one and it was

24    admitted without any objection from the defendants in that

25    case.
```

4723

 1          MR. EDWARDS:  Apologies, maybe it was just the

 2   table of contents that the Court asked for.  I know there

 3   was a key, something was generated.

 4          THE COURT:  I asked for a key with respect to the

 5   notations at the bottom.  I didn't ask for a full index.

 6          MR. EDWARDS:  Apologies.  So that key, so that's

 7   there, the exhibit list.

 8          The statement spreadsheet is akin to the first

 9   trial statement spreadsheet.  It lists, just to address

10   Ms. Halim's point, it lists what type of -- where it comes

11   from, the exhibit number, the date, the speaker, the

12   receiver, and then in terms of organization, the

13   organization is chronological in time.  So it just starts

14   September and then goes through to February.

15          MS. HALIM:  Yeah, so it's just -- yeah.

16          THE COURT:  And does the spreadsheet include all

17   of the statements, including those that were admitted by the

18   defense for completeness purposes?

19          MS. HALIM:  This is a bad sign?

20          MR. EDWARDS:  No, I just wanted to make sure.

21   Ms. Badalament has been the wizard here doing a lot of the

22   hard work.

23          When the defense would use Rule 106 and then we

24   would then pull back from our exhibits to then fill in, yes,

25   it includes those.

1          There was a small handful of occasions where
2    I think Mr. Peed had his own exhibit, he would bring up one
3    message or two messages.  Those are not.  So those were
4    pulled from his exhibits, we didn't have the opportunity to
5    vet those in realtime so he would come up, plug his computer
6    in and show one or two.

7          The messages that he would use under Rule 106 and
8    we would then go back in realtime and pull from our
9    exhibits, those are included.

10         THE COURT:  Maybe I ought to expand my question,
11   and that is, does it include the exhibits that were admitted
12   through cross-examination; in other words, this additional
13   statements that were admitted through cross-examination?

14         MR. EDWARDS:  I don't believe it has that in
15   currently.  It can.  This is something that we can easily
16   supplement to the statement spreadsheet.  What we did was
17   create government's admitted statements spreadsheet.

18         THE COURT:  I don't know what defense counsel's
19   reaction would be to the following, which is that, if this
20   is a spreadsheet of all admitted statements, I think,
21   including those admitted by the defense, both through
22   cross-examination and even in Mr. Peed's case, I think I
23   would have less of a concern because it is just simply
24   another way of organizing the evidence and also is helpful
25   to the jury in identifying particular statements and where

1     it can be found in exhibits.  I mean, obviously, there have

2     been a lot of exhibits in this case and we're doing our best

3     to assist them in that process.

4             That said, if it is exclusively the government's

5     statements, then I think it does have the prospect of being

6     a little misleading or potentially misleading if the jury

7     could rely on these statements to the -- I'm sorry, the

8     spreadsheet to the exclusion of the other exhibits that have

9     been admitted.

10            MR. EDWARDS:  Understood, Your Honor.

11            And really, that's the goal here, is to make sure

12    we give a tool to the jury to just be able to sift through

13    the over 700 messages that have come in.

14            We wouldn't be opposed to the defense generating

15    their own or, you know, working with the defense.  If

16    they've got the statements, they can give them to us; and we

17    can work them in so that they are also in chronological

18    order, I mean, if that's something that the defense is

19    willing to do to get us those statements.

20            But overall, the government doesn't object to

21    supplementing the spreadsheet or what goes back to the jury

22    because the motive really is to just give something to the

23    jury to help.

24            THE COURT:  Right.

25            MR. SHIPLEY:  I could not object more adamantly.

 1  That is not evidence.  It's been created by the government.

 2  If the government's exhibits that they presented as evidence

 3  are difficult to follow, that burden falls on the

 4  government.

 5          They created exhibits in a fashion that they

 6  thought would be effective to the presentation --

 7          THE COURT:  Hang on, Mr. Shipley.  I want to --

 8  let's dial it back a little bit, okay?

 9          I understand, but the question here is as follows:

10  We have a trial that lasted six to eight weeks in which

11  there have been hundreds of messages presented.  My goal as

12  the Trial Judge is to try and assist the jury as best we can

13  to navigate this volume of evidence, okay?  That's all the

14  goal is here.

15          I've said now that a statement spreadsheet that is

16  in chronological order of the fashion that's before me I

17  find problematic only if it contains the statements

18  presented by the government because it does have the

19  potential effect that I'm concerned about.

20          So that's the question here.  And if you have a

21  general objection, that's fine.  I'll accept that.  But I

22  just want to understand your position with respect to even

23  if we include the additional statements from the defense.

24          MR. SHIPLEY:  I have a general objection to

25  sending this back at all.  I mean, I've done trials three

 1    times this long with ten times the volume of evidence.

 2              THE COURT:  I don't care what you've done

 3    previously.  I just want to know whether you object or not,

 4    Mr. Shipley.

 5              MR. SHIPLEY:  I do.

 6              THE COURT:  If you've got a basis, that's fine.

 7    But dial it back.  I'm just trying to have a conversation

 8    here about whether something needs to be done.  Okay?

 9              MR. SHIPLEY:  I will say this:  I think it

10    absolutely has to include defense exhibits to be fair, to be

11    balanced --

12              THE COURT:  Okay.

13              MR. SHIPLEY:  -- to have the jury have access to

14    everything.

15              THE COURT:  Right.  Agreed.

16              MR. SHIPLEY:  But the general objection is the

17    government organized its evidence and presented it in the

18    way it did.  If it's confusing and can't be followed and the

19    jury can't make heads or tails of it, that's on the

20    government.  It's not the role of the Court or anybody else

21    to help sort that out.

22              THE COURT:  Okay.

23              MR. SHIPLEY:  A confusing case is a confusing

24    case, but the burden rests here.  We shouldn't be trying to

25    fix that for them now.

1            THE COURT:  We're not trying to fix it,

2   Mr. Shipley.

3            MR. SHIPLEY:  Poor characterization on my part.

4            THE COURT:  I'm not trying to fix anything.  I'm

5   just asking you a simple question.  I'm asking for a

6   moderate response.  I've got it from you.

7            MR. SHIPLEY:  Okay.

8            THE COURT:  Okay?

9            Any other defense counsel wish to be heard?

10            MS. HALIM:  Just that, obviously, it is much

11   better -- if it's going to go back, I definitely want it to

12   be inclusive of everything.  But I do have a general

13   objection to a spreadsheet going back at all.

14            MR. WEINBERG:  And, Judge, I also have a general

15   objection.  I think the evidence should go back the way it

16   was shown, broken up by exhibit and not in a timeline that

17   shifts all of the comments around.

18            THE COURT:  Okay.  Mr. Peed, you've put your

19   objection on the record.

20            MR. PEED:  Yeah.  I just want to make a sort of

21   different point, that I think putting statements in a

22   spreadsheet takes out -- takes certain things out of other

23   exhibits that are, like, a link which has like an article

24   following it.

25            You know, the link would go into the spreadsheet,

4729

```
 1   but the article wouldn't.  So it's really segregating
 2   statements in a way that not only conveys the evidence but
 3   distorts it a little bit in making it just about the
 4   statements, so I would have the same objection.
 5              THE COURT:  Okay.
 6              All right.  Given the defendants' objection, I'll
 7   exclude it.  I don't want to send something back that has
 8   the potential, creates potential problems with something
 9   that's not agreed upon mutually and hasn't been agreed upon
10   as a summary exhibit of some kind.
11              As I said, I know this was admitted in the first
12   trial, but there was no objection from the defendants in the
13   first trial.
14              MR. EDWARDS:  Understood.
15              THE COURT:  Frankly, we didn't have this
16   conversation as far as I recall.
17              MR. EDWARDS:  Yeah, understood.  And, again,
18   I apologize.  I remembered the Court requesting something.
19              But the government is amenable to a limiting
20   instruction if that alleviates the Court's concern.  Again,
21   it's not the government's intention here to distort
22   anything.  In fact, the columns explicitly describe where
23   every statement comes in.
24              This is a case that has nearly a thousand
25   statements.  It allows the jury to just look at a statement
```

4730

1    that it wants to do, find where it came from, use the table

2    of contents to figure out what device or who said it, and

3    then review that.

4            And that is the Court's role -- and I know the

5    Court knows this, just addressing the defense objection.

6    It's the Court's role to find out how to best alleviate

7    those kinds of burdens and allow the evidence to be

8    presented to the jury while they deliberate.

9            And so we are amenable to a limiting instruction

10    that says we can craft it together with the defense, to make

11    sure that any of the concerns they have are addressed.

12            And we will put whatever defense statements they

13    want into that exhibit.  I had mentioned days ago that we

14    would do this.  I hadn't thought of the idea of including

15    theirs.  I'm very happy to do that.  This is, again, not

16    something we're trying to pull to make sure that they only

17    focus on our statements.

18            THE COURT:  Okay.

19            Look, as I said, Mr. Edwards, I just -- I think,

20    given the defense objection, I'm disinclined to send this

21    back and create potential issues that I'd rather not have to

22    create about something that hasn't been formally admitted as

23    evidence.

24            You know, if we had had this conversation earlier,

25    it might be in a different position to think about this and

1    figure out a way to manage it.  But I think even -- just

2    sending it back now, bringing them back with a limiting

3    instruction, I think, is -- even if the defense were to add

4    all of its statements, I think at this late hour, it has

5    some risks to it, risks I'd rather avoid.

6              Okay.  Is there anything else?

7              MR. EDWARDS:  We've filed our housekeeping filing

8    last night.

9              THE COURT:  Yes, right.

10             MR. EDWARDS:  Didn't know if the Court wanted to

11   address any of that.  I don't think there are any

12   objections.  At least I haven't heard any.

13             We raised one issue with Mr. Peed with regard to

14   his admitted exhibit list that four particular exhibits, it

15   didn't look like on the record that they had actually been

16   officially moved in.

17             So I suggested if we wanted to talk or if he was

18   going to file something.  I hadn't heard back from Mr. Peed

19   on that issue.

20             And then, generally, they -- Mr. Peed's exhibits

21   of the four defendants and the government is the only party

22   that still has all the descriptions in the exhibit names

23   such that digitally, the jury can see that.  I think all

24   three of the other defendants and the government just has

25   the exhibit number.  So I raise those issues for Mr. Peed.

```
 1    I didn't know if he had a response or not, but ...
 2              THE COURT:  Mr. Peed.
 3              MR. PEED:  I don't have a preference on the
 4    exhibits filenames.  They're getting a description, so we
 5    just thought you wanted that.  We can call the filenames
 6    exhibit and have the spreadsheet have the description or
 7    vice versa.
 8              I think one of the four the government mentioned
 9    was admitted.  That's 700.
10              THE COURT:  I guess here's what I'd say, which is
11    that why don't you all talk.  If there's an objection to a
12    particular exhibit going back that the government has of the
13    four, let me know.  We can look back and determine whether
14    it was admitted or not.
15              If it wasn't, then it won't go back.  But can you
16    all resolve that relatively quickly after we adjourn so that
17    they can get back everything they need to get back?
18              I assume you all have provided JC with whatever
19    he's asked for in terms of exhibits electronically so that
20    he can load everything up for their consideration.
21              Okay?
22              MR. EDWARDS:  Yes, Your Honor.
23              THE COURT:  All right.
24              Is there anything else?
25              Okay.  I want to thank you, all.  I know this has
```

1   been a long road, not just the trial, but from the very

2   beginning of the case.  You know, I've been very impressed

3   by all counsel, not just in terms of your presentations, but

4   frankly, your professionalism.  And from my perspective,

5   that's what I would hope for, and you all have really

6   demonstrated sort of the best of our profession.

7           These cases are hard enough; but to have lawyers

8   who actually, at least before me, appear cooperative and are

9   working together, importantly, are civil and respectful to

10  one another, it really is -- it means everything.

11          So thank you, all, very much.  We'll see you when

12  we hear from the jury.  Thank you, everyone.

13          (Proceedings concluded at 11:10 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__January 20, 2023____   

                       William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 4655/4 4657/23 4721/12
**JUROR: [1]** 4721/7
**MR. EDWARDS: [11]** 4722/17 4723/1 4723/6 4723/20 4724/14 4725/10 4729/14 4729/17 4731/7 4731/10 4732/22
**MR. MANZO: [1]** 4657/14
**MR. NESTLER: [10]** 4656/19 4657/7 4658/7 4667/3 4667/12 4667/22 4668/15 4675/22 4700/24 4705/10
**MR. PEED: [3]** 4705/3 4728/20 4732/3
**MR. SHIPLEY: [18]** 4656/9 4656/22 4656/24 4666/19 4666/24 4667/10 4667/15 4667/24 4700/20 4725/25 4726/24 4727/5 4727/9 4727/13 4727/16 4727/23 4728/3 4728/7
**MR. WEINBERG: [2]** 4656/7 4728/14
**MS. HALIM: [8]** 4656/3 4657/1 4657/8 4675/18 4721/20 4723/15 4723/19 4728/10
**THE COURT: [47]** 4655/2 4655/19 4656/14 4656/20 4656/23 4656/25 4657/4 4657/11 4657/15 4657/25 4666/22 4666/25 4667/4 4667/11 4667/17 4668/1 4675/20 4700/22 4705/7 4711/5 4719/24 4721/9 4721/14 4722/13 4722/22 4723/4 4723/16 4724/10 4724/18 4725/24 4726/7 4727/2 4727/6 4727/12 4727/15 4727/22 4728/1 4728/4 4728/8 4728/18 4729/5 4729/15 4730/18 4731/9 4732/2 4732/10 4732/23

**$**

**$24,000 [1]** 4691/20

**1**

**10 [1]** 4689/2
**100 [1]** 4684/20
**101 [1]** 4679/7
**10th [1]** 4708/9
**11 [1]** 4655/8
**11-1 [1]** 4713/13
**114 [1]** 4654/16
**1150 [1]** 4654/20
**11:10 [1]** 4733/13
**12 [1]** 4718/18
**12th [1]** 4660/5
**1341 [1]** 4654/4
**14 [2]** 4675/3 4704/20
**14-hour [1]** 4675/24
**15 [6]** 4653/4 4655/5 4656/12 4657/9 4674/10 4694/22
**1503.1 [1]** 4682/24
**1532 [1]** 4654/11
**1538 [1]** 4704/8
**1557 [1]** 4671/14
**15th [1]** 4665/7
**1775 [1]** 4654/20
**1776 [1]** 4701/22
**1860s [1]** 4692/1
**19 [3]** 4653/5 4670/25 4680/6
**19129 [1]** 4654/7
**19th [1]** 4676/3
**1:38 [1]** 4702/18
**1:40 [3]** 4677/20 4702/15 4702/18

**2**

**20 [4]** 4665/9 4671/5 4686/1 4734/7
**200 years [1]** 4709/15
**20006 [1]** 4654/21
**202 [2]** 4653/17 4654/21
**2020 [8]** 4659/14 4659/12 4673/12 4696/25 4698/17 4704/18 4704/24 4709/19
**2021 [10]** 4658/18 4659/15 4662/15 4698/17 4700/1 4700/13 4700/14 4700/25 4704/19 4704/25
**2022 [1]** 4662/18
**2023 [2]** 4653/5 4734/7
**20579 [1]** 4653/17
**20th [5]** 4658/17 4692/8 4704/2 4704/5 4705/2
**21 [5]** 4660/15 4665/9 4671/15 4702/15 4706/13
**215-300-3229 [1]** 4654/8
**22-15 [1]** 4653/4
**228-1341 [1]** 4654/4
**23 [1]** 4653/7
**239 [1]** 4654/12
**24th [1]** 4708/5
**252-7277 [1]** 4653/17
**265 [1]** 4654/15
**2:00 [1]** 4656/10
**2:32 [1]** 4681/20
**2:37 [1]** 4683/9
**2:38 [2]** 4660/20 4683/9
**2:39 [1]** 4683/9
**2:40 [3]** 4660/18 4693/19 4694/14
**2nd [2]** 4660/7 4701/17

**3**

**31st [1]** 4705/2
**3229 [1]** 4654/8
**337-9755 [1]** 4654/12
**33901 [1]** 4654/12
**33950 [1]** 4654/3
**3580 [1]** 4654/7
**3:14 [2]** 4660/19 4694/15
**3:19 p.m [1]** 4685/24
**3:35 [1]** 4686/4

**4**

**4147 [1]** 4700/9
**4761 [1]** 4664/23
**4th [1]** 4660/9

**5**

**575-8000 [1]** 4654/17
**5:00 [2]** 4720/9 4720/10
**5th [1]** 4679/17

**6**

**6-6 [1]** 4713/13
**601 [1]** 4653/16
**6740A [1]** 4700/8
**6778 [1]** 4665/9
**6:00 [1]** 4706/19
**6:20 [1]** 4706/12
**6th [36]** 4659/15 4660/18 4661/13 4662/13 4671/24 4672/1 4672/10 4672/11 4676/9 4676/12 4676/20 4676/23 4676/23 4677/4 4677/6 4677/9 4677/12 4679/18 4682/6 4695/14 4696/9 4698/4 4700/4 4700/9 4700/11 4701/21 4702/9 4702/10 4702/14 4703/2 4704/5 4705/25 4706/8 4706/12 4708/17 4710/9

**7**

**700 [2]** 4725/13 4732/9
**7277 [1]** 4653/17
**745 [1]** 4654/3
**7th [3]** 4672/6 4672/8 4690/4

**8**

**8000 [1]** 4654/17
**808 [1]** 4654/4
**808Shipleylaw [1]**

**8th [1]** 4662/15

**9**

**919-9491 [1]** 4654/21
**941 [1]** 4654/17
**9491 [1]** 4654/21
**96734 [1]** 4654/4
**9755 [1]** 4654/12
**9:30 [2]** 4653/6 4720/13
**9th [3]** 4697/8 4697/20 4697/23

**A**

**A. [1]** 4655/6
**a.m [3]** 4653/6 4706/19 4733/13
**abetted [1]** 4691/9
**abetting [1]** 4691/14
**abide [1]** 4709/1
**ability [2]** 4666/9 4666/15
**able [10]** 4666/8 4684/23 4693/2 4693/3 4694/8 4708/18 4711/20 4721/3 4721/5 4725/12
**about [98]**
**above [6]** 4708/23 4708/24 4709/5 4710/16 4710/21 4734/4
**above-titled [1]** 4734/4
**absolutely [1]** 4727/10
**accept [1]** 4726/21
**accepted [4]** 4658/25 4687/16 4715/19 4715/20
**access [2]** 4666/17 4727/13
**accomplish [1]** 4661/3
**according [3]** 4700/7 4700/10 4708/17
**accountable [1]** 4710/19
**accounts [1]** 4701/8
**accused [1]** 4666/12
**achieved [1]** 4693/8
**across [8]** 4659/17 4660/6 4663/11 4672/24 4688/12 4701/17 4703/13 4709/25
**act [2]** 4674/14 4674/17
**action [2]** 4659/4 4677/19
**actions [9]** 4663/7 4675/9 4675/9 4676/8 4689/17 4691/10 4691/17 4696/17 4697/11
**activated [1]** 4700/13
**actively [3]** 4676/10 4700/8 4702/24
**acts [3]** 4671/7 4671/7 4671/8

**actual [4]** 4675/18 4678/19 4691/22 4694/19
**actually [11]** 4656/20 4675/5 4678/21 4679/3 4683/4 4684/19 4686/23 4687/15 4715/18 4731/15 4733/8
**adamantly [1]** 4725/25
**Adams [3]** 4669/13 4679/23 4679/24
**add [2]** 4715/17 4731/3
**addition [1]** 4712/20
**additional [6]** 4683/23 4699/18 4700/3 4719/13 4724/12 4726/23
**address [3]** 4703/15 4723/9 4731/11
**addressed [2]** 4658/10 4730/11
**addressing [2]** 4672/6 4730/5
**adjoining [2]** 4672/24 4703/13
**adjourn [1]** 4732/16
**administration [1]** 4705/2
**admitted [18]** 4716/14 4716/18 4717/6 4720/8 4722/12 4722/24 4723/17 4724/11 4724/13 4724/17 4724/20 4724/21 4725/9 4729/11 4730/22 4731/14 4732/9 4732/14
**adopted [1]** 4708/23
**adult [1]** 4680/4
**advance [2]** 4672/9 4676/23
**advances [1]** 4685/25
**advocacy [1]** 4709/13
**advocates [1]** 4714/17
**after [32]** 4658/12 4662/17 4671/24 4672/1 4672/11 4682/9 4682/25 4685/21 4685/24 4692/9 4692/9 4695/13 4696/5 4696/9 4697/3 4697/5 4698/3 4699/2 4703/5 4707/13 4707/23 4708/3 4708/4 4708/4 4712/12 4713/10 4713/19 4714/12 4722/4 4722/4 4722/5 4732/16
**afternoon [9]** 4659/15 4660/18 4661/12 4676/9 4676/11 4676/19 4677/12 4679/3 4703/2
**again [12]** 4655/20 4666/10 4666/10 4666/14 4666/14 4667/17 4668/12 4705/7 4706/19

# A

again... [3] 4729/17
4729/20 4730/15
against [11] 4668/23
4682/18 4683/18
4685/15 4692/20
4704/1 4706/22 4707/1
4707/17 4710/20
4722/9
agencies [1] 4697/22
Agent [4] 4665/8
4665/10 4668/15
4668/16
Agent Harris [1]
4665/10
agents' [1] 4668/20
agitated [1] 4686/2
ago [3] 4665/7 4665/8
4730/13
agree [2] 4658/19
4716/3
agreed [9] 4658/22
4660/22 4660/22
4663/19 4688/18
4710/2 4727/15 4729/9
4729/9
agreeing [2] 4705/12
4710/20
agreement [9] 4669/17
4681/19 4697/19
4704/17 4704/25
4705/4 4705/12
4713/17 4713/25
aided [1] 4691/9
aiding [1] 4691/13
aim [1] 4709/25
ain't [1] 4706/17
akin [1] 4723/8
AL [1] 4653/6
albeit [1] 4718/24
Alexandra [2] 4653/15
4655/10
Alexandra Hughes [1]
4655/10
align [1] 4695/17
all [109]
alleged [1] 4678/13
allegedly [1] 4679/8
alleging [2] 4664/22
4691/7
alleviate [1] 4730/6
alleviates [1] 4729/20
allow [2] 4683/21
4730/7
allows [1] 4729/25
almost [1] 4686/1
alone [1] 4714/24
along [2] 4670/6
4670/8
Alpers [1] 4708/8
already [6] 4681/1
4681/4 4699/7 4707/23
4717/23 4721/25
also [21] 4662/3
4663/20 4673/16
4684/11 4687/14
4687/18 4690/14
4691/21 4692/17

4699/23 4703/11
4703/23 4712/15
4715/17 4719/1 4720/6
4724/24 4725/17
4728/14
alternate [2] 4718/10
4719/23
alternates [5] 4718/11
4718/13 4718/14
4718/16 4718/19
altogether [1] 4668/22
always [2] 4656/19
4718/14
am [2] 4718/21 4722/7
amenable [2] 4729/19
4730/9
Amendment [2]
4662/25 4663/18
AMERICA [3] 4653/3
4655/6 4710/21
AMIT [1] 4653/9
ammo [2] 4689/12
4689/13
ammunition [3] 4690/3
4716/15 4716/21
among [3] 4690/18
4690/19 4711/22
amongst [2] 4717/2
4720/21
Angela [2] 4654/6
4655/13
Angela Halim [1]
4655/13
angiehalim [1] 4654/8
angle [1] 4670/10
announce [1] 4714/9
announced [2]
4704/11 4714/12
anointed [1] 4709/21
anonymity [1] 4696/22
another [11] 4665/2
4673/3 4703/14
4713/17 4713/22
4715/23 4722/4 4722/5
4722/5 4724/24
4733/10
answer [2] 4658/23
4703/7
Anthony [4] 4693/15
4693/25 4694/7
4694/10
Antifa [10] 4674/24
4696/23 4696/25
4706/6 4706/11
4706/16 4707/4 4707/5
4707/16 4707/17
any [58] 4667/5
4667/12 4667/13
4668/9 4668/10
4668/13 4668/19
4671/21 4678/13
4678/19 4681/11
4696/4 4696/22 4700/1
4700/18 4700/21
4704/22 4704/24
4712/9 4712/10
4712/18 4712/19

4712/23 4713/5 4713/5
4713/8 4713/9 4713/12
4713/13 4713/15
4713/22 4713/22
4715/4 4715/4 4715/6
4715/8 4715/8 4715/10
4715/11 4715/14
4715/16 4715/16
4715/24 4716/7
4716/15 4716/16
4717/12 4717/14
4722/24 4728/9
4730/11 4731/11
4731/11 4731/14
4732/24
anybody [4] 4678/23
4678/24 4698/11
4727/20
anyone [6] 4678/20
4699/20 4699/20
4712/11 4712/17
4719/2
anyone's [1] 4685/10
anything [10] 4665/3
4665/23 4678/8
4694/19 4706/25
4721/21 4728/4
4729/22 4731/6
4732/24
anywhere [2] 4682/1
4686/22
Apologies [2] 4723/1
4723/6
apologize [1] 4729/18
app [1] 4698/5
apparatus [1] 4691/12
appear [1] 4733/8
APPEARANCES [2]
4653/13 4653/20
applies [3] 4714/23
4715/1 4719/4
appointed [2] 4706/9
4709/10
approaching [1]
4678/22
appropriate [1]
4666/22
AR [1] 4694/22
AR-15 [1] 4694/22
are [67] 4655/17
4655/25 4656/16
4658/1 4658/20 4661/6
4662/19 4662/20
4662/25 4663/2 4663/3
4663/25 4668/12
4670/15 4674/13
4674/17 4675/10
4677/25 4679/8 4683/3
4683/5 4683/10
4687/17 4687/17
4687/18 4691/3 4691/6
4691/21 4691/23
4692/1 4692/22 4693/5
4696/20 4700/5 4701/3
4701/6 4702/17 4703/8
4703/18 4709/4 4709/5
4710/9 4710/21

4713/10 4714/6
4714/17 4714/18
4714/22 4717/12
4718/20 4719/7
4719/14 4719/19
4720/18 4724/3 4724/9
4725/17 4726/3
4728/23 4730/9
4730/11 4731/11
4733/7 4733/8 4733/9
argue [1] 4676/8
argued [2] 4672/2
4673/20
argument [17] 4653/9
4664/1 4665/4 4669/25
4673/8 4676/17
4676/21 4682/15
4688/9 4700/22
4703/23 4703/25
4704/3 4704/7 4705/7
4705/8 4706/5
arguments [1] 4700/23
Arizona [2] 4660/6
4688/11
Arlington [3] 4688/12
4701/15 4706/1
armed [3] 4688/14
4688/15 4702/1
armor [1] 4684/12
around [17] 4660/9
4675/10 4677/20
4678/2 4681/7 4681/22
4683/9 4683/9 4694/15
4700/2 4702/9 4702/15
4702/18 4703/6
4706/12 4708/4
4728/17
arrest [1] 4709/22
arrested [1] 4699/25
arrived [1] 4702/23
arsenal [4] 4689/7
4689/10 4701/16
4703/14
art [2] 4692/1 4692/7
article [2] 4728/23
4729/1
as [80] 4657/20
4657/20 4658/17
4658/19 4660/25
4661/2 4661/17
4661/20 4661/24
4661/24 4663/7 4664/4
4667/22 4668/16
4668/16 4668/25
4670/4 4672/7 4673/2
4674/11 4674/18
4675/2 4675/24
4679/12 4679/12
4679/24 4683/8
4683/17 4683/18
4687/12 4688/7
4690/11 4691/7 4692/7
4692/7 4695/5 4695/6
4695/6 4695/9 4699/24
4705/20 4709/6
4711/17 4712/1 4712/5
4712/11 4712/12

4713/16 4714/21
4714/23 4715/2 4715/3
4715/3 4715/8 4715/13
4715/13 4716/16
4717/4 4717/4 4717/13
4717/21 4718/10
4719/8 4719/15
4719/15 4720/19
4721/4 4721/5 4726/2
4726/9 4726/11
4726/12 4729/10
4729/11 4729/16
4729/16 4730/19
4730/22
ascended [1] 4683/1
ask [16] 4656/14
4657/5 4657/21 4695/2
4695/3 4695/6 4695/8
4710/22 4710/23
4711/6 4717/3 4718/8
4718/21 4719/12
4720/24 4723/5
asked [5] 4722/19
4722/23 4723/2 4723/4
4732/19
asking [7] 4665/20
4665/22 4695/13
4696/7 4722/18 4728/5
4728/5
assist [3] 4718/1
4725/3 4726/12
assisted [1] 4691/18
assume [2] 4656/18
4732/18
attack [1] 4688/22
attacked [3] 4673/22
4680/12 4707/16
attacking [3] 4664/21
4685/12 4706/10
attention [1] 4712/10
attentive [1] 4718/18
attire [1] 4690/25
attitude [1] 4714/5
ATTORNEY'S [1]
4653/16
audacity [1] 4710/3
audio [2] 4708/12
4717/6
authority [5] 4658/15
4661/1 4661/8 4704/17
4708/25
automatic [1] 4694/22
availability [2] 4655/24
4657/18
available [1] 4656/5
4717/7 4720/18
Avenue [1] 4654/15
avenues [1] 4659/2
average [1] 4691/2
avoid [2] 4714/13
4731/5
awaiting [2] 4672/1
4672/8
awareness [1] 4696/15
away [4] 4679/8
4681/15 4695/11
4714/11

**B**

back [54] 4658/1 4665/6 4675/25 4679/24 4691/16 4694/2 4694/3 4694/5 4694/5 4694/9 4695/15 4695/15 4695/25 4696/25 4698/25 4699/4 4699/11 4700/16 4702/23 4703/1 4703/2 4703/7 4704/15 4706/19 4707/6 4714/11 4718/25 4719/9 4720/10 4720/12 4721/1 4721/2 4721/17 4721/23 4722/20 4723/24 4724/8 4725/21 4726/8 4726/25 4727/7 4728/11 4728/13 4728/15 4729/7 4730/21 4731/2 4731/2 4731/18 4732/12 4732/13 4732/15 4732/17 4732/17
bad [3] 4680/1 4693/1 4723/19
Badalament [1] 4723/21
bags [2] 4703/17 4703/18
balanced [1] 4727/11
bald [1] 4687/23
bar [1] 4683/11
based [9] 4657/13 4665/4 4675/8 4681/20 4692/18 4697/14 4711/19 4716/10 4716/10
basically [2] 4703/25 4704/7
basis [1] 4727/6
battering [1] 4690/11
be [96]
bear [2] 4713/8 4715/22
beard [1] 4687/24
bears [1] 4675/1
became [3] 4659/2 4659/23 4661/3
because [33] 4656/15 4656/20 4659/7 4668/21 4676/5 4676/22 4680/22 4685/5 4685/19 4686/9 4686/15 4686/19 4687/5 4687/6 4693/1 4693/17 4695/22 4697/17 4697/19 4698/5 4701/1 4705/4 4707/12 4708/5 4708/17 4709/18 4712/7 4713/22 4714/3 4718/23 4724/23 4725/22 4726/18
become [1] 4673/21
becomes [1] 4712/24

been [33] 4655/22 4681/1 4681/4 4682/2 4684/19 4684/22 4684/23 4685/1 4686/8 4686/9 4688/4 4688/6 4688/18 4693/6 4695/19 4696/11 4698/8 4716/14 4719/7 4720/7 4720/14 4721/24 4722/15 4723/21 4725/2 4725/9 4726/1 4726/11 4729/9 4730/22 4731/15 4733/1 4733/2
before [21] 4653/9 4655/21 4656/9 4666/10 4666/11 4669/18 4671/24 4671/25 4679/17 4683/25 4689/13 4696/21 4711/10 4718/9 4718/11 4718/13 4718/21 4720/19 4720/20 4726/16 4733/8
begin [4] 4711/10 4718/9 4720/2 4721/3
beginning [4] 4712/16 4714/6 4714/15 4733/2
begun [1] 4706/20
behalf [1] 4719/10
behavior [1] 4665/2
behind [4] 4681/8 4683/3 4683/6 4683/7
being [8] 4664/17 4679/6 4686/14 4697/18 4702/11 4707/10 4714/24 4725/5
beliefs [1] 4714/2
believe [2] 4695/5 4724/14
believed [2] 4708/24 4710/16
bent [1] 4692/4
berating [1] 4685/11
Berry [39] 4659/9 4669/12 4670/11 4674/4 4675/22 4678/15 4679/15 4679/19 4680/4 4680/5 4680/10 4680/12 4681/8 4681/9 4681/14 4682/15 4683/1 4683/18 4684/11 4684/15 4687/7 4687/13 4687/20 4688/20 4689/24 4690/10 4696/1 4697/11 4698/19 4698/21 4698/23 4699/5 4699/8 4699/8 4699/9 4699/9 4699/10 4699/14 4705/23
Berry's [1] 4683/24
best [7] 4679/2 4719/16 4719/16 4725/2 4726/12 4730/6

betrayed [2] 4677/17 4681/2
better [6] 4680/4 4680/22 4681/19 4684/3 4685/1 4728/11 4728/16
between [4] 4672/15 4704/5 4704/24 4705/2
beyond [5] 4663/5 4675/2 4704/21 4715/22 4717/25
Biden [7] 4658/17 4662/9 4704/4 4705/13 4705/15 4705/19 4705/21
Biden's [1] 4705/1
big [2] 4682/14 4694/4
bigger [1] 4687/22
bit [3] 4657/16 4726/8 4729/3
bittersweet [1] 4719/17
Bittner [7] 4670/9 4670/18 4672/21 4672/24 4689/9 4689/11 4703/11
blamed [1] 4673/14
blogging [1] 4712/19
board [2] 4669/18 4711/7
board down [1] 4711/7
body [4] 4661/17 4661/20 4661/24
boil [1] 4703/25
booked [1] 4672/19
both [6] 4687/13 4691/20 4700/3 4701/4 4705/3 4724/21
bottom [3] 4660/16 4664/17 4723/5
Box [1] 4654/3
Boys [1] 4660/4
breach [4] 4683/22 4691/5 4693/18 4701/15
breached [6] 4660/17 4681/5 4683/10 4691/8 4694/14 4694/16
breaching [1] 4671/9
break [1] 4656/12
Brian [10] 4664/24 4665/14 4669/12 4674/4 4678/10 4685/4 4685/9 4687/1 4687/12 4687/20
Brian Ulrich [9] 4664/24 4665/14 4669/12 4674/4 4678/10 4685/4 4685/9 4687/12 4687/20
briefly [1] 4712/12
bring [10] 4663/25 4670/17 4673/15 4679/7 4691/10 4694/22 4702/5 4716/23 4719/9 4724/2
bringing [1] 4731/2

broke [3] 4664/15 4681/12 4691/12
broken [4] 4692/5 4702/20 4702/21 4728/16
bronze [2] 4691/21 4692/3
brought [6] 4664/9 4679/5 4688/11 4689/5 4703/16 4708/9
BROWN [3] 4654/11 4654/14
Brown's [1] 4689/4
bsrlegal.com [2] 4654/13 4654/17
building [21] 4659/15 4660/17 4661/12 4662/5 4678/22 4678/23 4681/13 4683/11 4683/22 4685/19 4686/15 4686/16 4686/16 4687/5 4693/7 4693/19 4694/25 4695/7 4696/7 4701/12 4701/15
bumping [1] 4722/9
bunk [1] 4679/3
burden [5] 4668/12 4675/1 4715/22 4726/3 4727/24
burdens [2] 4668/3 4730/7
buying [1] 4697/13

**C**

Cain [1] 4700/12
Caldwell [2] 4672/17 4688/4
Caleb [21] 4659/9 4669/12 4670/11 4674/4 4678/15 4679/15 4680/4 4680/10 4680/12 4681/14 4683/1 4683/24 4684/15 4687/7 4689/24 4690/10 4696/1 4698/19 4698/21 4705/23
Caleb Berry [17] 4659/9 4669/12 4670/11 4674/4 4678/15 4679/15 4680/4 4680/10 4680/12 4681/14 4683/1 4684/15 4687/7 4689/24 4690/1 4698/19 4705/23
Caleb Berry's [1] 4683/24
calendar [2] 4704/8 4704/13
call [9] 4667/12 4681/23 4697/23 4697/23 4708/11 4718/7 4719/3 4720/10

called [9] 4668/15 4668/16 4678/17 4679/4 4679/19 4686/4 4687/23 4688/25 4697/21
calling [1] 4719/6
Calmly [1] 4714/14
came [5] 4664/10 4668/20 4668/24 4693/20 4730/1
camouflage [1] 4690/25
can [43] 4656/5 4656/17 4664/19 4667/13 4667/23 4669/10 4669/10 4669/22 4673/15 4674/11 4674/17 4675/11 4679/11 4680/18 4683/15 4683/16 4689/2 4689/6 4692/18 4696/18 4698/10 4698/10 4701/2 4707/1 4711/20 4712/12 4713/25 4719/17 4720/22 4721/3 4724/15 4724/15 4725/1 4725/16 4725/17 4726/12 4730/10 4731/23 4732/5 4732/13 4732/15 4732/17 4732/20
can't [3] 4706/16 4727/18 4727/19
cannot [5] 4665/2 4669/2 4669/5 4675/4 4675/4
Capitol [38] 4659/15 4660/17 4661/12 4662/5 4671/9 4676/14 4677/5 4677/24 4678/3 4678/8 4678/13 4679/4 4679/5 4679/9 4680/18 4680/22 4681/4 4682/19 4685/5 4685/12 4685/13 4685/19 4685/21 4685/23 4689/18 4693/13 4694/25 4696/7 4699/7 4700/6 4701/5 4701/6 4701/11 4701/15 4705/25 4706/10 4706/14 4710/11
Capitol Building [7] 4659/15 4660/17 4661/12 4662/5 4694/25 4696/7 4701/15
car [4] 4689/4 4699/12 4700/16 4700/16
caravan [1] 4689/4
care [1] 4727/2
careful [3] 4679/14 4697/21 4697/23
Carolina [1] 4670/7

Carrion [4] 4683/19
4690/24 4693/14
4694/12

cars [1] 4689/5
case [41] 4655/5
4658/2 4658/5 4662/7
4662/8 4662/20 4667/8
4667/19 4668/7 4668/8
4668/14 4694/21
4704/21 4712/4 4712/4
4712/7 4712/17
4712/19 4713/6
4713/15 4713/18
4714/9 4714/12
4714/15 4715/19
4716/11 4717/2
4717/20 4718/16
4718/25 4719/2 4719/4
4719/8 4720/8 4722/25
4724/22 4725/2
4727/23 4727/24
4729/24 4733/2

Case No. 22-15 [1]
4655/5

cases [3] 4684/17
4712/1 4733/7

catastrophic [1]
4686/8

catch [1] 4665/1

cause [2] 4680/7
4714/11

caused [1] 4699/10

causing [1] 4691/18

celebrated [1] 4696/4

celebrating [1]
4686/17

celebratory [1]
4696/10

central [1] 4671/20

certain [6] 4676/8
4700/9 4702/3 4709/10
4714/10 4728/22

certainly [2] 4709/4
4709/4

certification [5]
4677/10 4677/15
4677/18 4681/3
4690/20

certify [4] 4659/14
4676/20 4705/20
4734/2

certifying [1] 4676/14

Chamber [1] 4693/4

chance [1] 4719/9

change [2] 4709/9
4713/20

changed [1] 4697/4

changing [1] 4697/12

chanted [1] 4686/2

chanting [5] 4690/8
4692/13 4692/15
4692/20 4692/23

chaotic [1] 4689/21

characterization [2]
4705/4 4728/3

charge [1] 4661/16

charged [2] 4687/15

charges [1] 4714/19

chat [13] 4660/14
4660/15 4664/11
4665/18 4671/15
4672/10 4675/16
4676/2 4677/2 4701/23
4702/15 4706/13
4706/24

chats [6] 4660/11
4664/5 4664/13
4669/14 4707/21
4707/24

cherry [1] 4666/12

cherry-picking [1]
4666/12

chest [1] 4695/6

child [2] 4680/5 4680/6

choose [3] 4667/21
4715/21 4715/21

chronological [3]
4723/13 4725/17
4726/16

circumstances [4]
4675/8 4675/11
4679/12 4713/9

citizen [1] 4709/6

citizens [1] 4719/17

civic [1] 4719/16

civil [1] 4733/9

civility [1] 4711/21

claim [2] 4686/24
4710/3

claimed [5] 4673/6
4686/10 4698/21
4710/5 4710/6

cleaned [1] 4692/5

clear [9] 4666/24
4667/17 4668/2 4685/9
4691/6 4705/24 4706/8
4706/15 4722/22

clearer [2] 4659/23
4661/3

clearly [1] 4664/15

Clerk [2] 4713/9
4716/22

client [1] 4694/18

clients [1] 4674/21
4676/8

CLINTON [1] 4654/19

clintonpeed.com [1]
4654/22

close [2] 4681/6
4699/10

close-up [1] 4681/6

closed [1] 4683/3

closely [1] 4701/22

closer [4] 4683/5
4683/8 4683/8 4691/12

closing [8] 4653/9
4657/9 4657/12 4664/1
4665/4 4682/15
4682/22 4688/9

co [6] 4663/12 4682/18
4683/22 4692/19
4708/21 4709/3

co-conspirators [6]
4663/12 4682/18

charges [1] 4714/19

chat [13] 4660/14

Cobb [1] 4656/5

cockroaches [1]
4707/11

coconspirator [1]
4671/4

code [3] 4661/15
4705/15 4705/19

Cody [1] 4668/16

cognizant [1] 4722/7

coincidence [2]
4663/17 4676/5

colleague [1] 4695/4

colleagues [1] 4662/9

collect [2] 4669/1
4721/9

collectively [1]
4657/11 4720/24

COLUMBIA [1] 4653/1

Columbus [2] 4691/20
4692/1

Columbus Doors [2]
4691/20 4692/1

columns [1] 4729/22

come [7] 4659/18
4660/3 4693/16 4696/5
4720/12 4724/5
4725/13

comes [3] 4712/10
4723/10 4729/23

Comfort [2] 4689/3
4703/17

Comfort Inn [1] 4689/3

coming [4] 4659/5
4701/24 4701/25
4707/10

comment [1] 4668/5

commentary [3]
4666/20 4667/16
4668/9

comments [1] 4728/17

commit [3] 4659/7
4704/1 4710/20

commitment [1]
4718/17

committing [3]
4685/14 4695/14
4719/15

common [1] 4684/14

communicate [6]
4700/11 4712/17
4712/25 4713/3 4713/5
4719/5

communicated [5]
4670/18 4671/13
4671/23 4671/25
4673/1

communicating [2]
4670/12 4670/23

communication [1]
4712/18

communications [6]
4664/6 4666/4 4669/9
4672/15 4676/11
4700/25

company [1] 4679/1

compelling [1]

compiled [1] 4722/1

complacent [1] 4708/4

complained [2]
4669/20 4692/11

complaints [1]
4663/23

completeness [1]
4723/18

complicated [1]
4674/17

computer [1] 4724/5

conceded [2] 4676/9
4680/13 4701/20
4705/1

concern [5] 4696/4
4697/5 4716/6 4724/23
4729/20

concerned [2] 4685/14
4726/19

concerning [3] 4712/3
4713/6 4721/16

concerns [4] 4696/22
4697/1 4697/2 4730/11

concession [1] 4704/6

concluded [2] 4717/19
4733/13

conduct [5] 4674/11
4712/20 4712/22
4714/5 4714/23

conference [2] 4656/4
4695/9

confess [1] 4722/13

confusing [3] 4727/18
4727/23 4727/23

Congress [24] 4659/14
4659/24 4661/4
4661/13 4661/17
4661/17 4661/17
4661/20 4661/23
4662/1 4676/14
4676/19 4680/25
4687/13 4687/15
4693/6 4693/9 4693/9
4693/10 4696/2
4696/11 4701/21
4705/24 4710/12

Congress's [2] 4685/5
4705/19

connected [2] 4671/12
4673/3

connections [1]
4666/6

Connie [2] 4682/7
4682/13

Connie Meggs [2]
4682/7 4682/13

connor [3] 4654/10
4654/13 4655/14

Connor Martin [1]
4655/14

conscience [1] 4714/1

consciousness [1]
4696/14

consider [8] 4698/7
4711/19 4714/25
4716/11 4716/16
4716/20 4717/13

considerable [1]
4714/6

consideration [2]
4711/24 4732/20

considered [2] 4699/9
4716/1

considering [1] 4657/8

consistent [1] 4710/23
4721/24

conspiracies [1]
4702/2

conspiracy [37]
4658/10 4658/11
4658/12 4658/14
4658/18 4658/21
4660/1 4660/23
4660/24 4661/7
4661/16 4661/22
4661/23 4663/18
4664/5 4669/23
4669/25 4671/2 4671/4
4671/6 4671/11 4673/5
4673/9 4673/16
4673/17 4674/1
4675/10 4681/18
4687/9 4687/12
4697/19 4697/24
4698/16 4704/16
4704/19 4704/22
4706/23

conspirator [2]
4659/19 4673/15

conspirators [16]
4660/20 4663/12
4664/12 4672/16
4675/14 4677/13
4682/18 4683/22
4686/25 4692/19
4693/3 4695/10
4702/19 4706/10
4708/21 4709/3

conspiring [2] 4662/21
4687/11

Constitution [5]
4661/15 4663/14
4710/5 4710/14
4710/22

constitutional [3]
4677/4 4710/11
4710/13

consult [1] 4713/16

contact [2] 4657/19
4718/22

contained [4] 4684/19
4684/20 4692/2 4708/6

contains [1] 4726/17

contents [2] 4723/2
4730/2

context [2] 4666/13
4699/18

continued [2] 4654/1
4664/16

control [1] 4675/20

conversation [6]
4680/16 4707/5
4720/21 4727/7
4729/16 4730/24

**conversations [2]**
4664/8 4679/16
**convey [1]** 4717/21
**conveys [1]** 4729/2
**conviction [2]** 4716/6
4716/9
**convince [2]** 4707/25
4707/25
**convinced [1]** 4713/21
**cook [2]** 4675/24
4701/25
**cooperative [1]** 4733/8
**cops [1]** 4694/8
**copy [1]** 4717/9
**correct [3]** 4667/1
4669/22 4734/3
**corresponding [1]**
4677/8
**corroborated [1]**
4680/13
**corroborates [1]**
4687/1
**corroboration [5]**
4680/9 4680/10
4683/23 4684/13
4687/21
**corrupt [1]** 4709/23
**costs [1]** 4658/16
**couch [1]** 4663/8
**could [14]** 4656/12
4657/14 4661/20
4664/15 4673/8
4680/22 4686/8
4688/17 4695/4
4697/14 4708/16
4711/6 4725/7 4725/25
**counsel [13]** 4656/18
4662/7 4662/23
4663/21 4669/20
4680/11 4684/6
4689/20 4692/11
4696/24 4719/11
4728/9 4733/3
**counsel's [3]** 4655/24
4657/17 4724/18
**count [12]** 4661/22
4661/23 4687/14
4691/3 4704/16
4714/19 4715/2 4715/4
4715/6 4715/8 4715/8
4715/16
**Count 5 [1]** 4691/3
**counterattack [1]**
4688/23
**counteroffensive [1]**
4688/22
**country [10]** 4659/16
4660/6 4663/11
4679/20 4688/12
4701/18 4709/7 4709/8
4709/14 4709/25
**counts [2]** 4715/12
4715/14
**course [2]** 4669/7
4688/4
**court [12]** 4653/1
4663/22 4711/15

4719/10 4723/2
4727/20 4729/18
4730/5 4731/10
**Court's [3]** 4729/20
4730/4 4730/6
**courthouse [1]**
4657/21
**courtroom [12]**
4655/18 4657/24
4665/13 4666/1
4687/10 4712/8 4718/8
4718/14 4719/13
4720/11 4721/2
4721/13
**cover [2]** 4678/17
4678/19
**coverage [1]** 4712/4
**covered [1]** 4682/9
**cowering [1]** 4695/9
**CR [1]** 4653/4
**craft [1]** 4730/10
**create [3]** 4724/17
4730/21 4730/22
**created [2]** 4726/1
4726/5
**creates [1]** 4729/8
**creating [2]** 4721/25
4722/9
**creed [1]** 4710/4
**crime [1]** 4674/15
**crimes [1]** 4714/21
**criminal [2]** 4655/5
4702/2
**critical [1]** 4658/19
**cross [11]** 4666/23
4667/1 4667/7 4667/19
4668/7 4682/15
4682/21 4698/19
4724/12 4724/13
4724/22
**cross-examination [7]**
4666/23 4667/1 4667/7
4668/7 4724/12
4724/13 4724/22
**cross-examine [1]**
4667/19
**cross-examined [2]**
4682/21 4698/19
**cross-examining [1]**
4682/15
**crowd [6]** 4683/17
4690/7 4690/7 4690/8
4690/10 4690/21
**CRR [2]** 4734/2 4734/8
**crystallized [1]** 4661/4
**cue [1]** 4721/11
**culmination [1]** 4690/5
**currently [1]** 4724/15
**cutting [1]** 4664/21

**D**

**D.C [25]** 4653/5
4653/17 4654/21
4659/18 4660/3 4660/4
4660/7 4660/9 4660/12
4660/13 4672/10
4672/21 4676/4

4679/25 4689/14
4694/24 4699/4
4701/24 4703/5 4703/5
4703/5 4705/24 4710/1
**D.C. [5]** 4660/15
4671/15 4677/2
4702/15 4706/13
**D.C. Op Jan. 6 [2]**
4671/15 4677/2
**D.C. Op Jan. 6, 21 [3]**
4660/15 4702/15
4706/13
**damage [5]** 4691/5
4691/13 4691/18
4691/19 4691/20
**damaged [1]** 4691/7
**damning [1]** 4668/23
**dangerous [2]** 4689/19
4691/1
**data [2]** 4700/1
4700/13
**date [3]** 4664/11
4723/11 4734/7
**David [4]** 4654/10
4655/7 4694/22 4711/2
**David Moerschel [2]**
4655/7 4711/2
**day [22]** 4653/7
4655/23 4656/2
4656/17 4658/12
4663/10 4666/1 4676/3
4676/5 4679/18
4693/13 4693/17
4695/15 4704/10
4707/6 4707/9 4707/15
4720/11 4720/17
4720/20 4720/20
4721/8
**days [5]** 4656/16
4662/15 4675/24
4698/3 4730/13
**daytime [1]** 4718/22
**deadline [1]** 4677/4
**deal [1]** 4656/13
**December [9]** 4659/1
4659/12 4659/17
4660/5 4665/7 4676/3
4682/3 4695/20
4704/12
**December 12th [1]**
4660/5
**decide [4]** 4708/25
4710/15 4712/7
4713/18
**decided [2]** 4656/2
4660/3
**decision [5]** 4660/24
4668/10 4668/13
4713/23 4720/25
**decks [1]** 4722/1
**defendant [28]** 4654/2
4654/6 4654/10
4654/18 4655/6 4655/7
4655/7 4655/8 4655/12
4655/13 4655/15
4655/16 4659/19
4659/25 4660/22

4673/7 4674/14
4713/15 4714/20
4715/3 4715/4 4715/7
4715/8 4715/16 4716/5
**Defendant 11 [1]**
4655/8
**Defendant 7 [1]** 4655/7
**Defendant 8 [1]** 4655/7
**Defendant Hackett [1]**
4655/13
**Defendant Minuta [2]**
4655/12 4673/7
**Defendant Moerschel**
**[1]** 4655/15
**Defendant No. 6 [1]**
4655/6
**Defendant Vallejo [1]**
4655/16
**defendant's [2]**
4674/16 4675/2
**defendants [43]**
4653/7 4655/17
4658/21 4658/25
4659/16 4662/17
4663/6 4663/7 4663/19
4667/5 4668/21
4668/24 4669/16
4669/21 4673/11
4674/19 4675/13
4676/18 4678/25
4679/14 4687/18
4687/19 4688/17
4689/18 4689/22
4692/10 4694/11
4694/18 4695/1 4706/9
4708/23 4709/3
4709/16 4710/10
4715/11 4715/13
4715/20 4715/25
4722/10 4722/24
4729/12 4731/21
4731/24
**defendants' [11]**
4668/20 4673/4 4675/7
4676/13 4689/17
4691/13 4691/17
4696/15 4697/1
4710/15 4729/6
**defense [37]** 4662/7
4662/23 4663/21
4666/8 4666/17
4666/20 4666/21
4667/8 4667/16
4667/16 4667/17
4668/6 4668/8 4669/20
4673/17 4674/20
4680/11 4684/5
4689/20 4692/11
4696/23 4721/24
4723/18 4723/23
4724/18 4724/21
4725/14 4725/15
4725/18 4726/23
4727/10 4728/9 4730/5
4730/10 4730/12
4730/20 4731/3
**defense's [1]** 4666/23

**defensive [1]** 4688/21
**definitely [1]** 4728/11
**delaying [1]** 4661/11
**delete [8]** 4698/9
4698/9 4698/9 4698/9
4698/10 4707/21
4708/3 4708/5
**deleted [4]** 4682/8
4698/4 4698/15 4699/7
**deleting [4]** 4698/13
4698/22 4699/15
4699/20
**deletion [1]** 4698/18
**deliberate [10]**
4655/23 4692/17
4712/14 4713/17
4719/18 4720/2 4720/9
4720/17 4720/23
4730/8
**deliberating [5]**
4657/18 4658/20
4661/6 4670/25 4720/1
**deliberations [17]**
4711/10 4711/14
4712/16 4712/21
4712/24 4714/6
4714/16 4715/14
4716/7 4717/8 4717/10
4717/19 4718/10
4720/2 4720/13 4721/3
4721/6
**delineates [1]** 4722/11
**deliver [1]** 4658/3
**Democrats [1]** 4674/6
**demonstrated [1]**
4733/6
**departing [1]** 4692/8
**Department [1]**
4662/10
**depends [2]** 4655/23
**deposited [3]** 4670/2
4689/14 4689/15
**deputy [1]** 4712/25
**descended [1]** 4686/5
**describe [1]** 4729/22
**described [3]** 4681/14
4683/1 4687/22
**description [2]** 4732/4
4732/6
**descriptions [1]**
4731/22
**destruction [1]** 4691/4
**detail [1]** 4678/18
**details [2]** 4672/23
4678/5
**determination [1]**
4714/9
**determine [4]** 4663/4
4675/7 4675/12
4732/13
**determined [2]**
4709/22 4714/22
**device [1]** 4730/2
**devices [1]** 4700/13
**dial [2]** 4726/8 4727/7
**dichotomy [1]** 4692/14
**did [47]** 4659/16
4663/7 4665/6 4666/10

**D**

did... [43] 4666/15
4666/20 4666/23
4667/14 4667/23
4669/21 4671/10
4673/7 4676/21
4677/18 4678/4 4678/8
4679/18 4679/18
4680/8 4680/16
4681/24 4684/21
4685/23 4687/3 4687/3
4687/11 4687/19
4688/10 4690/23
4692/10 4692/16
4692/17 4694/22
4694/24 4695/13
4698/2 4700/4 4701/14
4702/10 4703/6
4703/15 4708/3 4708/5
4710/2 4710/4 4724/16
4727/18

didn't [24] 4656/1
4665/1 4666/20
4669/24 4670/9 4674/5
4677/16 4680/3
4684/16 4684/21
4684/24 4688/23
4690/4 4693/16 4700/1
4700/18 4703/5 4708/1
4723/5 4724/4 4729/15
4731/10 4731/15
4732/1

die [4] 4659/10
4659/10 4680/7 4680/7
different [11] 4664/5
4669/21 4669/23
4671/10 4692/22
4713/23 4715/12
4715/13 4715/13
4728/21 4730/25

difficult [3] 4718/14
4718/15 4726/23
digitally [1] 4731/23
dinner [3] 4688/3
4696/10 4707/12
dire [2] 4659/5 4706/3
directed [1] 4704/4
directing [1] 4668/5
direction [1] 4680/2
directly [6] 4670/23
4671/23 4671/25
4672/22 4675/4 4702/8
disagreed [1] 4681/16
disagreement [1]
4681/11
discarding [1] 4699/22
discipline [1] 4691/1
disciplined [1]
4689/23
discourse [1] 4709/13
discuss [6] 4712/10
4712/13 4717/1 4717/2
4719/2 4719/8
discussed [6] 4677/2
4684/12 4699/15
4699/19 4699/21
4712/6
discussing [4] 4682/3

4714/16
discussion [1] 4714/12
discussions [1]
4711/20
disguised [1] 4697/17
disinclined [1]
4730/20
dismiss [1] 4720/11
disseminating [1]
4671/20
distant [1] 4706/4
distinct [1] 4671/7
distort [1] 4729/2
distorts [1] 4729/3
DISTRICT [3] 4653/1
4653/1 4653/10
divided [1] 4713/12
do [59] 4659/11
4659/16 4659/21
4662/3 4662/4 4662/11
4663/10 4663/11
4663/19 4664/25
4666/9 4666/20 4667/6
4667/7 4667/12
4667/20 4667/21
4667/23 4671/19
4672/5 4674/22
4675/17 4676/18
4676/21 4677/15
4678/8 4678/13
4679/22 4684/16
4687/6 4690/4 4690/23
4691/6 4694/19
4697/25 4701/1
4705/19 4706/19
4707/14 4709/4
4709/12 4709/12
4710/12 4712/10
4713/18 4713/25
4718/5 4718/9 4718/18
4718/23 4719/4
4720/18 4721/7
4725/19 4727/5
4728/12 4730/1
4730/14 4730/15
do you know [4]
4664/25 4672/5
4676/18 4676/21
documents [1] 4705/5
does [9] 4659/25
4674/12 4706/18
4707/14 4714/10
4723/16 4724/11
4725/5 4726/18
doesn't [3] 4666/21
4684/25 4725/20
doing [18] 4661/12
4662/2 4674/7 4677/21
4680/24 4684/15
4685/16 4689/18
4689/23 4692/19
4693/3 4701/21
4702/16 4702/17
4707/9 4710/3 4723/21
4725/2
Dolan [2] 4659/6
4683/6

4656/11 4657/12
4662/11 4665/23
4667/7 4667/22
4679/24 4679/25
4692/14 4697/25
4707/4 4707/18
4707/21 4722/17
4722/22 4724/14
4724/18 4727/2 4729/7
4731/11 4732/3
4732/11
Donald [2] 4662/9
4662/16
Donald Trump [2]
4662/9 4662/16
done [10] 4664/25
4666/25 4698/5 4698/6
4698/8 4710/2 4719/20
4726/25 4727/2 4727/8
door [7] 4683/11
4683/15 4683/16
4691/12 4692/6 4692/7
4706/17
door-closer [1]
4691/12
doors [26] 4682/19
4682/20 4683/2 4683/3
4683/6 4683/8 4683/10
4683/14 4683/14
4683/19 4683/20
4683/20 4685/23
4691/5 4691/7 4691/15
4691/18 4691/20
4691/21 4691/22
4691/23 4692/1
4692/24 4693/19
4694/13 4694/13
doubt [6] 4657/15
4663/5 4675/2 4704/22
4715/23 4718/1
Douyon [6] 4712/11
4718/23 4719/12
4720/22 4721/1 4721/9
down [8] 4684/1
4685/18 4686/8 4696/8
4701/11 4703/25
4710/12 4711/7
downtime [1] 4657/16
doxed [1] 4697/18
doxing [2] 4696/23
4697/2
dozen [2] 4664/5
4680/20
dozens [1] 4663/12
draw [2] 4668/9
4668/13
drive [2] 4703/4 4703/6
driving [1] 4699/2
dropped [1] 4670/19
drove [5] 4660/6
4660/8 4689/1 4689/8
4709/25
duration [1] 4656/8
during [14] 4666/14
4666/23 4666/25
4667/18 4668/19
4671/24 4671/25

4712/21 4712/24
4715/14 4717/10
4721/5
duties [2] 4662/2
4662/4
duty [6] 4705/20
4710/13 4710/18
4713/16 4716/8
4719/16

**E**

each [55] 4658/21
4658/24 4659/16
4659/19 4659/25
4660/10 4660/17
4660/21 4662/1 4662/1
4662/2 4662/21 4663/6
4665/11 4666/12
4668/21 4669/20
4669/21 4669/22
4670/1 4671/6 4671/12
4671/19 4673/11
4673/15 4674/18
4674/21 4675/2
4675/15 4680/11
4680/22 4686/25
4687/9 4687/18
4687/19 4689/4
4693/12 4693/15
4693/17 4694/1
4703/12 4708/23
4708/24 4711/22
4714/19 4714/20
4714/21 4714/25
4715/2 4715/3 4716/2
4716/2 4716/25 4717/9
4718/17
earlier [3] 4719/3
4721/4 4730/24
early [2] 4660/10
4682/3
earnest [1] 4676/4
easier [1] 4722/8
easily [1] 4724/15
east [3] 4682/19
4691/21 4694/13
easy [5] 4684/19
4684/22 4685/1 4698/1
4703/7
Ed [1] 4707/14
Ed Vallejo [1] 4707/14
Edward [3] 4654/19
4655/8 4711/3
Edward Vallejo [2]
4655/8 4711/3
Edwards [4] 4653/15
4655/10 4669/17
4730/19
effect [3] 4709/9
4714/2 4726/19
effective [1] 4726/6
efficient [1] 4665/24
effort [2] 4673/9
4676/7
efforts [2] 4690/19
4705/19
eight [1] 4726/10

either [2] 4660/17
4668/10
elect [1] 4705/15
elected [2] 4715/20
4715/21
election [12] 4658/12
4659/14 4673/12
4674/8 4696/21 4697/3
4697/5 4704/10
4704/11 4705/20
4709/2 4709/19
elector [1] 4687/23
electors [1] 4704/12
electronic [2] 4712/18
4712/22 4732/19
electronically [2]
4712/22 4732/19
elements [1] 4717/25
else [10] 4678/23
4698/11 4699/20
4705/12 4707/25
4712/11 4721/21
4727/20 4731/6
4732/24
elsewhere [3] 4668/19
4672/21 4701/8
email [8] 4653/18
4653/19 4654/5 4654/8
4654/13 4654/17
4654/22 4712/18
emails [1] 4697/14
embellishing [1]
4684/15
emergency [1]
4683/11
En [1] 4685/14
En route [1] 4685/14
encounter [2] 4694/9
4694/11
encountered [1]
4693/15
encourage [1] 4711/21
encouraged [1]
4675/16
encrypted [1] 4697/14
end [1] 4720/12
endeavor [1] 4718/17
ending [1] 4700/9
enemy [1] 4709/20
enforcement [1]
4696/5
engaged [1] 4675/13
enough [6] 4674/7
4683/21 4686/21
4690/18 4690/18
4733/7
Enrique [1] 4677/8
ensure [1] 4705/16
enter [1] 4716/7
entered [4] 4657/24
4715/23 4718/13
4722/15
entering [2] 4678/22
4714/7
entire [5] 4665/4
4665/6 4668/22
4695/14 4699/24
entirely [4] 4718/12
4720/17 4720/19

**E**

entirely... [1] 4720/14
entitled [2] 4687/6
   4714/20
erase [1] 4701/1
Ernie [1] 4707/14
Ernie Hancock's [1]
   4707/14
escort [1] 4719/12
escorted [1] 4686/14
essentially [1] 4720/13
establishes [1]
   4704/21
ET [1] 4653/6
evacuated [1] 4693/6
evaluate [1] 4705/8
even [16] 4664/12
   4671/7 4675/14
   4675/23 4676/9
   4683/25 4684/6
   4687/25 4690/4 4696/6
   4706/13 4722/5
   4724/22 4726/22
   4731/1 4731/3
evening [2] 4662/13
   4706/12
event [2] 4716/6
   4716/8
eventually [1] 4682/20
every [12] 4664/9
   4665/1 4665/11
   4665/25 4666/1 4671/2
   4675/16 4681/16
   4687/14 4709/6
   4722/11 4729/23
everybody [5] 4677/3
   4681/12 4698/9
   4707/25 4719/25
everyone [10] 4655/2
   4655/19 4657/25
   4658/1 4681/10
   4705/12 4707/11
   4707/17 4721/15
   4733/12
Everyone's [2] 4697/4
   4707/24
everything [11]
   4675/23 4675/25
   4681/8 4684/1 4684/15
   4690/17 4727/14
   4728/12 4732/17
   4732/20 4733/10
evidence [68] 4663/5
   4663/22 4663/24
   4665/24 4666/2 4666/6
   4666/10 4667/5
   4667/13 4668/11
   4668/14 4668/18
   4668/23 4669/1 4669/2
   4669/16 4673/25
   4675/21 4676/10
   4677/1 4678/19
   4681/19 4696/18
   4696/22 4698/13
   4698/22 4699/12
   4699/17 4699/20
   4699/22 4700/7
   4700/10 4700/21

4700/23 4704/9
4704/21 4705/9 4706/8
4708/6 4710/24
4711/19 4711/21
4711/23 4711/25
4712/8 4714/3 4714/23
4715/1 4715/24
4716/11 4716/14
4716/19 4717/1 4717/1
4717/4 4717/6 4717/20
4720/7 4724/24 4726/1
4726/2 4726/13 4727/1
4727/17 4728/15
4729/22 4730/7 4730/23
exactly [1] 4676/24
examination [7]
   4666/23 4667/1 4667/7
   4668/7 4724/12
   4724/13 4724/22
examine [6] 4667/19
   4716/16 4716/19
   4716/21 4716/25
   4717/3
examined [2] 4682/21
   4698/19
examining [2] 4665/15
   4682/15
example [5] 4665/2
   4665/5 4672/14 4679/2
   4713/13
except [4] 4665/5
   4713/4 4713/6 4716/14
exclude [1] 4729/7
exclusion [1] 4725/8
exclusively [2] 4716/9
   4725/4
excuse [4] 4718/10
   4718/14 4718/15
   4719/21
excused [1] 4719/23
excusing [1] 4718/19
executing [1] 4661/14
execution [1] 4661/11
exercising [1] 4663/17
exhibit [21] 4664/23
   4665/9 4671/14
   4671/14 4682/18
   4700/8 4704/8 4720/6
   4722/14 4722/16
   4723/7 4723/11 4724/2
   4728/16 4729/10
   4730/13 4731/14
   4731/22 4731/25
   4732/6 4732/12
Exhibit 1557 [1]
   4671/14
Exhibit 4761 [1]
   4664/23
exhibits [25] 4667/21
   4668/17 4716/14
   4716/16 4716/17
   4717/7 4720/3 4721/17
   4721/22 4722/2
   4723/24 4724/4 4724/9
   4724/11 4725/1 4725/2
   4725/8 4726/2 4726/5
   4727/10 4728/23
   4731/14 4731/20

existed [1] 4704/22
exists [1] 4719/1
exited [2] 4685/23
   4721/13
expand [1] 4724/10
expect [1] 4720/22
expecting [1] 4713/17
explain [3] 4658/23
   4678/17 4693/18
explained [13] 4664/2
   4665/22 4670/11
   4675/22 4679/13
   4683/24 4684/6
   4684/11 4687/11
   4688/20 4693/25
   4694/7 4696/1
explaining [1] 4694/4
explicitly [1] 4729/22
expression [1] 4714/8
extent [1] 4668/7
Eye [1] 4654/20

**F**

fabricated [1] 4666/2
face [3] 4660/2 4660/2
   4685/7
Facebook [2] 4664/6
   4673/23
faced [2] 4710/10
   4710/12
faces [1] 4698/11
facilitate [1] 4711/20
facilities [2] 4703/20
   4703/21
fact [7] 4669/23 4671/2
   4685/10 4703/15
   4715/3 4715/23
   4729/22
factory [1] 4699/11
facts [7] 4662/12
   4663/25 4664/1 4664/2
   4675/11 4682/16
   4714/18
fair [4] 4657/4 4711/18
   4711/24 4727/10
fall [1] 4707/18
fallen [1] 4686/8
falls [1] 4726/3
false [1] 4692/14
family [1] 4700/17
fancy [1] 4697/13
far [2] 4679/14 4729/16
fashion [1] 4713/14
4726/5 4726/16
favorite [1] 4666/13
favors [2] 4713/14
   4713/23
FBI [16] 4662/12
   4668/15 4668/18
   4668/25 4684/4 4684/8
   4696/13 4696/16
   4697/7 4697/10
   4697/21 4699/24
   4700/3 4700/12
   4707/10 4707/12
February [3] 4700/13
   4700/14 4723/14

Federal [2] 4706/3
   4706/7
Federal Government
   [1] 4706/7
feel [3] 4690/12
   4690/13 4717/15
feet [1] 4695/11
fellow [2] 4685/17
   4713/19
felt [3] 4687/5 4690/10
   4690/14
few [4] 4677/22
   4695/12 4702/24
   4720/4
fight [5] 4679/20
   4686/3 4692/24
   4706/21 4706/22
fighting [1] 4706/10
figure [1] 4693/11
   4730/2 4731/1
figures [1] 4692/2
file [1] 4731/18
filed [1] 4731/7
filenames [1] 4732/4
   4732/5
files [1] 4666/18
filing [1] 4731/7
fill [2] 4718/6 4723/24
final [3] 4658/2 4658/4
   4711/9
finally [2] 4686/3
   4696/12
find [10] 4664/6 4691/6
   4691/8 4714/13 4715/3
   4715/10 4717/4
   4726/17 4730/1 4730/4
fine [3] 4656/1 4726/21
   4727/6
fingers [1] 4687/24
firearm [1] 4716/15
firearm-related [1]
   4716/15
firearms [14] 4663/12
   4670/2 4670/14
   4670/16 4670/17
   4670/19 4670/20
   4680/6 4690/3 4701/16
   4705/25 4716/15
   4716/21 4716/22
firearms-related [1]
   4716/22
firepower [1] 4701/19
first [12] 4661/7
   4662/25 4663/17
   4665/7 4678/15 4682/2
   4704/6 4711/13
   4722/19 4723/8
   4729/11 4729/13
First Amendment [1]
   4662/25
fist [3] 4692/12
   4692/15 4692/20
fist-pumping [3]
   4692/12 4692/15
   4692/20
fit [1] 4664/14
fix [4] 4702/22 4727/25
   4728/1 4728/4

fixed [1] 4708/16
FL [4] 4654/12 4654/16
   4660/13 4671/18
flags [1] 4677/6
flee [1] 4693/10
Florida [8] 4660/9
   4670/9 4670/15
   4680/20 4689/1 4689/8
   4689/16 4694/23
Florida's [1] 4689/10
Floyd [1] 4696/25
flying [1] 4677/6
focus [1] 4730/17
focused [3] 4673/19
   4673/20 4701/21
follow [3] 4717/13
   4720/14 4726/3
followed [4] 4681/12
   4694/20 4695/1
   4727/18
followers [5] 4677/21
   4697/22 4697/25
   4708/15 4708/22
following [4] 4676/17
   4701/22 4724/19
   4728/24
follows [4] 4726/9
food [1] 4702/11
force [17] 4658/15
   4661/2 4661/9 4661/11
   4661/25 4663/12
   4669/15 4683/14
   4683/15 4688/14
   4688/15 4688/16
   4688/18 4691/2
   4694/24 4703/24
   4704/18
forcibly [1] 4687/4
forcing [1] 4662/3
   4682/20
foregoing [1] 4734/3
foreperson [6] 4711/14
   4711/16 4711/19
   4713/1 4718/5 4718/6
form [6] 4717/18
   4717/19 4717/22
   4718/1 4718/7 4720/4
formally [1] 4730/22
formation [2] 4680/21
   4681/7 4681/14 4694/1
Fort [1] 4654/12
forward [1] 4683/2
found [8] 4672/17
   4686/22 4686/23
   4700/2 4701/8 4701/9
   4701/12 4725/1
founded [1] 4709/8
four [13] 4655/17
   4658/21 4660/10
   4663/3 4663/6 4663/20
   4668/20 4680/11
   4710/16 4731/14
   4731/21 4732/8
   4732/13
fourth [1] 4661/22
fractured [1] 4710/7
frankly [2] 4729/15
   4733/4

**F**

fraudulent [2]  4673/14
4674/8
free [3]  4683/5 4717/15
4719/7
Fridays [1]  4656/16
front [6]  4665/10
4666/16 4683/4
4687/10 4690/23
4698/23
fucking [4]  4685/19
4686/15 4686/15
4701/12
full [5]  4683/7 4686/12
4711/24 4720/17
4723/5
fully [2]  4675/13
4675/25
further [1]  4722/6
Furthermore [1]
4714/13
fuss [1]  4682/14
future [1]  4706/4

**G**

Garden [4]  4688/3
4696/11 4707/2 4707/3
Gator [1]  4689/9
gave [6]  4664/12
4671/14 4680/10
4697/10 4704/14
4712/15
gear [2]  4686/7
4686/10
Gee [1]  4682/8
general [6]  4665/18
4726/21 4726/24
4727/16 4728/12
4728/14
generally [1]  4731/20
generated [1]  4723/3
generating [1]  4725/14
gentlemen [20]
4660/16 4662/6 4666/3
4667/4 4684/14 4687/9
4688/13 4691/4
4694/21 4698/2 4698/7
4700/15 4703/11
4705/14 4705/22
4708/1 4708/7 4708/20
4711/8 4719/24
George [1]  4696/25
Georgia [1]  4665/18
get [13]  4655/21
4672/22 4678/18
4679/25 4683/8
4686/10 4695/16
4696/18 4719/18
4720/3 4725/19
4732/17 4732/17
getting [5]  4694/5
4697/24 4699/3 4703/6
4732/4
give [5]  4670/17
4699/18 4725/12
4725/16 4725/22
given [8]  4666/22
4708/10 4716/19

gives [1]  4710/14
giving [1]  4703/1
glass [2]  4691/11
4691/23
gloss [1]  4691/25
gmail.com [2]  4654/5
4654/8
go [22]  4656/13 4659/7
4659/22 4659/24
4663/9 4674/23 4676/4
4678/8 4679/25 4681/5
4683/16 4690/9
4693/22 4707/1 4707/6
4711/17 4721/23
4724/8 4728/11
4728/15 4728/25
4732/15
goal [7]  4661/3
4665/25 4673/25
4693/8 4725/11
4726/11 4726/14
goes [7]  4670/21
4670/22 4673/8 4707/3
4707/19 4723/14
4725/21
going [25]  4659/23
4666/19 4669/11
4669/17 4676/13
4677/5 4677/18
4677/24 4678/12
4679/21 4681/2 4681/5
4695/22 4696/2
4700/20 4702/22
4705/3 4718/21 4719/2
4719/21 4720/10
4728/11 4728/13
4731/18 4732/12
gone [1]  4698/17
good [6]  4655/4
4655/19 4655/20
4658/8 4690/12 4714/1
Good morning [2]
4655/19 4658/8
Gorda [1]  4654/16
got [12]  4657/16
4665/17 4668/21
4680/17 4699/23
4700/17 4700/21
4702/14 4708/4
4725/16 4727/6 4728/6
GoToMeeting [5]
4660/2 4664/7 4697/9
4697/20 4697/23
government [64]
4653/14 4655/11
4656/18 4657/2 4658/3
4658/16 4659/8
4659/24 4661/1 4661/9
4661/14 4662/22
4664/21 4664/25
4665/3 4668/3 4669/15
4673/9 4673/13
4673/14 4673/14
4673/21 4674/2 4674/7
4674/8 4675/1 4684/1

4695/21 4697/6
4697/25 4698/2
4699/12 4703/24
4704/2 4704/5 4705/16
4706/7 4706/11
4706/23 4707/16
4709/9 4709/18
4709/21 4710/20
4713/14 4715/22
4717/25 4721/22
4722/1 4722/23
4725/20 4726/1 4726/4
4726/18 4727/17
4727/20 4729/19
4731/21 4731/24
4732/8 4732/12
government's [7]
4667/19 4668/7
4721/17 4724/17
4725/4 4726/2 4729/21
grand [8]  4662/14
4684/9 4698/13
4698/24 4699/13
4699/14 4699/15
4699/19
grand jury [1]  4699/14
grateful [2]  4719/15
4719/19
great [2]  4658/9
4678/18
Greene [1]  4681/23
grifter [1]  4673/17
ground [1]  4702/25
Grounds [1]  4680/22
group [20]  4676/3
4679/4 4680/17
4680/25 4681/4
4681/17 4686/20
4688/21 4688/22
4689/1 4690/11
4690/25 4693/5
4693/22 4695/21
4696/1 4698/6 4703/1
4703/3 4708/9
groups [1]  4693/16
guard [1]  4670/6
guarded [1]  4706/1
guarding [6]  4670/16
4670/19 4689/10
4701/16 4702/4
4703/14
guess [1]  4732/10
guidance [1]  4672/11
guilt [4]  4696/15
4710/15 4714/21
4715/24
guilty [25]  4663/6
4682/17 4687/9
4687/11 4687/14
4687/16 4687/17
4687/19 4696/17
4696/19 4696/20
4701/2 4701/3 4707/20
4708/2 4710/25 4711/1
4711/2 4711/3 4715/4
4715/4 4715/11
4715/11 4715/15

guns [11]  4670/6
4689/2 4689/3 4689/12
4689/13 4699/3 4702/6
4703/8 4703/8 4703/9
4703/10
guy [7]  4686/4 4687/22
4694/4 4702/4 4702/4
4702/4 4702/5

**H**

Hackett [53]  4654/6
4655/7 4655/13 4660/7
4660/13 4660/18
4669/24 4670/2
4670/11 4670/14
4670/18 4671/17
4674/22 4675/14
4677/25 4678/12
4679/13 4679/21
4679/24 4679/24
4680/3 4680/3 4680/4
4680/8 4681/8 4681/17
4682/25 4683/3
4683/13 4683/17
4684/25 4689/1
4689/14 4690/15
4691/3 4692/25
4693/20 4695/7 4695/9
4697/17 4697/22
4698/3 4699/1 4699/5
4699/6 4699/6 4699/8
4699/16 4699/21
4699/21 4708/15
4711/1 4722/10
Hackett's [1]  4697/11
had [59]  4660/22
4661/3 4666/15 4670/1
4670/18 4673/25
4674/8 4677/16
4677/17 4677/17
4678/13 4678/25
4679/16 4680/17
4681/1 4681/2 4681/4
4682/2 4684/11
4685/25 4686/8
4686/19 4686/20
4688/4 4690/5 4690/6
4690/6 4690/12
4690/17 4690/17
4693/6 4693/8 4693/10
4694/10 4694/19
4695/19 4695/22
4696/11 4698/8 4698/8
4699/5 4699/6 4699/7
4699/15 4699/18
4699/19 4699/25
4707/23 4708/9
4708/10 4708/25
4710/3 4722/19 4724/2
4730/13 4730/24
4730/24 4731/15
4732/1
hadn't [2]  4730/14
4731/18
half [3]  4656/16
4664/22 4693/22
Halim [16]  4654/6

4665/12 4676/16
4678/5 4680/13
4681/24 4682/14
4695/12 4696/22
4697/16 4698/18
4698/21 4699/16
4721/19
Halim's [1]  4723/10
hall [2]  4672/24
4703/13
halted [1]  4693/10
Hancock's [1]  4707/14
handful [1]  4724/1
handle [1]  4706/17
handles [1]  4691/11
hands [7]  4681/15
4683/15 4683/15
4694/1 4702/18
4709/23 4709/24
handwriting [1]  4684/2
hang [5]  4668/1 4668/1
4668/1 4708/18 4726/7
Hangout [1]  4671/18
happened [2]  4680/10
4704/11
happening [5]  4660/12
4661/4 4676/24
4681/20 4681/22
happens [3]  4683/12
4712/12 4718/25
happy [3]  4690/7
4692/15 4730/15
hard [5]  4677/3 4686/7
4686/9 4723/22 4733/7
harm [2]  4674/22
4679/9
Harrelson [4]  4682/25
4683/4 4684/11
4692/23
Harris [2]  4665/9
4665/10
has [30]  4655/22
4657/19 4661/7 4663/5
4664/9 4664/25
4666/17 4667/18
4667/19 4673/21
4677/24 4700/24
4707/9 4709/14
4715/23 4716/25
4719/7 4720/7 4722/1
4723/21 4724/14
4727/10 4728/23
4729/7 4729/24 4731/4
4731/22 4731/24
4732/12 4732/25
hasn't [2]  4729/9
4730/22
hated [2]  4687/6
4709/18
have [97]
haven't [1]  4731/12
having [3]  4678/8
4696/10 4703/20
he [176]
He didn't [1]  4684/24
he said [9]  4673/22
4682/17 4684/17

**he said... [6]** 4694/18
4695/4 4698/24
4699/19 4699/21
4707/20
**he'd [2]** 4688/6
4708/17
**he's [9]** 4676/25
4683/4 4694/4 4700/22
4703/19 4703/19
4707/16 4707/24
4732/19
**headed [1]** 4660/23
**heads [2]** 4669/11
4727/19
**healthy [1]** 4718/18
**hear [3]** 4680/22
4717/5 4733/12
**heard [27]** 4659/6
4661/18 4662/7
4662/14 4662/23
4663/20 4669/4 4674/4
4686/7 4691/19
4691/25 4693/13
4695/4 4696/21
4696/23 4699/8
4699/23 4699/24
4700/12 4700/15
4707/4 4707/9 4708/8
4715/18 4728/9
4731/12 4731/18
**hearing [2]** 4681/8
4682/9
**heavy [2]** 4684/18
4691/21
**help [16]** 4665/20
4665/22 4666/5
4669/18 4674/23
4674/24 4685/6 4685/8
4687/3 4702/5 4702/6
4702/6 4711/20 4720/6
4725/23 4727/24
**helped [1]** 4691/9
**helpful [2]** 4661/6
4724/24
**helping [3]** 4685/10
4686/11 4687/4
**her [7]** 4663/16
4664/20 4665/4 4682/8
4682/15 4695/11
4711/23
**here [35]** 4656/2
4656/5 4656/7 4656/18
4656/20 4657/17
4659/18 4661/19
4663/22 4664/19
4664/24 4665/10
4665/13 4665/14
4668/19 4670/8 4670/9
4680/18 4681/6
4684/10 4687/14
4692/25 4698/23
4701/25 4704/12
4711/15 4713/7
4723/21 4725/11
4726/9 4726/14
4726/20 4727/8
4727/24 4729/21

**Herrington [6]** 4687/21
4688/1 4688/2 4688/6
4707/5 4707/11
**hesitate [2]** 4713/20
4714/11
**HI [1]** 4654/4
**hid [3]** 4664/22
4665/23 4697/18
**hidden [1]** 4664/17
**hide [5]** 4665/23
4696/17 4698/13
4699/12 4707/22
**hiding [2]** 4697/5
4706/15
**him [25]** 4665/15
4665/19 4665/20
4665/21 4672/7
4675/25 4679/20
4679/22 4682/21
4683/6 4684/16
4687/22 4689/2
4690/11 4690/12
4690/13 4695/7 4699/2
4699/5 4699/17
4699/24 4699/25
4700/5 4705/18
4708/15
**himself [9]** 4684/3
4686/22 4687/23
4688/7 4689/15
4689/16 4697/8
4697/11 4705/21
**hindering [1]** 4661/10
**his [72]** 4660/5 4660/5
4668/22 4671/12
4672/12 4673/17
4673/23 4674/11
4676/2 4677/20 4679/4
4680/7 4680/14
4682/16 4682/16
4684/1 4685/2 4685/2
4685/2 4685/9 4685/11
4685/16 4685/19
4685/25 4686/18
4686/20 4686/22
4686/22 4687/24
4688/9 4689/8 4694/18
4694/22 4694/23
4694/24 4695/6
4695/16 4697/12
4697/17 4697/19
4697/19 4697/22
4697/24 4698/15
4699/5 4699/11
4699/16 4699/24
4700/2 4700/13
4700/17 4701/7 4701/8
4702/21 4702/21
4702/23 4703/2 4703/6
4703/24 4704/3 4704/7
4705/23 4707/19
4708/9 4708/14
4708/15 4708/22
4711/23 4724/2 4724/4
4724/5 4731/14
**history [2]** 4673/15
4709/16

**hold [2]** 4709/9
4710/19
**holding [2]** 4677/14
4692/4
**holds [1]** 4713/23
**honest [1]** 4714/2
**Honor [16]** 4655/4
4657/7 4658/7 4666/19
4667/3 4667/10
4667/15 4667/24
4675/19 4700/20
4705/10 4721/20
4722/17 4722/19
4725/10 4732/22
**HONORABLE [1]**
4653/9
**hope [2]** 4677/14
4733/5
**hoped [1]** 4690/17
**horseback [1]** 4692/4
**hotel [18]** 4660/21
4670/15 4670/15
4672/16 4672/18
4672/19 4672/20
4672/23 4673/2
4679/17 4689/3 4689/6
4689/15 4699/3 4699/3
4702/23 4703/7
4703/19
**hour [7]** 4656/11
4657/7 4657/9 4675/24
4695/9 4720/15 4731/4
**hours [2]** 4657/12
4666/4
**house [4]** 4661/18
4694/23 4700/2
4708/18
**housekeeping [1]**
4731/7
**how [30]** 4657/1
4659/9 4661/3 4663/9
4663/23 4664/2
4664/24 4671/19
4671/21 4672/5
4676/18 4676/20
4686/7 4688/17
4688/20 4690/14
4693/1 4693/25
4696/15 4703/21
4703/22 4703/22
4707/15 4709/12
4709/13 4711/16
4713/10 4713/12
4722/18 4730/6
**Howell [1]** 4656/10
**however [3]** 4711/17
4718/18 4719/8
**huddle [4]** 4680/21
4681/7 4681/12
4689/25
**huddled [1]** 4680/18
**huddling [1]** 4680/19
**Hughes [3]** 4653/15
4655/10 4665/15
**human [3]** 4679/6
4683/25 4684/3
**hundreds [1]** 4664/5

**hung [1]** 4686/1

**I**

**I am [2]** 4718/21
4722/7
**I apologize [1]** 4729/18
**I assume [1]** 4656/18
**I can [1]** 4656/5
**I didn't [1]** 4723/5
**I don't [2]** 4722/22
4724/14
**I have [4]** 4657/15
4707/21 4717/6
4722/13
**I haven't [1]** 4731/12
**I just [1]** 4656/14
4657/9
**I know [4]** 4656/20
4722/23 4723/2 4730/4
**I mean [1]** 4685/6
**I think [10]** 4657/17
4668/2 4721/16 4722/5
4724/2 4724/20
4724/22 4731/1 4731/3
4731/23
**I told [1]** 4718/11
**I understand [1]**
4726/9
**I want [3]** 4698/19
4719/10 4726/7
**I was [1]** 4668/5
**I will [5]** 4658/23
4712/12 4713/4 4717/9
4718/19
**I work [1]** 4662/10
**I'd [4]** 4657/1 4730/21
4731/5 4732/10
**I'll [8]** 4656/10 4656/15
4658/4 4680/15
4719/12 4722/13
4726/21 4729/6
**I'm [18]** 4656/5
4656/13 4659/21
4666/19 4688/8
4700/20 4705/3 4719/1
4719/21 4720/10
4725/7 4726/19 4727/7
4728/4 4728/4 4728/5
4730/15 4730/20
**I'm going [1]** 4700/20
**I'm just [2]** 4719/21
4727/7
**I'm not [1]** 4720/10
**I'm sorry [1]** 4725/7
**I've [6]** 4668/2 4717/23
4726/15 4726/25
4728/6 4733/2
**idea [3]** 4673/12
4680/1 4730/14
**identification [1]**
4716/18
**identifying [1]** 4724/25
**identities [1]** 4696/15
**identity [2]** 4697/17
4697/19
**ignore [1]** 4717/14
**ignored [1]** 4709/16

**illegal [3]** 4674/12
4674/18 4674/19
**immediate [1]** 4693/8
**immediately [1]**
4685/21
**impede [1]** 4661/23
**impeding [1]** 4661/24
**importance [1]** 4714/7
**important [7]** 4665/16
4665/19 4665/19
4675/24 4680/14
4687/8 4719/19
**importantly [1]** 4733/9
**imposing [1]** 4716/8
**impressed [1]** 4733/2
**inadvertently [1]**
4712/9
**inauguration [2]**
4677/10 4692/9
**include [4]** 4723/16
4724/11 4726/23
4727/10
**included [4]** 4681/17
4691/10 4706/14
4724/9
**includes [5]** 4691/14
4704/16 4712/18
4723/25
**including [13]** 4671/13
4683/13 4683/17
4689/12 4693/25
4694/15 4706/25
4708/15 4718/22
4720/15 4723/17
4724/21 4730/14
**inclusive [1]** 4728/12
**inconsistent [1]**
4698/22
**incriminate [2]**
4698/10 4698/10
**incriminating [1]**
4708/6
**independent [1]**
4712/20
**index [1]** 4723/5
**Indian [1]** 4654/7
**indicted [1]** 4662/17
**indictment [6]** 4714/19
4715/2 4715/5 4715/6
4715/9 4715/12
**individual [1]** 4719/16
**individuals [5]** 4659/13
4661/24 4669/19
4682/18 4715/19
**infer [4]** 4679/11
4692/18 4696/18
4701/2
**inference [3]** 4668/9
4668/13
**influence [3]** 4715/5
4715/7 4716/7
**influenced [1]** 4713/21
**information [2]**
4657/19 4718/22
**initial [2]** 4693/18
4714/14
**initially [1]** 4660/25

**I**

initially... [1] 4683/24
Inn [2] 4689/3 4703/17
inquire [1] 4657/1
inside [12] 4662/4
 4683/10 4684/17
 4684/17 4684/18
 4684/21 4692/10
 4699/7 4700/6 4701/4
 4701/5 4701/9
instruct [1] 4719/2
instructed [2] 4672/20
 4674/10
instruction [6] 4669/5
 4712/15 4719/3
 4729/20 4730/9 4731/3
instructions [18]
 4658/5 4670/24
 4674/14 4675/3
 4704/14 4704/20
 4711/10 4715/18
 4717/10 4717/11
 4717/12 4717/13
 4717/15 4717/16
 4717/24 4717/24
 4719/13 4720/3
integrity [1] 4663/21
intending [2] 4674/22
 4675/12
intent [9] 4674/15
 4674/20 4675/2 4675/4
 4675/8 4679/11
 4679/12 4685/10
 4692/18
intention [1] 4729/21
Interestingly [1]
 4686/21
Internet [4] 4712/3
 4712/23 4719/4 4719/5
interpret [1] 4669/6
intimidated [1] 4693/9
intimidation [1]
 4661/25
introduced [1] 4699/16
investigating [2]
 4662/13 4662/14
investigation [2]
 4663/21 4712/21
invitation [1] 4658/25
invite [1] 4711/22
involved [2] 4666/7
 4679/25
iPhone [3] 4699/5
 4699/7 4699/11
irrelevant [2] 4662/19
 4662/20
is [158]
is that [1] 4706/6
Isaacs [1] 4692/23
issue [5] 4713/15
 4714/21 4721/16
 4731/13 4731/19
issues [2] 4730/21
 4731/25
it [184]
it's [42] 4656/4
 4656/22 4657/12
 4659/21 4662/9

**J**

4665/9 4665/9 4666/22
4671/9 4671/14
4676/15 4676/24
4678/2 4678/23 4682/3
4682/24 4682/24
4686/9 4686/15 4692/7
4692/7 4697/18
4699/17 4701/12
4704/8 4704/12
4705/13 4721/24
4721/25 4722/18
4722/18 4722/21
4723/15 4726/1
4727/18 4727/20
4728/11 4729/1
4729/21 4730/6
its [8] 4658/4 4667/18
 4685/19 4698/2
 4705/20 4715/22
 4727/17 4731/4
itself [3] 4659/13
 4661/9 4710/14

**J**

J20 [2] 4677/9 4677/10
J6 [1] 4677/9
Jackson [7] 4654/11
 4685/24 4693/15
 4693/25 4694/7
 4694/10 4695/2
Jackson's [1] 4695/3
James [9] 4656/24
 4658/13 4670/21
 4670/21 4671/13
 4671/16 4671/18
 4679/5 4694/10
James' [1] 4701/9
Jan [1] 4672/10
Jan 6 [1] 4672/10
Jan. [6] 4660/14
 4660/15 4671/15
 4677/2 4702/15
 4706/13
Jan. 6 [1] 4660/14
January [63] 4653/5
 4658/17 4659/15
 4660/7 4660/9 4660/10
 4660/18 4661/13
 4662/13 4662/15
 4671/24 4672/1 4672/6
 4672/8 4672/10
 4672/11 4676/9
 4676/12 4676/20
 4676/23 4676/23
 4677/4 4677/6 4677/9
 4677/12 4679/17
 4679/18 4682/3 4682/6
 4692/8 4695/14 4696/9
 4698/4 4698/17 4699/4
 4700/1 4700/4 4700/9
 4700/11 4700/25
 4701/17 4701/21
 4702/9 4702/10
 4702/14 4703/2 4704/2
 4704/5 4704/5 4704/13
 4704/19 4704/24
 4705/2 4705/2 4705/25

**J**

4707/19 4708/5 4708/9
4708/17 4710/9 4734/7
January 20th [2]
 4692/8 4704/2
January 2nd [2]
 4660/7 4701/17
January 5th [1]
 4679/17
January 6th [33]
 4659/15 4660/18
 4661/13 4662/13
 4671/24 4672/1
 4672/10 4672/11
 4676/9 4676/12
 4676/20 4676/23
 4676/23 4677/4 4677/6
 4677/9 4679/18 4682/6
 4696/9 4698/4 4700/4
 4700/9 4700/11
 4701/21 4702/9
 4702/10 4702/14
 4703/2 4704/5 4705/25
 4706/8 4706/12 4710/9
January 7th [2] 4672/6
 4672/8
Jason [3] 4659/6
 4691/19 4708/8
Jason Alpers [1]
 4708/8
Jason Dolan [1]
 4659/6
Jason McIntyre [1]
 4691/19
JC [2] 4657/19 4732/18
Jeffrey [2] 4653/14
 4655/9
Jeffrey Nestler [1]
 4655/9
jeffrey.nestler [1]
 4653/19
Jeremy [1] 4689/4
Jeremy Brown's [1]
 4689/4
Jessica [2] 4677/22
 4693/4
Jessica Watkins [2]
 4677/22 4693/4
job [4] 4663/4 4663/25
 4685/2 4685/2
jobs [1] 4668/25
Joe [10] 4658/17
 4662/9 4679/19
 4679/20 4687/21
 4688/1 4699/1 4704/4
 4705/21 4707/5
Joe Biden [4] 4658/17
 4662/9 4704/4 4705/21
Joe Hackett [1] 4699/1
Joe Herrington [3]
 4687/21 4688/1 4707/5
join [3] 4660/22
 4673/16 4695/24
joined [8] 4658/21
 4660/1 4660/3 4660/10
 4669/17 4673/9 4676/2
 4676/5
joining [1] 4673/5

**J**

Jonathan [1] 4686/4
Jonathan Walden [1]
 4686/4
Joseph [4] 4654/6
 4655/7 4679/23 4711/1
Joseph Hackett [2]
 4655/7 4711/1
Joshua [2] 4671/13
 4694/10
Joshua James [2]
 4671/13 4694/10
joyous [1] 4686/17
Jr [1] 4654/2
judge [14] 4653/10
 4656/5 4656/7 4656/10
 4669/5 4671/2 4674/10
 4675/3 4687/10
 4687/10 4687/16
 4704/14 4726/12
 4728/14
Judge Cobb [1]
 4656/5
Judge Howell [1]
 4656/10
Judge Mehta [4]
 4675/3 4687/10
 4687/16 4704/14
Judge Mehta's [1]
 4669/5
Judge's [1] 4670/24
judges [1] 4714/18
judgment [3] 4662/11
 4710/19 4716/1
juries [1] 4714/13
juror [7] 4711/22
 4713/22 4714/7
 4714/11 4716/2 4716/2
 4719/1
jurors [11] 4712/11
 4713/10 4713/16
 4713/19 4714/5
 4718/10 4718/19
 4719/21 4719/23
 4720/1 4720/19
jurors' [1] 4714/4
jury [55] 4653/9
 4655/22 4657/18
 4657/23 4657/24
 4662/14 4668/2 4668/5
 4668/9 4675/7 4684/9
 4698/14 4698/24
 4699/13 4699/14
 4699/15 4699/19
 4700/23 4705/7 4705/8
 4711/13 4712/14
 4712/17 4713/2 4713/3
 4713/5 4713/12 4714/8
 4714/14 4716/13
 4716/24 4717/3
 4717/22 4718/25
 4719/9 4720/4 4721/4
 4721/7 4721/10
 4721/13 4721/18
 4721/23 4722/8
 4724/25 4725/6
 4725/12 4725/21
 4725/23 4726/5 4726/12

**J**

4729/25 4730/8
4731/23 4733/12
jury's [1] 4675/20
just [61] 4656/14
 4657/9 4657/16
 4657/17 4657/18
 4657/20 4658/12
 4662/15 4665/7 4667/4
 4667/17 4672/4
 4672/14 4672/16
 4678/23 4681/8
 4681/13 4689/24
 4693/1 4695/3 4695/11
 4699/23 4702/23
 4705/15 4705/19
 4709/1 4711/11
 4711/11 4711/18
 4712/11 4713/22
 4718/3 4719/21
 4720/12 4720/21
 4722/4 4722/11
 4722/11 4723/1 4723/9
 4723/13 4723/15
 4723/20 4724/23
 4725/12 4725/22
 4726/22 4727/3 4727/7
 4728/5 4728/10
 4728/20 4729/3
 4729/25 4730/5
 4730/19 4731/1
 4731/24 4732/5 4733/1
 4733/3
Justice [1] 4662/10
justified [2] 4690/13
 4696/3

**K**

K-9 [1] 4686/4
Kailua [1] 4654/4
Kandaris [6] 4687/22
 4688/2 4688/11
 4701/18 4703/12
 4703/18
Kane [3] 4689/9 4689/9
 4689/11
Kate [1] 4700/12
Kathryn [2] 4653/14
 4655/9
Kathryn Rakoczy [1]
 4655/9
Kathryn.Rakoczy [1]
 4653/18
keep [3] 4673/10
 4683/16 4716/17
Keeper [2] 4660/11
 4694/11
Keepers [10] 4659/4
 4675/15 4677/6
 4677/18 4679/25
 4690/8 4690/16
 4690/17 4693/16
 4710/4
Keepers' [1] 4697/2
keeping [1] 4673/19
Kelly [16] 4659/9
 4671/13 4680/11
 4680/17 4680/24

**Kelly...** [11] 4681/9
4681/22 4681/25
4682/6 4682/13 4683/4
4684/6 4689/25 4693/2
4699/10 4708/20
**Kelly Meggs** [12]
4659/9 4671/13 4680/1
4680/17 4680/24
4681/22 4682/13
4683/4 4689/25 4693/2
4699/10 4708/20
**Kelly Meggs'** [1]
4682/6
**Kelsey** [1] 4665/8
**Kenneth** [1] 4689/9
**Kenneth Bittner** [1]
4689/9
**kept** [3] 4683/20
4683/20 4710/9
**key** [4] 4660/11 4723/3
4723/4 4723/6
**kill** [1] 4663/9
**kind** [1] 4729/10
**kinds** [1] 4730/7
**kitchen** [2] 4701/24
4702/11
**knew** [22] 4659/6
4676/18 4677/1 4680/7
4680/25 4680/25
4681/4 4681/10
4684/23 4684/25
4685/12 4689/18
4689/23 4689/23
4690/4 4696/16
4696/19 4698/7 4701/2
4707/12 4708/2 4708/5
**know** [52] 4655/24
4656/20 4657/12
4663/15 4663/16
4664/25 4669/24
4670/14 4670/15
4670/16 4671/1 4671/3
4671/23 4672/5 4675/5
4675/6 4676/18
4676/21 4681/20
4682/5 4684/25 4688/7
4689/1 4692/16
4698/15 4701/4
4703/16 4703/22
4703/22 4705/14
4707/10 4708/1
4712/11 4720/22
4720/22 4720/25
4721/24 4722/17
4722/23 4723/2
4724/18 4725/15
4727/3 4728/25
4729/11 4730/4
4730/24 4731/10
4732/1 4732/13
4732/25 4733/2
**know-how** [1] 4703/22
**knowing** [1] 4705/12
**known** [1] 4680/3
**knows** [1] 4730/5

**ladies** [20] 4660/16
4662/6 4666/3 4667/4
4684/14 4687/8
4688/13 4691/4
4694/21 4698/2 4698/7
4700/15 4703/11
4705/14 4705/22
4708/1 4708/7 4708/20
4711/8 4719/24
**laid** [1] 4660/25
**lamented** [1] 4708/7
**lamppost** [1] 4708/19
**landing** [1] 4686/1
**Lane** [1] 4654/7
**large** [1] 4703/18
**last** [3] 4665/7 4718/9
4731/8
**lasted** [1] 4726/10
**late** [4] 4659/12
4659/17 4707/19
4731/4
**later** [7] 4662/15
4665/14 4677/22
4697/10 4702/24
4706/24 4710/12
**launch** [1] 4688/23
**law** [9] 4654/2 4661/11
4696/4 4708/23
4708/24 4709/5
4710/16 4710/21
4717/23
**laws** [3] 4661/14
4709/6 4709/17
**lawyers** [1] 4674/20
4698/5 4733/7
**leader** [1] 4699/9
**leaders** [1] 4658/13
**leading** [2] 4690/3
4702/9
**leads** [1] 4696/14
**least** [4] 4659/19
4682/17 4731/12
4733/8
**leave** [8] 4656/11
4656/15 4662/3
4718/21 4720/12
4720/19 4720/20
4721/7
**leaving** [3] 4686/6
4686/18 4721/8
**lection** [1] 4676/20
**Lee** [1] 4654/2
**left** [10] 4658/3
4670/14 4685/21
4689/11 4693/1
4696/23 4697/2 4697/6
4707/12 4711/8
**legal** [4] 4659/2
4678/17 4678/19
4703/23
**legitimacy** [1] 4690/18
**length** [4] 4676/22
4677/2 4718/16
4720/23
**less** [1] 4724/23
**let** [7] 4679/15 4693/18
4703/25 4712/11

4732/13
**let's** [19] 4656/12
4659/21 4659/22
4669/16 4673/4
4676/13 4679/11
4680/9 4685/4 4687/7
4687/21 4689/17
4692/10 4696/15
4699/22 4701/14
4704/7 4707/1 4726/8
**letter** [1] 4697/22
**lie** [1] 4668/3
**lieutenants** [1]
4671/13
**life** [1] 4701/1
**like** [19] 4657/1
4671/21 4673/7
4677/23 4681/13
4682/1 4688/1 4690/10
4690/19 4691/22
4693/2 4702/2 4706/9
4707/11 4712/1
4718/16 4728/23
4728/23 4731/15
**like-minded** [1]
4690/19
**likelihood** [1] 4719/6
**limit** [1] 4657/3
**limiting** [3] 4729/19
4730/9 4731/2
**line** [17] 4660/16
4670/3 4670/5 4671/8
4671/9 4675/24 4678/2
4678/3 4678/22
4680/11 4685/4
4693/20 4693/21
4693/24 4694/6
4694/14 4694/15
**Line 1** [9] 4670/3
4671/8 4678/2 4678/22
4680/11 4693/20
4693/21 4694/6
4693/24 4694/6
**Line 2** [5] 4670/5
4671/9 4678/3 4685/4
4694/15
**lining** [1] 4657/17
**link** [2] 4728/23
4728/25
**linked** [1] 4673/3
**list** [4] 4664/12
4721/17 4723/7
4731/14
**listen** [3] 4680/3
4712/5 4712/6
**lists** [3] 4720/6 4723/9
4723/10
**literally** [11] 4658/2
4658/2 4680/4 4682/23
4683/14 4688/17
4688/18 4692/1 4692/6
4698/16 4703/17
**little** [7] 4657/8
4657/16 4692/2 4692/3
4725/6 4726/8 4729/3
**live** [1] 4710/4
**lived** [2] 4665/16

**living** [1] 4710/9
**load** [1] 4732/20
**locate** [2] 4693/2
4700/4
**located** [1] 4668/18
**locked** [1] 4721/10
**log** [1] 4700/11
**long** [10] 4657/1
4657/8 4657/20
4664/14 4674/11
4674/18 4689/2 4689/3
4727/1 4733/1
**longer** [3] 4657/14
4697/6 4711/11
**look** [13] 4670/25
4671/5 4674/10 4675/3
4683/12 4684/3
4684/21 4686/13
4704/20 4729/25
4730/19 4731/15
4732/13
**looked** [5] 4684/16
4684/17 4684/18
4690/24 4699/9
**looking** [3] 4672/5
4672/11 4696/16
**lookout** [1] 4702/3
**lot** [6] 4663/20 4663/23
4664/20 4702/6
4723/21 4725/2
**lots** [2] 4662/24
4662/24
**loud** [3] 4680/23
4689/20 4690/5
**Louis** [1] 4655/10
**Louis Manzo** [1]
4655/10
**lunch** [1] 4720/15
**lying** [1] 4698/22

**M**

**mad** [2] 4673/14
4674/5
**made** [18] 4655/25
4658/9 4659/17
4659/17 4668/2
4672/12 4674/21
4676/17 4682/14
4690/12 4690/13
4691/1 4691/23 4692/2
4695/12 4703/23
4706/5 4708/8
**make** [24] 4657/18
4663/15 4665/24
4666/5 4669/18
4673/17 4676/21
4678/3 4684/2 4693/4
4695/13 4697/25
4697/25 4704/7
4708/21 4709/4
4720/25 4722/7
4723/20 4725/11
4727/19 4728/20
4730/10 4730/16
**making** [4] 4677/6
4700/22 4700/23
4729/3

**max** [10] 4660/17
4665/16 4670/18
4686/24 4687/14
4689/9 4689/16 4699/8
4700/17 4702/12
**manage** [1] 4731/1
**manpower** [1] 4701/19
**many** [7] 4656/23
4674/11 4692/3
4692/19 4696/3 4702/2
4711/23 4726/13
**Manzo** [4] 4655/10
4661/5 4664/1 4679/13
**maps** [2] 4666/5
4666/7
**Marion** [1] 4654/15
**marked** [1] 4716/18
**marriage** [1] 4682/12
**Marshal** [3] 4716/23
4716/24 4717/2
**Martin** [2] 4654/10
4655/14
**material** [1] 4716/15
**materials** [1] 4716/22
**matt** [1] 4654/22
**matter** [9] 4659/25
4663/25 4674/5
4674/12 4713/5
4713/13 4714/18
4716/12 4734/4
**matters** [3] 4702/17
4709/23 4714/6
**Matthew** [2] 4654/19
4655/16
**Matthew Peed** [1]
4655/16
**may** [23] 4667/20
4671/3 4671/6 4712/2
4712/5 4712/16
4712/20 4712/21
4712/25 4713/15
4714/7 4714/11 4715/3
4715/10 4715/12
4715/14 4716/16
4717/3 4717/10
4717/11 4717/13
4719/17 4719/24
**maybe** [8] 4660/1
4660/2 4663/24
4673/16 4673/18
4693/16 4723/1
4724/10
**McIntyre** [2] 4691/19
4691/25
**me** [22] 4656/11
4656/21 4693/18
4696/14 4703/25
4711/9 4712/11
4712/25 4712/25
4713/4 4713/10
4713/11 4716/9
4717/15 4717/16
4717/21 4718/3 4718/4
4718/5 4726/16
4732/13 4733/8
**mean** [6] 4664/2
4666/25 4685/6 4725/1
4725/18 4726/25

meaning [1] 4691/9
means [7] 4663/24
4669/2 4704/25
4705/11 4712/21
4713/11 4733/10
meant [6] 4657/4
4669/10 4669/14
4674/22 4681/10
4718/1
Meanwhile [1] 4694/12
measured [1] 4657/12
media [1] 4712/4
medics [1] 4674/24
meet [1] 4661/21
meeting [2] 4676/19
4680/25
Meggs [38] 4658/13
4659/9 4670/12
4670/12 4670/16
4671/13 4671/16
4671/18 4672/20
4672/21 4672/22
4672/24 4673/1 4677/5
4679/4 4680/1 4680/17
4680/24 4681/5 4681/9
4681/10 4681/10
4681/12 4681/22
4681/25 4682/7
4682/13 4682/13
4683/4 4683/6 4688/4
4689/25 4692/22
4693/2 4695/10
4695/19 4699/10
4708/20
Meggs' [5] 4682/6
4684/6 4689/2 4698/24
4699/12
MEHTA [5] 4653/9
4675/3 4687/10
4687/16 4704/14
Mehta's [1] 4669/5
member [9] 4662/1
4670/8 4671/2 4671/3
4671/6 4672/17 4699/1
4713/3 4713/5
members [12] 4661/23
4670/7 4671/8 4671/9
4678/2 4680/20 4693/6
4693/10 4694/6 4697/9
4710/11 4713/1
men [4] 4660/10
4663/3 4687/17
4710/16
Mendoza [1] 4695/3
mention [1] 4688/10
mentioned [3] 4697/16
4730/13 4732/8
merely [1] 4714/3
merits [1] 4713/6
message [21] 4660/20
4664/9 4664/14
4664/22 4664/23
4665/1 4665/6 4665/11
4665/15 4665/21
4666/18 4668/19
4675/15 4675/16
4682/7 4682/8 4702/14

4722/12 4724/3
messaged [2] 4672/6
4702/8
messages [24] 4659/6
4664/4 4665/17
4666/11 4666/13
4666/15 4666/9 4669/8
4671/21 4672/9
4673/23 4675/23
4690/1 4696/24
4698/12 4698/15
4700/19 4702/10
4703/2 4722/15 4724/3
4724/7 4725/13
4726/11
messaging [2] 4701/22
4703/19
met [5] 4683/25 4684/4
4684/8 4686/24
4693/24
metal [2] 4691/12
4691/24
methodical [1]
4692/11
Michael [1] 4681/23
Michael Greene [1]
4681/23
middle [1] 4698/25
might [1] 4730/25
Mike [2] 4669/13
4679/23
Mike Adams [2]
4669/13 4679/23
military [2] 4695/17
4695/23
mind [2] 4713/8
4716/17
minded [1] 4690/19
mindful [1] 4711/18
mindset [1] 4697/4
minimized [1] 4683/25
minivans [1] 4689/5
MINUTA [40] 4653/6
4654/2 4655/6 4655/12
4660/3 4660/14
4660/19 4669/24
4670/4 4670/21
4671/15 4671/23
4673/7 4673/21
4674/23 4677/8 4678/8
4685/4 4685/7 4685/11
4685/12 4685/21
4686/5 4686/11
4686/13 4686/21
4686/23 4687/3 4687/3
4694/10 4694/16
4695/5 4696/6 4699/22
4699/23 4700/8 4701/7
4701/10 4708/15
4710/25
Minuta even [1] 4696/6
Minuta's [3] 4700/16
4701/10 4701/13
minutes [8] 4656/12
4657/9 4657/20
4677/22 4686/2
4702/24 4711/11

miscalculated [1]
4696/12
misimpression [2]
4721/25 4722/9
misleading [2] 4725/6
4725/6
mission [1] 4711/18
Misstatement [1]
4675/18
mob [2] 4683/13
4683/16
Mobile [1] 4682/9
moderate [1] 4728/6
modifies [1] 4717/24
Moerschel [40]
4654/10 4655/7
4655/15 4660/8
4660/13 4660/18
4669/24 4670/2
4670/12 4670/14
4670/18 4671/17
4674/23 4676/7
4676/10 4677/25
4678/12 4681/17
4683/7 4683/13
4683/17 4684/24
4684/24 4684/25
4689/8 4689/11
4689/13 4689/15
4690/15 4691/3
4692/25 4693/20
4694/22 4695/7
4695/10 4697/13
4698/3 4698/15
4708/15 4711/2
Moerschel's [1]
4689/13
moment [2] 4681/16
4719/22
momentarily [2]
4720/2 4721/2
money [1] 4673/17
monitored [1] 4707/10
monitoring [4]
4676/11 4697/21
4702/24 4707/24
month [6] 4665/7
4665/8 4665/14
4700/14 4701/1
4704/13
more [19] 4659/2
4659/5 4659/5 4660/15
4665/24 4679/14
4684/13 4686/2
4687/19 4691/1
4691/22 4693/7 4693/7
4706/5 4713/1 4714/16
4715/10 4715/11
4725/25
moreover [1] 4714/20
morning [4] 4655/4
4655/19 4658/8
4676/24
most [4] 4680/14
4680/24 4709/3 4709/4
motherfucker [1]
4722/22

motives [1] 4673/16
mountain [1] 4720/7
move [1] 4695/20
moved [1] 4731/16
movement [1] 4690/18
moves [1] 4683/2
moving [1] 4661/24
MPD [2] 4693/14
4693/24
Mr [4] 4661/19 4667/14
4687/25 4722/10
Mr. [77] 4656/24
4657/6 4658/6 4658/9
4658/19 4661/5 4664/1
4665/8 4665/16 4666/2
4667/2 4668/2 4668/5
4668/8 4668/15
4669/17 4672/2 4673/6
4673/18 4673/20
4673/23 4675/22
4676/7 4676/7 4676/16
4676/16 4676/21
4676/22 4678/4 4678/7
4679/13 4679/13
4679/19 4682/15
4685/6 4685/20
4686/10 4686/11
4688/10 4691/25
4694/17 4695/12
4698/23 4700/15
4700/16 4700/22
4701/20 4703/4
4703/15 4703/23
4704/1 4704/25 4705/4
4705/5 4705/6 4706/5
4706/6 4707/20 4711/5
4712/11 4718/23
4719/12 4720/22
4721/1 4721/9 4724/2
4724/22 4726/7 4727/4
4728/2 4728/18
4730/19 4731/13
4731/18 4731/20
4731/25 4732/2
Mr. Berry [4] 4675/22
4679/19 4682/15
4698/23
Mr. Douyon [6]
4712/11 4718/23
4719/12 4720/22
4721/1 4721/9
Mr. Edwards [2]
4669/17 4730/19
Mr. Hackett [1]
4679/13
Mr. James [1] 4656/24
Mr. Manzo [3] 4661/5
4664/1 4679/13
Mr. McIntyre [1]
4691/25
Mr. Minuta [1] 4686/11
Mr. Minuta's [1]
4700/16
Mr. Nestler [4] 4657/6
4658/6 4667/2 4711/5
Mr. Nestler's [1]
4668/5

Mr. Peed [19] 4668/2
4668/15 4672/2
4673/20 4676/7
4676/21 4688/10
4701/20 4703/15
4703/23 4704/25
4706/5 4707/20 4724/2
4728/18 4731/13
4731/18 4731/25
4732/2
Mr. Peed's [2] 4724/22
4731/20
Mr. Rhodes [1] 4705/5
Mr. Shipley [17]
4658/9 4658/19 4666/2
4668/2 4673/6 4673/23
4676/16 4678/4 4678/7
4685/6 4685/20
4686/10 4700/15
4700/22 4726/7 4727/4
4728/2
Mr. Ulrich [2] 4665/8
4665/16
Mr. Vallejo [5] 4676/22
4703/4 4704/1 4705/6
4706/6
Mr. Vallejo's [1]
4705/4
Mr. Weinberg [5]
4673/18 4676/7
4676/16 4694/17
4695/12
Ms. [17] 4664/20
4665/12 4665/15
4676/16 4678/5
4680/13 4681/24
4682/14 4695/12
4696/22 4697/16
4698/18 4698/21
4699/16 4721/19
4723/10 4723/21
Ms. Badalament [1]
4723/21
Ms. Halim [14] 4664/20
4665/12 4676/16
4678/5 4680/13
4681/24 4682/14
4695/12 4696/22
4697/16 4698/18
4698/21 4699/16
4721/19
Ms. Halim's [1]
4723/10
Ms. Hughes [1]
4665/15
much [10] 4668/23
4674/8 4687/6 4687/19
4711/11 4719/14
4719/14 4719/15
4728/10 4733/11
multiple [3] 4657/12
4663/12 4674/17
muscle [1] 4670/3
muscling [1] 4670/4
must [10] 4674/14
4710/2 4712/6 4712/7
4713/18 4716/1 4716/3
4716/4 4717/25 4718/9

## M

**mutual [1]** 4711/22
**mutually [1]** 4729/9
**my [7]** 4662/9 4717/9
4719/3 4724/10
4726/11 4728/3 4733/4
4729/12
**Myers [1]** 4654/12
**myself [1]** 4664/2

## N

**name [1]** 4688/19
**named [1]** 4655/17
**names [1]** 4731/22
**Nancy [3]** 4663/9
4663/13 4708/18
**Nancy Pelosi [2]**
4663/13 4708/18
**narrative [1]** 4662/12
**national [1]** 4660/15
**nature [2]** 4683/25
4684/3
**navigate [2]** 4720/7
4726/13
**nearly [1]** 4729/24
**necessary [5]** 4671/1
4674/15 4688/25
4712/24 4717/4
**need [12]** 4674/15
4678/16 4688/24
4690/4 4691/6 4692/5
4695/20 4702/6
4718/24 4719/9 4722/7
4732/17
**needed [1]** 4659/4
**needs [5]** 4673/22
4703/8 4703/9 4703/9
4727/8
**nefarious [1]** 4665/2
**Nestler [6]** 4653/14
4655/9 4657/6 4658/6
4667/2 4711/5
**Nestler's [1]** 4668/5
**never [11]** 4684/17
4684/18 4685/10
4686/24 4694/19
4694/20 4695/1
4702/10 4713/4 4713/8
4713/11
**New [1]** 4699/25
**New York [1]** 4699/25
**News2Share [1]**
4682/25
**newspaper [1]** 4712/2
**next [9]** 4656/24
4679/18 4681/9
4693/11 4699/2
4706/18 4707/6 4707/8
4707/15
**night [5]** 4679/17
4682/6 4696/9 4706/24
4731/8
**no [30]** 4653/4 4656/4
4657/15 4667/5
4671/7 4674/22 4675/5
4678/19 4678/20
4678/25 4678/25
4679/9 4679/21

**0031 / APM** 4681/15
4681/15 4681/16
4692/22 4697/6
4700/13 4700/21
4700/24 4710/17
4711/15 4713/3
4721/21 4723/20
4729/12
**No. [2]** 4655/5 4655/6
**none [2]** 4659/2 4701/6
**north [2]** 4670/7
4693/23
**North Carolina [1]**
4670/7
**not [136]**
**not there [1]** 4669/3
**notation [1]** 4664/10
**notations [1]** 4723/5
**note [8]** 4657/9 4687/7
4712/25 4713/4
4716/23 4717/15
4718/4 4718/5
**notes [1]** 4721/4
**nothing [12]** 4664/17
4665/23 4677/21
4678/13 4702/16
4702/17 4706/17
4707/21 4717/20
4717/22 4717/23
4718/12
**notify [1]** 4716/22
**November [11]** 4659/1
4679/24 4695/16
4697/8 4697/12
4697/20 4697/23
4698/17 4704/10
4704/18 4704/24
**November 9th [3]**
4697/8 4697/20
4697/23
**now [50]** 4658/23
4659/10 4663/11
4664/1 4666/2 4668/6
4668/18 4669/8
4669/20 4672/2
4674/20 4676/7
4676/16 4676/21
4678/4 4679/11
4682/14 4685/20
4687/7 4688/9 4691/3
4691/13 4693/10
4693/12 4694/17
4696/12 4696/21
4698/3 4698/18
4699/17 4699/22
4701/14 4703/15
4703/23 4706/3
4706/24 4707/9 4707/9
4710/14 4710/18
4714/5 4714/19 4718/9
4718/20 4718/21
4719/7 4720/16
4726/15 4727/25
4731/2
**number [8]** 4697/12
4700/9 4700/10
4721/23 4722/14
4722/16 4723/11

**4781 / 11** 4781/21
**numbers [2]** 4695/20
4695/23
**numerous [1]** 4697/16
**NW [2]** 4653/16
4654/20

## O

**oath [14]** 4659/4
4660/11 4675/15
4677/6 4677/18
4679/25 4684/10
4690/8 4690/16
4690/17 4693/16
4694/11 4697/2 4710/4
**Oath Keeper [2]**
4660/11 4694/11
**Oath Keepers [10]**
4659/4 4675/15 4677/6
4677/18 4679/25
4690/8 4690/16
4690/17 4693/16
4710/4
**Oath Keepers' [1]**
4697/2
**oaths [1]** 4710/9
**object [7]** 4666/19
4700/20 4705/3
4722/11 4725/20
4725/25 4727/3
**objection [17]** 4667/15
4667/24 4675/18
4721/21 4722/24
4726/21 4726/24
4727/16 4728/13
4728/15 4728/19
4729/4 4729/6 4729/12
4730/5 4730/20
4732/11
**objections [1]** 4731/12
**objective [1]** 4660/25
**objectives [5]** 4658/22
4659/23 4660/24
4661/2 4674/2
**obligation [6]** 4666/21
4667/5 4667/7 4667/18
4667/23 4685/3
**obstructing [4]**
4661/17 4661/20
4687/13 4687/15
**obstruction [1]**
4661/16
**obvious [1]** 4676/25
**obviously [2]** 4725/1
4728/10
**occasions [1]** 4724/1
**occur [1]** 4677/16
**occurred [1]** 4679/3
**off [6]** 4670/19 4681/16
4682/8 4692/5 4698/4
4706/3
**offense [2]** 4714/20
4715/1
**office [7]** 4653/16
4658/17 4659/3
4663/16 4673/19
4691/22 4695/8
**office-like [1]** 4691/22

**Officer [13]** 4683/7
4683/19 4684/12
4685/24 4690/24
4690/24 4693/14
4693/14 4693/15
4695/2 4695/3 4695/3
4695/6
**Officer Carrion [3]**
4683/19 4690/24
4693/14
**Officer Jackson [2]**
4685/24 4695/2
**Officer Salke [4]**
4683/18 4690/24
4693/14 4695/6
**Officer Salke's [1]**
4684/12
**officers [14]** 4682/19
4685/17 4686/6 4686/7
4686/11 4686/17
4687/5 4692/21
4693/12 4693/24
4694/12 4696/7
4701/11 4710/10
**offices [2]** 4654/2
4695/11
**officially [1]** 4731/16
**often [3]** 4678/16
4714/16 4717/4
**Oh [1]** 4656/25
**Ohio [1]** 4680/21
**OK [3]** 4660/13
4665/18 4671/18
**OK FL Hangout [1]**
4671/18
**okay [26]** 4655/19
4656/14 4656/18
4656/25 4656/25
4657/25 4666/25
4667/9 4704/10 4711/8
4719/24 4721/6
4721/16 4726/8
4726/13 4727/8
4727/12 4727/22
4728/7 4728/8 4728/18
4729/5 4730/18 4731/6
4732/21 4732/25
**Olive [4]** 4688/3
4696/10 4707/2 4707/3
**Olive Garden [3]**
4688/3 4707/2 4707/3
**once [4]** 4677/16
4677/16 4688/10
4702/10
**one [57]** 4658/24
4659/16 4659/19
4660/10 4661/8
4664/14 4666/12
4668/20 4668/21
4668/21 4671/3
4672/14 4673/3
4673/11 4674/12
4674/18 4674/18
4674/25 4678/20
4679/15 4679/16
4679/16 4680/14
4681/11 4681/15
4681/15 4681/16

**4637 / 7** 4687/18
4687/19 4697/9
4700/12 4702/1 4703/7
4703/13 4706/5
4710/17 4711/6 4713/1
4713/16 4714/10
4715/4 4715/4 4715/10
4715/11 4715/17
4720/16 4720/16
4721/16 4722/4 4722/8
4722/23 4724/2 4724/6
4731/13 4732/8
4733/10
**only [21]** 4668/6
4671/3 4674/24
4677/16 4677/16
4684/7 4685/2 4685/2
4694/9 4696/9 4706/20
4707/20 4710/23
4713/19 4713/25
4716/18 4718/1
4726/17 4729/2
4730/16 4731/21
**op [8]** 4660/11 4660/13
4660/15 4671/15
4672/10 4677/2
4702/15 4706/13
**op Signal [1]** 4660/11
**open [12]** 4682/20
4683/12 4683/14
4683/16 4683/16
4683/19 4683/20
4683/21 4692/6 4713/7
4713/12 4718/8
**opening [1]** 4657/13
**opinion [4]** 4713/20
4713/23 4714/8
4717/21
**opinions [1]** 4714/4
**opportunity [4]**
4659/12 4667/6
4716/25 4724/4
**oppose [10]** 4658/15
4659/8 4659/24
4662/21 4673/9
4704/17 4705/1
4705/13 4705/18
4705/24
**opposed [2]** 4674/24
4725/14
**opposing [14]** 4661/1
4661/4 4661/8 4661/9
4669/15 4674/2
4703/24 4704/4 4704/4
4705/15 4705/15
4705/19 4705/20
4706/6
**orally [1]** 4713/7
**order [5]** 4666/5
4670/17 4716/2
4725/18 4726/16
**ordered [1]** 4722/18
**orders [4]** 4672/3
4672/6 4672/7 4672/8
**organization [5]**
4658/14 4671/21
4691/1 4723/12
4723/13

**O**

**organize** [1] 4711/19
**organized** [2] 4722/14
4727/17
**organizing** [1] 4724/24
**ornate** [1] 4691/21
**other** [52] 4656/3
4658/13 4659/19
4662/21 4663/2 4663/6
4665/1 4668/10
4668/24 4668/24
4669/11 4669/21
4670/8 4671/2 4671/3
4671/19 4671/21
4672/14 4674/13
4675/13 4679/14
4680/22 4682/18
4683/21 4686/25
4689/5 4689/5 4689/14
4694/6 4699/20 4702/2
4703/1 4705/18
4708/10 4709/6
4712/10 4712/23
4713/13 4713/15
4714/1 4714/4 4715/6
4715/8 4715/8 4715/17
4715/19 4716/3
4724/12 4725/8 4728/9
4728/22 4731/24
**other's** [1] 4694/1
**others** [8] 4671/16
4671/18 4675/16
4685/24 4687/12
4691/9 4691/18
4717/14
**otherwise** [1] 4717/1
**ought** [1] 4724/10
**our** [15] 4663/21
4663/22 4663/25
4685/19 4686/15
4686/15 4701/12
4709/8 4720/1 4723/24
4724/8 4725/2 4730/17
4731/7 4733/6
**out** [27] 4655/25
4656/10 4658/11
4658/18 4660/25
4666/13 4677/14
4680/2 4684/6 4685/18
4686/1 4690/5 4691/23
4692/3 4693/8 4693/11
4693/19 4703/5
4709/23 4718/6
4719/12 4727/21
4728/22 4728/22
4730/2 4730/6 4731/1
**outcome** [1] 4709/19
**outset** [2] 4688/24
4714/10
**outside** [7] 4663/15
4683/13 4695/11
4696/7 4701/5 4701/6
4701/11
**outskirts** [1] 4694/23
**over** [10] 4659/22
4670/8 4670/9 4678/9
4678/10 4692/24
4698/11 4709/14

**overall** [1] 4725/20
**overnight** [1] 4721/10
**overreach** [2] 4673/13
4674/9
**override** [1] 4709/2
**own** [22] 4659/20
4666/11 4666/11
4666/15 4667/6 4667/8
4669/5 4673/15 4682/6
4683/5 4684/1 4689/13
4699/11 4702/17
4702/21 4702/21
4709/20 4709/24
4713/24 4714/22
4724/2 4725/15

**P**

**p.m** [13] 4660/19
4660/19 4660/20
4677/20 4683/9 4683/9
4685/24 4686/4
4693/19 4694/15
4702/16 4702/18
4703/6
**PA** [1] 4654/7
**package** [1] 4697/14
**packed** [2] 4660/5
4660/8
**page** [5] 4670/25
4671/5 4674/10 4675/3
4704/20
**page 19** [1] 4670/25
**page 20** [1] 4671/5
**pages** [1] 4684/2
**paid** [2] 4672/20
4672/24
**panel** [1] 4657/23
**panes** [2] 4691/11
4691/23
**parameters** [1]
4658/12
**Parker** [1] 4681/6
**Parler** [2] 4664/6
4677/9
**Parliamentarian** [1]
4661/19
**part** [23] 4655/23
4659/24 4661/10
4661/13 4664/4
4665/16 4665/17
4669/9 4669/25 4670/3
4670/3 4670/4 4670/4
4671/10 4674/1
4675/10 4676/2
4681/18 4687/12
4689/8 4696/2 4699/17
4728/3
**parted** [1] 4690/8
**participation** [1]
4705/11
**particular** [7] 4679/13
4713/23 4715/21
4717/12 4724/25
4731/14 4732/12
**particularly** [1]
4718/15
**parties** [2] 4662/19

**partisans** [1] 4714/17
**parts** [2] 4661/7
4705/16
**party** [1] 4731/21
**past** [2] 4695/7 4697/3
**patriot** [1] 4685/13
**patriots** [9] 4685/12
4685/15 4685/17
4695/18 4695/25
4702/17 4706/9
4706/14 4706/16
**Patty** [1] 4682/8
**peaceful** [4] 4659/22
4692/9 4705/17
4709/13
**Peed** [23] 4654/19
4654/19 4655/16
4668/8 4668/15 4672/2
4673/20 4676/7
4676/21 4687/25
4688/10 4701/20
4703/15 4703/23
4704/25 4706/5
4707/20 4724/2
4728/18 4731/13
4731/18 4731/25
4732/2
**Peed's** [2] 4724/22
4731/20
**peeled** [1] 4681/16
**Pelosi** [3] 4663/9
4663/13 4693/2
4693/18 4708/18
**Pelosi's** [1] 4695/8
**Pence** [8] 4677/14
4677/17 4677/17
4677/17 4677/21
4677/23 4681/1
4702/16
**penetrate** [1] 4693/23
**people** [30] 4662/20
4662/24 4662/24
4663/2 4663/7 4666/7
4669/8 4669/13
4670/15 4671/10
4671/20 4674/6
4674/17 4679/8
4686/14 4686/15
4690/19 4690/21
4692/4 4695/13
4701/18 4703/4
4707/20 4709/9
4709/10 4709/10
4709/11 4709/17
4709/24 4710/8
**people's** [2] 4668/24
4669/11
**pepper** [1] 4691/14
**perceived** [1] 4693/17
**percent** [1] 4684/20
**perform** [1] 4671/6
**performed** [2] 4671/8
4702/3
**period** [2] 4704/18
4704/19
**permitted** [3] 4666/8
4668/3 4668/12

**person** [1] 4724/5
4669/22 4670/17
4674/11 4675/5
4681/17 4701/1 4707/2
4712/22 4713/9
4715/23
**person's** [1] 4675/4
**personal** [5] 4678/5
4678/9 4678/14
4678/18 4718/12
**personally** [2] 4676/25
4691/7
**perspective** [1] 4733/4
**Philadelphia** [1]
4654/7
**phone** [20] 4664/10
4668/22 4682/8
4686/22 4686/22
4686/24 4699/24
4699/25 4700/1 4700/4
4700/5 4700/8 4700/9
4700/18 4700/21
4700/24 4701/9
4701/10 4701/13
4718/23
**phones** [5] 4668/20
4668/24 4698/4 4700/3
4701/7
**photographs** [1]
4666/4
**photos** [2] 4700/5
4700/18
**phrase** [3] 4681/24
4682/1 4682/5
**physical** [1] 4691/11
**physically** [2] 4685/18
4687/4
**picked** [2] 4670/19
4684/18
**picking** [1] 4666/12
**picture** [1] 4699/6
**pictures** [1] 4700/24
**place** [3] 4662/4
4663/13 4679/10
**places** [2] 4664/5
4668/24
**plain** [1] 4672/4
**Plaintiff** [1] 4653/4
**plan** [2] 4694/19
4695/16
**planned** [1] 4704/1
**planning** [3] 4676/4
4688/4 4704/3
**plans** [3] 4655/25
4659/17 4695/13
**play** [1] 4699/4
**plea** [2] 4682/17
4715/24
**pleas** [3] 4687/16
4715/19 4715/20
**please** [10] 4655/2
4657/10 4657/25
4711/6 4716/17
4716/22 4717/16
4720/20 4720/21
4721/14
**pled** [3] 4687/9
4687/11 4687/14

**plug** [1] 4724/5
**plugged** [1] 4676/1
**PO** [1] 4654/3
**pocket** [1] 4656/10
**podcast** [5] 4672/8
4676/23 4703/20
4707/8 4707/15
**point** [14] 4658/9
4669/22 4679/21
4687/8 4690/3 4695/16
4698/19 4705/22
4711/9 4719/12
4720/11 4721/1
4723/10 4728/21
**pointed** [1] 4684/6
**points** [2] 4680/14
4695/12
**police** [19] 4674/23
4682/19 4685/6 4685/8
4685/10 4685/11
4685/14 4685/16
4686/6 4686/14 4687/5
4691/15 4693/7
4693/12 4693/13
4695/17 4695/23
4701/11 4710/9
**political** [3] 4662/6
4662/19 4662/19
**politicians** [1] 4709/22
**politics** [2] 4662/8
4662/11
**ponytail** [1] 4687/23
**Poor** [1] 4728/3
**popped** [1] 4697/24
**portion** [1] 4717/12
**portions** [2] 4699/18
4717/5
**position** [4] 4690/12
4714/12 4726/22
4730/25
**possibility** [1] 4719/1
**possible** [2] 4716/5
4718/24
**potential** [4] 4726/19
4729/8 4729/8 4730/21
**potentially** [1] 4725/6
**pouring** [1] 4693/7
**power** [11] 4673/10
4674/3 4674/7 4692/9
4705/17 4708/25
4709/9 4709/14
4709/22 4710/1
4710/15
**preached** [1] 4708/22
**precisely** [2] 4659/25
4669/22
**preference** [1] 4732/3
**preferences** [1]
4662/20
**preferred** [1] 4666/11
**prepared** [4] 4659/10
4680/6 4680/7 4722/23
**present** [8] 4655/17
4665/6 4667/5 4667/13
4667/18 4668/10
4668/13 4717/3
**presentation** [6]
4663/22 4665/24

**prominence [1]**
4690/12

**presentation... [4]**
4667/16 4667/21
4668/6 4726/6

**presentations [1]**
4733/3

**presented [12]**
4659/13 4663/24
4665/15 4668/8
4668/18 4678/21
4712/8 4726/2 4726/11
4726/18 4727/17
4730/8

**preside [1]** 4711/14
**President [18]** 4658/17
4659/3 4662/16 4672/3
4673/7 4673/10
4673/19 4677/11
4677/13 4677/14
4681/1 4682/10
4682/10 4692/8 4705/1
4705/13 4705/15
4705/18

**President Biden [1]**
4705/13

**President Biden's [1]**
4705/1

**President Biden-elect**
**[1]** 4705/15
**Presidential [3]**
4673/12 4676/20
4709/19

**presses [1]** 4683/11
**presume [1]** 4656/1
**prevailed [1]** 4686/20
**prevent [2]** 4658/16
4662/1

**preventing [2]** 4661/10
4661/13

**previously [1]** 4727/3
**pride [1]** 4714/11
**pried [2]** 4683/19
4683/20

**principle [1]** 4709/8
**prior [1]** 4700/14
**Probably [1]** 4657/7
**problem [1]** 4656/6
**problematic [1]**
4726/17

**problems [1]** 4729/8
**proceed [1]** 4674/16
**proceeding [2]** 4685/5
4693/10

**proceedings [4]**
4653/9 4655/18
4733/13 4734/4

**process [4]** 4690/20
4710/11 4718/12
4725/3

**produced [1]** 4721/23
**profession [1]** 4733/6
**professionalism [1]**
4733/4

**proffer [1]** 4657/9

**promote [1]** 4711/24
**proof [3]** 4697/18
4710/9 4715/22
**property [1]** 4691/4
**prosecutors [1]** 4684/5
**prospect [1]** 4725/5
**protect [1]** 4707/17
**protected [2]** 4663/10
4710/10
**protectees [1]** 4678/20
**protecting [4] 4678/20
4678/24 4679/6 4679/8
**protest [1]** 4659/22
**protests [1]** 4697/1
**ProtonMail [2]** 4664/7
4697/14
**Proud [1]** 4660/4
**Proud Boys [1]** 4660/4
**prove [1]** 4717/25
**proved [2]** 4663/5
4675/4
**provide [6]** 4658/4
4711/9 4717/9 4718/22
4719/13 4719/17
**provided [4]** 4717/18
4718/7 4721/22
4732/18
**proving [1]** 4675/1
**PSD [2]** 4678/18
4679/2
**public [1]** 4692/7
**publicity [1]** 4712/9
**pull [5]** 4680/2 4685/18
4723/24 4724/8
4730/16
**pulled [1]** 4724/4
**pumping [3]** 4692/12
4692/15 4692/20
**punishment [2]** 4716/5
4716/12
**Punta [1]** 4654/16
**pure [1]** 4692/3
**purpose [3]** 4674/16
4692/18 4692/18
**purposes [2]** 4716/24
4723/18
**pursuant [1]** 4722/15
**push [1]** 4694/8
**pushed [6]** 4682/18
4683/18 4690/23
4694/5 4694/5 4695/7
**pushes [1]** 4683/12
**pushing [7]** 4691/17
4692/20 4692/23
4693/7 4694/2 4694/3
4695/5
**put [8]** 4666/5 4666/10
4666/15 4669/17
4709/24 4722/3
4728/18 4730/12
**putting [2]** 4666/11
4728/21

**Q**

**QRF [22]** 4660/21
4670/3 4670/6 4670/7

4670/14 4670/15 4670/17
4670/15 4671/10
4672/17 4673/2 4688/7
4688/8 4688/16
4688/23 4689/6
4689/14 4689/15
4689/16 4699/3
4702/12 4702/13
4708/11
**Queen [1]** 4654/7
**question [13]** 4655/21
4655/22 4656/13
4657/4 4658/11
4658/20 4658/24
4713/22 4716/5
4724/10 4726/9
4726/20 4728/5
**questions [2]** 4667/20
4717/14
**quick [5]** 4655/21
4687/7 4688/14
4688/15 4688/16
**Quick Reaction Force
[3]** 4688/14 4688/15
4688/16
**quickly [1]** 4732/16
**quite [2]** 4658/2 4704/6
**quote [2]** 4682/11
4682/17

**R**

**radio [2]** 4712/3 4712/3
**raise [1]** 4731/25
**raised [2]** 4655/22
4731/13
**Rakoczy [2]** 4653/14
4655/9
**ram [1]** 4690/11
**random [1]** 4718/12
**rather [1]** 4730/21
4731/5
**reach [3]** 4711/18
4713/17 4713/25
**reached [4]** 4713/10
4718/3 4718/4 4720/10
**reaching [1]** 4716/20
**reaction [4]** 4688/14
4688/15 4688/16
4724/19
**read [8]** 4664/15
4665/11 4665/21
4665/21 4675/23
4675/25 4712/5 4712/6
**reads [1]** 4675/15
**ready [3]** 4660/21
4688/24 4705/25
**real [2]** 4669/15 4710/8
**realized [1]** 4696/12
**really [7]** 4656/11
4719/15 4725/11
4725/22 4729/1 4733/5
4733/10
**realtime [4]** 4665/17
4669/10 4724/5 4724/8
4715/23 4717/25
**reasonable [5]** 4663/5
4675/2 4704/2
4715/23 4717/25
**reasons [6]** 4673/4

**rebuffed [1]** 4693/5
**rebuttal [3]** 4657/2
4657/11 4658/14
**recall [3]** 4677/25
4690/24 4729/16
**received [1]** 4669/9
**receiver [1]** 4723/12
**receiving [1]** 4702/25
**recognizable [1]**
4690/16
**recognize [1]** 4684/24
**recognized [1]** 4693/1
**recollection [1]**
4675/20
**record [6]** 4657/10
4665/12 4700/21
4728/19 4731/15
4734/3
**recorded [2]** 4664/7
**recording [3]** 4708/8
4708/12 4718/11
**recordings [1]** 4717/6
**recovered [2]** 4700/14
4701/7
**refer [2]** 4717/11
4717/11
**referencing [1]** 4705/5
**referring [1]** 4667/1
**regard [1]** 4731/13
**regarding [3]** 4672/16
4711/16 4711/23
**regroup [1]** 4693/11
**regular [1]** 4691/23
4719/1
**rejoin [1]** 4718/25
**related [3]** 4660/11
4716/15 4716/22
**relating [1]** 4700/1
**relationship [1]**
4672/15
**relationships [1]**
4672/14
**relatively [1]** 4732/16
**rely [1]** 4725/7
**remain [1]** 4716/24
**remaining [1]** 4718/19
**remember [7]** 4678/16
4679/19 4679/23
4686/19 4699/1
4714/17 4722/22
**remembered [1]**
4729/18
**remind [2]** 4712/1
4712/15
**reminder [1]** 4667/4
**remove [1]** 4687/4
**rendered [1]** 4717/17
**repaired [1]** 4692/5
**repeatedly [1]** 4702/8
**repeats [1]** 4677/23
**repelled [1]** 4685/25
**replaces [1]** 4717/22
4717/24
**reports [2]** 4712/2

**represent [1]** 4716/1
**Representative [1]**
4662/2
**Representatives [1]**
4661/18
**republic [1]** 4710/6
**Republicans [2]**
4674/5 4674/6
**requesting [1]** 4729/18
**required [2]** 4662/3
4662/4 4663/14 4666/9
**requirements [1]**
4709/6
**research [2]** 4712/22
4719/4
**reserve [2]** 4688/24
4702/4
**reset [1]** 4699/11
**resolve [1]** 4732/16
**resounding [1]**
4658/24
**respect [6]** 4711/22
4715/6 4715/7 4715/15
4723/4 4726/22
**respected [1]** 4690/21
**respectful [1]** 4733/9
**respective [1]** 4679/5
**response [2]** 4728/6
4732/1
**responsibility [2]**
4663/4 4710/18
**rest [10]** 4660/20
4680/17 4683/16
4690/11 4693/5
4693/21 4695/10
4708/11 4719/22
4722/10
**rests [2]** 4716/9
4727/24
**result [2]** 4691/10
4709/2
**results [1]** 4704/11
**resume [1]** 4720/13
**retire [2]** 4712/14
4720/2
**retiring [1]** 4714/14
**retrieved [1]** 4686/3
**return [9]** 4679/21
4710/23 4711/13
4714/3 4715/2 4715/12
4715/15 4716/2
4717/16
**returned [1]** 4710/12
**reveal [1]** 4713/9
**reverse [1]** 4709/18
**review [2]** 4704/15
4730/3
**reviewing [1]** 4714/15
**revolutionary [1]**
4702/1
**rhetoric [1]** 4690/1
**Rhodes [56]** 4658/11
4658/18 4660/4
4660/23 4661/1
4665/20 4665/22
4670/13 4670/22
4670/23 4671/12

4750

**R**

**Rhodes... [45]** 4671/16
4671/18 4671/24
4671/25 4672/3 4672/5
4672/6 4672/9 4672/9
4672/11 4672/12
4673/1 4673/16 4677/3
4677/20 4678/16
4679/4 4681/23
4688/14 4690/17
4695/15 4697/8
4697/20 4697/24
4698/8 4701/19 4702/8
4702/12 4702/15
4702/16 4703/19
4705/5 4706/13
4706/15 4706/15
4706/16 4706/24
4707/9 4707/20
4707/23 4708/7
4708/10 4708/14
4708/17 4708/22
**Rhodes' [2]** 4658/25
4701/10
**rid [5]** 4668/22 4696/18
4699/23 4700/17
4700/21
**rifle [3]** 4684/17
4694/23 4703/18
**rifles [12]** 4660/5
4660/8 4684/20
4684/21 4688/10
4688/13 4702/12
4703/16 4703/19
4708/10 4708/12
4709/24
**right [22]** 4656/24
4657/22 4663/15
4664/24 4665/9
4667/19 4668/6 4681/9
4698/23 4699/11
4701/15 4708/16
4709/1 4711/5 4715/21
4721/11 4721/14
4725/24 4727/15
4729/6 4731/9 4732/23
**rights [2]** 4662/25
4663/18
**RIOS [2]** 4654/11
4654/15
**riot [7]** 4679/7 4686/7
4692/20 4693/24
4694/8 4695/5 4710/12
**rioter [2]** 4683/10
4691/2
**rioters [7]** 4686/2
4691/15 4691/16
4693/8 4694/2 4694/3
4694/9
**rise [1]** 4721/12
**risks [2]** 4731/5 4731/5
**RMR [2]** 4734/2 4734/8
**road [1]** 4733/1
**roadmap [1]** 4661/6
**Robert [1]** 4654/10
**ROBERTO [9]** 4653/6
4655/6 4677/8 4686/23
4694/10 4694/16

**Roberto A. Minuta [1]**
4655/6
**Roberto Minuta [7]**
4677/8 4686/23
4694/10 4694/16
4695/5 4701/7 4710/25
**Rocket.Chat [1]**
4664/7
**Roger [1]** 4678/9
**Roger Stone [1]**
4678/9
**role [7]** 4669/23 4670/1
4702/3 4719/19
4727/20 4730/4 4730/6
**room [14]** 4672/24
4679/17 4680/5
4689/11 4695/9
4711/13 4712/14
4714/8 4714/14
4716/13 4716/24
4717/3 4721/7 4721/10
**rooms [2]** 4672/20
4703/13
**Rotunda [8]** 4682/19
4685/22 4685/24
4691/22 4694/2 4694/9
4694/13 4701/9
**route [1]** 4685/14
**Rule [2]** 4723/23
4724/7
**rules [4]** 4708/21
4709/4 4709/5 4711/16
**runs [1]** 4704/18
**rush [1]** 4662/11
**RVs [1]** 4689/4

**S**

**sacrosanct [1]** 4663/1
**said [66]** 4658/19
4662/24 4664/21
4665/3 4666/2 4667/22
4667/24 4669/4
4669/13 4669/15
4672/8 4673/22 4674/5
4677/5 4678/7 4679/12
4680/5 4680/14 4681/5
4682/6 4682/7 4682/9
4682/11 4682/17
4684/17 4685/6 4685/7
4685/12 4685/20
4688/2 4688/6 4688/7
4688/14 4688/19
4689/25 4690/5
4690/10 4693/3
4694/18 4695/4
4695/15 4697/8
4697/20 4698/23
4698/24 4699/5 4699/6
4699/14 4699/15
4699/19 4699/21
4702/16 4705/23
4706/16 4707/20
4707/24 4708/14
4719/8 4721/4 4725/4
4726/15 4729/11
4730/2 4730/19

**4690/24 4693/14**
4694/12 4695/6
**Salke's [1]** 4684/12
**same [37]** 4663/7
4666/9 4666/17
4666/17 4666/18
4666/18 4667/25
4669/13 4670/21
4670/22 4671/11
4673/12 4673/25
4674/1 4674/1 4676/3
4678/10 4679/10
4681/22 4682/7
4682/12 4682/12
4684/9 4686/6 4696/6
4698/24 4699/14
4700/2 4705/20 4706/2
4707/19 4709/5 4709/6
4709/6 4720/14
4722/18 4729/4
**Sandra [1]** 4681/6
**sat [2]** 4665/10
4668/25
**saving [1]** 4710/6
**saw [13]** 4666/14
4668/19 4668/23
4675/15 4685/11
4695/6 4698/11
4698/12 4700/10
4700/16 4702/19
4702/20 4703/1
**say [16]** 4656/12
4665/3 4668/4 4668/4
4674/14 4680/15
4680/16 4682/1
4684/16 4684/19
4684/23 4685/1
4706/25 4706/25
4727/9 4732/10
**saying [8]** 4672/7
4672/10 4681/9
4686/13 4692/19
4695/19 4701/12
4705/18
**says [2]** 4707/6
4730/10
**scared [2]** 4693/9
4697/17
**scattered [1]** 4707/11
**schedule [1]** 4720/14
**scheduling [1]** 4656/4
**scott [3]** 4654/14
4654/17 4655/14
**Scott Weinberg [1]**
4655/14
**scream [1]** 4663/8
**screamed [1]** 4685/17
**screaming [1]** 4692/21
**screwed [3]** 4677/17
4677/21 4677/24
**scroll [1]** 4675/25
**search [1]** 4662/12
**searched [2]** 4699/24
4700/2
**searches [1]** 4700/3
**seat [1]** 4698/25
**seated [4]** 4655/2

**seats [3]** 4700/16
4718/13 4718/20
**second [7]** 4661/10
4661/16 4680/15
4682/5 4684/7 4694/11
4705/14
**secret [2]** 4664/17
4708/8
**secretly [1]** 4697/9
**securing [1]** 4678/21
**security [9]** 4678/5
4678/6 4678/9 4678/14
4678/18 4678/25
4679/1 4679/7 4716/24
**sedition [6]** 4658/25
4695/15 4703/24
4704/1 4705/13
4710/20
**seditious [3]** 4661/7
4687/12 4704/16
**see [13]** 4664/19
4677/1 4680/18
4683/15 4689/2 4689/6
4690/7 4699/19
4703/17 4717/5 4722/4
4731/23 4733/11
**seemed [1]** 4688/1
**seems [1]** 4657/8
**seen [4]** 4682/5 4700/6
4706/17 4722/13
**segregating [1]** 4729/1
**select [2]** 4711/14
4711/16
**selected [1]** 4718/13
**selecting [1]** 4711/19
**selection [1]** 4718/11
**self [2]** 4706/9 4709/10
**self-appointed [2]**
4706/9 4709/10
**semi [1]** 4694/22
**semi-automatic [1]**
4694/22
**Senate [4]** 4661/18
4693/4 4693/23
4693/24
**Senate Chamber [1]**
4693/4
**Senator [1]** 4662/2
**senators [1]** 4677/7
**send [5]** 4712/25
4717/15 4718/3 4729/7
4730/20
**sending [5]** 4708/4
4716/13 4721/17
4726/25 4731/2
**senior [1]** 4658/13
**sense [4]** 4666/6
4669/18 4684/14
4714/10
**sent [6]** 4660/19
4664/11 4669/9 4672/9
4675/16 4682/7
**sentence [1]** 4716/8
**sentencing [2]** 4656/9
4656/12
**sentiment [1]** 4696/6

**separate [3]** 4671/7
4714/20 4715/2
**separately [1]** 4714/25
**September [1]** 4723/14
**sequence [1]** 4666/5
**Serbian [1]** 4695/16
**serious [1]** 4669/14
**served [1]** 4719/12
**service [1]** 4719/12
**serving [2]** 4673/2
4688/7
**session [1]** 4676/19
**set [3]** 4658/11
4658/18 4659/14
**seven [1]** 4693/22
**shared [1]** 4665/25
**she [13]** 4656/11
4656/12 4664/21
4664/25 4665/1 4665/3
4680/14 4682/7 4682/8
4682/9 4682/11
4682/11 4682/21
**she didn't [1]** 4665/1
**she said [1]** 4680/14
**she'll [1]** 4663/15
**she's [3]** 4663/14
4663/16 4665/5
**shield [1]** 4695/5
**shifts [1]** 4728/17
**Shipley [20]** 4654/2
4654/3 4655/12 4658/9
4658/19 4666/2 4668/2
4673/6 4673/23
4676/16 4678/4 4678/7
4685/6 4685/20
4686/10 4700/15
4700/22 4726/7 4727/4
4728/2
**shooter [1]** 4688/1
**shortly [1]** 4720/5
**should [27]** 4665/25
4668/9 4680/3 4696/18
4711/13 4711/16
4713/3 4713/11
4713/18 4713/20
4713/21 4713/25
4714/1 4714/25 4715/1
4715/5 4715/7 4716/7
4716/9 4716/10
4716/11 4717/1
4717/15 4717/20
4717/22 4718/6
4728/15
**shoulders [2]** 4681/15
4694/2
**shouldn't [1]** 4727/24
**show [6]** 4669/1
4685/22 4696/24
4699/18 4721/2 4724/6
**showed [11]** 4660/22
4661/5 4664/9 4664/24
4676/10 4682/21
4697/13 4699/17
4700/7 4701/5 4707/20
**showing [1]** 4681/7
**shown [1]** 4728/16
**shows [5]** 4664/10
4673/25 4681/13

4751

**S**

shows... [2] 4696/16
4697/15
sides [3] 4695/17
4695/24 4696/8
sift [1] 4725/12
sign [3] 4718/5 4718/6
4723/19
Signal [22] 4660/2
4660/11 4660/14
4664/6 4664/11
4664/13 4668/19
4668/22 4669/14
4675/23 4676/2
4676/11 4698/4
4698/16 4699/23
4700/11 4700/11
4707/21 4707/24
4708/3 4708/5 4708/11
signed [2] 4713/1
4713/4
signing [2] 4680/8
4697/12
similar [2] 4671/8
4671/9
Similarly [1] 4678/12
simple [2] 4676/15
4728/5
simply [2] 4722/14
4724/23
Since [1] 4719/1
single [7] 4665/25
4668/19 4668/21
4674/25 4681/16
4684/2 4722/12
single-spaced [1]
4684/2
sir [1] 4672/7
sit [3] 4663/8 4685/3
4710/19
sitting [2] 4698/25
4699/2
situation [2] 4702/25
4706/2
six [2] 4694/6 4726/10
slash [2] 4664/16
4664/16
slide [3] 4661/5
4664/15 4722/1
slides [2] 4664/16
4665/9
slight [1] 4720/16
slur [1] 4682/11
small [3] 4692/2
4719/8 4724/1
smashing [1] 4691/14
so [63] 4656/10
4657/12 4657/21
4658/3 4659/16
4664/15 4667/6 4667/7
4667/20 4667/21
4667/23 4673/20
4674/11 4674/18
4675/17 4676/24
4678/4 4683/16 4687/5
4687/6 4687/6 4688/16
4692/14 4696/3 4696/3
4697/14 4699/17

so it's [2] 4676/24
4699/17
sole [2] 4663/4
4674/16
solely [3] 4712/7
4714/3 4716/10
solemn [1] 4710/18
some [15] 4658/4
4669/19 4673/17
4679/14 4682/17
4683/10 4696/21
4696/24 4706/4
4708/25 4711/9 4712/1
4717/14 4729/10
4731/5
somebody [1] 4656/22
Someone [1] 4663/8
something [15]
4677/15 4679/22
4685/20 4718/25
4723/3 4724/15
4725/18 4725/22
4727/8 4729/7 4729/8
4729/18 4730/16
4730/22 4731/18
soon [1] 4712/12
sorry [1] 4670/9
4725/7
sort [7] 4657/20
4683/11 4691/22
4708/25 4727/21
4728/20 4733/6
sorts [1] 4721/25
sources [1] 4703/1
spaced [1] 4684/2
speak [1] 4711/23
speaker [4] 4693/2
4695/8 4708/18
4723/11
Speaker Pelosi [1]
4693/2
Speaker Pelosi's [1]
4695/8
speaking [1] 4674/20
special [5] 4665/8
4668/15 4668/16
4708/25 4708/25
Special Agent [2]
4665/8 4668/15
specific [1] 4711/16
spent [1] 4664/20
spoke [1] 4672/22

spoke... [1] 4672/11
spokesperson [1]
4711/15
spray [3] 4691/14
4691/14 4691/15
spread [2] 4677/16
4677/23
spreading [1] 4681/1
spreadsheet [17]
4722/4 4722/11
4722/19 4722/21
4723/8 4723/9 4723/16
4724/16 4724/17
4724/20 4725/8
4725/21 4726/15
4728/13 4728/22
4728/25 4732/6
spring [1] 4677/19
Square [1] 4701/22
stack [2] 4681/14
4683/1
staffers [1] 4695/8
stages [1] 4658/2
stairs [4] 4681/13
4683/1 4686/5 4701/12
Stamey [4] 4670/7
4672/19 4672/25
4703/12
stand [7] 4665/10
4669/1 4685/15
4685/18 4696/8
4698/23 4714/9
standing [3] 4656/24
4660/21 4682/10
stands [1] 4710/8
Start [1] 4680/9
started [4] 4655/21
4662/12 4662/14
4676/3
starting [5] 4659/16
4660/7 4660/9 4701/17
4704/2
starts [2] 4707/15
4723/13
stash [1] 4702/4
statement [12]
4675/19 4682/16
4682/20 4682/23
4684/7 4707/19 4723/8
4723/9 4724/16
4726/15 4729/23
4729/25
statements [25]
4674/21 4674/25
4675/8 4675/9 4681/11
4721/17 4722/21
4723/17 4724/13
4724/17 4724/20
4724/25 4725/5 4725/7
4725/16 4725/19
4726/17 4726/23
4728/21 4729/2 4729/4
4729/25 4730/12
4730/12 4730/15
STATES [14] 4653/1
4653/3 4653/10 4655/5
4658/16 4661/2 4661/8
4661/14 4662/10

spokesman [1] 4657/9
status [2] 4656/3
4656/4
stay [7] 4656/2 4656/5
4656/17 4656/17
4659/3 4672/21 4703/5
stayed [5] 4672/18
4672/19 4672/21
4672/23 4701/15
steal [3] 4682/4 4686/3
4690/20
step [1] 4722/5
steps [2] 4690/9
4693/11
Stewart [10] 4658/11
4660/4 4660/23
4665/20 4665/22
4672/3 4681/23 4708/7
4708/10 4708/22
Stewart Rhodes [10]
4658/11 4660/4
4660/23 4665/20
4665/22 4672/3
4681/23 4708/7
4708/10 4708/22
still [6] 4662/16 4671/4
4674/1 4710/8 4719/4
4731/22
Stone [1] 4678/9
stood [1] 4687/10
stop [12] 4674/7
4676/14 4677/15
4677/18 4681/2 4681/5
4681/25 4682/12
4684/7 4686/3 4690/20
4690/20
stopped [1] 4710/1
stopping [5] 4674/2
4682/4 4682/4 4696/2
4696/11
stormed [1] 4706/14
straight [3] 4679/9
4685/7 4688/1
Street [3] 4653/16
4654/11 4654/20
strong [1] 4714/8
SUAREZ [2] 4654/11
4654/14
subgroups [1] 4679/5
subject [1] 4709/5
subscribed [1]
4673/11
subvert [1] 4710/23
successful [4] 4692/16
4694/8 4695/22
4696/11
such [5] 4712/4 4712/7
4712/18 4713/4
4731/23
sufficient [4] 4674/19
4691/8 4695/20
4704/21
suggest [1] 4717/21
suggested [1] 4731/17
suite [3] 4654/16
4654/20 4695/11

summary [1] 4729/10
summer [1] 4696/25
summon [1] 4718/24
supplement [1]
4724/16
supplementing [1]
4725/21
support [1] 4682/16
supporting [1]
4690/19
supports [1] 4669/25
suppose [1] 4673/8
supposed [1] 4663/16
sure [8] 4656/14
4657/18 4667/11
4684/20 4723/20
4725/11 4730/11
4730/16
surely [1] 4680/8
surrender [1] 4714/2
surveillance [1]
4681/21
switch [3] 4695/17
4695/24 4696/8
Switzerland [1]
4697/15
swords [2] 4692/2
4692/3
sworn [1] 4682/16
symbolism [1] 4692/7
synonymous [1]
4682/3
system [2] 4702/20
4702/20

**T**

T-Mobile [1] 4682/9
table [2] 4723/2 4730/1
tails [1] 4727/19
take [10] 4659/4
4663/7 4679/8 4680/6
4696/2 4711/6 4711/11
4720/4 4721/4 4722/3
taken [3] 4681/6
4699/6 4717/20
takes [3] 4722/5
4728/22 4728/22
taking [5] 4658/17
4666/13 4672/3 4680/1
4702/17
talk [27] 4669/16
4673/4 4676/13
4679/11 4680/9 4685/4
4686/25 4687/3 4687/7
4687/21 4689/17
4690/1 4692/10
4694/18 4695/2 4695/3
4696/15 4696/24
4698/20 4699/22
4701/14 4702/11
4704/8 4707/1 4707/4
4731/17 4732/11
talked [7] 4669/18
4678/18 4673/23
4678/4 4678/16
4694/19 4712/2
talking [11] 4660/1
4670/22 4676/22

**talking... [8]** 4676/25
4680/24 4692/25
4696/14 4698/18
4703/20 4703/20
4707/15
**talks [1]** 4707/8
**tape [1]** 4687/24
**Tarrio [1]** 4677/9
**task [1]** 4711/17
**technical [1]** 4703/21
**television [1]** 4712/3
**tell [8]** 4669/2 4669/10
4669/10 4681/24
4685/3 4713/11 4718/5
4719/6
**telling [3]** 4698/8
4702/11 4718/4
**tells [1]** 4706/24
**tempted [1]** 4712/5
**ten [3]** 4657/20
4711/11 4727/1
**tenor [1]** 4665/4
**term [1]** 4688/20
**terms [6]** 4657/17
4720/23 4721/22
4723/12 4732/19
4733/3
**testified [3]** 4679/15
4684/9 4684/10
**testify [2]** 4668/11
4668/16
**testimony [5]** 4683/24
4685/9 4687/2 4699/16
4705/23
**Texas [2]** 4672/12
4700/2
**text [5]** 4664/6 4682/7
4698/15 4700/18
4712/19
**TextMe [1]** 4697/12
**than [10]** 4656/3
4679/14 4687/19
4691/1 4692/22
4692/22 4692/23
4692/23 4699/20
4711/11
**thank [12]** 4655/3
4658/7 4667/10
4705/10 4711/4 4711/5
4719/10 4719/14
4721/20 4732/25
4733/11 4733/12
**thank you [8]** 4655/3
4658/7 4667/10
4705/10 4711/4 4711/5
4719/10 4733/12
**thankful [1]** 4719/19
**Thankfully [1]** 4710/8
**that [393]**
**that's [64]** 4656/1
4656/13 4656/22
4657/4 4657/21
4658/18 4661/17
4661/20 4661/23
4661/25 4663/17
4663/17 4663/18
4664/2 4665/20

4669/12 4669/12
4669/12 4669/22
4670/7 4670/9 4672/4
4673/19 4673/22
4673/23 4674/19
4676/5 4676/5 4680/15
4682/2 4685/22
4685/22 4686/14
4686/19 4688/14
4689/22 4693/14
4693/15 4693/20
4697/18 4698/5
4698/12 4703/8
4703/11 4704/7
4704/19 4706/23
4707/15 4715/17
4720/25 4723/6
4725/11 4725/18
4726/13 4726/16
4726/20 4726/21
4727/6 4727/19 4729/9
4732/9 4733/5
**their [67]** 4659/20
4660/8 4660/8 4663/8
4663/13 4666/11
4666/11 4666/13
4666/15 4667/6 4667/8
4668/13 4668/14
4669/11 4670/19
4670/20 4673/15
4674/21 4675/8 4675/9
4675/10 4676/8 4677/6
4678/3 4679/5 4679/11
4679/12 4683/5
4683/14 4683/15
4687/16 4688/22
4690/25 4690/25
4690/25 4691/1 4691/5
4691/9 4692/19 4693/3
4693/8 4695/23
4696/17 4697/5
4697/25 4698/4 4698/4
4698/11 4699/3 4701/1
4702/17 4707/21
4708/9 4709/3 4709/20
4709/20 4709/24
4710/13 4714/6
4714/21 4714/21
4714/21 4714/22
4715/21 4722/1
4725/15 4732/20
**theirs [1]** 4730/15
**them [68]** 4656/15
4656/16 4656/17
4661/24 4662/3 4666/5
4669/5 4669/6 4669/9
4670/25 4675/10
4677/17 4677/17
4678/12 4678/23
4679/7 4679/16
4680/12 4680/18
4680/20 4681/2 4681/7
4683/7 4683/15
4683/21 4683/21
4684/18 4685/17
4685/18 4686/9
4687/14 4688/11

4691/1 4691/8 4692/20
4693/22 4694/3 4696/3
4696/5 4696/8 4696/16
4698/1 4700/6 4701/5
4701/6 4701/6 4702/7
4703/12 4703/22
4704/14 4706/3
4707/13 4710/19
4710/19 4714/23
4716/23 4721/5 4721/7
4721/9 4722/3 4725/3
4725/16 4725/17
4727/25 4731/2
**theme [1]** 4721/24
**themselves [6]** 4660/3
4661/25 4678/17
4683/19 4709/21
4710/5
**then [46]** 4656/17
4658/14 4659/1 4659/12
4661/22 4662/3
4663/11 4666/4
4671/20 4672/23
4677/12 4677/22
4680/8 4683/12 4684/4
4684/12 4686/1 4686/5
4686/5 4687/18
4689/11 4692/25
4693/22 4694/7
4694/22 4702/24
4706/20 4707/6 4707/8
4708/14 4708/16
4708/17 4710/2
4712/12 4718/7
4722/15 4723/12
4723/14 4723/23
4723/24 4723/24
4724/8 4725/5 4730/3
4731/20 4732/15
**then why [1]** 4694/22
**theory [1]** 4679/2
**there [54]** 4656/11
4658/10 4658/11
4663/14 4663/15
4663/16 4663/23
4664/4 4669/3 4670/15
4672/18 4672/19
4672/21 4672/23
4673/13 4674/24
4680/20 4682/12
4685/3 4685/8 4686/12
4687/4 4689/24 4690/4
4692/17 4693/6
4693/13 4694/1
4694/14 4694/14
4694/15 4696/2 4696/4
4699/11 4700/5 4702/5
4703/16 4707/16
4708/16 4711/15
4712/2 4712/4 4719/7
4719/18 4721/11 4723/2
4723/7 4724/1 4725/1
4726/11 4729/12
4731/6 4731/11
4732/24
**there's [15]** 4657/3
4668/12 4675/5

4691/1 4691/8 4692/20
4693/22 4694/3 4696/3
4683/23 4683/6 4683/6
4683/23 4684/12
4700/21 4703/7
4721/16 4721/21
4732/11
**therefore [3]** 4673/8
4696/19 4714/25
**these [60]** 4655/18
4658/21 4658/24
4659/13 4659/16
4660/10 4662/17
4663/2 4663/6 4663/7
4663/18 4664/6
4665/17 4668/20
4668/21 4668/23
4669/14 4669/19
4672/14 4673/11
4674/14 4675/13
4676/18 4677/18
4686/6 4686/11
4687/17 4687/18
4687/19 4688/17
4689/18 4689/22
4690/16 4690/19
4691/7 4691/21
4691/25 4692/2 4692/3
4692/10 4693/19
4694/11 4694/17
4695/1 4697/1 4697/1
4702/19 4706/9
4708/23 4709/3
4709/10 4709/16
4710/10 4710/15
4710/16 4715/20
4715/24 4717/11
4725/7 4733/7
**they [227]**
**They cannot [1]** 4669/2
**they're [8]** 4656/16
4657/17 4674/1
4678/23 4678/24
4693/24 4707/10
4732/4
**they've [1]** 4725/16
**thing [13]** 4666/9
4667/25 4669/13
4678/11 4682/7 4687/1
4698/24 4699/14
4705/20 4706/2
4715/17 4718/9
4720/16
**things [9]** 4659/2
4659/4 4662/24
4669/21 4692/4 4698/9
4698/10 4722/7
4728/22
**think [28]** 4656/11
4657/17 4666/22
4668/2 4668/22
4671/19 4672/15
4690/14 4695/15
4695/19 4700/17
4721/16 4722/5 4724/2
4724/20 4724/22
4725/5 4727/9 4728/15
4728/21 4730/19

4683/3 4683/6 4683/6
4683/23 4684/12
4700/21 4703/7
4721/16 4721/21
4732/11
**third [2]** 4661/22
4705/22
**this [110]**
**thoroughly [1]** 4713/19
**those [56]** 4655/24
4658/22 4662/4
4662/25 4663/2 4664/2
4669/8 4669/9 4670/16
4670/17 4671/20
4672/20 4674/12
4674/25 4675/9
4675/10 4675/11
4677/6 4679/16
4681/11 4683/20
4683/20 4684/17
4685/23 4688/10
4688/13 4689/3
4691/18 4691/20
4691/22 4694/8
4694/13 4695/8
4695/10 4698/12
4700/3 4702/10
4703/13 4703/14
4703/17 4703/17
4705/16 4715/20
4717/7 4722/3 4722/8
4723/17 4723/25
4724/3 4724/3 4724/5
4724/9 4724/21
4725/19 4730/7
4731/25
**though [1]** 4678/7
**thought [18]** 4672/12
4674/6 4679/20
4679/22 4684/21
4685/13 4685/16
4686/19 4686/20
4695/2 4695/14
4695/21 4695/22
4695/24 4699/10
4726/6 4730/14 4732/5
**thousand [1]** 4729/24
**thousands [2]** 4664/4
4666/3
**threats [1]** 4662/1
**three [5]** 4681/22
4693/12 4697/21
4726/25 4731/24
**three-way [1]** 4681/22
**through [24]** 4667/6
4667/8 4667/20
4670/12 4670/21
4671/12 4671/20
4691/18 4692/8
4692/24 4693/7
4694/20 4695/1
4704/18 4709/12
4709/12 4709/13
4719/18 4720/7
4723/14 4724/12
4724/13 4724/21

**T**

through... [1] 4725/12
throughout [3]
4695/19 4712/6
4720/14
Thus [1] 4715/10
time [34] 4657/3
4659/10 4659/10
4659/21 4660/17
4660/19 4661/2
4663/14 4664/11
4664/20 4665/7 4678/1
4678/2 4680/6 4681/7
4681/22 4684/8 4686/6
4690/15 4691/5
4693/11 4694/13
4700/2 4701/23 4702/9
4702/19 4704/22
4704/23 4704/24
4715/14 4718/16
4719/15 4720/23
4723/13
timeline [2] 4698/16
4728/16
timelines [1] 4666/7
times [4] 4664/13
4722/8 4727/1 4727/1
timestamps [1]
4681/21
title [1] 4688/17
titled [1] 4734/4
today [1] 4658/23
together [3] 4681/8
4730/10 4733/9
told [35] 4656/16
4659/19 4671/3 4674/6
4675/3 4677/3 4677/20
4678/10 4678/15
4679/19 4679/23
4679/24 4684/5 4684/5
4684/20 4685/2
4685/17 4687/17
4687/25 4688/6
4689/20 4689/24
4690/24 4691/25
4694/17 4697/11
4697/22 4697/24
4698/5 4701/19
4705/23 4706/2
4706/13 4708/20
4718/11
tomorrow [4] 4655/23
4720/13 4720/17
4720/22
too [6] 4663/24
4664/14 4674/6 4674/8
4679/25 4680/8
took [8] 4666/3 4676/8
4686/21 4696/17
4701/4 4701/10
4709/23 4709/25
tool [1] 4725/12
top [1] 4671/13
topic [1] 4707/5
touched [1] 4684/11
touching [1] 4684/13
tough [3] 4694/19
4695/2 4695/3

towards [3] 4683/2
4683/5 4693/23
town [1] 4655/25
tracks [1] 4660/6
trained [1] 4690/6
training [2] 4678/25
4690/2
trampled [2] 4686/9
4710/6
transcript [3] 4653/9
4708/12 4734/3
transfer [5] 4674/2
4692/9 4705/17
4709/14 4710/1
transferred [1]
4705/17
transport [2] 4688/4
4703/9
transporting [1]
4690/2
travel [2] 4659/17
4663/11
traveled [1] 4701/17
traveling [1] 4690/2
treason [3] 4659/7
4692/21 4692/23
trial [15] 4653/9 4663/2
4666/14 4668/20
4712/9 4712/16
4714/22 4718/15
4722/19 4723/9
4726/10 4726/12
4729/12 4729/13
4733/1
trials [1] 4726/25
tried [4] 4685/18
4710/22 4714/24
4715/21
triumphant [1] 4692/12
Troy [2] 4653/15
4655/10
Troy Edwards [1]
4655/10
truck [5] 4689/2
4698/25 4698/25
4702/23 4703/6
trucks [2] 4660/8
4703/9
true [5] 4662/25
4674/25 4682/23
4689/22 4697/18
Trump [11] 4659/3
4662/9 4662/16 4672/3
4673/7 4673/10
4673/19 4682/10
4686/3 4702/16
4705/18
trust [1] 4665/3
truth [2] 4684/5 4685/3
TruthSeeker69 [2]
4664/23 4665/12
try [5] 4684/2 4693/23
4709/2 4713/3 4726/12
trying [11] 4659/8
4665/24 4684/7 4703/4
4707/25 4707/25
4727/7 4727/24 4728/1

turned [1] 4697/5
TV [3] 4663/8 4698/11
4698/12
two [12] 4660/11
4661/7 4662/15
4664/15 4679/16
4687/17 4693/15
4693/16 4700/3
4719/21 4724/3 4724/6
type [2] 4722/18
4723/10
tyrannical [2] 4673/22
4709/21

**U**

U.S [2] 4653/16
4661/15
U.S. [1] 4682/19
U.S. Capitol [1]
4682/19
Uber [2] 4701/25
4703/4
Ulrich [15] 4664/24
4665/8 4665/14
4665/16 4669/12
4674/4 4678/10 4685/4
4685/5 4685/9 4686/4
4687/8 4687/12
4687/20 4706/2
Ulrich's [1] 4687/1
ultimately [1] 4656/15
unanimous [2]
4713/11 4716/4
uncomfortable [1]
4677/7
under [5] 4684/9
4684/10 4688/22
4713/8 4724/7
understand [3] 4666/6
4726/9 4726/22
understands [2]
4700/23 4705/8
understood [3]
4725/10 4729/14
4729/17
unfair [1] 4722/10
unique [2] 4669/23
4702/3
UNITED [14] 4653/1
4653/3 4653/10 4655/5
4658/16 4661/2 4661/8
4661/14 4662/10
4662/16 4662/21
4704/2 4704/17
4710/21
United States [10]
4655/5 4658/16 4661/2
4661/8 4661/14
4662/10 4662/16
4662/21 4704/2
4704/17
United States of [1]
4710/21
unjust [1] 4709/1
unless [1] 4669/6
unlikely [1] 4718/24
until [3] 4713/10

up [31] 4657/17 4660/5
4660/8 4669/17
4670/19 4675/25
4679/22 4680/6 4680/8
4681/6 4681/12
4682/10 4682/11
4684/18 4685/15
4686/10 4690/9
4697/12 4699/9 4702/9
4710/4 4711/17
4711/23 4720/17
4720/19 4720/24
4722/9 4724/2 4724/5
4728/16 4732/20
updates [2] 4702/25
4703/1
upended [1] 4695/21
uphold [1] 4710/22
upon [5] 4657/13
4714/7 4714/14 4729/9
4729/9
urgent [3] 4659/2
4659/5 4706/3
us [7] 4666/12 4677/21
4677/24 4698/12
4720/25 4725/16
4725/19
usdoj.gov [2] 4653/18
4653/19
use [13] 4673/17
4683/14 4684/14
4688/18 4688/23
4690/11 4701/2
4703/22 4717/18
4719/3 4723/23 4724/7
4730/1
used [6] 4682/11
4688/20 4691/14
4691/15 4692/7 4707/1
useful [3] 4714/7
4714/13 4714/16
using [8] 4661/25
4675/11 4683/15
4697/12 4700/4 4700/5
4700/8 4700/10

**V**

Vallejo [56] 4654/19
4655/8 4655/16 4660/5
4660/14 4660/19
4669/24 4670/6
4670/22 4671/15
4671/25 4672/2 4672/5
4672/6 4672/8 4672/12
4672/22 4672/23
4673/1 4673/18
4674/24 4676/10
4676/22 4686/24
4687/23 4688/2 4688/6
4688/7 4688/11
4688/19 4701/14
4701/14 4701/17
4701/20 4701/24
4702/8 4702/14
4702/20 4703/4 4703/8
4703/16 4703/18
4704/1 4705/6 4706/1

4706/14
4706/18 4706/25
4707/3 4707/6 4707/8
4707/14 4708/11
4708/16 4711/3
Vallejo's [4] 4686/23
4701/13 4704/3
4704/25 4705/4
4705/11
verdict [26] 4710/23
4711/18 4713/11
4714/3 4714/10 4715/5
4715/7 4715/15 4716/1
4716/2 4716/3 4716/9
4716/10 4716/20
4717/16 4717/18
4717/21 4718/2 4718/3
4718/4 4718/5 4718/6
4718/8 4719/7 4720/4
4720/10
verdicts [4] 4715/2
4715/13 4716/3
4716/17
versa [1] 4732/7
versions [1] 4676/17
versus [1] 4655/6
very [8] 4677/7
4706/18 4719/14
4719/14 4730/15
4733/1 4733/2 4733/11
vet [1] 4724/5
via [1] 4712/22
vice [5] 4677/13
4677/14 4681/1
4682/10 4732/7
Vice President [2]
4677/13 4682/10
Vice President Pence
[2] 4677/14 4681/1
video [25] 4656/22
4656/25 4666/4
4678/21 4681/6
4681/13 4681/21
4682/23 4682/25
4683/7 4683/12
4684/13 4684/24
4685/22 4686/12
4686/21 4689/3 4689/6
4695/4 4695/6 4699/6
4700/25 4701/8
4701/10 4717/5
videos [8] 4656/23
4664/7 4666/18
4696/24 4700/5
4700/18 4701/4
4703/17
view [1] 4708/24
views [1] 4711/23
violence [2] 4662/1
4685/15
violent [2] 4691/5
4694/20
violently [2] 4691/17
4709/2
Virginia [4] 4672/17
4689/9 4699/2 4701/16
visibility [1] 4690/18
voice [1] 4714/8

**V**

**voiced [1]** 4681/11
**volume [2]** 4726/13
4727/1
**voluntarily [1]** 4705/12
**vote [12]** 4676/14
4677/10 4677/15
4681/5 4681/25 4682/4
4682/12 4684/7
4704/12 4713/14
4713/22 4714/14
**votes [1]** 4709/12
**voting [1]** 4713/10
**VPN [1]** 4697/13
**vs [1]** 4653/5

**W**

**waiting [3]** 4677/13
4702/4 4702/5
**Walden [1]** 4686/4
**walked [1]** 4681/15
**walking [2]** 4683/5
4701/11
**walks [1]** 4692/8
**want [15]** 4656/1
4656/11 4663/9
4698/19 4715/17
4717/11 4719/10
4726/7 4726/22 4727/3
4728/11 4728/20
4729/7 4730/13
4732/25
**wanted [14]** 4656/14
4673/16 4674/23
4674/23 4684/16
4685/15 4690/6
4690/10 4696/13
4709/18 4723/20
4731/10 4731/17
4732/5
**wants [2]** 4663/8
4730/1
**war [1]** 4707/7
**warned [1]** 4664/25
**was [211]**
**Washington [4]** 4653/5
4653/17 4654/21
4710/1
**wasn't [7]** 4680/14
4681/2 4681/25
4682/10 4706/3
4706/15 4732/15
**watch [3]** 4706/25
4712/5 4712/7
**waterways [2]** 4688/3
4688/5
**Watkins [7]** 4671/16
4677/22 4677/25
4692/22 4693/4
4693/22 4694/5
**wave [1]** 4694/11
**waves [1]** 4693/16
**way [28]** 4659/20
4660/6 4663/13
4663/15 4672/12
4675/5 4678/3 4678/18
4681/22 4685/11
4688/12 4693/17

4696/24 4699/4 4703/7
4708/3 4712/23
4713/22 4714/16
4716/8 4721/25
4724/24 4727/18
4728/15 4729/2 4731/1
**ways [1]** 4697/16
**we [76]** 4655/21
4656/17 4658/1
4658/19 4662/10
4663/23 4664/9 4664/9
4664/11 4664/15
4664/16 4664/22
4664/24 4665/3 4665/6
4665/15 4665/21
4665/23 4665/23
4666/2 4666/3 4666/5
4668/18 4671/14
4678/21 4682/11
4691/6 4695/20 4700/7
4701/5 4707/10
4708/14 4708/14
4708/21 4710/21
4710/23 4718/7
4718/12 4718/18
4718/24 4719/3 4719/6
4719/9 4719/14
4719/19 4720/3
4720/14 4720/18
4720/22 4721/7 4722/8
4723/23 4724/4 4724/8
4724/15 4724/16
4725/12 4725/14
4725/16 4726/10
4726/12 4726/23
4727/24 4729/15
4730/9 4730/10
4730/12 4730/13
4730/24 4731/13
4731/17 4732/4 4732/5
4732/13 4732/16
4733/12
**we will [5]** 4718/7
4718/24 4719/6 4719/9
4720/3
**we'll [3]** 4706/19
4720/24 4733/11
**we're [8]** 4656/7
4665/23 4677/24
4707/7 4721/8 4725/2
4728/1 4730/16
**we've [7]** 4656/16
4657/16 4669/18
4706/20 4712/2 4712/6
4731/7
**weapons [9]** 4688/5
4688/24 4689/5
4689/10 4689/14
4689/15 4701/18
4702/5 4703/14
**wearing [1]** 4686/10
**week [1]** 4665/8
**weeks [1]** 4726/10
**weight [1]** 4714/2
**WEINBERG [9]**
4654/11 4654/14
4654/15 4655/14

4673/13 4676/6
4676/16 4694/17
4695/12
**Welcome [1]** 4658/1
**well [9]** 4657/11
4670/10 4676/22
4679/24 4683/18
4684/25 4715/3
4720/20 4722/14
**went [8]** 4661/2 4679/9
4682/11 4685/5 4685/7
4689/13 4692/17
4722/20
**were [112]**
**weren't [3]** 4669/7
4693/2 4693/3
**what [96]**
**what's [1]** 4707/9
**whatever [3]** 4678/9
4730/12 4732/18
**wheeling [1]** 4703/18
**when [49]** 4658/9
4658/20 4659/25
4660/1 4660/2 4660/3
4660/5 4660/7 4660/10
4661/6 4661/19
4662/15 4663/14
4663/16 4664/14
4665/14 4666/20
4670/19 4670/25
4675/23 4681/10
4682/14 4684/4 4684/9
4684/10 4693/20
4694/14 4694/15
4699/8 4699/24 4702/6
4702/16 4704/10
4704/11 4704/12
4707/12 4707/15
4709/1 4709/2 4711/13
4713/20 4714/10
4717/16 4717/19
4718/3 4721/7 4722/3
4723/23 4733/11
**where [19]** 4656/13
4662/4 4663/13
4664/10 4668/3
4672/12 4693/23
4703/8 4703/11
4703/12 4703/12
4707/3 4722/4 4722/8
4723/10 4724/1
4724/25 4729/22
4730/1
**whether [11]** 4655/22
4655/24 4657/2
4658/20 4663/5 4663/16
4695/2 4713/14 4727/3
4727/8 4732/13
**which [16]** 4656/23
4664/12 4664/12
4664/13 4687/15
4692/8 4706/5 4706/13
4714/22 4715/1
4715/18 4717/25
4724/19 4726/10
4728/23 4732/10
**while [14]** 4657/16
4657/18 4672/21

4689/25 4694/18
4696/7 4710/3 4716/25
4717/2 4717/11 4722/7
4730/8
**who [36]** 4655/25
4664/11 4665/16
4665/17 4669/8 4669/8
4669/9 4670/22
4671/20 4675/10
4682/5 4684/23 4686/4
4689/10 4689/16
4690/19 4693/12
4695/4 4695/8 4699/8
4699/9 4699/9 4706/9
4706/14 4707/16
4710/8 4710/10
4710/10 4710/12
4711/9 4711/20
4711/21 4711/22
4711/24 4732/2 4733/8
**who's [2]** 4698/12
4702/5
**whole [6]** 4679/2
4680/25 4687/1
4694/13 4695/16
4717/13
**whom [2]** 4706/22
4710/14
**whose [1]** 4664/10
**why [19]** 4658/23
4665/21 4676/5 4676/8
4679/2 4680/15 4682/1
4684/16 4689/23
4694/22 4694/24
4695/13 4698/13
4700/25 4703/5 4703/6
4707/23 4708/5
4732/11
**Wickham [1]** 4661/19
**wide [1]** 4683/21
**wife [1]** 4682/6
**wildfire [1]** 4677/23
**will [47]** 4655/22
4656/15 4657/2 4658/5
4658/23 4675/20
4683/5 4705/8 4707/1
4709/17 4711/10
4711/20 4711/21
4711/22 4711/24
4712/12 4713/4
4716/13 4716/19
4716/23 4716/24
4717/7 4717/9 4717/18
4718/7 4718/7 4718/19
4718/24 4719/6 4719/9
4720/1 4720/1 4720/3
4720/4 4720/5 4720/6
4720/9 4720/12
4720/12 4720/12
4721/1 4721/2 4721/3
4721/9 4721/10 4727/9
4730/12
**William [5]** 4654/2
4654/3 4655/12 4734/2
4734/8
**William Shipley [1]**
4655/12

**willing [2]** 4656/17
4725/19
**window [1]** 4704/23
**wish [6]** 4712/15
4716/21 4717/5
4720/16 4720/18
4728/9
**wished [2]** 4708/9
4708/10
**within [1]** 4657/20
**without [1]** 4722/24
**witness [3]** 4665/10
4668/16 4668/25
**witnesses [4]** 4667/13
4667/18 4667/20
4668/14
**wizard [1]** 4723/21
**won [1]** 4658/23
**won't [1]** 4732/15
**word [5]** 4665/11
4677/16 4681/1
4688/17 4708/14
**words [13]** 4666/13
4682/12 4684/1
4685/19 4689/14
4702/21 4702/21
4705/18 4708/10
4709/20 4714/1 4716/3
4724/12
**work [6]** 4662/10
4671/22 4697/25
4698/2 4723/22
4725/17
**worked [1]** 4690/6
4709/14
**working [8]** 4659/3
4659/3 4663/13
4675/24 4678/5
4705/16 4725/15
4733/9
**works [2]** 4664/3
4692/1
**worry [1]** 4707/21
**would [39]** 4656/11
4670/3 4670/4 4670/6
4671/21 4672/13
4677/5 4677/15 4679/6
4682/1 4686/9 4688/23
4689/16 4690/14
4695/14 4695/21
4695/24 4696/2 4696/3
4696/3 4696/5 4700/25
4701/19 4707/23
4712/1 4722/9 4723/23
4723/24 4724/2 4724/5
4724/7 4724/8 4724/19
4724/23 4726/6
4728/25 4729/4
4730/14 4733/5
**would be [1]** 4672/13
**wouldn't [9]** 4656/6
4679/7 4684/19
4684/22 4684/23
4685/1 4696/4 4725/14
4729/1
**wrap [1]** 4710/5
**write [2]** 4706/18
4707/23

**writes [1]** 4706/20
**writing [2]** 4713/6
4713/12
**written [3]** 4705/5
4715/18 4716/23
**wrong [9]** 4665/5
4672/4 4680/1 4680/15
4685/22 4685/23
4698/8 4709/1 4713/21
**wrote [4]** 4659/9
4664/16 4675/14
4684/1

**Y**

**yanking [1]** 4691/10
**yeah [6]** 4657/4 4703/8
4723/15 4723/15
4728/20 4729/17
**year [1]** 4662/17
**years [1]** 4709/15
**yelled [1]** 4696/6
**yelling [1]** 4692/24
**yes [14]** 4658/24
4660/25 4667/3
4669/22 4675/1
4683/10 4686/6 4721/3
4721/9 4721/20
4722/17 4723/24
4731/9 4732/22
**yesterday [30]** 4658/9
4661/5 4662/7 4662/23
4663/20 4664/20
4665/4 4666/12
4669/20 4672/2 4673/6
4674/21 4676/8
4676/18 4678/7
4680/11 4682/16
4682/21 4685/7
4685/20 4687/25
4688/9 4689/20
4692/12 4694/17
4695/13 4701/20
4703/15 4704/3 4705/1
**yet [2]** 4706/17
4706/20
**York [1]** 4699/25
**you [336]**
**you'll [9]** 4656/21
4670/25 4682/24
4686/11 4699/16
4699/19 4704/14
4720/23 4721/5
**you're [7]** 4656/20
4657/20 4667/1
4670/25 4679/6
4720/13 4722/18
**you've [7]** 4656/1
4700/6 4715/18
4719/20 4727/2 4727/6
4728/18
**Young [1]** 4683/7
**youngest [1]** 4699/1
**your [71]** 4655/4
4657/7 4657/19 4658/7
4663/4 4663/4 4663/15
4663/17 4666/19
4667/3 4667/10

4667/13 4667/24
4675/3 4675/19
4684/14 4700/20
4705/10 4707/24
4710/18 4711/10
4711/14 4711/15
4711/17 4711/18
4711/20 4712/10
4712/24 4713/1
4713/16 4713/19
4713/24 4714/2 4715/5
4715/7 4715/14
4715/15 4716/3 4716/7
4716/9 4716/10
4716/17 4716/20
4717/7 4717/10
4717/16 4717/16
4717/19 4718/2 4718/3
4718/4 4718/4 4718/8
4718/10 4718/22
4718/22 4719/11
4720/2 4720/15 4721/3
4721/4 4721/5 4721/20
4722/17 4722/19
4725/10 4726/22
4728/18 4732/22
4733/3 4733/4
**Your Honor [14]**
4655/4 4658/7 4667/3
4667/10 4667/15
4667/24 4675/19
4700/20 4705/10
4721/20 4722/17
4722/19 4725/10
4732/22
**yours [2]** 4658/5
4716/6
**yourself [2]** 4689/6
4713/18
**yourselves [2]** 4717/2
4720/21

**Z**

**Zaremba [2]** 4734/2
4734/8
**Zello [1]** 4677/23