4756

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )      CR No. 22-15
                                    )      Washington, D.C.
          vs.                       )      January 23, 2023
                                    )      2:00 p.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )      Day 25
            Defendants.             )
_____ )

TRANSCRIPT OF JURY TRIAL VERDICT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

4757

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

4758

```
 1                        P R O C E E D I N G S

 2            COURTROOM DEPUTY:  All rise.  This Court is in

 3   session.  The Honorable Amit P. Mehta presiding.

 4            THE COURT:  Good afternoon.  Please be seated,

 5   everyone.

 6            COURTROOM DEPUTY:  Good afternoon, Your Honor.

 7            This is Criminal Case No. 22-15, United States of

 8   America versus Defendant No. 6, Roberto A. Minuta; Defendant

 9   7, Joseph Hackett; Defendant 8, David Moerschel; and

10   Defendant 11, Edward Vallejo.

11            Kathryn Rakoczy, Jeffrey Nestler, Alexandra

12   Hughes, Troy Edwards, and Louis Manzo for the government.

13            William Shipley for Defendant Minuta.

14            Angela Halim for Defendant Hackett.

15            Scott Weinberg for Defendant Moerschel.

16            And Matthew Peed for Defendant Vallejo.

17            All four named defendants are present in the

18   courtroom for these proceedings.

19            THE COURT:  Okay.  Good afternoon, everyone.

20   We've received a note from the jury indicating that it has

21   reached a verdict.

22            Two things before we ask the jury to come in and

23   then, if there's anything anybody wishes to raise.

24            One, I've been meaning to put on the record just

25   the following, which is that we had questioned 74 jurors
```

```
 1   during the voir dire process, 16 of those were stricken for
 2   subject-matter related bias, which comes out to about just
 3   north of 20 percent of the questioned venire that we brought
 4   in.
 5            Second question is whether the defense would like
 6   the jury polled?
 7            MR. PEED:  Yes, Your Honor.
 8            MS. HALIM:  Yes.
 9            THE COURT:  Anything else anybody wants to raise?
10            MR. EDWARDS:  No, Your Honor.
11            (Pause)
12            THE COURT:  Sorry, I misspoke.  The number is 79.
13            COURTROOM DEPUTY:  Jury panel.
14            (Jury entered the courtroom.)
15            THE COURT:  All right.  Please be seated,
16   everyone.
17            Ladies and gentlemen, good afternoon and welcome
18   back, nice to have you with us all.
19            I understand that you have reached a verdict;
20   is that correct?
21            THE JURORS:  Yes.
22            (All jurors nodded.)
23            THE COURT:  So I'll ask the foreperson to please
24   rise and hand your verdict sheet to Mr. Douyon.
25            (Pause)
```

1          THE COURT:  Okay.  I'm now going to ask our

2    foreperson to please stand.  And I will ask you how you have

3    found as to each defendant and as to each count that -- as

4    to each defendant and as to each count, okay.

5          So beginning with Count 1 as to Defendant

6    Roberto Minuta, how does the jury find?

7          FOREPERSON:  Guilty.

8          THE COURT:  And which of the objects has the jury

9    unanimously found the defendant conspired to achieve?

10         FOREPERSON:  To use force to prevent, hinder, or

11   delay the execution of any law of the United States.

12         THE COURT:  As to Count 1 as to Defendant

13   Joseph Hackett, how does the jury find?

14         FOREPERSON:  Guilty.

15         THE COURT:  And as to Mr. Hackett, which object

16   do you unanimously find the defendant conspired to achieve?

17         FOREPERSON:  To use force to prevent, hinder, or

18   delay the execution of any law of the United States?

19         THE COURT:  As to Defendant David Moerschel on

20   Count 1 of seditious conspiracy, how does the jury find?

21         FOREPERSON:  Guilty.

22         THE COURT:  And as to which object of the

23   conspiracy has the jury unanimously found?

24         FOREPERSON:  To use force to prevent, hinder, or

25   delay the execution of any law of the United States.

1          THE COURT:  As to Defendant Ed Vallejo, how does

2    the jury find in count 1?

3          FOREPERSON:  Guilty.

4          THE COURT:  And which object of the conspiracy has

5    the jury unanimously found?

6          FOREPERSON:  To use force to prevent, hinder, or

7    delay the execution of any law of the United States.

8          THE COURT:  As to Count 2, conspiracy to obstruct

9    an official proceeding, how does the jury find with respect

10   to Defendant Roberto Minuta?

11         FOREPERSON:  Guilty.

12         THE COURT:  As to Defendant Joseph Hackett?

13         FOREPERSON:  Guilty.

14         THE COURT:  As to Defendant David Moerschel?

15         FOREPERSON:  Guilty.

16         THE COURT:  As to Defendant Ed Vallejo?

17         FOREPERSON:  Guilty.

18         THE COURT:  Count 3, obstruction of an official

19   proceeding as to Defendant Minuta, how does the jury find?

20         FOREPERSON:  Guilty.

21         THE COURT:  As to Defendant Hackett?

22         FOREPERSON:  Guilty.

23         THE COURT:  As to Defendant David Moerschel?

24         FOREPERSON:  Guilty.

25         THE COURT:  And as to Defendant Edward Vallejo?

4762

1          FOREPERSON:  Guilty.

2          THE COURT:  As to Count 4, conspiracy to prevent

3  members of Congress from discharging their duties with

4  respect to Defendant Roberto Minuta, how does the jury find?

5          FOREPERSON:  Guilty.

6          THE COURT:  And which of the objects has the jury

7  found unanimously?

8          FOREPERSON:  To prevent a member of Congress from

9  discharging a duty as a member of Congress.

10          THE COURT:  As to Defendant Joseph Hackett, how

11  does the jury find on Count 4?

12          FOREPERSON:  Guilty.

13          THE COURT:  And which object does the jury find

14  unanimously?

15          FOREPERSON:  To prevent a member of Congress from

16  discharging a duty as a member of Congress.

17          THE COURT:  As to Defendant David Moerschel, how

18  does the jury find?

19          FOREPERSON:  Guilty.

20          THE COURT:  And which of the objects does the jury

21  find unanimously?

22          FOREPERSON:  To prevent a member of Congress from

23  discharging a duty as a member of Congress.

24          THE COURT:  And as to Defendant Edward Vallejo,

25  how does the jury find?

4763

1                   FOREPERSON:  Guilty.

2                   THE COURT:  And which of the objects has the jury

3     concluded unanimously he attempted to achieve?

4                   FOREPERSON:  To prevent a member of Congress from

5     discharging a duty as a member of Congress.

6                   THE COURT:  All right.  As to Count 5, destruction

7     of government property, how does the jury find as to

8     Defendant Joseph Hackett?

9                   FOREPERSON:  Not guilty.

10                   THE COURT:  As to Defendant David Moerschel?

11                   FOREPERSON:  Not guilty.

12                   THE COURT:  As to Count 6, tampering with

13     documents or proceedings as to Mr. Minuta, how does the jury

14     find?

15                   FOREPERSON:  Not guilty.

16                   THE COURT:  As to Count 7, tampering with

17     documents or proceedings as to Mr. Hackett, how does the

18     jury find?

19                   FOREPERSON:  Guilty.

20                   THE COURT:  And as to Count 8, tampering with

21     documents or proceeding as to Defendant Moerschel, how does

22     the jury find?

23                   FOREPERSON:  Not guilty.

24                   THE COURT:  All right.  Thank you very much,

25     ma'am.

1          Ladies and gentlemen, I have been asked by the

2    parties to poll each of you individually.  What that means

3    is that I will be asking each of you individually whether

4    you agree with the verdicts as they have just been read by

5    your foreperson, okay?

6          So the juror in Seat 1, do you agree with the

7    verdicts as they have been read by your foreperson?

8          JUROR:  I do.

9          THE COURT:  Juror in Seat 2?

10          JUROR:  I do.

11          THE COURT:  Juror in Seat 3?

12          JUROR:  I do.

13          THE COURT:  Juror in Seat 4?

14          JUROR:  I do.

15          THE COURT:  Seat 5?

16          JUROR:  I do.

17          THE COURT:  Our foreperson in 6?

18          JUROR:  I do, Your Honor.

19          THE COURT:  And juror in Seat 8?

20          I'm sorry, 9.  My apologies.

21          JUROR:  I do.

22          THE COURT:  Juror in Seat 10?

23          JUROR:  I do, Your Honor.

24          THE COURT:  And Seat 11?

25          JUROR:  I do.

1            THE COURT:  Seat 12?

2            JUROR:  I do.

3            THE COURT:  Seat 13?

4            JUROR:  I do.

5            THE COURT:  And in Seat 14?

6            JUROR:  I do.

7            THE COURT:  That's it.

8            All right.  Ladies and gentlemen, that is the end

9    of your jury service.  On behalf of the Court and on behalf

10   of the parties, I want to thank you very much for your

11   service.  I know you all have expended a great deal of time

12   and made personal sacrifices.  The system doesn't work

13   without your willingness to be here and serve.  So we are

14   very grateful.  Thank you very much.  Mr. Douyon will show

15   you out and provide you with some additional instructions,

16   all right?  Thank you very much.

17            (Jury exited the courtroom.)

18            THE COURT:  Okay.  Please be seated, everyone.

19            Does the government have a motion?

20            MR. EDWARDS:  Yes, Your Honor.

21            Beforehand, just for the record, I believe the

22   last juror was Seat 15 but was currently sitting in -- so I

23   wanted to make that clear.

24            THE COURT:  Right.

25            For the record, yes, that was originally the juror

```
 1    in Seat 15 who we moved up into 14 after -- well, we moved

 2    up to Seat 14, but, yes, that's originally the juror in Seat

 3    15.  That's right.

 4              MR. EDWARDS:  At this time, the government moves

 5    for detention pending sentencing for all four defendants

 6    under 3143(a)(1).  Happy to provide argument if the Court

 7    needs.  I know the Court has watched all the evidence in the

 8    trial, particularly from Mr. Hackett, who has now been found

 9    guilty of 1512(c)(1) for deletion of evidence, and all four

10    defendants who have been found guilty of seditious

11    conspiracy, which is different than the defendant that the

12    government sought detention pending sentencing,

13    Mr. Caldwell, in the first trial.

14              THE COURT:  I take it that even sedition is not a

15    presumptive offense for detention, correct?

16              MR. EDWARDS:  That's right, Your Honor.  The

17    government's argument here is that Count 1's --

18              THE COURT:  I just wanted to confirm that we're

19    all on the same page, that that's the case.

20              MR. EDWARDS:  Right.

21              THE COURT:  Does the defense wish to be heard?

22              MR. SHIPLEY:  As to Mr. Minuta, Your Honor, the

23    only issue is with respect to Count 1.  And I point out that

24    Count 1 is a conspiracy, it only requires an agreement, it

25    doesn't require the actual or threatened use of force, so
```

1    I don't think it requires detention under the 3143,

2    I believe, not 3142.

3            So the Court can -- has the authority, defined by

4    clear and convincing evidence, that he's not a danger to the

5    community, he's not a flight risk, and, therefore, he's

6    entitled to remain on release pending sentencing based on

7    the Court's determination.

8            I don't think there's any basis for the Court to

9    find otherwise given his attendance at all proceedings, no

10   issues with Pretrial Services, no issues with his terms and

11   conditions of release pending trial.  So on that basis, I'll

12   ask the Court to allow him to remain on release pending

13   sentencing.

14           THE COURT:  All right.

15           MS. HALIM:  Good afternoon, Your Honor.

16           THE COURT:  Good afternoon.

17           MS. HALIM:  Likewise for Mr. Hackett, I would ask

18   that you continue his bond pending sentencing.  He has over

19   a year of exemplary behavior with no issues whatsoever.  And

20   I do think that there's more than enough for the Court to

21   find by clear and convincing evidence that he's not a danger

22   to the community or a risk of flight, and I would say, of

23   course, that Mr. Hackett would consent to reinstating the

24   electronic monitoring and the house arrest conditions, which

25   were very stringent that he was under before.

1          THE COURT:  Okay.

2          MR. WEINBERG:  Judge, I would just reiterate those

3    same arguments for Mr. Moerschel.  He's been out pretty much

4    the entire time, has not had one issue with Pretrial.  He's

5    been communicative with me.  He's appeared at every court

6    appearance he's needed to appear at so I don't think he's a

7    danger to the community.

8          MR. PEED:  Your Honor, I'll reiterate the same

9    arguments for Mr. Vallejo, Your Honor.  And would just note

10   that the object that the jury seemed to focus on

11   essentially, based on the Court's rulings, is very analogous

12   to 1512.  You know, it's basically -- they almost overlap.

13   So I think the Court can make a finding by clear and

14   convincing evidence that Mr. Vallejo and the defendants have

15   complied with everything they've been asked of and there

16   have been no reports of infractions for over a year.

17   Thank you, Your Honor.

18         THE COURT:  So because the defendants are now

19   convicted of multiple offenses, in order to maintain their

20   bond status, the Court has to find by clear and convincing

21   evidence that they're not likely to flee or pose a danger to

22   the safety of any other person or the community if they were

23   to be released under 3142(b) or (c).

24         I don't think, clearly, none of them are flight

25   risks.  The question is whether they pose a danger of safety

1    to the community -- to the safety of the community and any

2    other person.

3            Look, notwithstanding the nature of the charges,

4    which undoubtedly are serious, none of these defendants, to

5    my knowledge, have any prior criminal history.  They are all

6    and have been on pretrial release for the last year plus,

7    and, to my knowledge, there has not been a single infraction

8    by any one of the defendants.  And although, certainly, the

9    seriousness of the offenses can't be understated, none of

10   them are actually -- excuse me, none of them actually were

11   proven to have committed any acts of violence and there are

12   no acts of violence in their history to speak of.

13           That said, I want to make sure that the conditions

14   that they were released upon initially are reinstated; that

15   is, 24-hour house arrest with the limited exceptions that

16   the house arrest permits, ensure that all firearms or other

17   dangerous weapons are removed from the home.  Also, the

18   limitations on internet and electronic communications use

19   should be reinstated, and then whatever other standard

20   conditions that Pretrial deems appropriate will be

21   reinstated.

22           I will ask that the parties meet and confer and

23   propose a schedule, both for sentencings and for any

24   posttrial motions that the defendants intend to file.

25           And if you could just submit that to me by the

1    middle of next week, by next Wednesday, that would be great,

2    okay?

3              MR. EDWARDS:  Your Honor, just to be clear,

4    I don't believe those conditions existed for all four of the

5    defendants.  So I want to be clear, at least for the record,

6    the government would request that that 24-hour house arrest

7    and GPS monitoring apply to all four defendants moving

8    forward.

9              THE COURT:  Right.

10             And if there was any variation in terms of the

11   conditions of release after the arrest, I don't recall, but

12   the bottom line is, as Mr. Edwards has requested, the

13   conditions that I've just laid out apply to all four

14   defendants equally.  Pretrial Services will provide you with

15   the particulars, because, as I said, 24-hour house arrest,

16   any weapons, dangerous weapons need to be removed from the

17   home and, importantly, the same limitation I placed on

18   electronic communications continues to apply or will apply.

19             MR. WEINBERG:  So, Your Honor, if my client hasn't

20   had an ankle monitor, he doesn't need one?

21             THE COURT:  No.  He does now.

22             MR. WEINBERG:  He has to get that here before he

23   leaves, or do you want him to get it in Fort Myers where he

24   was originally detained?

25             THE COURT:  What I would ask -- I do not know the

1    logistics of how that needs to work, so I'll just ask you

2    all to stand behind and we'll call Pretrial Services and

3    have them come up and advise us on the best way forward.

4         MR. SHIPLEY:  That's my question is, obviously,

5    Mr. Minuta needs to travel back to Texas.  I know in other

6    cases, this kind of situation has been addressed by having

7    the most restrictive conditions not begin for 72 hours,

8    giving him time to get back to Texas, contact Pretrial

9    Services there, arrange for the necessary technology to be

10   put in place, at which point the conditions would kick in.

11   So I'm asking if we could do it that way, that would give

12   him until Friday to get back or Thursday to get back home.

13        THE COURT:  Let's do this.  Let's call Pretrial,

14   if they can be -- give ankle monitors here today that could

15   then be used when they return home, all the better.  If they

16   can't, I'll allow them to report to Pretrial Services in the

17   district of their residence within 48 hours.

18        MR. SHIPLEY:  My understanding is every Pretrial

19   Services Office deals -- has a different contract with

20   different companies and the technology is not necessarily

21   compatible from one district to another.

22        THE COURT:  I have no reason to doubt that, I just

23   don't know.

24        So we'll call Pretrial; they'll be up in a minute.

25        All right.  Is there anything else, Counsel?

4772

1          MR. EDWARDS:  From the government, no.

2          MS. HALIM:  No, Your Honor.

3          THE COURT:  All right.  Thank you, all, very much.

4          COURTROOM DEPUTY:  All rise.

5          MR. EDWARDS:  Your Honor, I'm sorry to interrupt,

6    I know that we emailed about the conflicts issue.  Since

7    Mr. Minuta is here, I don't know if the Court would want to

8    address that now or if we want to do that at a different

9    time.

10         THE COURT:  Why don't we let it sit for a moment.

11         MR. EDWARDS:  Thank you, Your Honor.

12         THE COURT:  Thank you.

13         COURTROOM DEPUTY:  This Court stands in recess.

14         (Proceedings concluded at 2:40 p.m.)

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

Date:__January 23, 2023_____    

                 William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 4758/2 4758/6 4759/13 4772/4 4772/13
**FOREPERSON: [29]**
**JUROR: [12]** 4764/8 4764/10 4764/12 4764/14 4764/16 4764/18 4764/21 4764/23 4764/25 4765/2 4765/4 4765/6
**MR. EDWARDS: [9]** 4759/10 4765/20 4766/4 4766/16 4766/20 4770/3 4772/1 4772/5 4772/11
**MR. PEED: [2]** 4759/7 4768/8
**MR. SHIPLEY: [3]** 4766/22 4771/4 4771/18
**MR. WEINBERG: [3]** 4768/2 4770/19 4770/22
**MS. HALIM: [4]** 4759/8 4767/15 4767/17 4772/2
**THE COURT: [65]**
**THE JURORS: [1]** 4759/21

**1**
**1's [1]** 4766/17
**10 [1]** 4764/22
**11 [2]** 4758/10 4764/24
**114 [1]** 4757/16
**1150 [1]** 4757/20
**12 [1]** 4765/1
**13 [1]** 4765/3
**1341 [1]** 4757/4
**14 [3]** 4765/5 4766/1 4766/2
**15 [5]** 4756/4 4758/7 4765/22 4766/1 4766/3
**1512 [2]** 4766/9 4768/12
**1532 [1]** 4757/11
**16 [1]** 4759/1
**1775 [1]** 4757/20
**19129 [1]** 4757/7

**2**
**20 [1]** 4759/3
**20006 [1]** 4757/21
**202 [2]** 4756/17 4757/21
**2023 [2]** 4756/5 4773/7
**20579 [1]** 4756/17
**215-300-3229 [1]** 4757/8
**22-15 [2]** 4756/4 4758/7
**228-1341 [1]** 4757/4
**23 [2]** 4756/5 4773/7
**239 [1]** 4757/12
**24-hour [3]** 4769/15 4770/6 4770/15

**252-7277 [1]** 4756/17
**265 [1]** 4757/15
**2:00 [1]** 4756/6
**2:40 [1]** 4772/14

**3**
**3142 [2]** 4767/2 4768/23
**3143 [2]** 4766/6 4767/1
**3229 [1]** 4757/8
**337-9755 [1]** 4757/12
**33901 [1]** 4757/12
**33950 [1]** 4757/16
**3580 [1]** 4757/7

**4**
**48 [1]** 4771/17

**5**
**575-8000 [1]** 4757/17

**6**
**601 [1]** 4756/16

**7**
**72 [1]** 4771/7
**7277 [1]** 4756/17
**74 [1]** 4758/25
**745 [1]** 4757/3
**79 [1]** 4759/12

**8**
**8000 [1]** 4757/17
**808 [1]** 4757/4
**808Shipleylaw [1]** 4757/5

**9**
**919-9491 [1]** 4757/21
**941 [1]** 4757/17
**9491 [1]** 4757/21
**96734 [1]** 4757/4
**9755 [1]** 4757/12

**A**
**about [2]** 4759/2 4772/6
**above [1]** 4773/4
**above-titled [1]** 4773/4
**achieve [2]** 4760/9 4760/16 4763/3
**acts [2]** 4769/11 4769/12
**actual [1]** 4766/25
**actually [2]** 4769/10 4769/10
**additional [1]** 4765/15
**address [1]** 4772/8
**addressed [1]** 4771/6
**advise [1]** 4771/3
**after [2]** 4766/1 4770/11
**afternoon [6]** 4758/4 4758/6 4758/19 4759/17 4767/15 4767/16
**agree [2]** 4764/4 4764/6

**agreement [2]** 4760/23 4761/4
**AL [1]** 4756/6
**Alexandra [2]** 4756/15 4758/11
**all [27]**
**all right [2]** 4759/15 4765/16
**allow [2]** 4767/12 4771/16
**almost [1]** 4768/12
**Also [1]** 4769/17
**although [1]** 4769/8
**AMERICA [2]** 4756/3 4758/8
**AMIT [2]** 4756/9 4758/3
**Amit P. Mehta [1]** 4758/3
**analogous [1]** 4768/11
**Angela [2]** 4757/6 4758/14
**Angela Halim [1]** 4758/14
**angiehalim [1]** 4757/8
**ankle [2]** 4770/20 4771/14
**another [1]** 4771/21
**any [13]** 4760/11 4760/18 4760/25 4761/7 4767/8 4768/22 4769/1 4769/5 4769/8 4769/11 4769/23 4770/10 4770/16
**anybody [2]** 4758/23 4759/9
**anything [3]** 4758/23 4759/9 4771/25
**apologies [1]** 4764/20
**appear [1]** 4768/6
**appearance [1]** 4768/6
**APPEARANCES [2]** 4756/13 4756/20
**appeared [1]** 4768/5
**apply [4]** 4770/7 4770/13 4770/18 4770/18
**appropriate [1]** 4769/20
**are [10]** 4758/17 4765/13 4768/18 4768/24 4769/4 4769/5 4769/10 4769/11 4769/14 4769/17
**argument [2]** 4766/6 4766/17
**arguments [2]** 4768/3 4769/8
**arrange [1]** 4771/9
**arrest [6]** 4767/24 4769/15 4769/16 4770/6 4770/11 4770/15
**as [41]**
**ask [9]** 4758/22 4759/23 4760/1 4760/2 4767/12 4767/17 4769/22 4770/25 4771/1
**asked [1]** 4764/1

**asking [2]** 4764/3 4771/11
**attempted [1]** 4763/3
**attendance [1]** 4767/9
**ATTORNEY'S [1]** 4756/16
**authority [1]** 4767/3
**Avenue [1]** 4757/15

**B**
**back [5]** 4759/18 4771/5 4771/8 4771/12 4771/12
**based [2]** 4767/6 4768/11
**basically [1]** 4768/12
**basis [2]** 4767/8 4767/11
**be [18]** 4758/4 4759/15 4764/3 4765/13 4765/18 4766/21 4768/23 4769/9 4769/19 4769/20 4770/1 4770/3 4770/5 4770/16 4771/9 4771/14 4771/15 4771/24
**because [2]** 4768/18 4770/15
**been [13]** 4758/24 4764/1 4764/4 4764/7 4766/8 4766/10 4768/3 4768/5 4768/15 4768/16 4769/6 4769/7 4771/6
**before [4]** 4756/9 4758/22 4767/25 4770/22
**Beforehand [1]** 4765/21
**begin [1]** 4771/7
**beginning [1]** 4760/5
**behalf [2]** 4765/9 4765/9
**behavior [1]** 4767/19
**behind [1]** 4771/2
**believe [3]** 4765/21 4767/2 4770/14
**best [1]** 4771/3
**better [1]** 4771/15
**bias [1]** 4759/2
**bond [2]** 4767/18 4768/20
**both [1]** 4769/23
**bottom [1]** 4770/12
**Box [1]** 4757/3
**brought [1]** 4759/3
**BROWN [2]** 4757/11 4757/14
**bsrlegal.com [2]** 4757/13 4757/17

**C**
**Caldwell [1]** 4766/13
**call [3]** 4771/2 4771/13 4771/24
**can [3]** 4767/3 4768/13

**can't [2]** 4769/9 4771/16
**case [2]** 4758/7 4766/19
**cases [1]** 4771/6
**certainly [1]** 4769/8
**certify [1]** 4773/2
**charges [1]** 4769/3
**clear [7]** 4765/23 4767/4 4767/21 4768/13 4768/20 4770/3 4770/5
**clearly [1]** 4768/24
**client [1]** 4770/19
**CLINTON [1]** 4757/19
**clintonpeed.com [1]** 4757/22
**COLUMBIA [1]** 4756/1
**come [2]** 4758/22 4771/3
**comes [1]** 4759/2
**committed [1]** 4769/11
**communications [2]** 4769/18 4770/18
**communicative [1]** 4768/5
**community [6]** 4767/5 4767/22 4768/7 4768/22 4769/1 4769/1
**companies [1]** 4771/20
**compatible [1]** 4771/21
**complied [1]** 4768/15
**concluded [2]** 4763/3 4772/14
**conditions [9]** 4767/11 4767/24 4769/13 4769/20 4770/4 4770/11 4770/13 4771/7 4771/10
**confer [1]** 4769/22
**confirm [1]** 4766/18
**conflicts [1]** 4772/6
**Congress [9]** 4762/3 4762/8 4762/9 4762/15 4762/16 4762/22 4762/23 4763/4 4763/5
**connor [2]** 4757/10 4757/13
**consent [1]** 4767/23
**conspiracy [7]** 4760/20 4760/23 4761/4 4761/8 4762/2 4766/11 4766/24
**conspired [2]** 4760/9 4760/16
**contact [1]** 4771/8
**continue [1]** 4767/18
**CONTINUED [1]** 4757/1
**continues [1]** 4770/18
**contract [1]** 4771/19
**convicted [1]** 4769/2
**convincing [4]** 4767/4 4767/21 4768/14 4768/20
**correct [3]** 4759/20

## C

correct... [2] 4766/15
4773/3
could [3] 4769/25
4771/11 4771/14
Counsel [1] 4771/25
count [17] 4760/3
4760/4 4760/5 4760/12
4760/20 4761/2 4761/8
4761/18 4762/2
4762/11 4763/6
4763/12 4763/16
4763/20 4766/17
4766/23 4766/24
Count 1 [5] 4760/5
4760/12 4760/20
4766/23 4766/24
Count 2 [1] 4761/8
Count 4 [2] 4762/2
4762/11
Count 5 [1] 4763/6
Count 6 [1] 4763/12
Count 7 [1] 4763/16
Count 8 [1] 4763/20
course [1] 4767/23
court [14] 4756/1
4758/2 4765/9 4766/6
4766/7 4767/3 4767/8
4767/12 4767/20
4768/5 4768/13
4768/20 4772/7
4772/13
Court's [2] 4767/7
4768/11
courtroom [3] 4758/14
4759/14 4765/17
CR [1] 4756/4
criminal [2] 4758/7
4769/5
CRR [2] 4773/2 4773/8
currently [1] 4765/22

## D

D.C [3] 4756/5 4756/17
4757/21
danger [5] 4767/4
4767/21 4768/7
4768/21 4768/25
dangerous [2] 4769/17
4770/16
Date [1] 4773/7
David [7] 4757/10
4758/9 4760/19
4761/14 4761/23
4762/17 4763/10
David Moerschel [4]
4760/19 4761/14
4761/23 4763/10
Day [1] 4756/7
deal [1] 4765/11
deals [1] 4771/19
deems [1] 4769/20
defendant [36]
Defendant Hackett [1]
4758/14
Defendant Minuta [2]
4758/13 4761/19
Defendant Moerschel
[2] 4758/15 4763/18

4758/16
defendants [12]
4756/7 4758/17 4766/5
4766/10 4768/14
4768/18 4769/4 4769/8
4769/24 4770/5 4770/7
4770/14
defense [2] 4759/5
4766/21
defined [1] 4767/3
delay [4] 4760/11
4760/18 4760/25
4761/7
deletion [1] 4766/9
destruction [1] 4763/6
detained [1] 4770/24
detention [4] 4766/5
4766/12 4766/15
4767/1
determination [1]
4767/7
different [4] 4766/11
4771/19 4771/20
4772/8
dire [1] 4759/1
discharging [5] 4762/3
4762/9 4762/16
4762/23 4763/5
district [5] 4756/1
4756/1 4756/10
4771/17 4771/21
do [20]
do you [2] 4760/16
4764/6
documents [3]
4763/13 4763/17
4763/21
does [19]
doesn't [3] 4765/12
4766/25 4770/20
don't [9] 4767/1 4767/8
4768/6 4768/24 4770/4
4770/11 4771/23
4772/7 4772/10
doubt [1] 4771/22
Douyon [2] 4759/24
4765/14
during [1] 4759/1
duties [1] 4762/3
duty [4] 4762/9
4762/16 4762/23
4763/5

## E

each [6] 4760/3 4760/3
4760/4 4760/4 4764/2
4764/3
Ed [2] 4761/1 4761/16
Ed Vallejo [2] 4761/1
4761/16
Edward [4] 4757/19
4758/10 4761/25
4762/24
Edward Vallejo [1]
4762/24
Edwards [3] 4756/15
4758/12 4770/12

4769/18 4770/18
else [2] 4759/9
4771/25
Email [7] 4756/18
4756/19 4757/5 4757/8
4757/13 4757/17
4757/22
emailed [1] 4772/6
end [1] 4765/8
enough [1] 4767/20
ensure [1] 4769/16
entered [1] 4759/14
entire [1] 4768/4
entitled [1] 4767/6
equally [1] 4770/14
essentially [1] 4768/11
ET [1] 4756/6
even [1] 4766/14
every [2] 4768/5
4771/18
everyone [4] 4758/5
4758/19 4759/16
4765/18
everything [1] 4768/15
evidence [6] 4766/7
4766/9 4767/4 4767/21
4768/14 4768/21
exceptions [1] 4769/15
excuse [1] 4769/10
execution [4] 4760/11
4760/18 4760/25
4761/7
exemplary [1] 4767/19
existed [1] 4770/4
exited [1] 4765/17
expended [1] 4765/11
Eye [1] 4757/20

## F

file [1] 4769/24
find [20]
finding [1] 4768/13
firearms [1] 4769/16
first [1] 4766/13
FL [2] 4757/12 4757/16
flee [1] 4768/21
flight [3] 4767/5
4767/22 4768/24
focus [1] 4768/10
following [1] 4758/25
force [5] 4760/10
4760/17 4760/24
4761/6 4766/25
foregoing [1] 4773/3
foreperson [5] 4759/23
4760/2 4764/5 4764/7
4764/17
Fort [2] 4757/12
4770/23
Fort Myers [1] 4770/23
forward [2] 4770/8
4771/3
found [7] 4760/3
4760/9 4760/23 4761/5
4762/7 4766/8 4766/10
four [6] 4758/17
4766/5 4766/9 4770/4

Friday [1] 4771/12

## G

gentlemen [3] 4759/17
4764/1 4765/8
get [5] 4770/22
4770/23 4771/8
4771/12 4771/12
give [2] 4771/11
4771/14
given [1] 4767/9
giving [1] 4771/12
gmail.com [2] 4757/5
4757/8
going [1] 4760/1
good [6] 4758/4 4758/6
4758/19 4759/17
4767/15 4767/16
Gorda [1] 4757/16
government [8]
4756/14 4758/12
4763/7 4765/19 4766/4
4766/12 4770/6 4772/1
government's [1]
4766/17
GPS [1] 4770/7
grateful [1] 4765/14
great [2] 4765/11
4770/1
guilty [23]

## H

Hackett [13] 4757/6
4758/9 4758/14
4760/13 4760/15
4761/12 4761/21
4762/10 4763/8
4763/17 4766/8
4767/17 4767/23
had [2] 4758/25 4768/4
4770/20
Halim [2] 4757/6
4758/14
hand [1] 4759/24
Happy [1] 4766/6
has [17] 4758/20
4760/8 4760/23 4761/4
4762/6 4763/2 4766/7
4766/8 4766/7/3 4767/18
4768/4 4768/20 4769/7
4770/12 4770/22
4771/6 4771/19
hasn't [1] 4770/19
have [16] 4759/18
4759/19 4760/2 4764/1
4764/4 4764/7 4765/11
4765/19 4766/10
4768/14 4768/16
4769/5 4769/6 4769/11
4771/3 4771/22
having [1] 4771/6
he [8] 4763/3 4767/18
4767/25 4770/20
4770/21 4770/22
4770/22 4770/23
he's [9] 4767/4 4767/5
4767/5 4767/21 4768/3

4768/6
heard [1] 4766/21
here [5] 4765/13
4766/17 4770/22
4771/14 4772/7
HI [1] 4757/4
him [4] 4767/12
4770/23 4771/8
4771/12
hinder [4] 4760/10
4760/17 4760/24
4767/18
his [3] 4767/9 4767/10
4767/18
history [2] 4769/5
4769/12
home [4] 4769/17
4770/17 4771/12
4771/15
Honor [17] 4758/6
4759/7 4759/10
4764/18 4764/23
4765/20 4766/16
4766/22 4767/15
4768/8 4768/9 4768/17
4770/3 4770/19 4772/2
4772/5 4772/11
HONORABLE [2]
4756/9 4758/3
hour [3] 4769/15
4770/6 4770/15
hours [2] 4771/7
4771/17
house [5] 4767/24
4769/15 4769/16
4770/6 4770/15
how [16] 4760/2
4760/6 4760/13
4760/20 4761/1 4761/9
4761/19 4762/4
4762/10 4762/17
4762/25 4763/7
4763/13 4763/21
4763/21 4771/1
Hughes [2] 4756/15
4758/12

## I

I believe [2] 4765/21
4767/2
I don't [5] 4767/1
4767/8 4768/6 4768/24
4770/4
I don't recall [1]
4770/11
I have [1] 4764/1
4771/22
I just [2] 4766/18
4771/22
I know [4] 4765/11
4766/7 4771/5 4772/6
I misspoke [1] 4759/12
I understand [1]
4759/19
I want [2] 4769/13
4770/5
I will [2] 4760/2 4764/3

**I**

I will... [1] 4769/22
I'll [5] 4759/23 4767/11
4768/8 4771/1 4771/16
I'm [4] 4760/1 4764/20
4771/11 4772/5
I've [2] 4758/24
4770/13
importantly [1]
4770/17
Indian [1] 4757/7
indicating [1] 4758/20
individually [2] 4764/2
4764/3
infraction [1] 4769/7
infractions [1] 4768/16
initially [1] 4769/14
instructions [1]
4765/15
intend [1] 4769/24
internet [1] 4769/18
interrupt [1] 4772/5
is [23]
is that correct [1]
4759/20
issue [3] 4766/23
4768/4 4772/6
issues [3] 4767/10
4767/10 4767/19
it [9] 4758/20 4765/7
4766/14 4766/24
4766/24 4767/1
4770/23 4771/11
4772/10
it's [1] 4768/12

**J**

Jackson [1] 4757/11
January [2] 4756/5
4773/7
Jeffrey [2] 4756/14
4758/11
jeffrey.nestler [1]
4756/19
Joseph [6] 4757/6
4758/9 4760/13
4761/12 4762/10
4763/8
Joseph Hackett [4]
4760/13 4761/12
4762/10 4763/8
Jr [1] 4757/2
JUDGE [2] 4756/10
4768/2
juror [9] 4764/6 4764/9
4764/11 4764/13
4764/19 4764/22
4765/22 4765/25
4766/2
jurors [2] 4758/25
4759/22
jury [30]
just [12] 4758/24
4759/2 4764/4 4765/21
4766/18 4768/2 4768/9
4769/25 4770/3
4770/13 4771/1
4771/22

**K**

Kailua [1] 4757/4
Kathryn [2] 4756/14
4758/11
Kathryn.Rakoczy [1]
4756/18
kick [1] 4771/10
kind [1] 4771/6
know [8] 4765/11
4766/7 4768/12
4770/20 4771/5
4771/23 4772/6 4772/7
knowledge [2] 4769/5
4769/7

**L**

Ladies [3] 4759/17
4764/1 4765/8
laid [1] 4770/13
Lane [1] 4757/7
last [2] 4765/22 4769/6
law [5] 4757/2 4760/11
4760/18 4760/25
4761/7
least [1] 4770/5
leaves [1] 4770/23
Lee [1] 4757/2
let [1] 4772/10
Let's [2] 4771/13
4771/13
like [1] 4759/5
likely [1] 4768/21
Likewise [1] 4767/17
limitation [1] 4770/17
limitations [1] 4769/18
limited [1] 4769/15
line [1] 4770/12
logistics [1] 4771/1
Look [1] 4769/3
Louis [1] 4758/12

**M**

ma'am [1] 4763/25
made [1] 4765/12
maintain [1] 4768/19
make [3] 4765/23
4768/13 4769/13
Manzo [1] 4758/12
Marion [1] 4757/15
Martin [1] 4757/10
matt [1] 4757/22
matter [2] 4759/2
4773/4
Matthew [2] 4757/19
4758/16
Matthew Peed [1]
4758/16
me [3] 4768/5 4769/10
4769/25
meaning [1] 4758/24
means [1] 4764/2
meet [1] 4769/22
MEHTA [2] 4756/9
4758/3
member [8] 4762/8
4762/9 4762/15
4762/16 4762/22
4762/23 4763/4 4763/5

**middle** [1] 4770/1
MINUTA [12] 4756/6
4757/2 4758/8 4758/13
4760/6 4761/10
4761/19 4762/4
4763/13 4766/22
4771/5 4772/7
minute [1] 4771/24
misspoke [1] 4759/12
Moerschel [10]
4757/10 4758/9
4758/15 4760/19
4761/14 4761/23
4762/17 4763/10
4763/21 4768/3
moment [1] 4772/10
monitor [1] 4770/20
monitoring [2]
4767/24 4770/7
monitors [1] 4771/14
more [1] 4767/20
most [1] 4771/7
motion [1] 4765/19
motions [1] 4769/24
moved [2] 4766/1
4766/1
moves [1] 4766/4
moving [1] 4770/7
Mr [1] 4767/17
Mr. [15] 4759/24
4760/15 4763/13
4763/17 4765/14
4766/8 4766/13
4766/22 4767/23
4768/3 4768/9 4768/14
4770/12 4771/5 4772/7
Mr. Caldwell [1]
4766/13
Mr. Douyon [2]
4759/24 4765/14
Mr. Edwards [1]
4770/12
Mr. Hackett [4]
4760/15 4763/17
4766/8 4767/23
Mr. Minuta [4] 4763/13
4766/22 4771/5 4772/7
Mr. Moerschel [1]
4768/3
Mr. Vallejo [2] 4768/9
4768/14
much [6] 4763/24
4765/10 4765/14
4765/16 4768/3 4772/3
multiple [1] 4768/19
my [6] 4764/20 4769/5
4769/7 4770/19 4771/4
4771/18
Myers [2] 4757/12
4770/23

**N**

named [1] 4758/17
nature [1] 4769/3
necessarily [1]
4771/20
necessary [1] 4771/9

4770/20
needed [1] 4760/24
needs [3] 4766/7
4771/1 4771/5
Nestler [2] 4756/14
4758/11
next [2] 4770/1 4770/1
nice [1] 4759/18
no [13] 4756/4 4758/7
4758/8 4759/10 4767/9
4767/10 4767/19
4768/16 4769/12
4770/21 4771/22
4772/1 4772/2
nodded [1] 4759/22
none [4] 4768/24
4769/4 4769/9 4769/10
north [1] 4759/3
not [15] 4763/9
4763/11 4763/15
4763/23 4766/14
4767/2 4767/4 4767/5
4767/21 4768/4
4768/21 4769/7
4770/25 4771/7
4771/20
note [2] 4758/20
4768/9
notwithstanding [1]
4769/3
now [5] 4760/1 4766/8
4768/18 4770/21
4772/8
number [1] 4759/12
NW [2] 4756/16
4757/20

**O**

object [5] 4760/15
4760/22 4761/4
4762/13 4768/10
objects [4] 4760/8
4762/6 4762/20 4763/2
obstruct [1] 4761/8
obstruction [1]
4761/18
obviously [1] 4771/4
offense [1] 4766/15
offenses [2] 4768/19
4769/9
OFFICE [2] 4756/16
4771/19
OFFICES [1] 4757/2
official [1] 4761/9
4761/18
okay [7] 4758/19
4760/1 4760/4 4764/5
4765/18 4768/1 4770/2
one [5] 4758/24 4768/4
4769/8 4770/20
4771/21
only [2] 4766/23
4766/24
order [1] 4768/19
originally [3] 4765/25
4766/2 4770/24
other [5] 4768/22

4770/20
4769/19 4771/5
otherwise [2] 4767/9
our [2] 4760/1 4764/17
out [5] 4759/2 4765/15
4766/23 4768/3
4770/13
over [2] 4767/18
4768/16
overlap [1] 4768/12

**P**

P. [1] 4758/3
p.m [2] 4756/6 4772/14
PA [1] 4757/7
page [1] 4766/19
panel [1] 4759/13
particularly [1] 4766/8
particulars [1] 4770/15
parties [3] 4764/2
4765/10 4769/22
Pause [1] 4759/11
4759/25
Peed [1] 4757/19
4757/19 4758/16
pending [6] 4766/5
4766/12 4767/6
4767/11 4767/12
4767/18
percent [1] 4759/3
permits [1] 4769/16
person [2] 4768/22
4769/2
personal [1] 4765/12
Philadelphia [1]
4757/7
place [1] 4771/10
placed [1] 4770/17
Plaintiff [1] 4756/4
please [5] 4758/4
4759/15 4759/23
4760/2 4765/18
plus [1] 4769/6
PO [1] 4757/3
point [2] 4766/23
4771/10
poll [1] 4764/2
polled [1] 4759/6
pose [2] 4768/21
4768/25
posttrial [1] 4769/24
present [2] 4758/17
presiding [1] 4758/3
presumptive [1]
4766/15
pretrial [11] 4767/10
4768/4 4769/6 4769/20
4770/14 4771/2 4771/8
4771/13 4771/16
4771/18 4771/24
pretty [1] 4768/3
prevent [9] 4760/10
4760/17 4760/24
4761/6 4762/2 4762/8
4762/15 4762/22
4763/4
prior [1] 4769/5
proceeding [3] 4761/9

**P**

proceeding... [2] 4761/19 4763/21
proceedings [7] 4756/9 4758/18 4763/13 4763/17 4767/9 4772/14 4773/4
process [1] 4759/1
property [1] 4763/7
propose [1] 4769/23
proven [1] 4769/11
provide [3] 4765/15 4766/6 4770/14
Punta [1] 4757/16
put [2] 4758/24 4771/10

**Q**

Queen [1] 4757/7
question [3] 4759/5 4768/25 4771/4
questioned [2] 4758/25 4759/3

**R**

raise [2] 4758/23 4759/9
Rakoczy [2] 4756/14 4758/11
reached [2] 4758/21 4759/19
read [2] 4764/4 4764/7
reason [1] 4771/22
recall [1] 4770/11
received [1] 4758/20
recess [1] 4772/13
record [5] 4758/24 4765/21 4765/25 4770/5 4773/3
reinstated [3] 4769/14 4769/19 4769/21
reinstating [1] 4767/23
reiterate [2] 4768/2 4768/8
related [1] 4759/2
release [5] 4767/6 4767/11 4767/12 4769/6 4770/11
released [2] 4768/23 4769/14
remain [2] 4767/6 4767/12
removed [2] 4769/17 4770/16
report [1] 4771/16
reports [1] 4768/16
request [1] 4770/6
requested [1] 4770/12
require [1] 4766/25
requires [2] 4766/24 4767/1
residence [1] 4771/17
respect [3] 4761/9 4762/4 4766/23
restrictive [1] 4771/7
return [1] 4771/15
right [13] 4759/15 4763/6 4763/24 4765/8

4765/15 4765/24 4766/3 4766/16
4766/20 4767/14 4770/9 4771/25 4772/3
RIOS [2] 4757/11 4757/15
rise [3] 4758/2 4759/24 4772/4
risk [2] 4767/5 4767/22
risks [1] 4768/25
RMR [2] 4773/2 4773/8
Robert [1] 4757/10
ROBERTO [5] 4756/6 4758/8 4760/6 4761/10 4762/4
Roberto Minuta [3] 4760/6 4761/10 4762/4
rulings [1] 4768/11

**S**

sacrifices [1] 4765/12
safety [3] 4768/22 4768/25 4769/1
said [2] 4769/13 4770/15
same [4] 4766/19 4768/3 4768/8 4770/17
say [1] 4767/22
schedule [1] 4769/23
scott [3] 4757/14 4757/17 4758/15
Scott Weinberg [1] 4758/15
Seat [15] 4764/6 4764/9 4764/11 4764/13 4764/15 4764/19 4764/22 4764/24 4765/1 4765/3 4765/5 4765/22 4766/1 4766/2 4766/2
Seat 2 [1] 4764/9
seated [3] 4758/4 4759/15 4765/18
Second [1] 4759/5
sedition [1] 4766/14
seditious [2] 4760/20 4766/10
seemed [1] 4768/10
sentencing [5] 4766/5 4766/12 4767/6 4767/13 4767/18
sentencings [1] 4769/23
serious [1] 4769/4
seriousness [1] 4769/9
serve [1] 4765/13
service [2] 4765/9 4765/11
Services [6] 4767/10 4770/14 4771/2 4771/9 4771/16 4771/19
session [1] 4758/3
sheet [1] 4759/24
Shipley [3] 4757/2 4757/3 4758/13
should [1] 4769/19
show [1] 4765/14

single [1] 4769/7
sit [1] 4772/10
sitting [1] 4765/22
situation [1] 4771/6
so [16] 4759/23 4760/5 4764/6 4765/13 4765/22 4766/25 4767/3 4767/11 4768/6 4768/13 4768/18 4770/5 4770/19 4771/1 4771/11 4771/24
So I think [1] 4768/13
some [1] 4765/15
sorry [3] 4759/12 4764/20 4772/5
sought [1] 4766/12
speak [1] 4769/12
stand [2] 4760/2 4771/2
standard [1] 4769/19
stands [1] 4772/13
STATES [8] 4756/1 4756/3 4756/10 4758/7 4760/11 4760/18 4760/25 4761/7
status [1] 4768/20
Street [3] 4756/16 4757/11 4757/20
stricken [1] 4759/1
stringent [1] 4767/25
SUAREZ [2] 4757/11 4757/14
subject [1] 4759/2
subject-matter [1] 4759/2
submit [1] 4769/25
Suite [2] 4757/16 4757/20
sure [1] 4769/13
system [1] 4765/12

**T**

take [1] 4766/14
tampering [3] 4763/12 4763/16 4763/20
technology [2] 4771/9 4771/20
terms [2] 4767/10 4770/10
Texas [2] 4771/5 4771/8
than [2] 4766/11 4767/20
thank [8] 4763/24 4765/10 4765/14 4765/16 4768/17 4772/3 4772/11 4772/12
thank you [7] 4763/24 4765/10 4765/14 4765/16 4768/17 4772/11 4772/12
that [52]
that's [6] 4765/7 4766/2 4766/3 4766/16 4766/19 4771/4
their [4] 4762/3

4771/17
them [5] 4768/24 4769/10 4769/10 4771/3 4771/16
then [3] 4768/23 4769/19 4771/15
there [6] 4768/15 4769/7 4769/11 4770/10 4771/9 4771/25
there's [3] 4758/23 4767/8 4767/20
therefore [1] 4767/5
these [2] 4758/18 4769/4
they [10] 4764/4 4764/7 4768/12 4768/25 4769/5 4769/14 4771/14 4771/15 4771/15
they'll [1] 4771/24
they're [1] 4768/21
they've [1] 4768/15
things [1] 4758/22
think [6] 4767/1 4767/8 4767/20 4768/6 4768/13 4768/24
this [6] 4758/2 4758/7 4766/4 4771/6 4771/13 4772/13
those [3] 4759/1 4768/2 4770/4
threatened [1] 4766/25
Thursday [1] 4771/12
time [5] 4765/11 4766/4 4768/4 4771/8 4772/9
titled [1] 4773/4
today [1] 4771/14
transcript [2] 4756/9 4773/3
travel [1] 4771/5
trial [4] 4756/9 4766/8 4766/13 4767/11
Troy [2] 4756/15 4758/12
Two [1] 4758/22

**U**

U.S [1] 4756/16
unanimously [8] 4760/9 4760/16 4760/23 4761/5 4762/7 4762/14 4762/21 4763/3
under [4] 4766/6 4767/1 4767/25 4768/23
understand [1] 4759/19
understanding [1] 4771/18
understated [1] 4769/9
undoubtedly [1] 4769/4
UNITED [8] 4756/1

4756/3 4756/10 4758/7 4760/11 4760/18 4760/25 4761/7
United States [4] 4760/11 4760/18 4760/25 4761/7
until [1] 4771/12
up [4] 4766/1 4766/2 4771/3 4771/24
upon [1] 4769/14
us [2] 4759/18 4771/3
usdoj.gov [2] 4756/18 4756/19
use [6] 4760/10 4760/17 4760/24 4761/6 4766/25 4769/18
used [1] 4771/15

**V**

Vallejo [9] 4757/19 4758/10 4758/16 4761/1 4761/16 4761/25 4762/24 4768/9 4768/14
variation [1] 4770/10
venire [1] 4759/3
verdict [4] 4756/9 4758/21 4759/19 4759/24
verdicts [2] 4764/4 4764/7
versus [1] 4758/8
very [8] 4763/24 4765/10 4765/14 4765/14 4765/24 4767/25 4768/11 4772/3
violence [2] 4769/11 4769/12
voir [1] 4759/1
vs [1] 4756/5

**W**

want [6] 4765/10 4769/13 4770/5 4770/23 4772/7 4772/8
wanted [2] 4765/23 4766/18
wants [1] 4759/9
was [6] 4765/22 4765/22 4765/25 4767/25 4770/10
Washington [3] 4756/5 4756/17 4757/21
watched [1] 4766/7
way [2] 4771/3 4771/11
we [10] 4758/22 4758/25 4759/3 4765/13 4766/1 4766/1 4771/11 4772/6 4772/8 4772/10
we'll [2] 4771/2 4771/24
we're [1] 4766/18
we've [1] 4758/20
weapons [3] 4769/17

**weapons... [2]** 4770/16
4770/16
**Wednesday [1]** 4770/1
**week [1]** 4770/1
**WEINBERG [4]**
4757/11 4757/14
4757/15 4758/15
**welcome [1]** 4759/17
**well [1]** 4766/1
**were [5]** 4759/1
4767/25 4768/22
4769/10 4769/14
**What [2]** 4764/2
4770/25
**whatever [1]** 4769/19
**whatsoever [1]**
4767/19
**when [1]** 4771/15
**where [1]** 4770/23
**whether [3]** 4759/5
4764/3 4768/25
**which [14]** 4758/25
4759/2 4760/8 4760/15
4760/22 4761/4 4762/6
4762/13 4762/20
4763/2 4766/11
4767/24 4769/4
4771/10
**who [3]** 4766/1 4766/8
4766/10
**Why [1]** 4772/10
**will [7]** 4760/2 4764/3
4765/14 4769/20
4769/22 4770/14
4770/18
**William [5]** 4757/2
4757/3 4758/13 4773/2
4773/8
**William Shipley [1]**
4758/13
**willingness [1]**
4765/13
**wish [1]** 4766/21
**wishes [1]** 4758/23
**within [1]** 4771/17
**without [1]** 4765/13
**work [2]** 4765/12
4771/1
**would [12]** 4759/5
4767/17 4767/22
4767/23 4768/2 4768/9
4770/1 4770/6 4770/25
4771/10 4771/11
4772/7

**Y**

**year [3]** 4767/19
4768/16 4769/6
**yes [6]** 4759/7 4759/8
4759/21 4765/20
4765/25 4766/2
**you [26]**
**your [23]**
**Your Honor [17]**
4758/6 4759/7 4759/10
4764/18 4764/23
4765/20 4766/16

4766/23 4767/15
4768/8 4768/9 4768/17
4770/3 4770/19 4772/2
4772/5 4772/11

**Z**

**Zaremba [2]** 4773/2
4773/8