**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING**

    The above-named Defendant, Thomas Caldwell, hereby notifies the Court of the attached filing in this matter, correspondence regarding an update as to medical records and an independent medical examination.

                                                  /s/
                                  David W. Fischer, Esq.
                                  Federal Bar No. 023787
                                  Law Offices of Fischer & Putzi, P.A.
                                  Empire Towers, Suite 300
                                  7310 Ritchie Highway
                                  Glen Burnie, MD 21061
                                  (410) 787-0826
                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 13th day of February, 2024, a copy of the foregoing Notice of Filing was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                                     555 4th Street, NW
                                                     Washington, DC 20001

                                               /s/
                                  David W. Fischer, Esq.