LAW OFFICES
# FISCHER & PUTZI, P.A.

SUITE 1007, EMPIRE TOWERS
7310 RITCHIE HIGHWAY
GLEN BURNIE, MD 21061
**410-787-0826**
www.fischerputzilawfirm.com

DAVID W. FISCHER
DAVID P. PUTZI

FACSIMILE
410-787-1853

February 13, 2024

Honorable Amit P. Mehta
U.S. District Court Judge
333 Constitution Ave., N.W.
Washington, D.C. 20001

### Re: *United States v. Thomas E. Caldwell*, 22-APM-15
### (Second update as to medical records and I.M.E.)

Your Honor:

At a status conference held on December 20, 2023, the Court requested that undersigned counsel provide an update as to progress: 1) in obtaining up-to-date medical records; and, 2) in procuring an Independent Medical Examination (IME) for Mr. Caldwell. On January 31, 2024, the Court granted undersigned counsel's request to submit a second update today.

Undersigned counsel received the last outstanding set of medical records for Mr. Caldwell on Friday, which has been forwarded to the defense's medical expert. The defense medical expert requires 10 to 14 more days to complete her IME.

Accordingly, the defense requests that it be permitted until on or before February 26, 2024 to submit a final update addressing this matter. Undersigned counsel is confident that a sentencing date certain can be scheduled following the submission of this final update. Government counsel, Assistant U.S. Attorney Kathryn Rakoczy, has no opposition to this request.

Thank you for your consideration.

Respectfully submitted,

David W. Fischer, Esq.