**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING**

The above-named Defendant, Thomas Caldwell, hereby notifies the Court of the attached filing in this matter, correspondence regarding an update as to medical records and an independent medical examination.

```
                                       /s/
                        David W. Fischer, Esq.
                        Federal Bar No. 023787
                        Law Offices of Fischer & Putzi, P.A.
                        Empire Towers, Suite 300
                        7310 Ritchie Highway
                        Glen Burnie, MD 21061
                        (410) 787-0826
                        Attorney for Defendant
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2024, a copy of the foregoing Notice of Filing was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:    Office of the United States Attorney
                               555 4th Street, NW
                               Washington, DC 20001

```
                                        /s/
                         David W. Fischer, Esq.
```