IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )      CR No. 22-15-2
                                   )      Washington, D.C.
        vs.                        )      May 25, 2023
                                   )      1:53 p.m.
KELLY MEGGS,                       )
                                   )
            Defendant.             )
_____)
```

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

Probation Officer:              Crystal Lustig

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
1                    P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Court is now in

3   session; the Honorable Amit P. Mehta now presiding.

4          THE COURT:  Please be seated, everyone.

5          COURTROOM DEPUTY:  Good afternoon, Your Honor.

6   This is Criminal Case No. 22-15-2, United States of America

7   versus Kelly Meggs.

8          Kathryn Rakoczy, Jeffrey Nestler,

9   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

10  government.

11         Stanley Woodward for the defense.

12         We also have Crystal Lustig on behalf of the

13  probation office.

14         The defendant is appearing in person for these

15  proceedings.

16         THE COURT:  All right.  Good afternoon, everyone.

17         Mr. Meggs, good afternoon to you, sir.

18         All right.  So we are here for sentencing this

19  afternoon.  Everybody is ready to proceed?

20         Okay.  So for -- primarily for Mr. Meggs' benefit,

21  let me just explain how we'll proceed this afternoon.

22         So we'll go through what I've received and

23  reviewed in connection with sentencing, I'll ask counsel to

24  confirm that Mr. Meggs has read the Presentence

25  Investigation Report.  And then we'll talk about some of
</pre>

1    the factual disputes that have been raised with respect to

2    the PSR.

3            I'll then hear argument from counsel about both

4    scope of conspiracy or offense conduct, I should say, and

5    then applications for enhancements and then provide my

6    Guidelines determination.  And then we'll move into the

7    allocutions from there.  And then, of course, Mr. Meggs will

8    have the opportunity to be heard, if he wishes.

9            So with that, let me just begin with what I've

10   received and reviewed with respect to Mr. Meggs.  There's

11   the Presentence Investigation Report at 542 and the

12   Probation Office's recommendation at 543; the government's

13   memorandum in aid of sentencing at 565 and its reply at 580;

14   Mr. Meggs' memorandum in aid of sentencing at 569, which

15   included, I believe it was four letters, perhaps a few more

16   in the reply brief that was submitted at 581; and then there

17   was an under-seal filing made this morning at 600, which

18   I have had the opportunity to look at as well.

19           Is there anything I'm missing?

20           And I should add, of course, I've reviewed the

21   government's exhibits in connection with their submission

22   regarding Mr. Meggs.

23           MR. WOODWARD:  No.  The motion addresses the

24   redacted exhibit that we also filed this morning.

25           THE COURT:  Okay.

1           All right.  So with that, Mr. Woodward, could I

2    have you please confirm that Mr. Meggs has had an

3    opportunity to review the PSR?

4           MR. WOODWARD:  Your Honor, just a -- "yes" is the

5    answer, with the only caveat that I was not able to get him

6    a physical copy.  We've mailed a copy to Lewisburg.  After

7    we mailed the copy, he was transferred to D.C.  So the way

8    that we reviewed the final PSR was on a Webex where he could

9    see my screen.

10           THE COURT:  Okay.

11           MR. WOODWARD:  And I'll let Mr. Meggs speak up

12    if he has concerns about his knowledge or understanding of

13    the PSR.

14           THE COURT:  Okay.

15           Well, let me ask you through -- does Mr. Meggs --

16    is he requesting additional time to look at the hard copy?

17    Or are you satisfied with what you've seen and had the

18    opportunity to review, Mr. Meggs?

19           MR. WOODWARD:  No.  He's satisfied that he's had

20    an opportunity to see and review the PSR.

21           THE COURT:  All right.  Great.

22           All right.  Well, let's just start with some of

23    the factual disputes with the PSR.

24           You know, as I go through this, I don't plan to

25    sort of take this paragraph by paragraph.  Mr. Woodward,

1    I'll sort of identify some of the objections you've raised.

2            At the end of the day, my sentence is not being

3    largely -- or is really not at all being driven by the PSR's

4    characterization of the facts as to which you've raised some

5    concerns.  I've obviously had the opportunity to sit through

6    the trials and consider the evidence for myself.  So let me

7    just go ahead and just respond to some of the factual

8    disputes that are raised.

9            One is that the contention is that Mr. Meggs "did

10   not interfere with officers trying to protect the building."

11           I think there certainly is evidence that he did,

12   if not directly, then certainly through co-conspirators.

13   Notably, Mr. Isaacs was the first one through, and he

14   certainly was very on the hip pocket of Officer Salke as he

15   was going through the door.

16           And then, of course, there's Officer Dunn's

17   testimony that, while perhaps there may not have been

18   interference in the sense of physical force used upon

19   Officer Dunn, he certainly testified and expressed his view

20   that the Oath Keepers' presence there was interfering with

21   his ability to do his job that day and control the crowd.

22   Further contention is that Mr. Meggs "did not enter into a

23   conspiracy in the days and weeks after the election."

24           As I held yesterday, the early communications

25   starting after the election established a foundation for the

1    conspiracy and the understanding among the co-conspirators

2    that violence might be used or needed to keep the President

3    out of office -- excuse me, keep President Trump in office

4    and keep President-elect Biden out, and that those

5    statements and early communications laid the groundwork and

6    foundation for the ultimate object of the conspiracy, which

7    was to interfere with the transfer of power through

8    resisting the authority of the government by force and, as

9    I will find and do find now, through a preponderance of the

10    evidence, to prevent the execution of the laws by force.

11          The contention is that Mr. Meggs "did not agree

12    with the call to action."  I certainly think a reasonable

13    juror and I would contend otherwise.  He was not merely

14    communicating what Mr. Rhodes was saying when he was

15    repeating the term "call to action" in his post, I think

16    either the next day or two days later.  He certainly agreed

17    with it, both by his own words and by his actions that

18    followed in the weeks and months thereafter.

19          Notably, for example, you know, his communications

20    with Mr. Berry in late November demonstrate someone who's

21    encouraging someone to join the Oath Keepers, to assure him

22    that the cause is worthy.  And when Mr. Berry says something

23    like, "I'm going to be honest.  With the dishonesty in this

24    election, we need to reach further and further to the brink

25    of no return.  I'm fighting for the future of my family and

1    my children, for their children.  I'll die for it,"

2    Mr. Meggs does not suggest that he should be thinking

3    otherwise.

4            "Million MAGA March did not lay the groundwork for

5    their criminal objectives."  I agree in a sense with that;

6    however, the Million MAGA March did -- was further evidence

7    of this conspiracy that was alleged in terms of establishing

8    the connective thread among the various co-conspirators and,

9    importantly, was an early indication of the group's

10   willingness to bring arms to the District of Columbia and

11   employ those arms, if needed, to resist the transfer of

12   power, including if the President were to invoke the

13   Insurrection Act.  And as I said, I think that the

14   co-conspirators were prepared to do more than simply

15   encircle the White House in defense of the President but

16   also prepared to and have committed to engaging with

17   government forces with their rifles if it came to that.

18           There's a contention that Mr. Meggs did not

19   coordinate with other militia groups.  You know, it's

20   probably fair.  I mean, there is some minimal communication

21   with one of the Three Percenters and some reference to the

22   Proud Boys.  But, you know, ultimately, when we look at the

23   evidence of January 6th, there was not, at least not to my

24   knowledge, any clear coordination among militia groups in

25   the conduct of that day.  So I'm not -- I'm not going to

1    hold against Mr. Meggs or -- I'm not going to come to a

2    conclusion that part of his conduct involved close

3    coordination with other militia members and other militia

4    groups.

5            There's further contest about the characterization

6    of the QRF and other statements that Mr. Meggs has made.

7    Again, these are simply inferences that can be drawn and

8    that are different and that were put to the jury and that

9    the jury ultimately rejected.

10           There is the statement of -- concerning

11   Speaker of the House Pelosi that was made after -- or on the

12   evening of January 6th.  The statement is what it is, and

13   the jury certainly considered it.  And I think, frankly, it

14   was ultimately a pretty key piece of evidence against

15   Mr. Meggs.

16           And then there's the issue of whether he disposed

17   the guns or not that he brought to the District or brought

18   to the outskirts of the district.  I am ultimately not going

19   to make a finding about that.  I don't think I need to,

20   particularly for the obstruction enhancement.  There

21   certainly is some circumstantial evidence to suggest that

22   Mr. Meggs disposed of guns that he may have brought, but I

23   ultimately don't need to resolve that dispute.  It's not

24   ultimately going to be material to the Guidelines

25   calculation, in my view.

1          So with that, let's turn to discussions or

2     arguments about scope of related conduct, that is, scope of

3     conspiracy, and any enhancements.

4          Mr. Nestler.

5          MR. NESTLER:  Yes, Your Honor.

6          The government submits that Mr. Meggs' offense

7     conduct is coterminous with the conspiracy.  And I don't

8     believe we need to even delve into as much detail here as we

9     did with Mr. Rhodes this morning, considering Mr. Meggs'

10    conduct both before January 6th and on January 6th itself in

11    terms of organizing and, by the admission of several people

12    who testified here, leading the group, and Mr. Meggs' own

13    admission, leading this group.

14          He was appointed by Stewart Rhodes to be the

15    leader of the Florida group and took that role on and ran

16    with it.  He -- other people in the group looked up to him

17    and looked to him for the guidance.  He was indisputably the

18    person in charge of that group.  And not only that but he

19    then coordinated with other groups outside of Florida,

20    including, notably, in Ohio, which is that Jessica Watkins

21    coordinated both directly with Stewart Rhodes but also

22    through Kelly Meggs.

23          And when we get to the Capitol itself on

24    January 6th, it's Kelly Meggs who was in charge of the group

25    as they go from The Ellipse to the Capitol.  It's

1   Kelly Meggs who was telling the group what to do.  Everyone,

2   including Caleb Berry especially, who testified about this

3   said it was Kelly Meggs who was in charge, told us what we

4   were doing.  And it was Kelly Meggs who said, "We're going

5   to go in that building and stop the vote or try to stop the

6   vote count."  And everyone else in that group agreed and

7   followed Kelly Meggs.  They got to the top of the steps, and

8   it was Kelly Meggs who waved people forward.  And it was

9   Kelly Meggs who was in charge, who everyone else looked to.

10          We can talk about the leadership enhancement now

11  if Your Honor would like or -- in a minute.  But if we're

12  just getting to the relevant conduct under 1B1.3, we do

13  believe that Meggs' conduct in light of the jury's

14  convictions of him for the different conspiracy counts, as

15  well as 1512(c)(2) count, makes his relevant conduct

16  coterminous with the conspiracy itself and, therefore, makes

17  it fairly straightforward to apply all the different

18  enhancements that we've asked for application of in our memo

19  and that the probation department suggested.

20          THE COURT:  Okay.  Thank you, Mr. Nestler.

21          Mr. Woodward, do you wish to be heard?

22          MR. WOODWARD:  Your Honor, my objections to the

23  government's characterization of Mr. Meggs' conduct,

24  I think, ultimately are not going to be material.  We

25  acknowledge the jury's verdict, and we acknowledge the

1    jury's verdict for the conduct that it heard here in this

2    courtroom.

3            The problem that we have is that the continued

4    characterization of what Mr. Meggs is responsible for, and

5    given that we're here for sentencing, we want to make sure

6    that the Court understands very clearly what our position is

7    on what the jury ultimately found.

8            And so when the government references "coterminous

9    with the conspiracy," there can be no mistaking the fact

10   that the conspiracy as alleged in the various indictments in

11   this case was broad and overreaching.

12           We appreciate the Court's finding that some of the

13   words and actions of the co-conspirators on November 3rd and

14   thereafter can be perceived and perhaps were perceived by

15   the jury as building up to some crescendo.

16           But as the Court is aware, a significant theme in

17   this trial is that there was no plan.  There was not a plan

18   to go into the building.  There is not a single text

19   message, Signal message, Facebook, whatever, about going

20   into the building.

21           Again, we respect that the jury found that when

22   Mr. Meggs ultimately did go into the building, that the

23   purpose for going into the building was criminal.  But that

24   doesn't change the fact that there wasn't evidence of that

25   kind of a plan.

1          With respect to Mr. Meggs "leadership of the

2    Florida chapter of the Oath Keepers" and his "appointment,"

3    is the word the government used, as the leader of the

4    Florida chapter of the Oath Keepers, I mean, with all due

5    respect to the government, that gives Stewart Rhodes and the

6    Oath Keepers a lot more credibility for the organization

7    that was being run than actually existed.

8          There was no formal appointment.  The prior leader

9    of the Oath Keepers -- of the Florida chapter of the

10   Oath Keepers resigned insofar as he told Mr. Rhodes that he

11   didn't want to participate in the events of January 6th but

12   continued to host calls.

13         And so I could not in good conscience stand here

14   and say that Mr. Meggs did not acknowledge himself as the

15   leader of the Florida chapter of the Oath Keepers, as the

16   messages make clear, but what that actually means I think is

17   a subject of debate.  And let's also not forget that his

18   "leadership" of the Florida chapter of the Oath Keepers was

19   short-lived, barely a month before he resigned from the

20   Oath Keepers.

21         Now, yes, we also appreciate the Court can easily

22   observe that it was convenient for him to resign after the

23   events of January 6th; nevertheless, he did resign.  He does

24   not maintain any affiliation or any -- any affiliation with

25   the Oath Keepers.

1          With respect to Mr. Meggs telling the group what

2    to do, we think that that evidence is belayed by the fact

3    that not everybody went in the building on January 6th.  Not

4    all the Oath Keepers that were with Mr. Meggs went into the

5    building.

6          You heard Mr. Cummings testify that he went to the

7    bathroom; and when he got back, the group was back.  You

8    heard Mr. Morelock testify that he chose not to go into the

9    building because he was continuing on with his security

10   detail that day.  And, Your Honor, you heard Caleb Berry

11   testify twice, and that testimony speaks for itself.

12         Suffice it to say that, as Mr. Meggs' counsel, we

13   disagree vehemently with the veracity of that testimony.

14   We'll never know what credit the jury ultimately gave to

15   that testimony in the second and third trial.  But isn't it

16   awfully coincidental that he didn't testify in the first

17   trial as against Mr. Meggs when it was Mr. Meggs, he said,

18   instructed the group to go into the building?

19         So for purposes of what conduct the Court can

20   consider, the Court has a lot of information that was heard

21   by the jury in these cases, that's been heard by the Court

22   to consider, but for purposes of sentencing, Your Honor, the

23   government's continued characterization of what actually

24   happened that day is something we take issue with.

25              THE COURT:  Okay.

1          MR. WOODWARD:  Thank you.

2          THE COURT:  Thank you, Mr. Woodward.

3          Okay.  Let me just turn to what I'm required to

4     do, both under the Guidelines and under Circuit law, which

5     is to make factual findings regarding the jointly undertaken

6     criminal activity for which Mr. Meggs will be held

7     responsible as related conduct in determining his Guidelines

8     and for purposes of sentencing overall.

9          This, of course, happens against the background of

10    Mr. Meggs actually having been convicted of multiple

11    conspiracies, including seditious conspiracy, as well as my

12    findings yesterday, which although in the Rule 29 context

13    for present purposes, I will ask that the record reflect

14    that those findings, I do now make with respect to specific

15    evidence and the inferences that I drew therefrom by a

16    preponderance of the evidence.

17         So I'm not planning to go through in detail the

18    same kind of evidence I did yesterday.  I will simply hit

19    the highlights that I think are necessary to establish the

20    factual findings I need to make.

21         First and foremost, I think the evidence showed

22    that Mr. Meggs was effectively Mr. Rhodes' first deputy, if

23    you will, with respect to the charged conspiracy.  Perhaps

24    not with respect to the Oath Keepers overall, but that's not

25    what this is about.  It's with respect to the charged

1    conspiracy itself, which was to oppose the lawful transfer

2    of power following the 2020 Presidential election.

3          The jury found, and I agree, that the objectives

4    of that conspiracy were to resist the authority of the

5    United States Government with force.  And I also find by a

6    preponderance of the evidence to interfere with the

7    execution of the laws governing the transfer of power as

8    alleged, although the jury did not ultimately need to reach

9    that conclusion.

10         I do think it is appropriate that, given

11   Mr. Meggs' position and his role in the offense to ascribe

12   all of the actions of the other co-conspirators through the

13   evidence that's presented at trial with perhaps some

14   reservation that's not ultimately material, and that is the

15   question as to whether Josh James' behavior inside the

16   Capitol was truly foreseeable by Mr. James.  But I don't

17   know how material that is.

18         But in any event, most of it, if not all of it,

19   were acts within the scope of his fellow conspirators, was

20   within the scope of the jointly undertaken criminal

21   activity, was in furtherance of that criminal act of

22   conspiracy, and it was reasonably foreseeable in connection

23   with that criminal activity.

24         Specifically, and most critically, the

25   direct evidence and other evidence showed that Mr. Meggs

1    agreed early on that violence might be required to prevent

2    President-Elect Biden from taking office and in order to

3    keep President Trump in office.

4            He participated in the GoToMeeting call, as I

5    discussed yesterday, and Mr. Rhodes called, in that

6    GoToMeeting, called for violence.

7            Importantly, as I said yesterday, Mr. Meggs didn't

8    then leave the Oath Keepers.  In fact, the next day he

9    touted what Mr. Rhodes had to say as a call to action and

10   not merely a call to action to come do security.  He then

11   says, "This is the moment we signed up for."  I doubt that

12   kind of enthusiasm is directed at a security detail.

13           Later, Signal messages and other means of

14   communications and the actions of his fellow conspirators

15   show that they had a mutual understanding that violence,

16   including the taking up of arms, might be required, as I

17   said, to keep the President in office.

18           It also shows that Mr. Meggs knew and understood

19   that January 6th was likely their last chance to take a

20   stand and that, whether or not President Trump invoked the

21   Insurrection Act, he and his co-conspirators had a common

22   understanding that force might be used as opposed -- to

23   oppose the transfer of power on January 6th, including

24   directed at Congress.

25           Mr. Meggs' Signal communications from December 19

forward are particularly indicative of that knowledge and intent.  For example, he says at one point, "It is easy to chat here.  The real question is:  Who's willing to die?  That's what patriots did by the thousands."

He has another point:  "We need to surround the Capitol all the way around with patriots screaming so they hear us inside.  Scare the hell out of them.  With about a million surrounding them should do the trick.  These will be flying on January 6th in front of the Capitol," referencing Oath Keeper flags.  He also said, "We need Trump because it will make our job easier.  There's going to be blood in the streets, no matter what."

The suggestion was made during trial or the defense was that this was no more than hyperbole and rhetoric and boasting.  The truth of the matter is it wasn't.  The actions of the co-defendants in bringing weapons to the District of Columbia and their words, the jury took it -- did not view as boasting, did not view as hyperbole or rhetoric, and took them seriously, and I do as well.

Mr. Meggs was a key organizer, of course, in the op that was coming to D.C.  He was the Florida lead.  And he actively planned with others in Florida, as well as in Ohio and for transportation, the hotels, and the bringing of weapons.  In particular, he coordinated with, I believe it

1    was Paul Stamey of the North Carolina group with respect to

2    a QRF hotel, QRF at the Comfort Inn.

3            And we know that Mr. Meggs brought numerous

4    weapons to the Comfort Inn in the bed of his truck on the

5    way to the Comfort Inn.  And we know that from Caleb Berry,

6    who testified that I believe he said that there were at

7    least ten long-gun cases in Mr. Meggs' truck when it came to

8    Virginia.

9            He was, by virtue of that testimony and other

10   evidence, a key organizer and contributor of weapons to the

11   QRF.  Communicated with a host of others about the hotel

12   location, including Jessica Watkins and where to bring the

13   weapons to the Comfort Inn.  So Mr. Meggs' role in that

14   respect can't really be disputed.

15           There's also plenty of evidence from which to

16   conclude that he and his co-conspirators brought weapons to

17   the area to be used if needed to carry out their objectives.

18   The fact that those weapons were never brought into the city

19   does not defeat the conspiratorial agreement to use those

20   weapons for violence if needed.

21           Just by way of example, Mr. Meggs tells a friend

22   that "The natives are restless.  Tell your friends this

23   isn't a rally."  Mr. Meggs sends a, what can only be

24   described as a, at least bizarre, if not disturbing, hyped

25   video featuring assault weapons, violence, or image --

1    violent imagery and essentially urging his cohorts to be

2    prepared for violence.

3            And then, of course, there's Mr. Dolan's testimony

4    in which he said that the guns, in his view, and that he

5    understood this from others as well, they had all agreed

6    that the guns would be used even if the Insurrection Act had

7    been invoked, to prepare for essentially

8    government-on-government violence -- that is, pro-Trump,

9    pro-Biden factions within the government essentially, it

10   seems, engaging in street warfare.

11           On January 6th itself, Mr. Meggs was the

12   undisputed leader of the line of Oath Keepers that he led

13   into the Capitol building.  Although he wasn't physically at

14   the top of the steps and although he wasn't physically the

15   first one in, there's going to be little doubt that he was

16   the leader of that group.  And that is clear from the

17   testimony that was given during the trial, from the video

18   evidence -- this is not at his trial, of course, but

19   Mr. Berry's testimony -- that Mr. Meggs was the leader of

20   that group.

21           There was testimony -- I can't remember who it was

22   from -- that Mr. Meggs on the way to the Capitol building

23   was attempting to reach Stewart Rhodes, and so his

24   leadership role of that group of people really can't be

25   disputed and is easily established by a preponderance of the

1    evidence.

2            The scope of that joint conduct, certainly at

3    minimum, included Ms. Watkins' conduct and her group's

4    actions as they all entered the Capitol together.  As I said

5    yesterday, Mr. Meggs, although he was not the first one

6    through the door -- Mr. Isaacs was -- you know, Mr. Meggs,

7    it looks like from the video, did motion that group forward,

8    through the crowd, and into the door -- through the doorway.

9            The point was made either this morning or

10   yesterday that the door was closed; there was nowhere for

11   the Oath Keepers to go.  I suppose that's accurate at some

12   level, but it's not as if they were waiting for a security

13   detail at the top of the steps, they were waiting for

14   something to happen.

15           Mr. Meggs, given his height and his position, was

16   clearly in a position to see the officers struggling with

17   others, trying to keep people at bay, and, nevertheless,

18   moved forward when the crowd moved forward.  And there's

19   certainly no indication that he was making an effort to

20   attempt to assist Officer Salke or Officer Carrion, who were

21   doing their best to guard the doors and keep people out.

22           Of course, once he was inside the

23   Capitol building, Mr. Meggs led a group, a smaller

24   contingent of Oath Keepers, into the area outside the

25   Speaker's office where staffers were already huddled in

1   fear.

2          It is true that there's no evidence that Mr. Meggs

3   and his cohorts went down into the hallway, into the

4   Speaker's suite to bang on doors or anything of that

5   quality.

6          I know the contention is that they assisted

7   Officer Dunn.  He certainly denied it, and I think his

8   testimony was credible and as did the jury apparently.

9          And critically, Mr. Meggs in the evening hours of

10  January 6th, in response to a message about the events of

11  that day, a friend says he was "hoping to see Nancy's head

12  rolling down the stairs."  And his response was, "We looked

13  for her."

14         And insofar as the intent to go into the Capitol

15  building in order to stop the vote count, we obviously have

16  Caleb Berry's testimony.  It wasn't at Mr. Meggs' trial;

17  but, nevertheless, I'm aware of it and can consider it.

18         But, importantly, there was the message that

19  Ms. Meggs sent -- I think it was either that night or the

20  night after -- to one of her friends in which she said,

21  "We marched to the Capitol," or words to that effect, "to

22  stop the vote," simply corroborating what Mr. Berry said and

23  what was the clear intent of those who went into the

24  building that day.

25         And then, of course, there is the evidence that

1    Mr. Meggs continued to believe in the conspiratorial

2    objective and participate in it after January 6th, as the

3    jury found, since the scope of the conspiracy -- the

4    seditious conspiracy extended beyond January 6th.  And

5    I think that's best exemplified by his response to the

6    question of whether he was going to join Rhodes and James in

7    Texas.  And his response, even after watching what happened

8    on January 6th, was to say, "Florida won't leave until shots

9    fired."

10            And then, of course, there is the consciousness of

11   guilt conduct.  As I said, I don't need to make any factual

12   findings with respect to the question of whether he hid guns

13   or not, or got rid of the guns, I should say.

14            But there's no question and the jury so found that

15   Mr. Meggs had deleted his Signal app from the phone and that

16   he did so following learning that Jessica Watkins,

17   Donovan Crowl and can Mr. -- I don't know why I'm forgetting

18   his name -- were indicted and certainly repeated statements

19   in the indictment to make clear --

20            MR. WOODWARD:  Mr. Caldwell.

21            THE COURT:  Mr. Caldwell.  Sorry.  Mr. Caldwell.

22            That certainly showed his knowledge and that he

23   and Mr. Harrelson then consulted with one another and

24   discussed with one another about deleting the Signal app,

25   which certainly suggests that he had a guilty conscience,

1    guilty mind, and certainly knew that his conduct in the

2    months leading up to January 6th, on January 6th itself, and

3    after was wrongful.

4         So those are the general fact-findings I'm making

5    to support the scope of the jointly undertaken criminal

6    activity that will be attributable to Mr. Meggs.  Insofar as

7    how that translates to the Guidelines, it does all go for

8    the eight-level enhancement for the interference with the

9    due administration -- or for the administration of justice.

10        As I held earlier, the administration of justice

11   includes the certification proceedings and that there was a

12   threat of physical force and violence to individuals,

13   specifically the scheme to bring weapons to the

14   District of Columbia to have -- excuse me -- to the

15   outskirts of the District of Columbia to have them on ready

16   to bring into the district certainly posed a threat to

17   members of Congress and others had that decision been made.

18        Additionally, of course, there was the threatened

19   injury to the officers as Mr. Meggs and his cohorts came

20   through the door.

21        And then there was the threatened injury, although

22   at some distance, the mere fact of his presence in those

23   circumstances constituted some form of threat to members of

24   Speaker Pelosi's staff.

25        And, of course, there -- Mr. Meggs, is responsible

1    for the destruction of property to the east -- to the

2    Columbus Doors as to which the jury made guilty

3    determinations in the third trial as to other

4    co-conspirators.  And so there's at least a preponderance of

5    the evidence to establish liability on an

6    aiding-and-abetting basis for that destruction of property

7    as well.

8            The additional three levels for substantial

9    interference with the administration of justice, I did put

10   on the record -- Mr. Woodward, I think you were here -- that

11   the causal standard doesn't necessarily need to be

12   "but-for," and a more relaxed standard would be appropriate

13   in this circumstance.  And so I don't need to make a

14   strictly but-for analysis.

15           And so I do think Mr. Meggs and the conduct for

16   which he's responsible, including his co-conspirators, their

17   conduct did substantially interfere with the administration

18   of justice and, at a minimum, that includes the adjournment

19   of the session and for the length of time it was recessed,

20   as well as the additional expenses that were incurred by the

21   government to remove people from the Capitol building,

22   including the Oath Keepers that day, as well as clean up the

23   premises in order to re-start the proceedings.

24           The two-level enhancement for extensive scope and

25   planning plainly applies, given the extent to which there

1    was planning and preparation to bring multiple individuals

2    from multiple locations throughout the country to

3    Washington, D.C., on January 6th and the organizing and

4    bringing of weapons by multiple people and multiple groups

5    to Virginia on January 6th.

6           And then, of course, there is the evidence of

7    organization on January 6th itself with Mr. Meggs clearly

8    leading a group of people and staying in communication with

9    Stewart Rhodes.

10          I did not make this finding explicitly yet.  I did

11   make it in Mr. Rhodes' sentencing.  I'll do so here again

12   today and state it for the reasons I did during his

13   sentencing.

14          Mr. Meggs, I do believe you were, by a

15   preponderance of the evidence, that you were directed to go

16   into that building by Mr. Rhodes.  You've never testified,

17   you've never made any statements, I don't know whether you

18   agree with that or not, but I don't believe for a moment

19   that you would have walked in there without his green light.

20          And so those communications with Mr. Rhodes also

21   are evidence of extensive scope, preparation, and planning.

22   The mere fact that these discussions may have just happened

23   about going into the building only moments before entry,

24   I don't think negates the extensive scope and planning,

25   particularly since discussions about the need for force were

1    ongoing, certainly, and pre-dated January 6th by months

2    and, undoubtedly, contributed to the intent and agreement to

3    go in.

4            In terms of organizer, leader enhancement,

5    Mr. Meggs objects to that.  I do think, however, that the

6    four-level enhancement is applicable.  There's ample

7    evidence from which to find that Mr. Meggs was an organizer

8    or leader of criminal activity that involved five or more

9    participants or was otherwise extensive.  The "five or more

10   participants" or "otherwise extensive" element is easily

11   satisfied here, and there's ample evidence of his

12   leadership.

13           There is, of course, where he rests on the

14   hierarchy of those who were involved in the conspiracy that

15   day.  It's not just about his title as the leader of the

16   Florida Oath Keepers.  He actually led in a meaningful way,

17   organizing people.

18           There's evidence of his communications, for

19   example, the communication with Mr. Berry that I identified

20   earlier in which he's encouraging his members.  There are

21   the communications in late December in which he's also

22   encouraging members and focusing them on the importance of

23   the Capitol and on January 6th and the potential need to

24   direct violence and action at Congress itself in late

25   December.  That certainly sharpened everybody's views and

1  understanding and intentions about what their actions would

2  be that day.

3        Mr. Meggs, of course, organized travel to D.C.  He

4  participated in organizing the QRF at the Comfort Inn.  And

5  he reported that fact of the QRF to Mr. Rhodes, as the text

6  messages showed.  And he, in fact, of course, contributed to

7  the QRF himself.

8        In terms of the element of control, which I've

9  said is necessary, all of what I've described is evidence of

10  control to some degree.  But there's certainly sufficient

11  evidence of control just by his direction of people in

12  Line 1.  Those people do not go into the Capitol unless

13  Mr. Meggs orders them or tells them to do so, until he leads

14  them into the Capitol.

15        He is attempting to contact Mr. Rhodes.  And as I

16  said, I think Mr. Rhodes gave Mr. Meggs the order.  But

17  Mr. Meggs did carry it out; and others did follow him, as is

18  clear, not only from the fact of the video, but also from

19  the fact of the testimony at trial from others.

20        Now, yes, it is true that not all went in.  But

21  that doesn't negate the fact that Mr. Meggs did lead a

22  number of others in that day, into the Rotunda -- into the

23  Capitol building and into the Rotunda and then over toward

24  the House Speaker's Suite.  All right.  So that four-level

25  enhancement will apply.

1          I've already ruled that given the conviction for

2    seditious conspiracy as well as, in Mr. Meggs' case, the

3    1512(k) conspiracy, it does meet the definition under 3A1.4,

4    Note 4, for a terrorism departure.  These are crimes and

5    offenses -- and the conduct bears it out -- that was

6    calculated to influence or affect the conduct of the

7    government by intimidation or coercion; the finding by the

8    jury of intended use of force; and then the evidence of

9    actual use of force certainly establishes the requisite

10   facts to meet that definition.

11          And there's ample evidence from which I conclude

12   that Mr. Meggs' conduct was calculated to influence or

13   affect the conduct, his individual conduct.  As I said, he

14   did lead the first group of individuals into the building,

15   led individuals towards the Speaker's Suite.  And among

16   those facts and others, including his various

17   communications, both before and after, I think it's quite

18   evident by a preponderance of the evidence that his conduct

19   was calculated to influence or affect the conduct of the

20   government by intimidation or coercion.

21          With respect to the number of levels, I've given

22   Mr. Rhodes a six-level departure.  The government has asked

23   for four for Mr. Meggs.  I'm going to give him three.  And

24   the reason for that is I think it is important to make clear

25   that I think Mr. Rhodes is in a very different category than

1    Mr. Meggs.  He stands apart -- that is, Mr. Rhodes.  He

2    stands apart.  Not only in terms of his leadership, he

3    stands apart because he was both the intellectual and

4    spiritual leader of the Oath Keepers.  It is because of

5    Mr. Rhodes, frankly, that Mr. Meggs is sitting -- in part,

6    because of Mr. Rhodes, that Mr. Meggs is sitting here today.

7            That doesn't mean to suggest that I'm absolving

8    him of responsibility, that he didn't act of his own free

9    will; but, nevertheless, Mr. Rhodes' influence on not only

10   Mr. Meggs, but dozens of other people who came to Washington

11   that day, many of whom ultimately broke the law, I think,

12   requires that the Court make clear that his culpability and

13   his conduct is warranting of a greater enhancement under

14   3A1.4, Note 4, than Mr. Meggs, which is why I have halved

15   the number of levels for Mr. Meggs.  I think that reflects

16   both his difference in culpability from Mr. Rhodes, however,

17   also reflects his own conduct, his own leadership.

18           And fact is, Mr. Rhodes -- perhaps not as much as

19   Mr. Rhodes, but there are ample messages from Mr. Meggs,

20   particularly in that late-December period, in which he is

21   clearly providing encouragement, direction, and --

22   encouragement, direction, and support, emotionally and

23   otherwise, to others.  Perhaps not to the same extent as

24   Mr. Rhodes, but he certainly was doing some of that.

25           I also neglected to mention there is, of course,

31

1    the video of the urban warfare training.  You know, look,

2    I understand it was legal when done, Mr. Meggs.  But given

3    what happened later, it may put it in a different light.

4    But nevertheless, I've considered that as part of the

5    departure too, that you have -- that you were prepared to

6    use a long gun in an urban center.  The instructor, his

7    words were unmistakable on that video that long guns are

8    offensive weapons, and you and your cohorts brought a lot of

9    offensive weapons to the outskirts of the

10   District of Columbia.

11            Mr. Meggs has requested a departure for acceptance

12   of responsibility.  It is not applicable.  He argues that he

13   never received any plea offer in this case and, therefore,

14   never had the opportunity to accept a plea prior to trial

15   and that all he did was hold the government to its burden of

16   proof.  That very well may be true, but nevertheless, does

17   not qualify for the acceptance of responsibility exception

18   in the rare circumstances where if somebody does go to trial

19   and where that acceptance might apply, those circumstances

20   are not present here.

21            So with all of that said, the Guidelines

22   calculations will be as follows:

23            So on Count 1 of seditious conspiracy, again,

24   2X5.1 cross-references the treason Guideline.  But under

25   2M1.1 and because the conduct was not tantamount to waging

1   war against the United States, the obstruction Guidelines

2   are the next closest analogue, and we're all in agreement on

3   that.

4           The same is true with respect to Count 2.  That is

5   the 1512(k) count.  That also is a 2J1.2.

6           Same with Count 3.  That is the substantive

7   1512(c)(2) count.

8           And Count 8, which is 1512(c)(1).

9           Count 4 is also 2J1.2; that is, with respect to

10  the members of Congress.

11          Counts 1, 2, 3, and 4, they group because they all

12  involve the same victim and two or more acts connected by a

13  common criminal objective or constituting part of a common

14  scheme or plan.

15          I recognize that I am supposed to ordinarily

16  consider the Guidelines for each individual count and then

17  do all the grouping afterwards.  But given that all of the

18  same Guideline is applicable here and all the same

19  enhancements are applicable here, that seems to be

20  unnecessary.

21          Count 8, which is for obstruction under

22  1512(c)(1), that groups with Counts 1 through 4 because the

23  obstruction conduct -- obstructive conduct is a specific

24  offense characteristic of the first group.

25          So as a consequence, the Base Offense Level is a

1    14, an eight-level enhancement for causing or threatening

2    physical injury to a person or property damage in order to

3    obstruct the administration of justice.

4            Substantial interference with the administration

5    of justice is an additional three levels.

6            The offense was extensive in scope, planning, or

7    preparation, two levels.

8            Role in the offense is four levels.

9            Obstruction -- and that is based upon Mr. Meggs'

10   deletion of the Signal application and basis of the count of

11   conviction -- that is an additional two levels.

12           That gets us to a total offense level of 33.

13           There is -- excuse me.

14           An adjusted offense level of 33.

15           There's a three-level departure of three levels

16   under 3A1.4, Note 4, for a total level 36, which brings us,

17   with a Criminal History Category I, to a Guidelines Range of

18   188 months to 238 months and a fine of 40,000 to $400,000.

19           Okay.  Before we proceed with the parties'

20   allocutions, which I suspect will take a little time, why

21   don't we just take a quick break and then we'll come back.

22           Mr. Woodward.

23           MR. WOODWARD:  Can I say one thing?

24           THE COURT:  Yes, of course.

25           MR. WOODWARD:  I don't think it's material, but

```
 1    I want to make sure there's a clear record on a position
 2    with respect to the verdict form.  I think Your Honor
 3    understood our argument that because the jury did not check
 4    the box for the second theory, our position would be that
 5    they did not find that Mr. Meggs was guilty of seditious
 6    conspiracy for that second box.  I heard the Court to say
 7    yesterday, "Well, we didn't ask them to affirmatively
 8    conclude.  We said they could check one or more."
 9           Now, we read the jury verdict form slightly
10    differently.  It says -- I think there's an "s" in
11    parentheses after that we had certainly intended to mean
12    that they would select all of the theories of the conspiracy
13    that they intended or that they found each defendant to have
14    participated in.
15           And I think the Court made that clear yesterday.
16    I think the Court has taken that into consideration today
17    and rejects our argument, but I just want to make sure that
18    it's clear for the record that our position is that the jury
19    did not find Mr. Meggs guilty of that second theory of the
20    conspiracy.
21           THE COURT:  All right.
22           MR. WOODWARD:  Thank you, Your Honor.
23           THE COURT:  Certainly your position is noted.
24    I disagree with it because the verdict form is not the jury
25    instructions.  And the jury was clearly instructed that the
```

1  verdict form didn't alter the instructions in any way,

2  shape, or form.

3         The instructions are quite clear that the jury

4  only needed to reach unanimity as to one of the two objects;

5  and if they found unanimity as to one object, they would

6  then enter a verdict of guilty.  In order to enter a verdict

7  of not guilty, they needed to be unanimous that the

8  government had failed at the burden of proof as to both

9  options.

10        So the fact that the jury did not check the second

11  box I don't think can lead to a reasonable inference that

12  they acquitted Mr. Meggs of that conduct.  And for purposes

13  of sentencing, I have found, based upon all of the evidence

14  I described yesterday, as well as discussed today by a

15  preponderance of the evidence, that I find the evidence

16  would support that object as well, all right?

17        So let's take about 15 minutes, and we will

18  resume, let's say, just at about five of or so, all right?

19        Thank you, everyone.

20        COURTROOM DEPUTY:  All rise.

21        This Court stands in recess.

22        (Recess from 2:40 p.m. to 2:57 p.m.)

23        COURTROOM DEPUTY:  All rise.  The Court is again

24  in session; the Honorable Amit P. Mehta presiding.

25  Be seated and come to order.

1          THE COURT:  All right.  Let us begin with the

2    government's allocution.

3          Mr. Nestler.

4          MR. NESTLER:  With the possible exception of

5    Stewart Rhodes, Kelly Meggs was the intellectual and moral

6    leader of this conspiracy in November and December, coming

7    into January of 2021.

8          In message after message, and as we heard from

9    witness after witness, it was Kelly Meggs predominantly

10   telling people they had to do this.  It was, do this, fight

11   against the government, or die.  Nothing else was important

12   to them, and they had to do it.

13         And you heard from witness after witness,

14   Your Honor, who talked about the importance to them,

15   especially young impressionable people like Caleb Berry.

16         When Kelly Meggs was lauding him and holding him

17   up and saying, "You are a true patriot.  Welcome to our

18   ranks," it meant something to Caleb Berry.

19         That's what Kelly Meggs was doing, was taking

20   advantage of people like that and telling them and people

21   like Jason Dolan they needed the numbers.  They needed

22   enough people.  They needed -- because one person or a dozen

23   people or 100 people might get arrested, might get

24   convicted; but if they had sufficient numbers with them and

25   their group and others as part of the mob, they could

1    actually violently accomplish what they wanted to

2    accomplish, and that was to stop Congress from certifying

3    the vote, ultimately.

4            It was Kelly Meggs who was pushing that message

5    amongst the Florida group, and that is like his intellectual

6    and his rhetoric and his leadership there in terms of

7    gathering the group together.

8            But as we get closer to January 6th and we get

9    into Washington, D.C., it was Kelly Meggs who was physically

10   leading this group.  There were 14 members of Stack 1,

11   including Kelly Meggs.  And he physically led that group up

12   the steps of the Capitol building, and then violently

13   through the door of the Capitol itself.

14           It was Kelly Meggs who arranged for that firearms

15   training and then boasted about the firearms training and

16   the offensive use of weapons and rifles when he talked on

17   January 5th about what his group was prepared to do as they

18   came to D.C.

19           It was Kelly Meggs who arranged, amongst all the

20   Florida group, to have that armed QRF at the hotel.

21   Kelly Meggs was the one who was quarterbacking that entire

22   operation.

23           You heard from Caleb Berry and from Jason Dolan

24   that it would be Kelly Meggs who would be the one

25   coordinating with Kenneth Bittner at the QRF hotel to get

```
1    access to those guns.  It was Kelly Meggs' decision, and it

2    was Kelly Meggs who was doing that work.  Kelly Meggs even

3    told Graydon Young that Kelly Meggs would have an extra

4    AR-15 with Young's name on it for use as necessary.

5            We talk about what Kelly Meggs wanted to

6    accomplish within the Capitol building on the night of

7    election night.  He told his family that if they went on a

8    shooting spree, Pelosi would be first.  And then on the

9    evening of January 6th, he confirmed with somebody else that

10   he looked -- he and his group looked for Speaker Pelosi.

11           Meggs said to the group what he actually intended,

12   which was for that group to wait patiently and then be the

13   leaders.  And we saw that actually play itself out on

14   January 6th at the Capitol building.

15           And Your Honor heard testimony from Caleb Berry

16   about what the crowd was like when the Oath Keepers were

17   there as Kelly Meggs was leading them up the stairs.  The

18   crowd parted out of the way for the Oath Keepers to march up

19   those stairs, chanting, "Oath Keepers, Oath Keepers."

20           And what Caleb Berry told Your Honor and told the

21   jury, it was his feeling that the crowd wanted to use the

22   Oath Keepers as the battering ram to get in the building and

23   that he felt what they were doing at that point was

24   justified.  They had what he thought was justification based

25   on what Kelly Meggs was telling him, that they were in the
```

39

1    right because they could take into their own hands the law.

2    They did not agree with what Congress was doing, and they

3    thought that they could do it better and that they had the

4    moral high ground in order to use violence to do their own

5    will.

6            Kelly Meggs was wearing on his vest that day a

7    patch that said, "I'm just here for the violence," a patch,

8    by the way, that the FBI never located at his house or from

9    his lawyers.  He was just there for the violence because he

10   wanted that violence to be inflicted upon, not just the

11   building and the law enforcement officers, but on the

12   institution itself.

13           After leaving the building, Kelly Meggs' comments

14   later that night confirmed exactly what it is that he

15   intended to do and accomplished.  He told somebody else, "We

16   busted in."

17           He sent Kenneth Harrelson's video of the whole

18   group literally busting in, past Officer Salke, past

19   Officer Carrion, with the caption, "Florida Oath Keepers

20   takes the Capitol."  That was what he intended to do and

21   what he actually was able to help accomplish.

22           When someone asked later that night on the evening

23   of January 6th, "What happens if the House resumes tonight?"

24           And we do know the House was trying to resume, and

25   they did resume later that evening.

1           It was Kelly Meggs who responded, "We're

2   going back."

3           He told the rest of the Oath Keeper group, "We're

4   not quitting.  We're reloading."

5           He was not done, and he did not want his group to

6   be done after what they had accomplished on that afternoon

7   of January 6th.  They needed more.

8           Kelly Meggs, if we get into the statutory factors

9   under 3553(a), Your Honor, is not remorseful and has never

10  expressed remorse for what he has done.

11          He appeared on that same Freedom Corner rally

12  recording that Ms. Rakoczy brought to Your Honor's attention

13  earlier this morning for Stewart Rhodes.  It was Kelly Meggs

14  who passed the phone to Stewart Rhodes in order to talk to

15  that rally.

16          Kelly Meggs, four days ago, claiming he's

17  innocent, that the jury and the system were rigged against

18  him, and he couldn't get a fair trial.

19          He has no remorse for what he has accomplished.

20  We understand that he does not have the same military

21  background as Stewart Rhodes.  But Stewart Rhodes put him in

22  this position to be the head of Florida Oath Keepers.  And

23  he took on that role willingly, even before he was formally

24  appointed when Mike Adams refused to do what Stewart Rhodes

25  wanted and Kelly Meggs willingly stepped into that void.

1    Kelly Meggs was agitating and advocating for what he

2    ultimately was able to accomplish with this group.

3            We believe that an incredibly significant sentence

4    of incarceration is warranted, both to punish Kelly Meggs

5    and for the general deterrence factor that is necessary here

6    based on what some average citizen in this country could do.

7    Look at what Kelly Meggs was able to accomplish from where

8    he was in Florida.

9            Mr. Woodward talked about how Kelly Meggs was only

10   the leader in the Florida chapter for a month.  Look what

11   Kelly Meggs accomplished in that one month of leadership of

12   the Florida Oath Keepers because of what he was able to

13   accomplish, because of what he was able to do with the rest

14   of the Oath Keepers group.  Your Honor has already found the

15   three-level upward departure would be warranted under -- for

16   terrorism.  And we do believe what Kelly Meggs was convicted

17   of and what he did is terrorism.

18           We do believe additional bases for upward

19   departure would be warranted.  We listed some of those other

20   bases in our memo, including 5K2.7 for destruction of

21   governmental function and 5K2.6, weapons, especially for

22   Kelly Meggs in terms of his use of the weapons in order to

23   further the seditious conspiracy here.

24           We, therefore, ask Your Honor to either vary

25   upward or depart upward from the Guideline Range, which is

1    from 188 months to 235 months, slightly upwards, to sentence

2    Kelly Meggs to a sentence of 21 years of incarceration.

3                THE COURT:  Okay.  Thank you, Mr. Nestler.

4                MR. NESTLER:  Thank you, Your Honor.

5                THE COURT:  Mr. Woodward.

6                MR. WOODWARD:  Your Honor, on behalf of Mr. Meggs,

7    there are several members of the Meggs family who are here

8    today, sitting in the gallery.  His sister, Crystal; his

9    brother, Marty; his son, Zack.

10               His sister, Crystal, would like to share a few

11   words with the Court.

12               THE COURT:  Okay.  Welcome to everyone.

13               Come on up, ma'am.

14               CRYSTAL MEGGS STEJSKAL:  Good afternoon,

15   Your Honor.

16               THE COURT:  Good afternoon.

17               CRYSTAL MEGGS STEJSKAL:  Thank you for giving me

18   the chance to stand here, and it's obviously very difficult

19   to be here.  It's very difficult and very intimidating to be

20   in this room with all of these people.

21               But I got on a plane and came up here because

22   I know that there are -- what things have been said and what

23   things are on pieces of paper and text messages and things

24   like that.  But I wanted to just have a chance to tell you

25   about that man right there that I know, that I've known for

```
 1   almost 50 years.

 2           He has always been someone I looked up to my

 3   entire life.  I'm his little sister.  I always will call him

 4   for advice, and he would give it.  Never didn't answer the

 5   phone for me.  Never didn't answer the phone for my other

 6   brother, Marty, for anyone else in my family, my parents,

 7   who he relied on -- who relied on him a lot.

 8           My mom was diagnosed with a brain tumor five years

 9   ago, and it changed our family quite a bit.  My parents live

10   near me, and so I was the one that was doing a lot of the

11   caretaking.  But my brother was my support during that time.

12           We spoke daily, and he was absolutely tireless in

13   doing everything for our family that he could to get help

14   for my mom above and beyond, like, amazing.  I couldn't even

15   do the things that he -- he was calling trials, trying to

16   get her into a brain cancer trial, all kinds of things.

17           But the most important thing that he did was be

18   there.  He would drive after working all day an hour and a

19   half to spend with -- some time with my mom, my parents, and

20   me to be able to be there for us.

21           And I understand that it's easy to focus on things

22   that have been said in this court.  But I just -- like I

23   said, I appreciate the time that I can be here and tell you

24   about the man that I know.

25           I feel that I can speak very honestly to his
```

44

```
1   character.  I've known him for almost 50 years.  He is an
2   extremely hardworking, dependable, smart, unselfish man.
3   That's who I know.  That's who I've seen.  That's who I've
4   talked to.
5          He is the first person that would pull over and
6   help a complete stranger on the side of the road.  And
7   I know that because I've seen him do it many times.  I'm
8   embarrassed to say I'm not that person.  I keep going
9   because I am not as unselfish as he is.
10          But most of all, I just want to remind you and
11   everyone in this courtroom that he's a person.  He has a
12   family.  We have missed him terribly.  He has a huge love
13   for his family and friends.  He is a giving person.  He's
14   always thinking of others, and he has been an amazing
15   provider for his family.  He has always been very generous
16   and taken very good care of his wife and his children and
17   his grandchildren.
18          He is sorely missed by each one of us, and he has
19   a granddaughter that he hasn't been even able to know.  This
20   has been devastating for our family, and I just wanted to
21   come here today to ask and just to let you know that we love
22   him and we miss him.  And I wanted to just give you a little
23   bit of insight into the man that I know.
24          THE COURT:  Thank you for your remarks.
25          CRYSTAL MEGGS STEJSKAL:  Thank you for your time.
```

```
 1              THE COURT:  Of course.
 2              MR. WOODWARD:  Your Honor, Mr. Zackry Meggs has
 3   also written a letter to the Court.  And with the Court's
 4   permission, he'd like to read that.
 5              THE COURT:  Okay.
 6              Mr. Meggs.
 7              ZACKRY MEGGS:  Hello, Your Honor.
 8              THE COURT:  Hello.
 9              ZACKRY MEGGS:  My name is Zack Meggs, and I am the
10   son of Kelly Meggs and Connie Meggs.  I'm 24 years old.  And
11   I'm currently staying home with my mother and the rest of my
12   family in our home in Dunnellon.
13              My father has been an honorable man his entire
14   life, and he's given me all the help I've ever needed.  And
15   has set me on the path for success in my life.  He put me
16   through college and employed me at his car dealership during
17   my college years.
18              I've known my father in both a professional and a
19   personal realm, and I have only ever heard positive things
20   about my father.  And I've only ever experienced positive
21   things.  Many are quoted as saying my dad is their best boss
22   they've ever worked for, things like that.
23              My father held charity events and community events
24   when he ran Honda.  My father took us on vacation and made
25   sure we always had food on the table.  I could not have
```

1    asked for any better role model in my life.

2              But it has been over two years without my father,

3    and he was a crucial part of this family unit as I now

4    realize without him.

5              We have been blessed by so many around us, as well

6    as my dad's good financial choices that we have had enough

7    money to survive for this long and keep our house.  But I do

8    not think we can afford to keep it much longer without my

9    father.

10             He is a loving man who has done everything to

11   provide for us, and I wish I could find a way to afford the

12   home that he gave us.  But, unfortunately, I am not my

13   father, and I cannot afford to keep or maintain it.

14             One of the biggest things that the events of the

15   past two years have taught me is how important my father was

16   in my life.  Without him, it's been quite difficult and

17   troublesome.  There's been little to no guidance outside of

18   the 15-minute phone calls that I've been allotted.

19             He was not just a financial guide to us, but he

20   also provided me guidance to -- to me and to my sister on

21   how to properly raise a family and how to live a fulfilling

22   and fruitful life.

23             That is why my father is so important and such a

24   crucial part of this entire family unit to me.

25             I am engaged right now, and I would really love to

1   have my father at the wedding.

2             Thank you, Your Honor.

3             THE COURT:  Thank you, Mr. Meggs.

4             MR. WOODWARD:  As Your Honor knows, Mr. Meggs is

5   also married.  And for reasons I hope Your Honor will

6   appreciate, his wife could not be here today.

7             She also wrote a fairly lengthy letter to the

8   Court, which I'm not going to read because, as her counsel,

9   I think that it's not prudent for me to do that.

10            What I will point out is -- just read just the

11  introduction, Your Honor.

12            "It is with deep regret that I cannot attend my

13  husband's sentencing.  We have been married for 25 years,

14  and he has been absent from our lives for over two and a

15  half years.  He's the head of our family, acting as provider

16  and protector."

17            She goes on to talk at length about her

18  frustrations about January 6 and the events of that day.

19  But her -- what comes through in Mrs. Meggs' letter about

20  her husband is that, despite all that has happened, the love

21  that she feels for her husband has not diminished in any

22  way, and so it's just that which I would share with the

23  Court.

24            Mr. Meggs also would like to share a few words

25  with the Court.  And I will simply caveat that with the fact

```
 1    that I have again instructed him that it is my advice that
 2    he not speak about the specific events in question, and so
 3    I hoped you would not hold that against him.
 4              THE COURT:  Of course not.
 5              But, Mr. Woodward, did you want to be heard?
 6              MR. WOODWARD:  I will ask to be heard after
 7    Mr. Meggs speaks.
 8              THE COURT:  Okay.
 9              Mr. Meggs, why don't you come on up, sir.
10    Why don't you come on up to the lectern, sir.
11              THE DEFENDANT:  Thank you, Your Honor.
12              Thank you for the opportunity to talk to you.
13    I truly apologize for being here.
14              I've spent just two and a half years incarcerated
15    for my participation in January 6th.  It has not only
16    destroyed by life but the life of my entire family, even my
17    extended family, that's had to deal with constant death
18    threats, hate mail, and ridicule from many.
19              When I was originally arrested, I told the FBI
20    agents what exactly happened that day.  They said, "If
21    you're telling the truth, this will be a short trip and
22    you'll be laughing about this in no time."
23              Your Honor, I did tell the truth.  And I've
24    continued to tell the truth, and I will continue to tell the
25    truth.
```

1          But my life has been no laughing matter.  I've

2    lost my retirement accounts.  I've lost everything I've had

3    in my life, cars, vehicles, everything.  And I haven't lied

4    at all.

5          I've been torn away from my family for over 830

6    days.

7          Your Honor, I know every time you come in this

8    courtroom, you seek the truth.  And I can assure you that

9    I've been telling the truth and that I will continue to tell

10   you the truth.

11          And I want to discuss the truth.  But, first,

12   I want to apologize to those that I've disappointed and let

13   down.

14          My deepest regret is the pain and suffering I've

15   caused my family, most importantly, my wife of 24 years ago

16   trusted me to be her protector and provider, always putting

17   her needs first.  And I have failed her.  I've caused her

18   more pain than she should ever deserve, suffering

19   incarceration and then home confinement for over years all

20   because of me.  Not being there to support her as she went

21   through her father's death.

22          The prosecution in their trial tried to make it

23   seem that she had to know and basically called her extremely

24   naive if she didn't know about my phone calls, although they

25   clearly displayed in my trial that these phone calls were

1  done at night as I drove home the hour and a half from work.

2  The prosecution knew this, and they still persecuted her

3  unnecessarily.

4           She spent her whole life volunteering to help

5  homeless people and the church.  She's a ray of light in an

6  increasingly dark world.  And she does not deserve any of

7  this.  She's the single greatest thing that ever happened to

8  me in my life.  I love her, and I'm sorry.

9           My son Zack, who gave up his life at college to

10 come home and run the family farm and take over all the

11 financial responsibility, I can never show you enough

12 gratitude.  You and your efforts are the only reason we

13 still have a home today.

14          I took away the greatest years of your life where

15 you should be living happy and care-free, and I turned them

16 into a massive pile of stress, aggravation, and

17 responsibility.  You have risen to the occasion greater than

18 I could have ever imagined.  And I love you and I'm sorry.

19          To my beautiful daughter Danielle, I regret taking

20 away your mother and best friend.  I regret taking away the

21 one who provided you with childcare and helped you be the

22 awesome mother that you continue to be.

23          I also regret deeply that I'm not there for the

24 birth of my newest granddaughter, Ava, and I did not get to

25 see her except briefly when she was one year old.

1          I am sorry I'm not there giving you the support a

2     father and a grandfather should always provide.  I love you,

3     and I'm not only sorry to you but also my beautiful Ava.

4          And to my grandchildren, Carson and Jenna, who God

5     entrusted me to be their father figure, to them I apologize

6     for failing them.  I never close my eyes at night without

7     feeling their heads upon my shoulders as they usually fell

8     asleep in my arms.

9          To my sister, my brother, my mother, and my

10    father, whose name I have worn with honor for 54 years, I've

11    brought it nothing but ridicule and shame.  I could not

12    reverse this damage, but I can assure you going forward

13    I will never do it harm again.  To you all, I apologize.

14         Your Honor, I've often compared my scenario to a

15    bank robbery.  Kind of make, in my mind, my evidence fit the

16    crime.

17         I was online and I was saying bad things.  I wrote

18    about how much I dislike my bank, how I hope they would go

19    under one day.  I even stated that I hoped that they would

20    get robbed.  I was even in line at the bank that day, mad

21    about how bad they are, talking and complaining to other

22    patrons.

23         Suddenly, the bank was robbed.

24         The FBI opened their investigation.  They looked

25    at my social media, and they immediately put me as

1    Suspect No. 1.  I disliked my bank, and you can tell

2    vehemently online.

3            Even the fact that I wished for the very robbery,

4    but then they would pull the video and they would see that

5    it was not me who robbed the bank; I was merely standing in

6    line.

7            Would I be charged with a conspiracy to commit

8    bank robbery even though I knew none of the actual robbers

9    never had contact with those who literally perpetrated the

10   crime?  No, I would not be.

11           They would see the evidence.  And even though my

12   disdain was apparent, they would determine that indeed I did

13   not rob the bank.  I was an innocent man.

14           Your Honor, I told you I'd tell the truth, so here

15   it is:  I had no knowledge of any plan to go into the

16   Capitol and to stop the certification of the

17   Electoral College on January 6th.  The entire case the

18   government has built was on presumption of such a plan,

19   purported to have been hatched on or around the election and

20   executed on January 6th.

21           Just as every single government witness declared

22   under oath, there was no plan.  Even our lead prosecutor,

23   Kate Rakoczy herself, sent an email to our attorneys stating

24   plainly that the Oath Keepers chats showed no plan to enter

25   the Capitol.  Why is this the case, Your Honor?  Because

1    there simply was no plan.

2            The government actually changed their version of

3    the plan multiple times during the trial itself.  If you

4    remember originally, it was the November 9th call when no

5    one actually knew that the January 6th rally was going to

6    occur.  That call was about us doing security in D.C.

7            Their witness admittedly had 20 aliases, including

8    something about being a Russian spy, I believe he said.  And

9    then once that version of their plan fell apart, they

10   changed the plan this time -- next time to, we were trying

11   to take the entire City of D.C. hostage, I believe one of

12   the agents described it.

13           And, finally, after every single government

14   witness, upon cross-examination, was caught and had to admit

15   that there was no plan, the government changed its theory

16   again to an instantaneous mental plan hatched on the steps.

17           These differences and the fact that their claims

18   that we joined a mob battling police and pushing past

19   barricades were never shown at trial.  Why were they not

20   shown?  Because they never happened.

21           Well, I'm here to confirm that there actually was

22   a plan in place that day, one described by thousands and

23   thousands of text messages that the government knew about

24   and read.  Many people in our trial testified about this

25   plan in detail.

1          This plan was a security detail, just like I had

2     done four previous times with the Oath Keepers, including

3     the November event in D.C., nothing more.  The government

4     admitted it in the aforementioned email.

5          I have been here incarcerated for over two years

6     in some of the worst jails in the country, spending up to

7     32 hours at a time in solitary confinement for 280 days.

8     27 of those days, the doors were not even opened for a

9     shower.

10          Even in these conditions and the stress of not

11     knowing if one of those threats I mentioned before would be

12     carried out against my family that night, I managed to come

13     through it all without one disciplinary report, lowered my

14     overall classification, and I served as a trustee for almost

15     two years.  I did what I had done my whole life.  I caused

16     no problems, and I committed no crimes.

17          I am not here today to argue the facts of the

18     case.  Those will be debated at a different time.  I'm here

19     today to be sentenced for some crimes I did not commit and

20     others that I admit I did.

21          I went to D.C. that day for one reason:  To

22     protect people, Your Honor.  My mistake was when the event

23     went off track, I did not stick to the plan.  I reacted and

24     I went towards the building instead of staying out near the

25     staging area as I should have.

1          I went up the stairs.  And when someone asked for

2    help, we moved up near the door.  Unlike the prosecution's

3    version of the story, we never saw officers being assaulted

4    in any way.  We got swept inside.  As I entered the building

5    in front of me, there was an officer fist-bumping people as

6    we went into the Rotunda area.  No one asked me to leave.

7          Once inside, I once reacted again to what I do

8    naturally.  I tried to help people.  I tried to assist

9    officers, primarily Officer Harry Dunn, and then another

10   officer by the door.

11         You'll see in the videos and the photos and even

12   though the prosecution claims that I was yelling at

13   Officer Dunn, they can show you no evidence of this.

14         Your Honor, I have watched hours, hours of footage

15   of that gentleman right there, Officer Harry Dunn.  He was

16   relentless in his efforts that day.  He was downstairs.  He

17   was blocking a stairwell downstairs so people couldn't go

18   down there.

19         And once his fellow officers cleared that area, he

20   moved up to the upper level, which was where we encountered

21   him just outside of the Rotunda.  When we approached him, he

22   was out of breath, obviously from what he had been dealing

23   with all day.  And he had fear that had taken him over

24   because he wasn't sure -- as he stated in his own 302, he

25   was in fear of his life, and he did not know if he was going

1    to go home that day.  In that same 302, he also admitted

2    that we stood in front of him, keeping the crowd away.

3              Officer Dunn, if my presence that day in any way

4    affected you or prevented you from doing your job,

5    I apologize to you, sir.

6              I do apologize, sir.

7              When the officer by the door had a traffic jam, I

8    tried my best to assist for four or five minutes, trying to

9    get people out of the building, I was speaking to him the

10   whole time.  I believe common sense would say someone trying

11   to assist police, getting people out of the building, I was

12   not there with an intent of committing a crime.

13             Video shows, as you've seen, that I didn't look

14   for anyone in the building.  I simply walked just outside of

15   the Rotunda and then right back into the Rotunda.  My entire

16   time was spent in that Rotunda area.

17             I am not claiming to be an innocent man,

18   Your Honor.  I fully accept responsibility that I should not

19   have been on Capitol Grounds that day.  I never should have

20   put myself anywhere near those doors.  And for that, I am

21   sorry.  And I've thought about how stupid I was every day

22   since I have been in jail.

23             I am sorry to be involved in an event that put

24   such a black eye on our country.  I never want to be

25   associated with any event where any officers are injured or

1    people killed.

2          Your Honor, that's why I was there that day, just

3    like the patch says that you saw so many times and that the

4    prosecution just referred to.  I was just there for the

5    violence.

6          But that patch means something totally different

7    to me than it does to them.  I was not there to cause

8    violence.  I was not there to instigate violence.  I was

9    there to try to keep the violence from happening to anyone.

10   It's what I had done so many times before, and it's what

11   I was doing that day.

12         I also realize, most importantly, my vile and

13   hateful language is the main reason that I am standing here

14   today.  When the government found no plan, they just pieced

15   together my messages and made them say whatever they wanted.

16         Even considering the fact that they were taken out

17   of complete context, I fully accept responsibility that what

18   I wrote was not fitting to the person I really am and not

19   really what my actions were.  But those actions were

20   overshadowed by this language.

21         I also know that she's not listening to this and

22   not present.  But on election night 2020, I made a hateful

23   comment about Nancy Pelosi.  And I understand in today's

24   political climate, many people have made angry and vile

25   comments online and in texts.  Mine was just that, a vile

1    comment.  I would never have it in my heart to harm another

2    person.

3              Your Honor, yesterday you made a statement that on

4    January 3rd I posted a comment that about a million of us

5    should surround the Capitol so they could hear us inside.

6    That was not a plan to go into the Capitol.  That was the

7    plan to be at a stage and cheering with the crowd.

8              I also understand my comments about the juries in

9    this town.  And I say this in an understanding fashion.

10   I don't blame them for having bias because I, too, would if

11   my town was literally locked down for months on end because

12   of some violent event at the Capitol.  I didn't blame them

13   for it, but I still think it was present.

14             Every officer that spoke yesterday spoke of

15   violence.  I do not disagree with them.  It was a disgusting

16   display.  I do not in any way support those that did it.

17   And if my presence assisted them in doing that in any way,

18   I apologize.

19             Your Honor, I know you have tremendous pressure on

20   you from multiple fronts.  But as I stand before you, I ask

21   you to have compassion and mercy on me.  Compare my actions

22   that day, not to what you're told but what you saw with your

23   own eyes through the pictures and the CCTV cameras, no

24   assaults, no destructions.  I wasn't even there until two

25   hours after it started.

59

1          I promise you I am not what they say I am.  I know

2    you have multiple options when it comes to my

3    sentencing:  prison time, home confinement, or some

4    combination of the two.

5          I would only ask that you have mercy on me and

6    give me back to the thing that is most important to me, that

7    I clearly know now is most important to me:  my wife, my

8    children, and my grandchildren.

9          Thank you, Your Honor.

10          THE COURT:  Thank you, Mr. Meggs.

11          Mr. Woodward.

12          MR. WOODWARD:  Well, I think it's worth observing,

13    Your Honor, that today brings to a close a chapter that has

14    long affected all of us.

15          I would be remiss were I not to thank your staff,

16    Mr. Douyon, Mr. Zaremba, the courthouse staff, the marshals,

17    who have assisted me in a variety of ways, both related to

18    this trial and to some of the other work that I do while

19    we've been in trial.

20          I would be remiss not to thank the government with

21    whom I almost always disagree and yet, to quote the late

22    Justice Ginsburg, I hope they will agree that we disagree

23    without being disagreeable.

24          To you, Your Honor, your tireless efforts have

25    gone unnoticed by no one.  But as a former law clerk, I also

1    know that perhaps more noteworthy are the work of your

2    clerks.  And I will confess that there have been many nights

3    as I've wanted to put the pen down and submit a brief that

4    I've expected or suspected that you and your clerks

5    continued working and that that motivated me on behalf of

6    Mr. Meggs.

7            I had prepared remarks about the facts in this

8    case, but I don't think that appropriate anymore,

9    Your Honor.

10           Instead, what I will observe is that this is the

11   culmination of a process that our founders very much

12   anticipated.  We're here today for the first convictions of

13   seditious conspiracy in decades because the Department of

14   Justice decided to label these defendants with that scarlet

15   letter.

16           Now, I very much respect that we have vested them

17   with this prosecutorial discretion.  It is a huge burden

18   that they bear.  And in this case I respect that those are

19   the charges that they brought against Mr. Meggs.

20           Nevertheless, I will observe that there's a reason

21   that the Department does not reach a sentence in these

22   cases.

23           There's a reason that the judiciary, that you,

24   Your Honor, have been entrusted with being that last check

25   in our system of balances, a tripart system of government.

61

1    The law is written by legislature, prosecuted by the

2    Department, and the trial is overseen by you.

3              Your Honor, you will no doubt appreciate that when

4    one takes on the role of defense counsel in a case like

5    this, one gets to know their client.

6              And I stand before you as an officer of the court

7    and will observe that I don't believe Mr. Meggs is a

8    terrorist.  I don't condone any of the actions of the

9    members of the riot that day.  And I certainly assure you

10   that as I watched the events unfold, I never thought that I

11   would stand before you as defense counsel for a defendant

12   charged with among the most serious conduct that day.

13             But in exercising the discretion that you have as

14   a member of the judiciary, I will join Mr. Meggs and his

15   family in imploring for leniency.  You are permitted to find

16   that Mr. Meggs is responsible for the actions of his

17   co-conspirators, but you're not required to do so.  As we

18   look through the various sentencing factors that apply here,

19   we can't -- I can't reasonably dispute the seriousness of

20   the offense.  I can't dispute the evidence.

21             Your Honor will, no doubt, agree that I did my

22   best to show evidence of the security plan that was there

23   that day.  Twice, in fact.  What we can and what I implore

24   us to ask ourselves is:  To what end?

25             Mr. Meggs is not Stewart Rhodes.  He is not a

1    risk, continuing risk to our society.  He is a father, a

2    grandfather, a husband, someone who gat wrapped up in and

3    carried away in the events of January 6th.  And the

4    punishment that you levy as against Mr. Meggs will, no

5    doubt, be severe.  It's my duty to advocate zealously on his

6    behalf and ask for a minimum sentence, but I'm realistic.

7            However, 15 years, 10 years even of imprisonment,

8    that's not necessary in Mr. Meggs' case.  I'm certain he is

9    not a recidivist.  He has no prior criminal record.  I'm

10   certain that the days, nights, hours in solitary confinement

11   that he's had already have given him an opportunity to

12   reflect on his conduct that day.

13           And we've seen in the records that we submitted

14   earlier today that he's used that time as best he's able.

15   He's had no disciplinary infractions.  He was entrusted by

16   the D.C. jail to be a warden.  Candidly, I don't know what

17   that means, but they don't ask inmates to do much.

18           He's endeavored to complete college courses to the

19   best of his ability.  All we had was that letter that said

20   that he was invited to do the course.  But he did, in fact,

21   do the course.  We don't have -- the documentation of that

22   has been lost in his various transitions.  And however long

23   Your Honor asks him to serve, directs him to serve, I'm

24   confident that he will make good use of that time for the

25   betterment of society, not worse.

1           And so, Your Honor, I'm reminded of the movie

2     *Amadeus* in which Mozart goes to the emperor and pleads his

3     case for why -- I forget what the symphony was to be

4     conducted, in Italian or Spanish.  I can't remember which.

5     And the emperor says to Mozart, "Sir, you are passionate but

6     not persuadable."  And as lawyers, it's our job to be

7     persuadable, not passionate.  I can't help it today,

8     Your Honor.  I'm passionate for Mr. Meggs.

9           We appreciate the due consideration that you will,

10    no doubt, give to all of the arguments that we've presented

11    to you today.

12          THE COURT:  Mr. Woodward, thank you.  I appreciate

13    your remarks.

14          Let's take a break.  I'd like to collect my

15    thoughts, and I will be back with everyone shortly.

16          Thank you.

17          COURTROOM DEPUTY:  All rise.

18          This Court stands in recess.

19          (Recess from 3:43 p.m. to 3:58 p.m.)

20          THE COURT:  Please be seated.

21          Thank you, everyone.

22          (Pause)

23          THE COURT:  Sorry about that, everyone.  Thank you

24    for your patience.

25          So, again, once more, just beginning with the

64

1    Guidelines, they are 188 to 235 months.

2         In addition, I must consider all the factors that

3    are set forth in 18 U.S.C. 3553(a) and impose a sentence

4    that is sufficient but not greater than necessary to achieve

5    the objectives of sentencing set forth in the statute.

6         The factors I must consider are the nature and

7    circumstances of the offense and the history and

8    characteristics of the defendant, the need for the sentence

9    imposed to reflect the seriousness of the offense, to

10   promote respect for the law, and to provide just punishment

11   for the offense, to afford adequate deterrence, to protect

12   the public, and to provide the defense -- defendant with

13   needed educational or vocational training, medical care, the

14   kinds of sentences available, and the need to avoid

15   unwarranted disparities.

16        Let me just begin with the issue of disparities.

17   And the defense has pointed out some other sentences that

18   have been imposed in January 6th cases.  And as I said

19   earlier today, I don't think those other sentences are

20   terribly useful as comparators because, A, none of them

21   involved conspiracies, and none of them, as in Mr. Meggs'

22   case, involved seditious conspiracy.  It is a unique charge,

23   it is a unique conviction, and so I think it stands apart

24   from other cases that's may have actually involved more

25   actual violence.

1          I have, however, considered other sentences that

2     have been handed down in seditious conspiracy cases.  And I,

3     of course, have considered not only Mr. Rhodes' sentence

4     that I handed down this morning but also my thinking about

5     other sentences that are coming down the road to ensure

6     proportionality with others.

7          Let me just start with the nature and

8     circumstances of the offense.  Or at least let me first

9     state the obvious, which is that the need to reflect the

10    seriousness of the offense and to promote respect for the

11    law and to provide just punishment, all of that favors a

12    substantial sentence in this case.

13          And the nature and circumstances have been

14    discussed a fair amount.  And I want to just note the

15    defense has emphasized that Mr. Meggs was part of a security

16    detail.  He was, in part.

17          That he led a prayer once he was inside the

18    Rotunda, was only in the building for 20 minutes, and

19    appeared to assist in ushering people out.  I think that's

20    accurate as well.

21          There's a contest about whether he, in fact,

22    looked for Nancy Pelosi or not, calling it unfortunate, but

23    hyperbolic.  If that's unfortunate and hyperbolic, there's a

24    fair amount of it.

25          Conspiracy to obstruct an official proceeding that

1   began in the days following the election.  That is true.

2   But, of course, Mr. Meggs was convicted of seditious

3   conspiracy, the foundational elements of which, as I said,

4   did begin in the aftermath of the November election.

5           Also true that Mr. Meggs was not directly involved

6   in any kind of physical altercation with police, but some of

7   his cohorts were.  And he will bear responsibility for that.

8           In terms of destruction of property, he bears some

9   responsibility for the damage to those doors, as jury found

10  his co-conspirators were as well, at least as an aider and

11  abettor.

12          And then the defense emphasizes that Mr. Meggs did

13  resign shortly after January 6th.

14          I want to step back, as I did this morning, and

15  this is primarily for Mr. Meggs' benefit, to just pause and

16  reflect on two words.  The first is "sedition."  The second

17  is "conspiracy."

18          I want to quote what the Supreme Court said in

19  1961 about conspiracy.  It's a case called *Callanan*,

20  C-a-l-l-a-n-a-n.

21          "Collective criminal agreement.  Partnership in

22  crime presents a greater potential threat to the public than

23  individual delicts.  Considered action both increases the

24  likelihood that the criminal object will be successfully

25  attained and decreases the possibility that the individuals

1    involved would depart from their path of criminality.  Group

2    association for criminal purposes often, if not normally,

3    makes possible the attainment of ends more complex than

4    those which one criminal could accomplish.  Nor is the

5    danger of a conspiratorial group limited to the particular

6    end toward which it has embarked.  Combination in crime

7    makes more likely the commission of crimes unrelated to the

8    original purpose for which the group was formed.  In sum,

9    the danger which a conspiracy generates is not confined to

10   the substantive offense which is the immediate aim of the

11   enterprise."  That is the law of the land.

12          The term "sedition," as I reflected upon in the

13   seditious conspiracy statute, was passed at the start of the

14   Civil War when the national government had limited authority

15   under the federal criminal law to detain and punish those

16   who supported the rebellion.  The charge of treason, which

17   carried the death penalty, was the primary tool available.

18   But the Constitution defined that offense strictly, and

19   judicial opinions impose rigorous proof elements.

20          As part of the effort to meet the emergency war

21   posed, Congress enacted statutes to define crimes less than

22   treason.  Congressmen believed these measures were necessary

23   since no statute on the subject existed and the common law

24   was not applicable.

25          So, Mr. Meggs, what you stand here today convicted

68

1    of is one of the most serious offenses an individual

2    American can be accused of, period, full stop.  A jury found

3    that you were prepared to take up arms against your

4    government in order to prevent the lawful transfer of power.

5            I'll talk about the evidence in a moment but --

6    I'll talk about the jury in a moment, too.  But I also want

7    to repeat what I said earlier, which is that, in my view,

8    there are sort of two enduring legacies, Mr. Meggs, of

9    January 6th; and that is the impact it's had on our

10   democracy, our politics, our elections.  We now, if we

11   didn't before, but we certainly do now, hold our collective

12   breath in the hope that the next election won't see such

13   kind of violence, that we will not have members of our

14   community resorting to violence if they disagree with the

15   outcome of an election.

16           And a second important enduring legacy of that day

17   is the heroism of the police officers, the courage, their

18   bravery, their stamina.  Some of those police officers

19   endured hours' and hours' worth of assaultive contact.  The

20   fact that they were standing at the end of the day in an of

21   itself is nothing short of a miracle.

22           Officers Carrion and Salke, as they stood by those

23   doors, the only two officers standing between the

24   United States Capitol and a throng of thousands trying to

25   get through a door.  Two.  Two men.  That's it.  Two men and

1    a flagpole tried to keep thousands at bay.  They were not

2    successful.

3         Officer Owens, along with his MPD colleagues in

4    that center hallway, thankfully, were more successful.  But

5    nevertheless, the scars remain for them.

6         Officer Dunn, who's here and who talked about,

7    obviously, his -- discussed the pain he's endured.  And I --

8    frankly, I appreciate, and I suspect he does as well, your

9    acknowledgement what he did that day, because I think that's

10   important for you to recognize.  And I appreciate that you

11   have.

12        But, Mr. Meggs, I daresay that your view of your

13   actions and your conduct is at odds with what the undisputed

14   evidence really was.

15        This was one of these cases that the actual

16   evidence, for the most part, was not in dispute.  The

17   messages were the messages.  The things that were done were

18   the things that were done.

19        This wasn't a case where somebody had to come in

20   and say, "I saw John shoot someone."  No.  It was all on

21   video.  It was recorded.  We knew what you did.  We knew

22   what you said.  The only question was why you did what you

23   did.

24        Sure, there were some questions in the other trial

25   about Caleb Berry's truthfulness.  The jury apparently

1    accepted it in that trial.

2            But there were people who testified that you were

3    looking for Stewart Rhodes and contemplating going into the

4    building during the first trial, and the jury evidently

5    accepted their testimony as well.

6            The GoToMeeting call, Mr. Meggs, yes, it was, in

7    part, about organizing for that next op.  But I don't know

8    what anything like the following had to do with organizing

9    an op:

10           "We have an armed QRF outside the city awaiting

11    the President's orders to come in.  That's our official

12    position. And the reason why you have to do it that way is

13    because that gives you legal cover.

14           "We very much in exactly the same spot that the

15    founders were in in March of 1777.  Nothing left to do but

16    fight.  We're not getting out of this without a fight.  It's

17    going to be just like in Serbia.  Go watch the videos.

18    You've got to build it up, basically.  It's our own version

19    of the color revolution."

20           Those aren't your words.  I understand those are

21    Mr. Rhodes' words.  But you were on that call.  You heard

22    them.  And you walked away from that call thinking this is

23    just going to be about a security detail.

24           Mr. Rasheed, who we can all agree is a troubled

25    individual, he had the foresight and the clarity to know

1    that something is amiss here.

2            The months went on, Mr. Meggs, and your role in

3    this plan -- and we can talk for a moment about whether

4    there was a plan -- was as the government showed.  You were

5    the leader of the group of Florida Oath Keepers who came to

6    Washington, D.C., with a cache of weapons, many of which

7    were stored in your truck.  And you deposited them across

8    the river at the Comfort Inn.

9            The contention at trial was that they were there

10   for emergency purposes.  Somebody will need to explain to me

11   some day why you need dozen of weapons for emergency

12   purposes if all you're there to do is a security detail, why

13   you need AR-15s if you're there for a security detail.  I

14   suspect the jury had the same questions.

15           But your words, Mr. Meggs, weren't just bombasts.

16   You believe this.  I mean, there's no other way to read

17   this.  When you read -- if it's one message, great.  I get

18   it.  Two messages, three messages, you got carried away.

19           But I don't understand how anybody can stand here

20   today and say that this was just bombastic, that this was

21   not what I really meant.

22           "It's easy to chat here.  The real question is:

23   Who's willing to die?"

24           To die?  You were telling others on this

25   "OK FL Hangout" chat, "You need to prepare to die, and

1    that's what patriots did by the thousands."  Again, it

2    doesn't sound like planning for a security detail.

3             You spoke to Mr. Liggett or emailed Mr. Liggett a

4    few days later or texted him from another militia group:

5    "We are thinking that this is the plan.  He wants us to get

6    this shit kicked off," talking about how many men you're

7    going to have, how many Proud Boys are coming as a force

8    multiplier.  Doesn't seem to have anything to do with a

9    security detail.

10             December 24th, Christmas Eve, you are writing the

11    "OK Florida Hangout":  "We have then 10 to 12 staying there,

12    so it's going to be a wild time in D.C.  We've got to get

13    the crowd going during the day.  I think we get everybody up

14    good and close to the Capitol building so they can hear us

15    inside.  Then at night, well, whatever happens, happens."

16    Again, it doesn't sound like a security detail.

17             "Need to make those Senators feel very

18    uncomfortable with all of us being a few hundred feet away.

19    Our peaceful protests need to have a little more teeth.

20    They aren't listening.

21             "Yes, but like we've said a million times here,"

22    reemphasizing what the message has been for weeks, "that the

23    tree of liberty must be refreshed from time to time with the

24    blood of patriots and tyrants.  There will be blood in the

25    streets, no matter what."

1          So, Mr. Meggs, I understand that when you look at

2     the evidence and you look deep into your heart, that you see

3     a different set of facts and different set of inferences to

4     draw from those facts.  You see different conduct than what

5     the jury saw.  That's okay.  That's fair.

6          But we have a process, like the one that you've

7     been subjected to, for a reason.  We asked 12 people to get

8     in that jury box, spend two months of their lives here to

9     determine what the evidence showed.  Not what one

10    subjectively believes they did.  What the evidence showed.

11    And in the minds of 12 people, beyond a reasonable doubt,

12    you committed offenses, conspiracy offenses, in multiple

13    ways that day.

14         They rejected the idea that you were going in just

15    to help police officers.  They rejected the idea that you

16    were there just to do security that day.  They rejected the

17    notion that you were trying to get your folks up there to go

18    to Area 8 when you never stepped on that part of the Capitol

19    complex.  You never even moved toward it, from what the

20    video showed.  They rejected the idea that you and

21    Stewart Rhodes did not in some way, I think, coordinate

22    before you went in that building.

23         And they certainly did not think you were just

24    hanging out idly as you stood in front of the Speaker of the

25    House's office suite.  I trust the thoughtfulness, the

```
1   diligence, and the ultimate conclusions of those 12 people.
2           Mr. Meggs, I am -- I don't for a moment want to --
3   for you to think that what occurred in those weeks and
4   months sort of defines who you are.  I don't think that.
5   I actually -- you know, I've read your background.  Your
6   family is here.
7           You seem to have led, up until the months before
8   January 6th, a life that any one of us would say is a life
9   well led and a life worth living.  I am very impressed at
10  how you have taken yourself from fairly modest beginnings to
11  where you have become professionally and the standing that
12  you achieved in your line of work.  It is a testament to who
13  you are.  You don't get to that point in any line of work
14  without hard work, dedication, diligence, all of the kind of
15  attributes that we want people to have.
16          Your family, your son, your wife, grandchildren
17  obviously care a great deal about you.  People in your
18  community care a great deal about you.  I don't discount any
19  of that, Mr. Meggs, and I feel your pain today.  I do.
20  I feel it deeply.  I feel it deeply for every single person
21  I've had to sentence in connection with these cases.
22          I'll say it once more.  I've said it dozens of
23  times, and I'll say it again:  It is astonishing to me how
24  average Americans somehow transformed into criminals in the
25  weeks and on January 6th.
```

1          Regrettably, Mr. Meggs, everything you worked for,

2     everything you built, everything you did in your life

3     vanished in a matter of a couple months.  For reasons that

4     are unclear to me, planning and scheming with others to

5     bring rifles to Washington, D.C., maybe became more

6     important than family.

7          Contemplating violence on the streets of

8     Washington, D.C., to prevent the transition of power, maybe

9     you were just under the spell of Mr. Rhodes.  I don't know.

10          But even today, Mr. Meggs -- and I get it

11     I understand.  And I don't really blame you for it, unlike

12     Mr. Rhodes, who I think continues to pose a real threat to

13     the Republic.  You're not in the same category.

14          But you do continue to say things that are just

15     not consistent with reality.  You know, back in January, you

16     told a Fox TV station that police did not prevent you from

17     coming in.  I don't know how anybody can watch that video of

18     the entry and think that you were invited in; that the

19     police just thought it was okay for you to walk through that

20     door; that somehow if there was more CCTV footage out in the

21     world, that the real truth would be revealed for the world

22     to see and that you would be acquitted and exonerated.  Your

23     lawyers had access to every single hour of video coverage

24     that covered your conduct that day.

25          And most recently calling what happened here in

1    this courtroom "a BS trial."

2              Okay.  I understand the sentiment.

3              But in the end, Mr. Meggs, there are factors that

4    are weighty here that are beyond the remorse that you now

5    have.  They are factors to ensure that people in this

6    country understand that violence is not the answer; violence

7    cannot be resorted to simply because you disagree with who

8    got elected.

9              We have a process.  It's called an election.  And

10   if your guy or gal loses, you hope it turns out better next

11   time.  You don't take to the streets with rifles.  You don't

12   hope that the President invokes the Insurrection Act so you

13   can start a war in the streets or join him for a war in the

14   streets.

15             You don't rush into the U.S. Capitol with the hope

16   of trying to stop the electoral count.  If we allow that to

17   happen, if we don't stand for the rule of law, if we don't

18   make sure that people understand that that kind of conduct

19   has consequences, we will slowly but surely descend into

20   chaos.  And that's why we're here today, and the sentence

21   will reflect that.

22             It's the judgment of the Court, Mr. Meggs, that

23   you will be committed to the custody of the

24   Bureau of Prisons for concurrent terms on Counts 1, 2, 3,

25   and 8 of 144 months.  72-month count to run concurrently on

1    Count 4.

2            You will be sentenced to serve 36 months of

3    supervised release as to each of the counts, 1, 2, 3, 4, and

4    8, to run concurrently.

5            In addition, you are ordered to pay a special

6    assessment of $100 per count, for a total of $500.

7            While on supervision, you shall abide by the

8    following mandatory conditions, as well as all the

9    discretionary conditions recommended by the Probation Office

10   in Part D of the sentencing options of the Presentence

11   Report.  They include not committing another federal, state,

12   or local crime; not controlling an unlawful -- excuse me.

13           You must not unlawfully possess a controlled

14   substance.  You must refrain from unlawful use of a

15   controlled substance.  You must submit to one drug test

16   within 15 days of placement on supervision and at least two

17   periodic drug tests thereafter.  You must cooperate in the

18   collection of DNA, and you must make restitution as I order

19   it.

20           Substance abuse testing.

21           You must submit to it if it is determined that you

22   have used a prohibited substance.

23           You must not associate, communicate, or otherwise

24   interact with any known or unknown member of a terrorist

25   organization or any other known or unknown criminal

1    extremist group or individual.  This includes persons who

2    are or claim to be involved with violent acts or advocating

3    for acts of violence and any persons who are located outside

4    the United States without the approval of the probation

5    officer.

6            If you are inadvertently -- if you inadvertently

7    associate, communicate, or otherwise interact with a known

8    terrorist or extremist group or individual, you must

9    immediately report this to the probation officer.

10           You must seek the approval of the probation

11   officer if you wish to access, view, or use any online

12   social media.  You must not download any social media apps

13   to your phone or your computer.  You must not access social

14   media or any other device not approved by the Probation

15   Office.  Social media includes social media sites, chat

16   services, blogs, and the like.

17           You also must not access, view, or use any -- or

18   possess any extremist media.  This includes materials such

19   as literature, video, photos, social media, et cetera, that

20   promote the use of violence to further an ideological or

21   religious cause.  If you inadvertently access, view, or use

22   or possess such material, you must immediately report this

23   to the probation officer.

24           To ensure compliance with these conditions, I will

25   authorize that your computer and other devices be monitored.

1    You must allow the probation officer to conduct an initial

2    and periodic unannounced searches of any computers subject

3    to the computer-monitoring condition.  That includes any

4    desktops, laptops, mobile devices, smart watches, et cetera.

5    These searches shall be conducted to determine whether the

6    computer contains any prohibited data prior to installation

7    of the monitoring software, whether the monitoring software

8    is functioning effectively after its installation, and

9    whether there have been attempts to circumvent the

10   monitoring software after its installation.

11          You must warn any other people who use these

12   computers that the computers may be subject to searches

13   pursuant to this condition.  A probation officer may conduct

14   a search pursuant to this condition only when reasonable

15   suspicion exists, if there's a violation of a condition of

16   supervision, and that the computer or device contains

17   evidence of this violation.  Any search will be conducted at

18   a reasonable time in a reasonable manner.

19          You must not use any devices designed to encrypt,

20   disguise, mask, or anonymize your online activity.  And you

21   shall not use any online gaming services or systems,

22   including mobile device applications without the consent of

23   the Probation Office.

24          You shall not use any telecommunications

25   applications software product, such as Skype, Discord, and

1    the like or any other software that specializes in providing

2    chat and voice calls between computers, tablets, mobile

3    devices, and the like, again, without the consent of

4    probation.

5            You must provide the probation officer access to

6    any requested financial information and authorize the

7    release of any financial information.  The probation office

8    may share financial information with the

9    U.S. Attorney's Office.

10           I will authorize the transfer of supervision to

11    the jurisdiction to which Mr. Meggs is released, but I will

12    maintain jurisdiction over his supervision.

13           The Court is not going to impose a recommended

14    fine, given the financial circumstances you and your family

15    find yourselves in.  Restitution payments, however, whatever

16    they may be, will need to be made to the Architect of the

17    Capitol at a time to be determined.

18           The financial obligation to this court is

19    immediately payable to the Clerk of the Court of the

20    U.S. District Court for the U.S. District Court for the

21    District of Columbia.  Within 30 days of any change of

22    address, you shall notify the Clerk of the Court of the

23    change until such time as the financial obligation is paid

24    in full.

25           The probation office is authorized to release the

1    Presentence Investigation Report to all appropriate

2    agencies, including the probation office in the approved

3    district of residence, in order to execute the sentence of

4    the Court.  Any treatment agencies shall return the

5    Presentence Report to the probation office.

6           You do have the right to appeal your convictions

7    and your sentence, Mr. Meggs.  You shall do that within

8    14 days after the Court enters judgment.  If you cannot

9    afford the cost of an appeal, the Court can waive the costs

10   of an appeal.  And if you cannot afford counsel for purposes

11   of such an appeal, you can request court-appointed counsel

12   for such purpose.

13          Let me just add one more footnote here, and that

14   is the explanation of why I ended up where I did with

15   Mr. Meggs.

16          He's not Mr. Rhodes.  He's just not.  He doesn't

17   pose the kind of threat and concerns that I have of

18   Mr. Rhodes.  He wasn't the intellectual and spiritual leader

19   of this outfit.  But I thought the record -- excuse me --

20   the evidence and this ultimate sentence was proportionate

21   with what his responsibility was for the conduct over that

22   period of time and for his acts on that day.  So I just want

23   that to be clear on the record.

24          Are there any objections, Mr. Woodward, you'd like

25   to place on the record at this time?

1          MR. WOODWARD:  No, Your Honor.

2          THE COURT:  Any requests, Mr. Woodward, for

3    placement?

4          MR. WOODWARD:  Yes, Your Honor.  Actually, that's

5    what he was asking me.

6          THE COURT:  All right.

7          MR. WOODWARD:  We would request placement at the

8    Coleman facility, which is in South Florida --

9          THE COURT:  Okay.

10         MR. WOODWARD:  -- Central Florida.

11         THE COURT:  All right.

12         So the judgment and commitment will reflect that

13    recommendation.

14         All right.  With that -- yes, Mr. Nestler.

15         MR. NESTLER:  Just a technical matter, Your Honor,

16    for restitution.  I know you went over it this morning for

17    Mr. Rhodes, but you didn't do it again for Mr. Meggs's

18    benefit.

19         For the record, the government would request under

20    18 U.S.C. 3664(d)(5) the opportunity to provide the Court

21    with additional information about restitution to be handled

22    at a later date.

23         Thank you.

24         THE COURT:  And just for your benefit, Mr. Meggs,

25    I deferred on the issue of restitution because I've raised

1    some legal questions about the amount and the proportions

2    and individual responsibility.  The law allows me 90 days

3    after either today or the sentence is imposed to deal with

4    the restitution, and so that will be coming in short order.

5            Anything else, Counsel?

6            MR. NESTLER:  No, Your Honor.  Thank you.

7            THE COURT:  All right.  Mr. Woodward?

8            MR. WOODWARD:  No.  Thank you, Your Honor.

9            THE COURT:  All right.  Thank you, all, very much.

10           Mr. Meggs, best of luck to you, sir.

11           COURTROOM DEPUTY:  All rise.

12           This Court stands in recess.

13           (Proceedings concluded at 4:31 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 1, 2023_____



William P. Zaremba, RMR, CRR

85

**COURTROOM DEPUTY: [6]** 3/2 3/5 35/20 35/23 63/17 83/11
**CRYSTAL MEGGS STEJSKAL: [3]** 42/14 42/17 44/25
**MR. NESTLER: [5]** 10/5 36/4 42/4 82/15 83/6
**MR. WOODWARD: [20]** 4/23 5/4 5/11 5/19 11/22 15/13 23/20 33/23 33/25 34/22 42/6 45/2 47/4 48/6 59/12 82/1 82/4 82/7 82/10 83/8
**THE COURT: [36]** 3/4 3/16 4/25 5/10 5/14 5/21 11/20 14/25 15/2 23/21 33/24 34/21 34/23 36/1 42/3 42/5 42/12 42/16 44/24 45/1 45/5 45/8 47/3 48/4 48/8 59/10 63/12 63/20 63/23 82/2 82/6 82/9 82/11 82/24 83/7 83/9
**THE DEFENDANT: [1]** 48/11
**ZACKRY MEGGS: [2]** 45/7 45/9

**$**
**$100 [1]** 77/6
**$400,000 [1]** 33/18
**$500 [1]** 77/6

**1**
**10 [2]** 62/7 72/11
**100 [1]** 36/23
**12 [4]** 72/11 73/7 73/11 74/1
**14 [2]** 33/1 37/10
**14 days [1]** 81/8
**144 [1]** 76/25
**15 [4]** 35/17 38/4 62/7 77/16
**15-minute [1]** 46/18
**1512 [6]** 11/15 29/3 32/5 32/7 32/8 32/22
**15s [1]** 71/13
**1777 [1]** 70/15
**18 U.S.C. 3553 [1]** 64/3
**18 U.S.C. 3664 [1]** 82/20
**1808 [1]** 2/3
**188 [3]** 33/18 42/1 64/1
**19 [1]** 17/25
**1961 [1]** 66/19
**1:53 [1]** 1/6
**1B1.3 [1]** 11/12

**2**
**20 [2]** 53/7 65/18
**20001 [1]** 2/10
**20010 [1]** 2/4
**202 [3]** 1/18 2/4 2/11
**2020 [2]** 16/2 57/22

**2023 [2]** 1/5 84/7
**20579 [1]** 1/17
**21 [1]** 42/2
**22-15-2 [1]** 1/4
**235 [2]** 42/1 64/1
**238 [1]** 33/18
**24 [2]** 45/10 49/15
**24th [1]** 72/10
**25 [2]** 1/5 47/13
**252-7277 [1]** 1/18
**27 of [1]** 54/8
**280 [1]** 54/7
**29 [1]** 15/12
**2:40 p.m [1]** 35/22
**2:57 p.m [1]** 35/22
**2J1.2 [2]** 32/5 32/9
**2M1.1 [1]** 31/25
**2X5.1 [1]** 31/24

**3**
**30 days [1]** 80/21
**302 [2]** 55/24 56/1
**32 hours [1]** 54/7
**3249 [1]** 2/11
**33 [2]** 33/12 33/14
**333 [1]** 2/10
**354-3249 [1]** 2/11
**3553 [2]** 40/9 64/3
**36 [2]** 33/16 77/2
**3664 [1]** 82/20
**3:43 p.m [1]** 63/19
**3:58 p.m [1]** 63/19
**3A1.4 [3]** 29/3 30/14 33/16
**3rd [2]** 12/13 58/4

**4**
**40,000 [1]** 33/18
**4:31 [1]** 83/13

**5**
**50 [2]** 43/1 44/1
**54 [1]** 51/10
**542 [1]** 4/11
**543 [1]** 4/12
**565 [1]** 4/13
**569 [1]** 4/14
**580 [1]** 4/13
**581 [1]** 4/16
**5K2.6 [1]** 41/21
**5K2.7 [1]** 41/20
**5th [1]** 37/17

**6**
**600 [1]** 4/17
**601 [1]** 1/17
**6th [38]** 8/23 9/12 10/10 10/10 10/24 13/11 13/23 14/3 17/19 17/23 18/9 20/11 22/10 23/2 23/4 23/8 24/2 24/2 26/3 26/5 26/7 27/1 27/23 37/8 38/9 38/14 39/23 40/7 48/15 52/17 52/20 53/5 62/3 64/18 66/13 68/9 74/8 74/25

**72-month [1]** 76/25
**7277 [1]** 1/18
**7447 [1]** 2/4

**8**
**830 [1]** 49/5

**9**
**90 [1]** 83/2
**996-7447 [1]** 2/4
**9th [1]** 53/4

**A**
**abetting [1]** 25/6
**abettor [1]** 66/11
**abide [1]** 77/7
**ability [2]** 6/21 62/19
**able [9]** 5/5 39/21 41/2 41/7 41/12 41/13 43/20 44/19 62/14
**about [62]** 3/25 4/3 5/12 9/5 9/19 10/2 11/2 11/10 12/19 15/25 18/7 19/11 22/10 23/24 26/23 26/25 27/15 28/1 35/17 35/18 36/14 37/15 37/17 38/5 38/16 41/9 42/25 43/24 45/20 47/17 47/18 47/19 48/2 48/22 49/24 51/18 51/21 53/6 53/8 53/23 53/24 56/21 57/23 58/4 58/8 60/7 63/23 65/4 65/21 66/19 68/5 68/6 69/6 69/25 70/7 70/23 71/3 72/6 74/17 74/18 82/21 83/1
**above [2]** 43/14 84/4
**above-titled [1]** 84/4
**absent [1]** 47/14
**absolutely [1]** 43/12
**absolving [1]** 30/7
**abuse [1]** 77/20
**accept [3]** 31/14 56/18 57/17
**acceptance [3]** 31/11 31/17 31/19
**accepted [2]** 70/1 70/5
**access [7]** 38/1 75/23 78/11 78/13 78/17 78/21 80/5
**accomplish [8]** 37/1 37/2 38/6 39/21 41/2 41/7 41/13 67/4
**accomplished [4]** 39/15 40/6 40/19 41/11
**accounts [1]** 49/2
**accurate [2]** 21/11 65/20
**accused [1]** 68/2
**achieve [1]** 64/4
**achieved [1]** 74/12
**acknowledge [3]** 11/25 11/25 13/14
**acknowledgement [1]** 69/9
**acquitted [2]** 35/12

**across [1]** 71/7
**act [6]** 8/13 16/21 17/21 20/6 30/8 76/12
**acting [1]** 47/15
**action [6]** 7/12 7/15 17/9 17/10 27/24 66/23
**actions [13]** 7/17 12/13 16/12 17/14 18/16 21/4 28/1 57/19 57/19 58/21 61/8 61/16 69/13
**actively [1]** 18/23
**activity [6]** 15/6 16/21 16/23 24/6 27/8 79/20
**acts [5]** 16/19 32/12 78/2 78/3 81/22
**actual [4]** 29/9 52/8 64/25 69/15
**actually [15]** 13/7 13/16 14/23 15/10 27/16 37/1 38/11 38/13 39/21 53/2 53/5 53/21 64/24 74/5 82/4
**Adams [1]** 40/24
**add [2]** 4/20 81/13
**addition [2]** 64/2 77/5
**additional [7]** 5/16 25/8 25/20 33/5 33/11 41/18 82/21
**Additionally [1]** 24/18
**address [1]** 80/22
**addresses [1]** 4/23
**adequate [1]** 64/11
**adjournment [1]** 25/18
**adjusted [1]** 33/14
**administration [7]** 24/9 24/9 24/10 25/9 25/17 33/3 33/4
**admission [2]** 10/11 10/13
**admit [2]** 53/14 54/20
**admitted [2]** 54/4 56/1
**admittedly [1]** 53/7
**advantage [1]** 36/20
**advice [2]** 43/4 48/1
**advocate [1]** 62/5
**advocating [2]** 41/1 78/2
**affect [3]** 29/6 29/13 29/19
**affected [2]** 56/4 59/14
**affiliation [2]** 13/24 13/24
**affirmatively [1]** 34/7
**afford [6]** 46/8 46/11 46/13 64/11 81/9 81/10
**aforementioned [1]** 54/4
**after [25]** 5/6 6/23 6/25 9/11 13/22 22/20 23/2 23/7 24/3 29/17 34/11 36/8 36/9 36/13 39/13 40/6 43/18 48/6 53/13 58/25 66/13 79/8 79/10 81/8 83/3
**aftermath [1]** 66/4
**afternoon [8]** 3/5 3/16 3/17 3/19 3/21 40/6

**afterwards [1]** 32/14
**again [15]** 9/7 12/21 26/11 31/23 35/23 48/1 51/13 53/16 55/7 63/25 72/1 72/16 74/23 80/3 82/17
**against [12]** 9/1 9/14 14/17 15/9 32/1 36/11 40/17 48/3 54/12 60/19 62/4 68/3
**agencies [2]** 81/2 81/4
**agents [2]** 48/20 53/12
**aggravation [1]** 50/16
**agitating [1]** 41/1
**ago [3]** 40/16 43/9 49/15
**agree [8]** 7/11 8/5 16/3 26/18 39/2 59/22 61/21 70/24
**agreed [4]** 7/16 11/6 17/1 20/5
**agreement [4]** 19/19 27/2 32/2 66/21
**ahead [1]** 6/7
**aid [2]** 4/13 4/14
**aided [1]** 2/12
**aider [1]** 66/10
**aiding [1]** 25/6
**aim [1]** 67/10
**Alexandra [2]** 1/15 3/9
**Alexandra Hughes [1]** 3/9
**aliases [1]** 53/7
**all [67]** 3/2 3/16 3/18 5/1 5/21 5/22 6/3 11/17 13/4 14/4 16/12 16/18 18/6 20/5 21/4 24/7 28/9 28/20 28/24 31/15 31/21 32/2 32/11 32/17 32/17 32/18 34/12 34/21 35/13 35/16 35/18 35/20 35/23 36/1 37/19 42/20 43/16 43/18 44/10 45/14 47/20 49/4 49/19 50/10 51/13 54/13 55/23 59/14 62/19 63/10 63/17 64/2 65/11 69/20 70/24 71/12 72/18 74/14 77/8 81/1 82/6 82/11 82/14 83/7 83/9 83/11
**all right [3]** 34/21 35/16 35/18
**alleged [3]** 8/7 12/10 16/8
**allocution [1]** 36/2
**allocutions [2]** 4/7 33/20
**allotted [1]** 46/18
**allow [2]** 76/16 79/1
**allows [1]** 83/2
**almost [4]** 43/1 44/1 54/14 59/21
**along [1]** 69/3
**already [4]** 21/25 29/1 41/14 62/11

**A**

also [33] 3/12 4/24 8/16 10/21 13/17 13/21 16/5 17/18 18/10 19/15 26/20 27/21 28/18 30/17 30/25 32/5 32/9 45/3 46/20 47/5 47/7 47/24 50/23 51/3 56/1 57/12 57/21 58/8 59/25 65/4 66/5 68/6 78/17
alter [1] 35/1
altercation [1] 66/6
although [7] 15/12 16/8 20/13 20/14 21/5 24/21 49/24
always [8] 43/2 43/3 44/14 44/15 45/25 49/16 51/2 59/21
am [17] 9/18 32/15 44/9 45/9 46/12 46/25 51/1 54/17 56/17 56/20 56/23 57/13 57/18 59/1 59/1 74/2 74/9
Amadeus [1] 63/2
amazing [2] 43/14 44/14
AMERICA [2] 1/3 3/6
American [1] 68/2
Americans [1] 74/24
amiss [1] 71/1
AMIT [3] 1/9 3/3 35/24
among [5] 7/1 8/8 8/24 29/15 61/12
amongst [2] 37/5 37/19
amount [3] 65/14 65/24 83/1
ample [4] 27/6 27/11 29/11 30/19
analogue [1] 32/2
analysis [1] 25/14
and, [1] 27/2
and, undoubtedly [1] 27/2
angry [1] 57/24
anonymize [1] 79/20
another [7] 18/5 23/23 23/24 55/9 58/1 72/4 77/11
answer [4] 5/5 43/4 43/5 76/6
anticipated [1] 60/12
any [48] 8/24 10/3 13/24 13/24 13/24 16/18 23/11 26/17 31/13 35/1 46/1 47/21 50/6 52/15 55/4 56/3 56/25 56/25 58/16 58/17 61/8 66/6 74/8 74/13 74/18 77/24 77/25 78/3 78/11 78/12 78/14 78/17 78/18 78/2 79/3 79/6 79/11 79/17 79/19 79/21 79/24 80/1 80/6 80/7 80/21 81/4 81/24 82/2
anybody [2] 71/19 75/17

anyone [M]  60/7 anymore [1]  57/9
anyone [3] 43/6 56/14 57/9
anything [5] 4/19 22/4 70/8 72/8 83/5
anywhere [1] 56/20
apart [5] 30/1 30/2 30/3 53/9 64/23
apologize [7] 48/13 49/12 51/5 51/13 56/5 56/6 58/18
app [2] 23/15 23/24
apparent [1] 52/12
apparently [2] 22/8 69/25
appeal [4] 81/6 81/9 81/10 81/11
APPEARANCES [2] 1/13 1/20
appeared [2] 40/11 65/19
appearing [1] 3/14
applicable [5] 27/6 31/12 32/18 32/19 67/24
application [2] 11/18 33/10
applications [3] 4/5 79/22 79/25
applies [1] 25/25
apply [4] 11/17 28/25 31/19 61/18
appointed [3] 10/14 40/24 81/11
appointment [2] 13/2 13/8
appreciate [9] 12/12 13/21 43/23 47/6 61/3 63/9 63/12 69/8 69/10
approached [1] 55/21
appropriate [4] 16/10 25/12 60/8 81/1
approval [2] 78/4 78/10
approved [2] 78/14 81/2
apps [1] 78/12
AR [2] 38/4 71/13
AR-15 [1] 38/4
AR-15s [1] 71/13
Architect [1] 80/16
are [55] 3/18 5/17 6/8 9/7 9/8 11/24 15/19 18/1 19/22 24/4 26/21 27/20 29/4 30/19 31/7 31/20 32/2 32/19 35/3 36/17 42/7 42/7 42/22 42/23 45/21 50/12 51/21 56/25 60/1 60/18 61/15 63/5 64/1 64/3 64/6 64/19 65/5 68/8 70/20 72/5 72/7 72/10 74/4 74/13 75/4 75/14 76/3 76/4 76/4 76/5 77/5 78/2 78/3 78/6 81/24
area [7] 19/17 21/24 54/25 55/6 55/10 60/18

Area 8 [1] 73/18
aren't [2] 70/20 72/20
argue [1] 54/17
argues [1] 31/12
argument [3] 4/3 34/3 34/17
arguments [2] 10/2 63/10
armed [2] 37/20 70/10
arms [5] 8/10 8/11 17/16 51/8 68/3
around [3] 18/6 46/5 52/19
arranged [2] 37/14 37/19
arrested [2] 36/23 48/19
as [137]
ascribe [1] 16/11
ask [12] 3/23 5/15 15/13 34/7 41/24 44/21 48/6 58/20 59/5 61/24 62/6 62/17
asked [7] 11/18 29/22 39/22 46/1 55/1 55/6 73/7
asking [1] 82/5
asks [1] 62/23
asleep [1] 51/8
assault [1] 19/25
assaulted [1] 55/3
assaultive [1] 68/19
assaults [1] 58/24
assessment [1] 77/6
assist [5] 21/20 55/8 56/8 56/11 65/19
assisted [3] 22/6 58/17 59/17
associate [2] 77/23 78/7
associated [1] 56/25
association [1] 67/2
assure [4] 7/21 49/8 51/12 61/9
astonishing [1] 74/23
attained [1] 66/25
attainment [1] 67/3
attempt [1] 21/20
attempting [2] 20/23 28/15
attempts [1] 79/9
attend [1] 47/12
attention [1] 40/12
ATTORNEY'S [2] 1/16 80/9
attorneys [1] 52/23
attributable [1] 24/6
attributes [1] 74/15
authority [1] 7/8 16/4 67/14
authorize [3] 78/25 80/6 80/10
authorized [1] 80/25
Ava [2] 50/24 51/3
available [2] 64/14 67/17
Avenue [1] 2/10

average [2] 60/24 77/24
avoid [1] 64/14
awaiting [1] 70/10
aware [2] 12/16 22/17
away [9] 49/5 50/14 50/20 50/20 56/2 62/3 70/22 71/18 72/18
awesome [1] 50/22
awfully [1] 14/16

**B**

back [9] 14/7 14/7 33/21 40/2 56/15 59/6 63/15 66/14 75/15
background [3] 15/9 40/21 74/5
bad [2] 51/17 51/21
balances [1] 60/25
bang [1] 22/4
bank [8] 51/15 51/18 51/20 51/23 52/1 52/5 52/8 52/13
barely [1] 13/19
Barrett [1] 2/9
barricades [1] 53/19
Base [1] 42/20
based [4] 33/9 35/13 38/24 41/6
bases [2] 41/18 41/20
basically [2] 49/23 70/18
basis [2] 25/6 33/10
bathroom [1] 14/7
battering [1] 53/18
battling [1] 53/18
bay [2] 21/17 69/1
be [100]
Be seated [1] 35/25
bear [2] 60/18 66/7
bears [2] 29/5 66/8
beautiful [2] 50/19 51/3
became [1] 75/5
because [31] 14/9 18/10 30/3 30/4 30/6 31/25 32/11 32/22 34/3 34/24 36/22 39/1 39/9 41/12 41/13 42/21 44/7 44/9 47/8 49/20 52/25 53/20 55/24 58/10 58/11 60/13 64/20 69/9 70/13 76/7 82/25
become [1] 74/11
bed [1] 19/4
been [39] 4/1 6/17 14/21 15/10 20/7 24/17 42/22 43/2 43/22 44/14 44/15 44/19 44/20 45/13 46/2 46/5 46/16 46/17 46/18 47/13 47/14 49/1 49/5 49/9 52/19 54/5 55/22 56/19 56/22 59/19 60/2 60/24 62/22 64/18 65/2 65/13 72/22 73/7 79/9
before [15] 1/9 10/10 11/9 26/23 29/17 33/19 40/23 54/11

86
**A** 58/20 61/6 61/11 68/11 73/22 74/7
began [1] 66/1
begin [4] 4/9 36/1 64/16 66/4
beginning [1] 63/25
beginnings [1] 74/10
behalf [3] 3/12 42/6 60/5 62/6
behavior [1] 16/15
being [16] 6/2 6/3 13/7 48/13 49/20 53/8 55/3 59/23 60/24 72/18
belayed [1] 14/2
believe [16] 4/15 10/8 11/13 18/25 19/6 23/1 26/14 26/18 41/3 41/16 41/18 53/8 53/11 56/10 61/7 71/16
believed [1] 67/22
believes [1] 73/10
benefit [4] 3/20 66/15 82/18 82/24
Berry [7] 7/20 7/22 11/2 14/10 19/5 22/22 27/19 36/15 36/18 37/23 38/15 38/20
Berry's [3] 20/19 22/16 69/25
best [9] 21/21 23/5 45/21 50/20 56/8 61/22 62/14 62/19 83/10
better [3] 39/3 46/1 76/10
betterment [1] 62/25
between [2] 68/23 80/2
beyond [4] 23/4 43/14 73/11 76/4
bias [1] 58/10
Biden [3] 7/4 17/2 20/9
biggest [1] 46/14
birth [1] 50/24
bit [2] 43/9 44/23
Bittner [1] 37/25
bizarre [1] 19/24
black [1] 56/24
blame [3] 58/10 58/12 75/11
blessed [1] 46/5
blocking [1] 55/17
blogs [1] 78/16
blood [3] 18/11 72/24 72/24
boasted [1] 37/15
boasting [2] 18/15 18/18
bombastic [1] 71/20
bombasts [1] 71/15
boss [1] 45/1
both [13] 4/3 7/17 10/10 10/21 15/4 29/17 30/3 30/16 35/8 41/4 45/18 59/17 66/23
box [4] 34/4 34/6 35/11 73/8
Boys [2] 8/22 72/7
brain [2] 43/8 43/16
BRAND [1] 2/3

**B**

brandwoodwardlaw.com [1] 2/5
bravery [1] 68/18
break [2] 33/21 63/14
breath [2] 55/22 68/12
brief [2] 4/16 60/3
briefly [1] 50/25
bring [6] 8/10 19/12 24/13 24/16 26/1 75/5
bringing [3] 18/16 18/24 26/4
brings [3] 33/16 59/13
brink [1] 7/24
broad [1] 12/11
broke [1] 30/11
brother [4] 42/9 43/6 43/11 51/9
brought [10] 9/17 9/17 9/22 19/3 19/16 19/18 31/8 40/12 51/11 60/19
BS [1] 76/1
build [1] 70/18
building [36] 6/10 11/5 12/15 12/18 12/20 12/22 12/23 14/3 14/5 14/9 14/18 20/13 20/22 21/23 22/15 22/24 25/21 26/16 26/23 28/23 29/14 37/12 38/6 38/14 38/22 39/11 39/13 54/24 55/4 56/9 56/11 56/14 65/18 70/4 72/14 73/22
built [2] 52/18 75/2
bumping [1] 55/5
burden [3] 31/15 35/8 60/17
Bureau [1] 76/24
busted [1] 39/16
busting [1] 39/18

**C**

cache [1] 71/6
calculated [3] 29/6 29/12 29/19
calculation [1] 9/25
calculations [1] 31/22
Caldwell [3] 23/20 23/21 23/21
Caleb [10] 11/2 14/10 19/5 22/16 36/15 36/18 37/23 38/15 38/20 69/25
Caleb Berry [8] 11/2 14/10 19/5 36/15 36/18 37/23 38/15 38/20
Caleb Berry's [2] 22/16 69/25
call [11] 7/12 7/15 17/4 17/9 17/10 43/3 53/4 53/6 70/6 70/21 70/22
Callanan [1] 66/19
called [5] 17/5 17/6 49/23 66/19 76/9
calling [3] 43/15 65/22 75/25
calls [5] 13/12 46/18

came [7] 8/17 19/7 24/19 30/10 37/18 42/21 71/5
cameras [1] 58/23
can [29] 9/7 11/11 12/9 12/14 13/3 14/1 19/23 22/17 23/17 33/23 35/11 43/23 43/25 46/8 49/8 50/11 51/12 52/1 55/13 61/23 68/2 70/24 71/3 71/19 72/14 75/17 76/13 81/9 81/11
can't [8] 19/14 20/21 20/24 61/19 61/19 61/20 63/4 63/7
cancer [1] 43/16
Candidly [1] 62/16
cannot [5] 46/13 47/12 76/7 81/8 81/10
Capitol [32] 10/23 10/25 16/16 18/6 18/9 20/13 20/22 21/4 21/23 22/14 22/21 25/21 27/23 28/12 28/14 28/23 37/12 37/13 38/6 38/14 39/20 52/16 52/25 56/19 58/5 58/6 58/12 68/24 72/14 73/18 76/15 80/17
Capitol building [8] 20/13 20/22 21/23 25/21 28/23 37/12 38/14 72/14
caption [1] 39/19
car [1] 45/16
care [5] 44/16 50/15 64/13 74/17 74/18
care-free [1] 50/15
caretaking [1] 43/11
Carolina [1] 19/1
carried [4] 54/12 62/3 67/17 71/18
Carrion [3] 21/20 39/19 68/22
carry [2] 19/17 28/17
cars [1] 49/3
Carson [1] 51/4
case [16] 3/6 12/11 29/2 31/13 52/17 52/25 54/18 60/8 60/18 61/4 62/8 63/3 64/22 65/12 66/19 69/19
Case No. 22-15-2 [1] 3/6
cases [8] 14/21 19/7 60/22 64/18 64/24 65/2 69/15 74/21
category [3] 29/25 33/17 75/13
Category I [1] 33/17
caught [1] 53/14
causal [1] 25/11
cause [3] 7/22 57/7 78/21
caused [2] 49/15 49/17 54/15

caveat [2] 5/5 47/25
CCTV [2] 58/23 75/20
center [2] 31/6 69/4
Central [1] 82/10
certain [2] 62/8 62/10
certainly [26] 6/11 6/12 6/14 6/19 7/12 7/16 9/13 9/21 21/2 21/19 22/7 23/18 23/22 23/25 24/1 24/16 27/1 27/25 28/10 29/9 30/24 34/11 34/23 61/9 68/11 73/23
certification [2] 24/11 52/16
Certified [1] 2/8
certify [1] 84/2
certifying [1] 37/2
cetera [2] 78/19 79/4
CH [1] 2/9
chance [3] 17/19 42/18 42/24
change [3] 12/24 80/21 80/23
changed [4] 43/9 53/2 53/10 53/15
chanting [1] 38/19
chaos [1] 76/20
chapter [7] 13/2 13/4 13/9 13/15 13/18 41/10 59/13
character [1] 44/1
characteristic [1] 32/24
characteristics [1] 64/8
characterization [5] 6/4 9/5 11/23 12/4 14/23
charge [6] 10/18 10/24 11/3 11/9 64/22 67/16
charged [4] 15/23 15/25 52/7 61/12
charges [1] 60/19
charity [1] 45/23
chat [5] 18/3 71/22 71/25 78/15 80/2
chats [1] 52/24
check [4] 34/3 34/8 35/10 60/24
cheering [1] 58/7
childcare [1] 50/21
children [4] 8/1 8/1 44/16 59/8
choices [1] 46/6
chose [1] 14/8
Christmas [1] 72/10
church [1] 50/5
Circuit [1] 15/4
circumstance [1] 25/13
circumstances [7] 24/23 31/18 31/19 64/7 65/8 65/13 80/14
circumstantial [1] 9/21
circumvent [1] 79/9
citizen [1] 41/6
city [3] 19/18 53/11

Civil [1] 67/14
Civil War [1] 67/14
claim [1] 78/2
claiming [2] 40/16 56/17
claims [2] 53/17 55/12
clarity [1] 70/25
classification [1] 54/14
clean [1] 25/22
clear [13] 8/24 13/16 20/16 22/23 23/19 28/18 29/24 30/12 34/1 34/15 34/18 35/3 81/23
cleared [1] 55/19
clearly [7] 12/6 21/16 26/7 30/21 34/25 49/25 59/7
clerk [3] 59/25 80/19 80/22
clerks [2] 60/2 60/4
client [1] 61/5
climate [1] 57/24
close [4] 9/2 51/6 59/13 72/14
closed [1] 21/10
closer [1] 37/8
closest [1] 32/2
co [13] 6/12 7/1 8/8 8/14 12/13 16/12 17/21 18/16 19/16 25/4 25/16 61/17 66/10
co-conspirators [12] 6/12 7/1 8/8 8/14 12/13 16/12 17/21 19/16 25/4 25/16 61/17 66/10
co-defendants [1] 18/16
coercion [2] 29/7 29/20
cohorts [5] 20/1 22/3 24/19 31/8 66/7
coincidental [1] 14/16
Coleman [1] 82/8
colleagues [1] 69/3
collect [1] 63/14
collection [1] 77/18
collective [2] 66/21 68/11
college [5] 45/16 45/17 50/9 52/17 62/18
color [1] 70/19
COLUMBIA [7] 1/1 8/10 18/17 24/14 24/15 31/10 80/21
Columbus [1] 25/2
Columbus Doors [1] 25/2
combination [2] 59/4 67/6
come [13] 9/1 17/10 33/21 35/25 42/13 44/21 48/9 48/10 49/7 50/10 54/12 69/19 70/11
comes [2] 47/19 59/2
Comfort [6] 19/2 19/4 19/5 19/13 28/4 71/8

Comfort Inn [3] 19/2 28/4 71/8
coming [6] 18/22 36/6 65/5 72/7 75/17 83/4
comment [3] 57/23 58/1 58/4
comments [3] 39/13 57/25 58/8
commission [1] 67/7
commit [2] 52/7 54/19
commitment [1] 82/12
committed [4] 8/16 54/16 73/12 76/23
committing [2] 56/12 77/11
common [5] 17/21 32/13 32/13 56/10 67/23
communicate [2] 77/23 78/7
Communicated [1] 19/11
communicating [1] 7/14
communication [3] 8/20 26/8 27/19
communications [9] 6/24 7/5 7/19 17/14 17/25 26/20 27/18 27/21 29/17
community [3] 45/23 68/4 74/18
comparators [1] 64/20
Compare [1] 58/21
compared [1] 51/14
compassion [1] 58/21
complaining [1] 51/21
complete [3] 44/6 57/17 62/18
complex [2] 67/3 73/19
compliance [1] 78/24
computer [6] 2/12 78/13 78/25 79/3 79/6 79/16
computer-aided [1] 2/12
computer-monitoring [1] 79/3
computers [4] 79/2 79/12 79/12 80/2
concerning [1] 9/10
concerns [3] 5/12 6/5 81/17
conclude [3] 19/16 29/11 34/8
concluded [1] 83/13
conclusion [2] 9/2 16/9
conclusions [1] 74/1
concurrent [1] 76/24
concurrently [2] 76/25 77/4
condition [4] 79/3 79/13 79/14 79/15
conditions [4] 54/10 77/8 77/9 78/24
condone [1] 61/8
conduct [41] 4/4 8/25

**C**

conduct... [39] 9/2 10/2 10/7 10/10 11/12 11/13 11/15 11/23 12/1 14/19 15/7 21/2 21/3 23/11 24/1 25/15 25/17 29/5 29/6 29/12 29/13 29/13 29/18 29/19 30/13 30/17 31/25 32/23 32/23 35/12 61/12 62/12 69/13 73/4 75/24 76/18 79/1 79/13 81/21
conducted [3] 63/4 79/5 79/17
confess [1] 60/2
confident [1] 62/24
confined [1] 67/9
confinement [4] 49/19 54/7 59/3 62/10
confirm [3] 3/24 5/2 53/21
confirmed [2] 38/9 39/14
Congress [7] 17/24 24/17 27/24 32/10 37/2 39/2 67/21
Congressmen [1] 67/22
connected [1] 32/12
connection [4] 3/23 4/21 16/22 74/21
connective [1] 8/8
Connie [1] 45/10
Connie Meggs [1] 45/10
conscience [1] 13/13 23/25
consciousness [1] 23/10
consent [2] 79/22 80/3
consequence [1] 32/25
consequences [1] 76/19
consider [7] 6/6 14/20 14/22 22/17 32/16 64/2 64/6
consideration [2] 34/16 63/9
considered [5] 9/13 31/4 65/1 65/3 66/23
considering [1] 10/9 57/16
consistent [1] 75/15
conspiracies [2] 15/11 64/21
conspiracy [38] 4/4 6/23 7/1 7/6 8/7 10/3 10/7 11/14 11/16 12/9 12/10 15/11 15/23 16/1 16/4 16/22 23/3 23/4 27/14 29/2 29/3 31/23 34/6 34/12 34/20 36/6 41/23 52/7 60/13 64/22 65/2 65/25 66/3 66/17 66/19 67/9 67/13 73/12
conspiratorial [3]

conspirators [14] 6/12 7/1 8/8 8/14 12/13 16/12 16/19 17/14 17/21 19/16 25/4 25/16 61/17 66/10
constant [1] 48/17
constituted [1] 24/23
constituting [1] 32/13
Constitution [2] 2/10 67/18
consulted [1] 23/23
contact [3] 28/15 52/9 68/19
contains [2] 79/6 79/16
contemplating [1] 70/3 75/7
contend [1] 7/13
contention [6] 6/9 6/22 7/11 8/18 22/6 71/9
contest [2] 9/5 65/21
context [2] 15/12 57/17
contingent [1] 21/24
continue [4] 48/24 49/9 50/22 75/14
continued [7] 2/1 12/3 13/12 14/23 23/1 48/24 60/5
continues [1] 75/12
continuing [2] 14/9 62/1
contributed [2] 27/2 28/6
contributor [1] 19/10
control [4] 6/21 28/8 28/10 28/11
controlled [2] 77/13 77/15
controlling [1] 77/12
convenient [1] 13/22
convicted [5] 15/10 36/24 41/16 66/2 67/25
conviction [3] 29/1 33/11 64/23
convictions [3] 11/14 60/12 81/6
cooperate [1] 77/17
coordinate [2] 8/19 73/21
coordinated [3] 10/19 10/21 18/25
coordinating [1] 37/25
coordination [2] 8/24 9/3
copy [4] 5/6 5/6 5/7 5/16
Corner [1] 40/11
correct [1] 84/3
corroborating [1] 22/22
cost [1] 81/9
costs [1] 81/9
coterminous [3] 10/7 11/16 12/8
could [16] 5/1 5/8 13/13 34/8 36/25 39/1 39/3 41/6 43/13 45/25 46/11 47/6 50/18 51/11

couldn't [3] 40/18 43/14 55/17
counsel [9] 3/23 4/3 14/12 47/8 61/4 61/11 81/10 81/11 83/5
count [17] 11/6 11/15 22/15 31/23 32/4 32/5 32/6 32/7 32/8 32/9 32/16 32/21 33/10 76/16 76/25 77/1 77/6
Count 1 [1] 31/23
Count 2 [1] 32/4
Count 3 [1] 32/6
Count 4 [2] 32/9 77/1
Count 8 [2] 32/8 32/21
country [2] 26/2 41/6 54/6 56/24 76/6
counts [5] 11/14 32/11 32/22 76/24 77/3
Counts 1 [1] 32/22
couple [1] 68/17
courage [1] 67/15
course [24] 4/7 4/20 6/16 15/9 18/21 20/3 20/18 21/22 22/25 23/10 24/18 24/25 26/6 27/13 28/3 28/6 30/25 33/24 45/1 48/4 62/20 62/21 65/3 66/2
courses [1] 62/18
court [38] 1/1 2/7 2/9 3/2 12/6 12/16 13/21 14/19 14/20 14/21 30/12 34/6 34/15 34/16 35/21 35/23 42/11 43/22 45/3 47/8 47/23 47/25 61/6 63/18 66/18 76/22 80/13 80/18 80/19 80/20 80/20 80/22 81/4 81/8 81/9 81/11 82/20 83/12
Court's [2] 12/12 45/3
court-appointed [1] 81/11
courthouse [1] 59/16
courtroom [1] 12/2 44/11 49/8 76/1
cover [1] 70/13
coverage [1] 75/23
covered [1] 75/24
CR [1] 1/4
credibility [1] 13/6
credible [1] 22/8
credit [1] 14/14
crescendo [1] 12/15
crime [6] 51/16 52/10 56/12 66/22 67/6 77/12
crimes [5] 29/4 54/16 54/19 67/7 67/21
criminal [18] 3/6 8/5 12/23 15/6 16/20 16/21 16/23 24/5 27/8 32/13 33/17 62/9 66/21 66/24 67/2 67/4 67/15 77/25
criminal record [1] 62/9
criminality [1] 67/1

criminals [1] 78/14
critically [1] 16/24 22/9
cross [2] 31/24 53/14
cross-examination [1] 53/14
cross-references [1] 31/24
crowd [9] 6/21 21/8 21/18 38/16 38/18 38/21 56/2 58/7 72/13
Crowl [1] 23/17
CRR [2] 84/2 84/8
crucial [2] 46/3 46/24
Crystal [4] 2/6 3/12 42/8 42/10
Crystal Lustig [1] 3/12
culmination [1] 60/11
culpability [2] 30/12 30/16
Cummings [1] 14/6
currently [1] 45/11
custody [1] 76/23

**D**

D.C [19] 1/5 1/17 2/4 2/10 5/7 18/22 26/3 28/3 37/9 37/18 53/6 53/11 54/3 54/21 62/16 71/6 72/12 75/5 75/8
dad [1] 45/21
dad's [1] 46/6
daily [1] 43/12
damage [3] 33/2 51/12 66/9
danger [2] 67/5 67/9
Danielle [1] 50/19
daresay [1] 69/12
dark [1] 50/6
data [1] 79/6
date [2] 82/22 84/7
dated [1] 27/1
daughter [1] 50/19
day [44] 6/2 6/21 7/16 8/25 14/10 14/24 17/8 22/11 22/24 25/22 27/15 28/2 28/22 30/11 39/6 43/18 47/18 48/20 51/19 51/20 53/22 54/21 55/16 55/23 56/1 56/3 56/19 56/21 57/2 57/11 58/22 61/9 61/12 61/23 62/12 68/16 68/20 69/9 71/11 72/13 71/13 73/16 75/24 81/22
days [13] 6/23 7/16 40/16 49/6 54/7 54/8 62/10 66/1 72/4 77/16 80/21 81/8 83/2
deal [4] 48/17 74/17 74/18 83/3
dealership [1] 45/16
dealing [1] 55/22
death [3] 48/17 49/21 67/17
debate [1] 13/17
debated [1] 54/18
decades [1] 60/13

December [6] 17/25 27/21 27/25 30/20 36/6 72/10
December 24th [1] 72/10
decided [1] 60/14
decision [2] 24/17 38/1
declared [1] 52/21
decreases [1] 66/25
dedication [1] 74/14
deep [2] 47/12 73/2
deepest [1] 49/14
deeply [3] 50/23 74/20 74/20
defeat [1] 19/19
defendant [7] 1/7 2/2 3/14 34/13 61/11 64/8 64/12
defendants [2] 18/16 60/14
defense [9] 3/11 8/15 18/14 61/4 61/11 64/12 64/17 65/15 66/12
deferred [1] 82/25
define [1] 67/21
defined [1] 67/18
defines [1] 74/4
definition [2] 29/3 29/10
degree [1] 28/10
deleted [1] 23/15
deleting [1] 23/24
deletion [1] 33/10
delicts [1] 66/23
delve [1] 10/8
democracy [1] 68/10
demonstrate [1] 7/20
denied [1] 22/7
depart [2] 41/25 67/1
department [4] 11/19 60/13 60/21 61/2
departure [1] 29/4 29/22 31/5 31/11 33/15 41/15 41/19
dependable [1] 44/2
deposited [1] 71/7
deputy [1] 15/22
descend [1] 76/19
described [5] 19/24 28/9 35/14 53/12 53/22
deserve [2] 49/18 50/6
designed [1] 79/19
desktops [1] 79/4
despite [1] 47/20
destroyed [1] 48/16
destruction [4] 25/1 25/6 41/20 66/9
destructions [1] 58/24
detail [14] 10/8 14/10 15/17 17/12 21/13 53/25 54/1 65/16 70/23 71/12 71/13 72/2 72/9 72/16
detain [1] 67/15
determination [1] 4/6
determinations [1] 25/3
determine [3] 52/12

**D**

determine... [2] 73/9 79/5
determined [2] 77/21 80/17
determining [1] 15/7
deterrence [2] 41/5 64/11
devastating [1] 44/20
device [3] 78/14 79/16 79/22
devices [4] 78/25 79/4 79/19 80/3
diagnosed [1] 43/8
did [64] 6/9 6/11 6/22 7/11 8/4 8/6 8/18 10/9 12/22 13/14 13/23 15/18 16/8 18/4 18/18 18/18 21/7 22/8 23/16 25/9 25/17 26/10 26/10 26/12 28/17 28/17 28/21 29/14 31/15 34/3 34/5 34/19 35/10 39/2 39/25 40/5 41/17 43/17 48/5 48/23 50/24 52/12 54/15 54/19 54/20 54/23 55/25 58/16 61/21 62/20 66/4 66/12 66/14 69/9 69/21 69/22 69/23 72/1 73/10 73/21 73/23 75/2 75/16 81/14
didn't [13] 13/11 14/16 17/7 30/8 34/7 35/1 43/4 43/5 49/24 56/13 58/12 68/11 82/17
die [6] 8/1 18/3 36/11 71/23 71/24 71/25
difference [1] 30/16
differences [1] 53/17
different [10] 9/8 11/14 11/17 29/25 31/3 54/18 57/6 73/3 73/3 73/4
differently [1] 34/10
difficult [3] 42/18 42/19 46/16
diligence [2] 74/1 74/14
diminished [1] 47/21
direct [2] 16/25 27/24
direct evidence [1] 16/25
directed [3] 17/12 17/24 26/15
direction [3] 28/11 30/21 30/22
directly [3] 6/12 10/21 66/5
directs [1] 62/23
disagree [7] 14/13 34/24 58/15 59/21 59/22 68/14 76/7
disagreeable [1] 59/23
disappointed [1] 49/12
disciplinary [2] 54/13 62/15
Discord [1] 79/25
discount [1] 74/18
discretion [2] 60/17

discretionary [1] 77/9
discuss [1] 49/11
discussed [2] 17/5 23/24 35/14 65/14 69/7
discussions [3] 10/1 26/22 26/25
disdain [1] 52/12
disguise [1] 79/20
disgusting [1] 58/15
dishonesty [1] 7/23
dislike [1] 51/18
disliked [1] 52/1
disparities [2] 64/15 64/16
display [1] 58/16
displayed [1] 49/25
disposed [2] 9/16 9/22
dispute [4] 9/23 61/19 61/20 69/16
disputed [2] 19/14 20/25
disputes [3] 4/1 5/23 6/8
distance [1] 24/22
district [15] 1/1 1/1 1/10 8/10 9/17 9/18 18/17 24/14 24/15 24/16 31/10 80/20 80/20 80/21 81/3
disturbing [1] 19/24
DNA [1] 77/18
do [60] 6/21 7/9 8/14 11/1 11/12 11/21 14/2 15/4 15/14 16/10 17/10 18/8 18/19 25/15 26/11 26/14 27/5 28/12 28/13 32/17 36/10 36/10 36/12 37/17 39/3 39/4 39/15 39/20 39/24 40/24 41/6 41/13 41/16 41/18 43/15 44/7 46/7 47/9 51/13 55/7 56/6 58/15 58/16 59/18 61/17 62/17 62/20 62/21 68/11 70/8 70/12 70/15 71/12 72/8 73/16 74/19 75/14 81/6 81/7 82/17
do you [1] 11/21
documentation [1] 62/21
does [13] 5/15 8/2 13/23 19/19 24/7 29/3 31/16 31/18 40/20 50/6 57/7 60/21 69/8
doesn't [8] 12/24 25/11 28/21 30/7 72/2 72/8 72/16 81/16
doing [13] 11/4 21/21 30/24 36/19 38/2 38/23 39/2 43/10 43/13 53/6 56/4 57/11 58/17
Dolan [2] 36/21 37/23
Dolan's [1] 20/3
don't [38] 5/24 9/19 9/23 10/7 16/16 23/11 23/17 25/13 26/17

done [11] 31/2 40/5 40/6 40/10 46/10 50/1 54/2 54/15 57/10 69/17 69/18
Donovan [1] 23/17
Donovan Crowl [1] 23/17
door [11] 6/15 21/6 21/8 21/10 24/20 37/13 55/2 55/10 56/7 68/25 75/20
doors [7] 21/21 22/4 25/2 54/8 56/20 66/9 68/23
doorway [1] 21/8
doubt [7] 17/11 20/15 61/3 61/21 62/5 63/10 73/11
Douyon [1] 59/16
down [9] 22/3 22/12 49/13 55/18 58/11 60/3 65/2 65/4 65/5
download [1] 78/12
downstairs [2] 55/16 55/17
dozen [2] 36/22 71/11
dozens [2] 30/10 74/22
draw [1] 73/4
drawn [1] 9/7
drew [1] 15/15
drive [1] 43/18
driven [1] 6/3
drove [1] 50/1
drug [2] 77/15 77/17
due [3] 13/4 24/9 63/9
Dunn [7] 6/19 22/7 55/9 55/13 55/15 56/3 69/6
Dunn's [1] 6/16
Dunnellon [1] 45/12
during [8] 18/13 20/17 26/12 43/11 45/16 53/3 70/4 72/13
duty [1] 62/5

**E**

each [4] 32/16 34/13 44/18 77/3
earlier [6] 24/10 27/20 40/13 62/14 64/19 68/7
early [6] 6/24 7/5 8/9 17/1
easier [1] 18/11
easily [3] 13/21 20/25 27/10
east [1] 25/1
easy [3] 18/2 43/21 71/22
Edmund [1] 2/2

educational [1] 30/14
Edwards [2] 1/15 3/9
effect [1] 22/21
effectively [2] 15/22 79/8
effort [2] 21/19 67/20
efforts [3] 50/12 55/16 59/24
eight [2] 24/8 33/1
eight-level [2] 24/8 33/1
either [5] 7/16 21/9 22/19 41/24 83/3
elect [2] 7/4 17/2
elected [1] 76/8
election [12] 6/23 6/25 7/24 16/2 38/7 52/19 57/22 66/1 66/4 68/12 68/15 76/9
elections [1] 68/10
electoral [2] 52/17 76/16
Electoral College [1] 52/17
element [2] 27/10 28/8
elements [2] 66/3 67/19
Ellipse [1] 10/25
else [7] 11/6 11/9 36/11 38/9 39/15 43/6 83/5
email [5] 1/18 1/19 2/5 52/23 54/4
emailed [1] 72/3
embarked [1] 67/6
embarrassed [1] 44/8
emergency [3] 67/20 71/10 71/11
emotionally [1] 30/22
emperor [2] 63/2 63/5
emphasized [1] 65/15
emphasizes [1] 66/12
employ [1] 8/11
employed [1] 45/16
enacted [1] 67/21
encircle [1] 8/15
encountered [1] 55/20
encouragement [2] 30/21 30/22
encouraging [3] 7/21 27/20 27/22
encrypt [1] 79/19
end [6] 6/2 58/11 61/24 67/6 68/20 76/3
endeavored [1] 62/18
ended [1] 81/14
ends [1] 67/3
endured [2] 68/19 69/7
enduring [2] 68/8 68/16
enforcement [1] 39/11
engaged [1] 46/25
engaging [2] 8/16 20/10
enhancement [9] 9/20 11/10 24/8 25/24 27/4 27/6 28/25 30/13 33/1
enhancements [4] 4/5

enough [3] 36/22 46/6 50/11
ensure [3] 65/5 76/5 78/24
enter [4] 6/22 35/6 35/6 52/24
entered [2] 21/4 55/4
enterprise [1] 67/11
enters [1] 81/8
enthusiasm [1] 17/12
entire [8] 37/21 43/3 45/13 46/24 48/16 52/17 53/11 56/15
entrusted [3] 51/5 60/24 62/15
entry [2] 26/23 75/18
especially [3] 11/2 36/15 41/21
essentially [3] 20/1 20/7 20/9
establish [2] 15/19 25/5
established [2] 6/25 20/25
establishes [1] 29/9
establishing [1] 8/7
et [2] 78/19 79/4
et cetera [2] 78/19 79/4
Eve [1] 72/10
even [22] 10/8 20/6 23/7 38/2 40/23 43/14 44/19 48/16 51/19 51/20 52/3 52/8 52/11 52/22 54/8 54/10 55/11 57/16 58/24 62/7 73/19 75/10
evening [5] 9/12 22/9 38/9 39/22 39/25
event [6] 16/18 54/3 54/22 56/23 56/25 58/12
events [10] 13/11 13/23 22/10 45/23 45/23 46/14 47/18 48/2 61/10 62/3
ever [7] 45/14 45/19 45/20 45/22 49/18 50/7 70/23
every [7] 49/7 52/21 53/13 56/21 58/14 74/20 75/23
everybody [3] 3/19 14/3 72/13
everybody's [1] 27/25
everyone [11] 3/4 3/16 11/1 11/6 11/9 35/19 42/12 44/11 63/15 63/21 63/23
everything [7] 43/13 46/10 49/2 49/3 75/1 75/2 75/2
evidence [51] 6/6 6/11 7/10 8/6 8/23 9/14 9/21 12/24 14/2 15/15 15/16 15/18 15/21 16/6 16/13 16/25 16/25 19/10 19/15 20/18 21/1 22/2

**E**

evidence... [29]  22/25
25/5 26/6 26/15 26/21
27/7 27/11 27/18 28/9
28/11 29/8 29/11 29/18
35/13 35/15 35/15
51/15 52/11 55/13
61/20 61/22 68/5 69/14
69/16 73/2 73/9 73/10
79/17 81/20

evident [1]  29/18
evidently [1]  70/4
exactly [3]  39/14 48/20
70/14

examination [1]  53/14
example [4]  7/19 18/2
19/21 27/19

except [1]  50/25
exception [2]  31/17
36/4

excuse [5]  7/3 24/14
33/13 77/12 81/19
execute [1]  81/3
executed [1]  52/20
execution [2]  7/10 16/7
exemplified [1]  23/5
exercising [1]  61/13
exhibit [1]  4/24
exhibits [1]  4/21
existed [2]  13/7 67/23
exists [1]  79/15
exonerated [1]  75/22
expected [1]  60/4
expenses [1]  25/20
experienced [1]  45/20
explain [2]  3/21 71/10
explanation [1]  81/14
explicitly [1]  26/10
expressed [2]  6/19
40/10

extended [2]  23/4
48/17

extensive [6]  25/24
26/21 26/24 27/9 27/10
33/6

extent [2]  25/25 30/23
extra [1]  38/3
extremely [2]  44/2
49/23

extremist [3]  78/1 78/8
78/18

eye [1]  56/24
eyes [2]  51/6 58/23

**F**

Facebook [1]  12/19
facility [1]  82/8
fact [23]  12/9 12/24
14/2 17/8 19/18 24/4
24/22 26/22 28/5 28/6
28/18 28/19 28/21
30/18 35/10 47/25 52/3
53/17 57/16 61/23
62/20 65/21 68/20

fact-findings [1]  24/4
factions [1]  20/9
factor [1]  41/5
factors [6]  40/8 61/18

facts [7]  6/4 29/10
29/16 54/17 60/7 73/3
73/4

factual [6]  4/1 5/23 6/7
15/5 15/20 23/11
failed [2]  35/8 49/17
failing [1]  51/6
fair [5]  8/20 40/18
65/14 65/24 73/5
fairly [3]  11/17 47/7
74/10

family [26]  7/25 38/7
42/7 43/6 43/9 43/13
44/12 44/13 44/15
44/20 45/12 46/3 46/21
46/24 47/15 48/16
48/17 49/5 49/15 50/10
54/12 61/15 74/6 74/16
75/6 80/14

farm [1]  50/10
fashion [1]  58/9
father [15]  45/13 45/18
45/20 45/23 45/24 46/2
46/9 46/13 46/15 46/23
47/1 51/2 51/5 51/10
62/1

father's [1]  49/21
favors [1]  65/11
FBI [3]  39/8 48/19
51/24

fear [3]  22/1 55/23
55/25

featuring [1]  19/25
federal [2]  67/15 77/11
feel [5]  43/25 72/17
74/19 74/20 74/20
feeling [2]  38/21 51/7
feels [1]  47/21
feet [1]  72/18
fell [2]  51/7 53/9
fellow [3]  16/19 17/14
55/19

felt [1]  38/23
few [5]  4/15 42/10
47/24 72/4 72/18
fight [3]  36/10 70/16
70/16

fighting [1]  7/25
figure [1]  51/5
filed [1]  4/24
filing [1]  4/17
final [1]  5/8
finally [1]  53/13
financial [9]  46/6 46/19
50/11 80/6 80/7 80/8
80/14 80/18 80/23
find [10]  7/9 7/9 16/5
27/7 34/5 34/19 35/15
46/11 61/15 80/15
finding [4]  9/19 12/12
26/10 29/7
findings [6]  15/5 15/12
15/14 15/20 23/12 24/4
fine [2]  33/18 80/14
firearms [2]  37/14
37/15
fired [1]  23/9

test [3]  6/13
15/21 15/22 20/15 21/5
29/14 32/24 38/8 44/5
49/11 49/17 60/12 65/8
66/16 70/4
fist [1]  55/5
fist-bumping [1]  55/5
fit [1]  51/15
fitting [1]  57/18
five [5]  27/8 27/9 35/18
43/8 56/8
FL [1]  71/25
flagpole [1]  69/1
flags [1]  18/10
Florida [22]  10/15
10/19 13/2 13/4 13/9
13/15 13/18 18/22
18/23 23/8 27/16 37/5
37/20 39/19 40/22 41/8
41/10 41/12 71/5 72/11
82/8 82/10
flying [1]  18/9
focus [1]  43/21
focusing [1]  27/22
folks [1]  73/17
follow [1]  28/17
followed [2]  7/18 11/7
following [5]  16/2
23/16 66/1 70/8 77/8
follows [1]  31/22
food [1]  45/25
footage [2]  55/14
75/20
footnote [1]  81/13
force [10]  6/18 7/8 7/10
16/5 17/22 24/12 26/25
29/8 29/9 72/7
forces [1]  8/17
foregoing [1]  84/3
foremost [1]  15/21
foreseeable [2]  16/16
16/22
foresight [1]  70/25
forget [2]  13/17 63/3
forgetting [1]  23/17
form [6]  24/23 34/2
34/9 34/24 35/1 35/2
formal [1]  13/8
formally [1]  40/23
formed [1]  67/8
former [1]  59/25
forth [2]  64/3 64/5
forward [6]  11/8 18/1
21/7 21/18 21/18 51/12
found [2]  12/7 12/21
16/3 23/3 23/14 34/13
35/5 35/13 41/14 57/14
66/9 68/2
foundation [2]  6/25 7/6
foundational [1]  66/3
founders [2]  60/11
70/15
four [8]  4/15 27/6
28/24 29/23 33/8 40/16
54/2 56/8
four-level [2]  27/6
28/24
Fox [1]  75/16

**F**  [3]
69/8
free [2]  30/8 50/15
Freedom [1]  40/11
friend [3]  19/21 22/11
50/20
friends [3]  19/22 22/20
44/13
front [4]  18/9 55/5 56/2
73/24
fronts [1]  58/20
fruitful [1]  46/22
frustrations [1]  47/18
fulfilling [1]  46/21
full [2]  68/2 80/24
fully [2]  56/18 57/17
function [1]  41/21
functioning [1]  79/8
further [7]  6/22 7/24
7/24 8/6 9/5 41/23
78/20
furtherance [1]  16/21
future [1]  7/25

**G**

gal [1]  76/10
gallery [1]  42/8
gaming [1]  79/21
gat [1]  62/2
gathering [1]  37/7
gave [4]  14/14 28/16
46/12 50/9
general [2]  24/4 41/5
generates [1]  67/9
generous [1]  44/15
gentleman [1]  55/15
get [24]  5/5 10/23
36/23 36/23 37/8 37/8
37/25 38/22 40/8 40/18
43/13 43/16 50/24
51/20 56/9 68/25 71/17
72/5 72/12 72/13 73/7
73/17 74/13 75/10
gets [2]  33/12 61/5
getting [3]  11/12 56/11
70/16
Ginsburg [1]  59/22
give [5]  29/23 43/4
44/22 59/6 63/10
given [12]  12/5 16/10
20/17 21/15 25/25 29/1
29/21 31/2 32/17 45/14
62/11 80/14
gives [2]  13/5 70/13
giving [3]  42/17 44/13
51/1
go [24]  3/22 5/24 6/7
10/25 11/5 12/18 12/22
14/8 14/18 15/17 21/11
22/14 24/7 26/15 27/3
28/12 31/18 51/18
52/15 55/17 56/1 58/6
70/17 73/17
go ahead [1]  6/7
go in [1]  27/3
God [1]  51/4
goes [2]  47/17 63/2
going [29]  6/15 7/23

11/24 12/19 12/23
18/11 20/15 23/6 26/25
29/23 40/2 44/8 47/8
51/12 53/5 55/25 70/3
70/17 70/23 72/7 72/12
72/13 73/14 80/13
going back [1]  40/2
gone [1]  59/25
good [10]  3/5 3/16
3/17 13/13 42/14 42/16
44/16 46/6 62/24 72/14
got [9]  11/7 14/7 23/13
42/21 55/4 70/18 71/18
72/12 76/8
GoToMeeting [3]  17/4
17/6 70/6
governing [1]  16/7
government [33]  1/14
3/10 7/8 8/17 10/6 12/8
13/3 13/5 16/5 20/8
20/8 20/9 25/21 29/7
29/20 29/22 31/15 35/8
36/11 52/18 52/21 53/2
53/13 53/15 53/23 54/3
57/14 59/20 60/25
67/14 68/4 71/4 82/19
government's [5]  4/12
4/21 11/23 14/23 36/2
governmental [1]
41/21
grandchildren [4]
44/17 51/4 59/8 74/16
granddaughter [2]
44/19 50/24
grandfather [2]  51/2
62/2
gratitude [1]  50/12
Graydon [1]  38/3
Graydon Young [1]
38/3
great [4]  5/21 71/17
74/17 74/18
greater [4]  30/13 50/17
64/4 66/22
greatest [2]  50/7 50/14
green [1]  26/19
ground [1]  39/4
Grounds [1]  56/19
groundwork [2]  7/5
8/4
group [43]  10/12 10/13
10/15 10/16 10/18
10/24 11/1 11/6 14/1
14/7 14/18 19/1 20/16
20/20 20/24 21/7 21/23
26/8 29/14 32/11 32/24
36/25 37/5 37/7 37/10
37/11 37/17 37/20
38/10 38/11 38/12
39/18 40/3 40/5 41/2
41/14 67/1 67/5 67/8
71/5 72/4 78/1 78/8
group's [2]  8/9 21/3
grouping [1]  32/17
groups [6]  8/19 8/24
9/4 10/19 26/4 32/22
guard [1]  21/21

**G**

guidance [3]  10/17 46/17 46/20
guide [1]  46/19
Guideline [3]  31/24 32/18 41/25
Guideline Range [1] 41/25
Guidelines [10]  4/6 9/24 15/4 15/7 24/7 31/21 32/1 32/16 33/17 64/1
Guidelines Range [1] 33/17
guilt [1]  23/11
guilty [7]  23/25 24/1 25/2 34/5 34/19 35/6 35/7
gun [2]  19/7 31/6
guns [8]  9/17 9/22 20/4 20/6 23/12 23/13 31/7 38/1
guy [1]  76/10

**H**

had [50]  4/18 5/2 5/17 5/19 6/5 17/9 17/15 17/21 20/5 20/6 23/15 23/25 24/17 31/14 34/11 35/8 36/10 36/12 36/24 38/24 39/3 40/6 45/25 46/6 48/17 49/2 49/23 52/9 52/15 53/7 53/14 54/1 54/15 55/22 55/23 55/23 56/7 57/10 60/7 62/11 62/15 62/19 67/14 68/9 69/19 70/8 70/25 71/14 74/21 75/23
half [4]  43/19 47/15 48/14 50/1
hallway [2]  22/3 69/4
halved [1]  30/14
handed [2]  65/2 65/4
handled [1]  82/21
hands [1]  39/1
hanging [1]  73/24
Hangout [2]  71/25 72/11
happen [2]  21/14 76/17
happened [9]  14/24 23/7 26/22 31/3 47/20 48/20 50/7 53/20 75/25
happening [1]  57/9
happens [4]  15/9 39/23 72/15 72/15
happy [1]  10/15
hard [2]  5/16 74/14
hardworking [1]  44/2
harm [2]  51/13 58/1
Harrelson [1]  23/23
Harrelson's [1]  39/17
Harry [2]  55/9 55/15
has [40]  3/24 5/2 5/12 9/6 14/20 18/5 29/22 31/11 34/16 40/9 40/10 40/19 40/19 41/14 43/2 44/11 44/12 44/14

45/13 45/15 46/2 46/10 47/14 47/20 47/21 48/15 49/1 52/18 59/13 62/9 62/22 64/17 65/15 67/6 72/22 76/19
hasn't [1]  44/19
hatched [2]  52/19 53/16
hate [1]  48/18
hateful [2]  57/13 57/22
have [84]  3/12 4/1 4/8 4/18 5/2 6/17 8/16 9/22 12/3 22/15 24/14 24/15 26/19 26/22 30/14 31/5 34/13 35/13 37/20 38/3 40/20 42/22 42/24 43/22 44/12 45/19 45/25 46/5 46/6 46/15 47/1 47/13 48/1 49/17 50/13 50/17 50/18 51/10 52/19 54/5 54/25 55/14 56/19 56/19 56/22 57/24 58/1 58/19 58/21 59/2 59/5 59/17 59/24 60/2 60/16 60/24 61/13 62/11 62/21 64/18 64/24 65/1 65/2 65/3 65/13 68/13 69/11 70/10 70/12 72/7 72/8 72/11 72/19 73/6 74/7 74/10 74/11 74/15 76/5 76/9 77/22 79/9 81/6 81/17
haven't [1]  49/3
having [2]  15/10 58/10
he [174]
he said [3]  14/17 19/6 53/8
he'd [1]  45/4
he's [18]  5/19 5/19 25/16 27/20 27/21 40/16 44/11 44/13 45/14 47/15 62/11 62/14 62/14 62/15 62/18 69/7 81/16 81/16
head [3]  22/11 40/22 47/15
heads [1]  51/7
hear [4]  4/3 18/7 58/5 72/14
heard [17]  4/8 11/21 12/1 14/6 14/8 14/10 14/20 14/21 34/6 36/8 36/13 37/23 38/15 45/19 48/5 48/6 70/21 55/8 63/7 73/15
helped [1]  50/21
her [20]  21/3 22/13 22/20 43/16 47/8 47/17

49/16 49/17 49/17 49/17 49/20 49/21 49/23 50/2 50/4 50/8 50/25
here [45]  3/18 10/8 10/12 12/1 12/5 13/13 18/3 25/10 26/11 27/11 30/6 31/20 32/18 32/19 39/7 41/5 41/23 42/7 42/18 42/19 42/21 43/23 44/21 47/6 48/13 52/14 53/21 54/5 54/17 54/18 57/13 60/12 61/18 67/25 69/6 71/1 71/19 71/22 72/21 73/8 74/6 75/25 76/4 76/20 81/13
heroism [1]  68/17
herself [1]  52/23
hid [1]  23/12
hierarchy [1]  27/14
high [1]  39/4
highlights [1]  15/19
him [35]  5/5 7/21 10/16 10/17 11/14 13/22 28/17 29/23 30/8 36/16 36/16 38/25 40/18 40/21 43/3 43/7 44/1 44/7 44/12 44/22 44/22 46/4 46/16 48/1 48/3 55/21 55/21 55/23 56/2 56/9 62/11 62/23 62/23 72/4 76/13
himself [2]  13/14 28/7
hip [1]  6/14
his [101]
history [2]  33/17 64/7
hit [1]  51/3
hold [4]  9/1 31/15 48/3 68/11
holding [1]  36/16
home [9]  45/11 45/12 46/12 49/19 50/1 50/10 50/13 56/1 59/3
homeless [1]  50/5
Honda [1]  45/24
honest [1]  7/23
honestly [1]  43/25
honor [52]  3/5 5/4 10/5 11/11 11/22 14/10 14/22 34/2 34/22 36/14 38/15 38/20 40/9 41/14 41/24 42/4 42/6 42/15 45/2 45/7 47/2 47/4 47/5 47/11 48/11 48/23 49/7 51/10 51/14 52/14 52/25 54/22 55/14 56/18 57/2 58/3 58/19 59/9 59/13 59/24 60/9 60/24 61/3 61/21 62/23 63/1 63/8 82/1 82/4 82/15 83/6 83/8
Honor's [1]  40/12
honorable [4]  1/9 3/3 35/24 45/13
hope [7]  47/5 51/18 59/22 68/12 76/19

hoped [2]  48/3 51/19
hoping [1]  22/11
host [2]  13/12 19/11
hostage [1]  53/11
hotel [2]  19/2 19/11 37/20 37/25
hotels [1]  18/24
hour [3]  43/18 50/1 75/23
hours [6]  22/9 54/7 55/14 55/14 58/25 62/10
hours' [2]  68/19 68/19
house [7]  8/15 9/11 28/24 39/8 39/23 39/24 46/7
House's [1]  73/25
how [17]  3/21 16/17 24/7 41/9 46/15 46/21 46/21 51/18 51/18 51/21 56/21 71/19 72/6 72/7 74/10 74/23 75/17 75/12
however [7]  8/6 27/5 30/16 62/7 62/22 65/1 80/15
huddled [1]  21/25
huge [2]  44/12 60/17
Hughes [2]  1/15 3/9
hundred [1]  72/18
husband [3]  47/20 47/21 62/2
husband's [1]  47/13
hyped [1]  19/24
hyperbole [2]  18/14 18/19
hyperbolic [2]  65/23 65/23

**I**

I actually [1]  74/5
I also [7]  16/5 30/25 50/23 57/12 58/8 59/25 68/6
I am [15]  9/18 32/15 44/9 46/12 46/25 51/1 54/17 56/17 56/20 56/23 57/13 59/1 59/1 74/2 74/9
I apologize [4]  51/5 51/13 56/5 58/18
I believe [6]  4/15 18/25 19/6 53/8 53/11 56/10
I can [5]  43/23 43/25 49/8 50/11 51/12
I can't [3]  61/19 61/20 63/7
I cannot [2]  46/13 47/12
I couldn't [1]  43/14
I did [10]  15/18 25/9 26/10 26/12 48/23 50/24 54/20 54/23 61/21 66/14
I disagree [1]  34/24
I don't [17]  5/24 9/19 10/7 23/11 25/13 26/18 26/24 33/25 35/11

hoped [2]  48/3 51/19
64/19 74/2 74/4 75/11
I feel [1]  74/20
I had [1]  52/15
I have [11]  4/18 30/14 35/13 45/19 48/1 49/17 51/10 54/5 55/14 65/1 81/17
I hope [3]  47/5 51/18 59/22
I hoped [1]  48/3
I just [4]  43/22 44/10 44/20 81/22
I keep [1]  44/8
I know [9]  22/6 42/22 42/25 43/24 44/3 44/7 44/23 58/19 59/1
I mean [2]  8/20 13/4
I say [1]  58/9
I should [4]  4/4 4/20 23/13 54/25
I think [26]  6/11 7/15 8/13 9/13 11/24 15/19 22/7 23/5 25/10 28/16 29/17 29/24 29/25 30/11 30/15 34/2 34/10 34/15 47/9 59/12 64/23 65/19 69/9 72/13 73/21 75/12
I told [2]  48/19 52/14
I truly [1]  48/13
I understand [6]  31/2 43/21 70/20 73/1 75/11 76/2
I want [5]  34/1 49/12 65/14 66/14 66/18
I wanted [2]  42/24 44/22
I was [13]  5/5 43/10 51/17 51/17 51/20 52/13 56/11 56/21 57/2 57/4 57/7 57/8 57/11
I went [1]  55/1
I will [17]  7/9 15/13 15/18 47/10 47/25 48/6 48/24 49/9 51/13 60/2 60/10 60/20 61/14 63/15 78/24 80/10 80/11
I'd [2]  52/14 63/14
I'll [10]  3/23 4/3 5/11 6/1 8/1 26/11 68/5 68/6 74/22 74/23
I'm [33]  4/19 7/23 7/25 8/25 8/25 9/1 15/3 15/17 22/17 23/17 24/4 29/23 30/7 39/7 43/3 44/7 44/8 45/10 45/11 47/8 50/8 50/18 50/23 51/1 51/3 53/21 54/18 62/6 62/8 62/9 62/23 63/1 63/8
I'm going [2]  7/23 29/23
I'm just [1]  39/7
I'm not [8]  8/25 8/25 9/1 15/17 44/8 47/8 51/1 51/3

**I**

I'm sorry [2] 50/8 50/18
I've [37] 3/22 4/9 4/20 6/5 28/8 28/9 29/1 29/21 31/4 42/25 44/1 44/3 44/3 44/7 45/14 45/18 45/20 46/18 48/14 48/23 49/1 49/2 49/2 49/5 49/9 49/12 49/14 49/17 51/10 51/14 56/21 60/3 60/4 74/5 74/21 74/22 82/25
idea [3] 73/14 73/15 73/20
identified [1] 27/19
identify [1] 6/1
ideological [1] 78/20
idly [1] 73/24
image [1] 19/25
imagery [1] 20/1
imagined [1] 50/18
immediate [1] 67/10
immediately [4] 51/25 78/9 78/22 80/19
impact [1] 68/9
implore [1] 61/23
imploring [1] 61/15
importance [2] 27/22 36/14
important [10] 29/24 36/11 43/17 46/15 46/23 59/6 59/7 68/16 69/10 75/6
importantly [5] 8/9 17/7 22/18 49/15 57/12
impose [3] 64/3 67/19 80/13
imposed [3] 64/9 64/18 83/3
impressed [1] 74/9
impressionable [1] 36/15
imprisonment [1] 62/7
inadvertently [3] 78/6 78/6 78/21
incarcerated [2] 48/14 54/5
incarceration [3] 41/4 42/2 49/19
include [1] 77/11
included [2] 4/15 21/3
includes [6] 24/11 25/18 78/1 78/15 78/18 79/3
including [16] 8/12 10/20 11/2 15/11 17/16 17/23 19/12 25/16 25/22 29/16 37/11 41/20 53/7 54/2 79/22 81/2
increases [1] 66/23
increasingly [1] 50/6
incredibly [1] 41/3
incurred [1] 25/20
indeed [1] 52/12
indication [2] 8/9 21/19

indicted [1] 23/18
indictment [1] 23/19
indictments [1] 12/10
indisputably [1] 10/17
individual [8] 29/13 32/16 66/23 68/1 70/25 78/1 78/8 83/2
individuals [5] 24/12 26/1 29/14 29/15 66/25
inference [1] 35/11
inferences [3] 9/7 15/15 73/3
inflicted [1] 39/10
influence [4] 29/6 29/12 29/19 30/9
information [4] 14/20 80/6 80/7 80/8 82/21
infractions [1] 62/15
initial [1] 79/1
injured [1] 56/25
injury [3] 24/19 24/21 33/2
inmates [1] 62/17
Inn [6] 19/2 19/4 19/5 19/13 28/4 71/8
innocent [3] 40/17 52/13 56/17
inside [8] 16/15 18/7 21/22 55/4 55/7 58/5 65/17 72/15
insight [1] 44/23
insofar [1] 13/10 22/14 24/6
installation [3] 79/6 79/8 79/10
instantaneous [1] 53/16
instead [2] 54/24 60/10
instigate [1] 57/8
institution [1] 39/12
instructed [1] 14/18 34/25 48/1
instructions [3] 34/25 35/1 35/3
instructor [1] 31/6
Insurrection [4] 8/13 17/21 20/6 76/12
Insurrection Act [4] 8/13 17/21 20/6 76/12
intellectual [4] 30/3 36/5 37/5 81/18
intended [6] 29/8 34/11 34/13 38/11 39/15 39/20
intent [5] 18/2 22/14 22/23 27/2 56/12
intentions [1] 28/1
interact [2] 77/24 78/7
interfere [4] 6/10 7/7 16/6 25/17
interference [4] 6/18 24/8 25/9 33/4
interfering [1] 6/20
intimidating [1] 42/19
intimidation [2] 29/7 29/20
introduction [1] 47/11

investigation [4] 62/3 37/23
invited [2] 62/20 75/18
invoke [1] 8/12
invoked [2] 17/20 20/7
invokes [1] 76/12
involve [1] 32/12
involved [10] 9/2 27/8 27/14 56/23 64/21 64/22 64/24 66/5 67/1 78/2
is [176]
Is there [1] 4/19
Isaacs [2] 6/13 21/6
isn't [2] 14/15 19/23
issue [4] 9/16 14/24 64/16 82/25
it [133]
it would be [1] 37/24
it's [30] 8/19 9/23 10/24 10/25 15/25 21/12 27/15 29/17 33/25 34/18 42/18 42/19 43/21 46/16 47/9 47/22 57/10 57/10 59/12 62/5 63/6 66/19 68/9 70/16 70/18 71/7 71/22 72/12 76/9 76/22 79/8 79/10
Italian [1] 63/4
its [5] 4/13 31/15 53/15 79/8 79/10
itself [14] 10/10 10/23 11/16 14/11 16/1 20/11 24/2 26/7 27/24 37/13 38/13 39/12 53/3 68/21

**J**

jail [2] 56/22 62/16
jails [1] 54/6
jam [1] 56/7
James [2] 16/16 23/6
James' [1] 16/15
January [43] 8/23 9/12 10/10 10/10 10/24 13/11 13/23 14/3 17/19 17/23 18/9 20/11 22/10 23/2 23/4 23/8 24/2 24/2 26/3 26/5 26/7 27/1 27/23 36/7 37/8 37/17 38/9 38/14 39/23 40/7 47/18 48/15 52/17 52/20 53/5 58/4 62/3 64/18 66/13 68/9 74/8 74/25 75/15
January 3rd [1] 58/4
January 5th [1] 37/17
January 6 [1] 47/18
January 6th [37] 8/23 9/12 10/10 10/10 10/24 13/11 13/23 14/3 17/19 18/9 20/11 22/10 23/2 23/4 23/8 24/2 24/2 26/3 26/5 26/7 27/1 27/23 38/9 38/14 39/23 40/7 48/15 52/17 52/20 53/5 62/3 64/18 66/13 68/9 74/8 74/25
Jason [2] 36/21 37/23

37/23
Jeffrey [1] 1/14 3/8
jeffrey.nestler [1] 1/20
Jenna [1] 51/4
Jessica [3] 10/20 19/12 23/16
Jessica Watkins [3] 10/20 19/12 23/16
job [4] 6/21 18/11 56/4 63/6
John [1] 69/20
join [4] 7/21 23/6 61/14 76/13
joined [1] 53/18
joint [1] 21/2
jointly [1] 15/5 16/20 24/5
Josh [1] 16/15
Josh James' [1] 16/15
Jr [1] 2/2
JUDGE [1] 1/10
judgment [3] 76/22 81/8 82/12
judicial [1] 67/19
judiciary [2] 60/23 61/14
June [1] 84/7
juries [1] 58/8
jurisdiction [2] 80/11 80/12
juror [1] 7/13
jury [33] 9/8 9/9 9/13 12/7 12/15 12/21 14/14 14/21 16/3 16/8 18/18 22/8 23/3 23/14 25/2 29/8 34/3 34/9 34/18 34/24 34/25 35/3 35/10 38/21 40/17 66/9 68/2 68/6 69/25 70/4 71/14 73/5 73/8
jury's [3] 11/13 11/25 12/1
just [60] 3/21 4/9 5/4 5/22 6/7 6/7 11/12 15/3 19/21 26/22 27/15 28/11 33/21 34/17 35/18 39/7 39/9 39/10 42/24 43/22 44/10 44/20 44/21 44/22 46/19 47/10 47/10 47/22 48/14 52/21 54/1 55/21 56/14 57/2 57/4 57/4 57/14 57/25 63/25 64/10 64/16 65/7 65/11 65/14 66/15 70/17 70/23 71/15 71/20 73/14 73/16 73/23 75/9 75/14 75/19 81/13 81/16 81/22 82/15 82/24
justice [8] 24/9 24/10 25/9 25/18 33/3 33/5 59/22 60/14
justification [1] 38/24
justified [1] 38/24

Kate [1] 52/23
Kate Rakoczy [1] 52/23
Kathryn [1] 1/14 3/8
Kathryn Rakoczy [1] 3/8
kathryn.rakoczy [1] 1/19
keep [13] 7/2 7/3 7/4 17/3 17/17 21/17 21/21 44/8 46/7 46/8 46/13 57/9 69/1
Keeper [2] 18/10 40/3
Keepers [31] 7/21 13/2 13/4 13/6 13/9 13/10 13/15 13/18 13/20 13/25 14/4 15/24 17/8 20/12 21/11 21/24 25/22 27/16 30/4 38/16 38/18 38/19 38/19 38/22 39/19 40/22 41/12 41/14 52/24 54/2 71/5
Keepers' [1] 6/20
keeping [1] 56/2
KELLY [45] 1/6 2/2 3/7 10/22 10/24 11/1 11/3 11/4 11/7 11/8 11/9 36/5 36/9 36/16 36/19 37/4 37/9 37/11 37/14 37/19 37/21 37/24 38/1 38/2 38/2 38/3 38/5 38/17 38/25 39/6 39/13 40/1 40/8 40/13 40/16 40/25 41/1 41/4 41/7 41/9 41/11 41/16 41/22 42/2 45/10
Kelly Meggs [41] 3/7 10/22 10/24 11/1 11/3 11/4 11/7 11/8 11/9 36/5 36/9 36/16 36/19 37/4 37/9 37/11 37/14 37/19 37/21 37/24 38/2 38/2 38/3 38/5 38/17 38/25 39/6 40/1 40/8 40/13 40/16 40/25 41/1 41/4 41/7 41/9 41/11 41/16 41/22 42/2 45/10
Kelly Meggs' [2] 38/1 39/13
Kenneth [2] 37/25 39/17
Kenneth Harrelson's [1] 39/17
key [3] 9/14 18/21 19/10
kicked [1] 72/6
killed [1] 57/1
kind [9] 12/25 15/18 17/12 51/15 66/6 68/13 74/14 76/18 81/17
kinds [2] 43/16 64/14
knew [8] 17/18 24/1 50/2 52/8 53/5 53/23 69/21 69/21
know [40] 5/24 7/19 8/19 8/22 14/14 16/17

**K**

know... [34] 19/3 19/5 21/6 22/6 23/17 26/17 31/1 39/24 42/22 42/25 43/24 44/3 44/7 44/19 44/21 44/23 49/7 49/23 49/24 55/25 57/21 58/19 59/1 59/7 60/1 61/5 62/16 70/7 70/25 74/5 75/9 75/15 75/17 82/16
knowing [1] 54/11
knowledge [5] 5/12 8/24 18/1 23/22 52/15
known [6] 42/25 44/1 45/18 77/24 77/25 78/7
knows [1] 47/4

**L**

label [1] 60/14
laid [1] 7/5
land [1] 67/11
language [2] 57/13 57/20
laptops [1] 79/4
largely [1] 6/3
last [2] 17/19 60/24
late [5] 7/20 27/21 27/24 30/20 59/21
late-December [1] 30/20
later [8] 7/16 17/13 31/3 39/14 39/22 39/25 72/4 82/22
lauding [1] 36/16
laughing [2] 48/22 49/1
law [14] 2/3 15/4 30/11 39/1 39/11 59/25 61/1 64/10 65/11 67/11 67/15 67/23 76/17 83/2
lawful [2] 16/1 68/4
laws [2] 7/10 16/7
lawyers [3] 39/9 63/6 75/23
lay [1] 8/4
lead [5] 18/22 28/21 29/14 35/11 52/22
leader [15] 10/15 13/3 13/8 13/15 20/12 20/16 20/19 27/4 27/8 27/15 30/4 36/6 41/10 71/5 81/18
leaders [1] 38/13
leadership [9] 11/10 13/1 13/18 20/24 27/12 30/2 30/17 37/6 41/11
leading [6] 10/12 10/13 24/2 26/8 37/10 38/17
leads [1] 28/13
learning [1] 23/16
least [7] 8/23 19/7 19/24 25/4 65/8 66/10 77/16
leave [3] 17/8 23/8 55/6
leaving [1] 39/13
lectern [1] 48/10

27/16 29/15 37/11 65/17 74/7 74/9
left [1] 70/15
legacies [1] 68/8
legacy [1] 68/16
legal [3] 31/2 70/13 83/1
legislature [1] 61/1
length [2] 25/19 47/17
lengthy [1] 47/7
leniency [1] 61/15
less [1] 67/21
let [13] 3/21 4/9 5/11 5/15 6/6 15/3 36/1 44/21 49/12 64/16 65/7 65/8 81/13
let's [6] 5/22 10/1 13/17 35/17 35/18 63/14
letter [5] 45/3 47/7 47/19 60/15 62/19
letters [1] 4/15
level [14] 21/12 24/8 25/24 27/6 28/24 29/22 32/25 33/1 33/12 33/14 33/15 33/16 41/15 55/20
levels [8] 25/8 29/21 30/15 33/5 33/7 33/8 33/11 33/15
levy [1] 62/4
Lewisburg [1] 5/6
liability [1] 25/5
liberty [1] 72/23
lied [1] 49/3
life [20] 43/3 45/14 45/15 46/1 46/16 46/22 48/16 48/16 49/1 49/3 50/4 50/8 50/9 50/14 54/15 55/25 74/8 74/8 74/9 75/2
Liggett [2] 72/3 72/3
light [4] 11/13 26/19 31/3 50/5
like [29] 7/23 11/11 21/7 36/15 36/20 36/21 37/5 38/16 42/10 42/24 43/14 43/22 45/4 45/22 47/24 54/1 57/3 61/4 63/14 70/8 70/17 72/2 72/16 72/21 73/6 78/16 80/1 80/3 81/24
likelihood [1] 66/24
likely [2] 17/19 67/7
limited [2] 67/5 67/14
line [6] 20/12 28/12 51/20 52/6 74/12 74/13
Line 1 [1] 28/12
listed [1] 41/19
listening [2] 57/21 72/20
literally [3] 39/18 52/9 58/11
literature [1] 78/19
little [6] 20/15 33/20 43/3 44/22 46/17 72/19
live [2] 43/9 46/21

lives [1] 47/14 73/8
living [2] 50/15 74/9
local [1] 77/12
located [2] 39/8 78/3
location [1] 19/12
locations [1] 26/2
locked [1] 58/11
long [6] 19/7 31/6 31/7 46/7 59/14 62/22
long-gun [1] 31/7
longer [1] 46/8
look [10] 4/18 5/16 8/22 31/1 41/7 41/10 56/13 61/18 73/1 73/2
looked [9] 10/16 10/17 11/9 22/12 38/10 38/10 43/2 51/24 65/22
looking [1] 70/3
looks [1] 21/7
loses [1] 76/10
lost [3] 49/2 49/2 62/22
lot [5] 13/6 14/20 31/8 43/7 43/10
Louis [2] 1/16 3/9
Louis Manzo [1] 3/9
love [7] 44/12 44/21 46/25 47/20 50/8 50/18 51/2
loving [1] 46/10
lowered [1] 54/13
luck [1] 83/10
Lustig [2] 2/6 3/12

**M**

ma'am [1] 42/13
mad [1] 51/20
made [15] 4/17 9/6 9/11 18/13 21/9 24/17 25/2 26/17 34/15 45/24 57/15 57/22 57/24 58/3 80/16
MAGA [2] 8/4 8/6
mail [1] 48/18
mailed [1] 5/6 5/7
main [1] 57/13
maintain [1] 13/24 46/13 80/12
make [22] 9/19 12/5 13/16 15/5 15/14 15/20 18/11 23/11 23/19 25/13 26/10 26/11 29/24 30/12 34/1 34/17 49/22 51/15 62/24 72/17 76/18 77/18
makes [4] 11/15 11/16 67/3 67/7
making [2] 21/19 24/4
man [8] 42/25 43/24 44/2 44/23 45/13 46/10 52/13 56/17
managed [1] 54/12
mandatory [1] 77/8
manner [1] 79/18
many [13] 30/11 44/7 45/21 46/5 48/18 53/24 57/3 57/10 57/24 60/2 71/6 72/16 72/7

Manzo [2] 1/16 3/9
march [4] 8/4 8/6 38/18 70/15
marched [1] 22/21
married [2] 47/5 47/13
marshals [1] 59/16
Marty [2] 42/9 43/6
mask [1] 79/20
massive [1] 50/16
material [6] 9/24 11/24 16/14 16/17 33/25 78/22
materials [1] 78/18
matter [7] 18/12 18/15 49/1 72/25 75/3 82/15 84/4
may [11] 1/5 6/17 9/22 26/22 31/3 31/16 64/24 79/12 79/13 80/8 80/16
maybe [2] 75/5 75/8
me [47] 3/21 4/9 5/15 6/6 7/3 15/3 24/14 33/13 42/17 43/5 43/10 43/20 45/14 45/15 45/15 45/16 46/15 46/20 46/20 46/24 47/9 49/16 49/20 50/8 51/5 51/25 52/5 55/5 55/6 57/7 58/21 59/5 59/6 59/9 59/17 60/5 64/16 68/25 68/18 71/10 74/23 75/4 77/12 81/13 81/19 82/5 83/2
me: [1] 59/7
me: my [1] 59/7
mean [5] 8/20 13/4 30/7 34/11 71/16
meaningful [1] 27/16
means [2] 13/16 17/13 57/6 62/17
meant [2] 36/18 71/21
measures [1] 67/22
mechanical [1] 2/12
media [8] 51/25 78/12 78/12 78/14 78/15 78/15 78/18 78/19
medical [1] 64/13
meet [3] 29/3 29/10 67/20
MEGGS [160]
Meggs' [22] 3/20 4/14 10/6 10/9 10/12 11/23 14/12 16/11 17/25 19/7 19/13 22/16 29/2 29/12 33/9 38/1 39/13 47/19 62/8 64/21 66/15
Meggs's [1] 82/17
MEHTA [1] 1/9 3/3 35/24
member [2] 61/14 77/24
members [10] 9/3 24/17 24/23 27/20 27/22 32/10 37/10 42/7 61/9 68/13
memo [2] 11/18 41/20
memorandum [2] 4/13

men [3] 68/25 68/25 72/6
mental [1] 53/16
mention [1] 30/25
mentioned [1] 54/11
mercy [2] 58/21 59/5
mere [2] 24/22 26/22
merely [7] 7/13 17/10 52/5
Merit [1] 2/8
message [9] 12/19 12/19 22/10 12/24 36/8 36/8 37/4 71/17 72/22
messages [11] 13/16 17/13 28/6 30/19 42/23 53/23 57/15 69/17 69/17 71/18 71/18
might [7] 7/2 17/1 17/16 17/22 31/19 36/23 36/23
Mike [1] 40/24
military [1] 40/20
militia [5] 8/19 8/24 9/3 9/3 72/4
million [5] 8/4 8/6 18/8 58/4 72/21
Million MAGA March [2] 8/4 8/6
mind [2] 24/1 51/15
minds [1] 73/11
Mine [1] 57/25
minimal [1] 8/20
minimum [3] 21/3 25/18 62/6
minute [2] 11/11 46/18
minutes [3] 35/17 56/8 65/18
miracle [1] 68/21
miss [1] 44/22
missed [2] 44/12 44/18
missing [1] 4/19
mistake [1] 54/22
mistaking [1] 12/8
mob [2] 36/25 53/18
mobile [3] 79/4 79/22 80/2
model [1] 46/1
modest [1] 74/10
mom [3] 43/8 43/14 43/19
moment [6] 17/11 26/18 68/5 68/6 71/3 74/2
moments [1] 26/23
money [1] 46/7
monitored [1] 78/25
monitoring [4] 79/3 79/7 79/7 79/10
month [4] 13/19 41/10 41/11 76/25
months [16] 7/18 24/2 27/1 33/18 33/18 42/1 42/1 58/11 64/1 71/2 73/8 74/4 74/7 75/3 76/25 77/2
moral [2] 36/5 39/4
more [23] 4/15 8/14

**more... [21]** 13/6 18/14 25/12 27/8 27/9 32/12 34/8 40/7 49/18 54/3 60/1 63/25 64/24 67/3 67/7 69/4 72/19 74/22 75/5 75/20 81/13
**Morelock [1]** 14/8
**morning [8]** 4/17 4/24 10/9 21/9 40/13 65/4 66/14 82/16
**most [12]** 16/18 16/24 43/17 44/10 49/15 57/12 59/6 59/7 61/12 68/1 69/16 75/25
**mother [4]** 45/11 50/20 50/22 51/9
**motion [4]** 4/23 21/7
**motivated [1]** 60/5
**move [1]** 4/6
**moved [5]** 21/18 21/18 55/2 55/20 73/19
**movie [1]** 63/1
**Mozart [2]** 63/2 63/5
**MPD [1]** 69/3
**Mr [1]** 23/17
**Mr. [199]**
**Mr. Berry [4]** 7/20 7/22 22/22 27/19
**Mr. Berry's [1]** 20/19
**Mr. Caldwell [3]** 23/20 23/21 23/21
**Mr. Cummings [1]** 14/6
**Mr. Dolan's [1]** 20/3
**Mr. Douyon [1]** 59/16
**Mr. Harrelson [1]** 23/23
**Mr. Isaacs [2]** 6/13 21/6
**Mr. James [1]** 16/16
**Mr. Liggett [2]** 72/3 72/3
**Mr. Meggs [111]**
**Mr. Meggs' [18]** 3/20 4/14 10/6 10/9 10/12 11/23 14/12 16/11 17/25 19/7 19/13 22/16 29/2 29/12 33/9 62/8 64/21 66/15
**Mr. Meggs's [1]** 82/17
**Mr. Morelock [1]** 14/8
**Mr. Nestler [5]** 10/4 11/20 36/3 42/3 82/14
**Mr. Rasheed [1]** 70/24
**Mr. Rhodes [24]** 7/14 10/9 13/10 17/5 17/9 26/16 26/20 28/5 28/15 28/16 29/22 29/25 30/1 30/5 30/6 30/16 30/18 30/19 30/24 75/9 75/12 81/16 81/18 82/17
**Mr. Rhodes' [5]** 15/22 26/11 30/9 65/3 70/21
**Mr. Woodward [14]** 5/1 5/25 11/21 15/2 25/10 33/22 41/9 42/5 48/5 59/11 63/12 81/24

**Mr. Zackry Meggs [1]** 45/2
**Mr. Zaremba [1]** 59/16
**Mrs. [1]** 47/19
**Mrs. Meggs' [1]** 47/19
**Ms. [3]** 21/3 22/19 40/12
**Ms. Meggs [1]** 22/19
**Ms. Rakoczy [1]** 40/12
**Ms. Watkins' [1]** 21/3
**much [9]** 10/8 30/18 46/8 51/18 60/11 60/16 62/17 70/14 83/9
**multiple [9]** 15/10 26/1 26/2 26/4 26/4 53/3 58/20 59/2 73/12
**multiplier [1]** 72/8
**must [20]** 64/2 64/6 72/23 77/13 77/14 77/15 77/17 77/18 77/21 77/23 78/8 78/10 78/12 78/13 78/17 78/22 79/1 79/11 79/19 80/5
**mutual [1]** 17/15
**my [99]**
**myself [1]** 6/6 56/20

**N**
**naive [1]** 49/24
**name [4]** 23/18 38/4 45/9 51/10
**Nancy [2]** 57/23 65/22
**Nancy Pelosi [2]** 57/23 65/22
**Nancy's [1]** 22/11
**national [1]** 67/14
**natives [1]** 19/22
**naturally [1]** 55/8
**nature [3]** 64/6 65/7 65/13
**near [4]** 43/10 54/24 55/2 56/20
**necessarily [1]** 25/11
**necessary [7]** 15/19 28/9 38/4 41/5 62/8 64/4 67/22
**need [23]** 7/24 9/19 9/23 10/8 15/20 16/8 18/5 18/10 23/11 25/11 25/13 26/25 27/23 64/8 64/14 65/9 71/10 71/11 71/13 71/25 72/17 72/19 80/16
**needed [12]** 7/2 8/11 19/17 19/20 35/4 35/7 36/21 36/21 36/22 40/7 45/14 64/13
**needs [1]** 49/17
**negate [1]** 28/21
**negates [1]** 26/24
**neglected [1]** 30/25
**Nestler [7]** 1/14 3/8 10/4 11/20 36/3 42/3 82/14
**never [23]** 14/14 19/18 26/16 26/17 31/13

**43/5 50/11 51/6 51/13 52/9 53/19 53/20 55/3 56/19 56/24 58/1 61/10 73/18 73/19
**nevertheless [8]** 13/23 21/17 22/17 30/9 31/4 31/16 60/20 69/5
**newest [1]** 50/24
**next [7]** 7/16 17/8 32/2 53/10 68/12 70/7 76/10
**night [11]** 22/19 22/20 38/6 38/7 39/14 39/22 50/1 51/6 54/12 57/22 72/15
**nights [2]** 60/2 62/10
**no [44]** 1/4 4/23 5/19 7/25 12/9 12/17 13/8 18/12 18/14 21/19 22/2 23/14 40/19 46/17 48/22 49/1 52/10 52/15 52/22 52/24 53/1 53/4 53/15 54/16 54/16 55/6 55/13 57/14 58/23 58/24 59/25 61/3 61/21 62/4 62/9 62/15 63/10 67/23 69/20 71/16 72/25 82/1 83/6 83/8
**No. [2]** 3/6 52/1
**none [3]** 52/8 64/20 64/21
**normally [1]** 67/2
**North [1]** 19/1
**North Carolina [1]** 19/1
**not [163]**
**notably [3]** 6/13 7/19 10/20
**note [4]** 29/4 30/14 33/16 65/14
**Note 4 [3]** 29/4 30/14 33/16
**noted [1]** 34/23
**noteworthy [1]** 60/1
**nothing [5]** 36/11 51/11 54/3 68/21 70/15
**notify [1]** 80/22
**notion [1]** 73/17
**November [6]** 7/20 12/13 36/6 53/4 54/3 66/4
**November 9th [1]** 53/4
**now [15]** 3/2 3/3 7/9 11/10 13/21 15/14 28/20 34/9 46/3 46/25 59/7 60/16 68/10 68/11 76/4
**nowhere [1]** 21/10
**number [3]** 28/22 29/21 30/15
**numbers [2]** 36/21 36/24
**numerous [1]** 19/3
**NW [1]** 1/17 2/3 2/10

**O**
**oath [35]** 6/20 7/21 13/2 13/4 13/6 13/9

**13/20 13/25 14/4 15/24 17/8 18/10 20/12 21/11 21/24 25/22 27/16 30/4 38/16 38/18 38/19 38/19 38/22 39/19 40/3 40/22 41/12 41/14 52/22 52/24 54/2 71/5
**Oath Keepers [31]** 7/21 13/2 13/4 13/6 13/9 13/10 13/15 13/18 13/20 13/25 14/4 15/24 17/8 20/12 21/11 21/24 25/22 27/16 30/4 38/16 38/18 38/19 38/22 39/19 40/22 41/12 41/14 52/24 54/2 71/5
**Oath Keepers' [1]** 6/20
**object [4]** 7/6 35/5 35/16 66/24
**objections [3]** 6/1 11/22 81/24
**objective [2]** 23/2 32/13
**objectives [4]** 8/5 16/3 19/17 64/5
**objects [2]** 27/5 35/4
**obligation [2]** 80/18 80/23
**observe [4]** 13/22 60/10 60/20 61/7
**observing [1]** 59/12
**obstruct [2]** 33/3 65/25
**obstruction [5]** 9/20 32/1 32/21 32/23 33/9
**obstructive [1]** 32/23
**obvious [1]** 65/9
**obviously [6]** 6/5 22/15 42/18 55/22 69/7 74/17
**occasion [1]** 50/17
**occur [1]** 53/6
**occurred [1]** 74/3
**odds [1]** 69/13
**off [2]** 54/23 72/6
**offense [17]** 4/4 10/6 16/11 32/24 32/25 33/6 33/8 33/12 33/14 61/20 64/7 64/9 64/11 65/8 65/10 67/10 67/18
**offenses [4]** 29/5 68/1 73/12 73/12
**offensive [3]** 31/8 31/9 37/16
**offer [1]** 31/13
**office [17]** 1/16 3/13 7/3 7/3 17/2 17/3 17/17 21/25 73/25 77/9 78/15 79/23 80/7 80/9 80/25 81/2 81/5
**Office's [1]** 4/12
**officer [27]** 2/6 6/14 6/16 6/19 21/20 21/20 22/7 39/18 39/18 55/5 55/9 55/10 55/13 55/15 56/3 56/7 58/14 61/6 69/3 69/6 78/5 78/9 78/11 78/23 79/1 79/13

**Officer Carrion [2]** 21/20 39/19
**Officer Dunn [5]** 6/19 22/7 55/13 56/3 69/6
**Officer Dunn's [1]** 6/16
**Officer Harry Dunn [2]** 55/9 55/15
**Officer Owens [1]** 69/3
**Officer Salke [3]** 6/14 21/20 39/18
**officers [13]** 6/10 21/16 24/19 39/11 55/3 55/9 55/19 56/25 68/17 68/18 68/22 68/23 73/15
**official [3]** 2/9 65/25 70/11
**often [2]** 51/14 67/2
**Ohio [2]** 10/20 18/23
**OK [2]** 71/25 72/11
**OK FL Hangout [1]** 71/25
**OK Florida Hangout [1]** 72/11
**okay [16]** 3/20 4/25 5/10 5/14 11/20 14/25 15/3 33/19 42/3 42/12 45/5 48/8 73/5 75/19 76/2 82/9
**old [2]** 45/10 50/25
**once [2]** 21/22 53/9 55/7 55/7 55/19 63/25 65/17 74/22
**one [42]** 6/9 6/13 8/21 18/2 20/15 21/5 22/20 23/23 23/24 33/23 34/8 35/4 35/5 36/22 37/21 37/24 41/11 43/10 44/18 46/14 50/21 50/25 51/19 53/5 53/11 53/22 54/11 54/13 54/21 55/6 59/25 61/4 61/5 67/4 68/1 69/15 71/17 73/6 73/9 74/8 77/15 81/13
**ongoing [1]** 27/1
**online [6]** 51/17 52/2 57/25 78/11 79/20 79/21
**op [3]** 18/22 70/7 70/9
**op that [1]** 18/22
**opened [2]** 51/24 54/8
**operation [1]** 37/22
**opinions [1]** 67/19
**opportunity [10]** 4/8 4/18 5/3 5/18 5/20 6/5 31/14 48/12 62/11 82/20
**oppose [2]** 16/1 17/23
**opposed [1]** 17/22
**options [3]** 35/9 59/2

**options...** [1] 77/10
**order** [14] 17/2 22/15
25/23 28/16 33/2 35/6
35/25 39/4 40/14 41/22
68/4 77/18 81/3 83/4
**ordered** [1] 77/5
**orders** [2] 28/13 70/11
**ordinarily** [1] 32/15
**organization** [3] 13/6
26/7 77/25
**organized** [1] 28/3
**organizer** [4] 18/21
19/10 27/4 27/7
**organizing** [6] 10/11
26/3 27/17 28/4 70/7
70/8
**original** [1] 67/8
**originally** [2] 48/19
53/4
**other** [28] 8/19 9/3 9/3
9/6 10/16 10/19 16/12
16/25 17/13 19/9 25/3
30/10 41/19 43/5 51/21
59/18 64/17 64/19
64/24 65/1 65/5 69/24
71/16 77/25 78/14
78/25 79/11 80/1
**others** [16] 18/23
19/11 20/5 21/17 24/17
28/17 28/19 28/22
29/16 30/23 36/25
44/14 54/20 65/6 71/24
75/4
**otherwise** [7] 7/13 8/3
27/9 27/10 30/23 77/23
78/7
**our** [32] 11/18 12/6
18/11 34/3 34/4 34/17
34/18 36/17 41/20 43/9
43/13 44/20 45/12 46/7
47/14 47/15 52/22
52/23 53/24 56/24
60/11 60/25 62/1 63/6
68/9 68/10 68/10 68/11
68/13 70/11 70/18
72/19
**ourselves** [1] 61/24
**out** [22] 7/3 7/4 18/7
19/17 21/21 28/17 29/5
38/13 38/18 47/10
54/12 54/24 55/22 56/9
56/11 57/16 64/17
65/19 70/16 73/24
75/20 76/10
**outcome** [1] 68/15
**outfit** [1] 81/19
**outside** [7] 10/19 21/24
46/17 55/21 56/14
70/10 78/3
**outskirts** [1] 9/18
24/15 31/9
**over** [12] 28/23 44/5
46/2 47/14 49/5 49/19
50/10 54/5 55/23 80/12
81/21 82/16
**overall** [3] 15/8 15/24
54/14

**overreaching** [1] 58/23
**overseen** [1] 61/2
**overshadowed** [1]
57/20
**Owens** [1] 69/3
**own** [10] 7/17 10/12
30/8 30/17 30/17 39/1
39/4 55/24 58/23 70/18

**P**
**p.m** [6] 1/6 35/22 35/22
63/19 63/19 83/13
**paid** [1] 80/23
**pain** [4] 49/14 49/18
69/7 74/19
**paper** [1] 42/23
**paragraph** [2] 5/25
5/25
**parentheses** [1] 34/11
**parents** [3] 43/6 43/9
43/19
**Park** [1] 2/3
**part** [14] 9/2 30/5 31/4
32/13 36/25 46/3 46/24
65/15 65/16 67/20
69/16 70/7 73/18 77/10
**Part D** [1] 77/10
**parted** [1] 38/18
**participants** [2] 27/9
27/10
**participate** [2] 13/11
23/2
**participated** [3] 17/4
28/4 34/14
**participation** [1] 48/15
**particular** [2] 18/25
67/5
**particularly** [4] 9/20
18/1 26/25 30/20
**parties'** [1] 33/19
**Partnership** [1] 66/21
**passed** [2] 40/14 67/13
**passionate** [3] 63/5
63/7 63/8
**past** [4] 39/18 39/18
46/15 53/18
**patch** [4] 39/7 39/7
57/3 57/6
**path** [2] 45/15 67/1
**patience** [1] 63/24
**patiently** [1] 38/12
**patriot** [1] 36/17
**patriots** [4] 18/4 18/6
72/1 72/24
**patrons** [1] 51/22
**Paul** [1] 19/1
**Paul Stamey** [1] 19/1
**pause** [2] 63/22 66/15
**pay** [1] 77/5
**payable** [1] 80/19
**payments** [1] 80/15
**peaceful** [1] 72/19
**Pelosi** [5] 9/11 38/8
38/10 57/23 65/22
**Pelosi's** [1] 24/24
**pen** [1] 60/3
**penalty** [1] 67/17
**people** [41] 10/11

21/21 25/21 26/4 26/8
27/17 28/11 28/12
30/10 36/10 36/15
36/20 36/20 36/22
36/23 36/23 42/20 50/5
53/24 54/22 55/5 55/8
55/17 56/9 56/11 57/1
57/24 65/19 70/2 73/7
73/11 74/1 74/15 74/17
76/5 76/18 79/11
**per** [1] 77/6
**perceived** [2] 12/14
12/14
**Percenters** [1] 8/21
**perhaps** [8] 4/15 6/17
12/14 15/23 16/13
30/18 30/23 60/1
**period** [3] 30/20 68/2
81/22
**periodic** [2] 77/17 79/2
**permission** [1] 45/4
**permitted** [1] 61/15
**perpetrated** [1] 52/9
**persecuted** [1] 50/2
**person** [11] 3/14 10/18
33/2 36/22 44/5 44/8
44/11 44/13 57/18 58/2
74/20
**personal** [1] 45/19
**persons** [2] 78/1 78/3
**persuadable** [2] 63/6
63/7
**phone** [8] 23/15 40/14
43/5 43/5 46/18 49/24
49/25 78/13
**photos** [2] 55/11 78/19
**physical** [5] 5/6 6/18
24/12 33/2 66/6
**physically** [4] 20/13
20/14 37/9 37/11
**pictures** [1] 58/23
**piece** [1] 9/14
**pieced** [1] 57/14
**pieces** [1] 42/23
**pile** [1] 50/16
**place** [2] 53/22 81/25
**placement** [3] 77/16
82/3 82/7
**plainly** [1] 25/25 52/24
**Plaintiff** [1] 1/4
**plan** [26] 5/24 12/17
12/17 12/25 32/14
52/15 52/18 52/22
52/24 53/1 53/3 53/9
53/10 53/15 53/16
53/22 53/25 54/1 54/23
57/14 58/6 58/7 61/22
71/3 71/4 71/5
**plane** [1] 42/21
**planned** [1] 18/23
**planning** [8] 15/17
25/25 26/1 26/21 26/24
33/6 72/2 75/4
**play** [1] 38/13
**plea** [2] 31/13 31/14
**pleads** [1] 63/2
**please** [3] 3/4 5/2

**plenty** [1] 19/15
**pocket** [1] 6/14
**point** [6] 18/2 18/5
21/9 38/23 47/10 74/13
**pointed** [1] 64/17
**police** [8] 53/18 56/11
66/6 68/17 68/18 73/15
75/16 75/19
**political** [1] 57/24
**politics** [1] 68/10
**pose** [2] 75/12 81/17
**posed** [2] 24/16 67/21
**position** [10] 12/6
16/11 21/15 21/16 34/1
34/4 34/18 34/22 40/22
70/12
**positive** [1] 45/19
45/20
**possess** [3] 77/13
78/18 78/22
**possibility** [1] 66/25
**possible** [2] 36/4 67/3
**post** [1] 7/15
**posted** [1] 58/4
**potential** [2] 27/23
66/22
**power** [7] 7/7 8/12 16/2
16/7 17/23 68/4 75/8
**prayer** [1] 65/17
**pre** [1] 27/1
**pre-dated** [1] 27/1
**predominantly** [1] 36/9
**premises** [1] 25/23
**preparation** [3] 26/1
26/21 33/7
**prepare** [2] 20/7 71/25
**prepared** [7] 8/14 8/16
20/2 31/5 37/17 60/7
68/3
**preponderance** [8] 7/9
15/16 16/6 20/25 25/4
26/15 29/18 35/15
**presence** [4] 6/20
24/22 56/3 58/17
**present** [4] 15/13
31/20 57/22 58/13
**presented** [2] 16/13
63/10
**Presentence** [5] 3/24
4/11 77/10 81/1 81/5
**presents** [1] 66/22
**President** [10] 7/2 7/3
7/4 8/12 8/15 17/2 17/3
17/17 17/20 76/12
**President Trump** [3]
7/3 17/3 17/20
**President's** [1] 70/11
**President-elect** [1] 7/4
**President-Elect Biden**
[1] 17/2
**Presidential** [1] 16/2
**presiding** [2] 3/3 35/24
**pressure** [1] 58/19
**presumption** [2] 52/18
52/18
**pretty** [1] 9/14
**Prettyman** [1] 2/9
**prevent** [5] 7/10 17/1

75/8 75/16
**prevented** [1] 56/4
**previous** [1] 54/2
**primarily** [3] 3/20 55/9
66/15
**primary** [1] 67/17
**prior** [4] 13/8 31/14
62/9 79/6
**prison** [1] 59/3
**Prisons** [1] 76/24
**pro** [2] 20/8 20/9
**pro-Biden** [1] 20/9
**pro-Trump** [1] 20/8
**probably** [1] 8/20
**probation** [19] 2/6 3/12
4/12 11/19 77/9 78/4
78/9 78/10 78/14 78/23
79/1 79/13 79/23 80/4
80/5 80/7 80/25 81/2
81/5
**Probation Office** [1]
79/23
**problem** [1] 12/3
**problems** [1] 54/16
**proceed** [3] 3/19 3/21
33/19
**proceeding** [1] 65/25
**proceedings** [7] 1/9
2/12 3/15 24/11 25/23
83/13 84/4
**process** [3] 60/11 73/6
76/9
**produced** [1] 2/12
**product** [1] 79/25
**professional** [1] 45/18
**professionally** [1]
74/11
**prohibited** [2] 77/22
79/6
**promise** [1] 59/1
**promote** [3] 64/10
65/10 78/20
**proof** [3] 31/16 35/8
67/19
**properly** [1] 46/21
**property** [4] 25/1 25/6
33/2 66/8
**proportionality** [1]
65/6
**proportionate** [1]
81/20
**proportions** [1] 83/1
**prosecuted** [1] 61/1
**prosecution** [4] 49/22
50/2 55/12 57/4
**prosecution's** [1] 55/2
**prosecutor** [1] 52/22
**prosecutorial** [1] 60/17
**protect** [3] 6/10 54/22
64/11
**protector** [2] 47/16
49/16
**protests** [1] 72/19
**Proud** [2] 8/22 72/7
**Proud Boys** [1] 8/22
**provide** [8] 4/5 46/11
51/2 64/10 64/12 65/11
80/5 82/20

**P**

provided [2] 46/20 50/21
provider [3] 44/15 47/15 49/16
providing [2] 30/21 80/1
prudent [1] 47/9
PSR [6] 4/2 5/3 5/8 5/13 5/20 5/23
PSR's [1] 6/3
public [2] 64/12 66/22
pull [2] 44/5 52/4
punish [2] 41/4 67/15
punishment [3] 62/4 64/10 65/11
purported [1] 52/19
purpose [3] 12/23 67/8 81/12
purposes [9] 14/19 14/22 15/8 15/13 35/12 67/2 71/10 71/12 81/10
pursuant [2] 79/13 79/14
pushing [2] 37/4 53/18
put [9] 9/8 25/9 31/3 40/21 45/15 51/25 56/20 56/23 60/3
putting [1] 49/16

**Q**

QRF [10] 9/6 19/2 19/2 19/11 28/4 28/5 28/7 37/20 37/25 70/10
qualify [1] 31/17
quality [1] 22/5
quarterbacking [1] 37/21
question [8] 16/15 18/3 23/6 23/12 23/14 48/2 69/22 71/22
questions [3] 69/24 71/14 83/1
quick [1] 33/21
quite [4] 29/17 35/3 43/9 46/16
quitting [1] 40/4
quote [2] 59/21 66/18
quoted [1] 45/21

**R**

raise [1] 46/21
raised [5] 4/1 6/1 6/4 6/8 82/25
Rakoczy [4] 1/14 3/8 40/12 52/23
rally [4] 19/23 40/11 40/15 53/5
ram [1] 38/22
ran [2] 10/15 45/24
Range [2] 33/17 41/25
ranks [1] 36/18
rare [1] 31/18
Rasheed [1] 70/24
ray [1] 50/5
re [1] 25/23
re-start [1] 25/23
reach [5] 7/24 16/8

reacted [2] 54/23 55/7
read [9] 3/24 34/9 45/4 47/8 47/10 53/24 71/16 71/17 74/5
ready [2] 3/19 24/15
real [4] 18/3 71/22 75/12 75/21
realistic [1] 62/6
reality [1] 75/15
realize [2] 46/4 57/12
really [9] 6/3 19/14 20/24 46/25 57/18 57/19 69/14 71/21 75/11
realm [1] 45/19
Realtime [1] 2/8
reason [8] 29/24 50/12 54/21 57/13 60/20 60/23 70/12 73/7
reasonable [6] 7/12 35/11 73/11 79/14 79/18 79/18
reasonably [2] 16/22 61/19
reasons [3] 26/12 47/5 75/3
rebellion [1] 67/16
received [3] 3/22 4/10 31/13
recently [1] 75/25
recess [5] 35/21 35/22 63/18 63/19 83/12
recessed [1] 25/19
recidivist [1] 62/9
recognize [2] 32/15 69/10
recommendation [2] 4/12 82/13
recommended [2] 77/9 80/13
record [10] 15/13 25/10 34/1 34/18 62/9 81/19 81/23 81/25 82/19 84/3
recorded [2] 2/12 69/21
recording [1] 40/12
records [1] 62/13
redacted [1] 4/24
reemphasizing [1] 72/22
reference [1] 8/21
references [2] 12/8 31/24
referencing [1] 18/9
referred [1] 57/4
reflect [7] 15/13 62/12 64/9 65/9 66/16 76/21 82/12
reflected [1] 67/12
reflects [2] 30/15 30/17
refrain [1] 77/14
refreshed [1] 72/23
refused [1] 40/24
regarding [2] 4/22 15/5
Registered [1] 2/8
regret [1] 47/12 49/14

Regrettably [1] 75/1
rejected [5] 9/9 73/14 73/15 73/16 73/20
rejects [1] 34/17
related [3] 10/2 15/7 59/17
relaxed [1] 25/12
release [3] 77/3 80/7 80/25
released [1] 80/11
relentless [1] 55/16
relevant [2] 11/12 11/15
relied [2] 43/7 43/7
religious [1] 78/21
reloading [1] 40/4
remain [1] 69/5
remarks [3] 44/24 60/7 63/13
remember [3] 20/21 53/4 63/4
remind [1] 44/10
reminded [1] 63/1
remiss [2] 59/15 59/20
remorse [2] 40/10 40/19 76/4
remorseful [1] 40/9
remove [1] 25/21
repeat [1] 68/7
repeated [1] 23/18
repeating [1] 7/15
reply [2] 4/13 4/16
report [8] 3/25 4/11 54/13 77/11 78/9 78/22 81/1 81/5
reported [1] 28/5
Reporter [4] 2/7 2/8 2/8 2/9
Republic [1] 75/13
request [2] 81/11 82/7 82/19
requested [2] 31/11 80/6
requesting [1] 5/16
requests [1] 82/2
required [4] 15/3 17/1 17/16 61/17
requires [1] 30/12
requisite [1] 29/9
reservation [1] 16/14
residence [1] 81/3
resign [3] 13/22 13/23 66/13
resigned [2] 13/10 13/19
resist [2] 8/11 16/4
resisting [1] 7/8
resolve [1] 9/23
resorted [1] 76/7
resorting [1] 68/14
respect [21] 4/1 4/10 12/21 13/1 13/5 14/1 15/14 15/23 15/24 15/25 19/1 19/14 23/12 29/21 32/4 32/9 34/2 60/16 60/18 64/10 65/10

respond [1] 40/1
responded [1] 40/1
response [2] 22/10 22/12 23/5 23/7
responsibility [11] 30/8 31/12 31/17 50/11 50/17 56/18 57/17 66/7 66/9 81/21 83/2
responsible [5] 12/4 15/7 24/25 25/16 61/16
rest [3] 40/3 41/13 45/11
restitution [6] 77/18 80/15 82/16 82/21 82/25 83/4
restless [1] 19/22
rests [1] 27/13
resume [3] 35/18 39/24 39/25
resumes [1] 39/23
retirement [1] 49/2
return [2] 7/25 81/4
revealed [1] 75/21
reverse [1] 51/12
review [3] 5/3 5/18 5/20
reviewed [4] 3/23 4/10 4/20 5/8
revolution [1] 70/19
rhetoric [3] 18/15 18/19 37/6
Rhodes [39] 7/14 10/9 10/14 10/21 13/5 13/10 17/5 17/9 20/23 23/6 26/9 26/16 26/20 28/5 28/15 28/16 29/22 29/25 30/1 30/5 30/6 30/16 30/18 30/19 30/24 36/5 40/13 40/14 40/21 40/21 40/24 61/25 70/3 73/21 75/9 75/12 81/16 81/18 82/17
Rhodes' [5] 15/22 26/11 30/9 65/3 70/21
rid [1] 23/13
ridicule [2] 48/18 51/11
rifles [4] 8/17 37/16 75/5 76/11
rigged [1] 40/17
right [21] 3/16 3/18 5/1 5/21 5/22 28/24 34/21 35/16 35/18 36/1 39/1 42/25 46/25 55/15 56/15 81/6 82/6 82/11 82/14 83/7 83/9
rigorous [1] 67/19
riot [1] 61/9
rise [5] 3/2 35/20 35/23 63/17 83/11
risen [1] 50/17
risk [2] 62/1 62/1
river [1] 71/8
RMR [2] 84/2 84/8
road [3] 2/3 44/6 65/5
rob [1] 52/13
robbed [3] 51/20 51/23 52/5

robbers [1] 52/8
robbery [3] 51/15 52/3 52/8
role [9] 10/15 16/11 19/13 20/24 33/8 40/23 46/1 61/4 71/2
rolling [1] 22/12
room [1] 42/20
Rotunda [8] 28/22 28/23 55/6 55/21 56/15 56/15 56/16 65/18
rule [2] 15/12 76/17
Rule 29 [1] 15/12
ruled [1] 29/1
run [4] 13/7 50/10 76/25 77/4
rush [1] 76/15
Russian [1] 53/8

**S**

said [33] 8/13 11/3 11/4 14/17 17/7 17/7 18/10 19/6 20/4 21/4 22/20 22/22 23/11 28/9 28/16 29/13 31/21 34/8 38/11 39/7 42/22 43/22 43/23 48/20 53/8 62/19 64/18 66/3 66/18 68/7 69/22 72/21 74/22
Salke [4] 6/14 21/20 39/18 68/22
same [13] 15/18 30/23 32/4 32/6 32/12 32/18 32/18 40/11 40/20 56/1 70/14 71/14 75/13
satisfied [3] 5/17 5/19 27/11
saw [6] 38/13 55/3 57/3 58/22 69/20 73/5
say [20] 4/4 13/14 14/12 17/9 23/8 23/13 33/23 34/6 35/18 44/8 56/10 57/15 58/9 59/1 69/20 71/20 74/8 74/22 74/23 75/14
saying [4] 7/14 36/17 45/21 51/7
says [7] 7/22 17/11 18/2 22/11 34/10 57/3 63/5
Scare [1] 18/7
scarlet [1] 60/14
scars [1] 69/5
scenario [1] 51/14
scheme [2] 24/13 32/14
scheming [1] 75/4
scope [12] 4/4 10/2 10/2 16/19 16/20 21/2 23/3 24/5 25/24 26/21 26/24 33/6
screaming [1] 18/6
screen [1] 5/9
seal [1] 4/17
search [2] 79/14 79/17
searches [3] 79/2 79/5 79/12
seated [3] 3/4 35/25

**seated...** [1] 63/20
**second** [7] 14/15 34/4 34/6 34/19 35/10 66/16 68/16
**security** [15] 14/9 17/10 17/12 21/12 53/6 54/1 61/22 65/15 70/23 71/12 71/13 72/2 72/9 72/16 73/16
**sedition** [2] 66/16 67/12
**seditious** [11] 15/11 23/4 29/2 31/23 34/5 41/23 60/13 64/22 65/2 66/2 67/13
**see** [12] 5/9 5/20 21/16 22/11 50/25 52/4 52/11 55/11 68/12 73/2 73/4 75/22
**seek** [2] 49/8 78/10
**seem** [3] 49/23 72/8 74/7
**seems** [2] 20/10 32/19
**seen** [5] 5/17 44/3 44/7 56/13 62/13
**select** [1] 34/12
**Senators** [1] 72/17
**sends** [1] 19/23
**sense** [2] 6/18 8/5 56/10
**sent** [3] 22/19 39/17 52/23
**sentence** [16] 6/2 41/3 42/1 42/2 60/21 62/6 64/3 64/8 65/3 65/12 74/21 76/20 81/3 81/7 81/20 83/3
**sentenced** [2] 54/19 77/2
**sentences** [5] 64/14 64/17 64/19 65/1 65/5
**sentencing** [15] 1/9 3/18 3/23 4/13 4/14 12/5 14/22 15/8 26/11 26/13 35/13 47/13 61/18 64/5 77/10
**sentencing:** [1] 59/3
**sentencing:  prison** [1] 59/3
**sentiment** [1] 76/2
**Serbia** [1] 70/17
**serious** [2] 61/12 68/1
**seriously** [1] 18/19
**seriousness** [3] 61/19 64/9 65/10
**serve** [3] 62/23 62/23 77/2
**served** [1] 54/14
**services** [2] 78/16 79/21
**session** [3] 3/3 25/19 35/24
**set** [5] 45/15 64/3 64/5 73/3 73/3
**several** [2] 10/11 42/7
**severe** [1] 62/5
**shall** [7] 77/7 79/5

81/7
**shame** [1] 51/11
**shape** [1] 35/2
**share** [4] 42/10 47/22 47/24 80/8
**sharpened** [1] 27/25
**she** [11] 22/20 47/7 47/17 47/21 49/18 49/20 49/23 49/24 50/4 50/6 50/25
**she's** [3] 50/5 50/7 57/21
**shit** [1] 72/6
**shoot** [1] 69/20
**shooting** [1] 38/8
**short** [4] 13/19 48/21 68/21 83/4
**short-lived** [1] 13/19
**shortly** [2] 63/15 66/13
**shots** [1] 23/8
**should** [4] 4/4 4/20 8/2 18/8 23/13 49/18 50/15 51/2 54/25 56/18 56/19 58/5
**shoulders** [1] 51/7
**show** [4] 17/15 50/11 55/13 61/22
**showed** [9] 15/21 16/25 23/22 28/6 52/24 71/4 73/9 73/10 73/20
**shower** [1] 54/9
**shown** [2] 53/19 53/20
**shows** [2] 17/18 56/13
**side** [1] 44/6
**Signal** [6] 12/19 17/13 17/25 23/15 23/24 33/10
**Signal app** [2] 23/15 23/24
**signed** [1] 17/11
**significant** [2] 12/16 41/3
**simply** [8] 8/14 9/7 15/18 22/22 47/25 53/1 56/14 76/7
**since** [4] 23/3 26/25 56/22 67/23
**single** [6] 12/18 50/7 52/21 53/13 74/20 75/23
**sir** [7] 3/17 48/9 48/10 56/5 56/6 63/5 83/10
**sister** [5] 42/8 42/10 43/3 46/20 51/9
**sit** [1] 6/5
**sites** [1] 78/15
**sitting** [3] 30/5 30/6 42/8
**six** [1] 29/22
**six-level** [1] 29/22
**Skype** [1] 79/25
**slightly** [2] 34/9 42/1
**slowly** [1] 76/19
**smaller** [1] 21/23
**smart** [2] 44/2 79/4
**so** [54] 3/18 3/20 3/22 4/9 5/1 5/7 6/6 8/25

15/17 18/6 19/13 20/23 23/14 23/16 24/4 25/4 25/13 25/15 26/11 26/20 28/13 28/24 31/21 31/23 32/25 35/10 35/17 35/18 43/10 46/5 46/23 47/22 48/2 52/14 55/17 57/3 57/10 58/5 61/17 63/1 63/25 64/23 67/25 72/12 72/14 73/1 76/12 81/22 82/12 83/4
**social** [7] 51/25 78/12 78/12 78/13 78/15 78/15 78/19
**society** [2] 62/1 62/25
**software** [5] 79/7 79/7 79/10 79/25 80/1
**solitary** [2] 54/7 62/10
**some** [32] 3/25 5/22 6/1 6/4 6/7 8/20 8/21 9/21 12/12 12/15 16/13 21/11 24/22 24/23 28/10 30/24 41/6 41/19 43/19 54/6 54/19 58/12 59/3 59/18 64/17 66/6 66/8 68/18 69/24 71/11 73/21 83/1
**somebody** [5] 31/18 38/9 39/15 69/19 71/10
**somehow** [2] 74/24 75/20
**someone** [8] 7/20 7/21 39/22 43/2 55/1 56/10 62/2 69/20
**something** [7] 7/22 14/24 21/14 36/18 53/8 57/6 71/1
**son** [4] 42/9 45/10 50/9 74/16
**sorely** [1] 44/18
**sorry** [8] 23/21 50/8 50/18 51/1 51/3 56/21 56/23 63/23
**sort** [4] 5/25 6/1 68/8 74/4
**sound** [2] 72/2 72/16
**South** [1] 82/8
**South Florida** [1] 82/8
**Spanish** [1] 80/7
**speak** [3] 5/11 43/25 48/2
**Speaker** [4] 9/11 24/24 38/10 73/24
**Speaker of the House Pelosi** [1] 9/11
**Speaker Pelosi** [1] 38/10
**Speaker Pelosi's** [1] 24/24
**Speaker's** [4] 21/25 22/4 28/24 29/15
**Speaker's Suite** [2] 28/24 29/15
**speaking** [1] 56/9
**speaks** [2] 14/11 48/7
**special** [1] 77/5

**specializes** [1] 80/7
**specific** [3] 15/14 32/23 48/2
**specifically** [2] 16/24 24/13
**spell** [1] 75/9
**spend** [2] 43/19 73/8
**spending** [1] 54/6
**spent** [3] 48/14 50/4 56/16
**spiritual** [2] 30/4 81/18
**spoke** [4] 43/12 58/14 58/14 72/3
**spot** [1] 70/14
**spree** [1] 38/8
**spy** [1] 53/8
**Stack** [1] 37/10
**Stack 1** [1] 37/10
**staff** [3] 24/24 59/15 59/16
**staffers** [1] 21/25
**stage** [1] 58/7
**staging** [1] 54/25
**stairs** [4] 22/12 38/17 38/19 55/1
**stairwell** [1] 55/17
**Stamey** [1] 19/1
**stamina** [1] 68/18
**stand** [9] 13/13 17/20 42/18 58/20 61/6 61/11 67/25 71/19 76/17
**standard** [2] 25/11 25/12
**standing** [5] 52/5 57/13 68/20 68/23 74/11
**stands** [7] 30/1 30/2 30/3 35/21 63/18 64/23 83/12
**stanley** [3] 2/2 2/5 3/11
**Stanley Woodward** [1] 3/11
**start** [5] 5/22 25/23 65/7 67/13 76/13
**started** [1] 58/25
**starting** [1] 6/25
**state** [3] 26/12 65/9 77/11
**stated** [2] 51/19 55/24
**statement** [3] 9/10 9/12 58/3
**statements** [4] 7/5 9/6 23/18 26/17
**STATES** [8] 1/1 1/3 1/10 3/6 16/5 32/1 68/24 78/4
**stating** [1] 52/23
**station** [1] 75/16
**statute** [3] 64/5 67/13 67/23
**statutes** [1] 67/21
**statutory** [1] 40/8
**staying** [4] 26/8 45/11 54/24 72/11
**stenography** [1] 2/12
**step** [1] 66/14
**stepped** [2] 40/25 73/18

**steps** [5] 11/7 20/14 21/13 37/12 53/16
**Stewart** [1] 10/14 10/21 13/5 20/23 26/9 36/5 40/13 40/14 40/21 40/21 40/24 61/25 70/3 73/21
**Stewart Rhodes** [11] 20/23 26/9 36/5 40/13 40/14 40/21 40/21 40/24 61/25 70/3 73/21
**stick** [1] 54/23
**still** [3] 50/2 50/13 58/13
**stood** [3] 56/2 68/22 73/24
**stop** [8] 11/5 11/5 22/15 22/22 37/2 52/16 68/2 76/16
**stored** [1] 71/7
**story** [1] 55/3
**straightforward** [1] 11/17
**stranger** [1] 44/6
**street** [2] 1/17 20/10
**streets** [6] 18/12 72/25 75/7 76/13 76/13 76/14
**stress** [2] 50/16 54/10
**strictly** [2] 25/14 67/18
**struggling** [1] 21/16
**stupid** [1] 56/21
**subject** [4] 13/17 67/23 79/2 79/12
**subjected** [1] 73/7
**subjectively** [1] 73/10
**submission** [1] 4/21
**submit** [3] 60/3 77/15 77/21
**submits** [1] 10/6
**submitted** [2] 4/16 62/13
**substance** [4] 77/14 77/15 77/20 77/22
**substantial** [3] 25/8 33/4 65/12
**substantially** [1] 25/17
**substantive** [2] 32/6 67/10
**success** [1] 45/15
**successful** [2] 69/2 69/4
**successfully** [1] 66/24
**such** [10] 46/23 52/18 56/24 68/12 78/18 78/22 79/25 80/23 81/11 81/12
**Suddenly** [1] 51/23
**suffering** [2] 49/14 49/18
**Suffice** [1] 14/12
**sufficient** [3] 28/10 36/24 64/4
**suggest** [3] 8/2 9/21 30/7
**suggested** [1] 11/19
**suggestion** [1] 18/13
**suggests** [1] 23/25
**suite** [4] 22/4 28/24

**S**

suite... [2]  29/15 73/25
sum [1]  67/8
supervised [1]  77/3
supervision [5]  77/7 77/16 79/16 80/10 80/12
support [7]  24/5 30/22 35/16 43/11 49/20 51/1 58/16
supported [1]  67/16
suppose [1]  21/11
supposed [1]  32/15
Supreme [1]  66/18
sure [7]  12/5 34/1 34/17 45/25 55/24 69/24 76/18
surely [1]  76/19
surround [2]  18/5 58/5
surrounding [1]  18/8
survive [1]  46/7
suspect [4]  33/20 52/1 69/8 71/14
Suspect No. 1 [1]  52/1
suspected [1]  60/4
suspicion [1]  79/15
swept [1]  55/4
symphony [1]  63/3
system [3]  40/17 60/25 60/25
systems [1]  79/21

**T**

table [1]  45/25
tablets [1]  80/2
take [12]  5/25 14/24 17/19 33/20 33/21 35/17 39/1 50/10 53/11 63/14 68/3 76/11
taken [5]  34/16 44/16 55/23 57/16 74/10
takes [2]  39/20 61/4
taking [5]  17/2 17/16 36/19 50/19 50/20
talk [9]  3/25 11/10 38/5 40/14 47/17 48/12 68/5 68/6 71/3
talked [5]  36/14 37/16 41/9 44/4 69/6
talking [3]  51/21 72/6
tantamount [1]  31/25
taught [1]  46/15
technical [1]  82/15
teeth [1]  72/19
telecommunications [1]  79/24
tell [9]  19/22 42/24 43/23 48/23 48/24 48/24 49/9 52/1 52/14
telling [8]  11/1 14/1 36/10 36/20 38/25 48/21 49/9 71/24
tells [2]  19/21 28/13
ten [1]  19/7
term [2]  7/15 67/12
terms [9]  8/7 10/11 27/4 28/8 30/2 37/6 41/22 66/8 76/24

terrorism [3]  29/4 41/16 41/17
terrorist [3]  61/8 77/24 78/8
test [1]  77/15
testament [1]  74/12
testified [7]  6/19 10/12 11/2 19/6 26/16 53/24 70/2
testify [4]  14/6 14/8 14/11 14/16
testimony [14]  6/17 14/11 14/13 14/15 19/9 20/3 20/17 20/19 20/21 22/8 22/16 28/19 38/15 70/5
testing [1]  77/20
tests [1]  77/17
Texas [1]  23/7
text [4]  12/18 28/5 42/23 53/23
texted [1]  72/4
texts [1]  57/25
than [14]  8/14 13/7 18/14 29/25 30/14 49/18 50/17 57/7 64/4 66/22 67/3 67/21 73/4 75/6
thank [26]  11/20 15/1 15/2 34/22 35/19 42/3 42/4 42/17 44/24 44/25 47/2 47/3 48/11 48/12 59/9 59/10 59/15 59/20 63/12 63/16 63/21 63/23 82/23 83/6 83/8 83/9
thank you [20]  11/20 15/1 15/2 35/19 42/3 42/4 42/17 44/24 44/25 47/2 47/3 48/11 48/12 59/9 59/10 63/12 63/16 63/23 82/23 83/6
thankfully [1]  69/4
that [555]
that's [25]  14/21 15/24 16/13 16/14 18/4 21/11 23/5 36/19 44/3 44/3 44/3 48/17 57/2 62/8 64/24 65/19 65/23 68/25 69/9 70/11 72/1 73/5 73/5 76/20 82/4
their [28]  4/21 8/1 8/5 8/17 17/19 18/17 19/17 21/21 25/16 28/1 36/25 39/1 39/4 45/21 49/22 51/5 51/7 51/24 53/2 53/7 53/9 53/17 61/5 67/1 68/17 68/18 70/5 73/8
them [29]  18/7 18/8 18/19 24/15 27/22 28/13 28/13 28/14 34/7 36/12 36/14 36/20 36/24 38/17 50/15 51/5 51/6 57/7 57/15 58/10 58/12 58/15 58/17 60/16 64/20 64/21 69/5

theme [1]  12/16
then [36]  3/25 4/3 4/5 4/5 4/6 4/7 4/16 6/12 6/16 9/16 10/19 17/8 17/10 20/3 22/25 23/10 23/23 24/21 26/6 28/23 29/8 32/16 33/21 35/6 37/12 37/15 38/8 38/12 49/19 52/4 53/9 55/9 56/15 66/12 72/11 72/15
theories [1]  34/12
theory [3]  34/4 34/19 53/15
there [77]  4/7 4/16 4/19 6/11 6/17 6/20 8/20 8/23 9/10 9/20 12/9 12/17 12/17 12/18 12/24 13/8 19/6 20/21 21/10 22/18 22/25 23/10 24/1 24/18 24/21 24/25 25/25 26/6 26/19 27/13 27/20 30/19 30/25 33/13 37/6 37/10 38/17 39/9 42/7 42/22 42/25 43/18 43/20 49/20 50/23 51/1 52/22 53/1 53/15 53/21 55/5 55/15 55/18 56/12 57/2 57/4 57/7 57/8 57/9 58/24 60/2 61/22 68/8 69/24 70/2 71/4 71/9 71/12 71/13 72/11 72/24 73/16 73/17 75/20 76/3 79/9 81/24
there's [28]  4/10 6/16 8/18 9/5 9/16 18/11 19/15 20/3 20/15 21/18 22/2 23/14 25/4 27/6 27/11 27/18 28/10 29/11 33/15 34/1 34/10 46/17 60/20 60/23 65/21 65/23 71/16 79/15
thereafter [3]  7/18 12/14 77/17
therefore [3]  11/16 31/13 41/24
therefrom [1]  15/15
these [18]  3/14 9/7 14/21 18/8 26/22 29/4 42/20 49/25 53/17 54/10 60/14 60/21 67/22 69/15 74/21 78/24 79/5 79/11
they [84]  10/25 11/7 17/15 18/6 20/5 21/4 21/12 21/13 22/6 32/11 32/11 34/5 34/8 34/12 34/13 34/13 35/5 35/5 35/7 35/12 36/10 36/12 36/21 36/21 36/22 36/24 36/25 37/1 37/17 38/7 38/23 38/24 38/25 39/1 39/2 39/2 39/3 39/3 39/25 40/6 40/7 48/20 49/24 50/2 51/7

51/24 51/25 52/4 52/4 52/11 52/12 53/9 53/19 53/20 55/13 57/14 57/15 57/16 58/5 59/1 59/22 60/18 60/19 62/17 64/1 68/14 68/20 68/22 69/1 71/9 72/14 72/20 73/10 73/14 73/15 73/16 73/20 73/23 76/5 77/11 80/16
they've [1]  45/22
thing [4]  33/23 43/17 50/7 59/6
things [14]  42/22 42/23 42/23 43/15 43/16 43/21 45/19 45/21 45/22 46/14 51/17 69/17 69/18 75/14
think [47]  6/11 7/12 7/15 8/13 9/13 9/19 11/24 13/16 14/2 15/19 15/21 16/10 22/7 22/19 23/5 25/10 25/15 26/24 27/5 28/16 29/17 29/24 29/25 30/11 30/15 33/25 34/2 34/10 34/15 34/16 35/11 46/8 47/9 58/13 59/12 60/8 64/19 64/23 65/19 69/9 72/13 73/21 73/23 74/3 74/4 75/12 75/18
thinking [5]  8/2 44/14 65/4 70/22 72/5
third [2]  14/15 25/3
this [95]
This is [1]  3/6
those [37]  7/4 8/11 15/14 19/18 19/19 22/23 24/4 24/22 26/20 27/14 28/12 29/16 31/19 38/1 38/19 41/19 49/12 52/9 54/8 54/11 54/18 56/20 57/19 58/16 60/18 64/19 66/9 67/4 67/15 68/18 68/22 70/20 70/20 72/17 73/4 74/1 74/3
though [3]  52/8 52/11 55/12
thought [6]  38/24 39/3 56/21 61/10 75/19 81/19
thoughtfulness [1] 73/25
thoughts [1]  63/15
thousands [6]  18/4 53/22 53/23 68/24 69/1 72/1
thread [1]  8/8
threat [6]  24/12 24/16 24/23 66/22 75/12 81/17
threatened [2]  24/18 24/21
threatening [1]  33/1
threats [2]  48/18 54/11
three [8]  8/21 25/8

53/15 33/15 33/15
three-level [2]  33/15 41/15
throng [1]  68/24
through [26]  3/22 5/15 5/24 6/5 6/12 6/13 6/15 7/7 7/9 10/22 15/17 16/12 21/6 21/8 21/8 24/20 32/22 37/13 45/16 47/19 49/21 54/13 58/23 61/18 68/25 75/19
throughout [1]  26/2
time [27]  5/16 25/19 33/20 43/11 43/19 43/23 44/25 48/22 49/7 53/10 53/10 54/7 54/18 56/10 56/16 59/3 62/14 62/24 72/12 72/23 72/23 76/11 79/18 80/17 80/23 81/22 81/25
times [7]  44/7 53/3 54/2 57/3 57/10 72/21 74/23
tireless [2]  43/12 59/24
title [1]  27/15
titled [1]  84/4
today [23]  26/12 30/6 34/16 35/14 42/8 44/21 47/6 50/13 54/17 54/19 57/14 59/13 60/12 62/14 63/7 63/11 64/19 67/25 71/20 74/19 75/10 76/20 83/3
today's [1]  57/23
together [3]  21/4 37/7 57/15
told [12]  11/3 13/10 38/3 38/7 38/20 38/20 39/15 40/3 48/19 52/14 58/22 75/16
tonight [1]  39/23
too [3]  31/5 58/10 68/6
took [6]  10/15 18/18 18/19 40/23 45/24 50/14
tool [1]  67/17
top [3]  11/7 20/14 21/13
torn [1]  49/5
total [3]  33/12 33/16 77/6
totally [1]  57/6
touted [1]  17/9
toward [3]  28/23 67/6 73/19
towards [2]  29/15 54/24
town [2]  58/9 58/11
track [1]  54/23
traffic [1]  56/7
training [4]  31/1 37/15 37/15 64/13
transcript [3]  1/9 2/12 84/3
transcription [1]  2/12

**T**

transfer [7]  7/7 8/11 16/1 16/7 17/23 68/4 80/10
transferred [1]  5/7
transformed [1]  74/24
transition [1]  75/8
transitions [1]  62/22
translates [1]  24/7
transportation [1]  18/24
travel [1]  28/3
treason [3]  31/24 67/16 67/22
treatment [1]  81/4
tree [1]  72/23
tremendous [1]  58/19
trial [27]  12/17 14/15 14/17 16/13 18/13 20/17 20/18 22/16 25/3 28/19 31/14 31/18 40/18 43/16 49/22 49/25 53/3 53/19 53/24 59/18 59/19 61/2 69/24 70/1 70/4 71/9 76/1
trials [2]  6/6 43/15
trick [1]  18/8
tried [5]  49/22 55/8 55/8 56/8 69/1
trip [1]  48/21
tripart [1]  60/25
troubled [1]  70/24
troublesome [1]  46/17
Troy [2]  1/15 3/9
Troy Edwards [1]  3/9
truck [3]  19/4 19/7 71/7
true [7]  22/2 28/20 31/16 32/4 36/17 66/1 66/5
truly [2]  16/16 48/13
Trump [5]  7/3 17/3 17/20 18/10 20/8
trust [1]  73/25
trusted [1]  49/16
trustee [1]  54/14
truth [11]  18/15 48/21 48/23 48/24 48/25 49/8 49/9 49/10 49/11 52/14 75/21
truthfulness [1]  69/25
try [2]  11/5 57/9
trying [10]  6/10 21/17 39/24 43/15 53/10 56/8 56/10 68/24 73/17 76/16
tumor [1]  43/8
turn [2]  10/1 15/3
turned [1]  50/15
turns [1]  76/10
TV [1]  75/16
twice [2]  14/11 61/23
two [23]  7/16 25/24 32/12 33/7 33/11 35/4 46/2 46/15 47/14 48/14 54/5 54/15 58/24 59/4 66/16 68/8 68/23 68/25 68/25 68/25 71/18 73/8 77/16
tyrants [1]  72/24

**U**

U.S [2]  1/16 80/20
U.S. [3]  76/15 80/9 80/20
U.S. Attorney's Office [1]  80/9
U.S. Capitol [1]  76/15
U.S. District [1]  80/20
U.S.C. [2]  64/3 82/20
ultimate [3]  7/6 74/1 81/20
ultimately [15]  8/22 9/9 9/14 9/18 9/23 9/24 11/24 12/7 12/22 14/14 16/8 16/14 30/11 37/3 41/2
unanimity [2]  35/4 35/5
unanimous [1]  35/7
unannounced [1]  79/2
unclear [1]  75/4
uncomfortable [1]  72/18
under [16]  4/17 11/12 15/4 15/4 29/3 30/13 31/24 32/21 33/16 40/9 41/15 51/19 52/22 67/15 75/9 82/19
under-seal [1]  4/17
understand [12]  31/2 40/20 43/21 57/23 58/8 70/20 71/19 73/1 75/11 76/2 76/6 76/18
understanding [6]  5/12 7/1 17/15 17/22 28/1 58/9
understands [1]  12/6
understood [3]  17/18 20/5 34/3
undertaken [3]  15/5 16/20 24/5
undisputed [2]  20/12 69/13
undoubtedly [1]  27/2
unfold [1]  61/10
unfortunate [2]  65/22 65/23
unfortunately [1]  46/12
unique [2]  64/22 64/23
unit [2]  46/3 46/24
UNITED [1]  1/1 1/3 1/10 3/6 16/5 32/1 68/24 78/4
United States [4]  16/5 32/1 68/24 78/4
United States of [1]  3/6
unknown [2]  77/24 77/25
unlawful [2]  77/12 77/14
unlawfully [1]  77/13
unless [1]  28/12
unlike [2]  55/2 75/11
unmistakable [1]  77/7
unnecessarily [1]  50/3
unnecessary [1]  32/20
unnoticed [1]  59/25
unrelated [1]  67/7
unselfish [2]  44/2 44/9
until [5]  23/8 28/13 58/24 74/7 80/23
unwarranted [1]  64/15
up [28]  5/11 10/16 12/15 17/11 17/16 24/2 25/22 36/17 37/11 38/17 38/18 42/13 42/21 43/2 48/9 48/10 50/9 54/6 55/1 55/2 55/20 62/2 68/3 70/18 72/13 73/17 74/7 81/14 upon [7]  6/18 33/9 35/13 39/10 51/7 53/14 67/12
upper [1]  55/20
upward [4]  41/15 41/18 41/25 41/25
upwards [1]  42/1
urban [2]  31/1 31/6
urging [1]  20/1
us [21]  11/3 18/7 33/12 33/16 36/1 43/20 44/18 45/24 46/5 46/11 46/12 46/19 53/6 58/4 58/5 59/14 61/24 72/5 72/14 72/18 74/8
usdoj.gov [2]  1/19 1/20
use [19]  19/19 29/8 29/9 31/6 37/16 38/4 38/21 39/4 41/22 62/24 77/14 78/11 78/17 78/20 78/21 79/11 79/19 79/21 79/24
used [8]  6/18 7/2 13/3 17/22 19/17 20/6 62/14 77/22
useful [1]  64/20
ushering [1]  65/19
usually [1]  51/7

**V**

vacation [1]  45/24
vanished [1]  75/3
variety [1]  59/17
various [5]  8/8 12/10 29/16 61/18 62/22
vary [1]  41/24
vehemently [2]  14/13 52/2
vehicles [1]  49/3
veracity [1]  14/13
verdict [8]  11/25 12/1 34/2 34/9 34/24 35/1 35/6 35/6
version [4]  53/2 53/9 55/3 70/18
versus [1]  3/7
very [17]  6/14 12/6 29/25 31/16 42/18 42/19 42/19 43/25 44/15 44/16 52/3 60/11
vest [1]  39/6
vested [1]  60/16
victim [1]  32/12
video [14]  19/25 20/17 21/7 28/18 31/1 31/7 39/17 52/4 56/13 69/21 73/20 75/17 75/23 78/19
videos [2]  55/11 70/17
view [10]  6/19 9/25 18/18 18/18 20/4 68/7 69/12 78/11 78/17 78/21
views [1]  27/25
vile [3]  57/12 57/24 57/25
violation [2]  79/15 79/17
violence [27]  7/2 17/1 17/6 17/15 19/20 19/25 20/2 20/8 24/12 27/24 39/4 39/7 39/9 39/10 57/5 57/8 57/8 57/9 58/15 64/25 68/13 68/14 75/7 76/6 76/6 78/3 78/20
violent [3]  20/1 58/12 78/2
violently [2]  37/1 37/12
Virginia [2]  19/8 26/5
virtue [1]  19/9
vocational [1]  64/13
voice [1]  80/2
void [1]  40/25
volunteering [1]  50/4
vote [5]  11/5 11/6 22/15 22/22 37/3
vs [1]  1/5

**W**

waging [1]  31/25
wait [1]  38/12
waiting [2]  21/12 21/13
waive [1]  81/9
walk [1]  75/19
walked [3]  26/19 56/14 70/22
want [17]  12/5 13/11 34/1 34/17 40/5 44/10 48/5 49/11 49/12 56/24 65/14 66/14 66/18 68/6 74/2 74/15 81/22
wanted [10]  37/1 38/5 38/21 39/10 40/25 42/24 44/20 44/22 57/15 60/3
wants [1]  72/5
war [5]  32/1 67/14 67/20 76/13 76/13
warden [1]  62/16
warfare [2]  20/10 31/1
warn [1]  77/12
warranted [3]  41/4 41/15 41/19
warranting [1]  30/13
was [233]

**W**

Washington [10]  1/5 1/17 2/4 2/10 26/3 30/10 37/9 71/6 75/5 75/8
wasn't [9]  12/24 18/16 20/13 20/14 22/16 55/24 58/24 69/19 81/18
watch [2]  70/17 75/17
watched [2]  55/14 61/10
watches [1]  79/4
watching [1]  23/7
Watkins [3]  10/20 19/12 23/16
Watkins' [1]  21/3
waved [1]  11/8
way [18]  5/7 18/6 19/5 19/21 20/22 27/16 35/1 38/18 39/8 46/11 47/22 55/4 56/3 58/16 58/17 70/12 71/16 73/21
ways [2]  59/17 73/13
we [102]
We marched [1]  22/21
we will [3]  35/17 68/13 76/19
we'll [6]  3/21 3/22 3/25 4/6 14/14 33/21
we're [10]  11/4 11/11 12/5 32/2 40/1 40/3 40/4 60/12 70/16 76/20
we've [7]  5/6 11/18 59/19 62/13 63/10 72/12 72/21
weapons [18]  18/17 18/25 19/4 19/10 19/13 19/16 19/18 19/20 19/25 24/13 26/4 31/8 31/9 37/16 41/21 41/22 71/6 71/11
wearing [1]  39/6
Webex [1]  5/8
wedding [1]  47/1
weeks [5]  6/23 7/18 72/22 74/3 74/25
weighty [1]  76/4
Welcome [2]  36/17 42/12
well [26]  4/18 5/15 5/22 11/15 15/11 18/20 18/23 20/5 25/7 25/20 25/22 29/2 31/16 34/7 35/14 35/16 46/5 53/21 59/12 65/20 66/10 69/8 70/5 72/15 74/9 77/8
went [16]  14/3 14/4 14/6 22/3 22/23 28/20 38/7 49/20 54/21 54/23 54/24 55/1 55/6 71/2 73/22 82/16
were [63]  8/12 8/14 9/8 11/4 12/14 14/4 16/4 16/19 19/6 19/18 21/12 21/13 21/20 21/25 23/18 25/10 25/20 26/14 26/15 26/25 27/14 31/5 31/7 37/10

were... **[39]** 38/16
38/23 38/25 40/17
49/25 53/10 53/19
53/19 54/8 57/16 57/19
57/19 59/15 66/7 66/10
67/22 68/3 68/20 69/1
69/4 69/17 69/17 69/17
69/18 69/24 70/2 70/2
70/15 70/21 71/4 71/7
71/9 71/24 73/14 73/16
73/17 73/23 75/9 75/18
**weren't [1]** 71/15
**what [97]**
**whatever [4]** 12/19
57/15 72/15 80/15
**when [32]** 7/14 7/22
8/22 10/23 12/8 12/21
14/7 14/17 19/7 21/18
31/2 36/16 37/16 38/16
39/22 40/24 45/24
48/19 50/25 53/4 54/22
55/1 55/21 56/7 57/14
59/2 61/3 67/14 71/17
73/1 73/18 79/14
**where [13]** 5/8 19/12
21/25 27/13 31/18
31/19 41/7 50/14 55/20
56/25 69/19 74/11
81/14
**whether [11]** 9/16
16/15 17/20 23/6 23/12
26/17 65/21 71/3 79/5
79/7 79/9
**which [46]** 4/14 4/17
6/4 7/6 10/20 15/4 15/6
15/12 16/1 19/15 20/4
22/20 23/25 25/2 25/16
25/25 27/7 27/20 27/21
28/8 29/11 30/14 30/20
32/8 32/21 33/16 33/20
38/12 41/25 47/8 47/22
55/20 63/2 63/4 65/9
66/3 67/4 67/6 67/8
67/9 67/10 67/16 68/7
71/6 80/11 82/8
**while [3]** 6/17 59/18
77/7
**White [1]** 8/15
**White House [1]** 8/15
**who [51]** 10/12 10/24
11/1 11/2 11/3 11/4
11/8 11/9 11/9 19/6
20/21 21/20 22/23
27/14 30/10 36/14 37/4
37/9 37/14 37/19 37/21
37/24 38/2 40/1 40/14
42/7 43/7 43/7 44/3
44/3 44/3 46/10 50/9
50/21 51/4 52/5 52/9
59/17 62/2 67/16 69/6
70/2 70/24 71/5 74/4
74/12 75/12 76/7 78/1
78/3 79/11
**who's [4]** 7/20 18/3
69/6 71/23
**whole [4]** 39/17 50/4
54/15 56/10

**whom [2]** 30/1 53/21
**whose [1]** 51/10
**why [16]** 23/17 30/14
33/20 46/23 48/9 48/10
52/25 53/19 57/2 63/3
69/22 70/12 71/11
71/12 76/20 81/14
**Why don't [1]** 48/10
**wife [5]** 44/16 47/6
49/15 59/7 74/16
**wild [1]** 72/12
**will [53]** 4/7 7/9 15/6
15/13 15/18 15/23 18/8
18/11 24/6 28/25 30/9
31/22 33/20 35/17 39/5
43/3 47/5 47/10 47/25
48/6 48/21 48/24 49/9
51/13 54/18 59/22 60/2
60/10 60/20 61/3 61/7
61/14 61/21 62/4 62/24
63/9 63/15 66/7 66/24
68/13 71/10 72/24
76/19 76/21 76/23 77/2
78/24 79/17 80/10
80/11 80/16 82/12 83/4
**William [3]** 2/7 84/2
84/8
**willing [2]** 18/3 71/23
**willingly [2]** 40/23
40/25
**willingness [1]** 8/10
**wish [3]** 11/21 46/11
78/11
**wished [1]** 52/3
**wishes [1]** 4/8
**within [7]** 16/19 16/20
20/9 38/6 77/16 80/21
81/7
**without [13]** 26/19
46/2 46/4 46/8 46/16
51/6 54/13 59/23 70/16
74/14 78/4 79/22 80/3
**witness [7]** 36/9 36/9
36/13 36/13 52/21 53/7
53/14
**won't [2]** 23/8 68/12
**Woodward [17]** 2/2 2/3
3/11 5/1 5/25 11/21
15/2 25/10 33/22 41/9
42/5 48/5 59/11 63/12
81/24 82/2 83/7
**word [1]** 13/3
**words [11]** 7/17 12/13
18/17 22/21 31/7 42/11
47/24 66/16 70/20
70/21 71/15
**work [7]** 38/2 50/1
59/18 60/1 74/12 74/13
74/14
**worked [2]** 45/22 75/1
**working [2]** 43/18 60/5
**world [3]** 50/6 75/21
75/21
**worn [1]** 51/10
**worse [1]** 62/25
**worst [1]** 54/6
**worth [3]** 59/12 68/19
74/9

**worthy [1]** 7/21
**would [46]** 7/13 11/11
20/6 25/12 26/19 28/1
34/4 34/12 35/5 35/16
37/24 37/24 38/3 38/8
41/15 41/19 42/10 43/4
43/18 44/5 46/25 47/22
47/24 48/3 51/18 51/19
52/4 52/4 52/7 52/10
52/11 52/12 54/11
56/10 58/1 58/10 59/5
59/15 59/20 61/11 67/1
74/8 75/21 75/22 82/7
82/19
**wrapped [1]** 62/2
**writing [1]** 72/10
**written [2]** 45/3 61/1
**wrongful [1]** 24/3
**wrote [3]** 47/7 51/17
57/18

## Y

**year [1]** 50/25
**years [19]** 42/2 43/1
43/8 44/1 45/10 45/17
46/2 46/15 47/13 47/15
48/14 49/15 49/19
50/14 51/10 54/5 54/15
62/7 62/7
**yelling [1]** 55/12
**yes [9]** 5/4 10/5 13/21
28/20 33/24 70/6 72/21
82/4 82/14
**yesterday [12]** 6/24
15/12 15/18 17/5 17/7
21/5 21/10 34/7 34/15
35/14 58/3 58/14
**yet [2]** 26/10 59/21
**you [215]**
**you'd [1]** 81/24
**you'll [2]** 48/22 55/11
**you're [7]** 48/21 58/22
61/17 71/12 71/13 72/6
75/13
**you've [8]** 5/17 6/1 6/4
26/16 26/17 56/13
70/18 73/6
**young [2]** 36/15 38/3
**Young's [1]** 38/4
**your [99]**
**Your Honor [51]** 3/5
5/4 10/5 11/11 11/22
14/10 14/22 34/2 34/22
36/14 38/15 38/20 40/9
41/14 41/24 42/4 42/6
42/15 45/2 45/7 47/2
47/4 47/5 47/11 48/11
48/23 49/7 51/14 52/14
52/25 54/22 55/14
56/18 57/2 58/3 58/19
59/9 59/13 59/24 60/9
60/24 61/3 61/21 62/23
63/1 63/8 82/1 82/4
82/15 83/6 83/8
**Your Honor's [1]** 40/12
**yourself [1]** 74/10
**yourselves [1]** 80/15

**Z**

**Zack [3]** 42/9 45/9 50/9
**Zack Meggs [1]** 45/9
**Zackry [1]** 45/2
**Zaremba [4]** 2/7 59/16
84/2 84/8
**zealously [1]** 62/5