IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )     CR No. 22-15-4
                                   )     Washington, D.C.
      vs.                          )     May 26, 2023
                                   )     9:37 a.m.
JESSICA WATKINS,                   )
                                   )
          Defendant.               )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Watkins:        Jonathan W. Crisp
                              CRISP AND ASSOCIATES, LLC
                              4031 North Front Street
                              Harrisburg, PA 17110
                              (717) 412-4676
                              Email: jcrisp@crisplegal.com


Probation Officer:            Crystal Lustig

Court Reporter:               William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good morning, Your Honor.
 3          This is Criminal Case No. 22-15-4,
 4   United States of America versus Jessica Watkins.
 5          Kathryn Rakoczy, Jeffrey Nestler,
 6   Alexandra Hughes, Troy Edwards, and Louis Manzo for
 7   the government.
 8          Jonathan Crisp on behalf of the defendant.
 9          Crystal Lustig for the probation office.
10          The defendant is appearing in person for these
11   proceedings.
12          THE COURT:  All right.  Good morning, Counsel.
13          Ms. Watkins, good morning to you.
14          All right.  So we are here for sentencing this
15   morning for Ms. Watkins.  Everybody prepared to proceed?
16          MS. RAKOCZY:  Yes, Your Honor.
17          MR. CRISP:  Yes, Your Honor.
18          THE COURT:  All right.
19          So just as a preview for Mr. Crisp's and
20   Ms. Watkins' benefit of how we'll structure the morning,
21   I'll just go over first what I've received in terms of
22   sentencing submissions.
23          I'll ask Mr. Crisp to verify that Ms. Watkins has
24   received and reviewed the Presentence Investigation Report.
25          I'll turn briefly just to discuss some of the
```

1    factual disputes that have been raised.  I'll then ask

2    counsel to provide any argument you'd like to make about

3    scope of conduct, as well as application of Guidelines.

4            I'll rule then on scope of conduct and application

5    of Guidelines.

6            Then we'll hear the allocutions of counsel.

7            And then we'll hear from Ms. Watkins.

8            And then we will -- and then we'll go from there,

9    okay?

10           All right.  So let me just start with the

11   materials I've received.  That includes the Presentence

12   Investigation Report at 550; the Probation Office's

13   recommendation at 51 -- 551; government's memorandum in aid

14   of sentencing at 565; the reply at 580, as well as the

15   exhibits that were submitted in support of the memo.

16           There are the defendant's objections to the

17   presentence investigation report at 532; a memorandum in aid

18   of sentencing at 566, along with the letters that were

19   submitted on Ms. Watkins' behalf; and then the reply brief

20   at 579.

21           Anything I'm missing that I should have

22   referenced?

23           MS. HUGHES:  No, Your Honor.

24           MR. CRISP:  Not from the defense, Your Honor.

25           THE COURT:  Mr. Crisp, can I ask you to please

1    confirm that Ms. Watkins has received and reviewed the

2    Presentence Investigation Report?

3                    MR. CRISP:  She has, Your Honor.

4                    THE COURT:  All right.  Thank you.

5                    So let me just turn quickly to some of the factual

6    disputes that have been raised.

7                    Mr. Crisp, I'll proceed along the same track

8    I have with others, and that is to say at the outset that

9    the factual recitation of the PSR is what's sort of

10   governing my thinking here and guiding my thinking.  And so

11   I'm not going to go on sort of a paragraph-by-paragraph,

12   line-by-line recitation and correction of the report, given

13   that I've presided over this trial and others, but let me

14   just talk quickly about a few of the issues.

15                   And just -- there was a general objection to

16   Ms. Watkins did not plot to "stop the lawful transfer of

17   power."  It is accurate, of course, to say that Ms. Watkins

18   was not convicted of seditious conspiracy; however, she was

19   convicted of the 1512(k) conspiracy, as well as the

20   "interfering with officers" conspiracy.  So it's not

21   entirely inaccurate to describe the defendant's conduct

22   generally as opposed to her specifically in that way.

23                   There's just a dispute as to the immediate start

24   of the conspiracy being after November.  As I've said

25   throughout, I think the way the evidence came in, it was to

1    show that the conspirators began forming the conspiracy and

2    began reaching the mutual agreement and understanding about

3    the use of violence to prevent the transfer of power in

4    early November and through November and December.  And then

5    once it was clear that there would be a final opportunity on

6    January 6th, that that is when the focus, the ultimate goal

7    of the conspiracy as alleged, came into fruition.

8           Ms. Watkins has said that she did not see fighting

9    with the police at the door, at the Columbus doors.

10   Mr. Crisp, I have no reason, in some sense, to dispute that.

11   I suppose the evidence showed where Ms. Watkins was relative

12   to the doors.  She was not at the front of the line.  She

13   was toward the back.  What her vantage point is hard to say,

14   but I acknowledge that it may be ultimately a question to

15   consider here.

16          She didn't delete her Signal chats in response to

17   Mr. Rhodes' call to do so.  Again, there's no evidence that

18   that was the causal factor for Ms. Watkins having done so.

19   But she certainly did delete the Signal chat, and it was not

20   on her phone when it was seized a couple of days later.

21          And then there's just a general statement about

22   Ms. Watkins not positing violence to oppose vice

23   president -- excuse me, President Biden's transfer to power,

24   but, rather, the invasion of Communist China as a result

25   therefrom.

1          You know, there certainly was evidence to support

2     that Ms. Watkins had some -- what's the word I'm looking

3     for? -- unusual views about what the consequences would be

4     of the transfer of power and what it would mean for -- what

5     it would mean in terms of foreign powers invading the

6     United States.  And I acknowledge that, Mr. Crisp, and we'll

7     talk about that a little bit as we move forward today.

8          All right.  So with that, why don't we turn to the

9     two questions at hand, and that is the proper scope of

10    responsibility for the jointly undertaken criminal activity;

11    that is, the related conduct and then the application of any

12    Guideline enhancements either side would like to discuss.

13          So, Ms. Hughes.

14          MS. HUGHES:  Good morning, Your Honor.

15          THE COURT:  Good morning.

16          MS. HUGHES:  The government has requested a

17    significant sentence for Ms. Watkins, and that sentence is

18    merited based on her conduct.

19          The factual considerations that undergirded that

20    request are applicable to the framework that this Court has

21    laid out yesterday in sentencing Mr. Rhodes and Mr. Meggs,

22    and so I want to touch briefly on some of those

23    considerations.

24          First of all, her relevant conduct encompasses

25    both her own acts and those acts of her co-conspirators.

1    That is established under this Court's framework as outlined

2    in *United States versus Khatallah*, and the evidence

3    establishes why that must be so in this particular instance.

4         In the days after the election, Ms. Watkins joined

5    that GoToMeeting on November 9th, and that meeting is

6    relevant in the Court's consideration of what she knew and

7    her participation in this conspiracy from its very earliest

8    days.

9         After that call on November 9th, Ms. Watkins was

10   spurred into action.  She texted a friend:  "We marched on

11   D.C. on Saturday.  This is the real, for-real shit.  No

12   weapons allowed.  Be prepared to fight hand to hand.  Want

13   to come?  It's now-or-never time."

14        That same night, November 9th, she texted

15   Donovan Crowl:  "This is what we've been waiting for.  It's

16   not just Oath Keeper mission.  Patriots everywhere.

17   Three Percenters, too.  Let's make history, mother fucker."

18        And when considering the scope of her

19   participation in this conspiracy, that November 9th is an

20   important starting point because Ms. Watkins was aware, from

21   the very earliest days of this conspiracy, that Mr. Rhodes'

22   objectives and the objectives of the Oath Keepers extended

23   beyond one moment in time but was, in fact, targeted towards

24   the peaceful transition of power.

25        And she, in fact, came to D.C. in November

1    prepared to fight.  She brought weapons with her.  You heard

2    testimony about how these weapons were loaded into the back

3    of a van; they were stacked up.  And she also brought into

4    D.C. those altered pool cues that were introduced as

5    physical evidence, which she referred to in messages as

6    night sticks.  She was prepared for fighting.  She was

7    prepared to deploy force, and the objective of that force

8    was abundantly clear.

9            She early on wrote to Recruit Leah:  "Well, if

10    Biden gets the steal, none of us have a chance, in my mind.

11    We already have our neck in the noose.  They just haven't

12    kicked the chair yet."

13            She told Greene that she was recruiting.  She was

14    training because she needed her troops in fighting condition

15    by inauguration.

16            There's no doubt what the true objective of her

17    individual motivation was, and it was that of her

18    co-conspirators.

19            And when she came back in January, it was with

20    that same motivation in mind.  She was, in her own words,

21    sticking to the plan.

22            Now, the government has also asked for an

23    enhancement under the leadership enhancement, and she has

24    indeed exhibited the requisite control over her subordinate

25    co-conspirators to merit this enhancement as articulated

1   under *United States versus Quigley*.

2          She recruited other individuals, most notably

3   Donovan Crowl and the Parkers.  But for Jessica Watkins,

4   there can be no doubt that Bennie Parker would not have been

5   in the restricted area wearing her gear and that

6   Sandra Parker would not be in the United States Capitol

7   following her down that Senate hallway.

8          Moreover, and more concerning, they brought

9   weapons because Jessica Watkins told them they could.  They

10  stayed at the QRF hotel.  She not only contributed her own

11  weapons to that effort, but she recruited others to do the

12  same.

13         She led them down this dangerous path, traveling

14  from Ohio with weapons; that they were left in Winchester.

15  That she did not receive further instruction on where to

16  bring those guns is of small comfort, because had she

17  received those instructions, there is little doubt that they

18  would have contributed those weapons to this effort.  And so

19  for those reasons, a leadership enhancement is appropriate

20  and merited.

21         Her enhancement is also -- she's also -- a

22  two-level enhancement under 3C1.1 is also merited for

23  destruction of evidence.  And she admitted on the stand that

24  she deleted Signal off her phone.  As this Court no doubt

25  recalls, she left her phone in Ohio before traveling to

1    Virginia to go to Tom Caldwell's home.

2         And before she left, knowing that the FBI was

3    attracting attention on her because of that *New Yorker*

4    article, she deleted Signal off her phone.

5         She left a ProtonMail password to coordinate with

6    Montana Siniff with.  And she engaged in a series of actions

7    all undertaken to obfuscate her participation in what was

8    abundantly clear to her at that time was a crime.

9         A departure is also merited under the terrorism

10   enhancement.  There is no doubt that her offense was clearly

11   calculated to influence or affect the conduct of the

12   government by intimidation or coercion.

13        In her own words, she stormed the Capitol, forced

14   her way into the Senate and House, got tear-gassed, and

15   muscled the cops back like spartans.  Her words and her

16   captured actions inside the building and leading up to the

17   building leave no doubt what was the true object of her

18   force; and that is, in fact, what she did.

19        Compared to her co-conspirators, Ms. Watkins'

20   deployment of force is unique.  She was one of the

21   individuals who threw her body towards these efforts.  And

22   for that, an enhancement is appropriate under the terrorism

23   enhancement.

24        I'm happy to answer any questions.

25        THE COURT:  I don't have any.  Thank you,

1    Ms. Hughes.

2             MS. HUGHES:  Thank you, Your Honor.

3             THE COURT:  Okay.  Mr. Crisp, do you wish to be

4    heard?

5             MR. CRISP:  Thank you, Your Honor.

6             So in a vacuum, if you will accept the twist of

7    the facts, it would look pretty damning at a lot of levels

8    in terms of her involvement.

9             But I think it's important for the Court to

10   recognize that, for example, conversations with Leah

11   occurred actually prior to the GoToMeeting.  So I think

12   that's a significant issue that certainly addresses a number

13   of factors in terms of her leadership, her alleged

14   leadership.  She was certainly not a leader in the

15   Oath Keepers component, and she was engaging in recruiting

16   activities for the OSRM.

17            THE COURT:  I'm sorry, I thought the Leah

18   conversation was after November 9.

19            MR. CRISP:  She was actively talking with Leah

20   before the GoToMeeting.

21            THE COURT:  Okay.  But the particular quote,

22   I thought, came after November 9, the one --

23            MR. CRISP:  There were communications before and

24   after.

25            THE COURT:  Got you.  Okay.

```
 1              MR. CRISP:  What I want the Court to understand --
 2              THE COURT:  Understood.  Okay.
 3              MR. CRISP:  -- which may not be --
 4              THE COURT:  No, I understand.  I'm getting the
 5    distinction that you're making that the recruiting was more
 6    for her group than the Oath Keepers.
 7              MR. CRISP:  And the reason for those comments was
 8    all related back to the initial contact; and that is, you
 9    have to understand that we're going to be at war if these
10    series of events kick off, and it's going to be in the areas
11    of Akron and Dayton, not in D.C.
12              There's no doubt she went to D.C. at the
13    Million MAGA March.  But, again, if you take everything out
14    of context, it was there to stop what they perceived would
15    be other protesters trying to -- or other individuals,
16    groups trying to stop the March.
17              So, you know, the concept of weapons, yes, they
18    talked about bringing night sticks and things like this to
19    fight off other people who may be trying to harm those.  We
20    can question the motives in terms of "Why would you want to
21    meet violence with violence?"  But it had nothing to do with
22    trying to stop any election.  It had to say, "Let's protect
23    the people who were there to protest at the
24    Million MAGA March."  So if you take all of this out of
25    context, it paints a very convenient story that the
```

1    government has still been trying to establish as it pertains

2    to her.

3          I think when you look at it in a much more

4    consistent context, when she's talking to all these

5    recruits, some of whom testified in this court, she never

6    talked about trying to overthrow the government.  She talked

7    about trying to support it.  She talked about having to

8    fight in the streets.  There was testimony from others who

9    were part of the OSRM, thinking that this was going to be an

10   invasion.  And so as delusional as that clearly is, she

11   talks about why.

12         And, yes, she was convicted of a conspiracy to go

13   into the building.  And that conspiracy can happen in an

14   instant, and it did.  The minute she gets in that line and

15   walks through those doors, she has now conspired with others

16   to obstruct.  That is the essence of the conspiracy.

17         I don't believe that simply because she brought

18   weapons but didn't actually bring them there -- I mean, if

19   anything, that speaks to her lack of involvement with the

20   Oath Keepers in general where she's not aware of what's

21   really going to be happening, because she was brought in at

22   the last minute as a medic.  And her role was as a medic,

23   and that's what Mr. Siekerman said, that's what the text

24   message clearly said.

25         And while I was not present for the Parkers'

```
 1   trial, I think my client can indicate that she was still on
 2   the fence about going.  And it was there to go in a
 3   different capacity.  And she was talking about -- and she
 4   will address and she has addressed -- Zello chats and the
 5   Signal.
 6             I don't really want -- I mean, if Your Honor wants
 7   me to address the acceptance component, I can do it now or I
 8   can wait.  I don't want to waive that.  Or if we're just
 9   going to address the --
10             THE COURT:  This would be the opportunity to
11   do that.
12             MR. CRISP:  Okay.
13             So when you're looking at -- the government has
14   never addressed the idea that she's proffered over four
15   times.  All right?  She came in exceptionally early.  Again,
16   there are things that they don't want to address.
17             One, it's hard for me to grasp why leaving one's
18   phone with a password for the FBI or for whomever agency was
19   coming for her, along with her other tactical gear, in a
20   pile at the front of her door that's to her boyfriend that
21   says, "Give this to them if they show up" shows some form of
22   obstruction.  It is hard to conceive of how that could be.
23             If it were truly an obstructionist activity, she
24   would have attempted to delete Facebook messages like others
25   in this trial did.  She would have attempted to delete
```

1    tweets -- or, excuse me, texts like others in this trial

2    did.  She would have gotten rid of the phone.  There are

3    plenty of examples of obstruction in this trial, but not

4    anything related to what she did.

5            She'll speak to this, but the Signal app itself

6    was something that she deleted because it kept blowing up

7    with, still, days later, J6 messages.  And she wanted

8    nothing to do with it anymore, and it's draining her phone.

9    She put it on silent.  She tried to silence notifications

10   but it still kept coming up.  The magnitude of what had

11   happened was starting to affect her.

12           She talked about the doxing that was occurring.

13   So the fact that she had this ProtonMail was to hide her

14   identity from the media.  If she were trying to -- you know,

15   the acceptance-of-responsibility elements actually address

16   timely turning yourself in to law enforcement.  There was no

17   manhunt for her.

18           "If they come for me, call me and I'll come back."

19           And that's exactly what she did.  10-hour drive

20   back.

21           Excuse me, Your Honor.

22           There are multiple 302s, starting on February 22nd

23   of 2021, going into March 22nd, where the FBI documents that

24   she gave passwords, she gave user IDs, and she actually

25   provided -- and she can speak to this -- "Here's my Parler

```
 1    information to try and retrieve it if you can."  So multiple

 2    proffers occurred.

 3              I can represent to the Court the reason I ended up

 4    becoming involved in this case was because after these

 5    proffers, her indictment then became one involving seditious

 6    conspiracy.  And it was clear to her at that point in time,

 7    she wanted a different approach.  And when I got involved, I

 8    looked at these proffers and thought, "What is there to do

 9    at this point?"

10              So when you look at -- we conducted a reverse

11    proffer that the government acknowledges in May of 2022.

12    Subsequent to that proffer or at the time of that reverse

13    proffer, I offered to the government to have her plead to

14    exactly what she was convicted of.

15              And, unfortunately, the government, and certainly

16    they're represented at this table, would probably agree that

17    it's not necessarily their call.  It's a much higher call at

18    a much higher level for them to decide whether or not to

19    accept it.  And the government chose not to.  That, to me,

20    is a timely decision to save the government prosecution, and

21    she acknowledged as much in what she said.

22              As I reference in my sentencing memo, there's an

23    unfortunate aspect of the Federal Government that is unique

24    to the military where you could do something like a mixed

25    plea.  I will plead to this and let the government prove up
```

1    the remaining counts or charges.  That I've always thought

2    was a truly inspired approach to how prosecutions should

3    occur.  And that, unfortunately, does not exist here, which

4    is what we tried to do, essentially, from an equity

5    standpoint in this case.

6            She will tell you that the jury got this right.

7    She will not contest her convictions as to any of these

8    counts.  She recognizes now -- and I think I can represent

9    to the Court that her journey since I've gotten to know her,

10   and Elizabeth has had time to speak with her, the

11   transformation that she has gone through that the Court will

12   hear even in greater detail when she allocutes has been

13   remarkable in terms of not only her personal journey but

14   political journey and her recognition of what her actions

15   truly meant.

16           She has, as the Court heard, struggled with who

17   she was since a child.  She has struggled with acceptance

18   from her family.  She has engaged --

19           THE COURT:  I don't mean to interrupt you,

20   Mr. Crisp, but you'll have the opportunity to allocute as to

21   the ultimate sentence.

22           MR. CRISP:  Sure.

23           THE COURT:  So I don't want to rob you of the

24   opportunity to do that with the kind of arguments that

25   you're now making.

1    MR. CRISP:  No, and that's fine.  I'm segueing a

2   little bit too much here.

3    But at the end of the day, I believe acceptance is

4   appropriate.  I don't believe the obstruction is

5   appropriate.  The simple fact that she may have had a

6   different belief at the time as to why she was in the

7   hallway and doing what she did does not amount to

8   obstruction.

9    Deleting the Signal app when there really were

10  more exculpatory comments in there than inculpatory, but not

11  deleting the truly exculpatory information that was clearly

12  present, I think, doesn't amount to an obstruction

13  enhancement.

14    I know Your Honor -- I won't belabor the

15  eight-point enhancement, Your Honor.  I know that's

16  something that Your Honor has already addressed.  I don't

17  believe there's anything I have that's going to be more

18  relevant to speak to that.

19    My primary considerations were the terrorism

20  enhancement, which I've addressed in my sentencing memo as

21  well.  I don't believe that there's any activities on her

22  part.  I think the closest that the government may want to

23  try and argue is what she was saying as she's walking down

24  Pennsylvania Avenue.

25    But I think if you accept what she was doing in

1    that moment, if this truly were an opportunity to try and

2    engage in a terroristic activity, the behavior that you saw

3    on video was qualitatively different.  And even the behavior

4    she engaged in inside, sitting in the Rotunda, smoking a

5    joint, from a tactical standpoint, it's probably not a good

6    idea.

7           There's nothing to support that this was terrorist

8    activity.  It was obstructionist, clearly, but not

9    terrorist.  Going down the hallway, she addressed why she

10   was there and why she said, "Push, push, push."  She had a

11   broken arm.  It was a trash compactor.  And there was no way

12   out, and so she gets caught up in this.

13          Was there a goal that was articulated?  The

14   government has never pointed to, even in the fact -- after

15   having had multiple opportunities to proffer with her, what

16   the end goal was in going down that hallway.  They knew that

17   she was there.

18          There was never a question on cross-examination

19   that contradicted what she said in terms of just the sheer

20   stupidity of why else would you be there?  So from that

21   standpoint, I don't believe that there's anything

22   inconsistent with what her behavior was there with what she

23   testified to at trial.

24          And for those reasons, I don't believe the

25   obstruction enhancement, as well as, you know, for her

1    alleged false testimony, as well as the terrorism -- excuse

2    me, obstruction, as well as the terrorism enhancement, I, in

3    fact, believe that she should get a three-point reduction

4    for what she attempted to do and, ultimately, the jury

5    agreed with.

6              Thank you.

7              THE COURT:  All right.  Thank you, Mr. Crisp.

8              So consistent with *Childress*, *United States versus*

9    *Childress* from the Circuit, I need to determine what a

10   defendant's jointly undertaken criminal activity is in order

11   to assess what the relevant conduct is for purposes of

12   assessing Guidelines, doing the Guidelines calculation,

13   including the enhancements.

14             I've already described in some detail what I think

15   the facts at trial showed under the Rule 29 stage.

16   Ms. Watkins already, of course, has been convicted of

17   multiple conspiracy counts.  She was acquitted on the

18   seditious conspiracy count, as well as two substantive

19   counts, and so this all happens against the backdrop of

20   that.

21             And I also do incorporate my findings on the

22   Rule 29, which although, at a different standard, I do now

23   make those findings here by a preponderance of the evidence,

24   as well the inferences that I drew from that evidence.

25             I do make all those findings by a preponderance of

1   the evidence.  I won't repeat that here but will simply ask

2   that the record reflect that it all be incorporated.  But

3   I will just summarize what that evidence shows and, I think,

4   justifies the related offense conduct scope.

5           So Ms. Watkins was a member of this conspiracy

6   with some degree of leadership responsibility.  And that

7   conspiracy was to obstruct an official proceeding, and that

8   is the certification of the Electoral College.

9           Because of Ms. Watkins' role, the scope of her

10  knowledge, as well as her own conduct on January 6th, I do

11  find that it is appropriate to ascribe the actions of all

12  other co-conspirators that was presented throughout the

13  trial.

14          The acts of her co-conspirators was both within

15  the scope of the jointly undertaken criminal activity in

16  furtherance of the criminal conspiracy, and it was

17  reasonably foreseeable in connection with that criminal

18  activity.

19          Specifically and most critically, the evidence

20  showed as follows:

21          That Ms. Watkins had formed the Ohio State Regular

22  Militia and worked in conjunction with the Oath Keepers and,

23  in fact, considered herself personally to be an Oath Keeper.

24  In fact, the evidence showed that she did participate in the

25  op in Louisville.

1          She was a participant on the November 9

2     GoToMeeting call.  And what's particularly notable about

3     that call, in addition to what Mr. Rhodes' statements were

4     on that call, is the fact that Ms. Watkins actually is heard

5     and recorded on the call asking Mr. Rhodes about the

6     propriety of bringing less-lethal weapons into the

7     District of Columbia.

8          That's important for two reasons:

9          One, it's because it demonstrates that she knew

10    exactly what Mr. Rhodes had said and she was listening

11    carefully on that call and understood what his messaging

12    was.

13         But also that she had accepted that message and

14    was prepared to engage in violence, although be it -- albeit

15    with less-lethal weapons that she thought would be

16    appropriate to bring into the District of Columbia.

17         There's certainly evidence to establish, some of

18    which Ms. Hughes touched on, that she was preparing for and

19    anticipating violence in November.  At a minimum, what that

20    shows is her agreement with her co-conspirators that

21    violence might be needed as part of the efforts to ensure

22    that President Trump remained in office.

23         So, for example, she says to someone by the name

24    of Militia Brendan on November 9th of 2020 that "We march in

25    D.C. on Saturday.  This is the real, for-real shit.  No

1   weapons allowed.  Be prepared to fight hand to hand.  Want

2   to come?  It's now-over-never time."

3            That may not be referencing an invasion by China,

4   it may have something to do with Antifa but, nevertheless,

5   reflects her state of mind and her willingness to prepare

6   for violence.  And, ultimately, it will be against the

7   government of the United States.

8            Mr. Crowl responds to Ms. Watkins on that same

9   day, saying, "I'm on board, Captain.  I'll make some eggs,

10  night sticks" -- or "end sticks" is what the message says.

11  "Let's party."

12           And she responded to Mr. Crowl, "This is what

13  we've been waiting for.  It's not just an Oath Keeper

14  mission.  Patriots everywhere, Three Percenters, too.  Let's

15  make history, mother fucker," recognizing that there's a

16  much more broader movement at play here and this is not

17  simply about protecting protesters and other Trump

18  supporters in Washington.

19           She says to an unknown person, referring to D.C.,

20  "We can have mace, tasers, or night sticks.  QRF staged,

21  armed with our weapons outside the city.  If it gets bad,

22  they QRF to us the weapons for us -- with weapons for us."

23  Again, an acknowledgement of the early role of the QRF.

24           And as I discussed the other day, there's

25  certainly evidence to support the idea that the QRF was not

1  simply a defensive force or a reactive force, and one that

2  actually had offensive purposes if Stewart Rhodes had called

3  upon it for that reason.

4        And, importantly, on November 10th, I'm not sure

5  who the recipient of the message is, but she says, "Roger

6  that.  Good to hear from you.  We are also all hands on

7  deck.  Got to help a President stop this coupe."  So, again,

8  something that is more domestically focused and directed at

9  keeping President Trump in office as early as the second

10  week in November.

11        As the government pointed out, she did bring

12  weapons into the District of Columbia on November 14th.  But

13  more than that, she -- the evidence showed that she began

14  organizing trainings for members of the OSRM.  But it wasn't

15  limited to members of the OSRM.  In fact, there's evidence

16  showing that she reached out to Michael Greene, who she knew

17  at a minimum from their time in Louisville and invited him

18  to bring others to the training in Ohio that she was

19  planning and preparing.

20        Notably, that training at the time, as Mr. Crisp

21  pointed out, was scheduled for November 3rd through the 9th,

22  I think.  But, obviously, that training never occurred, both

23  in part due to Ms. Watkins' injury, as well as the ultimate

24  decision to go to D.C. for January 6th.

25        Yes?

1          MR. CRISP:  January 3rd.

2          THE COURT:  January 3rd through 9th.  I'm sorry.

3    I misspoke.  Thank you for the correction.

4          She did -- there is evidence that she did

5    participate in recruitment efforts to support not just the

6    OSRM's mission but the Oath Keepers' mission.  She expressly

7    joined Parler for recruiting purposes.

8          Mr. Crowl was, although a member of the OSRM, she

9    assisted him in becoming admitted as an Oath Keeper.

10   There's messages exchanged about having him vetted and

11   admitted as an Oath Keeper.

12         There is the exchange with Recruit Leah that we've

13   talked about multiple times.  And, you know, I suppose that

14   could be driven both by the concerns of an invasion and for

15   the OSRM, but, nevertheless, I think it's consistent with

16   her other conduct.

17         There's also a message to somebody named

18   Recruit Steve.  That was at Government's Exhibit 6617A.

19         And then, of course, there is the recruitment of

20   the Parkers, who ultimately they did come to Washington.

21   And whether they were formal Oath Keepers or not, they

22   certainly associated and affiliated themselves with that --

23   with the organization.  She is added to the "Old Leadership"

24   chat in early December.

25         And then, you know, there are Signal messages,

1    other means of communications and actions that show that she

2    shared a mutual understanding with her co-conspirators that

3    violence, including the taking up of arms, might be required

4    to keep President Trump in office and, particularly, that

5    that violence would be necessary and needed on

6    January the 6th.

7            In particular, there is a text exchange message --

8    text message exchange with Mr. Caldwell on December 30th in

9    which he's referencing his coordination with Paul Stamey

10    about bringing people to the District of Columbia and,

11    importantly, talking about the QRF.

12            He mentions Mr. Caldwell.  "As we speak, he's

13    trying to book a room at the Comfort Inn, Ballston,

14    Arlington, because of it's close in location and easy access

15    to downtown, because he feels, one, he's too broken down to

16    be on the ground all day; and, two, he has committed to

17    being the Quick Reaction Force and bringing the tools in if

18    something goes to hell.  That way the boys don't have to try

19    to schlep weps on the bus.  He'll bring them in his truck

20    day before."

21            Mr. Siekerman actually adds her to the

22    "January 6th D.C. Op Signal" chat and invites her to the

23    leadership only -- that's his words -- the leadership only

24    planning call that was to happen in, I think, the next day

25    or the next two days.

1            And then, ultimately, of course, she understands

2    what the purpose of the QRF to be, not only based upon her

3    time in the District previously, but also based upon

4    Mr. Caldwell's statements to her.  And, ultimately, she does

5    come -- or I should put it differently -- leaves Ohio with

6    weapons intended for the QRF.

7            Mr. Parker, similarly, is told that he can bring a

8    weapon.  And he does bring an AR-15.  Ultimately, those

9    weapons don't end up at the Ballston hotel; nevertheless,

10   the intent was certainly there to make them a part of the

11   QRF cache of weapons.

12           Then, of course, there's the January 6th conduct.

13   There is -- once Mr. Rhodes at 1:25 p.m. says, "Pence is

14   doing nothing, as I predicted," Line 1 almost immediately

15   starts to move toward the Capitol.  And the video shows

16   Ms. Watkins ordering the group to move.  You can hear her

17   saying, "Move," and then they then do move.

18           There are her statements, of course, on the Zello

19   call, which we have discussed at length, most notably, that

20   she was -- that they were sticking together and sticking to

21   the plan and referencing how that she was going to be busy,

22   a clear reference to her engaging in some undescribed

23   conduct or nondescript -- conduct that she doesn't describe,

24   but some conduct directed at the Capitol and what was

25   happening at the Capitol that day.

1          She was, of course, part of Line 1.  Whether she

2     sees the police or not at the doorways is not ultimately

3     material, because certainly once she does enter line -- once

4     she enters the building, her group is following closely

5     behind her.  That includes Mr. Young, Mr. Crowl, and the

6     Parker -- and Ms. Parker.  And you can actually see

7     Ms. Watkins sort of motion them forward on the video and

8     into the Rotunda.

9          She undoubtedly knew that the other group had gone

10    the other direction while she headed down the Senate

11    hallway.  And the video, of course, shows what her conduct

12    was and what her words were in that Senate hallway, pushing

13    up against a line of officers who were part -- who were

14    guarding the Senate chamber.  And, of course, she was not

15    just pushing on her own but was encouraging others in her

16    immediate vicinity, including her co-conspirators, to do so.

17         And although she did, after January 6th, leave her

18    phone and her gear behind for the FBI, as Mr. Crisp rightly

19    points out, there's no question that she did delete her

20    Signal app.  And it had to have been within days of

21    January 6th and those events, because, of course, she leaves

22    for Mr. Caldwell's farm shortly after January 6th, and her

23    phone is left behind without the Signal app on it.

24         So with respect to the Guidelines disputes, I do

25    think that the eight-level enhancement for obstruction

1    applies here.  Ms. Watkins certainly was involved in causing

2    or threatening to cause physical injury to another person,

3    as well as property damage.

4         There is the evidence I've described, but I need

5    refer to no more than Ms. Watkins' own conduct in the Senate

6    hallway in pushing up against the line of police officers

7    and encouraging others to do so as something that would

8    threaten to cause physical injury.  And whether, in fact,

9    that limited conduct caused it or not, it certainly

10   contributed to the ultimate physical injuries that have been

11   described by officers, including Officer Owens.

12        I also agree that the three-level enhancement for

13   substantial interference applies for the administration of

14   justice.

15        Ms. Watkins had argued in her brief that there's

16   no factual causation because the proceedings had already

17   adjourned by the time she arrived in the building and that

18   there was an independent cause for the delay of the

19   proceedings because of the shooting that occurred.

20        But as I stated yesterday on the record, and I'll

21   incorporate that reasoning here, I don't think the

22   resulting -- "results in" language requires that high degree

23   of but-for causation that it might otherwise in the context

24   of most criminal statutes and Guidelines and that the kind

25   of concurrent, even though insufficient individual, cause is

1    appropriate in these circumstances to establish the

2    requisite causation for this to apply, this enhancement to

3    apply.

4         Certainly the two-level enhancement for otherwise

5    extensive-in-scope planning and preparation, it does apply.

6    Ms. Watkins obviously was involved in a great deal of

7    planning and preparation in coming to Washington, D.C.  Her

8    conduct on the day of shows the results of that planning and

9    preparation and, of course, the scope of it all and the

10   significance of all, and the object of the conspiracy

11   supports that as well.

12        In terms of the organizer, leader enhancement, I

13   do think a three-level enhancement is appropriate here as a

14   manager and supervisor under 3B1.1(b).  I'm not going to

15   impose the four-level enhancement; I don't think she is of

16   the same level, by any stretch of the imagination, as

17   Mr. Rhodes, and is at least a step down from Mr. Meggs, and

18   so I don't think it's appropriate to impose the four-level

19   enhancement for that reason.

20        Three-level enhancement is appropriate because

21   there is certainly a requisite degree of control among other

22   factors that is present in her conduct in connection with

23   the conspiracy.  Although she argues that she didn't

24   exercise a degree of control over others, that she didn't

25   direct any Oath Keepers to go march or direct them inside

1    the Capitol or to control where individuals would be during

2    the events of January 6th, she does engage in recruitment

3    efforts with Bennie and Sandi Parker and others.

4        I disagree.  I actually think that she does

5    exhibit some degree of control that day.  As I said, she

6    does sort of say, "Move," very noticeably, and then Line 1

7    begins moving toward the Capitol building.

8        Once inside the Capitol, you can actually see her

9    hand moving forward to sort of command her subgroup into the

10   Rotunda, and then, ultimately, they do follow her through

11   the Rotunda and into the Senate.

12       And she calls upon them to "Push, push, push,"

13   along with others.  And the video shows that the

14   co-conspirators are involved in that movement against the

15   police officers.

16       There are also references, explicit references to

17   her in the hierarchy.  For example, Donovan Crowl refers to

18   her explicitly as "my commander," suggesting a hierarchical

19   role in a leadership above Mr. Crowl.  So for all those

20   reasons, I do think, by a preponderance of the evidence,

21   that the three-point enhancement is appropriate.

22       Insofar as the obstruction-of-justice enhancement

23   goes, the defense has argued that she did not delete Signal

24   chats in response to Mr. Rhodes' statements and that there

25   was no evidence of her deletion of Signal.

1            It's a fair point that we do not know what --

2     whether there was a direct relationship between Mr. Rhodes'

3     statements and what she ultimately did in deleting Signal,

4     although we do know that she was on the "Old Leadership"

5     chat and, I think, would have received that message on the

6     date of when Mr. Rhodes sent it.  And that would have been,

7     I think, before she leaves her phone in Ohio and leaves for

8     Virginia to go to Mr. Caldwell's farm.

9            She obviously did admit to deleting Signal on

10    cross-examination.  It is true she kept her Parler texts.

11    And it is also true that she left other things behind.  But

12    I certainly do think the obstruction is satisfied that she

13    willfully obstructed and/or impeded the administration of

14    justice with respect to the investigation.

15            She certainly would have known at that point that

16    she was going to be subject of an investigation.  After all,

17    she left everything behind for the FBI, anticipating that

18    they would show up.

19            And although she did leave a fair amount of

20    evidence behind, which I'll talk about momentarily, she did

21    delete a key piece of evidence that would have had a fair

22    amount of evidence not only against her but her

23    co-conspirators.

24            The terrorism enhancement, the argument's been

25    made that it only applies with respect to indirect

1    terrorism; that is, it doesn't apply when the actual object

2    of the conduct is carried out.

3         I'm not sure why that that's so.  The Guideline

4    speaks in terms of conduct that is calculated to affect --

5    that's a-f-f-e-c-t.  And that's simply defined as conduct as

6    something that does come into effect, e-f-f-e-c-t, that

7    could come into fruition.  And the fact that this is

8    something in which the conduct did come into fruition, I

9    don't see why that that takes it outside the definition of

10   that enhancement.

11        And to be clear, you know, the enhancement does

12   apply here because of the nature of the conviction.  It is a

13   conspiracy, two conspiracies, in fact, that are directed at

14   the government and are intended to influence the

15   government's actions by force and intimidation.  Clearly

16   Ms. Watkins' conduct that day demonstrates that.  And

17   so I think her conduct certainly establishes the record

18   degree of calculation to influence the conduct of government

19   by intimidation or coercion.

20        Unlike Mr. Rhodes, to whom I provided a six-level

21   departure, and Mr. Meggs, I gave a three-level departure, I

22   actually do think Ms. Watkins is actually on par with

23   Mr. Meggs in terms of a three-level departure.  She's also

24   at that level because of the need to impose that level, and

25   I will impose that level as to others who are less culpable

1    as will be noted in the days and sentencings to come.

2            The acceptance of responsibility before trial,

3    Mr. Crisp has made the argument -- it's on the record, and

4    I think it is a persuasive one -- it is true that she did

5    try to accept responsibility.  She certainly took steps to

6    leave evidence behind.  She turned herself in.  She did

7    cooperate with the government.  She did say that she was

8    prepared to plead to everything but the seditious conspiracy

9    count.  And in addition to that, as Mr. Crisp noted, that

10   she did, in fact, essentially admit to the civil-disorder

11   count in her testimony.

12           Regrettably, from my perspective, the argument is

13   foreclosed by Circuit precedent.  There's a case called

14   *In Re Sealed Case* at 350 F.3d 113.  It is a similar case to

15   this one in which the defendant argued that he had accepted

16   responsibility because the government had refused to allow

17   him to plead guilty to the charge on which he was ultimately

18   convicted unless he also pleaded guilty to the charge on

19   which he was ultimately acquitted.  He had also taken

20   responsibility for one of the charges in that case by

21   testifying before the grand jury.

22           The Court held in that case that the rare

23   circumstance exception to 3E1.1 still applied in that

24   circumstance; that is, where a defendant offers to plead,

25   the government declines the terms of that offer,

1    nevertheless, goes to trial, and at trial, actually disputed

2    and -- disputed guilt as to the counts with which the

3    defendant in that case was charged.

4        Ms. Watkins, similarly, as was her right, disputed

5    the government's charges as to all of the counts certainly

6    in the government's case-in-chief.  She did ultimately admit

7    to Count 6 in her testimony, and that, arguably, makes this

8    case a little bit different than the *In Re: Sealed* case.

9    But I don't think that makes a material difference because

10   she still put the government to its burden on the charges as

11   to the 1512(k) charge and, of course, the 1512(c)(2) charge

12   and the 372 charge, ultimately, as to which she was

13   convicted.

14       And so given that the rare circumstance exception

15   framework has to apply, it doesn't apply.  Notwithstanding

16   all of her efforts to do so, as a matter of law, it doesn't

17   apply.  She did not at trial admit to the majority of the

18   counts that were pending against her, including the

19   conspiracy counts for which she was ultimately convicted.

20       And there is some tension perhaps between her

21   position at trial and some of the things that she told the

22   FBI, including whether she knew when she went into the

23   building, which is what she told the FBI or perhaps told

24   the -- I believe she told the FBI.  It came out on

25   cross-examination, or at least she was confronted with it,

1    that she knew exactly why she was going in.  And the purpose

2    for going in was to prevent the proceedings from moving

3    forward, and that was something that she was reluctant to

4    concede in her testimony.

5          All that said, although I don't think the

6    enhance -- or the departure applies as a matter of law, I

7    certainly will take into account, for purposes of

8    determining the ultimate sentence, the fact of Ms. Watkins'

9    efforts to cooperate with law enforcement, turning herself

10   in, as well as cooperating with the government and

11   attempting to resolve the case against her.

12         Mr. Crisp, have you asked for a departure based on

13   military service or not under 5H1.11?

14         MR. CRISP:  If I did not, I have it in my notes to

15   do it.

16         THE COURT:  I can't remember whether that's --

17   I know Mr. Rhodes asked for it.  I just can't remember

18   whether you have.

19         Look, I'm also hamstrung in that as well.

20   Certainly, Ms. Watkins served her country.  She left

21   military service under circumstances that are no fault of

22   her own.  And I recognize all that.  Still, it doesn't meet

23   the definition for downward departure based upon military

24   services.  It doesn't involve sort of the extraordinary

25   tenure in the military that might otherwise warrant that

1   kind of departure.  So I'll it decline to apply it.

2         So for the following reasons, the Guidelines --

3   for those reasons, the Guidelines calculation will be as

4   follows:

5         For Count 2, that's 1512(k) count, we end up at

6   the Guideline 2J1.1.

7         For Count 3, it's also 2J1.1.

8         For Count 4, through a cross-reference from 2X1.1,

9   ultimately, it's substantively also covered by 2J1.2.

10        And if I misspoke, it's 2J1.2 for all of them.

11        The civil disorder count is 2X5.1 and

12   cross-referenced to a different Guideline of 2A2.4.

13        Counts 2 and 3 group because it is a conspiracy,

14   because it is a conspiracy and a substantive offense.

15        Count 4 groups with 2 and 3 because it involves

16   the same victim, that is, Congress or members of Congress,

17   and two or more acts that are connected by a common criminal

18   objective or constituting part of a common scheme or plan.

19        And then Count 6 groups because the conduct that

20   is Count 6 constitutes the offense of Count 6 as treated as

21   the specific offense characteristics under 2J1.2.

22        And although I know I'm supposed to separately

23   consider each of the counts and do the calculations as to

24   each count, given the way that all of these ultimately group

25   into the same Guideline, I don't think I need to do that.

1            So the final Guidelines calculation will be as

2    follows:

3            The Base Offense Level is a 14.

4            Causing or threatening physical injury,

5    eight-level enhancement.

6            Substantial interference, three-level enhancement.

7            The offense was extensive in scope, planning, and

8    preparation, two-level enhancement.

9            Role in the offense, three-level enhancement.

10           Obstruction, two-level enhancement.

11           The departure under 3A1.4, Note 4, is a

12   three-level enhancement.

13           For a total offense level of 35.

14           With criminal history Category I, Ms. Watkins is

15   at 168 to 210, with a 40,000 to $400,000 fine.

16           That is the Guideline as to each of the counts

17   with the exception of Count 4, I should just note, because

18   Count 4 has a statutory maximum of six years.  So the

19   Guideline for Count 4 is six years.

20           All right.  So that'll be the Guidelines

21   calculation.

22           And given that we are about to move into the

23   allocutions and hear from Ms. Watkins, why don't we just

24   take a couple minutes to break, and then we'll resume in

25   about ten minutes, all right?

1          Thank you, everyone.

2          COURTROOM DEPUTY:  All rise.

3          This Court stands in recess.

4          (Recess from 10:32 a.m. to 10:45 a.m.)

5          THE COURT:  Okay.  So why don't we begin with the

6    government allocution, Ms. Hughes.

7          MS. HUGHES:  Jessica Watkins' actions before

8    January 6th, on January 6th, and after January 6th taken

9    together require a significant sentence.

10          Watkins was an early member of this conspiracy.

11   She was aware that the Oath Keepers' objective extended

12   beyond any one mission to D.C., that their objective was

13   instead to stop the peaceful transition of power.  She added

14   to that effort with her body by recruiting others and with

15   her words.

16          On January 6th, after entering the Capitol,

17   Watkins' actions were strategic, they were intentional.  She

18   penetrated into the Senate hallway, pushing against the

19   officers who desperately held the end of that hallway.

20   Officer Owens described the cork-like function.  The

21   30-or-so officers had to join together.  And she entered

22   into that effort because she wanted to reach the Senate

23   chamber.

24          In arguing for acceptance of responsibility and in

25   the proffers with the government, Ms. Watkins has never

1    fully accepted her role in that day.  She's never been able

2    to accept her culpability.

3            She described that hallway as a trash compactor;

4    that she was there for no other purpose than to meander down

5    a random hallway in our United States Capitol.  That is

6    completely inconceivable, and it's belied by the evidence.

7            On January 8th, the day -- two days after she was

8    in that building, she wrote she was "met with tear gas and

9    officers in the Senate hallway."

10           She admitted in writing in the immediate aftermath

11   what she has been unable to admit in any proffer session

12   with the government and on that stand.

13           In comparing her conduct to that of her

14   co-conspirators, she was among the most physical.  She used

15   her body in that hallway.  She bears responsibility for the

16   mental anguish and physical wounds of officers like

17   Christopher Owens.

18           It is now two and a half years from that day.  The

19   ramifications of her actions in that hallway are not in

20   doubt.

21           She heard the testimony of Officer Owens, she

22   heard the testimony of officers like Officer Salke, but

23   she's exhibited no remorse beyond the cursory statements she

24   made to a jury that would determine her fate.

25           In private calls, her true feelings of that day

1   have been revealed.  She said, "Boohoo, the poor little

2   police officers got a little PTSD.  Waah.  I had to stand

3   there and hold the door open for people.  Waah."

4           A few days later -- this was in January of this

5   year.  A few days later, she, once again, blamed law

6   enforcement for the actions on January 6th.  She stated,

7   "The police are responsible for inciting January 6th.  They

8   are responsible for half of their own injuries."

9           She now knows the ramifications of her actions.

10  If she was ever in doubt, which the government does not

11  accept, but she now knows and she's refused to take any

12  responsibility.  She remains unbowed.

13          And a significant sentence is demanded as a

14  specific deterrent for Ms. Watkins but also as a general

15  deterrent for those who would use force to derail a

16  political process they disagree with.  In short, her

17  indignation is a warning that her actions on January 6th

18  were not an aberration.  A significant sentence is demanded.

19          Thank you.

20          THE COURT:  Ms. Hughes, can I ask you a question

21  before you...

22          What role, if any, would the government have me

23  ascribe or take into account what I think all of us would

24  agree is a fairly compelling life story and one that

25  I think, unlike many of the other defendants, I think, we

 1    could say there is a link between it and her behavior of

 2    that day?

 3               She also, I think, exhibited more fantastic

 4    thinking about the political landscape than some others who

 5    were perhaps more sober and clear-thinking about it than

 6    her.

 7               How should I think about those factors?

 8               MS. HUGHES:  It is perhaps an unsurprising fact of

 9    human nature that those who are subjected to injustice

10    occasionally wrought the most injustice on others.

11               And we do not dispute or minimize what she has

12    gone through personally.  But what she did that day has

13    lasting, deep, devastating -- devastating implications for

14    individuals who showed up to work that day and never did

15    anything to Jessica Watkins.  Christopher Owens never met

16    Jessica Watkins.  He cannot be blamed for the injustices

17    that she, compellingly, suffered.

18               And that is why, while Ms. Watkins has our

19    sympathies, she does not have our -- she's not absolved of

20    her actions.  She cannot be, because what that would imply

21    is that anyone who suffers an injustice has a right to

22    impose that upon others, and that cannot stand.  And so she

23    has our sympathies, but she does not have an excuse.

24               And in terms of her fantastical understanding of

25    what this election meant, I think, in fact, this evidence is

1    more compelling in terms of why a sentence is demanded here,

2    because she believed -- she's an intelligent woman.  She

3    believed that there were significant ramifications that

4    would flow from this election; that a Joe Biden election

5    would lead to a series of fantastical ramifications; and

6    that she was, therefore, justified in coming to D.C. with

7    weapons and encouraging others to do so.

8         I think that serves as a warning that she is

9    self-righteous in her perceptions of reality.  And there are

10   insufficient warnings that in the future, if compelled by

11   another conspiracy theory, that she would not take it upon

12   herself to right whatever fantastical wrong she might see on

13   the horizon.

14        And so for that, those premonitions by Watkins

15   about what would transpire if a Biden presidency were to

16   occur was just more evidence for why she behaved the way she

17   did, and it is a warning.

18             THE COURT:  Okay.  Thank you, Ms. Hughes.

19             MS. HUGHES:  Thank you.

20             THE COURT:  Mr. Crisp.

21             MR. CRISP:  Your Honor, I would like to be

22   somewhat unorthodox and have my client allocute first.

23             THE COURT:  Okay.

24             MR. CRISP:  Thank you.

25             THE COURT:  Mr. Crisp, can you, just for my

1    benefit, identify who is here for her today?

2              MR. CRISP:  Yes, Your Honor.

3              Actually, I would submit that Ms. Wintermeyer is

4    here for her.  She is no longer in my employ.  She is here

5    on her own accord.

6              Mr. Siniff is here on behalf of his fiancée.

7              Those are the two significant people in her life

8    at this time.

9              THE COURT:  All right.

10             Welcome, Mr. Siniff [sic].  Nice to see you again.

11   Hopefully you've gone on to bigger and better things.

12             MS. WINTERMEYER:  Hopefully.

13             MR. CRISP:  Thank you, Judge.

14             All right.  Ms. Watkins, why don't you come on up,

15   and I'm happy to hear from you.

16             THE DEFENDANT:  It's going to be difficult,

17   Your Honor.

18             THE COURT:  Take your time.

19             THE DEFENDANT:  I wrote this a few days ago.

20             Your Honor, I wrote this letter to you today to

21   express my feelings of remorse, considering my participation

22   in the events of January 6th.

23             As I have stated previously, my actions and my

24   behaviors that fateful day were wrong and, as I now

25   understand, criminal.  This is what has brought me before

1    you today and why you must hold me responsible.

2            The events of January 6th are indeed unfortunate.

3    And while I believe in the constitutionally protected rights

4    to peaceful protest and redress of grievance, violence is

5    never the answer.  I've always condemned those who assaulted

6    police officers that day, and I'm eager to see those

7    individuals punished for those crimes.  I am.  I'll go off

8    the script a little bit.

9            There's an officer by the name of Kevin Walker.

10   He's a good police officer who was working the riot line.

11   Somebody in the crowd threw a pipe; and it bounced off a

12   bicycle helmet and it broke his teeth and it broke his nose

13   and it bothered me so much.  I solved his crime for days

14   from my jail cell.  I was looking at the Evidence.com, and

15   I've got the whole thing.  I figured out who did it.

16           The violence on the West Terrace, I had no idea

17   about.  And now that I know, it really, really bothers me.

18   I've always condemned those who assaulted the police

19   officers, and I'm eager to see those individuals punished

20   for those crimes.  I feel equally as strongly about those

21   who committed acts of theft, vandalism.  And despite my

22   efforts to stop those who were blatantly doing those things,

23   I understand now that my presence in and around the Capitol

24   that day were -- probably inspired those people to a degree.

25           They saw me there, and that probably fired them

1    up.  Oath Keepers, patting us on the back.  How many people

2    went in because we went in?  I'm responsible for that.

3         But in the moment of January 6th, I did take steps

4    to stop people from committing vandalism by demanding that

5    those that were committing vandalism cease their actions.

6         However, my good behaviors do not in any way

7    diminish my own culpability.  And I fail to see the irony in

8    behavior in trying to stop vandalism when I was actively

9    committing crimes.  I was in there.  I shouldn't have been

10   in there.

11        No matter how fervent my beliefs, there is no

12   justification for trespassing.  Though I believed in the

13   moment, I was merely exercising my First Amendment, there is

14   no justification for impeding those officers in the hallway.

15   My actions there are reprehensible.

16        As I stated during my sworn testimony, I was just

17   another idiot running around the Capitol.  But idiots are

18   held responsible, and today you're going to hold this idiot

19   responsible.

20        I cannot overstate my regret.  Though the

21   prosecution would have you believe that my regret is for

22   being caught, it's simply not true.  I remind the Court that

23   I surrendered myself to the authorities the same day an

24   arrest warrant was issued, and I drove ten hours across the

25   country to do so.

1          Now, my regret is for adding to the spectacle of

2     January 6th, for crossing the line from constitutionally

3     protected activity into criminal malfeasance.  It took a

4     long time for me to understand that reality.

5          Shelli Peterson wasn't very good at that.  But

6     Attorney Crisp is a colonel in the Army, and he made it very

7     clear to me in uncertain terms [sic] just how I'm

8     responsible.

9          For a long time, I was in denial of my own

10    culpability, blaming others rather than myself.  Now I can

11    see my actions for what they were.  They were wrong, and

12    I am sorry.

13         But I would also like to address the comments I

14    made while I was recruiting.  I was not recruiting for

15    January 6th but because I was really concerned with an

16    invasion.

17         I was watching InfoWars, Alex Jones.  I was

18    obsessed with this "Chinese invasion" theory.  There was

19    90,000 troops on the Canadian border.  They're in Peru.

20    They're in Argentina.  They go through the Panama Canal.  I

21    was freaked out about the Chinese.

22         And we were hearing that the Dominion servers were

23    being invaded by the Chinese.  They were sending in ballots

24    in the middle of the night.

25         I was very paranoid and fearful of an invasion by

1    Chinese Communist forces.  My reason for deleting Signal had

2    nothing to do with deleting evidence.

3            As was borne out by trial, I made the most

4    inculpatory statements on Parler, Facebook messages, text

5    messages, and social media posts, which I left intact.

6    I also never deleted videos or photos of J6 from my phone

7    but, rather, left my phone deliberately for law enforcement.

8            I deleted Signal because my phone was going crazy.

9    It was draining the battery and lighting up the screen.  And

10   I was finished with the Oath Keepers after January 6th.  I

11   decided I no longer needed to remain in contact with them.

12   I was tired of sloppy security operations and wild rhetoric.

13           While it was not my intent to obstruct an official

14   proceeding, I accept full responsibility for my presence

15   being obstructive.  I now understand that, by entering the

16   building, I added to the throngs of protesters and that our

17   cumulative presence in the Capitol stopped the count and

18   prompted police response to clear the building.

19           I now also understand that Congress wasn't able to

20   resume their duties until the building was secure.  I

21   completely understand that my presence was obstructive by

22   responding officers, and I also understand that because I

23   agreed to walk inside, that this constitutes the conspiracy

24   offense.  It is for these reasons that my jury found me

25   guilty, and rightfully so.

1          By and large, I'm actually quite pleased with my

2    jury.  I was fond of watching their interactions with each

3    other when they caught COVID or had family issues.  They

4    were all very affectionate.  And it was nice to see them

5    almost like a family.  In a strange way over the course of

6    trial, I grew quite fond of them.

7          I truly believe our jury did the best they could

8    with the massive volumes of evidence that was presented

9    before them.  Given the convoluted nature of trials, their

10   task was certainly unenviable.  I have nothing but respect

11   for them and the monumental task their country foisted upon

12   them.

13         I'm eternally grateful for their willingness to

14   look at the evidence and to see that each of us was not

15   guilty of a number of offenses for which we were charged.

16   I respect them and their verdict entirely.

17         That being stated, I do wish to reiterate that it

18   was not my intent to obstruct an official proceeding.  I had

19   no desire to obstruct anything.  Quite the contrary,

20   I wanted the certification to continue and to hopefully sway

21   in favor of ballot audits.

22         I desperately wanted members of Congress to raise

23   objections to the certification of the 2020 election.

24   I believed then, as I do now, that 2020 election needed a

25   thorough audit in order to ensure legality.  I had no

```
1    intention or desire to interrupt these objections from being

2    realized.

3            It was my belief that when members of the crowd

4    stated, "It's over, and Pence betrayed us," that this

5    signified the end.  It's over, that the election had been

6    certified.

7            I know it may be hard to believe, but that is what

8    truly altered my mental state, causing me to abandon my

9    plans to provide security to VIPs at stage area in Area 8

10   and instead get swept up with my emotions and the masses

11   that swarmed inside to protest.  Again, this was wrong.

12           The comments that were brought up about the police

13   line were said -- well, were quoted in a vacuum.  There's an

14   Epoch Times video that shows Police Officer Daniel Thau

15   being ordered by his incident commander, Robert Glover, not

16   to throw a Triple-Chaser, which is a tear gas grenade.  He

17   threw this anyway less than 60 seconds later, and it caused

18   the police line to collapse.  And I blame this for the crowd

19   approaching the building.

20           My statement was not made in a vacuum.  It was

21   made in reference to a movie that I had watched that

22   showed evidence of improper police behavior.  It wasn't

23   in regard to my actions.  It's not in regard to my remorse.

24   It's something that happened on the West Terrace where I

25   never was.
```

1          And I find it unfortunate, and I think it caused a

2   lot of police problems.  A lot of officers were tear-gassed

3   because of that.  You could see them on the video.  They're

4   throwing up and they're sick.  And he was ordered directly

5   not to do it.  And my comment was directly related to

6   Officer Thau -- Sergeant Thau.

7          As I stated at the beginning of this letter, the

8   debacle that is January 6th was unfortunate and something

9   I am ashamed of being associated with.  It has only added to

10  the partisan nature of politics and has further divided this

11  country.  The echos of 2020 and January 6th continue to

12  reverberate in Congress and across the country to this day.

13  My actions added to the cumulative problem that was

14  January 6th.

15         It pains me greatly to have caused my country so

16  much distress.  Though I can be angry or disappointed with

17  my country at times, I love this country deeply.  It was

18  never my intent or desire to cause a problem or to break the

19  law, but I did; and for that, you must hold me responsible

20  today.

21         Lastly, Your Honor, I want to thank you for

22  remaining balanced.  You've always weighted your response

23  against the letter of the law, siding with both the

24  government and the defense as appropriate.

25         You were cautious to eliminate any evidence that

1   was overly prejudicial, particularly when it was not

2   probative.  You proved yourself to be an impartial arbiter,

3   and for that you have my trust and my gratitude.

4           As you levy your judgment against me today, I ask

5   that you do this one last time.  I ask that I not be judged

6   for the beliefs I wrongly held then, like an imminent

7   invasion of China, and my thoughts allowed me to guide my

8   words in the fall of 2020, or for the crimes that the

9   prosecution wished I had committed.

10          I ask only to be punished for the crimes that

11  I did commit.  I apologize, not just for the burdens placed

12  upon this country or this Court, but even more for the pains

13  I caused this country and the difficult position I have

14  placed you in for having to make this decision.

15          Your Honor, I am truly sorry for what I did that

16  day.  I'm sorry for making you do today and to the people

17  who are physically harmed and emotionally.

18          I apologized to Officer Owens on the stand, and

19  I'm doing it again today because he didn't deserve that.

20  I honestly wish he was here so I could just apologize to his

21  face.

22          Your Honor -- well, that's all, sir.

23          THE COURT:  Thank you, Ms. Watkins.  I appreciate

24  the thoughtful remarks.

25          THE DEFENDANT:  Yes, sir.

54

1            THE COURT:  Okay.  Mr. Crisp.

2            MR. CRISP:  Thank you, Your Honor.

3            While I recognize this Court has already

4    acknowledged its legal inability to take into consideration

5    the certain factors that I would want the Court to consider

6    under 3553, I think it's certainly still appropriate for the

7    Court to do so in that fashion.

8            With her extensive proffer, the government was

9    certainly placed in a more advantageous position.  She spoke

10   at length about the roles of the people in the Oath Keepers,

11   as well as in the riot itself.  She provided access to

12   electronic media, as well as what I would, as I said

13   earlier, the most inculpatory information that she had in

14   her possession.

15           I would ask the Court to take note of the fact of

16   the extensive numbers of times -- and if I may have one

17   moment, Your Honor -- when she did try and take

18   responsibility for what she did.  You have, during the

19   course of her testimony on the specific days in which she

20   testified, you have her accepting all culpability for what

21   she did on page 80, line 16; again, on page 81, saying,

22   "I accept responsibility"; on 82 and 83.

23           We are asking a defendant with zero legal training

24   and background to be able to parse a very difficult

25   conspiratorial edge.

1          Quite frankly, if there is a failing here, it

2    would have been mine in her -- my fear in allowing her to

3    acknowledge her role in the conspiracy for the obstruction

4    would bleed over too heavily or even too finely in any way

5    that a jury would not understand and she would be ultimately

6    responsible for a sedition.  So trying to get her to admit,

7    "I conspired to do this but not that," was a concern.  And

8    it was something that we tried to dance around as artfully

9    as we could, and I think had this been a different forum, it

10   would have been a much easier play.

11          But asking her on the stand to acknowledge what

12   has been a journey for her in terms of her

13   transmogrification of not only her thought processes but a

14   recognition of who she is and the difficulty she's had with

15   the self-loathing that I referenced earlier, to the hateful

16   statements she'd made about individuals who are transgender,

17   ironically, and why and the numbers of conversations we had

18   about that, and why she would participate in these

19   activities, trying to gain acceptance from those around her,

20   while ultimately denying who and what she is, that is a

21   journey that she has taken a long time to get to, and

22   I think she has made tremendous strides in the time that

23   I have known her.

24          She's also made, I think, tremendous strides in

25   acknowledging the responsibility she had and starting to

1    deprogram the programming that she engaged in.

2            This doesn't happen overnight, and the government

3    wants this to be a snap-your-fingers kind of scenario, and

4    it is not.

5            Your Honor asked a very significant question in

6    terms of her life and the difficulties she's had.  She was

7    rejected by her parents.  She rejected herself for a number

8    of years, based on her upbringing.  That does something to

9    an individual psychologically and puts them in a position.

10    And she was rejected by the Army.  She was rejected by her

11    colleagues, despite having deployed to a combat environment

12    and served in very difficult circumstances.

13            That happened over a period of decades.  And to

14    expect that all of that is related to her own identity

15    issues and things of that nature cannot happen immediately.

16    But I think the amount of change she has undergone in the

17    last year to a year and a half has been nothing short of

18    inspirational.

19            Justice without compassion, that's what has often

20    been said in many sentencing proceedings.  Your Honor,

21    I believe that you have the understanding to recognize that

22    this -- that is what Jessica is about.  Her role, she

23    acknowledges the problematic aspects of her role today, but

24    I would ask Your Honor for a significant downward variance

25    in the sentence that is at stake here.

1          While she may have been a leader in certain roles,

2    while she may have done a number of things, there were also

3    many things that she did so good.  She was a medic and

4    treated people in other riots.  There was no violence there

5    when she was just related to the OSRM.  She got caught up in

6    something far bigger than herself, didn't have the education

7    and self-awareness to understand what she was doing at that

8    time to a true extent, and that is happening now.

9          I do not believe that she is going to be in a

10   position to ever put herself in that situation again.  She

11   now has the support of her family.  And she has the support

12   of Montana, who has been unwavering in his involvement.

13         Your Honor, I'd ask for a sentence of 60 months.

14   Based on everything that she has learned, everything she

15   tried to do, I think that is reflective of what would have

16   been appropriate had we the ability to take this on in a

17   different forum and venue.

18         Thank you.

19         THE COURT:  So, Mr. Crisp, let me just ask you to

20   address one thing before you are seated.

21         I mean, can you just help me get my head around

22   the phone call that Ms. Hughes quoted from that was this

23   past January that seemed to show a lack of empathy to those

24   who suffered on that day?

25         MR. CRISP:  I think there's a bifurcation of what

1    she perceived as the East Wing and the West Wing in terms

2    of -- when you look at her role and what she would -- she

3    still sees this today.  She stills sees that what she did --

4    if she actively saw someone being assaulted in a uniform,

5    she would have responded.  And she believes that, and I

6    believe that she would have had she seen this.

7            I also think that she has been demonized

8    throughout this entire process, right, where you look at the

9    idea of she is responsible for this entire fiasco, and that

10   has been put on her shoulders.

11           So there's a push/pull there, right?  And so when

12   you're looking at -- she is the poster child of this case.

13   She and the Oath Keepers are the poster child of what

14   happened in the entire January 6th riots, whether that's

15   accurate or not.

16           So what happened and the things that she is being

17   accused of, she's having a reaction to of saying, "I would

18   never do that, and I would never" -- you know, there are

19   things that she saw that were wrong in terms of how the

20   police were interacting with the rioters.

21           And I think what struck me as interesting is on

22   Wednesday -- she was a soldier.  She volunteered to serve in

23   a combat environment, and she did.  I was as well.  And so I

24   was struck by this on Wednesday as well.  And I was thinking

25   about discussing this, and I'm glad Your Honor asked because

1    I think it becomes relevant.

2         It would be disingenuous for me -- and I saw this

3    as a JAG officer.  I was not a line officer.  I'm not going

4    to say I was -- I was not active.  I was in Iraq.  I was --

5    where I was at was shelled in Abu Ghraib, but I was never

6    really truly in harm's way.  I'm not going to overly

7    dramatize it, but there were others who were.

8         If I had objected to going, if she had objected to

9    going, as many soldiers who came to me and wanted to put in

10   conscientious objector packets to say, "Hey, I joined for

11   the GI bill, not to get shot at."  Well, this is the Army,

12   you idiot.  What are you doing?  You had that mindset.  And

13   so it was bothersome to me, but I did my job in terms of

14   assisting.  But for infantry and other line soldiers, that

15   was hard for them.

16        And so when you see someone who says, you know,

17   "Yes, PTSD is real," but when you put on a uniform, it is

18   a -- when I went to Iraq, my wife was pregnant with my son.

19   I thought I might not see him.  You never know.  It was

20   2005.  There were a lot of VBIEDs going on, and I went the

21   length of up and down Iraq.  And it could have happened.

22        But it is part of the job.  So when there is a --

23   you have sort of a cognitive dissonance of, "Yes, this

24   was truly horrible," and I think that's where she struggles

25   with that.

1          The young woman who testified as a Senate aide

2     truly had no right to expect to ever be involved in

3     violence.  But for a police officer or a cop to say that

4     that should not be part of their job, it doesn't exonerate

5     the acts of the criminal, but it happens, and you have to

6     learn how to deal with it.

7          So I think that has been fixated on.  And if you

8     comment on it in any way, you are deemed to be evil.  It

9     doesn't diminish the trauma.  But it -- to harp on it to the

10    extent of -- then choose a different line of work.  If

11    someone doesn't want to be shot at, don't be a soldier;

12    don't be a marine.  But if it happens, don't be surprised.

13         So that is where I think this comes from, where

14    it's this, she's responsible for all these ills, and I think

15    there is a reaction.  I'm not going to say it's the most

16    intelligent reaction.  But I've thought a lot about this,

17    obviously, because when I heard that, I thought, okay,

18    I understand that.  But it's an interesting discussion to

19    have, I think, but that is, I think, the crux of where it

20    comes from.

21         And, you know, all of this is put at her feet, and

22    she's trying to parse through what she's responsible for

23    directly and trying to stop being demonized, if that makes

24    sense.

25              THE COURT:  It does.  I appreciate the

1    explanation.

2             MR. CRISP:  Thank you.

3             THE COURT:  Okay.  I'm going to take a few

4    minutes, everyone, just to collect my thoughts, and I'll be

5    back in ten minutes or so.

6             COURTROOM DEPUTY:  All rise.

7             This Court stands in recess.

8             (Recess from 11:19 a.m. to 11:32 a.m.)

9             COURTROOM DEPUTY:  This Honorable Court is again

10   in session.  Be seated and come to order.

11            THE COURT:  All right.  Let me just -- oh, where

12   did Mr. Crisp go?

13            (Pause)

14            MR. CRISP:  I apologize, Your Honor.  I thought

15   you were going to be a lot longer than that.

16            THE COURT:  Sorry.  Would it be inappropriate to

17   suggest you'd gone AWOL?

18            MR. CRISP:  Failure to report.  We'll just leave

19   it at that.

20            THE COURT:  Okay.

21            So, again, the Guidelines are 168 to 210 months.

22   But, of course, in addition, I must consider all the factors

23   that are set forth in 18 United States Code 3553(a) and

24   impose a sentence that's sufficient but not greater than

25   necessary to achieve the objectives of sentencing set forth

1   in the statute.

2          The factors I must consider are the nature and

3   circumstances of the offense and the history and

4   characteristics of the defendant; the need for the sentence

5   imposed to reflect the seriousness of the offense, to

6   promote respect for the law, and to provide just punishment

7   for the offense; to afford adequate deterrence, to protect

8   the public, and to provide the defendant with any needed

9   educational or vocational training, medical care, the kinds

10  of sentences available, and the need to avoid any

11  unwarranted disparities.

12         I'll just go in a slightly different order than

13  the statute provides.  And starting with disparities, the

14  defense has pointed out a handful of cases pled so far:

15  *Lyon*, *Hale-Cusanelli,* and *Jensen*, all of which involve

16  sentences of less than five years, of 60 months or less, for

17  15(c)(2) convictions as potential comparators for

18  Ms. Watkins.

19         You know, look, I've said in past sentencings and

20  will say again here today that the other cases, by and

21  large, are different in kind than these cases involving the

22  charge of conspiracy, and I'll elaborate on that in a

23  moment.

24         And so the seriousness of the offense, even if the

25  precise conduct may be different, is quantitatively

1    different, and so a lot of these cases are not terribly

2    helpful as comparators, in my view.

3            That said, I've obviously considered Ms. Watkins'

4    relative place of culpability among her co-defendants, not

5    only those who have been sentenced, but, in my estimation,

6    of those who are yet to come, in thinking about what her

7    sentence should be.

8            Obviously, the sentence ought to reflect the

9    seriousness of the offense -- it is a serious offense, to

10   say the least -- to promote respect for the law and to

11   provide just punishment, as well as to deter anyone else who

12   would contemplate engaging in the kind of conduct that

13   Ms. Watkins is now convicted of.

14           I acknowledge that Ms. Watkins would certainly

15   benefit from mental health treatment on a continued basis,

16   and so that will be reflected in the judgment and commitment

17   order.

18           But let me get to the nub of it now, and that is

19   the nature and circumstances of the offense and then the

20   history and characteristics of Ms. Watkins.

21           I mean, the defense is right to emphasize some

22   aspects of Ms. Watkins' conduct.  And that is, you know, she

23   didn't remove any barriers.  She was only in for a limited

24   period of time.  She didn't force her way in, in the sense

25   that she didn't assault a police officer on the way in.  And

1    perhaps her conduct wasn't quite as violent as others who

2    participated in the events of that day.

3          But I think it's important at these sentencings,

4    Ms. Watkins, for your benefit, to appreciate why you are in

5    a different position than others.

6          There's a Supreme Court case from many decades

7    called *Callanan* which speaks about the seriousness of

8    conspiracy, conspiratorial conduct.  And what the Court

9    wrote there is that, "Collective criminal agreement -- that

10   is, partnership in crime -- presents a greater potential

11   threat to the public than individual delicts.  Concerted

12   action both increases the likelihood that the criminal

13   object will be successfully attained and decreases the

14   probability that the individuals involved will depart from

15   their path of criminality.

16         "Group association for criminal purposes often, if

17   not normally, makes possible the attainment of ends more

18   complex than those which one criminal could accomplish.  Nor

19   is the danger of a conspiratorial group limited to the

20   particular end toward which it is embarked.  The combination

21   in crime makes more likely the commission of crimes

22   unrelated to the original purpose for which the group was

23   formed.  In sum, the danger with which -- excuse me.  The

24   danger which a conspiracy generates is not confined to the

25   substantive offense which is the immediate aim of the

1    enterprise."

2         I think that in many ways captures quite well

3    where you find yourself.  And precisely what I mean is,

4    look, nobody would suggest you're Stewart Rhodes.  Frankly,

5    I don't think you're Kelly Meggs.  But your role in those

6    events is more than that of just foot soldier; I think you

7    can appreciate that.  The Parkers are not there that day but

8    for you.  Arguably, Donovan Crowl is not there that day but

9    for you.

10        And so as somebody who takes on a greater role in

11   the conspiracy, you bear a greater responsibility, not only

12   for your individual conduct, but for the conduct of those

13   who you've brought into it.  And as a consequence of that,

14   it is the collective conduct that the Court and I've got to

15   consider rather than just what you did individually.

16        And, honestly, what you did individually that day

17   is quite significant, too, even among those with whom you've

18   been tried.  You know, I don't need to go through all of the

19   evidence.  We've talked about it.  But, you know, your role

20   that day was more aggressive, more assaultive, more

21   purposeful than perhaps others, and you led others to

22   fulfill your purposes.

23        And there was not, in the immediate aftermath, any

24   sense of shame or contrition.  Just the opposite.  The

25   comments were celebratory and lacked a real sense of the

1    gravity of that day and your role in it.  And for that, in

2    all of that, Ms. Watkins, notwithstanding some of the things

3    your counsel has brought about that you did not do, the

4    sentence needs to reflect that role and the seriousness of

5    it.

6              And ultimately, and importantly, you know,

7    I should not forget to say this at this sentencing as I said

8    for others, which is the impact it has had both on the

9    country, which I think you now appreciate, and the people

10   who were there that day defending the Capitol.  I don't

11   think I can say enough that they are the true heroes of that

12   day.  They're the ones who actually kept their oaths.

13   They're the ones who, frankly, kept their bodies between us

14   and, as bad as it was, something far worse.

15             You know, we all saw what happened on television.

16   One can only imagine what it had been like if those police

17   officers had retreated, if they had not done what they were

18   there to do.  And they put aside their own health, cast

19   aside their own families' concerns.

20             And Mr. Crisp is right.  That's what their job was

21   that day.  But it doesn't diminish their courage, their

22   heroism in the face of something -- in the face of something

23   that no one, I would daresay, who signed up as a police

24   officer would have even expected to have happen to them.

25             The history and characteristics are as follows:

1          You're now 40 years old, grew up in sort of modest

2    means, strict religious household, which I'll talk about

3    shortly, earned your high school diploma, joined the Army,

4    served your country.

5          Did deploy to Afghanistan for three months.  Left

6    the Army under circumstances that I'll refer to in a moment,

7    and then turned into a very challenging period of your life,

8    one of transience, self-discovery, trying to figure out your

9    place in the world.

10         I'm happy that you have found a person in your

11   life who cares and loves you.  You and he have tried to make

12   it go as a business, and I know it was difficult once the

13   pandemic hit.

14         You have in other aspects of your professional

15   life served as a firefighter, medic, and tried to serve

16   people.  And I do believe that, frankly, was the original

17   purpose of the Ohio State Regulars militia, and it was not

18   to battle our government.

19         But somewhere along the line, that all got

20   waylaid, perverted.  I don't know what it was.  Maybe, you

21   know, whether it was Alex Jones, whatever corners of the

22   Internet you found yourself in, clearly began having

23   delusional thoughts about what the risks were if the other

24   guy won, what you would need to do to ensure the safety of

25   your countrymen and your loved ones.

1          You know, Ms. Watkins, I am -- I think you would

2     not have a human bone or sentiment in your body to have not

3     heard your testimony and not been moved.  Your story and

4     what you have endured in and of itself shows a great deal of

5     courage, resilience, and you have overcome a lot, and you

6     are to be held out as somebody who can actually serve as a

7     role model for others in that journey.

8          And I say that at a time in which people who are

9     trans, who are confronting their sexual identity, are so

10    readily vilified and used as political -- for political

11    purposes.  Makes it all the more hard for me to understand

12    why there is still a lack of empathy for those who suffered

13    that day.  Maybe it's just part of the process.  Maybe it's

14    just part of the journey.

15         I do think you've expressed genuine remorse here

16    today, and I think you have genuinely reflected on your

17    behavior that day, and I think you genuinely reflected on

18    your conduct.  It's a lot to consider in terms of what's an

19    appropriate sentence.

20         You were not convicted of sedition, so that puts

21    you in a different place.  I do give you credit for having

22    actually been willing to plead, although ultimately not in

23    the terms and conditions of that that bore fruit.

24         And I give you credit for not making law

25    enforcement's job all the more difficult than it was in

1    investigating your conduct and your co-conspirators'

2    conduct.

3            But all of that doesn't wipe out what happened

4    that day.  It doesn't wipe out what you did that day, in

5    part, because if it did, it wouldn't send the right message.

6    It wouldn't reflect the seriousness of the conduct or the

7    respect for the law and the need to generally deter this

8    kind of conduct.  But this is never easy, it never is.  And

9    I think it is particularly hard in your case, Ms. Watkins,

10   to pronounce sentence.

11           It's the judgment of the Court that you'll be

12   committed to the custody of the Bureau of Prisons for

13   concurrent terms of 102 months on each of Counts 2 and 3,

14   72 months on Count 4, and 60 months on Count 6.

15           You'll be further sentenced to serve a 36-month

16   term of supervised release as to Counts 2, 3, 4, and 6, with

17   such terms to run concurrently.

18           In addition, you shall pay a special assessment of

19   $100 per count, for a total of $400.

20           While on supervision, you shall abide by the

21   following mandatory conditions, as well as all the

22   discretionary conditions that have been recommended by the

23   probation office in Parts D of the sentencing options of the

24   Presentence Report.  They have been imposed to establish

25   basic expectations for your conduct while on supervision.

1          Those mandatory conditions include not committing

2     any other federal, state, or local crime; you shall not

3     unlawfully possess a controlled substance; you must not

4     refrain from any unlawful use of a control substance; you

5     must submit to a drug test within 15 days of placement on

6     supervision and at least two periodic drug tests thereafter;

7     you must cooperate in the collection of DNA; and you shall

8     make restitution.

9          Mr. Crisp, I forgot to say at the outset that I've

10    asked the government to provide me with some additional,

11    essentially, briefing and evidence about restitution, and so

12    that determination will be postponed, consistent with the

13    time that's allowed under statute.

14         You must submit to substance abuse testing to

15    determine if you have used a prohibited substance.  You

16    shall not tamper or obstruct with any testing methods.  You

17    must participate in mental health treatment and follow the

18    rules and regulations of that program if it is recommended

19    by Probation.

20         The probation office will consult with the

21    treatment provider and supervise you in your participation

22    in the program.

23         There will be additional restrictions:

24         That you must not associate, communicate, or

25    otherwise interact with any known or unknown member of any

1    terrorist organization or any known or unknown criminal

2    extremist group or individual.  This includes persons who

3    are or claim to be involved with violent acts or advocating

4    for acts of violence and any persons who are located outside

5    the United States without approval from the probation

6    officer.  If you inadvertently associate, communicate, or

7    otherwise interact with a known terrorist or extremist group

8    or individual, you must immediately report this to the

9    probation officer.

10        You must seek the approval of the probation

11   officer if you wish to access, view, or use any online

12   social media.  You must not download any social media apps

13   to your phone or computer.  You must not access social media

14   or any other device not approved by the Probation Office.

15        Social media includes social media sites, chat

16   services, blogs, and the like.  And that includes any

17   interactive online or electronic communications,

18   applications, or sites.

19        Furthermore, you'll must not access, view, or use

20   or possess any extremist media.  This includes media such as

21   literature, video, photos, social media, et cetera, that

22   promotes violence or the use of violence to further an

23   ideological or religious cause.  If you inadvertently

24   access, view, or use or possess such material, you must

25   immediately report this to the probation officer.

1          In order to assure compliance with these

2   restrictions, you are subject to computer monitoring.  You

3   must allow the probation officer to conduct initial and

4   periodic unannounced searches of any computer subject to

5   computer monitoring.  You must allow the probation officer

6   to install computer-monitoring software on any computer.

7   This includes desktops, laptops, mobile devices, smart

8   watches, et cetera.

9          These searches shall be conducted to determine

10  whether the computer contains any prohibited data prior to

11  installation of the monitoring software or the monitoring

12  software is functionally -- excuse me, functioning

13  effectively after its installation, and whether there's been

14  attempts to circumvent the monitoring software after its

15  installation.

16         You must warn any other people who use these

17  computers that the computers may be subject to searches

18  pursuant to this condition.

19         A probation officer may conduct a search pursuant

20  to this condition only when reasonable suspicion exists that

21  there is a violation of a condition of supervision and that

22  the computer or device contains evidence of its violation.

23         Any search will be conducted at a reasonable time

24  and in a reasonable manner.  Furthermore, you must not use

25  any services that are designed to encrypt, disguise, mask,

1   or anonymize your online activity.  You shall not use any

2   online gaming services or systems, including mobile device

3   applications.

4          You shall not use any telecommunications

5   application software products, such as Skype, Discord,

6   TeamSpeak, Battle.net, et cetera, that specializes in

7   providing chat and voice calls between computers, tablets,

8   mobile devices, gaming consoles, and smart watches.

9          You must provide the probation office with

10  access to any requested financial information and

11  authorize the release of any financial information.  The

12  Probation Office may share financial information with the

13  U.S. Attorney's Office.

14         I will authorize that supervision be transferred

15  to the jurisdiction of residence, but I will maintain

16  jurisdiction over supervision.

17         The Court finds that you don't have the ability to

18  pay a fine and, therefore, waives imposition of a fine in

19  this case.  The restitution amount that will be ordered or

20  may be ordered shall be made to the Clerk of the Court for

21  the District Court for the District of Columbia for

22  disbursement to the Architect of the Capitol.

23         Your financial obligations to the court are

24  immediately payable to the Clerk of the Court for the

25  U.S. District Court at 333 Constitution Avenue, Northwest.

1        If you change address and the amount has not been

2    made, within 30 days, you shall notify the Clerk of the

3    Court of that change until such time as the financial

4    obligation is paid in full.

5        The probation office shall release the Presentence

6    Investigation Report to all appropriate agencies, which

7    includes the probation office in which you are being

8    supervised, as well as any treatment agencies that may be

9    necessary.

10       Ms. Watkins, you do have the right appeal your

11   convictions and your sentence if you wish.  You must file

12   any notice of appeal within 14 days after the Court has

13   entered judgment.

14       You also have the right to raise on appeal that

15   you've not received effective assistance of counsel either

16   in connection with your sentencing or at trial or

17   thereafter.

18       You also have the right under 28 U.S.C. 2255 to

19   challenge the convictions that have been entered and the

20   sentence imposed, consistent with the timing elements of

21   those -- of that statute.

22       If you are unable to afford the cost of an appeal,

23   you may request permission from the Court to file an appeal

24   without cost to you.  And if you cannot afford counsel for

25   purposes of such an appeal, Ms. Watkins, you can ask the

```
 1    Court to have one appointed for you.

 2              All right.  So that will be the Court's sentence.

 3              Are there any objections, Mr. Crisp, you wish to

 4    make to the sentence or anything else at this point?

 5              MR. CRISP:  No, Your Honor.

 6              There is one request I would ask to make at

 7    sidebar with government counsel in terms of facilities.

 8    I don't necessarily want to make it a public request, and

 9    I can elaborate why at sidebar.

10              THE COURT:  Okay.  Why don't you come on up and so

11    I can just have the conversation, and so I hear it and I can

12    then make the recommendation.

13              (Sealed proceedings)
```

(Open court)

THE COURT:  All right.  Thank you, all, very much.

Ms. Watkins, good luck to you, ma'am.

COURTROOM DEPUTY:  All rise.

This Court stands in recess.

(Proceedings concluded at 11:58 a.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__June 2, 2023_____     

                        William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [6] 3/2 40/2
61/6 61/9 76/4 76/20
MR. CRISP: [29] 3/17
4/24 5/3 12/5 12/19
12/23 13/1 13/3 13/7
15/12 18/22 19/1 26/1
37/14 44/21 44/24 45/2
45/13 54/2 57/25 61/2
61/14 61/18 75/5 75/14
75/19 75/24 76/10
76/15
MS. HUGHES: [7]
4/23 7/14 7/16 12/2
40/7 43/8 44/19
MS. RAKOCZY: [1]
3/16
MS. WINTERMEYER:
[1] 45/12
THE COURT: [43]
3/12 3/18 4/25 5/4 7/15
11/25 12/3 12/17 12/21
12/25 13/2 13/4 15/10
18/19 18/23 21/7 26/2
37/16 40/5 42/20 44/18
44/20 44/23 44/25 45/9
45/18 53/23 54/1 57/19
60/25 61/3 61/11 61/16
61/20 75/10 75/18
75/23 76/1 76/5 76/8
76/11 76/16 76/18
THE DEFENDANT: [4]
45/16 45/19 53/25 76/7

$
$100 [1] 69/19
$400 [1] 69/19
$400,000 [1] 39/15

1
10-hour [1] 16/19
102 [1] 69/13
10:32 a.m [1] 40/4
10:45 a.m [1] 40/4
10th [1] 25/4
113 [1] 35/14
11:19 a.m [1] 61/8
11:32 a.m [1] 61/8
11:58 a.m [1] 76/22
14 [2] 39/3 74/12
14th [1] 25/12
15 [3] 28/8 62/17 70/5
1512 [4] 5/19 36/11
36/11 38/5
16 [1] 54/21
168 [2] 39/15 61/21
17110 [1] 2/3
18 United States Code
3553 [1] 61/23
1:25 [1] 28/13

2
20001 [1] 2/9
2005 [1] 59/20
202 [2] 1/18 2/10
2020 [5] 23/24 50/23
50/24 52/11 53/8

2022 [1] 17/11
2023 [1] 1/5 77/7
20579 [1] 1/17
210 [2] 39/15 61/21
22-15-4 [1] 1/4
2255 [1] 74/18
22nd [2] 16/22 16/23
252-7277 [1] 1/18
26 [1] 1/5
28 U.S.C. 2255 [1]
74/18
29 [2] 21/15 21/22
2A2.4 [1] 38/12
2J1.1 [2] 38/6 38/7
2J1.2 [3] 38/9 38/10
38/21
2X1.1 [1] 38/8
2X5.1 [1] 38/11

3
30 [1] 74/2
302s [1] 16/22
30th [1] 27/8
3249 [1] 2/10
333 [1] 2/9
333 Constitution
Avenue [1] 73/25
35 [1] 39/13
350 F.3d 113 [1] 35/14
354-3249 [1] 2/10
3553 [2] 54/6 61/23
36-month [1] 69/15
372 [1] 36/12
3A1.4 [1] 39/11
3B1.1 [1] 31/14
3C1.1 [1] 10/22
3E1.1 [1] 35/23
3rd [3] 25/21 26/1 26/2

4
40 [1] 67/1
40,000 [1] 39/15
4031 [1] 2/3
412-4676 [1] 2/4
4676 [1] 2/4

5
51 [1] 4/13
532 [1] 4/17
550 [1] 4/12
551 [1] 4/13
565 [1] 4/14
566 [1] 4/18
579 [1] 4/20
580 [1] 4/14
5H1.11 [1] 37/13

6
60 [4] 51/17 57/13
62/16 69/14
601 [1] 1/17
6617A [1] 26/18
6th [27] 6/6 22/10
25/24 27/6 27/22 28/12
29/17 29/21 29/22 32/2
40/8 40/8 40/8 40/16
42/6 42/7 42/17 45/22
46/2 47/3 48/2 48/15

52/11 52/19 52/21 55/1
58/14

7
717 [1] 2/4
72 months [1] 69/14
7277 [1] 1/18

8
80 [1] 54/21
81 [1] 54/21
82 [1] 54/22
83 [1] 54/22
8th [1] 41/7

9
90,000 [1] 48/19
9:37 [1] 1/6
9th [7] 8/5 8/9 8/14
8/19 23/24 25/21 26/2

A
a.m [6] 1/6 40/4 40/4
61/8 61/8 76/22
abandon [1] 51/8
aberration [1] 42/18
abide [1] 69/20
ability [2] 67/16 73/17
able [3] 41/1 49/19
54/24
about [46] 4/2 5/14 6/2
6/21 7/3 7/7 9/2 13/18
14/6 14/7 14/7 14/11
15/2 15/3 16/12 23/2
23/5 24/17 26/10 26/13
27/10 27/11 33/20
39/22 39/25 43/4 43/5
43/7 44/15 46/17 46/20
48/21 51/12 54/10
55/16 55/18 56/22
58/25 60/16 63/6 64/7
65/19 66/3 67/2 67/23
70/11
above [2] 32/19 77/4
above-titled [1] 77/4
absolved [1] 43/19
Abu [1] 59/5
abundantly [2] 9/8
11/8
abuse [1] 70/14
accept [8] 12/6 17/19
19/25 35/5 41/2 42/11
49/14 54/22
acceptance [7] 15/7
16/15 18/17 19/3 35/2
40/24 55/19
accepted [3] 23/13
35/15 41/1
accepting [1] 54/20
access [7] 27/14 54/11
71/11 71/13 71/19
71/24 73/10
access to [1] 73/10
accomplish [1] 64/18
accord [1] 45/5
account [2] 37/7 42/23
accurate [2] 5/17 58/15
accused [1] 58/17
achieve [1] 61/25

7/6 55/3 55/11 63/14
acknowledged [2]
17/21 54/4
acknowledgement [1]
24/23
acknowledges [2]
17/11 56/23
acknowledging [1]
55/25
acquitted [2] 21/17
35/19
across [2] 47/24 52/12
action [2] 8/10 64/12
actions [19] 11/6 11/16
18/14 22/11 27/1 34/15
40/7 40/17 41/19 42/6
42/9 42/17 43/20 45/23
47/5 47/15 48/11 51/23
52/13
active [1] 59/4
actively [3] 12/19 47/8
58/4
activities [3] 12/16
19/21 55/19
activity [9] 7/10 15/23
20/2 20/8 21/10 22/15
22/18 48/3 73/1
acts [8] 7/25 7/25
22/14 38/17 46/21 60/5
71/3 71/4
actual [1] 34/1
actually [18] 12/11
14/18 16/15 16/24 23/4
25/2 27/21 29/6 32/4
32/8 34/22 34/22 36/1
45/3 50/1 66/12 68/6
68/22
added [5] 26/23 40/13
49/16 52/9 52/13
adding [1] 48/1
addition [4] 23/3 35/9
61/22 69/18
additional [2] 70/10
70/23
address [8] 15/4 15/7
15/9 15/16 16/15 48/13
57/20 74/1
addressed [5] 15/4
15/14 19/16 19/20 20/9
addresses [1] 12/12
adds [1] 27/21
adequate [1] 62/7
adjourned [1] 30/17
administration [2]
30/13 33/13
admit [6] 33/9 35/10
36/6 36/17 41/11 55/6
admitted [2] 10/23
26/9 26/11 41/10
advantageous [1] 54/9
advocating [1] 71/3
affect [3] 11/11 16/11
34/4
affectionate [1] 50/4
affiliated [1] 26/22
afford [3] 62/7 74/22
74/24

Afghanistan [1] 67/5
after [18] 5/24 8/4 8/9
12/18 12/22 12/24 17/4
20/14 29/17 29/22
33/16 40/8 40/16 41/7
49/10 72/13 72/14
74/12
aftermath [2] 41/10
65/23
again [14] 6/17 13/13
15/15 24/23 25/7 42/5
45/10 51/11 53/19
54/21 57/10 61/9 61/21
62/20
against [11] 21/19 24/6
29/13 30/6 32/14 33/22
36/18 37/11 40/18
52/23 53/4
agencies [2] 74/6 74/8
agency [1] 15/18
aggressive [1] 65/20
ago [1] 45/19
agree [3] 17/16 30/12
42/24
agreed [2] 21/5 49/23
agreement [6] 6/2
23/20 64/9
aid [2] 4/13 4/17
aide [1] 60/1
aided [1] 2/11
aim [1] 64/25
Akron [1] 13/11
albeit [1] 23/14
Alex [2] 48/17 67/21
Alex Jones [2] 48/17
67/21
Alexandra [2] 1/15 3/6
Alexandra Hughes [1]
3/6
all [58] 3/12 3/14 3/18
4/10 5/4 7/8 7/24 11/7
13/8 13/24 14/4 15/15
21/7 21/19 21/25 22/2
22/11 25/6 27/16 31/9
31/10 32/19 33/16 36/5
36/16 37/5 37/22 38/10
38/24 39/20 39/25 40/2
42/23 45/9 45/14 50/4
53/22 54/20 56/14
60/14 60/21 61/6 61/11
61/22 62/15 65/18 66/2
66/15 67/19 68/11
68/25 69/3 69/21 74/6
75/2 76/18 76/18 76/20
all right [5] 3/14 3/18
5/4 39/25 45/14
alleged [2] 6/7 12/13
21/1
allocute [2] 18/20
44/22
allocutes [1] 18/12
allocution [1] 40/6
allocutions [2] 4/6
39/23
allow [3] 35/16 72/3
72/5
allowed [4] 8/12 24/1
53/7 70/13

**A**

**allowing** [1] 55/2
**almost** [2] 28/14 50/5
**along** [5] 4/18 5/7
15/19 32/13 67/19
**already** [9] 9/11 19/16
21/14 21/16 30/16 54/3
**also** [31] 9/3 9/22
10/21 10/21 10/22 11/9
21/21 23/13 25/6 26/17
28/3 30/12 32/16 33/11
34/23 35/18 35/19
37/19 38/7 38/9 42/14
43/3 48/13 49/6 49/19
49/22 55/24 57/2 58/7
74/14 74/18
**altered** [2] 9/4 51/8
**although** [10] 21/22
23/14 26/8 29/17 31/23
33/4 33/19 37/5 38/22
68/22
**always** [4] 18/1 46/5
46/18 52/22
**am** [5] 46/7 48/12 52/9
53/15 68/1
**Amendment** [1] 47/13
**AMERICA** [2] 1/3 3/4
**AMIT** [1] 1/9
**among** [4] 31/21 41/14
63/4 65/17
**amount** [7] 19/7 19/12
33/19 33/22 56/16
73/19 74/1
**angry** [1] 52/16
**anguish** [1] 41/16
**anonymize** [1] 73/1
**another** [3] 30/2 44/11
47/17
**answer** [2] 11/24 46/5
**anticipating** [2] 23/19
33/17
**Antifa** [1] 24/4
**any** [46] 4/2 7/11 11/24
11/25 13/22 18/7 19/21
31/16 31/25 40/12
41/11 42/11 42/22 47/6
52/25 55/4 60/8 62/8
62/10 63/23 65/23 70/2
70/4 70/16 70/25 70/25
71/1 71/4 71/11 71/12
71/14 71/16 71/20 72/4
72/6 72/10 72/16 72/23
72/25 73/1 73/4 73/10
73/11 74/8 74/12 75/3
**anymore** [1] 16/8
**anyone** [2] 43/21 63/11
**anything** [8] 4/21
14/19 16/4 19/17 20/21
43/15 50/19 75/4
**anyway** [1] 51/17
**apologize** [3] 53/11
53/20 61/14
**apologized** [1] 53/18
**app** [4] 16/5 19/9 29/20
29/23
**appeal** [6] 74/10 74/12
74/14 74/22 74/23
74/25

**APPEARANCES** [2]
1/13 1/20
**appearing** [1] 3/10
**applicable** [1] 7/20
**application** [4] 4/3 4/4
7/11 73/5
**applications** [2] 71/18
73/3
**applied** [1] 35/23
**applies** [4] 30/1 30/13
33/25 37/6
**apply** [9] 31/2 31/3
31/5 34/1 34/12 36/15
36/15 36/17 38/1
**appointed** [1] 75/1
**appreciate** [5] 53/23
60/25 64/4 65/7 66/9
**approach** [2] 17/7 18/2
**approaching** [1] 51/19
**appropriate** [16] 10/19
11/22 19/4 19/5 22/11
23/16 31/1 31/13 31/18
31/20 32/21 52/24 54/6
57/16 68/19 74/6
**approval** [2] 71/5
71/10
**approved** [1] 71/14
**apps** [1] 71/12
**AR** [1] 28/8
**AR-15** [1] 28/8
**arbiter** [1] 53/2
**Architect** [1] 73/22
**are** [56] 3/14 4/16 7/20
15/16 16/2 16/22 25/6
26/25 28/18 32/14
32/16 34/13 34/14
34/25 37/21 38/17
39/22 41/19 42/7 42/8
43/9 44/9 45/7 46/2
47/15 47/17 53/17
54/23 55/16 57/20
58/13 58/18 59/12 60/8
61/21 61/23 62/2 62/21
63/1 63/6 64/4 65/7
66/11 66/25 68/6 68/8
68/9 68/9 71/3 71/4
72/2 72/25 73/23 74/7
74/22 75/3
**area** [3] 10/5 51/9 51/9
**Area 8** [1] 51/9
**areas** [1] 13/10
**Argentina** [1] 48/20
**arguably** [2] 36/7 65/8
**argue** [1] 19/23
**argued** [3] 30/15 32/23
35/15
**argues** [1] 31/23
**arguing** [1] 40/24
**argument** [3] 4/2 35/3
35/12
**argument's** [1] 33/24
**arguments** [1] 18/24
**Arlington** [1] 27/14
**arm** [1] 20/11
**armed** [1] 24/21
**arms** [1] 27/3
**Army** [5] 48/6 56/10
59/11 67/3 67/6

**around** [5] 46/7 49/7 49/7
55/8 55/19 57/21
**arrest** [1] 47/24
**arrived** [1] 30/17
**artfully** [1] 55/8
**article** [1] 11/4
**articulated** [2] 9/25
20/13
**as** [141]
**ascribe** [2] 22/11 42/23
**ashamed** [1] 52/9
**aside** [2] 66/18 66/19
**ask** [14] 3/23 4/1 4/25
22/1 42/20 53/4 53/5
53/10 54/15 56/24
57/13 57/19 74/25 75/6
**asked** [6] 9/22 37/12
37/17 56/5 58/25 70/10
**asking** [3] 23/5 54/23
55/11
**aspect** [1] 17/23
**aspects** [3] 56/23
63/22 67/14
**assault** [1] 63/25
**assaulted** [3] 46/5
46/18 58/4
**assaultive** [1] 65/20
**assess** [1] 21/11
**assessing** [1] 21/12
**assessment** [2] 69/18
**assistance** [1] 74/15
**assisted** [1] 26/9
**assisting** [1] 59/14
**associate** [2] 70/24
71/6
**associated** [2] 26/22
52/9
**ASSOCIATES** [1] 2/2
**association** [1] 64/16
**assure** [1] 72/1
**attained** [1] 64/13
**attainment** [1] 64/17
**attempted** [3] 15/24
15/25 21/4
**attempting** [1] 37/11
**attempts** [1] 72/14
**attention** [1] 11/3
**Attorney** [1] 48/6
**Attorney Crisp** [1] 48/6
**ATTORNEY'S** [2] 1/16
73/13
**attracting** [1] 11/3
**audit** [1] 50/25
**audits** [1] 50/21
**authorities** [1] 47/23
**authorize** [2] 73/11
73/14
**authorize the** [1] 73/11
**available** [1] 62/10
**Avenue** [2] 2/9 19/24
73/25
**avoid** [1] 62/10
**aware** [3] 8/20 14/20
40/11
**awareness** [1] 57/7
**AWOL** [1] 61/17

**B**

**back** [9] 6/13 9/2 9/19
11/15 13/8 16/18 16/20
47/1 61/5
**backdrop** [1] 21/19
**background** [1] 54/24
**bad** [2] 24/21 66/14
**balanced** [1] 52/22
**ballot** [1] 50/21
**ballots** [1] 48/23
**Ballston** [2] 27/13 28/9
**Barrett** [1] 2/8
**barriers** [1] 63/23
**Base** [1] 39/3
**based** [7] 7/18 28/2
28/3 37/12 37/23 56/8
57/14
**basic** [1] 69/25
**basis** [1] 63/15
**battery** [1] 49/9
**battle** [1] 67/18
**Battle.net** [1] 73/6
**be** [84]
**bear** [1] 65/11
**bears** [1] 41/15
**became** [1] 17/5
**because** [39] 8/20 9/14
10/9 10/16 11/3 14/17
14/21 16/16 17/4 22/9
23/9 27/14 27/15 29/3
29/21 30/16 30/19
31/20 34/12 34/24
35/16 36/9 38/13 38/14
38/15 38/19 39/17
40/22 43/20 44/2 47/2
48/15 49/8 49/22 52/3
53/19 58/25 60/17 69/5
**becomes** [1] 59/1
**becoming** [2] 17/4
26/9
**been** [39] 4/1 5/6 8/15
10/4 14/1 18/12 21/16
24/13 29/20 30/10 33/6
33/24 41/1 41/11 42/1
47/9 51/5 55/2 55/9
55/10 55/12 56/17
56/20 57/1 57/12 57/16
58/7 58/10 60/7 63/5
65/18 66/16 68/3 68/22
69/22 69/24 72/13 74/1
74/19
**before** [14] 1/9 10/25
11/2 12/20 12/23 27/20
33/7 35/2 35/21 40/7
42/21 45/25 50/9 57/20
**began** [4] 6/1 6/2 25/13
67/22
**begin** [1] 40/5
**beginning** [1] 52/7
**begins** [1] 32/7
**behalf** [3] 3/8 4/19 45/6
**behaved** [1] 44/16
**behavior** [7] 20/2 20/3
20/22 43/1 47/8 51/22
68/17
**behaviors** [2] 45/24
47/6
**behind** [7] 29/5 29/18

33/11 33/17
33/20 35/6
**being** [13] 5/24 27/17
47/22 48/23 49/15
50/17 51/1 51/15 52/9
58/4 58/16 60/23 74/7
**belabor** [1] 19/14
**belied** [1] 41/6
**belief** [2] 19/6 51/3
**beliefs** [2] 47/11 53/6
**believe** [17] 14/17 19/3
19/4 19/11 19/21 20/21
20/24 21/3 36/24 46/3
47/21 50/7 51/7 56/21
57/9 58/6 67/16
**believed** [4] 44/2 44/3
47/12 50/24
**believes** [1] 58/5
**benefit** [4] 3/20 45/1
63/15 64/4
**Bennie** [2] 10/4 32/3
**Bennie Parker** [1] 10/4
**best** [1] 50/7
**betrayed** [1] 51/4
**better** [1] 45/11
**between** [5] 33/2 36/20
43/1 66/13 73/7
**beyond** [3] 8/23 40/12
41/23
**bicycle** [1] 46/12
**Biden** [3] 9/10 44/4
44/15
**Biden's** [1] 6/23
**bifurcation** [1] 57/25
**bigger** [2] 45/11 57/6
**bill** [1] 59/11
**bit** [4] 7/7 19/2 36/8
46/8
**blame** [1] 51/18
**blamed** [2] 42/5 43/16
**blaming** [1] 48/10
**blatantly** [1] 46/22
**bleed** [1] 55/4
**blogs** [1] 71/16
**blowing** [1] 16/6
**board** [1] 24/9
**bodies** [1] 66/13
**body** [4] 11/21 40/14
41/15 68/2
**bone** [1] 68/2
**Boohoo** [1] 42/1
**book** [1] 27/13
**border** [1] 48/19
**bore** [1] 68/23
**borne** [1] 49/3
**both** [7] 7/25 22/14
25/22 26/14 52/23
64/12 66/8
**bothered** [1] 46/13
**bothers** [1] 46/17
**bothersome** [1] 59/13
**bounced** [1] 46/11
**boyfriend** [1] 15/20
**boys** [1] 71/3
**break** [2] 39/24 52/18
**Brendan** [1] 23/24
**brief** [2] 4/19 30/15
**briefing** [1] 70/11

**B**

briefly [2] 3/25 7/22
bring [8] 10/16 14/18 23/16 25/11 25/18 27/19 28/7 28/8
bringing [4] 13/18 23/6 27/10 27/17
broader [1] 24/16
broke [2] 46/12 46/12
broken [2] 20/11 27/15
brought [9] 9/1 9/3 10/8 14/17 14/21 45/25 51/12 65/13 66/3
building [12] 11/16 11/17 14/13 29/4 30/17 32/7 36/23 41/8 49/16 49/18 49/20 51/19
burden [1] 36/10
burdens [1] 53/11
Bureau [1] 69/12
bus [1] 27/19
business [1] 67/12
busy [1] 28/21

**C**

cache [1] 28/11
calculated [2] 11/11 34/4
calculation [5] 21/12 34/18 38/3 39/1 39/21
calculations [1] 38/23
Caldwell [2] 27/8 27/12
Caldwell's [4] 11/1 28/4 29/22 33/8
call [13] 6/17 8/9 16/18 17/17 17/17 23/2 23/3 23/4 23/5 23/11 27/24 28/19 57/22
Callanan [1] 64/7
called [3] 25/2 35/13 64/7
calls [3] 32/12 41/25 73/7
came [8] 5/25 6/7 8/25 9/19 12/22 15/15 36/24 59/9
can [29] 4/25 10/4 13/20 14/13 15/1 15/7 15/8 16/25 17/1 17/3 18/8 24/20 28/7 28/16 29/6 32/8 42/20 44/25 48/10 52/16 57/21 65/7 66/11 66/16 68/6 74/25 75/9 75/11 75/11
can't [2] 37/16 37/17
Canadian [1] 48/19
Canal [1] 48/20
cannot [6] 43/16 43/20 43/22 47/20 56/15 74/24
capacity [1] 15/3
Capitol [15] 10/6 11/13 28/15 28/24 28/25 32/1 32/7 32/8 40/16 41/5 46/23 47/17 49/17 66/10 73/22
Captain [1] 24/9
captured [1] 11/16

care [1] 62/9
carefully [1] 23/11
cares [1] 67/11
carried [1] 34/2
case [17] 3/3 17/4 18/5 35/13 35/14 35/14 35/20 35/22 36/3 36/6 36/8 36/8 37/11 58/12 64/6 69/9 73/19
cases [4] 62/14 62/20 62/21 63/1
cast [1] 66/18
Category [1] 39/14
Category I [1] 39/14
caught [4] 20/12 47/22 50/3 57/5
causal [1] 6/18
causation [3] 30/16 30/23 31/2
cause [6] 30/2 30/8 30/18 30/25 52/18 71/23
caused [5] 30/9 51/17 52/1 52/15 53/13
causing [3] 30/1 39/4 51/8
cautious [1] 52/25
cease [1] 47/5
celebratory [1] 65/25
cell [1] 46/14
certain [2] 54/5 57/1
certainly [25] 6/19 7/1 12/12 12/14 17/15 23/17 24/25 26/22 28/10 29/3 30/1 30/9 31/4 31/21 33/12 33/15 34/17 35/5 36/5 37/7 37/20 50/10 54/6 54/9 63/14
certification [3] 22/8 50/20 50/23
certified [2] 2/7 51/6
certify [1] 77/2
cetera [3] 71/21 72/8 73/6
CH [1] 2/8
chair [1] 9/12
challenge [1] 74/19
challenging [1] 67/7
chamber [2] 29/14 40/23
chance [1] 9/10
change [3] 56/16 74/1 74/3
characteristics [4] 38/21 62/4 63/20 66/25
charge [6] 35/17 35/18 36/11 36/11 36/12 62/22
charged [2] 36/3 50/15
charges [4] 18/1 35/20 36/5 36/10
Chaser [1] 51/16
chat [6] 6/19 26/24 27/22 33/5 71/15 73/7
chats [3] 6/16 15/4 32/24

child [3] 18/17 58/12 58/13
Childress [2] 21/8 21/9
China [3] 6/24 24/3 53/7
Chinese [4] 48/18 48/21 48/23 49/1
choose [1] 60/10
chose [1] 17/19
Christopher [2] 41/17 43/15
Circuit [2] 21/9 35/13
circumstance [3] 35/23 35/24 36/14
circumstances [6] 31/1 37/21 56/12 62/3 63/19 67/6
circumvent [1] 72/14
city [1] 24/21
civil [2] 35/10 38/11
civil-disorder [1] 35/10
claim [1] 71/3
clear [9] 6/5 9/8 11/8 17/6 28/22 34/11 43/5 48/7 49/18
clear-thinking [1] 43/5
clearly [7] 11/10 14/10 14/24 19/11 20/8 34/15 67/22
Clerk [3] 73/20 73/24 74/2
client [1] 15/1 44/22
close [1] 27/14
closely [1] 29/4
closest [1] 19/22
co [14] 7/25 9/18 9/25 11/19 22/12 22/14 23/20 27/2 29/16 32/14 33/23 41/14 63/4 69/1
co-conspirators [12] 7/25 9/18 9/25 11/19 22/12 22/14 23/20 27/2 29/16 32/14 33/23 41/14
co-conspirators' [1] 69/1
co-defendants [1] 63/4
Code [1] 61/23
coercion [2] 11/12 34/19
cognitive [1] 59/23
collapse [1] 51/18
colleagues [1] 56/11
collect [1] 61/4
collection [1] 70/7
collective [2] 64/9 65/14
College [1] 22/8
colonel [1] 48/6
COLUMBIA [6] 1/1 23/7 23/16 25/12 27/10 73/21
Columbus [1] 6/9
combat [2] 56/11 58/23
combination [1] 64/20

come [4] 3/23 4/18 16/18 24/2 26/20 28/5 34/6 34/7 34/8 35/1 45/14 61/10 63/6 75/10
comes [2] 60/13 60/20
comfort [2] 10/16 27/13
Comfort Inn [1] 27/13
coming [2] 15/19 16/10 31/7 44/6
command [1] 32/9
commander [2] 32/18 51/15
comment [2] 52/5 60/8
comments [5] 13/7 19/10 48/13 51/12 65/25
commission [1] 64/21
commit [1] 53/11
commitment [1] 63/16
committed [4] 27/16 46/21 53/9 69/12
committing [4] 47/4 47/5 47/9 70/1
common [2] 38/17 38/18
communicate [2] 70/24 71/6
communications [3] 12/23 27/1 71/17
Communist [2] 6/24 49/1
compactor [2] 20/11 41/3
comparators [2] 62/17 63/2
Compared [1] 11/19
comparing [1] 41/13
compassion [1] 56/19
compelled [1] 44/10
compelling [5] 42/24 44/1
compellingly [1] 43/17
completely [2] 41/6 49/21
complex [1] 64/18
compliance [1] 72/1
component [2] 12/15 15/7
computer [9] 2/11 71/13 72/2 72/4 72/5 72/6 72/6 72/10 72/22
computer-aided [1] 2/11
computer-monitoring [1] 72/6
computers [3] 72/17 72/17 73/7
concede [1] 37/4
conceive [1] 15/22
concept [1] 13/17
concern [1] 55/7
concerned [1] 48/15
concerning [1] 10/8
concerns [2] 26/14 66/19
Concerted [1] 64/11
concluded [1] 76/22

current [2] 30/25 69/13
concurrently [1] 69/17
condemned [2] 46/5 46/18
condition [4] 9/14 72/18 72/20 72/21
conditions [4] 68/23 69/21 69/22 70/1
conduct [45] 4/3 4/4 5/21 7/11 7/18 7/24 11/11 21/11 22/4 22/10 26/16 28/12 28/23 28/23 28/24 29/11 30/5 30/9 31/8 31/22 34/2 34/4 34/5 34/8 34/16 34/17 34/18 38/19 41/13 62/25 63/12 63/22 64/1 64/8 65/12 65/12 65/14 68/18 69/1 69/2 69/6 69/8 69/25 72/3 72/19
conducted [3] 17/10 72/9 72/23
confined [1] 64/24
confirm [1] 5/1
confronted [1] 36/25
confronting [1] 68/9
Congress [5] 38/16 38/16 49/19 50/22 52/12
conjunction [1] 22/22
connected [1] 38/17
connection [3] 22/17 31/22 74/16
conscientious [1] 59/10
consequence [1] 65/13
consequences [1] 7/3
consider [7] 6/15 38/23 54/5 61/22 62/2 65/15 68/18
consideration [2] 8/6 54/4
considerations [3] 7/19 7/23 19/19
considered [2] 22/23 63/3
considering [2] 8/18 45/21
consistent [5] 14/4 21/8 26/15 70/12 74/20
consoles [1] 73/8
conspiracies [3] 34/13 34/15
conspiracy [33] 5/18 5/19 5/20 5/24 6/1 6/7 8/7 8/19 8/21 14/12 14/13 14/16 17/6 21/17 21/18 22/5 22/7 22/16 31/10 31/23 34/13 35/8 36/19 38/13 38/14 40/10 44/11 49/23 55/3 62/22 64/8 64/24 65/11
conspiratorial [3] 54/25 64/8 64/19
conspirators [13] 6/1 7/25 9/18 9/25 11/19

**C**

conspirators... [8] 22/12 22/14 23/20 27/2 29/16 32/14 33/23 41/14
conspirators' [1] 69/1
conspired [2] 14/15 55/7
constitutes [2] 38/20 49/23
constituting [1] 38/18
Constitution [2] 2/9 73/25
constitutionally [2] 46/3 48/2
consult [1] 70/20
contact [2] 13/8 49/11
contains [2] 72/10 72/22
contemplate [1] 63/12
contest [1] 18/7
context [4] 13/14 13/25 14/4 30/23
continue [2] 50/20 52/11
continued [2] 2/1 63/15
contradicted [1] 20/19
contrary [1] 50/19
contributed [3] 10/10 10/18 30/10
contrition [1] 65/24
control [6] 9/24 31/21 31/24 32/1 32/5 70/4
controlled [1] 70/3
convenient [1] 13/25
conversation [2] 12/18 75/11
conversations [2] 12/10 55/17
convicted [10] 5/18 5/19 14/12 17/14 21/16 35/18 36/13 36/19 63/13 68/20
conviction [1] 34/12
convictions [4] 18/7 62/17 74/11 74/19
convoluted [1] 50/9
cooperate [2] 35/7 37/9 70/7
cooperating [1] 37/10
coordinate [1] 11/5
coordination [1] 27/9
cop [1] 60/3
cops [1] 11/15
cork [1] 40/20
cork-like [1] 40/20
corners [1] 67/21
correct [1] 77/3
correction [2] 5/12 26/3
cost [2] 74/22 74/24
could [12] 10/9 15/22 17/24 26/14 34/7 43/1 50/7 52/3 53/20 55/9 59/21 64/18
counsel [7] 3/12 4/2 4/6 66/3 74/15 74/24

count [21] 21/18 35/9 35/11 36/7 38/5 38/5 38/7 38/8 38/11 38/15 38/19 38/20 38/20 38/24 39/17 39/18 39/19 49/17 69/14 69/14 69/19
Count 2 [1] 38/5
Count 3 [1] 38/7
Count 4 [5] 38/8 39/17 39/18 39/19 69/14
Count 6 [4] 36/7 38/19 38/20 38/20
country [12] 37/20 47/25 50/11 52/11 52/12 52/15 52/17 52/17 53/12 53/13 66/9 67/4
countrymen [1] 67/25
counts [13] 18/1 18/8 21/17 21/19 36/2 36/5 36/18 36/19 38/13 38/23 39/16 69/13 69/16
Counts 2 [1] 38/13
Counts 2, 3, 4 [1] 69/16
coupe [1] 25/7
couple [2] 6/20 39/24
courage [2] 66/21 68/5
course [15] 5/17 21/16 26/19 28/1 28/12 28/18 29/1 29/11 29/14 29/21 31/9 36/11 50/5 54/19 61/22
court [38] 1/1 2/6 2/8 7/20 10/24 12/9 13/1 14/5 17/3 18/9 18/11 18/16 35/22 40/3 47/22 53/12 54/3 54/5 54/7 54/15 61/7 61/9 64/6 64/8 65/14 69/11 73/17 73/20 73/21 73/23 73/24 73/25 74/3 74/12 74/23 75/1 76/17 76/21
Court's [3] 8/1 8/6 75/2
covered [1] 38/9
COVID [1] 50/3
CR [1] 1/4
crazy [1] 49/8
credit [2] 68/21 68/24
crime [5] 11/8 46/13 64/10 64/21 70/2
crimes [6] 46/7 46/20 47/9 53/8 53/10 64/21
criminal [17] 3/7 7/10 21/10 22/15 22/16 22/17 30/24 38/17 39/14 45/25 48/3 60/5 64/9 64/12 64/16 64/18 71/1
Criminal Case No. 22-15-4 [1] 3/3
criminality [1] 64/15
Crisp [25] 2/2 2/2 3/8 3/23 4/25 5/7 6/10 7/6 12/3 18/20 21/7 25/20

44/20 44/25 48/6 54/1 57/19 61/12 66/20 70/9 75/3
Crisp's [1] 3/19
crisplegal.com [1] 2/4
critically [1] 22/19
cross [5] 20/18 33/10 36/25 38/8 38/12
cross-examination [3] 20/18 33/10 36/25
cross-reference [1] 38/8
cross-referenced [1] 38/12
crossing [1] 48/2
crowd [3] 46/11 51/3 51/18
Crowl [9] 8/15 10/3 24/8 24/12 26/8 29/5 32/17 32/19 65/8
CRR [2] 77/2 77/8
crux [1] 60/19
Crystal [2] 2/5 3/9
Crystal Lustig [1] 3/9
cues [1] 9/4
culpability [1] 41/2 47/7 48/10 54/20 63/4
culpable [1] 34/25
cumulative [2] 49/17 52/13
cursory [1] 41/23
Cusanelli [1] 62/15
custody [1] 69/12

**D**

D.C [15] 1/5 1/17 2/9 8/11 8/25 9/4 13/11 13/12 23/25 24/19 25/24 27/22 31/7 40/12 44/6
damage [1] 30/3
damning [1] 12/7
dance [1] 55/8
danger [3] 64/19 64/23 64/24
dangerous [1] 10/13
Daniel [1] 51/14
Daniel Thau [1] 51/14
daresay [1] 66/23
data [1] 72/10
date [2] 33/6 77/7
day [37] 19/3 24/9 24/24 27/16 27/20 27/24 28/25 31/8 32/5 34/16 41/1 41/7 41/18 41/25 43/2 43/12 43/14 45/24 46/6 46/24 47/23 52/12 53/16 57/24 64/2 65/7 65/8 65/16 65/20 66/1 66/10 66/12 66/21 68/13 68/17 69/4 69/4
days [17] 6/20 8/4 8/8 8/21 16/7 27/25 29/20 35/1 41/7 42/4 42/5 45/19 46/13 54/19 70/5 74/2 74/12
Dayton [1] 13/11

debacle [1] 52/8
decades [2] 56/13 64/6
December [3] 6/4 26/24 27/8
December 30th [1] 27/8
decide [1] 17/18
decided [1] 49/11
decision [3] 17/20 25/24 53/14
deck [1] 25/7
decline [1] 38/1
declines [1] 35/25
decreases [1] 64/13
deemed [1] 60/8
deep [1] 43/13
deeply [1] 52/17
defendant [10] 1/7 2/2 3/8 3/10 35/15 35/24 36/3 54/23 62/4 62/8
defendant's [4] 4/16 5/21 21/10
defendants [2] 42/25 63/4
defending [1] 66/10
defense [5] 4/24 32/23 52/24 62/14 63/21
defensive [1] 25/1
defined [1] 34/5
definition [2] 34/9 37/23
degree [7] 22/6 30/22 31/21 31/24 32/5 34/18 46/24
delay [1] 30/18
delete [7] 6/16 6/19 15/24 15/25 29/19 32/23 33/21
deleted [5] 10/24 11/4 16/6 49/6 49/8
deleting [6] 19/9 19/11 33/3 33/9 49/1 49/2
deletion [1] 32/25
deliberately [1] 49/7
delicts [1] 64/11
delusional [2] 14/10 67/23
demanded [3] 42/13 42/18 44/1
demanding [1] 47/4
demonized [2] 58/7 60/23
demonstrates [2] 23/9 34/16
denial [1] 48/9
denying [1] 55/20
depart [1] 64/14
departure [9] 11/9 34/21 34/21 34/23 37/6 37/12 37/23 38/1 39/11
deploy [2] 9/7 67/5
deployed [1] 56/11
deployment [1] 11/20
deprogram [1] 56/1
derail [1] 42/15
describe [2] 5/21 28/23
described [5] 21/14

deserve [1] 53/19
designed [1] 72/25
desire [5] 50/19 51/1 52/18
desktops [1] 72/7
desperately [2] 40/19 50/22
despite [2] 46/21 56/11
destruction [1] 10/23
detail [2] 18/12 21/14
deter [2] 63/11 69/7
determination [1] 70/12
determine [4] 21/9 41/24 70/15 72/9
determining [1] 37/8
deterrence [1] 42/14
deterrent [2] 42/14 42/15
devastating [2] 43/13 43/13
device [3] 71/14 72/22 73/2
devices [2] 72/7 73/8
did [54] 5/16 6/8 6/19 10/15 11/18 14/14 15/25 16/2 16/4 16/19 19/7 22/24 25/11 26/4 26/4 26/20 29/17 29/19 32/23 33/3 33/9 33/19 33/20 34/8 35/4 35/6 35/7 35/10 36/6 36/17 37/14 43/12 43/14 44/17 46/15 47/3 50/7 52/19 53/11 53/15 54/17 54/18 54/21 57/3 58/3 58/23 59/13 61/12 65/15 65/16 66/3 67/5 69/4 69/5
didn't [9] 6/16 14/18 31/23 31/24 53/19 57/6 63/23 63/24 63/25
difference [1] 36/9
different [16] 15/3 17/7 19/6 20/3 21/22 36/8 38/12 55/9 57/17 60/10 62/12 62/21 62/25 63/1 64/5 68/21
differently [1] 28/5
difficult [6] 45/16 53/13 54/24 56/12 67/12 68/25
difficulties [1] 56/6
difficulty [1] 55/14
diminish [3] 47/7 60/9 66/21
diploma [1] 67/3
direct [3] 31/25 31/25 33/2
directed [3] 25/8 28/24 34/13
direction [1] 29/10
directly [3] 52/4 52/5 60/23
disagree [2] 32/4 42/16
disappointed [1] 52/16
disbursement [1]

**D**

disbursement... [1] 73/22
Discord [1] 73/5
discovery [1] 67/8
discretionary [1] 69/22
discuss [2] 3/25 7/12
discussed [2] 24/24 28/19
discussing [1] 58/25
discussion [1] 60/18
disguise [1] 72/25
disingenuous [1] 59/2
disorder [2] 35/10 38/11
disparities [2] 62/11 62/13
dispute [3] 5/23 6/10 43/11
disputed [3] 36/1 36/2 36/4
disputes [3] 4/1 5/6 29/24
dissonance [1] 59/23
distinction [1] 13/5
distress [1] 52/16
DISTRICT [11] 1/1 1/1 1/10 23/7 23/16 25/12 27/10 28/3 73/21 73/21 73/25
District Court [1] 73/21
divided [1] 52/10
DNA [1] 70/7
do [54] 6/17 10/11 12/3 13/21 15/7 15/11 16/8 17/8 17/24 18/4 18/24 21/4 21/21 21/22 21/25 22/10 24/4 28/17 29/16 29/24 30/7 31/13 32/10 32/20 33/1 33/4 33/12 34/22 36/16 37/15 38/23 38/25 43/11 44/7 47/6 47/25 49/2 50/17 50/24 52/5 53/5 53/16 54/7 55/7 57/9 57/15 58/18 66/3 66/18 67/16 67/24 68/15 68/21 74/10
do that [1] 15/11
do you [1] 12/3
documents [1] 16/23
does [16] 18/3 19/7 28/4 28/8 29/3 31/5 32/2 32/4 32/6 34/6 34/11 42/10 43/19 43/23 56/8 60/25
doesn't [14] 19/12 28/23 34/1 36/15 36/16 37/22 37/24 56/2 60/4 60/9 60/11 66/21 69/3 69/4
doing [8] 19/7 19/25 21/12 28/14 46/22 53/19 57/7 59/12
domestically [1] 25/8
Dominion [1] 48/22
don't [35] 7/8 11/25
18/19 18/23 19/4 19/16 19/21 20/21 20/24 27/18 28/9 30/21 31/15 31/18 34/9 36/9 37/5 38/25 39/23 40/5 45/14 60/11 60/12 60/12 65/5 65/18 66/10 67/20 73/17 75/8 75/10
done [3] 6/18 57/2 66/17
Donovan [4] 8/15 10/3 32/17 65/8
Donovan Crowl [4] 8/15 10/3 32/17 65/8
door [3] 6/9 15/20 42/2
doors [3] 6/9 6/12 14/15
doorways [1] 29/2
doubt [9] 9/16 10/4 10/17 10/24 11/10 11/17 13/12 41/20 42/10
down [10] 10/7 10/13 19/23 20/9 20/16 27/15 29/10 31/17 41/4 59/21
download [1] 71/12
downtown [1] 27/15
downward [2] 37/23 56/24
doxing [1] 16/12
draining [2] 16/8 49/9
dramatize [1] 59/7
drew [1] 21/24
drive [1] 16/19
driven [1] 26/14
drove [1] 47/24
drug [2] 70/5 70/6
due [1] 25/23
during [3] 32/1 47/16 54/18
duties [1] 49/20

**E**

e-f-f-e-c-t [1] 34/6
each [6] 38/23 38/24 39/16 50/2 50/14 69/13
eager [2] 46/6 46/19
earlier [2] 54/13 55/15
earliest [2] 8/7 8/21
early [7] 6/4 9/9 15/15 24/23 25/9 26/24 40/10
earned [1] 67/3
easier [1] 55/10
East [1] 58/1
East Wing [1] 58/1
easy [2] 27/14 69/8
echos [1] 52/11
edge [1] 54/25
education [1] 57/6
educational [1] 62/9
Edwards [2] 1/15 3/6
effect [1] 34/6
effective [1] 74/15
effectively [1] 72/13
effort [4] 10/11 10/18 40/14 40/22
efforts [7] 11/21 23/21
eggs [1] 24/9
eight [3] 19/15 29/25 39/5
eight-level [2] 29/25 39/5
eight-point [1] 19/15
either [2] 7/12 74/15
elaborate [2] 62/22 75/9
election [8] 8/4 13/22 43/25 44/4 44/4 50/23 50/24 51/5
Electoral [1] 22/8
Electoral College [1] 22/8
electronic [2] 54/12 71/17
elements [2] 16/15 74/20
eliminate [1] 52/25
Elizabeth [1] 18/10
else [3] 20/20 63/11 75/4
Email [3] 1/18 1/19 2/4
embarked [1] 64/20
emotionally [1] 53/17
emotions [1] 51/10
empathy [2] 57/23 68/12
emphasize [1] 63/21
employ [1] 45/4
encompasses [1] 7/24
encouraging [3] 29/15 30/7 44/7
encrypt [1] 72/25
end [8] 19/3 20/16 24/10 28/9 38/5 40/19 51/5 64/20
ended [1] 17/3
ends [1] 64/17
endured [1] 68/4
enforcement [4] 16/16 37/9 42/6 49/7
enforcement's [1] 68/25
engage [3] 20/2 23/14 32/2
engaged [4] 11/6 18/18 20/4 56/1
engaging [3] 12/15 28/22 63/12
enhance [1] 37/6
enhancement [34] 9/23 9/23 9/25 10/19 10/21 10/22 11/10 11/22 11/23 19/13 19/15 19/20 20/25 21/2 29/25 30/12 31/2 31/4 31/12 31/13 31/15 31/19 31/20 32/21 32/22 33/24 34/10 34/11 39/5 39/6 39/8 39/9 39/10 39/12
enhancements [2] 7/12 21/13
enough [1] 66/11
67/24
enter [1] 29/3
entered [3] 40/21 74/13 74/19
entering [2] 40/16 49/15
enterprise [1] 65/1
enters [1] 29/4
entire [3] 58/8 58/9 58/14
entirely [2] 5/21 50/16
environment [2] 56/11 58/23
Epoch [2] 51/14
Epoch Times [1] 51/14
equally [1] 46/20
equity [1] 18/4
essence [1] 14/16
essentially [3] 18/4 35/10 70/11
establish [4] 14/1 23/17 31/1 69/24
established [1] 8/1
establishes [2] 8/3 34/17
estimation [1] 63/5
et [3] 71/21 72/8 73/6
et cetera [2] 71/21 72/8
eternally [1] 50/13
even [9] 18/12 20/3 20/14 30/25 53/12 55/4 62/24 65/17 66/24
events [7] 13/10 29/21 32/2 45/22 46/2 64/2 65/6
ever [3] 42/10 57/10 60/2
Everybody [1] 3/15
everyone [2] 40/1 61/4
everything [5] 13/13 33/17 35/8 57/14 57/14
everywhere [2] 8/16 24/14
evidence [36] 5/25 6/11 6/17 7/1 8/2 9/5 10/23 21/23 21/24 22/1 22/3 22/19 22/24 23/17 24/25 25/13 25/15 26/4 30/4 32/20 32/25 33/20 33/21 33/22 35/6 41/6 43/25 44/16 49/2 50/8 50/14 51/22 52/25 65/19 70/11 72/22
Evidence.com [1] 46/14
evil [1] 60/8
exactly [4] 16/19 17/14 23/10 37/1
examination [3] 20/18 33/10 36/25
example [2] 12/10 23/23 32/17
examples [1] 16/3
exception [3] 35/23 36/14 39/17
exceptionally [1] 15/15
exchange [3] 26/12
exchanged [1] 26/13
exculpatory [2] 19/10 19/11
excuse [7] 6/23 16/1 16/21 21/1 43/23 64/23 72/12
exercise [1] 31/24
exercising [1] 47/13
exhibit [2] 26/18 32/5
exhibited [1] 9/24
exhibits [1] 4/15
exist [1] 18/3
exists [1] 72/20
exonerate [1] 60/4
expect [2] 56/14 60/2
expectations [1] 69/25
expected [1] 66/24
explanation [1] 61/1
explicit [1] 32/16
explicitly [1] 32/18
express [1] 45/21
expressed [1] 68/15
expressly [1] 26/6
extended [2] 8/22 40/11
extensive [4] 31/5 39/7 54/8 54/16
extent [2] 57/8 60/10
extraordinary [1] 37/24
extremist [1] 71/2 71/7 71/20

**F**

F.3d [1] 35/14
face [3] 53/21 66/22 66/22
Facebook [2] 15/24 49/4
facilities [1] 75/7
fact [19] 8/23 8/25 11/8 16/13 19/5 20/14 21/3 22/23 22/24 23/4 25/15 30/8 34/7 34/13 35/10 37/8 43/8 43/25 54/15
factor [1] 6/18
factors [6] 12/13 31/22 43/7 54/5 61/22 62/2
facts [2] 12/7 21/15
factual [5] 4/1 5/5 5/9 7/19 30/16
fail [1] 47/7
failing [1] 55/1
Failure [1] 61/18
fair [3] 33/1 33/19 33/21
fairly [1] 42/24
fall [1] 53/8
false [1] 21/1
families' [1] 66/19
family [4] 18/18 50/3 50/5 57/11
fantastic [1] 43/3
fantastical [3] 43/24 44/5 44/12

**F**

far [3]  57/6 62/14 66/14
farm [2]  29/22 33/8
fashion [1]  54/7
fate [1]  41/24
fateful [1]  45/24
fault [1]  37/21
favor [1]  50/21
FBI [8]  11/2 15/18
16/23 29/18 33/17
36/22 36/23 36/24
fear [1]  55/2
fearful [1]  48/25
February [1]  16/22
federal [2]  17/23 70/2
feel [1]  46/20
feelings [2]  41/25
45/21
feels [1]  27/15
feet [1]  60/21
fence [1]  15/2
fervent [1]  47/11
few [5]  5/14 42/4 42/5
45/19 61/3
fiancée [1]  45/6
fiasco [1]  58/9
fight [5]  8/12 9/1 13/19
14/8 24/1
fighting [3]  6/8 9/6
9/14
figure [1]  67/8
figured [1]  46/15
file [2]  74/11 74/23
final [2]  6/5 39/1
financial [5]  73/10
73/11 73/12 73/23 74/3
find [3]  22/11 52/1 65/3
findings [3]  21/21
21/23 21/25
finds [1]  73/17
fine [4]  19/1 39/15
73/18 73/18
finely [1]  55/4
fingers [1]  56/3
finished [1]  49/10
fired [1]  46/25
firefighter [1]  67/15
first [4]  3/21 7/24 44/22
47/13
First Amendment [1]
47/13
five [1]  62/16
fixated [1]  60/7
flow [1]  44/4
focus [1]  6/6
focused [1]  25/8
foisted [1]  50/11
follow [2]  32/10 70/17
following [4]  10/7 29/4
38/2 69/21
follows [4]  22/20 38/4
39/2 66/25
fond [2]  50/2 50/6
foot [1]  65/6
force [10]  9/7 9/7 11/18
11/20 25/1 25/1 27/17
34/15 42/15 63/24
forced [1]  11/13

foreclosed [1]  35/13
foregoing [1]  77/3
foreign [1]  7/5
foreseeable [1]  22/17
forget [1]  66/7
forgot [1]  70/9
form [1]  15/21
formal [1]  26/21
formed [2]  22/21 64/23
forming [1]  6/1
forth [2]  61/23 61/25
forum [2]  55/9 57/17
forward [4]  7/7 29/7
32/9 37/3
found [3]  49/24 67/10
67/22
four [3]  15/14 31/15
31/18
four-level [2]  31/15
31/18
framework [3]  7/20 8/1
36/15
frankly [4]  55/1 65/4
66/13 67/16
freaked [1]  48/21
friend [1]  8/10
front [3]  2/3 6/12 15/20
fruit [1]  68/23
fruition [3]  6/7 34/7
34/8
fucker [2]  8/17 24/15
fulfill [1]  65/22
full [2]  49/14 74/4
fully [1]  41/1
function [1]  40/20
functionally [1]  72/12
functioning [1]  72/12
further [4]  10/15 52/10
69/15 71/22
furtherance [1]  21/4
Furthermore [2]  71/19
72/24
future [1]  44/10

**G**

gain [1]  55/19
gaming [2]  73/2 73/8
gas [2]  41/8 51/16
gassed [2]  11/14 52/2
gave [3]  16/24 16/24
34/21
gear [3]  10/5 15/19
29/18
general [4]  5/15 6/21
14/20 42/14
generally [2]  5/22 69/7
generates [1]  64/24
genuine [1]  68/15
genuinely [2]  68/16
68/17
get [7]  21/3 51/10 55/6
55/21 57/21 59/11
63/18
gets [4]  9/10 14/14
20/12 24/21
getting [1]  13/4
Ghraib [1]  59/5

give [3]  15/21 68/21
68/24
given [5]  5/12 36/14
38/24 39/22 50/9
glad [1]  58/25
Glover [1]  51/15
go [15]  3/21 4/8 5/11
11/1 14/12 15/2 25/24
31/25 33/8 46/7 48/20
61/12 62/12 65/18
67/12
goal [3]  6/6 20/13
20/16
goes [3]  27/18 32/23
36/1
going [28]  5/11 13/9
13/10 14/9 14/21 15/2
15/9 16/23 19/17 20/9
20/16 28/21 31/14
33/16 37/1 37/2 45/16
47/18 49/8 57/9 59/3
59/6 59/8 59/9 59/20
60/15 61/3 61/15
gone [5]  18/11 29/9
43/12 45/11 61/17
good [12]  3/2 3/12
3/13 7/14 7/15 20/5
25/6 46/10 47/6 48/5
57/3 76/19
good morning [2]  3/13
7/15
got [10]  11/14 12/25
17/7 18/6 25/7 42/2
46/15 57/5 65/14 67/19
GoToMeeting [4]  8/5
12/11 12/20 23/2
gotten [2]  16/2 18/9
governing [1]  5/10
government [37]  1/14
3/7 7/16 9/22 11/12
14/1 14/6 15/13 17/11
17/13 17/15 17/19
17/20 17/23 17/25
19/22 20/14 24/7 25/11
34/14 34/18 35/7 35/16
35/25 36/10 37/10 40/6
40/25 41/12 42/10
42/22 52/24 54/8 56/2
67/18 70/10 75/7
government's [5]  4/13
26/18 34/15 36/5 36/6
grand [1]  35/21
grasp [1]  15/17
grateful [1]  50/13
gratitude [1]  53/3
gravity [1]  66/1
great [2]  31/6 68/4
greater [5]  18/12 61/24
64/10 65/10 65/11
greatly [1]  52/15
Greene [2]  9/13 25/16
grenade [1]  51/16
grew [2]  50/6 67/1
grievance [1]  46/4
ground [1]  27/16
group [11]  13/6 28/16
29/4 29/9 38/13 38/24

groups [3]  13/16 38/15
38/19
guarding [1]  29/14
guide [1]  57/1
Guideline [7]  7/12 34/3
38/6 38/12 38/25 39/16
39/19
Guidelines [11]  4/3 4/5
21/12 21/12 29/24
30/24 38/2 38/3 39/1
39/20 61/21
guiding [1]  5/10
guilt [1]  36/2
guilty [4]  35/17 35/18
49/25 50/15
guns [1]  10/16
guy [1]  67/24

**H**

had [49]  7/2 10/16
13/21 13/22 16/10
16/13 18/10 19/5 20/10
20/15 22/21 23/10
23/13 25/2 25/2 29/9
29/20 30/15 30/16
33/21 35/15 35/16
35/19 40/21 42/2 46/16
49/1 50/3 50/18 50/25
51/5 51/21 53/9 54/13
55/9 55/14 55/17 55/25
56/6 57/16 58/6 59/8
59/8 59/12 60/2 66/8
66/16 66/17 66/17
Hale [1]  62/15
Hale-Cusanelli [1]
62/15
half [3]  41/18 42/8
56/17
hallway [15]  10/7 19/7
20/9 20/16 29/11 29/12
30/6 40/18 40/19 41/3
41/5 41/9 41/15 41/19
47/14
hamstrung [1]  37/19
hand [6]  7/9 8/12 8/12
24/1 24/1 32/9
handful [1]  62/14
hands [1]  25/6
happen [5]  14/13 27/24
56/2 56/15 66/24
happened [8]  16/11
51/24 56/13 58/14
58/16 59/21 66/15 69/3
happening [3]  14/21
28/25 57/8
happens [3]  21/19 60/5
60/12
happy [3]  11/24 45/15
67/10
hard [7]  6/13 15/17
15/22 51/7 59/15 68/11
69/9
harm [1]  13/19
harm's [1]  59/6
harmed [1]  53/17
harp [1]  60/9

Harrisburg [1]  2/3
has [55]  3/23 5/1 5/3
6/8 7/16 7/20 9/22 9/23
14/1 14/15 15/4 15/13
18/10 18/11 18/12
18/16 18/17 18/18
19/16 20/14 21/16
27/16 32/23 35/3 36/15
39/18 40/25 41/11
43/11 43/12 43/18
43/21 43/23 45/25 52/9
52/10 54/3 55/12 55/21
55/22 56/16 56/17
56/19 57/11 57/11
57/12 57/14 58/7 58/10
60/7 62/14 66/3 66/8
74/1 74/12
hateful [1]  55/15
have [81]
haven't [1]  9/11
having [6]  6/18 14/7
20/15 26/10 53/14
56/11 58/17 67/22
68/21
he [17]  27/12 27/15
27/16 28/7 28/8 35/15
35/17 35/18 35/19
35/19 43/16 48/6 51/16
52/4 53/19 53/20 67/11
He'll [1]  27/19
he's [4]  27/9 27/12
27/15 46/10
head [1]  57/21
headed [1]  29/10
health [3]  63/15 66/18
70/17
hear [8]  4/6 4/7 18/12
25/6 28/16 39/23 45/15
75/11
heard [8]  9/1 12/4
18/16 23/4 41/21 41/22
60/17 68/3
hearing [1]  48/22
heavily [1]  55/4
held [5]  35/22 40/19
47/18 53/6 68/6
hell [1]  27/18
helmet [1]  46/12
help [2]  25/7 57/21
helpful [1]  63/2
her [166]
here [22]  3/14 5/10
6/15 18/3 19/2 21/23
22/1 24/16 30/1 30/21
31/13 34/12 44/1 45/1
45/4 45/4 45/6 53/20
55/1 56/25 62/20 68/15
Here's [1]  16/25
heroes [1]  66/11
heroism [1]  66/22
herself [7]  22/23 35/6
37/9 44/12 56/7 57/6
57/10
Hey [1]  59/10
hide [1]  16/13
hierarchical [1]  32/18
hierarchy [1]  32/17
high [2]  30/22 67/3

**H**

**higher [2]** 17/17 17/18
**him [5]** 25/17 26/9 26/10 35/17 59/19
**his [11]** 23/11 27/9 27/19 27/23 45/6 46/12 46/12 46/13 51/15 53/20 57/12
**history [6]** 8/17 24/15 39/14 62/3 63/20 66/25
**hit [1]** 67/13
**hold [4]** 42/3 46/1 47/18 52/19
**home [1]** 11/1
**honestly [2]** 53/20 65/16
**Honor [30]** 3/2 3/16 3/17 4/23 4/24 5/3 7/14 12/2 12/5 15/6 16/21 19/14 19/15 19/16 44/21 45/2 45/17 45/20 52/21 53/15 53/22 54/2 54/17 56/5 56/20 56/24 57/13 58/25 61/14 75/5
**HONORABLE [2]** 1/9 61/9
**hopefully [3]** 45/11 45/12 50/20
**horizon [1]** 44/13
**horrible [1]** 59/24
**hotel [2]** 10/10 28/9
**hour [1]** 16/19
**hours [1]** 47/24
**House [1]** 11/14
**household [1]** 67/2
**how [11]** 3/20 9/2 15/22 18/2 28/21 43/7 47/1 47/11 48/7 58/19 60/6
**however [2]** 5/18 47/6
**Hughes [9]** 1/15 3/6 7/13 12/1 23/18 40/6 42/20 44/18 57/22
**human [2]** 43/9 68/2

**I**

**I accept [1]** 54/22
**I also [5]** 21/21 30/12 49/6 49/22 58/7
**I am [5]** 46/7 48/12 52/9 53/15 68/1
**I apologize [1]** 53/11
**I apologized [1]** 53/18
**I believe [4]** 19/3 36/24 46/3 56/21
**I believed [1]** 50/24
**I can [9]** 15/7 17/3 18/8 48/10 52/16 66/11 75/9 75/11 75/11
**I cannot [1]** 47/20
**I did [5]** 47/3 52/19 53/11 53/15 59/14
**I don't [17]** 14/17 15/6 19/4 19/16 19/21 20/21 20/24 30/21 31/15 31/18 36/9 37/5 38/25 65/5 65/18 66/10 75/8
**I don't have [1]** 11/25

**I have [7]** 5/8 6/10 19/17 37/14 45/23 53/13 55/23
**I honestly [1]** 53/20
**I just [1]** 37/17
**I know [7]** 19/14 19/15 37/17 38/22 46/17 51/7 67/12
**I mean [5]** 14/18 15/6 57/21 63/21 65/3
**I misspoke [1]** 26/3
**I respect [1]** 50/16
**I say [1]** 68/8
**I should [4]** 4/21 28/5 39/17 66/7
**I think [47]** 5/25 12/9 14/3 15/11 18/8 19/12 19/22 19/25 21/14 22/3 25/22 26/15 27/24 33/5 33/7 35/4 42/23 42/25 42/25 43/3 43/7 43/25 44/8 52/1 54/6 55/9 55/22 55/24 56/16 57/15 57/25 58/21 59/1 59/24 60/7 60/13 60/14 60/19 60/19 64/3 65/2 65/6 66/9 68/1 68/16 68/17 69/9
**I thought [5]** 12/17 12/22 59/19 60/17 61/14
**I understand [2]** 46/23 60/18
**I want [3]** 7/22 13/1 52/21
**I wanted [1]** 50/20
**I was [16]** 14/25 47/8 47/9 47/16 48/9 48/14 48/17 49/10 49/12 50/2 58/23 58/24 59/3 59/4 59/4 59/5
**I went [1]** 59/20
**I will [5]** 17/25 22/3 34/25 73/14 73/15
**I'd [1]** 57/13
**I'll [17]** 3/21 3/23 3/25 4/1 4/4 5/7 16/18 24/9 30/20 33/20 38/1 46/7 61/4 62/12 62/22 67/2 67/6
**I'm [29]** 4/21 5/11 7/2 11/24 12/17 13/4 19/1 24/9 25/4 26/2 31/14 34/3 37/19 38/22 45/15 46/6 46/19 47/2 48/7 50/1 50/13 53/16 53/19 58/25 59/3 59/6 60/15 61/3 67/10
**I'm not [4]** 5/11 31/14 59/6 60/15
**I'm not sure [2]** 25/4 34/3
**I'm sorry [3]** 12/17 26/2 53/16
**I've [17]** 3/21 4/11 5/13 5/24 18/1 18/9 19/20 21/14 30/4 46/5 46/15

**idea [5]** 15/14 20/6 24/25 46/16 58/9
**identify [1]** 45/1
**identity [3]** 16/14 56/14 68/9
**ideological [1]** 71/23
**idiot [3]** 47/17 47/18 59/12
**idiots [1]** 47/17
**IDs [1]** 16/24
**ills [1]** 60/14
**imagination [1]** 31/16
**imagine [1]** 66/16
**immediate [5]** 5/23 29/16 41/10 64/25 65/23
**immediately [5]** 28/14 56/15 71/8 71/25 73/24
**imminent [1]** 53/6
**impact [1]** 66/8
**impartial [1]** 53/2
**impeded [1]** 33/13
**impeding [1]** 47/14
**implications [1]** 43/13
**imply [1]** 43/20
**important [4]** 8/20 12/9 23/8 64/3
**importantly [1]** 25/4 27/11 66/6
**impose [6]** 31/15 31/18 34/24 34/25 43/22 61/24
**imposed [3]** 62/5 69/24 74/20
**imposition [1]** 73/18
**improper [1]** 51/22
**inability [1]** 54/4
**inaccurate [1]** 5/21
**inadvertently [2]** 71/6 71/23
**inappropriate [1]** 61/16
**inauguration [1]** 9/15
**incident [1]** 51/15
**inciting [1]** 42/7
**include [1]** 70/1
**includes [8]** 41/1 29/5 71/2 71/15 71/16 71/20 72/7 74/7
**including [7]** 21/13 27/3 29/16 30/11 36/18 36/22 73/2
**inconceivable [1]** 41/6
**inconsistent [1]** 27/22
**incorporate [2]** 21/21 30/21
**incorporated [1]** 22/2
**increases [1]** 64/12
**inculpatory [3]** 19/10 49/4 54/13
**indeed [2]** 9/24 46/2
**independent [1]** 30/18
**indicate [1]** 15/1
**indictment [1]** 17/5
**indignation [1]** 42/17
**indirect [1]** 33/25

**individual [2]** 30/25 56/9 64/11 65/12 71/2 71/8
**individually [2]** 65/15 65/16
**individuals [9]** 10/2 11/21 13/15 32/1 43/14 46/7 46/19 55/16 64/14
**infantry [1]** 59/14
**inferences [1]** 21/24
**influence [1]** 11/11 34/14 34/18
**information [6]** 17/1 19/11 54/13 73/10 73/11 73/12
**InfoWars [1]** 48/17
**initial [2]** 13/8 72/3
**injuries [2]** 30/10 42/8
**injury [4]** 25/23 30/2 30/8 39/4
**injustice [1]** 43/9 43/10 43/21
**injustices [1]** 43/16
**Inn [1]** 27/13
**inside [6]** 11/16 20/4 31/25 32/8 49/23 51/11
**Insofar [1]** 32/22
**inspirational [1]** 56/18
**inspired [2]** 18/2 46/24
**install [1]** 72/6
**installation [3]** 72/11 72/13 72/15
**instance [1]** 8/3
**instant [1]** 14/14
**instead [2]** 40/13 51/10
**instruction [1]** 10/15
**instructions [1]** 10/17
**insufficient [2]** 30/25 44/10
**intact [1]** 49/5
**intelligent [2]** 44/2 60/16
**intended [2]** 28/6 34/14
**intent [4]** 28/10 49/13 50/18 52/18
**intention [1]** 51/1
**intentional [1]** 40/17
**interact [2]** 70/25 71/7
**interacting [1]** 58/20
**interactions [1]** 50/2
**interactive [1]** 71/17
**interesting [2]** 58/21 60/18
**interference [2]** 30/13 39/6
**interfering [1]** 5/20
**Internet [1]** 67/22
**interrupt [2]** 18/19 51/1
**intimidation [3]** 11/12 34/15 34/19
**introduced [1]** 9/4
**invaded [1]** 48/23
**invading [1]** 7/5
**invasion [8]** 6/24 14/10 24/3 26/14 48/16 48/18 48/25 53/7
**investigating [1]** 69/1

**investigation [7]** 3/24 4/12 4/17 5/2 33/14 33/16 74/6
**invited [1]** 25/17
**invites [1]** 27/22
**involve [2]** 37/24 62/15
**involved [8]** 17/4 17/7 30/1 31/6 32/14 60/2 64/14 71/3
**involvement [3]** 12/8 14/19 57/12
**involves [1]** 38/15
**involving [2]** 17/5 62/21
**Iraq [3]** 59/4 59/18 59/21
**ironically [1]** 55/17
**irony [1]** 47/7
**is [180]**
**issue [1]** 12/12
**issued [1]** 47/24
**issues [3]** 5/14 50/3 56/15
**it [158]**
**It would be [1]** 59/2
**it's [37]** 5/20 8/13 8/15 12/9 13/10 15/17 16/8 17/17 17/17 20/5 23/9 24/2 24/13 26/15 27/14 31/18 33/1 35/3 38/7 38/9 38/10 41/6 45/16 47/22 51/4 51/5 51/23 51/24 54/6 60/14 60/15 60/18 64/3 68/13 68/13 68/18 69/11
**It's something [1]** 51/24
**its [6]** 8/7 36/10 54/4 72/13 72/14 72/22
**itself [2]** 16/5 54/11 68/4

**J**

**J6 [2]** 16/7 49/6
**JAG [1]** 59/3
**JAG officer [1]** 59/3
**jail [1]** 46/14
**January [33]** 6/6 9/19 22/10 25/24 26/1 26/2 27/6 27/22 28/12 29/17 29/21 29/22 32/2 40/8 40/8 40/8 40/16 41/7 42/4 42/6 42/7 42/17 45/22 46/2 47/3 48/2 48/15 49/10 52/8 52/11 52/14 57/23 58/14
**January 3rd [1]** 26/1 26/2
**January 6th [25]** 6/6 22/10 25/24 27/22 28/12 29/17 29/21 29/22 32/2 40/8 40/8 40/16 42/6 42/7 42/17 45/22 46/2 47/3 48/2 48/15 52/8 52/11 52/14 58/14
**jcrisp [1]** 2/4
**Jeffrey [2]** 1/14 3/5

**J**

Jeffrey Nestler [1] 3/5
jeffrey.nestler [1] 1/20
Jensen [1] 62/15
JESSICA [8] 1/6 3/4 10/3 10/9 40/7 43/15 43/16 56/22
Jessica Watkins [5] 3/4 10/3 10/9 43/15 43/16
Jessica Watkins' [1] 40/7
job [5] 59/13 59/22 60/4 66/20 68/25
Joe [1] 44/4
Joe Biden [1] 44/4
join [1] 40/21
joined [4] 8/4 26/7 59/10 67/3
joint [1] 20/5
jointly [3] 7/10 21/10 22/15
Jonathan [2] 2/2 3/8
Jonathan Crisp [1] 3/8
Jones [2] 48/17 67/21
journey [7] 18/9 18/13 18/14 55/12 55/21 68/7 68/14
JUDGE [2] 1/10 45/13
judged [1] 53/5
judgment [4] 53/4 63/16 69/11 74/13
June [1] 77/7
jurisdiction [2] 73/15 73/16
jury [8] 18/6 21/4 35/21 41/24 49/24 50/2 50/7 55/5
just [41] 3/19 3/21 3/25 4/10 5/5 5/14 5/15 5/23 6/21 8/16 9/11 15/8 20/19 22/3 24/13 26/5 29/15 37/17 39/17 39/23 44/16 44/25 47/16 48/7 53/11 53/20 57/5 57/19 57/21 61/4 61/11 61/18 62/6 62/12 63/11 65/6 65/15 65/24 68/13 68/14 75/11
justice [4] 30/14 32/22 33/14 56/19
justification [2] 47/12 47/14
justified [1] 44/6
justifies [1] 22/4

**K**

Kathryn [2] 1/14 3/5
Kathryn Rakoczy [1] 3/5
kathryn.rakoczy [1] 1/19
keep [1] 27/4
Keeper [5] 8/16 22/23 24/13 26/9 26/11
Keepers [11] 8/22 12/15 13/6 14/20 22/22 26/21 31/25 47/1 49/10

Keepers' [2] 26/6 40/11
keeping [1] 25/9
Kelly [1] 65/5
Kelly Meggs [1] 65/5
kept [5] 16/6 16/10 33/10 66/12 66/13
Kevin [1] 46/9
key [1] 33/21
Khatallah [1] 8/2
kick [1] 13/10
kicked [1] 9/12
kind [7] 18/24 30/24 38/1 56/3 62/21 63/12 69/8
kinds [1] 62/9
knew [5] 8/6 20/16 23/9 25/16 29/9 36/22 37/1
know [30] 7/1 13/17 16/14 18/9 19/14 19/15 20/25 26/13 26/25 33/1 33/4 34/11 37/17 38/22 46/17 51/7 58/18 59/16 59/19 60/21 62/19 63/22 65/18 65/19 66/6 66/15 67/12 67/20 67/21 68/1
knowing [1] 11/2
knowledge [1] 22/10
known [5] 33/15 55/23 70/25 71/1 71/7
knows [2] 42/9 42/11

**L**

lack [3] 14/19 57/23 68/12
lacked [1] 65/25
laid [1] 7/21
landscape [1] 43/4
language [1] 30/22
laptops [1] 72/7
large [2] 50/1 62/21
last [3] 14/22 53/5 56/17
lasting [1] 43/13
Lastly [1] 52/21
later [5] 6/20 16/7 42/4 42/5 51/17
law [12] 16/16 36/16 37/6 37/9 42/5 49/7 52/19 52/23 62/6 63/10 68/24 69/7
lawful [1] 5/16
lead [1] 44/5
leader [3] 12/14 31/12 57/1
leadership [10] 9/23 10/19 12/13 12/14 22/6 26/23 27/23 27/23 32/19 33/4
leading [1] 11/16
Leah [5] 9/9 12/10 12/17 12/19 26/12
learn [1] 60/6
learned [1] 57/14
least [4] 31/17 36/25

leave [5] 11/17 29/17 33/19 35/6 61/18
leaves [4] 28/5 29/21 33/7 33/7
leaving [1] 15/17
led [2] 10/13 65/21
left [11] 10/14 10/25 11/2 11/5 29/23 33/11 33/17 37/20 49/5 49/7 67/5
legal [2] 54/4 54/23
legality [1] 50/25
length [3] 28/19 54/10 59/21
less [6] 23/6 23/15 34/25 51/17 62/16 62/16
less-lethal [2] 23/6 23/15
let [7] 4/10 5/5 5/13 17/25 57/19 61/11 63/18
Let's [4] 8/17 13/22 24/11 24/14
lethal [2] 23/6 23/15
letter [3] 45/20 52/7 52/23
letters [1] 4/18
level [24] 10/22 17/18 29/25 30/12 31/4 31/13 31/15 31/16 31/18 31/20 34/20 34/21 34/23 34/24 34/24 34/25 39/3 39/5 39/6 39/8 39/9 39/10 39/12 39/13
levels [1] 12/7
levy [1] 53/4
life [6] 42/24 45/7 56/6 67/7 67/11 67/15
lighting [1] 49/9
like [16] 4/2 7/12 11/15 13/18 15/24 16/1 17/24 40/20 41/16 41/22 44/21 48/13 50/5 53/6 66/16 71/16
likelihood [1] 64/12
likely [1] 64/21
limited [4] 25/15 30/9 63/23 64/19
line [19] 5/12 5/12 6/12 14/14 28/14 29/1 29/3 29/13 30/6 32/6 46/10 48/2 51/13 51/18 54/21 59/3 59/14 60/10 67/19
Line 1 [3] 28/14 29/1 32/6
link [1] 43/1
listening [1] 23/10
literature [1] 71/21
little [7] 7/7 10/17 19/2 36/8 42/1 42/2 46/8
LLC [1] 2/2
loaded [1] 9/2
loathing [1] 55/15
local [1] 70/2
located [1] 71/4

long [3] 48/4 48/9 55/21
longer [2] 45/4 49/11 61/15
look [9] 12/7 14/3 17/10 37/19 50/14 58/2 58/8 62/19 65/4
looked [1] 17/8
looking [4] 7/2 15/13 46/14 58/12
lot [9] 12/7 52/2 52/2 59/20 60/10 61/15 63/1 68/5 68/18
Louis [2] 1/16 3/6
Louis Manzo [1] 3/6
Louisville [2] 22/25 25/17
love [1] 52/17
loved [1] 67/25
loves [1] 67/11
luck [1] 76/19
Lustig [2] 2/5 3/9
Lyon [1] 62/15

**M**

ma'am [1] 76/19
mace [1] 24/20
made [13] 33/25 35/3 41/24 48/6 48/14 49/3 51/20 51/21 55/16 55/22 55/24 73/20 74/2
MAGA [2] 13/13 13/24
magnitude [1] 16/10
maintain [1] 73/15
majority [1] 36/17
make [14] 4/2 8/17 21/23 21/25 24/9 24/15 28/10 53/14 67/11 70/8 75/4 75/6 75/8 75/12
makes [6] 36/7 36/9 60/23 64/17 64/21 68/11
making [4] 13/5 18/25 53/16 68/24
malfeasance [1] 48/3
manager [1] 31/14
mandatory [2] 69/21 70/1
manhunt [1] 16/17
manner [1] 72/24
many [7] 42/25 47/1 56/20 57/3 59/9 64/6 65/2
Manzo [2] 1/16 3/6
march [6] 13/13 13/16 13/24 16/23 23/24 31/25
marched [1] 8/10
marine [1] 60/12
mask [1] 72/25
masses [1] 51/10
massive [1] 50/8
material [3] 29/3 36/9 71/24
materials [1] 4/11
matter [4] 36/16 37/6 47/11 77/4

maximum [1] 39/18
may [20] 1/5 6/14 13/3 13/19 17/11 19/5 19/22 24/3 24/4 51/7 54/16 57/1 57/2 62/25 72/17 72/19 73/12 73/20 74/8 74/23
Maybe [3] 67/20 68/13 68/13
me [38] 4/10 5/5 5/13 6/23 15/7 15/17 16/1 16/18 16/18 16/21 17/19 21/2 42/22 45/25 46/1 46/13 46/17 46/25 48/4 48/7 49/24 51/8 52/15 52/19 53/4 53/7 57/19 57/21 58/21 59/2 59/9 59/13 61/11 63/18 64/23 68/11 70/10 72/12
mean [8] 7/4 7/5 14/18 15/6 18/19 57/21 63/21 65/3
meander [1] 41/4
means [2] 27/1 67/2
meant [2] 18/15 43/25
mechanical [1] 2/11
media [11] 16/14 49/5 54/12 71/12 71/12 71/13 71/15 71/15 71/20 71/20 71/21
medic [4] 14/22 14/22 57/3 67/15
medical [1] 62/9
meet [2] 13/21 37/22
meeting [1] 8/1
Meggs [5] 7/21 31/17 34/21 34/23 65/5
MEHTA [1] 1/9
member [4] 22/5 26/8 40/10 70/25
members [5] 25/15 25/15 38/16 50/22 51/3
memo [4] 4/15 17/22 19/20
memorandum [2] 4/13 4/17
mental [4] 41/16 51/8 63/15 70/17
mentions [1] 27/12
merely [1] 47/13
merit [2] 2/7 9/25
merited [4] 7/18 10/20 10/22 11/9
message [9] 14/24 23/13 24/10 25/5 26/17 27/7 27/8 33/5 69/5
messages [7] 9/5 15/24 16/7 26/10 26/25 49/4 49/5
messaging [1] 23/11
met [2] 41/8 43/15
methods [1] 70/16
Michael [1] 25/16
Michael Greene [1] 25/16
middle [1] 48/24
might [6] 23/21 27/3

**M**

might... [4] 30/23
37/25 44/12 59/19
military [5] 17/24 37/13
37/21 37/23 37/25
militia [3] 22/22 23/24
67/17
Militia Brendan [1]
23/24
Million [2] 13/13 13/24
Million MAGA March
[2] 13/13 13/24
mind [3] 9/10 9/20 24/5
mindset [1] 59/12
mine [1] 55/2
minimize [1] 43/11
minimum [2] 23/19
25/17
minute [4] 14/14 14/22
minutes [4] 39/24
39/25 61/4 61/5
missing [1] 4/21
mission [5] 8/16 24/14
26/6 26/6 40/12
misspoke [2] 26/3
38/10
mixed [1] 17/24
mobile [3] 72/7 73/2
73/8
model [1] 68/7
modest [1] 67/1
moment [7] 8/23 20/1
47/3 47/13 54/17 62/23
67/6
momentarily [1] 33/20
monitoring [6] 72/2
72/5 72/6 72/11 72/11
72/14
Montana [1] 11/6 57/12
Montana Siniff [1]
11/6
month [1] 69/15
months [7] 57/13
61/21 62/16 67/5 69/13
69/14 69/14
monumental [1] 50/11
more [24] 10/8 13/5
14/3 19/10 19/17 24/16
25/8 25/13 30/5 38/17
43/3 43/5 44/1 44/16
53/12 54/9 64/17 64/21
65/6 65/20 65/20 65/20
68/11 68/25
Moreover [1] 10/8
morning [7] 3/2 3/12
3/13 3/15 3/20 7/14
7/15
most [9] 10/2 22/19
28/19 30/24 41/14
43/10 49/3 54/13 60/15
mother [2] 8/17 24/15
motion [1] 29/7
motivation [2] 9/17
9/20
motives [1] 13/20
move [7] 7/7 28/15
28/16 28/17 28/17 32/6
39/22

movement [2] 24/16
32/14
movie [1] 51/21
moving [3] 32/7 32/9
37/2
Mr. [55] 3/19 3/23 4/25
5/7 6/10 6/17 7/6 7/21
7/21 8/21 12/3 14/23
18/20 21/7 23/3 23/5
63/13 63/14 63/20 64/4
26/8 27/8 27/12 27/21
28/4 28/7 28/13 29/5
29/5 29/18 29/22 31/17
31/17 32/19 32/24 33/2
33/6 33/8 34/20 34/21
34/23 35/3 35/9 37/12
37/17 44/20 44/25 45/6
45/10 54/1 57/19 61/12
66/20 70/9 75/3
Mr. Caldwell [2] 27/8
27/12
Mr. Caldwell's [3] 28/4
29/22 33/8
Mr. Crisp [21] 3/23
4/25 5/7 6/10 7/6 12/3
18/20 21/7 25/20 29/18
35/3 35/9 37/12 44/20
44/25 54/1 57/19 61/12
66/20 70/9 75/3
Mr. Crisp's [1] 3/19
Mr. Crowl [5] 24/8
24/12 26/8 29/5 32/19
Mr. Meggs [4] 7/21
31/17 34/21 34/23
Mr. Parker [1] 28/7
Mr. Rhodes [8] 7/21
23/5 23/10 28/13 31/17
33/6 34/20 37/17
Mr. Rhodes' [5] 6/17
8/21 23/3 32/24 33/2
Mr. Siekerman [2]
14/23 27/21
Mr. Siniff [2] 45/6
45/10
Mr. Young [1] 29/5
Ms. [66] 3/13 3/15 3/20
3/23 4/7 4/19 5/1 5/16
5/17 6/8 6/11 6/18 6/22
7/2 7/13 7/17 8/4 8/9
8/20 11/19 12/1 21/16
22/5 22/9 22/21 23/4
23/18 24/8 25/23 28/16
29/6 29/7 30/1 30/5
30/15 31/6 34/16 34/22
36/4 37/8 37/20 39/14
39/23 40/6 40/25 42/14
42/20 43/18 44/18 45/3
45/14 53/23 57/22
62/18 63/3 63/13 63/14
63/20 63/22 64/4 66/2
68/1 69/9 74/10 74/25
76/19
Ms. Hughes [7] 7/13
12/1 23/18 40/6 42/20
44/18 57/22
Ms. Parker [1] 29/6
Ms. Watkins [47] 3/13

5/17 6/8 6/11 6/18 6/22
7/2 7/17 8/4 8/9 8/20
21/16 22/5 22/21 23/4
24/8 28/16 29/7 30/1
30/15 31/6 34/22 36/4
37/20 39/14 39/23
40/25 42/14 43/18
45/14 53/23 62/18
63/13 63/14 63/20 64/4
66/2 68/1 69/9 74/10
74/25 76/19
Ms. Watkins' [10] 3/20
4/19 11/19 22/9 25/23
30/5 34/16 37/8 63/3
63/22
Ms. Wintermeyer [1]
45/3
much [10] 14/3 17/17
17/18 17/21 19/2 24/16
46/13 52/16 55/10
76/18
multiple [5] 16/22 17/1
20/15 21/17 26/13
muscled [1] 11/15
must [23] 8/3 46/1
52/19 61/22 62/2 70/3
70/5 70/7 70/14 70/17
70/24 71/8 71/10 71/12
71/13 71/19 71/24 72/3
72/5 72/16 72/24 73/9
74/11
mutual [2] 6/2 27/2
my [67] 5/10 5/10 9/10
15/1 16/25 17/22 19/19
19/20 21/21 32/18
35/12 37/14 44/22
44/25 45/4 45/21 45/21
45/23 45/23 46/14
46/21 46/23 47/6 47/7
47/11 47/13 47/15
47/16 47/20 47/21 48/1
48/9 48/11 49/1 49/6
49/7 49/8 49/13 49/14
49/21 49/24 50/1 50/18
51/3 51/8 51/8 51/10
51/20 51/23 51/23 52/5
52/13 52/15 52/17
52/18 53/3 53/3 53/7
53/7 55/2 57/21 59/13
59/18 59/18 61/4 63/2
63/5
myself [2] 47/23 48/10

**N**

name [2] 23/23 46/9
named [1] 26/17
nature [7] 34/12 43/9
50/9 52/10 56/15 62/2
63/19
necessarily [2] 17/17
75/8
necessary [3] 27/5
61/25 74/9
neck [1] 9/11
need [9] 21/9 30/4
34/24 38/25 62/4 62/10
65/18 67/24 69/7

needed [6] 9/22 26/13
27/5 49/11 50/24 62/8
needs [1] 66/4
Nestler [2] 1/14 3/5
never [21] 8/13 14/5
15/14 20/14 20/18 24/2
25/22 40/25 41/1 43/14
43/15 46/5 49/6 51/25
52/18 58/18 58/18 59/5
59/19 69/8 69/8
never was [1] 51/25
nevertheless [4] 24/4
26/15 28/9 36/1
New [1] 11/3
New Yorker [1] 11/3
next [2] 27/24 27/25
nice [2] 45/10 50/4
night [6] 8/14 9/6
13/18 24/10 24/20
48/24
no [35] 1/4 4/23 6/10
6/17 8/11 9/16 10/4
10/24 11/10 11/17 13/4
13/12 16/16 19/1 20/11
23/25 29/19 30/5 30/16
32/25 37/21 41/4 41/23
45/4 46/16 47/11 47/11
47/14 49/11 50/19
50/25 57/4 60/2 66/23
75/5
No. [1] 3/3
nobody [1] 65/4
nondescript [1] 28/23
none [1] 9/10
noose [1] 9/11
normally [1] 64/17
North [1] 2/3
Northwest [1] 73/25
nose [1] 46/12
not [118]
notable [1] 23/2
notably [1] 10/2 25/20
28/19
note [3] 39/11 39/17
54/15
Note 4 [1] 39/11
noted [2] 35/1 35/9
notes [1] 37/14
nothing [3] 13/21 16/8
20/7 28/14 49/2 50/10
56/17
notice [1] 74/12
noticeably [1] 32/6
notifications [1] 16/9
notify [1] 74/2
notwithstanding [2]
36/15 66/2
November [17] 5/24
6/4 6/4 8/5 8/9 8/14
8/19 8/25 12/18 12/22
23/1 23/19 23/24 25/4
25/10 25/12 25/21
November 9th [5] 8/5
8/9 8/14 8/19 23/24
now [25] 8/13 9/22
14/15 15/7 18/8 18/25
21/22 24/2 41/18 42/9
42/11 45/24 46/17

27/5 49/11 50/24 62/8
49/19 50/24 57/8 57/11
63/13 63/18 66/9 67/1
now-over-never [1]
24/2
nub [1] 63/18
number [4] 12/12
50/15 56/7 57/2
numbers [2] 54/16
55/17
NW [2] 1/17 2/9

**O**

Oath [18] 8/16 8/22
12/15 13/6 14/20 22/22
22/23 24/13 26/6 26/9
26/11 26/21 31/25
40/11 47/1 49/10 54/10
58/13
Oath Keeper [5] 8/16
22/23 24/13 26/9 26/11
Oath Keepers [11]
8/22 12/15 13/6 14/20
22/22 26/21 31/25 47/1
49/10 54/10 58/13
Oath Keepers' [2] 26/6
40/11
oaths [1] 66/12
obfuscate [1] 11/7
object [4] 11/17 31/10
34/1 64/13
objected [2] 59/8 59/8
objection [1] 5/15
objections [4] 4/16
50/23 51/1 75/3
objective [5] 9/7 9/16
38/18 40/11 40/12
objectives [3] 8/22
8/22 61/25
objector [1] 59/10
obligation [1] 74/4
obligations [1] 73/23
obsessed [1] 48/18
obstruct [6] 14/16 22/7
49/13 50/18 59/19
70/16
obstructed [1] 33/13
obstruction [12] 15/22
16/3 19/14 19/8 19/12
20/25 21/2 29/25 32/22
32/12 39/10 55/3
obstructionist [2]
15/23 20/8
obstructive [2] 49/15
49/21
obviously [6] 25/22
31/6 33/9 60/17 63/3
63/8
occasionally [1] 43/10
occur [2] 18/3 44/16
occurred [4] 12/11
17/2 25/22 30/19
occurring [1] 16/12
off [6] 10/24 11/4 13/10
13/19 46/7 46/11
offense [18] 11/10 22/4
38/14 38/20 38/21 39/3
39/7 39/9 39/13 49/24

**O**

**offense... [8]** 62/3 62/5 62/7 62/24 63/9 63/9 63/19 64/25

**offenses [1]** 50/15

**offensive [1]** 25/2

**offer [1]** 35/25

**offered [1]** 17/13

**offers [1]** 35/24

**office [13]** 1/16 3/9 23/22 25/9 27/4 69/23 70/20 71/14 73/9 73/12 73/13 74/5 74/7

**Office's [1]** 4/12

**officer [22]** 2/5 30/11 40/20 41/21 41/22 46/9 46/10 51/14 52/6 53/18 59/3 59/3 60/3 63/25 66/24 71/6 71/9 71/11 71/25 72/3 72/5 72/19

**Officer Owens [4]** 30/11 40/20 41/21 53/18

**Officer Salke [1]** 41/22

**Officer Thau [1]** 52/6

**officers [17]** 5/20 29/13 30/6 30/11 32/15 40/19 40/21 41/9 41/16 41/22 42/2 46/6 46/19 47/14 49/22 52/2 66/17

**official [4]** 2/8 22/7 49/13 50/18

**often [2]** 56/19 64/16

**oh [1]** 61/11

**Ohio [7]** 10/14 10/25 22/21 25/18 28/5 33/7 67/17

**Ohio State Regular [1]** 22/21

**Ohio State Regulars [1]** 67/17

**okay [14]** 4/9 12/3 12/21 12/25 13/2 15/12 40/5 44/18 44/23 54/1 60/17 61/3 61/20 75/10

**old [3]** 26/23 33/4 67/1

**Old Leadership [2]** 26/23 33/4

**once [7]** 6/5 28/13 29/3 29/3 32/8 42/5 67/12

**one [22]** 8/23 11/20 12/22 15/17 17/5 23/9 25/1 27/15 35/4 35/15 35/20 40/12 42/24 53/5 54/16 57/20 64/18 66/16 66/23 67/8 75/1 75/6

**one's [1]** 15/17

**ones [3]** 66/12 66/13 67/25

**online [4]** 71/11 71/17 73/1 73/2

**only [15]** 10/10 18/13 27/23 27/23 28/2 33/22 33/25 52/9 53/10 55/13 63/5 63/23 65/11 66/16 72/20

**op [2]** 22/25 27/22

**operand [2]** 48/3 76/20

**operations [1]** 49/12

**opportunities [1]** 20/15

**opportunity [5]** 6/5 15/10 18/20 18/24 20/1

**oppose [1]** 6/22

**opposed [1]** 5/22

**opposite [1]** 65/24

**options [1]** 69/23

**order [6]** 21/10 50/25 61/10 62/12 63/17 72/1

**ordered [4]** 51/15 52/4 73/19 73/20

**ordering [1]** 28/16

**organization [2]** 26/23 71/1

**organizer [1]** 31/12

**organizing [1]** 25/14

**original [2]** 64/22 67/16

**OSRM [7]** 12/16 14/9 25/14 25/15 26/8 26/15 57/5

**OSRM's [1]** 26/6

**other [25]** 10/2 13/15 13/15 13/19 15/19 22/12 24/17 24/24 26/16 27/1 29/9 29/10 31/21 33/11 41/4 42/25 50/3 57/4 59/14 62/20 67/14 67/23 70/2 71/14 72/16

**others [27]** 5/8 5/13 10/11 14/8 14/15 15/24 16/1 25/18 29/15 30/7 31/24 32/3 32/13 34/25 40/14 43/4 43/10 43/22 44/7 48/10 59/7 64/1 64/5 65/21 65/21 66/8 68/7

**otherwise [5]** 30/23 31/4 37/25 70/25 71/7

**ought [1]** 63/8

**our [9]** 9/11 24/21 41/5 43/18 43/19 43/23 49/16 50/7 67/18

**out [18]** 7/21 13/13 13/24 20/12 25/11 25/16 25/21 29/19 34/2 36/24 46/15 48/21 49/3 62/14 67/8 68/6 69/3 69/4

**outlined [1]** 8/1

**outset [2]** 5/8 70/9

**outside [3]** 24/21 34/9 71/4

**over [12]** 3/21 5/13 9/24 15/14 24/2 31/24 50/5 51/4 51/5 55/4 56/13 73/16

**overcome [1]** 68/5

**overly [1]** 53/1 59/6

**overnight [1]** 56/2

**overstate [1]** 47/20

**overthrow [1]** 14/6

**Owens [6]** 30/11 40/20 41/17 41/21 43/15

**P**

**own [15]** 7/25 9/20 10/10 11/13 22/10 29/15 30/5 37/22 42/8 45/5 47/7 48/9 56/14 18/18 66/19

**p.m [1]** 28/13

**PA [1]** 2/3

**packets [1]** 59/10

**page [2]** 54/21 54/21

**paid [1]** 74/4

**pains [2]** 52/15 53/12

**paints [1]** 13/25

**Panama [1]** 48/20

**Panama Canal [1]** 48/20

**pandemic [1]** 67/13

**par [1]** 34/22

**paragraph [2]** 5/11 5/11

**paranoid [1]** 48/25

**parents [1]** 56/7

**Parker [6]** 10/4 10/6 28/7 29/6 29/6 32/3

**Parkers [1]** 10/3 26/20 65/7

**Parkers' [1]** 14/25

**Parler [4]** 16/25 26/7 33/10 49/4

**parse [5]** 54/24 60/22 73/23 75/2 58/18

**part [13]** 14/9 19/22 23/21 25/23 28/10 29/1 29/13 38/18 59/22 60/4 68/13 68/14 69/5

**participant [1]** 23/1

**participate [4]** 22/24 26/5 55/18 70/17

**participated [1]** 64/2

**participation [5]** 8/7 8/19 11/7 45/21 70/21

**particular [4]** 8/3 12/21 27/7 64/20

**particularly [4]** 23/2 27/4 53/1 69/9

**partisan [1]** 52/10

**partnership [1]** 64/10

**Parts [1]** 69/23

**Parts D [1]** 69/23

**party [1]** 24/11

**password [2]** 11/5 15/18

**passwords [1]** 16/24

**past [2]** 57/23 62/19

**path [2]** 10/13 64/15

**Patriots [2]** 8/16 24/14

**patting [1]** 47/1

**Paul [1]** 27/9

**Paul Stamey [1]** 27/9

**Pause [1]** 61/13

**pay [2]** 69/18 73/18

**payable [1]** 73/24

**peaceful [3]** 8/24 40/13 46/4

**Pence [2]** 28/13 51/4

**pending [1]** 36/18

**penetrated [1]** 40/18

**Pennsylvania [1]** 19/24

**people [15]** 13/19 13/23 27/10 42/3 45/7 46/24 47/1 47/4 53/16 54/10 57/4 66/9 67/16 68/8 72/16

**per [1]** 69/19

**perceived [2]** 13/14 58/1

**Percenters [2]** 8/17 24/14

**perceptions [1]** 44/9

**perhaps [6]** 36/20 36/23 43/5 43/8 64/1 65/21

**period [3]** 56/13 63/24 67/7

**periodic [2]** 70/6 72/4

**permission [2]** 74/23

**person [4]** 3/10 24/19 30/2 67/10

**personal [1]** 18/13

**personally [2]** 22/23 43/12

**persons [2]** 71/2 71/4

**perspective [1]** 35/12

**persuasive [1]** 35/4

**pertains [1]** 14/1

**Peru [1]** 48/19

**perverted [1]** 67/20

**Peterson [1]** 48/5

**phone [15]** 6/20 10/24 10/25 11/4 15/18 16/2 16/8 29/18 29/23 33/7 49/6 49/7 49/8 57/22 71/13

**photos [2]** 49/6 71/21

**physical [7]** 9/5 30/2 30/8 30/10 39/4 41/14 41/16

**physically [1]** 53/17

**piece [1]** 33/21

**pile [1]** 15/20

**pipe [1]** 46/11

**place [3]** 63/4 67/9 68/21

**placed [3]** 53/11 53/14 54/9

**placement [1]** 70/5

**Plaintiff [1]** 1/4

**plan [3]** 9/21 28/21 38/18

**planning [6]** 25/19 27/24 31/5 31/7 31/8 39/7

**plans [1]** 51/9

**play [2]** 24/16 55/10

**plea [1]** 17/12

**plead [6]** 17/13 17/25 35/8 35/17 35/24 68/22

**pleaded [1]** 35/18

**please [1]** 4/25

**pleased [1]** 50/1

**pled [1]** 62/14

**plenty [1]** 16/3

**plot [1]** 5/16

**point [10]** 6/13 8/20

**Pennsylvania [1]** 17/9 19/15 21/3 32/21 33/1 33/15 75/4

**pointed [2]** 20/14 25/11 25/21 62/14

**points [1]** 29/19

**police [20]** 6/9 29/2 30/6 32/15 42/2 42/7 46/6 46/10 46/18 49/18 51/12 51/14 51/18 51/22 52/2 58/20 60/3 63/25 66/16 66/23

**political [5]** 18/14 42/16 43/4 68/10 68/10

**politics [1]** 52/10

**pool [1]** 9/4

**poor [1]** 42/1

**positing [1]** 6/22

**position [6]** 36/21 53/13 54/9 56/9 57/10 64/5

**possess [3]** 70/3 71/20 71/24

**possession [1]** 54/14

**possible [1]** 64/17

**poster [2]** 58/12 58/13

**postponed [1]** 70/12

**posts [1]** 49/5

**potential [2]** 62/17 64/10

**power [6]** 5/17 6/3 6/23 7/4 8/24 40/13

**powers [1]** 7/5

**precedent [1]** 35/13

**precise [1]** 62/25

**precisely [1]** 65/3

**predicted [1]** 28/14

**pregnant [1]** 59/18

**prejudicial [1]** 53/1

**premonitions [1]** 44/14

**preparation [4]** 31/5 31/7 31/9 39/8

**prepare [1]** 24/5

**prepared [8]** 3/15 8/12 9/1 9/6 9/7 23/14 24/1 35/8

**preparing [2]** 23/18 25/19

**preponderance [3]** 21/23 21/25 32/20

**presence [4]** 46/23 49/14 49/17 49/21

**present [3]** 14/25 19/12 31/22

**presented [2]** 22/12 50/8

**presentence [6]** 3/24 4/11 4/17 5/2 69/24 74/5

**presents [1]** 64/10

**presided [1]** 5/13

**presidency [1]** 44/15

**president [6]** 6/23 6/23 23/22 25/7 25/9 27/4

**President Biden's [1]** 6/23

**President Trump [3]** 23/22 25/9 27/4

**P**

pretty [1] 12/7
Prettyman [1] 2/8
prevent [2] 6/3 37/2
preview [1] 3/19
previously [2] 28/3
45/23
primary [1] 19/19
prior [2] 12/11 72/10
Prisons [1] 69/12
private [1] 41/25
probability [1] 64/14
probably [4] 17/16
20/5 46/24 46/25
probation [18] 2/5 3/9
4/12 69/23 70/19 70/20
71/5 71/9 71/10 71/14
71/25 72/3 72/5 72/19
73/9 73/12 74/5 74/7
Probation Office [1]
73/12
probative [1] 53/2
problem [2] 52/13
52/18
problematic [1] 56/23
problems [1] 52/2
proceed [2] 3/15 5/7
proceeding [3] 22/7
49/14 50/18
proceedings [10] 1/9
2/11 3/11 30/16 30/19
37/2 56/20 75/13 76/22
77/4
process [3] 42/16 58/8
68/13
processes [1] 55/13
produced [1] 2/11
products [1] 73/5
professional [1] 67/14
proffer [6] 17/11 17/12
17/13 20/15 41/11 54/8
proffered [1] 15/14
proffers [4] 17/2 17/5
17/8 40/25
program [2] 70/18
70/22
programming [1] 56/1
prohibited [2] 70/15
72/10
promote [2] 62/6 63/10
promotes [1] 71/22
prompted [1] 49/18
pronounce [1] 69/10
proper [1] 7/9
property [1] 30/3
propriety [1] 23/6
prosecution [3] 17/20
47/21 53/9
prosecutions [1] 18/2
protect [2] 13/22 62/7
protected [2] 46/3 48/3
protecting [1] 12/4
protest [3] 13/23 46/4
51/11
protesters [3] 13/15
24/17 49/16
ProtonMail [2] 11/5
16/13

**Q**

proved [1] 53/2
provide [7] 4/2 51/9
62/6 62/8 63/11 70/10
73/9
provided [3] 16/25
34/20 54/11
provider [1] 70/21
provides [1] 62/13
providing [1] 73/7
PSR [1] 5/9
psychologically [1]
56/9
PTSD [2] 42/2 59/17
public [3] 62/8 64/11
75/8
pull [1] 58/11
punished [3] 46/7
46/19 53/10
punishment [2] 62/6
63/11
purpose [5] 28/2 37/1
41/4 64/22 67/17
purposeful [1] 65/21
purposes [8] 21/11
25/2 26/7 37/7 64/16
65/22 68/11 74/25
pursuant [2] 72/18
72/19
push [7] 20/10 20/10
20/10 32/12 32/12
32/12 58/11
push/pull [1] 58/11
pushing [4] 29/12
29/15 30/6 40/18
put [9] 16/9 28/5 36/10
57/10 58/10 59/9 59/17
60/21 66/18
puts [2] 56/9 68/20

**Q**

QRF [9] 10/10 24/20
24/22 24/23 24/25
27/11 28/2 28/6 28/11
qualitatively [1] 20/3
quantitatively [1]
62/25
question [6] 6/14
13/20 20/18 29/19
42/20 56/5
questions [2] 7/9
11/24
Quick [1] 27/17
Quick Reaction Force
[1] 27/17
quickly [2] 5/5 5/14
Quigley [1] 10/1
quite [7] 50/1 50/6
50/19 55/1 64/1 65/2
65/17
quote [1] 12/21
quoted [2] 51/13 57/22

**R**

raise [2] 50/22 74/14
raised [2] 4/1 5/6
Rakoczy [2] 1/14 3/5
ramifications [4] 41/19

random [1] 41/5
rare [2] 35/22 36/14
rather [4] 6/24 48/10
49/7 65/15
Re [2] 35/14 36/8
reach [1] 40/22
reached [1] 25/16
reaching [1] 6/2
reaction [4] 27/17
58/17 60/15 60/16
reactive [1] 25/1
readily [1] 68/10
real [6] 8/11 8/11 23/25
23/25 59/17 65/25
reality [2] 44/9 48/4
realized [1] 51/2
really [7] 14/21 15/6
19/9 46/17 46/17 48/15
59/6
Realtime [1] 2/7
reason [6] 6/10 13/7
17/3 25/3 31/19 49/1
reasonable [3] 72/20
72/23 72/24
reasonably [1] 22/17
reasoning [1] 30/21
reasons [7] 10/19
20/24 23/8 32/20 38/2
38/3 49/24
recalls [1] 10/25
receive [1] 10/15
received [7] 3/21 3/24
4/11 5/1 10/17 33/5
74/15
recess [5] 40/3 40/4
61/7 61/8 76/21
recipient [1] 25/5
recitation [1] 5/9 5/12
recognition [2] 18/14
55/14
recognize [4] 12/10
37/22 54/3 56/21
recognizes [1] 18/8
recognizing [1] 24/15
recommendation [2]
4/13 75/12
recommended [2]
69/22 70/18
record [5] 22/2 30/20
34/17 35/3 77/3
recorded [2] 2/11 23/5
Recruit [3] 9/9 26/12
26/18
Recruit Leah [1] 9/9
26/12
Recruit Steve [1]
26/18
recruited [2] 10/2
10/11
recruiting [7] 9/13
12/15 13/5 26/7 40/14
48/14 48/14
recruitment [3] 26/5
26/19 32/2
recruits [1] 14/5
redress [1] 46/4
reduction [1] 21/3

reference [4] 17/22
28/22 38/8 51/21
referenced [3] 4/22
38/12 55/15
references [2] 32/16
32/16
referencing [3] 24/3
27/9 28/21
referred [1] 9/5
referring [1] 24/19
refers [1] 32/17
reflect [5] 22/2 62/5
63/8 66/4 69/6
reflected [3] 63/16
68/16 68/17
reflective [1] 57/15
reflects [1] 24/5
refrain [1] 70/4
refused [2] 35/16
42/11
regard [5] 51/23 51/23
Registered [1] 2/7
regret [3] 47/20 47/21
48/1
Regrettably [1] 35/12
Regular [1] 22/21
Regulars [1] 67/17
regulations [1] 70/18
reiterate [1] 50/17
rejected [4] 56/7 56/7
56/10 56/10
related [7] 7/11 13/8
16/4 22/4 52/5 56/14
57/5
relationship [1] 33/2
relative [2] 6/11 63/4
release [3] 69/16 73/11
74/5
relevant [5] 7/24 8/6
19/18 21/11 59/1
religious [2] 67/2
71/23
reluctant [1] 37/3
remain [1] 49/11
remained [1] 23/22
remaining [1] 18/1
52/22
remains [1] 42/12
remarkable [1] 18/13
remarks [1] 53/24
remember [2] 37/16
37/17
remind [1] 47/22
remorse [4] 41/23
45/21 51/23 68/15
remove [1] 63/23
repeat [1] 22/1
reply [2] 4/14 4/19
report [10] 3/24 4/12
4/17 5/2 5/12 61/18
69/24 71/8 71/25 74/6
Reporter [4] 2/6 2/7
2/7 2/8
reprehensible [1]
47/15
represent [2] 17/3 18/8
represented [1] 17/16

request [4] 7/20 74/23
75/6 75/8
requested [2] 7/16
73/10
require [1] 40/9
required [1] 27/3
requires [1] 30/22
requisite [3] 9/24 31/2
31/21
residence [1] 73/15
resilience [1] 68/5
resolve [1] 37/11
respect [8] 29/24 33/14
33/25 50/10 50/16 62/6
63/10 69/7
responded [2] 24/12
58/5
responding [1] 49/22
responds [1] 24/8
response [4] 6/16
32/24 49/18 52/22
responsibility [15]
7/10 16/15 22/6 35/2
35/5 35/16 35/20 40/24
41/15 42/12 49/14
54/18 54/22 55/25
65/11
responsible [12] 42/7
42/8 46/1 47/2 47/18
47/19 48/8 52/19 55/6
58/9 60/14 60/22
restitution [3] 70/8
70/11 73/19
restricted [1] 10/5
restrictions [2] 70/23
72/2
result [1] 6/24
resulting [1] 30/22
results [2] 30/22 31/8
resume [2] 39/24 49/20
retreated [1] 66/17
retrieve [1] 17/1
revealed [1] 42/1
reverberate [1] 52/12
reverse [2] 17/10 17/12
reviewed [2] 3/24 5/1
rhetoric [1] 49/12
Rhodes [10] 7/21 23/5
23/10 25/2 28/13 31/17
33/6 34/20 37/17 65/4
Rhodes' [5] 6/17 8/21
23/3 32/24 33/2
rid [1] 16/2
right [28] 3/12 3/14
3/18 4/10 5/4 7/8 15/15
18/6 21/7 36/4 39/20
39/25 43/21 44/12 45/9
45/14 58/8 58/11 60/2
61/11 63/21 66/20 69/5
74/10 74/14 74/18 75/2
76/18
righteous [1] 44/9
rightfully [1] 49/25
rightly [1] 29/18
rights [1] 46/3
riot [2] 46/10 54/11
rioters [1] 58/20
riots [2] 57/4 58/14

## R

rise [3] 40/2 61/6 76/20
risks [1] 67/23
RMR [2] 77/2 77/8
rob [1] 18/23
Robert [1] 51/15
Robert Glover [1] 51/15
Roger [1] 25/5
role [17] 14/22 22/9 24/23 32/19 39/9 41/1 42/22 55/3 56/22 56/23 58/2 65/5 65/10 65/19 66/1 66/4 68/7
roles [2] 54/10 57/1
room [1] 27/13
Rotunda [4] 20/4 29/8 32/10 32/11
rule [3] 4/4 21/15 21/22
Rule 29 [2] 21/15 21/22
rules [1] 70/18
run [1] 69/17
running [1] 47/17

## S

safety [1] 67/24
said [17] 5/24 6/8 14/23 14/24 17/21 20/10 20/19 23/10 32/5 37/5 42/1 51/13 54/12 56/20 62/19 63/3 66/7
Salke [1] 41/22
same [9] 5/7 8/14 9/20 10/12 24/8 31/16 38/16 38/25 47/23
Sandi [1] 32/3
Sandi Parker [1] 32/3
Sandra [1] 10/6
Sandra Parker [1] 10/6
satisfied [1] 33/12
Saturday [2] 8/11 23/25
save [1] 17/20
saw [6] 20/2 46/25 58/4 58/19 59/2 66/15
say [17] 5/8 5/17 6/13 13/22 32/6 35/7 43/1 59/4 59/10 60/3 60/15 62/20 63/10 66/7 66/11 68/8 70/9
saying [5] 19/23 24/9 28/17 54/21 58/17
says [7] 15/21 23/23 24/10 24/19 25/5 28/13 59/16
scenario [1] 56/3
scheduled [1] 25/21
scheme [1] 38/18
schlep [1] 27/19
school [1] 67/3
scope [10] 4/3 4/4 7/9 8/18 22/4 22/9 22/15 31/5 31/9 39/7
screen [1] 49/9
script [1] 46/8
Sealed [3] 35/14 36/8 75/13
search [2] 72/19 72/23

searches [1] 72/17
seated [2] 57/20 61/10
second [1] 25/9
seconds [1] 51/17
secure [1] 49/20
security [2] 49/12 51/9
sedition [2] 55/6 68/20
seditious [4] 5/18 17/5 21/18 35/8
see [15] 6/8 29/6 32/8 34/9 44/12 45/10 46/6 46/19 47/7 48/11 50/4 50/14 52/3 59/16 59/19
seek [1] 71/10
seemed [1] 57/23
seen [1] 58/6
sees [3] 29/2 58/3 58/3
segueing [1] 19/1
seized [1] 6/20
self [4] 44/9 55/15 57/7 67/8
self-awareness [1] 57/7
self-discovery [1] 67/8
self-loathing [1] 55/15
self-righteous [1] 44/9
Senate [11] 10/7 11/14 29/10 29/12 29/14 30/5 32/11 40/18 40/22 41/9 60/1
send [1] 69/5
sending [1] 48/23
sense [5] 6/10 60/24 63/24 65/24 65/25
sent [1] 33/6
sentence [21] 7/17 7/17 18/21 37/8 40/9 42/13 42/18 44/1 56/25 57/13 61/24 62/4 63/7 63/8 66/4 68/19 69/10 74/11 74/20 75/2 75/4
sentenced [2] 63/5 69/15
sentences [2] 62/10 62/16
sentencing [13] 1/9 3/14 3/22 4/14 4/18 7/21 17/22 19/20 56/20 61/25 66/7 69/23 74/16
sentencings [3] 35/1 62/19 64/3
sentiment [1] 68/2
separately [1] 38/22
Sergeant [1] 52/6
Sergeant Thau [1] 52/6
series [3] 11/6 13/10 44/5
serious [1] 63/9
seriousness [6] 62/5 62/24 63/9 64/7 66/4 69/6
serve [4] 58/22 67/15 68/6 69/15
served [4] 37/20 56/12 67/4 67/15
servers [1] 48/22

service [2] 37/13 37/21
services [4] 37/24 71/16 72/25 73/2
session [2] 41/11 61/10
set [2] 61/23 61/25
sexual [1] 68/9
shall [11] 69/18 69/20 70/2 70/7 70/16 72/9 73/1 73/4 73/20 74/2 74/5
shame [1] 65/24
share [1] 73/12
shared [1] 27/2
she [287]
she'd [1] 55/16
She'll [1] 16/5
she's [18] 10/21 14/4 14/20 15/14 19/23 34/23 41/1 41/23 42/11 43/19 44/2 55/14 55/24 56/6 58/17 60/14 60/22 60/22
sheer [1] 20/19
shelled [1] 59/5
Shelli [1] 48/5
Shelli Peterson [1] 48/5
shit [2] 8/11 23/25
shooting [1] 30/19
short [2] 42/16 56/17
shortly [2] 29/22 67/3
shot [2] 59/11 60/11
should [9] 4/21 18/2 21/3 28/5 39/17 43/7 60/4 63/7 66/7
shoulders [1] 58/10
shouldn't [1] 47/9
show [5] 6/1 15/21 27/1 33/18 57/23
showed [7] 6/11 21/15 22/20 22/24 25/13 43/14 51/22
showed evidence [1] 51/22
showing [1] 25/16
shows [9] 15/21 22/3 23/20 28/15 29/11 31/8 32/13 51/14 68/4
sic [2] 45/10 48/7
sick [1] 52/4
side [1] 7/12
sidebar [2] 75/7 75/9
siding [1] 52/23
Siekerman [2] 14/23 27/21
Signal [17] 6/16 6/19 10/24 11/4 15/5 16/5 19/9 26/25 27/22 29/20 29/23 32/23 32/25 33/3 33/9 49/1 49/8
Signal app [3] 16/5 19/9 29/20
signed [1] 66/23
significance [1] 31/10
significant [10] 7/17 12/12 40/9 42/13 42/18

signified [1] 51/5
silence [1] 16/9
silent [1] 16/9
similar [1] 35/14
similarly [2] 28/7 36/4
simple [1] 19/5
simply [6] 14/17 22/1 24/17 25/1 34/5 47/22
since [2] 18/9 18/17
Siniff [3] 11/6 45/6 45/10
sir [2] 53/22 53/25
sites [2] 71/15 71/18
sitting [1] 20/4
situation [1] 57/10
six [3] 34/20 39/18 39/19
six-level [1] 34/20
Skype [1] 73/5
slightly [1] 62/12
sloppy [1] 49/12
small [1] 10/16
smart [2] 72/7 73/8
smoking [1] 20/4
snap [1] 56/3
snap-your-fingers [1] 56/3
so [80]
so I think [2] 12/11 34/17
so this all [1] 21/19
sober [1] 43/5
social [7] 49/5 71/12 71/12 71/13 71/15 71/15 71/21
software [5] 72/6 72/11 72/12 72/14 73/5
soldier [3] 58/22 60/11 65/6
soldiers [2] 59/9 59/14
solved [1] 46/13
some [20] 3/25 5/5 6/10 7/2 7/22 14/5 15/21 21/14 22/6 23/17 24/9 28/22 28/24 32/5 36/20 36/21 43/4 63/21 66/2 70/10
somebody [4] 26/17 46/11 65/10 68/6
someone [4] 23/23 58/4 59/16 60/11
something [18] 16/6 17/24 19/16 24/4 25/8 27/18 30/7 34/6 34/8 37/3 51/24 52/8 55/8 56/8 57/6 66/14 66/22 66/22
somewhat [1] 44/22
somewhere [1] 67/19
son [1] 59/18
sorry [6] 12/17 26/2 48/12 53/15 53/16 61/16
sort [8] 5/9 5/11 29/7 32/6 32/9 37/24 59/23 67/1

Spartans [1] 11/15
speak [5] 16/5 16/25 18/10 19/18 27/12
speaks [3] 14/19 34/4 64/7
special [1] 69/18
specializes [1] 73/6
specific [3] 38/21 42/14 54/19
specifically [2] 5/22 22/19
spectacle [1] 48/1
spoke [1] 54/9
spurred [1] 8/10
stacked [1] 9/3
stage [2] 21/15 51/9
staged [1] 24/20
stake [1] 56/25
Stamey [1] 27/9
stand [6] 10/23 41/12 42/2 43/22 53/18 55/11 16/22 55/25 62/13
starts [1] 28/15
state [5] 22/21 24/5 51/8 67/17 70/2
stated [7] 30/20 42/6 45/23 47/16 50/17 51/4 52/7
statement [2] 6/21 51/20
statements [8] 23/3 28/4 28/18 32/24 33/3 41/23 49/4 55/16
STATES [13] 1/1 1/3 1/10 3/4 7/6 8/2 10/1 10/6 21/8 24/7 41/5 61/23 71/5
statute [4] 62/1 62/13 70/13 74/21
statutes [1] 30/24
statutory [1] 39/18
stayed [1] 10/10
steal [1] 9/10
stenography [1] 2/11
step [1] 31/17
steps [2] 35/5 47/3
Steve [1] 26/18
Stewart [2] 25/2 65/4
Stewart Rhodes [2] 25/2 65/4
sticking [3] 9/21 28/20 28/20
sticks [5] 9/6 13/18 24/10 24/10 24/20
still [10] 14/1 15/1 16/7 16/10 35/23 36/10 37/22 54/6 58/3 68/12
stills [1] 58/3
stop [10] 5/16 13/14 13/16 13/22 25/7 40/13 46/22 47/4 47/8 60/23

**S**

stopped [1] 49/17
stormed [1] 11/13
story [3] 13/25 42/24 68/3
strange [1] 50/5
strategic [1] 40/17
Street [2] 1/17 2/3
streets [1] 14/8
stretch [1] 31/16
strict [1] 67/2
strides [2] 55/22 55/24
strongly [1] 46/20
struck [2] 58/21 58/24
structure [1] 3/20
struggled [2] 18/16 18/17
struggles [1] 59/24
stupidity [1] 20/20
subgroup [1] 32/9
subject [4] 33/16 72/2 72/4 72/17
subjected [1] 43/9
submissions [1] 3/22
submit [3] 45/3 70/5 70/14
submitted [2] 4/15 4/19
subordinate [1] 9/24
Subsequent [1] 17/12
substance [4] 70/3 70/4 70/14 70/15
substantial [2] 30/13 39/6
substantive [3] 21/18 38/14 64/25
substantively [1] 38/9
successfully [1] 64/13
such [6] 69/17 71/20 71/24 73/5 74/3 74/25
suffered [3] 43/17 57/24 68/12
suffers [1] 43/21
sufficient [2] 61/24
suggest [2] 61/17 65/4
suggesting [1] 32/18
sum [1] 64/23
summarize [1] 22/3
supervise [1] 70/21
supervised [2] 69/16 74/8
supervision [6] 69/20 69/25 70/6 72/21 73/14 73/16
supervisor [1] 31/14
support [8] 4/15 7/1 14/7 20/7 24/25 26/5 57/11 57/11
supporters [1] 24/18
supports [1] 31/11
suppose [2] 6/11 26/13
supposed [1] 38/22
Supreme [1] 64/6
sure [3] 18/22 25/4 34/3
surprised [1] 60/12
surrendered [1] 47/23
suspicion [1] 72/20

sway [1] 50/20
swept [1] 51/10
sworn [1] 47/16
sympathies [2] 43/19 43/23
systems [1] 73/2

**T**

table [1] 17/16
tablets [1] 73/7
tactical [2] 15/19 20/5
take [14] 13/13 13/24 37/7 39/24 42/11 42/23 44/11 45/18 47/3 54/4 54/15 54/17 67/6 61/13
taken [3] 35/19 40/8 55/21
takes [2] 34/9 65/10
taking [1] 27/3
talk [5] 5/14 7/7 33/20 67/2
talked [7] 13/18 14/6 14/6 14/7 16/12 26/13 65/19
talking [4] 12/19 14/4 15/3 27/11
talks [1] 14/11
tamper [1] 70/16
targeted [1] 8/23
tasers [1] 24/20
task [2] 50/10 50/11
TeamSpeak [1] 73/6
tear [3] 11/14 41/8 51/16 52/2
tear gas [1] 51/16
tear-gassed [2] 11/14 52/2
teeth [1] 46/12
telecommunications [1] 73/4
television [1] 66/15
tell [1] 18/6
ten [3] 39/25 47/24 61/5
tension [1] 36/20
tenure [1] 37/25
term [1] 69/16
terms [24] 3/21 7/5 12/8 12/13 13/20 18/13 20/19 31/12 34/4 34/23 35/25 43/24 44/1 48/7 55/12 56/6 58/1 58/19 59/13 68/18 68/23 69/13 69/17 75/7
Terrace [2] 46/16 51/24
terribly [1] 63/1
terrorism [7] 11/9 11/22 19/19 21/1 21/2 33/24 34/1
terrorist [2] 20/7 20/9 71/1 71/7
terroristic [1] 20/2
test [1] 70/5
testified [4] 14/5 20/23 54/20 60/1
testifying [1] 35/21

testimony [11] 13/9 14/8 21/1 35/11 36/7 37/4 41/21 41/22 47/16 54/19 68/3
testing [2] 70/14 70/16
tests [1] 70/6
text [4] 14/23 27/7 27/8 49/4
texted [2] 8/10 8/14
texts [2] 16/1 33/10
than [23] 13/6 19/10 25/13 30/5 36/8 41/4 43/4 43/5 48/10 51/17 57/6 61/15 61/24 62/12 62/16 62/21 64/5 64/11 64/18 65/6 65/15 65/21 68/25
thank [19] 5/4 11/25 12/2 12/5 21/6 21/7 26/3 40/1 42/19 44/18 44/19 44/24 45/13 52/21 53/23 54/2 57/18 61/2 76/18
thank you [16] 5/4 11/25 12/2 12/5 21/7 26/3 40/1 42/19 44/18 44/19 44/24 52/21 53/23 54/2 57/18 61/2
that [474]
that'll [1] 39/20
that's [22] 12/12 14/23 14/23 15/20 16/19 19/1 19/15 19/17 23/8 27/23 34/3 34/5 34/5 37/16 38/5 53/22 56/19 58/14 59/24 61/24 66/20 70/13
that's sufficient [1] 61/24
Thau [3] 51/14 52/6 52/6
theft [1] 46/21
their [21] 17/17 25/17 40/12 42/8 47/5 49/20 50/2 50/9 50/11 50/13 50/16 60/4 64/15 66/12 66/13 66/18 66/19 66/20 66/21 66/21 68/9
them [23] 10/9 10/13 14/18 15/21 17/18 27/19 28/10 29/7 31/25 32/12 38/10 46/25 49/11 50/4 50/6 50/9 50/11 50/12 50/16 52/3 56/9 59/15 66/24
themselves [1] 26/22
then [27] 4/1 4/4 4/6 4/7 4/8 4/8 4/19 6/4 6/21 7/11 17/5 26/19 26/25 28/1 28/12 28/17 28/17 32/6 32/10 38/19 39/24 50/24 53/6 60/10 63/19 67/7 75/12
theory [2] 44/11 48/18
there [76] 4/8 4/16 5/15 6/5 7/1 10/4 10/17 11/10 12/23 13/14 13/23 14/8 14/18 15/2

**T...** (continued)

17/8 19/9 19/10 20/10 20/11 20/13 20/17 20/18 20/20 20/22 26/4 26/12 26/19 26/25 27/7 28/10 28/13 28/18 30/4 30/18 31/21 32/16 32/24 33/2 36/20 41/4 42/3 43/1 44/3 44/9 46/25 47/9 47/10 47/11 47/13 47/15 48/18 55/1 57/2 57/4 57/4 58/11 58/18 59/7 59/20 59/22 60/15 64/9 65/7 65/8 65/23 66/10 66/18 68/12 70/3 72/21 75/3 75/6
there's [26] 5/23 6/17 6/21 9/16 13/12 17/22 19/17 19/21 20/7 20/21 23/17 24/15 24/24 25/15 26/10 26/17 28/12 29/19 30/15 35/13 46/9 51/13 57/25 58/11 64/6 72/13
thereafter [2] 70/6 74/17
therefore [2] 44/6 73/18
therefrom [1] 6/25
these [20] 3/10 9/2 11/21 13/9 14/4 17/4 17/8 18/7 31/1 38/24 49/24 51/1 55/18 60/14 62/21 63/1 64/3 72/1 72/9 72/16
they [37] 9/3 9/11 10/8 10/9 10/9 10/14 10/17 13/14 13/17 15/16 15/21 16/18 20/16 24/22 26/20 26/21 26/21 28/17 28/20 32/10 33/18 40/17 42/7 42/16 46/25 48/11 48/11 48/20 48/23 50/3 50/3 50/7 66/11 66/18 69/24
they're [7] 17/16 48/19 48/20 52/3 52/4 66/12 66/13
thing [2] 46/15 57/20
things [12] 13/18 15/16 33/11 36/21 45/11 46/22 56/15 57/2 57/3 58/16 58/19 66/2
think [65] 5/25 12/9 12/11 14/3 15/1 18/8 19/12 19/22 19/25 21/14 22/3 25/22 26/15 27/24 29/25 30/21 31/13 31/15 31/18 32/4 32/20 33/5 33/7 33/12 34/17 34/22 35/4 36/9 37/5 38/25 42/23 42/25 42/25 43/3 43/7 43/25 44/8 52/1 54/6 55/9 55/22 55/24 56/16 57/15 57/25 58/7 58/21

testimony [11] ...
thinking [7] 5/10 5/10 14/9 43/4 43/5 58/24 63/6
this [112]
thorough [1] 50/25
those [46] 7/22 7/25 9/4 10/16 10/17 10/18 10/19 13/7 13/19 14/15 20/24 21/23 21/25 28/8 29/21 32/19 38/3 42/15 43/7 43/9 44/14 45/7 46/5 46/6 46/7 46/18 46/19 46/20 46/20 46/22 46/22 46/24 47/5 47/14 55/19 57/23 63/5 63/6 64/18 65/5 65/12 65/17 66/16 68/12 70/1 74/21
though [4] 30/25 47/12 47/20 52/16
thought [10] 12/17 12/22 17/8 18/1 23/15 55/13 59/19 60/16 60/17 61/14
thoughtful [1] 53/24
thoughts [3] 53/7 61/4 67/23
threat [1] 64/11
threaten [1] 30/8
threatening [2] 30/2 39/4
three [13] 8/17 21/3 24/14 30/12 31/13 31/20 32/21 34/21 34/23 39/6 39/9 39/12 67/5
Three Percenters [1] 8/17
three-level [8] 30/12 31/13 31/20 34/21 34/23 39/6 39/9 39/12
three-point [2] 21/3 32/21
threw [3] 11/21 46/11 51/17
throngs [1] 49/16
through [11] 6/4 14/15 18/11 25/21 26/2 32/10 38/8 43/12 48/20 60/22 65/18
throughout [3] 5/25 22/12 58/8
throw [1] 51/16
throwing [1] 52/4
time [25] 8/13 8/23 11/8 17/6 17/12 18/10 19/6 24/2 25/17 25/20 28/3 30/17 45/8 45/18 48/4 48/9 53/5 55/21 55/22 57/8 63/24 68/8 70/13 72/23 74/3
timely [2] 16/16 17/20
times [5] 15/15 26/13

**T**

times... [3] 51/14 52/17 54/16
timing [1] 74/20
tired [1] 49/12
titled [1] 77/4
today [13] 7/7 45/1 45/20 46/1 47/18 52/20 53/4 53/16 53/19 56/23 58/3 62/20 68/16
told [7] 9/13 10/9 28/7 36/21 36/23 36/23 36/24
Tom [1] 11/1
Tom Caldwell's [1] 11/1
too [7] 8/17 19/2 24/14 27/15 55/4 55/4 65/17
took [2] 35/5 48/3
tools [1] 27/17
total [2] 39/13 69/19
touch [1] 7/22
touched [1] 23/18
toward [4] 6/13 28/15 32/7 64/20
towards [2] 8/23 11/21
track [1] 5/7
training [6] 9/14 25/18 25/20 55/22 54/23 62/9
trainings [1] 25/14
trans [1] 68/9
transcript [3] 1/9 2/11 77/3
transcription [1] 2/11
transfer [4] 5/16 6/3 6/23 7/4
transferred [1] 73/14
transformation [1] 18/11
transgender [1] 55/16
transience [1] 67/8
transition [2] 8/24 40/13
transmogrification [1] 55/13
transpire [1] 44/15
trash [2] 20/11 41/3
trauma [1] 60/9
traveling [2] 10/13 10/25
treated [2] 38/20 57/4
treatment [4] 63/15 70/17 70/21 74/8
tremendous [2] 55/22 55/24
trespassing [1] 47/12
trial [16] 5/13 15/1 15/25 16/1 16/3 20/23 21/15 22/13 35/2 36/1 36/1 36/17 36/21 49/3 50/6 74/16
trials [1] 50/9
tried [7] 16/9 18/4 55/8 57/15 65/18 67/11 67/15
Triple [1] 51/16

51/16
troops [2] 9/14 48/19
Troy [2] 1/15 3/6
Troy Edwards [1] 3/6
truck [1] 27/19
true [9] 9/16 11/17 33/10 33/11 35/4 41/25 47/22 57/8 66/11
truly [11] 15/23 18/2 18/15 19/11 20/1 50/7 51/8 53/15 59/6 59/24 60/2
Trump [4] 23/22 24/17 25/9 27/4
trust [1] 53/3
try [6] 17/1 19/23 20/1 27/18 35/5 54/17
trying [15] 13/15 13/16 13/19 13/22 14/1 14/6 14/7 16/14 27/13 47/8 55/6 55/19 60/22 60/23 67/8
turn [3] 3/25 5/5 7/8
turned [2] 35/6 67/7
turning [2] 16/16 37/9
tweets [1] 16/1
twist [1] 12/6
two [15] 7/9 10/22 21/18 23/8 27/16 27/25 31/4 34/13 38/17 39/8 39/10 41/7 41/18 45/7 70/6
two-level [4] 10/22 31/4 39/8 39/10

**U**

U.S [1] 1/16
U.S. [2] 73/13 73/25
U.S. Attorney's Office [1] 73/13
U.S. District Court [1] 73/25
U.S.C. [1] 74/18
ultimate [5] 6/6 18/21 25/23 30/10 37/8
ultimately [21] 6/14 21/4 24/6 26/20 28/1 28/4 28/8 29/2 32/10 33/3 35/17 35/19 36/6 36/12 36/19 38/9 38/24 55/5 55/20 66/6 68/22
unable [2] 41/11 74/22
unannounced [1] 72/4
unbowed [1] 42/12
uncertain [1] 48/7
under [16] 8/1 9/23 10/1 10/22 11/9 11/22 21/15 31/14 37/13 37/21 38/21 39/11 54/6 67/6 70/13 74/18
undergirded [1] 7/19
undergone [1] 56/16
understand [14] 13/1 13/4 13/9 45/25 46/23 48/4 49/15 49/19 49/21 49/22 55/5 57/7 60/18 68/11

27/2 43/24 56/21
understands [1] 48/1
understood [2] 13/2 23/11
undertaken [4] 7/10 11/7 21/10 22/15
undescribed [1] 28/22
undoubtedly [1] 29/9
unenviable [1] 50/10
unfortunate [4] 17/23 46/2 52/1 52/8
unfortunately [2] 17/15 18/3
uniform [1] 58/4 59/17
unique [2] 11/20 17/23
UNITED [13] 1/1 1/3 1/10 3/4 7/6 8/2 10/1 10/6 21/8 24/7 41/5 61/23 71/5
United States [8] 7/6 8/2 10/1 10/6 21/8 24/7 41/5 71/5
United States of [1] 3/4
unknown [3] 24/19 70/25 71/1
unlawful [1] 70/4
unlawfully [1] 70/3
unless [1] 35/18
unlike [2] 34/20 42/25
unorthodox [1] 44/22
unrelated [1] 64/22
unsurprising [1] 43/8
until [2] 49/20 74/3
unusual [1] 7/3
unwarranted [1] 62/11
unwavering [1] 57/12
up [26] 9/3 11/16 15/21 16/6 16/10 17/3 17/25 20/12 27/3 28/9 29/13 30/6 33/18 38/5 43/14 45/14 47/1 49/9 51/10 51/12 52/4 57/5 59/21 66/23 67/1 75/10
upbringing [1] 56/8
upon [9] 25/3 28/2 28/3 32/12 37/23 43/22 44/11 50/11 53/12
us [9] 9/10 24/22 24/22 24/22 42/23 47/1 50/14 51/4 66/13
usdoj.gov [1] 1/19 1/20
use [11] 6/3 42/15 70/4 71/11 71/19 71/22 71/24 72/16 72/24 73/1 73/4
used [3] 41/14 68/10 70/15
user [1] 16/24

**V**

vacuum [3] 12/6 51/13 51/20
van [1] 9/3
vandalism [4] 46/21 47/4 47/5 47/8

variance [1] 56/24
VBIEDs [1] 59/20
venue [1] 57/17
verdict [1] 50/16
verify [1] 3/23
versus [4] 3/4 8/2 10/1 21/8
vetted [1] 26/10
vice [1] 6/22
vicinity [1] 29/16
victim [1] 58/16
video [8] 20/3 28/15 29/7 29/11 32/13 51/14 52/3 71/21
videos [1] 49/6
view [4] 63/2 71/11 71/19 71/24
views [1] 7/3
vilified [1] 68/10
violation [2] 72/21 72/22
violence [17] 6/3 6/22 13/21 13/21 23/14 23/19 23/21 24/6 27/3 27/5 46/4 46/16 57/4 60/3 71/4 71/22 71/22
violent [2] 64/1 71/3
VIPs [1] 51/9
Virginia [2] 11/1 33/8
vocational [1] 62/9
voice [1] 73/7
volumes [1] 50/8
volunteered [1] 58/22
vs [1] 1/5

**W**

Waah [2] 42/2 42/3
wait [1] 15/8
waiting [2] 8/15 24/13
waive [1] 15/8
waives [1] 73/18
walk [1] 49/23
Walker [1] 46/9
walking [1] 19/23
walks [1] 14/15
want [14] 7/22 8/12 13/1 13/20 15/6 15/8 15/16 18/23 19/22 24/1 52/21 54/5 60/11 75/8
wanted [6] 16/7 17/7 40/22 50/20 50/22 59/9
wants [2] 15/6 56/3
war [1] 13/9
warn [1] 72/16
warning [3] 42/17 44/8 44/17
warnings [1] 44/10
warrant [2] 37/25 47/24
was [212]
was truly [1] 59/24
Washington [6] 1/5 1/17 2/9 24/18 26/20

wasn't [5] 25/14 48/5 49/19 51/22 64/1
watched [1] 51/21
watches [2] 72/8 73/8
watching [2] 48/17 50/2
WATKINS [56] 1/6 2/2 3/4 3/13 3/15 3/23 4/7 5/1 5/16 5/17 6/8 6/11 6/18 6/22 7/2 7/17 8/4 8/9 8/20 10/3 10/9 21/16 22/5 22/21 23/4 24/8 28/16 29/7 30/1 30/15 31/6 34/22 36/4 37/20 39/14 39/23 40/10 40/25 42/14 43/15 43/16 43/18 44/14 45/14 53/23 62/18 63/13 63/14 63/20 64/4 66/2 68/1 69/9 74/10 74/25 76/19
Watkins' [12] 3/20 4/19 11/19 22/9 25/23 30/5 34/16 37/8 40/7 40/17 43/13 63/22
way [14] 5/22 5/25 11/14 20/11 27/18 38/24 44/16 47/6 50/5 55/4 59/6 60/8 63/24 63/25
waylaid [1] 67/20
ways [1] 65/2
we [31] 3/14 4/8 7/7 7/8 8/10 9/11 13/19 17/10 18/4 23/24 24/20 25/6 27/12 28/19 33/1 33/4 38/5 39/22 39/23 40/5 42/25 43/11 47/2 48/22 50/15 54/23 55/8 55/15 57/16 66/15
we will [1] 4/8
we'll [7] 3/20 4/6 4/7 4/8 7/6 39/24 61/18
we're [2] 13/9 15/8
we've [4] 8/15 24/13 26/12 65/19
weapon [1] 28/8
weapons [20] 8/12 9/1 9/2 10/9 10/11 10/14 10/18 13/17 14/18 23/6 23/15 24/1 24/21 24/22 24/22 25/12 28/6 28/9 28/11 44/7
wearing [1] 10/5
Wednesday [2] 58/22 58/24
week [1] 25/10
weighted [1] 52/22
Welcome [1] 45/10
well [27] 4/3 4/14 5/19 9/9 19/21 20/25 21/1 21/2 21/18 21/24 22/10 25/23 30/3 31/11 37/10 37/19 51/13 53/22 54/11 54/12 58/23 58/24 59/11 63/11 65/22 69/21 74/8

**W**

**went [6]** 13/12 36/22 47/2 47/2 59/18 59/20
**weps [1]** 27/19
**were [55]** 4/15 4/18 9/2 9/3 9/4 10/14 12/23 13/23 14/9 15/23 16/14 19/9 19/19 20/1 23/3 26/21 28/20 29/12 29/13 29/13 36/18 40/17 40/17 42/18 43/5 44/3 44/15 45/24 46/22 46/24 47/5 48/11 48/11 48/22 48/22 48/23 50/4 50/15 51/12 51/13 51/13 52/2 52/25 57/2 58/19 58/20 59/7 59/7 59/20 61/15 65/25 66/10 66/17 67/23 68/20
**West [3]** 46/16 51/24 58/1
**West Terrace [2]** 46/16 51/24
**West Wing [1]** 58/1
**what [92]**
**what's [5]** 5/9 7/2 14/20 23/2 68/18
**whatever [2]** 44/12 67/21
**when [28]** 6/6 6/20 8/18 9/19 14/3 14/4 15/13 17/7 17/10 18/12 19/9 33/6 34/1 36/22 47/8 50/3 51/3 53/1 54/17 57/5 58/2 58/11 59/16 59/17 59/18 59/22 60/17 72/20
**where [16]** 6/11 10/15 14/20 16/23 17/24 32/1 35/24 51/24 58/8 59/5 59/24 60/13 60/13 60/19 61/11 65/3
**whether [12]** 17/18 26/21 29/1 30/8 33/2 36/22 37/16 37/18 58/14 67/21 72/10 72/13
**which [36]** 9/5 13/3 18/3 19/20 21/22 23/18 27/9 28/19 33/20 34/8 35/15 35/17 35/19 36/2 36/12 36/19 36/23 42/10 49/5 50/15 51/16 54/19 62/15 64/7 64/18 64/20 64/22 64/23 64/24 64/25 66/8 66/9 67/2 68/8 74/6 74/7
**while [12]** 14/25 29/10 43/18 46/3 48/14 49/13 54/3 55/20 57/1 57/2 69/20 69/25
**who [52]** 11/21 13/19 13/23 14/8 18/16 25/5 25/16 26/20 29/13 29/13 34/25 40/19 42/15 43/4 43/9 43/14 43/21 45/1 46/5 46/10

46/22 53/17 55/14 55/16 55/20 57/12 57/24 59/7 59/9 59/16 60/1 63/5 63/6 63/11 64/1 65/10 65/13 66/10 66/12 66/13 66/23 67/11 68/6 68/8 68/9 68/12 71/2 71/4 72/16
**whole [1]** 46/15
**whom [3]** 14/5 34/20 65/17
**whomever [1]** 15/18
**why [25]** 7/8 8/3 13/20 14/11 15/17 19/6 20/9 20/10 20/20 34/3 34/9 37/1 39/23 40/5 43/18 44/1 44/16 45/14 46/1 55/17 55/18 64/4 68/12 75/9 75/10
**wife [1]** 59/18
**wild [1]** 49/12
**will [27]** 4/8 12/6 15/4 17/25 18/6 18/7 18/11 22/1 22/3 24/6 34/25 35/1 37/7 38/3 39/1 62/20 63/16 64/13 64/14 70/12 70/20 70/23 72/23 73/14 73/15 73/19 75/2
**willfully [1]** 33/13
**William [3]** 2/6 77/2 77/8
**willing [1]** 68/22
**willingness [2]** 24/5 50/13
**Winchester [1]** 10/14
**Wing [2]** 58/1 58/1
**Wintermeyer [1]** 45/3
**wipe [2]** 69/3 69/4
**wish [6]** 12/3 50/17 53/20 71/11 74/11 75/3
**wished [1]** 53/9
**within [5]** 22/14 29/20 70/5 74/2 74/12
**without [4]** 29/23 56/19 71/5 74/24
**woman [2]** 44/2 60/1
**won [1]** 67/24
**won't [2]** 19/14 22/1
**word [1]** 7/2
**words [7]** 9/20 11/13 11/15 27/23 29/12 40/15 53/8
**work [2]** 43/14 60/10
**worked [1]** 22/22
**working [1]** 46/10
**world [1]** 67/9
**worse [1]** 66/14
**would [65]** 6/5 7/3 7/4 7/5 7/12 10/4 10/6 10/18 12/7 13/14 13/20 15/10 15/24 15/25 16/2 17/16 20/20 23/15 27/5 30/7 32/1 33/5 33/6 33/15 33/18 33/21 41/24 42/15 42/22 42/23 43/20 44/4 44/5

47/21 48/13 54/5 54/12 55/2 55/2 55/4 55/5 55/5 55/10 55/18 56/24 57/15 58/2 58/5 58/6 58/7 58/18 59/2 61/16 63/12 63/14 65/4 66/23 66/24 67/24 68/1 75/6
**wouldn't [2]** 69/5 69/6
**wounds [1]** 41/16
**writing [1]** 41/10
**wrong [5]** 44/12 45/24 48/11 51/11 58/19
**wrongly [1]** 53/6
**wrote [5]** 9/9 41/8 45/19 45/20 64/9
**wrought [1]** 43/10

**Y**

**year [3]** 42/5 56/17 56/17
**years [6]** 39/18 39/19 41/18 56/8 62/16 67/1
**yes [9]** 3/16 3/17 13/17 14/12 25/25 45/2 53/25 59/17 59/23
**yesterday [2]** 7/21 30/20
**yet [2]** 9/12 63/6
**Yorker [1]** 11/3
**you [176]**
**you know [1]** 26/13
**you'd [2]** 4/2 61/17
**you'll [4]** 18/20 69/11 69/15 71/19
**you're [8]** 13/5 15/13 18/25 47/18 58/12 65/4 65/5 67/1
**you've [6]** 45/11 52/22 65/13 65/17 68/15 74/15
**young [2]** 29/5 60/1
**your [65]** 3/2 3/16 3/17 4/23 4/24 5/3 7/14 12/2 12/5 15/6 16/21 19/14 19/15 19/16 44/21 45/2 45/17 45/18 45/20 52/21 52/22 53/4 53/15 53/22 54/2 54/17 56/3 56/5 56/20 56/24 57/13 58/25 61/14 64/4 65/5 65/12 65/19 65/22 66/1 66/3 67/3 67/4 67/7 67/8 67/10 67/14 67/25 67/25 68/2 68/3 68/3 68/16 68/18 69/1 69/1 69/9 69/25 70/21 71/13 73/1 73/23 74/10 74/11 74/16 75/5
**Your Honor [30]** 3/2 3/16 3/17 4/23 4/24 5/3 7/14 12/2 12/5 15/6 16/21 19/14 19/15 19/16 44/21 45/2 45/17 45/20 52/21 53/15 53/22 54/2 54/17 56/5 56/20 56/24 57/13 58/25 61/14 75/5

65/3 67/22

**Z**

**Zaremba [3]** 2/6 77/2 77/8
**Zello [2]** 15/4 28/18
**zero [1]** 54/23