```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 22-15-11
                                    )     Washington, D.C.
          vs.                       )     June 1, 2023
                                    )     1:37 p.m.
EDWARD VALLEJO,                     )
                                    )
          Defendant.                )
_____)


             TRANSCRIPT OF SENTENCING PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:              Kathryn L. Rakoczy
                                 Jeffrey S. Nestler
                                 Alexandra Hughes
                                 Troy Edwards
                                 Louis Manzo
                                 U.S. ATTORNEY'S OFFICE
                                 601 D Street, NW
                                 Washington, D.C. 20579
                                 (202) 252-7277
                                 Email:
                                 kathryn.rakoczy@usdoj.gov
                                 Email:
                                 jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:          Matthew J. Peed
                            CLINTON & PEED
                            1775 Eye Street, NW
                            Suite 1150
                            Washington, D.C. 20006
                            (202) 919-9491
                            Email: matt@clintonpeed.com

Probation Officer:          Crystal Lustig

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S

 2            COURTROOM DEPUTY:  Good afternoon, Your Honor.

 3            This is Criminal Case No. 22-15-11,

 4    United States of America versus Edward Vallejo.

 5            Kathryn Rakoczy, Alexandra Hughes, Troy Edwards,

 6    and Louis Manzo for the government.

 7            Matthew Peed for the defense.

 8            Crystal Lustig on behalf of the Probation Office.

 9            The defendant is appearing in person for these

10    proceedings.

11            THE COURT:  Okay.  Good afternoon, everyone.

12            Mr. Vallejo, good afternoon to you, sir.

13            Okay.  So we're here for sentencing this

14    afternoon.  Everybody ready to proceed?

15            MR. MANZO:  Yes, Your Honor.

16            THE COURT:  Mr. Peed?

17            MR. PEED:  Yes, Your Honor.

18            THE COURT:  Okay.  All right.

19            Let me just preview how we'll proceed this

20    afternoon.

21            I'll just review what I've received from the

22    parties and then read -- and I'll just ask Mr. Peed to

23    confirm that Mr. Vallejo has read and received the

24    Presentence Investigation Report.

25            I'll then deal with any -- address factual issues
```

1    that have been raised with the PSR.

2            Then invite the parties to make arguments

3    concerning jointly undertaken criminal activity and

4    application of any Guidelines enhancements or reductions.

5    And then I'll make those findings.

6            And then I will invite the parties make their

7    allocutions and hear from Mr. Vallejo.

8            But before we get started, just want to respond to

9    Mr. Peed's filing of last night in which he filed, after we

10   had our hearing yesterday, and which he has suggested that

11   there were -- there are circumstances or there are facts

12   from which a jury could have found Mr. Vallejo guilty of

13   seditious conspiracy and the other conspiracies without also

14   concluding that he had the intent to bring weapons in to

15   support efforts at the Capitol.

16           I suppose at some level Mr. Peed is right; the

17   government did make the arguments it made in its closing.

18   But I daresay those statements pale in comparison to what

19   the government said more frequently and more often with far

20   more vigor in closing.  So I'm just going to provide a few

21   quotes, but let me just say this is hardly all of it.

22           In closing, the government described Mr. Vallejo

23   as the leader of the Arizona Quick Reaction Force,

24   overseeing an arsenal of weapons ready to be moved into D.C.

25   to support the conspiracy.  And on the morning of

1    January 6th, he called for guerilla war if Congress

2    certified the Electoral College.

3              The government also said that "obstruction" means

4    impeding a proceeding, in this case, the certification of

5    the Electoral College vote.  Congress could not certify the

6    election when these defendants were storming and occupying

7    the Capitol, and those, like Defendant Vallejo, offering

8    support with the rifles.

9              The government also argued that Vallejo came with

10   his long gun bag, Kandaris with his long gun bags, down to

11   that dark corner where there are no cameras in the three

12   rooms that are the ultimate QRF locations.  Further

13   contended that Defendant Vallejo and defendant -- or

14   Mr. Kandaris made the job easy for you; listen to the

15   podcast on January 6th.  Here's the agreement:  Unlawful

16   object and force.

17             Kandaris said they hooked up with the rest of the

18   Oath Keepers that morning and then further on saying that

19   Mr. Vallejo was the MF that was going to do it.  He had the

20   firepower.  He had everything ready, and all the people who

21   had been restraining him, saying, "You can't shoot the

22   bastards," had stopped.

23             It was further argued, a reading from the 2:38

24   message that Mr. Vallejo sent, "QRF standing by at hotel.

25   Just say the word.  QRF ready."

1          And Mr. Manzo asked:  "Ready with what?

2          "Guns."

3          Further argued, what does Vallejo start messaging?

4          "QRF is outfitted.

5          "Outfitted with what?

6          "Guns."

7          What does a guerilla war require?

8          Guns and transportation.

9          What does Vallejo have?

10         Guns and transportation.

11         That's an agreement to use force.

12         He further argues:  What force were the defendants

13    willing to use?  Firearms stored across the river that could

14    be brought into the city, their bodies used as battering

15    rams or for physical confrontation with the police.  The

16    agreement was that they were going to use whatever force to

17    halt the transfer of power that they could.

18         And those are just the statements in the

19    summation.  Anyway, there's more in the rebuttal, there's

20    more throughout.

21         I guess the one last I should read is in rebuttal,

22    it was argued that, like many other criminal conspiracies --

23    this is referring to Mr. Vallejo -- performed a certain

24    unique role, that of a lookout, the guy waiting in reserve,

25    the guy guarding the stash, the guy waiting with the

1    weapons, the guy who's there to bring help when they need

2    help, and that help is guns and a lot of them.

3         So, in any event, the bottom line is that while

4    there are statements taken from the closings that would

5    support a very narrow basis for, in theory, for a

6    conviction, that was hardly the thrust of the government's

7    theory and the one that they've repeatedly stated.

8         I think more importantly, just to be clear,

9    I don't think my primary purpose here is to devise a way in

10   which to conceive of the least culpable set of facts that

11   could have resulted in the jury's convictions.  My job here

12   is to look at the evidence in its totality as presented

13   throughout the trial, as well as any other relevant evidence

14   that's been presented to me and to draw conclusions from

15   those pieces of proof in making a determination as to

16   what the appropriate Guidelines and the ultimate sentence

17   should be.  And so I think that's an important framework

18   from which we proceed or at least I am proceeding this

19   afternoon.

20        So let me just state the following in terms of

21   what I have received from the parties, and then we'll move

22   forward.

23        There's the Presentence Investigation Report at

24   546; the Probation Office's recommendation at 547.  There's

25   the government's memorandum in aid of sentencing at 565 and

1    the reply at 580.  There are the defendant's objections to

2    the Presentence Investigation Report at 525; the memorandum

3    in aid of sentencing at 571-1, which included a number of

4    letters and exhibits at 571-2; and then the reply that was

5    filed at 576.  And then there was the submission that I just

6    referred to from last evening, which is 607.

7            All right.  Is there anything else I should have

8    mentioned that I did not?

9            And, of course, I've looked at the government's

10   exhibits that it submitted in connection with the

11   sentencing.

12           MR. MANZO:  No, Your Honor.

13           MR. PEED:  Just for the record, did the Court

14   receive the compilation of exhibits that I put together and

15   put on ECF for the sentencing memorandum?  I put all the

16   trial references there, a separate ECF.

17           THE COURT:  Yes, I've received your trial

18   exhibits, if that's what you mean.

19           MR. PEED:  There's a separate ECF number that

20   compiled the one cited in the sentencing memorandum.  I just

21   want to make sure the Court had that.

22           THE COURT:  I certainly have it, and I would have

23   looked at the exhibits in connection with the sentencing.

24           MR. PEED:  Thank you.

25           THE COURT:  Okay.

1          So with that, let me confirm, Mr. Peed, that

2    Mr. Vallejo has received and reviewed the Presentence

3    Investigation Report.

4          MR. PEED:  Yes, Your Honor.

5          THE COURT:  Okay.

6          So let me just begin with the factual disputes

7    that have been raised by the defense.

8          Let me just say at the outset that, because I have

9    presided over multiple trials and have grown quite familiar

10   with the evidence, my findings here this afternoon are not

11   largely drawn from the Presentence Investigation Report

12   summary, factual summary.  I'm relying primarily on the

13   evidence that was introduced through exhibits and testimony.

14         And, secondly, that, you know, I've obviously

15   already gone through a factual set of findings with respect

16   to the Rule 29 motion.  And so those factual findings and

17   the inferences that I recognize from those findings, I'll

18   adopt here today and ask that they be incorporated into the

19   record and that my findings be reflected based upon a

20   preponderance of the evidence as well for purposes of this

21   proceeding.  And we'll talk more about that momentarily.

22   But let me just address a few of the factual disputes.

23         Just generally speaking, much of what is argued

24   are factual disputes or disputes about how the -- what

25   inferences should be drawn from the evidence.  I'm not going

1    to go down that road very much.

2            Then the contention that there's no formation of a

3    conspiracy after the November election.  As I've said

4    before, I do think there was sufficient evidence to

5    establish that the conspiratorial conduct began in November

6    with Mr. Rhodes' proclamations about the need for violence

7    or the potential need for violence to resist the transfer of

8    power and that, as the weeks and months progressed,

9    additional co-conspirators would be participants in those

10   communications and, by their words and actions, exhibit

11   agreement with Mr. Rhodes' stated criminal objection --

12   criminal objectives, excuse me, that ultimately culminated

13   with the entry into the Capitol building on January 6th.

14           There's the contention that all significant

15   statements by Mr. Rhodes talked of regime change after

16   January 6th.  I disagree with that characterization.

17   I cited a number -- or several communications that

18   Mr. Rhodes himself had in which he indicated that keeping

19   Biden out of the White House was a conspiratorial goal.

20           And, of course, there was the surplus of

21   communications in which defendants and co-defendants and

22   co-conspirators were referring to death and dying on

23   January 6th and being prepared for that.  So this was

24   not a conspiracy that was strictly limited to rising up

25   against the government after January 6th or really after

1    January 20th.

2            Characterizing the QRF as for strictly and solely

3    for the purpose of transporting weapons in the case of

4    emergency and to save lives.  I've already addressed that in

5    the Rule 29.  But, again, there were ample -- or there were

6    a number of communications, testimony, and inferences from

7    the volume of weapons and the nature of the weapons that the

8    jury could have drawn to conclude that, at a minimum, that

9    an additional purpose for those weapons was for offensive

10   purposes should they become necessary and called upon to

11   impose force and use force to resist the transfer of power.

12           Statements made that in general the Oath Keepers

13   flowed in with the crowd and did not meet resistance until

14   inside, I just would disagree with that characterization of

15   how they entered the building.  You know, they didn't

16   casually flow in with the crowd.  They barreled through the

17   door with the crowd, past police officers who were trying to

18   guard that door.  So in any event...

19           There's an objection in paragraph -- with respect

20   to paragraph 56 that Mr. Vallejo did not "race back to the

21   QRF hotel as the riot unfolded."  I actually -- I would

22   agree with that.  I don't know if there's any evidence that

23   Mr. Vallejo "raced back" as opposed to simply made his way

24   back, so I'll take that into account.

25           There's a contention that Mr. Meggs' statement

1    about looking for Nancy Pelosi was a casual Facebook chat

2    and is not reliable.  I'm not sure why that would be

3    considered a casual statement, that you were looking for the

4    Speaker of the House while you were actually inside -- on

5    the very day that you were in the Capitol building and why

6    that would be considered unreliable when it's clearly a

7    statement against penal interest and was admitted as such.

8             There's a contention that Mr. Vallejo -- there's a

9    reference made in the Presentence Investigation Report to

10   the fact of Mr. Vallejo wearing tape on his fingers the

11   night of January 6th at the Olive Garden to "avoid leaving

12   fingerprints."

13            I tend to agree that there was certainly no

14   evidence that that was the purpose of wearing tape on his

15   fingers.  There was no real contention as to how much tape.

16   And so I'm not drawing any inference from the fact that

17   Mr. Vallejo was observed having tape on his fingers, that he

18   was somehow trying to avoid leaving prints.

19            And then there's just the general dispute about

20   whether Mr. Vallejo's properly characterized as the QRF

21   leader, and we'll get into a conversation about that in

22   context of the role enhancement that the government is

23   seeking.

24            So those are just some of the factual issues.

25   Obviously, I just wanted to highlight some of them and make

1   clear what I am considering and not considering in terms of

2   factual matters.

3           So with that, why don't we turn to counsel, and

4   we'll hear argument about scope of related conduct, as well

5   as the Guidelines applications.

6           MR. MANZO:  Thank you, Your Honor.

7           Mr. Vallejo's scope is coterminous with every

8   other defendant.  He was convicted of sedition, three

9   different conspiracies, and should be held responsible for

10  all the actions of the other defendants because they were

11  within the scope of the conspiracy, reasonably foreseeable,

12  and in furtherance of that, specifically to Vallejo.

13          Vallejo's knowledge for the potential violence in

14  the conspiracy is perhaps, aside from Rhodes, the greatest,

15  the maximalist point.  Among his statements on the morning

16  of January 6th, he called for guerilla war.  Guerilla war is

17  the extension of politics by means of armed conflict.

18          At minimum, breaching the Capitol, the political

19  home of the United States, and assaulting officers at the

20  Capitol is within the scope of the conspiracy as Mr. Vallejo

21  himself laid it out.  It was reasonably foreseeable, and it

22  was in furtherance.

23          But we can look at Mr. Vallejo's actions on a

24  larger timeline to understand.

25          Before January 6th, he circulated

1    The Hagmann Report, which called for the execution and

2    arrest of politicians in D.C.  He circulated Rhodes' open

3    letters, which called for revolution.

4         On January 6th, as I talked about before, he

5    called for guerilla war if the certification went on and

6    that he was going to be the person who was going to start

7    killing people.

8         And, importantly, this was not a solo mission with

9    him.  He envisioned a conspiracy.

10        On that same podcast, Kandaris and Vallejo

11   described linking up with the Oath Keepers, who they

12   described as having more than the ability to just taunt and

13   be in the final check and balance on the process.

14        Then on the afternoon of January 6th at 1:25,

15   Stewart Rhodes, on the "D.C. Op" channel says, "Pence is

16   punking out -- or Pence is doing nothing, as predicted,"

17   1:25.

18        1:26, the Oath Keepers began to march to the

19   Capitol.

20        1:38, Stewart Rhodes:  "All I see Trump doing is

21   complaining.  I see no intent by him to do anything, so

22   the patriots are taking it into their own hands.  They've

23   had enough."

24        These are the predicate events that Vallejo

25   envisioned that morning.  If the certification went forward,

1  which, by Pence saying he was not going to interfere, then

2  there would be guerilla war.

3              THE COURT:  Can I ask you a question, Mr. Manzo?

4              What specifically -- and maybe this is what you're

5  contending as you're arguing now, but what is the

6  government's contention in terms of knowledge or reasonable

7  foreseeability that other Oath Keepers, it would have been

8  reasonably foreseeable to Mr. Vallejo that other

9  Oath Keepers would have, one, gone into the building and,

10  two, used physical force while in the building?

11              MR. MANZO:  I think the idea that going into

12  the -- I think Mr. Vallejo would be on the hook for much

13  greater actions than just going into the building and using

14  force in the building.

15              When he's calling for a guerilla war, that

16  subsection or that encompassment of activity is much greater

17  than I think what even happened there that day.

18              And specifically the Oath Keepers, he identified

19  them as -- well, he's a part of that, and that they were

20  going to be the final check and balance on the process, that

21  they were the ones who had the ability to do more than just

22  taunt.

23              So "more than just taunt" means violence.  The

24  specific type of violence, whether that was breaching the

25  building, maybe he didn't foresee that exact type; but

```
 1    violence in general, which is what is required by guerilla
 2    war, is 100 percent foreseeable, in our view.
 3              THE COURT:  But don't I need to at least -- in
 4    order for him to be held responsible for, for example, the
 5    physical violence engaged in by Ms. Watkins, Mr. James, just
 6    to name two, don't I need to make findings that it was
 7    reasonably foreseeable for him to see that would occur?
 8              In other words, he doesn't have to know it's
 9    happening, but all you have to do is establish that it's
10    reasonably foreseeable to him based upon his understanding
11    of the conspiracy, its objectives, and what facts he knew
12    that that, in fact, would occur?  It was reasonably
13    foreseeable that that would occur, that is, the entry to the
14    building and the use of violence inside?
15              MR. MANZO:  Well, I think two things.
16              One is the guerilla war encompasses a large amount
17    of conduct.  And going into the building, using force, using
18    violence, I believe that's well within the confines of
19    guerrilla war.
20              And then on January 6th, once the Oath Keepers
21    start to move toward the building, he's on the "D.C. Op"
22    channel talking about how he's outfitted with two trucks
23    available and then "QRF ready.  Just say the word..."
24              So those are -- he's identifying himself with the
25    Oath Keepers who are moving toward the building and who are
```

1   entering the building at those moments.

2          So I think he does not necessarily have to foresee

3   Ms. Watkins, in particular, doing X, Y, Z action.  He has to

4   foresee the potential for violence, which he's made clear he

5   does, and that violence just happened to take the form that

6   Ms. Watkins engaged in.

7          THE COURT:  Okay.

8          MR. MANZO:  And I think you can also see the

9   foreseeability of Mr. Vallejo understanding that violence

10  was going to happen by the Oath Keepers, not only by him

11  saying that they were the final check, they had more than

12  the ability to just taunt, but by after January 6th, after

13  the riots that day when the Capitol had been resecured, he's

14  saying, "We are at war."

15         He's saying -- he goes back to the Capitol on

16  January 7th and surveils the Capitol, surveils the men and

17  women who are now guarding it.

18         These are not -- there's no after-the-fact

19  surprise about what happened.  He called for guerilla war.

20  Violence happened, which is part of guerilla war.  And

21  especially guerilla war means that it's politics by means of

22  armed conflict.  So it's war; it's violence at the Capitol.

23         And then after it happened, when everyone

24  is checking in on the "D.C. Op" channel, there's no

25  surprise.  He says he's going to go probe the defense line

1  the next day.

2          Finally, even after January 7th when the rest of

3  the conspiracy has fled D.C., he and Kandaris are trying to

4  meet up with Rhodes to learn next steps.  Again, you can

5  tell his lack -- you can tell how foreseeable violence was

6  at the Capitol by his actions and thoughts after

7  January 6th.

8          And I'm happy to move on to different portions

9  here.

10          So in terms of threatening and causing physical

11  injury, we have his words on the podcast where he threatens

12  Congress or threatens the United States with guerilla war.

13          And then we have that he knew that the

14  Oath Keepers were acting as a financial check and balance,

15  that they were the ones who could enact this violence if

16  need be, if the process went forward.  And then, again, no

17  surprise afterward that the violence happened.  Those are

18  all ways that the Court can find the plus 8 for threatening

19  or causing physical injury.

20          The substantial interference with administration

21  of justice, Vallejo never offered to exfil anyone until

22  after the Capitol had been resecured.  He instead described

23  himself as the QRF and that he was outfitted.  And as you

24  read in my -- in the closing just a few moments ago, he was

25  outfitted with weapons.  And although he never came in, he

1  was pleading to bring those weapons, to bring himself into

2  D.C.

3          We know that there was no confusion about what was

4  going on in his mind because of his messages to third

5  parties at the very time that the Capitol was being overrun,

6  where he messaged to a third party in Arizona and said,

7  "Have you secured the Capitol there yet?"

8          He's not talking about being an Uber or being a

9  taxi.  He's talking about how people are occupying Capitols

10  and how he and like-minded individuals can contribute to

11  that effort.

12          He may not have entered the Capitol; but as the

13  jury found, he could have aided and abetted in the actions

14  of those who were there.

15          In terms of extensive planning and scope,

16  Mr. Vallejo drove 2300 miles.  He coordinated with two of

17  the top leaders of the conspiracy, Kelly Meggs and

18  Stewart Rhodes.  He agreed to serve as the QRF.  He

19  surveilled the Capitol after January 7th.  And a simple

20  explanation was, "We are at war."  This is what people at

21  war do.  They surveil the National Guard.

22          After January 7th, he tried to meet up with Rhodes

23  in Texas to learn the next steps.

24          Unlike some people who may have just been involved

25  at the very least moment, Vallejo continued, not only in the

1    time leading up to his trip to D.C., but after January 6th.

2    Where a lot of people kind of scattered to the wind, he was

3    dedicated.  He wanted to know how he could continue to

4    contribute.

5            I'm happy to answer any other questions now, or we

6    can come back when we get to the aggravating roles or I can

7    go on to that now.

8            THE COURT:  Yes.  Why don't you go address all of

9    that now.

10           MR. MANZO:  I know your Honor has some questions

11   about manager and supervisor; is that fair?

12           THE COURT:  Yes.

13           Well, you may already know what my views are

14   likely to be, so I'm happy to be persuaded otherwise.

15           MR. MANZO:  Well, I'll give it my best shot.

16           So one thing is clear, is that Mr. Vallejo was the

17   link to -- from those on the ground on -- those on the

18   ground at the Capitol and the QRF, that he was the one who

19   was outfitted; he was the QRF that was standing by.  He had

20   two trucks available.  He would have been directing Kandaris

21   to drive that second truck.  That's argument one.

22           Argument 2, which we cited in our sentencing memo,

23   is the Committee Note 2 on 3B1.1.  An upward departure may

24   be warranted, however, in the case of a defendant who did

25   not organize, lead, manage, or supervise another participant

```
1   but who, nevertheless, exercised management responsibility

2   over the property, assets, or activities of a criminal

3   organization.

4           Mr. Vallejo was managing one of the most important

5   parts and supervising one of the most -- some of the most

6   important property of the criminal organization, the

7   weapons.  He was the one that could get those into D.C.  He

8   was the one managing also the two trucks to bring those

9   weapons into D.C.  So for those reasons, we do think, under

10  that committee note, an upward departure is warranted.

11          THE COURT:  Okay.

12          MR. MANZO:  In terms of obstruction of justice

13  under 3C1.1, Vallejo deleted Signal.  And simply put, that

14  had a wealth of evidence on it.

15          That included not just the "D.C. Op" chat but the

16  "1776 to the Second Power" chat.  And that's one that the

17  government used extensively at trial.  And that chat showed

18  specifically the defense knowledge about the

19  Electoral College process and their conspirators' movements

20  from Arizona to D.C.

21          So Mr. Peed's argument that essentially the

22  government already had access to the "D.C. Op" chat by the

23  time the government executed the search warrant on

24  Mr. Vallejo's phone and essentially no harm/no foul is just

25  legally insufficient and factually insufficient.
```

1          We did not have access to the

2    "1776 to the Second Power" chat until well after the

3    execution of Defendant Vallejo's phone.

4          THE COURT:  Can I ask you, though, the timing is

5    what stands out to me.

6          And, you know, Mr. Peed rightly points out that

7    Mr. Vallejo actually expressly says, you know, only

8    innocent -- or guilty people remain silent or words to that

9    effect; and he, in fact, did not go off the Signal app and

10   continued to use it at least for another two months, and

11   then at some point deleted it after two months.

12         And so that timeline is very different than other

13   instances where I have found the obstructive conduct to be

14   applicable or that the Guideline would be applicable and I

15   could make sort of requisite specific-intent finding that I

16   would need to make.

17         MR. MANZO:  Your Honor, we will not belabor the

18   point.  But given the fact that on that same chat, Rhodes

19   was telling Vallejo that people were being arrested, that

20   this was not a secure environment, and that that Signal

21   application would have had a wealth of evidence and that

22   Mr. Vallejo then deleted that specific application as

23   opposed to other information on his phone, we think you can

24   find by a preponderance of the evidence that he obstructed,

25   given those facts, notwithstanding the timing.

1          THE COURT:  Okay.

2          MR. MANZO:  I'll just highlight kind of one more

3    point here in summing up in terms of the "reasonably

4    foreseeable" argument about violence.

5          He was sitting on guns that were -- that had to

6    have some use.  He was calling for guerilla war.  The

7    presence of guns and guerilla war makes violence not only

8    foreseeable but perhaps likely.  It should come as no

9    surprise to him what happened on January 6th, and we know

10   that not just because of common sense but because of his

11   actions after January 6th, that evening where he says, "We

12   are at war."  War requires violence.  The actions of his

13   co-conspirators on January 6th were 100 percent foreseeable,

14   and we believe he should be held accountable for those.

15          THE COURT:  Okay.  Thank you, Mr. Manzo.

16          Mr. Peed.

17          MR. PEED:  Good morning, Your Honor.

18          THE COURT:  Good afternoon, we should say.

19          MR. PEED:  Good afternoon.

20          I think a little bit of -- a lot to respond there.

21   If we start with the obstruction argument, it would be

22   something we could address cleanly.

23          As the Court pointed out, this wasn't just -- this

24   occurred two months later, but it wasn't just two months

25   later, it was two months of Vallejo continuously posting

```
 1   things like news articles.  He basically was treating it
 2   like a bulletin board.  And he had already been told by
 3   Stewart Rhodes, "Hey the feds are on to this.  Act
 4   obstructively."  And he didn't do that.  He kept using the
 5   bulletin board.
 6            And then on March 7th, I think Stewart Rhodes must
 7   have just got annoyed that Ed out there is just posting
 8   stuff all the time.  He said, "Guys, this is a dead chat.
 9   Don't post stuff in here anymore."
10            And another person, not Ed, said, "Well, can you
11   just delete the chat?  Like, why is it still up here?"
12            And Mr. Rhodes said, "I can't delete it.  Just
13   stop using it.  It's dead."  That was March 7th.
14            So it wasn't -- I mean, you have the two months
15   and the fact that the only reason he would have deleted it
16   is because Stewart Rhodes said, "This is a dead group."
17            For months, Mr. Vallejo kept using his phone, and
18   it was getting -- you heard testimony of what kind of phone
19   it was, a very old, slow phone.
20            So I can represent to the Court he went to the --
21   there's actually a setting in Android phones where you can
22   see the size of apps on your phone when your phone is
23   getting slow.  And Signal is at the top because it had all
24   the -- any media that had been posted by anyone on any of
25   these chats makes Signal -- so he just deleted the most
```

1    memory-intensive thing.  Nothing obstructive about that.

2    Two months later.  And he had already been told the FBI had

3    this evidence.

4         It's clever that the government brought up the

5    "1776" chat as if that was something that Mr. Vallejo would

6    have been trying to hide evidence from.  You know, he --

7    what there is to see is that Mr. Vallejo is not trying to

8    hide evidence.  He used his own name in every Signal chat,

9    Ed Vallejo.  He never used a handle.  He never switched his

10   handle, as some people did.

11        He didn't get rid of that phone and get a new

12   phone.  He gives his very same phone he had the whole time

13   that he gave the FBI.  He gave the FBI his phone password.

14   He kept every text message and every video and photo from

15   that period.

16        So he's got things that he could delete, which are

17   incriminating, the government used against him, and he kept

18   those because he actually was trying to preserve that

19   weekend, preserve evidence from it, but he just needed space

20   on his phone.

21        THE COURT:  Is it the case -- and I don't know

22   whether it's on the record or not -- but that the

23   "1776" chat, was that a Signal chat?  Or I thought that

24   was -- it was a Signal chat?

25        MR. PEED:  They were texting, and I believe

1    Kandaris said, "Hey, let's make a Signal group."

2            THE COURT:  Okay.  All right.  Got you.  I

3    remembered it as a text-message chain but then eventually

4    became Signal.  Okay.

5            MR. PEED:  And, you know, the defense liked that

6    chat as much as the government did.  It showed Vallejo

7    excited about the certification objections.  "We have our

8    Senator.  We have Hawley.  We have Cruz," things like that.

9    So, you know, it's just, I think, beneath the government to

10   say that's evidence that Mr. Vallejo was trying to obstruct

11   evidence.

12           So anyway, essentially, the government's argument,

13   if they were to prevail on this, would create an affirmative

14   obligation for months on end -- who knows?  Indefinitely --

15   to not only to not delete anything but to preserve it in

16   case the government reaches out to you, even when you've

17   been told that they have this evidence and they don't seem

18   to be considering you; they're not talking to you.

19   Mr. Vallejo wasn't contacted until June, so sometime between

20   March and June is when he cleaned up his phone.

21           And significantly, when he was contacted by the

22   FBI, he scheduled an appointment and he drove there.

23   He didn't take any evasive action.  He didn't throw away

24   his phone.  He didn't clean his phone.  He didn't do any

25   of that.

1          You know, the government, we all know what
2    Mr. Vallejo said on the podcast.  And the government and the
3    defense have very different views of not criminal
4    culpability -- you know, the jury decided that question --
5    but all the ancillary inferences you can draw from all this
6    sort of dialogue.  It's frustrating because I'd like just
7    for the sentencing to be based on the truth and it would
8    just be accurate and precise.

9          For example, Mr. Vallejo never called for a
10   guerilla war.  The statements by Mr. Kandaris on that
11   podcast were that, "Hey, we're in a tinder box.  Something
12   might set it off."

13         And Mr. Vallejo's exact words were, "If the
14   American people are told FU, it's going to be a declaration
15   of guerilla war."  He's not calling for it.

16         And in the trial, I went to the effort to put in
17   other examples of people having these kind of conversations
18   on media sites, for example, where they were saying, "This
19   could get violent.  This could happen.  This could be" --
20   I'm not -- you know, I put in an article where the author
21   would say, "I don't condone this, but this could happen."
22   So let's just precise.  He didn't call for a guerilla war.

23         And, of course, he did say "guerilla war."  The
24   government can make the argument wars require violence, but
25   we also know war is a term often used in political

1    discourse.

2          What we know happened is that we have an

3    eyewitness who was with Mr. Vallejo, and he said he never

4    touched a gun.  He had, you know -- he had a bag that

5    probably had guns in it.  I mean, I think the Court would

6    probably make that finding.

7          But we have Mr. Carter, who the government has

8    never said did anything wrong or is a conspirator.  He's a

9    gun guy from Arizona, and he came with gun guys from

10   Arizona.  And they drove across country, and they set up

11   shop in a hotel and, Mr. Carter said, never touched it.

12         So when the government -- that was their argument

13   in closing, outfitted with what?  Guns.  That's an argument.

14   But the witness says, whatever he was when he was outfitted

15   and ready and standing by, there were no guns in his truck

16   and there were no guns on his person.

17         THE COURT:  Let's just make sure the record is

18   clear here.  That testimony was never presented at trial.

19         MR. PEED:  Not presented at trial.

20         THE COURT:  Right.  I'm just --

21         MR. PEED:  Presented to the grand jury under oath.

22         And, you know, to be frank to the Court, you know,

23   there are -- guns have a different cachet in the Washington,

24   D.C., area than they do in Arizona.

25         And part of my concern in putting Mr. Carter on

```
1    the stand is that he did bring two weapons for himself.  And
2    I don't think the government's viewed that as nefarious.
3    But, you know, it's something that complicates assessment
4    because he brought guns.  A lot of people brought guns.
5              And I think this goes to The Hagmann Report.
6    I honestly don't understand why the government thinks
7    The Hagmann Report is incriminating when he was saying,
8    unrelated to the certification, "We need to have an armed
9    march of people with our First and Second Amendment rights,
10   demanding that people be arrested and indicted."
11             These are legal processes.  He believed a crime
12   had been committed.  People like Hagmann and people who,
13   like Vallejo, believed a crime was being committed by this
14   certification process, and they wanted arrests and
15   indictments, and they wanted an armed march.  So these
16   people brought arms for this march.
17             Mr. Sam Andrews was the one calling for that,
18   okay?  Mr. Sam Andrews was a former Oath Keeper who went to
19   Ferguson after the shooting of Michael Brown and tried --
20   and trained and helped arm local minority groups whose
21   rights were being attacked by the police during those
22   marches.
23             And he had this vision of an army of citizens, of
24   color, who had their Second Amendment rights, and then they
25   wouldn't have their First Amendment rights taken by the
```

1    police in the aftermath of Ferguson.  That's -- you know,

2    articles about there about that.

3              So that same person, when he's saying, "Come armed

4    to D.C." in this podcast -- and believe me, I've watched

5    this podcast way more times than I ever want to again --

6    he's referencing that concept of "Be armed so that your

7    First Amendment rights aren't taken away by people acting

8    under color of law."

9              So, again, talk of arms is just more difficult in

10   this environment than in other environments, like people who

11   had been there in Ferguson and people who live in places

12   like Michigan or Arizona.

13             But Sam Andrews came.  He came armed.  He went to

14   the Capitol.  He live-streamed from the Capitol.  And he

15   went home.  This person that the government thinks, you

16   know, was the motivation behind Mr. Vallejo coming, did all

17   those things, never charged with anything.  So, you know, we

18   just have a very fundamental, different view of what can be

19   gleaned from some of these messages.

20             What I want the Court to do -- and I absolutely,

21   absolutely agree with what the Court said at the start of

22   these remarks, that the Court's job is to look at the

23   totally of the evidence.  And the government's theory

24   absolutely was, and which they repeated at length, was this

25   QRF theory, that it was to bring weapons.

1         I would point the Court to the first trial.  The

2    first time that we got to hear live testimony under oath

3    about these issues that the parties have been fighting

4    about, and the government put on John Zimmerman.  And I

5    don't know if this was a surprise to them, but they actually

6    asked John Zimmerman, "What does QRF mean to you?"

7         And he said under oath, "QRF was guys who would go

8    in and open the sliding door of the van and grab people and

9    get them out of D.C. and get them to a hospital if they were

10   hurt."  It matches exactly what you would think someone

11   would be offering if they were being told there were reports

12   of gunshots and officers down and tear gas.

13        Now, that's about that key moment in time.

14        Now, Mr. Vallejo, I think the evidence shows, and

15   the jury agreed, that he wasn't opposed to protesters

16   gathering around the Capitol.  He made that joke about,

17   "Have you taken over -- have you secured the Arizona

18   Capitol?"

19        But, you know, in terms of what the Court needs to

20   find for him in particular in the scope of his understanding

21   and agreement, I would point the Court to what he was doing

22   at the same time.  So he made that joke about "Have you

23   taken over the Capitol yet?" to Mr. Hancock.

24        At that very same time, that afternoon, 3:16 p.m.,

25   before -- I think before Mr. Minuta went in with his line,

1    Mr. Vallejo is talking to Mr. Hancock and said, "We believe

2    this is Antifa," and he showed him a video.  And he had,

3    "We're getting reports from people inside that there's

4    Antifa there."

5              So it's not just that after the fact, he's trying

6    to clean up his language and blame it on Antifa.  It's that

7    in that moment, he's drawing a line himself between videos

8    of violence with lumber and bricks and things like that and

9    people that were there to oppose the transfer of power and

10   certify.

11             So I think, you know, he's been found guilty of

12   conspiring by force; but whatever level of force is, it has

13   to be somewhere along the line of closer to blocking --

14   pushing past the police and what people like Mr. Moerschel

15   did that day versus people like Ms. Watkins, because we know

16   in realtime, he was really concerned about the breaking of

17   windows and the using of lumber and things of that nature.

18             You know, I think the government's correct from

19   the podcast what Mr. Kandaris was saying, not Mr. Vallejo,

20   there was a sense that when this certification is done, if

21   these objections aren't upheld, things might happen.  He

22   said -- and he was talking about the Oath Keepers,

23   I believe.  He said the Oath Keepers -- or he said, you

24   know, "We have some inside knowledge about the powers that

25   be that might oppose the powers that be."  So he's sort of

1    hinting at these people are here; they may do something.

2    But this was after the certification is what he was worried

3    about.  He was worried about what would happen next.

4         And so what we are -- I think what the Court held

5    in its Rule 29 ruling is that if you oppose the transfer of

6    power, if you had joined that conspiracy to oppose transfer

7    of power, not that you specifically want to stop the

8    certification, but that you thought transfer of power should

9    be stopped now, that it was foreseeable that people would

10   try to stop the certification once the mob started marching

11   and things started to go down.

12        So what seems clear to me and I think the Court,

13   looking at the totality of the evidence, can conclude is

14   that on the morning of January 6th, Mr. Vallejo and

15   Mr. Kandaris are talking about that process and kind of

16   waiting for it in an expected way.  And there was no mention

17   of Pence.  They had no -- there's not a single reference to

18   Pence that I'm aware of in anything that Mr. Vallejo ever

19   said.

20        Pence not taking extra constitutional action was

21   not what Mr. Vallejo was concerned about.  What he was

22   concerned about is Arizona is the first state that has

23   objections.  Are those objections going to be heard?  And

24   what's going to happen with them?  And he was excited to

25   have Hawley, Cruz, and others saying that this is going to

1    be a certification process that gets objections, and we're

2    going to discuss those objections.  That's what he's saying

3    on the morning of the 6th.

4          And I suppose by the Court's ruling, it was

5    foreseeable, if he had already joined a conspiracy, that if

6    it does go through, if there's going to be somehow some

7    means to resist it, it was foreseeable that people would try

8    to stop the certification.  But how much force they would

9    use, what they would do, those aren't things that were in

10   Mr. Vallejo's mind because he was not trying to stop

11   certification in that moment.  At that moment, he was

12   waiting on it.  And then he went and right after saying he's

13   waiting on it, he goes and looks for his truck.

14         In terms of the leadership issue, you know,

15   I think the record is clear there's no evidence to carry the

16   government's burden that Mr. Vallejo controlled anyone.

17   It's equally plausible that Mr. Kandaris said, "Hey, I'll

18   take my truck."  And then Vallejo said, "I've got two trucks

19   available."

20         This is not Vallejo directing Kandaris.  Kandaris

21   spoke his mind copiously and freely and disagreed with

22   Vallejo at times on these podcasts.  He's the one who first

23   reached out to Stewart Rhodes.  So the notion that

24   Mr. Kandaris considered himself to be subordinate to Vallejo

25   has no basis.

1           But, also, the government, if we just look at the

2   facts -- and I've always wanted this case to be -- I've

3   wanted the government to pull back from its rhetoric and

4   just look at the facts.

5           Vallejo referred to himself or referred to someone

6   as QRF at 2:38, but we also know that his truck was lost the

7   night before.  And if he was planning to use it the next

8   day, there would have been no reason not to make sure you

9   had it that night.  Like, why would you go back to the hotel

10  with your truck in D.C.?  And there's no curfew or anything.

11  There's no reason not to just make sure you have that truck

12  for the next day's big events.  I think that supports an

13  inference that on the night of the 5th when he went to bed,

14  Mr. Vallejo did not consider his truck to be part of the

15  next day's events.

16          THE COURT:  So what's the explanation for somebody

17  who drives 2300 miles to see the President of the

18  United States, is in Washington, D.C. that morning, finds

19  his truck, and then decides not to watch the speech and then

20  head back?

21          MR. PEED:  So the speech wasn't the important part

22  for Mr. Vallejo and Mr. Kandaris.  Mr. Kandaris said on the

23  podcast, "We're here to be a witness to the certification.

24  We want there to be acknowledged by Congress that people are

25  here, are watching --

1          THE COURT:  How's does he do that from the hotel?

2          MR. PEED:  So what we know is that he was routed

3    back out of the city by the police after he found his truck.

4    That's the key thing that kind of shocked me at trial when

5    the government said, "Why didn't they go straight to the

6    Capitol if they were trying to help?"

7          Because Mr. Kandaris explained that.  I don't have

8    Mr. Kandaris as a witness, so it's hearsay for me, but at

9    this sentencing, the Court can consider it.

10         The government has relied extensively on the truth

11   of what Mr. Kandaris is reporting in realtime.  And he very

12   stream-of-consciousness says, "So we found our truck, and

13   then we started seeing people going to the Capitol.  We

14   watched that for a little bit.  Then we got in our car and

15   started driving, but the roads to the city center were

16   blocked.  And the police were routing people out.  So we got

17   routed out of the city and went back to the hotel.

18         It's very nonchalant.  It's very unplanned.  So

19   they get back to the hotel, and then Mr. Vallejo sitting on

20   the steps says, "Hey, I've got two trucks.  Let me know how

21   I can assist, which it also always struck me if it was

22   all -- if he meant, "I have the weapons.  Is now the time to

23   bring them?" why would you phrase it that way?

24         So anyway, but that's why -- they got routed out

25   by police with all the road closures.  They actually tried

1    to drive into the city center, according to Mr. Kandaris,

2    and he got routed out.

3            So as facts turned out, he wound up at the hotel

4    at that moment of 2:20, which is an hour, almost an hour and

5    a half after the certification.  And he sends those texts

6    before there's been this Meggs/Rhodes call where they make

7    the decision to go into the...

8            You know, I think the Court is probably correct

9    that Meggs would not have gone into the Capitol without

10   discussing it with Mr. Rhodes.  Well, that call happened at

11   2:35.  And Mr. Vallejo had already said, "Hey, I've got two

12   trucks available.  Let me know how I can assist," about

13   12 minutes before that call ever happened.

14           So it's happenstance that he was at the hotel.

15   The morning of the 6th, he was gearing up with his replica

16   Navy sword.

17           THE COURT:  So I'm sorry to interrupt, Mr. Peed.

18   I'm happy to hear more of this in the allocution, but I

19   really would like to stay sort of more to the Guidelines and

20   the scope of his responsibility.

21           MR. PEED:  So I think -- you know, I think all

22   this goes to he was not a QRF leader, he had virtually no

23   coordination with -- he never met Caldwell or spoke with

24   Caldwell.

25           No evidence he spoke with Stamey or Bittner

```
 1    except, you know, as they're going, two separate rooms from
 2    one video in a hotel, in an elevator.  There's just no
 3    evidence that Mr. Vallejo had anything to do with the QRF
 4    until that afternoon when he happens to be there at the
 5    hotel by happenstance.  So I think that shows that he's
 6    not -- he doesn't get the role enhancement.
 7            I think he should get a role, a minor-role
 8    adjustment, because, you know, I looked at what Mr. Berry
 9    did that the government concedes deserves a minor-role
10    adjustment.  He was on the Signal chat for weeks or months
11    discussing with the co-conspirators, including Meggs, you
12    know, violent rhetoric.  And then he rides up there with
13    Mr. Meggs and earns the name Breacher when they meet at the
14    campsite and spend the night.
15            And then they go up there and he's part of that
16    circle where Meggs says, "We're going to go and stop the
17    count."  So then with that knowledge, he walks right up and
18    goes in there.  And then he destroys evidence.  And that's a
19    minor participant.
20            So I think if Mr. Vallejo was part of a
21    coordinated plan the whole time where he had signed up to be
22    the QRF guy, maybe that doesn't merit for an upward or
23    downward, but it was happenstance that he wound up at the
24    hotel after being routed out of the city after finding his
25    truck and he offered that help.
```

1          And then, as the afternoon went on, you know,

2    I think he continued to offer help and assistance in ways

3    that the jury could have concluded was showing he was part

4    of the conspiracy, but he's not an active part.  No one

5    called on him.  No one -- like, most of the witnesses didn't

6    know who he was.

7          Even if he was offering these weapons, as the

8    government claimed, it went out into radio silence.  No one

9    really gave a second thought to Vallejo.  He was not a key

10   participant in this.

11         Most people didn't know who he was, didn't give a

12   second thought to him.  He was important to himself in his

13   own mission.

14         And he was important to his Arizona friends, and

15   they came and they went home.  But nothing really happened

16   in terms of the certification stopping or anything else that

17   this conspiracy achieved that involved Mr. Vallejo.

18         So I think if this -- I would argue it anyway, but

19   certainly if the government concedes people who went in the

20   Capitol and destroyed evidence with the name Breacher are

21   minor participants, Mr. Vallejo, who I think is kind of a --

22   I want to say he's unusual.  He's kind of goofy.  He's kind

23   of like -- he speaks with like a military way, and he sort

24   of does things like carry antique swords.  And he had this

25   big beard.  And he's just kind of a goofy addendum to this

```
 1   who came without any prior knowledge, no discussions through
 2   December, no discussions through the end of November, like
 3   Mr. Berry did, didn't even know Rhodes would be here.  So
 4   he's already set out here.
 5            You know, Kandaris and Vallejo were clearly
 6   together on their own in a sense, maybe a foot in both
 7   camps, but minor compared to the core people who were
 8   planning and discussing this for weeks and months and
 9   executed it.
10            So I would argue for the minor adjustment there.
11            THE COURT:  Anything else, Mr. Peed?
12            MR. PEED:  No.  I'll stop there, Your Honor.
13            THE COURT:  All right.
14            MR. MANZO:  Would Your Honor like to hear any
15   other thoughts on Mr. Carter or on the minor role?
16            THE COURT:  Sure.  Since it was brought up, I'm
17   happy to hear about Mr. Carter.
18            MR. PEED:  Mr. Berry or Mr. Carter?
19            MR. MANZO:  Mr. Carter.
20            THE COURT:  Mr. Carter.
21            MR. PEED:  Carter?
22            MR. MANZO:  Yes.
23            THE COURT:  Kelly Carter?
24            MR. PEED:  Okay.
25            MR. MANZO:  Just to fill in the factual record
```

1    here, Mr. Carter is not on any Signal chats.  He had no

2    contact with Oath Keepers prior to January 6th.  He did not

3    hear the podcast that Mr. Vallejo participated in on

4    January 6th.

5            He did not probe the defense line with Mr. Vallejo

6    on January 7.  He was so upset with Mr. Vallejo that he did

7    not drive back 2300 miles with Mr. Vallejo but flew and left

8    his guns with Mr. Vallejo and Mr. Kandaris so that he could

9    extricate himself.

10           THE COURT:  Why was he upset with him?  Why does

11   he say he was upset?

12           MR. MANZO:  Just a personal -- a personal -- he

13   felt he was put in a bad situation, I think were his words

14   in the grand jury.

15           THE COURT:  That's all he said?

16           MR. MANZO:  And personal disagreements with

17   Mr. Vallejo around how he was acting.  They had been friends

18   for a number of years prior.

19           He testified in the grand jury he interviewed at

20   least twice with the government, presumably more than once

21   with Mr. Peed as well.

22           And I know that Mr. Peed proffered over email that

23   there was this alleged conversation between Mr. Kandaris and

24   Mr. Vallejo between 2:24 and 2:38 when there was a

25   conversation about helping people.  That would all be news

1  to the government.  In every conversation we've had with

2  Mr. Carter, we've never heard that before.  It would also be

3  completely inconsistent with everything Mr. Vallejo said

4  regarding war and violence, rather than helping people.

5         And, finally, Mr. Carter has some fairly unusual

6  beliefs that a fact-finder might cause to question his

7  ability to perceive events accurately.  He described Antifa

8  being present at the QRF hotel; blamed the riots on Antifa,

9  despite a complete lack of evidence; and his reason for

10  bringing his weapons to D.C. were to protect himself from

11  the Federal Government.  So that's just to put some of the

12  alleged conversation here that would be, again, news to the

13  government and be inconsistent with the evidence.

14         And, second, just in terms of minor role,

15  Mr. Vallejo did circulate Mr. Rhodes' open letters prior to

16  January 6th.  And perhaps, most importantly, he was the key

17  link to the QRF.  He was the one that had the guns, had the

18  transportation.  And I'll get to this a little bit more in

19  my allocution.

20         But without these guns and this backup, would

21  Stack 1 have felt empowered to do what they did?  Would

22  Stack 2 have felt empowered to do what they did?  I don't

23  think so.  So he was the one with the link.  I don't think

24  he can be considered a minor role given that.

25         THE COURT:  Thank you, Mr. Manzo.

1          MR. PEED:  Can I address that?

2          THE COURT:  Okay.  Go ahead.

3          MR. PEED:  I think that's a very good question,

4    because when we asked the people from Stack 1 and Stack 2,

5    "Did you know Mr. Vallejo or give him any guns?" they're

6    like -- Mr. Berry interpreted and was like "I've never seen

7    the guy.  Stop asking me about him."

8          Mr. Bittner had the weapons for the Florida group.

9    There was no coordination between Mr. Vallejo and

10   Mr. Bittner.  There's no evidence of that, no discussions,

11   no texts, no anything.  So I don't think they would have

12   been -- I don't think they needed the weapons to empower

13   them to do what they did because they had this discussion,

14   this huddle with Meggs and they went in.  So I think the

15   answer to that is "no."

16         But certainly if they had any notion that their

17   weapons were stacked behind them and might come to them, it

18   was with Mr. Bittner.

19         THE COURT:  Okay.  All right.

20         Just give me a couple minutes, folks.  I'll be

21   right back.  I'll just be about five minutes.

22         Thanks, everyone.

23         COURTROOM DEPUTY:  All rise.  This Court stands in

24   recess.

25         (Recess from 2:33 p.m. to 2:41 p.m.)

1          COURTROOM DEPUTY:  All rise.  The Court is now in

2    session; the Honorable Amit P. Mehta now presiding.  Be

3    seated and come to order.

4          THE COURT:  Okay.  So let me just go ahead and

5    make the findings first, and then I'll turn to the

6    Guidelines.

7          So as I said earlier, I sort of adopt the findings

8    that I made at the Rule 29, and I'll just elaborate here a

9    little bit more specifically with respect to Mr. Vallejo.

10          I do find that, by a preponderance of the

11    evidence, that Mr. Vallejo is responsible, as related

12    conduct, for the acts of his co-conspirators who were

13    convicted of various conspiracies, and that would include

14    Mr. Meggs, Ms. Watkins, Mr. Minuta, Moerschel, Hackett, and

15    Mr. Rhodes.

16          As part of that finding, I also find by a

17    preponderance of the evidence that Mr. Vallejo agreed to

18    participate in a conspiracy whose object was to oppose by

19    force the authority of the government of the United States,

20    which is the second object of the seditious conspiracy.

21          The actions of his co-conspirators at the Capitol,

22    including their acts of force within the building, were, A,

23    within the scope of the jointly undertaken criminal

24    activity; B, in furtherance of the criminal conspiracy; and,

25    C, reasonably foreseeable in connection with that criminal

1    activity.

2              And let me just go through that now.

3              The following facts show that Mr. Vallejo

4    knowingly joined the charged conspiracies and shared in

5    those conspiracies' criminal objectives.

6              So in December, Mr. Vallejo shares Mr. Rhodes'

7    open letter with a friend of his.  Why is that important?

8    It's important because Mr. -- it connects Mr. Vallejo to

9    Mr. Rhodes, and he would have then at least read the fact

10   that Mr. Rhodes was not only touting the Insurrection Act

11   but also saying to the President, "If you do not invoke,

12   then we'll have to take things into our own hands."  And he

13   then, of course, shares this with someone else.

14             That my itself wouldn't be much to contemplate.

15   But then, of course, Mr. Vallejo does come to Washington,

16   D.C., and Mr. Kandaris, in one of the messages en route,

17   says that "We need to know" -- this is to Stewart Rhodes:

18   "We need to know where the staging area is going to be for

19   technical equipment and supplies," in clear reference to

20   transporting of the guns, that they, themselves, had with

21   them.

22             And Mr. Kandaris, of course, had identified

23   himself as -- and Mr. Vallejo, along with the other Arizona

24   folks, one other, as rifles, among other things, in that one

25   message.

1          He does, on January 4th, share The Hagmann Report

2    with Kelly Carter in which Mr. Andrews encourages people to

3    come to the District with weapons.  He does say he's to

4    demand a peaceful resolution; but, nevertheless,

5    importantly, Mr. Vallejo sort of says, "It's on," in sharing

6    that Hagmann Report.

7          You know, again, none of this perhaps by itself

8    would be problematic.  Actually, I shouldn't say that.

9          I mean, none of this by itself could potentially

10   maybe involve Mr. Vallejo in the ultimate conspiracies with

11   which he was convicted.

12         But what happens on the 6th reinforces the fact

13   that he came to Washington, D.C., with a particular criminal

14   purpose.  And we know that, again, from his own words.

15   I mean, these aren't made-up words.  He is sitting with

16   Mr. Kandaris on the January 6th podcast saying that they had

17   "hooked up with Oath Keepers, unloaded what we could," clear

18   reference to the weapons and what else they brought in those

19   totes.

20         And we know from the video he brought a rifle bag,

21   a machete, a drone, and those 11 large totes.  He's

22   contended that there was food in there.  Okay.  That may be.

23         But Mr. Kandaris goes on to say, of course, that

24   "There are people here who are experienced.  They are

25   veterans.  They're patriots."  This is a clear reference to

47

```
1   Oath Keepers because, of course, they had been with
2   Oath Keepers the day before when they got there to go to
3   Supreme Court.
4           "And they want to be sure that potential threat --
5   and I do say 'threat' with little consternation, but it's
6   true -- of further action is there.  I think it has to be
7   because that is the only -- we are the final check and
8   balance on this process."
9           Mr. Kandaris further says that they're applying as
10  much pressure as they can.  And "the next obvious step is to
11  go into armed conflict but hoping very much that doesn't
12  happen."
13          He said, "Armed conflict is on the table.  There
14  are people here who are prepared, have the will, have the
15  facilities to do more than taunt.  The question, as you
16  know, is there a 'shot heard around the world' moment?  The
17  possibility definitely exists."
18          Now, Mr. Peed has posited that those words are
19  sort of forward-looking, that if the -- not intended to
20  disrupt the certification.
21          Well, two things.
22          One, Mr. Vallejo is charged with a conspiracy
23  to -- beyond mere disrupting the certification, and that is
24  the seditious conspiracy, which included authority against
25  the government of the United States as well as the execution
```

```
 1   of laws, which could include the President's taking of the
 2   oath.
 3          But more importantly, those words aren't
 4   conditioned, don't say "in the future."  They don't say, you
 5   know, "If this doesn't happen, then maybe weeks from now,
 6   we're going to have to."
 7          And maybe we wouldn't expect people to speak that
 8   way.  But there's a reason that podcast is happening on
 9   January 6th, that morning.  And these are the words he's
10   uttering that morning, on January 6th.
11          And he's talking about people in Washington, D.C.,
12   or in the area, people who were actually physically in
13   Washington, D.C., but had weapons outside the area on
14   January 6th.  Why else would he'd be talking about those
15   weapons unless they were intended for use that day
16   potentially or shortly thereafter?
17          I mean, again, we can sort of parse these words;
18   but certainly a rational and reasonable and, frankly,
19   I think the inference the jury had drawn and I would draw as
20   well, is that he's talking about armed conflict starting
21   that day.
22          If -- and Mr. Vallejo puts sort of an exclamation
23   mark to it, says if -- he is "Told 'fuck you' today, there's
24   going to be a declaration of guerilla war."  That's what
25   he said, "a declaration of guerilla war."
```

1          "And if he doesn't" -- that is, Trump -- "doesn't

2     bring the hammer down, then the shit is on."

3          And then he says, "I'm the motherfucker that's

4     going to fix it for him.  If they tell me today it's

5     broken -- today it's broken, Ed.  You can't shoot him yet.

6     That's too soon."

7          People have been saying to him, "'No, Ed, you

8     can't shoot the bastard yet.  It's too soon.'  Well, I've

9     been telling them about five, six months ago.  They quit

10     telling me."

11          So Mr. Vallejo himself says, "If they tell me

12     today it's broken," and in reference to violence.  "And if

13     the President doesn't bring the hammer down" -- he doesn't

14     mean in the future.  He's talking about today -- "then the

15     shit is on."

16          And, of course, he knows by the time that he sends

17     these messages to Signal, which we will talk about

18     momentarily, that Trump hasn't brought the hammer down, that

19     the Insurrection Act hasn't been invoked, that the President

20     is simply allowing the certification to go forward.  And in

21     his own words, what that means to him -- or at least so

22     he said that morning -- is that "the shit is on."  So, you

23     know, I just don't read these words to be as innocent as

24     Mr. Peed has suggested.

25          I was going to save this till later, but might as

1    well just discuss Kelly Carter and the proposed exculpatory

2    evidence that somehow -- or that Mr. Carter never saw

3    Mr. Vallejo reach for the weapons while he was in the room.

4            Well, let me put a pause on that.  I'll get to

5    that in a moment.

6            So -- and then that's -- again, that's the morning

7    of the January 6th.  We'll talk about the messages in a

8    moment.

9            And then after everything happens to at least

10   bolster, to further bolster Mr. Vallejo's own view of

11   himself as the QRF, he -- we had the testimony from

12   Joe Herrington at the Olive Garden that Mr. Kandaris or

13   Mr. Vallejo -- they were together.  Fair enough.  He doesn't

14   differentiate between the two -- that they were the QRF.

15   They were -- and this is his testimony.  They were "waiting

16   to be called to the Capitol."

17           His testimony is further, "If anything had

18   happened and they were needed, they were going to be called

19   and they were going to come in to the Capitol area as QRF."

20           That's what Mr. Herrington took from the

21   conversation he had with Mr. Kandaris and Mr. Vallejo that

22   evening and that they further discussed that if more people

23   were coming going to come the next day, they had discussed

24   using waterways to get back in if the roads were shut down.

25           The next morning, Mr. Vallejo's up bright and

1    early at 5:46 a.m. and says he's going to "probe the defense

2    line right now.  6:00 a.m. they should let us in.  We'll

3    see."

4            At 5:56 he says, "I'll depart when cleared by my

5    commander, sir.  Be well and peace be with you.  We are at

6    war."

7            Asks Mr. Rhodes for orders.

8            At 7:33 when he's in the District of Columbia, he

9    provides a status report or provides a report on what the

10   security situation is.

11           At 9:03, he posts, "Status Report posted in ops

12   room" -- I'm sorry -- "in ops.  Room extended one day."

13           So he's staying another day.

14           "Standing by awaiting orders, sir."  This is to

15   Mr. Rhodes.

16           Mr. Kandaris says on the podcast on January 7th,

17   that morning, "It's not really plausible to do non-violent

18   protests anymore.  I mean, is this the 'shot heard around

19   the world' moment?"

20           So at least Mr. Kandaris and Mr. Vallejo are

21   contemplating that January 6th was really not the end.  It

22   was just, arguably, a failed attempt at what is still yet to

23   come.

24           And Mr. Vallejo says on that podcast that he's

25   "waiting for orders from Stewart Rhodes."

1          And then ultimately, he makes his way back to

2     Texas with Mr. Kandaris, in which Mr. Kandaris says to

3     Mr. Rhodes, "We are excited to learn next steps and would

4     like to know what we should be doing right now."

5          So you line all of that up and, importantly, what

6     you can conclude -- and I do find by a preponderance of the

7     evidence that Mr. Vallejo agreed to use force, including

8     through these firearms, to prevent, hinder, or delay the

9     execution of laws governing the transfer of power, as well

10    as to resist the authority of the United States.

11         I further find that it was reasonably foreseeable

12    to him that, as part of the conspiracies, Oath Keepers would

13    have gone into the Capitol and engaged in physical violence

14    and that, as the QRF, he was prepared to bring in firearms

15    to support their efforts.

16         And let me just go through why I think it was

17    reasonably foreseeable to him on January 6th that

18    Oath Keepers were -- have gone in and engaged in physical

19    violence.

20         So at 1:04 -- this is all on the Jan. 6th chat,

21    someone wrote, "Patriots storming the closed area of the

22    Capitol grounds by the scaffolding.  National Guard called

23    in.  Incoming."

24         And then at 1:19, he writes, "Eureka.  Truck

25    found."

1          So by the time he finds his truck, there's already

2   at least one posting that things are happening at the

3   Capitol.

4          1:20:  "American blood is on the Capitol steps.

5   Officers down."

6          1:25, Mr. Rhodes says, "Pence is doing nothing, as

7   I predicted."

8          1:38, by Mr. Rhodes, "All I see Trump doing is

9   complaining.  I see no intent by him to do anything, so the

10  patriots are taking it into their own hands.  They've had

11  enough."

12         1:45, more messages about violence at the Capitol

13  from others, including the observation that there was a

14  crowd trying to force their way in.

15         Mr. Greene writes at 2:14, "They have taken ground

16  at the Capitol."

17         So Mr. Vallejo then returns.  He's back at the

18  hotel at 2:15.  I don't know whether he had seen those

19  messages while he's en route to the hotel.  But the bottom

20  line is he undoubtedly, very well plausibly, if not more

21  than by a preponderance of the evidence, would have actually

22  seen these.

23         So he would have known at 2:15 p.m. what was going

24  on, that Mr. Rhodes had called people to the Capitol, had

25  declared that Pence was doing nothing; and, therefore, the

1   fact that others were going to the Capitol certainly would

2   have been reasonably foreseeable to Mr. Vallejo that

3   Oath Keepers were going into the Capitol.

4           And once they had gone into the Capitol, the

5   possibility for violence with police was certainly

6   reasonably foreseeability.

7           Why?  Because the people who were on the chat were

8   talking about violence involving the police, you know, and

9   the patriots taking things into their own hands.

10          And so it should have come as no surprise to

11  Mr. Vallejo that he would have understood precisely what the

12  Oath Keepers would have been doing that day and attempting

13  to accomplish.

14          So then at 2:24, to sort of give further credence

15  to the notion that Mr. Vallejo knew that Oath Keepers were

16  going to be at the Capitol and, likely, inside the Capitol,

17  is that he says he's back at the hotel at 2:24 and

18  outfitted.  "Have two trucks available.  Let me know how

19  I can assist."  Of course, he is with some number of

20  weapons.

21          Mr. Rhodes says at 2:26, "Come to the south side

22  of the Capitol on steps, back door of Capitol."  So, again,

23  more evidence that Mr. Vallejo would have understood that

24  Oath Keepers were coming to the Capitol building.

25          He says to Donna Hancock at 2:32, "The people have

1    taken the Capitol.  Congress is in bedlam, locked down."

2            At 2:38, Vallejo -- Mr. Vallejo says, "QRF

3    standing by at hotel.  Just say the word."

4            At 5 -- 4:25, Mr. Vallejo says, "Gentlemen, our

5    commander in chief has just ordered us to go home.

6    Comments?"

7            At 4:49 p.m., Mr. Vallejo says, "I have two

8    pickups and 1 hour and 11 minutes to exfil whomever

9    needs it."

10           And then 8:04 p.m. that evening, he says,

11   "After-action reports will be dated 1/21/21."

12           I go through that chronology for an important

13   reason.  One is this idea that the 2:32 and the 2:38 --

14   excuse me, the 2:26 and the 2:38 messages are simply an

15   effort to offer help to bring people back in, you know,

16   remove people from the District to help them and not join

17   them with weapons is really belied by what happens later in

18   the day, which is that Mr. Vallejo doesn't mention exfilling

19   at all in mid-afternoon while things are going down at the

20   Capitol.

21           What's the first time he mentions exfilling?

22   At 4:49.

23           And when does that happen?  It happens about 25

24   minutes or 24 minutes after he writes, "Gentlemen, our

25   commander in chief has just ordered us to go home.

1    Comments?"

2         So, again, it's certainly reasonable to conclude,

3    and I think it's fair to conclude by a preponderance of the

4    evidence, that, you know, he wasn't looking to exfil.  He

5    was going to look to help and join those who were there, and

6    he was waiting on the call.

7         Now, why didn't Mr. Rhodes answer the call?

8    I think Mr. Rhodes only himself knows.  Perhaps he didn't

9    see the message exactly at that point in time.  Perhaps he

10   thought they're going into the Capitol building now; it

11   would take too long to get the weapons in here.

12        Or perhaps Mr. Rhodes, being the very

13   sophisticated Yale Law School grad he is, would know better

14   than to put in writing, "Bring in the weapons," after

15   Mr. Vallejo had actually offered to bring them in.

16        That's certainly believable, given that he had

17   advised people on the October -- excuse me, on the

18   GoToMeeting call to watch what they said.  "Be careful about

19   what you say and getting popped because you might get a

20   conspiracy charge."

21        So, you know, there are a number of reasons why

22   Mr. Rhodes might not have responded that are perfectly

23   consistent with the conspirators having the common intent

24   and understanding that they might need to use force,

25   including up to the use of firearms, in order to prevent the

1    transfer of power, both on January 6th and after.

2          Just I need to address Kelly Carter for a moment.

3    Mr. Peed has attached a couple of exhibits and made some

4    representations.  Mr. Carter writes in his letter, "I was in

5    our hotel room for the entire trip, and Ed never checked

6    firearms or prepped them.  Ed also never watched anyone

7    else's firearms or said he was going to be a QRF."

8          He also writes that "Ed was there to help.  He

9    wasn't there for a revolution or to overturn the

10   government."

11         And in the grand jury, he reiterated that he had

12   never, ever touched firearms and apparently now says that

13   there was an affirmative conversation between two -- at a

14   very precise time that he and Mr. Kandaris were discussing

15   going in to help.

16         I don't think that negates the reasonable

17   inferences and the findings I've made by a preponderance of

18   the evidence for the following reasons.

19         One is, Mr. Carter may not have heard Mr. Vallejo

20   say he was going to be the QRF; but Mr. Vallejo identified

21   himself as the QRF, both on the Signal chat and then later

22   that evening to Mr. Herrington, along with either he did or

23   Mr. Kandaris did.  We don't know.  But either way, that was

24   what was communicated to Mr. Herrington, along with the

25   specifics of what that would entail, including going to the

1    Capitol if they had been called upon in doing so.

2          Mr. Carter may have believed that Mr. Vallejo was

3    only there to help and not there for a revolution or to

4    overturn the government.  But there's no indication that

5    Mr. Carter was aware of what Mr. Kandaris and what

6    Mr. Vallejo had said on that podcast that very morning.

7          And as we were just told by government counsel, he

8    did not return to Arizona because he was upset with

9    Mr. Vallejo.  And unlike Mr. Carter, Mr. Vallejo did attempt

10   to do further acts with Mr. Rhodes, wait for further orders

11   from Mr. Rhodes that day.

12         And the fact that Mr. Vallejo may not have touched

13   firearms is certainly a fact in his favor:  On the other

14   hand, the fact that he didn't is also consistent with

15   Mr. Vallejo not actually having received an order to bring

16   the QRF in.

17         And so, you know, we can all view these facts in a

18   certain way, but what is not disputable are the words that

19   Mr. Vallejo used, the fact that here he had traveled all the

20   way from Arizona to see the President speak, but he wasn't

21   actually there to see the President speak.  You know, he was

22   there to observe the certification -- or I'm not sure what

23   that means and what that really can accomplish from the

24   hotel.  And yet here he was with Todd Kandaris with weapons

25   at a hotel while all this was transpiring.  It just

1    doesn't -- it doesn't add up.  And I frankly don't think the

2    jury thought it added up, as reflected by their

3    determinations.

4              And, again, just to reiterate and emphasize that

5    the sort of chronology of messages and the explanation of

6    why -- or the conclusion that the QRF messages at 2:25 --

7    I'm sorry, at 2:24 and 2:38 p.m. were actually an invitation

8    or a request or an inquiry to whether he should bring --

9    come in and come in with weapons, again, it goes against the

10   backdrop of what Mr. Kandaris said that morning of people

11   being there with weapons -- he didn't say "weapons," but he

12   certainly alludes to them -- and being prepared to use them.

13   I don't know that Mr. Kandaris is talking about -- I don't

14   think Mr. Kandaris was excluding himself when he was saying

15   that.  And Mr. Vallejo is sitting right next to him.

16             And, of course, you know, the declaration of

17   guerilla war, at a minimum, what it does is reveal his state

18   of mind about what would be his intent or what his view

19   would be of what would be appropriate to do if Congress, in

20   fact, certified the election that day, which he clearly

21   was -- believed should not have happened.

22             So in any event, so for all those reasons, I have

23   made the findings I have about -- by a preponderance of the

24   evidence with respect to reasonable foreseeability and as to

25   what Mr. Vallejo is responsible for as related conduct,

1    including the acts of his co-conspirators on Capitol Grounds

2    that day.

3          Insofar as the Guidelines go, with respect to

4    obstruction, I'm not going to grant the two-level request.

5    I don't know what it means to be the leader of the QRF.  He

6    certainly was in charge of it, but it's not clear to me that

7    he -- well, there's no evidence that he was -- anybody

8    reported to him, he directed anybody in connection with the

9    QRF.  There's certainly no evidence of control.

10          And the fact that the government has cited this

11    note that suggests that if you are someone who is

12    essentially kind of monitoring the assets, that you could

13    still be a manager, it's not clear to me that that would, at

14    least based on Circuit precedent, still exclude the need to

15    show control over someone else.  The Circuit authority

16    doesn't -- and maybe it hasn't had the opportunity, but the

17    Circuit authority doesn't sort of make an exception for this

18    note where somebody is exercising management over the

19    assets.

20          But the reality is here, I think that note is

21    likely most -- is primarily intended for somebody who is

22    more akin to the bookkeeper, somebody who's keeping the

23    books, who's moving the paper around.  That person may, him-

24    or herself, not have anybody who's reporting to them but

25    definitely, you know, plays a management role in the

1    traditional sense of the term.

2            Mr. Vallejo has asked for a reduction under 3B1.2

3    for being a minimal participant.  The Guideline provides

4    that a defendant is accountable only for the conduct in

5    which the defendant personally was involved.  And the

6    Guideline is applicable for one who performs a limited

7    function in the criminal activity.  Someone who meets that

8    characteristic may receive an adjustment under this

9    Guideline.  And it provides an example of a defendant whose

10   offenses were limited to transporting and storing drugs and

11   accountable only for those quantities.

12           Factors include the degree to which the defendant

13   understood the scope and structure of the criminal activity,

14   the degree to which the defendant participated in planning

15   or organizing, the degree to which the defendant exercised

16   decision-making authority or influenced the exercise of

17   decision-making authority, the nature and extent of the

18   defendant's participation in the commission of the criminal

19   activity, and the degree to which the defendant stood to

20   benefit from the criminal activity.  I don't think -- three,

21   obviously I've made my finding on that.

22           Certainly as to factor 1, Mr. Vallejo was aware of

23   the scope and structure of the criminal activity, understood

24   who was in charge, understood what Mr. Meggs' role was and

25   communicated with him about the QRF, and ultimately

1    understood what his role was and what his purpose was in

2    being there with weapons across the river.

3         The degree to which he participated in planning or

4    organizing, obviously not as much as others, but he

5    certainly did plan and organize with Mr. Kandaris in coming

6    to Washington and ultimately with Mr. Meggs in terms of

7    identifying a location for the QRF, and ultimately staying

8    in that hotel.

9         The nature and extent of the defendant's

10   participation in the commission of the criminal activity.

11   As I've already discussed at length, Mr. Vallejo's role was

12   to bring in the weapons if he was called upon to do so.

13        And, importantly, I should have said at the

14   outset -- or I should have said earlier in terms of the QRF,

15   and I'll refer again to my comments from the Rule 29, but

16   there was evidence and evidence that I think shows that the

17   QRF was not meant exclusively for reactive or defensive

18   purposes.

19        There was ample evidence from which a jury could

20   conclude, and I do conclude, that an additional purpose of

21   the QRF was to use weapons if called upon to challenge the

22   government.

23        I mean, I don't think there's any more clear

24   indication of that than Mr. Dolan's testimony.  He didn't

25   testify in Mr. Vallejo's trial; but, nevertheless,

1    Mr. Dolan's testimony that he understood that if the

2    Insurrection Act would have been invoked, there would have

3    to be potentially government-on-government violence, and

4    that would include firearms.

5         The Guidelines define "minimal role" as somebody

6    who intended to -- someone who intended to apply to

7    defendants who are plainly among the least culpable of those

8    involved in the conduct of a group.  The "minor participant"

9    is defined as a defendant who is less culpable than most

10   other participants in the criminal activity but whose role

11   could not be described as minimal.

12        D.C. Circuit has sort of spoken to this issue in

13   *U.S. versus Graham*, 317 F.3d 262.  The Circuit said that "In

14   determining whether the reduction applies, it must be

15   measured against the amount of relevant conduct for which

16   the defendant is being held responsible.  This relevant

17   conduct is the denominator for purposes of the Section 3B1.2

18   analysis."

19        In *U.S. versus Gaviria*, G-a-v-i-r-i-a,

20   117 F.3d 1498, it discussed how District Courts should

21   approach comparing the defendant's culpability to other

22   co-conspirators.

23        The Court said that "Although in cases of joint

24   criminal liability -- although in cases of joint criminal

25   activity, a district court should examine a defendant's

1    culpability in relation to his co-conspirators culpability,

2    'a defendant is not the entitled to a reduction ... simply

3    because he is the least culpable among several participants

4    in a jointly undertaken criminal enterprise.

5            "Rather, the Court may find that none of the

6    co-conspirators qualify as minor participants because even

7    the least culpable participants in the conspiracy --

8    although they might not have played the roles of organizers

9    or supervisors within the chain of command -- nevertheless

10   were active participants and were equally culpable vis-à-vis

11   each other.

12           "In so concluding, the District Court need not

13   make express findings of relative culpability so long as it

14   is clear that the Court assesses the defendant's role in the

15   specific criminal conduct and did not gauge his culpability

16   generically."

17           And, importantly, what the Court said in

18   *United States versus Soto*, 132 F.3d 56, is that the

19   "defendant's lack of knowledge or understanding of the scope

20   and structure of the enterprise and of the activities of

21   others is what is indicative of a role as a minimal

22   participant."  And the court there used the fact pattern of

23   a drug courier who was recorded for a single transaction and

24   who does not know the full scope and structure of the

25   conspiracy.

1          So, you know, the reduction just doesn't apply to

2     Mr. Vallejo.  As I said, concluded that he understood that

3     there were dozens of Oath Keepers who would be coming to

4     Washington, D.C., and that some of them, including himself

5     and Mr. Kandaris, had weapons.  You know, he knew that

6     because there was a QRF.  He knew in advance what role he

7     would play and the roles the weapons would play in the

8     conspiracy.  That is clear from his podcast and what his

9     intentions were that morning.

10          He was the QRF.  And, again, those are his words

11     and Mr. Herrington's testimony.  And it's clear that he

12     would have been keeping track of what was transpiring that

13     day.  That's clear from his Signal messages, that he was

14     monitoring what was happening on the ground and was awaiting

15     further orders from Mr. Rhodes.  They never came; but,

16     nevertheless, that is what he was doing.

17          And then, of course, afterwards, he clearly

18     signaled his intent to continue the conspiracy past

19     January 6th by going back for reconnaissance mission and

20     joining Mr. Rhodes -- or attempting to join Mr. Rhodes in

21     Texas to learn next steps.

22          So I don't think there's any question

23     Mr. Kandaris, though he may not -- excuse me, Mr. Vallejo,

24     although he may not have known every single participant in

25     the conspiracy and known every person's role, he certainly

1    would have understood its full scope and its structure and,

2    importantly, his role within that structure.  So I don't

3    think either the minimal role or the minor participant

4    application applies here.

5          All right.  Finally, with respect to the terrorism

6    enhancement, 3A1.4, Comment 4, as I've said before, given

7    the counts of conviction which are all -- three of which are

8    conspiracy counts, one's a substantive count, all of which

9    that involve as an element the use of force to influence the

10   government, at least in terms of force, in terms of the

11   statute, and certainly intimidation coercion, I think that

12   is applicable here.

13         I'm going to add two levels for Mr. Vallejo

14   because I think, again, he's not Rhodes, he's not Meggs, he

15   is not Ms. Watkins.  And I think I put him -- I am putting

16   him slightly above Mr. Harrelson -- excuse me, Mr. Harrelson

17   and Mr. Minuta primarily because Mr. Vallejo's role was so

18   critical; and that is, he was the QRF and prepared to bring

19   weapons into the city.  And that, in and of itself, it seems

20   to me, is -- warrants slightly putting him at a higher level

21   than Mr. Minuta and Mr. Harrelson.

22         So the Guidelines calculation will then be as

23   follows:

24         For Count 1, seditious conspiracy, it is 2X5.1.

25   The analogue -- closest analogue is treason under 2N1.1, but

67

1    it's not -- the conduct here is not tantamount to waging war

2    against the United States, so the obstruction Guideline is

3    what applies, 2J1.2.

4            That obstruction Guideline also applies to

5    Counts 2, 3, and 4.  And although I am supposed to

6    individually do the Guidelines calculation, I'm not going to

7    do that because it's all under the same Guideline; and they

8    all ultimately group because they involve the same victim

9    and two or more acts connected by a common scheme -- excuse

10   me, common criminal objective or constituting part of a

11   common scheme or plan.  And the same enhancements apply to

12   each count, so -- although Count 4 would be capped at six

13   years but ultimately that's not material.

14           So the Base Offense Level is a 14, causing or

15   threatening physical injury to a person or property damage

16   in order to obstruct the administration of justice.  That

17   eight-level enhancement applies.

18           If I didn't say specifically why, it is for both

19   reasons, one, because the fact that the use of weapons and

20   the preparedness of using weapons to bring into the

21   District, if needed, to prevent the transfer of power and

22   the execution of the laws constitutes a threat of physical

23   injury to a person.

24           And additionally, there, in fact, was threats of

25   physical injury to persons -- that is, police officers --

1    by, at a minimum, the conduct of Ms. Watkins and by

2    Mr. James and other Oath Keepers who were in the Senate

3    hallway.  And so Mr. Vallejo will be responsible for that

4    eight-level enhancement because those actions are

5    attributable to him as well -- or he's responsible for his

6    actions.

7            Substance of interference with administration of

8    justice applies because it did involve the disruption of the

9    proceeding itself for many hours and cause the government

10   great expense in having -- in doing what needed to be done

11   to re-start the proceedings.  I don't think I need to put a

12   dollar amount on it.  I think it's clearly substantial.

13           The offense was extensive in scope, planning, or

14   preparation for the reasons I've already discussed,

15   including the organization to get there, understanding what

16   the structure of the hierarchy was, and the kind of

17   monitoring Mr. Vallejo was doing and the kind of work he did

18   even on January 7th.  And going back and reporting back to

19   others demonstrates a sense of scope, planning, and

20   preparation.

21           The two levels -- no levels will be added for role

22   in the offense, none for obstruction, and two levels will be

23   added for -- under 3A1.14, Note 4.

24           So that gets us to a total offense level of 29,

25   Criminal History Category I.  The Guidelines Range is 87 to

1     108 months and 30,000 to $300,000.

2               All right.  That's the Guidelines calculation.

3               Why don't we take a couple minutes before we hear

4     from the parties.

5               Thank you, all.

6               COURTROOM DEPUTY:  All rise.

7               (Recess from 3:15 p.m. to 3:23 p.m.)

8               THE COURT:  So we'll turn, first, to the

9     government.

10              Mr. Manzo.

11              MR. MANZO:  Thank you, Your Honor.

12              For all that's been said about January 6th, about

13    the loss of life, the violence, the damage to our Capitol

14    and our system of governance, we all know it could have been

15    much worse.

16              Why?  Because defendant Ed Vallejo was poised,

17    armed, ready to go into D.C. and engage in exactly what he

18    had called for earlier in that morning, guerilla war.  In

19    his own words, he was outfitted and standing by, that he

20    needed called in.  "Just say the word ..."  There should be

21    little doubt in your mind what that means, and I know there

22    isn't after our recent allocution.

23              But prior to January 6th, he read and forwarded

24    Rhodes' open letter.  He forward The Hagmann Report, which

25    called for the arrests, violence, and execution of D.C.

1    politicians.  He spoke on a podcast on January 6 calling for

2    Civil War if the certification proceeded.

3            Then as you acknowledged, the timeline on the

4    afternoon of January 6th, at 2:32 p.m., he messaged a third

5    party:  "People have taken -- the people have taken the

6    Capitol.  Congress is in bedlam."

7            At 2:38, he messaged the D.C. Op conspirators:

8    "QRF standing by at the hotel.  Just say the word."  If he

9    was running at the Capitol, it wasn't to help.  It was with

10    a match.

11            After the riots of the Capitol, he declared,

12    "We are at war," celebrated with Rhodes at the Olive Garden

13    on the evening of January 6th.  He probed the line of our

14    young men and women who were protecting the Capitol the next

15    day.  He messaged his commander, Rhodes, asking for next

16    steps.  Nothing in any of these messages about Antifa.

17            He was not at war with Antifa.  Antifa was not at

18    the Capitol the next day.  The Federal Government was,

19    surrounded by our National Guard and our law enforcement

20    officers, who were protecting what had just happened, an

21    unprecedented attack.

22            What was Rhodes' only regret from January 6th?  He

23    did not call in Vallejo.  He wished he had the guns.

24    Rhodes' chilling words:  "We could have executed

25    Nancy Pelosi right then and there."

1          But Rhodes misunderstood the national mood or the

2     moment.  In Signal messages, Rhodes talked about how this

3     was the street fighting before Lexington and Concord, before

4     the actual armed bullets fly in kinetic warfare.

5          But what if Rhodes' mind had just ticked a little

6     bit differently at that moment?  As he was the commander,

7     what if he called in the weapons?  Is there any doubt in

8     Your Honor's mind that Vallejo wouldn't have delivered?

9          Not based on his words or his actions, driving

10     2300 miles across the country with a drone, guns, a sword,

11     and totes of unknown items.  There is no doubt, not in our

12     mind.

13          Even though Vallejo did not get called in, we

14     should not underestimate his contribution to the violence.

15     As Stack 1 and Stack 2 penetrated the building, both groups

16     knew that they were supported by an arsenal of weapons.

17     Defendant Vallejo was that link to the weapons.  He had

18     their back, and his room was right next to Mr. Bittner and

19     the other weapons that the Florida QRF had dropped off in

20     the QRF hotel.

21          Then after January 6th, Defendant Vallejo was one

22     of the leaders pushing the conspiracy forward to the 20th.

23     Vallejo was the only one that was charged in this case to go

24     back to the Capitol on January 7th.  He and Kandaris tried

25     to meet up with Rhodes to learn the next step.  January 6th

1    simply was not enough for him, and that should chill the

2    Court.  He wanted more.

3            In his own words, and perhaps the best synopsis of

4    the conspiracy, after-action reports should be dated

5    January 1st -- January 21st, '21, the day after the next

6    inauguration.  That was what the conspiracy was going to do.

7    It was going to push forward until Biden was elected

8    President.  Anything they could do to stop that.

9            There are many individuals who wish the

10   United States harm.  They pledge war.  They pledge violence.

11   They travel thousands of miles, driven by political or

12   religious ideologies.  They may be brainwashed by what they

13   read on the Internet.  They seek to commit acts of terror.

14   They seek to harm our way of life and our governance.  Our

15   system of justice takes these threats seriously.

16           We're now less than two years from the next

17   election.  We know that January 6th was an awful day.

18   Defendant Vallejo was there, ready and willing to make it

19   infinitely worse.

20           A significant period of incarceration is necessary

21   both to protect the public from Mr. Vallejo and to send a

22   message to others that this republic will not be bowed by

23   acts of terror.

24           THE COURT:  All right.  Thank you, Mr. Manzo.

25           Before I hear from Mr. Peed, I think I forgot to

1    formally rule on the obstruction request, the two-level

2    obstruction request.  I did say I wasn't going to include

3    it; I don't think I said why.

4            And I think the obvious reason is that the

5    obstruction -- the obstructive act -- that is, the deletion

6    of the Signal apps -- Signal app and the messages therein --

7    didn't happen until two months later.  And so, you know, the

8    defendant must consciously act with the purpose of

9    obstructing justice; that is, there has to be some specific

10   intent.

11           And, you know, the fact that he deletes this two

12   months later, I can't draw the inference, even by a

13   preponderance of the evidence, that the purpose of doing so

14   was to obstruct an investigation or certainly not an

15   official proceeding at that point.  So let me just tie that

16   bow.

17           Mr. Peed.

18           MR. PEED:  Your Honor, I thank you for this

19   appointment of Mr. Vallejo.  It's been a true honor to

20   represent him in a case where public perceptions do not

21   always match the facts and where the role of a lawyer is

22   truly necessary to test the government's case and draw down

23   the nuances of the individual, which is why we're here, to

24   sentence an individual.  It's been a pleasure because --

25   it's been an honor because Mr. Vallejo is a kind and decent

1    and generous and passionate and principled man.

2              The Court, under 3553(a), starts with the nature

3    and circumstances of the offense.

4              I listened closely to the Court as it considered

5    this weighty question in some of the sentencings so far.

6    And I understand that the Court has taken a lot of account

7    about the nature of this crime as involving sedition and

8    involving a conspiracy.

9              And the Court has talked about how conspiracies

10   are particularly grave or serious in the sense that there

11   are ways that they magnify crimes or culpability.  And if

12   they encourage people to do things or they increase a

13   likelihood that something will happen, those are things the

14   Court rightly saw as ways that conspiracies can be more

15   serious.

16             But I also would point out for the Court sometimes

17   that's -- also, it plays the other way.  So, for example, if

18   a conspiracy involves organized crime, it can be more

19   serious.  If a conspiracy ropes in people who would not have

20   done something on their own or whose role -- would never do

21   something criminal on their own, in that sense it's

22   mitigating.  So conspiracies can be magnifying and can also

23   be mitigating.

24             I've also listened carefully as the Court talked

25   about how we cannot have political disagreements settled by

1    violence, and I've listened as the government has talked

2    about this conspiracy and these events being an attack on

3    democracy.

4           The statutes of this conspiracy was passed around

5    the time of the Civil War, because at that time, a large

6    group of Americans did not accept the outcome of an

7    election.  They did not believe the election results were

8    fraudulent.  They did not believe there was any theft or

9    stealing or corruption.  They just didn't like that

10   Abraham Lincoln had won.  And they rebelled.  And they had

11   an alternate vision of the future of the country, and they

12   rebelled.  And that is sedition.

13          And in passing that statute, Congress criminalized

14   a lot of things.  One of the things they criminalized was

15   just resisting the execution of a law by force, which is

16   what the jury found that Mr. Vallejo's conspiracy comprised

17   of.

18          I would submit to the Court this was not 1861.

19   This was not a group of people, and Mr. Vallejo is not

20   someone who simply was upset that his guy lost.  There was,

21   unfortunately, a cynical message from the top of our

22   government that the people's will was actually thwarted.  It

23   wasn't about disagreeing with the outcome but that of

24   actually the outcome was not being enforced.

25          Now, it was wrong for anyone to think about taking

1    the law into their own hands.  But it's also important to

2    consider the distinction between someone who says:  I don't

3    like the outcome of our political process.  I'm choosing

4    violence," and someone who says, "The outcome of our

5    political process is being thwarted, and something needs to

6    be done about it," and is upset and maybe doesn't have a

7    clear mind about what needs to be done about it, but is, by

8    that very patriotism and loyalty to the ideals of the will

9    of the people being respected that they want something done.

10           Now, the government is right that Mr. Vallejo, you

11   know, even more than Rhodes -- Rhodes left.  Mr. Vallejo

12   didn't know that.  Mr. Vallejo, he came with a bunch of food

13   because he thought this was going to be ongoing protests,

14   ongoing activities.

15           I think that's pretty universal -- for those who

16   know him, absolutely, there was corroboration that he sort

17   of came to D.C., seeing himself as kind of a cook, kind of a

18   supporter.  And he wanted to be for a long time.  He thought

19   10 million people would be coming.  He thought there was

20   going to be a movement.

21           He didn't know exactly how that was going to play

22   out.  But he was a guy who really, really believed in what

23   he was doing, which was, in his mind, protecting the will of

24   the people.

25           In those days after the 6th, we know what

```
1    Mr. Vallejo was reading.  Every single day he read something
2    called Situation Update.  And I put some of those into
3    evidence.  Situation Update.  It was basically a tally of
4    "What are Trump's options now?  Where do we stand now?"
5              Every day until he went home to Texas -- I mean he
6    went home to Arizona, he was checking in to see "What is
7    Trump going to do?  What is our government going to do?  And
8    what are our options?  What is the military going to do?"
9    It was a time of confusion sewed by the President about what
10   the President's options were.
11             And in that context, Mr. Vallejo was loyal to the
12   leader of the government, believing that that leader was the
13   elected leader of the government.  And in that period, he
14   wasn't ready to give up that the will of the American people
15   was going to be thwarted.  He wanted to support -- wanted to
16   protect that will of the American people by reading the
17   Situation Updates.
18             And eventually around the 8th, 9th, and 10th --
19   I've read those Situation Updates -- the options were
20   dwindling.  And eventually Trump gave up, even the most
21   far-right-wing bloggers who were feeding this confusing time
22   to people like Mr. Vallejo acknowledged, "Trump, it's over."
23   Trump has no legal recourse.  Trump is not going to do
24   anything.
25             And Mr. Vallejo went on with his life and
```

1  basically checked out of politics, moved on and said, "You

2  know what?  My poor wife, who went through what she's gone

3  through, I'm going to devote myself to her."  And that's

4  basically what he's done since he went home that day.

5          So I just feel like, of course, democracy is

6  sacred and the government naturally has made lots of these

7  statements about protecting it and not resorting to violence

8  to thwart its will.

9          But in so doing, every lofty sentiment is what was

10 motivating patriotic Americans like Vallejo.  It was in a

11 way a tragedy in which the head of the government was

12 twisting the best traits of people who believed that he was

13 telling the truth and that our democracy was being thwarted,

14 and so people loyal and patriotic to this country were

15 prepared to support some kind of force if called upon.  That

16 was the situation.

17         So, yes, it's serious and grave in its nature.

18 But it was not 1861 where people said, "I don't like the

19 outcome."  In a way, it was the opposite.

20         In terms of history and characteristics of

21 Mr. Vallejo, it's difficult to convey through a trial

22 exactly the character of a man.  I hope the Court read his

23 letters.  He's a man -- impeccable, no criminal record.  His

24 life was to serve.

25         He did everything he could to serve the country

1    through the military until his asthma stopped him.  And so

2    he started serving in other ways, being an AA sponsor.

3    The job he was most proud of is the one he lost upon his

4    arrest, of helping veterans with suicidal thoughts in their

5    time of need.

6            It's also important, as the Court knows, to

7    consider unwarranted sentencing disparities.  And I know the

8    Court has looked at this case as different than

9    run-of-the-mill, so to speak, January 6th cases, in part

10   because of the conspiracy.

11           And so as I listened to that earlier last week, I

12   started looking -- and I apologize.  These weren't in the

13   memo because I started listening to the Court as it

14   addressed what was important to the Court.  I started

15   wondering, in the riots of 2020 when cities were burning,

16   what were some of the sentences that were handed down?

17   Because a lot of that was politically motivated in a good

18   way in a certain sense.  Like, there was a sense of

19   injustice about government overreach that had cost lives of

20   people, the murder of George Floyd, for example.

21           So you had cities -- you had whole parts of cities

22   taken over in Seattle with the Capitol -- interesting

23   name -- Capitol Hill Autonomous Zone where a block of the

24   city was essentially made a no-government zone and taken

25   over.  And I was curious:  What were the -- that kind of

1  politically motivated, forceful taking over of a city,

2  what -- as the justice system progressed, where do things

3  stand on that?

4          And what I found, Your Honor, there's an --

5  basically, the people who forcibly took over that part of

6  the government, that part of the area of Seattle, one of

7  their conditions was that they not be arrested in turning it

8  back over.  So there really weren't many arrests that came

9  out of that.  But there were arrests that came out of some

10  of the riots.

11          And so there's an example, Your Honor.

12  Mr. David-Pitts was a rioter in Seattle who tried to set a

13  police precinct on fire while other conspirators blocked the

14  doors so that the police would be trapped inside,

15  *U.S.A. v. David-Pitts.*

16          And so even though that was a conspiracy and even

17  though it was against the government and even though it was

18  politically motivated, he received a sentence of 20 months

19  for that arson, conspiracy to commit arson.

20          There's another case on June 1st of 2020,

21  *U.S.A. v. B-o-a-m-p-o-n-g,* Boampong, in Massachusetts, where

22  a rioter shot at police 11 times -- luckily, he missed --

23  and pleaded guilty.  And he was sentenced to five years for

24  11 shots at an officer.  And there's other examples of

25  less-than-one-year sentence for a conspiracy to commit

1  arson.

2         I say this because this was a time of political

3  upheaval, anti-government sentiment, a sense of injustice

4  happening, and people wanting to do something.  And in that

5  environment, people with motivations and other contexts,

6  which would be good, broke the law, took the law into their

7  own hands, in one case, tried to burn a police precinct with

8  police inside, and received sentences of 20 months or less.

9         I think here the Court can and should consider

10  that, number one, the government litigated and won the right

11  to get a conviction based solely on stopping the execution

12  of a law.  What Congress is doing is executing the law and

13  trying to stop it.  If you did it with someone else, it met

14  the definition of "seditious conspiracy."  So in a sense,

15  they've incorporated almost anyone who tried to stop the

16  certification with anyone else into that -- into those

17  elements.

18         Now, the Court has found sort of a broader

19  conspiracy here.  But even that broader conspiracy, I think,

20  is very akin to what was happening throughout that year,

21  where people with good motivations and good character and a

22  history and a lifelong history of no criminal -- no

23  interactions with the criminal justice system were upset and

24  believed that force may come into play to protect the very

25  ideals the government is espousing.

1    There are a lot of what-ifs was in the

2    government's statement.  You know, even -- the Court has

3    said one of the purposes of the QRF was offensive and cited

4    Mr. Jones' testimony.  If the Insurrection Act were

5    invoked -- and maybe even if it wasn't, but it's also it was

6    a case that it also had other purposes, including getting

7    people out.

8    And we don't know.  No one will ever know.  Even

9    if Mr. Vallejo meant, "I'm coming as a QRF," was that to get

10   people into a deeper conspiracy?  I mean, the consistent

11   testimony was that the QRF was to rescue people.  So even

12   granting everything the Court has said, if he's rescuing

13   them to go back in the hotel and plot their next move, the

14   supposition that the government has founded its request on,

15   that Mr. Vallejo wanted to make things more incendiary at

16   that moment with weapons, is not one that is supported, even

17   assuming everything they've said is true.  So we've got that

18   supposition.

19   If you take out that supposition that he wanted to

20   inflame that particular moment, what you have is someone --

21   he may have made a myriad of different decisions.  We know

22   Kandaris and Mr. Vallejo were waiting to see if 10 million

23   people showed up and was this going to be a movement.  And

24   Kandaris said on the 7th, "Look, one or two people who want

25   to protect the Constitution by themselves is not going to

1    work.  They would just be two fools, and they went home."

2            So there's a lot of what-ifs.  There's a lot of

3    things that didn't happen.  And so what we're really

4    sentencing here is someone who's an amazing person and a

5    principled person who, because of those very best traits and

6    the manipulations of the President, the former President, he

7    was in a situation where he thought that democracy being

8    protected meant being there to resist.

9            He was wrong.

10           And we are all grateful that the police did what

11   they did and were heroes that day.

12           I will absolutely, absolutely believe and will

13   continue to represent that when Mr. Vallejo on that

14   afternoon was himself trying to figure out who was breaking

15   the windows with lumber, he opposed that, particularly --

16   he's -- there's force and there's force.  There's levels of

17   force.  And at the very least on that afternoon, that's not

18   what he seemed to be wanting to happen.

19           It wasn't -- the Government said he wasn't talking

20   about Antifa during this time period.  It was 3:16 on

21   January 6th that he was talking about Antifa and trying to

22   figure out who it was.

23           But what we do know about this conviction is that

24   he was willing to be part of a conspiracy to stop what he

25   believed was a fraudulent transfer of power, and I think the

1    Court should take that into account.

2              One of the things I looked into in this defense is

3    the situation in Serbia, because the government talked about

4    Serbia a lot.  Miloševic in that case, he didn't get

5    trounced.  He won about 48 percent.  And he was claiming

6    falsely he got 50.1 so that he wouldn't have to have a

7    runoff.  And the people stormed the Capitol.

8              And President Clinton on that day said that the

9    people storming the Capitol represented -- you know, like,

10   they were heroes of democracy.  That was our official

11   government's position on that day.  And I think we were

12   right because Miloševic was a thief and he did lose.

13             But the difference was about 2 percent.  And those

14   people storming the Capitol, if they had been wrong, if the

15   Miloševic had won, their motives wouldn't have changed.

16   Their motives were to protect democracy.

17             One of the factors the Court -- I think all of

18   this is important for the nature and circumstances of the

19   offense, but also for looking forward.

20             Mr. Rhodes came up here and said he was an

21   American Solzhenitsyn.  He's not an American Solzhenitsyn.

22   But neither is -- are these defendants John Wilkes Booth.

23   They did not oppose the outcome of the election.  They

24   opposed what they thought was a fraudulent outcome of the

25   election.

1          Looking forward, Mr. Vallejo has all the traits

2    his whole life that brought him to this position.  He has

3    been in politics his whole life.  He has accepted that

4    people he's supported have lost time and time again.

5          He was a humungous, huge supporter of Ron Paul.

6    He led marches for Ron Paul in Washington, D.C.  He was the

7    field marshal for one of Ron Paul's biggest marches.  He

8    went to a national convention on behalf of Ron Paul.  And

9    Ron Paul kept losing.

10          And there was some fear among certain circles that

11    the Republican party was manipulating the rules to keep them

12    out.  And Mr. Vallejo calmed that situation.  He went there

13    and was a voice of reason, because at the end of the day,

14    if his guy loses, he loses.  He's exhibited that his

15    whole life.

16          He just thought that something different was

17    happening because the President had told him and because

18    that's what his own mind, as he looked at the evidence, made

19    him think was happening.

20          And I want to make sure the Court understood when

21    I pointed this out in the memo.  He had -- Mr. Vallejo

22    actually testified in a court case about election

23    irregularities.  So he was sort of primed to believe this.

24          Why was he testifying?  Because he was a

25    volunteer, because he's an activist.  He cares about the

```
 1    public good and so that he -- he's someone who's was sitting

 2    out on the couch wouldn't have been there to observe it.  So

 3    he observes it, and he participates in the temporary

 4    process.  He participates in the Court process.  He didn't

 5    do any of that violently, and his guy lost.  It's just part

 6    of the process.

 7           But when he thought that the guy who lost was

 8    being declared the winner, he really wanted to see those

 9    objections.  And he really wanted something to happen.  And

10    he wasn't prepared to give up something happening, as long

11    as there were legal options and as Trump was willing to do

12    something.  That's the Situation Update he was looking at.

13           So I think the Court, in terms of the need for

14    incarceration, what -- given all these factors, what is the

15    minimum level that will satisfy the need to recognize the

16    seriousness of the offense, respect -- promote respect for

17    the law, and all the other factors?

18           Well, in the context of the riots of 2020 and the

19    outrage over the death of George Floyd and other people,

20    many, many other people, a federal judge felt 20 months for

21    arson of a police station, conspiracy to commit arson of a

22    police station, satisfied that context.  And every context

23    is different.

24           Here, Mr. Vallejo was out in Arizona, not on any

25    Oath Keeper chats, not on any Oath Keeper discussion groups,
```

1    not on any Oath Keeper calls.  He was just a patriotic

2    American following the news.

3            The President called people to come.  And in

4    following that call, Mr. Vallejo joined people from all over

5    the country, farther than 2300 miles.  Many, many, many

6    people came here.

7            Along the way, he got sort of hooked up with these

8    Oath Keepers.  I think that the comments by Kandaris sort of

9    showed they kind of had one foot in, one foot out.  But as

10   it went on, Vallejo believed that Rhodes was connected to

11   Trump.  He told everyone he had a line to the President.

12           And he was a very -- Mr. Vallejo was a trusting

13   man.  He put a lot of stock in what Rhodes was saying and

14   what the President was saying.  And that took time for him

15   to be disabused of both of those, but he's thoroughly

16   disabused now of any trust in Mr. Rhodes.

17           So I would ask the Court to look at the man and

18   the character in those letters, the man who had the maturity

19   at 24 to check himself into rehab and change his life around

20   and hasn't had a drop to drink in 40 years as he sponsored

21   people; who served in politics at multiple levels without

22   any violence; believed -- who believed he was doing the

23   right thing and now knows that he was wrong; and that taking

24   all that into account and the sentences of conspiracies that

25   also targeted police, that the Court fashion a sentence

1    below the Guidelines.

2           And, you know, I asked for time served because

3    I was looking at the January 6th cases, and I was looking at

4    this as a January 6th case.  And I understand the Court's

5    position that it's different because of this conspiracy.

6    But, you know, if 20 months in prison is sufficient for

7    someone who conspired and did set fire to a police station,

8    I think it's sufficient here for Mr. Vallejo.  So I would

9    ask for 20 months.

10          I know that Mr. Vallejo's wife, Debbie, would like

11   to speak to the court.

12          THE COURT:  Okay.

13          MR. PEED:  And his longtime friend Warren Ortiz

14   would also like to speak to the Court.

15          And then Mr. Vallejo would also like to address

16   the Court.

17          THE COURT:  Okay.

18          Who would like to come on up first?

19          DEBORAH VALLEJO:  Hello, sir.

20          Thank you for allowing me to speak today.

21   Thank you for granting Ed's bond last May.  It was one of

22   the best days of my life.  It has been very stressful.  And

23   when he is in prison, I worry constantly about his welfare

24   and his well-being.  We spoke every day for 15 minutes only

25   just to hear each other's voice and let each other know that

1   we were all right.

2          Having him home this past year has helped me

3   greatly, both physically and emotionally.  It has brought us

4   much closer.  My husband is not a violent man in any way.

5   He's always been willing to help when called and was always

6   the first one to volunteer to help.

7          He takes very good care of me and the family and

8   the animals, and it's nice to come home to a hot meal and

9   relax.  For him, being incarcerated at home is just as

10  restrictive as prison, but it makes my life so much easier

11  and better.

12         I don't have to worry that someone is hurting him

13  or making him sick again.  My love for him is ever stronger,

14  and this experience has brought us both closer than ever.

15  He has left politics behind, and we are concentrating on the

16  future life together and retirement.  He is a changed man

17  and has always been a good man.  And he's the love of my

18  life.

19         Thank you, sir.

20         THE COURT:  Thank you very much for your words.

21         DEBORAH VALLEJO:  Thank you.

22         WARREN ORTiZ:  Good afternoon, Your Honor.

23         THE COURT:  Good afternoon, sir.  How are you?

24         WARREN ORTiZ:  My name is Warren Ortiz.

25  I've begin a close friend of Ed's for the last 35-plus

1    years.  And from the outset, he's always been a fair,

2    intelligent, and a great individual.  He's always been

3    willing to help anybody.  Anybody ever asks this man for

4    help, no matter what, he's always been there.  I've never

5    seen him violent or aggressive to anybody.  I know he's

6    passionate about his politics, and he loves this country.

7    He's an ardent patriot.  That's one of the things that

8    really garnered my respect.

9         He's always been a bulwark for his family.  He's

10   been there.  He took on this family.  Four stepchildren and

11   a wife and a recovering alcoholic and never faltered.

12        He is the best example of what an American is.

13   I think he would never, ever condone the commission of a

14   crime, a breaking of any -- into any building, let alone a

15   federal facility.

16        And he's somebody that I feel proud to call a

17   friend and brother.  I can trust this man with my life, my

18   wife, and my money.  And he's just a great individual, and

19   he's done with politics.  He realizes that it is what it is.

20        And what he had on January 6th was not to cause

21   mayhem or violence or death or destruction.  He was looking

22   out for the welfare and the security of this country.

23        I don't condone what the other individuals did,

24   the people that wrecked -- wreaked havoc in the Capitol and

25   did that.  Ed would never be a participant to that.

1    But as being there, to bring in food or water or

2  medical aid, I know Ed to be that person.  He would be the

3  first one.  He would be the person to be your human shield

4  if you were in need of one.

5    And I just hope you can find it in your heart to

6  grant him as much leniency as you can.

7    Thank you for your time, Your Honor.

8    And I would like to take this moment -- you read

9  my letter that I spoke in defense of him.  I'm sorry.  I did

10  that late at night.  It was early morning when I took off

11  for a minute; I come can back and I forgot to it close it,

12  and I'm so sorry.

13    Thank you, Your Honor, for your time.

14    THE COURT:  Thank you for being here, and

15  thank you for your words.

16    Okay.  Mr. Vallejo, I'm happy to hear from you if

17  you'd like to be heard.

18    THE DEFENDANT:  Good afternoon, Judge.

19    THE COURT:  Good afternoon.

20    THE DEFENDANT:  I thank you for the opportunity to

21  make this statement today.  I greatly regret this is the

22  first time you've heard me speak to you in my own words, in

23  my own voice.

24    I want you to know that there have been three

25  factors that have dominated my entire life and what I have

1   done with it.  My love of God and my fellow man, my

2   willingness to selflessly serve both, and the love I have

3   for my country.

4           When I went to high school, I made a decision to

5   try and emulate my father and spend every -- spent every

6   waking moment concentrating on my participating --

7   participation in the Army Junior Reserve Officers' Training

8   Corps, having the class once a day in my freshman year,

9   twice a day in my sophomore year, three times a day in my

10  junior year, and then finally four times a day in my senior

11  year.  By the time I graduated, I had achieved the

12  second-highest position possible, battalion executive

13  officer, and had participated in numerous community

14  functions in those four years and gaining countless ribbons

15  for meritorious service.

16          The last six months of my senior year, I was

17  enrolled in the delayed-entry program from the Army and,

18  upon graduation, entered the Army, not as a private E-1, but

19  as a private E-3, private first class.

20          My father, God rest his soul, was awarded the

21  Silver Star for meritorious service in the Korean War with

22  the 82nd Airborne Corps.  And I served my country helping to

23  save lives, both military and civilian, in peacetime as a

24  volunteer on American soil with a 36 medical detachment

25  helicopter ambulance squad.  This is what I wanted to do for

1    the rest of my life, but it was not to be.

2         When I suffered an asthma attack on duty one

3    night, I was ordered into an ambulance.  Rather than suffer

4    severe discipline for disobeying a direct order, I went to

5    the hospital and was medically discharged honorably in 1978.

6    This devastated me and I believe was the main factor for my

7    spiral into the depths of alcoholism.

8         By 1983, life got so bad I couldn't take it

9    anymore; and a frank conversation with someone I trusted,

10   telling me that what they saw of my life and that they could

11   see a good person going down the tubes, it motivated me to

12   reach out for help.

13        By the grace of God and the fellowship of

14   Alcoholics Anonymous, I've not had one drink since that day,

15   not one drop.  And this past March, I celebrated 40 years of

16   sobriety.

17        I want to profusely thank you for allowing me to

18   attend the meetings that day and receive my 40-year chip.

19        It benefited not only me, but it encouraged all

20   those who saw and heard me that day know that a better life

21   was possible if one is willing to be rigorously honest with

22   oneself and live under proper principles.

23        In the many years participating in AA, I have

24   served so many people through sponsorship or just taking a

25   fellow alcoholic to coffee and a meal and a meeting.

1    I couldn't begin to count.  But it was through gratitude

2    that I had to give it away to keep it and serve others for

3    their benefit of my experience and recovery.

4              In my 4th year of sobriety, I met and fell in love

5    with my wonderful life, Debbie, whom you just heard, who was

6    the divorcée of an alcoholic drug addict and was trying to

7    raise four children by herself.

8              Your Honor, I married that lady, and I raised all

9    four of those kids as my own and then raised grandchildren

10   of one of them.  I currently have a teenaged high-schooler

11   grandson that has lived almost his entire life under my

12   roof, and his sister was the same way until she graduated

13   and got a job and moved out on the her own five years ago.

14   My main point is that I've always tried to do what I saw was

15   the right thing to do.

16             Last Wednesday morning, I listened to the victim

17   impact statements.  I was saddened to hear it all,

18   especially Officer Dunn's story.  It hurt me so badly that

19   he was going through so much hurt.  I would do anything to

20   help console him.  Empathetically working with alcoholics

21   always involves pain in some way, and my heart went out

22   to him.

23             I'm extremely sorry for what he and countless

24   people had to go through on that fateful day of January 6th,

25   and I'm likewise sorry I was -- that I had anything to do

1   with it.

2          I wish with all my soul that I had never went.  I

3   greatly regret all the foolish statements I've made there.

4   They don't reflect who I am or how I've tried to live my

5   life.  I never would have wanted anyone to be hurt.

6          I wish I never associated myself with

7   Stewart Rhodes.  I thought our democracy was being

8   undermined and wanted to do whatever I could to protect it.

9   I see now how foolish and wrong-sighted I was.  My life has

10  been destroyed by this catastrophe in so many ways since my

11  arrest that I doubt I will ever fully recover from it.

12         I lost the best job I ever had in my entire life

13  as program director of a 501(c) veterans service

14  organization, helping veterans make their lives better.

15  I was helping homeless veterans get a place to live.  I

16  helped unemployed veterans gain employment.  And I was

17  helping suicidal veterans understand there was plenty to

18  live for.  I helped alcoholic veterans recover and drug

19  addicts to stop wanting to do drugs.  I'm heartbroken I have

20  not been able to continue this work.

21         My almost 70-year-old wife had to postpone her

22  retirement after putting 50 years into the American

23  workforce, and continuing to work is beginning to endanger

24  her health.

25         I can't tell you how much I appreciate your

1  allowing for her third-party custodianship this past year,

2  which has allowed me to care for her, our family, our

3  household, and our animals.

4          For years, she and I rescued cats from the

5  streets, spayed, neutered them, found them good homes, and

6  given them love and care.  Right now we have eight, and one

7  of them has special needs.  I give her medicine and

8  supplements every night, and my wife has a problem

9  administering them.  I groom and care for our animals.  I

10 take care of the house, and I am the family cook.

11         The four months I spent in prison after my arrest

12 weighed quite heavily on Debbie, because after coming home

13 from work, she was too tired to even cook for herself and

14 went without meals many times, which filled me with great

15 consternation.

16         The housework alone is just too much for her along

17 with a full-time job that is physical in nature.  She works

18 on the receiving dock at the local Home Depot.

19         She's told me numerous times how much she

20 appreciates having -- my having a hot meal on the table when

21 she gets out of the shower after work.  She also derives

22 much pleasure from well-fed and groomed love balls that

23 we've saved from death.

24         Your Honor, after all my wife has endured this

25 past year and a half, if you believe that I need to be

1  incarcerated any further, I humbly and tearfully implore you

2  to continue incarcerating me at home where I can be of

3  further service to my wife and my family.

4        I assure you that I'm not a traitor or a

5  terrorist.  I am not a flight risk or danger to anyone or

6  society.  I've learned my lesson of keeping my big mouth

7  shut, and I've sworn off any and all connection with

8  politics, the Internet, and generally the outside world.

9        The American taxpayer doesn't need to house and

10  feed me when it costs them nothing for me to be incarcerated

11  at home like this past year.  I can assure you I will never

12  cause any trouble to anyone, and you will not see me in any

13  courts because my wife, nearing the end of her life, and

14  caring for her in restful retirement is all that matters to

15  me in my life at this point.  And I would rather be

16  incarcerated at home and on probation for the rest of my

17  natural life than spend a year or even a month in prison as

18  a burden to her and my family.

19        She is so convinced that if I'm sent to prison,

20  her life is over and she will never see me again.  And

21  that is -- then she's almost inconsolable, and I am crushed

22  from it.

23        Your Honor, I've shorn my beard in shame, and I've

24  started to remove the graven images tattooed on my body.

25  And I am truly a penitent man.  I'm sorry, and I thank you

1    again for allowing me to speak today.

2              THE COURT:  Thank you, Mr. Vallejo.

3              Okay, everyone.  I'm going to take about ten

4    minutes.  I'll be back.

5              COURTROOM DEPUTY:  All rise.

6              This Court stands in recess.

7              (Recess from 4:07 p.m. to 4:33 p.m.)

8              THE COURT:  Please be seated, everyone.

9              All right.  Just to reiterate where the Guidelines

10   are, they are at 87 to 108 months, with 30,000 to 300,000 in

11   terms of a fine.

12             I must also consider all the factors that are set

13   forth in 18 U.S.C. 3553(a) and impose a sentence that's

14   sufficient but not greater than necessary to achieve the

15   objectives of sentencing set forth in the statute.

16             I must consider the nature and circumstances of

17   the offense and the history and characteristics of the

18   defendant; the need for the sentence imposed to reflect the

19   seriousness of the offense, to promote respect for the law,

20   and to provide just punishment; to afford adequate

21   deterrence; to protect the public; and to provide defendant

22   with any needed educational, vocational training, or medical

23   care.  I also should consider types of sentences available

24   and the need to avoid unwarranted disparities.

25             Let me begin with disparities.  Just a few

1    observations.

2          Mr. Peed, in his written submission, has compared

3    defendant's conduct and put it on par with misdemeanants and

4    other non-violent offenders of January 6th.  And he's also

5    made the point that sort of generalized sentencing range for

6    1512(c)(2) defendants has been about 21 to 48 months.

7          Two things.

8          One is, you know, Mr. Vallejo's conduct here is

9    not on par with misdemeanants and non-violent offenders in

10   the sense that he has been convicted of a conspiracy, and

11   that puts him in a different category than those

12   individuals.

13         Yes, the conduct is non-violent in a sense.  But,

14   you know, as I've already observed, conspiracies are

15   different.  And Mr. Vallejo's role in this conspiracy puts

16   him in a different place.  So looking at misdemeanants and

17   other non-violent offenders on January 6 isn't a terribly

18   helpful comparator.

19         Insofar as the 1512(c)(2) felonies, the list is

20   helpful.  Mr. Peed, it's a little bit difficult to

21   disaggregate those cases and the numbers in part because

22   it's hard to know which of those cases reflect pleas, which

23   of those cases reflect actual assaultive behavior that was

24   otherwise resolved by a plea.  But, nevertheless, I think

25   it's a fair sense of where things stand.  But even then,

1    I think Mr. Vallejo's conviction for seditious conspiracy

2    puts him in a different category.

3            Just a few other notes here.  The written

4    submission notes that people regularly interrupt

5    congressional proceedings and occupy the government

6    buildings with no claim to believe there's anything corrupt

7    happening, simply to make a political point.  Certainly

8    true.  But they don't sit on a cache of weapons or have a

9    cache of weapons in the outskirts of the city when they're

10   doing that.

11           Also notes that others like Mr. Kandaris, Stamey,

12   and Bittner were not charged for similar conduct.  That is

13   fair, but that's a prosecutorial judgment.  And it's not one

14   that -- it's not one I have any control over.  I have the

15   defendant before me and those who have also been convicted

16   as part of the conspiracy.

17           Mr. Peed likes to allude to history and does so in

18   his sentencing memo toward the end, referring to

19   Shays' Rebellion.  I got the book that you cited, Mr. Peed.

20   What you say is true in certain respects in terms of how

21   those defendants were treated, but slightly different.  They

22   weren't just pardoned for incarceral sentences.  In fact,

23   they were pardoned from death sentences.  18 individuals

24   were sentenced to death as a result of Shays' Rebellion.

25   Some of those sentences were commuted.  Some of them were

 1    reduced.  There were many others who were indicted.  It's

 2    not clear to me how much time they served.  But in any

 3    event, they weren't bound to apply the Guidelines back then.

 4              You identified Mr. Pitts' case, and we've taken a

 5    quick look.  It's accurate what you say, that he was

 6    convicted of conspiring to commit arson; however, his

 7    Guidelines range of 37 to 46 months, Mr. Pitts did plead

 8    guilty in that case.  And he was 20 years old; had

 9    substantial mental health issues; and according to the trial

10    judge, had been mistreated in a way that no one should

11    have -- no one deserved to be mistreated as a youth.  So

12    that would explain both the Guidelines Range -- or that

13    would explain the 20-month sentence that was imposed in

14    that case.

15              We weren't able to look at the other case

16    carefully enough to make a real honest comparison.

17              I have obviously taken into account the other

18    sentences that have been imposed in this case and that are

19    yet to come, and I will certainly keep that in mind in terms

20    of -- I have kept that in mind in terms of the ultimate

21    sentence in this case.

22              Mr. Peed has argued that a carceral sentence here

23    would actually undermine respect for law for the Court to

24    impose a draconian sentence on someone who never went to the

25    Capitol.  That could violently or personally interfere with

1    the proceeding when many dozens or hundreds who participated

2    in the riot on January 6th, including by assaulting police

3    officers, seek probationary or short sentences.

4           You know, I'll respectfully disagree.  Again,

5    Mr. Vallejo was convicted of a different crime, a crime that

6    is a rare crime.  The very title of it conveys a seriousness

7    to it that some of these other offenses do not carry.  And

8    so while I'm certainly mindful of the impact a draconian

9    sentence could have, I don't think Mr. Vallejo -- as I've

10   said, I don't think he's comparable to misdemeanants and

11   others that have been held out as comparable cases.

12          It's further argued that because of his age and

13   lack of criminal history, specific deterrence is not needed

14   or at least a heavy sentence isn't required to specifically

15   deter.  I would agree with that.  I would agree with that,

16   and I would further add that, given what I've heard from

17   Mr. Vallejo here today, he certainly has expressed

18   sufficient contrition, I think, certainly to convince me

19   that he doesn't need to be specifically deterred.

20          A short sentence in that case can serve as a

21   substantial general deterrent.  Perhaps and we'll talk about

22   that in a moment.

23          Defense lawyers have made the point, and I'll just

24   reiterate it, multiple in their various motions that it's

25   the prospect of getting caught that's the deterrent and not

1    the length of the sentence.

2            That may be true, but I've never quite understood

3    what that ultimately means.  Does that mean we should then

4    have a police state to ensure that people don't commit

5    crimes because they know they'll be caught?  I guess I don't

6    quite understand what the upshot of that has been in making

7    that point.

8            Let me just talk about the nature and

9    characteristics of Mr. -- excuse me, the history and

10   characteristics of Mr. Vallejo.

11           He is obviously someone who has led a, not just

12   simply law-abiding life, but a life that is worthy of great

13   respect.  He has done extraordinary things for himself and

14   his family.  It is a real testament to your character,

15   Mr. Vallejo, what you have overcome with the passing of your

16   child at a very young age, the alcoholism that followed, and

17   the years of sobriety.

18           But just as importantly, if not more so, I am

19   really quite humbled by how you've committed yourself to

20   helping others.  You know, it's not simply that you served

21   20 -- 33 years alcohol free -- I guess now 40 years, but you

22   have helped others in their fights, and I think that speaks

23   more of who you are.

24           Obviously, your job with the Homefront Battle

25   Buddies organization has done incredible work for veterans

1 and people who really need the assistance who come home

2 scarred in ways that none of us can truly appreciate and

3 imagine.

4          I've considered some of the other matters that the

5 defense has pointed out.  Obviously, all the letters that

6 were submitted.  He was detained for about four months

7 during COVID.  I've considered that.  I also considered his

8 health issues, in particular, the asthma and his back

9 issues.

10          I'll talk then about the nature and circumstances

11 of the offense.

12          Let me start where I think Mr. Peed left off,

13 which was to suggest that Mr. Vallejo's intent that day was

14 to -- was in response to what he perceived to be an unfair

15 process, as opposed to something that would perhaps more be

16 characterized as "My guy didn't win."

17          I appreciate the distinction.  I'm not sure I

18 agree with it.  Certainly there's plenty that Mr. Vallejo

19 said that day that was specific to the President.  This

20 wasn't simply, it seems to me, about a belief that some

21 ballots had been miscast or that ballots had been, you

22 know -- that there was a -- the ballots had been brought in

23 illegally.

24          You know, Mr. Vallejo, I can appreciate that

25 concern.  And I understand that people have it and have had

1  it, and you weren't alone in that.  And whether it was

2  because you genuinely believed it, based upon your own

3  review of the evidence, or because the President convinced

4  you of it, that's still where you were.

5          And I think Mr. Peed is right, and I've said it at

6  prior sentencings, that people like Mr. Vallejo are victims

7  in their own right.  But that, of course, doesn't mean they

8  aren't responsible for their own actions.

9          But, Mr. Vallejo, there's a process to address

10  what your concerns were in that period.  It's what sets this

11  country's democracy apart from perhaps others.  There's a

12  process.  You have a disagreement.  You feel like you are

13  aggrieved.  You feel an injustice was committed.  An

14  election was stolen by fraud.  There's a process.

15          What is it?  You go to the courts.

16          The President did that over and over and over

17  again.  And every judge looked at the cases that were

18  brought before them and said, "There's no merit."

19          And go to Congress and try to convince Congress

20  that -- not to certify the election.  I suppose they could

21  do that.  It's a process.

22          But what can't happen, Mr. Vallejo, is a

23  willingness to join with others and to be prepared to take

24  up arms when you're dissatisfied that the process didn't

25  work out the way you hoped it would.  It can't be that

1    dozens of judges got it wrong.  It just can't be.  I can't

2    imagine a single judge wouldn't have looked at it carefully.

3             It can't be that the Supreme Court, because of

4    politics, didn't take the case that Texas filed.  If you

5    believe in the system, if you believe in the democracy, you

6    take the good with the bad.  You take the results you don't

7    like.  Sure, fair to go into the streets, protest

8    peacefully.  Sure, hope in the next election for a better

9    outcome, of course.

10            But you can't conspire to undo a result or prevent

11   a result from happening because you and a group of cohorts

12   believed that that process failed you.  It can't happen.

13            You know, one might think that sentencing in these

14   cases gets a little bit more manageable -- let's put it that

15   way -- given the number of times I've already had to do it

16   and the numbers of times I will have to do it.  But it

17   doesn't.

18            Every one of these sentences I find to be very

19   difficult, particularly given the consequences that people

20   are facing, the defendants, their families.  All of it is

21   very difficult to take in.  But I have a job to do.

22   Congress asked me to consider a whole host of factors, and

23   that's exactly what I've done.

24            The Court sentence is going to be as follows.

25            You'll be committed to the custody of the

1    Bureau of Prisons for concurrent terms of 36 months on each

2    of Counts 1, 2, and 3 and a term of -- excuse me -- and also

3    and 4.  You are further sentenced to serve a term of

4    36 months of supervised release, the first 12 months of

5    which will be served as home confinement.  The term of

6    supervised release on each count will be run concurrently.

7             Let me explain why I am where I am.

8             It is fair.  And none of this should be viewed as

9    diminishing the conduct.  It's serious.  It's substantial.

10   And it poses a threat to democracy.

11            But you didn't go in the building, and you didn't

12   hurt a police officer directly.  And importantly,

13   Mr. Vallejo, I think you've expressed a degree of remorse

14   and contrition and reflection that one would hope somebody

15   who's been in your position for the last two years would do.

16   Others have come before me and have not done that, so I'm

17   grateful that you've done that.

18            I've also taken into account your age.  You are

19   among the older, if not the oldest, of the defendants in

20   this first trial.  And you now sit at 64 years old,

21   I believe.  And a lengthy period of incarceration for

22   someone of that age whose had no prior criminal history, who

23   has some of the health concerns that you do, I think, would

24   be overly punitive, which is why I've, A, gone under the

25   Guidelines as much as I have; and, B, made a portion of the

1    sentence to include home incarceration -- or home

2    confinement, excuse me, rather than a straight term of

3    incarceration.

4         You'll be ordered to pay a special assessment of

5    $100 per count, for a total of $400 to the Court.

6         While you are on supervision, you shall abide by

7    the following mandatory conditions, as well as the

8    discretionary conditions that are recommended by the

9    probation office in Part D of the sentencing options of the

10   Presentence Report.  Those are imposed to establish basic

11   expectations for your conduct while on supervision.

12        The mandatory conditions include not committing

13   another federal, state, or local crime.  You must not

14   unlawfully possess a controlled substance.  You must refrain

15   from any unlawful use of a controlled substance.  You must

16   submit to one drug test within 15 days of placement on

17   supervision and at least two periodic drug tests thereafter.

18        You must cooperate in the collection of DNA, and

19   you must make restitution in the amount that the Court will

20   award after you are sentenced.

21        You shall comply with the following special

22   conditions:

23        Submit to substance abuse testing if it's proposed

24   and recommended by Probation.

25        You must not associate, communicate, or otherwise

1  interact with any known or unknown member of a terrorist

2  organization or any other known or unknown criminal

3  extremist group or individual.  This includes persons who

4  are or claim to be involved with violent acts or advocating

5  for acts of violence and any persons who are located outside

6  the United States without the approval of the probation

7  officer.

8          If you inadvertently associate, communicate, or

9  otherwise interact with a known terrorist or extremist group

10  or individual, you must immediately report this to the

11  probation officer.  You must seek the approval of the

12  probation office to, if you wish, to access, view, or use

13  any online social media.  You must not download any social

14  media apps to your phone or computer.  You must not access

15  social media or any other device not approved by the

16  probation office.  Social media includes social media sites,

17  chat services, blogs, and the like.

18          You must not access, view, or possess any

19  extremist media.  This includes material such as literature,

20  video, photos, et cetera, of individuals or groups who

21  promote the use of violence to further an ideological or

22  religious cause.  If you inadvertently access, view, or use

23  or possess such material, you must immediately report it to

24  the probation office.

25          To ensure compliance with the computer-monitoring

conditions, you must allow the probation office to conduct

initial and periodic unannounced searches of any computers

subject to computer monitoring.  You must allow the

probation officer to install computer-monitoring software on

any computer.  This includes desktops, laptops, mobile

devices, et cetera.

These searches shall be conducted to determine

whether the computer contains any prohibited data prior to

installation of the monitoring software, whether the

monitoring software is functioning effectively after its

installation, and whether there have been attempts to

circumvent the monitoring software after its installation.

You must warn any other people who use these

computers that the computers may be subject to searches

pursuant to this condition.  The probation officer may

conduct a search pursuant to this condition only when

reasonable suspicion exists that there's a violation of a

condition of supervision and that the computer or device

contains evidence of this violation.

Any search will be contacted in a reasonable time

and in a reasonable manner.  You may not use any services

designed to encrypt, disguise, mask, or anonymize your

online activity.

Also shall not use any online gaming services or

systems.

1          You shall not use any telecommunications

2     applications; software products such as Skype, Discord, and

3     the like; or any software that specializes in providing chat

4     and voice calls between computers, tablets, mobile devices,

5     gaming consoles, and the like without permission from the

6     Probation Office.

7          You must provide the probation officer access to

8     any requested financial information, authorize the release

9     of any financial information.  The Probation Office may

10    share financial information with the U.S. Attorney's Office.

11         I will authorize that supervision be moved to the

12    jurisdiction in which you reside.  And so, Mr. Vallejo,

13    you'll be supervised in the jurisdiction where you live, but

14    I will retain jurisdiction over the case.

15         The Court finds that you don't have the ability to

16    pay a fine and, therefore, waives imposition of a fine in

17    this case.  The restitution shall be made to the Clerk of

18    the Court for the U.S. District Court of the

19    District of Columbia for disbursement to the Architect of

20    the Capitol in an amount to be determined.

21         Financial obligations to the Court are immediately

22    payable to the Clerk of the Court for the U.S. District

23    Court at 333 Constitution Avenue in D.C.  Within 30 days of

24    any change of address, you shall notify the Clerk of the

25    Court of the change until such time as the financial

1    obligation is paid in full.

2          The Probation Office shall release the Presentence

3    Investigation Report to all appropriate agencies, which

4    includes the U.S. Probation Office in the approved district

5    of residence, in order to execute the sentence of the Court.

6          Treatment agencies shall return the Presentence

7    Report to the probation office upon the defendant's

8    completion or termination from treatment.

9          You do have the right, Mr. Vallejo, to appeal your

10   convictions and the sentence that has been imposed.  If you

11   wish to appeal, you have -- you should do so within 14 days

12   of my entry of the judgment.  If you cannot afford the cost

13   of an appeal, you can ask the Court to file an appeal

14   without cost to you.  And if you cannot afford the cost of

15   a lawyer, you can ask the Court of Appeals to appoint one

16   for you.

17         You also have the right, under 28 United States

18   Code 2255, to challenge the conviction that's been entered

19   or the sentences that's been imposed to the extent permitted

20   by that statute.

21         So that'll be the sentence of the Court.

22         Mr. Peed, is there anything you would like to add

23   in terms of objections or requests?

24         MR. PEED:  No.

25         I would just ask the Court to put a request in

1    that he serve in Phoenix, FCI Phoenix --

2             THE COURT:  Okay.  We'll --

3             MR. PEED:  -- so he can be close to his family.

4             THE COURT:  I will have the judgment reflect that.

5             I will permit Mr. Vallejo -- I understand that the

6    burden has shifted, but I'll permit Mr. Vallejo to

7    self-report.  He has had an impeccable pretrial record.

8    There's no violations.  In my view, does not pose a risk to

9    the community for the months -- for the period of time

10   before he's designated.

11            All right.  Anything else, Counsel?

12            MR. MANZO:  No, Your Honor.

13            MR. PEED:  No, Your Honor.

14            THE COURT:  All right.

15            Mr. Vallejo, I wish you luck, sir.  Take care.

16            COURTROOM DEPUTY:  All rise.

17            This Court stands in recess.

18            (Proceedings concluded at 4:56 p.m.)

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__June 7, 2023_____    

                   William P. Zaremba, RMR, CRR

115

**COURTROOM DEPUTY: [6]** 3/2 43/23 44/1 69/6 98/5 113/16

**DEBORAH VALLEJO: [2]** 88/19 89/21

**MR. MANZO: [19]** 3/15 8/12 13/6 15/11 16/15 17/8 20/10 20/15 21/12 22/17 23/2 40/14 40/19 40/22 40/25 41/12 41/16 69/11 113/12

**MR. PEED: [25]** 3/17 8/13 8/19 8/24 9/4 23/17 23/19 25/25 26/5 28/19 28/21 35/21 36/2 37/21 40/12 40/18 40/21 40/24 43/1 43/3 73/18 88/13 112/24 113/3 113/13

**THE COURT: [48]** 3/11 3/16 3/18 8/17 8/22 8/25 9/5 15/3 16/3 17/7 20/8 20/12 21/11 25/21 26/2 28/17 28/20 35/16 36/1 37/17 40/11 40/13 40/16 40/20 40/23 41/10 41/15 42/25 43/2 43/19 44/4 69/8 72/24 88/12 88/17 89/20 89/23 91/14 91/19 98/2 98/8 113/2 113/4 113/14

**THE DEFENDANT: [2]** 91/18 91/20

**WARREN ORTiZ: [2]** 89/22 89/24

**$**

**$100 [1]** 108/5
**$300,000 [1]** 69/1
**$400 [1]** 108/5

**'**

**'21 [1]** 72/5
**'a [1]** 64/2
**'fuck [1]** 48/23
**'No [1]** 49/7
**'shot [1]** 47/16 51/18
**'threat' [1]** 47/5

**.**

**... [1]** 64/2

**1**

**1 hour [1]** 55/8
**1/21/21 [1]** 55/11
**10 [2]** 76/19 82/22
**100 percent [2]** 16/2 23/13
**108 [2]** 69/1 98/10
**10th [1]** 77/18
**11 [5]** 1/4 3/3 46/21 80/22 80/24
**11 minutes [1]** 55/8
**1150 [1]** 2/3

63/20
**12 [1]** 107/4
**12 minutes [1]** 37/13
**132 F.3d 56 [1]** 64/18
**14 [2]** 67/14 112/11
**1498 [1]** 63/20
**15 [2]** 88/24 108/16
**1512 [2]** 99/6 99/19
**1775 [1]** 2/3
**1776 [2]** 25/5 25/23
**18 [1]** 100/23
**18 U.S.C. 3553 [1]** 98/13
**1861 [2]** 75/18 78/18
**1978 [1]** 93/5
**1983 [1]** 93/8
**1:04 [1]** 52/20
**1:19 [1]** 52/24
**1:20 [1]** 53/4
**1:25 [3]** 14/14 14/17 53/6
**1:26 [1]** 14/18
**1:37 [1]** 1/6
**1:38 [2]** 14/20 53/8
**1:45 [1]** 53/12
**1st [2]** 72/5 80/20

**2**

**20 [7]** 80/18 81/8 86/20 88/6 88/9 101/8 103/21
**20-month [1]** 101/13
**20001 [1]** 2/10
**20006 [1]** 2/4
**202 [3]** 1/18 2/4 2/10
**2020 [3]** 79/15 80/20 86/18
**2023 [2]** 1/5 114/7
**20579 [1]** 1/17
**20th [2]** 11/1 71/22
**21 [2]** 55/11 99/6
**21st [1]** 72/5
**22-15-11 [1]** 1/4
**2255 [1]** 112/18
**2300 [5]** 19/16 35/17 41/7 71/10 87/5
**24 [2]** 55/24 87/19
**25 [1]** 55/23
**252-7277 [1]** 1/18
**262 [1]** 63/13
**28 [1]** 112/17
**29 [6]** 9/16 11/5 33/5 44/8 62/15 68/24
**2:14 [1]** 53/15
**2:15 [1]** 53/18
**2:15 p.m [1]** 53/23
**2:20 [1]** 37/4
**2:24 [4]** 41/24 54/14 54/17 59/7
**2:25 [1]** 59/6
**2:26 [2]** 54/21 55/14
**2:32 [3]** 54/25 55/13 70/4
**2:33 p.m [1]** 43/25
**2:35 [1]** 37/11
**2:38 [8]** 5/23 35/6 41/24 55/2 55/13 55/14 59/7 70/7

63/20
**2J1.2 [1]** 67/3
**2N1.1 [1]** 66/25
**2X5.1 [1]** 66/24

**3**

**30 [1]** 111/23
**30,000 [2]** 69/1 98/10
**300,000 [1]** 98/10
**317 F.3d 262 [1]** 63/13
**3249 [1]** 2/10
**33 [1]** 103/21
**333 [2]** 2/9 111/23
**35-plus [1]** 89/25
**354-3249 [1]** 2/10
**3553 [2]** 74/2 98/13
**36 [2]** 92/24 107/1
**36 months [1]** 107/4
**37 [1]** 101/7
**3:15 p.m [1]** 69/7
**3:16 [2]** 31/24 83/20
**3:23 p.m [1]** 69/7
**3A1.14 [1]** 68/23
**3A1.4 [1]** 66/6
**3B1.1 [1]** 20/23
**3B1.2 [2]** 61/2 63/17
**3C1.1 [1]** 21/13

**4**

**40 [3]** 87/20 93/15 103/21
**40-year [1]** 93/18
**46 [1]** 101/7
**48 [2]** 84/5 99/6
**4:07 p.m [1]** 98/7
**4:25 [1]** 55/4
**4:33 p.m [1]** 98/7
**4:49 [2]** 55/7 55/22
**4:56 p.m [1]** 113/18
**4th [2]** 46/1 94/4

**5**

**50 [1]** 95/22
**50.1 [1]** 84/6
**501 [1]** 95/13
**525 [1]** 8/2
**546 [1]** 7/24
**547 [1]** 7/24
**56 [2]** 11/20 64/18
**565 [1]** 7/25
**571-1 [1]** 8/3
**571-2 [1]** 8/4
**576 [1]** 8/5
**580 [1]** 8/1
**5:46 [1]** 51/1
**5:56 [1]** 51/4
**5th [1]** 35/13

**6**

**601 [1]** 1/17
**607 [1]** 8/6
**64 [1]** 107/20
**6:00 [1]** 51/2
**6th [52]** 5/1 5/15 10/13 10/16 10/23 10/25 12/11 13/16 13/25 14/4 14/14 16/20 17/12 18/7 20/1 23/9 23/11 23/13 33/14 34/3 37/15 41/2

48/9 48/10 48/14 50/7 51/21 52/17 52/20 57/1 65/19 69/12 69/23 70/4 70/13 70/22 71/21 71/25 72/17 76/25 79/9 83/21 88/3 88/4 90/20 94/24 99/4 102/2

**7**

**70-year-old [1]** 95/21
**7277 [1]** 1/18
**7:33 [1]** 51/8
**7th [10]** 17/16 18/2 19/19 19/22 24/6 24/13 51/16 68/18 71/24 82/24

**8**

**82nd [1]** 92/22
**87 [2]** 68/25 98/10
**8:04 [1]** 55/10
**8th [1]** 77/18

**9**

**919-9491 [1]** 2/4
**9491 [1]** 2/4
**9:03 [1]** 51/11
**9th [1]** 77/18

**A**

**a.m [2]** 51/1 51/2
**AA [2]** 79/2 93/23
**abetted [1]** 19/13
**abide [1]** 108/6
**abiding [1]** 103/12
**ability [5]** 14/12 15/21 17/12 42/7 111/15
**able [2]** 95/20 101/15
**about [86]** 9/21 9/24 10/6 12/1 12/19 12/21 13/4 14/4 16/22 17/19 19/3 19/8 19/9 20/11 21/18 23/4 25/1 26/7 30/2 30/2 31/3 31/4 31/13 31/16 31/22 32/16 32/22 32/24 33/3 33/3 33/15 33/21 33/22 37/12 40/17 41/25 43/7 43/21 48/11 48/14 48/20 49/9 49/14 49/17 50/7 53/12 54/8 55/23 56/18 59/13 59/18 59/23 61/25 69/12 69/12 70/16 71/2 74/7 74/9 74/25 75/2 75/23 75/25 76/6 76/7 76/7 77/9 78/7 79/19 83/20 83/21 83/23 84/3 84/5 84/13 85/22 85/25 88/23 90/6 98/3 99/6 102/21 103/8 104/6 104/10 104/20
**above [2]** 66/16 114/4
**above-titled [1]** 114/4
**Abraham [1]** 75/10
**Abraham Lincoln [1]** 75/10
**absolutely [6]** 30/20

83/12 83/12
**abuse [1]** 108/23
**accept [1]** 75/6
**accepted [1]** 85/3
**access [7]** 21/22 22/1 109/12 109/14 109/18 109/22 111/7
**accomplish [2]** 54/13 58/23
**according [2]** 37/1 101/9
**account [6]** 11/24 74/6 84/1 87/24 101/17 107/18
**accountable [3]** 23/14 61/4 61/11
**accurate [3]** 27/8 101/5
**accurately [1]** 42/7
**achieve [1]** 98/14
**achieved [2]** 39/17 92/11
**acknowledged [3]** 35/24 70/3 77/22
**across [4]** 6/13 28/10 62/2 71/10
**act [7]** 24/3 45/10 49/19 63/2 73/5 73/8 82/4
**acting [3]** 18/14 30/7 41/17
**action [6]** 17/3 26/23 33/20 47/6 55/11 72/4
**actions [10]** 10/10 13/10 13/23 15/13 18/6 19/13 23/11 23/12 44/21 68/4 68/6 71/9 105/8
**active [2]** 39/4 64/10
**activist [1]** 85/25
**activities [3]** 21/2 64/20 76/14
**activity [13]** 4/3 15/16 44/24 45/1 61/7 61/13 61/19 61/20 61/23 62/10 63/10 63/25 110/23
**acts [9]** 44/12 44/22 58/10 60/1 67/9 72/13 72/23 109/4 109/5
**actual [2]** 71/4 99/23
**actually [18]** 11/21 12/4 22/7 24/21 25/18 31/5 36/25 46/8 48/12 53/21 56/15 58/15 58/21 59/7 75/22 75/24 85/22 101/23
**add [4]** 59/1 66/13 102/16 112/22
**added [1]** 59/2 68/21 68/23
**addendum [1]** 39/25
**addict [1]** 94/6
**addicts [1]** 95/19
**additional [2]** 10/9 11/9 62/20
**additionally [1]** 67/24
**address [9]** 3/25 9/22

**A**

address... [7]  20/8 23/22 43/1 57/2 88/15 105/9 111/24
addressed [2]  11/4 79/14
adequate [1]  98/20
adjustment [4]  38/8 38/10 40/10 61/8
administering [1]  96/9
administration [3]  18/20 67/16 68/7
admitted [1]  12/7
adopt [2]  9/18 44/7
advance [1]  65/6
advised [1]  56/17
advocating [1]  109/4
affirmative [2]  26/13 57/13
afford [3]  98/20 112/12 112/14
after [45]  4/9 10/3 10/15 10/25 10/25 17/12 17/12 17/18 17/23 18/2 18/6 18/22 19/19 19/22 20/1 22/2 22/11 23/11 29/19 32/5 33/2 34/12 36/3 37/5 38/24 38/24 50/9 55/11 55/24 56/14 57/1 69/22 70/11 71/21 72/4 72/5 76/25 95/22 96/11 96/12 96/21 96/24 108/20 110/10 110/12
after-action [2]  55/11 72/4
aftermath [1]  30/1
afternoon [21]  3/2 3/11 3/12 3/14 3/20 7/19 9/10 14/14 23/18 23/19 31/24 38/4 39/1 55/19 70/4 83/14 83/17 89/22 89/23 91/18 91/19
afterward [1]  18/17
afterwards [1]  65/17
again [23]  11/5 18/4 18/16 30/5 30/9 42/12 46/7 46/14 48/17 50/6 54/22 56/2 59/4 59/9 62/15 65/10 66/14 85/4 89/13 97/20 98/1 102/4 105/17
against [8]  10/25 12/7 25/17 47/24 59/9 63/15 67/2 80/17
against the [1]  10/25
age [4]  102/12 103/16 107/18 107/22
agencies [2]  112/3 112/6
aggravating [1]  20/6
aggressive [1]  90/5
aggrieved [1]  105/13
ago [3]  18/24 49/9 94/13
agree [6]  11/22 12/13 30/21 102/15 102/15 104/18

agreement [1]  19/19 44/17 52/7
agreement [5]  5/15 6/11 6/16 10/11 31/21
ahead [2]  43/2 44/4
aid [3]  7/25 8/3 91/2
aided [2]  2/12 19/13
Airborne [1]  92/22
akin [2]  60/22 81/20
alcohol [1]  103/21
alcoholic [4]  90/11 93/25 94/6 95/18
alcoholics [2]  93/14 94/20
alcoholism [2]  93/7 103/16
Alexandra [2]  1/15 3/5
Alexandra Hughes [1]  3/5
all [71]  3/18 4/21 5/20 8/7 8/15 10/14 13/10 14/20 16/9 18/18 20/8 24/8 24/23 26/2 27/1 27/5 27/5 30/16 36/22 36/25 37/21 40/13 41/15 41/25 43/19 43/23 44/1 52/5 52/20 53/8 55/19 58/17 58/19 58/25 59/22 66/5 66/7 66/8 67/7 67/8 69/2 69/5 69/6 69/12 69/14 72/24 83/10 84/17 85/1 86/14 86/17 87/4 87/24 89/1 93/19 94/8 94/17 95/2 95/3 96/24 97/7 97/14 98/5 98/9 98/12 104/5 106/20 112/3 113/11 113/14 113/16
all right [2]  43/19 89/1
alleged [2]  41/23 42/12
allocution [3]  37/18 42/19 69/22
allocutions [1]  4/7
allow [2]  110/1 110/3
allowed [1]  96/2
allowing [5]  49/20 88/20 93/1 96/1 98/1
allude [1]  100/17
alludes [1]  59/12
almost [5]  37/4 81/15 94/11 95/21 97/21
alone [3]  90/14 96/16 105/1
along [6]  32/13 45/23 57/22 57/24 87/7 96/16
already [14]  9/15 11/4 20/13 21/22 24/2 25/2 34/5 37/11 40/4 53/1 62/11 68/14 99/14 106/15
also [39]  4/13 5/3 5/9 17/8 21/8 27/25 35/1 35/6 36/21 42/2 44/16 45/11 57/6 57/8 58/14 67/4 74/16 74/17 74/22 74/24 76/1 79/6 82/5 82/6 84/19 87/25 88/14 88/15 96/21 98/12

100/15 104/7 107/2 107/18 110/24 112/17
alternate [1]  75/11
although [7]  18/25 63/23 63/24 64/8 65/24 67/5 67/12
always [36]  35/2 36/21 73/21 89/5 89/5 89/17 90/1 90/2 90/4 90/9 94/14 94/21
am [12]  7/18 13/1 66/15 67/5 95/4 96/10 97/5 97/21 97/25 103/18 107/7 107/7
amazing [1]  83/4
ambulance [2]  92/25 93/3
Amendment [4]  29/9 29/24 29/25 30/7
AMERICA [2]  1/3 3/4
American [11]  27/14 53/4 77/14 77/16 84/21 84/21 87/2 90/12 92/24 95/22 97/9
Americans [2]  75/6 78/10
AMIT [2]  1/9 44/2
among [13]  3/15 45/24 63/7 64/3 85/10 107/19
amount [5]  16/16 63/15 68/12 108/19 111/20
ample [2]  11/5 62/19
analogue [2]  66/25 66/25
analysis [1]  63/18
ancillary [1]  27/5
Andrews [4]  29/17 29/18 30/13 46/2
Android [1]  24/21
animals [3]  89/8 96/3 96/9
annoyed [1]  24/7
anonymize [1]  110/22
Anonymous [1]  93/14
another [6]  20/25 22/10 24/10 51/13 80/20 108/13
answer [2]  20/5 43/15 56/7
anti [1]  81/3
anti-government [1]  81/3
Antifa [10]  32/2 32/4 32/6 42/7 42/8 70/16 70/17 70/17 83/20 83/21
antique [1]  39/24
any [59]  3/25 4/4 7/3 7/13 11/18 11/22 12/16 20/5 24/24 24/24 26/23 26/24 40/1 40/14 41/1 43/5 43/16 59/22 62/23 65/22 70/16 71/7 75/8 86/5 86/24 86/25 87/1 87/16 87/22 89/4 90/14 90/14 97/1 97/7 97/12

101/2 108/15 109/1 109/2 109/5 109/13 109/13 109/15 109/15 110/2 110/5 110/8 110/13 110/20 110/21 110/24 111/1 111/3 111/8 111/9 111/24
anybody [6]  60/7 60/8 60/24 90/3 90/3 90/5
anymore [3]  24/9 51/18 93/9
anyone [10]  18/21 24/24 34/16 57/6 75/25 81/15 81/16 95/5 97/5 97/12
anything [20]  8/7 14/21 26/15 28/8 30/17 33/18 35/10 38/3 39/16 40/11 43/11 50/17 53/9 72/8 77/24 94/19 94/25 100/6 112/22 113/11
anyway [4]  6/19 26/12 36/24 39/18
apart [1]  105/11
apologize [1]  79/12
app [2]  22/9 73/6
apparently [1]  57/12
appeal [4]  112/9 112/11 112/13 112/13
Appeals [1]  112/15
APPEARANCES [2]  1/13 1/20
appearing [1]  3/9
applicable [4]  22/14 22/14 61/6 66/12
application [4]  4/4 22/21 22/22 66/4
applications [2]  13/5 111/2
applies [6]  63/14 66/4 67/3 67/4 67/17 68/8
apply [4]  63/6 65/1 67/11 101/3
applying [1]  47/9
appoint [1]  112/15
appointment [2]  26/22 73/19
appreciate [4]  95/25 104/2 104/17 104/24
appreciates [1]  96/20
approach [1]  63/21
appropriate [3]  7/16 59/19 112/3
approval [2]  109/6 109/11
approved [2]  109/15 112/4
apps [3]  24/22 73/6 109/14
Architect [1]  111/19
ardent [1]  90/7
are [90]  4/11 4/11 5/11 5/12 6/18 7/4 8/1 9/10 9/24 12/24 14/22 14/24 16/24 16/25 16/25 17/14 17/17 17/18 18/3 18/17 19/9 19/20 20/13

116
28/23 29/11 33/1 33/4 33/15 33/23 33/24 35/24 35/25 39/20 46/24 46/24 46/24 47/7 47/14 47/14 47/18 48/9 51/5 51/20 52/3 53/2 53/10 55/14 55/19 56/21 56/22 58/18 60/11 63/7 65/10 66/7 66/7 68/4 70/12 72/9 74/10 74/11 74/13 77/4 77/8 82/1 83/10 84/22 89/15 89/23 98/10 98/10 98/12 99/14 101/18 103/23 105/6 105/12 106/20 107/3 107/18 108/6 108/8 108/10 108/20 109/4 109/5 111/21
area [7]  28/24 45/18 48/12 48/13 50/19 52/21 80/6
aren't [6]  30/7 32/21 34/9 46/15 48/3 105/8
arguably [1]  51/22
argue [2]  39/18 40/10
argued [7]  5/9 5/23 6/3 6/22 9/23 101/22 102/12
argues [1]  6/12
arguing [1]  15/5
argument [10]  13/4 20/21 20/22 21/21 23/4 23/21 26/12 27/24 28/12 28/13
arguments [2]  4/2 4/17
Arizona [15]  4/23 19/6 21/20 28/9 28/10 28/24 30/12 31/17 33/22 39/14 45/23 58/8 58/20 77/6 86/24
arm [1]  29/20
armed [12]  13/17 17/22 29/8 29/15 30/3 30/6 30/13 47/11 47/13 48/20 69/17 71/4
arms [3]  29/16 30/9 105/24
army [4]  29/23 92/7 92/17 92/18
around [8]  31/16 41/17 47/16 51/18 60/23 75/4 77/18 87/19
arrest [4]  14/2 79/4 95/11 96/11
arrested [3]  22/19 29/10 80/7
arrests [4]  29/14 69/25 80/8 80/9
arsenal [2]  4/24 71/16
arson [6]  80/19 80/19 81/1 86/21 86/21 101/6
article [1]  29/15
articles [2]  24/1 30/2
as [141]
aside [1]  13/14
ask [9]  3/22 9/18 15/3

## A

ask... [6] 22/4 87/17 88/9 112/13 112/15 112/25
asked [6] 6/1 31/6 43/4 61/2 88/2 106/22
asking [2] 43/7 70/15
asks [2] 51/7 90/3
assaulting [2] 13/19 102/2
assaultive [1] 99/23
assesses [1] 64/14
assessment [2] 29/3 108/4
assets [3] 21/2 60/12 60/19
assist [3] 36/21 37/12 54/19
assistance [2] 39/2 104/1
associate [2] 108/25 109/8
associated [1] 95/6
assuming [1] 82/17
assure [2] 97/4 97/11
asthma [3] 79/1 93/2 104/8
attached [1] 57/3
attack [3] 70/21 75/2 93/2
attacked [1] 29/21
attempt [2] 51/22 58/9
attempting [2] 54/12 65/20
attempts [1] 110/11
attend [1] 93/18
ATTORNEY'S [2] 1/16 111/10
attributable [1] 68/5
author [1] 27/20
authority [7] 44/19 47/24 52/10 60/15 60/17 61/16 61/17
authorize [2] 111/8 111/11
Autonomous [1] 79/23
available [6] 16/23 20/20 34/19 37/12 54/18 98/23
Avenue [2] 2/9 111/23
avoid [3] 12/11 12/18 98/24
awaiting [2] 51/14 65/14
award [1] 108/20
awarded [1] 92/20
aware [3] 33/18 58/5 61/22
away [3] 26/23 30/7 94/2
awful [1] 72/17

## B

back [30] 11/20 11/23 11/24 17/15 20/6 35/3 35/9 35/20 36/3 36/17 36/19 41/7 43/21 50/24 52/1 53/17 54/17 54/22

68/18 71/18 71/24 80/8 82/13 91/11 98/4 101/3 104/8
backdrop [1] 59/10
backup [1] 42/20
bad [3] 41/13 93/8 106/6
badly [1] 94/18
bag [3] 5/10 28/4 46/20
bags [1] 5/10
balance [4] 14/13 15/20 18/14 47/8
ballots [1] 104/21 104/21 104/22
balls [1] 96/22
barreled [1] 11/16
Barrett [1] 2/9
Base [1] 67/14
based [7] 9/19 16/10 27/7 60/14 71/9 81/11 105/2
basic [1] 108/10
basically [5] 24/1 77/3 78/1 78/4 80/5
basis [2] 7/5 34/25
bastard [1] 49/8
bastards [1] 5/22
battalion [1] 92/12
battering [1] 6/14
Battle [1] 103/24
be [159]
beard [2] 39/25 97/23
became [1] 26/4
because [60] 9/8 13/10 19/4 23/10 23/10 24/16 24/23 25/18 27/6 29/4 32/15 34/10 36/7 38/8 43/4 43/13 45/8 47/1 47/7 54/7 56/19 58/8 64/3 64/6 65/6 66/14 66/17 67/7 67/8 67/19 68/4 68/8 69/16 73/24 73/25 75/5 76/13 79/10 79/13 79/17 81/2 83/5 84/3 84/12 85/13 85/17 85/17 85/24 85/25 88/2 88/5 96/12 97/13 99/21 102/12 103/5 105/2 105/3 106/3 106/11
become [1] 11/10
bed [1] 35/13
bedlam [2] 55/1 70/6
been [65] 4/1 5/21 7/14 9/7 15/7 17/13 18/22 19/24 20/20 24/2 24/24 25/2 25/6 26/17 29/12 30/11 31/3 32/11 35/8 37/6 41/17 43/12 47/1 49/7 49/9 49/19 54/2 54/12 58/1 63/2 65/12 69/12 69/14 73/19 73/24 73/25 84/14 85/3 86/2 88/22 89/5 89/17 90/1 90/2 90/4 90/9 90/10 91/24 95/10 95/20 99/6 99/10 100/15 101/10 101/18

104/21 104/22 107/15 110/11 112/10 112/18 112/19
before [21] 1/9 4/8 10/4 13/25 14/4 31/25 31/25 35/7 37/6 37/13 42/2 47/2 66/6 69/3 71/3 71/3 72/25 100/15 105/18 107/16 113/10
began [2] 10/5 14/18
begin [4] 9/6 89/25 94/1 98/25
beginning [1] 95/23
behalf [2] 3/8 85/8
behavior [1] 99/23
behind [3] 30/16 43/17 89/15
being [30] 10/23 19/5 19/8 19/8 22/19 29/13 29/21 31/11 38/24 42/8 56/12 59/11 59/12 61/3 62/2 63/16 75/2 75/24 76/5 76/9 78/13 79/2 83/7 83/8 86/8 88/24 89/9 91/1 91/14 95/7
belabor [1] 22/17
belied [1] 55/17
belief [1] 104/20
beliefs [1] 42/6
believable [1] 56/16
believe [16] 16/18 23/14 25/25 30/4 32/1 32/23 75/7 75/8 83/12 85/23 93/6 96/25 100/6 106/5 106/5 107/21
believed [13] 29/11 29/13 58/2 59/21 76/22 78/12 81/24 83/25 87/10 87/22 87/22 105/2 106/12
believing [1] 77/12
below [1] 88/1
beneath [1] 26/9
benefit [2] 61/20 94/3
benefited [1] 93/19
Berry [4] 38/8 40/3 40/18 43/6
best [7] 20/15 72/3 78/12 83/5 88/22 90/12 95/12
better [5] 56/13 89/11 93/20 95/14 106/8
between [9] 26/19 32/7 41/23 41/24 43/9 50/14 57/13 76/2 111/4
beyond [1] 47/23
Biden [2] 10/19 72/7
big [3] 35/12 39/25 97/6
biggest [1] 85/7
bit [7] 23/20 36/14 42/18 44/9 71/6 99/20 106/14
Bittner [6] 37/25 43/8 43/10 43/18 71/18 100/12
blame [1] 32/6

block [1] 79/23
blocked [2] 36/16 80/13
blocking [1] 32/13
bloggers [1] 77/21
blogs [1] 109/17
blood [1] 53/4
Boampong [1] 80/21
board [2] 24/2 24/5
bodies [1] 6/14
body [1] 97/24
bolster [2] 50/10 50/10
bond [1] 88/21
bookkeeper [1] 60/22
books [1] 60/23
Booth [1] 84/22
both [12] 40/6 57/1 57/21 67/18 71/15 72/21 87/15 89/3 89/14 92/2 92/23 101/12
bottom [2] 7/3 53/19
bound [1] 101/3
bow [1] 73/16
bowed [1] 72/22
box [1] 27/11
brainwashed [1] 72/12
Breacher [2] 38/13 39/20
breaching [2] 13/18 15/24
breaking [3] 32/16 83/14 90/14
bricks [1] 32/8
bright [1] 50/25
bring [20] 4/14 7/1 19/1 19/1 21/8 29/1 30/25 36/23 49/2 49/13 52/14 55/15 56/14 56/15 58/15 59/8 62/12 66/18 67/20 91/1
bringing [2] 42/10
broader [2] 81/18 81/19
broke [1] 81/6
broken [3] 49/5 49/5 49/12
brother [1] 90/17
brought [14] 6/14 25/4 29/4 29/4 29/16 40/16 46/18 46/20 49/18 85/2 89/3 89/14 104/22 105/18
Brown [1] 29/19
Buddies [1] 103/25
building [19] 10/13 11/15 12/5 15/9 15/10 15/13 15/14 15/25 16/14 16/17 16/21 16/25 17/1 44/22 54/24 56/10 71/15 90/14 107/11
buildings [1] 100/6
bulletin [2] 24/2 24/5
bullets [1] 71/4
bulwark [1] 90/9
bunch [1] 76/12

blamed [1] 90/3

burden [3] 34/16 97/16 113/6
Bureau [1] 107/1
burn [1] 81/7
burning [1] 79/15

## C

cache [2] 100/8 100/9
cachet [1] 28/23
calculation [3] 66/22 67/6 69/2
Caldwell [2] 37/23 37/24
call [10] 27/22 37/6 37/10 37/13 56/6 56/7 56/18 70/23 87/4 90/16
called [25] 5/1 11/10 13/16 14/1 14/3 14/5 17/19 27/9 39/5 50/16 50/18 52/22 53/24 58/1 62/12 62/21 69/18 69/20 69/25 71/7 71/13 77/2 78/15 87/3 89/5
calling [5] 15/15 23/6 27/15 29/17 70/1
calls [2] 87/1 111/4
calmed [1] 85/12
came [15] 5/9 18/25 28/9 30/13 30/13 39/15 40/1 46/13 65/15 76/12 76/17 80/8 80/9 84/20 87/6
cameras [1] 5/11
camps [2] 40/7
campsite [1] 38/14
can [46] 13/23 15/3 17/8 18/4 18/5 18/18 19/10 20/6 20/6 22/4 22/23 24/10 24/20 24/21 27/5 27/24 30/18 33/13 36/9 36/21 37/12 42/24 43/1 47/10 48/17 52/6 54/19 58/17 58/23 74/14 74/18 74/22 74/22 81/9 90/17 91/5 91/6 91/11 97/2 97/11 102/20 104/2 104/24 112/13 112/15 113/3
can't [13] 5/21 24/12 49/5 49/8 73/12 95/25 105/22 105/25 106/1 106/1 106/3 106/10 106/12
cannot [3] 74/25 112/12 112/14
Capitol [65] 4/15 5/7 10/13 12/5 13/18 13/20 14/19 17/13 17/15 17/16 17/22 18/6 18/22 19/5 19/7 19/12 19/19 20/18 30/14 30/14 31/16 31/18 31/23 36/6 36/13 37/9 39/20 44/21 50/16 50/19 52/12 52/22 53/3 53/4 53/12 53/16 53/24 54/1 54/3 54/4 54/16 54/16 54/22 54/22 54/24 55/1 55/20

118

**C**

**Capitol...** [18] 56/10 58/1 60/1 69/13 70/6 70/9 70/11 70/14 70/18 71/24 79/22 79/23 84/7 84/9 84/14 90/24 101/25 111/20

**Capitol building** [4] 10/13 12/5 54/24 56/10

**Capitol Grounds** [1] 60/1

**Capitols** [1] 19/9

**capped** [1] 67/12

**car** [1] 36/14

**carceral** [1] 101/22

**care** [7] 89/7 96/2 96/6 96/9 96/10 98/23 113/15

**careful** [1] 56/18

**carefully** [3] 74/24 101/16 106/2

**cares** [1] 85/25

**caring** [1] 97/14

**carry** [3] 34/15 39/24 102/7

**Carter** [22] 28/7 28/11 28/25 40/15 40/17 40/18 40/19 40/20 40/21 40/23 41/1 42/2 42/5 46/2 50/1 50/2 57/2 57/4 57/19 58/2 58/5 58/9

**case** [27] 3/3 5/4 11/3 20/24 25/21 26/16 35/2 71/23 73/20 73/22 79/8 80/20 81/7 82/6 84/4 85/22 88/4 101/4 101/8 101/14 101/15 101/18 101/21 102/20 106/4 111/14 111/17

**cases** [10] 63/23 63/24 79/9 88/3 99/21 99/22 99/23 102/11 105/17 106/14

**casual** [2] 12/1 12/3

**casually** [1] 11/16

**catastrophe** [1] 95/10

**category** [3] 68/25 99/11 100/2

**Category I** [1] 68/25

**cats** [1] 96/4

**caught** [2] 102/25 103/5

**cause** [5] 42/6 68/9 90/20 97/12 109/22

**causing** [3] 18/10 18/19 67/14

**celebrated** [2] 70/12 93/15

**center** [2] 36/15 37/1

**certain** [5] 6/23 58/18 79/18 85/10 100/20

**certainly** [24] 8/22 12/13 39/19 43/16 48/18 54/1 54/5 56/2 56/16 58/13 59/12 60/6 60/9 61/22 62/5 65/25 66/11 73/14 100/7

**circulate** [1] 87/12
**circulated** [2] 13/25 14/2
**circumstances** [5] 4/11 74/3 84/18 98/16 104/10
**circumvent** [1] 110/12
**cited** [6] 8/20 10/17 20/22 60/10 82/3 100/19
**cities** [1] 79/15 79/21 79/21
**citizens** [1] 29/23
**city** [10] 6/14 36/3 36/15 36/17 37/1 38/24 66/19 79/24 80/1 100/9
**Civil** [2] 70/2 75/5
**Civil War** [2] 70/2 75/5
**civilian** [1] 92/23
**claim** [2] 100/6 109/4
**claimed** [1] 39/8
**claiming** [1] 84/5
**class** [2] 92/8 92/19
**clean** [2] 26/24 32/6
**cleaned** [1] 26/20
**cleanly** [1] 23/22
**clear** [19] 7/8 13/1 17/4 20/16 28/18 33/12 34/15 45/19 46/17 46/25 60/6 60/13 62/23 64/14 65/8 65/11 65/13 76/7 101/2
**cleared** [1] 51/4
**clearly** [5] 12/6 40/5 59/20 65/17 68/12
**Clerk** [3] 111/17 111/22 111/24
**clever** [1] 25/4
**CLINTON** [2] 2/2 84/8
**clintonpeed.com** [1] 2/5
**close** [3] 89/25 91/11 113/3
**closed** [1] 52/21
**closely** [1] 74/4
**closer** [3] 32/13 89/4 89/14
**closest** [1] 66/25
**closing** [5] 4/17 4/20 4/22 18/24 28/13
**closings** [1] 7/4
**closures** [1] 36/25
**co** [11] 10/9 10/21 10/22 23/13 38/11 44/12 44/21 60/1 63/22 64/1 64/6
**co-conspirators** [10] 10/9 10/22 23/13 38/11 44/12 44/21 60/1 63/22 64/1 64/6
**co-defendants** [1] 10/21
**Code** [1] 112/18
**coercion** [1] 66/11
**coffee** [1] 93/25
**cohorts** [1] 106/11
**collection** [1] 108/18
**College** [3] 5/2 5/5

**certification** [22] 5/4 14/5 14/25 26/7 29/8 29/14 32/20 33/2 33/8 33/10 34/1 34/8 34/11 35/23 37/5 39/16 47/20 47/23 49/20 58/22 70/2 81/16
**certified** [3] 2/8 5/2 59/20
**certify** [4] 5/5 32/10 105/20 114/2
**cetera** [2] 109/20 110/6
**CH** [1] 2/9
**chain** [2] 26/3 64/9
**challenge** [2] 62/21 112/18
**change** [4] 10/15 87/19 111/24 111/25
**changed** [2] 84/15 89/16
**channel** [3] 14/15 16/22 17/24
**character** [4] 78/22 81/21 87/18 103/14
**characteristic** [1] 61/8
**characteristics** [4] 78/20 98/17 103/9 103/10
**characterization** [2] 10/16 11/14
**characterized** [2] 12/20 104/16
**Characterizing** [1] 11/2
**charge** [3] 56/20 60/6 61/24
**charged** [5] 30/17 45/4 47/22 71/23 100/12
**chat** [21] 12/1 21/15 21/16 21/17 21/22 22/2 22/18 24/8 24/11 25/5 25/8 25/23 25/23 25/24 26/6 38/10 52/20 54/7 57/21 109/17 111/3
**chat services** [1] 109/17
**chats** [3] 24/25 41/1 86/25
**check** [6] 14/13 15/20 17/11 18/14 47/7 87/19
**checked** [2] 57/5 78/1
**checking** [2] 17/24 77/6
**chief** [2] 55/5 55/25
**child** [1] 103/16
**children** [1] 94/7
**chill** [1] 72/1
**chilling** [1] 70/24
**chip** [1] 93/18
**choosing** [1] 76/3
**chronology** [2] 55/12 59/5
**circle** [1] 38/16
**circles** [1] 85/10
**Circuit** [5] 60/14 60/15 60/17 63/12 63/13

**color** [2] 29/24 30/8
**COLUMBIA** [3] 1/1 51/8 111/19
**come** [22] 20/6 23/8 30/3 43/17 44/3 45/15 46/3 50/19 50/23 51/23 54/10 54/21 59/9 59/9 81/24 87/3 88/18 89/8 91/11 101/19 104/1 107/16
**coming** [8] 30/16 50/23 54/24 62/5 65/3 76/19 82/9 96/12
**command** [1] 64/9
**commander** [5] 51/5 55/5 55/25 70/15 71/6
**Comment** [1] 66/6
**comments** [4] 55/6 56/1 62/15 87/8
**commission** [3] 61/18 62/10 90/13
**commit** [6] 72/13 80/19 80/25 86/21 101/6 103/4
**committed** [5] 29/12 29/13 103/19 105/13 106/25
**committee** [2] 20/23 21/10
**committing** [1] 108/12
**common** [5] 23/10 56/23 67/9 67/10 67/11
**communicate** [2] 108/25 109/8
**communicated** [2] 57/24 61/25
**communications** [4] 10/10 10/17 10/21 11/6
**community** [2] 92/13 113/9
**commuted** [1] 100/25
**comparable** [2] 102/10 102/11
**comparator** [1] 99/18
**compared** [2] 40/7 99/2
**comparing** [1] 63/21
**comparison** [2] 4/18 101/16
**compilation** [1] 8/14
**compiled** [1] 8/20
**complaining** [2] 14/21 53/9
**complete** [1] 42/9
**completely** [1] 42/3
**completion** [1] 112/8
**compliance** [1] 109/25
**complicates** [1] 29/3
**comply** [1] 108/21
**comprised** [1] 75/16
**computer** [8] 2/12 109/14 109/25 110/3 110/4 110/5 110/8 110/18
**computer-aided** [1] 2/12
**computer-monitoring** [2] 109/25 110/4

**computers** [4] 110/2 110/14 110/14 111/4
**concedes** [2] 38/9 39/19
**conceive** [1] 7/10
**concentrating** [2] 89/15 92/6
**concept** [1] 30/6
**concern** [2] 28/25 104/25
**concerned** [3] 32/16 33/21 33/22
**concerning** [1] 4/3
**concerns** [2] 105/10 107/23
**conclude** [7] 11/8 33/13 52/6 56/2 56/3 62/20 62/20
**concluded** [2] 39/3 65/2 113/18
**concluding** [2] 4/14 64/12
**conclusion** [1] 59/6
**conclusions** [1] 7/14
**Concord** [1] 71/3
**concurrent** [1] 107/1
**concurrently** [1] 107/6
**condition** [3] 110/15 110/16 110/18
**conditioned** [1] 48/4
**conditions** [6] 80/7 108/7 108/8 108/12 108/22 110/1
**condone** [3] 27/21 90/13 90/23
**conduct** [21] 10/5 13/4 16/17 22/13 44/12 59/25 61/4 63/8 63/15 63/17 64/15 67/1 68/1 99/3 99/8 99/13 100/12 107/9 108/11 110/1 110/16
**conducted** [1] 110/7
**confinement** [2] 107/5 108/2
**confines** [1] 16/18
**confirm** [2] 3/23 9/1
**conflict** [5] 13/17 17/22 47/11 47/13 48/20
**confrontation** [1] 6/15
**confusing** [1] 77/21
**confusion** [2] 19/3 77/9
**Congress** [12] 5/1 5/5 18/12 35/24 55/1 59/19 70/6 75/13 81/12 105/19 105/19 106/22
**congressional** [1] 100/5
**connected** [2] 67/9 87/10
**connection** [5] 8/10 8/23 44/25 60/8 97/7
**connects** [1] 45/8
**consciously** [1] 73/8
**consciousness** [1] 36/12
**consequences** [1]

**C**

consequences... [1] 106/19
consider [9] 35/14 36/9 76/2 79/7 81/9 98/12 98/16 98/23 106/22
considered [8] 12/3 12/6 34/24 42/24 74/4 104/4 104/7 104/7
considering [3] 13/1 13/1 26/18
consistent [3] 56/23 58/14 82/10
console [1] 94/20
consoles [1] 111/5
conspiracies [12] 4/13 6/22 13/9 44/13 45/4 46/10 52/12 74/9 74/14 74/22 87/24 99/14
conspiracies' [1] 45/5
conspiracy [52] 4/13 4/25 10/3 10/24 13/11 13/14 13/20 14/9 16/11 18/3 19/17 33/6 34/5 39/4 39/17 44/18 44/20 44/24 47/22 47/24 56/20 64/7 64/25 65/8 65/18 65/25 66/8 66/24 71/22 72/4 72/6 74/8 74/18 74/19 75/2 75/4 75/16 79/10 80/16 80/19 80/25 81/14 81/19 81/19 82/10 83/24 86/21 88/5 99/10 99/15 100/1 100/16
conspirator [1] 28/8
conspiratorial [2] 10/5 10/19
conspirators [13] 10/9 10/22 23/13 38/11 44/12 44/21 56/23 60/1 63/22 64/1 64/6 70/7 80/13
conspirators' [1] 21/19
conspire [1] 106/10
conspired [1] 88/7
conspiring [2] 32/12 101/6
constantly [1] 88/23
consternation [2] 47/5 96/15
constitutes [1] 67/22
constituting [1] 67/10
Constitution [3] 2/9 82/25 111/23
constitutional [1] 33/20
contact [1] 41/2
contacted [3] 26/19 26/21 110/20
contains [2] 110/8 110/19
contemplate [1] 45/14
contemplating [1] 51/21
contended [2] 5/13 46/22

contending [1] 97/18
contention [6] 10/2 10/14 11/25 12/8 12/15 15/6
context [5] 12/22 77/11 86/18 86/22 86/22
contexts [1] 81/5
continue [5] 20/3 65/18 83/13 95/20 97/2
continued [4] 2/1 19/25 22/10 39/2
continuing [1] 95/23
continuously [1] 23/25
contribute [2] 19/10 20/4
contribution [1] 71/14
contrition [2] 102/18 107/14
control [3] 60/9 60/15 100/14
controlled [3] 34/16 108/14 108/15
convention [1] 85/8
conversation [8] 12/21 41/23 41/25 42/1 42/12 50/21 57/13 93/9
conversations [1] 27/17
convey [1] 78/21
conveys [1] 102/6
convicted [7] 13/8 44/13 46/11 99/10 100/15 101/6 102/5
conviction [6] 7/6 66/7 81/11 83/23 100/1 112/18
convictions [2] 7/11 112/10
convince [2] 102/18 105/19
convinced [2] 97/19 105/3
cook [3] 76/17 96/10 96/13
cooperate [1] 108/18
coordinated [2] 19/16 38/21
coordination [2] 37/23 43/9
copiously [1] 34/21
core [1] 40/7
corner [1] 5/11
Corps [2] 92/8 92/22
correct [3] 32/18 37/8 114/3
corroboration [1] 76/14
corrupt [1] 100/6
corruption [1] 75/9
cost [4] 79/19 112/12 112/14 112/14
costs [1] 97/10
coterminous [1] 13/7
couch [1] 86/2
could [34] 4/12 5/5 6/13 6/17 7/11 11/8 18/15 19/13 20/3 21/7 22/15 23/22 25/16

couldn't [2] 93/8 94/1
counsel [3] 13/3 58/7 113/11
count [8] 38/17 66/8 66/24 67/12 67/12 94/1 107/6 108/5
Count 1 [1] 66/24
Count 4 [1] 67/12
countless [2] 92/14 94/23
country [10] 28/10 71/10 75/11 78/14 78/25 87/5 90/6 90/22 92/3 92/22
country's [1] 105/11
counts [4] 66/7 66/8 67/5 107/2
Counts 1 [1] 107/2
Counts 2 [1] 67/5
couple [2] 43/20 57/3 69/3
courier [1] 64/23
course [15] 8/9 10/20 27/23 45/13 45/15 45/22 46/23 47/1 49/16 54/19 59/16 65/17 78/5 105/7 106/9
court [77] 1/1 2/7 2/8 8/13 8/21 18/18 23/23 24/20 28/5 28/22 30/20 30/21 31/1 31/19 31/21 33/4 33/12 36/9 37/8 43/23 44/1 47/3 63/23 63/25 64/5 64/12 64/14 64/17 64/22 72/2 74/2 74/4 74/6 74/9 74/14 74/16 74/24 75/18 78/22 79/6 79/8 79/13 79/14 81/9 81/18 82/2 82/12 84/1 84/17 85/20 85/22 86/4 86/13 87/17 87/25 88/11 88/14 88/16 98/6 101/23 106/3 106/24 108/5 108/19 111/15 111/18 111/18 111/21 111/22 111/23 111/25 112/5 112/13 112/15 112/21 112/25 113/17
convictions [2] 7/11 112/10
convince [2] 102/18 105/19
corroboration [1] 76/14
Court's [3] 30/22 34/4 88/4
courts [3] 63/20 97/13 105/15
COVID [1] 104/7
CR [1] 1/4
create [1] 26/13
credence [1] 54/14
crime [9] 29/11 29/13 74/7 74/18 90/14 102/5 102/5 102/6 108/13
crimes [2] 74/11 103/5
criminal [33] 4/3 4/3

21/6 27/3 44/23 44/24 44/25 45/5 46/13 61/7 61/13 61/18 61/20 61/23 62/10 63/10 63/24 63/24 64/4 64/15 67/10 68/25 74/21 78/23 81/22 81/23 102/13 107/22 109/2
Criminal Case No. 22-15-11 [1] 3/3
criminalized [2] 75/13 75/14
critical [1] 66/18
crowd [4] 11/13 11/16 11/17 53/14
CRR [2] 114/2 114/8
crushed [1] 97/21
Cruz [2] 26/8 33/25
Crystal [2] 2/6 3/8
Crystal Lustig [1] 3/8
culminated [1] 10/12
culpability [7] 27/4 63/21 64/1 64/1 64/13 64/15 74/11
culpable [5] 7/10 63/7 63/9 64/3 64/7 64/10
curfew [1] 35/10
curious [1] 79/25
currently [1] 94/10
custodianship [1] 96/1
custody [1] 106/25
cynical [1] 75/21

**D**

D.C [30] 1/5 1/17 2/4 2/10 4/24 14/2 14/15 18/3 19/2 20/1 21/7 21/9 21/20 28/24 30/4 31/9 35/10 35/18 42/10 45/16 46/13 48/11 48/13 65/4 69/17 69/25 70/7 76/17 85/6 111/23
D.C. [5] 16/21 17/24 21/15 21/22 63/12
D.C. Circuit [1] 63/12
D.C. Op [4] 16/21 17/24 21/15 21/22
damage [2] 67/15 69/13
danger [1] 97/5
daresay [1] 4/18
dark [1] 5/11
data [1] 110/8
Date [1] 114/7
dated [2] 55/11 72/4
David [2] 80/12 80/15
day [40] 12/5 15/17 17/13 18/11 32/15 35/8 47/2 48/15 48/21 50/23 51/12 51/13 54/12 55/18 58/11 59/20 60/2 65/13 70/15 70/18 72/5 72/17 77/1 77/5 78/4 83/11 84/8 84/11 85/13 88/24 92/8 92/9 92/9 92/10 93/14 93/18 93/20 94/24 104/13

day's [2] 35/12 35/15
days [7] 76/25 88/22 108/16 111/23 112/11
dead [3] 24/8 24/13 24/16
deal [1] 3/25
death [6] 10/22 86/19 90/21 96/23 100/23 100/24
Debbie [3] 88/10 94/5 96/12
December [2] 40/2 45/6
decent [1] 73/25
decided [2] 27/4
decides [1] 35/19
decision [4] 37/7 61/16 61/17 92/4
decision-making [2] 61/16 61/17
decisions [1] 82/21
declaration [4] 27/14 48/24 48/25 59/16
declared [3] 53/25 70/11 86/8
dedicated [1] 20/3
deeper [1] 82/10
defendant [27] 1/7 2/2 3/9 5/7 5/13 5/13 13/8 20/24 22/3 61/4 61/5 61/9 61/12 61/14 61/15 61/19 63/9 63/16 64/2 69/16 71/17 71/21 72/18 73/8 98/18 98/21 100/15
Defendant Vallejo [5] 5/7 5/13 71/17 71/21 72/18
Defendant Vallejo's [1] 22/3
defendant's [9] 8/1 61/18 62/9 63/21 63/25 64/14 64/19 99/3 112/7
defendants [11] 5/6 6/12 10/21 10/21 13/10 63/7 84/22 99/6 100/21 106/20 107/19
defense [12] 3/7 9/7 17/25 21/18 26/5 27/3 41/5 51/1 84/2 91/9 102/23 104/5
defensive [1] 62/17
define [1] 63/5
defined [1] 63/9
definitely [2] 47/17 60/25
definition [1] 81/14
degree [6] 61/12 61/14 61/15 61/19 62/3 107/13
delay [1] 52/8
delayed [1] 92/17
delayed-entry [1] 92/17
delete [4] 24/11 24/12 25/16 26/15
deleted [5] 21/13 22/11

**D**

deleted... [3] 22/22 24/15 24/25
deletes [1] 73/11
deletion [1] 73/5
delivered [1] 71/8
demand [1] 46/4
demanding [1] 29/10
democracy [10] 75/3 78/5 78/13 83/7 84/10 84/16 95/7 105/11 106/5 107/10
demonstrates [1] 68/19
denominator [1] 63/17
depart [1] 51/4
departure [2] 20/23 21/10
Depot [1] 96/18
depths [1] 93/7
derives [1] 96/21
described [6] 4/22 14/11 14/12 18/22 42/7 63/11
deserved [1] 101/11
deserves [1] 38/9
designated [1] 113/10
designed [1] 110/22
desktops [1] 110/5
despite [1] 42/9
destroyed [2] 39/20 95/10
destroys [1] 38/18
destruction [1] 90/21
detachment [1] 92/24
detained [1] 104/6
deter [1] 102/15
determination [1] 7/15
determinations [1] 59/3
determine [1] 110/7
determined [1] 111/20
determining [1] 63/14
deterred [1] 102/19
deterrence [2] 98/21 102/13
deterrent [2] 102/21 102/25
devastated [1] 93/6
device [2] 109/15 110/18
devices [1] 110/6 111/4
devise [1] 7/9
devote [1] 78/3
dialogue [1] 27/6
did [52] 4/17 8/8 8/13 11/13 11/20 20/24 22/1 22/9 25/10 26/6 27/23 28/8 29/1 30/16 32/15 35/14 38/9 40/3 41/2 41/5 41/6 42/15 42/21 42/22 43/5 43/13 57/22 57/23 58/8 58/9 62/5 64/15 68/8 68/17 70/23 71/13 73/2 75/6 75/7 75/8 78/25 81/13 83/10 83/11 84/12 84/23 88/7

105/16
Did you [1] 43/5
didn't [32] 11/15 15/25 24/4 25/11 26/23 26/23 26/24 26/24 27/22 36/5 39/5 39/11 39/11 40/3 56/7 56/8 58/14 59/1 62/24 67/18 73/7 75/9 76/12 76/21 83/3 84/4 86/4 104/16 105/24 106/4 107/11 107/11
difference [1] 84/13
different [17] 13/9 18/8 22/12 27/3 28/23 30/18 79/8 82/21 85/16 86/23 88/5 99/11 99/15 99/16 100/2 100/21 102/5
differentiate [1] 50/14
differently [1] 71/6
difficult [5] 30/9 78/21 99/20 106/19 106/21
diminishing [1] 107/9
direct [1] 93/4
directed [1] 60/8
directing [2] 20/20 34/20
directly [1] 107/12
director [1] 95/13
disabused [2] 87/15 87/16
disaggregate [1] 99/21
disagree [3] 10/16 11/14 102/4
disagreed [1] 34/21
disagreeing [1] 75/23
disagreement [1] 105/12
disagreements [2] 41/16 74/25
disbursement [1] 111/19
discharged [1] 93/5
discipline [1] 93/4
Discord [1] 111/2
discourse [1] 28/1
discretionary [1] 108/8
discuss [2] 34/2 50/1
discussed [5] 50/22 50/23 62/11 63/20 68/14
discussing [4] 37/10 38/11 40/8 57/14
discussion [2] 43/13 86/25
discussions [3] 40/1 40/2 43/10
disguise [1] 110/22
disobeying [1] 93/4
disparities [3] 79/7 98/24 98/25
disputable [1] 58/18
dispute [1] 12/19
disputes [4] 9/6 9/22 9/24 9/24
disrupt [1] 47/20
disrupting [1] 47/23
disruption [1] 68/8

distinction [2] 76/2 104/17
district [14] 1/1 1/1 1/10 46/3 51/8 55/16 63/20 63/25 64/12 67/21 111/18 111/19 111/22 112/4
District Court [1] 64/12
divorcée [1] 94/6
DNA [1] 108/18
do [62] 5/19 10/4 14/21 15/21 16/9 19/21 21/9 24/4 26/24 28/24 30/20 33/1 34/9 36/1 38/3 42/21 42/22 42/13 44/10 45/11 47/5 47/15 51/17 52/6 53/9 58/10 59/19 62/12 62/20 67/6 67/7 72/6 72/8 73/20 74/12 74/20 77/4 77/7 77/7 77/8 77/23 80/2 81/4 83/23 86/5 86/11 92/25 94/14 94/15 94/19 94/25 95/8 95/19 102/7 105/21 106/15 106/16 106/21 107/15 107/23 112/9 112/11
dock [1] 96/18
does [19] 6/3 6/7 6/9 17/2 17/5 31/6 34/6 36/1 39/24 41/10 45/15 46/1 46/3 55/23 59/17 64/24 100/17 103/3 113/8
doesn't [21] 16/8 38/6 38/22 47/11 48/5 49/1 49/1 49/13 49/13 50/13 55/18 59/1 59/1 60/16 60/17 65/1 76/6 97/9 102/19 105/7 106/17
doing [19] 14/16 14/20 17/3 31/21 52/4 53/6 53/8 53/25 54/12 58/1 65/16 68/10 68/17 73/13 76/23 78/9 81/12 87/22 100/10
Dolan's [2] 62/24 63/1
dollar [1] 68/12
dominated [1] 91/25
don't [48] 7/9 11/22 13/3 16/3 16/6 20/8 24/9 25/21 26/17 27/21 29/2 29/6 31/5 36/7 42/22 42/23 43/11 43/12 48/4 48/4 49/23 53/18 57/16 57/23 59/1 59/13 59/13 60/5 61/20 62/23 65/22 66/2 68/11 69/3 73/3 76/2 78/18 82/8 89/12 90/23 95/4 100/8 102/9 102/10 103/4 103/5 106/6 111/15
done [14] 32/20 68/10 74/20 76/6 76/7 76/9 78/4 90/19 92/1 103/13

107/17
Donna [1] 54/25
Donna Hancock [1] 54/25
door [4] 11/17 11/18 31/8 54/22
doors [1] 80/14
doubt [4] 69/21 71/7 71/11 95/11
down [4] 5/10 10/1 31/12 33/11 49/2 49/13 49/18 50/24 53/5 55/1 55/19 73/22 79/16 93/11
download [1] 109/13
downward [1] 38/23
dozens [1] 65/3 102/1 106/1
draconian [2] 101/24 102/8
draw [5] 7/14 27/5 48/19 73/12 73/22
drawing [2] 12/16 32/7
drawn [4] 9/11 9/25 11/8 48/19
drink [2] 87/20 93/14
drive [3] 20/21 37/1 41/7
driven [1] 72/11
drives [1] 35/17
driving [2] 36/15 71/9
drone [2] 46/21 71/10
drop [2] 87/20 93/15
dropped [1] 71/19
drove [3] 19/16 26/22 28/10
drug [5] 64/23 94/6 95/18 108/16 108/17
drugs [2] 61/10 95/19
Dunn's [1] 94/18
during [3] 29/21 83/20 104/7
duty [1] 93/2
dwindling [1] 77/20
dying [1] 10/22

**E**

E-1 [1] 92/18
E-3 [1] 92/19
each [6] 64/11 67/12 88/25 88/25 107/1 107/6
earlier [4] 44/7 62/14 69/18 79/11
early [2] 51/1 91/10
earns [1] 38/13
easier [1] 89/10
easy [1] 5/14
ECF [3] 8/15 8/16 8/19
Ed [11] 24/7 24/10 25/9 49/5 49/7 57/5 57/6 57/8 69/16 90/25 91/2
Ed Vallejo [2] 25/9 69/16
Ed's [2] 88/21 89/25
educational [1] 98/22
EDWARD [2] 1/6 3/4

Edwards [2] 1/15 3/15
effect [1] 22/9
effectively [1] 110/10
effort [3] 19/11 27/16 55/15
efforts [2] 4/15 52/15
eight [3] 67/17 68/4 96/6
eight-level [1] 67/17 68/4
either [3] 57/22 57/23 66/3
elaborate [1] 44/8
elected [2] 72/7 77/13
election [12] 5/6 10/3 59/20 72/17 75/7 75/7 84/23 84/25 85/22 105/14 105/20 106/8 Electoral [3] 5/2 5/5 21/19
Electoral College [3] 5/2 5/5 21/19
element [1] 66/9
elements [1] 81/17
elevator [1] 38/2
else [10] 8/7 39/16 40/11 45/13 46/18 48/14 60/15 81/13 81/16 113/11
else's [1] 57/7
email [4] 1/18 1/19 2/5 41/22
emergency [1] 11/4
emotionally [1] 89/3
Empathetically [1] 94/20
emphasize [1] 59/4
employment [1] 95/16
empower [1] 43/12
empowered [2] 42/21 42/22
emulate [1] 92/5
en [2] 45/16 53/19
en route [2] 45/16 53/19
enact [1] 18/15
encompasses [1] 16/16
encompassment [1] 15/16
encourage [1] 74/12
encouraged [1] 93/19
encourages [1] 46/2
encrypt [1] 110/22
end [6] 26/14 40/2 51/21 85/13 97/13 100/10
endanger [1] 95/23
endured [1] 96/24
enforced [1] 75/24
enforcement [1] 70/19
engage [1] 69/17
engaged [4] 16/5 17/6 52/13 52/18
enhancement [5] 12/22 38/6 66/6 67/17 68/4
enhancements [2] 4/4

**E**

enhancements... [1] 67/11

enough [5] 14/23 50/13 53/11 72/1 101/16

enrolled [1] 92/17

ensure [2] 103/4 109/25

entail [1] 57/25

entered [4] 11/15 19/12 92/18 112/18

entering [1] 17/1

enterprise [2] 64/4 64/20

entire [4] 57/5 91/25 94/11 95/12

entitled [1] 64/2

entry [4] 10/13 16/13 92/17 112/12

environment [3] 22/20 30/10 81/5

environments [1] 30/10

envisioned [2] 14/9 14/25

equally [2] 34/17 64/10

equipment [1] 45/19

especially [2] 17/21 94/18

espousing [1] 81/25

essentially [5] 21/21 21/24 26/12 60/12 79/24

establish [3] 10/5 16/9 108/10

et [2] 109/20 110/6

et cetera [2] 109/20 110/6

Eureka [1] 52/24

evasive [1] 26/23

even [23] 15/17 18/2 26/16 39/7 40/3 64/6 68/18 71/13 73/12 76/11 77/20 80/16 80/16 80/17 81/19 82/2 82/5 82/8 82/11 82/16 96/13 97/17 99/25

evening [6] 8/6 23/11 50/22 55/10 57/22 70/13

event [4] 7/3 11/18 59/22 101/3

events [5] 14/24 35/12 35/15 42/7 75/2

eventually [3] 26/3 77/18 77/20

ever [11] 30/5 33/18 37/13 57/12 82/8 89/13 89/14 90/3 90/13 95/11 95/12

every [17] 13/7 25/8 25/14 25/14 42/1 65/24 65/25 77/1 77/5 78/9 86/22 88/24 92/5 92/5 96/8 105/17 106/18

Everybody [1] 3/14

everyone [6] 3/11

everything [6] 5/20 42/3 50/9 78/25 82/12 82/17

evidence [49] 7/12 7/13 9/10 9/13 9/20 9/25 10/4 11/22 12/14 21/14 22/21 22/24 25/3 25/6 25/8 25/19 26/10 26/11 26/17 30/23 31/14 33/13 34/15 37/25 38/3 38/18 39/20 42/9 42/13 43/10 44/11 44/17 50/2 52/7 53/21 54/23 56/4 57/18 59/24 60/7 60/9 62/16 62/16 62/19 73/13 77/3 85/18 105/3 110/19

exact [2] 15/25 27/13

exactly [6] 11/10 56/9 69/17 76/21 78/22 106/23

examine [1] 63/25

example [8] 16/4 27/9 27/18 61/9 74/17 79/20 80/11 90/12

examples [2] 27/17 80/24

except [1] 38/1

exception [1] 60/17

excited [3] 26/7 33/24 52/3

exclamation [1] 48/22

exclude [1] 60/14

excluding [1] 59/14

exclusively [1] 62/17

exculpatory [1] 50/1

excuse [9] 10/12 55/14 56/17 65/23 66/16 67/9 103/9 107/2 108/2

execute [1] 112/5

executed [3] 21/23 40/9 70/24

executing [1] 81/12

execution [8] 14/1 22/3 47/25 52/9 67/22 69/25 75/15 81/11

executive [1] 92/12

exercise [1] 61/16

exercised [2] 21/1 61/15

exercising [1] 60/18

exfil [3] 18/21 55/8 56/4

exfilling [2] 55/18 55/21

exhibit [1] 10/10

exhibited [1] 85/14

exhibits [7] 8/4 8/10 8/14 8/18 8/23 9/13 57/3

exists [2] 47/17 110/17

expect [1] 48/7

expectations [1] 108/11

expected [1] 33/16

expense [1] 68/10

experience [2] 26/22 94/3

experienced [1] 46/24

explain [3] 101/12 101/13 107/7

explained [1] 36/7

explanation [3] 19/20 35/16 59/5

express [1] 64/13

expressed [2] 102/17 107/13

expressly [1] 22/7

extended [1] 51/12

extension [1] 13/17

extensive [2] 19/15 68/13

extensively [2] 21/17 36/10

extent [3] 61/17 62/9 112/19

extra [1] 33/20

extraordinary [1] 103/13

extremely [1] 94/23

extremist [3] 109/3 109/9 109/19

extricate [1] 41/9

Eye [1] 2/3

eyewitness [1] 28/3

**F**

F.3d [3] 63/13 63/20 64/18

Facebook [1] 12/1

facilities [1] 47/15

facility [1] 90/15

facing [1] 106/20

fact [23] 12/10 12/16 16/12 17/18 22/9 22/18 24/15 32/5 42/6 45/9 46/12 54/1 58/12 58/13 58/14 58/19 59/20 60/10 64/22 67/19 67/24 73/11 100/22

fact-finder [1] 42/6

factor [2] 61/22 93/6

factor 1 [1] 61/22

factors [7] 61/12 84/17 86/14 86/17 91/25 98/12 106/22

facts [10] 4/11 7/10 16/11 22/25 35/2 35/4 37/3 45/3 58/17 73/21

factual [1] 3/25 9/6 9/12 9/15 9/16 9/22 9/24 12/24 13/2 40/25

factually [1] 21/25

failed [2] 51/22 106/12

fair [8] 20/11 50/13 56/3 90/1 99/25 100/13 106/7 107/8

fairly [1] 42/5

falsely [1] 84/6

faltered [1] 90/11

familiar [1] 9/9

families [1] 106/20

family [9] 89/7 90/9 90/10 96/2 96/10 97/3

far [3] 4/19 74/5 77/21

far-right-wing [1] 77/21

farther [1] 87/5

fashion [1] 87/25

fateful [1] 94/24

father [2] 92/5 92/20

favor [1] 58/13

FBI [4] 25/2 25/13 25/13 26/22

FCI [1] 113/1

FCI Phoenix [1] 113/1

fear [1] 85/10

fed [1] 96/22

federal [5] 42/11 70/18 86/20 90/15 108/13

feds [1] 24/3

feed [1] 97/10

feeding [1] 77/21

feel [4] 78/5 90/16 105/12 105/13

fell [1] 94/4

fellow [2] 92/1 93/25

fellowship [1] 93/13

felonies [1] 99/19

felt [4] 41/13 42/21 42/22 86/20

Ferguson [2] 29/19 30/1 30/11

few [5] 4/20 9/22 18/24 98/25 100/3

field [1] 85/7

fighting [2] 31/3 71/3

fights [1] 103/22

figure [2] 83/14 83/22

file [1] 112/13

filed [3] 4/9 8/5 106/4

filing [1] 4/9

fill [1] 40/25

filled [1] 96/14

final [4] 14/13 15/20 17/11 47/7

finally [4] 18/2 42/5 66/5 92/10

financial [6] 18/14 111/8 111/9 111/10 111/21 111/25

find [10] 18/18 22/24 31/20 44/10 44/16 52/6 52/11 64/5 91/5 106/18

finder [1] 42/6

finding [5] 22/15 28/6 38/24 44/16 61/21

findings [12] 4/5 9/10 9/15 9/16 17/9 19/9 16/6 44/5 44/7 57/17 59/23 64/13

finds [3] 35/18 53/1 111/15

fine [3] 98/11 111/16 111/16

fingerprints [1] 12/12

fingers [3] 12/10 12/15 12/17

fire [2] 80/13 88/7

firearms [9] 6/13 52/8 52/14 56/25 57/6 57/7

firepower [1] 5/20

first [17] 29/9 29/25 30/7 31/1 31/2 33/22 34/22 44/5 55/21 69/8 88/18 89/6 91/3 91/22 92/19 107/4 107/20

First Amendment [1] 30/7

five [4] 43/21 49/9 80/23 94/13

fix [1] 49/4

fled [1] 18/3

flew [1] 41/7

flight [1] 97/5

Florida [2] 43/8 71/19

flow [1] 11/16

flowed [1] 11/13

Floyd [2] 79/20 86/19

fly [1] 71/4

folks [4] 43/20 45/24

followed [1] 103/16

following [7] 7/20 45/3 57/18 87/2 87/4 108/7 108/21

follows [2] 66/23 106/24

food [3] 46/22 76/12 91/1

foolish [2] 95/3 95/9

fools [1] 83/1

foot [3] 40/6 87/9 87/9

force [26] 4/23 5/16 6/11 6/12 6/16 11/11 11/11 15/10 15/14 16/17 32/12 32/12 34/8 44/19 44/22 52/7 53/14 56/24 66/9 66/10 75/15 78/15 81/24 83/16 83/16 83/17

forceful [1] 80/5

forcibly [1] 80/5

foregoing [1] 114/3

foresee [3] 15/25 17/2 17/4

foreseeability [4] 15/7 17/9 54/6 59/24

foreseeable [18] 13/11 13/21 15/8 16/2 16/7 16/10 16/13 18/5 23/4 23/8 23/13 33/9 34/5 34/7 44/25 52/11 52/17 54/2

forgot [2] 72/25 91/11

form [1] 17/5

formally [1] 73/1

formation [1] 10/2

former [2] 29/18 83/6

forth [2] 98/13 98/15

forward [10] 7/22 14/25 18/16 47/19 49/20 69/24 71/22 72/7 84/19 85/1

forward-looking [1] 47/19

forwarded [1] 69/23

foul [1] 21/24

found [11] 4/12 19/13

**F**

found... [9] 22/13 32/11 36/3 36/12 52/25 75/16 80/4 81/18 96/5
founded [1] 82/14
four [7] 90/10 92/10 92/14 94/7 94/9 96/11 104/6
framework [1] 7/17
frank [2] 28/22 93/9
frankly [2] 48/18 59/1
fraud [1] 105/14
fraudulent [3] 75/8 83/25 84/24
free [1] 103/21
freely [1] 34/21
frequently [1] 4/19
freshman [1] 92/8
friend [4] 45/7 88/13 89/25 90/17
friends [2] 39/14 41/17
frustrating [1] 27/6
FU [1] 27/14
full [4] 64/24 66/1 96/17 112/1
full-time [1] 96/17
fully [1] 95/11
function [1] 61/7
functioning [1] 110/10
functions [1] 92/14
fundamental [1] 30/18
further [21] 5/12 5/18 5/23 6/3 6/12 47/6 47/9 50/10 50/17 50/22 52/11 54/14 58/10 58/10 65/15 97/1 97/3 102/12 102/16 107/3 109/21
furtherance [3] 13/12 13/22 44/24
future [4] 48/4 49/14 75/11 89/16

**G**

G-a-v-i-r-i-a [1] 63/19
gain [1] 95/16
gaining [1] 92/14
gaming [2] 110/24 111/5
Garden [3] 12/11 50/12 70/12
garnered [1] 90/8
gas [1] 31/12
gathering [1] 31/16
gauge [1] 64/15
gave [4] 25/13 25/13 39/9 77/20
Gaviria [1] 63/19
gearing [1] 37/15
general [4] 11/12 12/19 16/1 102/21
generalized [1] 99/5
generally [2] 9/23 97/8
generically [1] 64/16
generous [1] 74/1
Gentlemen [2] 55/4 55/24
genuinely [1] 105/2

George [2] 79/20 86/19
get [23] 4/8 12/21 20/6 21/7 25/11 25/11 27/19 31/9 31/9 36/19 38/6 38/7 42/18 50/4 50/24 56/11 56/19 68/15 71/13 81/11 82/9 84/4 95/15
gets [4] 34/1 68/24 96/21 106/14
getting [6] 24/18 24/23 32/3 56/19 82/6 102/25
give [9] 20/15 39/11 43/5 43/20 54/14 77/14 86/10 94/2 96/7
given [10] 22/18 22/25 42/24 56/16 66/6 86/14 96/6 102/16 106/15 106/19
gives [1] 25/12
gleaned [1] 30/19
go [32] 10/1 17/25 20/7 20/8 22/9 31/7 33/11 34/6 35/9 36/5 37/7 38/15 38/16 43/2 44/4 45/2 47/2 47/11 49/20 52/16 55/5 55/12 55/25 60/3 69/17 71/23 82/13 94/24 105/15 105/19 106/7 107/11
go ahead [2] 43/2 44/4
goal [1] 10/19
God [3] 92/1 92/20 93/13
goes [7] 17/15 29/5 34/13 37/22 38/18 46/23 59/9
going [66] 4/20 5/19 6/16 9/25 14/6 14/6 15/1 15/11 15/13 15/20 16/17 17/10 17/25 19/4 27/14 33/23 33/24 33/25 34/2 34/6 36/13 38/1 38/16 45/18 48/6 48/24 49/4 49/25 50/18 50/19 50/23 51/1 53/23 54/1 54/3 54/16 55/19 56/5 56/10 57/7 57/15 57/20 57/25 60/4 65/19 66/13 67/6 68/18 72/6 72/7 73/2 76/13 76/20 76/21 77/7 77/7 77/8 77/15 77/23 78/3 82/23 82/25 93/11 94/19 98/3 106/24
gone [8] 9/15 15/19 37/9 52/13 52/18 54/4 78/2 107/24
good [21] 3/2 3/11 3/12 23/17 23/18 23/19 43/3 79/17 81/6 81/21 81/21 86/1 89/7 89/17 89/22 89/23 91/18 91/19 93/11 96/5 106/6
Good morning [1] 23/17
goofy [2] 39/22 39/25
got [19] 24/7 25/16

36/16 36/20 36/24 37/2 37/11 47/2 82/17 84/6 87/7 93/8 94/13 100/19 106/1
GoToMeeting [1] 56/18
governance [2] 69/14 72/14
governing [1] 52/9
government [68] 1/14 3/6 4/17 4/19 4/22 5/3 5/9 10/25 12/22 21/17 21/22 21/23 25/4 25/17 26/6 26/9 26/16 27/1 27/2 27/24 28/7 28/12 29/6 30/15 31/4 35/1 35/3 36/5 36/10 38/9 39/8 39/19 41/20 42/1 42/11 42/13 44/19 47/25 57/10 58/4 58/7 60/10 62/22 63/63/3 66/10 68/9 69/9 70/18 75/1 75/22 76/10 77/7 77/12 77/13 78/6 78/11 79/19 79/24 80/6 80/7 81/3 81/10 81/25 82/14 83/19 84/3 100/5
government's [12] 7/6 7/25 8/9 15/6 26/12 29/2 30/23 32/18 34/16 73/22 82/2 84/11
grab [1] 31/8
grace [1] 93/13
grad [1] 56/13
graduated [2] 92/11 94/12
graduation [1] 92/18
Graham [1] 63/13
grand [4] 28/21 41/14 41/19 57/11
grandchildren [1] 94/9
grandson [1] 94/11
grant [2] 60/4 91/6
granting [2] 82/12 88/21
grateful [2] 83/10 107/17
gratitude [1] 94/1
grave [2] 74/10 78/17
graven [1] 97/24
great [5] 68/10 90/2 90/18 96/14 103/12
greater [3] 15/13 15/16 98/14
greatest [1] 13/14
greatly [3] 89/3 91/21 95/3
Greene [1] 53/15
groom [1] 96/9
groomed [1] 96/22
ground [4] 20/17 20/18 53/15 65/14
grounds [2] 52/22 60/1
group [10] 24/16 26/1 43/8 63/8 67/8 75/6 75/19 106/11 109/3 109/9

groups [4] 24/10 75/10 86/25 109/20
grown [1] 9/9
guard [4] 11/18 19/21 52/22 70/19
guarding [2] 6/25 17/17
guerilla [23] 5/1 6/7 13/16 13/16 14/5 15/2 15/15 16/1 16/16 17/19 17/20 17/21 18/12 23/6 23/7 27/10 27/15 27/22 27/23 48/24 48/25 59/17 69/18
guerilla war [2] 6/7 27/23
guerrilla [1] 16/19
guess [3] 6/21 103/5 103/21
Guideline [7] 22/14 61/3 61/6 61/9 67/2 67/4 67/7
Guidelines [17] 4/4 7/16 13/5 37/19 44/6 60/3 63/5 66/22 67/6 68/25 69/2 88/1 98/9 101/3 101/7 101/12 107/25
guilty [5] 4/12 22/8 32/11 80/23 101/8
gun [5] 5/10 5/10 28/4 28/9 28/9
guns [21] 6/2 6/6 6/8 6/10 7/2 23/5 23/7 28/5 28/13 28/15 28/16 28/23 29/4 29/4 41/8 42/17 42/20 43/5 45/20 70/23 71/10
gunshots [1] 31/12
guy [13] 6/24 6/25 6/25 7/1 28/9 38/22 43/7 75/20 76/22 85/14 86/5 86/7 104/16
guys [3] 24/8 28/9 31/7

**H**

Hackett [1] 44/14
had [111] 4/10 4/14 5/19 5/20 5/21 5/22 8/21 10/18 14/23 15/21 17/11 17/13 18/22 20/19 21/14 21/22 22/21 23/5 24/2 24/23 24/24 25/2 25/22 25/12 28/4 28/4 28/5 29/12 29/23 29/24 30/11 32/2 33/6 33/17 34/5 35/9 37/11 37/22 38/3 38/21 39/24 41/1 41/17 42/1 42/17 42/17 43/8 43/13 43/16 45/20 45/22 46/16 47/1 48/13 48/19 50/11 50/17 50/21 50/23 53/10 53/18 53/24 53/24 54/4 56/15 56/16 57/11 58/1 58/6 58/19 60/16 65/5 69/19 70/23 71/5 71/17

79/19 79/21 79/21 82/6 84/14 84/15 85/17 85/21 87/9 87/11 87/18 87/20 90/20 92/11 92/13 93/14 94/2 94/24 94/25 95/2 95/12 95/21 101/8 101/10 104/21 104/21 104/22 104/25 106/15 107/22 113/7
Hagmann [7] 14/1 29/5 29/7 29/12 46/1 46/6 69/24
Hagmann Report [1] 46/6
half [2] 37/5 96/25
hallway [1] 68/3
halt [1] 6/17
hammer [3] 49/2 49/13 49/18
Hancock [3] 31/23 32/1 54/25
hand [1] 58/14
handed [1] 79/16
handle [2] 25/9 25/10
hands [6] 14/22 45/12 53/10 54/9 76/1 81/7
happen [16] 17/10 27/19 27/21 32/21 33/3 33/24 47/12 48/5 55/23 73/7 74/13 83/3 83/18 86/9 105/22 106/12
happened [14] 15/17 17/5 17/19 17/20 17/23 18/17 23/9 28/2 37/10 37/13 39/15 50/18 59/21 70/20
happening [11] 16/9 48/8 53/2 65/14 81/4 81/20 85/17 85/19 86/10 100/7 106/11
happens [5] 38/4 46/12 50/9 55/17 55/23
happenstance [3] 37/14 38/5 38/23
happy [6] 18/8 20/5 20/14 37/18 40/17 91/16
hard [1] 99/22
hardly [2] 4/21 7/6
harm [3] 21/24 72/10 72/14
Harrelson [3] 66/16 66/16 66/21
has [61] 3/23 4/10 9/2 17/3 18/3 20/10 28/7 32/12 33/22 34/25 36/10 42/5 47/6 47/18 49/24 55/5 55/25 57/3 60/10 61/2 63/12 73/9 74/6 74/9 75/1 77/23 78/6 79/8 81/18 82/2 82/12 82/14 85/1 85/2 85/3 88/22 89/2 89/3 89/14 89/15 89/17 94/11 95/9 96/2 96/7 96/8 96/24 99/2 99/9 99/10 101/22 102/17

**has... [9]** 103/6 103/11 103/13 103/25 104/5 107/23 112/10 113/6 113/7

**hasn't [4]** 49/18 49/19 60/16 87/20

**have [147]**

**having [10]** 12/17 14/12 27/17 56/23 58/15 68/10 89/2 92/8 96/20 96/20

**havoc [1]** 90/24

**Hawley [2]** 26/8 33/25

**he [401]**

**he didn't [9]** 26/23 26/23 26/24 26/24 27/22 56/8 58/14 84/4 86/4

**He had [1]** 5/19

**he said [8]** 28/3 31/7 32/23 32/23 41/15 47/13 48/25 49/22

**he'd [1]** 48/14

**he's [72]** 15/15 15/19 16/21 16/22 16/24 17/4 17/13 17/15 17/25 19/8 19/9 25/16 27/15 28/8 30/3 30/6 32/5 32/7 32/11 32/25 34/2 34/12 34/22 38/5 38/15 39/4 39/22 39/22 39/22 39/25 40/4 46/3 46/21 48/9 48/11 48/20 49/14 51/1 51/8 51/13 51/24 53/17 53/19 54/17 66/14 66/14 68/5 78/4 78/23 82/12 83/16 84/21 85/4 85/14 85/25 86/1 87/15 89/5 89/17 90/1 90/2 90/4 90/5 90/7 90/9 90/9 90/16 90/18 90/19 99/4 102/10 113/10

**head [2]** 35/20 78/11

**health [4]** 95/24 101/9 104/8 107/23

**hear [12]** 4/7 13/4 31/2 37/18 40/14 40/17 41/3 69/3 72/25 88/25 91/16 94/17

**heard [11]** 24/18 33/23 42/2 47/16 51/18 57/19 91/17 91/22 93/20 94/5 102/16

**hearing [1]** 4/10

**hearsay [1]** 36/8

**heart [2]** 91/5 94/21

**heartbroken [1]** 95/19

**heavily [1]** 96/12

**heavy [1]** 102/14

**held [6]** 13/9 16/4 23/14 33/4 63/16 102/11

**helicopter [1]** 92/25

**Hello [1]** 88/19

**help [19]** 7/1 7/2 7/2 36/6 38/25 39/2 55/15

**has-Addit... [57/8]3/24**
58/3 70/9 89/5 89/6 90/3 90/4 93/12 94/20

**helped [5]** 29/20 89/2 95/16 95/18 103/22

**helpful [2]** 99/18 99/20

**helping [8]** 41/25 42/4 79/4 92/22 95/14 95/15 95/17 103/20

**her [12]** 78/3 94/13 95/21 95/24 96/1 96/2 96/7 96/16 97/13 97/14 97/18 97/20

**here [40]** 3/13 7/9 7/11 9/10 9/18 18/9 23/3 24/9 24/11 28/18 33/1 35/23 35/25 40/3 40/4 41/1 42/12 44/8 46/24 47/14 56/11 58/19 58/24 60/20 66/4 66/12 67/1 73/23 81/9 81/19 83/4 84/20 86/24 87/6 88/8 91/14 99/8 100/3 101/22 102/17

**Here's [1]** 5/15

**heroes [2]** 83/11 84/10

**Herrington [4]** 50/12 50/20 57/22 57/24

**Herrington's [1]** 65/11

**herself [3]** 60/24 94/7 96/13

**Hey [6]** 24/3 26/1 27/11 34/17 36/20 37/11

**hide [2]** 25/6 25/8

**hierarchy [1]** 68/16

**high [2]** 92/4 94/10

**high-schooler [1]** 94/10

**higher [1]** 66/20

**highest [1]** 92/12

**highlight [2]** 12/25 23/2

**Hill [1]** 79/23

**him [52]** 5/21 14/9 14/21 16/4 16/7 16/10 17/10 23/9 25/17 31/20 32/2 39/5 39/12 42/10 43/5 43/7 49/4 49/5 49/7 49/21 52/12 52/17 53/9 59/15 60/8 60/23 61/25 66/15 66/16 66/20 68/5 72/1 73/20 76/16 79/1 85/2 85/17 85/19 87/14 89/2 89/9 89/12 89/13 89/13 90/5 91/6 91/9 94/20 94/22 99/11 99/16 100/2

**himself [23]** 10/18 13/21 16/24 18/23 19/1 29/1 32/7 34/24 35/5 39/12 41/9 42/10 45/23 49/11 50/11 56/8 57/21 59/14 65/4 76/17 83/14 87/19 103/13

**hinder [1]** 52/8

**hinting [1]** 33/1

**his [110]** 5/10 5/10 11/23 12/10 12/14

**has-Addit... [57/8]3/24** ...continued
18/6 18/11 19/4 19/4 20/1 22/23 23/10 23/12 24/17 25/8 25/9 25/12 25/13 25/20 26/20 26/24 26/24 28/15 28/16 31/20 31/25 32/6 34/13 34/21 35/6 35/14 35/19 36/3 37/15 37/20 38/24 39/12 39/14 41/8 41/13 42/6 42/9 42/10 44/12 44/21 45/7 46/14 49/21 50/15 50/17 52/1 53/1 57/4 58/13 59/17 59/18 59/18 60/1 62/1 62/1 64/1 64/15 65/8 65/8 65/10 65/13 65/18 66/2 68/5 69/19 70/15 71/9 71/9 71/14 71/18 72/3 75/20 76/23 77/25 78/22 78/23 79/1 79/3 85/2 85/3 85/14 85/14 85/18 86/5 87/19 88/13 88/23 88/24 90/6 90/9 92/20 94/11 94/12 99/2 100/18 101/6 102/12 103/14 104/7 104/8 113/3

**his phone [1]** 26/24

**his politics [1]** 90/6

**history [9]** 68/25 78/20 81/22 81/22 98/17 100/17 102/13 103/9 107/22

**home [21]** 13/19 30/15 39/15 55/5 55/25 77/5 77/6 78/4 83/1 89/2 89/8 89/9 96/12 96/18 97/2 97/11 97/16 104/1 107/5 108/1 108/1

**Homefront [1]** 103/24

**homeless [1]** 95/15

**homes [1]** 96/5

**honest [2]** 93/21 101/16

**honestly [1]** 29/6

**honor [25]** 3/2 3/15 3/17 8/12 9/4 13/6 20/10 22/17 23/17 40/12 40/14 69/11 73/18 73/19 73/25 80/4 80/11 89/22 91/7 91/13 113/12 113/13

**Honor's [1]** 71/8

**HONORABLE [2]** 1/9 44/2

**honorably [1]** 93/5

**hook [1]** 15/12

**hooked [5]** 5/17 46/17 87/7

**hope [4]** 78/22 91/5 106/8 107/14

**hoped [1]** 105/25

**hoping [1]** 47/11

**hospital [2]** 31/9 93/5

**host [1]** 106/22

**hot [2]** 89/8 96/20

**has-Addit... [Docum... en12-822/15** ...continued
28/11 35/9 36/1 36/17 36/19 37/3 37/14 38/2 38/5 38/24 42/8 53/18 53/19 54/17 55/3 57/5 58/24 58/25 62/8 70/8 71/20 82/13

**hour [3]** 37/4 37/4 55/8

**hours [1]** 68/9

**house [4]** 10/19 12/4 96/10 97/9

**household [1]** 96/3

**housework [1]** 96/16

**how [27]** 3/19 9/24 11/15 12/15 16/22 18/5 19/9 19/10 20/3 34/8 36/20 37/12 41/17 54/18 63/20 71/2 74/9 74/25 76/21 89/23 95/4 95/9 95/25 96/19 100/20 101/2 103/19

**How's [1]** 36/1

**however [2]** 20/24 101/6

**huddle [1]** 43/14

**huge [1]** 85/5

**Hughes [2]** 1/15 3/5

**human [1]** 91/3

**humbled [1]** 103/19

**humbly [1]** 97/1

**humungous [1]** 85/5

**hundreds [1]** 102/1

**hurt [5]** 31/10 94/18 94/19 95/5 107/12

**hurting [1]** 89/12

**husband [1]** 89/4

**I**

**I also [3]** 74/16 98/23 104/7

**I am [11]** 7/18 13/1 66/15 67/5 95/4 97/5 97/21 97/25 103/18 107/7 107/7

**I apologize [1]** 79/12

**I believe [5]** 16/18 25/25 32/23 93/6 107/21

**I can [9]** 20/6 24/20 36/21 37/12 54/19 90/17 97/2 97/11 104/24

**I can't [3]** 24/12 95/25 106/1

**I cited [1]** 10/17

**I couldn't [2]** 93/8 94/1

**I did [2]** 8/8 73/2

**I don't [21]** 7/9 27/21 29/2 42/22 42/23 43/11 43/12 57/16 59/13 61/20 62/23 65/22 66/2 68/11 73/3 76/2 78/18 90/23 102/9 102/10 103/5

**I don't have [2]** 36/7 89/12

**I guess [2]** 6/21 103/5 103/21

**has-Addit... [Filed 08/26/24] Page 123 of 135**
55/7 59/22 59/23 91/25 92/2 93/23 95/19 100/14 101/17 101/20 106/21 107/25

**I honestly [1]** 29/6

**I hope [1]** 78/22

**I just [7]** 8/5 8/20 11/14 12/25 49/23 78/5 91/5

**I know [6]** 41/22 69/21 79/7 88/10 90/5 91/2

**I mean [7]** 24/14 28/5 46/15 48/17 51/18 62/23 82/10

**I say [1]** 81/2

**I should [4]** 6/21 8/7 62/13 62/14

**I think [52]** 7/8 7/17 15/11 15/12 15/17 16/15 17/8 24/6 26/9 28/5 29/5 31/14 31/25 32/18 33/4 33/12 34/15 37/8 37/21 38/7 39/2 39/21 41/13 43/3 43/14 47/6 48/19 56/3 56/8 60/20 62/16 66/11 66/14 66/15 68/12 72/25 73/4 76/15 81/9 81/19 83/25 84/11 84/17 87/8 88/8 90/13 99/24 100/1 102/18 103/22 107/13 107/23

**I thought [2]** 25/23 95/7

**I understand [4]** 74/6 88/4 104/25 113/5

**I want [4]** 30/20 39/22 85/20 93/17

**I wanted [1]** 92/25

**I was [8]** 88/3 88/3 92/16 94/17 94/25 95/9 95/15 95/16

**I went [2]** 27/16 93/4

**I will [10]** 4/6 83/12 95/11 97/11 101/19 106/16 111/11 111/14 113/4 113/5

**I would [1]** 94/19

**I'd [1]** 27/6

**I'll [23]** 3/21 3/22 3/25 4/5 9/17 11/24 20/15 23/2 34/17 40/12 42/18 43/20 43/21 44/5 44/8 50/4 51/4 52/15 98/4 102/4 102/23 104/10 114/17 107/16

**I'm [37]** 4/20 9/12 9/25 12/2 12/16 18/8 20/5 20/14 27/20 28/20 33/18 37/17 37/18 40/16 49/3 51/12 58/22 59/7 60/4 66/13 67/6 76/3 78/3 82/9 91/9 91/12 91/16 94/23 94/25 95/19 97/4 97/19 97/25 98/3 102/8 104/17 107/16

**I'm going [2]** 78/3 98/3

**I'm just [2]**  4/20 28/20
**I'm not [6]**  9/25 12/16 27/20 60/4 67/6 97/4
**I'm not sure [3]**  12/2 58/22 104/17
**I'm sorry [4]**  37/17 59/7 91/9 97/25
**I've [43]**  3/21 8/9 8/17 9/14 10/3 11/4 30/4 34/18 35/2 35/2 36/20 37/11 43/6 49/8 57/17 61/21 62/11 66/6 68/14 74/24 75/1 77/19 89/25 90/4 93/14 94/14 95/3 95/4 97/6 97/7 97/23 97/23 99/14 102/9 102/16 103/2 104/4 104/7 105/5 106/15 106/23 107/18 107/24
**I've begin [1]**  89/25
**idea [2]**  15/11 55/13
**ideals [2]**  76/8 81/25
**identified [4]**  15/18 45/22 57/20 101/4
**identifying [2]**  16/24 62/7
**ideological [1]**  109/21
**ideologies [1]**  72/12
**ifs [2]**  82/1 83/2
**illegally [1]**  104/23
**images [1]**  97/24
**imagine [2]**  104/3 106/2
**immediately [3]**  109/10 109/23 111/21
**impact [2]**  94/17 102/8
**impeccable [2]**  78/23 113/7
**impeding [1]**  5/4
**implore [1]**  97/1
**important [13]**  7/17 21/4 21/6 35/21 39/12 39/14 45/7 45/8 55/12 76/1 79/6 79/14 84/18
**importantly [11]**  7/8 14/8 42/16 46/5 48/3 52/5 62/13 64/17 66/2 103/18 107/12
**impose [3]**  11/11 98/13 101/24
**imposed [6]**  98/18 101/13 101/18 108/10 112/10 112/19
**imposition [1]**  111/16
**inadvertently [2]**  109/8 109/22
**inauguration [1]**  72/6
**incarceral [1]**  100/22
**incarcerated [4]**  89/9 97/1 97/10 97/16
**incarcerating [1]**  97/2
**incarceration [5]**  72/20 86/14 107/21 108/1 108/3
**incendiary [1]**  82/15
**include [7]**  44/13 48/1 61/12 63/4 73/2 108/1

**included [3]**  8/3 21/15 47/24
**includes [5]**  109/3 109/16 109/19 110/5 112/4
**including [11]**  38/11 44/22 52/7 53/13 56/25 57/25 60/1 65/4 68/15 82/6 102/2
**Incoming [1]**  52/23
**inconsistent [2]**  42/3 42/13
**inconsolable [1]**  97/21
**incorporated [2]**  9/18 81/15
**increase [1]**  74/12
**incredible [1]**  103/25
**incriminating [2]**  25/17 29/7
**Indefinitely [1]**  26/14
**indicated [1]**  10/18
**indication [2]**  58/4 62/24
**indicative [1]**  64/21
**indicted [2]**  29/10 101/1
**indictments [1]**  29/15
**individual [6]**  73/23 73/24 90/2 90/18 109/3 109/10
**individually [1]**  67/6
**individuals [6]**  19/10 72/9 90/23 99/12 100/23 109/20
**inference [4]**  12/16 35/13 48/19 73/12
**inferences [5]**  9/17 9/25 11/6 27/5 57/17
**infinitely [1]**  72/19
**inflame [1]**  82/20
**influence [1]**  66/9
**influenced [4]**  61/16 22/23 111/8 111/9 111/10
**initial [1]**  110/2
**injury [5]**  18/11 18/19 67/15 67/23 67/25
**injustice [3]**  79/19 81/3 105/13
**innocent [2]**  22/8 49/23
**inquiry [1]**  59/8
**inside [8]**  11/14 12/4 16/14 32/3 32/24 54/16 80/14 81/8
**Insofar [2]**  60/3 99/19
**install [1]**  110/4
**installation [3]**  110/9 110/11 110/12
**instances [1]**  22/13
**instead [1]**  18/22
**insufficient [2]**  21/25 21/25
**Insurrection [4]**  45/10 49/19 63/2 82/4
**Insurrection Act [4]**  45/10 49/19 63/2 82/4

**intelligent [1]**  84/7
**intended [5]**  47/19 48/15 60/21 63/6 63/6
**intensive [1]**  25/1
**intent [9]**  4/14 14/21 22/15 53/9 56/23 59/18 65/18 73/10 104/13
**intentions [1]**  65/9
**interact [2]**  109/1 109/9
**interactions [1]**  81/23
**interest [1]**  12/7
**interesting [1]**  79/22
**interfere [2]**  15/1 101/25
**interference [1]**  18/20 68/7
**Internet [2]**  72/13 97/8
**interpreted [1]**  43/6
**interrupt [2]**  37/17 100/4
**interviewed [1]**  41/19
**intimidation [1]**  66/11
**introduced [1]**  9/13
**investigation [8]**  3/24 7/23 8/2 9/3 9/11 12/9 73/14 112/3
**invitation [1]**  59/7
**invite [2]**  4/2 4/6
**invoke [1]**  45/11
**invoked [3]**  49/19 63/2 82/5
**involve [4]**  46/10 66/9 67/8 68/8
**involved [5]**  19/24 39/17 61/5 63/8 109/4
**involves [2]**  74/18 94/21
**involving [3]**  54/8 74/7 74/8
**irregularities [1]**  85/23
**is [251]**
**is checking [1]**  17/24
**is that fair [1]**  20/11
**is there [4]**  8/7 47/16 71/7 112/22
**isn't [3]**  69/22 99/17 102/14
**issue [2]**  34/14 63/12
**issues [6]**  3/25 12/24 31/3 101/9 104/8 104/9
**it [189]**
**it happened [1]**  17/23
**it's [65]**  12/6 16/8 16/9 17/21 17/22 17/22 24/13 25/4 25/22 26/9 27/6 27/14 29/3 32/5 32/6 34/17 36/8 36/18 36/18 37/14 45/8 46/5 47/5 49/4 49/5 49/8 49/12 51/17 56/2 56/3 60/6 60/13 65/11 67/1 67/7 68/12 73/19 73/24 73/25 74/21 76/1 77/22 78/17 78/21 79/6 82/5 86/5 88/5 88/8 89/8 99/20 99/22 99/25 100/13 100/14 101/1

**intelligent [1]**  84/7
**its [12]**  4/17 7/12 16/11 33/5 35/3 66/1 66/1 78/8 78/17 82/14 110/10 110/12
**itself [5]**  45/14 46/7 46/9 66/19 68/9

## J

**James [2]**  16/5 68/2
**Jan. [1]**  52/20
**Jan. 6th [1]**  52/20
**January [61]**  5/1 5/15 10/13 10/16 10/23 10/25 11/1 12/11 13/16 13/25 14/4 14/14 16/20 17/12 17/16 18/2 18/7 19/19 19/22 20/1 23/9 23/11 23/13 33/14 41/2 41/4 41/6 42/16 46/1 46/16 48/9 48/10 48/14 50/7 51/16 51/21 52/17 57/1 65/19 68/18 69/12 69/23 70/1 70/4 70/13 70/22 71/21 71/24 71/25 72/5 72/5 72/17 79/9 83/21 88/3 88/4 90/20 94/24 99/4 99/17 102/2
**January 1st [1]**  72/5
**January 20th [1]**  11/1
**January 4th [1]**  46/1
**January 6 [1]**  70/1
**January 6th [45]**  5/1 5/15 10/13 10/16 10/23 10/25 12/11 13/16 13/25 14/4 14/14 16/20 17/12 18/7 20/1 23/9 23/11 23/13 33/14 41/2 41/4 42/16 48/10 48/14 50/7 51/21 52/17 57/1 65/19 69/12 69/23 70/4 70/13 70/22 71/21 71/25 72/17 79/9 83/21 88/3 88/4 90/20 94/24 99/4 99/22
**January 7th [7]**  17/16 18/2 19/19 19/22 51/16 68/18 71/24
**Jeffrey [1]**  1/14
**jeffrey.nestler [1]**  1/20
**job [9]**  5/14 7/11 30/22 79/3 94/13 95/12 96/17 103/24 106/21
**Joe [1]**  50/12
**Joe Herrington [1]**  50/12
**John [3]**  31/4 31/6 84/22
**John Wilkes Booth [1]**  84/22
**join [4]**  55/16 56/5 65/20 105/23
**joined [2]**  33/6 34/5 45/4 87/4

**joining [1]**  65/20
**joint [2]**  63/23 63/24
**jointly [3]**  4/3 44/23 64/4
**joke [2]**  31/16 31/22
**Jones' [1]**  82/4
**judge [6]**  1/10 86/20 91/18 101/10 105/17 106/2
**judges [1]**  106/1
**judgment [3]**  100/13 112/12 113/4
**June [5]**  1/5 26/19 26/20 80/20 114/7
**June 1st [1]**  80/20
**junior [2]**  92/7 92/10
**jurisdiction [3]**  111/12 111/13 111/14
**jury [14]**  4/12 11/8 19/13 27/4 28/21 31/15 39/3 41/14 41/19 48/19 57/11 59/2 62/19 75/16
**jury's [1]**  7/11
**just [108]**  3/19 3/21 3/22 4/8 4/20 4/21 5/25 6/18 7/8 7/20 8/5 8/13 8/20 9/6 9/8 9/22 9/23 11/14 12/19 12/24 12/25 14/12 15/13 15/21 15/23 16/5 16/23 17/5 17/12 18/24 19/24 21/15 21/24 23/2 23/10 23/23 23/24 24/7 24/7 24/11 24/12 24/25 25/19 26/9 27/6 27/8 27/22 28/17 28/20 30/9 30/18 32/5 35/1 35/4 35/11 38/2 39/25 40/25 41/12 42/11 42/14 43/20 43/21 44/4 44/8 45/2 49/23 50/1 51/22 52/16 55/3 55/5 55/25 57/2 58/7 58/25 59/4 65/1 69/20 70/8 70/20 71/5 73/15 75/9 75/15 78/5 83/1 85/16 86/5 87/1 88/25 89/9 90/18 91/5 93/24 94/5 96/16 98/9 98/20 98/25 100/3 100/22 102/23 103/8 103/11 103/18 106/1 112/25
**justice [8]**  18/21 21/12 67/16 68/8 72/15 73/9 80/2 81/23

## K

**Kandaris [49]**  5/10 5/14 5/17 14/10 18/3 20/20 26/1 27/10 32/19 33/15 34/17 34/20 34/20 34/24 34/22 35/22 36/7 36/8 36/11 45/16 45/22 46/16 46/23 47/9 50/12 50/21 51/16 51/20 52/2 52/2 57/14 57/23 58/5 58/24

**K**

Kandaris... [11] 59/10 59/13 59/14 62/5 65/5 65/23 71/24 82/22 82/24 87/8 100/11
Kathryn [2] 1/14 3/5
Kathryn Rakoczy [1] 3/5
kathryn.rakoczy [1] 1/19
keep [3] 85/11 94/2 101/19
Keeper [4] 29/18 86/25 86/25 87/1
Keepers [26] 5/18 11/12 14/11 14/18 15/7 15/9 15/18 16/20 16/25 17/10 18/14 33/22 32/23 41/2 46/17 47/1 47/2 52/12 52/18 54/3 54/12 54/15 54/24 65/3 68/2 87/8
keeping [4] 10/18 60/22 65/12 97/6
Kelly [5] 19/17 40/23 46/2 50/1 57/2
Kelly Carter [3] 40/23 46/2 57/2
Kelly Meggs [1] 19/17
kept [6] 24/4 24/17 25/14 25/17 85/9 101/20
key [4] 31/13 36/4 39/9 42/16
kids [1] 94/9
killing [1] 14/7
kind [19] 20/2 23/2 24/18 27/17 33/15 36/4 39/21 39/22 39/22 39/25 60/12 68/16 68/17 73/25 76/17 76/17 78/15 79/25 87/9
kinetic [1] 71/4
knew [6] 16/11 18/13 54/15 65/5 65/6 71/16
know [112] 9/14 11/15 11/22 16/8 19/3 20/3 20/10 20/13 22/6 22/7 23/9 25/6 25/21 26/5 26/9 27/1 27/1 27/4 27/20 27/25 28/2 28/4 28/22 28/22 29/3 30/1 30/16 30/17 31/5 31/19 32/11 32/15 32/18 32/24 34/14 35/6 36/2 36/20 37/8 37/12 37/21 38/1 38/8 38/12 39/1 39/6 39/11 40/3 40/5 41/22 43/5 45/17 45/18 46/7 46/14 46/20 47/16 48/5 49/23 52/4 53/18 54/8 54/18 55/15 56/4 56/13 56/21 57/23 58/17 58/21 59/13 59/16 60/5 60/25 64/24 65/1 65/5 69/14 69/21 72/17 73/7 73/11 76/11 76/12 76/16 76/21

kinetic energy 79/7 80/7 82/8 82/8 82/21 83/23 84/9 88/2 88/6 88/10 88/25 90/5 91/2 91/24 93/20 99/8 99/14 99/22 102/4 103/5 103/20 104/22 104/24 106/13
knowingly [1] 45/4
knowledge [7] 13/13 15/6 21/18 32/24 38/17 40/1 64/19
known [6] 53/23 65/24 65/25 109/1 109/2 109/9
knows [5] 26/14 49/16 56/8 79/6 87/23
Korean [1] 92/21
Korean War [1] 92/21

**L**

lack [4] 18/5 42/9 64/19 102/13
lady [1] 94/8
laid [1] 13/21
language [1] 32/6
laptops [1] 110/5
large [3] 16/16 46/21 75/5
largely [1] 9/11
larger [1] 13/24
last [9] 4/9 6/21 8/6 79/11 88/21 89/25 92/16 94/16 107/15
late [1] 91/10
later [8] 23/24 23/25 25/2 49/25 55/17 57/21 73/7 73/12
law [13] 30/8 56/13 70/19 75/15 76/1 81/6 81/6 81/12 81/12 86/17 98/19 101/23 102/14
law-abiding [1] 103/12
laws [3] 48/1 52/9 67/22
lawyer [2] 73/21 112/15
lawyers [1] 102/23
lead [1] 20/25
leader [7] 4/23 12/21 37/22 60/5 77/12 77/12 77/13
leaders [2] 19/17 71/22
leadership [1] 34/14
leading [1] 20/1
learn [5] 18/4 19/23 52/3 65/21 71/25
learned [1] 97/6
least [19] 7/10 7/18 16/3 19/25 22/10 41/20 45/9 49/21 50/9 51/20 53/2 60/14 63/7 64/3 64/7 66/10 83/17 102/14 108/17
leaving [2] 12/11 12/18
led [2] 85/6 103/11
left [4] 41/7 76/11 89/15 104/12
legal [2] 29/11 77/23

legally [1] 21/25
length [3] 30/24 62/11 103/1
lengthy [1] 107/21
leniency [1] 91/6
less [4] 63/9 72/16 80/25 81/8
less-than-one-year [1] 80/25
lesson [1] 97/6
let [22] 3/19 4/21 7/20 9/1 9/6 9/8 9/22 36/20 37/12 44/4 45/2 50/4 51/2 52/16 54/18 73/15 88/25 90/14 98/25 103/8 104/12 107/7 107/7 106/14
let's [4] 26/1 27/22 28/17 106/14
letter [4] 45/7 57/4 69/24 91/9
letters [6] 8/4 14/3 42/15 78/23 87/18 104/5
level [10] 4/16 32/12 60/4 66/20 67/14 67/17 68/4 68/24 73/1 86/15
levels [6] 66/13 68/21 68/21 68/22 83/16 87/21
Lexington [1] 71/3
liability [1] 63/24
life [29] 69/13 72/14 77/25 78/24 85/2 85/3 85/15 87/19 88/22 89/10 89/16 89/18 90/17 91/25 93/1 93/8 93/10 93/20 94/5 94/11 95/5 95/9 95/12 97/13 97/15 97/17 97/20 103/12 103/12
lifelong [1] 81/22
like [49] 5/7 6/22 19/10 24/1 24/2 24/11 26/8 27/6 29/12 29/13 30/10 30/12 32/8 32/14 32/15 35/9 37/19 39/5 39/23 39/23 39/24 40/2 40/14 43/6 43/6 52/4 75/9 76/3 77/22 78/5 78/10 78/18 79/18 84/8 88/10 88/14 88/15 88/18 91/8 91/17 97/11 100/11 105/6 105/12 106/7 109/17 111/3 111/5 112/22
like-minded [1] 19/10
liked [1] 26/5
likelihood [1] 74/13
likely [4] 20/14 23/8 54/16 60/21
likes [1] 100/17
likewise [1] 94/25
limited [1] 10/24 61/6 61/10
Lincoln [1] 75/10
line [11] 7/3 17/25 31/25 32/7 32/13 41/5

87/11
link [2] 20/17 42/17 42/23 71/17
linking [1] 14/11
list [1] 99/19
listen [1] 5/14
listened [5] 74/4 74/24 75/1 79/11 94/16
listening [1] 79/13
literature [1] 109/19
litigated [1] 81/10
little [9] 23/20 36/14 42/18 44/9 47/5 69/21 71/5 99/20 106/14
live [8] 30/11 30/14 31/2 93/22 95/4 95/15 95/18 111/13
live-streamed [1] 30/14
lived [1] 94/11
lives [4] 11/4 79/19 92/23 95/14
local [3] 29/20 96/18 108/13
located [1] 109/5
location [1] 62/7
locations [1] 5/12
locked [1] 55/1
lofty [1] 78/9
long [6] 5/10 5/10 56/11 64/13 76/18 86/10
longtime [1] 88/13
look [10] 7/12 13/23 30/22 35/1 35/4 56/5 82/24 87/17 101/5 101/15
looked [8] 8/9 8/23 38/8 79/8 84/2 85/18 105/17 106/2
looking [13] 12/1 12/3 33/13 47/19 56/4 79/12 84/19 85/1 86/12 88/3 88/3 90/21 99/16
lookout [1] 6/24
looks [1] 34/13
lose [1] 84/12
loses [2] 85/14 85/14
losing [1] 85/9
loss [1] 69/13
lost [12] 35/6 75/20 79/3 85/4 86/5 86/7 95/12 20/1 29/4 74/6 75/14 79/17 82/1 83/2 83/2 84/4 87/13
lots [1] 78/6
Louis [2] 1/16 3/6
Louis Manzo [1] 3/6
love [7] 89/13 89/17 92/1 92/2 94/4 96/6 96/22
loves [1] 90/6
loyal [2] 77/11 78/14
loyalty [1] 76/8
luck [1] 113/15
luckily [1] 80/22

linker [3] 32/8 32/17 83/15
Lustig [2] 2/6 3/8

**M**

machete [1] 46/21
made [24] 4/17 5/14 11/12 11/23 12/9 17/4 31/16 31/22 44/8 46/15 57/3 57/17 59/23 61/21 78/6 79/24 82/21 85/18 92/4 95/3 99/5 102/23 107/25 111/17
made-up [1] 46/15
magnify [1] 74/11
magnifying [1] 74/22
main [2] 93/6 94/14
make [27] 4/2 4/5 4/6 4/17 8/21 12/25 16/6 22/15 22/16 26/1 27/24 28/6 28/17 35/8 35/11 37/6 44/5 60/17 64/13 72/18 82/15 85/20 91/21 95/14 100/7 101/16 108/19
makes [4] 23/7 24/25 52/1 89/10
making [5] 7/15 61/16 61/17 89/13 103/6
man [13] 74/1 78/22 78/23 87/13 87/17 87/18 89/4 89/16 89/17 90/3 90/17 92/1 97/25
manage [1] 20/25
manageable [1] 106/14
management [3] 21/1 60/18 60/25
manager [2] 20/11 60/13
managing [2] 21/4 21/8
mandatory [2] 108/7 108/12
manipulating [1] 85/11
manipulations [1] 83/6
manner [1] 110/21
many [15] 6/22 68/9 72/9 80/8 86/20 86/20 87/5 87/5 87/5 93/23 93/24 95/10 96/14 101/1 102/1
Manzo [8] 1/16 3/6 6/1 15/3 23/15 42/25 69/10 72/24
march [8] 14/18 24/6 24/13 26/20 29/9 29/15 29/16 93/15
marches [3] 29/22 85/6 85/7
marching [1] 33/10
mark [1] 48/23
married [1] 94/8
marshal [1] 85/7
mask [1] 110/22
Massachusetts [1] 80/21
match [2] 70/10 73/21
matches [1] 31/10

**material [3]** 67/13 109/19 109/23
**matt [1]** 2/5
**matter [2]** 90/4 114/4
**matters [3]** 13/2 97/14 104/4
**Matthew [2]** 2/2 3/7
**maturity [1]** 87/18
**maximalist [1]** 13/15
**may [23]** 19/12 19/24 20/13 20/23 33/1 46/22 57/19 58/2 58/12 60/23 61/8 64/5 65/23 65/24 72/12 81/24 82/21 88/21 103/2 110/14 110/15 110/21 111/9
**maybe [10]** 15/4 15/25 38/22 40/6 46/10 48/5 48/7 60/16 76/6 82/5
**mayhem [1]** 90/21
**me [70]** 3/19 4/21 7/14 7/20 9/1 9/6 9/8 9/22 10/12 22/5 30/4 33/12 36/4 36/8 36/20 36/21 45/2 49/4 49/10 49/11 50/4 52/16 54/18 55/14 56/17 60/6 60/13 65/23 66/16 66/20 67/10 73/15 88/20 89/2 89/7 91/22 93/6 93/10 93/11 93/17 93/19 93/20 94/18 96/2 96/14 96/19 97/2 97/10 97/10 97/12 97/15 97/20 98/1 98/25 100/15 101/2 102/18 103/8 103/9 104/12 104/20 106/22 107/2 107/7 107/16 108/2
**meal [3]** 89/8 93/25 96/20
**meals [1]** 96/14
**mean [14]** 8/18 24/14 28/5 31/6 46/9 46/15 48/17 49/14 51/18 62/23 77/5 82/10 103/3 105/7
**means [11]** 5/3 13/17 15/23 17/21 17/21 34/7 49/21 58/23 60/5 69/21 103/3
**meant [4]** 36/22 62/17 82/9 83/8
**measured [1]** 63/15
**mechanical [1]** 2/11
**media [8]** 24/24 27/18 109/13 109/14 109/15 109/16 109/16 109/19
**medical [3]** 91/2 92/24 98/22
**medically [1]** 93/5
**medicine [1]** 96/7
**meet [5]** 11/13 18/4 19/22 38/13 71/25
**meeting [1]** 93/25
**meetings [1]** 93/18
**meets [1]** 61/7

**Meggs APM [1]** 19/7
37/9 38/11 38/13 38/16 43/14 44/14 62/6 66/14
**Meggs' [2]** 11/25 61/24
**Meggs/Rhodes [1]** 37/6
**MEHTA [2]** 1/9 44/2
**member [1]** 109/1
**memo [4]** 20/22 79/13 85/21 100/18
**memorandum [4]** 7/25 8/2 8/15 8/20
**memory [1]** 25/1
**memory-intensive [1]** 25/1
**men [2]** 17/16 70/14
**mental [1]** 101/9
**mention [2]** 33/16 55/18
**mentioned [1]** 8/8
**mentions [1]** 55/21
**mere [1]** 47/23
**merit [3]** 2/7 38/22 105/18
**meritorious [2]** 92/15 92/21
**message [7]** 5/24 25/14 26/3 45/25 56/9 72/22 75/21
**messaged [4]** 19/6 70/4 70/7 70/15
**messages [14]** 19/4 30/19 45/16 49/17 50/7 53/12 53/19 55/14 59/5 59/6 65/13 70/16 71/2 73/6
**messaging [1]** 6/3
**met [3]** 37/23 81/13 94/4
**MF [1]** 5/19
**Michael [1]** 29/19
**Michael Brown [1]** 29/19
**Michigan [1]** 30/12
**mid [1]** 55/19
**mid-afternoon [1]** 55/19
**might [11]** 27/12 32/21 32/25 42/6 43/17 49/25 56/19 56/22 56/24 64/8 106/13
**miles [6]** 19/16 35/17 41/7 71/10 72/11 87/5
**military [4]** 39/23 77/8 79/1 92/23
**mill [1]** 79/9
**million [2]** 76/19 82/22
**Miloševic [3]** 84/4 84/12 84/15
**mind [13]** 19/4 34/10 34/21 59/18 69/21 71/5 71/8 71/12 76/7 76/23 85/18 101/19 101/20
**minded [1]** 19/10
**mindful [1]** 102/8
**minimal [5]** 61/3 63/5 63/11 64/21 66/3
**minimum [5]** 11/8

**minor [2]** 38/7 38/9
**minor-role [2]** 38/7 38/9
**minority [1]** 29/20
**Minuta [4]** 31/25 44/14 66/17 66/21
**minute [1]** 91/11
**minutes [9]** 37/13 43/20 43/21 55/8 55/24 55/24 69/3 88/24 98/4
**miscast [1]** 104/21
**misdemeanants [4]** 99/3 99/9 99/16 102/10
**missed [1]** 80/22
**mission [3]** 14/8 39/13 65/19
**mistreated [2]** 101/10 101/11
**misunderstood [1]** 71/1
**mitigating [2]** 74/22 74/23
**mob [1]** 33/10
**mobile [2]** 110/5 111/4
**Moerschel [2]** 32/14 44/14
**moment [18]** 19/25 31/13 32/7 34/11 34/11 37/4 47/16 50/5 50/8 51/19 57/2 71/2 71/6 82/16 82/20 91/8 92/6 102/22
**momentarily [2]** 9/21 49/18
**moments [2]** 17/1 18/24
**money [1]** 90/18
**monitoring [9]** 60/12 65/14 68/17 109/25 110/3 110/4 110/9 110/10 110/12
**month [2]** 97/17 101/13
**months [31]** 10/8 22/10 22/11 23/24 23/24 23/25 24/14 24/17 25/2 26/14 38/10 40/8 49/9 69/1 73/7 73/12 80/18 81/8 86/20 88/6 88/9 92/16 96/11 98/10 99/6 101/7 104/6 107/1 107/4 107/4 113/9
**mood [1]** 71/1
**more [37]** 4/19 4/19 4/20 6/19 6/20 7/8 9/21 14/12 15/21 15/23 17/11 23/2 30/5 30/9 37/18 37/19 41/20 42/18 44/9 47/15 48/3 50/22 53/12 53/20 54/23 60/22 62/23 67/9 72/2 74/14 74/18 76/11 82/15 103/18 103/23

**morning [21]** 4/25 5/18 13/15 14/25 23/17 33/14 34/3 35/18 37/15 48/9 48/10 49/22 50/6 50/25 51/17 58/6 59/10 65/9 69/18 91/10 94/16
**most [27]** 21/4 21/5 21/5 24/25 39/5 39/11 42/16 60/21 63/9 77/20 79/3
**motherfucker [1]** 49/3
**motion [1]** 9/16
**motions [1]** 102/24
**motivated [4]** 79/17 80/1 80/18 93/11
**motivating [1]** 78/10
**motivation [1]** 30/16
**motivations [2]** 81/5 81/21
**motives [2]** 84/15 84/16
**mouth [1]** 97/6
**move [4]** 7/21 16/21 18/8 82/13
**moved [4]** 4/24 78/1 94/13 111/11
**movement [2]** 76/20 82/23
**movements [1]** 21/19
**moving [2]** 16/25 60/23
**Mr [4]** 43/9 45/8 55/4 103/9
**Mr. [313]**
**Mr. Andrews [1]** 46/2
**Mr. Berry [4]** 38/8 40/3 40/18 43/6
**Mr. Bittner [4]** 43/8 43/10 43/18 71/18
**Mr. Carter [17]** 28/7 28/11 28/25 40/15 40/17 40/18 40/19 40/20 41/1 42/2 42/5 50/2 57/4 57/19 58/2 58/5 58/9
**Mr. David-Pitts [1]** 80/12
**Mr. Dolan's [2]** 62/24 63/1
**Mr. Greene [1]** 53/15
**Mr. Hancock [2]** 31/23 32/1
**Mr. Harrelson [3]** 66/16 66/16 66/21
**Mr. Herrington [3]** 50/20 57/22 57/24
**Mr. Herrington's [1]** 65/11
**Mr. James [2]** 16/5 68/2
**Mr. Jones' [1]** 82/4
**Mr. Kandaris [35]** 5/14 27/10 32/19 33/15 34/17 34/24 35/22 35/22 36/7 36/8 36/11 37/1 41/8 41/23 45/16 45/22 46/16 46/23 47/9 50/12 50/21 51/16

**Mr. 52/2 52/2 57/14 57/23 58/5 59/10 59/13 59/14 62/5 65/5 65/23 100/11
**Mr. Manzo [6]** 6/1 15/3 23/15 42/25 69/10 72/24
**Mr. Meggs [3]** 38/13 44/14 62/6
**Mr. Meggs' [2]** 11/25 61/24
**Mr. Minuta [4]** 31/25 44/14 66/17 66/21
**Mr. Moerschel [1]** 32/14
**Mr. Peed [23]** 3/16 3/22 4/16 9/1 22/6 23/16 37/17 40/11 41/21 41/22 47/18 49/24 57/3 72/25 73/17 99/2 99/20 100/17 100/19 101/22 104/12 105/5 112/22
**Mr. Peed's [2]** 4/9 21/21
**Mr. Pitts [1]** 101/7
**Mr. Pitts' [1]** 101/4
**Mr. Rhodes [25]** 10/15 24/24 12/37/10 44/15 45/9 45/10 51/7 51/15 52/3 53/6 53/8 53/24 54/21 56/7 56/8 56/12 56/22 58/10 58/11 65/15 65/20 65/20 84/20 87/16
**Mr. Rhodes' [1]** 10/6 10/11 42/15 45/6
**Mr. Sam Andrews [2]** 29/17 29/18
**Mr. Vallejo [145]**
**Mr. Vallejo's [17]** 12/20 13/7 13/23 21/24 27/13 34/10 50/10 50/25 62/11 62/25 66/17 75/16 88/10 99/8 99/15 100/1 104/13
**Ms. [7]** 16/5 17/3 17/6 32/15 44/14 66/15 68/1
**Ms. Watkins [7]** 16/5 17/3 17/6 32/15 44/14 66/15 68/1
**much [23]** 9/23 10/1 12/15 15/12 15/16 26/6 34/8 45/14 47/10 47/11 62/4 69/15 89/4 89/10 89/20 91/6 94/19 95/25 96/16 96/19 96/22 101/2 107/25
**multiple [1]** 9/9 87/21 102/24
**murder [1]** 79/20
**must [21]** 24/6 63/14 73/8 98/12 98/16 108/13 108/14 108/15 108/18 108/19 108/25 109/10 109/11 109/13 109/14 109/18 109/23 110/1 110/3 110/13

**M**

must... [1] 111/7
my [76] 7/9 7/11 9/10
9/19 18/24 20/13 20/15
28/25 34/18 42/19
45/14 51/4 61/21 62/15
78/2 88/22 89/4 89/10
89/13 89/17 89/24 90/8
90/17 90/17 90/18 91/9
91/22 91/23 91/25 92/1
92/1 92/1 92/3 92/5
92/6 92/8 92/9 92/9
92/10 92/16 92/20
92/22 93/1 93/6 93/10
93/18 94/3 94/4 94/5
94/9 94/11 94/14 94/21
95/2 95/4 95/9 95/10
95/12 95/21 96/8 96/11
96/20 96/24 97/3 97/3
97/6 97/6 97/13 97/15
97/16 97/18 97/23
97/24 104/16 112/12
113/8
my respect [1] 90/8
myriad [1] 82/21
myself [2] 78/3 95/6

**N**

name [6] 16/6 25/8
38/13 39/20 79/23
89/24
Nancy [2] 12/1 70/25
Nancy Pelosi [2] 12/1
70/25
narrow [1] 7/5
national [5] 19/21
52/22 70/19 71/1 85/8
National Guard [3]
19/21 52/22 70/19
natural [1] 97/17
naturally [1] 78/6
nature [12] 11/7 32/17
61/17 62/9 74/2 74/7
78/17 84/18 96/17
98/16 103/8 104/10
Navy [1] 37/16
nearing [1] 97/13
necessarily [1] 17/2
necessary [4] 11/10
72/20 73/22 98/14
need [25] 7/1 10/6 10/7
16/3 16/6 18/16 22/16
29/8 45/17 45/18 56/24
57/2 60/14 64/12 68/11
79/5 86/13 86/15 91/4
96/25 97/9 98/18 98/24
102/19 104/1
needed [8] 25/19 43/12
50/18 67/21 68/10
69/20 98/22 102/13
needs [5] 31/19 55/9
76/5 76/7 96/7
needs it [1] 55/9
nefarious [1] 29/2
negates [1] 57/16
neither [1] 84/22
Nestler [1] 1/14
neutered [1] 96/5

never [30] 18/2 18/25
25/9 25/9 27/9 28/3
28/8 28/11 28/18 30/17
37/23 42/2 43/6 50/2
57/5 57/6 57/12 65/15
74/20 90/4 90/11 90/13
90/25 95/2 95/5 95/6
97/11 97/20 101/24
103/2
nevertheless [6] 21/1
46/4 62/25 64/9 65/16
99/24
new [1] 25/11
news [4] 24/1 41/25
42/12 87/2
next [22] 18/1 18/4
19/23 33/3 35/7 35/12
35/15 47/10 50/23
50/25 52/3 59/15 65/21
70/14 70/15 70/18
71/18 71/25 72/5 72/16
82/13 106/8
next day [1] 18/1
nice [1] 89/8
night [9] 4/9 12/11
35/7 35/9 35/13 38/14
91/10 93/3 96/8
no [62] 1/4 5/11 8/12
10/2 12/13 12/15 14/21
17/18 17/24 18/16 19/3
21/24 21/24 23/8 28/15
28/16 33/16 33/17
34/15 34/25 35/8 35/10
35/11 37/22 37/25 38/2
39/4 39/5 39/8 40/1
40/2 40/12 41/1 43/9
43/10 43/10 43/11
43/11 43/15 53/9 54/10
58/4 60/7 60/9 68/21
71/11 77/23 78/23
79/24 81/22 81/22 82/8
90/4 100/6 101/10
101/11 105/18 107/22
112/24 113/8 113/12
113/13
no harm/no foul [1]
21/24
no-government [1]
79/24
No. [1] 3/3
non [5] 51/17 99/4 99/9
99/13 99/17
non-violent [5] 51/17
99/4 99/9 99/13 99/17
nonchalant [1] 36/18
none [6] 46/7 46/9 64/5
68/22 104/2 107/8
not [164]
note [6] 20/23 21/10
60/11 60/18 60/20
68/23
Note 2 [1] 20/23
Note 4 [1] 68/23
notes [3] 100/3 100/4
100/11
nothing [7] 14/16 25/1
39/15 53/6 53/25 70/16
97/10

notion [3] 34/23 43/16
54/15
notwithstanding [1]
22/25
November [3] 10/3
10/5 40/2
now [11] 15/5 17/17
20/5 20/7 20/9 31/13
31/14 33/9 36/22 44/1
44/2 45/2 47/18 48/5
51/2 52/4 56/7 56/10
57/12 72/16 75/25
76/10 77/4 77/4 81/18
87/16 87/23 95/9 96/6
103/21 107/20
nuances [1] 73/23
number [9] 8/3 8/19
10/17 11/6 41/18 54/19
56/21 81/10 106/15
numbers [2] 99/21
106/16
numerous [2] 92/13
96/19
NW [3] 1/17 2/3 2/9

**O**

oath [34] 5/18 11/12
14/11 14/18 15/7 15/9
15/18 16/20 16/25
17/10 18/14 28/21
29/18 31/2 31/7 32/22
32/23 41/2 46/17 47/1
47/2 48/2 52/12 52/18
54/3 54/12 54/15 54/24
65/3 68/2 86/25 86/25
87/1 87/8
Oath Keeper [4] 29/18
86/25 86/25 87/1
Oath Keepers [26]
5/18 11/12 14/11 14/18
15/7 15/9 15/18 16/20
16/25 17/10 18/14
32/22 32/23 41/2 46/17
47/1 47/2 52/12 52/18
54/3 54/12 54/15 54/24
65/3 68/2 87/8
object [3] 5/16 44/18
44/20
objection [2] 10/11
11/19
objections [9] 8/1 26/7
32/21 33/23 33/23 34/1
34/2 86/9 112/23
objective [1] 67/10
objectives [4] 10/12
16/11 45/5 98/15
obligation [2] 26/14
112/1
obligations [1] 111/21
observation [1] 53/13
observations [1] 99/1
observe [2] 58/22 86/2
observed [2] 12/17
99/14
observes [1] 86/3
obstruct [3] 26/10
67/16 73/14

obstructed [1] 70/12
obstructing [1] 73/9
obstruction [10] 5/3
21/12 23/21 60/4 67/2
67/4 68/22 73/1 73/2
73/5
obstructive [3] 22/13
25/1 73/5
obstructively [1] 24/4
obvious [2] 47/10 73/4
obviously [8] 9/14
12/25 61/21 62/4
101/17 103/11 103/24
104/5
occupy [1] 100/5
occupying [2] 5/6 19/9
occur [3] 16/7 16/12
16/13
occurred [1] 23/24
October [1] 56/17
off [6] 22/9 27/12 71/19
91/10 97/7 104/12
offenders [3] 99/4 99/9
99/17
offense [10] 67/14
68/13 68/22 68/24 74/3
84/19 86/16 98/17
98/19 104/11
offenses [2] 61/10
102/7
offensive [2] 11/9 82/3
offer [2] 39/2 55/15
offered [3] 18/21 38/25
56/15
offering [1] 5/7 31/11
39/7
office [13] 1/16 3/8
108/9 109/12 109/16
109/24 110/1 111/6
111/9 111/10 112/2
112/4 112/7
Office's [1] 7/24
officer [10] 2/6 80/24
92/13 94/18 107/12
109/7 109/11 110/4
110/15 111/7
Officer Dunn's [1]
94/18
officers [7] 11/17
13/19 31/12 53/5 67/25
70/20 102/3
Officers' [1] 92/7
official [3] 2/8 73/15
84/10
often [2] 4/19 27/25
okay [22] 3/11 3/13
3/18 8/25 9/5 17/7
21/11 23/1 23/15 26/2
26/4 29/18 40/24 43/2
43/19 44/4 46/22 88/12
88/17 91/16 98/3 113/2
old [4] 24/19 95/21
101/8 107/20
older [1] 107/19
oldest [1] 107/19
Olive [3] 12/11 50/12
70/12
Olive Garden [3] 12/11

once [5] 16/20 33/10
41/20 54/4 92/8
one [70] 6/21 7/7 8/20
15/9 16/16 20/16 20/18
20/21 21/4 21/5 21/7
21/8 21/16 23/2 29/17
34/22 38/2 39/4 39/5
39/8 42/17 42/23 45/16
45/24 45/24 47/22
51/12 53/2 55/13 57/19
61/6 67/19 71/21 71/23
75/14 79/3 80/6 80/25
81/7 81/10 82/3 82/8
82/16 82/24 84/2 84/17
85/7 87/9 87/9 88/21
89/6 90/7 91/3 91/4
93/2 93/14 93/15 93/21
94/10 96/6 99/8 100/13
100/14 101/10 101/11
106/13 106/18 107/14
108/16 112/15
one's [1] 66/8
ones [2] 15/21 18/15
oneself [1] 93/22
ongoing [2] 76/13
76/14
online [3] 109/13
110/23 110/24
only [17] 17/10 19/25
22/7 23/7 24/15 26/15
45/10 47/7 56/8 58/3
61/4 61/11 70/22 71/23
88/24 93/19 110/16
Op [6] 14/15 16/21
17/24 21/15 21/22 70/7
open [5] 14/2 31/8
42/15 45/7 69/24
opportunity [2] 60/16
91/20
oppose [2] 32/9 32/25
33/5 33/6 44/18 84/23
opposed [6] 11/23
22/23 31/15 83/15
84/24 104/15
opposite [1] 78/19
ops [2] 51/1 51/12
options [6] 77/4 77/8
77/10 77/19 86/11
108/9
order [7] 16/4 44/3
56/25 58/15 67/16 93/4
112/5
ordered [4] 55/5 55/25
93/3 108/4
orders [5] 51/7 51/14
51/25 58/10 65/15
organization [6] 21/3
21/6 68/15 95/14
103/25 109/2
organize [2] 20/25 62/5
organized [1] 74/18
organizers [1] 64/8
organizing [2] 61/15
62/4
Ortiz [2] 88/13 89/24
other [44] 4/13 6/22
7/13 13/8 13/10 15/7

**other...** [38] 15/8 16/8
20/5 22/12 22/23 27/17
30/10 40/15 45/23
45/24 45/24 58/13
63/10 63/21 64/11 68/2
71/19 74/17 79/2 80/13
80/24 81/5 82/6 86/17
86/19 86/20 88/25
90/23 99/4 99/17 100/3
101/15 101/17 102/7
104/4 109/2 109/15
110/13

**other's** [1] 88/25
**others** [16] 33/25
53/13 54/1 62/4 64/21
68/19 72/22 94/2
100/11 101/1 102/11
103/20 103/22 105/11
105/23 107/16
**otherwise** [4] 20/14
99/24 108/25 109/9
**our** [33] 4/10 16/2
20/22 26/7 29/9 36/12
36/14 45/12 55/4 55/24
57/5 69/13 69/14 69/22
70/13 70/19 70/19
71/11 72/14 72/14
72/14 75/21 76/3 76/4
77/7 77/8 78/13 84/10
95/7 96/2 96/2 96/3
96/9
**out** [41] 10/19 13/21
14/16 22/5 22/6 23/23
24/7 26/16 31/9 34/23
36/3 36/16 36/17 36/24
37/2 37/3 38/24 39/8
40/4 74/16 76/22 78/1
80/9 80/9 82/7 82/19
83/14 83/22 85/12
85/21 86/2 86/24 87/9
90/22 93/12 94/13
94/21 96/21 102/11
104/5 105/25
**outcome** [9] 75/6
75/23 75/24 76/3 76/4
78/19 84/23 84/24
106/9
**outfitted** [10] 6/4 6/5
16/22 18/23 18/25
20/19 28/13 28/14
54/18 69/19
**outrage** [1] 86/19
**outset** [3] 9/8 62/14
90/1
**outside** [3] 48/13 97/8
109/5
**outskirts** [1] 100/9
**over** [21] 9/9 21/2
31/17 31/23 41/22
60/15 60/18 77/22
79/22 79/25 80/1 80/5
80/8 86/19 87/4 97/20
100/14 105/16 105/16
105/16 111/14
**overcome** [1] 103/15
**overly** [1] 107/24
**overreach** [1] 79/19

**overseeing** [1] 4/24
**overturn** [2] 57/9 58/4
**own** [24] 14/22 25/8
39/13 40/6 45/12 46/14
49/21 50/10 53/10 54/9
69/19 72/3 74/20 74/21
76/1 81/7 85/18 91/22
91/23 94/9 94/13 105/2
105/7 105/8

## P
**p.m** [14] 1/6 31/24
43/25 43/25 53/23 55/7
55/10 59/7 69/7 69/7
70/4 98/7 98/7 113/18
**paid** [1] 112/1
**pain** [1] 94/21
**pale** [1] 4/18
**paper** [1] 60/23
**par** [2] 99/3 99/9
**paragraph** [2] 11/19
11/20
**pardoned** [2] 100/22
100/23
**parse** [1] 48/17
**part** [20] 15/19 17/20
28/25 35/14 35/21
38/15 38/20 39/3 39/4
44/16 52/12 67/10 79/9
80/5 80/6 83/24 86/5
99/21 100/16 108/9
**Part D** [1] 108/9
**participant** [9] 20/25
38/19 39/10 61/3 63/8
64/22 65/24 66/3 90/6
**participants** [7] 10/9
39/21 63/10 64/3 64/6
64/7 64/10
**participate** [1] 44/18
**participated** [5] 41/3
61/14 62/3 92/13 102/1
**participates** [2] 86/3
86/4
**participating** [2] 92/6
93/23
**participation** [3] 61/18
62/10 92/7
**particular** [5] 17/3
31/20 46/13 82/20
104/8
**particularly** [3] 74/10
83/15 106/19
**parties** [7] 3/22 4/2 4/6
7/21 19/5 31/3 69/4
**parts** [2] 21/5 79/21
**party** [4] 19/6 70/5
85/11 96/1
**passed** [1] 75/4
**passing** [2] 75/13
103/15
**passionate** [2] 74/1
90/6
**password** [1] 25/13
**past** [8] 11/17 32/14
65/18 89/2 93/15 96/1
96/25 97/11
**patriot** [1] 90/7

**patriot...** [3] 76/8
78/14 87/1
**patriotism** [1] 76/8
**patriots** [5] 14/22
46/25 52/21 53/10 54/9
**pattern** [1] 64/22
**Paul** [4] 85/5 85/6 85/8
85/9
**Paul's** [1] 85/7
**pause** [1] 50/4
**pay** [2] 108/4 111/16
**payable** [1] 111/22
**peace** [1] 51/5
**peaceful** [1] 46/4
**peacefully** [1] 106/8
**peacetime** [1] 92/23
**Peed** [26] 2/2 2/2 3/7
3/16 3/22 4/16 9/1 22/6
23/16 37/17 40/11
41/21 41/22 47/18
49/24 57/3 72/25 73/17
99/2 99/20 100/17
100/19 101/22 104/12
105/5 112/22
**Peed's** [2] 4/9 21/21
**Pelosi** [2] 12/1 70/25
**penal** [1] 12/7
**Pence** [8] 14/15 14/16
15/1 33/17 33/18 33/20
53/6 53/25
**penetrated** [1] 71/15
**penitent** [1] 97/25
**people** [96] 5/20 14/7
19/9 19/20 19/24 20/2
22/8 22/19 25/10 27/14
27/17 29/4 29/9 29/10
29/12 29/12 29/16 30/7
30/10 30/11 31/8 32/3
32/9 32/14 32/15 33/1
33/9 34/7 35/24 36/13
36/16 39/11 39/19 40/7
41/25 42/4 43/4 46/2
46/24 47/14 48/7 48/11
48/12 49/7 50/22 53/24
54/7 54/25 55/15 55/16
56/17 59/10 70/5 70/5
74/12 74/19 75/19 76/9
76/19 76/24 77/14
77/16 77/22 78/12
78/14 78/18 79/20 80/5
81/4 81/5 81/21 82/7
82/10 82/11 82/23
82/24 84/7 84/9 84/14
85/4 86/19 86/20 87/3
87/4 87/6 87/21 90/24
93/24 94/24 100/4
103/4 104/1 104/25
105/6 106/19 110/13
**people's** [1] 75/22
**per** [1] 108/5
**perceive** [1] 42/7
**perceived** [1] 104/14
**percent** [4] 16/2 23/13
84/5 84/13
**perceptions** [1] 73/20
**perfectly** [1] 56/22
**performed** [1] 6/23
**performs** [1] 61/6

**perhaps** [3] 16/25
23/8 42/16 46/7 56/8
56/9 56/12 72/3 102/21
104/15 105/11
**period** [7] 25/15 72/20
77/13 83/20 105/10
107/21 113/9
**periodic** [2] 108/17
110/2
**permission** [1] 111/5
**permit** [2] 113/5 113/6
**permitted** [1] 112/19
**person** [14] 3/9 14/6
24/10 28/16 30/3 30/15
60/23 67/15 67/23 83/4
83/5 91/2 91/3 93/11
**person's** [1] 65/25
**personal** [3] 41/12
41/12 41/16
**personally** [2] 61/5
101/25
**persons** [3] 67/25
109/3 109/5
**persuaded** [1] 20/14
**Phoenix** [2] 113/1
113/1
**phone** [17] 21/24 22/3
22/23 24/17 24/18
24/19 24/22 24/22
25/11 25/12 25/12
25/13 25/20 26/20
26/24 26/24 109/14
**phones** [1] 24/21
**photo** [1] 25/14
**photos** [1] 109/20
**phrase** [1] 36/23
**physical** [11] 6/15
15/10 16/5 18/10 18/19
52/13 52/18 67/15
67/22 67/25 96/17
**physically** [2] 48/12
89/3
**pickups** [1] 55/8
**pieces** [1] 7/15
**Pitts** [3] 80/12 80/15
101/7
**Pitts'** [1] 101/4
**place** [2] 95/15 99/16
**placement** [1] 108/16
**places** [1] 30/11
**plainly** [1] 63/7
**Plaintiff** [1] 1/4
**plan** [3] 38/21 62/5
67/11
**planning** [7] 19/15
35/7 40/8 61/14 62/3
68/13 68/19
**plausible** [2] 34/17
51/17
**plausibly** [1] 53/20
**play** [4] 65/7 65/7
76/21 81/24
**played** [1] 64/8
**plays** [2] 60/25 74/17
**plea** [1] 99/24
**plead** [1] 101/7
**pleaded** [1] 80/23
**pleading** [1] 19/1

**pleas...** [1] 99/22
**Please** [1] 98/8
**pleasure** [2] 73/24
96/22
**pledge** [2] 72/10 72/10
**plenty** [2] 95/17 104/18
**plot** [1] 82/13
**plus** [2] 18/18 89/25
**podcast** [17] 5/15
14/10 18/11 27/2 27/11
30/4 30/5 32/19 35/23
41/3 46/16 48/8 51/16
51/24 58/6 65/8 70/1
**podcasts** [1] 34/22
**point** [15] 13/15 22/11
22/18 23/3 31/1 31/21
56/9 73/15 74/16 94/14
97/15 99/5 100/7
102/23 103/7
**pointed** [3] 23/23
85/21 104/5
**points** [1] 22/6
**poised** [1] 69/16
**police** [24] 6/15 11/17
29/21 30/1 32/14 36/3
36/16 36/25 54/5 54/8
67/25 80/13 80/14
80/22 81/7 81/8 83/10
86/21 86/22 87/25 88/7
102/2 103/4 107/12
**political** [8] 13/18
27/25 72/11 74/25 76/3
76/5 81/2 100/7
**politically** [3] 79/17
80/1 80/18
**politicians** [2] 14/2
70/1
**politics** [10] 13/17
17/21 78/1 85/3 87/21
89/15 90/6 90/19 97/8
106/4
**poor** [1] 78/2
**popped** [1] 56/19
**portion** [1] 107/25
**portions** [1] 18/8
**pose** [1] 113/8
**poses** [1] 107/10
**posited** [1] 47/18
**position** [5] 84/11 85/2
88/5 92/12 107/15
**possess** [2] 108/14
109/18 109/23
**possibility** [2] 47/17
54/5
**possible** [2] 92/12
93/21
**post** [1] 24/9
**posted** [2] 24/24 55/11
**posting** [3] 23/25 24/7
53/2
**postpone** [1] 95/21
**posts** [1] 51/11
**potential** [4] 10/7
13/13 17/4 47/4
**potentially** [1] 46/9
48/16 63/3
**power** [13] 6/17 10/8
11/11 21/16 22/2 32/9

**P**

power... [7] 33/6 33/7 33/8 52/9 57/1 67/21 83/25
powers [2] 32/24 32/25
precedent [1] 60/14
precinct [2] 80/13 81/7
precise [3] 27/8 27/22 57/14
precisely [1] 54/11
predicate [1] 14/24
predicted [2] 14/16 53/7
preparation [2] 68/14 68/20
prepared [8] 10/23 47/14 52/14 59/12 66/18 78/15 86/10 105/23
preparedness [1] 67/20
preponderance [10] 9/20 22/24 44/10 44/17 52/6 53/21 56/3 57/17 59/23 73/13
prepped [1] 57/6
presence [1] 23/7
present [1] 42/8
presented [5] 7/12 7/14 28/18 28/19 28/21
Presentence [9] 3/24 7/23 8/2 9/2 9/11 12/9 108/10 112/2 112/6
preserve [3] 25/18 25/19 26/15
presided [1] 9/9
President [18] 35/17 45/11 49/13 49/19 58/20 58/21 72/8 77/9 83/6 83/6 84/8 85/17 87/3 87/11 87/14 104/19 105/3 105/16
President's [2] 48/1 77/10
presiding [1] 44/2
pressure [1] 47/10
presumably [1] 41/20
pretrial [1] 113/7
pretty [1] 76/15
Prettyman [1] 2/9
prevail [1] 26/13
prevent [4] 52/8 56/25 67/21 106/10
preview [1] 3/19
primarily [3] 9/12 60/21 66/17
primary [1] 7/9
primed [1] 85/23
principled [2] 74/1 83/5
principles [1] 93/22
prints [1] 12/18
prior [8] 40/1 41/2 41/18 42/15 69/23 105/6 107/22 110/8
prison [6] 88/6 88/23 89/10 96/11 97/17 97/19

private [3] 92/18 92/19 92/19
probably [3] 28/5 28/6 37/8
probation [20] 2/6 3/8 7/24 97/16 108/9 108/24 109/6 109/11 109/12 109/16 109/24 110/1 110/4 110/15 111/6 111/7 111/9 112/2 112/4 112/7
probationary [1] 102/3
probe [3] 17/25 41/5 51/1
probed [1] 70/13
problem [1] 96/8
problematic [1] 46/8
proceed [3] 3/14 3/19 7/18
proceeded [1] 70/2
proceeding [6] 5/4 7/18 9/21 68/9 73/15 102/1
proceedings [7] 1/9 2/11 3/10 68/11 100/5 113/18 114/4
process [20] 14/13 15/20 18/16 21/19 29/14 33/15 34/1 47/8 76/3 76/5 86/4 86/4 86/6 104/15 105/9 105/12 105/14 105/21 105/24 106/12
processes [1] 29/11
proclamations [1] 10/6
produced [1] 2/12
products [1] 111/2
proffered [1] 41/22
profusely [1] 93/17
program [2] 92/17 95/13
progressed [2] 10/8 80/2
prohibited [1] 110/8
promote [3] 86/16 98/19 109/21
proof [1] 7/15
proper [1] 93/22
properly [1] 12/20
property [3] 21/2 21/6 67/15
proposed [2] 50/1 108/23
prosecutorial [1] 100/13
prospect [1] 102/25
protect [8] 42/10 72/21 77/16 81/24 82/25 84/16 95/8 98/21
protected [1] 83/8
protecting [1] 70/14 70/20 76/23 78/7
protest [1] 106/7
protesters [1] 31/15
protests [2] 51/18 76/13
proud [1] 79/3 90/16

provide [4] 42/8 42/16 98/21 111/7
provides [4] 51/9 51/9 61/3 61/9
providing [1] 111/3
PSR [1] 4/1
public [4] 72/21 73/20 86/1 98/21
pull [1] 35/3
punishment [1] 98/20
punitive [1] 107/24
punking [1] 14/16
purpose [9] 7/9 11/3 11/9 12/14 46/14 62/1 62/20 73/8 73/13
purposes [6] 9/20 11/10 62/18 63/17 82/3 82/6
pursuant [2] 110/15 110/16
push [1] 72/7
pushing [2] 32/14 71/22
put [18] 8/14 8/15 8/15 21/13 27/16 27/20 31/4 41/13 42/11 50/14 56/14 66/15 68/11 77/2 87/13 99/3 106/14 112/25
puts [4] 48/22 99/11 99/15 100/2
putting [4] 28/25 66/15 66/20 95/22

**Q**

QRF [47] 5/12 5/24 5/25 6/4 11/2 11/21 12/20 16/23 18/23 19/18 20/18 20/19 30/25 31/6 31/7 35/6 37/22 38/3 38/22 42/8 42/17 50/11 50/14 50/19 52/14 55/2 57/7 57/20 57/21 58/16 59/6 60/5 60/9 61/25 62/7 62/14 62/17 62/21 65/6 65/10 66/18 70/8 71/19 71/20 82/3 82/9 82/11
qualify [1] 64/6
quantities [1] 61/11
question [7] 15/3 27/4 42/6 43/3 47/15 65/22 74/5
questions [2] 20/5 20/10
quick [2] 4/23 101/5
Quick Reaction Force [1] 4/23
quit [1] 49/9
quite [5] 9/9 96/12 103/2 103/6 103/19
quotes [1] 4/21

**R**

race [1] 11/20
raced [1] 11/23
radio [1] 39/8
raise [1] 94/7
raised [4] 4/1 9/7 94/8

Rakoczy [2] 1/14 3/5
rams [1] 6/15
range [4] 68/25 99/5 101/7 101/12
rare [1] 102/6
rather [5] 42/4 64/5 93/3 97/15 108/2
rational [1] 48/18
re [1] 68/11
re-start [1] 68/11
reach [2] 50/3 93/12
reached [1] 34/23
reaches [1] 26/16
Reaction [1] 4/23
reactive [1] 62/17
read [12] 3/22 3/23 6/21 18/24 45/9 49/23 69/23 72/13 77/1 77/19 78/22 91/8
reading [3] 5/23 77/1 77/16
ready [10] 3/14 4/24 5/20 5/25 6/1 16/23 28/15 69/17 72/18 77/14
real [3] 12/15 101/16 103/14
reality [1] 60/20
realizes [1] 90/19
really [18] 10/25 32/16 37/19 39/9 39/15 51/17 51/21 55/17 58/23 76/22 76/22 80/8 83/3 86/8 86/9 90/8 103/19 104/1
realtime [3] 2/8 32/16 36/11
reason [8] 24/15 35/8 35/11 42/9 48/8 55/13 73/4 85/13
reasonable [8] 15/6 48/18 56/2 57/16 59/24 110/17 110/20 110/21
reasonably [12] 13/11 13/21 15/8 16/7 16/10 16/12 23/3 44/25 52/11 52/17 54/2 54/6
reasons [6] 21/9 56/21 57/18 59/22 67/19 68/14
rebelled [2] 75/10 75/12
Rebellion [2] 100/19 100/24
rebuttal [2] 6/19 6/21
receive [3] 8/14 61/8 93/18
received [8] 3/21 3/23 7/21 8/17 9/2 58/15 80/18 81/8
receiving [1] 96/18
recent [1] 69/22
recess [6] 43/24 43/25 69/7 98/6 98/7 113/17
recognize [2] 9/17 86/15
recommendation [1]

recommended [2] 108/8 108/24
reconnaissance [1] 65/19
record [9] 8/13 9/19 25/22 28/17 34/15 40/25 78/23 113/7 114/3
recorded [2] 2/11 64/23
recourse [1] 77/23
recover [2] 95/11 95/18
recovering [1] 90/11
recovery [1] 94/3
reduced [1] 101/1
reduction [4] 61/2 63/14 64/2 65/1
reduction ... simply [1] 64/2
reductions [1] 4/4
refer [1] 62/15
reference [6] 12/9 33/17 45/19 46/18 46/25 49/12
references [1] 8/16
referencing [1] 30/6
referred [3] 8/6 35/5 35/5
referring [3] 6/23 10/22 100/18
reflect [5] 95/4 98/18 99/22 99/23 113/4
reflected [2] 9/19 59/2
reflection [1] 107/14
refrain [1] 108/14
regarding [1] 42/4
regime [1] 10/15
Registered [1] 2/7
regret [3] 70/22 91/21 95/3
regularly [1] 100/4
rehab [1] 87/19
reinforces [1] 46/12
reiterate [3] 59/4 98/9 102/24
reiterated [1] 57/11
related [3] 13/4 44/11 59/25
relation [1] 64/1
relative [1] 64/13
relax [1] 89/9
release [4] 107/4 107/6 111/8 112/2
relevant [3] 7/13 63/15 63/16
reliable [1] 12/2
relied [1] 36/10
religious [2] 72/12 109/22
relying [1] 9/12
remain [1] 22/8
remarks [1] 30/22
remembered [1] 26/3
remorse [1] 107/13
remove [2] 55/16 97/24
repeated [1] 30/24
repeatedly [1] 7/7

129

**R**

restricted [1] 89:21

**replica** [1] 37/15
**reply** [2] 8/1 8/4
**report** [21] 3/24 7/23
8/2 9/3 9/11 12/9 14/1
29/5 29/7 46/1 46/6
51/9 51/9 51/11 69/24
108/10 109/10 109/23
112/3 112/7 113/7
**reported** [1] 60/8
**Reporter** [4] 2/7 2/7
2/8 2/8
**reporting** [3] 36/11
60/24 68/18
**reports** [4] 31/11 32/3
55/11 72/4
**represent** [3] 24/20
73/20 83/13
**representations** [1]
57/4
**represented** [1] 84/9
**republic** [1] 72/22
**Republican** [1] 85/11
**request** [6] 59/8 60/4
73/1 73/2 82/14 112/25
**requested** [1] 111/8
**requests** [1] 112/23
**require** [2] 6/7 27/24
**required** [2] 16/1
102/14
**requires** [1] 23/12
**requisite** [1] 22/15
**rescue** [1] 82/11
**rescued** [1] 96/4
**rescuing** [1] 82/12
**resecured** [2] 17/13
18/22
**reserve** [2] 6/24 92/7
**reside** [1] 111/12
**residence** [1] 112/5
**resist** [5] 10/7 11/11
34/7 52/10 83/8
**resistance** [1] 11/13
**resisting** [1] 75/15
**resolution** [1] 46/4
**resolved** [1] 99/24
**resorting** [1] 78/7
**respect** [12] 9/15 11/19
44/9 59/24 60/3 66/5
86/16 86/16 90/8 98/19
101/23 103/13
**respected** [1] 76/9
**respectfully** [1] 102/4
**respects** [1] 100/20
**respond** [2] 4/8 23/20
**responded** [1] 56/22
**response** [1] 104/14
**responsibility** [2] 21/1
37/20
**responsible** [8] 13/9
16/4 44/11 59/25 63/16
68/3 68/5 105/8
**rest** [5] 5/17 18/2 92/20
93/1 97/16
**restful** [1] 97/14
**restitution** [2] 108/19
111/17
**restraining** [1] 5/21

**result** [3] 100/24
106/10 106/11
**resulted** [1] 7/11
**results** [2] 75/7 106/6
**retain** [1] 111/14
**retirement** [3] 89/16
95/22 97/14
**return** [2] 58/8 112/6
**returns** [1] 53/17
**reveal** [1] 59/17
**review** [2] 3/21 105/3
**reviewed** [1] 9/2
**revolution** [1] 14/3
57/9 58/3
**rhetoric** [2] 35/3 38/12
**Rhodes** [51] 10/15
10/18 13/14 14/15
14/20 18/4 19/18 19/22
22/18 24/3 24/6 24/12
24/16 34/23 37/6 37/10
40/3 44/15 45/9 45/10
45/17 51/7 51/15 51/25
52/3 53/6 53/8 53/24
54/21 56/7 56/8 56/12
56/22 58/10 58/11
65/15 65/20 65/20
66/14 70/12 70/15 71/1
71/2 71/25 76/11 76/11
84/20 87/10 87/13
87/16 95/7
**Rhodes'** [9] 10/6 10/11
14/2 42/15 45/6 69/24
70/22 70/24 71/5
**ribbons** [1] 92/14
**rid** [1] 25/11
**rides** [1] 38/12
**rifle** [1] 46/20
**rifles** [2] 5/8 45/24
**right** [33] 3/18 4/16 8/7
26/2 28/20 34/12 38/17
40/13 43/19 43/21 51/2
52/4 59/15 66/5 69/2
70/25 71/18 72/24
76/10 77/21 81/10
84/12 87/23 89/1 94/15
96/6 98/9 105/5 105/7
112/9 112/17 113/11
113/14
**rightly** [2] 22/6 74/14
**rights** [5] 29/9 29/21
29/24 29/25 30/7
**rigorously** [1] 93/21
**riot** [1] 11/21 102/2
**rioter** [2] 80/12 80/22
**riots** [6] 17/13 42/8
70/11 79/15 80/10
86/18
**rise** [5] 43/23 44/1 69/6
98/5 113/16
**rising** [1] 10/24
**risk** [2] 97/5 113/8
**river** [2] 6/13 62/2
**RMR** [2] 114/2 114/8
**road** [2] 10/1 36/25
**roads** [2] 36/15 50/24
**role** [26] 6/24 12/22
38/6 38/7 38/7 38/9

60/25 61/24 62/1 62/11
63/5 63/10 64/14 64/21
65/6 65/25 66/2 66/3
66/17 68/21 73/21
74/20 99/15
**roles** [3] 20/6 64/8 65/7
**Ron** [5] 85/5 85/6 85/7
85/8 85/9
**Ron Paul** [4] 85/5 85/6
85/8 85/9
**Ron Paul's** [1] 85/7
**roof** [1] 94/12
**room** [5] 50/3 51/12
51/12 57/5 71/18
**rooms** [2] 5/12 38/1
**ropes** [1] 74/19
**route** [2] 45/16 53/19
**routed** [5] 36/2 36/17
36/24 37/2 38/24
**routing** [1] 20/2
**rule** [6] 9/16 11/5 33/5
44/8 62/15 73/1
**Rule 29** [5] 9/16 11/5
33/5 44/8 62/15
**rules** [1] 85/11
**ruling** [2] 33/5 34/4
**run** [2] 79/9 107/6
**running** [1] 70/9
**runoff** [1] 84/7

**S**

**sacred** [1] 78/6
**saddened** [1] 94/17
**said** [58] 4/19 5/3 5/17
10/3 19/6 24/8 24/10
24/12 24/16 26/1 27/2
28/3 28/8 28/11 30/21
31/7 32/1 32/22 32/23
32/23 33/19 34/17
34/18 35/22 36/5 37/11
41/15 42/3 44/7 47/13
48/25 49/22 56/18 57/7
58/6 59/10 62/13 62/14
63/13 63/23 64/17 65/2
66/6 69/12 73/3 78/1
78/18 82/3 82/12 82/17
82/24 83/19 84/8 84/20
102/10 104/19 105/5
105/18
**Sam** [3] 29/17 29/18
30/13
**Sam Andrews** [1]
30/13
**same** [10] 14/10 22/18
25/12 30/3 31/22 31/24
67/7 67/8 67/11 94/12
**satisfied** [1] 86/22
**satisfy** [1] 86/15
**save** [3] 11/4 49/25
92/23
**saved** [1] 96/23
**saw** [5] 50/2 74/14
93/10 93/20 94/14
**say** [27] 4/21 5/25 9/8
16/23 23/18 26/10
27/21 27/23 39/22
41/11 46/3 46/8 46/23

56/19 57/20 59/11
67/18 69/20 70/8 73/2
81/2 100/20 101/5
**saying** [19] 5/18 5/21
15/1 17/11 17/14 17/15
27/18 29/7 30/3 32/19
33/25 34/2 34/12 45/11
46/16 49/7 59/14 87/13
87/14
**says** [30] 14/15 17/25
22/7 23/11 28/14 36/12
36/20 38/16 45/17 46/5
47/9 48/23 49/3 49/11
51/1 51/4 51/16 51/24
52/2 53/6 54/17 54/21
54/25 55/2 55/4 55/7
55/10 57/12 76/2 76/4
**scaffolding** [1] 52/22
**scarred** [1] 104/2
**scattered** [1] 20/2
**scheduled** [1] 26/22
**scheme** [2] 67/9 67/11
**school** [2] 56/13 92/4
**schooler** [1] 94/10
**scope** [15] 13/4 13/7
13/11 13/20 19/15
31/20 37/20 44/23
61/13 61/23 64/19
64/24 66/1 68/13 68/19
**search** [3] 21/23
110/16 110/20
**searches** [3] 110/2
110/7 110/14
**seated** [2] 44/3 98/8
**Seattle** [3] 79/22 80/6
80/12
**second** [10] 20/21
21/16 22/2 29/9 29/24
39/9 39/12 42/14 44/20
92/12
**second-highest** [1]
92/12
**secondly** [1] 9/14
**Section** [1] 63/17
**Section 3B1.2** [1]
63/17
**secure** [1] 22/20
**secured** [2] 19/7 31/17
**security** [1] 51/10
90/22
**sedition** [3] 13/8 74/7
75/12
**seditious** [6] 4/13
44/20 47/24 66/24
81/14 100/1
**see** [20] 14/20 14/21
16/7 17/8 24/22 25/7
35/17 51/3 53/8 53/9
56/9 58/20 58/21 77/6
82/22 86/8 93/11 95/9
97/12 97/20
**seeing** [2] 36/13 76/17
**seek** [2] 72/13 72/14
102/3 109/11
**seeking** [1] 12/23
**seem** [1] 26/17
**seemed** [1] 83/18

**seeds** [3] 33/12 66/19
104/20
**seen** [4] 43/6 53/18
53/22 90/5
**self** [1] 113/7
**self-report** [1] 113/7
**selflessly** [1] 92/2
**Senate** [1] 68/2
**Senator** [1] 26/8
**send** [1] 72/21
**sends** [2] 37/5 49/16
**senior** [2] 92/10 92/16
**sense** [14] 23/10 32/20
40/6 61/1 68/19 74/10
74/21 79/18 79/18 81/3
81/14 99/10 99/13
99/25
**sent** [2] 5/24 97/19
**sentence** [20] 7/16
73/24 80/18 80/25
87/25 98/13 98/18
101/13 101/21 101/22
101/24 102/9 102/14
102/20 103/1 106/24
108/1 112/5 112/10
112/21
**sentenced** [4] 80/23
100/24 107/3 108/20
**sentences** [11] 79/16
81/8 87/24 98/23
100/22 100/23 100/25
101/18 102/3 106/18
112/19
**sentencing** [18] 1/9
3/13 7/25 8/3 8/11 8/15
8/20 8/23 20/22 27/7
36/9 79/7 83/4 98/15
99/5 100/18 106/13
108/9
**sentencings** [2] 74/5
105/6
**sentiment** [2] 78/9
81/3
**separate** [3] 8/16 8/19
38/1
**Serbia** [2] 84/3 84/4
**serious** [5] 74/10 74/15
74/19 78/17 107/9
**seriously** [1] 72/15
**seriousness** [2] 86/16
98/19 102/6
**serve** [8] 19/18 78/24
78/25 92/2 94/2 102/20
107/3 113/1
**served** [7] 87/21 88/2
92/22 93/24 101/2
103/20 107/5
**service** [4] 92/15 92/21
95/13 97/3
**services** [3] 109/17
110/21 110/24
**serving** [1] 79/2
**session** [1] 44/2
**set** [9] 7/10 9/15 27/12
28/10 40/4 80/12 88/7
98/12 98/15
**sets** [1] 105/10
**setting** [1] 24/21

settled [1] 74/25
several [2] 10/17 64/3
severe [1] 93/4
sewed [1] 77/9
shall [9] 108/6 108/21
110/7 110/24 111/1
111/17 111/24 112/2
112/6
shame [1] 97/23
share [2] 46/1 111/10
shared [1] 45/4
shares [2] 45/6 45/13
sharing [1] 46/5
Shays' [2] 100/19
100/24
Shays' Rebellion [2]
100/19 100/24
she [9] 94/12 96/4
96/13 96/17 96/19
96/21 96/21 97/19
97/20
she's [3] 78/2 96/19
97/21
shield [1] 91/3
shifted [1] 113/6
shit [3] 49/2 49/15
49/22
shocked [1] 36/4
shoot [3] 5/21 49/5
49/8
shooting [1] 29/19
shop [1] 28/11
shorn [1] 97/23
short [2] 102/3 102/20
shortly [1] 48/16
shot [2] 20/15 80/22
shots [1] 80/24
should [31] 6/21 7/17
8/7 9/25 11/10 13/9
23/8 23/14 23/18 33/8
38/7 51/2 52/4 54/10
59/8 59/21 62/13 62/14
63/20 63/25 69/20
71/14 72/1 72/4 81/9
84/1 98/23 101/10
103/3 107/8 112/11
should be [1] 7/17
shouldn't [1] 46/8
show [2] 45/3 60/15
showed [5] 21/17 26/6
32/2 82/23 87/9
shower [1] 96/21
showing [1] 39/3
shows [3] 31/14 38/5
62/16
shut [2] 50/24 97/7
sick [1] 89/13
side [1] 54/21
sighted [1] 95/9
Signal [18] 21/13 22/9
22/20 24/23 24/25 25/8
25/23 25/24 26/1 26/4
38/10 41/1 49/17 57/21
65/13 71/2 73/6 73/6
Signal app [2] 22/9
73/6
signaled [1] 65/18

significant [2] 10/14
72/20
significantly [1] 26/21
silence [1] 39/8
silent [1] 22/8
Silver [1] 92/21
similar [1] 100/12
simple [1] 19/19
simply [11] 11/23
21/13 49/20 55/14 64/2
72/1 75/20 100/7
103/12 103/20 104/20
since [4] 40/16 78/4
93/14 95/10
single [5] 33/17 64/23
65/24 77/1 106/2
sir [7] 3/12 51/5 51/14
88/19 89/19 89/23
113/15
sister [1] 94/12
sit [2] 100/8 107/20
sites [2] 27/18 109/16
sitting [5] 23/5 36/19
46/15 59/15 86/1
situation [11] 41/13
51/10 77/2 77/3 77/17
77/19 78/16 83/7 84/3
85/12 86/12
Situation Update [3]
77/2 77/3 86/12
Situation Updates [2]
77/17 77/19
six [3] 49/9 67/12
92/16
size [1] 24/22
Skype [1] 111/2
sliding [1] 31/8
slightly [3] 66/16 66/20
100/21
slow [2] 24/19 24/23
so [157]
So I think [7] 17/2
32/11 37/21 38/5 38/20
39/18 86/13
sobriety [3] 93/16 94/4
103/17
social [5] 109/13
109/13 109/15 109/16
109/16
society [1] 97/6
software [6] 110/4
110/9 110/10 110/12
111/2 111/3
soil [1] 92/24
solely [2] 11/2 81/11
solo [1] 14/8
Solzhenitsyn [2] 84/21
84/21
some [31] 4/16 12/24
12/25 19/24 20/10 21/5
22/11 23/6 25/10 30/19
32/24 34/6 42/5 42/11
54/19 57/3 65/4 73/9
74/5 77/2 78/15 79/16
80/9 85/10 94/21
100/25 100/25 102/7
104/4 104/20 107/23

somebody [7] 35/10
60/18 60/21 60/22 63/5
90/16 107/14
somehow [3] 12/18
34/6 50/2
someone [21] 31/10
35/5 45/13 52/21 60/11
60/15 61/7 63/6 75/20
76/2 76/4 81/13 82/20
83/4 86/1 88/7 89/12
93/9 101/24 103/11
107/22
something [17] 23/22
25/5 27/11 29/3 33/1
74/13 74/20 74/21 76/5
76/9 77/1 81/4 85/16
86/9 86/10 86/12
104/15
sometime [1] 26/19
sometimes [1] 74/16
somewhere [1] 32/13
soon [1] 49/6
soon.' [1] 49/8
sophisticated [1]
56/13
sophomore [1] 92/9
sorry [8] 37/17 51/12
59/7 91/9 91/12 94/23
94/25 97/25
sort [20] 22/15 27/6
32/25 37/19 39/23 44/7
46/5 47/19 48/17 48/22
54/14 59/5 60/17 63/12
76/16 81/18 85/23 87/7
87/8 99/5
Soto [1] 64/18
soul [2] 92/20 95/2
south [1] 54/21
space [1] 25/19
spayed [1] 96/5
speak [9] 48/7 58/20
58/21 79/9 88/11 88/14
88/20 91/22 98/1
Speaker [1] 12/4
speaking [1] 9/23
speaks [2] 39/23
103/22
special [3] 96/7 108/4
108/21
specializes [1] 111/3
specific [5] 15/24
22/15 22/22 64/15 73/9
102/13 104/19
specific-intent [1]
22/15
specifically [9] 13/12
15/4 15/18 21/18 33/7
44/9 67/18 102/14
102/19
specifics [1] 57/25
speech [2] 35/19 35/21
spend [3] 38/14 92/5
97/17
spent [2] 92/5 96/11
spiral [1] 93/7
spoke [6] 34/21 37/23
37/25 70/1 88/24 91/9
spoken [1] 63/12

sponsor [1] 87/20
sponsored [1] 87/20
sponsorship [1] 93/24
squad [1] 92/25
Stack [6] 42/21 42/22
43/4 43/4 71/15 71/15
Stack 1 [3] 42/21 43/4
71/15
Stack 2 [3] 42/22 43/4
71/15
stacked [1] 43/17
staging [1] 45/18
Stamey [2] 37/25
100/11
stand [4] 29/1 77/4
80/3 99/25
standing [7] 5/24
20/19 28/15 51/14 55/3
69/19 70/8
stands [4] 22/5 43/23
98/6 113/17
Star [1] 92/21
start [7] 6/3 14/6 16/21
23/21 30/21 68/11
104/12
started [10] 4/8 33/10
33/11 36/13 36/15 79/2
79/12 79/13 79/14
97/24
starting [1] 48/20
starts [1] 74/2
stash [1] 6/25
state [5] 7/20 33/22
59/17 103/4 108/13
stated [2] 7/7 10/11
statement [5] 11/25
12/3 12/7 82/2 91/21
statements [10] 4/18
6/18 7/4 10/15 11/12
13/15 27/10 78/7 94/17
95/3
STATES [15] 1/1 1/3
1/10 3/4 13/19 18/12
35/18 44/19 47/25
52/10 64/18 67/2 72/10
109/6 112/17
station [3] 86/21 86/22
88/7
status [2] 51/9 51/11
statute [4] 66/11 75/13
98/15 112/20
statutes [1] 75/4
stay [1] 37/19
staying [2] 51/13 62/7
stealing [1] 75/9
stenography [1] 2/11
step [2] 47/10 71/25
stepchildren [1] 90/10
steps [8] 18/4 19/23
36/20 52/3 53/4 54/22
65/21 70/16
Stewart [10] 14/15
14/20 19/18 24/3 24/6
24/16 34/23 45/17
51/25 95/7
Stewart Rhodes [10]
14/15 14/20 19/18 24/3
24/6 24/16 34/23 45/17

still [5] 24/11 51/22
60/13 60/14 105/4
stock [1] 87/13
stolen [1] 105/14
stood [1] 61/19
stop [13] 24/13 33/7
33/10 34/8 34/10 38/16
40/12 43/7 72/8 81/13
81/15 83/24 95/19
stopped [3] 5/22 33/9
79/1
stopping [2] 39/16
81/11
stored [1] 6/13
storing [1] 61/10
stormed [1] 84/7
storming [4] 5/6 52/21
84/9 84/14
story [1] 94/18
straight [2] 36/5 108/2
stream [1] 36/12
streamed [1] 30/14
street [3] 1/17 2/3 71/3
streets [2] 96/5 106/7
stressful [1] 88/22
strictly [1] 10/24 11/2
stronger [1] 89/13
struck [1] 36/21
structure [7] 61/13
61/23 64/20 64/24 66/1
66/2 68/16
stuff [2] 24/8 24/9
subject [2] 110/3
110/14
submission [3] 8/5
99/2 100/4
submit [3] 75/18
108/16 108/23
submitted [2] 8/10
104/6
subordinate [1] 34/24
subsection [1] 15/16
substance [4] 68/7
108/14 108/15 108/23
substantial [5] 18/20
68/12 101/9 102/21
107/9
substantive [1] 66/8
such [5] 12/7 109/19
109/23 111/2 111/25
suffer [1] 93/3
suffered [1] 93/2
sufficient [5] 10/4 88/6
88/8 98/14 102/18
suggest [1] 104/13
suggested [2] 4/10
49/24
suggests [1] 60/11
suicidal [2] 79/4 95/17
Suite [1] 2/3
summary [2] 9/12 9/12
summation [1] 6/19
summing [1] 23/3
supervise [1] 20/25
supervised [3] 107/4
107/6 111/13
supervising [1] 21/5

**supervision [5]** 108/6 108/11 108/17 110/18 111/11
**supervisor [1]** 20/11
**supervisors [1]** 64/9
**supplements [1]** 96/8
**supplies [1]** 45/19
**support [7]** 4/15 4/25 5/8 7/5 52/15 77/15 78/15
**supported [3]** 71/16 82/16 85/4
**supporter [2]** 76/18 85/5
**supports [1]** 35/12
**suppose [3]** 4/16 34/4 105/20
**supposed [1]** 67/5
**supposition [3]** 82/14 82/18 82/19
**Supreme [2]** 47/3 106/3
**Supreme Court [2]** 47/3 106/3
**sure [12]** 8/21 12/2 28/17 35/8 35/11 40/16 47/4 58/22 85/20 104/17 106/7 106/8
**surplus [1]** 10/20
**surprise [6]** 17/19 17/25 18/17 23/9 31/5 54/10
**surrounded [1]** 70/19
**surveil [1]** 19/21
**surveilled [1]** 19/19
**surveils [2]** 17/16 17/16
**suspicion [1]** 110/17
**switched [1]** 25/9
**sword [2]** 37/16 71/10
**swords [1]** 39/24
**sworn [1]** 97/7
**synopsis [1]** 72/3
**system [5]** 69/14 72/15 80/2 81/23 106/5
**systems [1]** 110/25

**T**

**table [2]** 47/13 96/20
**tablets [1]** 111/4
**take [19]** 11/24 17/5 26/23 34/18 45/12 56/11 69/3 82/19 84/1 91/8 93/8 96/10 98/3 105/23 106/4 106/6 106/6 106/21 113/15
**taken [15]** 7/4 29/25 30/7 31/17 31/23 53/15 55/1 70/5 70/5 74/6 79/22 79/24 101/4 101/17 107/18
**takes [2]** 72/15 89/7
**taking [9]** 14/22 33/20 48/1 53/10 54/9 75/25 80/1 87/23 93/24
**talk [7]** 9/21 30/9 49/17 50/7 102/21 103/8

**talked [7]** 10/15 14/4 71/2 74/9 74/24 75/1 84/3
**talking [15]** 16/22 19/8 19/9 26/18 32/1 32/22 33/15 48/11 48/14 48/20 49/14 54/8 59/13 83/19 83/21
**tally [1]** 77/3
**tantamount [1]** 67/1
**tape [4]** 12/10 12/14 12/15 12/17
**targeted [1]** 87/25
**tattooed [1]** 97/24
**taunt [5]** 14/12 15/22 15/23 17/12 47/15
**taxi [1]** 19/9
**taxpayer [1]** 97/9
**tear [1]** 31/12
**tear gas [1]** 31/12
**tearfully [1]** 97/1
**technical [1]** 45/19
**teenaged [1]** 94/10
**telecommunications [1]** 111/1
**tell [5]** 18/5 18/5 49/4 49/11 95/25
**telling [5]** 22/19 49/9 49/10 78/13 93/10
**temporary [1]** 86/3
**ten [1]** 98/3
**tend [1]** 12/13
**term [6]** 27/25 61/1 107/2 107/3 107/5 108/2
**termination [1]** 112/8
**terms [23]** 7/20 13/1 15/6 18/10 19/15 21/12 22/3 31/19 34/14 39/16 42/14 62/6 62/14 66/10 66/10 78/20 86/13 98/11 100/20 101/19 101/20 107/1 112/23
**terribly [1]** 99/17
**terror [2]** 72/13 72/23
**terrorism [1]** 66/5
**terrorist [3]** 97/5 109/1 109/9
**test [2]** 73/22 108/16
**testament [1]** 103/14
**testified [2]** 41/19 85/22
**testify [1]** 62/25
**testifying [1]** 85/24
**testimony [13]** 9/13 11/6 24/18 28/18 31/2 50/11 50/15 50/17 62/24 63/1 65/11 82/4 82/11
**testing [1]** 108/23
**tests [1]** 108/17
**Texas [5]** 19/23 52/2 65/21 77/5 106/4
**text [2]** 25/14 26/3
**text-message [1]** 26/3
**texting [1]** 25/25
**texts [2]** 37/5 43/11

**than [23]** 14/7 15/13 15/17 15/21 15/23 17/11 22/12 28/24 30/10 41/20 42/4 47/15 53/21 56/14 62/24 63/9 66/21 72/16 76/11 79/8 80/25 87/5 89/14 93/3 97/17 98/14 99/11 108/2
**thank [21]** 8/24 13/6 23/15 42/25 69/5 69/11 72/24 73/18 88/20 88/21 89/19 89/20 89/21 91/7 91/13 91/14 91/15 91/20 93/17 97/25 98/2
**thank you [21]** 8/24 13/6 23/15 42/25 69/5 69/11 72/24 73/18 88/20 88/21 89/19 89/21 91/14 91/15 91/20 93/17 97/25 98/2
**Thanks [1]** 43/22
**that [693]**
**that case [1]** 101/14
**that is [1]** 97/21
**that'll [1]** 112/21
**that's [43]** 6/11 7/14 7/17 8/18 16/18 20/21 21/16 26/10 28/13 30/1 31/13 34/2 36/4 36/24 38/18 41/15 42/11 43/3 48/24 49/3 49/6 50/6 50/6 50/20 56/16 65/13 67/13 69/2 69/12 74/17 76/15 78/3 83/17 85/18 86/12 90/7 98/13 100/13 102/25 105/4 106/23 112/18 112/19
**theft [1]** 75/8
**their [33]** 4/6 6/14 10/10 14/22 21/19 28/12 29/24 29/25 40/6 43/16 44/22 52/15 53/10 53/14 54/9 59/2 71/18 74/20 74/21 76/1 79/4 80/7 81/6 82/13 84/15 84/16 94/3 95/14 102/24 103/22 105/7 105/8 106/20
**them [32]** 7/2 12/25 15/19 31/5 31/9 31/9 33/24 36/23 43/13 43/17 43/17 45/21 49/9 55/16 55/17 56/15 57/6 59/12 59/12 60/24 65/4 62/13 85/11 94/10 96/5 96/5 96/6 96/7 96/9 97/10 100/25 105/18
**themselves [2]** 45/20 82/25
**then [65]** 3/22 3/25 4/2 4/5 4/6 5/18 7/21 8/4 8/5 10/2 12/19 14/14 15/1 16/20 16/23 17/23 18/13 18/16 22/11 22/22 24/6 26/3 29/21

**35/19 36/13 36/14 36/19 38/12 38/15 38/17 38/18 39/1 44/5 45/9 45/12 45/13 45/15 48/5 49/2 49/3 49/14 50/6 50/9 52/1 52/24 53/17 54/14 55/10 57/21 65/17 66/22 70/3 70/25 71/21 88/15 92/10 94/9 97/21 99/25 101/3 103/3 104/10
**theory [4]** 7/5 7/7 30/23 30/25
**there [105]** 4/11 4/11 4/11 5/11 7/1 7/4 8/1 8/5 8/7 8/16 10/4 10/20 11/5 11/5 12/13 12/15 15/2 15/17 19/3 19/7 19/14 23/20 24/7 25/7 26/22 28/15 28/16 28/23 30/2 30/11 31/11 32/4 32/9 32/20 33/16 35/8 35/24 38/4 38/12 38/15 38/18 40/10 40/12 41/23 41/24 43/9 46/22 46/2 46/24 47/2 47/6 47/13 47/16 53/13 56/5 56/21 57/8 57/9 57/13 58/3 58/3 58/21 58/22 59/11 62/2 62/16 62/19 63/2 64/22 65/3 65/6 67/24 68/15 69/20 69/21 70/25 71/7 71/11 72/9 72/18 73/9 74/10 75/8 75/20 76/16 76/19 79/18 80/8 80/9 82/1 83/8 85/10 85/12 86/2 86/11 90/4 90/10 91/1 91/24 95/3 95/17 101/1 104/22 110/11 112/22
**there's [50]** 6/19 6/19 7/23 7/24 8/19 10/2 10/14 11/19 11/22 11/25 12/8 12/8 12/19 17/18 17/24 24/21 32/3 33/17 34/6 34/15 35/10 35/11 37/6 38/2 43/10 48/8 48/23 53/1 58/4 60/7 60/9 62/23 65/22 80/4 80/11 80/20 80/24 83/2 83/2 83/16 83/16 83/16 100/6 104/18 105/9 105/11 105/14 105/18 110/17 113/8
**thereafter [2]** 48/16 108/17
**therefore [2]** 53/25 111/16
**therein [1]** 73/6
**these [37]** 3/9 5/6 14/24 17/18 24/25 27/17 29/11 29/15 30/19 30/22 31/3 32/21 33/1 34/22 39/7 42/20 46/15 48/9 48/17 49/17 49/23 52/8 53/22 58/17 70/16 72/15 75/2 78/6

**79/15 84/22 86/14 87/7 102/7 106/13 106/18 110/7 110/13
**they [129]**
**they'll [1]** 103/5
**they're [7]** 26/18 38/1 43/5 46/25 47/9 56/10 100/9
**they've [5]** 7/7 14/22 53/10 81/15 82/17
**thief [1]** 84/12
**thing [5]** 20/16 25/1 36/4 87/23 94/15
**things [29]** 16/15 24/1 25/16 26/8 30/17 32/8 32/17 32/21 33/11 34/9 39/24 45/12 45/24 47/21 53/2 54/9 55/19 74/12 74/13 75/14 75/14 80/2 82/15 83/3 84/2 90/7 99/7 99/25 103/13
**think [88]** 7/8 7/9 7/17 10/4 15/11 15/12 15/17 16/15 17/2 17/8 21/9 22/23 23/20 24/6 26/9 28/5 29/2 29/5 31/10 31/14 31/25 32/11 32/18 33/4 33/12 34/15 35/12 37/8 37/21 37/21 38/5 38/7 38/20 39/2 39/18 39/21 41/13 42/23 42/23 43/3 43/11 43/12 43/14 47/6 48/19 52/16 56/3 56/8 57/16 59/1 59/14 60/20 61/20 62/16 62/23 65/22 66/3 66/11 66/14 66/15 68/11 68/12 72/25 73/3 73/4 75/25 76/15 81/9 81/19 83/25 84/11 84/17 85/19 86/13 87/8 88/8 90/13 99/24 100/1 102/9 102/10 102/18 103/22 104/12 105/5 106/13 107/13 107/23
**thinks [2]** 29/6 30/15
**third [4]** 19/4 19/6 70/4 79/25
**third-party [1]** 96/1
**this [143]**
**thoroughly [1]** 87/15
**those [64]** 4/5 4/18 5/7 6/18 7/15 9/16 9/17 10/9 11/9 12/24 16/24 17/1 18/17 19/1 19/14 20/17 20/17 21/7 21/8 21/9 22/25 23/14 25/18 29/21 30/17 33/23 34/2 34/9 37/5 45/5 46/18 46/21 47/18 48/3 48/14 53/18 56/5 59/22 61/11 63/7 65/10 68/4 74/13 76/15 76/25 77/2 77/19 81/16 83/5 84/13 86/8 87/15 87/18 92/14 93/20 94/9 99/11 99/21 99/22 99/23 100/15

**T**

those... [3] 100/21 100/25 108/10
though [6] 22/4 65/23 71/13 80/16 80/17 80/17
thought [14] 25/23 33/8 39/9 39/12 56/10 59/2 76/13 76/18 76/19 83/7 84/24 85/16 86/7 95/7
thoughts [3] 18/6 40/15 79/4
thousands [1] 72/11
threat [3] 47/4 67/22 107/10
threatening [3] 18/10 18/18 67/15
threatens [2] 18/11 18/12
threats [2] 67/24 72/15
three [6] 5/11 13/8 61/20 66/7 91/24 92/9
through [18] 9/13 9/15 11/16 34/6 40/1 40/2 45/2 52/8 52/16 55/12 78/2 78/3 78/21 79/1 93/24 94/1 94/19 94/24
throughout [3] 6/20 7/13 81/20
throw [1] 26/23
thrust [1] 7/6
thwart [1] 78/8
thwarted [4] 75/22 76/5 77/15 78/13
ticked [1] 71/5
tie [1] 73/15
till [1] 49/25
time [37] 19/5 20/1 21/23 24/8 25/12 31/2 31/13 31/22 31/24 36/22 38/21 49/16 53/1 55/21 56/9 57/14 75/5 75/5 76/18 77/9 77/21 79/5 81/2 83/20 85/4 85/4 87/14 88/2 91/7 91/13 91/22 92/11 96/17 101/2 110/20 111/25 113/9
timeline [3] 13/24 22/12 70/3
times [9] 30/5 34/22 80/22 92/9 92/10 96/14 96/19 106/15 106/16
timing [2] 22/4 22/25
tinder [1] 27/11
tired [1] 96/13
title [1] 102/6
titled [1] 114/4
today [10] 9/18 48/23 49/4 49/5 49/12 49/14 88/20 91/21 98/1 102/17
Todd [1] 58/24
Todd Kandaris [1] 58/24
together [4] 8/14 40/6 50/13 89/16

took [6] 50/20 80/5 81/6 87/14 90/10 91/10
26/17 27/14 31/11 48/23 58/7 85/17 87/11 96/19
too [5] 49/6 49/8 56/11 96/13 96/16
top [3] 19/17 24/23 75/21
total [2] 68/24 108/5
totality [2] 7/12 33/13
totally [1] 30/23
totes [3] 46/19 46/21 71/11
touched [4] 28/4 28/11 57/12 58/12
touting [1] 45/10
toward [3] 16/21 16/25 100/18
track [1] 65/12
traditional [1] 61/1
tragedy [1] 78/11
trained [1] 29/20
training [2] 92/7 98/22
traitor [1] 97/4
traits [3] 78/12 83/5 85/1
transaction [1] 64/23
transcript [3] 1/9 2/11 114/3
transcription [1] 2/12
transfer [11] 6/17 10/7 11/11 32/9 33/5 33/6 33/8 52/9 57/1 67/21 83/25
transpiring [2] 58/25 65/12
transportation [3] 6/8 6/10 42/18
transporting [3] 11/3 45/20 61/10
trapped [1] 80/14
travel [1] 72/11
traveled [1] 58/19
treason [1] 66/25
treated [1] 100/21
treating [1] 24/1
treatment [2] 112/6 112/8
trial [13] 7/13 8/16 8/17 21/17 27/16 28/18 28/19 31/1 36/4 62/25 78/21 101/9 107/20
trials [1] 9/9
tried [9] 19/22 29/19 36/25 71/24 80/12 81/7 81/15 94/14 95/4
trip [2] 20/1 57/5
trouble [1] 97/12
trounced [1] 84/5
Troy [2] 1/15 3/5
Troy Edwards [1] 3/5
truck [14] 20/21 28/15 34/13 34/18 35/6 35/10 35/11 35/14 35/19 36/3 36/12 38/25 52/24 53/1
trucks [7] 16/22 20/20

true [6] 47/6 73/19 82/17 100/8 100/20 103/2
54/18
truly [3] 73/22 97/25 104/2
Trump [11] 14/20 49/1 49/18 53/8 77/7 77/20 77/22 77/23 77/23 86/11 87/11
Trump's [1] 77/4
trust [2] 87/16 90/17
trusted [1] 93/9
trusting [1] 87/12
truth [3] 27/7 36/10 78/13
try [4] 33/10 34/7 92/5 105/19
trying [15] 11/17 12/18 18/3 25/6 25/7 25/18 26/10 32/5 34/10 36/6 53/14 81/13 83/14 83/21 94/6
tubes [1] 93/11
turn [3] 13/3 44/5 69/8
turned [1] 37/3
turning [1] 80/7
twice [2] 41/20 92/9
twisting [1] 78/12
two [38] 15/10 16/6 16/15 16/22 19/16 20/20 21/8 22/10 22/11 23/24 23/24 23/25 24/14 25/2 29/1 34/18 36/20 37/11 38/1 47/21 50/14 54/18 55/7 57/13 68/22 72/16 73/11 73/7 73/11 82/24 83/1 99/7 107/15 108/17
two-level [2] 60/4 73/1
type [2] 15/24 15/25
types [1] 98/23

**U**

U.S [6] 1/16 63/13 63/19 111/18 111/22 112/4
U.S. [1] 111/10
U.S. Attorney's Office [1] 111/10
U.S.A. [2] 80/15 80/21
U.S.A. v. B-o-a-m-p-o-n-g [1] 80/21
U.S.A. v. David-Pitts [1] 80/15
U.S.C. [1] 98/13
Uber [1] 19/8
ultimate [4] 5/12 7/16 46/10 101/20
ultimately [8] 10/12 52/1 61/25 62/6 62/7 67/8 67/13 103/3
unannounced [1] 110/2
under [16] 21/9 21/13

61/2 61/8 66/25 67/7 68/23 74/2 93/22 94/11 107/24 112/17
underestimate [1] 71/14
undermine [1] 101/23
undermined [1] 95/8
understand [8] 13/24 29/6 74/6 88/4 95/17 103/6 104/25 113/5
understanding [6] 16/10 17/9 31/20 56/24 64/19 68/15
understood [11] 54/11 54/23 61/13 61/23 61/24 62/1 63/1 65/2 66/1 85/20 103/2
undertaken [1] 4/3 44/23 64/4
undo [1] 106/10
undoubtedly [1] 53/20
unemployed [1] 95/16
unfair [1] 104/14
unfolded [1] 11/21
unfortunately [1] 75/21
unique [1] 6/24
UNITED [15] 1/1 1/3 1/10 3/4 13/19 18/12 35/18 44/19 47/25 52/10 64/18 67/2 72/10 109/6 112/17
United States [11] 13/19 18/12 35/18 44/19 47/25 52/10 64/18 67/2 72/10 109/6 112/17
United States of [1] 3/4
universal [1] 76/15
unknown [3] 71/11 109/1 109/2
unlawful [2] 5/15 108/15
unlawfully [1] 108/14
unless [1] 48/15
unlike [2] 19/24 58/9
unloaded [1] 46/17
unplanned [1] 36/18
unprecedented [1] 70/21
unrelated [1] 29/8
unreliable [1] 12/6
until [11] 11/13 18/21 22/2 26/19 38/4 72/7 73/7 77/5 79/1 94/12 111/25
unusual [2] 39/22 42/5
unwarranted [2] 79/7 98/24
up [36] 5/17 10/24 14/11 18/4 19/22 20/1 23/3 24/11 25/4 26/20 28/10 32/6 37/3 37/15 38/12 38/15 38/17 38/21 38/23 40/16 46/15 46/17 50/25 52/5

55/9 1/59/2 71/25
77/14 77/20 82/23 84/20 86/10 87/7 88/18 105/24
Update [3] 77/2 77/3 86/12
Updates [2] 77/17 77/19
upheaval [1] 81/3
upheld [1] 32/21
upon [1] 9/19 11/10 16/10 58/1 62/12 62/21 78/15 79/3 92/18 105/2 112/7
upset [7] 41/6 41/10 41/11 58/8 75/20 76/6 81/23
upshot [1] 103/6
upward [3] 20/23 21/10 38/22
us [7] 51/2 55/5 55/25 68/24 89/3 89/14 104/2
usdoj.gov [2] 1/19 1/20
use [25] 6/11 6/13 6/16 11/11 16/14 22/10 23/6 34/9 35/7 48/15 52/7 56/24 56/25 59/12 62/21 66/9 67/19 108/15 109/12 109/21 109/22 110/13 110/21 110/24 111/1
used [9] 6/14 15/10 21/17 25/8 25/9 25/17 27/25 58/19 64/22
using [9] 15/13 16/17 16/17 24/4 24/13 24/17 32/17 50/24 67/20
uttering [1] 48/10

**V**

v. [2] 80/15 80/21
VALLEJO [183]
Vallejo's [19] 12/20 13/7 13/13 13/23 21/24 22/3 27/13 34/10 50/10 50/25 62/11 62/25 66/17 75/16 88/10 99/8 99/15 100/1 104/13
van [1] 31/8
various [2] 44/13 102/24
versus [5] 3/4 32/15 63/13 63/19 64/18
very [33] 7/5 10/1 12/5 19/5 19/25 22/12 24/19 25/12 27/3 30/18 31/24 36/11 36/18 36/18 43/3 47/11 53/20 56/12 57/14 58/6 76/8 81/20 81/24 83/5 83/17 87/12 88/22 89/7 89/20 102/6 103/16 106/18 106/21
veterans [9] 46/25 79/4 95/13 95/14 95/15 95/16 95/17 95/18 103/25
victim [2] 67/8 94/16

**V**

**victims** [1] 105/6
**video** [5] 25/14 32/2 38/2 46/20 109/20
**videos** [1] 32/7
**view** [9] 16/2 30/18 50/10 58/17 59/18 109/12 109/18 109/22 113/8
**viewed** [2] 29/2 107/8
**views** [2] 20/13 27/3
**vigor** [1] 4/20
**violation** [2] 110/17 110/19
**violations** [1] 113/8
**violence** [41] 10/6 10/7 13/13 15/23 15/24 16/1 16/5 16/14 16/18 17/4 17/5 17/9 17/20 17/22 18/5 18/15 18/17 23/4 23/7 23/12 27/24 32/8 42/4 49/12 52/13 52/19 53/12 54/5 54/8 63/3 69/13 69/25 71/14 72/10 75/1 76/4 78/7 87/22 90/21 109/5 109/21
**violent** [10] 27/19 38/12 51/17 89/4 90/5 99/4 99/9 99/13 99/17 109/4
**violently** [2] 86/5 101/25
**virtually** [1] 37/22
**vis** [2] 64/10 64/10
**vis-à-vis** [1] 64/10
**vision** [2] 29/23 75/11
**vocational** [1] 98/22
**voice** [4] 85/13 88/25 91/23 111/4
**volume** [1] 11/7
**volunteer** [3] 85/25 89/6 92/24
**vote** [1] 5/5
**vs** [1] 1/5

**W**

**waging** [1] 67/1
**wait** [1] 58/10
**waiting** [9] 6/24 6/25 33/16 34/12 34/13 50/15 51/25 56/6 82/22
**waives** [1] 111/16
**waking** [1] 92/6
**walks** [1] 38/17
**want** [13] 4/8 8/21 30/5 30/20 33/7 35/24 39/22 47/4 76/9 82/24 85/20 91/24 93/17
**wanted** [17] 12/25 20/3 29/14 29/15 35/2 35/3 72/2 76/18 77/15 77/15 82/15 82/19 86/8 86/9 92/25 95/5 95/8
**wanting** [3] 81/4 83/18 95/19
**war** [40] 5/1 6/7 13/16 13/16 14/5 15/2 15/15

17/19 17/20 17/21 17/22 18/12 19/20 19/21 23/6 23/7 23/12 23/12 27/10 27/15 27/22 27/23 27/25 42/4 48/24 48/25 51/6 59/17 67/1 69/18 70/2 70/12 70/17 72/10 75/5 92/21
**warfare** [1] 71/4
**warn** [1] 110/13
**warrant** [1] 21/23
**warranted** [2] 20/24 21/10
**warrants** [1] 66/20
**Warren** [2] 88/13 89/24
**wars** [1] 27/24
**was** [349]
**Washington** [13] 1/5 1/17 2/4 2/10 28/23 35/18 45/15 46/13 48/11 48/13 62/6 65/4 85/6
**wasn't** [18] 23/23 23/24 24/14 26/19 31/15 35/21 56/4 57/9 58/20 70/9 73/2 75/23 77/14 82/5 83/19 83/19 86/10 104/20
**watch** [2] 35/19 56/18
**watched** [3] 30/4 36/14 57/6
**watching** [1] 35/25
**water** [1] 91/1
**waterways** [1] 50/24
**Watkins** [7] 16/5 17/3 17/6 32/15 44/14 66/15 68/1
**way** [24] 7/9 11/23 30/5 33/16 36/23 39/23 48/8 52/1 53/14 57/23 58/18 58/20 72/14 74/17 78/11 78/19 79/18 87/7 89/4 94/12 94/21 101/10 105/25 106/15
**ways** [7] 18/18 39/2 74/11 74/14 79/2 95/10 104/2
**we** [85] 4/8 4/9 7/18 13/3 13/23 17/14 18/11 18/13 19/3 19/20 20/5 20/6 20/22 21/9 22/1 22/17 22/23 23/9 23/11 23/14 23/18 23/21 23/22 26/7 26/8 26/8 27/1 27/25 28/2 28/2 28/7 29/8 30/17 31/2 32/1 32/15 32/24 33/4 35/1 35/6 35/24 36/2 36/12 36/13 36/13 36/14 36/16 43/3 45/17 45/18 46/14 46/17 46/20 47/7 48/7 48/17 49/17 50/11 51/5 52/3 52/4 57/23 58/7 58/17 69/3 69/3 69/14 70/12 70/24 71/13 72/17

82/21 83/10 83/23 84/11 88/24 89/1 89/15 96/6 101/15 103/3
**We are** [1] 70/12
**we believe** [2] 23/14 32/1
**we will** [2] 22/17 49/17
**we'll** [11] 3/19 7/21 9/21 12/21 13/4 45/12 50/7 51/2 69/8 102/21 113/2
**we're** [57] 3/13 27/11 32/3 34/1 35/23 38/16 48/6 72/16 73/23 83/3 48/5 72/16 73/23 101/4
**we've** [5] 42/1 42/2 82/17 96/23 101/4
**wealth** [2] 21/14 22/21
**weapons** [47] 4/14 4/24 7/1 11/3 11/7 11/7 11/9 18/25 19/1 21/7 21/9 29/1 30/25 36/22 39/7 42/10 43/8 43/12 43/17 46/3 46/18 48/13 48/15 50/3 54/20 55/17 56/11 56/14 58/24 59/9 59/11 59/11 62/2 62/12 62/21 65/5 65/7 66/19 67/19 67/20 71/7 71/16 71/17 71/19 82/16 100/8 100/9
**wearing** [2] 12/10 12/14
**Wednesday** [1] 94/16
**week** [1] 79/11
**weekend** [1] 25/19
**weeks** [4] 10/8 38/10 40/8 48/5
**weighed** [1] 96/12
**weighty** [1] 74/5
**welfare** [2] 88/23 90/22
**well** [27] 7/13 9/20 13/4 15/19 16/15 16/18 20/13 20/15 22/2 24/10 37/10 41/21 47/21 47/25 48/20 49/8 50/1 50/4 51/5 52/9 53/20 60/7 68/5 86/18 88/24 96/22 108/7
**well-being** [1] 88/24
**well-fed** [1] 96/22
**went** [32] 14/5 14/25 18/16 24/20 27/16 29/18 30/13 30/15 31/25 34/12 35/13 36/17 39/1 39/8 39/15 39/19 43/14 77/5 77/6 77/25 78/2 78/4 83/1 85/8 85/12 87/10 92/4 93/4 94/21 95/2 96/14 101/24
**were** [107] 4/11 5/6 6/12 6/16 10/22 11/5 11/5 11/17 12/3 12/4 12/5 13/10 15/19 15/21 17/11 18/14 18/15 19/14 22/19 23/5 23/13 25/25 26/13 27/11

28/16 29/21 31/9 31/11 31/11 32/9 34/9 36/6 36/15 36/16 40/5 40/7 41/13 42/10 43/17 44/12 44/22 48/12 48/15 50/13 50/14 50/15 50/15 50/18 50/18 50/19 50/23 50/24 52/18 54/1 54/3 54/7 54/7 54/15 54/24 56/5 57/14 58/7 59/7 61/10 64/10 64/10 65/3 65/9 68/2 70/14 70/20 71/16 75/7 77/10 77/19 77/21 78/14 79/15 79/16 79/16 79/18 79/25 80/9 81/23 82/4 82/22 83/11 84/10 84/11 84/16 86/11 89/1 91/4 100/12 100/21 100/23 100/16 100/25 100/25 101/1 101/1 104/6 105/4 105/10 105/17
**weren't** [6] 79/12 80/8 100/22 101/3 101/15 105/1
**what** [162]
**what the** [1] 7/16
**what's** [3] 33/24 35/16 55/21
**what-ifs** [2] 82/1 83/2
**whatever** [4] 6/16 28/14 32/12 95/8
**when** [43] 5/6 7/1 12/6 15/15 17/13 17/23 18/2 20/6 24/22 26/16 26/20 26/21 28/12 28/14 29/7 30/3 32/20 35/13 36/4 38/4 38/13 41/24 43/4 47/2 51/4 51/8 55/23 59/14 79/15 83/13 85/20 86/7 88/23 89/5 91/10 92/4 93/2 96/20 97/10 100/9 102/1 105/24 110/16
**where** [30] 5/11 18/11 19/6 20/2 22/13 23/11 24/21 27/18 27/20 37/6 38/16 38/21 45/18 60/18 73/20 73/21 77/4 78/18 79/23 80/2 80/21 81/21 83/7 97/2 98/9 99/25 104/12 105/4 107/7 111/13
**whether** [10] 12/20 15/24 25/22 53/18 59/8 63/14 105/1 110/8 110/9 110/11
**which** [55] 4/9 4/10 4/12 7/10 7/18 8/3 8/6 10/18 10/21 14/1 14/3 15/1 16/1 17/4 17/20 20/22 25/16 30/24 36/21 37/4 44/20 46/2 46/11 47/24 48/1 49/17 52/2 55/18 59/20 61/5 61/12 61/14 61/15

61/25 62/3 62/19 63/15 66/7 66/7 66/8 69/24 73/23 75/15 76/23 78/11 81/6 96/2 96/14 99/22 99/22 104/13 107/5 107/24 111/12 112/3
**while** [11] 7/3 12/4 15/10 50/3 53/19 55/19 58/25 80/13 102/8 108/6 108/11
**White** [1] 10/19
**White House** [1] 10/19
**who** [91] 5/20 11/17 14/6 14/11 15/21 16/25 16/25 17/17 18/15 19/14 19/24 20/18 20/24 21/1 26/14 28/3 28/7 29/12 29/18 29/24 30/10 30/11 31/7 34/22 35/17 39/6 39/11 39/19 39/21 40/1 40/7 44/12 46/24 47/14 48/12 54/7 56/5 60/11 60/21 61/6 61/7 61/24 63/6 63/6 63/7 63/9 64/23 64/24 65/3 68/2 70/14 70/20 72/9 74/19 75/20 76/2 76/4 76/15 76/22 77/21 78/2 78/12 80/5 80/12 81/15 82/24 83/5 83/14 83/22 86/7 87/18 87/21 87/22 88/7 88/18 93/20 94/5 95/4 100/15 101/1 101/24 102/1 103/11 103/23 104/1 104/1 107/22 109/3 109/5 109/20 110/13
**who's** [7] 7/1 60/22 60/23 60/24 83/4 86/1 107/15
**whole** [7] 25/12 38/21 79/21 85/2 85/3 85/15 106/22
**whole life** [1] 85/15
**whom** [1] 94/5
**whomever** [1] 55/8
**whose** [6] 29/20 44/18 61/9 63/10 74/20 107/22
**why** [27] 12/2 12/5 13/3 20/8 24/11 29/6 35/9 36/5 36/23 36/24 41/10 41/10 45/7 48/14 52/16 54/7 56/7 56/21 59/6 67/18 69/3 69/16 73/3 73/23 85/24 107/7 107/24
**wife** [9] 78/2 88/10 90/11 90/18 95/21 96/8 96/24 97/3 97/13
**Wilkes** [1] 84/22
**will** [35] 4/6 22/17 47/14 49/17 55/11 66/22 68/3 68/21 68/22 72/22 74/13 75/22 76/8 76/23 77/14 77/16 78/8 82/8 83/12 83/12 88/15

**W**

**will... [14]** 95/11 97/11 97/12 97/20 101/19 106/16 107/5 107/6 108/19 110/20 111/11 111/14 113/4 113/5
**William [3]** 2/7 114/2 114/8
**willing [7]** 6/13 72/18 83/24 86/11 89/5 90/3 93/21
**willingness [2]** 92/2 105/23
**win [1]** 104/16
**wind [1]** 20/2
**windows [2]** 32/17 83/15
**wing [1]** 77/21
**winner [1]** 86/8
**wish [6]** 72/9 95/2 95/6 109/12 112/11 113/15
**wished [1]** 70/23
**within [10]** 13/11 13/20 16/18 44/22 44/23 64/9 66/2 108/16 111/23 112/11
**without [9]** 4/13 37/9 40/1 42/20 87/21 96/14 109/6 111/5 112/14
**witness [3]** 28/14 35/23 36/8
**witnesses [1]** 39/5
**women [2]** 17/17 70/14
**won [4]** 75/10 81/10 84/5 84/15
**wonderful [1]** 94/5
**wondering [1]** 79/15
**word [5]** 5/25 16/23 55/3 69/20 70/8
**words [23]** 10/10 16/8 18/11 22/8 27/13 41/13 46/14 46/15 47/18 48/3 48/9 48/17 49/21 49/23 58/18 65/10 69/19 70/24 71/9 72/3 89/20 91/15 91/22
**work [8]** 68/17 83/1 95/20 95/23 96/13 96/21 103/25 105/25
**workforce [1]** 95/23
**working [1]** 94/20
**works [1]** 96/17
**world [1]** 97/8
**world' [2]** 47/16 51/19
**worried [2]** 33/2 33/3
**worry [2]** 88/23 89/12
**worse [2]** 69/15 72/19
**worthy [1]** 103/12
**would [114]** 7/4 8/22 10/9 11/14 11/21 12/2 12/6 15/2 15/7 15/9 15/12 16/7 16/12 16/13 20/20 22/14 22/16 22/21 23/21 24/15 25/5 26/13 27/7 27/21 28/5 31/1 31/7 31/10 31/11 31/21 33/3 33/9 34/7 34/8 34/9 35/8 35/9

40/3 40/10 40/14 41/25 42/2 42/12 42/20 42/21 43/11 44/13 45/9 46/8 48/14 48/19 52/3 52/12 53/21 53/23 54/1 54/11 54/12 54/23 56/11 56/13 57/25 59/18 59/19 59/19 60/13 63/2 63/2 63/4 65/3 65/7 65/7 65/12 66/1 67/12 74/16 74/19 74/20 75/18 76/19 80/14 81/6 83/1 87/17 88/8 88/10 88/14 88/15 88/18 90/13 90/25 91/2 91/3 91/8 94/19 95/5 97/15 101/12 101/13 101/23 102/15 102/15 102/16 104/15 105/25 107/14 107/15 107/23 112/22 112/25
**wouldn't [8]** 29/25 45/14 48/7 71/8 84/6 84/15 86/2 106/2
**wound [2]** 37/3 38/23
**wound up [1]** 38/23
**wreaked [1]** 90/24
**wrecked [1]** 90/24
**writes [5]** 52/24 53/15 55/24 57/4 57/8
**writing [1]** 56/14
**written [1]** 99/2 100/3
**wrong [7]** 28/8 75/25 83/9 84/14 87/23 95/9 106/1
**wrong-sighted [1]** 95/9
**wrote [1]** 52/21

**Y**

**Yale [1]** 56/13
**Yale Law School [1]** 56/13
**year [15]** 80/25 81/20 89/2 92/8 92/9 92/10 92/11 92/16 93/18 94/4 95/21 96/1 96/25 97/11 97/17
**years [18]** 41/18 67/13 72/16 80/23 87/20 90/1 92/14 93/15 93/23 94/13 95/22 96/4 101/8 103/17 103/21 103/21 107/15 107/20
**yes [9]** 3/15 3/17 8/17 9/4 20/8 20/12 40/22 78/17 99/13
**yesterday [1]** 4/10
**yet [7]** 19/7 31/23 49/5 49/8 51/22 58/24 101/19
**you [225]**
**you know [1]** 34/14
**you' [1]** 48/23
**you'd [1]** 91/17
**you'll [3]** 106/25 108/4 111/13

105/24
**you've [5]** 26/16 91/22 103/19 107/13 107/17
**young [2]** 70/14 103/16
**your [48]** 3/2 3/15 3/17 8/12 8/17 9/4 13/6 20/10 22/17 23/17 24/22 24/22 30/6 35/10 40/12 40/14 69/11 69/21 71/8 73/18 80/4 80/11 89/20 89/22 91/3 91/5 91/7 91/7 91/13 91/13 91/15 94/8 95/25 96/24 97/23 103/14 103/15 103/24 105/2 105/10 107/15 107/18 108/11 109/14 110/22 112/9 113/12 113/13
**your Honor [22]** 3/2 3/15 3/17 8/12 9/4 13/6 20/10 22/17 23/17 40/12 40/14 69/11 73/18 80/4 80/11 89/22 91/7 94/8 96/24 97/23 113/12 113/13
**Your Honor's [1]** 71/8
**yourself [1]** 103/19
**youth [1]** 101/11

**Z**

**Zaremba [3]** 2/7 114/2 114/8
**Zimmerman [3]** 31/4 31/6
**zone [2]** 79/23 79/24