```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )   CR No. 22-15-2
                                )   Washington, D.C.
     vs.                        )   April 22, 2022
                                )   8:41 a.m.
KELLY MEGGS,                    )
                                )
        Defendant.              )
_____)

       TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:              Jeffrey S. Nestler
                                 U.S. ATTORNEY'S OFFICE
                                 601 D Street, NW
                                 Washington, D.C. 20579
                                 (202) 252-7277
                                 Email:
                                 jeffrey.nestler@usdoj.gov

For Defendant
Kelly Meggs:                     Jonathon Alden Moseley
                                 JONATHON MOSELEY
                                 ATTORNEY AT LAW
                                 601 Baffie Avenue
                                 Winter Park, FL 32789
                                 (703) 656-1230
                                 Email: contact@jonmoseley.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  Good morning, Your Honor.
3    This is Criminal Case No. 22-15-2, United States of America
4    versus Kelly Meggs.
5              Jeffrey Nestler for the government; Jonathan
6    Moseley for the defense.
7              The defendant is appearing via videoconference for
8    this hearing.
9              THE COURT:  Okay, good morning, everybody.
10             Mr. Meggs, good morning to you.  Can you hear me
11   okay, sir?
12             THE DEFENDANT:  Yes, Your Honor.
13             THE COURT:  Okay.  Terrific.
14             Okay.  So we've set this down to check in on where
15   we stand in terms of finding counsel for Mr. Meggs.
16             Mr. Moseley, I understand you're on the phone, so
17   perhaps you can provide us an update to the extent that you
18   have information; and if Mr. Meggs has more, then he can
19   tell me what's going on.
20             Mr. Moseley?
21             COURTROOM DEPUTY:  And I believe Mr. Moseley is
22   currently muted.
23             THE COURT:  Okay.
24             Mr. Moseley, you need to unmute.
25             COURTROOM DEPUTY:  Mr. Moseley, I believe you have
```

1   to press -- there you go.
2           MR. MOSELEY:  There we go.
3           Yes.  So this is, yeah, Jon Moseley again.
4           We have been pursuing a lead, Dan Cron, who is on
5   the Matthew Martin case, on the theory that he was willing
6   to take a case like this, and now suddenly available, his
7   case being included.
8           And we thought, from talking to his office, we had
9   a lot of interest and tried to line up a conversation
10  directly with Kelly Meggs, but I understand that he has not
11  responded the last time I know.  So we thought we had a very
12  good possibility there but he's just not responding.
13          I asked David Fischer for Tom Caldwell to maybe
14  reassure him that there would be some collegial assistance
15  and he didn't need to be concerned about this being more
16  complicated than the Matthew Martin case.  But for some
17  reason, we're not getting a response on that as we --
18  I really had hoped.
19          So I think that others are asking around -- Dave
20  Fischer -- I've already asked everybody I know in the past,
21  and so I don't know anything further on that except we're
22  trying to generate some leads and talk to them.  But that's
23  about where I am.
24          You know, I don't have control over the foundation
25  that -- I can only guess that they would support him as they

1  have me, but I wanted to reassure him that he wouldn't have
2  to do it out of his own pocket, the attorney; that, you know
3  it wouldn't -- that a lot of work has been done and he
4  needn't be intimidated by jumping into a more complicated
5  case.  But all my efforts to reassure him have so far not --
6  I have not gotten an answer so I don't know if he's just
7  busy or not interested.  I wish I had better news but that's
8  all I can say.
9           THE COURT:  Mr. Moseley, I didn't catch the name
10 of the lawyer.  I heard Matthew Martin but I take it that
11 was the defendant.  Who's the lawyer?
12          MR. MOSELEY:  Correct.  The lawyer is Dan Cron,
13 C-r-o-n.
14          THE COURT:  I'm not familiar with him.
15          MR. MOSELEY:  No, he's out of state, but he
16 appeared before Judge McFadden in the Matthew Martin case.
17          So, again, there's a lot of people who aren't
18 willing to jump into this kind of case and so I figured
19 there's somebody who actually did, so that would be
20 encouraging, but so far we haven't had success.
21          And I don't know if -- you know, it's difficult on
22 Zoom and things not to be able to lean over to your client
23 and ask a question, but I don't know if maybe at this stage
24 he should try to see if -- if Kelly Meggs should try to see
25 if he qualifies for a CJA court-appointed private attorney

```
 1   or not, if that's something that he should be working on,
 2   to, again, to reassure a lawyer that he's not going to be
 3   just doing this out of -- not getting paid at all.  That
 4   might be more motivational, I don't know.
 5              THE COURT:  Okay.
 6              Mr. Meggs, Mr. Moseley's described whatever
 7   efforts he's made.  I don't know whether you've made any
 8   efforts, had the ability to.  If there's anything to add,
 9   you can let me know, otherwise, we should figure a way out
10   forward, because time is running and I don't want to let
11   this sit for too much longer.
12              THE DEFENDANT:  Yeah, I've reached out and
13   contacted two people that I'm talking to right now, nothing
14   concrete yet but hopefully one of those is going to work out
15   for us.  So I should know that in the next week or so.
16              THE COURT:  Okay.
17              Let's do this.  Let's set this down for next
18   Friday at 9:00 a.m. to get an update on where things stand.
19   In the meantime, I'm going reach out to Mr. Kramer at the
20   FPD to at least get going, get started parallel track on
21   identifying somebody who could be court-appointed, whether
22   it's CJA counsel or an FPD lawyer, federal public defender
23   from the District.  You know, Mr. Meggs, has a September
24   trial date, and if somebody is going to come on -- well, let
25   me put it this way, whoever is going to come on needs to
```

1   come on pretty soon to be ready for it.  And you're right,
2   Mr. Moseley.
3              MR. MOSELEY:  Yes.
4              THE COURT:  But September will be on us before we
5   know it.
6              So, Mr. Moseley, go ahead.
7              MR. MOSELEY:  No.  I just want to make sure I
8   clarify -- again, it would be great in the pre-Zoom world to
9   be able to lean over to a client.
10             But just to make sure that -- people often talk
11  about "public defender" loosely, as -- you know, there's
12  both someone who works for the public defender's office, who
13  are often overworked, and then there are private attorneys,
14  one they qualify for.
15             So I just want make sure that as you're talking
16  about these things, that Kelly Meggs may want to look into a
17  private attorney but with the assistance of the CJA Act, the
18  Criminal Justice Act and the court-appointed funds if that
19  is what it takes to -- and I have no idea if he would
20  qualify or not at this point but just to make it clear what
21  his options may be.
22             THE COURT:  Okay.
23             All right.  Well, the bottom line is this,
24  Mr. Meggs, hopefully your efforts will bear fruits and if
25  so, if you are in touch, hopefully you haven't had

```
 1   difficulty reaching out to people.  I did communicate with
 2   the General Counsel for the Department of Corrections and
 3   you can ask him for some consideration under the
 4   circumstances.
 5               THE DEFENDANT:  Excuse me, sir.
 6               Just so you're aware, they have made no
 7   accommodations at all.  They haven't helped me in any way,
 8   shape, or form.  I've had to try to go through other people.
 9               My wife was restricted as well.  She can't even
10   use the Internet, so therefore she can't look anybody up.
11               So we're having to wait until we can get in
12   contact with our son to try and find people and then he's
13   reaching out to them and trying to get them to call my wife
14   back or trying to get them to set up a time to Zoom call me.
15               So it's difficult to jump through the hoops, but
16   there's -- I don't know that there's a whole lot the jail
17   can do, you know what I mean, as far as just opening up
18   access to everything.  That's the difficulty.
19               THE COURT:  Well, I'm disappointed to hear that,
20   because I was given assurances that people were aware of
21   your situation and would make efforts to try and accommodate
22   you and not have to make you jump through all the usual
23   hoops.
24               So, look, if a family member wants to set
25   something up and they're having difficulty doing it, feel
```

```
 1   free have them contact chambers and I will see what I can
 2   do, because I'm finding this all very frustrating.  I feel
 3   like I'm having to call the Department of Corrections for
 4   every other defendant across these various cases, whether
 5   it's to get access for discovery or something else.
 6             In any event, all right, so we'll set down next
 7   Friday morning at 9:00.  Do we have time with the jail at
 8   that hour?
 9             COURTROOM DEPUTY:  Yes, Judge.
10             THE COURT:  Okay.
11             So we'll do that at 9:00 a.m.  I assume everybody
12   is available.  If not, let me know.  Okay.
13             And in the meantime, I'll reach out to our Federal
14   Public Defender, Mr. Meggs, that's A. J. Kramer, and talk to
15   him about what options might be available for you in the
16   event that we're not able to find somebody -- you're not
17   able to sort of retain somebody.  We need to get that
18   process going sooner rather than later, okay?
19             THE DEFENDANT:  Thank you, Your Honor.
20             MR. MOSELEY:  Thank you, Your Honor.
21             THE COURT:  Okay.
22             Anything, Mr. Nestler, on behalf of the
23   government?
24             MR. NESTLER:  Just briefly, Your Honor.
25             I know Mr. Moseley filed three motions recently
```

10

1   and Your Honor had issued the Minute Order instructing him
2   to not file additional motions.
3              Related to that, we wanted to know what the
4   Court's position was on our response to those motions.  Some
5   of them, for instance, the bond motion appears to just be
6   mostly a motion for a different defendant based on the
7   citations and some of the language in there.
8              And so we thought it made sense to see until
9   Mr. Meggs has gotten new counsel to see if that new counsel
10  wanted to file the new bond motion or adopt this bond
11  motion.  It didn't seem like it would be appropriate for us
12  to be litigating a bond motion without an attorney on the
13  other side so we wanted to know how the Court wanted to
14  handle that.
15             MR. MOSELEY:  Well, if I could just say, I thought
16  it might come into place that the part of the thing about
17  the bond motion was that if Kelly Meggs were to have to
18  consider going pro se, it was kind of the reason why I put
19  both of those -- you know, those two pieces together.  If he
20  doesn't, then, you know, then it may look different.  But if
21  he has to be released for the purpose of preparing for
22  trial, then that's something I think just needs to be on
23  table.
24             And the other one, of course, is that we're still
25  waiting for -- I think the Court recognized we're still

1  waiting for information from, like, four months ago from the
2  Capitol police.  So I wouldn't want a new attorney to come
3  in on there and just wait and wait and wait for more.  But
4  I will defer that to the Court.
5          THE COURT:  Well, I guess -- look, I'll confess,
6  I have not looked at the motions, you know, I usually don't
7  until they're ripe for consideration, so I haven't read any
8  of the motions.
9          You know, if what the government says is accurate,
10 then I think perhaps holding off on a response on the bond
11 motion makes sense so that new counsel can address
12 Mr. Meggs' particular circumstances.  But as to the other
13 motions, Mr. Nestler, is the government prepared to respond
14 to those?
15         MR. NESTLER:  So Mr. Moseley filed two other
16 motions; one is a motion to dismiss, which we're planning to
17 respond to in the normal course, it's part of an omnibus
18 response with the other Rule 12 motions, that's not a
19 problem.
20         The third motion is a motion to compel, which is
21 just a retread of the motion Mr. Moseley filed at the end of
22 last year looking to get information from the Capitol
23 Police.
24         Your Honor had issued a Minute Order regarding
25 that, asking the government to certify its request to the

1   Capitol Police.  We did so in January, and the materials
2   that are responsive to those requests are being produced as
3   part of global discovery through the global discovery
4   process, so there really isn't much to do on that right now.
5           And so, again, I think it makes sense for counsel
6   to review the global discovery and to see if there's
7   information that they believe is still missing and then
8   address that.
9           So there's not much of a response we can provide
10  right now other than any information that exists in the
11  Capitol Police's possession is either produced in global
12  discovery or is in the process of being produced in global
13  discovery.
14          MR. MOSELEY:  Well, if I may, again, I didn't
15  raise this topic of the motions, but there is a difference
16  between saying somewhere in there there might be something
17  that you know of and the government admitting this is that
18  document.  So if I want to say, this is the document,
19  I don't have to -- or a later attorney doesn't have to
20  persuade them and say, this is the document we're talking
21  about and they say, well, how do you know that.
22          So to specifically ask for something and say this
23  is what we asked for and they say, well, somewhere in the
24  ocean is a fish swimming there somewhere, is not the same as
25  being able to prove to the Court that this is the document

1   that we're talking about.  So I think that requires more of
2   a response than just -- you might -- if you wander around
3   the forest long enough, you might find something.
4           So anyway, but that's where we are.
5           THE COURT:  Okay.
6           Well, look, Mr. Nestler, I'll ask you to make --
7   file whatever response you think is appropriate at this
8   point and then I'll take a look.  You know, if there's some
9   need for a more specific answer from the government, then
10  I'll take a look.  It's been a while, so I'm not -- I
11  remember Mr. Moseley filed something, I remember I issued a
12  Minute Order.  At this point I don't really recall
13  specifically what the ask was.
14          So in any event, if the government would respond
15  to that motion, obviously we'll get a motion of opposition
16  or response to the motion to dismiss and then you can hold
17  off on the bond review question, okay?
18          MR. NESTLER:  Thank you, Your Honor.
19          And relatedly, Mr. Moseley has sent us eight
20  emails since the April 8th hearing making various demands,
21  some of them quite outlandish but asking for certain things.
22  We have not responded to any of his messages.
23          We are under the understanding, consistent with
24  Your Honor's Minute Order, that he is caretaker counsel, and
25  so I wanted to put that on the record that that's why we're

1  not responding to whatever he is demanding that we produce
2  or do for him or his client.
3       MR. MOSELEY:  Well, Your Honor, as I think I made
4  clear in those letters, that it takes the Court -- the
5  government so long to respond to whether or not they have
6  something, that by the time new counsel gets involved, it
7  may be months before new counsel is able to file any motions
8  about exculpatory information.  So I think I made it clear
9  that that process needs to be -- that new counsel can't come
10 on and say, oh, now I've got to go back and consult and wait
11 months for them to figure out if they're going to give me
12 something before I can file a motion.
13      THE COURT:  Well, Mr. Moseley, I'll say the
14 following, which is that, given your circumstances, as I
15 said in my Minute Order, I view what you're doing right now
16 as simply being caretaker counsel and what that means is
17 assisting and transitioning Mr. Meggs to a new lawyer.
18      A new lawyer will come in at some point.  That new
19 lawyer will make judgments and determinations about the way
20 forward for Mr. Meggs, and he may -- he or she may not share
21 the same views that you are pushing forward at this point.
22 So I'm not going to require the government to respond to
23 those emails at this point.
24      You know, obviously once new counsel is brought
25 on, new counsel can evaluate those requests and whether

```
 1   those requests fit into new counsel's view of the case and
 2   we'll take it from there.  But as far as -- I thought I
 3   had -- I tried to make it clear what my view was of your
 4   role for the time being.  I don't know what our disciplinary
 5   committee has done, if anything, at this point, but I
 6   certainly expect that we'll get an order sooner rather than
 7   later, okay?
 8            MR. NESTLER:  Thank you, Your Honor.
 9            THE COURT:  All right.  So we'll reconvene at
10   9:00 a.m. next week and hopefully we'll have some movement
11   on that front.  So I'll keep my fingers crossed.  Thanks,
12   everyone.
13            (Proceedings concluded at 9:21 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 13, 2023_____   

                                    William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 3/2 3/21 3/25 9/9
**MR. MOSELEY: [9]** 4/2 5/12 5/15 7/3 7/7 9/20 10/15 12/14 14/3
**MR. NESTLER: [4]** 9/24 11/15 13/18 15/8
**THE COURT: [16]** 3/9 3/13 3/23 5/9 5/14 6/5 6/16 7/4 7/22 8/19 9/10 9/21 11/5 13/5 14/13 15/9
**THE DEFENDANT: [4]** 3/12 6/12 8/5 9/19

**1**
**12 [1]** 11/18
**1230 [1]** 1/21
**13 [1]** 16/7

**2**
**20001 [1]** 2/5
**202 [2]** 1/16 2/5
**2022 [1]** 1/5
**2023 [1]** 16/7
**20579 [1]** 1/15
**22 [1]** 1/5
**22-15-2 [2]** 1/4 3/3
**252-7277 [1]** 1/16

**3**
**3249 [1]** 2/5
**32789 [1]** 1/20
**333 [1]** 2/4
**354-3249 [1]** 2/5

**6**
**601 [2]** 1/15 1/20
**656-1230 [1]** 1/21

**7**
**703 [1]** 1/21
**7277 [1]** 1/16

**8**
**8:41 [1]** 1/6
**8th [1]** 13/20

**9**
**9:00 [3]** 6/18 9/7 9/11
**9:00 a.m [1]** 15/10
**9:21 [1]** 15/13

**A**
**A. [1]** 9/14
**A. J. Kramer [1]** 9/14
**a.m [5]** 1/6 6/18 9/11 15/10 15/13
**ability [1]** 6/8
**able [6]** 5/22 7/9 9/16 9/17 12/25 14/7
**about [10]** 4/15 4/23 7/11 7/16 9/15 10/16 12/21 13/1 14/8 14/19
**above [1]** 16/4
**above-titled [1]** 16/4
**access [2]** 4/18 9/5
**accommodate [1]** 8/21
**accommodations [1]** 8/7
**accurate [1]** 11/9
**across [1]** 9/4
**Act [2]** 7/17 7/18
**actually [1]** 5/19
**add [1]** 6/8
**additional [1]** 10/2
**address [2]** 11/11 12/8
**admitting [1]** 12/17
**adopt [1]** 10/10
**again [6]** 4/3 5/17 6/2 7/8 12/5 12/14
**ago [1]** 11/1
**ahead [1]** 7/6
**aided [1]** 2/7
**Alden [1]** 1/18
**all [9]** 5/5 5/8 6/3 7/23 8/7 8/22 9/2 9/6 15/9
**all right [1]** 9/6
**already [1]** 4/20
**am [1]** 4/23
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/9
**answer [2]** 5/6 13/9
**any [8]** 6/7 8/7 9/6 11/7 12/10 13/14 13/22 14/7
**anybody [1]** 8/10
**anything [4]** 4/21 6/8 9/22 15/5
**anyway [1]** 13/4
**APPEARANCES [2]** 1/13 1/22
**appeared [1]** 5/16
**appearing [1]** 3/7
**appears [1]** 10/5
**appointed [3]** 5/25 6/21 7/18
**appropriate [2]** 10/11 13/7
**April [2]** 1/5 13/20
**are [9]** 4/19 7/13 7/13 7/25 12/2 12/2 13/4 13/23 14/21
**aren't [1]** 5/17
**around [2]** 4/19 13/2
**as [15]** 4/17 4/25 7/11 7/15 8/9 8/17 8/17 11/12 12/2 12/24 14/3 14/14 14/16 15/2 15/2
**ask [5]** 5/23 8/3 12/22 13/6 13/13
**asked [3]** 4/13 4/20 12/23
**asking [3]** 4/19 11/25 13/21
**assistance [2]** 4/14 7/17
**assisting [1]** 14/17
**assume [1]** 9/11
**assurances [1]** 8/20
**attorney [7]** 1/19 5/2 5/25 7/17 10/12 11/2 12/19
**ATTORNEY'S [1]** 1/14
**attorneys [1]** 7/13
**available [3]** 4/6 9/15
**Avenue [2]** 1/20 2/4
**aware [2]** 8/6 8/20

**B**
**back [2]** 8/14 14/10
**Baffie [1]** 1/20
**Barrett [1]** 2/4
**based [1]** 10/6
**be [23]**
**bear [1]** 7/24
**because [3]** 6/10 8/20 9/2
**been [3]** 4/4 5/3 13/10
**before [5]** 1/9 5/16 7/4 14/7 14/12
**behalf [1]** 9/22
**being [7]** 4/7 4/15 12/2 12/12 12/25 14/16 15/4
**believe [3]** 3/21 3/25 12/7
**better [1]** 5/7
**between [1]** 12/16
**bond [7]** 10/5 10/10 10/10 10/12 10/17 11/10 13/17
**both [2]** 7/12 10/19
**bottom [1]** 7/23
**briefly [1]** 9/24
**brought [1]** 14/24
**busy [1]** 5/7

**C**
**C-r-o-n [1]** 5/13
**Caldwell [1]** 4/13
**call [3]** 8/13 8/14 9/3
**can [15]** 3/10 3/17 3/18 4/25 5/8 6/9 8/3 8/11 8/17 9/1 11/11 12/9 13/16 14/12 14/25
**can't [3]** 8/9 8/10 14/9
**Capitol [4]** 11/2 11/22 12/1 12/11
**Capitol Police's [1]** 12/11
**caretaker [2]** 13/24 14/16
**case [9]** 3/3 4/5 4/6 4/7 4/16 5/5 5/16 5/18 15/1
**cases [1]** 9/4
**catch [1]** 5/9
**certain [1]** 13/21
**certainly [1]** 15/6
**Certified [1]** 2/3
**certify [2]** 11/25 16/2
**CH [1]** 2/4
**chambers [1]** 9/1
**check [1]** 3/14
**circumstances [3]** 8/4 11/12 14/14
**citations [1]** 10/7
**CJA [3]** 5/25 6/22 7/17
**clarify [1]** 7/8
**clear [4]** 7/20 14/4 14/8 15/3
**client [3]** 5/22 7/9 14/2
**collegial [1]** 4/14
**come [7]** 6/24 6/25 7/1 10/16 11/2 14/9 14/18
**committee [1]** 15/5
**communicate [1]** 8/1
**compel [1]** 11/20
**complicated [2]** 4/16 5/4
**computer [1]** 2/7
**computer-aided [1]** 2/7
**concerned [1]** 4/15
**concluded [1]** 15/13
**concrete [1]** 6/14
**CONFERENCE [1]** 1/9
**confess [1]** 11/5
**consider [1]** 10/18
**consideration [2]** 8/3 11/7
**consistent [1]** 13/23
**Constitution [1]** 2/4
**consult [1]** 14/10
**contact [3]** 1/21 8/12 9/1
**contacted [1]** 6/13
**CONTINUED [1]** 2/1
**control [1]** 4/24
**conversation [1]** 4/9
**correct [2]** 5/12 16/3
**Corrections [2]** 8/2 9/3
**could [2]** 6/21 10/15
**counsel [14]** 3/15 6/22 8/2 10/9 10/9 11/11 12/5 13/24 14/6 14/7 14/9 14/16 14/24 14/25
**counsel's [1]** 15/1
**course [2]** 10/24 11/17
**court [11]** 1/1 2/2 2/3 5/25 6/21 7/18 10/13 10/25 11/4 12/25 14/4
**Court's [1]** 10/4
**court-appointed [3]** 5/25 6/21 7/18
**CR [1]** 1/4
**Criminal [2]** 3/3 7/18
**Cron [2]** 4/4 5/12
**crossed [1]** 15/11
**CRR [2]** 16/2 16/8
**currently [1]** 3/22

**D**
**D.C [3]** 1/5 1/15 2/5
**Dan [2]** 4/4 5/12
**date [2]** 6/24 16/7
**Dave [1]** 4/19
**David [1]** 4/13
**defendant [6]** 1/7 1/18 3/7 5/11 9/4 10/6
**defender [3]** 6/22 7/11 9/14
**defender's [1]** 7/12
**defense [1]** 3/6
**defer [1]** 11/4
**demanding [1]** 14/1
**demands [1]** 13/20
**Department [2]** 8/2 9/3
**described [1]** 6/6
**determinations [1]**
**did [3]** 5/19 8/1 12/1
**didn't [4]** 4/15 5/9 10/11 12/14
**difference [1]** 12/15
**different [2]** 10/6 10/20
**difficult [2]** 5/21 8/15
**difficulty [3]** 8/1 8/18 8/25
**directly [1]** 4/10
**disappointed [1]** 8/19
**disciplinary [1]** 15/4
**discovery [6]** 9/5 12/3 12/3 12/6 12/12 12/13
**dismiss [2]** 11/16 13/16
**DISTRICT [4]** 1/1 1/1 1/10 6/23
**do [9]** 5/2 6/17 8/17 9/2 9/7 9/11 12/4 12/21 14/2
**do you know [1]** 12/21
**document [4]** 12/18 12/18 12/20 12/25
**doesn't [2]** 10/20 12/19
**doing [3]** 6/3 8/25 14/15
**don't [13]** 4/21 4/24 5/6 5/21 5/23 6/4 6/7 6/10 8/16 11/6 12/19 13/12 15/4
**done [2]** 5/3 15/5
**down [3]** 3/14 6/17 9/6

**E**
**efforts [5]** 5/5 6/7 6/8 7/24 8/21
**eight [1]** 13/19
**either [1]** 12/11
**else [1]** 9/5
**Email [2]** 1/16 1/21
**emails [2]** 13/20 14/23
**encouraging [1]** 5/20
**end [1]** 11/21
**enough [1]** 13/3
**evaluate [1]** 14/25
**even [1]** 8/9
**event [3]** 9/6 9/16 13/14
**every [1]** 9/4
**everybody [3]** 3/9 4/20 9/11
**everyone [1]** 15/12
**everything [1]** 8/18
**except [1]** 4/21
**exculpatory [1]** 14/8
**Excuse [1]** 8/5
**exists [1]** 12/10
**expect [1]** 15/6
**extent [1]** 3/17

**F**
**familiar [1]** 5/14
**family [1]** 8/24
**far [4]** 5/5 5/20 8/17 15/2
**federal [2]** 6/22 9/13
**feel [2]** 8/25 9/2

**F**

**figure [2]**  6/9 14/11
**figured [1]**  5/18
**file [5]**  10/2 10/10 13/7 14/7 14/12
**filed [4]**  9/25 11/15 11/21 13/11
**find [3]**  8/12 9/16 13/3
**finding [2]**  3/15 9/2
**fingers [1]**  15/11
**Fischer [2]**  4/13 4/20
**fish [1]**  12/24
**fit [1]**  15/1
**FL [1]**  1/20
**following [1]**  14/14
**foregoing [1]**  16/3
**forest [1]**  13/3
**form [1]**  8/8
**forward [3]**  6/10 14/20 14/21
**foundation [1]**  4/24
**four [1]**  11/1
**FPD [2]**  6/20 6/22
**free [1]**  9/1
**Friday [2]**  6/18 9/7
**front [1]**  15/11
**fruits [1]**  7/24
**frustrating [1]**  9/2
**funds [1]**  7/18
**further [1]**  4/21

**G**

**General [1]**  8/2
**generate [1]**  4/22
**get [11]**  6/18 6/20 6/20 8/11 8/13 8/14 9/5 9/17 11/22 13/15 15/6
**gets [1]**  14/6
**getting [2]**  4/17 6/3
**give [1]**  14/11
**given [2]**  8/20 14/14
**global [5]**  12/3 12/3 12/6 12/11 12/12
**go [5]**  4/1 4/2 7/6 8/8 14/10
**go ahead [1]**  7/6
**going [11]**  3/19 6/2 6/14 6/19 6/20 6/24 6/25 9/18 10/18 14/11 14/22
**good [4]**  3/2 3/9 3/10 4/12
**good morning [2]**  3/9 3/10
**got [1]**  14/10
**gotten [2]**  5/6 10/9
**government [11]**  1/14 3/5 9/23 11/9 11/13 11/25 12/17 13/9 13/14 14/5 14/22
**great [1]**  7/8
**guess [2]**  4/25 11/5

**H**

**had [11]**  4/8 4/11 4/18 5/7 5/20 6/8 7/25 8/8 10/1 11/24 15/3
**handle [1]**  10/14
**has [5]**  4/10 6/23 10/9 10/21 13/19 15/5
**have [20]**
**haven't [4]**  5/20 7/25 8/7 11/7
**having [3]**  8/11 8/25 9/3
**he [17]**
**he's [6]**  4/12 5/6 5/15 6/2 6/7 8/12
**hear [2]**  3/10 8/19
**heard [1]**  5/10
**hearing [2]**  3/8 13/20
**helped [1]**  8/7
**him [9]**  4/14 4/25 5/1 5/5 5/14 8/3 9/15 10/1 14/2
**his [6]**  4/6 4/8 5/2 7/21 13/22 14/2
**hold [1]**  13/16
**holding [1]**  11/10
**Honor [10]**  3/2 3/12 9/19 9/20 9/24 10/1 11/24 13/18 14/3 15/8
**Honor's [1]**  13/24
**HONORABLE [1]**  1/9
**hoops [2]**  8/15 8/23
**hoped [1]**  4/18
**hopefully [4]**  6/14 7/24 7/25 15/10
**hour [1]**  9/8
**how [2]**  10/13 12/21

**I**

**I am [1]**  4/23
**I assume [1]**  9/11
**I believe [1]**  3/21
**I can [3]**  4/25 9/1 14/12
**I did [1]**  8/1
**I don't [9]**  4/21 5/6 5/21 5/23 6/4 6/7 8/16 13/12 15/4
**I don't have [2]**  4/24 12/19
**I guess [1]**  11/5
**I have [3]**  5/6 7/19 11/6
**I haven't [1]**  11/7
**I just [1]**  7/15
**I know [3]**  4/11 4/20 9/25
**I really [1]**  4/18
**I should [1]**  6/15
**I think [6]**  4/19 10/22 10/25 11/10 12/5 14/3
**I thought [2]**  10/15 15/2
**I understand [2]**  3/16 4/10
**I wanted [1]**  5/1
**I was [1]**  8/20
**I will [2]**  9/1 11/4
**I wouldn't [1]**  11/2
**I'll [7]**  9/13 11/5 13/6 13/8 13/10 14/13 15/11
**I'm [8]**  5/14 6/13 6/19 8/19 9/2 9/3 13/10 14/22
**I'm going [1]**  6/19
**I'm not [2]**  5/14 13/10
**I've [4]**  4/20 6/12 8/8 14/10
**idea [1]**  7/19
**identifying [1]**  6/21
**included [1]**  4/7
**information [6]**  3/18 11/1 11/22 12/7 12/10 14/8
**instance [1]**  10/5
**instructing [1]**  10/1
**interest [1]**  4/9
**interested [1]**  5/7
**Internet [1]**  8/10
**intimidated [1]**  5/4
**involved [1]**  14/6
**is [38]**
**isn't [1]**  12/4
**issued [3]**  10/1 11/24 13/11
**it [22]**
**it would be [2]**  7/8 10/11
**it's [6]**  5/21 6/22 8/15 9/5 11/17 13/10
**its [1]**  11/25

**J**

**J. [1]**  9/14
**jail [2]**  8/16 9/7
**January [1]**  12/1
**Jeffrey [2]**  1/14 3/5
**Jeffrey Nestler [1]**  3/5
**jeffrey.nestler [1]**  1/17
**Jon [1]**  4/3
**Jon Moseley [1]**  4/3
**Jonathan [1]**  3/5
**Jonathon [2]**  1/18 1/19
**jonmoseley.com [1]**  1/21
**JUDGE [3]**  1/10 5/16 9/9
**Judge McFadden [1]**  5/16
**judgments [1]**  14/19
**jump [3]**  5/18 8/15 8/22
**jumping [1]**  5/4
**just [16]**  4/12 5/6 6/3 7/7 7/10 7/15 7/20 8/6 8/17 9/24 10/5 10/15 10/22 11/3 11/21 13/2
**Justice [1]**  7/18

**K**

**keep [1]**  15/11
**KELLY [7]**  1/6 1/18 3/4 4/10 5/24 7/16 10/17
**Kelly Meggs [2]**  5/24 7/16
**kind [2]**  5/18 10/18
**know [31]**
**Kramer [2]**  6/19 9/14

**L**

**language [1]**  10/7
**last [2]**  4/11 11/22
**later [3]**  9/18 12/19

**LAW [1]**  1/19
**lawyer [8]**  5/10 5/11 5/12 6/2 6/22 14/17 14/18 14/19
**lead [1]**  4/4
**leads [1]**  4/22
**lean [2]**  5/22 7/9
**least [1]**  6/20
**let [4]**  6/9 6/10 6/24 9/12
**Let's [2]**  6/17 6/17
**letters [1]**  14/4
**like [4]**  4/6 9/3 10/11 11/1
**line [2]**  4/9 7/23
**litigating [1]**  10/12
**long [2]**  13/3 14/5
**longer [1]**  6/11
**look [8]**  7/16 8/10 8/24 10/20 11/5 13/6 13/8 13/10
**looked [1]**  11/6
**looking [1]**  11/22
**loosely [1]**  7/11
**lot [4]**  4/9 5/3 5/17 8/16

**M**

**made [6]**  6/7 6/7 8/6 10/8 14/3 14/8
**make [9]**  7/7 7/10 7/15 7/20 8/21 8/22 13/6 14/19 15/3
**makes [2]**  11/11 12/5
**making [1]**  13/20
**Martin [4]**  4/5 4/16 5/10 5/16
**materials [1]**  12/1
**matter [1]**  16/4
**Matthew [4]**  4/5 4/16 5/10 5/16
**may [7]**  7/16 7/21 10/20 12/14 14/7 14/20 14/20
**maybe [2]**  4/13 5/23
**McFadden [1]**  5/16
**me [10]**  3/10 3/19 5/1 6/9 6/25 8/5 8/7 8/14 9/12 14/11
**mean [1]**  8/17
**means [1]**  14/16
**meantime [2]**  6/19 9/13
**mechanical [1]**  2/6
**MEGGS [17]**
**Meggs' [1]**  11/12
**MEHTA [1]**  1/9
**member [1]**  8/24
**Merit [1]**  2/2
**messages [1]**  13/22
**might [6]**  6/4 9/15 10/16 12/16 13/2 13/3
**Minute [5]**  10/1 11/24 13/12 13/24 14/15
**missing [1]**  12/7
**months [3]**  11/1 14/7 14/11
**more [7]**  3/18 4/15 5/4 6/4 11/3 13/1 13/9

**morning [4]**  3/2 3/9 3/10 9/7
**Moseley [18]**
**Moseley's [1]**  6/6
**mostly [1]**  10/6
**motion [15]**  10/5 10/6 10/10 10/11 10/12 10/17 11/11 11/16 11/20 11/20 11/21 13/15 13/15 13/16 14/12
**motions [10]**  9/25 10/2 10/4 11/6 11/8 11/13 11/16 11/18 12/15 14/7
**motivational [1]**  6/4
**movement [1]**  15/10
**Mr [2]**  5/9 11/21
**Mr. [28]**
**Mr. Kramer [1]**  6/19
**Mr. Meggs [10]**  3/10 3/15 3/18 6/6 6/23 7/24 9/14 10/9 14/17 14/20
**Mr. Meggs' [1]**  11/12
**Mr. Moseley [12]**  3/16 3/20 3/21 3/24 3/25 7/2 7/6 9/25 11/15 13/11 13/19 14/13
**Mr. Moseley's [1]**  6/6
**Mr. Nestler [3]**  9/22 11/13 13/6
**much [3]**  6/11 12/4 12/9
**muted [1]**  3/22
**my [6]**  5/5 8/9 8/13 14/15 15/3 15/11

**N**

**name [1]**  5/9
**need [4]**  3/24 4/15 9/17 13/9
**needn't [1]**  5/4
**needs [3]**  6/25 10/22 14/9
**Nestler [5]**  1/14 3/5 9/22 11/13 13/6
**new [14]**  10/9 10/9 10/10 11/2 11/11 14/6 14/7 14/9 14/17 14/18 14/18 14/24 14/25 15/1
**news [1]**  5/7
**next [4]**  6/15 6/17 9/6 15/10
**no [6]**  1/4 3/3 5/15 7/7 7/19 8/6
**normal [1]**  11/17
**not [27]**
**nothing [1]**  6/13
**now [6]**  4/6 6/13 12/4 12/10 14/10 14/15
**NW [2]**  1/15 2/4

**O**

**obviously [2]**  13/15 14/24
**ocean [1]**  12/24
**October [1]**  16/7
**off [2]**  11/10 13/17
**office [3]**  1/14 4/8 7/12

**O**

**Official [1]** 2/3
**often [2]** 7/10 7/13
**oh [1]** 14/10
**okay [15]** 3/9 3/11 3/13 3/14 3/23 6/5 6/16 7/22 9/10 9/12 9/18 9/21 13/5 13/17 15/7
**omnibus [1]** 11/17
**once [1]** 14/24
**one [4]** 6/14 7/14 10/24 11/16
**only [1]** 4/25
**opening [1]** 8/17
**opposition [1]** 13/15
**options [2]** 7/21 9/15
**order [6]** 10/1 11/24 13/12 13/24 14/15 15/6
**other [8]** 8/8 9/4 10/13 10/24 11/12 11/15 11/18 12/10
**others [1]** 4/19
**otherwise [1]** 6/9
**our [4]** 8/12 9/13 10/4 15/4
**out [11]** 5/2 5/15 6/3 6/9 6/12 6/14 6/19 8/1 8/13 9/13 14/11
**outlandish [1]** 13/21
**over [3]** 4/24 5/22 7/9
**overworked [1]** 7/13
**own [1]** 5/2

**P**

**paid [1]** 6/3
**parallel [1]** 6/20
**Park [1]** 1/20
**part [3]** 10/16 11/17 12/3
**particular [1]** 11/12
**past [1]** 4/20
**people [7]** 5/17 6/13 7/10 8/1 8/8 8/12 8/20
**perhaps [2]** 3/17 11/10
**persuade [1]** 12/20
**phone [1]** 3/16
**pieces [1]** 10/19
**place [1]** 10/16
**Plaintiff [1]** 1/4
**planning [1]** 11/16
**pocket [1]** 5/2
**point [7]** 7/20 13/8 13/12 14/18 14/21 14/23 15/5
**police [3]** 11/2 11/23 12/1
**Police's [1]** 12/11
**position [1]** 10/4
**possession [1]** 12/11
**possibility [1]** 4/12
**pre [1]** 7/8
**pre-Zoom [1]** 7/8
**prepared [1]** 11/13
**preparing [1]** 10/21
**press [1]** 4/1
**pretty [1]** 7/1
**Prettyman [1]** 2/4
**private [3]** 5/25 7/13
**pro [1]** 10/18
**problem [1]** 11/19
**proceedings [4]** 1/9 2/6 15/13 16/4
**process [4]** 9/18 12/4 12/12 14/9
**produce [1]** 14/1
**produced [4]** 2/7 12/2 12/11 12/12
**prove [1]** 12/25
**provide [2]** 3/17 12/9
**public [4]** 6/22 7/11 7/12 9/14
**purpose [1]** 10/21
**pursuing [1]** 4/4
**pushing [1]** 14/21
**put [3]** 6/25 10/18 13/25

**Q**

**qualifies [1]** 5/25
**qualify [2]** 7/14 7/20
**question [2]** 5/23 13/17
**quite [1]** 13/21

**R**

**raise [1]** 12/15
**rather [2]** 9/18 15/6
**reach [2]** 6/19 9/13
**reached [1]** 6/12
**reaching [2]** 8/1 8/13
**read [1]** 11/7
**ready [1]** 7/1
**really [3]** 4/18 12/4 13/12
**Realtime [1]** 2/3
**reason [2]** 4/17 10/18
**reassure [4]** 4/14 5/1 5/5 6/2
**recall [1]** 13/12
**recently [1]** 9/25
**recognized [1]** 10/25
**reconvene [1]** 15/9
**record [2]** 13/25 16/3
**recorded [1]** 2/6
**regarding [1]** 11/24
**Registered [1]** 2/2
**Related [1]** 10/3
**relatedly [1]** 13/19
**released [1]** 10/21
**remember [2]** 13/11 13/11
**Reporter [4]** 2/2 2/2 2/3 2/3
**request [1]** 11/25
**requests [3]** 12/2 14/25 15/1
**require [1]** 14/22
**requires [1]** 13/1
**respond [5]** 11/13 11/17 13/14 14/5 14/22
**responded [2]** 4/11 13/22
**responding [2]** 4/12 14/1
**response [8]** 4/17 10/4 13/7 13/16
**responsive [1]** 12/2
**restricted [1]** 8/9
**retain [1]** 9/17
**retread [1]** 11/21
**review [2]** 12/6 13/17
**right [8]** 6/13 7/1 7/23 9/6 12/4 12/10 14/15 15/9
**ripe [1]** 11/7
**RMR [2]** 16/2 16/8
**role [1]** 15/4
**Rule [1]** 11/18
**Rule 12 [1]** 11/18
**running [1]** 6/10

**S**

**said [1]** 14/15
**same [2]** 12/24 14/21
**say [9]** 5/8 10/15 12/18 12/20 12/21 12/22 12/23 14/10 14/13
**saying [1]** 12/16
**says [1]** 11/9
**se [1]** 10/18
**see [6]** 5/24 5/24 9/1 10/8 10/9 12/6
**seem [1]** 10/11
**sense [3]** 10/8 11/11 12/5
**sent [1]** 13/19
**September [2]** 6/23 7/4
**set [5]** 3/14 6/17 8/14 8/24 9/6
**shape [1]** 8/8
**share [1]** 14/20
**she [3]** 8/9 8/10 14/20
**should [5]** 5/24 5/24 6/1 6/9 6/15
**side [1]** 10/13
**simply [1]** 14/16
**since [1]** 13/20
**sir [2]** 3/11 8/5
**sit [1]** 6/11
**situation [1]** 8/21
**so [46]**
**So I think [2]** 13/1 14/8
**So this is [1]** 4/3
**some [10]** 4/14 4/16 4/22 8/3 10/4 10/7 13/8 13/21 14/18 15/10
**somebody [5]** 5/19 6/21 6/24 9/16 9/17
**someone [1]** 7/12
**something [10]** 6/1 8/25 9/5 10/22 12/16 12/22 13/3 13/11 14/6 14/12
**somewhere [3]** 12/16 12/23 12/24
**son [1]** 8/12
**soon [1]** 7/1
**sooner [2]** 9/18 15/6
**sort [1]** 9/17
**specific [1]** 13/9
**specifically [2]** 12/22 13/13

**stage [1]** 5/24
**stand [2]** 3/15 6/18
**started [1]** 6/20
**state [1]** 5/15
**STATES [4]** 1/1 1/3 1/10 3/3
**STATUS [1]** 1/9
**stenography [1]** 2/6
**still [3]** 10/24 10/25 12/7
**Street [1]** 1/15
**success [1]** 5/20
**suddenly [1]** 4/6
**support [1]** 4/25
**sure [3]** 7/7 7/10 7/15
**swimming [1]** 12/24

**T**

**table [1]** 10/23
**take [5]** 4/6 5/10 13/8 13/10 15/2
**takes [2]** 7/19 14/4
**talk [3]** 4/22 7/10 9/14
**talking [5]** 4/8 6/13 7/15 12/20 13/1
**tell [1]** 3/19
**terms [1]** 3/15
**Terrific [1]** 3/13
**than [5]** 4/16 9/18 12/10 13/2 15/6
**Thank [4]** 9/19 9/20 13/18 15/8
**Thank you [4]** 9/19 9/20 13/18 15/8
**Thanks [1]** 15/11
**that [67]**
**that's [9]** 4/22 5/7 6/1 8/18 9/14 10/22 11/18 13/4 13/25
**them [9]** 4/22 8/13 8/13 8/14 9/1 10/5 12/20 13/21 14/11
**then [11]** 3/18 7/13 8/12 10/20 10/20 10/22 11/10 12/7 13/8 13/9 13/16
**theory [1]** 4/5
**there [13]** 4/1 4/2 4/12 4/14 7/13 10/7 11/3 12/4 12/15 12/16 12/16 12/24 15/2
**there's [9]** 5/17 5/19 6/8 7/11 8/16 8/16 12/6 12/9 13/8
**therefore [1]** 8/10
**these [2]** 7/16 9/4
**they [9]** 4/25 4/25 7/14 8/6 8/7 12/7 12/21 12/23 14/5
**they're [3]** 8/25 11/7 14/11
**thing [1]** 10/16
**things [4]** 5/22 6/18 7/16 13/21
**think [9]** 4/19 10/22 10/25 11/10 12/5 13/1 13/7 14/3 14/8
**third [1]** 11/20

**This is [1]** 3/3
**those [10]** 6/14 10/4 10/19 10/19 11/14 12/2 14/4 14/23 14/25 15/1
**thought [5]** 4/8 4/11 10/8 10/15 15/2
**three [1]** 9/25
**through [4]** 8/8 8/15 8/22 12/3
**time [6]** 4/11 6/10 8/14 9/7 14/6 15/4
**titled [1]** 16/4
**together [1]** 10/19
**Tom [1]** 4/13
**too [1]** 6/11
**topic [1]** 12/15
**touch [1]** 7/25
**track [1]** 6/20
**transcript [3]** 1/9 2/6 16/3
**transcription [1]** 2/7
**transitioning [1]** 14/17
**trial [2]** 6/24 10/22
**tried [2]** 4/9 15/3
**try [5]** 5/24 5/24 8/8 8/12 8/21
**trying [3]** 4/22 8/13 8/14
**two [3]** 6/13 10/19 11/15

**U**

**U.S [1]** 1/14
**under [2]** 8/3 13/23
**understand [2]** 3/16 4/10
**understanding [1]** 13/23
**UNITED [4]** 1/1 1/3 1/10 3/3
**United States of [1]** 3/3
**unmute [1]** 3/24
**until [3]** 8/11 10/8 11/7
**up [5]** 4/9 8/10 8/14 8/17 8/25
**update [2]** 3/17 6/18
**us [5]** 3/17 6/15 7/4 10/11 13/19
**usdoj.gov [1]** 1/17
**use [1]** 8/10
**usual [1]** 8/22
**usually [1]** 11/6

**V**

**various [2]** 9/4 13/20
**versus [1]** 3/4
**very [2]** 4/11 9/2
**via [2]** 1/9 3/7
**videoconference [1]** 3/7
**view [3]** 14/15 15/1 15/3
**views [1]** 14/21
**vs [1]** 1/5

**W**

**wait [5]** 8/11 11/3 11/3

## W

**wait...** [2]  11/3 14/10
**waiting** [2]  10/25 11/1
**wander** [1]  13/2
**want** [6]  6/10 7/7 7/15 7/16 11/2 12/18
**wanted** [6]  5/1 10/3 10/10 10/13 10/13 13/25
**wants** [1]  8/24
**was** [9]  4/5 5/11 8/9 8/20 10/4 10/17 10/18 13/13 15/3
**Washington** [3]  1/5 1/15 2/5
**way** [4]  6/9 6/25 8/7 14/19
**we** [24]
**we'll** [7]  9/6 9/11 13/15 15/2 15/6 15/9 15/10
**we're** [10]  4/17 4/21 8/11 9/16 10/24 10/25 11/16 12/20 13/1 13/25
**we've** [1]  3/14
**week** [2]  6/15 15/10
**well** [12]  6/24 7/23 8/9 8/19 10/15 11/5 12/14 12/21 12/23 13/6 14/3 14/13
**were** [2]  8/20 10/17
**what** [13]  7/19 7/20 8/17 9/1 9/15 10/3 11/9 12/23 13/13 14/15 14/16 15/3 15/4
**what's** [1]  3/19
**whatever** [3]  6/6 13/7 14/1
**where** [4]  3/14 4/23 6/18 13/4
**whether** [5]  6/7 6/21 9/4 14/5 14/25
**which** [3]  11/16 11/20 14/14
**while** [1]  13/10
**who** [6]  4/4 5/17 5/19 6/21 7/12 7/12
**Who's** [1]  5/11
**whoever** [1]  6/25
**whole** [1]  8/16
**why** [2]  10/18 13/25
**wife** [2]  8/9 8/13
**will** [6]  7/4 7/24 9/1 11/4 14/18 14/19
**William** [3]  2/2 16/2 16/8
**willing** [2]  4/5 5/18
**Winter** [1]  1/20
**wish** [1]  5/7
**without** [1]  10/12
**work** [2]  5/3 6/14
**working** [1]  6/1
**works** [1]  7/12
**world** [1]  7/8
**would** [8]  4/14 4/25 5/19 7/8 7/19 8/21 10/11 13/14
**wouldn't** [3]  5/1 5/3 11/2

## Y

**yeah** [2]  4/3 6/12
**year** [1]  11/22
**Yes** [4]  3/12 4/3 7/3 9/9
**yet** [1]  6/14
**you** [39]
**you're** [6]  3/16 7/1 7/15 8/6 9/16 14/15
**you've** [1]  6/7
**your** [16]  3/2 3/12 5/22 7/24 8/21 9/19 9/20 9/24 10/1 11/24 13/18 13/24 14/3 14/14 15/3 15/8
**Your Honor** [10]  3/2 3/12 9/19 9/20 9/24 10/1 11/24 13/18 14/3 15/8
**Your Honor's** [1]  13/24

## Z

**Zaremba** [3]  2/2 16/2 16/8
**ZOOM** [4]  1/9 5/22 7/8 8/14