**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter as follows:

1. The Defendant requests permission to travel to Sterling, Virginia on March 20, 2024 from 8:30 a.m. to 2:30 p.m. for the purpose of accompanying his wife, Sharon Caldwell, to a medical appointment with an orthopedic surgeon.

2. Further, the Defendant requests permission to attend two (2) separate Easter services: the first on Easter Sunday at 7:45 a.m. at Cornerstone Church in Loudoun County, Virginia; and (2) the second at 11:00 a.m. at Oakrum Baptist Church, 16419 Thoroughfare Road, Broad Run, Virginia 20137.  With travel time to and from both church services, the Defendant requests permission to be out of his home county on Easter Sunday, March 31, 2024, from 6:30 a.m. to 3:00 p.m.  The Defendant will be accompanied by his wife, Sharon Caldwell, the entire day.

3. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

WHEREFORE, the Defendant respectfully requests that he be permitted to leave his home county as follows: (1) on March 20, 2024 from 8:30 a.m. to 2:30 p.m. to accompany his wife to a medical appointment in Sterling, Virginia; and (2) on Easter Sunday, March 31, 2024 from 6:30 a.m. to 3:00 p.m. to attend two separate church services at Cornerstone Church and Oakrum Baptist Church.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2024, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                   555 4th Street, NW
                                   Washington, DC 20001

/s/
David W. Fischer, Esq.