**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS EDWARD CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is granted and that the Defendant is permitted to leave his home county as follows:

(1) On March 20, 2024 from 8:30 a.m. to 2:30 p.m. to accompany his wife, Sharon Caldwell, to a medical appointment in Sterling, Virginia;

(2) On Easter Sunday, March 31, 2024 from 6:30 a.m. to 3:00 p.m. to attend two separate church services at Cornerstone Church and Oakrum Baptist Church; and

(3) All other conditions to remain the same.

_____        _____
Date                                              Honorable Amit P. Mehta
                                                     United States District Court