**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES                           *

vs.                                     *    Case No.: 21-15-APM

THOMAS EDWARD CALDWELL                   *

     *    *    *    *    *    *    *    *    *    *    *

<u>ORDER</u>

Upon consideration of the Defendant's Motion to Continue Sentencing, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is GRANTED and, accordingly, that the sentencing hearing scheduled for April 4, 2024 is hereby vacated and a new sentencing date shall be set after July 15, 2024.


_____                _____
Date                                     Honorable Amit P. Mehta
                                         United States District Court