IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | Case No. 1:22-cr-00015-APM |
| v. | ) ) ) | |
| **KELLY MEGGS,** | ) ) ) | |
| **Defendant.** | ) | |

# KELLY MEGGS MOTION FOR ACCESS TO UNREDACTED TRANSCRIPTS OF DISTRICT COURT PROCEEDINGS

Defendant Kelly Meggs, through counsel, respectfully moves this Court to grant Defendant Meggs and his counsel access to the unredacted versions of the trial transcripts for use in Mr. Meggs's appellate proceedings. Most of the redacted information identified by counsel for Mr. Meggs relates either wholly or partially to Mr. Meggs.

The following transcripts have been identified as containing redacted portions: (1) June 24, 2022 Status Conference; (2) August 2, 2022 Status Conference; (3) August 23, 2022 Status Conference; (4) August 30, 2022 Hearing on Motions in Limine; (4) September 27, 2022 Jury Selection (AM Session); (5) September 29, 2022 Jury Selection (AM Session); (6) September 29, 2022 Jury Selection (PM Session); (7) October 6, 2022 (AM Session); (8) October 13, 2022 Jury Trial (AM Session); (9) October 14, 2022 Jury Trial; (10) October 19, 2022 Jury Trial (AM Session); (11) October 26, 2022 Jury Trial (AM Session); (12) November 8, 2022 Jury Trial (AM Session); (13) November 9, 2022 Jury Trial (AM Session); (14) November 17, 2022 Jury Trial.

**[SIGNATURE ON NEXT PAGE]**

Dated: March 25, 2024                    Respectfully submitted,

                                         */s/ Stanley E. Woodward, Jr.*

                                         Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                         BRAND WOODWARD, LP
                                         400 5th Street NW
                                         Suite 350
                                         Washington, D.C.  20001
                                         (202) 996-7447 (telephone)
                                         (202) 996-0113 (facsimile)
                                         Stanley@BrandWoodwardLaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 1:22-cr-00015-APM |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **KELLY MEGGS,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

On March 25, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Respectfully submitted,

_/s/ Stanley E. Woodward, Jr._

BRAND WOODWARD, LP
400 5th Street NW
Suite 350
Washington, D.C. 20001
(202) 996-7447 (telephone)
(202) 996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) **Case No. 1:22-cr-00015-APM** |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **KELLY MEGGS,** | ) ) |
| **Defendant.** | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Kelly Meggs's Motion, it is, this ___ day of

_____, 2024, hereby:

**ORDERED** that Defendant Kelly Meggs's Motion is **GRANTED**

**SO ORDERED**

_____
The Honorable Amit P. Mehta
United States District Court Judge