UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 1:22-cr-00015-APM |
| JOSHUA JAMES | : | |

## CONSENT MOTION TO CONTINUE SENTENCING

COMES now Mr. Joshua James, by counsel, and respectfully requests the Court continue the sentencing hearing, and corresponding briefing and presentence report deadlines, currently scheduled for May 6, 2024, pending the resolution of the United States Supreme Court's decision in *United States v. Fischer*, No. 23-5572, a case that is scheduled for oral argument before the United States Supreme Court in April 16, 2024. As grounds for this continuance request, Mr. James offer the following:

1. Mr. James awaits sentencing after having pleaded guilty to one count of seditious conspiracy, in violation of 18 U.S.C. § 2384 and one count of obstruction of an official proceeding, in violation of 18 U.S.C. §1512(c)(2).

2. The Supreme Court's decision in *Fischer* will directly impact Mr. James's sentencing hearing, as it will determine whether 18 U.S.C. §1512(c)(2) applies to the conduct upon which Mr. James was convicted.

3. As additional grounds, Defendant Jonathan Walden's trial, in *United States v. Walden*, Case No. 22-cr-14, was recently continued to July 29, 2024. Mr. James may be called upon by the

government in trial preparation or at trial itself in that matter. Should that be the case, the Court could most efficiently consider the full scope of Mr. James's potential substantial assistance to the government's investigation at a sentencing hearing that post-dates the Walden case.

4. Undersigned counsel has consulted with the counsel for the government, who do not oppose this request.

WHEREFORE, Mr. James, by counsel, respectfully submits this motion to continue the sentencing hearing to a date after the completion of the *Walden* trial.

Respectfully submitted,

By Counsel

_____/s/_____

Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com

_____/s/_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
421 King Street, Suite 505
Alexandria, Virginia 22314

(703) 683 4310
chris@chrisleibiglaw.com