UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Crim. No. 1:22-cr-00015-APM** |
| JOSHUA JAMES | : | |

**CONSENT MOTION TO CONTINUE SENTENCING**

On Motion of the defendant, the Government having consented to the motion, and for good cause shown, the Court hereby orders that the sentencing hearing in the above-captioned case shall be continued until _____ at _____ a.m.

It is ORDERED this \_\_\_ day of April 2024.

_____
UNITED STATES DISTRICT JUDGE