1

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )   CR No. 22-15-11
                                )   Washington, D.C.
     vs.                        )   January 28, 2022
                                )   3:28 p.m.
EDWARD VALLEJO,                 )
                                )
        Defendant.              )
_____)


         TRANSCRIPT OF ARRAIGNMENT VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Louis J. Manzo
                           DOJ-CRM
                           1400 New York Ave NW
                           Washington, D.C. 20002
                           (202) 616-2706
                           Email: louis.manzo@usdoj.gov


For the Defendant:         Matthew J. Peed
                           CLINTON & PEED
                           1775 Eye Street, NW
                           Suite 1150
                           Washington, D.C. 20006
                           (202) 919-9491
                           Email: matt@clintonpeed.com
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman Courthouse
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                  P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 22-15-11, United States of America
 4   versus Edward Vallejo.
 5            Louis Manzo for the government.
 6            Matthew Peed for the defense.
 7            The defendant is appearing via teleconference for
 8   this hearing.
 9            THE COURT:  Okay.  Good afternoon, everybody.
10            Counsel, good afternoon.
11            Mr. Vallejo, good afternoon.  Can you hear me
12   okay?  This is Judge Mehta.
13            THE DEFENDANT:  Yes, Judge, I can hear you fine.
14            THE COURT:  Okay.  Terrific.
15            All right.  Thanks, everybody, for your patience.
16   Took a few minutes to get Mr. Vallejo on the line, but we
17   have him here now.
18            So the business of the day is to have Mr. Vallejo
19   arraigned.  And then I want to talk about deadlines that
20   have been set so Mr. Peed is aware of them and then anything
21   else that we need to talk about as we move forward.
22            So why don't we start with Mr. Vallejo and the
23   arraignment.
24            So, Mr. Vallejo, Mr. Douyon, who's my Courtroom
25   Deputy, you can't see him, but he is going to announce the
```

1   charges that have been filed against you, and then I'll ask
2   your counsel whether he waives a formal reading and ask him
3   to enter a plea on your behalf.
4               COURTROOM DEPUTY:  Mr. Edward Vallejo, in Criminal
5   Case No. 22-15-11, you've been charged with the following
6   counts:
7               Count 1, seditious conspiracy, in violation of
8   Title 18 United States Code Section 2384;
9               Count 2, conspiracy to obstruct an official
10  proceeding, in violation of Title 18 United States Code
11  Section 1512(k);
12              Count 3, obstruction of an official proceeding and
13  aiding and abetting, in violation of Title 18 United States
14  Code Sections 1512(c)(2) and Section 2;
15              And Count 4, conspiracy to prevent an officer from
16  discharging any duties, in violation of Title 18
17  United States Code Section 372.
18              Do you wish to waive the formal reading of the
19  indictment and how do you wish to plead?
20              MR. PEED:  Your Honor, on behalf of Mr. Vallejo,
21  we would waive the formal reading of the indictment and
22  enter a plea of not guilty to all charges.
23              THE COURT:  Okay.  Thank you.  The record will
24  reflect entry of not-guilty pleas as to each count of the
25  indictment against Mr. Vallejo.

```
 1              All right.  So let me just update Mr. Peed about
 2   where we stand in this case.  As you know, there's been a
 3   fair amount that's happened -- well, to update Mr. Vallejo.
 4              This case, in its original form, has been pending
 5   now for the better part of a year.  The government recently
 6   took the original indictment and split it into three, which
 7   the indictment includes -- one of those indictments now
 8   includes Mr. Vallejo.
 9              We have trial dates set for those who have been
10   charged in this indictment, the trial dates of July the 11th
11   and September 26th.  We've not yet decided who will be in
12   those trial dates.
13              And so, Mr. Peed, I'm going to ask you to block
14   off four weeks' time from those dates if your client is in a
15   trial.  Again, we haven't yet decided who will be in which
16   trial, but that's where things stand.
17              We have a next status hearing on March the 4th at
18   1:00 p.m., and so that's where things stand in terms of the
19   schedule.  And no pretrial schedule has been issued yet for
20   the July date.
21              In the related case, there's a March -- excuse me,
22   an April trial date for which there has been a schedule
23   issued.  But that's not applicable to you, Mr. Peed, just
24   simply you may want to something you may want to track and
25   follow.  So that's sort of a brief synopsis of where things
```

1  stand.
2          Mr. Manzo, is there anything you'd like to add at
3  this point in terms of production of discovery or the like?
4          MR. MANZO:  No, Your Honor.
5          We're ready to produce discovery to Mr. Peed
6  consistent with the other defendants.  We just need to make
7  sure there's a protective order in place for Mr. Vallejo
8  that mirrors the other defendants.
9          THE COURT:  Okay.
10         Mr. Peed, your thoughts on where we go from here?
11         MR. PEED:  Thank you, Your Honor.
12         My main question right now is, you know, how to
13 meet with Mr. Vallejo and is he going to be brought into
14 this district, and, if so, when?
15         THE COURT:  Well, it's certainly my expectation he
16 will be.  As to when, that I can't predict.
17         I think -- you know, it's taken weeks for the
18 other defendants to make that trip.  And given COVID
19 protocols and the like, I think you can expect it to take
20 that long.
21         MR. PEED:  I've been able to speak with
22 Mr. Vallejo once.
23         Obviously we would like to file a bond review
24 motion fairly soon once I have more time to consult with
25 him.

1                  The other dates, the Pretrial -- I mean, the next
2     status conference, that sounds like a good time, to give me
3     a month to get up to speed.
4                  I currently have a trial scheduled for
5     February 9th, which may get bumped.  So I think the March
6     4th date should be a good date.
7                  THE COURT:  Okay.
8                  All right.  Well, look, I mean, obviously, you
9     know, file your bond motion when you're ready to file your
10    bond motion and we'll take that up.  Insofar as the
11    government opposition, we'll set a schedule for that as
12    well.
13                 But unless there's anything else that we need to
14    discuss -- Mr. Manzo, I don't know that I've left anything
15    out in terms of getting him and his client up to speed.  If
16    I have, feel free to remind me, but I think that's sort of
17    an overall lay of the land.
18                 MR. MANZO:  I think that's correct, Your Honor.
19                 We just ask for Mr. Vallejo, the time be tolled
20    until the next status hearing.
21                 And just to be clear that the motions deadlines of
22    February 25th, those would not apply to Mr. Vallejo, he
23    would have until March 4th; is that what I'm understanding?
24                 THE COURT:  I'm trying to remember.
25                 Did we set -- I think we may have set a Rule 12

```
 1   deadline in this case.  Did we do that?  There were a lot of
 2   dates flying around and I'm trying to recall.
 3               MR. MANZO:  Yes.
 4               THE COURT:  I do remember Mr. -- yeah, we did,
 5   right?
 6               MR. MANZO:  Yes.
 7               I believe it's February 25th.
 8               THE COURT:  Okay.
 9               MR. PEED:  Since we just got the case, Your Honor,
10   I would ask for a different deadline than that for Rule 12
11   motions.
12               THE COURT:  Okay.
13               Well, let's just do this.
14               For now, let's -- we'll leave February 25th on the
15   calendar.  And then as we -- file a motion, and we can --
16   after you get a sense of how much time you need, we can do
17   that.
18               The bottom line is, there's been a lot of
19   litigation as to some of the counts in this indictment
20   against the defendants -- some of the defendants who were in
21   the earlier indictment.
22               There are, obviously, some new counts added to
23   this indictment, particularly the sedition count that may
24   draw some Rule 12 motions.  That remains to be seen, but I
25   would certainly expect there to be some filings by some of
```

```
1    the other defendants by February 25th.  And if you need more
2    time, just let me know.
3              You know, alternatively, if you simply want to
4    just join what's filed, that's acceptable, too, okay?
5              MR. PEED:  I can represent to the Court right now,
6    just because of the existing trial schedule I have for
7    February, I would need more time, but I can file something.
8              THE COURT:  Okay.
9              Yeah, it's just helpful in terms of knowing --
10   having sort of an orderly scheduling of these things.
11             Okay.  So, Mr. Peed, is your client -- does he
12   consent to the exclusion of time?  I mean, I suppose the
13   exclusion of time is automatic since he's not in the
14   jurisdiction, but just -- let me just ask you so we can put
15   it on the record.
16             MR. PEED:  I haven't had a chance to consult with
17   him about that question, Your Honor.
18             THE COURT:  Okay.
19             Do you want a minute to do that?
20             MR. PEED:  Yes, Your Honor.
21             THE COURT:  Okay.  Why don't we put Mr. Vallejo
22   and Mr. Peed in a breakout room.
23             (Defense counsel and the defendant conferred off
24   the record.)
25             COURTROOM DEPUTY:  And, Mr. Vallejo, can you hear
```

```
 1   us all now?
 2             THE DEFENDANT:  I can hear you now.
 3             COURTROOM DEPUTY:  Thanks.
 4             THE COURT:  Okay.
 5             Mr. Peed, your client's position on exclusion of
 6   time?
 7             MR. PEED:  Thank you, Your Honor.
 8             I was able to explain all the Speedy Trial rights
 9   to Mr. Vallejo, and he agrees to waive Speedy Trial rights
10   until the next hearing.
11             THE COURT:  Okay.
12             So we'll exclude time for the defendant under the
13   Speedy Trial Act through March the 4th.  I think under
14   statute, that time is excluded at least until he arrives in
15   Washington, D.C. in any event.  But also I find that it is
16   in the interests of justice and they outweigh the interests
17   of the defendant and the public in a speedy trial to exclude
18   the time; specifically, to allow the government to produce
19   discovery to counsel and to Mr. Vallejo so that they can
20   begin reviewing that discovery and begin the process of
21   preparing a defense and potentially preparing for a trial.
22             Okay.  With that, is there anything else we need
23   to take up this afternoon?
24             MR. MANZO:  No, Your Honor.
25             MR. PEED:  No, Your Honor.
```

1       THE COURT:  Okay.  All right.  Thank you, all,
2  very much.  We'll see you in a few weeks.
3       (Proceedings concluded at 3:40 p.m.)

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__March 6, 2024_____   

                          William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 3/2 4/4 9/25 10/3
**MR. MANZO: [5]** 6/4 7/18 8/3 8/6 10/24
**MR. PEED: [9]** 4/20 6/11 6/21 8/9 9/5 9/16 9/20 10/7 10/25
**THE COURT: [16]**
**THE DEFENDANT: [2]** 3/13 10/2

**1**
**11 [3]** 1/4 3/3 4/5
**1150 [1]** 1/18
**11th [1]** 5/10
**12 [3]** 7/25 8/10 8/24
**1400 [1]** 1/14
**1512 [2]** 4/11 4/14
**1775 [1]** 1/18
**18 [3]** 4/10 4/13 4/16
**18 United States [1]** 4/8
**1:00 [1]** 5/18

**2**
**20001 [1]** 2/5
**20002 [1]** 1/14
**20006 [1]** 1/19
**202 [3]** 1/15 1/19 2/5
**2022 [1]** 1/5
**2024 [1]** 12/7
**22-15-11 [3]** 1/4 3/3 4/5
**2384 [1]** 4/8
**25th [4]** 7/22 8/7 8/14 9/1
**26th [1]** 5/11
**2706 [1]** 1/15
**28 [1]** 1/5

**3**
**3249 [1]** 2/5
**333 [1]** 2/4
**354-3249 [1]** 2/5
**372 [1]** 4/17
**3:28 [1]** 1/6
**3:40 [1]** 11/3

**4**
**4th [4]** 5/17 7/6 7/23 10/13

**6**
**616-2706 [1]** 1/15

**9**
**919-9491 [1]** 1/19
**9491 [1]** 1/19
**9th [1]** 7/5

**A**
**abetting [1]** 4/13
**able [2]** 6/21 10/8
**about [4]** 3/19 3/21 5/1 9/17
**above [1]** 12/4
**above-titled [1]** 12/4
**acceptable [1]** 9/2
**Act [1]** 10/13
**add [1]** 6/2
**added [1]** 8/22
**after [1]** 8/16
**afternoon [5]** 3/2 3/9 3/10 3/11 10/23
**Again [1]** 5/15
**against [3]** 4/1 4/25 8/20
**agrees [1]** 10/9
**aided [1]** 2/7
**aiding [1]** 4/13
**all [8]** 3/15 4/22 5/1 7/8 10/1 10/8 11/1 11/1
**allow [1]** 10/18
**also [1]** 10/15
**alternatively [1]** 9/3
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**amount [1]** 5/3
**announce [1]** 3/25
**any [2]** 4/16 10/15
**anything [5]** 3/20 6/2 7/13 7/14 10/22
**APPEARANCES [2]** 1/12 1/25
**appearing [1]** 3/7
**applicable [1]** 5/23
**apply [1]** 7/22
**April [1]** 5/22
**are [1]** 8/22
**around [1]** 8/2
**arraigned [1]** 3/19
**arraignment [2]** 1/9 3/23
**arrives [1]** 10/14
**as [8]** 3/21 4/24 5/2 6/16 7/10 7/11 8/15 8/19
**ask [6]** 4/1 4/2 5/13 7/19 8/10 9/14
**automatic [1]** 9/13
**Ave [1]** 1/14
**Avenue [1]** 2/4
**aware [1]** 3/20

**B**
**Barrett [1]** 2/4
**be [9]** 5/11 5/15 6/13 6/16 7/6 7/19 7/21 8/24 8/25
**because [1]** 9/6
**been [10]** 3/20 4/1 4/5 5/2 5/4 5/9 5/19 5/22 6/21 8/18
**BEFORE [1]** 1/10
**begin [2]** 10/20 10/20
**behalf [2]** 4/3 4/20
**believe [1]** 8/7
**better [1]** 5/5
**block [1]** 5/13
**bond [3]** 6/23 7/9 7/10
**bottom [1]** 8/18
**breakout [1]** 9/22
**brief [1]** 5/25
**brought [1]** 6/13
**bumped [1]** 7/5
**business [1]** 3/18

**C**
**calendar [1]** 8/15
**can [11]** 3/11 3/13 6/19 8/15 8/16 9/5 9/7 9/14 9/25 10/2 10/19
**can't [2]** 3/25 6/16
**case [7]** 3/3 4/5 5/2 5/4 5/21 8/1 8/9
**certainly [2]** 6/15 8/25
**Certified [1]** 2/3
**certify [1]** 12/2
**chance [1]** 9/16
**charged [2]** 4/5 5/10
**charges [2]** 4/1 4/22
**clear [1]** 7/21
**client [3]** 5/14 7/15 9/11
**client's [1]** 10/5
**CLINTON [1]** 1/17
**clintonpeed.com [1]** 1/20
**Code [4]** 4/8 4/10 4/14 4/17
**COLUMBIA [1]** 1/1
**computer [1]** 2/7
**computer-aided [1]** 2/7
**concluded [1]** 11/3
**conference [1]** 7/2
**conferred [1]** 9/23
**consent [1]** 9/12
**consistent [1]** 6/6
**conspiracy [3]** 4/7 4/9 4/15
**Constitution [1]** 2/4
**consult [2]** 6/24 9/16
**CONTINUED [1]** 2/1
**correct [2]** 7/18 12/3
**counsel [4]** 3/10 4/2 9/23 10/19
**count [6]** 4/7 4/9 4/12 4/15 4/24 8/23
**Count 1 [1]** 4/7
**Count 2 [1]** 4/9
**Count 4 [1]** 4/15
**counts [3]** 4/6 8/19 8/22
**COURT [4]** 1/1 2/2 2/3 9/5
**Courthouse [1]** 2/4
**Courtroom [1]** 3/24
**COVID [1]** 6/18
**CR [1]** 1/4
**Criminal [2]** 3/3 4/4
**CRM [1]** 1/13
**CRR [2]** 12/2 12/8
**currently [1]** 7/4

**D**
**D.C [5]** 1/5 1/14 1/19 2/5 10/15
**date [5]** 5/20 5/22 7/6 7/6 12/7
**dates [6]** 5/9 5/10 5/12 5/14 7/1 8/2
**day [1]** 3/18
**deadline [2]** 7/9 7/10
**deadlines [2]** 3/19 7/21
**decided [2]** 5/11 5/15
**defendant [6]** 1/7 1/17 3/7 9/23 10/12 10/17
**defendants [6]** 6/6 6/8 6/18 8/20 8/20 9/1
**defense [3]** 3/6 9/23 10/21
**Deputy [1]** 3/25
**did [3]** 7/25 8/1 8/4
**different [1]** 8/10
**discharging [1]** 4/16
**discovery [4]** 6/3 6/5 10/19 10/20
**discuss [1]** 7/14
**district [4]** 1/1 1/1 1/10 6/14
**do [8]** 4/18 4/19 8/1 8/4 8/13 8/16 9/19 9/19
**do you [2]** 4/18 4/19
**does [1]** 9/11
**DOJ [1]** 1/13
**DOJ-CRM [1]** 1/13
**don't [3]** 3/22 7/14 9/21
**Douyon [1]** 3/24
**draw [1]** 8/24
**duties [1]** 4/16

**E**
**each [1]** 4/24
**earlier [1]** 8/21
**EDWARD [3]** 1/6 3/4 4/4
**else [3]** 3/21 7/13 10/22
**Email [2]** 1/15 1/20
**enter [2]** 4/3 4/22
**entry [1]** 4/24
**event [1]** 10/15
**everybody [2]** 3/9 3/15
**exclude [2]** 10/12 10/17
**excluded [1]** 10/14
**exclusion [3]** 9/12 9/13 10/5
**excuse [1]** 5/21
**existing [1]** 9/6
**expect [2]** 6/19 8/25
**expectation [1]** 6/15
**explain [1]** 10/8
**Eye [1]** 1/18

**F**
**fair [1]** 5/3
**fairly [1]** 6/24
**February [6]** 7/5 7/22 8/7 8/14 9/1 9/7
**February 9th [1]** 7/5
**feel [1]** 7/16
**few [2]** 3/16 11/2
**file [5]** 6/23 7/9 7/9 8/15 9/7
**filed [2]** 4/1 9/4
**filings [1]** 8/25
**find [1]** 10/15
**fine [1]** 3/13
**flying [1]** 8/2
**follow [1]** 5/25
**following [1]** 4/5
**foregoing [1]** 12/3
**form [1]** 5/4
**formal [3]** 4/2 4/18 4/21
**forward [1]** 3/21
**four [1]** 5/14
**free [1]** 7/16

**G**
**get [4]** 3/16 7/3 7/5 8/16
**getting [1]** 7/15
**give [1]** 7/2
**given [1]** 6/18
**go [1]** 6/10
**going [3]** 3/25 5/13 6/13
**good [6]** 3/2 3/9 3/10 3/11 7/2 7/6
**got [1]** 8/9
**government [5]** 1/13 3/5 5/5 7/11 10/18
**guilty [2]** 4/22 4/24

**H**
**had [1]** 9/16
**happened [1]** 5/3
**has [3]** 5/4 5/19 5/22
**have [13]**
**haven't [2]** 5/15 9/16
**having [1]** 9/10
**he [8]** 3/25 4/2 6/13 6/15 7/22 9/11 10/9 10/14
**he's [1]** 9/13
**hear [4]** 3/11 3/13 9/25 10/2
**hearing [4]** 3/8 5/17 7/20 10/10
**helpful [1]** 9/9
**here [2]** 3/17 6/10
**him [6]** 3/17 3/25 4/2 6/25 7/15 9/17
**his [1]** 7/15
**Honor [11]** 3/2 4/20 6/4 6/11 7/18 8/9 9/17 9/20 10/7 10/24 10/25
**HONORABLE [1]** 1/10
**how [3]** 4/19 6/12 8/16

**I**
**I believe [1]** 8/7
**I can [4]** 3/13 9/5 9/7 10/2
**I can't [1]** 6/16
**I don't [1]** 7/14
**I have [2]** 6/24 9/6
**I haven't [1]** 9/16
**I mean [2]** 7/1 9/12
**I think [5]** 6/17 6/19 7/18 7/25 10/13
**I want [1]** 3/19
**I was [1]** 10/8
**I'll [1]** 4/1
**I'm [4]** 5/13 7/23 7/24 8/2

**I**
I'm going [1] 5/13
I've [2] 6/21 7/14
includes [2] 5/7 5/8
indictment [9] 4/19 4/21 4/25 5/6 5/7 5/10 8/19 8/21 8/23
indictments [1] 5/7
Insofar [1] 7/10
interests [2] 10/16 10/16
is [18]
is there [2] 6/2 10/22
issued [2] 5/19 5/23
it [4] 5/6 6/19 9/15 10/15
it's [4] 6/15 6/17 8/7 9/9
its [1] 5/4

**J**
January [1] 1/5
join [1] 9/4
JUDGE [3] 1/10 3/12 3/13
Judge Mehta [1] 3/12
July [2] 5/10 5/20
jurisdiction [1] 9/14
just [13]
justice [1] 10/16

**K**
know [7] 5/2 6/12 6/17 7/9 7/14 9/2 9/3
knowing [1] 9/9

**L**
land [1] 7/17
lay [1] 7/17
least [1] 10/14
leave [1] 8/14
left [1] 7/14
let [3] 5/1 9/2 9/14
let's [2] 8/13 8/14
like [5] 6/2 6/3 6/19 6/23 7/2
line [2] 3/16 8/18
litigation [1] 8/19
long [1] 6/20
look [1] 7/8
lot [2] 8/1 8/18
Louis [2] 1/13 3/5
louis.manzo [1] 1/15

**M**
main [1] 6/12
make [2] 6/6 6/18
Manzo [4] 1/13 3/5 6/2 7/14
March [6] 5/17 5/21 7/5 7/23 10/13 12/7
matt [1] 1/20
matter [1] 12/4
Matthew [2] 1/17 3/6
Matthew Peed [1] 3/6
may [5] 5/24 5/24 7/5 7/25 8/23
me [7] 3/11 5/1 5/21

mean [3] 7/1 7/8 9/12
mechanical [1] 2/7
meet [1] 6/13
MEHTA [2] 1/10 3/12
Merit [1] 2/2
minute [1] 9/19
minutes [1] 3/16
mirrors [1] 6/8
month [1] 7/3
more [3] 6/24 9/1 9/7
motion [4] 6/24 7/9 7/10 8/15
motions [3] 7/21 8/11 8/24
move [1] 3/21
Mr [3] 4/4 7/14 8/4
Mr. [29]
Mr. Douyon [1] 3/24
Mr. Manzo [1] 6/2
Mr. Peed [9] 3/20 5/1 5/13 5/23 6/5 6/10 9/11 9/22 10/5
Mr. Vallejo [18]
much [2] 8/16 11/2
my [3] 3/24 6/12 6/15

**N**
need [7] 3/21 6/6 7/13 8/16 9/1 9/7 10/22
new [2] 1/14 8/22
next [4] 5/17 7/1 7/20 10/10
no [7] 1/4 3/3 4/5 5/19 6/4 10/24 10/25
not [6] 4/22 4/24 5/11 5/23 7/22 9/13
not-guilty [1] 4/24
now [8] 3/17 5/5 5/7 6/12 8/14 9/5 10/1 10/2
NW [3] 1/14 1/18 2/4

**O**
obstruct [1] 4/9
obstruction [1] 4/12
obviously [3] 6/23 7/8 8/22
off [2] 5/14 9/23
officer [1] 4/15
official [3] 2/3 4/9 4/12
okay [17]
once [2] 6/22 6/24
one [1] 5/7
opposition [1] 7/11
order [1] 6/7
orderly [1] 9/10
original [2] 5/4 5/6
other [5] 6/6 6/8 6/18 7/1 9/1
out [1] 7/15
outweigh [1] 10/16
overall [1] 7/17

**P**
p.m [3] 1/6 5/18 11/3
part [1] 5/5
particularly [1] 8/23
patience [1] 3/15

need [2] 1/17 9/14
Peed [2] 1/17 3/20 5/1 5/13 5/23 6/5 6/10 9/11 9/22 10/5
pending [1] 5/4
place [1] 6/7
Plaintiff [1] 1/4
plea [2] 4/3 4/22
plead [1] 4/19
pleas [1] 4/24
point [1] 6/3
position [1] 10/5
potentially [1] 10/21
predict [1] 6/16
preparing [2] 10/21 10/21
pretrial [2] 5/19 7/1
Prettyman [1] 2/4
prevent [1] 4/15
proceeding [2] 4/10 4/12
proceedings [4] 1/9 2/7 11/3 12/4
process [1] 10/20
produce [2] 6/5 10/18
produced [1] 2/7
production [1] 6/3
protective [1] 6/7
protocols [1] 6/19
public [1] 10/17
put [2] 9/14 9/21

**Q**
question [2] 6/12 9/17

**R**
reading [3] 4/2 4/18 4/21
ready [2] 6/5 7/9
Realtime [1] 2/3
recall [1] 8/2
recently [1] 5/5
record [4] 4/23 9/15 9/24 12/3
recorded [1] 2/7
reflect [1] 4/24
Registered [1] 2/2
related [1] 5/21
remains [1] 8/24
remember [2] 7/24 8/4
remind [1] 7/16
Reporter [4] 2/2 2/2 2/3 2/3
represent [1] 9/5
review [1] 6/23
reviewing [1] 10/20
right [7] 3/15 5/1 6/12 7/8 8/5 9/5 11/1
rights [2] 10/8 10/9
RMR [2] 12/2 12/8
room [1] 9/22
Rule [3] 7/25 8/10 8/24
Rule 12 [3] 7/25 8/10 8/24

**S**
schedule [5] 5/19 5/19 5/22 7/11 9/6
scheduled [1] 7/4

scheduling [1] 3/17
Section [4] 4/8 4/11 4/14 4/17
Sections [1] 4/14
sedition [1] 8/23
seditious [1] 4/7
see [2] 3/25 11/2
seen [1] 8/24
sense [1] 8/16
September [1] 5/11
set [5] 3/20 5/9 7/11 7/25 7/25
should [1] 7/6
simply [2] 5/24 9/3
since [2] 8/9 9/13
so [14]
So I think [1] 7/5
some [6] 8/19 8/20 8/22 8/24 8/25 8/25
something [2] 5/24 9/7
soon [1] 6/24
sort [3] 5/25 7/16 9/10
sounds [1] 7/2
speak [1] 6/21
specifically [1] 10/18
speed [2] 7/3 7/15
speedy [4] 10/8 10/9 10/13 10/17
Speedy Trial Act [1] 10/13
split [1] 5/6
stand [4] 5/2 5/16 5/18 6/1
start [1] 3/22
STATES [8] 1/1 1/3 1/10 3/3 4/8 4/10 4/13 4/17
status [3] 5/17 7/2 7/20
statute [1] 10/14
stenography [1] 2/7
Street [1] 1/18
Suite [1] 1/18
suppose [1] 9/12
sure [1] 6/7
synopsis [1] 5/25

**T**
take [3] 6/19 7/10 10/23
taken [1] 6/17
talk [2] 3/19 3/21
teleconference [1] 3/7
terms [4] 5/18 6/3 7/15 9/9
Terrific [1] 3/14
than [1] 8/10
Thank [4] 4/23 6/11 10/7 11/1
Thank you [3] 4/23 6/11 10/7
Thanks [2] 3/15 10/3
that [27]
that's [8] 5/3 5/16 5/18 5/23 5/25 7/16 7/18 9/4
them [1] 3/20
then [4] 3/19 3/20 4/1 8/15
there [6] 5/22 6/2 8/1

there's [5] 5/2 5/21 6/7 7/13 8/18
these [1] 9/10
they [2] 10/16 10/19
things [4] 5/16 5/18 5/25 9/10
think [7] 6/17 6/19 7/5 7/16 7/18 7/25 10/13
this [13]
This is [1] 3/3
those [5] 5/7 5/9 5/12 5/14 7/22
thoughts [1] 6/10
three [1] 5/6
through [1] 10/13
time [13]
Title [4] 4/8 4/10 4/13 4/16
titled [1] 12/4
tolled [1] 7/19
too [1] 9/4
took [2] 3/16 5/6
track [1] 5/24
transcript [3] 1/9 2/7 12/3
transcription [1] 2/7
trial [13]
trip [1] 6/18
trying [2] 7/24 8/2

**U**
under [2] 10/12 10/13
understanding [1] 7/23
UNITED [8] 1/1 1/3 1/10 3/3 4/8 4/10 4/13 4/17
United States [3] 4/10 4/13 4/17
United States of [1] 3/3
unless [1] 7/13
until [4] 7/20 7/23 10/10 10/14
up [4] 7/3 7/10 7/15 10/23
update [2] 5/1 5/3
us [1] 10/1
usdoj.gov [1] 1/15

**V**
VALLEJO [21]
versus [1] 3/4
very [1] 11/2
via [2] 1/9 3/7
violation [4] 4/7 4/10 4/13 4/16
vs [1] 1/5

**W**
waive [3] 4/18 4/21 10/9
waives [1] 4/2
want [5] 3/19 5/24 5/24 9/3 9/19
was [1] 10/8
Washington [5] 1/5

**W**

**Washington... [4]** 1/14 1/19 2/5 10/15
**we [25]**
**we'll [5]** 7/10 7/11 8/14 10/12 11/2
**We're [1]** 6/5
**We've [1]** 5/11
**weeks [2]** 6/17 11/2
**weeks' [1]** 5/14
**well [5]** 5/3 6/15 7/8 7/12 8/13
**were [2]** 8/1 8/20
**what [1]** 7/23
**what's [1]** 9/4
**when [3]** 6/14 6/16 7/9
**where [5]** 5/2 5/16 5/18 5/25 6/10
**whether [1]** 4/2
**which [4]** 5/6 5/15 5/22 7/5
**who [4]** 5/9 5/11 5/15 8/20
**who's [1]** 3/24
**why [2]** 3/22 9/21
**will [4]** 4/23 5/11 5/15 6/16
**William [3]** 2/2 12/2 12/8
**wish [2]** 4/18 4/19
**would [7]** 4/21 6/23 7/22 7/23 8/10 8/25 9/7

**Y**

**yeah [2]** 8/4 9/9
**year [1]** 5/5
**Yes [4]** 3/13 8/3 8/6 9/20
**yet [3]** 5/11 5/15 5/19
**York [1]** 1/14
**you [29]**
**you'd [1]** 6/2
**you're [1]** 7/9
**you've [1]** 4/5
**your [20]**
**Your Honor [11]** 3/2 4/20 6/4 6/11 7/18 8/9 9/17 9/20 10/7 10/24 10/25

**Z**

**Zaremba [3]** 2/2 12/2 12/8
**ZOOM [1]** 1/9