**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES                                 *

vs.                                           *   Case No.: 22-15-APM

THOMAS E. CALDWELL                            *

\* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter as follows:

1. The Defendant's travel is currently restricted to Clarke County and Frederick County, Virginia.

2. The Defendant requests that the conditions of his release be modified to also include travel within Loudoun County, Virginia, Jefferson County, West Virginia and Berkeley County, West Virginia.

3. The aforementioned proposed counties are all adjacent to the Defendant's home county.

4. The Defendant is routinely required to travel to Loudoun County, Virginia, Jefferson County, West Virginia, and Berkeley County, West Virginia for medical appointments, appointments with the Veterans Administration, and other personal errands.

5. Assistant U.S. Attorney Kathryn Rakoczy does <u>not</u> oppose the instant request.

WHEREFORE, the Defendant respectfully requests that the conditions of his release be modified to allow him to also travel within Loudoun County, Virginia, Jefferson County, West Virginia and Berkely County, West Virginia.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 1007
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2024, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                   555 4th Street, NW
                                   Washington, DC 20001


/s/
David W. Fischer, Esq.