# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS EDWARD CALDWELL | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is GRANTED and that the Defendant is permitted to travel within Loudoun County, Virginia, Jefferson County, West Virginia and Berkely County, West Virginia.  All other conditions to remain the same.

_____         _____
Date                                                          Honorable Amit P. Mehta
                                                                     United States District Court