NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                      Criminal Number  22-cr-15 (APM)

**EDWARD VALLEJO**
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☐ RETAINED        ☒ FEDERAL PUBLIC DEFENDER

*s/ Kurt D. Hermansen*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kurt D. Hermansen, CA 166349
(Attorney & Bar ID Number)

Oregon Federal Public Defender
(Firm Name)

859 Willamette Street, Suite 200
(Street Address)

Eugene, OR 97401
(City)            (State)            (Zip)

(541) 465-6937
(Telephone Number)