NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  22-cr-15 (APM)

EDWARD VALLEJO
            (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_s/ Stephen R. Sady_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Stephen R. Sady, OSB 81099
(Attorney & Bar ID Number)
Oregon Federal Public Defender
(Firm Name)
101 SW Main Street, Suite 1700
(Street Address)
Portland, OR 97204
(City)         (State)         (Zip)
(503) 326-2123
(Telephone Number)