UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 22-cr-15-APM |
| | : | |
| **THOMAS CALDWELL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America respectfully requests that the Court continue Defendant Thomas Caldwell's sentencing hearing, which the Court recently re-scheduled for October 11, 2024. Unfortunately, undersigned government counsel will both be out of the office that day on pre-arranged leave that would be difficult to change. The government has consulted with counsel for the defendant, who does not oppose continuing the sentencing. The parties are jointly available October 15 through and including October 23, and November 5, 6, 12, 13, 14, and 19.

WHEREFORE, the United States respectfully requests that the Court continue the defendant's sentencing.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:        /s/
Kathryn L. Rakoczy
D.C. Bar No. 994559
Alexandra S. Hughes
Assistant United States Attorneys