**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Defendant's Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is GRANTED and that the Defendant's Order Setting Conditions of Release is hereby modified as follows:

(1) The requirement that the Defendant submit to GPS monitoring under Paragraph 7(q) shall be stricken and removed as a condition of release.

(2) The Defendant is permitted to travel, without seeking approval from his supervising officer, up to 150 miles away from his residence, except that he must stay away from the District of Columbia unless granted permission by his supervising officer or the Court or is required to appear before the Court.

(3) The Defendant's restrictions on the use of internet-connected devices under Paragraph 7(t) shall be stricken and removed as a condition of release.

(4) All other conditions shall remain the same.

_____        _____
Date                                                    Honorable Amit P. Mehta
                                                             United States District Court