IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                            *

vs.                                                      *   Case No.: 22-15-APM

THOMAS E. CALDWELL                                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, Thomas Caldwell, by and through counsel, and respectfully requests that this Honorable Court briefly continue the sentencing date in this matter, which was recently reset for October 22, 2024. Unfortunately, undersigned counsel now has a significant conflict in his trial schedule on the current sentencing date, which resulted from a judicial scheduling error in a felony state court matter in Maryland. Undersigned counsel has consulted with Government counsel, who has no objection to the instant request. The parties are jointly available on the following dates in November: November 4, 5, 6, 12, 14, 15, 18, 19, 20, and 21. The parties are also available in December on the following dates: December 3, 4, 5, 6, 10, 11, 12, 17, 18, and 19.

WHEREFORE, the Defendant respectfully requests that the Court continue sentencing in this matter to one of the proposed dates.

Respectfully submitted,
/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
7310 Ritchie Highway, #1007
Glen Burnie, MD 21061
(410) 787-0826

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Continue Sentencing was filed electronically through ECF today, July 30, 2024, with service provided to counsel of record listed below.

                                                              _____/s/_____
                                                              David W. Fischer, Esq.

Government counsel electronically served:

                                                              Kathryn L. Rakoczy, AUSA
                                                              Alexandra Hughes, AUSA