UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Kenneth Harrelson,<br><br>    Defendant. | Case No. 1:22-cr-00015-APM |

**NOTICE OF APPEARANCE**

NOTICE is hereby given that Assistant Federal Public Defender, JoNell Thomas, will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

    Federal Public Defender
    411 E. Bonneville Ave. Suite 250
    Las Vegas, NV  8910

Dated this 31st day of July, 2024.

                                        Respectfully submitted,

                                        Rene L. Valladares
                                        Federal Public Defender

                                        */s/ JoNell Thomas*
                                        JoNell Thomas
                                        Assistant Federal Public Defender

2

**Certificate of Electronic Service**

I hereby certify on the 31st day of July, 2024 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Jeremy Kip*
Employee of the Federal Public Defender