UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Crim. No.** 1:22-cr-00015-APM |
| JOSHUA JAMES | : | |

## CONSENT MOTION TO CONTINUE SENTENCING

On Motion of the defendant, the Government having consented to the motion, and for good cause shown, the Court hereby orders that the sentencing hearing in the above-captioned case shall be continued until _____ at _____ a.m.

It is ORDERED this ___ day of August 2024.

_____
UNITED STATES DISTRICT JUDGE