KARA HARTZLER
FEDERAL DEFENDERS OF SAN DIEGO
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
kara_hartzler@fd.org

## UNITED STATES DISTRICT COURT
## DISTRIC OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH HACKETT,<br><br>        Defendant. | Case No. 22-cr-15-7 (APM)<br><br>**MOTION FOR RELEASE OF SEALED TRANSCRIPT** |

      Joseph Hackett moves this Court to authorize the court reporter, William Zaremba, to release the sealed transcript from the status conference held on November 7, 2022, to undersigned appellate counsel. Appellate counsel needs access to this transcript to review the record for all pertinent issues that may be raised on appeal. Appellate counsel will not disclose the contents of this transcript to outside parties unless this Court later grants a separate motion to unseal the transcript.

      For good cause shown, Mr. Hackett thus moves this Court to order the release of the November 7, 2022, transcript to undersigned counsel.

                                                  Respectfully submitted,

Dated:      September 3, 2024       */s/ Kara Hartzler*
                                                    KARA HARTZLER
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorney for Eric Douglas Clark