## UNITED STATES DISTRICT COURT

## DISTRIC OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSEPH HACKETT,<br><br>             Defendant. | Case No. 22-cr-15-7 (APM)<br><br>**ORDER FOR RELEASE OF SEALED TRANSCRIPT** |

    Upon good cause shown, the court reporter shall release the sealed transcript from the status conference held on November 7, 2022, in the above-captioned case to Kara Hartzler and Federal Defenders of San Diego, Inc.

SO ORDERED.


Dated: _____, 2024          _____
                                                                            HON. AMIT P. MEHTA
                                                                            UNITED STATES DISTRICT JUDGE