## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CRIMINAL NO. 1:22CR00015-009-APM |
| ) | |
| ) | |
| BRIAN ULRICH, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADDITIONAL TIME TO FILE
## RESPONSE TO PRESENTENCE REPORT

COMES NOW DEFENDANT BRIAN ULRICH, by and through counsel, who respectfully requests that the Court grant him additional time to file his response to the Presentence Report. (Doc. 884). On June 7, 2027, the Court reset deadlines in the case, including the Final Presentence Report being due on September 9, 2024; Sentencing Memorandum on September 23, 2024; Responses to the Sentencing Memorandum on October 4, 2024; and Sentencing on October 8, 2024 at 2:00 p.m.

Probation provided counsel with a copy of the Draft Presentence Report on August 12, 2024 and indicated that any objections and responses needed to be provided to Probation by CM/ECF filing by August 26, 2024. (Doc. 884). Through no fault of anyone but the undersigned, who failed to properly calendar the event, additional time is required to review the Presentence Report with the Defendant.

Accordingly, the undersigned requests until <u>Friday, September 13, 2024</u>, to provide any objections and/or responses to Probation. All other deadlines can remain unchanged. Given the timing of this request, the undersigned has been unable to obtain consent from the government, so their feelings on the matter are unknown.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
912-876-6666 – Telephone
aj@balbogregg.com
Georgia Bar No. 142606

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2024, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
912-876-6666 – Telephone
aj@balbogregg.com
Georgia Bar No. 142606