**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CRIMINAL NO. 1:22CR00015-009-APM |
| | ) |
| BRIAN ULRICH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the motion of the Defendant, the deadline for filing responses to the Presentence Report is extended until Friday, September 13, 2024. All other deadlines shall remain unchanged.

**SO ORDERED** this _____ day of _____, 2024.

_____
Honorable Amit P. Mehta
United States District Judge
District of Columbia District Court