**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and states as follows:

1. The Government does <u>not</u> object to the instant request.

2. The Defendant requests that his current curfew be relaxed from its current time-allowance, 7 a.m. to 9 p.m., to 7 a.m. to 11:30 p.m.

3. The Defendant has performed *perfectly* for nearly 42 months on pretrial release. While he rarely stays out after 9 p.m., the Defendant is often involved in church and community-related activities that extend late into the evening and desires an extended curfew for those occasions where extra time is needed for travel.

WHEREFORE, the Defendant requests that his curfew be changed to the hours of 7 a.m. to 11:30 p.m.

Respectfully submitted,

       /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Empire Towers, Suite 1007
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2024, a copy of the foregoing Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:    Kathryn Rakoczy, AUSA
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

/s/
David W. Fischer, Esq.