**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of defendant Caldwell's Motion to Modify Conditions of Release, it is hereby ORDERED that the motion is granted. The defendant's curfew hours shall be changed to 7 a.m. to 11:30 p.m. All other conditions shall remain the same.

_____                    _____
Date                                               Honorable Amit P. Mehta
                                                         U.S. District Court Judge