UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-00015 (APM) |
| BRIAN ULRICH | Sentencing: October 8, 2024 |

**CONSENT MOTION FOR PRE-SENTENCE PAYMENT**

The United States of America, pursuant to 28 U.S.C. §§ 1651, 2041 and 2042 (with related authority of Fed. R. Civ. P. 67), with the full consent of Counsel for the Defendant, moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments toward the agreed criminal financial obligations to be imposed, and in support states:

1. Defendant Brian Ulrich has executed a Plea Agreement and entered a plea of guilty to a Counts 1 and 3 in the Indictment, charging your client with Seditious Conspiracy, in violation of 18 U.S.C. § 2384 and Obstruction of an Official Proceeding, in violation of 18 U.S.C. 1512(c)(2), respectively.

2. Pursuant to the Plea Agreement filed in this case, the Defendant has agreed to make payments toward his criminal financial obligations, particularly a special assessment of $100.00 and restitution in the amount of $2,000.00, an amount agreed upon in the filed Plea Agreement (Docket Doc. No. 116).

3. The Defendant may submit a payment in one of various forms made payable to the Clerk of the Court with 1:22-cr-00015 noted on each payment mailed or delivered to:

Clerk, U.S. District Court
Attn: Finance
333 Constitution Ave, NW
Washington, D.C.  20001

4. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the Defendant until the time of sentencing. Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant.

5. The Court has the discretion to order the requested relief pursuant to the All Writs Act, 28 U.S.C. § 1651, which provides that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

6. Counsel for the United States has conferred with Counsel for the Defendant, who has consented to the requested order in aid of the Plea Agreement and the presentence payment.

7. Nothing in this motion shall limit or in any way waive or release any administrative or judicial civil claim, demand, or cause of action, whatsoever, of the United States or its agencies.

\* \* \* \*

WHEREFORE, the United States moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds toward the criminal monetary obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

September 24, 2024

Respectfully submitted,

MATTHEW GRAVES, D.C. Bar #481052
United States Attorney

By: /s/ *Oliver W. McDaniel*
MELISSA GOFORTH KOENIG
TX Bar # 24027269
Assistant United States Attorney
Civil Division
KATHRYN L. RAKOCZY, D.C. Bar # 994-559
Assistant United States Attorney
Criminal Division
601 D Street, NW
Washington, D.C.  20530
(202) 252-2552 | melissa.goforth.koenig@usdoj.gov
(202) 252-6928   kathryn.rakoczy@usdoj.gov

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify, on this 24th day of September, 2024, that the foregoing Consent Motion for Pre-Sentence Payment and the Proposed Order were served by this Court's Electronic Case Filing (ECF) system, to the extent that the recipient has access, or by email or U.S. mail, on the following parties or counsel thereto.

    A.J. Balbo (aj@balbogregg.com)

                                                     /s/
                                  MELISSA GOFORTH KOENIG
                                  Assistant United States Attorney