UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-00015 (APM) |
| BRIAN ULRICH | Sentencing: October 8, 2024 |

### ORDER FOR PRE-SENTENCE PAYMENT

Upon consideration of the United States' Consent Motion for a Pre-sentence Payment, requesting an order directing the Clerk of the Court to accept pre-sentence payments toward the criminal monetary penalties to be imposed against the Defendant in this case, it is by this Court, this _____ day of September, 2024, hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall receive payments submitted by or on behalf of the Defendant toward his criminal financial obligations and maintain such payments on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

SEEN AND AGREED:

MATTHEW GRAVES, D.C. Bar #481052
United States Attorney for the
District of Columbia

By: */s/ Melissa Goforth Koenig*
MELISSA GOFORTH KOENIG
TX Bar No. 24027269
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2552 |
melissa.goforthkoenig@usdoj.gov

And

Date: September 20, 2024

By: */s/ A. J. Balbo*
A. J. Balbo
GA State Bar No. 142606
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Suite 11
Richmond Hill, GA 31324
aj@balbogregg.com
(912) 459-1776

*Counsel for Brian Ulrich*

By: */s/ Kathryn L. Rakoczy*
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994-559
Criminal Division
601 D Street, NW
Washington, D.C.  20530
(202) 252-6928 kathryn.rakoczy@usdoj.gov|

*Counsel for the United States*

    IT IS SO ORDERED.


_____
AMIT P. MEHTA, JUDGE
UNITED STATES DISTRICT COURT