UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> BRIAN ULRICH | Case No. 1:22-cr-00015 (APM) <br><br> Sentencing: October 8, 2024 |

## ORDER FOR PRE-SENTENCE PAYMENT

Upon consideration of the United States' Consent Motion for a Pre-sentence Payment, requesting an order directing the Clerk of the Court to accept pre-sentence payments toward the criminal monetary penalties to be imposed against the Defendant in this case, it is by this Court, this _____ day of September, 2024, hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall receive payments submitted by or on behalf of the Defendant toward his criminal financial obligations and maintain such payments on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

| | |
|---|---|
| SEEN AND AGREED: | Date: September 20, 2024 |
| MATTHEW GRAVES, D.C. Bar #481052 <br> United States Attorney for the <br> District of Columbia | By: /s/ *A. J. Balbo* <br> A. J. Balbo <br> GA State Bar No. 142606 |
| By: /s/ *Melissa Goforth Koenig* <br> MELISSA GOFORTH KOENIG <br> TX Bar No. 24027269 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, D.C. 20530 <br> (202) 252-2552 \| <br> melissa.goforthkoenig@usdoj.gov | Balbo & Gregg, Attorneys at Law, P.C. <br> 11258 Ford Avenue, Suite 11 <br> Richmond Hill, GA 31324 <br> aj@balbogregg.com <br> (912) 459-1776 <br><br> *Counsel for Brian Ulrich* |
| And | |

By: */s/ Kathryn L. Rakoczy*
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994-559
Criminal Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-6928 kathryn.rakoczy@usdoj.gov|

*Counsel for the United States*

    IT IS SO ORDERED.

2024.09.25
08:45:02
-04'00'

_____
AMIT P. MEHTA, JUDGE
UNITED STATES DISTRICT COURT