# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | No. 22-cr-15-APM |
| : | |
| **JOSHUA JAMES,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America respectfully requests that the Court continue Defendant Joshua James's sentencing hearing, which the Court recently re-scheduled for November 13, 2024. Unfortunately, government counsel handling the sentencing hearing will now be in trial that day, in a case that involves James' counsel, Joni Robin, as witness counsel. The government has consulted with Ms. Robin, who does not oppose continuing the sentencing, as she may also now have a conflict on November 13, 2024. The parties are jointly available in December 2024 other than December 4, 12, and 13, 2024.

WHEREFORE, the United States respectfully requests that the Court continue the defendant's sentencing.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:       /s/
Kathryn L. Rakoczy
D.C. Bar No. 994559
Assistant United States Attorney