IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 22-cr-15-9-APM |
| | : | |
| v. | : | |
| | : | 18 U.S.C. §§ 2384, 1512(c)(2), 2 |
| **BRIAN ULRICH,** | : | |
| | : | |
| **Defendant.** | : | |

### ADDENDUM TO STATEMENT OF OFFENSE

In *United States v. Fischer*, 603 U.S. ----, 144 S. Ct. 2176 (June 28, 2024), the Supreme Court held that to prove a violation of 18 U.S.C. § 1512(c)(2) "the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or as we earlier explained, other things used in the proceeding, or attempted to do so." 144 S. Ct. at 2190. In light of this holding, and pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, with the concurrence of his attorney, agree and stipulate to the below supplemental factual basis for the defendant's guilty plea—that is, in addition to the facts admitted in the original Statement of Offense, if this case were to proceed to trial, the parties stipulate that the United States could prove the below additional facts beyond a reasonable doubt:

1.  The defendant admitted in the original statement of offense that he "conspired to use force and did, in fact, use force in order to prevent, hinder, and delay the execution of the laws governing the transfer of power" following the 2020 presidential election, and on January 6, 2021, he "corruptly obstructed, influenced, and impeded an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18." The

1

defendant acknowledged that he did so by, among other means, unlawfully entering the United States Capitol on January 6, 2021. "In taking such actions," the defendant admitted, "Ulrich intended to influence or affect the conduct of the United States government and to retaliate against the United States government . . . by intimidating and coercing government personnel who were participating in or supporting the Congressional proceeding, including Members of Congress, Congressional staff, and law enforcement officers with the Capitol Police and the Metropolitan Police Department."

2. The defendant's efforts to corruptly obstruct, influence, and impede the certification proceeding targeted—and were intended to target—all aspects of the proceeding, including impairing the availability or integrity of the records, documents, objects, and other things used in the proceeding. This includes, but is not limited to, the ballot certificates at issue in the proceeding.

### *Limited Nature of Factual Basis*

3. This addendum is meant to supplement and not replace the original Statement of Offense. It is not intended to constitute a complete statement of all facts known by the defendant or the government. Rather, it is a limited supplemental statement of facts intended to provide the minimal necessary factual predicate for the defendant's guilty plea.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____

Kathryn L. Rakoczy
D.C. Bar No. 994559
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530

## DEFENDANT'S ACKNOWLEDGMENT

I, Brian Ulrich, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/28/2024

Brian Ulrich
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/28/2024

A.J. Balbo
Attorney for Defendant Brian Ulrich