# Exhibit "A"

# Video – Ulrich Police 1