# Exhibit "B"

# Video – Ulrich Police 2