To Judge Mehta,

My name is Gowen Ulrich. I am Brian oldest son. I want you to know that I love my dad. I may not have always appreciated the sacrifices he made for us when I was a kid but looking back, I can see the amount of effort he put into our family. When my brothers and I were kids, my dad would come home from work and read from the bible to us at the dinner table. He taught us the importance of good morals and treating others with respect. On the weekends he would take us fishing or take us to the paintball field. My dad spent his time at home with us, making us his priority. When we played football, he became an assistant coach because the team needed one. One year there were more kids than coaches so he signed up to be a coach so my younger brothers would have a team to play on. My Dad doesn't even watch football, he wanted to be a part of our lives and make great memories with us.

My father thought it was important to attend church, much of our childhood we would go together as a family to attend church and eat together as a family.

In 2020 I left home and moved out of Georgia to start my career. I love my family but I was ready to start my own life as an adult. I knew my mother wasn't doing well because she had struggled for years with depression and bipolar disorder while I was still living at home. But my father had a great job with good insurance and he has always been able to help her with her depression and panic attacks better than anyone else in the house. In December of 2020 my mother told me after years of struggling she believed the doctors had finally found a good medication to combat her depression. It was just A few months later my life changed. My father called me and asked for help. I switched jobs and moved back home to help out our family. It hasn't been easy switching careers, giving up my personal freedom. I did it because I know my parents would do the same for me. My younger brother has also agreed to stay home through this terrible ordeal. This has been a very difficult 3 years for all of us. My dad went from making over 100,000 dollars a year with a company car that both he and my mom were able to use for everyday life to at one point making only 130 dollars per week. During this time my brother and I used up what savings we had to help pay bills and buy food for the family while my dad scrambled to find a full-time job. He found a job as a fork lift operator but he still makes less than my brother and I.

My parents now rely on us for transportation as they no longer own a car and can't afford to buy one. We continue to provide financial help to pay for groceries, bills and even buy clothes for our sister. If my dad is unable to keep

working, we may lose the house and our family will be split up across the country with different relatives.

Your honor, I know that my dad feels great remorse for his actions. He has expressed his sadness and pain to each of us for what we are having to endure because of something he did. He has commented several times that when he was my age, he was already married to my mom with a house raising me and my two brothers then apologizes that we are still at home because of him.

Your honor, I know my father. He has made his intentions to us known. He wants to give us our lives back and repair the damage he has done. I am pleading to you on behalf of my brothers and sister to have mercy on my father and in doing so have mercy on us.

I know in my heart that the man you will see in court isn't the man the country saw 3 years ago. If given the chance I know my dad would continue to focus on his family, his faith and his own mental well-being.

Sincerely,

Gowen Ulrich