To your Honor Judge Mehta,

My name is Maria Ulrich. I am Brian's wife of 26 years. When I met Brian I had been struggling with depression and undiagnosed bipolar disorder. Because of this, I fell into self-medicating with drugs and alcohol. I was on a path of self-destruction and having been taken advantage of by men in the worst ways, it's a miracle that Brian was brought into my life. Brian was only 18 when we first met and I became his first and last girlfriend he ever had.

He was and is very funny, in fact it's his humor that has been so uplifting to me through our marriage. But he is also strong and early on he was able to stand up to me and refused to allow drugs and alcohol to be a part of our relationship. It was his strength and willingness to fight for me even when I, in my worst moments hurt him deeply. Eventually I found the strength to get sober, and ultimately seek proper medical attention for my mental struggles. He stood his ground and saved my life when most would have fled from me. He stayed and forgave me. Brian has never raised a hand to me and has always let me know he loves me. He has been a loving husband and father and it saddens me that the world doesn't know the real Brian, the man I love.

Unfortunately, due to having children my chemistry changed and the medications that kept my bipolar depression in check stopped working after my last child. It is a very difficult mental disorder to explain but the best way to describe it is like standing on the tip of a pyramid, when everything is OK I can feel and function somewhat normally but any type of struggles, some of which seem so simple to others, can knock me off my feet and cause me to slide down into deep despair that can last long periods of time. Which brings me to why this matters to Brian.

In the late months of 2020, I had been in a deep depression that had lasted 4 years. Dozens and dozens of doctor visits brought no relief. There were times I couldn't function at all; I was a black hole. Leaving home could trigger panic attacks or such anxiety that I couldn't even walk outside. In some instances, my kids would call Brian while I was having a panic attack and he would have to calm me down over the phone. His voice has always brought me back from these episodes.

Brian worked at a job he loved but he had to travel. He tried his best to bring me and our youngest child along when he could and he was able to be at home when he wasn't traveling. He would take me to doctor appointments, do the shopping, the cleaning around the house, and pay the bills. For years he was doing virtually everything at home and dealing with my panic attacks and extreme depression. He would pray with me some times daily, that God would bring us relief but none came. Medications from doctors take months to determine if they're effective before they would try something else. On top of that we had to deal with the side effects, some of which were erratic moods swings and involuntary muscle spasms. The stress on Brian was enormous. And near the end of 2020 he had given up hope that he would ever see me happy again.

In late September of 2020, I was put on a new medication and by early November I could feel myself coming back. We had been here many times before however; feeling better for a few weeks only for it to stop working or cause some unwanted side effect.

By December I was feeling so much better but Brian still had his doubts and didn't want to be disappointed again. By January we knew the medication was working but now the frightening prospect that I could lose my husband loomed large over our home like a shadow of

despair. it's just so sad that I was gone for so long only to finally come back and know that I could lose my husband.

  In the last 3 years Brian lost his dream job which also included our only car. We lost our insurance for the family and he was "de banked" which is a term i never heard of. Every bank he did business with closed their accounts with him and he was unable to open any accounts with new banks under his name. This issue was compounded by the fact that our youngest son is on the autistic spectrum and Brian and I had conservatorship over him which includes his finances. When the banks kicked Brian out, they also closed our son's accounts because by law he can't have accounts in his name. I had to open a bank account For my son and I without Brian and we had to work with the courts to explain our situation and the sudden change in banks. After talking to the courts, Brian was devastated when he was told he couldn't be his son's primary conservator giving his situation. Now my middle Son Conall and I are the conservators for my youngest boy. Unless Brian can earn the conservatorship back, Conall will have this enormous responsibility for his younger brother for the rest of his life.

  Brian has taken responsibility for everything that happened 3 years ago and the pain our family is going through but I spend most days blaming myself. Brian tells me not to be a "guilt magnet" but it's how my brain works. What if I had been put on this medication 6 months sooner? What if I had been watching the news that fateful day and called him and warned him not to go? What if I had been in a better mental state and was able to tell him not to go at all? Your honor, Brian saved my life several times all those years ago. And I feel so guilty that he has had to suffer with me through my mental disorder. I was put on disability in 2021 because of my proven mental issues, which require expensive medications to keep me stable. But it has always been Brian that kept me from falling all the way into the abyss. Even at my lowest point It was my husband that would reach out to me over and over to try and pull me up.

Brian has apologized so many times to me and my children for his actions and the struggles we now face. I'm pleading to you, please don't send him away from me, please give him the second chance he has given me. Please let me keep my rock and my foundation at home. The day my husband plead he wept, he wept for me your honor. He's afraid of what will happen to me if he has to go away.

The man that left home in January 2021 isn't the same man that's here today. He works overtime every single week to make ends meet. He cooperates with the prosecution and listens to his lawyer. His focus is on making amends to us by trying to give us our lives back. Please give Brian that chance to continue his efforts to give our kids their independence back and to allow him to continue to be my rock.

Sincerely,
Maria Ulrich