**Theodore Ulrich**
7250 Valleywood PL NE
Bremerton , WA
(360)979-6997
Mattulrich62@gmail.com

8th September 2022

**Judge Amit Mehta**
District of Columbia

Dear Judge Mehta,

I am Brian Ulrich's brother of 45 years. I currently work as a Paraeducator at a high school with special needs kids in Bremerton Washington. I am writing behalf of a man I thoroughly respect and value above other men in my life.

It is my understanding that Brian has accepted a plea for Obstruction of an Official Proceeding and Seditious Conspiracy, stemming from the January 6th 2021 capitol riots.

My brother started a family in the early 2000s and I watched as he worked ridiculous hours to provide a comfortable home for his wife and four kids. He is the type of guy that would bend over backwards for his faith , his community and his country. He has even taken into his home disadvantaged people trying to help them get a leg up in this challenging life.

Brian has always been someone I can confide in when I am struggling with the hardships of life. Brian's view has always been fair, just and honest and I deeply value his opinions. Which is why I think the actions on January 6th are out of character for Brian and do not resemble Brian's true nature.

2020 was a year of lockdowns and it seemed like all that was on the news was Covid and non stop political talk. I think Brian like many of us, got caught up in political rhetoric. I know that after he was arrested Brian was deeply repentant of the actions he took that day because those actions ran counter to his faith and family.

Brian has assured me he has refocused himself on personal reflection and repentance. I hope with this plea and his honest testimony you can see that Brian is regretful of his statements and actions leading up to January 6th. My hope is that you will show leniency and can feel assured he will not reoffend in the future.

Sincerely,

**Theodore Ulrich**