Theodore R Wiesner

92 Fultondale Dr

Arab, AL 35016

Tedsan100@gmail.com

8/28/2024

To Whomever It May Concern;

I am writing to share my sincere endorsement of Brian Ulrich, whom I have had the pleasure of knowing since the fall of 2016.  We first connected when Brian was hired to fill a Technical Service role at our then-mutual employer.  We very quickly became good friends, bonded by our shared interests, similar values, and senses of humor.

Over the years, I have come to know Brian very well, and I can confidently say that he is a devout and dedicated family man.  His commitment to both his personal and professional responsibilities is truly commendable.  As a worker, Brian is not only talented but also conscientious in his approach to every project he undertakes.  His intelligence and creativity shine through in his work and he consistently demonstrates compassion and consideration, making him an asset to any team.  Beyond his professional abilities, Brian is a genuinely fun person with whom to spend time.  His warmth and sense of humor make him a joy to be around, and I deeply value our friendship.

Finally, I can say without reservation, that if I were to put together a "short-list" of people to whom I would entrust the care of my family, Brian's name would certainly be part of that list.  I wholeheartedly recommend him for any opportunity he seeks, confident that he will exceed expectations and make a positive impact wherever he goes. Thank you for considering my endorsement of Brian Ulrich.

Sincerely,

Theodore Wiesner

(256) 200-5879