**Automotive & Specialty Coatings**
**Aerospace Coatings**



September 29, 2022

Dear District Judge Amit P. Mehta,

This letter is to address the court regarding Brian Ulrich and share with you my personal thoughts about Brian and his family.

I have known Brian and his family for almost 8 years and I have to say Brian and his wife did a remarkable job raising 4 kids that anyone would be proud of.  From the time I first interviewed Brian for our Technical Service Representative position I knew he would be a perfect fit for our organization, and I still believe this today along with our Executive Leadership Team.  This is why he is still eligible for rehire once the litigation matter is completed.  Brian has allowed our company to grow our service side of the business significantly with his knowledge of the paints and coatings industry of which he loves very much.  His love for his career path and family is shown every day.  There has never been a time where Brian would say no even if it meant that he might be on a job for 30 plus days without being home.  Even though this is not what our company ever plans on, there are times when customers need to be supported and we could aways count on Brian.  Brian has an unbelievable reputation with our customer base and has built long lasting friendships with many of them.  When we had to tell our customers Brian would not be supporting them for an undetermined time, they were very disappointed and can't wait for his return.

In our company's annual review process, we score individuals from a 0-5 rating.  A zero is someone that will most likely be terminated at some point and a 5 is someone who walks on water.  Brian has scored 4 two times and 5 two times with us and never anything below a 3 which was only the first year he was with us.  These ratings are tied to many attributes/behaviors which include integrity, and we hold this one very high.

It is my sincere hope the court takes this letter into consideration at the time of sentencing.  Despite the current case, I still believe Brian Ulrich to be an honorable individual, a valuable member of our community, and a great human being that puts family and GOD first.  Brian is and always will be apart of my family and believe he is a better man than myself.

**Kevin Peterson**
Sales Manager - General Aviation / Structures
AkzoNobel Aerospace Coatings

M  (224) 430-0917
E  kevin.peterson@akzonobel.com

