# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 22-cr-15-9-APM |
| v. | : | |
| BRIAN ULRICH, | : | |
| Defendant. | : | |

## MOTION TO DISMISS REMAINING COUNTS IN INDICTMENT

On April 29, 2024, Defendant Brian Ulrich pleaded guilty to Counts One and Three of the original Indictment in the above-captioned matter. On November 19, 2024, the Court sentenced the defendant. Accordingly, the government hereby moves to dismiss the remaining counts in the indictment as to Defendant Ulrich.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____

Kathryn L. Rakoczy
D.C. Bar No. 994559
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530