UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 1:22-cr-00015-APM |
| | : | |
| JOSHUA JAMES | : | |

## ORDER

This matter comes before the Court on defendant Joshua James's Unopposed Motion for Extension of Time to Notice PSR Corrections. The defense has demonstrated good cause for the motion and the government has no objection to defendant's motion. Accordingly, it is hereby ORDERED that the Defendant's Unopposed Motion for Extension of Time to Notice Corrections to the PSR is GRANTED; and it is

FURTHER ORDERED that the parties must notify the PSR writer of any requested additions or corrections to the PSR no later than December 5, 2024; and it is

FURTHER ORDERED that Defendants request to append the Defendant's Confidential Psychological Evaluation to the PSR is GRANTED.

It is SO ORDERED.

December 4, 2024

_____
United States District Judge