December 5, 2024

The Honorable Judge Amit P. Mehta

RE: Joshua James

Your Honor,

My name is Audrey James and I am Joshua's wife. I am deeply saddened I am unable to be present for Joshua's sentencing. We have no one to keep our son Wyatt and Joshua and I agreed it would not be in Wyatt's best interest for him to be present at sentencing.

While I acknowledge the seriousness of the charges against Joshua, I hope to offer insight into his character, his remorse, and the impact this case has had on our family. I have known Joshua almost 18 years. First as friends that turned more like family, and now as his wife of over 8 years. I know Joshua better than anyone. Throughout our relationship, I have witnessed his commitment to our children, his work, and the community. He is the kind of person who is always willing to offer help and support whenever needed. I recall times when Joshua was coming home from work and would see the elderly man who often walked for miles to the gas station down the road and Joshua would stop and give him a ride or the times he often left his own family to travel to help those affected by hurricanes by providing supplies and cleaning up debris.

The actions that led to this case are out of character for the man I know. I have seen the deep regret and guilt that he feels. He has expressed to me on many occasions how he wishes he could undo what was done, and I truly believe that he has learned a painful and valuable lesson from this experience. While he cannot change the past, he is fully committed to making things right. He has shown remorse not only through his words but also through actions that reflect his desire to change such as attending church as a family, becoming more engaged in his faith and attending regular counseling sessions.

The impact of this case on our family has been profound. The emotional and financial strain has been difficult, and we have had to adjust to a life under public scrutiny. An extended prison sentence would serve as a tremendous hardship for me and our children as I will bear the sole responsibility of trying to keep our home and pay our bills which my current pay is not sufficient to cover. I am also concerned how an extended sentence would affect Wyatt, who is 6 years old, and adores and needs his daddy. Wyatt loves to work outside with Joshua and even dressed as a welder like his daddy for Halloween.

I respectfully request that you consider the possibility of a more lenient sentence. I am confident that with the right support, my husband will emerge from this experience as a better man, ready to make positive contributions to those around him. Thank you for taking the time to consider my request. I deeply appreciate your understanding and compassion as you make your decision.

Sincerely,

Audrey James
Audrey James