FROM THE DESK OF
ANTHONY P HERNANDEZ

October 24, 2024

United States District court for district of Columbia
ATTN: Honorable judge Amit Mehta
Re: Joshua Adam James

Dear ,Honorable judge Amit Mehta

I am writing this on behalf of Joshua Adam James a long time childhood friend of mine.I Have known Joshua for over 24 years. We attended junior high school as well as high school together and have been life long friends ever since. We both enlisted in the United States Military following the September 11th attacks, I in the Marine corps and him in the U.S. Army. We are both combat veterans from the war myself being a member of the Special operations forces background as a Marine Raider And Joshua in the army infantry.

Upon returning home I noticed differences in both of us. The Joshua Adam James I knew prior to being Severely wounded in combat was a fun and out going individual.we both used to enjoy doing community service (non-court appointed) because we loved where we lived. We both attended church on Sundays and always did the right things, Especially when no one was looking. Both of us were loved by the community and no one had anything bad to say about us. We were outstanding citizens.

After the war and receiving injuries we both struggled with high levels of PTSD. We both attended a residential treatment program through the VA in Menlo Park ,CA. Even though we both did everything the VA said and allowed us to attend therapy, once someone has a Severe brain injury you change permanently. I noticed Joshuas demeanor had been completely changed. Very vigilant ,very hyper attentive , and riddled with anxiety constantly. I bring this up because i know who Joshua really is! He loves his family , country and community. By no means is he a threat to society.

I believe very strongly that his actions on January sixth 2021 were not representative of who he really is. When dealing with someone who has Traumatic brain injuries, they can quickly become emotionally driven especially around a hostile situation. I firmly believe that Joshua had zero intent on being violent that day. I believe that Joshua was overwhelmed with emotion and what transpired was a man with severe PTSD.

I beg the courts be lenient to Mr James. Both he and his wife have suffered greatly through this process. His Wife, Daughter and sons have been threatened with death on multiple occasions. He has been forced to move and his once successful power washing business has shuttered.. The benefits that Mr James almost died to earn, have been revoked by the VA along with his medical and dental benefits. On top of that he's being forced to pay back a tremendous amount of money to the VA. It is my belief and the

beliefs of many of his supporters and family members that he and his family have suffered enough. The struggles that have ensued in his life after January 6th have been punishment enough. It is truly by the grace of god that my Brother has not taken his own life throughout this awful process. I can attest that he has a very real amount of remorse for his participation in these events. The reason he wanted to be a member of the oath keepers was not to be violent but to have brother hood with like minded people and find a sense of community with others that have served. Thank you for your time your Honor god bless you and god bless these United States of America.

Sincerely yours,


Anthony P Hernandez