**SERVICE STEEL, INC.**

Scan the QR Code to go to our website!



4208 E Schrimsher Lane, S.W.
Huntsville, Alabama 35805
Phone 256-883-1190 • Fax 256-882-0918

November 26, 2024

United States District Court for the District of Columbia
Attn: Honorable Judge Amit Mehta
Re: Joshua James

Dear Honorable Judge Mehta,

I am writing to you in my capacity as the Employer, to advocate for Joshua James, who has been an employee since September 2023. Service Steel is a steel fabrication shop that has served North Alabama since 1965.

Mr. James is an outstanding employee and has become an asset to Service Steel. He has worked with us as a welder and is skilled in this craft. He is hard working, works well with others or by himself, respectful, honest, responsible and punctual. He is always ready to assist fellow employees or customers and often goes above and beyond. These assets are difficult to find in our industry. His absence from Service Steel would greatly affect our business as he would be extremely difficult to replace.

We hope this letter is helpful to Mr. James case and hope to have him as a long-time employee.

Very Respectfully,

Matthew D. Taylor
Vice President
mtaylor@servicesteelinc.com

STRUCTURAL STEEL • MISC IRON • STEEL JOISTS • DECKING