

Coast Professional, Inc.
P.O. Box 246
Geneseo, NY 14454
P: 1-800-963-4714
F: 1-800-579-6795
Hours: 8am to 9pm EST Mon. - Thurs.
8am to 4:30pm EST Friday

To: JOSHUA ADAMJAMES


Reference: L44565574
Date: November 27, 2023

**Coast Professional, Inc. is a debt collector.** We are attempting to collect a debt that you owe to the U.S. Department of the Treasury, Bureau of the Fiscal Service. Any information obtained will be used for that purpose.

### Our information shows:

You have a past due federal obligation from Department of Veterans Affairs with account number L44565574.

| | |
|---|---:|
| As of 11/16/2023 you owed: | $75,670.64 |
| Between 11/16/2023 and today: | |
| You were charged this amount in interest:  + | $0.00 |
| You were charged this amount in fees:  + | N/A |
| You were charged this amount in penalties:  + | $0.00 |
| You were charged this amount in costs:  + | $22,701.19 |
| You paid or were credited this amount toward the debt:  - | $0.00 |
| You received adjustments in this amount toward the debt:  - | $0.00 |
| **Total amount of the debt now:** | **$98,371.83** |

### How can you dispute the debt?

 **Call or write to us by January 1, 2024, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

 **If you write to us by January 1, 2024,** we must stop collection on any amount you dispute until you are sent information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We also accept disputes electronically at BFS@coastprofessional.com.

### What else can you do?

 **Write to ask for the name and address of the original creditor,** if different from the current creditor. If you write by January 1, 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form. We also accept such requests electronically at BFS@coastprofessional.com.

 Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

 Contact us about your payment options:
1-800-963-4714

**Notice:** See additional pages for important information.



L44565574

P.O. Box 246
Geneseo, NY 14454

1000
JOSHUA ADAMJAMES

### How do you want to respond?

Check all that apply:
☐ I want to dispute the debt because I think:
  ☐ This is not my debt.   ☐ The amount is wrong.
  ☐ Other (please include additional information).

☐ Send me the name and address of the original creditor.

For the above send coupon to:
Coast Professional, Inc.
P.O. Box 246
Geneseo, NY 14454

☐ For payments: send this coupon with payment: [make payable to U.S. Department of Treasury]

U. S. Department of the Treasury - Coast
P. O. Box 979128
Saint Louis, MO 63197-9000

