

March 6, 2024

Dear Judge or PO,

Joshua James is being treated at Wellstone Inc., a community health center, to address symptoms of mental illness related to PTSD. He has been treated here since November 9th, 2022. There was a 4-month interruption of treatment due to losing his VA benefits, but he sought on-going treatment as soon as it was possible.

I have observed that Mr. James is motivated to address his mental health challenges. He attends all sessions and actively participates in the therapeutic process, even when it is very mentally and emotionally challenging.

From a mental health stand-point, a lengthy period of incarceration would be damaging to his current progress and be counter-productive to his treatment. I fear the negative impact would set him back a great deal. He displays hyper-vigilant behaviors from PTSD, which would be exacerbated by incarceration circumstances. He is likely to have a worsening of symptoms.

I will continue to work with Mr. James after his May 6th sentencing. I hope there is a way he can receive the support he needs to keep moving forward.

Sincerely,
Laura Hunter, LMSW