**From:** Joshua James joshua.adam.james87@gmail.com
**Subject:** Fwd: Letter for Joshua James
**Date:** December 6, 2024 at 11:25 AM
**To:** Joni Robin joni@jonirobinlaw.com

---------- Forwarded message ---------
From: **Jeff Goodner** <jefferygoodner@gmail.com>
Date: Tue, Oct 22, 2024, 10:45 AM
Subject: Letter for Joshua James
To: joshua.adam.james87@gmail.com <joshua.adam.james87@gmail.com>

Dear Judge

I am writing this letter in support of my friend, Joshua James, whom I have had the privilege of knowing for over 25 years. Throughout our relationship, Joshua has consistently demonstrated a high level of integrity, reliability, and a strong commitment to both his family and community. He is not only a close friend but also a trusted individual who has had a positive and lasting impact on my family.

Joshua's distinguished service in the United States Army is a testament to his sense of duty, discipline, and honor. His military career has provided him with a robust foundation in leadership, responsibility, of which he applies to all aspects of his personal and professional life. Moreover, Joshua's dedication to his family is evident in the unwavering support and care he provides to his wife Audrey and their children. He exemplifies the role of a devoted father and husband, fostering an environment of stability and guidance in his household.

From my personal experience, Joshua has played a crucial role in my own family's well-being, offering assistance during challenging times and providing counsel when needed. His proactive nature and willingness to go above and beyond reflect his deep-seated commitment to those around him. His contributions to our lives, both on a personal and practical level, have been invaluable.

Given his history of service and his integral role within both his family and the broader community, I respectfully request that the Court consider these factors in any deliberations. Joshua's character, his exemplary military service, and his dedication to his loved ones are clear indicators of his capacity to continue making meaningful contributions to society.

Thank you for your attention to this matter. Should you require any further information or clarification, I am available at your convenience to provide additional details regarding Joshua's character and contributions.

Sincerely,
Jeffery Goodner and the Goodner family