UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Crim. No. 1:22-cr-00015-APM** |
| **JOSHUA JAMES** : | |

## NOTICE OF FILING VIDEO EXHIBIT

The Defendant, Joshua James, through counsel, pursuant to Local Rule of Criminal Procedure 49(e)(1) hereby provides notice of the filing of a video exhibit to his sentencing memorandum, which conists of a thumbdrive containing a sentencing mitigation video.

Respectfully submitted,
Joshua James

By Counsel

_____/s/_____

Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com

_____/s/_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
421 King Street, Suite 505
Alexandria, Virginia 22314

(703) 683 4310
chris@chrisleibiglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on this 9th day of December, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this matter.

                       _____/s/_____
                            Joan Robin