# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES                           *

vs.                                          *     Case No.: 22-15-APM

THOMAS E. CALDWELL              *

     *    *    *    *    *    *    *    *    *    *    *

## **UNOPPOSED REQUEST FOR RETURN OF PASSPORT**

COMES NOW, Thomas E. Caldwell, by and through counsel, and respectfully requests that the Court order that his passport be returned, and in support of said motion states:

1. Assistant U.S. Attorney Kathryn Rakoczy has no objection to this request.

2. The defendant's passport was surrendered to his Pretrial Officer subsequent to his release on conditions on March 10, 2021. The defendant advises that his passport has not expired.

3. The defendant was sentenced to a time-served disposition on January 10, 2021 with no period of supervised release and, hence, no travel restrictions.

WHEREFORE, the defendant, Thomas E. Caldwell, requests that the Court order the return of his passport.

                                                     Respectfully submitted,

                                                       _____/s/_____
                                                       David W. Fischer, Esq.
                                                       Federal Bar No. 023787
                                                       Empire Towers, Suite 1007
                                                       7310 Ritchie Highway
                                                       Glen Burnie, MD 21061
                                                       (410) 787-0826
                                                       Attorney for the Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of January, 2025, a copy of the foregoing Unopposed Request for Return of Passport was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Kathryn Rakoczy, AUSA
                                          Office of the United States Attorney
                                          555 4th Street, NW
                                          Washington, DC 20001

                                                            /s/
                                          David W. Fischer, Esq.