## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of defendant Caldwell's Unopposed Request for Return of Passport, it is hereby ORDERED that the Clerk of this Court or Pretrial Services shall return the defendant's passport to him immediately upon the defendant's request.

_____   _____
Honorable Amit P. Mehta                               Date
United States District Court Judge