UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00015-APM |
| ) | |
| STEWART RHODES, et. al., ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S MOTION TO MODIFY TERMS
AND CONDITIONS OF SUPERVISED RELEASE**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Roberto Minuta, by and through his counsel of record, William L. Shipley, Esp., and respectfully files this Motion to Modify the Terms and Conditions of Supervised Release.

On June 1, 2023, this Court sentenced Mr. Minuta to a term of 54 months of imprisonment followed by a term of 36 months of supervised release.

On January 20, 2025, President Trump issued an Executive Order commuting Mr. Minuta's sentence to "time served."[1]

Upon release from FCI Bastrop he was directed to contact his assigned Probation Officer within 72 hours. Mr. Minuta complied with that direction, with courtesy supervision being handled through the United States District Court for the Eastern District of Texas.

Among the supervised release conditions imposed by this Court was the following Standard Condition:

> 3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

*See* ECF No. 631 at Pg. 5 ln. 3.

Mr. Minuta resides in a North Texas community on the border between the Eastern and Northern Districts of Texas, located only 30 miles from the Dallas-Ft. Worth metro area in the Northern District of Texas.

---

[1] https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/

Without explanation or justification, his Probation Officer has stated that he will not be allowed to leave the Eastern District of Texas for a period of at least 60 days.

Mr. Minuta requests that this Court modify his terms and conditions of Supervised Release to allow him to travel without the necessity of seeking prior permission in both the Eastern District of Texas and the Northern District of Texas given his close proximity to the Dallas-Ft. Worth area.  Both of his children regularly have youth sports and other extra-curricular activities in the Dallas-Ft. Worth area.

In addition, Mr. Minuta respectfully requests specific permission from this Court to travel to the Western District of Texas – San Antonio – from January 31 to February 2, 2025, so that he may attend a cheerleading competition with his daughter.  Prior to his sudden release from custody on January 20, it was not anticipated that he would be able to attend.  Given events of the past 48 hours, it would be extraordinarily difficult to make her understand his inability to attend along with the rest of the family.

The Probation Officer offered no explanation for denying the request to travel for 3 days.

If approved by this Court, Mr. Minuta will provide the Probation Officer with a complete itinerary of the planned travel – time of departure and expected return, lodging location, the location of the competition, and contact information to reach him at any time while he is away from his residence.  If necessary he will contact his Probation Officer daily while outside the Eastern District of Texas.

Based on the foregoing, Mr. Minuta requests the modifications to the Terms and Conditions of Supervised Release set forth herein.

Dated: January 22, 2025            Respectfully submitted,

/s/ William L. Shipley

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*