# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

## ORDER

Upon consideration of Defendant Vallejo's Consent Motion to Modify Conditions of Supervised Release, the government's consent thereto, and for good cause shown, it is hereby ORDERED that the conditions of Defendant Vallejo's supervised release shall by modified to remove the requirement of 12 months of home detention and location monitoring. All other conditions shall remain in effect.

_____       _____
Date                                                                    Hon. Amit P. Mehta
                                                                              United States District Judge

1