UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CRIMINAL NO. 1:22CR00015-009-APM |
| | ) |
| BRIAN ULRICH, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR IMMEDIATE TERMINATION
OF HOME CONFINEMENT AND PROBATION**

COMES NOW DEFENDANT BRIAN ULRICH, by and through his counsel, A. J. Balbo, and respectfully requests that this Honorable Court order the immediate termination of home confinement and probation, in accordance with the pardon issued by President Donald J. Trump on January 20, 2025.

On January 20, 2025, President Trump issued an executive order pardoning all but 14 specifically named January 6th defendants. Section (b) of that executive order "grant[s] a full, complete and unconditional pardon to **all other individuals** convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021." (https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/) (emphasis added). Mr. Ulrich is not one of the 14 specifically named January 6th defendants who had their sentences commuted; therefore, Mr. Ulrich received a full pardon from President Trump pursuant to Section (b).

This Honorable Court sentenced Mr. Ulrich to 36 months' probation (including six months of home confinement), 120 hours of community service, and payment of $2,000.00 in restitution on November 19, 2024. (Doc. 914). The undersigned has been informed that Mr. Ulrich's probation officer has told him that he is no longer under supervision. Nonetheless, the undersigned requests an order terminating home confinement and probation so that there can be no ambiguity.

The undersigned has communicated with counsel for the Government, who does not oppose this request.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
912-876-6666 – Telephone
aj@balbogregg.com
Georgia Bar No. 142606

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2025, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
912-876-6666 – Telephone
aj@balbogregg.com
Georgia Bar No. 142606