# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CRIMINAL NO. 1:22CR00015-009-APM |
| | ) |
| BRIAN ULRICH, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR RETURN OF PASSPORT

COMES NOW DEFENDANT BRIAN ULRICH, by and through his counsel, A. J. Balbo, and respectfully requests that this Honorable Court order the return of his passport. In support of this Motion, Mr. Ulrich shows the following:

1. The undersigned contacted counsel for the Government, who does not oppose this request.

2. Mr. Ulrich surrendered his passport to a representative of the United States Probation Office prior to his sentencing on November 19, 2024. Upon information and belief, the passport is not yet expired.

3. On January 20, 2025, President Donald J. Trump issued an executive order pardoning all but 14 specifically named January 6th defendants. Section (b) of that executive order "grant[s] a full, complete and unconditional pardon to **all other individuals** convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021." (https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/) (emphasis added). Mr. Ulrich is not one of the 14 specifically named January 6th defendants who had their sentences commuted; therefore, Mr. Ulrich received a full

pardon from President Trump pursuant to Section (b). Accordingly, Mr. Ulrich should have no travel restrictions on his person.

For the aforementioned reasons, Mr. Ulrich believes that he is entitled to the prompt return of his passport.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
912-876-6666 – Telephone
aj@balbogregg.com
Georgia Bar No. 142606

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2025, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
912-876-6666 – Telephone
aj@balbogregg.com
Georgia Bar No. 142606