# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CRIMINAL NO. 1:22CR00015-009-APM |
| | ) |
| BRIAN ULRICH, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant Brian Ulrich's Motion tor Return of Passport, it is hereby ORDERED that the Clerk of this Court and/or United States Probation shall return the Defendant's passport to him immediately upon the Defendant's request

**SO ORDERED** this _____ day of _____, 2025.

_____
Honorable Amit P. Mehta
United States District Judge
District of Columbia District Court

Order Prepared By:
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
438 West General Screven Way, Ste. A
Hinesville, Georgia  31313
912.876.6666 (t)
aj@balbogregg.com
Georgia Bar No. 142606