# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) ) Criminal No. 22-cr-15 (APM) |
| ELMER STEWART RHODES, III, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER AMENDING CONDITIONS OF RELEASE

The court hereby amends the conditions of supervised release for Defendants Stewart Rhodes, Kelly Meggs, Kenneth Harrelson, Jessica Watkins, Roberto Minuta, Edward Vallejo, David Moerchel, and Joseph Hacket, to include the following special conditions:

1. *Location Restriction* – You must not knowingly enter the District of Columbia without first obtaining the permission from the Court.

2. *Location Restriction* – You must not knowingly enter the United States Capitol Building or onto surrounding grounds known as Capitol Square and consisting of the square block bounded by Constitution Avenue, N.W. and N.E., to First Street, N.E. and S.E., to Independence Avenue, S.E. and S.W., to First Street, S.W. and N.W., without first obtaining the permission from the Court.

This Order shall be effective as of January 24, 2025, at 12:00 p.m.

Date: January 24, 2025

Amit P. Mehta
United States District Court Judge