# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                                    **September Term, 2024**

**1:22-cr-00015-APM-1**
**1:22-cr-00015-APM-10**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-4**

**Filed On:** April 7, 2025

United States of America,

        Appellee

    v.

Kenneth Harrelson,

        Appellant

------------------------------

Consolidated with 23-3090, 23-3097,
23-3098, 25-3015

## O R D E R

    Upon consideration of appellant Caldwell's unopposed motion to dismiss appeal No. 25-3015, and the declaration in support thereof, it is

    **ORDERED** that the motion be granted and No. 25-3015 be dismissed.  See D.C. Cir. Rule 42.  It is

    **FURTHER ORDERED** that the consolidation of No. 25-3015 with No. 23-3089, et al., be terminated.

    The Clerk is directed to issue the mandate in No. 25-3015 forthwith.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:   /s/
                      Emily Campbell
                      Deputy Clerk