UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELMER STEWART RHODES III, et al.,<br><br>Defendants. | Case No. 22-CR-15 (APM) |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Jeffrey Nestler, as counsel for the United States, is hereby terminating his appearance as counsel of record.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Jeffrey Nestler*
JEFFREY NESTLER
Assistant United States Attorney
DC Bar Number 978296
United States Attorney's Office
601 D Street NW
Washington, DC 20530
Telephone: 202-252-7277
Email: jeffrey.nestler@usdoj.gov

*Counsel for the United States*