UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,*  v.  **EDWARD VALLEJO,**  *Defendant.* | No. 1:22-cr-00015-APM-11 |

### Unopposed Motion to Unseal November 7, 2022, Transcript of Status Conference Via Zoom Proceedings

The defendant, Edward Vallejo, through his attorneys, moves to unseal the November 7, 2022, transcript of the status-conference-via-zoom-proceedings that ran from 5:22 p.m. to 5:51 p.m. and that was transcribed by William P. Zaremba, RMR, CRR.

Undersigned counsel has conferred with Assistant U.S. Attorney Daniel Joseph Lenerz who authorized filing this motion as "unopposed."

Mr. Vallejo seeks unsealing because he needs to reference the November 7, 2022, transcript in his opening brief on appeal. Thus, unsealing is warranted, and the reason for sealing the proceedings evaporated once a jury was selected. This Court sealed the transcript for the following stated reason:

> THE COURT: So I think it's justified to do this under seal, given that this will be a questionnaire that will

1

> be presented to summon the jurors in the next couple days or on Thursday when they have been summoned to come in to complete the questionnaire. And to avoid any media coverage of what the jurors can expect to have to answer, I think it's appropriate to have these proceedings conducted under seal.

Given that this case is on appeal, the above-stated reason for sealing the transcript no longer pertains. Both the United States Constitution and the common law give effect to this principle by favoring transparency of most judicial proceedings and records. *United States v. Doe*, 870 F.3d 991, 996–97 (9th Cir. 2017). This takes the form of a presumption of openness that courts must adopt as they consider issues of disclosure and nondisclosure of judicial records. *See id.* Given the presumption of transparency, given that the reason for sealing the transcript has ceased to exist and given Mr. Vallejo's need to cite the transcript in his opening brief on appeal, this Court should grant this motion and order that the transcript be unsealed and made part of the public record in the PACER docket.

Respectfully submitted,

*s/Kurt David Hermansen*
Kurt David Hermansen
Supervisory Assistant Federal Defender
859 Willamette Street, Suite 200
Eugene, OR 97401
(541) 465-6937