**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>      **v.**<br><br>**ELMER STEWART RHODES III,**<br>**KELLY MEGGS,**<br>**KENNETH HARRELSON,**<br>**JESSICA WATKINS,**<br>**ROBERTO MINUTA,**<br>**JOSEPH HACKETT,**<br>**DAVID MOERSCHEL, and**<br>**EDWARD VALLEJO,**<br><br>                **Defendants.** | **Case No. 22-cr-15-APM** |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE
SUPPLEMENTAL RATIONALE IN SUPPORT OF MOTION TO DISMISS**

On May 22, 2026, the government moved this Court pursuant to Fed. R. Crim. P. 48(a) to dismiss with prejudice the above-captioned case against Defendants Elmer Stewart Rhodes III, Kelly Meggs, Kenneth Harrelson, Jessica Watkins, Roberto Minuta, Joseph Hackett, David Moerschel, and Edward Vallejo. ECF No. 967. Defendants, though their attorneys, indicated that they did not oppose this motion. *Id.*

On May 29, 2026, the Court ordered the government to provide an additional statement of reasons in support of its motion to dismiss. ECF No. 976 at 2. The government requests an additional two weeks, until June 18, 2026, to provide a more fulsome response to the Court's request. Counsel for the government has contacted defense counsel to ascertain their position on this request, and all counsel have indicated that they do not oppose.

Wherefore, the government respectfully requests an extension of time of two weeks, until Thursday, June 18, 2026, to comply with the Court's order.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:      _/s/ G.A. Massucco-LaTaif_____
G.A. MASSUCCO-LATAIF (PA Bar No. 70718)
Chief, Criminal Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-7066
George.Massucco@usdoj.gov

Dated:   June 5, 2026

2