# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Case No. 1:22-cr-00015-APM-11**

**v.**

**EDWARD VALLEJO,**

**Defendant.**

## DEFENDANT EDWARD VALLEJO'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), Defendant Edward Vallejo hereby gives notice of his intent to appeal from this Memorandum Opinion and Order, entered August 4, 2026, (ECF 981) and this Court's August 5, 2026, MINUTE ORDER denying Defendant Vallejo's Motion to Strike Unconstitutional Dicta from Order Dismissing Indictment with Prejudice (ECF 982), in the above captioned case.

Respectfully Submitted,
*s/ Kurt David Hermansen*
Kurt David Hermansen
Assistant Federal Public Defender
District of Oregon
859 Willamette St., Ste. 200
Eugene, OR 97401

*s/ Stephen R. Sady*
Stephen R. Sady, OR Bar # 810995

1